# EXHIBIT 8A

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-036-066**


EFFECTIVE DATE OF REGISTRATION

**JUN 1 4 2002**
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1
**TITLE OF THIS WORK ▼**
Cisco IOS 12.1

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 12.1; Cisco IOS Version 12.1; Cisco Internetwork Operating System 12.1; Cisco Internetwork Operating System Release 12.1; Cisco Internetwork Operating System Version 12.1

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**a  NAME OF AUTHOR ▼**
Cisco Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000 ◀ Year
This information must be given ONLY in all cases.

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶         Day ▶         Year ▶
◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By agreement

APPLICATION RECEIVED
JUN 14, 2002
ONE DEPOSIT RECEIVED
JUN 14 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY *TMS*  
CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Pending    Year of Registration ▶ 2002

**6 DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Prior works by claimant and preexisting third party computer code

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

See Instructions before completing this space.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼                                   Account Number ▼

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7696     Fax number ▶ (650) 494-1417
Email ▶ ttsao@fenwick.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Cisco Technology, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert A. Barr, Worldwide Patent Counsel                    Date ▶

Handwritten signature (X) ▼
X _____

**9 Certificate will be mailed in window envelope to this address:**
Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP
Number/Street/Apt ▼
2 Palo Alto Square
City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000    ⓟ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM __TX__ /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1-036-066

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
JUN 1 4 2002

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  Cisco IOS 12.1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C** — Continuation of other Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| ABE Staffing Services, Inc. | Yes | United States | Yes | No | Computer code |
| Adecco Employment Services | Yes | United States | Yes | No | Computer code |
| A.S.K. Office Personnel Solutions | Yes | Australia | Yes | No | Computer code |
| Computer People | Yes | United States | Yes | No | Computer code |
| Cotelligent | Yes | United States | Yes | No | Computer code |
| Devsoft Corporation | Yes | United States | Yes | No | Computer code |
| HCL America, Inc. | Yes | United States | Yes | No | Computer code |
| HCL Consulting Limited | Yes | India | Yes | No | Computer code |
| IT & E Corporation | Yes | United States | Yes | No | Computer code |
| Ma Foi Management Consultants Limited | Yes | India | Yes | No | Computer code |
| Maprik Holdings Pty Ltd | Yes | Australia | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Pipelink | Yes | United States | Yes | No | Computer code |
| Rapidigm | Yes | United States | Yes | No | Computer code |
| Softsol Resources, Inc. | | India | | | |
| Wipro Limited | Yes | United States | Yes | No | Computer code |
| Lasselle-Ramsay | Yes | United States | Yes | No | Documentation |
| Oakhill Publications/ Computer Education Consulting | Yes | United States | Yes | No | Documentation |
| Essential Solutions | Yes | United States | Yes | No | Documentation |
| Rick Barron | No | United States | Yes | No | Documentation |

**D**

Certificate will be mailed in window envelope to this address:

Name: Susanne S. Morales, Paralegal / Fenwick & West LLP
Number/Street/Apt: 2 Palo Alto Square
City/State/ZIP: Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/78