# EXHIBIT 15

*-APPLICATION-*

## Title

**Title of Work:** Cisco IOS 15.4

**Previous or Alternative Title:** Cisco IOS Release 15.4

Cisco IOS Version 15.4

Cisco Internetwork Operating System 15.4

Cisco Internetwork Operating System Release 15.4

Cisco Internetwork Operating System Version 15.4

Cisco IOS Software Release 15.4

Cisco Internetwork Operating System Software Release 15.4

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 24, 2013          **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.

  **Author Created:** text, computer program

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

- **Author:** Aricent Technologies Mauritius Limited

  **Author Created:** computer program

  **Work made for hire:** Yes

  **Citizen of:** Mauritius          **Domiciled in:** Mauritius

- **Author:** China International Intellectech Corporation

  **Author Created:** computer program

  **Work made for hire:** Yes

  **Citizen of:** China          **Domiciled in:** China

- **Author:** embedUR Systems (I) Private Ltd.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India  **Domiciled in:** India
- **Author:** Ensoft Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom  **Domiciled in:** United Kingdom
- **Author:** Gemtek Technology Co., Ltd.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** Chinese Taipei (Taiwan)  **Domiciled in:** Chinese Taipei (Taiwan)
- **Author:** HCL Technologies Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India  **Domiciled in:** India
- **Author:** Infosys Technologies Ltd.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India  **Domiciled in:** India
- **Author:** Paxterra Solutions Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States  **Domiciled in:** United States
- **Author:** Randstad
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States  **Domiciled in:** United States
- **Author:** Scarlet Wireless India Private Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India  **Domiciled in:** India

- **Author:** Tata Consultancy Services Ltd.
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** India
  - **Domiciled in:** India
- **Author:** Wipro Limited
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** India
  - **Domiciled in:** India

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending          2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 12, 2014

**Applicant's Tracking Number:** 41593-0036

**Registration #:**
**Service Request #:** 1-1842848742
**Priority:** Special Handling             **Application Date:** November 12, 2014 05:29:57 PM

## Correspondent ───────────────────────────────────────

**Name:** Joshua L. Simmons
**Email:** joshua.simmons@kirkland.com                    **Telephone:** 212-446-4989
**Address:** Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022 United States                         **Fax:** 212-446-4900

## Mail Certificate ───────────────────────────────────────

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States