# EXHIBIT 20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-592-305**

**Effective date of registration:**

July 17, 2007

## Title

**Title of Work:** Cisco IOS XR version 3.5

**Previous or Alternative Title:** Cisco IOS XR release 3.5; Cisco Internetwork Operating System version XR version 3.5, Cisco Internetwork Operating System XR release 3.5; IOX version 3.5; IOS NG version 3.5, IOS NG release 3.5; HFROS version 3.5, HFROS release 3.5; ENA version 3.5, ENA release 3.5; Cisco Q version 3.5, Cisco Q release 3.5

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Cisco Systems, Inc
  **Author Created:** New and revised computer code and documentation
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No      **Pseudonymous:** No

- **Author:** Abacus
  **Author Created:** Computer Code
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** Yes      **Pseudonymous:** No

- **Author:** Cisco Technology, Inc
  **Author Created:** Computer Code & Documentation
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** Yes      **Pseudonymous:** No

- **Author:** Cyber Professionals, Inc
  **Author Created:** Computer Code
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** Yes                **Pseudonymous:** No
- **Author:** Data Connection Ltd
  **Author Created:** Computer Code
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom
  **Anonymous:** Yes                **Pseudonymous:** No
- **Author:** Digital-X, Inc
  **Author Created:** Computer Code
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** Yes                **Pseudonymous:** No
- **Author:** Ensoft Ltd.
  **Author Created:** Computer Code
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom
  **Anonymous:** Yes                **Pseudonymous:** No
- **Author:** Fujitsu Japan
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** Japan
  **Anonymous:** Yes                **Pseudonymous:** No
- **Author:** HCL
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** India
  **Anonymous:** Yes                **Pseudonymous:** No
- **Author:** MetaData
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** Canada
  **Anonymous:** Yes                **Pseudonymous:** No

|  |  |  |  |
|---|---|---|---|
| ■ Author: | ONE-ANS | | |
| Author Created: | Computer code | | |
| Work made for hire: | Yes | | |
| Domiciled in: | Italy | | |
| Anonymous: | Yes | Pseudonymous: | No |
| ■ Author: | Pure Solutions | | |
| Author Created: | Computer Code | | |
| Work made for hire: | Yes | | |
| Domiciled in: | United States | | |
| Anonymous: | Yes | Pseudonymous: | No |
| ■ Author: | QNX Software | | |
| Author Created: | Computer Code | | |
| Work made for hire: | Yes | | |
| Domiciled in: | United States | | |
| Anonymous: | Yes | Pseudonymous: | No |
| ■ Author: | Sapphire InfoTech, Inc. | | |
| Author Created: | Computer Code | | |
| Work made for hire: | Yes | | |
| Domiciled in: | United States | | |
| Anonymous: | Yes | Pseudonymous: | No |
| ■ Author: | Stivant | | |
| Author Created: | Computer Code | | |
| Work made for hire: | Yes | | |
| Domiciled in: | United States | | |
| Anonymous: | Yes | Pseudonymous: | No |
| ■ Author: | TechOne | | |
| Author Created: | Computer Code | | |
| Work made for hire: | Yes | | |
| Domiciled in: | United States | | |
| Anonymous: | Yes | Pseudonymous: | No |

## Copyright claimant

Copyright Claimant: Cisco Technology, Inc

170 West Tasman Drive, San Jose, CA, 95134

Transfer Statement: By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previously registered:** Yes

**Previous registration and year:** TXu 1-344-750   2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** New and revised computer code and documentation

## Certification

**Name:** Dan Lang

**Date:** July 17, 2007