# EXHIBIT 22

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-933-353**

**Effective date of registration:**
November 14, 2014

## Title
- **Title of Work:** Cisco IOS XR version 5.2
- **Previous or Alternative Title:** Cisco IOS XR 5.2
  - Cisco IOS XR Release 5.2
  - Cisco IOS XR Software Release 5.2
  - Cisco IOS XR Software Version 5.2
  - Cisco Internetwork Operating System version XR version 5.2
  - Cisco Internetwork Operating System XR release 5.2

## Completion/Publication
- **Year of Completion:** 2014
- **Date of 1st Publication:** July 5, 2014      **Nation of 1st Publication:** United States

## Author
- **Author:** Cisco Systems, Inc.
  - **Author Created:** text, computer program
  - **Work made for hire:** Yes
  - **Citizen of:** United States      **Domiciled in:** United States
- **Author:** Bard na nGleann
  - **Author Created:** text
  - **Work made for hire:** Yes
  - **Citizen of:** Ireland      **Domiciled in:** Ireland
- **Author:** HCL Technologies Limited
  - **Author Created:** text, computer program
  - **Work made for hire:** Yes
  - **Citizen of:** India      **Domiciled in:** India

|  |  |  |  |
|---|---|---|---|
| ■ Author: | Nichepro Consulting Private Limited | | |
| Author Created: | text | | |
| Work made for hire: | Yes | | |
| Citizen of: | India | Domiciled in: | India |
| ■ Author: | Innovatia, Inc. | | |
| Author Created: | text | | |
| Work made for hire: | Yes | | |
| Citizen of: | Canada | Domiciled in: | Canada |
| ■ Author: | Abacus Business Solutions, Inc. | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |
| ■ Author: | Aricent Technologies Mauritius Limited | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | Mauritius | Domiciled in: | Mauritius |
| ■ Author: | Ensoft Limited | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United Kingdom | Domiciled in: | United Kingdom |
| ■ Author: | Infosys Technologies Ltd. | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | India | Domiciled in: | India |
| ■ Author: | KForce Inc | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |
| ■ Author: | Paxterra Solutions Inc. | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |



|   |   |   |   |   |
|---|---|---|---|---|
| ▪ | Author: | Tech Mahindra Limited | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | India | Domiciled in: | India |
| ▪ | Author: | Wipro Limited | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | India | Domiciled in: | India |

## Copyright claimant

Copyright Claimant: Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

Transfer Statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: Prior works by claimant and preexisting third party computer code

Previous registration and year: Pending    2014

New material included in claim: New and revised computer code and accompanying documentation

## Certification

Name: Joshua L. Simmons, Esq.

Date: November 12, 2014

Applicant's Tracking Number: 41593-0036

**Registration #:** TX0007933353
**Service Request #:** 1-1879984863



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States