# EXHIBIT 23

# *-APPLICATION-*

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

|  |  |
|---|---|
| **Title of Work:** | Cisco IOS XE 2.1 |
| **Previous or Alternative Title:** | Cisco IOS XE Release 2.1 |
|  | Cisco IOS XE Version 2.1 |
|  | Cisco Internetwork Operating System XE 2.1 |
|  | Cisco Internetwork Operating System XE Release 2.1 |
|  | Cisco Internetwork Operating System XE Version 2.1 |
|  | Cisco IOS XE Software Release 2.1 |
|  | Cisco Internetwork Operating System XE Software Release 2.1 |

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━━━

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | May 2, 2008 | **Nation of 1st Publication:** | United States |

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

|  |  |  |  |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ■ **Author:** | Adecco USA, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

- **Author:** Aerotek, Inc.
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

- **Author:** HCL Technologies Limited
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** India      **Domiciled in:** India

- **Author:** Infobahn Softworld Inc.
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

- **Author:** KForce Inc.
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

- **Author:** Data Connection Limited dba Metaswitch Networks
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

- **Author:** Solectron Corporation
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

- **Author:** WIPRO Limited
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** India      **Domiciled in:** India

- **Author:** Zenaide Technologies, Inc.
  **Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

■  **Author:**  Cisco Technology, Inc.

**Author Created:**  text, computer program

**Work made for hire:**  Yes

**Citizen of:**  United States  **Domiciled in:**  United States

## Copyright claimant

**Copyright Claimant:**  Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:**  By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**  Prior works by claimant and preexisting third party computer code

**New material included in claim:**  New and revised computer code and accompanying documentation

## Certification

**Name:**  Joshua L. Simmons, Esq.

**Date:**  November 13, 2014

**Applicant's Tracking Number:**  41593-0036

**Registration #:**

**Service Request #:** 1-1863956851

           **Priority:** Special Handling            **Application Date:** November 13, 2014 04:11:03 PM

## Correspondent ————————————————————————

        **Name:** Joshua L. Simmons

        **Email:** joshua.simmons@kirkland.com         **Telephone:** 212-446-4989

    **Address:** Kirkland & Ellis LLP
             601 Lexington Avenue
             New York, NY 10022 United States         **Fax:** 212-446-4900

## Mail Certificate ————————————————————————

        Kirkland & Ellis LLP
        Joshua L. Simmons
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022  United States