# EXHIBIT 24

*-APPLICATION-*

## Title

| | |
|---:|:---|
| **Title of Work:** | Cisco IOS XE 3.5 |
| **Previous or Alternative Title:** | Cisco IOS XE Release 3.5 |
| | Cisco IOS XE Version 3.5 |
| | Cisco Internetwork Operating System XE 3.5 |
| | Cisco Internetwork Operating System XE Release 3.5 |
| | Cisco Internetwork Operating System XE Version 3.5 |
| | Cisco IOS XE Software Release 3.5 |
| | Cisco Internetwork Operating System XE Software Release 3.5 |

## Completion/Publication

| | | | |
|---:|:---|---:|:---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | November 28, 2011 | **Nation of 1st Publication:** | United States |

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Bard na nGleann
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** Ireland    **Domiciled in:** Ireland

- **Author:** Adecco USA, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Aerotek, Inc.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Aricent Technologies Mauritius Limted
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** Mauritius    **Domiciled in:** Mauritius

- **Author:** HCL Technologies Limited
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** India    **Domiciled in:** India

- **Author:** Infosys Technologies Ltd.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** India    **Domiciled in:** India

- **Author:** KForce Inc.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Randstad
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Tata Consultancy Services Ltd.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** India    **Domiciled in:** India

- **Author:** Unilink Ltd.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** Israel    **Domiciled in:** Israel

- **Author:** Vircon, Inc.
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** United States  **Domiciled in:** United States
- **Author:** WIPRO Limited
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** India  **Domiciled in:** India
- **Author:** Cisco Technology, Inc.
  - **Author Created:** text, computer program
  - **Work made for hire:** Yes
  - **Citizen of:** United States  **Domiciled in:** United States

# Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

# Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending        2014

**New material included in claim:** New and revised computer code and accompanying documentation

# Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 13, 2014

**Applicant's Tracking Number:** 41593-0036

**Registration #:**
**Service Request #:** 1-1874302659
**Priority:** Special Handling   **Application Date:** November 13, 2014 04:11:12 PM

Correspondent ─────────────────────────────────────────────

**Name:** Joshua L. Simmons
**Email:** joshua.simmons@kirkland.com   **Telephone:** 212-446-4989
**Address:** Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022 United States   **Fax:** 212-446-4900

Mail Certificate ─────────────────────────────────────────────

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States