# EXHIBIT 25

*-APPLICATION-*

## Title

**Title of Work:** Cisco NX-OS 4.0

**Previous or Alternative Title:** Cisco NX-OS Software Release 4.0

Cisco NX-OS Release 4.0

Cisco NXOS 4.0

Cisco SAN-OS 4.0

Cisco SAN-OS Software Release 4.0

Cisco SAN-OS Release 4.0

Cisco SANOS 4.0

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 2, 2008        **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.

  **Author Created:** text, computer program

  **Work made for hire:** Yes

  **Citizen of:** United States        **Domiciled in:** United States

- **Author:** Cisco Technology, Inc.

  **Author Created:** text, computer program

  **Work made for hire:** Yes

  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**  Prior works by claimant and preexisting third party computer code

**New material included in claim:**  New and revised computer code and accompanying documentation

## Certification

**Name:**  Joshua L. Simmons, Esq.

**Date:**  November 13, 2014

**Applicant's Tracking Number:**  41593-0036

**Registration #:**

**Service Request #:** 1-1786586481

**Priority:** Special Handling  **Application Date:** November 13, 2014 04:10:21 PM

Correspondent ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Name:** Joshua L. Simmons

**Email:** joshua.simmons@kirkland.com    **Telephone:** 212-446-4989

**Address:** Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022 United States    **Fax:** 212-446-4900

Mail Certificate ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States