# EXHIBIT 26

*-APPLICATION-*

## Title

**Title of Work:** Cisco NX-OS 5.0

**Previous or Alternative Title:** Cisco NX-OS Software Release 5.0

Cisco NX-OS Release 5.0

Cisco NXOS 5.0

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 24, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Cisco Technology, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending    2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 13, 2014

**Applicant's Tracking Number:** 41593-0036

**Registration #:**

**Service Request #:** 1-1814995944

**Priority:** Special Handling      **Application Date:** November 13, 2014 04:10:31 PM

## Correspondent ──────────────────────────────────────────

**Name:** Joshua L. Simmons

**Email:** joshua.simmons@kirkland.com      **Telephone:** 212-446-4989

**Address:** Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022 United States      **Fax:** 212-446-4900

## Mail Certificate ──────────────────────────────────────────

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States