# EXHIBIT 27

# *-APPLICATION-*

## Title

**Title of Work:** Cisco NX-OS 5.2

**Previous or Alternative Title:** Cisco NX-OS Software Release 5.2

Cisco NX-OS Release 5.2

Cisco NXOS 5.2

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** July 29, 2011   **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.

  **Author Created:** text, computer program

  **Work made for hire:** Yes

  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending    2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 13, 2014

**Applicant's Tracking Number:** 41593-0036

**Registration #:**
**Service Request #:** 1-1814996028
**Priority:** Special Handling          **Application Date:** November 13, 2014 04:10:41 PM

Correspondent _____

**Name:** Joshua L. Simmons
**Email:** joshua.simmons@kirkland.com         **Telephone:** 212-446-4989
**Address:** Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022 United States          **Fax:** 212-446-4900

Mail Certificate _____

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States