# EXHIBIT 28

# *-APPLICATION-*

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Cisco NX-OS 6.2

**Previous or Alternative Title:** Cisco NX-OS Software Release 6.2

Cisco NX-OS Release 6.2

Cisco NXOS 6.2

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2013

**Date of 1st Publication:** August 22, 2013        **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■        **Author:** Cisco Systems, Inc.

**Author Created:** text, computer program

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

■        **Author:** Bard na nGleann

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** Ireland        **Domiciled in:** Ireland

■        **Author:** Trilyon Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**   Prior works by claimant and preexisting third party computer code

**Previous registration and year:**   Pending          2014

**New material included in claim:**   New and revised computer code and accompanying documentation

## Certification

**Name:**   Joshua L. Simmons, Esq.

**Date:**   November 13, 2014

**Applicant's Tracking Number:**   41593-0036

**Registration #:**

**Service Request #:**  1-1815054342

**Priority:**  Special Handling          **Application Date:**  November 13, 2014 04:10:51 PM

Correspondent ——————————————————————————————————

**Name:** Joshua L. Simmons

**Email:** joshua.simmons@kirkland.com          **Telephone:** 212-446-4989

**Address:** Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022 United States          **Fax:** 212-446-4900

Mail Certificate ——————————————————————————————————

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States