| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | Steven Cherny *(admission pro hac vice pending)* |
| kathleensullivan@quinnemanuel.com | steven.cherny@kirkland.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KIRKLAND & ELLIS LLP |
| 51 Madison Avenue, 22nd Floor | 601 Lexington Avenue |
| New York, NY 10010 | New York, New York 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 446-4800 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 446-4900 |
| | |
| Sean S. Pak (SBN 219032) | Adam R. Alper (SBN 196834) |
| seanpak@quinnemanuel.com | adam.alper@kirkland.com |
| John M. Neukom (SBN 275887) | KIRKLAND & ELLIS LLP |
| johnneukom@quinnemanuel.com. | 555 California Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | San Francisco, California 94104 |
| 50 California Street, 22nd Floor | Telephone: (415) 439-1400 |
| San Francisco, CA 94111 | Facsimile: (415) 439-1500 |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| Mark Tung (SBN 245782) | KIRKLAND & ELLIS LLP |
| marktung@quinnemanuel.com | 333 South Hope Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Los Angeles, California 90071 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: (213) 680-8400 |
| Redwood Shores, CA 94065 | Facsimile: (213) 680-8500 |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., | ) CASE NO. 5:14-cv-05344 |
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| ARISTA NETWORKS, INC., | ) |
| Defendant. | ) |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John M. Neukom of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>John M. Neukom (CA Bar No. 275887)
>johnneukom@quinnemanuel.com
>Quinn Emanuel Urquhart & Sullivan, LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700

DATED: December 5, 2014           Respectfully submitted,

>/s/ John M. Neukom
>
>Kathleen Sullivan (SBN 242261)
>kathleensullivan@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>Sean S. Pak (SBN 219032)
>seanpak@quinnemanuel.com
>John M. Neukom (SBN 275887)
>johnneukom@quinnemanuel.com.
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700
>
>Mark Tung (SBN 245782)
>marktung@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, CA 94065
>Telephone: (650) 801-5000
>Facsimile: (650) 801-5100

1  Steven Cherny *(admission pro hac vice pending)*
2  steven.cherny@kirkland.com
   KIRKLAND & ELLIS LLP
3  601 Lexington Avenue
   New York, New York 10022
4  Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
5
   Adam R. Alper (SBN 196834)
6  adam.alper@kirkland.com
   KIRKLAND & ELLIS LLP
7  555 California Street
   San Francisco, California  94104
8  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
9
   Michael W. De Vries (SBN 211001)
10 michael.devries@kirkland.com
   KIRKLAND & ELLIS LLP
11 333 South Hope Street
   Los Angeles, California 90071
12 Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
13
   *Attorneys for Plaintiff Cisco Systems, Inc.*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28