| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>Matthew D. Cannon (SBN 252666)<br>matthewcannon@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admission pro hac vice pending)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | CASE NO.  3:14-cv-05344<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Matthew D. Cannon of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Matthew D. Cannon (CA Bar No. 252666)
> matthewcannon@quinnemanuel.com
> Quinn Emanuel Urquhart & Sullivan, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> Telephone: (415) 875-6600
> Facsimile: (415) 875-6700

DATED:  December 5, 2014                    Respectfully submitted,

/s/ Matthew Cannon

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

|   |   |
|---|---|
| 1 |   |
| 2 | Steven Cherny *(admission pro hac vice pending)* |
| 3 | steven.cherny@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 4 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 5 | Telephone: (212) 446-4800 |
|   | Facsimile: (212) 446-4900 |
| 6 |   |
|   | Adam R. Alper (SBN 196834) |
| 7 | adam.alper@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 8 | 555 California Street |
|   | San Francisco, California  94104 |
| 9 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 10 |   |
|   | Michael W. De Vries (SBN 211001) |
| 11 | michael.devries@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 12 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 13 | Telephone: (213) 680-8400 |
|   | Facsimile: (213) 680-8500 |
| 14 |   |
|   | *Attorneys for Plaintiff Cisco Systems, Inc.* |
| 15 |   |

2