| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | Steven Cherny *(admission pro hac vice pending)* |
| kathleensullivan@quinnemanuel.com | steven.cherny@kirkland.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KIRKLAND & ELLIS LLP |
| 51 Madison Avenue, 22nd Floor | 601 Lexington Avenue |
| New York, NY 10010 | New York, New York 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 446-4800 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 446-4900 |
| | |
| Sean S. Pak (SBN 219032) | Adam R. Alper (SBN 196834) |
| seanpak@quinnemanuel.com | adam.alper@kirkland.com |
| John M. Neukom (SBN 275887) | KIRKLAND & ELLIS LLP |
| johnneukom@quinnemanuel.com. | 555 California Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | San Francisco, California 94104 |
| 50 California Street, 22nd Floor | Telephone: (415) 439-1400 |
| San Francisco, CA 94111 | Facsimile: (415) 439-1500 |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| Mark Tung (SBN 245782) | 333 South Hope Street |
| marktung@quinnemanuel.com | Los Angeles, California 90071 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Telephone: (213) 680-8400 |
| 555 Twin Dolphin Drive, 5th Floor | Facsimile: (213) 680-8500 |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO.  3:14-cv-5344 |
| Plaintiff, | **CISCO SYSTEMS, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this
2   date, Plaintiff Cisco Systems, Inc. ("Cisco"), has no parent corporation, and no publicly held
3   corporation owns 10% or more of its stock.

4
    DATED:  December 5, 2014                    Respectfully submitted,
5
                                                /s/ Sean Pak
6                                               _____

7                                               Kathleen Sullivan (SBN 242261)
                                                kathleensullivan@quinnemanuel.com
8                                               QUINN EMANUEL URQUHART &
                                                SULLIVAN LLP
9                                               51 Madison Avenue, 22nd Floor
                                                New York, NY 10010
10                                              Telephone: (212) 849-7000
                                                Facsimile: (212) 849-7100
11
                                                Sean S. Pak (SBN 219032)
12                                              seanpak@quinnemanuel.com
                                                John M. Neukom (SBN 275887)
13                                              johnneukom@quinnemanuel.com.
                                                QUINN EMANUEL URQUHART &
14                                              SULLIVAN LLP
                                                50 California Street, 22nd Floor
15                                              San Francisco, CA 94111
                                                Telephone: (415) 875-6600
16                                              Facsimile: (415) 875-6700

17                                              Mark Tung (SBN 245782)
                                                marktung@quinnemanuel.com
18                                              QUINN EMANUEL URQUHART &
                                                SULLIVAN LLP
19                                              555 Twin Dolphin Drive, 5th Floor
                                                Redwood Shores, CA 94065
20                                              Telephone: (650) 801-5000
                                                Facsimile: (650) 801-5100
21
                                                Steven Cherny *(admission pro hac vice*
22                                              *pending)*
                                                steven.cherny@kirkland.com
23                                              KIRKLAND & ELLIS LLP
                                                601 Lexington Avenue
24                                              New York, New York 10022
                                                Telephone: (212) 446-4800
25                                              Facsimile: (212) 446-4900

26                                              Adam R. Alper (SBN 196834)
                                                adam.alper@kirkland.com
27                                              KIRKLAND & ELLIS LLP
                                                555 California Street
28                                              San Francisco, California  94104

Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*