Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 3:14-cv-05344 <br><br> **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kathleen Sullivan of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

    Kathleen Sullivan (CA Bar No. 242261)
    kathleensullivan@quinnemanuel.com
    Quinn Emanuel Urquhart & Sullivan, LLP
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone: (212) 849-7000
    Facsimile: (212) 849-71000

DATED: December 5, 2014                       Respectfully submitted,

                                                      /s/ Kathleen Sullivan

                                                      Kathleen Sullivan (SBN 242261)
                                                      kathleensullivan@quinnemanuel.com
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN LLP
                                                      51 Madison Avenue, 22nd Floor
                                                      New York, NY 10010
                                                      Telephone: (212) 849-7000
                                                      Facsimile: (212) 849-7100

                                                      Sean S. Pak (SBN 219032)
                                                      seanpak@quinnemanuel.com
                                                      John M. Neukom (SBN 275887)
                                                      johnneukom@quinnemanuel.com.
                                                      Matthew D. Cannon (SBN 252666)
                                                      matthewcannon@quinnemanuel.com
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN LLP
                                                      50 California Street, 22nd Floor
                                                      San Francisco, CA 94111
                                                      Telephone: (415) 875-6600
                                                      Facsimile: (415) 875-6700

                                                      Mark Tung (SBN 245782)
                                                      marktung@quinnemanuel.com
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN LLP
                                                      555 Twin Dolphin Drive, 5th Floor
                                                      Redwood Shores, CA 94065
                                                      Telephone: (650) 801-5000
                                                      Facsimile: (650) 801-5100

1
2   Steven Cherny *(admission pro hac vice*
3   *pending)*
    steven.cherny@kirkland.com
    KIRKLAND & ELLIS LLP
4   601 Lexington Avenue
    New York, New York 10022
5   Telephone: (212) 446-4800
    Facsimile: (212) 446-4900
6
    Adam R. Alper (SBN 196834)
7   adam.alper@kirkland.com
    KIRKLAND & ELLIS LLP
8   555 California Street
    San Francisco, California  94104
9   Telephone: (415) 439-1400
    Facsimile: (415) 439-1500
10
    Michael W. De Vries (SBN 211001)
11  michael.devries@kirkland.com
    KIRKLAND & ELLIS LLP
12  333 South Hope Street
    Los Angeles, California 90071
13  Telephone: (213) 680-8400
    Facsimile: (213) 680-8500
14
    *Attorneys for Plaintiff Cisco Systems, Inc.*
15
16
17
18
19
20
21
22
23
24
25
26
27
28