Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ARISTA NETWORKS, INC., <br><br>　　　　Defendant. | CASE NO. 3:14-5344 <br><br>**NOTICE OF APPEARANCE OF MICHAEL W. DE VRIES** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael W. De Vries of Kirkland & Ellis LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Michael W. De Vries (CA Bar No. 211001)
> michael.devries@kirkland.com
> 333 South Hope Street
> Los Angeles, California 90071
> Telephone: (213) 680-8400
> Facsimile: (213) 680-8500

DATED:  December 5, 2014                    Respectfully submitted,

                                            */s/ Michael W. De Vries*

                                            Kathleen Sullivan (SBN 242261)
                                            kathleensullivan@quinnemanuel.com
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, NY 10010
                                            Telephone: (212) 849-7000
                                            Facsimile: (212) 849-7100

                                            Sean S. Pak (SBN 219032)
                                            seanpak@quinnemanuel.com
                                            John M. Neukom (SBN 275887)
                                            johnneukom@quinnemanuel.com.
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
                                            50 California Street, 22nd Floor
                                            San Francisco, CA 94111
                                            Telephone: (415) 875-6600
                                            Facsimile: (415) 875-6700

                                            Mark Tung (SBN 245782)
                                            marktung@quinnemanuel.com
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
                                            555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, CA 94065
                                            Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100

                                            Steven Cherny *(admission pro hac vice pending)*
                                            steven.cherny@kirkland.com

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*