KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 3-14-CV-05344-JSC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Date Filed:  December 5, 2014 |
| ARISTA NETWORKS, INC., | Trial Date:  Not set. |
| Defendant. | |

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   PLEASE TAKE NOTICE THAT, Robert A. Van Nest, Brian L. Ferrall, David J. Silbert

3 and Michael S. Kwun hereby enter their appearances as attorneys of record for defendant

4 ARISTA NETWORKS, INC. in the above-captioned matter.  Messrs. Van Nest, Ferrall, Silbert

5 and Kwun respectfully request that all pleadings, orders, motions, notices, and other papers in

6 connection with this action henceforth be served on them.

7 Dated:  December 18, 2014                                  KEKER & VAN NEST LLP

By:  /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID SILBERT
MICHAEL S. KWUN

Attorneys for Defendant ARISTA NETWORKS, INC.