KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 3-14-CV-05344-JSC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Date Filed: December 5, 2014 |
| ARISTA NETWORKS, INC., | Trial Date: Not set. |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT David J. Silbert hereby enters his appearance as attorney of record for defendant ARISTA NETWORKS, INC. in the above-captioned matter. Mr. Silbert respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him.

Dated: December 19, 2014                                            KEKER & VAN NEST LLP

                                                            By:  /s/ *David J. Silbert*
                                                                    DAVID SILBERT

                                                                    Attorneys for Defendant ARISTA NETWORKS, INC.