KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 3-14-CV-05344-JSC |
| Plaintiff, | **NOTICE OF APPEARANCE FOR BRIAN L. FERRALL** |
| v. | Date Filed:  December 5, 2014 |
| ARISTA NETWORKS, INC., | Trial Date:  Not set. |
| Defendant. | |

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 PLEASE TAKE NOTICE THAT Brian L. Ferrall Silbert hereby enters his appearance as

3 attorney of record for defendant ARISTA NETWORKS, INC. in the above-captioned matter.  Mr.

4 Ferrall respectfully requests that all pleadings, orders, motions, notices, and other papers in

5 connection with this action henceforth be served on him.

6

7 Dated:  December 19, 2014                                            KEKER & VAN NEST LLP

8

9                                                                                    By:    /s/ *Brian L. Ferrall*
                                                                                                  BRIAN L. FERRALL

10
                                                                                           Attorneys for Defendant ARISTA
11                                                                                         NETWORKS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

NOTICE OF APPEARANCE FOR BRIAN L. FERRALL
Case No. 3-14-CV-05344-JSC

886857.01