KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 3-14-CV-05344-JSC<br><br>**NOTICE OF APPEARANCE FOR MICHAEL S. KWUN**<br><br>Date Filed: December 5, 2014<br><br>Trial Date: Not set. |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Michael S. Kwun hereby enters his appearance as attorney of record for defendant ARISTA NETWORKS, INC. in the above-captioned matter.  Mr. Kwun respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him.

Dated:  December 19, 2014                          KEKER & VAN NEST LLP

                                                   By:   /s/ *Michael S. Kwun*
                                                         MICHAEL S. KWUN

                                                         Attorneys for Defendant ARISTA
                                                         NETWORKS, INC.