Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Juanita R. Brooks (SBN 75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| CISCO SYSTEMS, INC. | Case No. 5:14-cv-5344-BLF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ARISTA NETWORKS, INC. | |
| Defendant. | |

PLEASE TAKE NOTICE that Juanita R. Brooks of Fish & Richardson P.C. hereby enters her appearance as counsel on behalf of Defendant Arista Networks, Inc.in the above-referenced matter.  Ms. Brooks is admitted to practice in this Court.

Dated:  December 22, 2014　　　　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　　　　　　By:  */s/Juanita R. Brooks*
　　　　　　　　　　　　　　　　　　　　　　 Juanita R. Brooks

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　ARISTA NETWORKS, INC.