KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 14-CV-05344-BFL <br><br> **JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  Not set. |

WHEREAS, Plaintiff Cisco Systems, Inc. filed this action before this Court on December 5, 2014;

WHEREAS, the parties have met and conferred and agreed that Defendant Arista Networks, Inc. shall have until February 13, 2015, to respond to the complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6.1(a), the parties hereby stipulate that Arista may respond to the complaint by February 13, 2015.  This change will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 19, 2014                KEKER & VAN NEST LLP

By:  /s/ *David J. Silbert*
DAVID SILBERT

Attorneys for Defendant ARISTA NETWORKS, INC.

Dated:  December 22, 2014                KIRKLAND & ELLIS LLP

By:  /s/ *Adam Alper*
ADAM ALPER

Attorneys for Plaintiff CISCO SYSTEMS, INC.

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  December 19, 2014                */s/ David J. Silbert*
David J. Silbert