KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 3-14-CV-05344-BLF<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Filed: December 5, 2014<br><br>Trial Date: Not set. |

DEFENDANT ARISTA NETWORKS, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND
CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3-14-CV-05344-BLF

904440.01

TO THE COURT, PLAINTIFF, AND PLAINTIFF'S COUNSEL OF RECORD:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendant Arista Networks, Inc. ("Arista") hereby files its corporate disclosure statement and certification of interested entities or persons.

Arista states that it does not have a parent corporation and no publicly held company owns 10% or more of Arista's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and their shareholders, there are no persons or entities known to have either a financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of this proceeding.

Respectfully submitted,

Dated: February 13, 2015  KEKER & VAN NEST LLP

By: /s/ *David J. Silbert*
ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID J. SILBERT
MICHAEL S. KWUN

Attorneys for Defendant ARISTA NETWORKS, INC.