# EXHIBIT 4B

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 1-048-569



EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Aug. 20, 2002
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
Cisco IOS 11.1

**Registration Number of the Basic Registration ▼**
TX 5-531-435

**Year of Basic Registration ▼**
2002

**Name(s) of Author(s) ▼**
Cisco Systems, Inc.

**Name(s) of Copyright Claimant(s) ▼**
Cisco Technology, Inc.

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number __3b__   Line Heading or Description __Date and Nation of First Publication of this Particular Work__

**Incorrect Information as It Appears in Basic Registration ▼**
February 28, 1996; United States

**Corrected Information ▼**
N/A (please delete)

**Explanation of Correction ▼**
The work is unpublished.

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number _____   Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
                    • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| AUG. 2 0. 2002 | |
| FUNDS RECEIVED DATE | |
| AUG. 2 0. 2002 | |
| EXAMINED BY  TMS | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES   ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B  or  ☐ Part C

Line Number: 5   Line Heading or Description: Previous Registration

Incorrect Information as It Appears in Basic Registration: Box C unchecked

Corrected Information: Box C checked

Explanation of Correction: This work is a changed version.

Line Number: 2b   Line Heading or Description: Name of Author

Incorrect Information as It Appears in Basic Registration: No entry

Corrected Information: See Attached Form TX/CON for Additional Authors

Explanation of Correction: Additional authors on Form TX/CON

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306
Phone ( 650 ) 858-7696   Fax ( 650 ) 494-1417   Email ttsao@fenwick.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**E**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Cisco Technology, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Tu T. Tsao          Date ▼ 8/19/15

Handwritten signature (X) ▼
_Tu Tsao_

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼ Susanne S. Morales, Paralegal / Fenwick & West LLP |
|---|---|
| | Number/Street/Apt ▼ 2 Palo Alto Square |
| | City/State/ZIP ▼ Palo Alto, CA 94306 |

YOU MUST
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021