# EXHIBIT 6B

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

United States of America

## FORM CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TXu 1-057-804

RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

JAN / 14 / 2003
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Cisco IOS 11.3

Registration Number of the Basic Registration ▼
TXu 1-036-062

Year of Basic Registration ▼
2002

Name(s) of Author(s) ▼
Please see Space D for list of author names

Name(s) of Copyright Claimant(s) ▼
Cisco Technology, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a          Line Heading or Description  Name of Author

Incorrect Information as It Appears in Basic Registration ▼

Cisco Systems, Inc.

Corrected Information ▼

Cisco Systems Sales & Services, Inc.

Explanation of Correction ▼

correct name of author

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number  2b and C         Line Heading or Description  Name of Author

Amplified Information and Explanation of Information ▼

Please add to the following to the list of authors:

Name of Author: Cisco Technology, Inc.
Work for Hire: Yes
Domicile: United States
Anonymous: No
Pseudonymous: No
Nature of Contribution: Computer code and documentation

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| JAN 14. 2003 | |
| FUNDS RECEIVED DATE | |

EXAMINED BY DAB

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES   ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of:   ☐ Part B   *or*   ☐ Part C   ☑ Part A

Cisco Systems, Inc.
HCL America, Inc.
HCL Consulting Limited
Metaplex, Inc.
Technosoft Corp.
Nano Solutions
Oakhill Publications / Computer Education Consulting
ABE Staffing Services, Inc.
Lasselle-Ramsay
Kevin Shafer
Rick Barron

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Tu T. Tsao, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Phone ( 650 ) 335-7696        Fax ( 650 ) 938-5200        Email ttsao@fenwick.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Cisco Technology, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Robert A. Barr, Worldwide Patent Counsel        Date ▼ 1/8/03

Handwritten signature (X) ▼

**Certificate will be mailed in window envelope to this address:**

| Name ▼ | Susanne S. Morales, Paralegal / Fenwick & West LLP |
|---|---|
| Number/Street/Apt ▼ | 801 California Street |
| City/State/ZIP ▼ | Mountain View, CA 94041 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021