# EXHIBIT 10

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG  **TXu 1-188-975**

EFFECTIVE DATE OF REGISTRATION

Month **Jul**  Day **26**  Year **04**

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1  TITLE OF THIS WORK ▼**
Cisco IOS 12 3

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 12 3  Cisco IOS Version 12 3  Cisco Internetwork Operating System 12 3  Cisco Internetwork Operating System Release 12 3  Cisco Internetwork Operating System Version 12 3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2  a  NAME OF AUTHOR ▼**
Cisco Systems Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a 'work made for hire'?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?   ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

**b  NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

NOTE: Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes In the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ◀ Year in all cases.
2003

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published
Month ▶   Day ▶   Year ▶   ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Cisco Technology Inc
170 West Tasman Drive
San Jose, CA 95134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By agreement

APPLICATION RECEIVED
JUL 26 2004
ONE DEPOSIT RECEIVED
JUL 26 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶ TXu 1 036 065    Year of Registration ▶ 2002

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and preexisting third party computer code

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and documentation

**6**
a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                      Account Number ▼
Cisco Technology Inc                          DA92785

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Jason Schroth
Cisco Technology Inc
170 West Tasman Drive
San Jose CA 95134

Area code and daytime telephone number ▶ (408) 853 7972      Fax number ▶ (408) 853 7972
Email ▶ jschroth@cisco com

**7**
a
b

**CERTIFICATION\*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Cisco Technology, Inc

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Robert Barr VP Intellectual Property                                Date ▶ 7/21/2004

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address

Name ▼
Jason Schroth  Intellectual Property Department / Cisco Technology Inc
Number/Street/Apt ▼
170 West Tasman Drive
City/State/ZIP ▼
San Jose CA 95134

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

Fees are subject to change For current fees, check the Copyright Office website  www copyright gov write the Copyright Office or call (202) 707 3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper                        U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA **only** Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application**
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

Form TX/CON
UNITED STATES COPYRIGHT OFFICE
REC  TXu 1 – 188 – 975

TXU001188975

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

JUL 26 04
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
JUL 26 2004

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

Cisco IOS 12 3

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)

Cisco Technology Inc   170 West Tasman Drive  San Jose  CA 95134

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C** Continuation of other Spaces

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Avnisoft Corp | Yes | United States | Yes | No | Computer Code |
| Bryson Technologies Inc | Yes | United States | Yes | No | Documentation |
| Cisco Technology Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| Data Connection Ltd | Yes | United States | Yes | No | Computer Code |
| HarveyCom | Yes | United States | Yes | No | Documentation |
| HCL America Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| HCL Consulting Limited | Yes | India | Yes | No | Computer Code |
| Infosys | Yes | India | Yes | No | Documentation |
| Lasselle Ramsay | Yes | United States | Yes | No | Documentation |
| Oakhill Publications | Yes | United States | Yes | No | Computer Code |
| ODI HCL | Yes | India | Yes | No | Documentation |
| Preferred International | Yes | United Kingdom | Yes | No | Documentation |
| Red Oak Technologies | Yes | United States | Yes | No | Documentation |
| Richard Barron and Assoc | Yes | United States | Yes | No | Computer Code |
| Tata Elxsi Limited | Yes | India | Yes | No | Computer Code |
| Technology Solutions | Yes | India | Yes | No | Computer Code |
| WIPRO | Yes | India | Yes | No | Computer Code |

**D**

Certificate will be mailed in window envelope to this address

Name ▼ Jason Schroth  Intellectual Property Department / Cisco Technology Inc

Number/Street/Apt ▼ 170 West Tasman Drive

City/State/ZIP ▼ San Jose  CA 95134

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000