# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-938-524

**Effective date of registration:**

November 28, 2014

## Title ──────────────────────────────

| | |
|---|---|
| **Title of Work:** | Cisco IOS 15.0 |
| **Previous or Alternative Title:** | Cisco IOS Release 15.0 |
| | Cisco IOS Version 15.0 |
| | Cisco Internetwork Operating System 15.0 |
| | Cisco Internetwork Operating System Release 15.0 |
| | Cisco Internetwork Operating System Version 15.0 |
| | Cisco Internetwork Operating System Software Release 15.0 |
| | Cisco IOS Software Release 15.0 |

## Completion/Publication ──────────────

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | October 1, 2009 | **Nation of 1st Publication:** | United States |

## Author ─────────────────────────────

| | | | |
|---|---|---|---|
| ▪ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ▪ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ▪ **Author:** | AAP3, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United Kingdom | **Domiciled in:** | United Kingdom |

■     **Author:**  Aerotek, Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■     **Author:**  HCL Technologies Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India          **Domiciled in:**  India

■     **Author:**  Infobahn Softworld Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■     **Author:**  Infosys Technologies Ltd.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India          **Domiciled in:**  India

■     **Author:**  KForce Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■     **Author:**  Ma Foi Management Consultants Ltd.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India          **Domiciled in:**  India

■     **Author:**  Randstad

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■     **Author:**  Wipro Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India          **Domiciled in:**  India

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant and preexisting third party computer code |
| **Previous registration and year:** | TXu1-259-162    2005 |
| **New material included in claim:** | New and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| **Name:** | Joshua L. Simmons, Esq. |
| **Date:** | November 12, 2014 |
| **Applicant's Tracking Number:** | 41593-0036 |

**Registration #:**  TX0007938524
**Service Request #:**  1-1840007632



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States