# EXHIBIT 23

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-937-240**

Effective date of registration:

November 24, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS XE 2.1 |
| **Previous or Alternative Title:** | Cisco IOS XE Release 2.1 |
| | Cisco IOS XE Version 2.1 |
| | Cisco Internetwork Operating System XE 2.1 |
| | Cisco Internetwork Operating System XE Release 2.1 |
| | Cisco Internetwork Operating System XE Version 2.1 |
| | Cisco IOS XE Software Release 2.1 |
| | Cisco Internetwork Operating System XE Software Release 2.1 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | May 2, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ■ **Author:** | Adecco USA, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

Page 1 of 3

| | | | | |
|---|---|---|---|---|
| ■ Author: | Aerotek, Inc. | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | United States | Domiciled in: | United States | |
| ■ Author: | HCL Technologies Limited | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | India | Domiciled in: | India | |
| ■ Author: | Infobahn Softworld Inc. | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | United States | Domiciled in: | United States | |
| ■ Author: | KForce Inc. | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | United States | Domiciled in: | United States | |
| ■ Author: | Data Connection Limited dba Metaswitch Networks | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | United Kingdom | Domiciled in: | United Kingdom | |
| ■ Author: | Solectron Corporation | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | United States | Domiciled in: | United States | |
| ■ Author: | WIPRO Limited | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | India | Domiciled in: | India | |
| ■ Author: | Zenaide Technologies, Inc. | | | |
| Author Created: | computer program | | | |
| Work made for hire: | Yes | | | |
| Citizen of: | United States | Domiciled in: | United States | |

| | |
|---|---|
| ■ Author: | Cisco Technology, Inc. |
| Author Created: | text, computer program |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| Transfer Statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Prior works by claimant and preexisting third party computer code |
| New material included in claim: | New and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| Name: | Joshua L. Simmons, Esq. |
| Date: | November 13, 2014 |
| Applicant's Tracking Number: | 41593-0036 |

**Registration #:** TX0007937240
**Service Request #:** 1-1863956851



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States