# EXHIBIT 24

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-937-234**

**Effective date of registration:**

November 24, 2014

## Title

**Title of Work:** Cisco IOS XE 3.5

**Previous or Alternative Title:** Cisco IOS XE Release 3.5

Cisco IOS XE Version 3.5

Cisco Internetwork Operating System XE 3.5

Cisco Internetwork Operating System XE Release 3.5

Cisco Internetwork Operating System XE Version 3.5

Cisco IOS XE Software Release 3.5

Cisco Internetwork Operating System XE Software Release 3.5

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 28, 2011    **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Bard na nGleann
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** Ireland    **Domiciled in:** Ireland

- **Author:** Adecco USA, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

Page 1 of 3



| | | | | |
|---|---|---|---|---|
| ■ | Author: | Aerotek, Inc. | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | United States | Domiciled in: | United States |
| ■ | Author: | Aricent Technologies Mauritius Limted | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | Mauritius | Domiciled in: | Mauritius |
| ■ | Author: | HCL Technologies Limited | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | India | Domiciled in: | India |
| ■ | Author: | Infosys Technologies Ltd. | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | India | Domiciled in: | India |
| ■ | Author: | KForce Inc. | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | United States | Domiciled in: | United States |
| ■ | Author: | Randstad | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | United States | Domiciled in: | United States |
| ■ | Author: | Tata Consultancy Services Ltd. | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | India | Domiciled in: | India |
| ■ | Author: | Unilink Ltd. | | |
| | Author Created: | computer program | | |
| | Work made for hire: | Yes | | |
| | Citizen of: | Israel | Domiciled in: | Israel |

- **Author:** Vircon, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States
- **Author:** WIPRO Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India   **Domiciled in:** India
- **Author:** Cisco Technology, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.
170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending    2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.
**Date:** November 13, 2014
**Applicant's Tracking Number:** 41593-0036

**Registration #:** TX0007937234
**Service Request #:** 1-1874302659



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States