# EXHIBIT 25

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-713**

**Effective date of registration:**

November 13, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco NX-OS 4.0 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 4.0 |
| | Cisco NX-OS Release 4.0 |
| | Cisco NXOS 4.0 |
| | Cisco SAN-OS 4.0 |
| | Cisco SAN-OS Software Release 4.0 |
| | Cisco SAN-OS Release 4.0 |
| | Cisco SANOS 4.0 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | April 2, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Cisco Technology, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

**Material excluded from this claim:**   previously published material and preexisting third party computer code

**New material included in claim:**   new and revised computer code and accompanying documentation

## Certification

**Name:**   Joshua L. Simmons, Esq.

**Date:**   November 13, 2014

**Applicant's Tracking Number:**   41593-0036

**Correspondence:**   Yes

**Registration #:** TX0007940713
**Service Request #:** 1-1786586481



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States