# EXHIBIT 26

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-718**

Effective date of registration:

November 13, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Cisco NX-OS 5.0 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 5.0 |
| | Cisco NX-OS Release 5.0 |
| | Cisco NXOS 5.0 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | May 24, 2010 | **Nation of 1st Publication:** | United States |

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

- **Author:** Cisco Technology, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.
170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** previously published material and preexisting third party computer code

**Previous registration and year:** Pending   2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 13, 2014

**Applicant's Tracking Number:** 41593-0036

**Correspondence:** Yes



**Registration #:** TX0007940718
**Service Request #:** 1-1814995944



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States