# EXHIBIT 27

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-727**

Effective date of registration:

November 13, 2014

## Title
- **Title of Work:** Cisco NX-OS 5.2
- **Previous or Alternative Title:** Cisco NX-OS Software Release 5.2
- Cisco NX-OS Release 5.2
- Cisco NXOS 5.2

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** July 29, 2011       **Nation of 1st Publication:** United States

## Author
- **Author:** Cisco Systems, Inc.
- **Author Created:** text, computer program
- **Work made for hire:** Yes
- **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Cisco Technology, Inc.
  170 W. Tasman Drive, San Jose, CA, 95134, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** previously published material and preexisting third party computer code
- **Previous registration and year:** Pending      2014
- **New material included in claim:** New and revised computer code and accompanying documentation

## Certification
- **Name:** Joshua L. Simmons, Esq.
- **Date:** November 13, 2014
- **Applicant's Tracking Number:** 41593-0036

**Correspondence:**  Yes



Case 5:14-cv-05344-BLF   Document 37-32   Filed 03/06/15   Page 4 of 5

**Registration #:** TX0007940727
**Service Request #:** 1-1814996028



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022   United States