# EXHIBIT 28

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-722**

Effective date of registration:

November 13, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco NX-OS 6.2 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 6.2 |
| | Cisco NX-OS Release 6.2 |
| | Cisco NXOS 6.2 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2013 | | |
| **Date of 1st Publication:** | August 22, 2013 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| **Author:** | Trilyon Inc. | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | previously published material and preexisting third party computer code |
| Previous registration and year: | Pending          2014 |
| New material included in claim: | new and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| Name: | Joshua L. Simmons, Esq. |
| Date: | November 13, 2014 |
| Applicant's Tracking Number: | 41593-0036 |
| Correspondence: | Yes |

**Registration #:** TX0007940722
**Service Request #:** 1-1815054342



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022   United States