1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID J. SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant
   ARISTA NETWORKS, INC.
9

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO

13 | CISCO SYSTEMS, INC.,           | Case No. 14-CV-05344-BFL
14 |         Plaintiff,             | **JOINT STIPULATION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT**
15 |     v.                         |
16 | ARISTA NETWORKS, INC.,         | Date Filed: December 5, 2014
17 |         Defendant.             | Trial Date: Not set.

WHEREAS, Plaintiff Cisco Systems, Inc. filed the Amended Complaint in this matter on March 6, 2015;

WHEREAS, the parties have met and conferred and agreed that Defendant Arista Networks, Inc. shall have until March 25, 2015, to respond to the Amended Complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6.1(a), the parties hereby stipulate that Arista may respond to the Amended Complaint by March 25, 2015.  This change will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  March 18, 2015                                KEKER & VAN NEST LLP

By:  */s/ David J. Silbert*
DAVID J. SILBERT

Attorneys for Defendant ARISTA NETWORKS, INC.

Dated:  March 18, 2015                                QUINN EMANUEL URQUHART & SULLIVAN LLP

By:  */s/ Sean Pak*
SEAN PAK

Attorneys for Plaintiff CISCO SYSTEMS, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  March 18, 2015                                */s/ David J. Silbert*
David J. Silbert