KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 3-14-CV-05344-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA SYSTEMS, INC.'S MOTION TO DISMISS**<br><br>Date:         July 2, 2015<br>Time:        9:00 a.m.<br>Judge:      Honorable Beth Labson Freeman<br>Dept.:       Courtroom 3<br><br>Date Filed: December 5, 2014 |

1  The above matter having come before the Court on Defendant Arista Networks, Inc.'s
2  Motion to Dismiss, and the Court having considered the motion and arguments in support thereof
3  and any opposition thereto, the Court hereby GRANTS the Motion.
4      It is ORDERED that the allegations of willful patent infringement and pre-suit indirect
5  patent infringement in Plaintiff Cisco Systems, Inc.'s Amended Complaint be dismissed with
6  prejudice.

7
8
9
10 Dated: _____  By: _____
11                                                                     HON. BETH LABSON FREEMAN
                                                                    UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28