1   Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
2   QUINN EMANUEL URQUHART &
SULLIVAN LLP
3   51 Madison Avenue, 22nd Floor
New York, NY 10010
4   Telephone: (212) 849-7000
Facsimile: (212) 849-7100
5
Sean S. Pak (SBN 219032)
6   seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
7   johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
8   matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
9   SULLIVAN LLP
50 California Street, 22nd Floor
10  San Francisco, CA 94111
Telephone: (415) 875-6600
11  Facsimile: (415) 875-6700

12  Mark Tung (SBN 245782)
marktung@quinnemanuel.com
13  QUINN EMANUEL URQUHART &
SULLIVAN LLP
14  555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
15  Telephone: (650) 801-5000
Facsimile: (650) 801-5100

16

17  *Attorneys for Plaintiff Cisco Systems, Inc.*

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

18

19              **UNITED STATES DISTRICT COURT**

20  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

21

| | |
|---|---|
| 22   CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| 23              Plaintiff, | **DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF CISCO'S** |
| 24         vs. | **OPPOSITION TO ARISTA'S MOTION TO DISMISS PURSUANT TO FED. R.** |
| 25   ARISTA NETWORKS, INC., | **CIV. P. 12(B)(6)** |
| 26              Defendant. | Date:    July 2, 2015<br>Time:    9:00 A.M. |
| 27 | Dept.:   Courtroom 3 |
| 28 | **DEMAND FOR JURY TRIAL** |

02099.00004/6660954.1

1                              **DECLARATION OF MATTHEW D. CANNON**

2   I, Matthew D. Cannon, declare as follows:

3        1.        I am an attorney licensed to practice in the State of California and am admitted to

4   practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart &

5   Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. I have personal knowledge of the matters

6   set forth in this Declaration, and if called as a witness I would testify competently to those matters.

7        2.        Attached as Exhibit 1 is a true and correct copy of an article from Business Insider,

8   dated December 19, 2014, entitled "Cisco Just Fired Another Shot At Its Hated Rival, An Upstart

9   Formed by Ex-Cisco Employees," and available at http://www.businessinsider.com/cisco-just-

10  fied-another-shot-at-arista-2014-12.

11       3.        Attached as Exhibit 2 is a true and correct copy of an article from the New York

12  Times, dated December 10, 2014, entitled "Arista's Chief Executive Counters Cisco Lawsuit,"

13  and available at http://bits.blogs.nytimes.com/2014/12/10/aristas-chief-executive-counters-cisco-

14  lawsuit/?_r=0.

15       4.        Attached as Exhibit 3 is a true and correct copy of an article from Barron's Tech

16  Trader Daily, dated February 19, 2015, entitled "Arista Q4 Rev, EPS Beat; Q1 Rev View Tops

17  Consensus," and available at http://blogs.barrons.com/techtraderdaily/2015/02/19/arista-q4-rev-

18  eps-beat-q1-rev-view-tops-consensus/.

19       5.        Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 7,953,886.

20       6.        Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 7,047,526.

21       7.        Attached as Exhibit 6 is a true and correct copy of a press release by Arista, dated

22  December 10, 2014, entitled "Arista Introduces EOS+: Platform For Software Driven Cloud

23  Networking," and available at http://www.arista.com/en/company/news/press-release/1031-pr-

24  20141210.

25       8.        Attached as Exhibit 7 is a true and correct copy of an article from Network World,

26  dated December 15, 2014, entitled "Arista makes a platform play with EOS+," and available at

27  http://www.networkworld.com/article/2859820/cisco-subnet/arista-makes-a-platform-play-with-

28  eos.html.

9.    Attached as Exhibit 8 is a true and correct copy of an article from Tech Target, dated December 11, 2014, entitled "Arista EOS+ puts more switch programmability into enterprise hands," and available at http://searchsdn.techtarget.com/news/2240236537/Arista-EOS-puts-more-switch-programmability-into-enterprise-hands.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on April 8, 2015.

/s/ Matthew D. Cannon
Matthew D. Cannon

2
CANNON DECLARATION
Case No.3:14-cv-05344-BLF