# EXHIBIT 2

Case 5:14-cv-05344-BLF Document 41-3 Filed 04/08/15 Page 2 of 4

The New York Times

LEGAL CASES
# Arista's Chief Executive Counters Cisco Lawsuit
By Quentin Hardy

December 10, 2014 11:14 am

Arista Networks is conceding one of the smaller points in the lawsuit filed against it by Cisco Systems, but is prepared to fight over many more, the company's chief executive said Tuesday.

"I'm dealing with this as a smear campaign," said Jayshree Ullal, chief executive of Arista and a former Cisco employee. "This is not the Cisco I knew."

Last Friday, Cisco sued Arista, citing violations of 14 patents, plus copying of Cisco's so-called "command line interface," or the way that networking instructions are given to a computer switch. Cisco also said Arista had copied its user manuals, and offered as evidence grammatical errors in Cisco manuals that were repeated in manuals from Arista.

Ms. Ullal, who was speaking at an event for financial analysts, said she had only been served with the suit on Tuesday. Apparently Arista has been looking at the charges intensively since Friday, however: She said that Arista had copied "less than 1 percent" of a Cisco manual.

"I apologize to Cisco," she said, who said it was because of an issue "that will be taken care of in Personnel." She added, "it will be fixed in a week."

Elsewhere, she gave no ground. On the command line issue, she said, "I don't know if you can copyright a keyboard. Should I have done my syntax in

German? In Hindi?"

The patent violations, she said, would need more study before Arista had a full response. She said, however, that "Cisco has a portfolio of 13,000 patents, they looked hard for these."

Noting that Cisco had singled out in its lawsuit her, along with other veterans of Cisco who are now senior leaders of Arista, she said, "if they thought we were all dishonest, why did they employ us for 15 years?"

The suit, which is expected to take months, if not years, to resolve, has already had an effect on Arista. Its stock has fallen about 10 percent since the suit was filed, a lost in market capitalization of more than $400 million.

There would also be an effect on Cisco, said Ms. Ullal, who argued that some may be leery of Cisco also suing them for creating a command line interface for Cisco equipment. "Our customers are questioning Cisco's tactics," she said.

Last week, Cisco's corporate counsel, Mark Chandler, said Cisco was suing Arista over the command line issue because Arista had used far more instructions than other switch makers.

In addition, Arista may also seek to lower its prices and gain market share against Cisco. Whether this is based on corporate strategy or a new vigor to weaken Cisco's position is unclear.

On Tuesday, Arista announced a new version of its operating system that stresses the amount of software that can be used in programing its system. This is a particularly difficult point for Cisco, because its profit margins have been based on proprietary hardware.

"Don't be surprised if our margins come down for market share," Ms. Ullal said. In describing the new operating system, she said, Arista is seeking to be "a pioneer, not a protector," a possible dig at Cisco.

Arista is also reviewing whether to countersue Cisco, according to a senior company executive, who was not authorized to speak on the matter.

*Correction: December 10, 2014*

*An earlier version of this post misquoted Arista Network's chief executive. She said "CLI." She did not say "command line interface."*

© 2015 The New York Times Company