# EXHIBIT 3



# Tech Trader Daily

News, analysis, and actionable investing ideas.

February 19, 2015, 4:12 P.M. ET

## Arista Q4 Rev, EPS Beat; Q1 Rev View Tops Consensus

By Tiernan Ray

Networking vendor **Arista Networks** (ANET) this afternoon reported Q4 revenue and earnings per share that easily topped analsyts' expectations, and forecast this quarter's revenue higher as well.

Arista's report today follows a better-than-expected report from competitor **Cisco Systems** (CSCO) last week.

Revenue in the three months ended in December rose 51%, year over year, to $173.5 million, yielding EPS of 53 cents, excluding some costs.

Analysts had been modeling $166.6 milliojn and 38 cents a share.

**CEO Jayshree Ullal** said the company was "pleased" with revenue growth of 61.7% in all of 2014, "with broad customer momentum across our key verticals."

Added Ullal, "Our pioneering innovations in EOS+, in combination with our flagship 7000 series spine and spline models have made cloud networking transition a reality."

For the **current quarter,** the company forecast revenue in a range of $164 million to $172 million, above the average estimate of $161.8 million.

Gross profit margin is expected to be in a range of 63% to 66%.

Arista management will host a **conference call** with analysts at 4:30 pm, Eastern time, this evening, and you can catch a webcast of it on the company's investor relations home page.

Arista stock is up $4.05, or almost 6%, at $72.04, in late trading.

earnings, networking

« Previous
Cisco: Despite HP's Switches, Little SDN Threat, Say UBS, Bernstein; JP Morgan Sees Risk

Next »
Equinix Off 4%: Forecast Hit by Forex; Sets $1.69/Sh Dividend

**Most Recent Posts**

Tech Today: Samsung Gets Raves, IBM, Google Troubles, Micron Slips

EMC: What They Should Buy, Per Macquarie, Summit

Facebook: Citi Ups Target to $97; Sees $2.7B Instagram, $986M WhatsApp Rev in 2017

More Posts

**About Tech Trader Daily**

Tech Trader Daily is a blog on technology investing written by

**SPONSORED RESULTS**

▸ #1 Penny Stock to Buy
▸ Top 10 Stocks to Buy
▸ Tech Stocks to Buy
▸ Fixed Income Securities
▸ High Interest Savings

▸ Top Stock Picks
▸ Good Stocks to Buy
▸ Retirement Annuity Rates
▸ Today's Highest CD Rates
▸ Best Retirement Investments

Barron's veteran Tiernan Ray. The blog provides news, analysis and original reporting on events important to investors in software, hardware, the Internet, telecommunications and related fields. Comments and tips can be sent to: **techtraderdaily@barrons.com**.



### Barron's Stocks to Watch ›

**Better Than Nothing: Dow Industrials Gain as Stocks Rise Ahead of Payrolls**

**Offshore Drillers: Yes, There Will Be Renegotiations**

**Delta Air Lines: Don't Be Aggressive**

## Add a Comment

**Name**

We welcome thoughtful comments from readers. Please comply with our guidelines. Our blogs do not require the use of your real name.

**Comment**

[ CLEAR ] [ POST ]

### Barron's Focus on Funds ›

**Oil Prices Get Pounded**

**Big Bucks Pour into Currency-Hedged ETFs**

**Reuters: Iran Talks Will Continue; Oil Prices Fall**

### There are 2 comments

FEBRUARY 19, 2015 4:32 P.M.

**Arista Fan** wrote:

Arista keeps taking share from Cisco.

FEBRUARY 19, 2015 8:21 P.M.

**Fortune 100 CIO** wrote:

I work for a large IT organization in a fortune 100 company—we're a household name. I was just in a meeting with our CIO, who basically said, "Cisco suing Arista makes me want to buy Arista even more. Find a way to reduce Cisco's footprint, I'm tired of them." If I were Cisco, I'd be worried...

To report offensive comments email **moderator@barrons.com**

# BARRON'S       

RETURN TO TOP ▲

| Customer Service | Create an Account | About Barrons.com | Also From Barron's | Tools & Services |
|---|---|---|---|---|
| Customer Center | Subscribe to Barron's | Why Subscribe? | Conferences | Mobile Site |
| Contact Us | Magazine Subscribers: Activate Your Digital Access | Advertising | Reprints | Email Newsletters |
| Live Help | | Masthead | Classifieds | Barron's on iPad/iPhone |
| | | Privacy Policy | College Program | Barron's on Android |
| | | Cookie Policy | Find a Broker | Portfolio |
| | | Data Policy | Barron's in Japanese | Old Portfolio |
| | | Copyright Policy | | Video |
| | | Subscriber Agreement & Terms of Use | | Annual Reports |
| | | | | StockGrader |
| | | Your Ad Choices | | Barron's 400 |
| | | Community Rules | | Economic Calendar |
| | | | | Stock & Mutual Fund Listings |
| | | | | Commodities, Options & Annuities Listings |
| | | | | Fund Prospectuses |

ACAP ENABLED
Copyright ©2015 Dow Jones & Company, Inc. All Rights Reserved.