# EXHIBIT 8

Case 5:14-cv-05344-BLF   Document 41-9   Filed 04/08/15   Page 1 of 6

**Our Privacy Policy has changed.**
By continuing to use this site, you are agreeing to the new **Privacy Policy**.

# Arista EOS+ puts more switch programmability into enterprise hands

 |   15

by:
**Gina Narcisi**
Senior News Writer

**Published:** 11 Dec 2014

   

Arista introduced Arista EOS+, a more programmable version of its switch OS, and professional services to help take advantage of that programmability.

Arista Networks introduced the next generation of its Extensible Operating System, Arista

Sign in for existing members

## Download This Guide To The Latest SDN Technologies

An exploration of Software-Defined Networking (SDN) technologies, network virtualization fundamentals, and the latest developments for both – helping IT pros adapt them to a modern hybrid network architecture.



email address

Download Now

By submitting your personal information, you agree to receive emails regarding relevant products and special offers from TechTarget and its partners. You also agree that your personal information may be transferred and processed in the United States, and that you have read and agree to the Terms of Use and the Privacy Policy.

EOS+, a platform that gives customers better access to prebuilt features for increased network programmability and automation and custom EOS applications. Arista also introduced new professional services to help enterprises use this programmability.



"Arista is trying to attract the customers that want programmability and tight integration," said Mike Fratto, principal analyst for Current Analysis, based in Washington, D.C. "It's also appealing to customers who are open to SDN, but are willing to pay someone else to do that development for them."

### Arista EOS+ gives enterprises more flexibility on Arista gear

Arista EOS+ includes new programmability and better access to existing programmability, giving customers the flexibility and openness associated with white box switches, while still providing access to support and services from Arista to help with future SDN goals.

The EOS+ SDK is a development toolkit that gives customers native access to all parts of Arista EOS, and allows customers to build their own applications that integrate with the switch operating system. Enterprises can use the SDK for customizing, provisioning and network reconfiguration, which is especially helpful for large enterprises and cloud providers that need workload mobility and visibility, said Jeff Raymond, vice president of EOS product management and services for Arista.

"The SDK is a set of libraries that customers can use for backward revision control and native access of the core system database that EOS provides," he said. "We have had customers use and do co-development tightly integrated with EOS, but this is the formal introduction on a more complete and user-friendly basis."

With the SDK, Arista is making it easier for customers to transition into SDN, while still using Arista equipment, said Clifford Grossner, directing analyst for data center, cloud and SDN for Infonetics Research, based in Campbell, Calif.

The new EOS+ release includes EOS Applications, which offer integration with over 20 Arista Technology partners -- including Puppet and Splunk -- to enable easier network programmability, provisioning and monitoring. Arista highlighted two specific prebuilt applications -- ZTPServer for rapid provisioning and Arista's Network Telemetry Application for Splunk Enterprise.

Arista also introduced a virtual machine instance of EOS -- vEOS -- that will give enterprises the option to design, develop and certify EOS infrastructure in a virtual environment first, without spending money on physical hardware for testing. And vEOS includes the same control and management plane that Arista's physical switches offer, said Arista's Raymond.

VEOS will be available for free with the purchase of Arista switches, allowing users to run EOS on a workstation to learn how to use the operating system, run commands and simulate networks, which will reduce friction and get network administrators familiar with EOS, Current Analysis' Fratto said. "In order to test against live code, [an enterprise] usually has to own a vendor's machine, and that gets to be expensive," he said.

Customers will also be able to use vEOS can for training on Arista gear. "A lot of customers want a hands-on, dry-run

SearchSDN



ands of users," Arista's Raymond said.

## Putting Arista EOS+ into action

Arista introduced EOS Consulting Services, a professional services group of Arista engineers and software developers for hire that can help enterprises with the development of customized solutions for network automation.

**Pro+ Features**



E-Handbook

SDN technologies and network virtualization: What you must know now

The new consulting services are a great option for enterprises that may not have the time, resources or expertise on-site to handle network automation and integrations, Arista's Raymond said. "This team can really augment the services and capabilities that Arista EOS+ inherently provides."

"There are a lot of enterprises out there that don't have developers on staff, but want customization and are willing to pay for it," Current Analysis' Fratto said.

*Let us know what you think about the story; email* Gina Narcisi, news writer, *and follow* @GeeNarcisi *on Twitter.*



## Next Steps

Arista says SDN is about network programmability, not overlays

Cisco/Arista lawsuit could get ugly for both vendors

Three paths to network programmability with white box switches

Network Evolution: Expert knowledge, from us to you. Download Now



## Dig deeper on Network overlay software

**ALL** | NEWS | GET STARTED | EVALUATE | MANAGE | PROBLEM SOLVE

Juniper, Mirantis deal targets OpenStack SDN combo

Avaya redefines SDN architecture in new offering



## Search**Networking**

### Accelerating mobile performance goal of startup Kwicr

A new cloud-based mobile delivery service promises to eliminate problems caused by Wi-Fi and cellular congestion.

### Why one IT pro's network upgrade led him from Cisco to Dell

In this Q&A, one network admin explains how rapid growth at his company prompted a massive network upgrade that included ...

About Us   Contact Us   Privacy Policy   Videos   Photo Stories   Guides

Advertisers   Business Partners   Media Kit   Corporate Site   Experts

Reprints   Archive   Site Map   Events   E-Products

All Rights Reserved,
Copyright 2011 - 2015, TechTarget