UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS INC,

    Plaintiff,

v.

ARISTA NETWORKS, INC.,

    Defendant.

Case No. 14-cv-05344-BLF

**CASE MANAGEMENT ORDER**

On May 14, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

The following tentative schedule has been offered in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Claims Construction Tutorial | 01/29/2016 at 9:00 am |
| Claims Construction Hearing | 02/05/2016 at 9:00 am |
| Last Day to Hear Dispositive Motions | 05/05/2016 at 9:00 am |
| Final Pretrial Conference | 07/07/2016 at 2:30 pm |
| Trial | 08/01/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulation accepting the tentative schedule or a stipulation with suggested new dates.

IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated proposed schedule to trial in compliance with the Patent Local Rules by 05/29/2015.

Dated: May 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge