| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>[Additional counsel listed on signature page]<br><br>*Attorneys for Plaintiff Cisco Systems, Inc.* | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID J. SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - # 198945<br>mkwun@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>*Attorneys for Defendant Arista Networks, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

WHEREAS, Plaintiff Cisco Systems, Inc. ("Plaintiff" or "Cisco") and Defendant Arista Networks, Inc. ("Defendant" or "Arista") have met and conferred pursuant to the Court's May 14, 2015 Case Management Order (Dkt. 46); and

WHEREAS, Cisco and Arista have agreed on a proposed schedule to trial in compliance with the Patent Local Rules as required by the Case Management Order;

THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that, subject to the approval of the Court, this case will proceed to trial according to the schedule provided in the table below.

| Event | Proposed Date |
|---|---|
| Last day to serve Disclosure of Asserted Claims and Infringement Contentions and produce documents (Patent L.R. 3-1, 3-2) | June 4, 2015 |
| Last day to serve Invalidity Contentions and produce documents (Patent L.R. 3-3, 3-4) | July 20, 2015 |
| Last day for parties to exchange proposed terms for construction (Patent L.R. 4-1) | August 3, 2015 |
| Last day for parties to exchange preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | August 24, 2015 |
| Last day to amend pleadings without leave of Court | September 7, 2015 |
| Last day for parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | September 18, 2015 |
| Last day to complete claim construction discovery (Patent L.R. 4-4) | October 19, 2015 |
| Last day for Cisco to file opening claim construction brief (Patent L.R. 4-5) | November 2, 2015 |
| Last day for Arista to file responsive claim construction brief (Patent L.R. 4-5) | November 16, 2015 |
| Last day for Cisco to file reply claim construction brief (Patent L.R. 4-5) | November 23, 2015 |
| Technical tutorial | January 29, 2016 |
| Claim construction hearing (Patent L.R. 4-6) | February 5, 2016 |

| Event | Proposed Date |
|---|---|
| Last day to disclose advice of counsel (Patent L.R. 3-7) | *50 days after claim construction order* |
| Fact discovery cut-off (except damages) | February 26, 2016 |
| Last day to disclose experts and exchange opening expert reports | March 3, 2016 |
| Last day to exchange rebuttal expert reports | March 17, 2016 |
| Expert discovery cut-off | March 24, 2016 |
| Last day to file dispositive motions | March 31, 2016 |
| Fact discovery cut-off (damages) | April 1, 2016 |
| Opening expert reports (damages) | April 8, 2016 |
| Rebuttal expert reports (damages) | April 29, 2016 |
| Hearing on dispositive motions | May 5, 2016 |
| Expert discovery cut-off (damages) | May 13, 2016 |
| Last day to meet and confer before the final Pretrial Conference (Standing Order re Final Pretrial Conference – Jury Trial Sec. A) | June 16, 2016 |
| Joint Pretrial Statement and Order Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B) | June 23, 2016 |
| Motions *in Limine* Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.4) | June 23, 2016 |
| Oppositions to Motions *in Limine* Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.4) | June 30, 2016 |
| Jury Materials Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.5) | June 30, 2016 |
| Pre-trial conference | July 7, 2016 |
| Trial Briefs Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.5) | July 25, 2016 |
| Jury Trial | August 1, 2016 |

| | | |
|---|---|---|
| 1 | DATED: May 29, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Sean S. Pak |
| 4 | | Kathleen Sullivan (SBN 242261) |
| | | kathleensullivan@quinnemanuel.com |
| 5 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 7 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 8 | | |
| 9 | | Sean S. Pak (SBN 219032) |
| | | seanpak@quinnemanuel.com |
| | | John M. Neukom (SBN 275887) |
| 10 | | johnneukom@quinnemanuel.com. |
| | | Matthew D. Cannon (SBN 252666) |
| 11 | | matthewcannon@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART & |
| 12 | | SULLIVAN LLP |
| | | 50 California Street, 22nd Floor |
| 13 | | San Francisco, CA 94111 |
| | | Telephone: (415) 875-6600 |
| 14 | | Facsimile: (415) 875-6700 |
| 15 | | Mark Tung (SBN 245782) |
| | | marktung@quinnemanuel.com |
| 16 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 17 | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, CA 94065 |
| 18 | | Telephone: (650) 801-5000 |
| | | Facsimile: (650) 801-5100 |
| 19 | | |
| 20 | | Steven Cherny *(admission pro hac vice pending)* |
| | | steven.cherny@kirkland.com |
| 21 | | KIRKLAND & ELLIS LLP |
| | | 601 Lexington Avenue |
| 22 | | New York, New York 10022 |
| | | Telephone: (212) 446-4800 |
| 23 | | Facsimile: (212) 446-4900 |
| 24 | | Adam R. Alper (SBN 196834) |
| | | adam.alper@kirkland.com |
| 25 | | KIRKLAND & ELLIS LLP |
| | | 555 California Street |
| 26 | | San Francisco, California 94104 |
| | | Telephone: (415) 439-1400 |
| 27 | | Facsimile: (415) 439-1500 |
| 28 | | Michael W. De Vries (SBN 211001) |

|  |  |
|---|---|
| 1 | michael.devries@kirkland.com |
|  | KIRKLAND & ELLIS LLP |
| 2 | 333 South Hope Street |
|  | Los Angeles, California 90071 |
| 3 | Telephone: (213) 680-8400 |
|  | Facsimile: (213) 680-8500 |
| 4 |  |
|  | *Attorneys for Plaintiff Cisco Systems, Inc.* |
| 5 |  |
| 6 | DATED:  May 29, 2015                                    Respectfully submitted, |
| 7 |  |
|  |                                                                                 /s/ Brian L. Ferrall                                        |
| 8 |  |
|  | KEKER & VAN NEST LLP |
| 9 | ROBERT A. VAN NEST - # 84065 |
|  | rvannest@kvn.com |
| 10 | BRIAN L. FERRALL - # 160847 |
|  | bferrall@kvn.com |
| 11 | DAVID J. SILBERT - # 173128 |
|  | dsilbert@kvn.com |
| 12 | MICHAEL S. KWUN - # 198945 |
|  | mkwun@kvn.com |
| 13 | 633 Battery Street |
|  | San Francisco, CA 94111-1809 |
| 14 | Telephone:     415 391 5400 |
|  | Facsimile:      415 397 7188 |
| 15 | *Attorneys for Defendant Arista Networks, Inc.* |

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Brian L. Ferrall within this e-filed document.

                                                                             /s/ Sean S. Pak

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2015

_____
Hon. Beth Labson Freeman
United States District Judge