Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

[Additional counsel listed on signature page]

*Attorneys for Plaintiff Cisco Systems, Inc.*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

*Attorneys for Defendant Arista Networks, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **STIPULATION AND [PROPOSED] SCHEDULING ORDER** <br><br> **DEMAND FOR JURY TRIAL** |

1  WHEREAS, Plaintiff Cisco Systems, Inc. ("Plaintiff" or "Cisco") and Defendant Arista
2  Networks, Inc. ("Defendant" or "Arista") have met and conferred pursuant to the Court's May 14,
3  2015 Case Management Order (Dkt. 46); and

4  WHEREAS, Cisco and Arista have agreed on a proposed schedule to trial in compliance
5  with the Patent Local Rules as required by the Case Management Order;

6  THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that,
7  subject to the approval of the Court, this case will proceed to trial according to the schedule
8  provided in the table below.

| Event | Proposed Date |
|---|---|
| Last day to serve Disclosure of Asserted Claims and Infringement Contentions and produce documents (Patent L.R. 3-1, 3-2) | June 4, 2015 |
| Last day to serve Invalidity Contentions and produce documents (Patent L.R. 3-3, 3-4) | July 20, 2015 |
| Last day for parties to exchange proposed terms for construction (Patent L.R. 4-1) | August 3, 2015 |
| Last day for parties to exchange preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | August 24, 2015 |
| Last day to amend pleadings without leave of Court | September 7, 2015 |
| Last day for parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | September 18, 2015 |
| Last day to complete claim construction discovery (Patent L.R. 4-4) | October 19, 2015 |
| Last day for Cisco to file opening claim construction brief (Patent L.R. 4-5) | November 2, 2015 |
| Last day for Arista to file responsive claim construction brief (Patent L.R. 4-5) | November 16, 2015 |
| Last day for Cisco to file reply claim construction brief (Patent L.R. 4-5) | November 23, 2015 |
| Technical tutorial | January 29, 2016 |
| Claim construction hearing (Patent L.R. 4-6) | February 5, 2016 |

| Event | Proposed Date |
|---|---|
| Last day to disclose advice of counsel (Patent L.R. 3-7) | *50 days after claim construction order* |
| Fact discovery cut-off (except damages) | February 26, 2016 |
| Last day to disclose experts and exchange opening expert reports | March 3, 2016 |
| Last day to exchange rebuttal expert reports | March 17, 2016 |
| Expert discovery cut-off | March 24, 2016 |
| Last day to file dispositive motions | March 31, 2016 |
| Fact discovery cut-off (damages) | April 1, 2016 |
| Opening expert reports (damages) | April 8, 2016 |
| Rebuttal expert reports (damages) | April 29, 2016 |
| Hearing on dispositive motions | May 5, 2016 |
| Expert discovery cut-off (damages) | May 13, 2016 |
| Last day to meet and confer before the final Pretrial Conference (Standing Order re Final Pretrial Conference – Jury Trial Sec. A) | June 16, 2016 |
| Joint Pretrial Statement and Order Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B) | June 23, 2016 |
| Motions *in Limine* Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.4) | June 23, 2016 |
| Oppositions to Motions *in Limine* Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.4) | June 30, 2016 |
| Jury Materials Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.5) | June 30, 2016 |
| Pre-trial conference | July 7, 2016 |
| Trial Briefs Due (Standing Order re Final Pretrial Conference – Jury Trial Sec. B.5) | July 25, 2016 |
| Jury Trial | August 1, 2016 |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 29, 2015 | Respectfully submitted, |
| 3 | | */s/ Sean S. Pak* |
| 4 | | Kathleen Sullivan (SBN 242261) |
| 5 | | kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 7 | | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |

DATED: May 29, 2015                    Respectfully submitted,

/s/ Sean S. Pak

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)

|     |                                    |                                                      |
| --- | ---------------------------------- | ---------------------------------------------------- |
| 1   |                                    | michael.devries@kirkland.com                         |
|     |                                    | KIRKLAND & ELLIS LLP                                 |
| 2   |                                    | 333 South Hope Street                                |
|     |                                    | Los Angeles, California 90071                        |
| 3   |                                    | Telephone: (213) 680-8400                            |
|     |                                    | Facsimile: (213) 680-8500                            |
| 4   |                                    |                                                      |
|     |                                    | *Attorneys for Plaintiff Cisco Systems, Inc.*        |
| 5   |                                    |                                                      |
| 6   | DATED: May 29, 2015                | Respectfully submitted,                              |
| 7   |                                    |                                                      |
|     |                                    | */s/ Brian L. Ferrall*                               |
| 8   |                                    |                                                      |
|     |                                    | KEKER & VAN NEST LLP                                 |
| 9   |                                    | ROBERT A. VAN NEST - # 84065                         |
|     |                                    | rvannest@kvn.com                                     |
| 10  |                                    | BRIAN L. FERRALL - # 160847                          |
|     |                                    | bferrall@kvn.com                                     |
| 11  |                                    | DAVID J. SILBERT - # 173128                          |
|     |                                    | dsilbert@kvn.com                                     |
| 12  |                                    | MICHAEL S. KWUN - # 198945                           |
|     |                                    | mkwun@kvn.com                                        |
| 13  |                                    | 633 Battery Street                                   |
|     |                                    | San Francisco, CA 94111-1809                         |
| 14  |                                    | Telephone:    415 391 5400                           |
|     |                                    | Facsimile:    415 397 7188                           |
| 15  |                                    | *Attorneys for Defendant Arista Networks, Inc.*      |

### ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Brian L. Ferrall within this e-filed document.

*/s/ Sean S. Pak*

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 DATED: __June 1_____, 2015

_____
Hon. Beth Labson Freeman
United States District Judge