KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-CV-05344-BLF <br><br> **NOTICE OF APPEARANCE FOR DAVID J. ROSEN** <br><br> Date Filed: July 21, 2015 <br><br> Trial Date: August 1, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

>David J. Rosen- # 296139
>drosen@kvn.com
>Keker & Van Nest LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone:     415 391 5400
>Facsimile:      415 397 7188

Dated:  July 21, 2015                                             KEKER & VAN NEST LLP

                                                              By:   /s/ *David J. Rosen*
                                                                     DAVID J. ROSEN

                                                                     Attorneys for Defendant
                                                                     ARISTA NETWORKS, INC.