KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-CV-05344-BLF<br><br>**NOTICE OF APPEARANCE FOR ELIZABETH K. MCCLOSKEY**<br><br>Date Filed:  July 21, 2015<br><br>Trial Date:  August 1, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

>  Elizabeth K. McCloskey - # 268184
>  emccloskey@kvn.com
>  Keker & Van Nest LLP
>  633 Battery Street
>  San Francisco, CA 94111-1809
>  Telephone:   415 391 5400
>  Facsimile:    415 397 7188

Dated:  July 21, 2015                                              KEKER & VAN NEST LLP

                                                                   By:  /s/ *Elizabeth K. McCloskey*
                                                                        ELIZABETH K. McCLOSKEY

                                                                        Attorneys for Defendant
                                                                        ARISTA NETWORKS, INC.