**Exhibit 1**

| Commands |
|---|
| aaa accounting |
| aaa accounting dot1x |
| aaa authentication login |
| aaa authorization config-commands |
| aaa authorization console |
| aaa group server radius |
| aaa group server tacacs+ |
| address-family |
| aggregate-address |
| area default-cost (OSPFv2) |
| area default-cost (OSPFv3) |
| area nssa (OSPFv2) |
| area nssa (OSPFv3) |
| area nssa default-information-originate (OSPFv2) |
| area nssa default-information-originate (OSPFv3) |
| area nssa no-summary (OSPFv2) |
| area nssa translate type7 always (OSPFv2) |
| area nssa translate type7 always (OSPFv3) |
| area range (OSPFv2) |
| area range (OSPFv3) |
| area stub (OSPFv2) |
| area stub (OSPFv3) |
| arp timeout |
| banner login |
| banner motd |
| bfd all-interfaces |
| bgp client-to-client reflection |
| bgp cluster-id |
| bgp confederation identifier |
| bgp confederation peers |
| bgp listen limit |
| bgp log-neighbor-changes |
| bgp redistribute-internal (BGP) |
| boot system |
| channel-group |
| class-map type control-plane |
| clear arp-cache |
| clear counters |
| clear ip arp |
| clear ip bgp |
| clear ip igmp group |
| clear ip mfib fastdrop |
| clear ip mroute |
| clear ip msdp sa-cache |
| clear ip nat translation |

| |
|---|
| clear ip ospf neighbor |
| clear ipv6 neighbors |
| clear ipv6 ospf force-spf |
| clear lldp counters |
| clear lldp table |
| clear mac address-table dynamic |
| clear spanning-tree counters |
| clock set |
| clock timezone |
| control-plane |
| default-information originate (OSPFv2) |
| default-information originate (OSPFv3) |
| default-metric |
| default-metric (OSPFv3) |
| distance bgp |
| domain-id |
| dot1x max-reauth-req |
| dot1x pae authenticator |
| dot1x port-control |
| dot1x reauthentication |
| dot1x system-auth-control |
| dot1x timeout quiet-period |
| dot1x timeout reauth-period |
| dot1x timeout tx-period |
| enable secret |
| erase startup-config |
| errdisable detect cause link-flap |
| errdisable recovery cause |
| errdisable recovery interval |
| flowcontrol receive |
| flowcontrol send |
| interface ethernet |
| interface loopback |
| interface port-channel |
| interface vlan |
| ip access-group |
| ip access-list |
| ip access-list standard |
| ip address |
| ip as-path access-list |
| ip community-list expanded |
| ip community-list standard |
| ip dhcp smart-relay |
| ip dhcp smart-relay global |
| ip dhcp snooping |
| ip dhcp snooping information option |
| ip dhcp snooping vlan |
| ip domain lookup |

| |
|---|
| ip domain-name |
| ip extcommunity-list expanded |
| ip extcommunity-list standard |
| ip helper-address |
| ip host |
| ip http client source-interface |
| ip icmp redirect |
| ip igmp last-member-query-count |
| ip igmp last-member-query-interval |
| ip igmp query-interval |
| ip igmp query-max-response-time |
| ip igmp snooping |
| ip igmp snooping querier |
| ip igmp snooping querier version |
| ip igmp snooping vlan |
| ip igmp snooping vlan immediate-leave |
| ip igmp snooping vlan mrouter |
| ip igmp snooping vlan static |
| ip igmp startup-query-count |
| ip igmp startup-query-interval |
| ip igmp static-group |
| ip igmp version |
| ip load-sharing |
| ip local-proxy-arp |
| ip msdp cache-sa-state |
| ip msdp default-peer |
| ip msdp description |
| ip msdp group-limit |
| ip msdp keepalive |
| ip msdp mesh-group |
| ip msdp originator-id |
| ip msdp peer |
| ip msdp sa-filter in |
| ip msdp sa-filter out |
| ip msdp sa-limit |
| ip msdp shutdown |
| ip msdp timer |
| ip multicast boundary |
| ip multicast-routing |
| ip name-server |
| ip nat pool |
| ip nat translation tcp-timeout |
| ip nat translation udp-timeout |
| ip ospf authentication |
| ip ospf authentication-key |
| ip ospf bfd |
| ip ospf cost |
| ip ospf dead-interval |

3

| |
|---|
| ip ospf hello-interval |
| ip ospf message-digest-key |
| ip ospf name-lookup |
| ip ospf network |
| ip ospf priority |
| ip ospf retransmit-interval |
| ip ospf shutdown |
| ip ospf transmit-delay |
| ip pim anycast-rp |
| ip pim bfd |
| ip pim bfd-instance |
| ip pim bsr-border |
| ip pim bsr-candidate |
| ip pim dr-priority |
| ip pim log-neighbor-changes |
| ip pim neighbor-filter |
| ip pim query-interval |
| ip pim register-source |
| ip pim rp-address |
| ip pim rp-candidate |
| ip pim sparse-mode |
| ip pim spt-threshold |
| ip pim spt-threshold group-list |
| ip pim ssm range |
| ip prefix-list |
| ip protocol (Monitor Reachability Probe Transmitter) |
| ip proxy-arp |
| ip radius source-interface |
| ip rip v2-broadcast |
| ip route |
| ip routing |
| ip tacacs source-interface |
| ipv6 access-group |
| ipv6 access-list |
| ipv6 address |
| ipv6 dhcp relay destination |
| ipv6 enable |
| ipv6 host |
| ipv6 nd managed-config-flag |
| ipv6 nd ns-interval |
| ipv6 nd other-config-flag |
| ipv6 nd prefix |
| ipv6 nd ra interval |
| ipv6 nd ra lifetime |
| ipv6 nd ra suppress |
| ipv6 nd reachable-time |
| ipv6 nd router-preference |
| ipv6 neighbor |

| |
|---|
| ipv6 ospf area |
| ipv6 ospf cost |
| ipv6 ospf dead-interval |
| ipv6 ospf hello-interval |
| ipv6 ospf network |
| ipv6 ospf priority |
| ipv6 ospf retransmit-interval |
| ipv6 ospf transmit-delay |
| ipv6 prefix-list |
| ipv6 route |
| ipv6 router ospf |
| ipv6 unicast-routing |
| isis hello-interval |
| isis hello-multiplier |
| isis lsp-interval |
| isis metric |
| isis passive |
| isis priority |
| is-type |
| lacp port-priority |
| lacp rate |
| lacp system-priority |
| link state group |
| link state track |
| lldp holdtime |
| lldp receive |
| lldp reinit |
| lldp run |
| lldp timer |
| lldp tlv-select |
| lldp transmit |
| load interval |
| log-adjacency-changes (IS-IS) |
| log-adjacency-changes (OSPFv2) |
| log-adjacency-changes (OSPFv3) |
| logging host |
| mac access-group |
| mac access-list |
| mac address-table aging-time |
| mac address-table static |
| mac-address |
| max-connections |
| maximum-paths (OSPFv2) |
| maximum-paths (OSPFv3) |
| neighbor activate |
| neighbor allowas-in |
| neighbor default-originate |
| neighbor description |

5

| |
|---|
| neighbor ebgp-multihop |
| neighbor fall-over bfd |
| neighbor local-as |
| neighbor next-hop-self |
| neighbor password |
| neighbor peer-group (create) |
| neighbor peer-group (neighbor assignment) |
| neighbor remote-as |
| neighbor remove-private-as |
| neighbor route-map (BGP) |
| neighbor route-reflector-client |
| neighbor send-community |
| neighbor shutdown |
| neighbor soft-reconfiguration |
| neighbor timers |
| neighbor transport connection-mode |
| neighbor update-source |
| neighbor weight |
| network area (OSPFv2) |
| no snmp-server |
| ntp authenticate |
| ntp authentication-key |
| ntp server |
| ntp source |
| ntp trusted-key |
| passive-interface default (OSPFv2) |
| passive-interface <interface> (OSPFv2) |
| passive-interface (IS-IS) |
| passive-interface (OSPFv3) |
| policy-map type control-plane |
| policy-map type qos |
| port-channel load-balance |
| port-channel min-links |
| priority-flow-control mode |
| private-vlan |
| private-vlan mapping |
| ptp domain |
| ptp priority1 |
| ptp priority2 |
| ptp sync interval |
| radius-server deadtime |
| radius-server host |
| radius-server key |
| radius-server retransmit |
| radius-server timeout |
| redundancy force-switchover |
| route-map |
| router bgp |

| |
|---|
| router isis |
| router ospf |
| router rip |
| router-id (OSPFv2) |
| router-id (OSPFv3) |
| routing-context vrf |
| service sequence-numbers |
| set-overload-bit |
| show aaa method-lists |
| show aaa sessions |
| show arp |
| show bfd neighbors |
| show clock |
| show dot1q-tunnel |
| show dot1x |
| show dot1x all summary |
| show dot1x statistics |
| show environment all |
| show environment cooling |
| show environment power |
| show environment temperature |
| show etherchannel |
| show flowcontrol |
| show hostname |
| show hosts |
| show interfaces |
| show interfaces capabilities |
| show interfaces description |
| show interfaces private-vlan mapping |
| show interfaces status |
| show interfaces switchport |
| show interfaces switchport backup |
| show interfaces transceiver |
| show interfaces trunk |
| show inventory |
| show ip access-lists |
| show ip arp |
| show ip bgp |
| show ip bgp community |
| show ip bgp neighbors |
| show ip bgp neighbors (route type) |
| show ip bgp paths |
| show ip bgp peer-group |
| show ip bgp regexp |
| show ip bgp summary |
| show ip community-list |
| show ip dhcp snooping |
| show ip extcommunity-list |

| |
|---|
| show ip helper-address |
| show ip igmp groups |
| show ip igmp interface |
| show ip igmp snooping |
| show ip igmp snooping groups |
| show ip igmp snooping mrouter |
| show ip igmp snooping querier |
| show ip interface |
| show ip interface brief |
| show ip mfib |
| show ip mroute |
| show ip mroute count |
| show ip msdp mesh-group |
| show ip msdp peer |
| show ip msdp rpf-peer |
| show ip msdp sa-cache |
| show ip msdp summary |
| show ip nat translations |
| show ip ospf |
| show ip ospf border-routers |
| show ip ospf database database-summary |
| show ip ospf interface |
| show ip ospf neighbor |
| show ip ospf request-list |
| show ip ospf retransmission-list |
| show ip pim interface |
| show ip pim neighbor |
| show ip pim rp |
| show ip pim rp-hash |
| show ip prefix-list |
| show ip rip database |
| show ip rip neighbors |
| show ip route |
| show ip route summary |
| show ip route tag |
| show ipv6 access-lists |
| show ipv6 bgp |
| show ipv6 bgp community |
| show ipv6 bgp neighbors |
| show ipv6 bgp neighbors (route type) |
| show ipv6 bgp summary |
| show ipv6 interface |
| show ipv6 neighbors |
| show ipv6 ospf |
| show ipv6 ospf border-routers |
| show ipv6 ospf interface |
| show ipv6 ospf neighbor |
| show ipv6 prefix-list |

| |
|---|
| show ipv6 route |
| show ipv6 route summary |
| show ipv6 route tag |
| show isis database |
| show isis interface |
| show isis topology |
| show lacp counters |
| show lacp interface |
| show lacp neighbor |
| show link state group |
| show lldp |
| show lldp neighbors |
| show lldp traffic |
| show mac access-lists |
| show mac address-table |
| show mac address-table aging time |
| show mac address-table count |
| show module |
| show monitor session |
| show ntp associations |
| show ntp status |
| show policy-map control-plane |
| show policy-map interface (qos) |
| show policy-map interface control-plane |
| show port-channel summary |
| show port-channel traffic |
| show port-security |
| show port-security address |
| show port-security interface |
| show privilege |
| show ptp clock |
| show ptp parent |
| show ptp time-property |
| show qos maps |
| show radius |
| show redundancy states |
| show reload |
| show role |
| show route-map |
| show snmp |
| show snmp chassis |
| show snmp community |
| show snmp contact |
| show snmp engineID |
| show snmp group |
| show snmp host |
| show snmp location |
| show snmp mib |

| |
|---|
| show snmp source-interface |
| show snmp trap |
| show snmp user |
| show snmp view |
| show spanning-tree |
| show spanning-tree blockedports |
| show spanning-tree bridge |
| show spanning-tree interface |
| show spanning-tree mst |
| show spanning-tree mst configuration |
| show spanning-tree mst interface |
| show spanning-tree root |
| show storm-control |
| show tacacs |
| show track |
| show user-account |
| show users |
| show version |
| show vlan |
| show vlan internal usage |
| show vlan private-vlan |
| show vlan summary |
| show vrf |
| show vrrp |
| snmp trap link-status |
| snmp-server chassis-id |
| snmp-server community |
| snmp-server contact |
| snmp-server enable traps |
| snmp-server engineID local |
| snmp-server engineID remote |
| snmp-server group |
| snmp-server host |
| snmp-server location |
| snmp-server source-interface |
| snmp-server user |
| snmp-server view |
| spanning-tree bpdufilter |
| spanning-tree bpduguard |
| spanning-tree bridge assurance |
| spanning-tree cost |
| spanning-tree guard |
| spanning-tree link-type |
| spanning-tree loopguard default |
| spanning-tree mode |
| spanning-tree mst configuration |
| spanning-tree portfast bpdufilter default |
| spanning-tree portfast bpduguard default |

| |
|---|
| spanning-tree port-priority |
| spanning-tree transmit hold-count |
| spanning-tree vlan |
| spf-interval |
| statistics per-entry (ACL configuration modes) |
| storm-control |
| switchport access vlan |
| switchport backup interface |
| switchport mode |
| switchport port-security |
| switchport port-security maximum |
| switchport private-vlan mapping |
| switchport trunk allowed vlan |
| switchport trunk native vlan |
| switchport vlan mapping |
| tacacs-server host |
| tacacs-server key |
| tacacs-server timeout |
| terminal length |
| terminal monitor |
| timers basic (RIP) |
| timers bgp |
| timers lsa arrival (OSPFv2) |
| timers throttle lsa all (OSPFv2) |
| timers throttle spf (OSPFv2) |
| username sshkey |
| vlan internal allocation policy |
| vrf definition |
| vrf forwarding |
| vrrp authentication |
| vrrp delay reload |
| vrrp description |
| vrrp ip |
| vrrp ip secondary |
| vrrp preempt |
| vrrp priority |
| vrrp shutdown |
| vrrp timers advertise |
| vrrp track |