# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-938-524**

**Effective date of registration:**

November 28, 2014

---

## Title

**Title of Work:** Cisco IOS 15.0

**Previous or Alternative Title:** Cisco IOS Release 15.0

Cisco IOS Version 15.0

Cisco Internetwork Operating System 15.0

Cisco Internetwork Operating System Release 15.0

Cisco Internetwork Operating System Version 15.0

Cisco Internetwork Operating System Software Release 15.0

Cisco IOS Software Release 15.0

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 1, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

- **Author:** Bard na nGleann
  **Author Created:** text

  **Work made for hire:** Yes
  **Citizen of:** Ireland    **Domiciled in:** Ireland

- **Author:** AAP3, Inc.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

| | | |
|---|---|---|
| ■ Author: | Aerotek, Inc. | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | United States | Domiciled in: United States |
| ■ Author: | HCL Technologies Limited | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | India | Domiciled in: India |
| ■ Author: | Infobahn Softworld Inc. | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | United States | Domiciled in: United States |
| ■ Author: | Infosys Technologies Ltd. | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | India | Domiciled in: India |
| ■ Author: | KForce Inc. | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | United States | Domiciled in: United States |
| ■ Author: | Ma Foi Management Consultants Ltd. | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | India | Domiciled in: India |
| ■ Author: | Randstad | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | United States | Domiciled in: United States |
| ■ Author: | Wipro Limited | |
| Author Created: | computer program | |
| Work made for hire: | Yes | |
| Citizen of: | India | Domiciled in: India |

**Copyright claimant** ─────────────────────

|  |  |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
|  | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Prior works by claimant and preexisting third party computer code |
| Previous registration and year: | TXu1-259-162   2005 |
| New material included in claim: | New and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| Name: | Joshua L. Simmons, Esq. |
| Date: | November 12, 2014 |
| Applicant's Tracking Number: | 41593-0036 |

**Registration #:** TX0007938524
**Service Request #:** 1-1840007632



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States