# EXHIBIT 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-937-159**

Effective date of registration:

November 24, 2014

## Title

| | |
|---|---|
| Title of Work: | Cisco IOS 15.2 |
| Previous or Alternative Title: | Cisco IOS Release 15.2 |
| | Cisco IOS Version 15.2 |
| | Cisco Internetwork Operating System 15.2 |
| | Cisco Internetwork Operating System Release 15.2 |
| | Cisco Internetwork Operating System Version 15.2 |
| | Cisco IOS Software Release 15.2 |
| | Cisco Internetwork Operating System Software Release 15.2 |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2011 | | |
| Date of 1st Publication: | July 22, 2011 | Nation of 1st Publication: | United States |

## Author

| | | | |
|---|---|---|---|
| Author: | Cisco Systems, Inc. | | |
| Author Created: | text, computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |
| Author: | Bard na nGleann | | |
| Author Created: | text | | |
| Work made for hire: | Yes | | |
| Citizen of: | Ireland | Domiciled in: | Ireland |
| Author: | Aerotek, Inc. | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |

Page 1 of 3

- **Author:** Aricent Technologies Mauritius Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** Mauritius          **Domiciled in:** Mauritius
- **Author:** HCL Technologies Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India          **Domiciled in:** India
- **Author:** Infosys Technologies Ltd.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India          **Domiciled in:** India
- **Author:** KForce Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States
- **Author:** Prolific Minds Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States
- **Author:** Randstad
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States
- **Author:** Tata Consultancy Services Ltd.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India          **Domiciled in:** India
- **Author:** Wipro Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** India          **Domiciled in:** India



- **Author:** Cisco Technology, Inc.
- **Author Created:** text, computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant

- **Copyright Claimant:** Cisco Technology, Inc.
  170 W. Tasman Drive, San Jose, CA, 95134, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim

- **Material excluded from this claim:** Prior works by claimant and preexisting third party computer code
- **Previous registration and year:** Pending        2014
- **New material included in claim:** New and revised computer code and accompanying documentation

## Certification

- **Name:** Joshua L. Simmons, Esq.
- **Date:** November 12, 2014
- **Applicant's Tracking Number:** 41593-0036

**Registration #:** TX0007937159
**Service Request #:** 1-1842634112



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States