# EXHIBIT 18

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG  TXu 1-336-997

EFFECTIVE DATE OF REGISTRATION

July 19, 2006

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1 TITLE OF THIS WORK ▼**
Cisco IOS XR version 3 3

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS XR release 3 3, Cisco Internetwork Operating System XR version 3 3, Cisco Internetwork Operating System XR release 3 3, IOX version 3 3, IOX release 3 3, IOS NG version 3 3, IOS NG release 3 3, HFROS version 3 3, HFROS release 3 3, ENA version 3 3, ENA release 3 3, Cisco Q version 3 3, Cisco Q release 3 3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a NAME OF AUTHOR ▼**
Cisco Systems Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

NOTE
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2006 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ _____ Day ▶ _____ Year ▶ _____
◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Cisco Technology Inc
170 West Tasman Drive
San Jose, CA 95134

APPLICATION RECEIVED
JUL 19 2006
ONE DEPOSIT RECEIVED
JUL 19 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | [signature] | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give **Previous Registration Number** ▶ TXu 1 270 592      **Year of Registration** ▶ 2005

**6** **DERIVATIVE WORK OR COMPILATION**
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Prior works by claimant and preexisting third party computer code

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised computer code and documentation

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
a **Name** ▼ Cisco Technology Inc         **Account Number** ▼ DA92785

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Jason Schroth
Cisco Technology Inc
170 West Tasman Drive
San Jose CA 95134
Area code and daytime telephone number ▶ (408) 853 7972       Fax number ▶ (408) 853 7972
Email ▶ jschroth@cisco com

**8** **CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cisco Technology, Inc
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Mallun Yen Managing Director Worldwide Intellectual Property          Date ▶ 17 Jul 2006

Handwritten signature (X) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address
Name ▼ Jason Schroth / Intellectual Property Department / Cisco Technology Inc
Number/Street/Apt ▼ 170 West Tasman Drive
City/State/ZIP ▼ San Jose CA 95134

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   Printed on recycled paper                U S Government Printing Office 2000-461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Form TX/CON
UNITED STATES COPYRIGHT OFFICE

REGI  TXu 1-336-997

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
- **Space B is a continuation of Space 2 on the basic application**
- **Space B is not applicable to Short Forms**
- **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA.**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

July 19, 2006
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

JUL 19 2006

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY**

---

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- **TITLE** (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

  Cisco IOS XR version 3 3

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)

  Cisco Technology Inc   170 West Tasman Drive   San Jose CA 95134

---

## B — Continuation of Space 2

### d

**NAME OF AUTHOR ▼**
(See Space C)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

### e

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

### f

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA

**CONTINUATION OF** (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C** Continuation of other Spaces

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Cisco Technology Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| Calian Technologies | Yes | Canada | Yes | No | Documentation |
| Data Connection Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| Ensoft Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| Fujitsu Japan | Yes | Japan | Yes | No | Computer Code |
| HCL | Yes | India | Yes | No | Computer Code |
| MetaData | Yes | Canada | Yes | No | Computer Code |
| Oak Hill Corporation | Yes | United States | Yes | No | Documentation |
| Pure Solutions | Yes | United States | Yes | No | Computer Code |
| QNX Software | Yes | United States | Yes | No | Computer Code |
| SQLink | Yes | Israel | Yes | No | Computer Code |

**Certificate will be mailed in window envelope to this address**

Name ▼ Jason Schroth Intellectual Property Department / Cisco Technology Inc

Number/Street/Apt ▼ 170 West Tasman Drive

City/State/ZIP ▼ San Jose CA 95134

**D** Complete all necessary spaces  
Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress Copyright Office  
101 Independence Avenue S E  
Washington D C 20559 6000

Fees are subject to change  
For current fees check the Copyright Office website at www copyright gov write the Copyright Office or call (202) 707-3000

September 2003 — 20 000   Web Rev September 2003   ⊕ Printed on recycled paper    U S Government Printing Office 2003-496-605/60 034