# EXHIBIT 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REI

**TXu 1 – 344 – 750**



TXu001344750

EFFECTIVE DATE OF REGISTRATION

Mar 02 2007

Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Cisco IOS XR version 3 4

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS XR release 3 4  Ci co Internetwork Operati g Sy tem XR  ersion 3 4  Cisco Internetwork Operating System XR release 3 4  IOX  ersion 3 4  IOX release 3 4  IOS NG version 3 4  IOS NG release 3 4  HFROS version 3 4  HFROS  relea  3 4  ENA  ers on 3 4  ENA release 3 4  Cisco Q version 3 4  Cisco Q release 3 4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

## 2

**a**  **NAME OF AUTHOR ▼**

Cisco Systems  Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

**NOTE**

Under the law the author of a work made for hire is gene ally the employer not the employee (see instruc tions) For any pa t of this work that was made for h re check Yes in the space provided gi e the employer (or other pe son for whom the wo k was prepa ed) as A the ot that pa t and lea e the space for dates of birth and death bla k

**b**  **NAME OF AUTHOR ▼**

See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Wa  th  contribution to the work a wo k made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly descr be nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefl de cr be nature of material created by this author in which copyright is claimed ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be give  Year  in all cases
2006

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Cisco Technology  Inc
170 West Tasman Drive
San Jose, CA 95134

See instruction before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

APPLICATION RECEIVED
MAR 0 2 2007
ONE DEPOSIT RECEIVED
MAR 0 2 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5 9) on the  e  e se side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY ☐ Dan

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼ Pending        Year of Registration ▼ 2006

**6** **DERIVATIVE WORK OR COMPILATION**
a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Prior works by claimant and preexisting third party computer code

b  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised computer code and documentation

See instructions
before completing
this space

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account ▼
a  Name ▼                                    Account Number ▼
Cisco Technology, Inc            DA92785

b  **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Jason Schroth
Cisco Technology, Inc
170 West Tasman Drive
San Jose, CA 95134
Area code and daytime telephone number ( ) (408) 853-7972        Fax number ( ) (408) 853-7972
Email  jschroth@cisco.com

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶  ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☑ authorized agent of  Cisco Technology, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Dan Lang, Sr Corporate Counsel, Worldwide Intellectual Property      Date ▶ 27 Feb 2007

Handwritten signature (X) ▼
X _____ Dan Lang _____

**9** Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Jason Schroth, Intellectual Property Department / Cisco Technology, Inc
Number/Street/Apt ▼
170 West Tasman Drive
City/State/ZIP ▼
San Jose, CA 95134

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20,000   Web Rev June 2002   ⊕ Printed on recycled paper                    U S Government Printing Office 2000-461-113/20,021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Form** /CON
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 344 – 750**

*TXU1344750*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|----|

EFFECTIVE DATE OF REGISTRATION

Mar 02 2007

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Mar 02 2007

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading 'Title of this Work ' in Space 1 of the basic form )

  Cisco IOS XR version 3 4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA )

  Cisco Technology Inc  170 West Tasman Drive  San Jose  CA 95134

---

## B
**d**
**Continuation of Space 2**

NAME OF AUTHOR ▼

(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either
Pseudonymous? ☐ Yes ☐ No    of these questions is 'Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either
Pseudonymous? ☐ Yes ☐ No    of these questions is 'Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the  newer to either
Pseudonymous? ☐ Yes ☐ No    of these questions is 'Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA*

**CONTINUATION OF** (Check which)    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution | Continuation of other Spaces |
|---|---|---|---|---|---|---|
| Cisco Technology, Inc | Yes | United States | Yes | No | Computer Code & Documentation | |
| Calian Technologies | Yes | Canada | Yes | No | Documentation | |
| Cyber Professionals Inc | Yes | United States | Yes | No | Computer Code | |
| Data Connection Ltd | Yes | United Kingdom | Yes | No | Computer Code | |
| Digital X Inc | Yes | United States | Yes | No | Computer Code | |
| Ensoft Ltd | Yes | United Kingdom | Yes | No | Computer Code | |
| Fujitsu Japan | Yes | Japan | Yes | No | Computer Code | |
| HCL | Yes | India | Yes | No | Computer Code | |
| Jaypar | Yes | United States | Yes | No | Computer Code | |
| MetaData | Yes | Canada | Yes | No | Computer Code | |
| Oak Hill Corporation | Yes | United States | Yes | No | Documentation | |
| ONE ANS | Yes | Italy | Yes | No | Computer Code | |
| Prepeople Consulting Inc | Yes | United States | Yes | No | Computer Code | |
| Pure Solutions | Yes | United States | Yes | No | Computer Code | |
| QNX Software | Yes | United States | Yes | No | Computer Code | |
| QSolv Inc | Yes | United States | Yes | No | Computer Code | |
| SQLink | Yes | Israel | Yes | No | Computer Code | |
| TechOne | Yes | United States | Yes | No | Computer Code | |

**D**

| Certificate will be mailed in window envelope to this address | Name ▼ Jason Schroth  Intellectual Property Department / Cisco Technology  Inc |
|---|---|
| | Number/Street/Apt ▼ 170 West Tasman Drive |
| | City/State/ZIP ▼ San Jose  CA 95134 |

September 2003 — 20 000  Web Rev  Septembe  2003    ⊛ Printed on recycled paper          U S Gover ment Printing Office 2003-496-605/60 034