# EXHIBIT 21

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-933-364**

Effective date of registration:
November 14, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS XR version 4.3 |
| **Previous or Alternative Title:** | Cisco IOS XR 4.3 |
| | Cisco IOS XR Release 4.3 |
| | Cisco IOS XR Software Release 4.3 |
| | Cisco IOS XR Software Version 4.3 |
| | Cisco Internetwork Operating System version XR version 4.3 |
| | Cisco Internetwork Operating System XR release 4.3 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | December 21, 2012 | **Nation of 1st Publication:** | United States |

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

- **Author:** Bard na nGleann
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** Ireland   **Domiciled in:** Ireland

- **Author:** HCL Technologies Limited
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** India   **Domiciled in:** India

| | | | |
|---|---|---|---|
| ■ Author: | Nichepro Consulting Private Limited | | |
| Author Created: | text | | |
| Work made for hire: | Yes | | |
| Citizen of: | India | Domiciled in: | India |
| ■ Author: | Innovatia, Inc. | | |
| Author Created: | text | | |
| Work made for hire: | Yes | | |
| Citizen of: | Canada | Domiciled in: | Canada |
| ■ Author: | Abacus Business Solutions, Inc. | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |
| ■ Author: | Aricent Technologies Mauritius Limited | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | Mauritius | Domiciled in: | Mauritius |
| ■ Author: | Ensoft Limited | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | United Kingdom | Domiciled in: | United Kingdom |
| ■ Author: | Infosys Technologies Ltd. | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | India | Domiciled in: | India |
| ■ Author: | Wipro Limited | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | India | Domiciled in: | India |
| ■ Author: | Tech Mahindra Limited | | |
| Author Created: | computer program | | |
| Work made for hire: | Yes | | |
| Citizen of: | India | Domiciled in: | India |



- **Author:** QNX Software Systems Co.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** Canada
- **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** TXu1-592-305   2007

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 12, 2014

**Applicant's Tracking Number:** 41593-0036

**Registration #:** TX0007933364
**Service Request #:** 1-1879984622



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022   United States