# EXHIBIT 24

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-937-234**

**Effective date of registration:**

November 24, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS XE 3.5 |
| **Previous or Alternative Title:** | Cisco IOS XE Release 3.5 |
| | Cisco IOS XE Version 3.5 |
| | Cisco Internetwork Operating System XE 3.5 |
| | Cisco Internetwork Operating System XE Release 3.5 |
| | Cisco Internetwork Operating System XE Version 3.5 |
| | Cisco IOS XE Software Release 3.5 |
| | Cisco Internetwork Operating System XE Software Release 3.5 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | November 28, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ■ **Author:** | Adecco USA, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

Page 1 of 3



| | |
|---|---|
| **Author:** | Aerotek, Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** United States | **Domiciled in:** United States |
| **Author:** | Aricent Technologies Mauritius Limted |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** Mauritius | **Domiciled in:** Mauritius |
| **Author:** | HCL Technologies Limited |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** India | **Domiciled in:** India |
| **Author:** | Infosys Technologies Ltd. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** India | **Domiciled in:** India |
| **Author:** | KForce Inc. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** United States | **Domiciled in:** United States |
| **Author:** | Randstad |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** United States | **Domiciled in:** United States |
| **Author:** | Tata Consultancy Services Ltd. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** India | **Domiciled in:** India |
| **Author:** | Unilink Ltd. |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** Israel | **Domiciled in:** Israel |

- **Author:** Vircon, Inc.
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** United States
  - **Domiciled in:** United States
- **Author:** WIPRO Limited
  - **Author Created:** computer program
  - **Work made for hire:** Yes
  - **Citizen of:** India
  - **Domiciled in:** India
- **Author:** Cisco Technology, Inc.
  - **Author Created:** text, computer program
  - **Work made for hire:** Yes
  - **Citizen of:** United States
  - **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.
170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending    2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 13, 2014

**Applicant's Tracking Number:** 41593-0036

Registration #: TX0007937234
Service Request #: 1-1874302659



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States