# EXHIBIT 25

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-940-713**

Effective date of registration:

November 13, 2014

## Title

|   |   |
|---|---|
| **Title of Work:** | Cisco NX-OS 4.0 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 4.0 |
|  | Cisco NX-OS Release 4.0 |
|  | Cisco NXOS 4.0 |
|  | Cisco SAN-OS 4.0 |
|  | Cisco SAN-OS Software Release 4.0 |
|  | Cisco SAN-OS Release 4.0 |
|  | Cisco SANOS 4.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | April 2, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States       **Domiciled in:** United States

- **Author:** Cisco Technology, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
|  | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

    Material excluded from this claim:   previously published material and preexisting third party computer code

    New material included in claim:   new and revised computer code and accompanying documentation

## Certification

    Name:   Joshua L. Simmons, Esq.

    Date:   November 13, 2014

    Applicant's Tracking Number:   41593-0036

    Correspondence:   Yes

**Registration #:** TX0007940713
**Service Request #:** 1-1786586481



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States