# EXHIBIT 28

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-940-722

Effective date of registration:

November 13, 2014

## Title

**Title of Work:** Cisco NX-OS 6.2

**Previous or Alternative Title:** Cisco NX-OS Software Release 6.2

Cisco NX-OS Release 6.2

Cisco NXOS 6.2

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 22, 2013  **Nation of 1st Publication:** United States

## Author

- **Author:** Cisco Systems, Inc.
  **Author Created:** text, computer program

  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

- **Author:** Bard na nGleann
  **Author Created:** text

  **Work made for hire:** Yes
  **Citizen of:** Ireland   **Domiciled in:** Ireland

- **Author:** Trilyon Inc.
  **Author Created:** text

  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

Page 1 of 2

## Limitation of copyright claim

**Material excluded from this claim:** previously published material and preexisting third party computer code

**Previous registration and year:** Pending     2014

**New material included in claim:** new and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 13, 2014

**Applicant's Tracking Number:** 41593-0036

---

**Correspondence:** Yes

**Registration #:** TX0007940722
**Service Request #:** 1-1815054342



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022   United States