KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 3-14-CV-05344-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA SYSTEMS, INC.'S MOTION TO COMPEL INTERROGATORY RESPONSES**<br><br>Date: October 27, 2015<br>Time: 10:00 a.m.<br>Judge: Honorable Paul Grewal<br>Dept.: Courtroom 5<br><br>Date Filed: December 5, 2014 |

1    The above matter having come before the Court on Defendant Arista Networks, Inc.'s
2 Motion to Compel Interrogatory Responses, and the Court having considered the motion and
3 arguments in support thereof and any opposition thereto, the Court hereby GRANTS the Motion.
4    It is ORDERED that within seven (7) days of the entry of this Order:
5    (1) Cisco shall describe in detail the derivation, including the creation, and/or origin of
6        each CLI command that Cisco contends Arista copied in this case; and
7    (2) Cisco shall identify, for each CLI command listed in Cisco's Second Amended
8        Complaint (including exhibits), each command hierarchy listed in Cisco's Second
9        Amended Complaint (including exhibits), and each command mode and prompt listed
10       in Cisco's Second Amended Complaint (including exhibits): (i) the author or
11       originator of such command, command hierarchy, command mode and prompt, (ii) the
12       date of such authorship or creation, (iii) the document(s) in which such command,
13       command hierarchy, command mode or prompt was first fixed in any tangible medium
14       of expression, (iv) the document(s) in which such command, command hierarchy,
15       command mode or prompt was first published, and (v) the first Cisco product
16       (including version number) that used or responded to each CLI command, command
17       hierarchy, command mode or prompt.
18 IT IS SO ORDERED.

Dated: _____    By: _____
                                      HON. PAUL S. GREWAL
                                      UNITED STATES DISTRICT JUDGE