1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID J. SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13  CISCO SYSTEMS, INC.,                  | Case No. 3-14-CV-05344-BLF

14          Plaintiff,                    | **[PROPOSED] ORDER GRANTING DEFENDANT ARISTA SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME ON BRIEFING AND HEARING SCHEDULE FOR ARISTA'S MOTION TO COMPEL INTERROGATORY RESPONSES**
15     v.
16  ARISTA NETWORKS, INC.,
17          Defendant.
18
                                          | Judge:     Honorable Paul Grewal
19
20                                        | Date Filed: December 5, 2014
21

[PROPOSED] ORDER GRANTING ARISTA'S MOTION TO SHORTEN TIME
Case No. 3-14-CV-05344-BLF.

990241.01

1  The Court, having reviewed Defendant Arista Networks, Inc.'s ("Arista") Administrative
2  Motion to Shorten Time on Briefing and Hearing Schedule for Arista's Motion to Compel
3  Interrogatory Responses, filed on September 18, 2015, the Declaration of Elizabeth K.
4  McCloskey in support thereof, all papers in opposition to that application, and the record on file,
5  and good cause appearing,

6  IT IS HEREBY ORDERED THAT

7  1.   Defendant's Administrative Motion to Shorten Time is GRANTED;

8  2.   Plaintiff shall file any opposition to Arista's Motion to Compel on or before
9  September 24, 2015;

10 3.   Defendant shall file any reply on or before 12:00 p.m. on September 28, 2015;

11 4.   Defendant's Motion to Compel shall be heard on _____.

13 IT IS SO ORDERED.

16 Dated: _____     By: _____
17                                      HON. PAUL S. GREWAL

---

1

[PROPOSED] ORDER GRANTING ARISTA'S MOTION TO SHORTEN TIME
Case No. 3-14-CV-05344-BLF

990241.01