# EXHIBIT B

# ARISTA'S PROPOSED CONSTRUCTIONS

## I.    The '526 Patent

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "management programs" | "tools that are configured to execute user-entered commands having their own respective command formats rather than the generic command format"<br><br>This proposal assumes that the term "generic command format" is not found to be indefinite. | Abstract, Figs. 1-3, col. 1:6-63, 2:57-3:35; 4:19-36; 4:55-60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | |
| "respective command formats" | "command names and syntaxes specific to each management program"<br>" | Abstract, Figs. 1-3, col. 1:6-63, 2:57-3:35; 4:19-36; 4:55-60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office | |

1

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | Action; 11/11/2004 Office Action. | |
| "generic command" | Indefinite, OR if not indefinite:<br><br>"command having a format and syntax that is an abstraction of the command formats and syntaxes of more than one management program, as opposed to the specific syntax for any such management program" | Abstract, Figs. 1-3, col. 1:6-63, 2:57-3:35; 4:19-36; 4:55-60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | |

2

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "command parse tree" | "tree": "data structure consisting of linked nodes, with a root node (a node with no parent nodes), and where the remaining nodes are either a branch node (a node with a parent node and one or more children nodes), or a leaf node (a node with a parent node and no children nodes)"<br><br>"command parse tree": "tree for interpreting commands where each node corresponds to a command component" | Abstract, Figs. 2-3, 3:36-4:54, Appx. B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | Microsoft Press Computer Dictionary, 3d ed. (1997): "**tree** … *n.* A data structure containing zero or more nodes that are linked together in a hierarchical fashion. If there are any nodes, one node is the root; each node except the root is the child of one and only one other node; and each node has zero or more nodes as children."<br><br>Barron's Dictionary of Computer and Internet Terms, 6th ed. (1998): "**tree** 1. A data structure similar to a linked list, except that each element carries with it the addresses of two or more elements, rather than just one….." This entire definition of "tree" is incorporated herein by reference.<br><br>Random House Webster's Computer & Internet Dictionary (1999): "**Tree structure** A type of data structure in which each |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | element is attached to one or more elements directly beneath it…."  This entire definition of "tree" is incorporated herein by reference. |
| "the command parse tree having elements each specifying at least one corresponding generic command component and a corresponding at least one command action value" | "elements": "nodes"<br><br>"command action value": "piece of data that uniquely represents the prescribed command."<br><br>the entire phrase: "the command parse tree having nodes, such that each node specifies a unique command action value for each | Abstract, Figs. 2-3, 3:36-4:54, Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 12/18/2003 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | generic command component." | | |
| "the validating step including identifying one of the elements as a best match relative to the generic command" | Indefinite, OR if not indefinite:<br><br>"the validating step having the capability of both identifying the element in the parse tree that exactly matches the generic command, and, in the absence of an exact match, identifying the element that contains the last validated component of the generic command" | Abstract, Figs. 2-3, 3:36-4:54, Appx. A & B. | |
| "issuing a prescribed command of a selected one of the management programs according to the corresponding command format, based on the identified one element" | "prescribed command of a selected one of the management programs": "one of the commands in the respective command format of a specific management program"<br><br>The remainder of the phrase does not require construction. | Abstract, Figs. 1-3, col. 1:6-63, 2:57-4:60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | |
| "command word translation table, configured for storing for each | "command word translation table": "data structure with rows and columns that translates a command word into a token" | Abstract, Figs. 2-3, 3:36-4:54, Appx. B.<br><br>File History, 10/3/2003 | Random House Webster's Computer & Internet Dictionary (1999): "**table** Refers to data arranged in |

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| prescribed command word a corresponding token" | "prescribed command word": "valid generic command word."<br><br>"token": "letter, number, or symbol that either (1) uniquely represents a prescribed command word, or (2) indicates the presence of an invalid command word"<br><br>The remainder of this phrase does not require construction. | Response to Office Action; 12/18/2003 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | rows and columns.  A *spreadsheet,* for example, is a table. In relational database management systems, all information is stored in the form of tables."<br><br>Barron's Dictionary of Computer and Internet Terms, 6th ed. (1998): "**table** an arrangement of data in a database where each row defines a relationship between the items in that row.  *See* Relational Database."<br><br>Microsoft Press Computer Dictionary, 3d ed. (1997): "**table**…*n.* **1.** In programming a data structure usually consisting of a list of entries, each entry being identified by a unique key and containing a set of related values.…**2.** In relational databases, a data structure characterized by rows and columns, with data occupying or potentially occupying each cell formed by a row-column intersection. |

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | The table is the underlying structure of relation…."

IBM Dictionary of Computing (1994): "**table**…(2) A two-dimensional array in which each item and its position with respect to other items is identified. (3) An orderly arrangement of data in rows and columns that an contain numbers, text, or a combination of both. *See also* translation table."

"**translation table** A table used to replace one or more characters with alternative characters; for example, to translate characters representing a virtual address to those representing a real address, characters representing an event to those representing a procedure call, characters of a national character set to those of another national language, or characters representing a |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | relocated address to those representing an absolute address." |
| "recursively traversing the command parse tree based on an order of the input command words" | "recursively": "by using a function that calls itself,"<br><br>"traversing the command parse tree based on an order of the input command words": "sequentially determining the presence of each word of an input command in a node of a command parse tree, such that the order of the words (e.g., first, second, third) corresponds to the hierarchy of the nodes (e.g., parent, child, grandchild)." | Abstract, Figs. 2-3, 3:36-4:54, Appx. B. | Microsoft Press Computer Dictionary, 3d ed. (1997): "**recursion** … n. The ability of a routine to call itself. Recursion enables certain algorithms to be implemented with small simple routines, but it does not guarantee speed or efficiency. Erroneous use of recursion can cause a program to run out of stack space during execution, causing the program and sometimes the entire system, to crash."<br><br>Webster's New World Dictionary of Computer Terms, 6th ed. (1997): "**recursion** In programming, a program instruction that causes a module or subroutine to call itself. A recursive function may be used to implement search strategies or to perform repetitive |

8

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | calculations." <br><br> Barron's Dictionary of Computer and Internet Terms, 6[th] ed. (1998): "**recursion** The calling of a procedure by itself, creating a new copy of the procedure…." The entire definition of "recursion" is incorporated herein by reference. <br><br> The Computer Desktop Encyclopedia, 2d ed. (1999): "**recursion** … In programming, the ability of a subroutine or program to call itself.  It is helpful for writing routines that solve problems by repeatedly processing the output of the same process." <br><br> Random House Webster's Computer & Internet Dictionary (1999): "**recursion** A programming method in which a routine calls itself."  This entire definition of "recursion" is incorporated herein by |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | reference.<br><br>Prentice Hall's Illustrated Dictionary of Computing 3d ed. (1998): "**recursion** *See* **recursion**."<br><br>Prentice Hall's Illustrated Dictionary of Computing 3d ed. (1998): "**recursively defined subroutine**…A subroutine that may invoke itself…." This entire definition of "recursion" is incorporated herein by reference. |
| "command key" | "command key": "letter, number, or symbol that uniquely represents a prescribed command" | Abstract, Figs. 2-3, 3:46-4:54, Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 12/18/2003 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action. | Webster's New World Dictionary of Computer Terms, 6th ed. (1997): "**key** …2. In databases, a unique value that is used to identify a data record."<br><br>Prentice Hall's Illustrated Dictionary of Computing 3d ed. (1998): "**key**…3. A set of symbols which form a code, as used on maps and diagrams. For example, wavy |

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | lines on a map may depict water, so the key will show a wavy line and have the word 'water' written beside it." |
| "means for validating a generic command received from a user, the validating means configured for specifying valid generic commands relative to a prescribed generic command format and having elements each specifying at least one corresponding generic command component and a corresponding at least one command action value, the validating means identifying one of the elements as a best match relative to the generic | Functions:<br>(1) validating a generic command received from a user<br>(2) specifying valid generic commands relative to a prescribed generic command format,<br>(3) having elements each specifying at least one corresponding generic component and a corresponding at least one command action value, and<br>(4) identifying one of the elements as a best match relative to the generic command.<br><br>Disclosed structure:<br><br>A processor executing a parser, and a corresponding memory storing a command parse tree, wherein the parser executes the algorithm of | Abstract, Figs. 2-3, 3:36-4:54, Appx. A & B. | |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| command" | Figure 3, and wherein<br>(1) each node of the command parse tree specifies one token and a corresponding command key;<br>(2) the top-level nodes of the command parse tree represent all possible valid first words in the input command, second-level nodes represent all possible valid second words for each valid first word in the input command, and so on; | | |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

981605

## II.    The '886 Patent

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "extensible markup language (XML)" | "markup language defined by one of the versions of the XML standard published by the W3C organization" | Figs. 3 & 4; cols. 1:49-57; 3:11-36; 4:24–42; 4:50-5:65; 6:12-7:17.<br><br>File History, 9/4/2008 Response to Office Action; 10/17/2008 Office Action; 1/21/2009 Response to Office Action; 3/13/2009 Office Action; 6/15/2009 Response to Office Action; 12/8/2010 Response to Office Action. | Computer Desktop Encyclopedia, 9th Ed. (2001): "**XML** (E**x**tensible **M**arkup **L**anguage) An open standard for describing data from the W3C…."<br><br>Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003): "**XML** Abbreviation for Extensible Markup Language. XML is not a declarative markup language like HTML; rather, it is a language for *creating* markup languages. XML is maintained by the World Wide Web Consortium (W3C)….The complete XML specification actually consists of four related standards, beginning with the XML language specification and continuing with the following: XML Pointer Language (XPointer), XML Linking Language (XLink), and XML Namespaces."<br><br>Microsoft Computer Dictionary, Fifth Edition (2002): "**XML** *n.* Acronym for eXtensible Markup Language, a condensed form of SGML (Standard Generalized Markup Language)….XML is defined as a language standard |

13

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | published by the W3C and supported by the industry…"<br><br>Barron's Dictionary of Computer and Internet Terms, 8th Ed. (2003): **XML** (**E**xtensible **M**arkup **L**anguage)…XML is a subset of SGML adopted as a standard by the W3C in 1998…."<br><br>*See generally* http://www.w3.org/standards/xml/. |
| "receiving, with a command line interface (CLI) parser" | "receiving": "taking as an input"<br><br>"a command line interface (CLI) parser": "a program that breaks down the individual sub-parts of a command using a CLI grammar" | Abstract, Figs. 1-4; Cols. 1:40-57; 1:61-2:5; 2:52-3:45; 3:60-4:33; 4:60-65.<br><br>File History, 9/4/2008 Response to Office Action; 10/17/2008 Office Action; 1/21/2009 Response to Office Action; 3/13/2009 Office Action; 6/15/2009 Response to Office Action; 1/19/2010 Response to Office Action; | McGraw-Hill Dictionary of Computing and Communications (2003): "**parser** The portion of a computer program that carries out parsing operations."<br><br>"**parsing** A process whereby phrases in a string of characters in a computer language are associated with the component names of the grammar that generated the string."<br><br>Dictionary of Computer and Internet Words, Houghton Mifflin Co. (2001): "**parse** To break a string of characters into groups of smaller strings using a specific set of rules. For example, a program can count the number of words |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | 12/8/2010 Response to Office Action. | on a line by parsing the line using blank space as an indication of word boundaries." <br><br> Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003): "**parser 1.** A program that breaks large units of data into smaller, more easily interpreted pieces." <br><br> Barron's Dictionary of Computer and Internet Terms, 8th Ed. (2003): "**parsing** the analysis, by a computer, of the string of structure of statements in a human or artificial language….Parsing is done by comparing the string to be parsed to a *grammar*, which defines possible structures." <br><br> Oxford Dictionary of Computing, 5th Ed. (2004): "**parsing (syntax analysis)** The process of deciding whether a string of input symbols is a sentence of a given language and if so determining the syntactic structure of the string as defined by a *grammar (usually *context-free) for the language. This is achieved by means of a program known as a parser or syntax analyzer." |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | Dictionary of Computing, 5th Ed. (2004): "**parse** … *verb* to break down high-level language code into its element parts when translating into machine code." "**parser** … *noun* a program that parses computer input (NOTE: Using the grammar of the language involved, it works out how a sentence can be constructed from the input and produces a parse tree to show this.)" Microsoft Computer Dictionary, Fifth Edition (2002): "**parse** *vb.* To break input into smaller chunks so that a program can act upon the information." "**parser** *n.* An application or device that breaks data into smaller chunks so that an application can act upon the information. *See also* parse." Computer Desktop Encyclopedia, 9th Ed. (2001): "**parser** A routine that performs parsing operations on a computer or natural language." "**parse** (1) To analyze a sentence or language statement. Parsing breaks down words into functional units that can be |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | converted into machine language." |
| "internetwork operating system (IOS) command line interface (CLI) parser subsystem" | "internetwork operating system (IOS) command line interface (CLI)": "the CLI interface designated by Cisco as IOS CLI and that is used for configuring, monitoring, and maintaining Cisco devices.  Also referred to as 'IOS/CLI.'"<br><br>the entire phrase: "processor or portion thereof that executes a program that breaks down the individual sub-parts of a command using the grammar of IOS/CLI" | Abstract, Fig. 1-4, col. 1:8-64; 2:52-60; 3:19-52; 3:60-4:16; 4:50-7:21. | http://www.cisco.com/c/en/us/td/docs/ios/fundamentals/configuration/guide/15_1s/cf_15_1s_book/cf_clibasics. html ("The Cisco IOS command-line interface (CLI) is the primary user interface used for configuring, monitoring, and maintaining Cisco devices") |
| "wherein the input command is configured in an extensible markup language (XML) format having a CLI syntax with CLI keywords sequenced according to | "an extensible markup language (XML) format":  "a format that complies with one of the versions of the XML standard published by the W3C organization"<br><br>"keyword": "word describing an action or operation that the computer can recognize and execute" | Figs. 3 & 4; cols. 1:49-57; 3:11-36; 4:24–42; 4:50-5:65; 6:12-7:17.<br><br>File History: 9/4/2008 Response to Office Action; 10/17/2008 Office Action; 1/21/2009 | Computer Desktop Encyclopedia, 9th Ed. (2001): "**XML** (**Ex**tensible **M**arkup **L**anguage) An open standard for describing data from the W3C…."<br><br>Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003): "**XML** Abbreviation for Extensible Markup Language. XML is not a declarative markup language like |

981605

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| configuration rules for CLI commands" | The entire phrase: "wherein the input command is written in an extensible markup language (XML) format, such that one or more CLI keywords, on the one hand, and the CLI parameters, on the other, are contained within respective XML tags, and the sequence of the tags complies with the sequencing rules for keywords and parameters in the CLI grammar and syntax" | Response to Office Action; 3/13/2009 Office Action; 6/15/2009 Response to Office Action; 12/8/2010 Response to Office Action. | HTML; rather, it is a language for *creating* markup languages. XML is maintained by the World Wide Web Consortium (W3C)….The complete XML specification actually consists of four related standards, beginning with the XML language specification and continuing with the following: XML Pointer Language (XPointer), XML Linking Language (XLink), and XML Namespaces."<br><br>Microsoft Computer Dictionary, Fifth Edition (2002): "**XML** *n.* Acronym for eXtensible Markup Language, a condensed form of SGML (Standard Generalized Markup Language)….XML is defined as a language standard published by the W3C and supported by the industry…"<br><br>Barron's Dictionary of Computer and Internet Terms, 8th Ed. (2003): **XML** (**E**xtensible **M**arkup **L**anguage)…XML is a subset of SGML adopted as a standard by the W3C in 1998…."<br><br>*See generally* http://www.w3.org/standards/xml/. |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003): "**keyword 1.** In programming languages (including macro languages), a word describing an action or operation that the computer can recognize and execute."<br><br>Dictionary of Computer and Internet Words, Houghton Mifflin Co. (2001): "**keyword 1.** In programming, a reserved word that is built into the syntax of the programming language."<br><br>Computer Desktop Encyclopedia, 9th Ed. (2001): "**keyword** … (3) A reserved word in a programming or command language."<br><br>Dictionary of Computing, 5th Ed. (2004): "**keyword** … *noun* a command word used in a programming language to provide a function O *The BASIC keyword PRINT will display text on the screen.*" |
| "XML parameter" | "indicator within an XML tag that signals that the tag includes a CLI keyword" | Fig 3, col. 1:49-53; 4:63- 5:65.<br><br>File History: 6/15/2009 Response | |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | to Office Action. | |
| "XML tag" | "indicator that marks the start or end of an XML element and that is designated by a starting angle bracket, a corresponding closing angle bracket, and the content in between" | Figs 3-4, col. 1:49-57; 4:63-7:17.<br><br>File History, 5/5/2008 Office Action (citing to U.S. Patent App. No. 10/690,605 (Pub. No. 2005/0091068) to Ramamoorthy as invalidating prior art "which translates incoming XML command requests into input corresponding IOS CLI statements"); 6/15/2009 Response to Office Action; 3/30/2010 Office Action (further recognizing Ramamoorthy as prior art). | Oxford Dictionary of Computing, 5th Ed. (2004): "**tag** … **3.** A set of characters used to delineate certain types of text in a markup language. For example, in *XML bold text would normally be indicated by using the tags <b> and </b>, as in 'this word is <b>bold</b>'."<br><br>Microsoft Computer Dictionary, Fifth Edition (2002): "**XML element** *n.* Information defined by a start tag and an end tag in an eXtensible Markup Language (XML) document. An example would be &lt;Last-name&gt; Davalio&lt;/LastName&gt;."<br><br>"**tag** *n.* … 3. In markup languages, such as SGML and HTML, a code that identifies an element in a document, such as a heading or a paragraph, for the purposes of formatting, indexing, and linking information in the document. In both SGML and HTML, a tag is generally a pair of angle brackets that contain one or more letters and numbers. Usually one pair of angle brackets is placed before an element, and another pair is placed after, to indicate where the |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | element begins and ends. For example, in HTML, <I>hello world</I> indicates that the phrase "help world" should be italized."<br><br>U.S. Patent App. No. 10/690,605 (Pub. No. 2005/0091068) to Ramamoorthy et al. *generally* and at [0015] ("HTML and XML are tag languages, where specially-designated constructs referred to as "tags" are used to delimit (or "mark up") information. In the general case, a tag is a keyword that identifies what the data is which is associated with the tag, and is typically composed of a character string enclosed in special characters. "Special characters" means characters other than letters and numbers, which are defined and reserved for use with tags. Special characters are used so that a parser processing the data stream will recognize that this a tag. A tag is normally inserted preceding its associated data: a corresponding tag may also be inserted following the data, to clearly identify where that data ends. As an example of using tags, the syntax "<p>" in HTML indicates the beginning of a paragraph. In XML, "<email>" could be used as a tag to indicate that the character string |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | | appearing in the data stream after this tag is to be treated as an e-mail address; the syntax "</email>" would then be inserted after the character string, to delimit where the e-mail character string ends.")<br><br>Computer Desktop Encyclopedia, 9th Ed. (2001): "**XML … XML and HTML** To the right are examples of XML and HTML tags. Note that XML statements define data content, whereas the HTML lines deal with fonts and boldface. XML defines "what it is," and HTML defines "how it looks."<br><br>*Cf.* Dictionary of Computer and Internet Words, Houghton Mifflin Co. (2001): "**tag** … 2. In HTML, text enclosed in a pair of angle brackets ( < >) that indicate to the browser how the text should be displayed. For example, <ITL> is a tag to indicate that the text that follows should be italicized. |
| "parsing the output message to identify at least one CLI token" | "breaking down the output message into its constituent character strings and determining that at least one such string corresponds to a CLI keyword or | Fig. 4; Tbl. 3; col 1: 54-57, col 6:24-49.<br><br>File History: 6/15/2009 Response | |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

981605

| Claim Element | Arista's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | parameter" | to Office Action. | |

ARISTA'S PROPOSED CONSTRUCTIONS
Case No. 5-14-CV-05344-BLF

981605