UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS INC,

Plaintiff,

v.

ARISTA NETWORKS, INC.,

Defendant.

Case No. 14-cv-05344-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

On September 18, 2015, the parties submitted a joint claim construction and prehearing statement. The parties' statement in Item IV of the joint claim construction statement appears to indicate that the parties believe the Court may not have a separate hearing on claim construction.

Accordingly, the Court SETS a case management conference for November 5, 2015 at 2 p.m. to discuss the claim construction hearing. The parties may request to appear by telephone and no case management statement is required.

**IT IS SO ORDERED.**

Dated: September 22, 2015

BETH LABSON FREEMAN
United States District Judge