1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   John M. Neukom (SBN 275887)
7  johnneukom@quinnemanuel.com.
   QUINN EMANUEL URQUHART &
8  SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone: (415) 875-6600
10 Facsimile: (415) 875-6700

11 Mark Tung (SBN 245782)
   marktung@quinnemanuel.com
12 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
13 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
14 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
15

   Steven Cherny *(admission pro hac vice pending)*
   steven.cherny@kirkland.com
   KIRKLAND & ELLIS LLP
   601 Lexington Avenue
   New York, New York 10022
   Telephone: (212) 446-4800
   Facsimile: (212) 446-4900

   Adam R. Alper (SBN 196834)
   adam.alper@kirkland.com
   KIRKLAND & ELLIS LLP
   555 California Street
   San Francisco, California  94104
   Telephone: (415) 439-1400
   Facsimile: (415) 439-1500

   Michael W. De Vries (SBN 211001)
   michael.devries@kirkland.com
   KIRKLAND & ELLIS LLP
   333 South Hope Street
   Los Angeles, California 90071
   Telephone: (213) 680-8400
   Facsimile: (213) 680-8500

16 *Attorneys for Plaintiff Cisco Systems, Inc.*

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION TO SHORTEN TIME ON BRIEFING AND HEARING SCHEDULE FOR ARISTA'S MOTION TO COMPEL INTERROGATORY RESPONSES** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |
| | Date Filed:    December 5, 2014 |
| | **DEMAND FOR JURY TRIAL** |

**DECLARATION OF MATTHEW D. CANNON**

I, Matthew D. Cannon, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached as Exhibit 1 is a true and correct copy of correspondence from me to Katherine Lloyd-Lovett of Keker & Van Nest, counsel for Arista in this matter, which was transmitted via e-mail on September 21, 2015. This letter accurately sets forth the history of the parties' meet-and-confer process for Interrogatory Nos. 5 and 16.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from Arista's September 18, 2015 supplemental responses to Cisco's First Set of Interrogatories.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from Cisco's September 1, 2015 supplemental responses to Arista's First Set of Interrogatories.

5. Attached as Exhibit 4 is a true and correct copy of correspondence from Elizabeth K. McCloskey of Keker & Van Nest, counsel for Arista in this matter, to me, which was received via e-mail on September 22, 2015.

*/s/ Matthew D. Cannon*
Matthew D. Cannon

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Matthew D. Cannon (Bar No. 252666).

*/s/ John M. Neukom*
John M. Neukom (Bar No. 275887)