UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 3-14-CV-05344-BLF |
| Plaintiff, | **ORDER GRANTING-IN-PART MOTION TO SHORTEN TIME** |
| v. | |
| ARISTA NETWORKS, INC., | **(Re: Docket No. 69)** |
| Defendant. | |

The court has considered Arista Network, Inc.'s Motion to Shorten Time on Briefing and Hearing Schedule for Arista's Motion to Compel Interrogatory Responses[1] and Cisco Systems, Inc.'s Opposition.[2] Arista's motion is GRANTED-IN-PART as follows:

1. Cisco shall file any opposition to the motion to compel[3] by 12:00 p.m. on Monday, September 28, 2015.
2. No reply shall be filed.
3. The motion shall be heard on Tuesday, September 29, 2015, at 1:30 p.m.

---

[1] *See* Docket No. 69.

[2] *See* Docket No. 73.

[3] *See* Docket No. 66.

Case No. 5:14-cv-05344-BLF
ORDER GRANTING-IN-PART MOTION TO SHORTEN TIME

1

**SO ORDERED.**

Dated: September 23, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge