Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN OPPOSITION TO MOTION TO COMPEL INTERROGATORY RESPONSES** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Civil L.R. 79-5, Plaintiff Cisco Systems, Inc. ("Cisco") respectfully requests an order granting leave to file under seal the portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Cisco's Opposition to Arista's Motion to Compel Interrogatory Responses | As highlighted in the version filed herewith, portions of pages: 3-4, 16. |
| Exhibit 4 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel | Entire. |
| Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel | Entire. |
| Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel | Entire. |

I.     **LEGAL STANDARD**

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law"( *i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

1  II.     **ARISTA'S DESIGNATED CONFIDENTIAL INFORMATION**

2       Good cause exists to seal the documents identified herein for the reasons explained in
3  detail in the Declaration of Matthew D. Cannon in support of this Administrative Motion to File
4  Under Seal ("Cannon Decl."). The information sought to be sealed has been directly designated
5  by Defendant Arista Networks, Inc. ("Arista") as "HIGHLY CONFIDENTIAL – ATTORNEYS'
6  EYES ONLY" under the Protective Order (Dkt. 53). Furthermore, Cisco has narrowly tailored its
7  request to seal only the information which it believes truly merits protection and has articulated
8  the bases for its request in the Cannon Decl.

9       Cisco expects that Arista will file the required supporting declaration in accordance with
10 Civil Local Rule 79-5(e), as necessary, to confirm that the information contained in the above
11 referenced documents should be sealed.

12 III.    **CONCLUSION**

13      Concurrently with this Motion, Cisco is filing redacted and highlighted versions of the
14 above-referenced documents indicating the specific portions Cisco seeks to seal. For the
15 foregoing reasons, Cisco respectfully requests that the Court grant Cisco's request.

16

17 DATED: September 28, 2015                 Respectfully submitted,

18
                                             */s/ John M. Neukom*
19
                                             Kathleen Sullivan (SBN 242261)
20                                           kathleensullivan@quinnemanuel.com
                                             QUINN EMANUEL URQUHART &
21                                           SULLIVAN LLP
                                             51 Madison Avenue, 22nd Floor
22                                           New York, NY 10010
                                             Telephone: (212) 849-7000
23                                           Facsimile: (212) 849-7100

24                                           Sean S. Pak (SBN 219032)
                                             seanpak@quinnemanuel.com
25                                           John M. Neukom (SBN 275887)
                                             johnneukom@quinnemanuel.com.
26                                           Matthew D. Cannon (SBN 252666)
                                             matthewcannon@quinnemanuel.com
27                                           QUINN EMANUEL URQUHART &
                                             SULLIVAN LLP
28                                           50 California Street, 22nd Floor

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 3 | Mark Tung (SBN 245782) |
| 4 | marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 5 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 7 | |
| 8 | Steven Cherny *(admission pro hac vice pending)* |
| 9 | steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 10 | 601 Lexington Avenue<br>New York, New York 10022 |
| 11 | Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| 12 | Adam R. Alper (SBN 196834) |
| 13 | adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 14 | 555 California Street<br>San Francisco, California 94104 |
| 15 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 16 | Michael W. De Vries (SBN 211001) |
| 17 | michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 18 | 333 South Hope Street<br>Los Angeles, California 90071 |
| 19 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 20 | *Attorneys for Plaintiff Cisco Systems, Inc.* |