1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion for an order to seal
2   certain documents filed in connection with Cisco's Opposition to Arista's Motion to Compel
3   Interrogatory Responses.
4   Having considered Cisco's motion, and good cause having been shown, the Court
5   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below.

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Opposition to Arista's Motion to Compel Interrogatory Responses | As indicated in the public redacted version of Cisco's Opposition to Arista's Motion to Compel Interrogatory Responses attached to the Declaration of Matthew D. Cannon, portions of pages: 3-4, 16. |
| Exhibit 4 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel | Entire. |
| Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel | Entire. |
| Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion to Compel | Entire. |

**IT IS SO ORDERED.**

Dated: _____                        _____
                                                 The Honorable Paul S. Grewal
                                                 United States Magistrate Judge