# EXHIBIT 4

## DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY