# EXHIBIT 5

## DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY