Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION TO COMPEL INTERROGATORY RESPONSES** <br><br> Date: September 29, 2015 <br> Time: 1:30 P.M. <br> Dept.: Courtroom 5 <br><br> **DEMAND FOR JURY TRIAL** |

**DECLARATION OF MATTHEW D. CANNON**

I, Matthew D. Cannon, declare as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.      Attached as Exhibit 1 is a true and correct copy of Cisco's First Supplemental Objections and Responses to Arista's Second Set of Interrogatories, served September 28, 2015.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a transcript of public proceedings *In the Matter of Certain Network Devices, Related Software and Components Thereof (I)*, U.S.I.T.C. Inv. No. 337-TA-944.

4.      Attached as Exhibit 3 is a true and correct copy of an article from *Network World* entitled "How Arista Networks got out in front of the SDN craze: Arista CEO Jayshree Ullal says 'cloud networking leader' complements Cisco" and dated February 22, 2013.  This article was produced by Cisco in this case and bears Bates numbers CSI-ANI-00381280-83.

5.      Attached as Exhibit 4 is a true and correct copy of an e-mail from James Lingard to eng@arastra.com, dated April 14, 2006.  Exhibit 4, which bears Bates numbers ANI-ITC-944_945-1713891-92, has been excerpted from a document produced by Arista that bears Bates numbers ANI-ITC-944_945-173831-6142.  That document was designated by Arista in U.S.I.T.C. Inv. Nos. 337-TA-944 and 337-TA-945 as containing "CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER."  Pursuant to the Protective Order (Dkt. 53 at 6), this document is deemed to have been designated by Arista in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information.

6.      Attached as Exhibit 5 is a true and correct copy of an email chain involving Adam Sweeney and Kenneth Duda, dated July 9-12, 2010.  Exhibit 5 bears Bates numbers ANI-ITC-944_945-3599339-40.  That document was designated by Arista in U.S.I.T.C. Inv. Nos. 337-TA-944 and 337-TA-945 as containing "CONFIDENTIAL BUSINESS INFORMATION – SUBJECT

1  TO PROTECTIVE ORDER." Pursuant to the Protective Order (Dkt. 53 at 6), this document is
2  deemed to have been designated by Arista in this case as "HIGHLY CONFIDENTIAL –
3  ATTORNEYS' EYES ONLY" information.
4      7. Attached as Exhibit 6 is a true and correct copy of an email chain involving, *inter*
5  *alia*, Jayshree Ullal, Anshu Sadana, Mark Foss, Andreas Bechtolsheim, and Adam Sweeney, dated
6  July 17-21, 2009. Exhibit 6 bears Bates numbers ANI-ITC-944_945-3453648-50. That document
7  was designated by Arista in U.S.I.T.C. Inv. Nos. 337-TA-944 and 337-TA-945 as containing
8  "CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER."
9  Pursuant to the Protective Order (Dkt. 53 at 6), this document is deemed to have been designated
10  by Arista in this case as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"
11  information.
12      8. Attached as Exhibit 7 is a true and correct copy of a blog posting by Arista CTO
13  Kenneth Duda entitled "Linux as a Switch Operating System: Five Lessons Learned," dated
14  November 5, 2013 and available at https://eos.arista.com/linux-as-a-switch-operating-system-five-
15  lessons-learned/. This article was produced by Cisco in this case and bears Bates number CSI-
16  ANI-00216956.
17      9. Attached as Exhibit 8 is a true and correct copy of the transcript of Arista's
18  presentation at the Barclays Global Tech Conference on December 9, 2014. This document was
19  produced by Cisco in this case and bears Bates numbers CSI-CLI-00357842 – CSI-CLI-00357855.
20      10. Attached as Exhibit 9 is a true and correct copy of excerpts from Arista's Second
21  Supplemental Responses to Cisco's First Set of Interrogatories, served September 18, 2015. This
22  document has been designated by Arista as containing "CONFIDENTIAL INFORMATION,"
23  although the portions contained herein were not so designated.
24      11. Arista served Interrogatory No. 2 on April 10, 2015, which asks Cisco to
25  "[i]dentify with specificity every similarity that Cisco contends is a basis for its claim of copyright
26  infringement, including the source material in Cisco's copyrighted work(s) that Cisco contends is
27  the source of the similarity; the material in the allegedly infringing work(s) that Cisco contends
28  reflects the similarity, and why Cisco contends that the source material is protected by copyright."

Cisco served objections and responses to this interrogatory on May 14, August 7, and September 1.  Combined, Cisco's responses provide eight pages of narrative explanation and citations to supporting documents, as well as 354 pages of supporting charts containing more specific details.

12. On March 26, 2015, Cisco served its Interrogatory No. 9, which asks Arista to "[d]escribe in detail the development history for every version of the Accused Products, including the identity of all Persons involved in the creation, development, or maintenance of the Accused Products."

13. Cisco's response to Arista's Interrogatory No. 5 identified certain documents by Bates number.  *See* Dkt. 67 at Exhibit F, p. 15 (identifying documents at CSI-CLI-00358160 – CSI-CLI-00359262).  These documents include documents describing the earliest versions of the software that eventually became known as IOS, as well as several versions of a confidential Cisco document called the "Parser Police Manifesto" that describes design principles for Cisco's IOS CLI.

14. Attached as Exhibit 10 is a true and correct copy of excerpts from a document entitled "Cisco IOS IPv6 Command Reference," which was produced by Cisco in this case and bears Bates numbers CSI-CLI-00292982-4561.

15. Attached as Exhibit 11 is a true and correct copy of a letter from Katherine M. Lloyd-Lovett of Keker & Van Nest, counsel for Arista, to me, dated September 3, 2015.

16. I participated in a telephone conference with counsel for Arista on September 15, 2015.  During this conference, Cisco offered to explain the burdensome nature of Arista's Interrogatory No. 16, on which the parties had not yet conferred.  Arista's counsel indicated that Arista was "not interested" in discussing the burdens of its interrogatories.  Arista also stated that unless Cisco agreed to provide every piece of information requested by Arista's interrogatory by September 18, Arista was going to move to compel on an expedited schedule.  Cisco stated that it would explain the scope of its proposed supplementation by the end of that week.  Arista filed its motion to compel on Thursday of that week, before Cisco could send its proposal.

17. Attached as Exhibit 12 is a true and correct copy of a letter from me to Katherine M. Lloyd-Lovett of Keker & Van Nest, counsel for Arista, dated September 21, 2015.

18. Attached as Exhibit 13 is a true and correct copy of a letter from Elizabeth K. McCloskey of Keker & Van Nest, counsel for Arista, to me, dated September 22, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 28, 2015.

*/s/ Matthew D. Cannon*
Matthew D. Cannon (Bar No. 252666)

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Matthew D. Cannon (Bar No. 252666).

        */s/ John M. Neukom*
        John M. Neukom (Bar No. 275887)