# EXHIBIT 2

090915NetworkOpen.txt

1

1       UNITED STATES OF AMERICA
2            BEFORE THE
3       INTERNATIONAL TRADE COMMISSION
4
5  - - - - - - - - - - - - - - - - - x
6  IN THE MATTER OF:              :  Investigation Number
7  CERTAIN NETWORK DEVICES, RELATED :  337-TA-944
8  SOFTWARE AND COMPONENTS THEREOF (I) :
9  - - - - - - - - - - - - - - - - - x
10
11         HEARING, VOLUME 1
12
13            Wednesday, September 9, 2015
14            Courtroom A
15            U.S. International Trade
16             Commission
17            500 E Street SW
18            Washington, DC
19
20
21 The hearing commenced, pursuant to notice of the Judge, at
22 10:23 a.m., before the Honorable David P. Shaw,
23 Administrative Law Judge for the United States
24 International Trade Commission.
25

Ace-Federal Reporters, Inc.
202-347-3700

Page 1

090915NetworkOpen.txt

12  that hit the market in 2010.  All the way over on the
13  right, your Honor, was Arista's successful IPO in June of
14  2014.  Six months after the IPO, your Honor, is when the
15  lawsuits were filed.
16          And your Honor, we have an example of what a
17  fixed switch looks like.  What I have in my hand is such a
18  fixed switch.  And this particular switch, your Honor, has
19  32 input/output ports, and each port has 40 gigabytes per
20  second of transmission capability.  And this switch I'm
21  holding in my hand can process 1.4 billion packets per
22  second.  You will be hearing more about this at the trial.
23  We will also show your Honor an example of a modular
24  switch.
25          Of course, these switches, your Honor, are based

Ace-Federal Reporters, Inc.

202-347-3700

54

1   on EOS, and they're driven by EOS.  Your Honor, here's just
2   a sampling of the awards that Arista has received and the
3   recognition in the industry based on its EOS.  I guess
4   Arista is most proud of the fact that it twice won the
5   grand prize at the Interop conference.  That was in 2010
6   for modular switch on EOS.  And also, your Honor, in 2013
7   for a modular switch based on EOS.  The Interop conference
8   is a premier conference in the networking industry, and
9   very few companies have won that award, the grand prize,
10  twice.  In fact, we're aware of one other instance and it's
11  not Cisco.
12          Your Honor, Cisco, in fact, had an obsession

090915NetworkOpen.txt

13  with Arista. Starting back in 2008, Cisco was focused on
14  Arista. Just when their first product came out, little old
15  Arista, small start-up company, Cisco was watching them
16  closely. And you saw, your Honor, as we said, a lot of
17  snippets out of documents that really are wholly taken out
18  of context.
19         I can tell you this, your Honor, there is no
20  feature in this case, there's none, and they have no
21  evidence that it was copied from the intellectual property,
22  their patents. That just simply did not happen.
23         In the one instance, your Honor, that we're
24  talking about CLI, which is command line interface, yes,
25  Arista emulates Cisco's command line interface, and as a

Ace-Federal Reporters, Inc.

202-347-3700

55

1  market dominant player in the industry, it had a right to
2  do that.
3         And that very issue, your Honor, is at issue in
4  the District Court case. And they're going to try and come
5  in here and say we're just copying everything. That is
6  just not true. There is a legal issue involved in the
7  copyright case regarding CLI that has nothing to do with
8  the issues in this case. It is a sideshow, your Honor.
9  That's exactly what it is.
10         There's also a reference to DNA and how all
11  these employees left Cisco and went to Arista. The fact
12  is, your Honor, Cisco has 70,000 employees. There are
13  Cisco employees all over the networking industry, and there

```
                  090915NetworkOpen.txt
14   are some at Arista, certainly.
15           But you know what, your Honor?  When Cisco
16   wanted to go into software-driven switches, guess where
17   they went to get their employees?  Arista.  They targeted
18   Arista employees who they took from Arista and employed at
19   Cisco, back at Cisco.  That's what the evidence will show.
20           Now, just as the industry has recognized
21   Arista's innovations, Cisco was threatened by Arista.  Your
22   Honor, at the highest levels of the company, Arista was
23   being targeted.  You see here a reference to Insieme, the
24   Arista killer.  The next slide represents some of the
25   documentation, your Honor, that shows the focus on Arista
```

Ace-Federal Reporters, Inc.

202-347-3700

56

```
 1   and what their plans were for Arista, again and again and
 2   again targeting Arista.
 3           Your Honor, with respect to the patent issues,
 4   when they starred this case, they asserted six patents and
 5   81 claims.  As your Honor referenced earlier, they dropped
 6   one of the patents.  When the case started, your Honor,
 7   this patent was all about a technology called ISSU,
 8   in-service software upgrade, and they're out there telling
 9   the industry that Arista infringes that patent, Arista
10   copied that technology.
11           Well, a little later in the case, your Honor,
12   they switched their theory to something called SSO, stable
13   switch overtechnology.  That was infringement.  They took
14   all sorts of discovery.  Well, that didn't work out so
```

```
                    090915NetworkOpen.txt
                              Components Thereof (I)
     INVESTIGATION NO:  337-TA-944
     HEARING DATE:  09-09-15
     LOCATION:  Washington, D.C.
     NATURE OF HEARING:  Hearing

         I hereby certify that the foregoing/attached
         transcript is a true, correct and complete record
         of the above-referenced proceeding(s) of the U.S.
         International Trade Commission.
     DATE:    09-09-2015

     SIGNED:  Mark A. Jagan
         Signature of the Contractor or the
         Authorized Contractor's Representative

         I hereby certify that I am not the Court Reporter
         and that I have proofread the above-referenced
         transcript of the proceedings of the U.S.
         International Trade Commission, against the
         aforementioned Court Reporter's notes and
         recordings, for accuracy in transcription in the
         spelling, hyphenation, punctuation and speaker
         identification and did not make any changes
         of a substantive nature.  The
         foregoing/attached transcript is a true,
         correct and complete transcription of the
         proceedings.
     SIGNED:  Christopher C. Weiskircher
             Signature of Proofreader

         I hereby certify that I reported the
         above-referenced proceedings of the U.S.
         International Trade Commission and caused
         to be prepared from my tapes and notes of
         the proceedings a true, correct and
         complete verbatim recording of the
         proceedings.
     SIGNED:  Sara A. Wick
             Signature of Court Reporter




                         Ace-Federal Reporters, Inc.
                                202-347-3700




                               Page 158
```