# EXHIBIT 7



CSI-CLI-00216956