| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | Steven Cherny *(admitted pro hac vice)* |
| kathleensullivan@quinnemanuel.com | steven.cherny@kirkland.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KIRKLAND & ELLIS LLP |
| 51 Madison Avenue, 22nd Floor | 601 Lexington Avenue |
| New York, NY 10010 | New York, New York 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 446-4800 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 446-4900 |
| | |
| Sean S. Pak (SBN 219032) | Adam R. Alper (SBN 196834) |
| seanpak@quinnemanuel.com | adam.alper@kirkland.com |
| John M. Neukom (SBN 275887) | KIRKLAND & ELLIS LLP |
| johnneukom@quinnemanuel.com. | 555 California Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | San Francisco, California 94104 |
| 50 California Street, 22nd Floor | Telephone: (415) 439-1400 |
| San Francisco, CA 94111 | Facsimile: (415) 439-1500 |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| Mark Tung (SBN 245782) | KIRKLAND & ELLIS LLP |
| marktung@quinnemanuel.com | 333 South Hope Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Los Angeles, California 90071 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: (213) 680-8400 |
| Redwood Shores, CA 94065 | Facsimile: (213) 680-8500 |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | **DEMAND FOR JURY TRIAL** |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

I, Matthew D. Cannon, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I am over the age of eighteen and not a party to this action.

2. On September 28, 2015, I caused the following documents to be served on counsel for interested parties via electronic mail to the addresses listed below: (1) an unredacted version of Cisco's Opposition to Arista's Motion to Compel; (2) an unredacted version of Exhibit 4 to the Cannon Declaration in Support of Cisco's Opposition to Arista's Motion to Compel; (3) an unredacted version of Exhibit 5 to the Cannon Declaration in Support of Cisco's Opposition to Arista's Motion to Compel; (4) an unredacted version of Exhibit 6 to the Cannon Declaration in Support of Cisco's Opposition to Arista's Motion to Compel; and (5) a copy of the Declaration of Matthew D. Cannon in Support of Cisco's Administrative Motion to File Under Seal Confidential Information in Cisco's Opposition to Arista's Motion to Compel Interrogatory Responses.

1  3. The documents were transmitted by electronic transmission in PDF format and
2  such transmission was reported as complete and without error.

| | |
|---|---|
| Juanita R. Brooks | ARISTA-KVN@kvn.com |
| brooks@fr.com | Brian L. Ferrall |
| Fish & Richardson P.C. | blf@kvn.com |
| 12390 El Camino Real | Michael S. Kwun |
| San Diego, CA 92130-2081 | mkwun@kvn.com |
| | David J. Silbert |
| Kelly C. Hunsaker | djs@kvn.com |
| hunsaker@fr.com | Robert Van Nest |
| Fish & Richardson PC | rvannest@kvn.com |
| 500 Arguello Street, Suite 500 | Keker & Van Nest LLP |
| Redwood City, CA 94063 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| Ruffin B. Cordell | |
| cordell@fr.com | |
| Lauren A. Degnan | |
| degnan@fr.com | |
| Michael J. McKeon | |
| mckeon@fr.com | |
| Fish & Richardson PC | |
| 1425 K Street NW | |
| 11th Floor | |
| Washington, DC 20005 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on September 28, 2015.

                                        */s/ Matthew D. Cannon*
                                        Matthew D. Cannon (Bar No. 252666)

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Matthew D. Cannon (Bar No. 252666).

                                        */s/ John M. Neukom*
                                        John M. Neukom (Bar No. 275887)