KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | Judge:    Hon. Beth Labson Freeman |
| ARISTA NETWORKS, INC., | Date Filed: December 5, 2014 |
| Defendant. | Trial Date: August 1, 2016 |

1 | PLEASE TAKE NOTICE that Katherine M. Lloyd-Lovett has withdrawn her appearance as counsel for Defendant Arista Networks, Inc. Robert A. Van Nest, Brian L. Ferrall, David Silbert, Ajay Krishnan, Michael S. Kwun, Ryan Wong, Elizabeth K. McCloskey, David J. Rosen, and Eduardo E. Santacana remain counsel of record from Keker & Van Nest for Defendant Arista Networks, Inc.

Dated: October 8, 2015

KEKER & VAN NEST LLP

By: */s/ Brian L. Ferrall*
ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID SILBERT
MICHAEL S. KWUN

Attorneys for Defendant ARISTA NETWORKS, INC.