Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF KENNETH SUH IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, Kenneth K. Suh, hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. I submit this declaration in support of the Cisco's Opening Claim Construction Brief. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,047,526.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,953,886.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 7,953,886.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,778,223.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Webster's Third New International Dictionary (2002).

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Dictionary of Computer Science, Engineering, and Technology (2001).

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Webster's Third New International Dictionary (2002), other portions of which is being concurrently filed as Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2015, in San Francisco, California.

By  /s Kenneth K. Suh
      Kenneth K. Suh

**ATTESTATION**

I, Sean S. Pak, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that Kenneth K. Suh has concurred in this filing.

DATED: November 2, 2015

/s Sean S. Pak
Sean S. Pak

3
DECLARATION OF KENNETH SUH IN SUPPORT OF CISCO'S OPENING CLAIM CONSTRUCTION BRIEF
Case No.3:14-cv-05344-BLF