# EXHIBIT 3



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/178,136 | 07/08/2005 | Anil Bansal | 2705-0772 | 9434 |

73552          7590          05/05/2008
Stolowitz Ford Cowger LLP
621 SW Morrison St
Suite 600
Portland, OR 97205

| EXAMINER |
|---|
| AVELLINO, JOSEPH E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2146 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/05/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

CSI-CLI-00024539

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | 11/178,136 | BANSAL ET AL. | |
| | **Examiner** | **Art Unit** | |
| | Joseph E. Avellino | 2146 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>08 July 2005</u>.

2a)☐ This action is **FINAL**.      2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-21</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-21</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>08 July 2005</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

        1.☐ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____.

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>1/19/07</u>

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

CSI-CLI-00024540

Application/Control Number: 11/178,136                                    Page 2
Art Unit: 2146

## DETAILED ACTION

1.      Claims 1-21 are presented for examination; claims 1, 8, and 15 independent.


### *Information Disclosure Statement*

2.      The IDS dated January 19, 2007 has been considered.  See enclosed PTO-

1449.


### *Specification*

3.      The specification is objected to as failing to provide proper antecedent basis for

the claimed subject matter.  See 37 CFR 1.75(d)(1) and MPEP § 608.01(o).  Correction

of the following is required: The specification fails to provide proper support for the term

"computer-usable medium".  Correction is required.


### *Double Patenting*

4.      The nonstatutory double patenting rejection is based on a judicially created
doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the
unjustified or improper timewise extension of the "right to exclude" granted by a patent
and to prevent possible harassment by multiple assignees.   A nonstatutory
obviousness-type double patenting rejection is appropriate where the conflicting claims
are not identical, but at least one examined application claim is not patentably distinct
from the reference claim(s) because the examined application claim is either anticipated
by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140
F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29
USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.
1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422
F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163
USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)
may be used to overcome an actual or provisional rejection based on a nonstatutory
double patenting ground provided the conflicting application or patent either is shown to

CSI-CLI-00024541

Application/Control Number: 11/178,136                                    Page 3
Art Unit: 2146

be commonly owned with this application, or claims an invention made as a result of
activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a
terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with
37 CFR 3.73(b).

Claims 1-27 of Application no. 11\192,951 contains every element of claims 1-21
of the instant application and as such anticipates claims 1-21 of the instant application.

5.    "A later patent claim is not patentably distinct from an earlier patent claim if the
later claim is obvious over, or **anticipated by**, the earlier claim.  In re Longi, 759 F.2d at
896, 225 USPQ at 651 (affirming a holding of obviousness-type double patenting
because the claims at issue were obvious over claims in four prior art patents); In re
Berg, 140 F.3d at 1437, 46 USPQ2d at 1233 (Fed. Cir. 1998) (affirming a holding of
obviousness-type double patenting where a patent application claim to a genus is
anticipated by a patent claim to a species within that genus)." ELI LILLY AND
COMPANY v BARR LABORATORIES, INC., United States Court of Appeals for the
Federal Court, ON PETITION FOR REHEARING EN BANC (DECIDED: May 30, 2001).

### *Claim Rejections - 35 USC § 103*

6.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all
obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Application/Control Number: 11/178,136                                    Page 4
Art Unit: 2146

Claims 1-5, 8-12, and 15-19 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Shafer (USPN 7,054,901) in view of Ramamoorthy et al. (US

2005/0091068) (hereinafter Ramamoorthy).


7.      Referring to claim 1, Shafer discloses a method of receiving and translating data

using a parser subsystem of a routing system, said method comprising:

receiving input at said parser subsystem (i.e. network router management

interface 35) (Figure 3; col. 6, lines 11-31);

traversing said input (i.e. parsing and mapping tags) (col. 6, lines 46-60);

where said input originates outside the router translating the input into translated

input (i.e. serves requests from clients 46, 48, 50 by parsing the tags and mapping the

tags to modules) (col. 6, lines 46-60); and

where said input originates inside said router, translating the input into translated

input comprising a corresponding prescribed output format (i.e. management module 32

receives encoded output, it can include additional XML tags to further encode the data)

(col. 6, line 61 to col. 7, line 13).

Shafer does not explicitly disclose an IOS CLI parser subsystem which translates

the input into input comprising a corresponding CLI statement.  In analogous art,

Ramamoorthy discloses another command translation unit which translates incoming

XML command requests into input corresponding IOS CLI statements (¶ 26-29).  It

would have been obvious to one of ordinary skill in the art to combine the XML to CLI

conversion schemas described in Ramamoorthy into the management module

CSI-CLI-00024543

Application/Control Number: 11/178,136                                     Page 5
Art Unit: 2146

described in Shafer in order to allow clients implementing the web browser XML API to

communicate with the router's modules which implement IOS CLI.


8.      Referring to claim 2, Shafer-Ramamoorthy discloses the input comprises XML

data (Shafer:Figure 3).


9.      Referring to claim 3, Shafer-Ramamoorthy discloses the XML data input recieved

comprises data formatted in accordance with an XML schema of CLI rules and

behaviors enforced by the IOS CLI parser subsystem (i.e. XSL file extracts file for use in

translating the XML file into IOS CLI commands) (Ramamoorthy: ¶ 27-28).


10.     Referring to claim 4, Shafer-Ramamoorthy discloses parsing said input to identify

an XML command attribute, traversing the input to identify any keywords and any

parameters associated with the XML command attribute, translating the XML command

attribute into an associated CLI command, and translating the command into an

associated CLI command and translating the keywords and parameters into associated

attributes of said CLI command (i.e. using the XSL file to extract CLI commands and

parameters from the XML file and translating them into actual CLI commands

(Ramamoorthy: ¶ 27-28).


11.     Referring to claim 5, Shafer-Ramamoorthy discloses the output format comprises

XML data (Shafer: Figure 1).

CSI-CLI-00024544

Application/Control Number: 11/178,136                                    Page 6
Art Unit: 2146

12.    Claims 8-12, and 15-19 are rejected for similar reasons as stated above.

       Claims 6, 7, 13, 14, 20, and 21 are rejected under 35 U.S.C. 103(a) as being
unpatentable over Shafer-Ramamoorthy in view of Little et al. (US 2003/0048287)
(hereinafter Little).

13.    Referring to claims 6 and 7, Shafer-Ramamoorthy discloses the invention as
described in claim 5.  Shafer-Ramamoorthy discloses conversion of data originating
from within the router to XML data, however does not explicitly disclose the conversion
of CLI data to XML data, rather XML data into CLI data (see rejections above).  In
analogous art, Little discloses a system which converts XML data using CSI rules and
recieving a CLI data input as input, parsing CLI data input to identify each token of said
CLI data input, accessing a stored mapping of CLI to XML values, and translating each
token of CLI data into a corresponding XML value (i.e. CLI commands 200, 205 are
converted into XML document 210 by traversing the command and obtaining arguments
utilizing the tags shown in Figure 1) (Figures 2 and 3; ¶ 57-65).  It would have been
obvious to one of ordinary skill in the art to combine the CLI to XML converstion of Little
within the management module server of Shafer-Ramamoorthy in order to permit any
modules described in the system of Shafer to interact with the web browser interfaces
utilizing XML to communicate.

Application/Control Number: 11/178,136                                    Page 7
Art Unit: 2146

14.     Claims 13, 14, 20, and 21 are rejected for similar reasons as stated above.


## *Conclusion*

15.     The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.


        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Joseph E. Avellino whose telephone number is (571)

272-3905.  The examiner can normally be reached on Monday-Friday 7:00-4:00.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jeffrey C. Pwu can be reached on (571)272-6798.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Application/Control Number: 11/178,136                                        Page 8
Art Unit: 2146

/Joseph E. Avellino/
Primary Examiner, Art Unit 2146

CSI-CLI-00024547

PATENT APPLICATION
Docket No. 2705-0772

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:   Anil Bansal

Serial No.              11/178,136

Confirmation No.        9434

Filed:                  July 8, 2005

Examiner:               Joseph E. Avellino

Group Art Unit:         2146

For:                    METHOD AND SYSTEM OF RECEIVING AND
                        TRANSLATING CLI COMMAND DATA
                        WITHIN A ROUTING SYSTEM

Date:                   September 5, 2008

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

AMENDMENT

Responsive to the office action dated May 5, 2008, please amend the application as follows.

**Specification** amendments begin on page 2.

**Claim** amendments begin on page 3.

**Remarks** begin on page 8.

CSI-CLI-00024561

**SPECIFICATION**

Please replace the paragraph beginning on page 4, line 20 with the following paragraph:

Some portions of the detailed descriptions, which follow, are presented in terms of procedures, steps, logic blocks, processing, and other symbolic representations of operations on data bits that can be performed on computer memory, such as a computer-usable medium. These descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. A procedure, computer-executed step, logic block, process, etc., is here, and generally, conceived to be a self-consistent sequence of steps or instructions leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated in a computer system. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

CSI-CLI-00024560

## CLAIMS

1.    (Currently Amended) A method ~~of receiving and translating data using an internetwork operating system (IOS) command line interface (CLI) parser subsystem of a routing system, said method~~ comprising:

receiving ~~an~~ input command requesting an operation be performed by a routing system, wherein the input command is configured in an extensible markup language (XML) format having a ~~at said IOS~~ command line interface (CLI) syntax ~~parser subsystem~~;

~~traversing said input;~~

~~where said input originates outside said router,~~ translating ~~said~~ the input command from the XML format having a CLI syntax into ~~translated input comprising~~ a ~~corresponding~~ CLI command ~~statement~~; and

performing the operation responsive to the CLI command.

~~where said input originates inside said router, translating said input into translated input comprising a corresponding prescribed output format; and~~

~~outputting said translated input.~~

2.    (Canceled)

3.    (Currently Amended) The method of Claim 1 [[2]], wherein ~~said~~ the input command is ~~XML data input received comprises data~~ formatted in accordance with an XML schema of CLI rules and behaviors enforced by ~~said~~ an internetwork operating system (IOS) command line interface (CLI) parser subsystem.

4.    (Currently Amended) The method of Claim 3, ~~wherein said input originates outside said router, and~~ wherein ~~said~~ the translation of ~~said~~ the input command from XML format having a CLI syntax into a ~~corresponding~~ CLI ~~statement~~ command comprises:

parsing ~~said~~ the input command to identify an XML command attribute;

traversing ~~said~~ the input after ~~said~~ the XML command attribute to identify any keywords and any parameters associated with ~~said~~ the XML command attribute ~~Command Attribute~~;

translating ~~said~~ the XML command attribute into ~~an associated~~ the CLI command; and

CSI-CLI-00024565

translating ~~said~~ the keywords and any parameters into associated attributes of ~~said~~ the CLI command.

5.    (Currently Amended) The method of Claim 1, <u>further comprises:</u>

<u>generating an output message in a CLI format responsive to the performance of the</u> <u>operation;</u>

<u>translating the output message from the CLI format into the XML format having the CLI</u> <u>syntax; and</u>

<u>transmitting the output message in the XML format having the CLI syntax to a remote</u> <u>device external from the routing system</u> ~~wherein said corresponding prescribed output format~~ ~~comprises XML data.~~

6.    (Currently Amended) The method of Claim 5, wherein <u>the output message in the</u> <u>XML format having the CLI syntax includes</u> ~~said XML data comprises~~ data formatted in accordance with an XML data model of CLI rules and behaviors enforced by ~~said~~ <u>an</u> <u>internetwork operating system (IOS) command line interface (CLI)</u> parser subsystem.

7.    (Currently Amended) The method of Claim 6, ~~wherein said input originates inside~~ ~~said router, and~~ wherein ~~said~~ <u>the</u> translation of <u>the output message from the CLI format into the</u> <u>XML format having the CLI syntax</u> ~~said XML data output~~ comprises:

~~receiving a CLI data input as said input;~~

parsing ~~said~~ <u>the</u> ~~CLI data input~~ <u>output message</u> to identify ~~each~~ <u>at least one</u> CLI token ~~of~~ ~~said CLI data input;~~

accessing a stored mapping of CLI <u>tokens-to-</u>XML values; ~~and~~

translating each <u>CLI</u> token of ~~said~~ <u>the</u> ~~CLI data input~~ <u>output message</u> into a corresponding XML value, in accordance with said stored mapping<u>; and</u>

<u>generating the output message in the XML format having the CLI syntax with the XML</u> <u>values.</u>

8.    (Currently Amended) A computer-usable medium having computer-readable program code embedded therein for causing a computer system to ~~execute a method of receiving~~

CSI-CLI-00024566

~~and translating data using an internetwork operating system (IOS) command line interface (CLI)~~ ~~parser subsystem of a router, said method comprising~~:

receive ~~receiving~~ an input command requesting an operation be performed by a routing system, wherein the input command is configured in an extensible markup language (XML) format having a ~~at said IOS~~ command line interface (CLI) syntax ~~parser subsystem~~;

~~traversing said input;~~

~~where said input originates outside said router, translating said~~ translate the input command from the XML format having a CLI syntax into ~~translated input comprising~~ a ~~corresponding~~ CLI command ~~statement~~; and

perform the operation responsive to the CLI command.

~~where said input originates inside said router, translating said input into translated input comprising a corresponding prescribed output format; and~~

~~outputting said translated input.~~


9.    (Canceled)


10.    (Currently Amended) The computer-usable medium of Claim 8 [[9]], wherein ~~said~~ the input command is ~~XML data input received comprises data~~ formatted in accordance with an XML schema of CLI rules and behaviors enforced by ~~said~~ an internetwork operating system (IOS) command line interface (CLI) parser subsystem.


11.    (Currently Amended) The computer-usable medium of Claim 10, ~~wherein said~~ ~~input originates outside said router, and~~ wherein ~~said~~ the translation of ~~said~~ the input command from XML format having a CLI syntax into a ~~corresponding~~ CLI ~~statement~~ command comprises:

parsing ~~said~~ the input command to identify an XML command attribute;

traversing ~~said~~ the input after ~~said~~ the XML command attribute to identify any keywords and any parameters associated with ~~said~~ the XML command attribute ~~Command Attribute~~;

translating ~~said~~ the XML command attribute into ~~an associated~~ the CLI command; and

translating ~~said~~ the keywords and any parameters into associated attributes of ~~said~~ the CLI command.

CSI-CLI-00024567

12.    (Currently Amended) The computer-usable medium of Claim 8, <u>further</u>
<u>comprises:</u>

<u>generating an output message in a CLI format responsive to the performance of the</u>
<u>operation;</u>

<u>translating the output message from the CLI format into the XML format having the CLI</u>
<u>syntax; and</u>

<u>transmitting the output message in the XML format having the CLI syntax to a remote</u>
<u>device external from the routing system</u> ~~wherein said corresponding prescribed output format~~
~~comprises XML data.~~

13.    (Currently Amended) The computer-usable medium of Claim 12, wherein <u>the</u>
<u>output message in the XML format having the CLI syntax includes</u> ~~said XML data comprises~~
data formatted in accordance with an XML data model of CLI rules and behaviors enforced by
~~said~~ <u>an</u> <u>internetwork operating system (IOS) command line interface (CLI)</u> parser subsystem.

14.    (Currently Amended) The computer-usable medium of Claim 13, ~~wherein said~~
~~input originates inside said router, and~~ wherein ~~said~~ <u>the</u> translation of <u>the output message from</u>
<u>the CLI format into the XML format having the CLI syntax</u> ~~said XML data output~~ comprises:

~~receiving a CLI data input as said input;~~

parsing ~~said~~ <u>the</u> ~~CLI data input~~ <u>output message</u> to identify ~~each~~ <u>at least one</u> CLI token ~~of~~
~~said CLI data input~~;

accessing a stored mapping of CLI <u>tokens-</u>to<u>-</u>XML values; ~~and~~

translating each <u>CLI</u> token of ~~said~~ <u>the</u> ~~CLI data input~~ <u>output message</u> into a
corresponding XML value, in accordance with said stored mapping<u>; and</u>

<u>generating the output message in the XML format having the CLI syntax with the XML</u>
<u>values.</u>

15.    (Currently Amended) A system ~~for causing a computer system to receive and~~
~~translate data using an internetwork operating system (IOS) command line interface (CLI) parser~~
~~subsystem of a router, said system~~ comprising:

CSI-CLI-00024568

means for receiving <u>an</u> input <u>command requesting an operation be performed by a routing</u> <u>system, wherein the input command is configured in an extensible markup language (XML)</u> <u>format having a</u> ~~at said IOS~~ command line interface (CLI) <u>syntax</u> ~~parser subsystem~~;

~~means for traversing said input;~~

~~where said input originates outside said router,~~ means for translating ~~said~~ <u>the</u> input <u>command from the XML format having a CLI syntax</u> into ~~translated input comprising~~ a ~~corresponding~~ CLI <u>command</u> ~~statement~~; <u>and</u>

<u>means for performing the operation responsive to the CLI command.</u>

~~where said input originates inside said router, means for translating said input into~~ ~~translated input comprising a corresponding prescribed output format; and~~

~~means for outputting said translated input.~~

16.    (Canceled)

17.    (Currently Amended) The system of Claim <u>15</u> [[16]], wherein ~~said~~ <u>the</u> input command is ~~XML data input received comprises data~~ formatted in accordance with an XML schema of CLI rules and behaviors enforced by ~~said~~ <u>an</u> <u>internetwork operating system (</u>IOS<u>)</u> <u>command line interface (CLI)</u> parser subsystem.

18.    (Currently Amended) The system of Claim 17, ~~wherein said input originates~~ ~~outside said router, and~~ wherein ~~said~~ <u>the</u> means for translating ~~of said~~ <u>the</u> input <u>command from</u> <u>XML format having a CLI syntax</u> into a ~~corresponding~~ CLI ~~statement~~ <u>command</u> comprises:

means for parsing ~~said~~ <u>the</u> input <u>command</u> to identify an XML command attribute;

means for traversing ~~said~~ <u>the</u> input after ~~said~~ <u>the</u> XML command attribute to identify any keywords and any parameters associated with ~~said~~ <u>the</u> XML <u>command attribute</u> ~~Command~~ ~~Attribute~~;

means for translating ~~said~~ <u>the</u> XML command attribute into ~~an associated~~ <u>the</u> CLI command; and

means for translating ~~said~~ <u>the</u> keywords and any parameters into associated attributes of ~~said~~ <u>the</u> CLI command.

CSI-CLI-00024569

19.    (Currently Amended) The system of Claim 15, <u>further comprises:</u>

<u>means for generating an output message in a CLI format responsive to the performance of the operation;</u>

<u>means for translating the output message from the CLI format into the XML format having the CLI syntax; and</u>

<u>means for transmitting the output message in the XML format having the CLI syntax to a remote device external from the routing system</u> ~~wherein said corresponding prescribed output format comprises XML data~~.

20.    (Currently Amended) The system of Claim 19, wherein <u>the output message in the XML format having the CLI syntax includes</u> ~~said XML data comprises~~ data formatted in accordance with an XML data model of CLI rules and behaviors enforced by ~~said~~ <u>an internetwork operating system (IOS) command line interface (CLI)</u> parser subsystem.

21.    (Currently Amended) The system of Claim 20, ~~wherein said input originates inside said router, and~~ wherein ~~said~~ <u>the</u> means for translating ~~of~~ <u>the output message from the CLI format into the XML format having the CLI syntax</u> ~~said XML data output~~ comprises:

~~receiving a CLI data input as said input;~~

<u>means for</u> parsing ~~said~~ <u>the</u> ~~CLI data input~~ <u>output message</u> to identify ~~each~~ <u>at least one</u> CLI token ~~of said CLI data input~~;

<u>means for</u> accessing a stored mapping of CLI <u>tokens-to-</u>XML values; ~~and~~

<u>means for</u> translating each <u>CLI</u> token of ~~said~~ <u>the</u> ~~CLI data input~~ <u>output message</u> into a corresponding XML value, in accordance with said stored <u>mapping</u> ~~maping~~; <u>and</u>

<u>means for generating the output message in the XML format having the CLI syntax with the XML values.</u>

CSI-CLI-00024570

## REMARKS

The application includes claims 1-21 prior to entering this amendment. The Examiner objected to the specification for failing to provide proper antecedent basis for the claimed subject matter. The Examiner provisionally rejected claims 1-21 under non-statutory obvious-type double patenting in view of claims 1-27 of U.S. Patent Application No. 11/192,951. The Examiner rejected claims 1-5, 8-12, and 15-19 under 35 U.S.C. § 103(a) over Shafer (U.S. Patent 7,054,901) and Ramamoorthy (U.S. Patent Application Publication No. 2005/0091068). The Examiner rejected claims 6, 7, 13, 14, 20, and 21 under 35 U.S.C. § 103(a) over Shafer, Ramamoorthy and Little (U.S. Patent Application Publication No. 2003/0048287).

Applicants amend claims 1, 3-8, 10-15, and 17-21, and cancel claims 2, 9, and 16. Claims 1-21 remain in the application after entering this amendment. Applicants add no new matter and request reconsideration.

### Specification Objections

The Examiner objected to the specification for failing to provide proper antecedent basis for the claimed subject matter. Applicants have amended the Specification, which obviates the Examiner's objection.

### Double Patenting

The Examiner provisionally rejected claims 1-21 under non-statutory obvious-type double patenting in view of claims 1-27 of U.S. Patent Application No. 11/192,951. Applicants respectfully delay the filing of any Terminal Disclaimer until the claims in the instant application and U.S. Patent Application No. 11/192,951 are allowed, but will file any such Terminal Disclaimer, as appropriate, when the claims of the instant application are indicated as being allowable.

### Claim Rejections - 35 U.S.C. § 103

The Examiner rejected claims 1-5, 8-12, and 15-19 under 35 U.S.C. § 103(a) over Shafer and Ramamoorthy. The Examiner rejected claims 6, 7, 13, 14, 20, and 21 under 35 U.S.C. § 103(a) over Shafer, Ramamoorthy, and Little. Applicants respectfully traverse the Examiner's rejections.

CSI-CLI-00024557

Claim 1 recites *receiving an input command requesting an operation be performed by a routing system, wherein the input command is configured in an extensible markup language (XML) format having a command line interface (CLI) syntax*, and *translating the input command from the XML format having a CLI syntax into a CLI command*. Claims 8 and 15 recite similar claim features.

The Examiner alleges Ramamoorthy's non-vendor-specific XML file discloses the recited input command. This non-vendor-specific XML file, however, is not in a command line interface (CLI) syntax as the claim requires. See, Ramamoorthy, paragraphs [0019]-[0021] and [0025], where Ramamoorthy's non-vendor-specific XML file is written generically so that it can be translated into API or ACL. In other words, Ramamoorthy teaches away from receiving and translating commands that are both in an XML format <u>and have a CLI syntax</u>, as Ramamoorthy discloses its non-vendor-specific XML file not having a vendor specific syntax, such as CLI. Nothing in Shafer cures this deficiency, as Shafer does not teach or suggest receiving or translating an input command configured in an XML format with a CLI syntax as the claim requires. ~~Since~~ Thus, claims 1, 8, and 15 are allowable over the combination of Safer and Ramamoorthy.

Claim 5 recites *generating an output message in a CLI format responsive to the performance of the operation, translating the output message from the CLI format into the XML format having the CLI syntax*, and *transmitting the output message in the XML format having the CLI syntax to a remote device external from the routing system*. Claims 12 and 19 recite similar claim features.

Claim 7 recites *wherein the translation of the output message from the CLI format into the XML format having the CLI syntax comprises:*

*parsing the output message to identify at least one CLI token;*

*accessing a stored mapping of CLI tokens-to-XML values; and*

*translating each CLI token of the output message into a corresponding XML value, in accordance with said stored mapping; and*

*generating the output message in the XML format having the CLI syntax with the XML values.* Claims 14 and 21 recite similar claim features.

Applicants agree with the Examiner that Shafer and Ramamoorthy do not teach or suggest translating any message from a CLI format, much less into an XML format having a CLI

CSI-CLI-00024558

syntax. The Examiner argues that Little converts CLI commands into XML CLI files, and thus discloses the recited translation. Little, however, does not teach or suggest converting CLI commands into XML CLI files as the Examiner asserts. See, Little, paragraph [0034] and [0058], where Little discloses the utilization of mapping to locate and execute fragments 212 and 215 of its XML CLI description files 210 based on the user inputted CLI commands 200 and 205. In other words, Little merely shows a high-level manual-input command being used to locate an XML code fragment (through mapping) that can subsequently be used to invoke action by the Java system. Furthermore, even if Little did disclose the recited translation, which it clearly does not, Little's XML CLI files have <u>an XML syntax</u>, not a CLI syntax as the claim requires. See, Little, paragraph [0034], stating "[t]he XML CLI description files use XML syntax." Since Little does not teach or suggest the recited claim features, Applicants request the Examiner withdraw the rejections to these claims and their corresponding dependent claims.

## CONCLUSION

For the foregoing reasons, the applicants request reconsideration and allowance of all claims. The applicants encourage the examiner to telephone the undersigned if it appears that an interview would be helpful in advancing the case.

**Customer No. 73552**

Respectfully submitted,

STOLOWITZ FORD COWGER LLP


Jeffrey J. Richmond
Reg. No. 57,564

STOLOWITZ FORD COWGER LLP
621 SW Morrison Street, Suite 600
Portland, OR 97205
(503) 224-2170

CSI-CLI-00024559

Do. No.  2705-0772

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MISCELLANEOUS TRANSMITTAL LETTER FOR
EFS FILINGS OF AMENDMENTS
REGARDING PAYMENT OF FEES AND EXTENSION OF TIME

|  | Claims After Amendment | Highest Number Previously Paid | Present Extra Claims |
|---|---|---|---|
| Total Claims | 18 | 21 | 0 |
| Independent Claims | 3 | 3 | 0 |

☒    Applicant petitions the Commissioner to extend the time for response (if applicable).

☒    Payment of fees is made via electronic filing system authorizing credit card payments for the additional claims and/or petition.

☒    In the event of computer malfunction, Applicant requests that any fees be charged to deposit account number 50-4348.

☒    Please charge any deficiency or overpayment to deposit account number 50-4348.

**Customer No.  73552**

STOLOWITZ FORD COWGER LLP

Jeffrey J. Richmond
Reg. No. 57,564

STOLOWITZ FORD COWGER LLP
621 SW Morrison Street, Suite 600
Portland, OR  97205
(503) 224-2170

CSI-CLI-00024562

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11178136 |
| **Filing Date:** | 08-Jul-2005 |
| **Title of Invention:** | Method and system of receiving and translating CLI command data within a routing system |
| **First Named Inventor/Applicant Name:** | Anil Bansal |
| **Filer:** | Jeffrey J Richmond/Chris Gropp |
| **Attorney Docket Number:** | 2705-0772 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 120 | 120 |

CSI-CLI-00024563

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **120** |

CSI-CLI-00024564