# EXHIBIT 5

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

CSI-CLI-00403875





### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
  and the Merriam-Webster editorial staff.
    p.   cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
  (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries. I. Gove, Philip Babcock,
  1902–1972.  II. Merriam-Webster, Inc.
  PE1625.W36
  423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5152535455QKY05040302

CSI-CLI-00403876

general
**general damages** *n pl* : damages awarded for injury (as from defamation) in the absence of any specific pecuniary loss
**general degree** *n* : PASS DEGREE
**general delivery** *n* : a mail-delivery service or a department of a post office that handles the delivery of mail at a post office window to persons who do not have any permanent street address or for other reasons call for it or to persons who call for their mail without waiting for or in the absence of carrier service — often used as an address
**general deposit** *n* : a deposit of money under common law made by a depositor in a banking institution that creates a debt of the bank to the depositor to be paid by an equivalent sum but not by return of the identical money and that resembles the irregular deposit of the civil law
**general deputy** *n* : a deputy authorized to exercise the whole of the powers of another official
**general discharge** *n* : a formal release from military service given under honorable conditions and for satisfactory service to a member of the armed forces not qualifying for an honorable discharge — compare DISCHARGE
**general editor** *n* : one who supervises other editors or publications issued in a series — compare EDITOR IN CHIEF, MANAGING EDITOR
**general education** *n* : a program of education (as in some liberal-arts colleges and secondary schools) intended to develop students as personalities rather than trained specialists and to transmit a common cultural heritage — compare LIBERAL EDUCATION
**general election** *n* : an election usu. held at regular intervals prescribed by law or custom in which candidates are chosen in all or most constituencies of a nation or state ⟨the promptness with which Parliament meets ... after a *general election* —F.A.Ogg & Harold Zink⟩ ⟨as well qualified to vote at a primary as at a *general election* —E.C.Meyer⟩ — compare BY-ELECTION, PRIMARY 6b
**general endorsement** *n* : an endorsement (as on a check) that does not specify a payee
**general equilibrium** *n* : simultaneous equilibrium for all economic variables
**general expense** *or* **general charge** *n* : an overhead expense not directly identifiable with a particular activity or department; *specif* : a charge in railroads incurred for the benefit of the road as a whole
**general failure of issue** : INDEFINITE FAILURE OF ISSUE
**general farmer** *n* : a farmer producing several commodities none of which represents as much as 40 percent of the total value of the products of the farm
**general formula** *n* : a chemical formula applicable to a series of compounds (as $MNO_2$ for metallic nitrites, ROH for alcohols, $C_nH_{2n+2}$ for alkanes where *n* is an integer)
**general grammar** *n* : the study of general principles believed to underlie the grammatical phenomena of all languages — called also *philosophical grammar, universal grammar*
**general headquarters** *n* : the headquarters of an officer in command of all armed forces of a unit
**general hospital** *n* 1 : a hospital in which patients with many different types of ailments are given care  2 : a military hospital usu. located in a communications zone that gives treatment to all kinds of cases
**gen·er·a·lia** \ˌjenəˈrālēə, -lyə\ *n pl* [L, pl. of *generale* generality, fr. neut. of *generalis*] : general principles : GENERALITIES
**general-in-chief** \ˌ=(ˌ)=ˌ=\ *n*, *pl* **generals-in-chief** : a military officer in chief command (as of the entire armed forces operating at a front or in some services of an army division)
**general integral** *n* : GENERAL SOLUTION
**gen·er·a·lis·si·mo** \ˌjen(ə)rəˈlisəˌmō, rapid -nərˈl-\ *n* -s [It, fr. *generale* general + -*issimo* superlative suffix (fr. L -*issimus*)] 1 : the chief commander of an army : COMMANDER IN CHIEF  2 : one of the officers of a commandery of Knights Templar
**general issue** *n* : a legal plea that traverses and denies an indictment, declaration, petition, or complaint in its entirety without admitting the truth of any allegations and without offering special matters to avoid the legal effect of the allegations set forth — compare SPECIAL ISSUE
**gen·er·al·ist** \ˈjen(ə)rələst, rapid -nərl-\ *n* -s [¹*general* + -*ist*] : one who devotes himself to, is conversant with, or can handle several different skills, fields, or aptitudes — opposed to *specialist*
**gen·er·al·i·ty** \ˌjenəˈralədē, -lətē, -i\ *n* -ES [ME *generalite*, fr. MF *generauté, generalité*, fr. LL *generalitat-, generalitas*, fr. *generalis* general + -*itat-, -itas* -*ity* — more at GENERAL] 1 : the quality or state of being general : total applicability  2 a : a general statement, law, principle, or proposition  b : a vague, insufficient, or inadequate statement  3 : the main body : the greatest part : BULK ⟨the complaint of the ~ of the nation's taxpayers —Raymond Moley⟩  4 : a fiscal and civil administrative district of France under the kingdom — **for the generality** *or* **in the generality** *adv, obs* : in general
**gen·er·al·iz·able** \ˈjen(ə)rəˌlīzəbəl, rapid ˈjenərˌl-, -ˌ=(ˌ)=ˈ===\ *adj* : that may be generalized
**gen·er·al·i·za·tion** \ˌjen(ə)rələˈzāshən, -ˌlīˈz-, rapid ˌjenər(ˌ)l-\ *n* -s 1 : the act or action of generalizing  2 : the result of the process of generalizing: as  a : a general concept, idea, or notion  b : a general inference or proposition : a quantified statement  3 : the act or process whereby response is made to a stimulus similar to but not identical with a reference stimulus
**gen·er·al·ize** \ˈjen(ə)rəˌlīz, rapid -nərˌl-\ *vb* -ED/-ING/-S *see* -*ize* in *Explan Notes* [F *généraliser*, fr. *général* general + -*iser* -*ize*] *vt* 1 : to make general : reduce to general laws : give a general form to  2 a : to derive or induce ⟨a general conception or principle⟩ from particulars  b : to derive or induce a general conception, principle, or inference from  3 : to make general (as by existential or universal qualification) : render applicable to a wider class  4 : to give general applicability to ⟨~ a law⟩; *also* : to make indefinite (as by blurring particular features)  5 a : to modify or eliminate (nonessential details on a map) for improving the legibility or for emphasizing some particular feature (as the location of mountains or the essential character of a coastline)  b : to portray or emphasize in painting general rather than particular features and characteristics of ~ *vi* 1 : to form generalizations : make inductions or general inferences; *also* : to be prone to make vague or indefinite statements  2 : to become extended throughout the human body  3 : to generalize the details on a map
**generalized** *adj* : made general : extended into a generalization; *esp* : not highly differentiated biologically nor strictly adapted to a particular environment ⟨the modern hedgehog, a persistently primitive and ~ mammal —C.O.Dunbar⟩
**generalized coordinate** *n* : ³COORDINATE 2b
**generalized edema** *n* : ANASARCA
**gen·er·al·iz·er** \-zə(r)\ *n* -s : one that generalizes
**general journal** *n* : JOURNAL 1 b(2)
**general law** *n* : a law unrestricted as to time and applicable throughout the entire territory subject to the power of the legislature that enacted it and applying to all persons in the same class in the same situation — called also *general act, general statute*; distinguished from *local law and special law*; compare PUBLIC LAW
**general ledger** *n* : the principal and controlling ledger of a business enterprise containing individual or controlling accounts for all assets, liabilities, net worth items, revenue, and expenses
**general legacy** *n* : a testamentary gift of tangible or intangible personal property not amounting to a bequest of specific money or of a particular thing and not identified by a description that sets it apart from all other assets of the same kind in the testator's estate — compare SPECIFIC LEGACY

fr. ¹*general* + -*ly*] : in a general manner: as  a *obs* : as a whole : COLLECTIVELY  b *obs* : with respect to all : UNIVERSALLY  c : in a reasonably inclusive manner : in disregard of specific instances and with regard to an overall picture ⟨~ speaking⟩ ⟨inflation ~ assumed to have been caused by war⟩  d : on the whole : as a rule ⟨elections are held ~ every other year⟩
**general mortgage** *n* : BLANKET MORTGAGE
**gen·er·al·ness** *n* -ES : the quality or state of being general
**general officer** *n* : ²GENERAL 6 a — compare FLAG OFFICER
**general of the air force** : an air force officer of the highest rank whose insignia is five stars
**general of the armies** : the highest U.S. Army rank of World War I (as conferred upon General John J. Pershing upon his retirement)
**general of the army** : an army officer of the highest rank whose insignia is five stars
**general order** *n* 1 : any one of the orders issued by an authorized military headquarters that include important permanent directive matter of general interest — usu. used in pl.; compare SPECIAL ORDER  2 : any one of the permanent guard orders that govern the duties of all sentries — usu. used in pl.
**general paresis** *also* **general paralysis** *n* : syphilis of the cerebral cortex and overlying membranes usu. of insidious onset with personality changes and protean manifestations that change from month to month progressing to dementia and paralysis
**general partner** *n* : a partner whose liability for partnership debts and obligations is unlimited — distinguished from *special partner*
**general partnership** *n* : a common-law partnership in which each partner has a general liability for all partnership debts and obligations in full — compare LIMITED PARTNERSHIP
**general pause** *n* : a nonrhythmic rest in all parts in ensemble music — abbr G. P.; called also *cutoff*
**general physiology** *n* : a branch of physiology concerned with the basic functional activities of living matter : protoplasmic physiology
**general post** *n* 1 : blindman's buff in which players are designated by place names and are called upon to change seats two at a time until the call "general post" when all exchange  2 *chiefly Brit* : a general exchange of positions or locations
**general post office** *n, usu cap G&P&O* : a main post office in a capital or a large city (as London); *also* : a postal system
**general power of appointment** : a power to appoint property that can be exercised entirely in favor of the donee, his nominee, or his estate — compare SPECIAL POWER
**general practitioner** *n* : a physician or veterinarian who does not limit his practice to a specialty
**general prisoner** *n* : a military prisoner who has been sentenced to confinement and to dismissal or discharge — compare GARRISON PRISONER
**general property** *n* : the absolute ownership usu. of personal property with the right of complete dominion over it including the incidental rights of possession, of use and enjoyment, and of disposition or alienation — distinguished from *special property*
**general property tax** *n* : a tax levied on the assessed value of all nonexempt property
**general proposition** *n* : a universal proposition; *also* : a law or principle
**general-purpose** \ˌ=(ˌ)=ˈ==\ *adj* : utilized or designed to be used for two or more basic purposes, products, or functions
**general-purpose bomb** *n* : a bomb designed to be effective against both troops and materiel
**general-purpose flour** *n* : ALL-PURPOSE FLOUR
**general quarters** *n pl* : a condition of maximum readiness of a warship for action with all hands at battle stations
**general retainer** *n* : a retainer of an attorney by a client to advise and represent the client for compensation and for a fixed time in all legal matters in which he may seek legal assistance; *also* : the retaining fee itself
**general revelation** *n* : revelation available to all men — compare SPECIAL REVELATION
**general rule** *n* : a standing order governing practice and general procedure in a court — compare SPECIAL RULE
**generals** *pl of* GENERAL
**general science** *n* : a subject or course of study in school or college in which the elements of several sciences are studied
**general semantics** *n but usu sing in constr* : a doctrine and educational discipline due to Alfred Korzybski (1879–1950) intended to improve habits of response of human beings to their environment and one another esp. by training in the better and more critical uses of words and other symbols
**general service car** *n* : a railroad car suitable for carrying a variety of classes of freight; *esp* : a gondola car having practically the entire bottom composed of drop doors hinged at the center to dump outside of the rails
**general service school** *n* : a unit in the system of military education at which officers and enlisted men of all arms and services are given advanced training — compare SPECIAL SERVICE SCHOOL
**general sessions** *n pl* : a court of criminal jurisdiction
**gen·er·al·ship** \ˌ=(ˌ)=ˌship\ *n* -s 1 : office or tenure of office of a general : exercise of the functions of a general  2 : military skill in a general officer or high commander  3 : LEADERSHIP, MANAGEMENT
**general ship** *n* : a ship not chartered or let to particular parties but advertised for the general receipt of goods from the public indiscriminately to be carried on a voyage
**general six-principle baptist** *n, usu cap G&S&P&B* : a member of an Armenian Baptist sect founded in Providence, R. I., in 1653 on the six principles of repentance, faith, baptism, laying on of hands, resurrection of the dead, and eternal judgment
**general solution** *n* 1 : a solution of an ordinary differential equation of order *n* that involves exactly *n* essential arbitrary constants — called also *complete solution, general integral*  2 : a solution of a partial differential equation that involves arbitrary functions — called also *general integral*
**general staff** *n* : a group of officers in an army division or similar or larger unit who assist their commander in planning, coordinating, and supervising operations; *also* : a similar group assisting a chief of staff — compare SPECIAL STAFF
**general statement** *n* : a statement in logic that contains one or more bound variables — contrasted with *singular statement*
**general statute** *n* : GENERAL LAW
**general store** *n* : a retail store located usu. in a small or rural community which carries a wide variety of consumer convenience goods including groceries but is not departmentalized
**general strike** *n* : a simultaneous striking by all unionized workers of all trades and industries
**general synod** *n, often cap G&S* : the highest governing body of a church ⟨the *General Synod* of the United Church of Christ⟩
**general tail** *n* : a fee-tail estate not restricted to particular descendants of the first owner thereof but designed to pass to all of said owner's descendants so long as such issue is alive
**gen·er·al·ty** \ˈjen(ə)rəltē\ *n* -ES [ME *generalte*, fr. MF *generauté, generalité* — more at GENERALITY] *archaic* : GENERALITY
**general will** *n* : the will of a community which is the embodiment or expression of its common interest; *specif* : the social or collective will of a community resulting from the interrelations (as the exchange of opinion) between its members
**¹gen·er·ate** \ˈjenəˌrāt, *usu* -ād-+V\ *vb* -ED/-ING/-S [L *generatus*, past part. of *generare* to beget, create, fr. *gener-, genus* birth, race, class, kind — more at KIN] *vt* 1 : to cause to be : bring into existence; *esp* : PROCREATE ⟨~ innumerable offspring⟩  2 : to originate (something material) by a physical or chemical process : PRODUCE ⟨would ~ a tremendous amount of electricity —*Collier's Yr. Bk.*⟩ ⟨mountain ranges ... should ~

generating interracial conflict ⟨these stories ... a good deal of psychological suspense —*Atlantic*⟩ ⟨~s mistaken opinions, wrong attitudes —H.A.Overstreet⟩  ~ *vi* 1 : to produce offspring : PROPAGATE  2 : to come into existence : ORIGINATE, ARISE
**²gen·er·ate** \ˈjen(ə)rət\ *adj* [L *generatus*] : GENERATED
**generating station** *n* : a plant for generating electric power
**gen·er·a·tion** \ˌjenəˈrāshən\ *n* -s [ME *generacioun*, fr. MF *generation*, fr. L *generation-, generatio*, fr. *generatus* + -*ion-, -io* -ion]  1 a : a body of men, animals, or plants having a common parent or parents and constituting a single degree or step in the line of descent from an ancestor ⟨five ~s are shown in this family portrait⟩ ⟨its surface enriched with the carcasses of hundreds of ~s of buffalo —B.K.Sandwell⟩ ⟨studied a bacterial culture through 60 ~s⟩  b (1) : the whole number of human beings born and living contemporaneously ⟨our ~ has seen immense changes⟩ ⟨his work affected the life and thought of later ~s⟩  (2) : a particular category of individuals born and living contemporaneously ⟨inspired a whole ~ of theoreticians —*Newsweek*⟩ ⟨long after that ~ of scholars had passed away —G.B.Shaw⟩ ⟨uses the vocabulary of his philosophic ~ —John Dewey⟩ ⟨the present ~ of insects appears to have developed immunity to the spray⟩  (3) : the average span of time variously computed and varying according to cultural and other conditions between the birth of parents and that of their children ⟨among primitive peoples twenty years may make a ~⟩ ⟨a ~ ... is roughly equal to the mean age of mothers at the birth of their daughters —*Demographic Yearbook*⟩ ⟨fifty years constitutes roughly a working lifetime, a period covering two ~s —Arthur Geddes⟩ ⟨the cornerstone of the moral system ... for ~s —Joe Alvin⟩  (4) : a group of individuals having contemporaneously a status (as that of students in a school) which each one holds only for a limited period ⟨repeated by ~ after ~ of pupils —H.G.G. Herklots⟩  (5) : a type or class of objects derived or developed from an earlier type ⟨the Air Force's new ~ of powerful supersonic fighters —Kenneth Koyen⟩  2 a : the act or process of producing offspring : PROCREATION ⟨the organs of ~⟩  b : origination by some mathematical, chemical, or other process : PRODUCTION, FORMATION ⟨the ~ of heat⟩ ⟨the ~ of sounds⟩; *specif* : the formation of a geometrical figure by the motion of some other figure ⟨the ~ of a line by a point⟩  c : the process of coming into being : GENESIS, DEVELOPMENT, RISE ⟨the spontaneous ~ of these churches —Oscar Handlin⟩ ⟨factors in the ~ of income —G.V.Cox⟩  3 *obs* : RACE, KIND, BREED, STOCK, FAMILY
**gen·er·a·tion·al** \ˈjenəˌrāshənᵊl, -shnəl\ *adj* 1 : of or relating to generation ⟨~ sterility⟩  2 : of or relating to a generation or to the relations between generations ⟨an example of a ~ ... difference in language —Paul Schach⟩
**gen·er·a·tion·ism** \ˌjenəˈrāshəˌnizəm\ *n* -s : TRADUCIANISM; *also* : CREATIONISM
**gen·er·a·tive** \ˈjenəˌrāid-ˌliv, ˈjen(ə)rəˌ, ˌlt\, ⟨ēv *also* ⟨əv\ *adj* [ME, fr. MF *generatif*, fr. LL *generativus*, fr. L *generatus* (past part. of *generare* to beget, create) + -*ivus* -ive — more at GENERATE]  1 : having the power or function of generating, propagating, originating, producing, or reproducing ⟨~ organs⟩  2 : of, relating to, or acting in generation ⟨grew out of a long ~ process —Owen & Eleanor Lattimore⟩ — **gen·er·a·tive·ly** \ˌəvlē, -lī\ *adv*
**generative cell** *n* : a sexual reproductive cell : GAMETE; *esp* : a generative nucleus together with its associated cytoplasm — see BODY CELL 2
**generative nucleus** *n* : the one of the two nuclei resulting from the first division in the pollen grain of a seed plant that gives rise to sperm nuclei — see GENERATIVE CELL; compare TUBE NUCLEUS
**gen·er·a·tor** \ˈjenəˌrād-ə(r), -ātə-\ *n* -s [L, fr. *generatus* + -*or*]  1 : one that generates, causes, or produces : ORIGINATOR ⟨the most important ~ of industrial expansion —Andrew Shonfield⟩ ⟨rival ~s or experts in foreign policy —E.S.Griffith⟩  2 a : an apparatus (as a steam boiler) in which vapor or gas is formed from a liquid or solid by heat or a chemical process  b : an apparatus for the manufacture of gas (as water gas) involving the combustion of fuel; *esp* : the chamber for holding the fuel — compare PRODUCER 3  c : GAS GENERATOR a  3 : a machine by which mechanical energy is changed into electrical energy usu. by electromagnetic induction : DYNAMO — compare ELECTROSTATIC GENERATOR
**gen·er·a·trix** \ˈjenəˌrāˌtriks\ *n*, *pl* **generatri·ces** \ˌjenəˈrātrəˌsēz, -rəˈtrī(ˌ)sēz\ [NL, fr. L, fem. of *generator*]  1 : a point, line, or surface whose motion generates a line, surface, or solid  2 : a set of elements in a cryptological tabulation which form a line in any direction and have significance as a set
**¹ge·ner·ic** \jəˈnerik, -rēk\ *adj* [F *générique*, fr. L *gener-, genus* birth, race, class, kind + F -*ique* -ic — more at KIN]  1 a : relating or applied to or descriptive of all members of a genus, species, class, or group : common to or characteristic of a whole group or class : typifying or subsuming : not specific or individual : GENERAL ⟨the diseases grouped under the ~ heading of regional enteritis —W.H.Hale⟩ ⟨there is no such thing as a ~ "Asian" mind —R.A.Smith⟩ ⟨the same ~ similarity that one finds in the professional officers of any armed service —Joseph Alsop⟩ ⟨the novel has always had a ~ habit of reaching out to the extremes of literary expression —Mark Schorer⟩  b : available for common use : not protected by trademark registration : NONPROPRIETARY ⟨nylon and aspirin are ~ names⟩ — used esp. in trademark law  2 : relating to or having the rank of a biological genus *syn* see UNIVERSAL
**²generic** \"\ *n* -s : an element of a compound proper name that is general and often lowercased ⟨as *river* in "Mississippi River" and *store* in "XYZ Store"⟩
**ge·ner·i·cal** \-rəkəl, -rēk-\ *adj* [F *générique* + E -*al*] *archaic* : GENERIC
**ge·ner·i·cal·ly** \-k(ə)lē, -li\ *adv* : in a generic manner ⟨those pioneering tales now ~ called "Westerns" —Saxe Commins⟩ ⟨the dowdy ... people whom you call, ~, suffragettes —G.B. Shaw⟩
**generic judgment** *n* : a judgment in logic in which the predicate gives generic characteristics of the subject : a universal judgment
**ge·ner·ic·ness** *n* -ES : the quality or state of being generic
**generic wine** *n* : a wine (as California burgundy or New York State sherry) named from the geographical location where the wine type to which it belongs originated — compare VARIETAL WINE
**ge·ner·i·type** *also* **ge·ner·o·type** \jəˈnerəˌtīp\ *n* [NL *gener-, genus* + E -*i-* or -*o-* + *type*] : GENOTYPE
**gen·er·os·i·ty** \ˌjenəˈrāsədē, -s(ə)tē, -ˌī\ *n* -ES [ME *generosite*, fr. L *generositat-, generositas*, fr. *generosus* + -*itat-, -itas* -*ity*]  1 *archaic* : nobility of birth or breeding : high quality  2 a : liberality in spirit or act : MAGNANIMITY, BENEVOLENCE ⟨pleads for greater ~ in regard to immigration —S.K.Padover⟩ ⟨will make gestures of the greatest ~ to his opposition —W.S. White⟩; *esp* : liberality in giving  b : an act or instance of magnanimity or munificence ⟨his countless *generosities*⟩  3 : ABUNDANCE, COPIOUSNESS ⟨the extreme ~ of technical illustration —*Science*⟩ : LARGENESS, AMPLITUDE ⟨a ... ~ of hips not sanctioned by the styles —Mary Deasy⟩
**gen·er·ous** \ˈjen(ə)rəs\ *adj* [MF *or* L; MF *genereus*, fr. L *generosus*, fr. *gener-, genus* birth, race, class, kind + -*osus* -ous — more at KIN]  1 *archaic* : of honorable birth or origin : of good stock : HIGHBORN  2 a : characterized by a noble or forbearing spirit : animated by or exhibiting high ideals : MAGNANIMOUS, LOFTY, BENEVOLENT, KINDLY ⟨unusually ~ in his judgments of people —Osbert Sitwell⟩ ⟨projecting a more ~ basis for the reorganization of society —V.L.Parrington⟩ ⟨a ~ national credo which actuality often fails to live up to

CSI-CLI-00403877

hand : PERTINENT, SOUND ⟨the above theory was tested experimentally ... and was proved to be ~ —H.G.Armstrong⟩ ⟨particular grievances call ... for the formulation of universally ~ reasons why they should be redressed —Aldous Huxley⟩ ⟨find no ~ evidence for such suspensions —W.R.Inge⟩ ⟨a ~ argument⟩ ⟨a ~ purpose⟩ b *of an inference* : correctly derived from its premises; *specif* : true in terms of the logical principles of the logistic system to which the inference belongs **3 a** : able to effect or accomplish what is designed or intended : EFFECTIVE, EFFICACIOUS ⟨literary scholarship has its own ~ methods —René Wellek & Austin Warren⟩ ⟨the written word was no longer a ~ medium, the motion picture having supplanted it —Alexander Klein⟩ ⟨in finally finding her courage ~ it had in the same moment vanished —Janet Terrace⟩ **b** : capable of measuring, predicting, or representing according to intention or design ⟨if the results of university matriculation examinations are a ~ test —B.K.Sandwell⟩ — compare RELIABLE **4 a** : STRONG, POWERFUL  b : HEALTHY, ROBUST  **5 a** *of a taxon* : based on distinctive characters of recognized importance  b : founded on an adequate basis of classification; *also* : validly published  b *of the publication of a taxon* : effective and accompanied by a description of the taxon or a reference to a previous description

**syn** SOUND, COGENT, CONVINCING, TELLING may be compared with VALID in being applied to arguments, reasonings, principles, ideas which have such force that they compel acceptance. Both VALID and SOUND imply that the force is inherent in the rationality of the thought apart from its presentation. A VALID argument or principle is supported either by objective truth or a generally accepted standard or authority ⟨mathematical symbols, which are *valid* whether there is anything corresponding to them in nature or not —W.R.Inge⟩ ⟨charges always *valid* in every age and country —J.A.Hobson⟩ although a VALID concept may have certain especially psychological limits ⟨a "psychological fact" is *valid* for the person who holds it if for no other —F.J.Hoffman⟩ SOUND, which may be applied to both persons and concepts, implies avoidance of fallacies, insufficient evidence, and hasty conclusions, and stresses solid foundation in fact or in reason or both, as well as the habit of clear and deliberate thought, often with an admixture of shrewd practical sense ⟨much too *sound* a political thinker and too sagacious a party leader to rest his case upon abstract theory —V.L.Parrington⟩ ⟨good, *sound* reasons against the passionate conclusions of love —Joseph Conrad⟩ COGENT and CONVINCING apply to ideas (less frequently, to persons) compelling mental assent, but COGENT stresses a force resident in the argument or reasoning, as inevitability or conclusiveness, as well as succinct and lucid presentation ⟨the most *cogent* argument for freedom — man's tremendous innate variability —E.W.Sinnott⟩ ⟨the most *cogent* political comment of the year —G.W.Johnson⟩ whereas a convincing argument, speaker, or book may convince by either sound reasoning or by skillful selection and presentation ⟨there are other ways of making a thing ... *convincing* ... besides merely appealing to one's logic and sense of fact —Irving Babbitt⟩ CONVINCING is often applied to fictional creations having the flavor of reality ⟨in Aristophanes you have the *convincing* hurly-burly, the sweating, mean, talented, scrambling, laughing life of the Mediterranean —J.J.Chapman⟩ TELLING suggests an immediate and crucial effect striking at the essence of the point, idea, or sentiment to be conveyed regardless of the validity of the cause ⟨certainly makes some *telling* points ... with a deftness that will disarm orthodox heresy-hunters —M.R.Cohen⟩ ⟨paused as if to edit his woes and select the most *telling* ones —Norman Mailer⟩

**val·i·date** \'valə,dāt, *usu* -ād-+V\ *vt* -ED/-ING/-S [ML *validatus*, past part. of *validare* to validate, fr. *validus* valid] **1 a** : to make legally valid  : confirm or declare formally or officially : RATIFY ⟨requires legislation by the whole Congress to ~ every treaty —*Civil Liberties*⟩ ⟨*validated* the marriages of former slaves —*Amer. Guide Series: N. C.*⟩ **b** : to grant official sanction to by or as if by stamping or marking ⟨the Coast Guard would ~ seamen's papers —Frank O'Leary⟩ **c** : to confirm the validity of (an election); *also* : to declare (a person) elected  **2** : to corroborate or support on a sound basis or authority : VERIFY, SUBSTANTIATE ⟨true ideas are those that we can assimilate, ~, corroborate —William James⟩ ⟨the freedom ... to worry through with a theory until it is *validated* or disproved —*Science*⟩ ⟨describe, define, and ~ the doctrinal distinctions between church and chapel —W.L.Sperry⟩ **syn** see CONFIRM

**val·i·da·tion** \,valə'dāshən\ *n* -S [*validate* + *-ion*] : an act, process, or instance of validating ⟨meeting to discuss ~ of the contract⟩ ⟨stamping the ~ on the passport⟩; *specif* : the process of determining the degree of validity of a measuring device ⟨many ... criteria require almost as much ~ as the tests they are supposed to validate —Herbert Goldhamer⟩

**val·i·da·to·ry** \'valədə,tōrē\ *adj* [*validate* + *-ory*] : of or relating to validation

**va·lid·i·ty** \və'lidəd-ē, -idətē, -i *sometimes* və'l-\ *n* -ES [MF or ML; MF *validité*, fr. ML *validitat-, validitas*, fr. L, strength, fr. *validus* strong + *-itat-, -itas* *-ity* — more at VALID] : the quality or state of being valid ⟨the ~ of marriages celebrated in accordance with polygamous forms ... is a question of considerable difficulty —J.H.C.Morris⟩ ⟨you can travel any time ... during the nine-day ~ of the ticket —Richard Joseph⟩ ⟨a defender of the ~ of Presbyterian ordination —H.E.Starr⟩ ⟨dared question the ~ of the esthetic or moral principles —Manès Sperber⟩ ⟨the ~ of a test is a relative matter, depending upon the criterion used —J.B.Carroll⟩

**val·id·ly** *adv* : in a valid manner : with validity ⟨to do by exposure and publicity what ... may not ~ be done by legislation —*New Republic*⟩ ⟨could not ~ oppose the journey —Arnold Bennett⟩ ⟨a name that has not been ~ published has no standing in nomenclature —*Internat'l Bull. of Bacteriological Nomenclature & Taxonomy*⟩

**val·id·ness** *n* -ES : VALIDITY

**val·i·en·te** \,valē'entē\ *n, pl* **valiente** *or* **valientes** *usu cap* **1 a** : a Chibchan people of western Panama  b : a member of such people  **2** : a language of the Valiente people

**valine** \'va,lēn, 'vā,-, -lən\ *n* -S [ISV *val-* (fr. isovaleric acid) + *-ine*] : a crystalline amino acid (CH$_3$)$_2$CHCH(NH$_2$)COOH that in the dextrorotatory L form is essential in the nutrition of lower animals and man and that is obtained in this form by the hydrolysis of proteins (as casein or zein) and in the racemic form by synthesis; α-amino-isovaleric acid

**valis** *pl of* VALI

**va·lise** \və'lēs, *chiefly Brit* -ēz\ *n* -S [F, fr. It *valigia*] : TRAVELING BAG

**val·kyr** \'valkə(r)\ *n* -S *usu cap* [by shortening] : VALKYRIE

**val·kyr·i·an** \(')val,kirēən, -\ *adj, usu cap* [*valkyrie* + *-an*] : of or relating to the Valkyries or to battle ⟨like some *Valkyrian* hero lighting a fire in a black forest —Anaïs Nin⟩

**val·kyr·ie** \val'kirē, -'kīr, -ri, '•,••; 'valkər-\ *also* **wal·kyr·ie** \wol-, wäl-\ *n* -S *usu cap* [G & ON; G *walküre*, fr. ON *valkyrja*, lit., chooser of the slain; akin to OE *wælcyrige* witch, sorceress; both fr. a prehistoric WGmc-NGmc compound whose first constituent is represented by ON *valr* the slain and whose second constituent is akin to ON *kjōsa* to choose — more at VALHALLA, CHOOSE] : one of the maidens of the mythological Norse god Odin who hover over the field of battle choosing those to be slain and conducting the worthy heroes to Valhalla

**valla** *pl of* VALLUM

**val·la·bha·char·ya** \,vələ'bhä'chäryə\ *n* -S *usu cap* [Skt *vallabhācārya*, fr. *Vallabha* †1520 Hindu religious leader + *ācārya* teacher — more at ACHARYA] : one of a Hindu Vaishnava sect founded by the Brahmin Vallabha

**val lace** *often cap V*, *var of* VAL

**val·la·do·lid** \';valədō;lid ·;lē; ;vē(l)yoδə'lē, -yoδə-\ *adj, usu*

**vallate papilla** *n* : CIRCUMVALLATE PAPILLA

**val·la·tion** \va'lāshən\ *n* -S [LL *vallation-, vallatio*, fr. L *vallatus* + *-ion-, -io* -ion] *archaic* : an earthwork wall : RAMPART, ENTRENCHMENT

**val·lec·u·la** \və'lekyələ, va'l-\ *n, pl* **vallec·u·lae** \-,yə,lē, -lī\ [NL, fr. LL, little valley, depression, dim. of *valles* valley — more at VALE] : an anatomical groove, channel, or depression: **as** (1) : a groove on the stem of a plant of the genus *Equisetum*  (2) : a groove on the fruit of a various plant of the family Ammiaceae  **b** : a groove between the base of the tongue and the epiglottis  **c** : a fossa on the underside of the cerebellum separating the hemispheres and including the inferior vermis

**val·lec·u·lar** \-yələ(r)\ *adj* [NL *vallecula* + E *-ar*] : of or relating to a vallecula

**vallecular canal** *n* : one of the large intercellular passages of the cortical parenchyma alternating with the vascular bundles in the stems of plants of the genus *Equisetum*

**vallecula syl·vii** \-'silvē,ī, -vē,ē\ *n, usu cap* S [NL, lit., †1672 Ger. anatomist] : the depression in the brain in which the lateral fissure begins

**val·lec·u·late** \-lət, -,lāt\ *adj* [NL *vallecula* + E *-ate*] : having valleculae

**val·le·ri·ite** \və'lirē,īt\ *n* -S *usu cap* [Sw, *vallerit*, fr. G. *Wallerius (Vallerius)* †1742 Swed. mineralogist + Sw *-it* *-ite*] : a mineral Cu$_2$Fe$_4$S$_7$ consisting of sulfide of copper and iron perhaps identical with the artificial compound Cu$_3$Fe$_4$S$_7$

**val·ley** \'valē, -li\ *n, pl* **valleys** *often attrib* [ME *valeie, valey*, fr. OF *valee*, fr. *val* valley, vale — more at VALE] **1 a** : an elongate depression of the earth's surface commonly situated between ranges of hills or mountains and often comprising a drainage area — compare CANYON, GULLY, RAVINE; see RIFT VALLEY, SYNCLINAL VALLEY  **b** : an area of generally flat land extending many miles inland and drained or watered by a large river and its tributary streams  **2 a** : a low, gloomy, or fearsome place or situation ⟨the ~ of the shadow of death⟩ ⟨a ~ of misery without parallel in industrial history —Roger Burlingame⟩  **b** : a low point in a course of development esp. as represented or capable of being represented on a graph ⟨peaks of inflation and ... ~s of extreme depression —F.D.Roosevelt⟩ ⟨a sequence of sounds ... is therefore characterized by successive peaks and ~s of sonority —Bernard Bloch & G.L.Trager⟩  **3** : a hollow or depression resembling or suggestive of a valley: **as  a** : a trough between waves  **b** : the place of meeting of two slopes of a roof that form on the plan a reentrant angle; *also* : the material (as sheet metal or tile) placed in a roof valley to shed water  **c** : VALLECULA  **4** : LILY OF THE VALLEY

valley 3b

**valley board** *n* : a board placed for the reception of the lead gutter in the valley of a roof

**valley breeze** *n* : a breeze that blows up valleys or mountain slopes on clear days

**valley fever** *n* [so called fr. its prevalence in the San Joaquin valley of central California] : COCCIDIOIDOMYCOSIS

**valley flat** *n* : the low flat land bordering the channel of a stream

**valley glacier** *n* : a glacier usu. originating in a cirque at a valley head or in a plateau ice cap and flowing downward between the walls of a valley

**valley lily** *n* : LILY OF THE VALLEY

**valley oak** *n* : CALIFORNIA WHITE OAK

**valley quail** *also* **valley partridge** *n* : CALIFORNIA QUAIL; *esp* : a bird of a distinct variety (*Lophortyx californica californica*) that is distinguished by the pale plumage and is found chiefly in dry interior valleys below 5000 feet

**valley rafter** *n* : the rafter running from the wall plate to the ridge and along the valley of a valley roof

**valley tile** *n* : roofing tile shaped to fit in the valley of a roof

**valley train** *n* : a deposit of glaciofluvial sand and gravel extending along the floor of a valley : TRAIN

**valley white oak** *n* : CALIFORNIA WHITE OAK

**valley wind** *n* : a breeze of diurnal period depending on the unevenness of land surfaces that blows up the slope by day — compare MOUNTAIN WIND

**val·lis** \'valəs\ *n* -ES [NL, fr. L, valley — more at VALE] : VALLECULA c

**val·lis·ne·ri·a** \,valə'snirēə, -lēz'n-\ *n, cap* [NL, fr. Antonio *Vallisnieri* †1730 Ital. naturalist + NL *-ia*] : a genus of submerged aquatic plants (family Hydrocharitaceae) with ribbonlike leaves and pistillate spathes on long finally spiral scapes

**val·lis·ne·ri·a·ce·ae** \,••,•••'āsē,ē\ *n pl, cap* [NL *Vallisneria*, type genus + *-aceae*] *in some classifications* : a family comprising monocotyledonous aquatic herbs (order Naiadales) that are distinguished by having flowers with the tube of the perianth more or less adnate to the ovary and the carpels united in fruit and that are now usu. included in Hydrocharitaceae — **val·lis·ne·ri·a·ceous** \,••,•••'āshəs\ *adj*

**val·lo·ta** \və'lōd-ə, va'-\ *n, cap* [NL, after Antoine *Vallot* †1671 Fr. physician and botanist] : a genus of southern African bulbous herbs (family Amaryllidaceae) with a long funnel-shaped perianth tube and winged seeds — see SCARBOROUGH LILY

**val·lum** \'valəm, 'wä,lùm\ *n, pl* **val·la** \- lə, -,()lä\ *or* **val·lums** [L — more at WALL] : a defensive wall of earth, sod, or stone : RAMPART; *specif* : an earthwork surmounted by a palisade esp. as constructed by the ancient Romans from dirt thrown up from a surrounding fosse

**valn** *abbr* valuation

**va·lois** \'val,wä, •'-\ *adj, usu cap* [*Valois*, French royal house] : of or relating to a French royal family furnishing the rulers of France from 1328 to 1589

**¹va·lo·nia** *also* **va·lo·nea** *or* **va·lo·nia** \və'lōnēə\ *n* -S [It *vallonia, vallonea*, fr. MGk *balanidia*, pl. of *balanidion*, dim. of Gk *balanos* acorn — more at GLAND] : dried acorn cups that are obtained from the valonia oak or sometimes various other oaks, contain from 20 to 40 percent of tannin, and are used esp. in tanning or dressing leather — compare CAMATA

**²valonia** \'-\ *n, cap* [NL] : a genus (coextensive with the family Valoniaceae) of marine green algae having a thallus that is a single oval or cylindrical multinucleate cell often an inch long — compare SEA BOTTLE

**va·lo·ni·a·ce·ae** \-,lōnē'āsē,ē\ *n pl, cap* [NL *Valonia*, type genus + *-aceae*] : a family of coenocytic green algae usu. classed among the Siphonocladales but sometimes esp. formerly among the Siphonales — see ²VALONIA — **va·lo·ni·a·ceous** \və'lōnē,āshəs\ *adj*

**valonia oak** *n* [¹*valonia*] : a tall evergreen oak (*Quercus aegilops*) of southwestern Europe and Asia Minor whose immature fruit yields valonia and camata and whose wood is used for furniture

**val·or** \'valə(r)\ *n* -S *see -or in Explan Notes* [ME *valour, valor*, fr. MF *valor, valour, valeur*, fr. ML *valor*, fr. L *valēre* to be strong, be worth — more at WIELD] **1** *obs* : VALUE, WORTH **2** : the quality or state of mind with which a person faces danger or hardship boldly or firmly : BRAVERY, COURAGE ⟨the fortitude and ~ of her sons —William Laurence⟩ ⟨to stay there ... required a ~ which is an essential part of sheer nobility and integrity —*advt*⟩ ⟨perhaps it would have been the better part of ~ to have come back later —John Cogley⟩

**val·o·ri·za·tion** \,valərə'zāshən, -,rī'z-\ *n* -S [Pg *valorização*, fr. *valorizar* to valorize, boost prices (fr. *valor* value, price — fr. ML — + *-izare -ize*, fr. LL) + *-ação* *-ation*, fr. L *-ation-, -atio*] : the act or process of attempting to give an arbitrary market value or price to a commodity esp. by govern-

⟨~ men continued the struggle against overwhelming odds⟩ **2** : characterized by or performed with valor ⟨his thoughts would be full of ~ deeds —Joseph Conrad⟩ ⟨the ~ days of 1945 —Byron Price⟩ **syn** see BRAVE

**val·or·ous·ly** *adv* : in a valorous manner : with valor

**val·or·ous·ness** *n* -ES : the quality or state of being valorous

**val·pa·rai·so** *or* **val·pa·ra·i·so** \valpə'rī(,)zō, -pə;rä(·,\val,pärä'is)ō\ *adj, usu cap* [fr. *Valparaiso*, seaport of central Chile] : of or from the city of Valparaiso, Chile : of the kind or style prevalent in Valparaiso

**valparaiso oak** *n, usu cap* V : CANYON LIVE OAK

**val·po·li·cel·la** \;val,pōlə'chelə\ *n, usu cap* [fr. *Valpolicella*, valley of northern Italy] : a dry red table wine from vineyards near Lake Garda in Venetia in Italy

**vals** *pl of* VAL

**val·sa** \'valsə\ *n, cap* [NL] : a genus (the type of the family Valsaceae) of fungi having perithecia immersed in a stroma and usu. with elongated necks converging toward the center — compare DIAPORTHE

**val·sa·ce·ae** \val'sāsē,ē\ *n pl, cap* [NL, fr. *Valsa*, type genus + *-aceae*] : a family of ascomycetous fungi (order Sphaeriales) sharing the characters of the genus *Valsa*

**val·sal·va maneuver** \(,)val,salvə-\ *n, usu cap* V [after Antonio *Valsalva* †1723 Ital. anatomist] : the inflation of the middle ear by closing the mouth and nostrils and blowing so as to puff out the cheeks

**valse** \vals\ *n* -S [F, fr. G *walzer* — more at WALTZ] : WALTZ; *specif* : a concert waltz

**val·soid** \'val,sôid\ *adj* [NL *Valsa* + E *-oid*] : of, resembling, or having perithecia like fungi of the genus *Valsa*

**¹val·u·a·ble** \'valyəbəl *also* -yəwəbəl\ *adj* [²*value* + *-able*] **1** : possessing monetary value in use or exchange ⟨disposing of a ~ store of furs —I.B.Richman⟩ ⟨contains the most ~ minerals in a profuse variety —H.T.Buckle⟩ ⟨started the very ~ ostrich feather industry —Carveth Wells⟩ **2 a** : having or exhibiting desirable or esteemed characteristics or qualities esp. of an intrinsic nature : VALUED ⟨another human being equally ~ in the sight of ... God —W.R.Harris⟩ ⟨both are unquestionably ~ as literature —*Americas*⟩ ⟨a continual surrender of himself ... to something which is more ~ —T.S.Eliot⟩  **b** : characterized by usefulness, worth, or serviceableness usu. for a specific purpose ⟨experience ... made him a ~ member of committees —*Current Biog.*⟩ ⟨food is ~ to the animal and moisture to the plant —Samuel Alexander⟩ ⟨the author's illustrations are highly ~ to the text —Irene Smith⟩ ⟨~ information⟩ ⟨~ advice⟩ ⟨~ contributions⟩ **3** *obs, of a person* : ESTIMABLE, WORTHY **syn** see COSTLY 2

**²valuable** *n* -S : something of worth or value usu. of the nature of personal effects usu. used in pl. ⟨the man ... told me to check my ~s —Andy Logan⟩ ⟨they contracted to carry ~s, securities, and bundles —R.J.Purcell⟩

**valuable consideration** *n* : an equivalent or compensation having value that is given for something (as money, marriage, services) acquired or promised and that may consist either in some right, interest, profit, or benefit accruing to one party or some responsibility, forbearance, detriment, or loss exercised by or falling upon the other party — compare CONSIDERATION 8

**val·u·a·ble·ness** *n* -ES : the quality or state of being valuable

**val·u·a·bly** \-blē,-bli\ *adv* : in a valuable manner : with value or usefulness ⟨he adds ~ to the record of our national life — George Mayberry⟩

**val·u·ate** \'valyə,wāt\ *vt* -ED/-ING/-S [back-formation fr. *valuation*] : to place a value on : VALUE, APPRAISE

**val·u·a·tion** \,valyə'wāshən\ *n* -S [MF, fr. *valuer* to value (fr. *value*, n.) + *-ation*] **1** : the act or process of valuing or of estimating value or worth: **as  a** : the act or process of setting or determining the price of something : APPRAISAL  **b** : the determination of the present value of a life insurance policy as measured by the difference between the present value of the benefits promised and the present value of all the premiums expected to be received on the policy  **2** : the value or price set upon something as its estimated or determined market value (if the final bid is below the reserve ~ of the wool, the sale may be closed) ⟨the property is valued by local assessors ... to determine the ~ on which the owners' tax obligations shall be computed —F.A.Ogg & P.O.Ray⟩  **3** : the appreciation or usu. personal estimation of the merit, excellence, or character of something ⟨the private ~ of a person's worth —M.O.Purcell⟩ ⟨children whose ~ of fighting is simple and absolute —Margaret Mead⟩ ⟨the traditional British ~ of high scholastic attainment —A.T.M.Wilson⟩

**valuation account** *n* : RESERVE ACCOUNT 1

**val·u·a·tion·al** \,valyə;wāshən³l, -,shnəl\ *adj* : of, relating to, or concerned with valuation ⟨all judgments are ~ —Herbert Fingarette⟩ ⟨advances a number of ~ and moral arguments — Frank Thilly⟩ ⟨aspects which determine ... our ~ attitudes —Eliseo Vivas⟩ — **val·u·a·tion·al·ly** \-ē, -əlē\ *adv*

**valuation survey** *n* : the survey of the stand of trees upon an average area of forest selected for detailed measurement and valuation

**val·u·a·tive** \'valyə,wād-iv, -,wəd-·\ *adj* [²*value* + *-ative*] : VALUATIONAL, EVALUATIVE — **val·u·a·tive·ly** \-dəvlē\ *adv*

**val·u·a·tor** \-,wād-ə(r)\ *n* -S [²*value* + *-ator*] : one that valuates; *specif* : APPRAISER

**¹val·ue** \'val(,)yü, -,yə\ (*this pronunc before a vowel or pause is esp South*); *often* -yəw+V\ *dial -lē or -li\ n -S often attrib* [ME, fr. MF, fr. (assumed) VL *valuta*, fem. of (assumed) VL *valutus*, past part. of L *valēre* to be worth — more at WIELD] **1 a** : the amount of a commodity, service, or medium of exchange that is the equivalent of something else : a fair return in goods, services, or money ⟨the method of merchandising is to give the buyer good ~ at the right price —*Wall Street Jour.*⟩ ⟨I take his wages because I give good ~ for them —John Buchan⟩ — often used in pl. ⟨priced at levels that reflect ... policy of passing on to the customer the ever greater ~s resulting from technological progress —A.P.Sloan & H.H. Curtice⟩ ⟨the store advertises great ~s at large savings⟩  **b** : VALUABLE CONSIDERATION ⟨for ~ received⟩ ⟨a holder or purchaser for ~⟩ **2** : the monetary worth of something : marketable price usu. in terms of a medium of exchange ⟨his holdings increase in ~⟩ ⟨has the same ~ as the U.S. dollar — S.G.Inman⟩ ⟨fool's gold is of practically no ~⟩ ⟨having a ~ of $5⟩  **3 a** : relative worth, utility, or importance : degree of excellence : status in a scale of preferences ⟨we know the ~ of a thing by the way it is sought, shunned, protected —H.N. Wieman⟩ ⟨he knew the precise ~ of men and could marshal them —A.H.Meneely⟩ ⟨learned the ~ of rest in the treatment of ... tuberculosis —J.F.Fulton⟩ ⟨the physicist has become a military asset of such ~ —I.I.Rabi⟩ ⟨only a few ... have anything of ~ to say —Edward Clodd⟩ **b** : a liking or regard for a person or thing ⟨she had a ~ for rank and consequence — Jane Austen⟩ ⟨a sad man who, for all his gaiety ... had little ~ for life —Joyce Cary⟩  **4 a** : particular quantitative determination in mathematics ⟨as the ~ of *a* increases, *b* decreases⟩ ⟨the ~s of the angles vary proportionately⟩  **b** : the amount or extent of a specified measurement of time, space, or quantity ⟨~s of the age of the earth determined by the geologists —S.F.Mason⟩ ⟨gives a fairly exact ~ of the constant temperature deeper down —Valter Schytt⟩ ⟨pressure maintained at sea level ~ —H.G.Armstrong⟩  **6** : the relative length or duration of a musical tone or note ⟨a quarter note has the ~ of two eighth notes⟩  **6** : the relative rank, importance, or numerical worth of a playing card, chessman, or other game component ⟨the ace is often given a different ~ in different forms of rummy⟩ **7 a** : LIGHTNESS 2  **b** : this property in the Munsell system — used in psychophysics; see the Color Charts explanation at COLOR  **c** : the relation of one part or detail in a picture to another with respect to lightness and darkness  **8** : something (as a principle, quality, or entity)

CSI-CLI-00403878