# EXHIBIT 8

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

Merriam-Webster™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
   p.   cm.
  ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
  1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

5152535455QKY05040302

away : REMOVED, SEPARATE  4 : expressing a property, quality, attribute, or relation viewed apart from the other characteristics inhering in or constituting an object ⟨*honesty, whiteness, triangularity* are ~ *words*⟩  5 : dealing or tending to deal with a subject in the abstract : as  a : of *a science* : PURE, THEORETICAL — contrasted with *applied*  b : IMPERSONAL, DETACHED ⟨I should have remained mainly academic and ~ but for the war —Bertrand Russell⟩ ⟨the ~ compassion of a surgeon —*Time*⟩  6 a : of *a fine art* : presenting or possessing schematic or generalized form frequently suggested by and having obscure resemblance to natural appearances through a contrived ordering of pictorial or sculptural elements — contrasted with *academic*; compare NONOBJECTIVE  b *music* : ABSOLUTE 11a  c : of *dance composition* : lacking concrete program or story  7 : signifying a logical predicate or a class esp. of higher order (as number when conceived of as a class property)

²ab·stract \" *in sense 2; in other senses usu* '•,•\ *n* -S [ME, fr. L *abstractus*, past part.]  1 : a summary or an epitome (as of a book, a scientific article, or a legal document)  2 : an abstract term or idea : the result of abstraction  3 : something that comprises or concentrates in itself the essential qualities of a larger thing or of several things ⟨a man who is the ~ of all faults that all men follow —Shak.⟩ ⟨trial by jury … the very ~ and essence of … democratic government —W.H. Mallock⟩  4 : ABSTRACT OF TITLE  5 *pharmacy* : a preparation made by mixing a powdered solid extract of a vegetable substance with sugar of milk in such proportion that one part of the final product represents two parts of the original drug from which the extract was made  6 *fine art* : ABSTRACTION 6 syn see ABRIDGMENT — **in the abstract** : with reference to theoretical considerations only : apart from practical or actual conditions

³ab·stract \*in vt senses 3 & 6 usu* '•,•; *in other senses usu like adj*\ *vb* -ED/-ING/-S ['abstract] *vt*  1 : to draw away : take away : REMOVE, SEPARATE (add or ~ baser metal in minting) ⟨a vast cigar-shaped body of gas was raised and eventually ~ed from the surface of the sun —W.E.Swinton⟩  2 : to separate (as an idea) by the operation of the mind : consider (as a quality or attribute) apart from any application to a particular object or instance ⟨~ the notion of dimension from that of space⟩  3 : to make an abstract of : EPITOMIZE, SUMMARIZE  4 : to draw away the interest or attention of : DIVERT ⟨his imagination had so ~*ed* him that his name was called twice before he answered —James Joyce⟩  5 : to take secretly or dishonestly : STEAL, PURLOIN ⟨Shaftesbury's son seems to have ~*ed* important documents for Cavour —*Times Lit. Supp.*⟩  6 *in life insurance* : to summarize ⟨an insurance contract⟩ esp. in the effort to induce a policyholder to cancel a policy and substitute another  7 *fine art* : to create abstractions suggested by ⟨a concrete or natural object⟩ ~ *vi*  1 : to perform the process of abstraction or of abstracting something ⟨we naturally ~ when two similar objects are presented to us —Frank Thilly⟩  2 *fine art* : to create abstractions syn see DETACH — **abstract from** : to leave out of consideration

**abstracta** *pl of* ABSTRACTUM

ab·stract·ed \(")'•••\ *adj*  1 *archaic* : ABSTRACT 2  2 : drawn away : REMOVED, SEPARATE, APART ⟨the evil one ~ stood from his own evil —John Milton⟩ ⟨possibility is that in which stands achievability, ~ from achievement —A.N.Whitehead⟩  3 : withdrawn in mind : inattentive to surrounding objects : PREOCCUPIED, ABSENTMINDED ⟨sitting silent and ~⟩ ⟨their pallid ~ air of human beings devoted to a difficult ideal —Herman Wouk⟩ — **ab·stract·ed·ly** *adv* — **ab·stract·ed·ness** *n* -ES

**abstracter** *var of* ABSTRACTOR

**abstract expressionism** *n* : the theory or practice of freely creating (as in painting) abstractions characterized by sinuous linearity, organic shape, and highly decorative surface

ab·strac·tion \abz'trakshən, əb-, -b'st-\ *n* -S [MF or ML; MF, fr. ML *abstraction-*, *abstractio*, fr. LL, abduction, fr. L *abstractus* (past part. of *abstrahere* to draw away, withdraw) +-*ion*, -*io* -ion — more at ABSTRACT]  1 : the act of drawing or taking away : the state of being drawn or taken away : REMOVAL, SEPARATION ⟨labels bearing a clearly printed notice of addition or ~⟩ ⟨in search of seclusion, of loneliness, of … ~ from the trivial round —*Times Lit. Supp.*⟩ ⟨suspected of the ~ of money from the mail⟩  2 a : the act or process of leaving out of consideration one or more qualities of a complex object so as to attend to others (as when the mind considers the form of a tree by itself or the color of the leaves independently of their size or figure)  b : the act or process of imaginatively isolating or considering apart the common properties or characteristics of distinct objects ⟨~ is necessary for the classification of things into genera and species⟩  c : the formation of a concept or an idea by such an act : the construction of a class name  3 (prob. fr. ¹*abstract* + -*ion*] : the result of a mental process of abstracting : an abstract idea or a term expressing such an idea (his style was dense with ~s); *sometimes* : a visionary or unrealistic idea  4 : inattention to present objects or surroundings : absence of mind ⟨lost in ~⟩ ⟨an air of complete ~⟩  5 : abstract quality or character ⟨pantomime with a symbolic ~ that approached ballet⟩  6 *fine art* : an abstract composition or creation  7 : the merging of two or more streams into a single stream course by the deepening and widening of one valley so that it engulfs a shallower and smaller neighboring valley

ab·strac·tion·ism \-shə,nizəm\ *n* -S  1 : the creation of abstractions esp. in art  2 : the principles or ideals of abstract art

¹ab·strac·tion·ist \-sh(ə)nəst\ *n* -S  1 : one that deals with abstractions rather than with concrete things : one that takes abstractions for realities  2 a : an abstract artist  b : a supporter of abstractionism in art

²abstractionist \" \ *adj* [¹*abstractionist*] *fine art* : showing tendencies toward abstractionism

ab·strac·tive \(")abz'traktiv, əbz'-, -əb¦st-, əb'st-, -ēv\ *adj* [ML *abstractivus*, fr. L *abstractus* + -*ivus* -ive]  1 : having the power of abstracting : of an abstracting nature ⟨~ analysis⟩  2 a : derived by a process of abstraction ⟨an ~ element⟩  b : belonging to or formed by abstraction — **ab·strac·tive·ly** *adv*

**ab·stract·ly** \(")•:,•\ *adv* [ME, fr. *abstract*, adj. + -*ly*] : in an abstract state or manner : SEPARATELY, ABSOLUTELY : by itself

**abstract music** *n* : ABSOLUTE MUSIC

**ab·stract·ness** -ES : the quality or state of being abstract

**abstract of title** *n* : a summary statement of the successive conveyances and other facts upon which a person's title to a piece of land rests

ab·strac·tor or ab·stract·er \(")•:,•tə(r)\ *n* -S [³*abstract* + -*or* or -*er*] : one that abstracts or makes abstracts (as of records, documents, or scientific articles): as  a : an accounting clerk who records payroll allotments, deductions, and disbursements  b : a person who searches out and summarizes information to be used as reference or proof in legal or insurance cases

**abstract plant** *n* : a comprehensive record maintained by a title-insurance company indicating liens, encumbrances, and defects affecting the title to properties located in the community where the company operates as insurer — not often in formal use

**abstracts** *pl of* ABSTRACT, *pres 3d sing of* ABSTRACT

ab·strac·tum \•'•təm\ *n*, *pl* **abstrac·ta** \-tə\ [NL, fr. ML, neut. of *abstractus* abstract — more at ABSTRACT] : an abstract

—John Milton⟩  2 : difficult to comprehend or understand : RECONDITE ⟨the ~ calculations of mathematicians⟩ ⟨involved and ~ language⟩

**ab·struse·ness** *n* -ES : ABSTRUSITY

**ab·stru·si·ty** \•'•səd-ē, -ōtē, -i\ *n* -ES  1 : the quality or state of being abstruse ⟨the intrinsic ~ of the material with which the poem grapples —J.H.Wheelock⟩  2 : something abstruse

**absume** *vt* -ED/-ING/-S [L *absumere*, fr. *ab-* ¹*ab-* + *sumere* to take — more at CONSUME] *obs* : to consume gradually

ab·surd \əb'sərd, -'z-, -əd\ *adj, sometimes* -ER/-EST [MF *absurde*, fr. L *absurdus* harsh-sounding, incongruous, absurd, fr. *ab-* ¹*ab-* + *surdus* dull-sounding, silent, deaf — more at SURD]  1 : marked by an obvious lack of reason, common sense, proportion, or accord with accepted ideas : ridiculously unreasonable, unsound, or incongruous ⟨the ~ predicament of seeming to argue that virtue is highly desirable but intensely unpleasant —Walter Lippmann⟩ ⟨don't be so ~ as to forget you're a man, and to act like a child —Anthony Trollope⟩  2 : SELF-CONTRADICTORY : fallacious by reason of contradiction  syn see FOOLISH

ab·sur·di·ty \•'•dəd-ē, -ətē, -i\ *n* -ES [ME *absurdite*, fr. MF or LL; MF *absurdité*, fr. LL *absurditat-*, *absurditas*, fr. L *absurdus* + -*itat-*, -*itas* -ity]  1 : the quality or state of being absurd ⟨to retain unimpaired the sense of the ~ of all life —Rose Macaulay⟩  2 : something that is absurd ⟨the *absurdities* of social pretense —T.S.Eliot⟩ ⟨a logical contradiction ⟨a new set of inconsistencies, not to say *absurdities* —P.E.More⟩

**ab·surd·ly** \•'•lē, -i\ *adv*  1 : in an absurd manner  2 : to an absurd degree ⟨an ~ rich young lady⟩

**ab·surd·ness** *n* -ES : the quality or state of being absurd

**abt** *abbr* about

**Abt system** \'äp(t)s-, 'a-\ *n, usu cap A* [after Roman Abt †1933 Swiss railroad engineer who devised it] : a system of tracking for mountain railroads in which two or more cograils are used and so arranged that the teeth are not opposite on any two of the rails

ab·u·def·duf \,abü'def(,)dəf\ *n, cap* [NL] : a genus of small ovate short-headed marine teleost fishes commonly found about rocks and other submerged objects and usu. included in the percoid family Pomacentridae but sometimes made the type of a separate family (Abudefdufidae)

**abuild·ing** \ə'bildin, -ēn\ *adj* [¹*a-* + *building*, pres. part. of *build*] : in the process of building or of being built (formidable discontents, some already strong and some ~ —*N. Y. Times*⟩ ⟨low-cost housing now ~ at the edge of town⟩

ab·u·ku·ma·lite \,abə'kümə,līt, ə'bükomə-\ *n* -S [*Abukuma*, river on Honshu Island, Japan + E -*lite*] : a mineral (Ca,Y)₅(P,Si)₃O₁₂(OH,F) consisting of a phosphate-silicate of calcium and yttrium sometimes containing uranium or thorium

abu·lia *or* abou·lia \(')ə'b(y)ülēə\ *n* -S [NL, fr. ²*a-* + -*bulia*, -*boulia*] : loss of will power : abnormal lack of ability to act or to make decisions characteristic of certain psychotic and neurotic conditions — **abu·lic** *also* **abou·lic** \(')ə¦b(y)ülik\ *adj*

abu·lo·ma·nia *also* ab·ou·lo·ma·nia \,ä,b(y)ülə'mānēə\ *n* -S [NL, fr. *abulo-*, *aboulo-* (fr. *abulia*, *aboulia*) + -*mania*] : a form of mental disorder characterized by abulia

abun·dance \ə'bəndən(t)s\ *n* -S [ME *abundaunce*, *habundaunce*, fr. MF *abundance*, fr. L *abundantia*, fr. *abundant-*, *abundans* + -*ia*]  1 : a great quantity or amount : large number : plentiful supply ⟨an ~ of water power⟩ ⟨illustrated with an ~ of figures and diagrams⟩ — not commonly used of persons  2 : overflowing fullness : great plenty : PROFUSION ⟨the ~ that pours from our factories and our farms —*New Republic*⟩ ⟨the whole bucolic ~ of the well-kept country seat —Vicki Baum⟩  3 : plentiful supply of means or resources : AFFLUENCE, WEALTH ⟨a life of ~⟩ ⟨the economics of the new ~⟩  4 : relative quantity or amount (as with respect to an observed or supposed norm) : degree of plentifulness ⟨information about the ~ of various species⟩ ⟨measurements on meteorites also indicate very low ~s of uranium and thorium —H.C.Urey⟩  5 *ecol* : the relative number of individuals of one kind (as of a species) in an area under consideration

abun·dant \-ənt\ *adj* [ME *abundaunt*, *habundaunt*, fr. MF *abundant*, fr. L *abundant-*, *abundans*, pres. part. of *abundare* to abound — more at ABOUND]  1 a : possessing (as resources) in great quantity : having great plenty : RICH ⟨a fair and ~ land⟩ ⟨the promise of a more ~ life⟩  b : amply supplied : ABOUNDING ⟨~ with fly life and other natural trout food —Alexander MacDonald⟩ — used with *in* and *with*  2 : more than sufficient ⟨~ and well-distributed rainfall⟩ : occurring or existing in great quantity : AMPLE, PLENTIFUL, COPIOUS ⟨life, in all its forms, is most ~ near water —John Burroughs⟩ ⟨her forthright manner and her ~ common sense —C.G.Bowers⟩ syn see PLENTIFUL

abun·dant·ly \-lē, -i\ *adv* [ME *abundauntly*, *habundauntly*, fr. *abundant*, *habundaunt* + -*ly*] : in sufficient or more than sufficient measure : FULLY, AMPLY, PLENTIFULLY

**abundant number** *n* : an imperfect number that is less than the sum of all its divisors (as 12)

**abundant year** *n* : PERFECT YEAR

**abune** \ə'büən\ *chiefly Scot var of* ABOON

abu·ra \ə'b(y)ürə\ *n* -S [Yoruba *abùrá*¹] : a medium-sized tropical African tree (*Mitragyne macrophylla*) of the family Loganiaceae having large elliptical leaves, greenish flowers, and soft wood

**abu·ra·chan seed** \,äbərə'chän-\ *n* [Jap *abura. han*, fr. *abura* oil + *chan* pitch] : the seed of a Japanese shrub (*Benzoin praecox*) yielding an aromatic medicinal oil

**abu·ra·giri** \,äbərə'girē\ *n* -S [Jap *abura-kiri*, fr. *abura* oil + *kiri* paulownia] : CANDLENUT 2

aburst \ə'•\ *adj* [¹*a-* + *burst*, v.] : BURSTING

**abur·ton** \ə'bərtⁿ\ *adv* (*or adj*) [prob. fr. ¹*a-* + *burton*] : with the length athwartship (stowed the barrels and casks ~⟩

abus·a·ble \ə'byüzəbəl\ *adj* [¹*abuse* + -*able*] : capable of being abused

**abus·age** \ə'byüsij, -zij\ *n* -S [²*abuse* + -*age*] : improper or incorrect use of language : bad usage

¹abuse \ə'byüz\ *vt* -ED/-ING/-S [ME *abusen*, fr. MF *abuser*, fr. *abus*, n., abuse, fr. L *abusus*, past part. of *abuti* to consume, abuse, misuse, fr. *ab-* ¹*ab-* + *uti* to use — more at USE]  1 a : to attack or injure with words : reproach coarsely : DISPARAGE ⟨~ a person in the most violent terms⟩  b *obs* : to speak falsely of : MISREPRESENT ⟨*abused* her to her friends⟩  2 *obs* : to cause to believe the false : lead into error : DECEIVE ⟨the Moor's *abused* by some most villainous knave —Shak.⟩  3 a : to put to a use other than the one intended : MISAPPLY ⟨*abusing* the privilege by invoking it for ends not sanctioned by law —Bernard Meltzer⟩ : use or apply improperly or to excess ⟨farmers have learned not to ~ the soil⟩  b : to put to a bad use : PERVERT ⟨*abused* his power by profiting at the expense of others⟩ : take unfair or undue advantage of ⟨he has *abused* my confidence in letting this secret become known⟩  4 : to use or treat so as to injure, hurt, or damage : MALTREAT ⟨a horse by overworking it⟩ ⟨~ one's eyes by reading in dim light⟩ : treat without consideration or fairness ⟨those left behind felt themselves *abused*⟩  5 a : MASTURBATE  b *archaic* : to violate sexually : RAPE  c : to commit indecent assault on — compare ²ABUSE 5

²abuse \-üs\ *n* -S [ME, fr. MF *abus*]  1 : a corrupt practice or custom : OFFENSE, FAULT ⟨the buying of votes and other election ~s⟩  2 : improper or incorrect use : MISUSE ⟨to call that state a democracy is an ~ of terms⟩ : application to a wrong

rack-room *abuse* that cannot pass without comment … you must not call a man a bastard unless you are prepared to prove it to his front teeth —Rudyard Kipling⟩ INVECTIVE may apply in the way of insult; but its blazing audacity of *invective* never degenerated into dull abuse —Agnes Repplier⟩ ⟨Cicero replied in that masterpiece of *invective* known as the Fifth Philippic —John Buchan⟩ This suggestion is not necessarily present ⟨not the rapier of sarcasm but the bludgeon of *invective* —W.S.Maugham⟩ OBLOQUY may suggest language designed to shame another, language casting shame upon another ⟨those who … stood by me in the teeth of *obloquy*, taunt and open sneer, or insult even —Oscar Wilde⟩ ⟨to a symbol of *obloquy*, to an unanswerable epithet of derogation —Bliss Perry⟩ VITUPERATION suggests fluent, ready, and sustained abuse and castigation nastily delivered ⟨hag, nuisance, shrew, termagant let loose, she assailed everybody who violated in the least her prejudices. Presidents were nagged beyond endurance, and senators, and congressmen; no one could escape the vials of her *vituperation* —F.L.Pattee⟩ ⟨avoid reflections on the chastity of your opponent's female relations … Once you have gone so far it is impossible to retrace your steps and resort to minor forms of *vituperation* —Robert Graves⟩ SCURRILITY, the most uncomplimentary of these words, implies meanness or viciousness in attack and coarseness or foulness in language ⟨interrupted in his defense by ribaldry and *scurrility* from the judgment seat —T.B.Macaulay⟩ BILLINGSGATE may indicate very ready, easy profanity and obscenity delivered with practiced ease ⟨the *billingsgate* slang they certainly have acquired in perfection, and no while would think of competing with them in abuse or hard swearing —Sidney Baker⟩ ⟨an assortment of *billingsgate* that would have paralyzed a fishwife and brought blushes to a character in a Jim Tully novel or a Eugene O'Neill play —Herbert Asbury⟩

**abuse of process** *law* : the malicious use of a regular judicial proceeding without probable cause

abus·er \-zə(r)\ *n* -S [ME, fr. *abusen* to abuse + -*er*] : one that abuses

**abusion** *n* -S [ME *abusioun*, fr. MF *abusion*, fr. L *abusion-*, *abusio*, fr. *abusus* (past part. of *abuti* to misuse, abuse) + -*ion-*, -*io* -ion — more at ABUSE] *obs* : ABUSE, MISUSE; *specif* : abuse of the truth : DECEPTION

abu·sive \ə'byüsiv, -ēv *also* -üz-\ *adj* [MF *abusif*, fr. LL *abusivus*, fr. L *abusus* + -*ivus* -ive]  1 a : characterized by wrong or improper use or action constituting an abuse : PERVERTED ⟨~ financial practices⟩  b *archaic* : CATACHRESTIC  c *obs* : tending to deceive : FRAUDULENT, CHEATING ⟨an ~ treaty —Francis Bacon⟩  2 a : employing harsh insulting language ⟨an ~ spectator⟩ : characterized by or serving for abuse : SCURRILOUS ⟨~ jibes⟩  b : physically injurious : tending to damage or weaken : ROUGH ⟨tools made for ~ use⟩ — **abu·sive·ly** *adv* — **abu·sive·ness** *n* -ES

**abus·tle** \ə'•\ *adj* [¹*a-* + *bustle*, v.] : showing great activity : stirring busily ⟨a store ~ with crowds⟩

**ab·u·sua** \,abə'süə\ *n* -S [Ashanti] : a matrilineal exogamous clan among the Ashanti people

abut \ə'bət, *usu* -ə+V\ *vb* abutted; abutting; abuts [ME *abutten*, partly fr. OF *aboter*, *abouter* to touch at one end, border on (fr. *a-* — fr. L *ad-* — + *bout* end, blow, fr. *boter*, *bouter* to strike), partly fr. OF *abuter* to come to an end, aim, reach, fr. *a-* + *but* end, aim, purpose, of Gmc origin; akin to ON *bútr* piece of wood — more at BUTT ⟨to strike⟩, BUTT ⟨end⟩] *vi*  1 : to touch ⟨as of contiguous estates⟩ along a border or with a projecting part ⟨his land ~s on the road⟩ : terminate at a point of contact ⟨as with an adjacent structure⟩ : lean or rest for support ⟨as upon another structure⟩ — used with *on*, *upon*, or *against* ~ *vi*  1 : to border on : reach or touch with an end ⟨two lots that ~ each other⟩  2 : to cause to abut : support by abutment ⟨~ a timber against a post⟩

abu·ta \ə'b(y)üd-ə\ *n, cap* [NL, prob. fr. Sp, fr. a plant of this genus] : a genus of tropical American woody vines ⟨family Menispermaceae⟩ — see WHITE PAREIRA, YELLOW PAREIRA

**ab uti·li** \,ä'byüd-əˌlī, ,abyü'tēˌlī\ *adv, of an argument* : from utility

abu·ti·lon \ə'byüd-ᵊl,än, ,abyü'tīlən\ *n* [NL, fr. Ar *ãwbũtĩlũn*, a plant of this genus]  1 *cap* : a large genus of mostly tropical plants ⟨family Malvaceae⟩ having usu. lobed leaves and solitary showy bell-shaped flowers — see FLOWERING MAPLE, INDIAN MALLOW  2 -s : any plant of the genus *Abutilon*

abut·ment \ə'bətmənt\ *n* -S  1 : the place at which abutting occurs ⟨at the ~ of two properties⟩  2 a : the part of a structure that directly receives thrust or pressure ⟨as of an arch, vault, beam, or strut⟩  b : an anchorage for the cables of a suspension bridge or aerial railway  c : a tooth to which a denture or other prosthetic appliance is attached for support  3 : the action of abutting ⟨~ of two braces upon the post⟩  4 : a fixed point, surface, or body from which resistance or reaction is obtained ⟨as the cylinder head of a steam engine or the fulcrum of a lever⟩

*a, a*, abutments of a bridge

**abut·tals** \ə'bəd-ᵊlz, -bət'lz\ *n pl* : the boundaries of lands with respect to other contiguous lands or highways by which they are bounded

abut·ter \-d-ə(r), -tə-\ *n* -S : one that abuts; *specif* : the owner of a contiguous property ⟨the ~s on a street⟩

**abutting** *adj* : that abuts or serves as abutment  syn see ADJACENT

abuzz \ə'•\ *adj* [¹*a-* + *buzz*, v.] : buzzing or filled with buzzing : filled or resounding with talk and excitement ⟨London was ~ over the new appointment⟩

**abv** *abbr* above

ab·volt \'ab,vōlt\ *n* -S [²*ab-* + *volt*] : the cgs electromagnetic unit of electrical potential and electromotive force equal to one one-hundred-millionth of a volt and being the potential difference through which transference of one abcoulomb of electricity involves a change of one erg in energy — compare AB-, table

ab·wab \'ab,wäb\ *n* -S [Hindi *abwāb*, fr. Ar, doors, sources of public revenue, pl. of *bāb* door] *India* : any of various fines, cesses, or imposts levied by a native chief upon a landowner or subject

aby *or* abye \ə'bī\ *vb, past or past part* abought \ə'bȯt\ [ME *abien*, *abiggen*, fr. OE *ābycgan*, fr. *ā-* (perfective prefix) + *bycgan* to buy — more at ABEAR, BUY] *vt*  1 *archaic* : to suffer for or pay for ⟨an offense⟩ ⟨lest to thy peril thou ~ it dear —Shak.⟩  2 *archaic* : to pay, suffer, or endure ⟨as a penalty⟩ ~ *vi*  1 *obs* : to pay the penalty : SUFFER  2 *obs* : ENDURE, LAST, CONTINUE ⟨but naught that wanteth rest can long ~ —Edmund Spenser⟩

abysm \ə'bizəm *also* a'-\ *n* -S [alter. ⟨influenced by *abyss*⟩ of ME *abime*, fr. OF *abisme*, modif. ⟨influenced by words ending in -*isme* -ism⟩ of LL *abyssus*]  1 : ABYSS ⟨the dark backward and ~ of time —Shak.⟩

abys·mal \-zməl\ *adj*  1 : having the characteristics of an abyss : BOTTOMLESS ⟨mountain roads … within a few inches of ~ precipices —W.R.Arnold⟩ : immeasurably great : UNENDING, PROFOUND ⟨~ ignorance⟩ : immeasurably low or wretched ⟨~ living conditions of the poor⟩  2 : ABYSSAL syn see DEEP

abys·mal·ly \-zmə̇lē, -li\ *adv* : far down in the scale of acceptability : to an extreme degree : WRETCHEDLY, DREADFULLY