KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  August 1, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following documents:

1. Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review.  Exhibit A to the Santacana declaration is titled "Exhibit F to Cisco's Supplemental Response to Interrogatory No. 16," and was produced by Cisco in this litigation and designated "Highly Confidential — Attorneys' Eyes Only" pursuant to the protective order in response to Arista's Interrogatory No. 16.  Cisco subsequently downgraded the designation of that document to "Confidential" pursuant to the protective order.

2. Exhibit B to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review, a table created by counsel for Arista Networks, Inc., listing the number of unique individual authors contained in Cisco's list of authors of CLI commands (Exhibit A) and the number of times they appear in the list.  All of the information in Exhibit B was derived from Exhibit A, the entirety of which was designated "Confidential" by Cisco pursuant to the protective order.

Arista takes no position on whether the foregoing documents should be filed under seal. Arista files this administrative motion only in order to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Dated:  November 4, 2015                                KEKER & VAN NEST LLP

                                                        By:   /s/ *Brian L. Ferrall*
                                                              BRIAN L. FERRALL

                                                        Attorneys for Defendant ARISTA NETWORKS, INC.