1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

| | |
|---|---|
| 12  CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| 13          Plaintiff, | **DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 14      v. | |
| 15  ARISTA NETWORKS, INC., | |
| 16          Defendant. | Judge:      Hon. Beth Labson Freeman |
| 17 | Date Filed:  December 5, 2014 |
| 18 | Trial Date:  August 1, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1000061.01

I, EDUARDO E. SANTACANA, declare and state as follows:

1.     I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action.

2.     I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3.     Cisco designated the entirety of Exhibit A to my declaration in support of Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review "Highly Confidential — Attorneys' Eyes Only" pursuant to the protective order. Cisco subsequently downgraded the designation of that document to "Confidential" pursuant to the protective order.

4.     Exhibit B to my declaration in support of Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review was created using information the entirety of which was designated by Cisco as "Confidential" pursuant to the protective order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 4, 2015, in San Francisco, California.

_____
EDUARDO E. SANTACANA