1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 | CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG)
13 | Plaintiff, | **[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
14 | v. |
15 | ARISTA NETWORKS, INC., |
16 | Defendant. | Judge:    Hon. Beth Labson Freeman
17 | | Date Filed: December 5, 2014
18 | | Trial Date: August 1, 2016

1       The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal. The following documents will remain under seal in their entirety:

    1.     Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review;

    2.     Exhibit B to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review.

**IT IS SO ORDERED.**

Dated: _____

                                                HON. BETH LABSON FREEMAN
                                                United States District Judge

1

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1000045.01