1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
7  Facsimile:   415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | CISCO SYSTEMS, INC.,            | Case No. 5:14-cv-05344-BLF (PSG)
13 |         Plaintiff,              | **[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO AMEND SCHEDULING ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW**
14 |     v.                          |
15 | ARISTA NETWORKS, INC.,          |
16 |         Defendant.              |
17                                   | Judge:     Hon. Beth Labson Freeman
18                                   | Date Filed: December 5, 2014
19                                   | Trial Date: August 1, 2016

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA'S MOTION TO AMEND SCHEDULING
ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW
Case No. 5:14-cv-05344-BLF (PSG)

1000062

1  Having considered Defendant Arista Networks, Inc.'s Motion to Amend Scheduling Order
2  or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review, together with the
3  arguments in support thereof and opposition thereto, and good cause having been shown, the
4  Court hereby GRANTS the Motion and AMENDS the Scheduling Order in this matter, Dkt. No.
5  51, according to the tentative case schedule outlined below.

6  IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulation
7  with exact case deadlines conforming to the tentative schedule.

| Event | Current Schedule | Tentative Revised Schedule |
|---|---|---|
| Complete Claim Construction Discovery | October 19 | February 2016 |
| Cisco's Opening Claim Construction Brief | November 2 | March |
| Arista's Responsive Claim Construction Brief | November 16 | March |
| Cisco's Reply Claim Construction Brief | November 23 | April |
| Technical Tutorial | January 29, 2016 | June |
| Claim Construction Hearing | February 5 | June |
| Close of Fact Discovery (Except Damages) | February 26 | July |
| Expert Reports | March 3 | July/August |
| Expert Rebuttal Reports | March 17 | August |
| Expert Discovery Cut-off | March 24 | September |
| Deadline for Dispositive Motions | March 31 | September |
| Opening Expert Reports (Damages) | April 8 | September |
| Expert Rebuttal Reports (Damages) | April 29 | October |
| Hearing on Dispositive Motions | May 5 | October |

1

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA'S MOTION TO AMEND SCHEDULING
ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW
Case No. 5:14-cv-05344-BLF (PSG)

1000062

| Event | Current Schedule | Tentative Revised Schedule |
|---|---|---|
| Expert Discovery Cut-off (Damages) | May 13 | November |
| Final Pretrial Conference | July 7 | December |
| Trial Briefs | July 25 | December |
| Trial | August 1 | January 2017 |

Dated: _____

HON. BETH LABSON FREEMAN
United States District Judge

2
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA'S MOTION TO AMEND SCHEDULING ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW
Case No. 5:14-cv-05344-BLF (PSG)

1000062