```
KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Defendant ARISTA NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **PROOF OF SERVICE** <br><br> Judge:        Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:   August 1, 2016 |

PROOF OF SERVICE
Case No. 5:14-cv-05344-BLF (PSG)

1000063.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 4, 2015, I served the following document(s):

**EXHIBIT A TO THE DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S MOTION TO AMEND SCHEDULING ORDER OR, IN THE ALTERNATIVE, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW [FILED UNDER SEAL IN ITS ENTIRETY]**

**EXHIBIT B TO THE DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S MOTION TO AMEND SCHEDULING ORDER OR, IN THE ALTERNATIVE, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW [FILED UNDER SEAL IN ITS ENTIRETY]**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Sean Sang-Chul Pak<br>John M. Neukom<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel:   (415) 875-6320<br>Fax:   (415) 875-6700<br>seanpak@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>Cisco-Arista@quinnemanuel.com | Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Tel:   (415) 439-1476<br>Fax:   (415) 439-1500<br>aalper@kirkland.com |
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10022<br>Tel:   (212) 849-7000<br>Fax:   (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel:   (650) 801-5000<br>Fax:   (650) 801-5100<br>marktung@quinnemanuel.com |

| | |
|---|---|
| Michael W. De Vries | Steven C. Cherny |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 333 South Hope Street, 29th Floor | 601 Lexington Avenue |
| Los Angeles, CA 90071 | New York, NY 10022 |
| Tel: (213) 680-8590 | Tel: (212) 446-4800 |
| Fax: (213) 680-8500 | Fax: (212) 446-6460 |
| michael.devries@kirkland.com | Steven.cherny@kirkland.com |
| Cisco-AristaCopyrightTeam@kirkland.com | |

Executed on November 4, 2015, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Gloria A. Peterson*
Gloria Peterson