| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>Matthew D. Cannon (SBN 252666)<br>matthewcannon@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | CASE NO.  3:14-cv-05344<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kenneth K. Suh of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>Kenneth K. Suh (SBN 283591, TX Bar No. 24070701, IL Bar No. 6319520)
>kennethsuh@quinnemanuel.com
>Quinn Emanuel Urquhart & Sullivan, LLP
>500 W Madison Street #2450
>Chicago, IL 60661
>Telephone: (312) 705-7400
>Facsimile: (312) 705-7401

DATED: November 4, 2015                    Respectfully submitted,

>/s/ Kenneth K. Suh
>
>Kathleen Sullivan (SBN 242261)
>kathleensullivan@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>Sean S. Pak (SBN 219032)
>seanpak@quinnemanuel.com
>John M. Neukom (SBN 275887)
>johnneukom@quinnemanuel.com.
>Matthew D. Cannon (SBN 252666)
>matthewcannon@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700
>
>Mark Tung (SBN 245782)
>marktung@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, CA 94065
>Telephone: (650) 801-5000
>Facsimile: (650) 801-5100

|   |   |
|---|---|
| 1 | |
| 2 | Kenneth K. Suh (SBN 283591)<br>kennethsuh@quinnemanuel.com |
| 3 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 W Madison Street #2450 |
| 4 | Chicago, IL 60661<br>Telephone: (312) 705-7400 |
| 5 | Facsimile: (312) 705-7401 |
| 6 | |
| 7 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com |
| 8 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 9 | New York, New York 10022<br>Telephone: (212) 446-4800 |
| 10 | Facsimile: (212) 446-4900 |
| 11 | Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com |
| 12 | KIRKLAND & ELLIS LLP<br>555 California Street |
| 13 | San Francisco, California  94104<br>Telephone: (415) 439-1400 |
| 14 | Facsimile: (415) 439-1500 |
| 15 | Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com |
| 16 | KIRKLAND & ELLIS LLP<br>333 South Hope Street |
| 17 | Los Angeles, California 90071<br>Telephone: (213) 680-8400 |
| 18 | Facsimile: (213) 680-8500 |
| 19 | *Attorneys for Plaintiff Cisco Systems, Inc.* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |