UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>    Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No.  5:14-cv-05344-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 11/05/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that all dates and deadlines remain the same.

Dated: 11/05/2015

_____
BETH LABSON FREEMAN
United States District Judge