Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF MATTHEW D. CANNON IN OPPOSITION TO ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> **DEMAND FOR JURY TRIAL** |

**DECLARATION OF MATTHEW D. CANNON**

I, Matthew D. Cannon, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in opposition to Arista Networks, Inc.'s ("Arista's") Administrative Motion to File Documents Under Seal ("Sealing Motion") in connection with Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review ("Arista's Brief"). (Dkt. 92.)

3. Cisco has de-designated the documents sought to be sealed by Arista and does not contend that they contain confidential information. As a result, Cisco does not believe that either document should be filed under seal. For the sake of clarity, Cisco's position with respect to those documents is set forth in the table below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review ("Exhibit A") | None. |
| Exhibit B to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending *Inter Partes* Review ("Exhibit B") | None. |

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and that this declaration was executed in Berkeley, California, on
3  November 9, 2015.

                                                          */s/ Matthew D. Cannon*
                                                          Matthew D. Cannon (Bar No. 252666)