KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

WILSON SONSINI GOODRICH & ROSATI
SUSAN CREIGHTON - # 135528
screighton@wsgr.com
SCOTT A. SHER - 190053
ssher@wsgr.com
1700 K Street, NW
Fifth Floor
Washington, DC  20006
Telephone:    202-973-8800
Facsimile:    202-973-8899

ATTORNEYS FOR DEFENDANT
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>ARISTA NETWORKS, INC.,<br><br>              Defendant. | Case No. 5:14-CV-05344-BLF<br><br>**NOTICE OF APPEARANCE FOR SCOTT A. SHER**<br><br>Date Filed:  July 21, 2015<br><br>Trial Date:  August 1, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

> Scott A. Sher (California State Bar No. 190053)
> Wilson Sonsini Goodrich & Rosati
> 1700 K Street, NW
> Fifth Floor
> Washington, DC  20006
> Telephone:     202-973-8800
> Facsimile:      202-973-8899
> ssher@wsgr.com

Dated:  November 10, 2015

WILSON SONSINI GOODRICH & ROSATI

By:   /s/ *Scott A. Sher*
         SCOTT A. SHER

Attorneys for Defendant
ARISTA NETWORKS, INC.