KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

WILSON SONSINI GOODRICH & ROSATI
SUSAN CREIGHTON - # 135528
screighton@wsgr.com
SCOTT A. SHER - 190053
ssher@wsgr.com
1700 K Street, NW
Fifth Floor
Washington, DC  20006
Telephone:     202-973-8800
Facsimile:      202-973-8899

ATTORNEYS FOR DEFENDANT
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-CV-05344-BLF <br><br> **NOTICE OF APPEARANCE FOR SUSAN CREIGHTON** <br><br> Date Filed:  July 21, 2015 <br><br> Trial Date:  August 1, 2016 |

1003327

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

Susan Creighton (California State Bar No. 135528)
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW
Fifth Floor
Washington, DC  20006
Telephone:    202-973-8855
Facsimile:     202-973-8899
screighton@wsgr.com

Dated:  November 10, 2015                    WILSON SONSINI GOODRICH &
                                             ROSATI


                                    By:   /s/ Susan Creighton
                                          SUSAN CREIGHTON

                                          Attorneys for Defendant
                                          ARISTA NETWORKS, INC.

1003327