KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| Plaintiff, | **ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ARISTA NETWORKS, INC., | Judge:        Hon. Beth Labson Freeman |
| Defendant. | Date Filed:  December 5, 2014 |
| | Trial Date:  August 1, 2016 |

1    Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e),

2  Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal

3  the following documents:

4    1.    Portions of Arista's Proposed Discovery Plan, which reference information

5  contained in the exhibits listed below.

6    2.    Exhibit D to the declaration of Elizabeth K. McCloskey in support of Arista's

7  Proposed Discovery Plan, bates-stamped CSI-ANI-00472953–56, a document designated

8  "Confidential" by Cisco.

9    3.    Exhibit E to the declaration of Elizabeth K. McCloskey in support of Arista's

10  Proposed Discovery Plan, bates-stamped CSI-ANI-00402450–53, a document designated

11  "Confidential" by Cisco.

12    4.    Exhibit F to the declaration of Elizabeth K. McCloskey in support of Arista's

13  Proposed Discovery Plan, bates-stamped CSI-ANI-00056463–63.000021, a document designated

14  "Confidential" by Cisco.

15    5.    Exhibit H to the declaration of Elizabeth K. McCloskey in support of Arista's

16  Proposed Discovery Plan, bates-stamped CSI-ANI-00072292–92.000001, a document designated

17  "Confidential" by Cisco.

18    Arista takes no position on whether the foregoing documents and portions of the Proposed

19  Discovery Plan should be filed under seal.  Arista files this administrative motion only in order to

20  afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local

21  Rule 79-5(e).

22    Arista submits, along with this administrative motion, the declaration of Eduardo E.

23  Santacana, which attaches unredacted versions of the Proposed Discovery Plan and Exhibits D–F

24  and H to the McCloskey declaration in support of the Proposed Discovery Plan.  Per Civil Local

25  Rule 79-5(d)(1)(C), Arista will also file a public, redacted version of the Proposed Discovery

26  Plan.  Because Exhibits D–F and H to the McCloskey declaration in support of the Proposed

27  //

28  //

ARISTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

Discovery Plan have been designated confidential in their entirety, Arista will publicly file a placeholder cover page in their place.

Dated:  November 12, 2015                          KEKER & VAN NEST LLP


By:    /s/ Brian L. Ferrall
         BRIAN L. FERRALL

         Attorneys for Defendant ARISTA
         NETWORKS, INC.