KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1004134.01

1  I, EDUARDO E. SANTACANA, declare and state as follows:

2  1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3. Cisco designated the entirety of Exhibits D–F and H to the Declaration of Elizabeth K. McCloskey in support of Arista's Proposed Discovery Plan "Confidential." True and correct copies of those exhibits are attached hereto.

4. Portions of Arista's Proposed Discovery Plan reference information contained in the foregoing exhibits. Arista has redacted those portions for public filing. An unredacted version with highlighting indicating the redacted portions is attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 12, 2015, in San Francisco, California.

_____
EDUARDO E. SANTACANA

---

1

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)