1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | CISCO SYSTEMS, INC.,              | Case No. 5:14-cv-05344-BLF (PSG)
13 |         Plaintiff,                | **[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
14 |    v.                             |
15 | ARISTA NETWORKS, INC.,            | Judge:     Hon. Beth Labson Freeman
16 |         Defendant.                | Date Filed: December 5, 2014
17 |                                   | Trial Date: August 1, 2016

---

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1004135.01

1 | The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal. The following documents will remain under seal in their entirety:

 1. Exhibits D–F and H to the Declaration of Elizabeth K. McCloskey in Support of Arista's Proposed Discovery Plan;

 2. Those portions of Arista's Proposed Discovery Plan which contain information referenced in Exhibits D–F and H to the Declaration of Elizabeth McCloskey in Support of Arista's Proposed Discovery Plan.

**IT IS SO ORDERED.**

Dated: _____

HON. BETH LABSON FREEMAN
United States District Judge

1
[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1004135.01