KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **[PROPOSED] ORDER MODIFYING DISCOVERY LIMITS** <br><br> Judge:      Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: August 1, 2016 |

Having considered Defendant Arista Networks, Inc.'s Proposed Discovery Plan, together with the arguments in support thereof and opposition thereto, and good cause having been shown, the Court hereby ORDERS as follows:

1. Both parties shall be limited to 25 depositions.
2. Both parties shall be limited to 30 interrogatories.
3. Rule 30(b)(6) depositions shall be limited to four days of testimony (twenty-eight total hours) per side.
4. The Court sets a status conference on January ____, 2016 to assess the state of discovery.

**IT IS SO ORDERED.**

Dated: _____

                              HON. BETH LABSON FREEMAN
                              United States District Judge