KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF DEFENDANT ARISTA'S PROPOSED DISCOVERY PLAN** <br><br> Date:      February 18, 2016 <br> Time:      9:00 a.m. <br> Judge:    Hon. Beth Labson Freeman <br> Dept.:     Courtroom 3 <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: August 1, 2016 |

DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF DEFENDANT ARISTA'S
PROPOSED DISCOVERY PLAN
Case No. 5:14-cv-05344-BLF (PSG)

1004136.01

I, Elizabeth K. McCloskey, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at the law firm of Keker & Van Nest LLP, counsel for Defendant Arista Networks, Inc. in the above-captioned action. I am admitted to practice before this Court.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could do so competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of an excerpt of Arista's Third Supplemental Response to Cisco's Interrogatory No. 10, dated November 10, 2015. The excerpt provides a list of Cisco's asserted CLI commands and author/originator information for the commands.

4. Attached hereto as Exhibit B is a true and correct copy of the September 30, 2015 hearing transcript before Judge Paul S. Grewal on Arista's Motion to Compel Interrogatory Responses.

5. Attached hereto as Exhibit C is a true and correct copy of a table created by counsel for Arista Networks, Inc., listing the number of unique individual authors contained in Exhibit F to Cisco's Second Supplemental Response to Arista's Interrogatory No. 16, and the number of times the authors appear in the list.

6. Attached hereto as Exhibit D is a true and correct copy of a document that was produced by Cisco and Bates stamped CSI-ANI-00472953-56. Arista will contemporaneously file Exhibit D under seal with a separate administrative motion to file under seal pursuant to Civil Local Rule 79-5 because it contains information that was designated by Cisco as confidential under the protective order.

7. Attached hereto as Exhibit E is a true and correct copy of a document that was produced by Cisco and Bates stamped CSI-ANI-00402450-53. Arista will contemporaneously file Exhibit E under seal with a separate administrative motion to file under seal pursuant to Civil Local Rule 79-5 because it contains information that was designated by Cisco as confidential under the protective order.

1

DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF DEFENDANT ARISTA'S
PROPOSED DISCOVERY PLAN
Case No. 5:14-cv-05344-BLF (PSG)

1004136.01

8. Attached hereto as Exhibit F is a true and correct copy of a document that was produced by Cisco and Bates stamped CSI-ANI-00056463-00056463.000021. Arista will contemporaneously file Exhibit F under seal with a separate administrative motion to file under seal pursuant to Civil Local Rule 79-5 because it contains information that was designated by Cisco as confidential under the protective order.

9. Attached hereto as Exhibit G is a true and correct copy of an article by Tiernan Ray, entitled *Cheeky Arista Takes On Cisco; Is It Different This Time?*, published by Barron's on February 21, 2015.

10. Attached hereto as Exhibit H is a true and correct copy of a document that was produced by Cisco and Bates stamped CSI-ANI-00072292-00072292.000001. Arista will contemporaneously file Exhibit H under seal with a separate administrative motion to file under seal pursuant to Civil Local Rule 79-5 because it contains information that was designated by Cisco as confidential under the protective order.

11. Attached hereto as Exhibit I is a true and correct copy of an excerpt of Cisco's Sixth Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s First Set of Interrogatories (9 and 10), dated November 11, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 12, 2015, in San Francisco, California.

_____
ELIZABETH K. MCCLOSKEY