# EXHIBIT D

# DOCUMENT SOUGHT TO BE SEALED