# EXHIBIT E

# DOCUMENT SOUGHT TO BE SEALED