# EXHIBIT F

# DOCUMENT SOUGHT TO BE SEALED