# EXHIBIT H

# DOCUMENT SOUGHT TO BE SEALED