**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS INC, <br>           Plaintiff, <br>    v. <br> ARISTA NETWORKS, INC., <br>           Defendant. | Case No. 14-cv-05344-BLF <br><br> **ORDER DENYING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> [Re: ECF 92] |

Defendant has moved to file under seal Exhibits A and B to the Declaration of Eduardo E. Santacana in Support of Defendant's Motion to Amend Scheduling Order or, in the Alternative, to Stay Patent Claims Pending Inter Partes Review. Exhibit A to the Santacana declaration is titled "Exhibit F to Cisco's Supplemental Response to Interrogatory No. 16," and Exhibit B is a table created by counsel for Defendant, listing the number of unique individual authors contained in Plaintiff's list of authors of CLI commands. Defendant indicates that it moves to file these documents under seal because the information contained in this exhibits was designated "Confidential" by Plaintiff pursuant to the protective order. Defendant indicates that it "takes no position on whether [Exhibits A and B] should be filed under seal."

Under Civil Local Rule 79-5(e)(1), Plaintiff was required to file a declaration within four days of Defendant's filing of the motion, establishing that the designated materials are sealable. Plaintiff filed a declaration indicating that Exhibits A and B do not contain confidential information and that no portion of either exhibit needs to be filed under seal. Accordingly, the motion to seal is DENIED.

Under Civil Local Rule 79-5(e)(2), Defendant may file the unredacted papers no earlier

than four days, and no later than ten days, after the filing of this order.  Under Civil Local Rule 79-5(f)(2), the materials in question will not be considered by the Court unless Defendant files unredacted versions within seven days after the filing of this order.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge