KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| Plaintiff, | **NOTICE OF PUBLIC FILING OF EXHIBITS A AND B TO ARISTA'S MOTION TO AMEND SCHEDULING ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |
| | Judge:       Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| | Trial Date: August 1, 2016 |

Pursuant to the Court's Order Denying Arista's Administrative Motion to File Under Seal, Arista hereby files publicly Exhibits A and B to the Declaration of Eduardo E. Santacana in support of Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review.  *See* Dkt. Nos. 92 (Admin. Motion to File Under Seal); 93 (Motion); 93-1 (Santacana Declaration); 110 (Order).

Dated:  November 17, 2015                           KEKER & VAN NEST LLP

By:  /s/ Brian L. Ferrall
ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID SILBERT
MICHAEL S. KWUN

Attorneys for Defendant ARISTA NETWORKS, INC.