# EXHIBIT B

Unique Authors and Their Frequency
Generated by Counsel for Arista Networks, Inc.                                      Page 1 of 4

| Author | Number of times author is listed next to a CLI Command |
|---|---|
| Abhay Roy | 21 |
| Adam Sweeney | 5 |
| Alan Liebthal | 4 |
| Alun Evans | 3 |
| Anand Iyer | 1 |
| Andy Hefferman | 5 |
| Anthony Li | 2 |
| Anton Smirnov | 2 |
| Arjit Ory | 1 |
| Arun Kumar B | 2 |
| Ayan Banerjee | 1 |
| B. Divakaran | 1 |
| Bill Rainey | 1 |
| Bill Westfield | 5 |
| Bruce Pinsky | 1 |
| Carl Schaefer | 1 |
| Chris White | 1 |
| Christian Benvenuti | 10 |
| Chuck Smethurst | 2 |
| Cliff Sojourner | 1 |
| Damon Jo | 1 |
| Dan Florea | 5 |
| Dan Hall | 2 |
| Dan Tappan | 1 |
| Daniel Walton | 1 |
| Dave Hampton | 1 |
| David Carrel | 1 |
| David Truon | 1 |
| David Truong | 26 |
| Dawn Shauming Li | 1 |
| Deepak Dayama | 1 |
| Dehua Huang | 4 |
| Derek Yeung | 1 |
| Devadas Patil | 12 |
| Dhananjaya Rao | 1 |
| Dino Farinacci | 4 |
| Divyavathi Paniyoor | 2 |
| Doug Weismann | 1 |
| Eleza Chang | 1 |
| Enke Chen | 4 |
| Francois Tallet | 3 |
| Frederick Lewis | 1 |

**Unique Authors and Their Frequency**
**Generated by Counsel for Arista Networks, Inc.**                                  Page 2 of 4

| Author | Number of times author is listed next to a CLI Command |
|---|---|
| Frederick Scott | 5 |
| Fritz Budiyanto | 1 |
| Gayatri Ramakrishnan | 1 |
| George Millard | 2 |
| Gopala Andagunda | 2 |
| Gowtham Krishna Bollina | 1 |
| Graham Critchfield | 8 |
| Greg Christy | 1 |
| Greg Satz | 5 |
| Harsha Bharadwaj | 1 |
| Hasmit Grover | 3 |
| Ilse Van Hoeck | 4 |
| Iris Ataee | 1 |
| Ishan Wu | 5 |
| Jan Vilhuber | 3 |
| Jason Bos | 1 |
| Jayadev Kumarasamy | 1 |
| Jihad Sabra | 1 |
| Jimit Mehta | 2 |
| Joel Bion | 1 |
| John Zwiebel | 1 |
| Jorge Serpa | 1 |
| Jun Xie | 1 |
| Karl Klashinsky | 1 |
| Ken Smith | 1 |
| Kirk Lougheed | 36 |
| Laurence Grant | 1 |
| Lev Shvarts | 1 |
| Liming Wei | 4 |
| Luc Revardel | 2 |
| Mandeep Rohilla | 1 |
| Manoj Leelanivas | 2 |
| Mark Baushke | 1 |
| Mark Bilstad | 1 |
| Massimiliano Ardica | 5 |
| Mike Keohane | 2 |
| Minglei Yang | 1 |
| Nagarani Chandika | 2 |
| Narendranath Mididaddi | 3 |
| Nataraj Bacthu | 8 |
| Nidhi Baskar | 1 |
| Ole Troan | 16 |
| Padma Pillay-Esnault | 1 |
| Padmini Misra | 1 |

**Unique Authors and Their Frequency**
**Generated by Counsel for Arista Networks, Inc.**                                  Page 3 of 4

| Author | Number of times author is listed next to a CLI Command |
|---|---|
| Pan Chun Wen | 1 |
| Patnala Rao | 1 |
| Patrick Mahan | 1 |
| Paul Traina | 1 |
| Pedro Marques | 15 |
| Phillip Remaker | 1 |
| Pirabhu Raman | 1 |
| R. Kavasseri | 7 |
| Raghava Sivaramu | 2 |
| Raghunatha Reddy P | 1 |
| Rajeeva Narayanaswamy | 1 |
| Rajiv Raghunarayan | 2 |
| Ramesh Kumar Chinnasamy | 1 |
| Ramesh Santhanakrishnan | 2 |
| Ravi Varanasi | 1 |
| Rex Fernando | 4 |
| Richard Foltak | 1 |
| Richard Johnson | 4 |
| Rick Pratt | 1 |
| Rituparna Agrawal | 2 |
| Robert Albrightson | 1 |
| Robert Snyder | 1 |
| Rohit Watve | 1 |
| Ronnie Kon | 2 |
| Saci | 5 |
| Sankar Nagarajan | 1 |
| Satish Mynam | 1 |
| Satyanarayana Dillikar | 1 |
| Senthil Arunachalam | 3 |
| Shantharam Nekkar | 2 |
| Shubhra Bhargava | 1 |
| Solomon Telke | 1 |
| Sri Mohana Satya Srinivas | 1 |
| Sudhakar Mamillapalli | 1 |
| Swapna Yelamanchi | 1 |
| Tameen Khan | 3 |
| Tim Gleeson | 2 |
| Toerless Eckert | 2 |
| Tong Liu | 5 |
| V.N. Ramesh Ponnapalli | 7 |
| Vijay | 1 |
| Vijay Gupta | 1 |
| Vikas Gupta | 1 |

**Unique Authors and Their Frequency**
**Generated by Counsel for Arista Networks, Inc.**                    Page 4 of 4

| Author | Number of times author is listed next to a CLI Command |
|---|---|
| Vince Deters | 1 |
| Vithal Shirodkar | 1 |
| Wayne Ogozaly | 2 |
| Weng Hong Chan | 3 |
| Wenhui Zhao | 1 |
| Yiqing Zhu | 2 |
| Yogesh Kaushik | 2 |
| Yong Chen | 1 |