# EXHIBIT 6

## DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY