# EXHIBIT 8

## DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY