1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1    Cisco Systems, Inc. ("Cisco") has filed an administrative motion for an order to seal

2 certain documents filed in connection with Cisco's Opposition to Arista's Motion to Amend

3 Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review.

4    Having considered Cisco's motion, and good cause having been shown, the Court

5 GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review | As highlighted in the version filed herewith, portions of pages: 5 and 6 |
| Exhibit 6 to the Declaration of Mark Tung in Support of Cisco's Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review | Entire. |
| Exhibit 8 to the Declaration of Mark Tung in Support of Cisco's Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review | Entire. |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER GRANTING CISCO'S MOTION TO SEAL
Case No.3:14-cv-05344-BLF