# EXHIBIT 1



Q3'2015 Highlights
**November 2015**



# Safe Harbor

This presentation and the accompanying oral presentation contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to management.  Forward-looking statements include all statements other than statements of historical fact contained in this presentation, including information concerning our business plans and objectives, total addressable market, potential growth opportunities, market potential by speed, trends relating to increase in storage, competitive position, benefits of Arista platform, industry environment and potential market opportunities.

Forward-looking statements are subject to known and unknown risks, uncertainties, assumptions and other factors that could cause actual results, performance or achievements to differ materially from those anticipated in or implied by the forward looking statements including: Arista Network's limited operating history; risks associated with Arista Networks' rapid growth; Arista Networks' customer concentration; requests for more favorable terms and conditions from our large end customers; declines in the sales prices of our products and services; changes in customer order patterns or customer mix; increased competition in our products and service markets, including the data center market; dependence on the introduction and market acceptance of new product offerings and standards; rapid technological and market change; the dispute with Cisco Systems, Inc. and OptumSoft, Inc., the evolution of the cloud networking market and the adoption by end customers of Arista Networks' cloud networking solutions; and general market, political, economic and business conditions. Additional risks and uncertainties that could affect Arista Networks can be found in Arista's Quarterly Report on Form 10-Q for the period ended September 30, 2015 filed with the SEC on November 6, 2015, Arista's Annual Report on Form 10-K for the period ended December 31, 2014 filed with the SEC on March 12, 2015, and other filings that the company makes to the SEC from time to time. You can locate these reports through our website at http://investors.arista.com and on the SEC's website at www.sec.gov.

You should not rely upon forward-looking statements as predictions of future events. Although our management believes that the expectations reflected in our forward-looking statements are reasonable, we cannot guarantee that the future results, levels of activity, performance or events and circumstances described in the forward-looking statements will be achieved or occur.  Moreover, neither we, nor any other person, assume responsibility for the accuracy and completeness of the forward-looking statements.

This presentation is being provided as of November 5, 2015 and the forward looking statements and any other statements contained herein speak only as of the date of this presentation, and we undertake no obligation to publicly update any forward-looking statements or any other statements in this presentation for any reason after the date of this presentation to conform these statements to actual results or to changes in our expectations, except as required by law.

In addition to GAAP financial information, this presentation includes certain non-GAAP financial measures. The non-GAAP measures have limitations, and you should not consider them in isolation or as a substitute for our GAAP financial information.  There are limitations to the use of non-GAAP measures. Non-GAAP gross margins, non-GAAP operating income and adjusted EBITDA exclude the impact of stock-based compensation expense, which is a recurring expense for us.  See the Appendix for a reconciliation of all non-GAAP financial measures to their nearest GAAP equivalent.

# Paradigm Shift – Data Center Moving to the Cloud





# Arista's Cloud Networking Opportunity



**Source:** Dell'Oro Market Research, Ethernet Switch Update, September 2015

4

ARISTA

# Growth of Cloud Providers



Cloud Infrastructure Services (IaaS, PaaS, Private & Hybrid services

Source: Synergy Research Group

5



# Arista Market Share vs Cisco

High Speed Data Center Switching Market Share in Ports (10/40/100GbE)



Source: Crehan Research Datacenter Switch Market Share Report Q2'2015. Arista 2011 ports based on management estimates.

**Note:** Excludes blade switches.

6

ARISTA

# Market Potential by Speed

Data Center Revenue ($Bn)



*During the next several years, almost all 25/50GE servers ports are expected to connect to 100 GE switch ports.

7



# Gartner Magic Quadrant 2015

## Data Center Networking



"We see Arista, in essence, being very open and agnostic and almost acting as an arms dealer in the SDN race," Lerner said.

Andrew Lerner, Gartner May 2015

**Source:** Gartner May 2015

8

ARISTA

# Arista Platform Delivers Software Driven Cloud Networking





Accelerates Time to Service and Reduces TCO
Higher Feature Velocity

# Arista's Cloud Scale Software Architecture





# Arista Key Differentiators of Software Driven Cloud Networks



**ARISTA**

# Arista Portfolio

## Spline/Spine

### 7300X & 7320X Series



### 7500E Series



## Leaf

### 7050X & 7060X Series



### 7150 & 7280 Series



## Volume

## Value

## Single-Image Arista EOS Across All Platforms

12



# Arista CloudVision: Platform for Automation and Visibility







ARISTA

✓ Provisioning
✓ Compliance
✓ Change Management
✓ P/V Integration

| Cloud Orchestrators | Overlay Controllers | Network Security | Cloud Services |

- EOS Network Wide Services

- Single network control point

- Turnkey workflow automation



Network State-sync

Spine Fabric

Leaf

**ARISTA**

# Security in a Physical and Virtual World



Traditional Perimeter
*North/South only*

**Macro-Segmentation**
*Physical to Physical
Physical to Virtual
East/West*

Universal Cloud
Network
*L3 + ECMP + VXLAN*

Non virtualized
Bare Metal
Servers

Storage
Arrays

Micro-segmentation
*VM to VM East/West*

14



# Arista Macro-Segmentation

- **Dynamic**

Insert security between any data center physical and virtual workload

Automatic & seamless service insertion

Follows host and application throughout the network

- **Open**

No proprietary frame format

Works in multi-vendor network architecture

Open APIs

- **Ecosystem**

Works with leading Security, Cloud Orchestration and Overlay Controllers



15

# Arista's Ecosystem: Open and Programmable



# NSX Integration – Arista

| Integration with NSX Platform | Brocade /Legacy | Cumulus/ Linux | Juniper/ Contrail | Arista |
|---|---|---|---|---|
| Hardware VTEP | ✓ | ✓ | ✓ | ✓ |
| VTEP High Availability | ✓ | ✗ | ✓ | ✓ |
| Single Point of Integration | ✓ | ✗ | ✗ | ✓ |
| Logical & Physical Correlation & Visibility | ✗ | ✗ | ✗ | ✓ |
| Selective VNI monitoring | ✗ | ✗ | ✗ | ✓ |
| Event Correlation with Log Insight | ✗ | ✗ | ✗ | ✓ |
| Underlay Monitoring with vROps | ✗ | ✗ | ✗ | ✓ |
| Traceability of Flows within Overlay & Underlay | ✗ | ✗ | ✗ | ✓ |

17

# Broad Customer Adoption



# Pace of Cloud Networking Adoption



[1] Includes Cloud Titans.  Note: By Billings. Only selected verticals shown.

19

# Illustrative Customer Purchase Pattern





# Proven Land-and-Expand Model

- EOS software drives repeat purchases

- EOS software organically enables additional use cases



21



# Arista in Q3'15

## Key Highlights

| |
|---|
| Introduced new 25/50/100GbE Leaf Switches; 7060X, 7260X, 7320X |
| CloudVision Macro-Segmentation Services (MSS) with security leaders |
| Sustainable EOS software advantage |
| Balanced success across four key verticals |

## Financial Results (non-GAAP)[1]

| |
|---|
| Q3'15 Revenue: $217.5M |
| Q3'14-Q3'15 YOY Revenue Growth: 40% |
| Q3'15 Gross Margin: 65.5% |
| Q3'15 Operating Margin: 27.3% |

### *Mission:*

Deliver the best cloud networking solutions to address the needs of large-scale Internet companies and next-generation data centers for enterprises.

[1] Amounts are non-GAAP except for Revenue; refer to reconciliation between non-GAAP and GAAP in the appendix.

ARISTA

# Strong Revenue Growth





ARISTA

# Financial Highlights[1]









[1] Amounts are non-GAAP except for Revenue; refer to reconciliation between non-GAAP and GAAP in the appendix.



# Cash Flow and Balance Sheet









25



# Arista vs. Select Peers – GAAP

ARISTA

| (In 000s except per share data) | Q4'14 | Q1'15 | Q2'15 | Q3'15 |
|---|---|---|---|---|
| **Revenue** | **173,489** | **179,045** | **195,552** | **217,548** |
| *qoq%* | *11.6%* | *3.2%* | *9.2%* | *11.2%* |
| *yoy%* | *51.2%* | *52.8%* | *41.8%* | *39.9%* |
| **Gross Profit** | **116,440** | **117,753** | **127,890** | **141,748** |
| *Gross Margin %* | *67.1%* | *65.8%* | *65.4%* | *65.2%* |
| **Operating Income (Loss)** | **39,002** | **35,755** | **32,859** | **31,297** |
| *Operating Margin %* | *22.5%* | *20.0%* | *16.8%* | *14.4%* |
| **Net Income (Loss)** | **31,037** | **24,492** | **23,996** | **28,690** |
| Share Count – Diluted | 70,219 | 70,722 | 71,215 | 71,887 |
| **EPS - Diluted** | **$0.43** | **$0.34** | **$0.33** | **$0.39** |
| Closing Stock Price (at Q/E) | $60.76 | $70.53 | $81.74 | $61.19 |
| **Market Cap[1]** | **3,914,490** | **4,672,230** | **5,438,030** | **4,125,720** |



| (In 000s except per share data) | Q/E Oct 2014 | Q/E Jan 2015 | Q/E Apr 2015 | Q/E Jul 2015 |
|---|---|---|---|---|
| **Revenue** | **192,346** | **217,655** | **234,172** | **283,879** |
| *qoq%* | *7.9%* | *13.2%* | *7.6%* | *21.2%* |
| *yoy%* | *50.1%* | *54.3%* | *55.4%* | *59.3%* |
| **Gross Profit** | **138,885** | **158,330** | **169,777** | **209,561** |
| *Gross Margin %* | *72.2%* | *72.7%* | *72.5%* | *73.8%* |
| **Operating Income (Loss)** | **(23,763)** | **(38,516)** | **(36,724)** | **(34,533)** |
| *Operating Margin %* | *(12.4%)* | *(17.7%)* | *(15.7%)* | *(12.2%)* |
| **Net Income (Loss)** | **(30,068)** | **(43,008)** | **(45,935)** | **(45,971)** |
| Share Count – Diluted | 79,388 | 80,824 | 82,320 | 83,968 |
| **EPS - Diluted** | **($0.38)** | **($0.53)** | **($0.56)** | **($0.55)** |
| Closing Stock Price (at Q/E) | $105.70 | $125.11 | $147.72 | $185.83 |
| **Market Cap[1]** | **8,494,870** | **10,180,200** | **12,153,340** | **14,621,530** |

servicenow

| (In 000s except per share data) | Q4'14 | Q1'15 | Q2'15 | Q3'15 |
|---|---|---|---|---|
| **Revenue** | **198,004** | **211,964** | **246,716** | **261,150** |
| *qoq%* | *10.8%* | *7.1%* | *16.4%* | *5.9%* |
| *yoy%* | *58.1%* | *52.4%* | *48.0%* | *46.1%* |
| **Gross Profit** | **127,366** | **135,065** | **166,999** | **179,262** |
| *Gross Margin %* | *64.3%* | *63.7%* | *67.7%* | *68.6%* |
| **Operating Income (Loss)** | **(36,684)** | **(54,232)** | **(53,235)** | **(28,040)** |
| *Operating Margin %* | *(18.5%)* | *(25.6%)* | *(21.6%)* | *(10.7%)* |
| **Net Loss** | **(44,663)** | **(58,093)** | **(61,925)** | **(41,030)** |
| Share Count – Diluted | 148,666 | 151,602 | 154,465 | 156,931 |
| **EPS - Diluted** | **($0.30)** | **($0.38)** | **($0.40)** | **($0.26)** |
| Closing Stock Price (at Q/E) | $67.85 | $78.78 | $74.31 | $69.45 |
| **Market Cap[1]** | **10,062,160** | **11,856,390** | **11,428,880** | **10,841,150** |

splunk >

| (In 000s except per share data) | Q/E Oct 2014 | Q/E Jan 2015 | Q/E Apr 2015 | Q/E Jul 2015 |
|---|---|---|---|---|
| **Revenue** | **116,029** | **147,392** | **125,665** | **148,326** |
| *qoq%* | *14.3%* | *27.0%* | *(14.7%)* | *18.0%* |
| *yoy%* | *47.6%* | *47.5%* | *46.3%* | *46.1%* |
| **Gross Profit** | **98,449** | **125,852** | **102,580** | **123,286** |
| *Gross Margin %* | *84.8%* | *85.4%* | *81.6%* | *83.1%* |
| **Operating Income (Loss)** | **(48,251)** | **(57,099)** | **(70,979)** | **(65,568)** |
| *Operating Margin %* | *(41.6%)* | *(38.7%)* | *(56.5%)* | *(44.2%)* |
| **Net Loss** | **(48,551)** | **(57,028)** | **(71,186)** | **(55,289)** |
| Share Count – Diluted | 120,331 | 122,385 | 124,548 | 126,621 |
| **EPS - Diluted** | **($0.40)** | **($0.47)** | **($0.57)** | **($0.44)** |
| Closing Stock Price (at Q/E) | $66.08 | $53.35 | $66.35 | $69.94 |
| **Market Cap[1]** | **7,924,100** | **6,263,220** | **8,313,860** | **7,111,100** |

[1] Source: Bloomberg

26



# 2015 Summary

- Strong revenue and market share growth driven by broad customer adoption

- Visibility from deep customer engagement

- Diverse and growing customer base across key verticals

- Proven land and expand model

- Good margins supported by differentiated technology advantage

27

# Appendix: GAAP to Non-GAAP Reconciliation

| In 000's except per share data | | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 | Q1'15 | Q2'15 | Q3'15 |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP gross profit | $ | 65,036 | $ 77,473 | $ 81,314 | $ 93,380 | $ 100,957 | $ 116,440 | $ 117,754 | $ 127,890 | $ 141,748 |
| GAAP gross margin | | 64.0% | 67.5% | 69.4% | 67.7% | 64.9% | 67.1% | 65.8% | 65.4% | 65.2% |
| Stock compensation | | 107 | 151 | 211 | 301 | 480 | 543 | 636 | 784 | 786 |
| Non-GAAP gross profit | $ | 65,143 | $ 77,624 | $ 81,525 | $ 93,681 | $ 101,437 | $ 116,983 | $ 118,390 | $ 128,674 | $ 142,534 |
| Non-GAAP gross margin | | 64.1% | 67.6% | 69.6% | 67.9% | 65.2% | 67.4% | 66.1% | 65.8% | 65.5% |
| | | | | | | | | | | |
| GAAP income from operations | $ | 18,636 | $ 22,505 | $ 21,982 | $ 30,655 | $ 33,874 | $ 39,002 | $ 35,755 | $ 32,859 | $ 31,297 |
| GAAP operating margin | | 18.3% | 19.6% | 18.8% | 22.2% | 21.8% | 22.5% | 20.0% | 16.8% | 14.4% |
| Stock compensation | | 2,584 | 3,760 | 4,782 | 6,705 | 8,082 | 8,050 | 8,839 | 11,208 | 12,278 |
| Litgation | | - | - | - | - | - | - | 6,670 | 9,909 | 15,889 |
| Non-GAAP income from operations | $ | 21,220 | $ 26,265 | $ 26,764 | $ 37,360 | $ 41,956 | $ 47,052 | $ 51,264 | $ 53,976 | $ 59,464 |
| Non-GAAP operating margin | | 20.9% | 22.9% | 22.8% | 27.1% | 27.0% | 27.1% | 28.6% | 27.6% | 27.3% |
| | | | | | | | | | | |
| GAAP net income to common stockholders, diluted | $ | 6,128 | $ 7,415 | $ 6,816 | $ 14,851 | $ 21,255 | $ 30,328 | $ 24,071 | $ 23,638 | $ 28,329 |
| Net income attributable to participating securities | | 5,728 | 6,327 | 5,513 | 6,767 | 611 | 709 | 421 | 358 | 361 |
| Stock compensation | | 2,584 | 3,760 | 4,782 | 6,705 | 8,082 | 8,050 | 8,839 | 11,208 | 12,278 |
| Release of income tax reserve | | | | | | | | | | (6,376) |
| Gain on note receivable | | - | - | - | (4,000) | - | - | - | - | |
| Litigation expense | | - | - | - | - | - | - | 6,670 | 9,909 | 15,889 |
| Tax effect of non-GAAP exclusions | | - | - | (705) | (600) | (1,876) | (1,750) | (4,469) | (6,335) | (8,064) |
| Non-GAAP net income | $ | 14,440 | $ 17,502 | $ 16,406 | $ 23,723 | $ 28,072 | $ 37,337 | $ 35,532 | $ 38,778 | $ 42,417 |
| | | | | | | | | | | |
| GAAP weighted diluted Shares | | 30,412 | 32,470 | 33,816 | 44,057 | 69,737 | 70,219 | 70,722 | 71,215 | 71,887 |
| Additional dilutive shares (1) | | 32,282 | 32,282 | 32,282 | 23,413 | - | - | - | - | |
| Non-GAAP weighted diluted shares | | 62,694 | 64,752 | 66,098 | 67,470 | 69,737 | 70,219 | 70,722 | 71,215 | 71,887 |
| | | | | | | | | | | |
| GAAP diluted income per share to common stockholders | $ | 0.20 | $ 0.23 | $ 0.20 | $ 0.34 | $ 0.30 | $ 0.43 | $ 0.34 | $ 0.33 | $ 0.39 |
| Net income per share attributable to participating securities | | 0.19 | 0.19 | $ 0.16 | 0.15 | 0.01 | 0.01 | - | - | 0.01 |
| Non-GAAP adjustments to net income per share | | 0.08 | 0.12 | $ 0.12 | 0.05 | 0.09 | 0.09 | 0.16 | 0.21 | 0.19 |
| Non-GAAP adjustments to diluted shares | | (0.24) | (0.27) | $ (0.23) | (0.19) | - | - | - | - | |
| Non-GAAP diluted income per share | $ | 0.23 | $ 0.27 | $ 0.25 | $ 0.35 | $ 0.40 | $ 0.53 | $ 0.50 | $ 0.54 | $ 0.59 |

(1) Includes weighted shares from the issuance of shares upon our IPO and the assumed conversion of preferred stock and notes payable at the beginning of each quarter.