# EXHIBIT 2

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:14-cv-05344-BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC.'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT ARISTA NETWORKS, INC.'S FIRST SET OF INTERROGATORIES (2 AND 5)** |

**INTERROGATORY NO. 5:**

State in detail the derivation of each CLI Command used by Cisco, including without limitation all CLI Commands that You contend Arista has unlawfully copied.

**RESPONSE TO INTERROGATORY NO. 5:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it (1) calls for evidence pertaining to specific similarities between Cisco's copyrighted works and individual CLI commands copied by Arista, (2) seeks information not relevant to the copyrightability of Cisco's works-in-suit, and (3) seeks information regarding acts not at issue in this suit. Cisco further objects to the characterization in this interrogatory that any Cisco CLI command was derived. Cisco further objects to this interrogatory to the extent that it calls for information that is publicly available or equally available to Arista, and therefore is of no greater burden for Arista to obtain than for Cisco to obtain. Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the terms "derivation," "each CLI command used by Cisco," and "all CLI Commands that You contend Arista has unlawfully copied." Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work-product, or that is protected by any other applicable privilege, protection, or immunity, including without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, and to the extent this interrogatory can be understood, Cisco responds that after conducting a reasonable search it is not presently aware of any information responsive to this interrogatory. Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Cisco's command line interface (CLI) allows users the option of entering commands at a command line prompt, rather than only using configuration files. Commands for Cisco's CLI include those used to set parameters and others that are used to monitor the state of a machine, device, program or process. Over time, as additional functionality for Cisco's switches and routers was developed, corresponding commands were introduced into CLI by developers at Cisco. Because Cisco's CLI was the result of a collective effort of multiple engineers, there is no single employee who was the origin of all of the commands within Cisco's CLI. Information relating to the timing of introduction of individual commands, as well as additional details, can be found in or ascertained from Cisco's manuals and internal documents. Pursuant to Fed. R. Civ. P. 33(d), Cisco refers to CSI-CLI-00358160 - CSI-CLI-00359262. Cisco also incorporates by reference the Bates ranges provided in Cisco's Supplemental Response to Interrogatory No. 2.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products and expert discovery.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Kirk Lougheed is knowledgeable regarding the CLI command expressions and the process by which the CLI command expressions were created.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The command expressions that Arista copied from Cisco's copyrighted works were developed by different Cisco engineers—often working in teams—in different circumstances over time. Some of those command expressions were created by early Cisco employees, such as Kirk Lougheed, for incorporation into Cisco's earliest products (*e.g.*, "show hosts," and "show interfaces"). Cisco created other command expressions in connection with the launch of new products or new features (*e.g.*, "ip name-server," and "ipv6 address").

Cisco has provided detailed additional information regarding the development of each command expression copied by Arista in Cisco's supplemental responses to Arista's Interrogatory No. 16 and accompanying exhibits, which is incorporated by reference as if fully set forth herein. The information provided in response to Arista's Interrogatory No. 16 explains the process by which each command expression was created. For each command expression, Cisco has identified the legal author of and developer(s) known to have worked on creating that expression. Cisco also has identified the earliest document known to Cisco that contains each command expression, the earliest operating system (product) that contained each command expression, and the date on which each such operating system was first distributed. Pursuant to Fed. R. Civ. P. 33(d), Cisco additionally refers Arista to the documents cited in its supplemental responses to Arista's Interrogatory No. 16, including source code and documents identified by Bates number.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products and expert discovery.

**INTERROGATORY NO. 6:**

Identify with specificity each copyrighted work (by copyright and registration number) that You contend Arista has unlawfully copied.

**PROOF OF SERVICE**

I hereby certify that, at the date entered below and per the agreement of the parties, I caused a true and correct copy of the foregoing to be served by transmission via secure FTP site, the credentials for which were made available to counsel at the email addresses below:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 | Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com |
| Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Robert Van Nest<br>rvannest@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 |
| Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2015, at Berkeley, California.

                                       */s/ Matthew D. Cannon*
                                       Matthew D. Cannon