# EXHIBIT 7



BIG DATA

# An ex-Cisco exec reflects

by Adam Lashinsky   @adamlashinsky   MARCH 20, 2014, 2:55 PM EDT

**In conversation with Jayshree Ullal, CEO of Arista Networks.**

FORTUNE — *Jayshree Ullal made her career at networking leader Cisco Systems, before leaving in 2008 and shortly after that joining a new company started by Andy Bechtolsheim, a founder of Sun, and several others. In a recent interview, she discussed what she learned at Cisco—and how her new company, Arista Networks, competes against it. Below, her words as told to* Fortune's *Adam Lashinsky.*

In 2008 Arista was 30 engineers and getting ready to launch product. I left Cisco in May of 2008, and I took the summer off to evaluate clean tech and social networking, and finally came back to my roots.

CSI-CLI-00356028



CSI-CLI-00356029





CSI-CLI-00356031



succeed because Cisco fails or vice versa. The market, the total available market, is so large that we both can succeed without Peter robbing Paul, or whatever. So in my view customers are looking for an alternative. The more conservative customers who have grown up with Cisco in their traditional enterprises certainly will stay with Cisco. Just like you don't get fired for buying IBM, you won't get fired for buying Cisco, and those are not the traditional technical customer community that comes to Arista first. They might come later.

We're very much in the early adopter phase where the ones who come to us are the ones who are really looking to build this open modern network and know they need a multi-vendor solution to that.

**MORE:** MuleSoft raises $50 million, preps for IPO

It's really a tipping point moment because remember, the data center market right now is anticipated to be around $3 billion or $4 billion. And in the next three years, it's supposed to get to $10 billion. Some even say $16 billion. But let's take the low-end of this. So, the way we look at it is even if you say half or 70% of Cisco, because that's the way life goes, even with the best technology people will go with old habits. We think that there is enough market, enough opportunity and enough customers who want a second vendor. And because we don't have the legacy of having built an enterprise, we could start with a clean sheet of paper and only offer that. Cisco will come from their strength of legacy and Arista will come from its strength of

CSI-CLI-00356032



CSI-CLI-00356033