# EXHIBIT 12



633 Battery Street
San Francisco, CA 94111-1809

415 391 5400

kvn.com

Elizabeth K. McCloskey
415-676-2269
emccloskey@kvn.com

October 15, 2015

Matthew D. Cannon
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street
San Francisco, CA 94111

Re:   *Cisco Systems, Inc. v. Arista Networks, Inc.*
      Case No. 5:14-cv-05344-BLF

Dear Matt:

    Arista intends to notice the deposition of Kirk Lougheed. We propose a deposition date of November 10, 2015, although we are, of course, willing to discuss alternative dates. In addition, Arista can only proceed with Mr. Lougheed's deposition on November 10 date if Cisco has produced, no later than one week before the deposition, all custodial documents for Mr. Lougheed, as well as all documents authored by Mr. Lougheed and cited in Cisco's response to Arista's Interrogatory No. 16. If Cisco cannot produce these documents one week before the deposition, we will need to adjust the deposition date accordingly.

    Please let me know whether November 10 is an acceptable date to Cisco for Mr. Lougheed's deposition.

Very truly yours,

KEKER & VAN NEST LLP

Elizabeth K. McCloskey