# EXHIBIT 14

| | |
|---|---|
| **From:** | Elizabeth K. McCloskey <EMcCloskey@kvn.com> |
| **Sent:** | Friday, October 16, 2015 4:02 PM |
| **To:** | Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) |
| **Cc:** | ARISTA-KVN |
| **Subject:** | Cisco v. Arista: Search Terms |
| **Attachments:** | Arista's Search Terms 101615.pdf |

Counsel,

Please find attached Arista's search terms. We reserve the right to add additional terms as discovery progresses.

Additionally, in light of Cisco's representation that it does not have custodial documents for Mr. Bansal, we ask that you tell us whether you have custodial documents for Jung Tjong.

We look forward to conferring next week regarding the parties' search terms and plans for searching both custodial and non-custodial data sources.

Thanks,
Lizzy

**Elizabeth K. McCloskey**
Attorney at Law

**KEKER & VAN NEST** LLP

415 676 2269 direct   |   vCard   |   emccloskey@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com