# EXHIBIT 16

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 | FAX (415) 875-6700

WRITER'S INTERNET ADDRESS
matthewcannon@quinnemanuel.com

July 21, 2015

Elizabeth McCloskey
Keker & Van Nest
633 Battery Street
San Francisco, CA 94111
EMcCloskey@kvn.com

Re:   *Cisco Systems, Inc. v. Arista Networks, Inc*., Case No. 5:14-cv-05344-BLF (N.D. Cal.)

Dear Lizzy:

Enclosed please find an encrypted USB hard drive containing a production of documents Bates labeled CSI-ANI-00000001 through CSI-ANI-00643124.  Please note that there is a large gap in the production numbers at CSI-ANI-00129789 through CSI-ANI-00184615, which reflects a processing error; no documents were produced in the ITC cases within this range.

Other gaps in the production reflect documents containing third-party confidential information that we do not yet have permission to produce.  We will provide an overlay with those documents when possible.

Please note that this production contains information that was designated as CONFIDENTIAL BUSINESS INFORMATION in the ITC cases and should be treated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information in this case.

Very truly yours,

/s
Matthew D. Cannon

02099-00004/7015009.1

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW |
02099-00004/7015009.1  HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS