# EXHIBIT 19

| | |
|---|---|
| From: | Adam Sweeney [asweeney@aristanetworks.com] |
| Sent: | 7/12/2010 7:00:14 AM |
| To: | Kenneth Duda [kduda@aristanetworks.com] |
| Subject: | Re: the ios pvlan cli is just horrible |

There are probably some places where we can alias the cisco commands to our simplified version. I'll have to work it all out to see what maps and what doesn't.

I really don't think that we should slavishly follow cisco in this case. Copying cisco is good when it is just "this way" or "that way", but this is just garbage. I really believe that our customers will thank us for simplifying this. Right now, there are so many ways to partially configure the feature and have it not work it's just sad. The commands are not just weird. You have to input the same information multiple times consistently, or the feature just doesn't work and you have to figure out why.

There's not much point talking about it too much right now. I'll put together a specific proposal, and we can argue about it then :-). I think the idea of accepting at least some of the commands and mapping them is a good one.

Adam


On Sun, Jul 11, 2010 at 11:22 PM, Kenneth Duda <kduda@aristanetworks.com> wrote:
Wow that is horrible.

Are you opposed to recognizing the Cisco version of things? "show
run" could show something sane, but we could still accept "switchport
private-vlan please pretty-please ..."

 -Ken



On Fri, Jul 9, 2010 at 12:52 AM, Adam Sweeney
<asweeney@aristanetworks.com> wrote:
>
> I've been looking into private vlans tonight, and I now remember why I hated
> the cli for it so much. It's just ridiculous. This is one case where I
> don't think I'll be able to copy it. Just one example should do it for you.
>  How do you configure the access vlan of a host port? Using the 'switchport
> access vlan <secondary vlan>' command? Of course not. How about
> 'switchport private-vlan host-association <primary vlan> <secondary vlan>'?
>  Why wouldn't you want a whole different command and to repeat the primary
> to secondary association (which you already configured on the vlans

CONTAINS CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER     ANI-ITC-944_945-3599339

> themselves)? Gack!
> Anyway. I thought you might enjoy that. It was after I discovered this
> crap that I started participating on the parser-police list at cisco. :-(
> Adam
>

CONTAINS CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER         ANI-ITC-944_945-3599340