# EXHIBIT 20

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br>  Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **PLAINTIFF CISCO'S PRELIMINARY ELECTION OF ASSERTED CLAIMS** |

Without prejudice to Plaintiff Cisco Systems, Inc.'s ("Cisco") ability to modify its election of asserted claims in light of ongoing fact discovery in this action, and without admitting the unasserted claims are not infringed, Cisco elects to assert the following twenty claims in this action:

| Patent | Preliminary Election of Asserted Claims |
|---|---|
| 7,047,526 | 1, 6, 10, 11, 13-16, 19, and 23 |
| 7,953,886 | 1-10 |

DATED:  November 4, 2015                    Respectfully submitted,


                                            */s/ Mark Tung*

                                            Kathleen Sullivan (SBN 242261)
                                            kathleensullivan@quinnemanuel.com
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, NY 10010
                                            Telephone: (212) 849-7000
                                            Facsimile: (212) 849-7100

                                            Sean S. Pak (SBN 219032)
                                            seanpak@quinnemanuel.com
                                            John M. Neukom (SBN 275887)
                                            johnneukom@quinnemanuel.com.
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
                                            50 California Street, 22nd Floor
                                            San Francisco, CA 94111
                                            Telephone: (415) 875-6600
                                            Facsimile: (415) 875-6700

                                            Mark Tung (SBN 245782)
                                            marktung@quinnemanuel.com
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
                                            555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, CA 94065
                                            Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100
                                            *Attorneys for Plaintiff Cisco Systems, Inc.*

**PROOF OF SERVICE**

I hereby certify that, at the date entered below and per the agreement of the parties, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail to counsel at the email addresses below:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 | Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com |
| Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Robert Van Nest<br>rvannest@kvn.com<br>Elizabeth Katharine McCloskey<br>emccloskey@kvn.com<br>Ajay Krishnan<br>akrishnan@kvn.com |
| Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | David Justin Rosen<br>drosen@kvn.com<br>Ryan K.M. Wong<br>rwong@kvn.com<br>Eduardo Enrique Santacana<br>esantacana@kvn.com<br>ARISTA-KVN@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2015, at Redwood Shores, California.

 */s/ Mark Tung*
Mark Tung