UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion for an order to seal certain documents filed in connection with Cisco's Amended Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review.

Having considered Cisco's motion, and good cause having been shown, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Amended Opposition to Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review | As highlighted in the version filed herewith, portions of page: 3 |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             The Honorable Beth Labson Freeman
                                             United States District Judge