Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cisco Systems, Inc. )
 ) Case No: 5:14-cv-5344
   Plaintiff(s), )
 ) **APPLICATION FOR**
 v. ) **ADMISSION OF ATTORNEY**
 ) **PRO HAC VICE**
Arista Networks, Inc. ) (CIVIL LOCAL RULE 11-3)
 )
   Defendant(s). )

I, /s/ Joshua Simmons, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Adam R. Alper, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kirkland & Ellis LLP, 601 Lexington Avenue New York, NY 10169 | Kirkland & Ellis LLP, 555 California Street San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 446-4800 | (415) 439-1400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| joshua.simmons@kirkland.com | adam.alper@kirkland.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4882577.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/20/15                                      /s/ Joshua Simmons
                                                                 APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ Joshua Simmons is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 20, 2015                    [signature]
                                                              UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE