KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**ARISTA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following documents:

1. Portions of Arista's Reply in Support of Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review, which reference information contained in Exhibit A, below, as well as information previously sealed by the Court on November 24, 2015 (Dkt. No. 123); and

2. Exhibit A to the declaration of Eduardo E. Santacana in support of Arista's Reply in Support of Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review, excerpts of the deposition transcript of Kirk Lougheed, which were designated "Highly Confidential" by Cisco.

Arista does not believe Exhibit A or any portion of the Reply referencing Exhibit A should be filed under seal because Exhibit A does not contain confidential business information. Arista files this administrative motion only in order to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Arista submits, along with this administrative motion, the declaration of Eduardo E. Santacana, which attaches unredacted versions of the Reply. Per Civil Local Rule 79-5(d)(1)(C), Arista will also file a public, redacted version of the Reply. Because Exhibit A to the Santacana declaration in support of the Reply has been designated confidential in its entirety, Arista will publicly file a placeholder cover page in its place.

Dated: November 25, 2015

KEKER & VAN NEST LLP

By:  /s/ *Brian L. Ferrall*
BRIAN L. FERRALL

Attorneys for Defendant ARISTA NETWORKS, INC.