KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING ARISTA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1007805.01

1  The Court, having fully considered the papers and arguments presented by the parties,
2  hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal.
3  The following documents will remain under seal in their entirety:
4   1. Exhibit A to the Declaration of Eduardo E. Santacana in support of Arista's Reply
5  in support of its Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims
6  Pending *Inter Partes* Review.
7   2. Those portions of Arista's Reply in support of its Motion to Amend Scheduling
8  Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review which contain
9  information referenced in Exhibit A to the Declaration of Eduardo E. Santacana referenced above
10 or information previously sealed by this Court (*see* Dkt. No. 123).

**IT IS SO ORDERED.**

Dated: _____    _____
                                 HON. BETH LABSON FREEMAN
                                 United States District Judge

1
[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1007805.01