# EXHIBIT B

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

ARISTA NETWORKS, INC.
Petitioner

v.

CISCO TECHNOLOGY, INC.
Patent Owner

_____

Case No.: <u>IPR2016-00244</u>
Patent 7,953,886

_____

**PETITION FOR *INTER PARTES* REVIEW
OF U.S. PATENT NO. 7,953,886**

**Mail Stop PATENT BOARD**
Patent Trial and Appeal Board
U.S. Patent & Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Submitted by:

Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400 (tel)
(415) 397-7188 (fax)
Counsel for Petitioner Aris-
ta Networks, Inc.

November 24, 2015

TABLE OF CONTENTS

I.      INTRODUCTION ...............................................................................1

II.     MANDATORY NOTICES (37 C.F.R. § 42.8(a)(1))........................3

        A.      Real Parties-In-Interest (37 C.F.R. § 42.8(b)(1))................3

        B.      Related Matters (37 C.F.R. § 42.8(b)(2))............................3

        C.      Designation of Lead and Back-Up Counsel (37 C.F.R. §
                42.8(b)(3)) .........................................................................3

        D.      Service Information (37 C.F.R. § 42.8(b)(4)) ......................3

III.    STANDING (37 C.F.R. § 42.104(a)) ..............................................4

IV.     OVERVIEW ......................................................................................4

        A.      The alleged invention of the '886 patent...............................4

        B.      The State of the Art ..............................................................7

                1.      Command Line Interface (CLI) ..................................7

                2.      Extensible Markup Language (XML)...........................9

                3.      Use of XML to Configure Network Equipment .......11

                4.      Identifying, Extracting, and Arranging Components of
                        Commands Received in an XML Format ..................13

V.      LEVEL OF ORDINARY SKILL IN THE ART ................................14

VI.     CLAIM CONSTRUCTION .............................................................14

        A.      "command line interface (CLI) parser"................................15

        B.      "parsing the output message to identify at least one CLI token"........16

VII.    SUMMARY OF THE PRIOR ART FORMING THE BASIS OF
        THIS PETITION .............................................................................17

        A.      Courtney .............................................................................17

        B.      Gorthy.................................................................................18

        C.      Froyd...................................................................................19

        D.      JUNOScript API Guide ......................................................21

        E.      Motivation to Combine ......................................................22

VIII.   IDENTIFICATION OF CHALLENGE (37 C.F.R. § 42.104(b)).................25

        A.      Claim 1 ...............................................................................25

*Petition for Inter Partes Review of Patent No. 7,953,886*

1.    [1A] "A method comprising:" ...................................................25

2.    [1B.1] "receiving, with a command line interface (CLI) parser, an input command configured to request an operation be performed by a routing system,".........................26

3.    [1B.2] "wherein the input command is configured in an extensible markup language (XML) format having a CLI syntax with CLI keywords sequenced according to configuration rules for CLI commands;"...............................27

4.    [1C.1] "translating, with the CLI parser, the input command from the XML format having the CLI syntax into a CLI command that, when executed, is configured to prompt the routing system to perform the operation," .........29

5.    [1C.2] "wherein the translating of the input command into the CLI command includes identifying at least one XML tag that includes an XML parameter to indicate the XML tag includes one or more CLI keywords, extracting the one or more CLI keywords from the input command, and arranging the one or more CLI keywords into the CLI command according to the CLI syntax of the input command," ...................................................31

6.    [1C.3] "wherein the routing system is configured to perform the operation responsive to the execution of the CLI command;"..........................................................35

7.    [1D] "translating an output message, generated in response to performance of the operation, from a CLI format into an XML format having the CLI syntax, wherein the translating includes parsing the output message to identify at least one CLI token, translating each CLI token of the output message into a corresponding XML value according to a stored mapping of CLI tokens-to-XML values, and generating the output message in the XML format with the XML values;" ...............36

8.    [1E] "and transmitting the output message in the XML format having the CLI syntax to a remote device external from the routing system." .......................................41

B.    Claim 2 ...........................................................................42

*Petition for Inter Partes Review of Patent No. 7,953,886*

1.      "The method of claim 1, wherein the input command is formatted in accordance with an XML schema of CLI rules and behaviors enforced by an internetwork operating system (IOS) command line interface (CLI) parser subsystem." .................................................42

C.   Claim 3 .................................................................43

1.      [3A] "The method of claim 2, wherein the translation of the input command from XML format having a CLI syntax into a CLI command comprises:"...................................43

2.      [3B] "parsing the input command to identify an XML command attribute;"....................................................44

3.      [3C] "traversing the input after the XML command attribute to identify any keywords and any parameters associated with the XML command attribute;"...........................45

4.      [3D] "translating the XML command attribute into the CLI command;".................................................................46

5.      [3E] "and translating the keywords and any parameters into associated attributes of the CLI command."....................46

D.   Claim 4 .................................................................47

1.      "The method of claim 1, wherein the output message in the XML format having the CLI syntax includes data formatted in accordance with an XML data model of CLI rules and behaviors enforced by an internetwork operating system (IOS) command line interface (CLI) parser subsystem." .................................................47

E.   Claim 5 .................................................................48

1.      [5A] "The method of claim 1, wherein the translation of the output message from the CLI format into the XML format having the CLI syntax comprises:"..............................48

2.      [5B] "parsing the output message to identify at least one CLI token;" ..........................................................48

3.      [5C] "accessing a stored mapping of CLI tokens-to-XML values;"....................................................................49

iii

*Petition for Inter Partes Review of Patent No. 7,953,886*

    4.    [5D] "translating each CLI token of the output message into a corresponding XML value, in accordance with said stored mapping;" ...................................................................50

    5.    [5E] "and generating the output message in the XML format having the CLI syntax with the XML values." .............50

F.    Claim 6 ........................................................................................52

    1.    [6A] "A computer-usable memory device having computer-readable program code embedded therein for causing a computer system to:" ..............................................52

    2.    [6B] "receive an input command requesting an operation be performed by a routing system, wherein the input command is configured in an extensible markup language (XML) format having a command line interface (CLI) syntax with CLI keywords sequenced according to configuration rules for CLI commands;" ...................................53

    3.    [6C] "translate the input command from the XML format having the CLI syntax into a CLI command, wherein the routing system is configured to execute the CLI command and perform the operation, and wherein the computer system is further configured to translate the input command by identifying at least one XML tag that includes an XML parameter to indicate the XML tag includes one or more CLI keywords, extracting the one or more CLI keywords from the input command, and arranging the one or more CLI keywords into the CLI command according to the CLI syntax of the input command;" ...............................................................................54

    4.    [6D] "translate an output message from a CLI format into XML format having the CLI syntax, wherein the output message is generated in the CLI format by the routing system responsive to the performance of the operation, and wherein the translating includes parsing the output message to identify at least one CLI token, translating each CLI token of the output message into a corresponding XML value according to a stored mapping of CLI tokens-to-XML values, and generating the output message in the XML format with the XML values;" ...............55

*Petition for Inter Partes Review of Patent No. 7,953,886*

5.    [6E] "and transmit the output message in the XML format having the CLI syntax to a remote device external from the routing system." .......................................56

G.    Claim 7 .......................................................................................56

1.    "The computer-usable memory device of claim 6, wherein the input command is formatted in accordance with an XML schema of CLI rules and behaviors enforced by an internetwork operating system (IOS) command line interface (CLI) parser subsystem." ..................56

H.    Claim 8 .......................................................................................57

I.    Claim 9 .......................................................................................58

1.    "The computer-usable memory device of claim 6, wherein the output message in the XML format having the CLI syntax includes data formatted in accordance with an XML data model of CLI rules and behaviors enforced by an internetwork operating system (IOS) command line interface (CLI) parser subsystem." ..................58

J.    Claim 10 .....................................................................................59

IX.    CONCLUSION...............................................................................60

*Petition for Inter Partes Review of Patent No. 7,953,886*

## TABLE OF AUTHORITIES

**Federal Cases**

*In re Cuozzo Speed Technologies, LLC*
  793 F.3d 1268 (Fed. Cir. 2015) ..................................................................14

*In re Suitco Surface Inc.*
  603 F.3d 1255 (Fed. Cir. 2010) ..................................................................15

*Phillips v. AWH Corp.*
  415 F.3d 1303 (Fed. Cir. 2005) (*en banc*) ..............................................14

**Federal Statutes**

35 U.S.C. § 102(b) ...............................................................17, 18, 19, 21

35 U.S.C. § 102(e) ....................................................................17, 18, 19

**Federal Regulations**

37 C.F.R. § 42.8 .........................................................................................3

37 C.F.R. § 42.15(a) ..................................................................................4

37 C.F.R. § 42.63(e) ..................................................................................4

37 C.F.R. § 42.100(b) ..............................................................................14

37 C.F.R. § 42.106(a) ................................................................................4

37 C.F.R. § 42.8(a)(1) ................................................................................3

37 C.F.R. § 42.8(b)(1) ...............................................................................3

37 C.F.R. § 42.8(b)(2) ...............................................................................3

37 C.F.R. § 42.8(b)(3) ...............................................................................3

37 C.F.R. § 42.8(b)(4) ...............................................................................3

37 C.F.R. § 42.104(a) ................................................................................4

37 C.F.R. § 42.104(b) ..............................................................................25

*Petition for Inter Partes Review of Patent No. 7,953,886*

## EXHIBIT LIST

| Ex. No. | Description |
|---------|-------------|
| 1001 | U.S. Patent No. 7,953,886 to Bansal et al., issued May 31, 2011 ("'886 patent"). |
| 1002 | U.S. Patent No. 7,200,548 to Courtney, issued April 3, 2007 ("Courtney"). |
| 1003 | U.S. Patent No. 8,296,400 to Gorthy et al., issued October 23, 2012 ("Gorthy"). |
| 1004 | U.S. Patent No. 7,155,496 to Froyd et al., issued December 26, 2006 ("Froyd"). |
| 1005 | JUNOScript API Guide Release 5.1 (2d ed.), Nov. 6, 2001 ("JUNOScript Guide"). |
| 1006 | Honeywell Bull, Multics: Commands and Active Functions (Feb. 1985). |
| 1007 | Dennis M. Ritchie & Ken Thompson, The UNIX Time-Sharing System, 17 Communications of the ACM 365 (Jul. 1974). |
| 1008 | OpenVMS User's Manual, Version 7.1 (Nov. 1996), http://www.mi.infn.it/~calcolo/OpenVMS/ssb71/6489/6489p.htm. |
| 1009 | Brian W. Kernighan & Rob Pike, The UNIX Programming Environment (1984). |
| 1010 | Byung-Joon Lee, et al., *X-CLI: CLI-Based Management Architecture Using XML* (2003) ("Lee"). |
| 1011 | Alfred V. Aho et al., The AWK Programming Language (1988). |
| 1012 | Cisco's Preliminary Claim Construction Disclosure, *Cisco Systems, Inc. v. Arista Networks, Inc.*, No. 5:14-cv-05344-BLF (N.D. Cal. Aug. 24, 2015). |
| 1013 | McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003). |
| 1014 | Erik T. Ray, *Learning XML*, 2d ed. (O'Reilly Media, Inc. 2003). |
| 1015 | JUNOScript API Guide and Reference Release 4.3 (5d ed.), Nov. 13, 2001. |
| 1016 | James Boney, *Cisco IOS In a Nutshell*, 2d ed. (O'Reilly Media, Inc. |

*Petition for Inter Partes Review of Patent No. 7,953,886*

| Ex. No. | Description |
|---------|-------------|
|  | 2005). |
| 1017 | Dictionary of Computer Science, Engineering, and Technology (2010). |
| 1018 | Declaration of Douglas W. Clark, Ph.D. |

## I.    INTRODUCTION

Arista Networks Inc. ("Petitioner") petitions for *inter partes* review of claims 1-10 ("the challenged claims") of United States Patent No. 7,953,886 to Bansal *et al.,* entitled "Method and System of Receiving and Translating CLI Command Data Within a Routing System" ("'886 patent") (Ex. 1001).

The '886 patent is directed to improving the user interface for Cisco routers. Historically, network engineers configured and accessed Cisco routers through the command line interface (CLI) used with Cisco's "internetwork operating system" (known as "IOS"). *Id.* at 1:12-16. As the Background section of the '886 patent explains, however, "IOS CLI is not the most program-friendly of interfaces . . . ." *Id.* at 1:26-27. By 2005, "[t]wenty years of consistency and backwards-compatibility" had resulted in a "complicated input and output scheme" that users had to "sort through . . . to input information and extract important data," and these tasks had "proven to be . . . very difficult and cumbersome . . . to automate." *Id.* at 1:26-34.

To address this limitation, the '886 patent proposes a "more structured approach to accessing and configuring a router, while still making use of the significant advantages and experience associated with IOS CLI." *Id.* at 1:34-37. This approach entails receiving commands configured in an XML format, rather than the cumbersome CLI format, and using a CLI parser to translate the XML commands

1

*Petition for Inter Partes Review of Patent No. 7,953,886*

into CLI commands that the router can process. Similarly, when an operation invoked by a CLI command generates an output message (*i.e.*, text received in response to sending a command to the router), the output message is translated from a CLI format to an XML format and transmitted to a remote computer, such as the computer from which the XML-formatted command was received. *Id.* at 7:59-61.

The '886 patent was not inventive when it was applied for in 2005. By January 2001—over four years earlier—Cisco's competitor Juniper Networks, Inc. had released an XML-based interface for use with its routers, allowing administrators to access and configure the routers using XML commands instead of CLI. And in the same year, network-software company Intelliden filed patent applications praising the "user-friendly XML-based interface" of the Juniper Networks routers, while noting that "Cisco™ routers are notoriously difficult to configure" due to their "cumbersome command line interface (CLI)." Ex. 1002 at 1:47-52; *see also* Ex. 1003 at 1:47-51. Intelliden's applications disclosed a means for converting XML-based commands to CLI commands, and converting CLI output to XML, for use with Cisco routers, as Cisco claimed years later in the '886 patent. And others were also developing XML interfaces for existing CLI systems before Cisco applied for the '886 patent.

For these reasons, the Board should institute IPR of all the challenged claims, and should find them invalid on the grounds set forth below.

*Petition for Inter Partes Review of Patent No. 7,953,886*

## II.    MANDATORY NOTICES (37 C.F.R. § 42.8(a)(1))

Pursuant to 37 C.F.R. § 42.8, Petitioner provides the following mandatory disclosures:

### A.    Real Parties-In-Interest (37 C.F.R. § 42.8(b)(1))

The real party-in-interest is Petitioner ARISTA NETWORKS, INC.

### B.    Related Matters (37 C.F.R. § 42.8(b)(2))

The '886 patent is at issue in *Cisco Systems, Inc. v. Arista Networks, Inc.,* No. 5:14-cv-05344 (N.D. Cal).

### C.    Designation of Lead and Back-Up Counsel (37 C.F.R. § 42.8(b)(3))

Petitioner appoints Leo Lam (Reg. No. 38,528) of Keker & Van Nest LLP as lead counsel, and appoints Eugene M. Paige (Reg. No. 55,519), Robert A. Van Nest (*pro hac vice* motion to be filed), Brian L. Ferrall (*pro hac vice* motion to be filed), and David J. Silbert (*pro hac vice* motion to be filed) of Keker & Van Nest LLP as back-up counsel. An appropriate Power of Attorney is filed concurrently herewith.

### D.    Service Information (37 C.F.R. § 42.8(b)(4))

Service of any documents to lead or back-up counsel may be made to:

> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, CA 94111
> (415) 391-5400 (telephone); (415) 397-7188 (fax)

3

*Petition for Inter Partes Review of Patent No. 7,953,886*

Petitioner consents to service by email at the following addresses: aristaipr@kvn.com; llam@kvn.com; dsilbert@kvn.com.

## III.  STANDING (37 C.F.R. § 42.104(a))

Petitioner certifies that (1) the '886 patent is available for *inter partes* review; and (2) Petitioner is not barred or estopped from requesting *inter partes* review of any claim of the '886 patent on the grounds identified herein. This petition is filed in accordance with 37 C.F.R. § 42.106(a). Concurrently filed herewith is an Exhibit List per 37 C.F.R. § 42.63(e). The Office is authorized to charge the required fee as set forth in 37 C.F.R. § 42.15(a) to Deposit Acct. No. 506260. The Office is further authorized to charge fee deficiencies and credit overpayments to the above-referenced Deposit Account.

## IV.  OVERVIEW

### A.    The alleged invention of the '886 patent

The '886 patent (Ex. 1001), entitled "Method and System of Receiving and Translating CLI Command Data Within a Routing System," was filed on July 8, 2005 and issued on May 31, 2011. The patent is directed to improving the user interface for Cisco routers. Historically, network engineers configured and accessed Cisco routers through the command line interface (CLI) used with Cisco's "internetwork operating system" (known as "IOS"). *Id.* at 1:12-16. As the Background section of the '886 patent explains, however, "IOS CLI is not the most program-friendly of interfaces . . . ." *Id.* at 1:26-27. By 2005, "[t]wenty years of consistency

4

*Petition for Inter Partes Review of Patent No. 7,953,886*

and backwards-compatibility" had resulted in a "complicated input and output scheme" that users had to "sort through . . . to input information and extract important data," and these tasks had "proven to be . . . very difficult and cumbersome . . . to automate." *Id.* at 1:26-34.

To address this limitation, the '886 patent proposes a "more structured approach to accessing and configuring a router, while still making use of the significant advantages and experience associated with IOS CLI." *Id.* at 1:34-37. This approach entails receiving commands configured in an XML format, rather than the cumbersome CLI format, and using a CLI parser to translate the XML commands into CLI commands that can be processed by the router. Table 1 of the '886 patent provides an example of such an input command in XML format:

TABLE 1

```
<add>
<k_mpls_label>
<k_range>
<range-min>10</range-min>
    <range-max>300</range-max>
<k_static>
    <static-min>30</static-min>
    <static-max>150</static-max>
</k_static>
</k_range>
</k_mpls_label>
</add>
```

*Id.* at Table 1.

The CLI command corresponding to this example is "mpls label range 10 300 static 30 150." *Id.* at 5:57-65. The XML tags shown in Table 1—which are de-

*Petition for Inter Partes Review of Patent No. 7,953,886*

limited by angle brackets ("<" and ">")—contain "CLI keywords" or enclose "command parameters," both of which the parser extracts and arranges into CLI commands. *Id.* at 5:5-6 and 5:30-36; Declaration of Douglas W. Clark, Ph.D. ("Clark Decl.") (Ex. 1018) ¶ 19. In this example, "mpls label," "range," and "static" are CLI keywords, each contained in the tags with the corresponding text; "10" and "300" are command parameters enclosed respectively by the tags "range-min" and "range-max"; and "30" and "150" are command parameters enclosed respectively by the tags "static-min" and "static-max." Clark Decl. ¶ 19.

The '886 patent further describes that, when an operation invoked by a CLI command generates an output message (*i.e.*, text received in response to sending a command to the router), the output message is translated from a "CLI format into an XML format having the CLI syntax." Ex. 1001 at 7:59-61. To perform this translation, the system parses the output message "to identify at least one CLI token," then "translat[es] each CLI token of the output message into a corresponding XML value according to a stored mapping of CLI tokens-to-XML values." *Id.* at 7:62-66. The translated output message, now in XML format, is then transmitted to a remote device external from the routing system, such as the computer that sent the input command. *Id.* at 8:1-3.

6

*Petition for Inter Partes Review of Patent No. 7,953,886*

**B.      The State of the Art**

**1.      Command Line Interface (CLI)**

A command line interface (often abbreviated "CLI") is a type of user interface to a computer system in which the user types commands in response to a prompt and receives responses from the system on subsequent lines. Clark Decl. ¶ 21. Command line interfaces have long been well-known in the art. *Id.* For example, the influential MULTICS system, developed at MIT in the 1960's, used a CLI, as did Unix, developed in the 1970's, and Digital Equipment Corporation's Digital Command Language or DCL, developed in the 1980's or earlier. *Id.*; Honeywell Bull, Multics: Commands and Active Functions (Feb. 1985) (Ex. 1006) at 21 (MULTICS); Dennis M. Ritchie & Ken Thompson, The UNIX Time-Sharing System, 17 Communications of the ACM 365 (Jul. 1974) (Ex. 1007) at 7; OpenVMS User's Manual, Version 7.1 (Nov. 1996) (Ex. 1008) at 17, Section 3.2, 18, Section 3.3 and 19, Section 3.3.3 (DCL).

CLIs are text-based interfaces and generally operate in a similar manner. Clark Decl. ¶ 22. A user is presented with a command prompt (*e.g.*, ">" or "C:\>"), after which the user may type a command requesting that the system perform a particular operation. *Id.* The user must generally know what commands are valid for the system in question, as well as the required syntax for parameters associated with those commands. *Id.* For example, in Unix, a user can type the command "ls -

*Petition for Inter Partes Review of Patent No. 7,953,886*

l" to cause the operating system to show a long-form list of the contents of the current directory. *Id.*; Brian W. Kernighan & Rob Pike, The UNIX Programming Environment (1984) (Ex. 1009) at 19.

In response to the command, the computer system will typically return some text that constitutes the response to the command, or some other text to indicate that an error occurred (perhaps, for example, a misspelling or mis-formatting of the command). Clark Decl. ¶ 22. The user is then returned to the command prompt, where another command can then be entered. *Id.*

Cisco's Internetwork Operating System (IOS) had been in use for over twenty years when the '886 patent was applied for. *See* Ex. 1001 at 1:27-30. It uses a CLI that is similar to ones used in the prior art. Clark Decl. ¶ 23. IOS software runs on Cisco routers, which are devices that enable packetized information to be passed from one machine, through one or more routers, to a destination machine. James Boney, *Cisco IOS In a Nutshell*, 2d ed. (O'Reilly Media, Inc. 2005) (Ex. 1016) at 9. The routers are accessed and configured by administrators via a serial port, ssh, or other connection from a remote computer. *See id.* at 16-17, 32. Using the CLI, the administrator can access and configure the router by entering textual commands that follow the proper syntax. *See id.* at 9. Just as with prior art CLIs, in response to an entered command, the router may respond with requested infor-

*Petition for Inter Partes Review of Patent No. 7,953,886*

mation, make some change in the router's settings, or, in the event of an incorrect command, report an error.

### 2.    Extensible Markup Language (XML)

Extensible markup language, or "XML," is an open standard markup language that was developed in the 1990s. Erik T. Ray, *Learning XML*, 2d ed. (O'Reilly Media, Inc. 2003) (Ex. 1014) at 16. A "markup language" is a language that allows users to annotate digital documents, usually by embedding the annotations in the document's text. Clark Decl. ¶ 24. These annotations can be used for many purposes. For example, they may instruct a web browser to display certain text in a particular way, or to make a particular string of text a hypertext link. *Id.* Annotations may also describe portions of a document—for example, they may label certain text as a street name within an address, or as a citation, and software may then use this information in a variety of ways. Ex. 1014 at 24-26; Clark Decl. ¶ 24.

Like other markup languages, XML features "tags" embedded within a document. Ex. 1014 at 57. Tags are delimited by angle brackets ("<" and ">"). *Id.* at 11. With certain exceptions, tags include a start tag and an end tag (in which the name of the tag is preceded by a slash). An XML "element" consists of a start tag, a corresponding end tag, and everything in between (except in the case of an "emp-

9

*Petition for Inter Partes Review of Patent No. 7,953,886*

ty element," which is discussed below). Clark Decl. ¶ 25; *see also* Ex. 1014 at 58.

For example, an XML element might consist of:

      &lt;street address&gt;2800 S. Randolph Street&lt;/street address&gt;

      XML tags may also contain "attributes" that describe the element. Clark

Decl. ¶ 25; *see also* Ex. 1014 at 67. For example, an XML element might consist

of:

      &lt;name language="french"&gt;Pierre-Auguste&lt;/name&gt;

In this example, "language" is the name of the attribute and "french" is the attribute's value. Elements may also be nested within other elements. Clark Decl. ¶ 25;

*see also* Ex. 1014 at 58. For example, an XML element might consist of:

```
<name language="french">
        <first name>Pierre-Auguste</first name>
        <last name>Renoir</last name>
</name>
```

In this example, the "first name" and "last name" elements are nested within the

"name" element. Clark Decl. ¶ 25. As noted above, XML also allows "empty elements," which are elements with start tags only, containing no nested elements or

other contents, and whose start tags are terminated by a slash character. *Id.* Empty

elements have attributes within their start tags. Ex. 1014 at 66. For example, an

XML element may consist of:

      &lt;artist name="Pierre-Auguste Renoir"/&gt;

Clark Decl. ¶ 25.

*Petition for Inter Partes Review of Patent No. 7,953,886*

XML is an "extensible" markup language because it allows users to define their own systems of tags and attributes. Ex. 1014 at 10-11. For any particular use of XML, the tags that can be used in an XML document, the type of data they represent, and their hierarchical relationships may be defined in what is known as an "XML schema." *See id.* at 87-88. A schema acts as a blueprint of the possible combinations of tags and attributes that may be used in an XML document that conforms to a particular application's syntax and formats. *See id.* at 87-88, 90, 92. Schemas were used to model data structures in the prior art long before the '886 patent. Clark Decl. ¶ 26; Ex. 1014 at 87-89.

### 3.    Use of XML to Configure Network Equipment

Not long after XML emerged as a versatile and adaptable open standard for data description and transmission, emerging network-technology companies realized its potential use for router configuration. Clark Decl. ¶ 27. By January 2001—over four years before the '886 patent was applied for—Cisco's competitor Juniper Networks, Inc. had released an XML-based interface (JUNOScript) for use with its routers, allowing administrators to access and configure the routers using XML commands instead of CLI. *See* JUNOScript API Guide and Reference Release 4.3 (5d ed.), Nov. 13, 2001 (Ex. 1015) at 2 (indicating first edition date of January 22, 2001). The JUNOScript API provided a set of XML tags (which it calls JUNOScript tags) that client applications could send to the router. *Id.* at 45. Software

*Petition for Inter Partes Review of Patent No. 7,953,886*

in the router would process the request, encode the response to the request in JU-NOScript tags, and return the result to the client. *Id.*; Clark ¶ 27. The client could thus transmit an XML command to the router and receive a response formatted in XML. Clark Decl. ¶ 27; *see also* Ex. 1015 at 45; *see also* JUNOScript API Guide Release 5.1 (2d ed.), Nov. 6, 2001 ("JUNOScript Guide") (Ex. 1005).

The shift toward XML, as opposed to CLI, to configure and communicate with network equipment was praised in the industry long before the '886 patent was filed. Clark Decl. ¶ 28. For example, also in 2001, network- software company Intelliden filed patent applications praising the "user-friendly XML-based inter-face" of the Juniper Networks routers, while noting that "Cisco™ routers are noto-riously difficult to configure" due to their "cumbersome command line interface (CLI)." U.S. Patent No. 8,296,400 ("Gorthy"), issued October 23, 2012 (Ex. 1003) at 1:47-51; *see also* U.S. Patent No. 7,200,548 ("Courtney"), issued April 3, 2007 (Ex. 1002) at 1:47-52. Intelliden acknowledged Cisco's bind: "If Cisco™ attempt-ed to abandon its CLI in favor of the new user-friendly XML-based interface, many years of development and expertise could be lost." Ex. 1003 at 1:56-58; *see also* Ex. 1002 at 1:61-63. Anticipating the solution described by the '886 patent almost four years later, Intelliden filed simultaneous patent applications that would issue as the Gorthy and Courtney patents, disclosing a means for converting XML-based commands to CLI commands, and converting CLI output to XML, for use

12

*Petition for Inter Partes Review of Patent No. 7,953,886*

with Cisco routers. *See, e.g.*, Ex. 1003 at 6:7-12, 6:52-59; Ex. 1002 at 2:15-18, 2:32-37.

Others were also developing XML interfaces for existing CLI systems around this time. Clark Decl. ¶ 29. For example, in March 2003, Lee and co-authors published *X-CLI: CLI-Based Management Architecture Using XML* (Ex. 1010), which discloses an API for configuring CLI-based network systems using XML. *Id.* at 3. In addition, U.S. Patent No. 7,155,496 ("Froyd") (Ex. 1004), filed January 29, 2002, discloses a framework for delivering configuration data in an XML format to and from a system. *Id.* at Abstract. The XML-formatted data, which includes tags containing CLI keywords, is converted into CLI commands that are executed by the system. *Id.* at 8:51-67, 12:44-48.

### 4. Identifying, Extracting, and Arranging Components of Commands Received in an XML Format

A person of ordinary skill in the art ("POSA") at the time of the '886 patent application would have understood that a CLI command in XML format could readily be transformed by using, for example, the well-known text-manipulation tools of Unix, such as "sed," "grep," and "awk." Clark Decl. ¶ 30; *see also* Ex. 1009 at Chapter 4. A POSA would further have understood that these and other techniques for identifying, extracting, and arranging could readily be applied to XML. Clark Decl. ¶ 31. Indeed, transforming XML into a different form was a well-known use for XML long before the '886 patent was filed. *Id.* As *Learning*

*Petition for Inter Partes Review of Patent No. 7,953,886*

*XML* explained in 2003, "[t]ransformation requires two things: the source docu-
ment and a transformation stylesheet. The stylesheet is a recipe for how to 'cook'
the XML and arrive at a desired result. . . . [Transformation] can be used to turn an
XML document into just about any form you can imagine." Ex. 1014 at 50-51.

## V.    LEVEL OF ORDINARY SKILL IN THE ART

A person of ordinary skill in the art is presumed to be aware of all pertinent
art, uses conventional wisdom in the art, and is a person of ordinary creativity.
With respect to the '886 patent, a POSA would typically have at least a bachelor's
degree in computer science and 3-5 years of experience in systems development.
Clark Decl. ¶ 16.

## VI.    CLAIM CONSTRUCTION

The Board gives claims their broadest reasonable interpretation ("BRI")
consistent with the specification. 37 C.F.R. § 42.100(b); *In re Cuozzo Speed Tech-
nologies, LLC*, 793 F.3d 1268, 1279 (Fed. Cir. 2015).[1] Such a construction must

---

[1]    Other forums, such as district courts, apply a different standard. *See Phillips v.
AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (*en banc*). Any interpretation of the
challenged claims in this petition, either explicit or implicit, does not reflect Aris-
ta's interpretation under a standard other than the BRI. In particular, Arista re-
serves the right to argue for different constructions under the *Phillips* standard in
the related district-court litigation.

14

11/24/2015                                                                PTAB Trials Portal

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT TRIAL AND APPEAL BOARD

Patent Review Petition Filing Receipt

Trial Number:              IPR2016-00244

Petitioner:                Arista Networks, Inc. of Santa Clara, CA

Patent Number:             7953886

Provisional* Filing Date:  11/24/15

Point of Contact:          Leo Lam, llam@kvn.com

*The filing date is provisional. Assignment of an actual filing date is contingent on confirmation of fee payment, proper service and compliance with all other requirements.

Questions regarding this receipt should be directed to the Patent Trial and Appeal Board at 571-272-7822.