# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 14-cv-05344-BLF<br><br>**CASE MANAGEMENT ORDER** |

On December 3, 2015, the parties appeared before the Court for a Case Management Conference. Based on the briefing and the parties' arguments at the case management conference, the Court finds that Defendant has demonstrated good cause to continue the trial date from August 4, 2016 to November 21, 2016 and that Plaintiff's showing of prejudice is not adequate to defeat the request for a three and a half month delay. Defendant has also shown good cause to increase the number of depositions and interrogatories. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant is allowed up to 20 depositions total plus 30(b)(6) depositions.
2. Defendant is allowed 5 additional interrogatories (30 total).
3. The scheduling order is modified as follows:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | January 28, 2016 at 11:00 a.m. |
| Claims Construction Tutorial | March 11, 2016 at 9:00 a.m. |
| Claims Construction Hearing | March 18, 2016 at 9:00 a.m. |
| Last Day to Hear Dispositive Motions | August 4, 2016 |
| Final Pretrial Conference | November 3, 2016 |
| Trial | November 21, 2016 |

1   This Order is without prejudice to Defendant seeking additional discovery upon a showing
2   of good cause. In light of the foregoing scheduling changes, the Court finds Defendant's request
3   to stay the patent claims MOOT.

4   **IT IS SO ORDERED.**

5   Dated: December 3, 2015

6   _____
    BETH LABSON FREEMAN
7   United States District Judge