[Clear Form]

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 02/2015) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Jordan VanDruff | **2a. CONTACT PHONE NUMBER**<br>(415) 391-5400 | **3. CONTACT EMAIL ADDRESS**<br>jvandruff@kvn.com |
| **1b. ATTORNEY NAME (if different)**<br>Ryan K. Wong | **2b. ATTORNEY PHONE NUMBER**<br>(415) 391-5400 | **3. ATTORNEY EMAIL ADDRESS**<br>rwong@kvn.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**<br>Keker & Van Nest LLP<br>633 Battery Street, San Francisco, CA  94111 | **5. CASE NAME**<br>Cisco Systems, Inc. v. Arista Networks, Inc. | **6. CASE NUMBER**<br>14-cv-05344 |
| **7. COURT REPORTER NAME** ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Summer Fisher | **8. THIS TRANSCRIPT ORDER IS FOR:**<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL    ☒ CIVIL    CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)    c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/2015 | BLF | CMC | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE    /s/ Ryan K. Wong | 12. DATE<br>12/04/2015 |
|---|---|

**DISTRIBUTION:**    ☐ COURT COPY    ☐ TRANSCRIPTION COPY    ☐ ORDER RECEIPT    ☐ ORDER COPY