**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6320**

WRITER'S INTERNET ADDRESS
**seanpak@quinnemanuel.com**

December 4, 2015

<u>VIA ECF</u>

Hon. Beth Labson Freeman
United States District Court Judge
Northern District of California
San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

Re:   Cisco Systems, Inc. v. Arista Networks, Inc.
      <u>Case No. 14-cv-5344</u>

Dear Judge Freeman:

I write regarding the Case Management Order entered by the Court on December 3, 2015 (Dkt. 132). Cisco respectfully requests that the Court clarify that the modifications to the discovery limits adopted in that Order apply to both parties.

Cisco understood that Arista was seeking a mutual increase in the number of permissible depositions and interrogatories. *See* Dkt. 108-1 (proposed order providing for modifications to discovery limits for "[b]oth parties"). Cisco's agreement to increase those limits at yesterday's Case Management Conference was premised on its understanding that any such increase would be mutual.

The Court's December 3 Case Management Order (Dkt. 132), however, holds only that "**Defendant** is allowed up to 20 depositions total plus 30(b)(6) depositions" and "**Defendant** is allowed 5 additional interrogatories (30 total)." *Id.* (emphasis added). Cisco therefore respectfully requests that the Court clarify that the increased discovery limits apply to both parties. A proposed order providing that clarification is filed herewith.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

2

Very truly yours,

*/s/ Sean Pak*

Sean Pak

Quinn Emanuel Urquhart & Sullivan LLP
Counsel for Plaintiff Cisco Systems, Inc.