1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **[PROPOSED] ORDER CLARIFYING CASE MANAGEMENT ORDER (DKT. 132)** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

On December 3, 2015, the Court issued a Case Management Order providing that certain discovery limits be increased for Defendant. Because such increase should be mutual, IT IS HEREBY ORDERED that:

1. Both parties are allowed up to 20 depositions total plus 30(b)(6) depositions.
2. Both parties are allowed 5 additional interrogatories (30 total).

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            The Honorable Beth Labson Freeman
                                            United States District Judge