1
2
3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5

**SAN JOSE DIVISION**

6
7    CISCO SYSTEMS INC,                      Case No.  14-cv-05344-BLF

              Plaintiff,
8
9         v.                                **CORRECTED CASE MANAGEMENT
                                            ORDER**
10   ARISTA NETWORKS, INC.,

              Defendant.
11
12
13         On December 3, 2015, the parties appeared before the Court for a Case Management

14   Conference.  Based on the briefing and the parties' arguments at the case management conference,

15   the Court finds that Defendant has demonstrated good cause to continue the trial date from August

16   4, 2016 to November 21, 2016 and that Plaintiff's showing of prejudice is not adequate to defeat

17   the request for a three and a half month delay.  Defendant has also shown good cause to increase

18   the number of depositions and interrogatories.  Accordingly, IT IS HEREBY ORDERED that:

19      1.   Both parties are allowed up to 20 depositions total plus 30(b)(6) depositions.

20      2.   Both parties are allowed 5 additional interrogatories (30 total).

21      3.   The scheduling order is modified as follows:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | January 28, 2016 at 11:00 a.m. |
| Claims Construction Tutorial | March 11, 2016 at 9:00 a.m. |
| Claims Construction Hearing | March 18, 2016 at 9:00 a.m. |
| Last Day to Hear Dispositive Motions | August 4, 2016 |
| Final Pretrial Conference | November 3, 2016 |
| Trial | November 21, 2016 |

United States District Court
Northern District of California

This Order is without prejudice to Defendant seeking additional discovery upon a showing of good cause.  In light of the foregoing scheduling changes, the Court finds Defendant's request to stay the patent claims MOOT.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2