KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**NOTICE OF PUBLIC FILING OF REPLY IN SUPPORT OF ARISTA'S MOTION TO AMEND SCHEDULING ORDER OR, ALTERNATIVELY, TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW AND EXHIBIT A TO SANTACANA DECLARATION**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

Pursuant to the Court's Order Granting in Part and Denying in Part Arista's Administrative Motion to File Under Seal (Dkt. No. 131), Arista hereby files a revised redacted public version of its Reply in Support of Arista's Motion to Amend Scheduling Order or, Alternatively, to Stay Patent Claims Pending *Inter Partes* Review (*see* Dkt. No. 127), and Exhibit A to the Declaration of Eduardo E. Santacana (*see* Dkt. No. 126).

Dated: December 7, 2015                    KEKER & VAN NEST LLP

By:  /s/ Brian L. Ferrall
ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID SILBERT
MICHAEL S. KWUN

Attorneys for Defendant ARISTA NETWORKS, INC.