KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following documents:

1. Exhibit 1 to the declaration of David J. Rosen in support of Arista's Networks, Inc.'s Responsive Claim Construction Brief is excerpts from the deposition transcript of Jeffrey Wheeler.  Cisco designated the Wheeler deposition as "Highly Confidential - Attorneys' Eyes Only."

2. Exhibit 2 to the declaration of David J. Rosen in support of Arista's Networks, Inc.'s Responsive Claim Construction Brief is excerpts from the deposition transcript of Kevin C. Almeroth.  Cisco designated the Almeroth deposition as "Highly Confidential - Attorneys' Eyes Only."

3. Exhibit 9 to the declaration of David J. Rosen in support of Arista's Networks, Inc.'s Responsive Claim Construction Brief is excerpts from the deposition transcript of Jung Tjong.  Cisco designated the Tjong deposition as "Highly Confidential - Attorneys' Eyes Only."

Arista takes no position on whether the foregoing documents should be filed under seal. Arista files this administrative motion only in order to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Dated:  December 7, 2015                                  KEKER & VAN NEST LLP

                                            By:    /s/ *Robert A. Van Nest*
                                                    ROBERT A. VAN NEST

                                                    Attorneys for Defendant ARISTA
                                                    NETWORKS, INC.