1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 | CISCO SYSTEMS, INC.,                | Case No. 5:14-cv-05344-BLF (PSG)
13 |        Plaintiff,                   | **DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
14 |        v.                           |
15 | ARISTA NETWORKS, INC.,               | Judge:   Hon. Beth Labson Freeman
16 |        Defendant.                   | Date Filed:  December 5, 2014
17 |                                     | Trial Date:  August 1, 2016

DECLARATION OF DAVID ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1009450.01

I, DAVID J. ROSEN, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3. Exhibit 1 to my declaration in support of Arista's Networks, Inc.'s Responsive Claim Construction Brief is designated as Highly Confidential- Attorneys' Eyes Only.

4. Exhibit 2 to my declaration in support of Arista's Networks, Inc.'s Responsive Claim Construction Brief is designated as Highly Confidential- Attorneys' Eyes Only.

5. Exhibit 9 to my declaration in support of Arista's Networks, Inc.'s Responsive Claim Construction Brief is designated as Highly Confidential- Attorneys' Eyes Only.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 7, 2015, in San Francisco, California.

_____
DAVID J. ROSEN