1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  August 1, 2016 |
|---|---|

---

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1009451.01

1  The Court, having fully considered the papers and arguments presented by the parties,
2  hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal.
3  The following documents will remain under seal in their entirety:

4  1. Exhibit 1 to the Declaration of David J. Rosen in Support of Arista's Responsive
5  Claim Construction Brief.
6  2. Exhibit 2 to the Declaration of David J. Rosen in Support of Arista's Responsive
7  Claim Construction Brief.
8  3. Exhibit 9 to the Declaration of David J. Rosen in Support of Arista's Responsive
9  Claim Construction Brief.

**IT IS SO ORDERED.**

Dated: _____

HON. BETH LABSON FREEMAN
United States District Judge

1
[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1009451.01