1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

| | |
|---|---|
| 12  CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| 13          Plaintiff, | **DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| 14       v. | |
| 15  ARISTA NETWORKS, INC., | |
| 16          Defendant. | Tech Tutorial:  March 11, 2016<br>Claim Construction Hearing:  March 18, 2016 |

DECLARATION OF DAVID ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF
Case No. 5:14-cv-05344-BLF (PSG)

1009455.01

1  I, DAVID J. ROSEN, declare and state as follows:

2  1.  I am an attorney licensed to practice law in the State of California and admitted to
3  practice before this Court.  I am an associate at the law firm of Keker & Van Nest LLP and
4  counsel for Defendant Arista Networks, Inc. in the above-captioned action.

5  2.  I have personal knowledge of the facts stated herein and, if called as a witness, I
6  could testify competently thereto.

7  3.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Highly
8  Confidential—Attorneys' Eyes Only deposition of Jeffrey Wheeler, taken November 12, 2015.

9  4.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Highly
10  Confidential—Attorneys' Eyes Only deposition of Kevin C. Almeroth, taken November 23, 2015.

11  5.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Microsoft
12  Press Computer Dictionary, Third Edition, dated 1997.

13  6.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the
14  Dictionary of Computer and Internet Terms, Sixth Edition, authored by Douglas A. Downing,
15  Ph.D. et al, dated 1998.

16  7.  Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Webster's
17  New World Dictionary of Computer Terms, Seventh Edition, dated 1999.

18  8.  Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Webster's
19  New World Dictionary of Computer Terms, Ninth Edition, authored by Bryan Pfafenberger,
20  Ph.D., dated 2001.

21  9.  Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Microsoft
22  Computer Dictionary, Fifth Edition, dated 2002.

23  10.  Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the
24  Dictionary of Computer and Internet Terms, Eighth Edition, authored by Douglas A. Downing,
25  Ph.D, et al, dated 2003.

26  11.  Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Highly
27  Confidential—Attorneys' Eyes Only deposition of Jung Tjong, taken November 11, 2015.

28

1

DECLARATION OF DAVID ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF
Case No. 5:14-cv-05344-BLF (PSG)

1  12. Attached hereto as Exhibit 10 is a true and correct copy of the IBM Dictionary of
2  Computing, compiled and edited by George McDaniel, dated 1994.
3  13. Attached hereto as Exhibit 11 is a true and correct copy of Random House
4  Webster's Computer & Internet Dictionary, Third Edition, authored by Philip E. Margolis, dated
5  1999.
6  I declare under penalty of perjury under the laws of the United States that the foregoing is
7  true and correct, and that this declaration was executed on December 7, 2015, in San Francisco,
8  California.

DAVID J. ROSEN