# EXHIBIT 3

# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft**·Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted
in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada
Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further
information about international editions, contact your local Microsoft Corporation office. Or
contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at
mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of
Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX,
Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows,
Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual
J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc.
Other product and company names mentioned herein may be the trademarks of their respec-
tive owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow,
        Kurt Meyer, Robert Lyon, Roslyn Lutsch

tape machines, the record head is combined with the read head.

**record layout** \rek´ərd lā`out\ *n.* The organization of data fields within a record. *See also* record[1].

**record length** \rek´ərd length`\ *n.* The amount of storage space required to contain a record, typically given in bytes. *See also* record[1].

**record locking** \rek´ərd lok`ēng\ *n.* A strategy employed in distributed processing and other multiuser situations to prevent more than one user at a time from writing data to a record. *See also* record[1].

**record number** \rek´ərd num`bər\ *n.* A unique number assigned to a record in a database in order to identify it. A record number can identify an existing record by its position (for example, the tenth record from the beginning of a database), or it can be assigned to the record to serve as a key (for example, the number 00742 assigned to the tenth record from the beginning of the database). *See also* record[1].

**record structure** \rek´ərd struk`chur\ *n.* An ordered list of the fields that compose a record, together with a definition of the domain (acceptable values) of each field. *See also* record[1].

**recover** \rə-kəv´ər\ *vb.* **1.** To return to a stable condition after some error has occurred. A program recovers from an error by stabilizing itself and resuming execution of instructions without user intervention. **2.** To put back into a stable condition. A computer user may be able to recover lost or damaged data by using a program to search for and salvage whatever information remains in storage. A database may be recovered by restoring its integrity after some problem has damaged it, such as abnormal termination of the database management program.

**recoverable error** \rə-kəv`ər-ə-bl âr´ər\ *n.* An error that can be successfully managed by software. For example, when the user enters a number when a letter is required, the program can simply display an error message and prompt the user again.

**recovery** \rə-kəv´ər-ē`\ *n.* The restoration of lost data or the reconciliation of conflicting or erroneous data, after a system failure. Recovery is often achieved using a disk or tape backup and system logs. *See also* backup.

**Recreational Software Advisory Council** \re-krē-ā`shə-nəl soft`wâr ad-vī´zər-ē koun`səl\ *n.* An independent, nonprofit organization established in the fall of 1994 by a group of six trade organizations, led by the Software Publishers Association. The Council's goal was to create a new, objective content-labeling rating system for recreational software and other media such as the Internet. *Acronym:* RSAC (R´sak, R`S-A-C´).

**rectifier** \rek´tə-fī`ər\ *n.* A circuit component that passes current flowing in one direction but stops current flowing in the other direction. Rectifiers are used to convert alternating current to direct current.

**recto** \rek´tō\ *n.* The right-hand page of two facing pages. A recto is characteristically an odd-numbered page. *Compare* verso.

**recursion** \rə-kur´zhən\ *n.* The ability of a routine to call itself. Recursion enables certain algorithms to be implemented with small, simple routines, but it does not guarantee speed or efficiency. Erroneous use of recursion can cause a program to run out of stack space during execution, causing the program, and sometimes the entire system, to crash. *See also* call[1] (definition 2), routine.

**Recycle Bin** \rē-sī´kl bin`\ *n.* A folder in Windows 95, represented by an icon on the screen resembling a basket decorated with the recycling logo. To remove a file, the user drags its icon to the Recycle Bin. However, a file in the Recycle Bin is not actually deleted from the disk until the user opens the Recycle Bin, selects the file, and presses the Del key; until then, the user can retrieve it. *Compare* Trash.

**Red Book** \red´ book\ *n.* **1.** The standards documents of the U.S. National Security Agency entitled "Trusted Network Interpretation of the Trusted Computer System Evaluation Criteria (NCSC-TG-005)" and "Trusted Network Interpretation (NCS-TG-011)." These documents define a system of ratings from A1 (most secure) to D (nonsecure), indicating the ability of a computer network to protect sensitive information. *Compare* Orange Book (definition 1). **2.** A specifications book written by the Sony and Philips corporations and endorsed by ISO, covering audio compact discs. *Compare* Green Book, Orange Book (definition 2). **3.** Telecommunications standards published by the CCITT.



**T** \T\ *prefix See* tera-.

**T1** or **T-1** \T-wən´\ *n.* A T-carrier that can handle 1.544 Mbps or 24 voice channels. Although originally designed by AT&T to carry voice calls, this high-bandwidth telephone line can also transmit text and images. T1 lines are commonly used by larger organizations for Internet connectivity. *See also* T-carrier. *Compare* fractional T1, T2, T3, T4.

**T.120 standard** \T`-wən-twen´tē stan`dərd\ *n.* A family of International Telecommunications Union (ITU) specifications for multipoint data communications services within computer applications, such as conferencing and multipoint file transfer.

**T2** or **T-2** \T-tōō´\ *n.* A T-carrier that can handle 6.312 Mbps (megabits per second) or 96 voice channels. *See also* T-carrier. *Compare* T1, T3, T4.

**T3** or **T-3** \T-thrē´\ *n.* A T-carrier that can handle 44.736 Mbps (megabits per second) or 672 voice channels. *See also* T-carrier. *Compare* T1, T2, T4.

**T4** or **T-4** \T-fōr´\ *n.* A T-carrier that can handle 274.176 Mbps or 4,032 voice channels. *See also* T-carrier. *Compare* T1, T2, T3.

**tab character** \tab´ kâr`ek-tər\ *n.* A character used to align lines and columns on screen and in print. Although a tab is visually indistinguishable from a series of blank spaces in most programs, the tab character and the space character are different to a computer. A tab is a single character and therefore can be added, deleted, or overtyped with a single keystroke. The ASCII coding scheme includes two codes for tab characters: a horizontal tab for spacing across the screen or page and a vertical tab for spacing down the screen or page. *See also* Tab key.

**Tab key** \tab´ kē\ *n.* A key, often labeled with both a left-pointing and a right-pointing arrow, that traditionally (as in word processing) is used to insert tab characters into a document. In other applications, such as menu-driven programs, the Tab key is often used to move the on-screen high-light from place to place. Many database and spreadsheet programs allow the user to press the Tab key to move around within a record or between cells. The word *tab* is short for "tabulator," which was the name given to this key on typewriters, where it was used in creating tables. *See also* tab character.

**table** \tā´bl\ *n.* **1.** In programming, a data structure usually consisting of a list of entries, each entry being identified by a unique key and containing a set of related values. A table is often implemented as an array of records, a linked list, or (in more primitive languages) several arrays of different data types, all using a common indexing scheme. *See also* array, list, record[1]. **2.** In relational databases, a data structure characterized by rows and columns, with data occupying or potentially occupying each cell formed by a row-column intersection. The table is the underlying structure of a relation. *See also* relational database. **3.** In word processing, desktop publishing, and in HTML documents, a block of text formatted in aligned rows and columns.

**table lookup** \tā´bl lōōk`up\ *n.* The process of using a known value to search for data in a previously constructed table of values—for example, using a purchase price to search a tax table for the appropriate sales tax. *See also* lookup.

**tablet** \tab´lət\ *n. See* graphics tablet.

**tabulate** \tab´yə-lāt´\ *vb.* **1.** To total a row or column of numbers. **2.** To arrange information in table form.

**TACACS** \T´A-C-A-C-S´\ *n.* Acronym for **T**erminal **A**ccess **C**ontroller **A**ccess **C**ontrol **S**ystem. A network access technique in which users log into a single centralized server that contains a database of authorized accounts. After the access server authenticates the user, it forwards the login information to the data server requested by the user. *See also* authentication, server (definition 2).

spelling of *the;* or reversing two wires in a circuit. **2.** In mathematics and spreadsheets, to rotate a matrix (a rectangular array of numbers) about a diagonal axis.

**transputer** \trans`pyōō´tər\ *n.* Short for **trans**istor com**puter.** A complete computer on a single chip, including RAM and an FPU, designed as a building block for parallel computing systems.

**trap**[1] \trap\ *n. See* interrupt.

**trap**[2] \trap\ *vb.* To intercept an action or event before it occurs, usually in order to do something else. Trapping is commonly used by debuggers to allow interruption of program execution at a given spot. *See also* interrupt, interrupt handler.

**trapdoor** \trap´dōr\ *n. See* back door.

**trap handler** \trap´ hand`lər\ *n. See* interrupt handler.

**Trash** \trash\ *n.* An icon on the screen in the Macintosh Finder, resembling a garbage can. To delete a file or eject a diskette, the user drags the icon for the file or diskette to the Trash. However, until the user shuts down the system or chooses the menu option "Empty Trash," a file in the Trash is not actually deleted; the user can retrieve it by double-clicking the Trash icon and dragging the file's icon out of the resulting window. *Compare* Recycle Bin.

**traverse** \trə-vərs´\ *vb.* In programming, to access in a particular order all of the nodes of a tree or similar data structure.

**tree** \trē\ *n.* A data structure containing zero or more nodes that are linked together in a hierarchical fashion. If there are any nodes, one node is the root; each node except the root is the child of one and only one other node; and each node has zero or more nodes as children. *See also* child (definition 2), graph, leaf, node (definition 3), parent/ child (definition 2), root.

**tree network** \trē´ net`wərk\ *n.* A topology for a local area network (LAN) in which one machine is connected to one or more other machines, each of which is connected to one or more others, and so on, so that the structure formed by the network resembles that of a tree. See the illustration. *See also* bus network, distributed network, ring network, star network, token ring network, topology.

**tree search** \trē´ sərch\ *n.* A search procedure performed on a tree data structure. At each step



*Tree network.*

of the search, a tree search is able to determine, by the value in a particular node, which branches of the tree to eliminate, without searching those branches themselves. *See also* branch (definition 1), tree structure.

**tree structure** \trē´ struk`chur\ *n.* Any structure that has the essential organizational properties of a tree. *See also* tree.

**trellis-coded modulation** \trel´is-kō-dəd mo-dyə-lā´shən, moj`ə-lā´shən\ *n.* An enhanced form of quadrature amplitude modulation that is used by modems that operate at or above 9,600 bits per second and encodes information as unique sets of bits associated with changes in both the phase and amplitude of the carrier, as well as using extra signal points for error-checking bits. *Acronym:* TCM (T´C-M´). *See also* quadrature amplitude modulation.

**trichromatic** \trī´ krə-mat´ik\ *adj.* Of, pertaining to, or characteristic of a system that uses three colors (red, green, and blue in computer graphics) to create all other colors. *See also* color model.

**trigger** \trig´ər\ *n.* In a database, an action that causes a procedure to be carried out automatically when a user attempts to modify data. A trigger can instruct the database system to take a specific action, depending on the particular change attempted. Incorrect, unwanted, or unauthorized changes can thereby be prevented, helping to maintain the integrity of the database.

**trigonometry** \trig´ə-nom´ə-trē\ *n.* The branch of mathematics dealing with arcs and angles, expressed in functions (for example, sine and cosine) that show relationships—for example, between two sides of a right triangle or between two complementary angles.