# EXHIBIT 5



# WEBSTER'S NEW W⊕RLD™

# DICTIONARY

*of*

# COMPUTER TERMS

## SEVENTH EDITION

Webster's New World™

Dictionary of Computer Terms, 7th Edition

Copyright © 1999 by
Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

Macmillan Publishing books may be purchased for business or
sales promotional use. For information please write: Special
Markets Department, Macmillan Publishing USA,
1633 Broadway, New York, NY 10019.

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.

WEBSTER'S NEW WORLD DICTIONARY is a registered trade-
mark of Simon & Schuster, Inc.

Library of Congress Catalog Card Number: 98-68180

ISBN: 0-02-862884-5

Manufactured in the United States of America

1 2 3 4 5 6 7     00 1 02 03 04

**record pointer**   In a database management program, an on-screen status message that states the number of the data record now visible (or in which the cursor is positioned).

**recover**   To bring a computer system back to a previous stable operating state or to restore erased or misdirected data. Recovery is needed after a system or user error occurs, such as telling the system to write data to a drive that doesn't contain a disk. See *undelete utility*.

**recoverable error**   An error that doesn't cause the program or system to crash or to erase data irretrievably.

**recto**   The right-hand (odd-numbered) page in facing pages. In a book or magazine, the recto page is the right-hand, odd-numbered page. See *verso*.

**recursion**   In programming, a program instruction that causes a module or subroutine to call itself. A recursive function may be used to implement search strategies or perform repetitive calculations.

**recycle bin**   In Microsoft Windows 95/98, an on-screen icon where deleted files are stored. From the recycle bin, you can restore deleted files or discard them permanently.

**Red Book**   An International Standards Organization (ISO) standard (number 10149) that describes the way in which music is recorded on Compact Disc-Digital Audio (CD-DA) disks.

**Red Hat Linux**   A version of Linux distributed by Red Hat Software that is fast becoming the de facto standard.

**redirection**   See *input/output (I/O) redirection*.

**redirection operator**   In MS-DOS, a symbol that routes the results of a command from or to a device other than the keyboard and video display (console), such as a file or a printer. See *input/output (I/O) redirection*.

**redlining**   In word processing, a display attribute (such as reverse video or double underlining) that marks the text that co-authors have added to a document. The redlined text is highlighted so that other authors or editors know exactly what has been added to or deleted from the document.



**trap door**    1. In computer networks, a built-in entry point that enables an employee or ex-employee to gain access to the network without authentication. 2. In programming, a function that takes input values and produces a series of output values with very little computational effort; however, it is impossible (or impossible in practice) to derive the original input values from an examination of the output values. Trap doors have important applications in strong authentication and cryptography. See *hash function*.

**trapping**    See *error trapping*.

**trash can**    In the MacOS, an icon that can be used to dispose of unwanted files. The files are not actually erased unless the user chooses Empty Trash from the Special menu.

**tree**    A conceptual or graphic representation of data organized into a tree structure.

**tree structure**    A way of organizing information into a hierarchical structure with one root and several branches, much like a family tree or genealogy chart. There is only one possible route between any two data items in a tree structure. See *directory* and *subdirectory*.

**trellis-code modulation (TCM)**    A group coding modulation technique employed by high speed modems. By enabling a modem to alter the carrier in a variety of ways, TCM enables modems to communicate at data transfer rates of 9600 bits per second (bps) or faster.

**trigger**    In a computer program, an event—such as a mouse click—that automatically initiates a procedure.

**Trinitron**    A cathode ray tube (CRT) design that, instead of a shadow mask, has an aperture grill to ensure that electrons from the electron guns hit the proper pixels on the display. An invention of Sony, Trinitron monitors are uniformly bright all over the display, unlike other monitor designs that are less bright around the edges. On the down side, Trinitron monitors have tensioning wires that sometimes cast shadows on the display.

**Triple DES**    In cryptography, an encryption method that involves encrypting the same data three times with the DES encryption algorithm. The result is a form of very strong encryption that is computationally infeasible to decode without possessing the key.