# EXHIBIT 6

# Webster's New World™



# Computer Dictionary

## Ninth Edition

*by Bryan Pfaffenberger, Ph.D.*

Webster's New World™ Computer Dictionary, Ninth Edition

Copyright © 2001 by Hungry Minds, Inc.

Hungry Minds, Inc.
909 Third Ave.
New York, NY 10022
www.hungryminds.com

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

For general information on Hungry Minds' products and services please contact our Customer Care department; within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002. For sales inquiries and reseller information, including discounts, bulk sales, customized editions, and premium sales, please contact our Customer Care department at 800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Hungry Minds, Inc.

Library of Congress Control Number: 2001091950

ISBN 0-7645-6325-4

Cataloging-in-publication information available upon request.

Manufactured in the United States of America

5  4  3  2  1

**key frame interpolation** Also called keyframing or tweening. In three-dimensional graphics adapters, a combination of hardware and software support that enables an object to appear to move smoothly from one frame (the starting point) to another (the ending point); in fact, only the starting and ending frames are provided. The key frame interpolation technology automatically generates the frames in between (hence the term "tweening"). Video adapters that support key frame interpolation produce smoother and more realistic gaming onscreen.

**keyframing** See *key frame interpolation*.

**key pair** Also called public/private key pair. In public key cryptography, the two keys that are needed to facilitate a confidential exchange: the public key, which is used to encode plaintext messages, and the private key, which is used to decode encrypted messages (ciphertext). To begin using public key cryptography, users employ a public key encryption program to generate the key pair. See *public key cryptography*.

**key recovery** A method of providing law enforcement agencies with a means of gaining access to encrypted messages sent or received by persons who are the target of an investigation. of unlocking the key used to encrypt messages so that the message could be read by law enforcement officials conducting a lawful investigation. Key recovery is proposed by law enforcement officials concerned that encryption would prevent surveillance of criminal activities.

**key status indicator** An onscreen status message displayed by many application programs that signals which, if any, toggle keys are active on the keyboard. See *Caps Lock key, Num Lock key, Scroll Lock key*.

**keystroke** The physical action of pressing down a key on the keyboard so that a character is entered or a command is initiated.

**keystroke buffer** A holding area in memory that is used to save the current keystrokes if one types something while the microprocessor is busy with something else. For example, if a user begins typing while a file is being saved, the characters typed are placed in the keystroke buffer. When it is full (usually the buffer holds 20 characters), a beep is heard each time another key is pressed, indicating that the input is not being accepted. When the microprocessor completes its task, the characters in the buffer are sent to the screen.

**key variable** In a spreadsheet program, a constant placed in a cell and referenced throughout the spreadsheet using absolute cell references. See *spreadsheet program*.

**key word** 1. In programming languages (including macro languages), a word describing an action or operation that the computer can recognize and execute. See *macro, programming language*. 2. In a document summary, one or more words that succinctly describe a document's contents. In the document summary of a letter inquiring about green PCs, a keyword might be "electricity."

**key word search** In a database system, a search that begins by supplying the computer with one or more key words that describe the topic of a particular search. To retrieve items on North Carolina's Outer Banks, for example, one could type "outer" and "banks." With most systems, Boolean operators can be used to focus or broaden the search. For example, if one types "outer and banks," the system will retrieve only those documents in which both of these words appear. See *keyword*.

**KHz** Abbreviation for kilohertz; 1,000 cycles (Hz) per second. See *Hz*.

**kick** In Internet Relay Chat (IRC), an action undertaken by a channel operator to expel an unwanted user from the channel. Ostensibly, this is to be done only when the user has grossly violated IRC etiquette, but

**parse** To break down into components. For example, spreadsheet programs often have parsing features that will break ASCII data into parts that will fit into cells.

**parser** 1. A program that breaks large units of data into smaller, more easily interpreted pieces. 2. In SGML, a program that reads a data file and determines whether the document's markup conforms to the document type definition (DTD).

**partial-response maximum-likelihood (PRML) read-channel technology** See *PRML read-channel technology.*

**partition** A section of the storage area of a hard disk created for organizational purposes or to separate different operating systems. A partition is created during initial preparation of the hard disk, before the disk is formatted. See *logical drives.*

**Pascal** A high-level, procedural language that encourages programmers to write well-structured, modular programs that take advantage of modern control structures and lack spaghetti code. Pascal has gained wide acceptance as a teaching and application-development language, although most professional programmers prefer C or C++. Pascal is available in interpreted and compiled versions.

**passive attack** In computer security, an attack on a computer system that is based on obtaining (but not altering) existing information. See *active attack.*

**passive matrix display** In notebook computers, a liquid crystal display (LCD) in which a single transistor controls an entire column or row of the display's tiny electrodes. Passive matrix displays are cheaper than active matrix displays (also called dual-scan displays) but offer lower resolution and contrast. See *active matrix display.*

**passive termination** Like active termination and forced-perfect termination, a way of ending a chain of SCSI devices. Passive termination is the simplest termination method and works best on daisy chains of four or fewer devices.

**passphrase** A lengthy password of up to 100 characters that is used to encrypt or decrypt secret messages. The use of a lengthy password renders password guessing computationally infeasible.

**password** An authentication tool used to identify authorized users of a program or network and to define their privileges, such as read-only, reading and writing, or file copying. Passwords are easily guessed or stolen, acquired through social engineering, or intercepted by packet sniffers as they are uploaded in cleartext to the authenticating network computer; therefore, this poses one of the greatest challenges to computer network security. One-time passwords and digital signatures provide more secure means of authentication.

**password aging** In a computer network, a feature of the network operating system (NOS) that keeps track of the last time a user changed his or her password.

**Password Authentication Protocol** See *PAP.*

**password guessing** In computer security, a method of defeating password authentication by simply guessing common passwords, such as personal names, obscene words, and the word *password*.

**password protection** A method of limiting access to a program, file, computer, or network by requiring a person to enter a password. Some programs enable a user to password-protect his or her files so they cannot be read or altered by others.

**paste** In text editing, inserting at the location of the cursor text or graphics that have been cut or copied from another location. In Windows and Macintosh systems, a temporary storage area called the Clipboard stores the cut or copied

**x-height** In typography, the height of a font's lowercase letters, measured from the baseline up. Because many fonts have unusually long or short ascenders and descenders, the x-height is a better measurement of the actual size of a font than the type size, measured in points.

**XHTML** Acronym for Extensible Hypertext Markup Language. A version of HTML 4.0 that has been expressed as an Extended Markup Language (XML) document type definition (DTD). Unlike HTML, XHTML enables developers to extend the HTML tag set without requiring specific support from browser publishers. XML-capable software is required to display code marked up in XHTML. See *document type definition, markup language, HTML, XML.*

**Xlink** Abbreviation for XML Linking Language. The portion of the XML standard, created and maintained by the World Wide Web Consortium (W3C), that defines the basic, HTML-like hyperlinking capabilities of XML, as well as much more advanced capabilities (such as bidirectional linking and links that embed the requested resource at the link's location). See *HTML, hyperlink, W3C, XML.*

**XML** Abbreviation for Extensible Markup Language. XML is not a declarative markup language like HTML; rather, it is a language for *creating* markup languages. XML is maintained by the World Wide Web Consortium (W3C). A slimmed-down version of SGML, XML enables Web authors to create and name their own tags so that they can more accurately capture the structure of their data. In a well-structured XML document that complies with XML syntax rules, the user-created tag hierarchy can be read and processed by an XML-aware browser, even if it has never encountered the specific tag set before. XML authors can state their document's structure more formally by means of a Document Type Definition (DTD), which specifies the rules for using each tag correctly. By means of the XPointer language, XML also enables more sophisticated hyperlinks than HTML, including links that point to multiple documents or retrieve material that is dynamically incorporated into the linking page. The complete XML specification actually consists of four related standards, beginning with the XML language specification and continuing with the following: XML Pointer Language (XPointer), XML Linking Language (XLink), and XML Namespaces. XML data can be formatted for presentation purposes using Cascading Style Sheets (CSS) or the Extensible Style Language (XSL). Development of XML is ongoing and includes a query language for extracting data from XML documents (XML Query) and a specification for machine-readable Document Type Definitions (DTD) called XML Schema. See *CSS, XLink, XML Namespaces, XML Query, XMLP, XPointer, XSL.*

**XML Namespaces** A proposed World Wide Web Consortium (W3C) standard that describes a technique to use the element names defined in an XML document type definition (DTD), even if that DTD is not incorporated into local documents. The XML namespace proposal would encourage XML authors to develop a consistent nomenclature for frequently used elements, such as <title>, <author>, and <publisher> in bibliographic markup. See *XML Schema.*

**XMLP** Acronym for XML Protocol. A network protocol, developed and maintained by the World Wide Web Consortium (W3C), that enables devices in a peer-to-peer network to communicate by using XML as an encapsulation medium. See *peer-to-peer network, W3C, XML.*

**XML Query** A query language, developed and maintained by the World Wide