# EXHIBIT 7

*Microsoft*

# Microsoft Computer Dictionary
## Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
      p. ; cm.
   ISBN 0-7356-1495-4
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

   AQ76.5. M52267   2002
   004'.03--dc21                                         200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**parrallaxing** *n.* A 3-D animation technique, often used by computer game developers, where backgrounds are displayed using different levels of speed to achieve realism. For example, distant levels move at a slower speed than closer levels, thereby giving the illusion of depth. *See also* animation.

**parse** *vb.* To break input into smaller chunks so that a program can act upon the information.

**parser** *n.* An application or device that breaks data into smaller chunks so that an application can act on the information. *See also* parse.

**partition** *n.* **1.** A logically distinct portion of memory or a storage device that functions as though it were a physically separate unit. **2.** In database programming, a subset of a database table or file.

**Partition Boot Sector** *n.* The first sector in the system (startup) partition of a computer's bootable hard disk, or the first sector of a bootable floppy disk. On an x86-based computer, the Partition Boot Sector is read into memory at startup by the Master Boot Record. It is the Partition Boot Sector that contains the instructions required to begin the process of loading and starting the computer's operating system. *See also* Master Boot Record, partition table.

**partition table** *n.* A table of information in the first sector of a computer's hard disk that tells where each partition (discrete portion of storage) on the disk begins and ends. The physical locations are given as the beginning and ending head, sector, and cylinder numbers. In addition to these "addresses," the partition table identifies the type of file system used for each partition and identifies whether the partition is bootable—whether it can be used to start the computer. Although it is a small data structure, the partition table is a critical element on the hard disk.

**partnership** *n.* The settings on a desktop computer and Windows CE device that allow information to be synchronized, as well as copied or moved between the computer and device. The mobile device can have partnerships with up to two desktop computers. *See also* synchronization (definition 6).

**Pascal** *n.* A concise procedural language designed between 1967 and 1971 by Niklaus Wirth. Pascal, a compiled, structured language built upon ALGOL, simplifies syntax while adding data types and structures such as subranges, enumerated data types, files, records, and sets. *See also* ALGOL, compiled language. *Compare* C.

**pASP** *n. See* pocket Active Server Pages.

**pass¹** *n.* In programming, the carrying out of one complete sequence of events.

**pass²** *vb.* To forward a piece of data from one part of a program to another. *See also* pass by address, pass by value.

**pass by address** *n.* A means of passing an argument or parameter to a subroutine. The calling routine passes the address (memory location) of the parameter to the called routine, which can then use the address to retrieve or modify the value of the parameter. *Also called:* pass by reference. *See also* argument, call¹. *Compare* pass by value.

**pass by reference** *n. See* pass by address.

**pass by value** *n.* A means of passing an argument or a parameter to a subroutine. A copy of the value of the argument is created and passed to the called routine. When this method is used, the called routine can modify the copy of the argument, but it cannot modify the original argument. *See also* argument, call¹. *Compare* pass by address.

**passivation** *n.* In Sun Microsystems's J2EE network platform, the process of "turning off" an enterprise java bean (EJB) by caching it from memory to secondary storage. *See also* Enterprise JavaBeans, J2EE. *Compare* activation.

**passive hub** *n.* A type of hub used on ARCnet networks that passes signals along but has no additional capability. *See also* ARCnet. *Compare* active hub, Intelligent hub.

**passive-matrix display** *n.* An inexpensive, low-resolution liquid crystal display (LCD) made from a large array of liquid crystal cells that are controlled by transistors outside of the display screen. One transistor controls an entire row or column of pixels. Passive-matrix displays are commonly used in portable computers, such as laptops and notebooks, because of their thin width. While these displays have good contrast for monochrome screens, the resolution is weaker for color screens. These displays are also difficult to view from any angle other than straight on, unlike active-matrix displays. However, computers with passive-matrix displays are considerably cheaper than those with active-matrix screens. See the illustration. *Also called:* dual-scan display. *See also* liquid crystal display, supertwist display, transistor, twisted nematic display. *Compare* active-matrix display.



**tag** *n.* **1.** In programming, one or more characters containing information about a file, record type, or other structure. **2.** In certain types of data files, a key or an address that identifies a record and its storage location in another file. *See also* tag sort. **3.** In markup languages such as SGML and HTML, a code that identifies an element in a document, such as a heading or a paragraph, for the purposes of formatting, indexing, and linking information in the document. In both SGML and HTML, a tag is generally a pair of angle brackets that contain one or more letters and numbers. Usually one pair of angle brackets is placed before an element, and another pair is placed after, to indicate where the element begins and ends. For example, in HTML, <I>hello world</I> indicates that the phrase "hello world" should be italicized. *See also* <>, element, emotag, HTML, SGML. **4.** An early-generation raster graphics format used for Macintosh Ready, Set, Go programs and Letraset's ImageStudio. *See also* raster graphics.

**Tagged Image File Format** *n. See* TIFF.

**tag sort** *n.* A sort performed on one or several key fields for the purpose of establishing the order of their associated records. *Also called:* key sort.

**tag switching** *n.* A multilayer Internet switching technology developed by Cisco Systems that integrates routing and switching.

**talk¹** *n.* The UNIX command that, when followed by another user's name and address, is used to generate a request for a synchronous chat session on the Internet. *See also* chat¹ (definition 1).

**talk²** *vb. See* chat².

**talker** *n.* An Internet-based synchronous communication mechanism most commonly used to support multiuser chat functions. Such systems typically provide specific commands for movement through separate *rooms*, or chat areas, and allow users to communicate with other users in real time through text messages, indicate simple gestures, use a bulletin board system (BBS) for posting comments, and send internal e-mail. *See also* BBS (definition 1), chat¹ (definition 1).

**talk. newsgroups** *n.* Usenet newsgroups that are part of the talk. hierarchy and have the prefix talk. as part of their names. These newsgroups are devoted to debate and discussion of controversial topics. Talk. newsgroups are one of the seven original Usenet newsgroup hierarchies. The other six are comp., misc., news., rec., sci., and soc. *See also* newsgroup, traditional newsgroup hierarchy, Usenet.

**tandem processors** *n.* Multiple processors wired so that the failure of one processor transfers central processing unit (CPU) operation to another processor. Using tandem processors is part of the strategy for implementing fault-tolerant computer systems. *See also* central processing unit.

**TANSTAAFL** *n.* Acronym for There ain't no such thing as a free lunch. An expression used on the Internet in e-mail, chat sessions, mailing lists, newsgroups, and other online forums; derived from *The Moon Is a Harsh Mistress*, a science-fiction classic by Robert A. Heinlein. *See also* chat¹ (definition 1), e-mail¹ (definition 1), mailing list, newsgroup.

**tap¹** *n.* A device that can be attached to an Ethernet bus to enable a computer to be connected.

**tap²** *vb.* To use a stylus to quickly touch a device screen to perform an activity. Tapping is analogous to clicking with a mouse.

**tap and hold** *vb.* To hold a stylus on a device screen to open a pop-up or shortcut menu. Analogous to right-clicking with a mouse.

**tape** *n.* **1.** A thin strip of polyester film coated with magnetic material that permits the recording of data. Because tape is a continuous length of data storage material and because the read/write head cannot "jump" to a desired point on the tape without the tape first being advanced to that point, tape must be read or written sequentially, not randomly (as can be done on a floppy disk or a hard disk). **2.** A storage medium consisting of a thin strip of paper used to store information in the form of sequences of punched holes, chemical impregnation, or magnetic ink imprinting.

**tape cartridge** *n.* A module that resembles an audio cassette and contains magnetic tape that can be written on and read from by a tape drive. Tape cartridges are primarily used to back up hard disks. *See also* tape (definition 1).

**tape drive** *n.* A device for reading and writing tapes. *See also* tape (definition 1).

**tape dump** *n.* The process of simply printing the data contained on a tape cartridge without performing any report formatting. *See also* tape cartridge.

**tape tree** *n.* A means of audiotape distribution, used in Usenet music newsgroups and mailing lists, in which a



**Xerox PARC** *n.* Short for **Xerox P**alo **A**lto **R**esearch **C**enter. Xerox's research and development facility in Palo Alto, California. Xerox PARC is the birthplace of such innovations as the local area network (LAN), the laser printer, and the graphical user interface (GUI).

**XFCN** *n.* Short for external function. An external code resource that returns a value after it has completed executing. XFCNs are used in HyperCard, a hypermedia program developed for the Macintosh. *See also* HyperCard, XCMD.

**XFDL** *n.* Short for Extensible Forms Description Language, a document description language introduced and submitted to the World Wide Web Committee in 1998 by the Canadian Internet forms company UWI.Com. XFDL is an XML-based language for describing complex forms, such as legal and government documents. It is designed to allow for interactivity yet remain consistent with Internet standards.

**XGA** *n. See* Extended Graphics Array.

**x-height** *n.* In typography, the height of the lowercase letter x in a particular font. The x-height thus represents the height of the body only of a lowercase letter, excluding ascenders (such as the top of the letter b) and descenders (such as the tail on the letter g). *See also* ascender, descender.

**XHTML** *n.* Short for Extensible Hypertext Markup Language. A markup language incorporating elements of HTML and XML. Web sites designed using XHTML can be more readily displayed on handheld computers and digital phones equipped with microbrowsers. XHTML was released for comments by the World Wide Web Consortium (W3C) in September 1999. *See also* HTML, microbrowser, XML.

**XIP** *n. See* execute in place.

**XLANG** *n.* A derivative XML language that describes the logical sequencing of business processes, as well as the implementation of the business process by using various application services.

**XLink** *n.* An XML language that provides a set of attributes that are used to create links between resources. XLink provides complex extended linking, link behavior, and management capabilities. XLink is able to describe links that connect sets of resources, point to multiple targets, or serve multiple roles within an XML document.

**XLL** *n.* Acronym for eXtensible Linking Language. Broad term intended to denote the family of XML linking/pointing/addressing languages, which include XLink, XPointer, and XPath.

**XMI** *n.* **1.** Acronym for XML Metadata Interchange Format. An object-based model for exchanging program data across the Internet. XMI is sponsored by IBM, Unisys, and others and was submitted as a proposed standard to the Object Management Group (OMG); it is now one of OMG's recommended technologies. XMI is designed to allow for storing and sharing programming information and exchanging data among tools, applications, and storage locations through a network or the Internet so that software developers can collaborate on applications, even if they are not all using the same development tools. **2.** As XMI *bus,* a 64-bit parallel bus supported on certain DEC and AlphaServer processors. An XMI bus is capable of transferring data, exclusive of addressing overhead, at 100 Mbps.

**XML** *n.* Acronym for eXtensible Markup Language, a condensed form of SGML (Standard Generalized Markup Language). XML lets Web developers and designers create customized tags that offer greater flexibility in organizing and presenting information than is possible with the older HTML document coding system. XML is defined as a language standard published by the W3C and supported by the industry. *See also* SGML.

**XML attribute** *n.* Information added to a tag to provide more information about the tag, such as &lt;ingredient quantity="2"units="cups"&gt;flour&lt;/ingredient&gt;.

**XML element** *n.* Information delimited by a start tag and an end tag in an eXtensible Markup Language (XML) document. An example would be &lt;Lastname&gt; Davalio&lt;/LastName&gt;.

**XML entities** *n.* Combinations of characters and symbols that replace other characters when an XML document is parsed, usually those that have other meanings in XML. For example, &amp;lt; represents the &lt; symbol, which is also the opening bracket for a tag.

**XML Metadata Interchange Format** *n. See* XMI (definition 1).

**XML-RPC** *n.* Acronym for eXtensible Markup Language-Remote Procedure Call. A set of XML-based implementations that allows cross-platform and cross-programming language procedure calls over the Internet. XML-RPC

