# EXHIBIT 10

# IBM DICTIONARY OF COMPUTING

*Compiled and edited by*
**GEORGE McDANIEL**

McGRAW-HILL, INC.
New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

**Limitation of Liability**
While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0  DOC/DOC  9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**
This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**
Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

# T

**T** Tera; ten to the twelfth power, 1,000,000,000,000 in decimal notation. When referring to storage capacity, two to the fortieth power, 1,009,511,627,776 in decimal notation.

**tab** (1) A preset point in the typing line at which typing or printing stops. A preset point in an output line. (2) In SAA Advanced Common User Access architecture, a typing action that moves the cursor to the beginning of the next entry field or the next selection field if no choice is selected. If the next selection field contains a selected choice, the cursor moves to that choice. Contrast with backtab. (3) In SAA Basic Common User Access architecture, a typing action that moves the cursor to the next entry field. The cursor moves from left to right and top to bottom. At the bottom, right field, the cursor moves to the top, left field. Contrast with backtab. (4) A tab character. (5) To move the imprint position of a printer or typewriter to a preset location. (6) To move a cursor to a preset location on a display screen. (7) See tabulator. (8) See also write-protect tab.

**TAB** Terminal anchor block.

**tabbing** The positioning of a cursor to predefined tab positions by means of tabbing function keys. Tabbing can be horizontal or vertical depending on device characteristics.

**tab group** In AIXwindows, a means of organizing XmPrimitive widgets into groups for more efficient traversal within and between groups.

**tab interval** A value that determines the number of positions that are to be skipped when the Tab key is pressed.

**table** (1) An array of data each item of which can be unambiguously identified by means of one or more arguments. (I) (A) (2) A two-dimensional array in which each item and its position with respect to other items is identified. (3) An orderly arrangement of data in rows and columns that can contain numbers, text, or a combination of both. See also translation table. (4) In COBOL, a set of logically consecutive items of data that are defined in the Data Division of a COBOL program by means of the OCCURS clause. (5) In the AS/400 CSP/AE, a collection of related data items arranged as a two-dimensional array of columns and rows that can be used in verifying map inputs or identifying related factors for standard calculations. (6) In RPG, a series of elements with like characteristics. A table can be searched for a uniquely identified element, but elements in a table cannot be accessed by their position relative to other elements. Contrast with array. (7) In SQL, a named data object consisting of a specific number of columns and some unordered rows. (8) A repository for data that NETDA/2 uses to design a network. Each table contains information related to the network. (9) See Boolean operation table, decision table, function table, operation table, translate table, truth table.

**table element** In COBOL, a data item that belongs to the set of repeated items comprising a table.

**table file** In RPG, an input file that contains a table.

**table lookup** A procedure for obtaining the value corresponding to an argument from a table of values. (I) (A)

**table lookup instruction** An instruction that initiates a table lookup. (I) (A)

**table reference character (TRC)** In the 3800 Printing Subsystem, a numeric character (0, 1, 2, or 3) corresponding to the order in which the character arrangement table names have been specified with the CHARS keyword. It is used for selection of a character arrangement table during printing.

**table space** A page set used to store the records of one or more tables in the DB2 program.

**tables pack** See mass storage control tables pack.

**tablet** (1) A special flat surface with a mechanism for indicating positions thereon, normally used as a locator. (I) (A) See Figure 151. See also puck.

**translating phase** Synonym for translate phase.

**translating program** Synonym for translator.

**translating time** The elapsed time taken for the execution of a translator. (I) (A)

**translation** In computer graphics, the application of a constant displacement to the position of one or more display elements. (I) (A)

**translation look-aside buffer** (TLB) Hardware that contains the virtual-to-real address mapping.

**translation program** Synonym for translator. (T)

**translation specification exception** In System/370 virtual storage systems, a program interruption that occurs when a page table entry, segment table entry, or the control register pointing to the segment table contains information in an invalid format. See also page translation exception, segment translation exception.

**translation table** A table used to replace one or more characters with alternative characters; for example, to translate characters representing a virtual address to those representing a real address, characters representing an event to those representing a procedure call, characters of a national character set to those of another national language, or characters representing a relocated address to those representing an absolute address.

**translation time** (1) Any instant at which translation takes place. (T) (2) The amount of time needed to translate a program. (T) Synonymous with translate duration.

**translator** (1) A computer program that can translate. (T) Synonymous with translation program. (T) (2) In telephone equipment, the device that converts dialed digits into call-routine information. (3) Synonymous with translating program, translation program. (4) See address translator.

**translator directive** A language construct for controlling the translation of a program. (T)

**transliterate** To convert characters of one alphabet to the corresponding characters of another alphabet. (A)

**transmission** (1) The sending of data from one place for reception elsewhere. (A) (2) In the ASCII and data communication, a series of characters including headings and texts. (A) (3) The dispatching of a signal, message, or other form of intelligence by wire, radio, telegraphy, telephony, facsimile, or other means. (T) (4) One or more blocks or messages. For BSC and start-stop devices, a transmission is terminated by an EOT character. See also block, message. (5) See asynchronous transmission, burst transmission, duplex transmission, half-duplex transmission, one-way transmission, parallel transmission, serial transmission, start-stop transmission, synchronous transmission. (6) See also data communication.

*Notes:*

1. Transmission implies only the sending of data; the data may or may not be received.

2. The term transmit is used to describe the sending of data in telecommunication operations. The terms move and transfer are used to describe movement of data in data processing operations.

**transmission block** (1) In data communication, a group of records recorded, processed, or sent as a unit. (2) The portion of a message terminated by an EOB or ETB line-control character or, if it is the last block in the message, by an EOT or ETX line-control character. (3) In VTAM, the unit of data that is transmitted between an application program and a terminal that is connected in basic mode.

**transmission-block character** See end-of-transmission-block character. (A)

**transmission category** In an ACF/TCAM extended network, utility session messages that have similar characteristics and are handled similarly; for example, messages flowing in an inquiry/reply application and messages flowing in a high-volume, low-priority data collection application are placed in different transmission categories.

*Note:* Different versions of the following TCAM techniques and capabilities may be applied to messages in different transmission categories: queuing medium, message priority, sequence checking, error handling, load balancing, and data staging.

**transmission code** A code for sending information over telecommunication lines.

**transmission control character** (1) A control character used to control or facilitate transmission of data between data terminal equipments. (I) (A) (2) In data communications, special characters that are included in a message to control communications over a data link. For example, the sending station and the receiving station use transmission control characters to exchange information; the receiving station uses transmission control characters to indicate errors in data it receives. (3) Characters transmitted over a line that are not message data but cause certain control operations to be performed when encountered. Among such operations are addressing, polling, message delimiting and blocking, transmission error checking, and carriage return. (4) Synonymous with communication control character.