# EXHIBIT 11

# RANDOM HOUSE WEBSTER'S
# COMPUTER
# & INTERNET
# DICTIONARY

## Third Edition

*Philip E. Margolis*



**Random House**
**New York**

*Random House Webster's Computer & Internet Dictionary, Third Edition*

Copyright © 1999 by Philip E. Margolis

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Reference & Information Publishing, Random House, Inc., 201 East 50th Street, New York, NY 10022-7703. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

The Random House Living Dictionary Database™, is a trademark of Random House, Inc.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a words or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll-free 888-591-1200 or fax 212-572-4961.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

**Library of Congress Cataloging-in-Publication Data**
Margolis, Philip E.
   Random House Webster's computer & internet dictionary  / Philip E.
  Margolis. -- 3rd ed.
     p.     cm.
  Rev. ed. of: Random House personal computer dictionary. 2nd ed.
  c1996.
  Includes biographical references and index.
  ISBN 0-375-70351-9
  1. Microcomputers--Dictionaries.  2. Computers--Dictionaries.
  I. Margolis, Philip E.  Random House personal computer dictionary.
  II. Title.
  QA76.15.M37   1998
  004.16'03--dc21
                                98-45280
                                CIP

www.randomhouse.com

Typeset and printed in the United States of America.

1999 Third Random House Edition

0 9 8 7 6 5 4 3 2 1
December 1998

ISBN: 0-375-70351-9

New York     Toronto     London     Sydney     Auckland

the size and complexity of your spreadsheet, recalculation can be a time-consuming process. One criterion for evaluating spreadsheet programs, therefore, is how fast they recalculate.

To make recalculation faster, many spreadsheet programs support *minimal recalculation* (also called *optimal recalculation*), in which the program calculates only the values of cells that will change. In addition, some spreadsheets support background *recalculation*, which allows you to perform other operations while a recalculation is in progress.

⇒ See also AUTOMATIC RECALCULATION; BACKGROUND; CELL; FORMULA; SPREAD-SHEET.

**record 1.** In database management systems, a complete set of information. Records are composed of *fields*, each of which contains one item of information. A set of records constitutes a *file*. For example, a personnel file might contain records that have three fields: a name field, an address field, and a phone number field. **2.** Some programming languages allow you to define a special data structure called a record. Generally, a record is a combination of other data objects. For example, a record might contain three integers, a floating-point number, and a character string.

⇒ See also DATA STRUCTURE; DATA TYPE; DATABASE; DATABASE MANAGEMENT SYSTEM; FIELD; FILE.

**record locking** See under LOCK.

**recursion** A programming method in which a routine calls itself. Recursion is an extremely powerful concept, but it can strain a computer's memory resources. Some programming languages, such as LISP and Prolog, are specifically designed to use recursive methods.

⇒ See also PROGRAM; PROGRAMMING LANGUAGE.

**Recycle Bin** An icon on the Windows 95 and Windows 98 desktops that represents a directory where deleted files are temporarily stored. This enables you to retrieve files that you may have accidentally deleted. From time to time, you'll want to *purge* the Recycle Bin to free up space on your hard disk. You can also configure Windows so that it doesn't use the Recycle Bin at all, but then you won't be able to retrieve accidentally deleted files.

The Recycle Bin is modeled after the Macintosh trash can, which has been part of the Mac GUI since its inception.

⇒ See also DELETE; PURGE.

**Red Book** The standard for audio CDs, developed by Phillips and Sony. The specification is formally known as *Compact Disc–Digital Audio (CD-DA)*. It specifies up to 74 minutes of digital audio transferred at 150 Kbps. The first CD-ROM players also transmitted data at this rate, so they came to be called *single-speed* drives.

**table** 544

boxes and menus, pressing the Tab key highlights the next button or option.

⇒ See also CELL; CURSOR; FIELD; INSERTION POINT; TAB CHARACTER; TAB STOP.

**table** Refers to data arranged in rows and columns. A *spreadsheet*, for example, is a table. In relational database management systems, all information is stored in the form of tables.

⇒ See also DATABASE MANAGEMENT SYSTEM; RDBMS; SPREADSHEET.

**tablet** Short for *graphics tablet, digitizing tablet,* or *electronic tablet.*

⇒ See also DIGITIZING TABLET.

**tab stop** A stop point for tabbing. In word processing, each line contains a number of tab stops placed at regular intervals (for example, every half inch). They can be changed, however, as most word processors allow you to set tab stops wherever you want. When you press the Tab key, the cursor or insertion point jumps to the next tab stop, which itself is invisible. Although tab stops do not exist in the text file, the word processor keeps track of them so that it can react correctly to the Tab key. That is, a text file may contain tab characters, but each application is free to interpret these characters differently depending on how the tab stops have been configured.

⇒ See also TAB CHARACTER; TAB KEY.

**tag** *n* **1.** A command inserted in a document that specifies how the document, or a portion of the document, should be formatted. Tags are used by all format specifications that store documents as text files. This includes SGML and HTML. —*v* **2.** To mark a section of a document with a formatting command.

⇒ See also FORMAT; HTML; META TAG; SGML; XML.

**Tagged Image File Format** See TIFF.

**tag RAM** The area in an L2 cache that identifies which data from main memory is currently stored in each *cache line.* The actual data is stored in a different part of the cache, called the *data store.* The values stored in the tag RAM determine whether a cache lookup results in a *hit* or a *miss.*
  The size of the data store determines how much data the cache can hold at any one time. The size of the tag RAM determines what range of main memory can be cached. Many modern PCs, for example, are configured with a 256K L2 cache and tag RAM that is 8 bits wide. This is sufficient for caching up to 64 MB of main memory. If you add additional main memory, however, it won't be cached unless you also expand tag RAM. Some motherboards allow you to add additional tag RAM chips for this purpose, but many do not.
  For Pentium Pro and Pentium II microprocessors, the tag RAM is inte-