1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  CISCO SYSTEMS, INC.,                    Case No. 5:14-cv-05344-BLF (PSG)

13          Plaintiff,                      **PROOF OF SERVICE**

14      v.                                  Judge:      Hon. Beth Labson Freeman

15  ARISTA NETWORKS, INC.,                  Date Filed: December 5, 2014

16          Defendant.                      Trial Date: August 1, 2016

17

18

---

PROOF OF SERVICE
Case No. 5:14-cv-05344-BLF (PSG)

1009555.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 7, 2015, I served the following document(s):

> **UNREDACTED VERSION - ARISTA'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**
>
> **EXHIBIT 1 TO THE DECLARATION OF DECLARATION OF DAVID ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF [FILED UNDER SEAL IN ITS ENTIRETY]**
>
> **EXHIBIT 2 TO THE DECLARATION OF DECLARATION OF DAVID ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF [FILED UNDER SEAL IN ITS ENTIRETY]**
>
> **EXHIBIT 9 TO THE DECLARATION OF DECLARATION OF DAVID ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF [FILED UNDER SEAL IN ITS ENTIRETY]**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Sean Sang-Chul Pak<br>John M. Neukom<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel:    (415) 875-6320<br>Fax:    (415) 875-6700<br>seanpak@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>Cisco-Arista@quinnemanuel.com | Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Tel:    (415) 439-1476<br>Fax:    (415) 439-1500<br>aalper@kirkland.com |
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10022<br>Tel:    (212) 849-7000<br>Fax:    (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel:    (650) 801-5000<br>Fax:    (650) 801-5100<br>marktung@quinnemanuel.com |

| | |
|---|---|
| Michael W. De Vries<br>Kirkland & Ellis LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, CA  90071<br>Tel:     (213) 680-8590<br>Fax:    (213) 680-8500<br>michael.devries@kirkland.com<br>Cisco-AristaCopyrightTeam@kirkland.com | Steven C. Cherny<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:     (212) 446-4800<br>Fax:    (212) 446-6460<br>Steven.cherny@kirkland.com |

Executed on December 7, 2015, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson