```
 1  KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - # 84065
 2  rvannest@kvn.com
    BRIAN L. FERRALL - # 160847
 3  bferrall@kvn.com
    DAVID SILBERT - # 173128
 4  dsilbert@kvn.com
    MICHAEL S. KWUN - # 198945
 5  mkwun@kvn.com
    633 Battery Street
 6  San Francisco, CA 94111-1809
    Telephone:    415 391 5400
 7  Facsimile:    415 397 7188

 8  Attorneys for Defendant ARISTA NETWORKS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO STRIKE DECLARATION OF KEVIN ALMEROTH** |
| v. | |
| ARISTA NETWORKS, INC., | Judge: Hon. Beth Labson Freeman |
| Defendant. | Date Filed: December 5, 2014 |
| | Trial Date: August 1, 2016 |

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO STRIKE
DECLARATION OF KEVIN ALMEROTH
Case No. 5:14-cv-05344-BLF (PSG)

1009585.01

Having considered Defendant Arista Networks, Inc.'s Motion to Strike the Declaration of Dr. Kevin Almeroth (Dkt. No. 91-1) submitted in support of Plaintiff Cisco Systems, Inc.'s Opening Claim Construction Brief, together with the arguments in support thereof and opposition thereto, the Court hereby GRANTS the Motion and STRIKES the Declaration of Dr. Kevin Almeroth in its entirety.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. BETH LABSON FREEMAN
United States District Judge

1

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO STRIKE
DECLARATION OF KEVIN ALMEROTH
Case No. 5:14-cv-05344-BLF (PSG)

1009585.01