Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff Cisco Systems, Inc.*

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

*Attorneys for Defendant Arista Networks, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **JOINT STIPULATED MOTION FOR LEAVE TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS** |
| vs. | |
| ARISTA NETWORKS, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

1    Pursuant to Patent L.R. 3-6, Cisco Systems, Inc. ("Cisco") and Arista Networks, Inc.
2 ("Arista") jointly file this stipulated motion to request leave to amend infringement contentions
3 and invalidity contentions.  Cisco served its Amended Infringement Contentions on September
4 11, 2015 and Arista served its Amended Invalidity Contentions on October 23, 2015.  There is
5 good cause for Cisco to amend its Infringement Contentions based on new, non-public evidence
6 obtained from Arista after Cisco served its initial contentions, because Cisco has been diligent in
7 its discovery efforts, and because Arista will not suffer any prejudice.  There is good cause for
8 Arista to amend its Invalidity Contentions in response to Cisco's Amended Infringement
9 Contentions.  The parties do not oppose the aforementioned amendment of infringement and
10 invalidity contentions, and file this joint stipulation to seek leave of court to do so.

13  DATED:  December 11, 2015                    Respectfully submitted,

*/s/ Mark Tung*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

```
 1                                          Mark Tung (SBN 245782)
                                            marktung@quinnemanuel.com
 2                                          QUINN EMANUEL URQUHART &
                                            SULLIVAN LLP
 3                                          555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, CA 94065
 4                                          Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100
 5
                                            Steven Cherny (admission pro hac vice
 6                                          pending)
                                            steven.cherny@kirkland.com
 7                                          KIRKLAND & ELLIS LLP
                                            601 Lexington Avenue
 8                                          New York, New York 10022
                                            Telephone: (212) 446-4800
 9                                          Facsimile: (212) 446-4900

10                                          Adam R. Alper (SBN 196834)
                                            adam.alper@kirkland.com
11                                          KIRKLAND & ELLIS LLP
                                            555 California Street
12                                          San Francisco, California  94104
                                            Telephone: (415) 439-1400
13                                          Facsimile: (415) 439-1500

14                                          Michael W. De Vries (SBN 211001)
                                            michael.devries@kirkland.com
15                                          KIRKLAND & ELLIS LLP
                                            333 South Hope Street
16                                          Los Angeles, California 90071
                                            Telephone: (213) 680-8400
17                                          Facsimile: (213) 680-8500

18                                          Attorneys for Plaintiff Cisco Systems, Inc.

19                                          /s/ David Silbert

20                                          KEKER & VAN NEST LLP
                                            ROBERT A. VAN NEST - # 84065
21                                          rvannest@kvn.com
                                            BRIAN L. FERRALL - # 160847
22                                          bferrall@kvn.com
                                            DAVID SILBERT - # 173128
23                                          dsilbert@kvn.com
                                            MICHAEL S. KWUN - # 198945
24                                          mkwun@kvn.com
                                            633 Battery Street
25                                          San Francisco, CA 94111-1809
                                            Telephone:    415 391 5400
26                                          Facsimile:    415 397 7188

27                                          Attorneys for Defendant Arista Networks, Inc.
                                                3
28                      JOINT STIPULATED MOTION FOR LEAVE TO AMEND INFRINGEMENT AND
                                                       INVALIDITY CONTENTIONS
                                                          Case No.3:14-cv-05344-BLF
```

## ATTESTATION

I, Mark Tung, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that David Silbert has concurred in this filing.

DATED: December 11, 2015

/s *Mark Tung*
Mark Tung