**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR LEAVE TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS** <br><br> **DEMAND FOR JURY TRIAL** |

Having considered the parties' JOINT STIPULATED MOTION FOR LEAVE TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS, the Court hereby GRANTS leave for Cisco Systems, Inc. ("Cisco") to amend its infringement contentions, as served on Defendant Arista Networks, Inc. ("Arista") on September 11, 2015, and leave for Arista to amend its invalidity contentions, as served on Cisco on October 23, 2015.

DATED: _____        By: _____

                                HON. BETH LABSON FREEMAN
                                UNITED STATES DISTRICT JUDGE

Case No 5:14-cv-5344-BLF
[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR LEAVE