1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   AJAY S. KRISHNAN - # 222476
5  akrishnan@kvn.com
   DAVID J. ROSEN - # 296139
6  drosen@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

9  Attorneys for Defendant ARISTA NETWORKS, INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  CISCO SYSTEMS, INC.,                    Case No. 5:14-cv-05344-BLF (PSG)

14          Plaintiff,                      **NOTICE OF PUBLIC FILING OF ARISTA'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND EXHIBITS 1, 2, AND 9 TO THE DECLARATION OF DAVID J. ROSEN**

15          v.

16  ARISTA NETWORKS, INC.,

17          Defendant.
                                            Judge:      Hon. Beth Labson Freeman
18
                                            Date Filed: December 5, 2014
19
                                            Trial Date: August 1, 2016
20

1
2    Pursuant to the Court's Order Granting in Part and Denying in Part Defendant's Motion to
3    File Documents Under Seal (Dkt. No. 149), Arista hereby files a revised redacted public version
4    of its Responsive Claim Construction Brief, and Exhibits 1, 2, and 9 to the Declaration of David
5    J. Rosen (*see* Dkt. No. 142).
6    Dated: December 17, 2015                          KEKER & VAN NEST LLP
7
8                                            By:   */s/ David J. Rosen*
                                                   ROBERT A. VAN NEST
9                                                  BRIAN L. FERRALL
                                                   DAVID SILBERT
10                                                 MICHAEL S. KWUN
                                                   AJAY S. KRISHNAN
11                                                 DAVID J. ROSEN

12                                                 Attorneys for Defendant ARISTA
                                                   NETWORKS, INC.