# EXHIBIT 9

# REDACTED PUBLIC VERSION

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,       )
                                )
 6             Plaintiff,       )
                                ) Case No.
 7        vs.                   ) 5:14-cv-05344-BLF (PSG)
                                )
 8    ARISTA NETWORKS, INC.,    )
                                )
 9             Defendant.       )
     _____)
10
11
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14
15        VIDEOTAPED DEPOSITION OF JUNG TJONG
16               San Francisco, California
17             Wednesday, November 11, 2015
18                       Volume I
19
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No.  2182970
25   Pages 1 - 120
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,      )
                               )
 6             Plaintiff,      )
                               ) Case No.
 7        vs.                  ) 5:14-cv-05344-BLF (PSG)
                               )
 8   ARISTA NETWORKS, INC.,    )
                               )
 9             Defendant.      )
     _____)
10
11
12
13
14
15
16          VIDEOTAPED DEPOSITION OF JUNG TJONG,
17   Volume I, taken on behalf of Defendant, at
18   633 Battery Street, San Francisco, California,
19   beginning at 10:01 a.m., and ending at 3:56 p.m., on
20   Wednesday, November 11, 2015, before CARLA SOARES,
21   Certified Shorthand Reporter No. 5908.
22
23
24
25
                                              Page 2
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiff and the Witness:
 4           QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5           BY:  JOHN (JAY) NEUKOM, Attorney at Law
 6           BY:  JASON L. LIU, Attorney at Law
 7           50 California Street, 22nd Floor
 8           San Francisco, California 94111
 9           415.875.6341
10           johnneukom@quinnemanuel.com
11           jasonliu@quinnemanuel.com
12
13
14   For the Defendant:
15           KEKER & VAN NEST LLP
16           BY:  BRIAN L. FERRALL, Attorney at Law
17           BY:  DAVID J. ROSEN, Attorney at Law
18           633 Battery Street
19           San Francisco, California 94111
20           415.391.5400
21           bferrall@kvn.com
22           drosen@kvn.com
23
24   ALSO PRESENT:  Sean Grant, Video Operator
25                     --o0o--
```

```
1                              INDEX
2    WITNESS
3    JUNG TJONG                                      EXAMINATION
     Volume I
4
5                    BY MR. FERRALL                           8
6
7                            EXHIBITS
8    NUMBER              DESCRIPTION                       PAGE
9    Exhibit 1    U.S. Patent No. 7,953,886,                10
10                Bates CSI-CLI-00355030 - 5041
11
12   Exhibit 2    Document headed "Patent                   23
13                Application,"
14                Bates CSI-CLI-00024471 - 4486
15
16   Exhibit 3    Document entitled "SAN OS                 44
17                Management APIs,"
18                Bates CSI-CLI-00660992 - 1001
19
20   Exhibit 4    Document headed "Introduction to          49
21                XML," Bates CSI-CLI-00661298 -
22                1303
23
24   Exhibit 5    Document containing metadata              49
25
```

Page 4

```
 1                         EXHIBITS
 2    NUMBER               DESCRIPTION                   PAGE
 3    Exhibit 6    Document entitled "Provisioning        56
 4                 Voice Over Packet Networks:
 5                 A Metadata Driven, Service Object
 6                 Based Approach"
 7
 8    Exhibit 7    U.S. Patent No. 7,698,694              58
 9
10    Exhibit 8    Document entitled "e-Government        61
11                 Schema Guidelines for XML,"
12                 Bates CSI-CLI-00671458 - 1496
13
14    Exhibit 9    Email string, top email to             63
15                 Pradeep Kathail from John Ellis,
16                 dated 11-25-03,
17                 Bates CSI-CLI-01114666 - 4667
18
19    Exhibit 10   Document entitled "IOS                 71
20                 Programmatic Interface
21                 Architecture, An alternative -
22                 PI-lite approach,"
23                 Bates CSI-CLI-00023800 - 3834
24
25
```

```
 1                         EXHIBITS
 2    NUMBER                DESCRIPTION                   PAGE
 3    Exhibit 11   Typewritten document,                    78
 4                 Bates CSI-CLI-00728047 - 8049
 5
 6    Exhibit 12   Document headed "Document                83
 7                 Number EDCS-XXXXXX"
 8
 9    Exhibit 13   Document entitled "IOS-XS XML API        84
10                 and IOS-PI Data Model Comparison,"
11                 Bates CSI-CLI-00661597 - 1609
12
13    Exhibit 14   Document entitled "NMTG Concept          87
14                 Commit for IOS Native Programmatic
15                 Interface," Bates CSI-CLI-00023909 -
16                 3963
17
18    Exhibit 15   Document entitled "Project Name:        113
19                 'Sharknose,'"
20                 Bates CSI-CLI-00678679 - 8718
21
22    Exhibit 16   Document entitled "Innovate             116
23                 Design Deliver NSSTG,"
24                 Bates CSI-CLI-00871574 - 1644
25                         --o0o--
```

```
 1              San Francisco, California                    09:28:55

 2            Wednesday, November 11, 2015

 3                   10:01 a.m.

 4

 5            P R O C E E D I N G S                          09:33:54

 6         THE VIDEO OPERATOR:  Good morning.  We're

 7   on the record.  The time is 10:01 a.m., and the date

 8   is November 11th, 2015.

 9         This begins the videotaped deposition of

10   Jung Tjong.  My name is Sean Grant here with our         10:02:04

11   court reporter, Carla Soares.  We're here from

12   Veritext Legal Solutions at the request of counsel

13   for defendant.

14         This deposition is being held at

15   Keker & Van Nest LLP in San Francisco, California.      10:02:16

16   The caption of this case is Cisco Systems, Inc.,

17   versus Arista Networks, Inc., Case No.

18   5:14-cv-05344-BLF (PSG)

19         Please note that audio- and

20   video-recording will take place until all parties       10:02:34

21   have agreed to go off the record.  Microphones are

22   sensitive and may pick up whispers, private

23   conversations, or cellular interference.

24         At this time, will counsel please identify

25   themselves and state whom they represent.               10:02:46
```

| | | |
|---|---|---|
| 1 | MR. FERRALL: Brian Ferrall of Keker & | 10:02:50 |
| 2 | Van Nest on behalf of the defendant Arista | |
| 3 | Networks. | |
| 4 | MR. ROSEN: David Rosen of Keker & | |
| 5 | Van Nest on behalf of defendant Arista Networks. | 10:02:57 |
| 6 | MR. NEUKOM: John Neukom and Jason Liu on | |
| 7 | behalf of Cisco, and here today for the witness. | |
| 8 | THE VIDEO OPERATOR: Thank you. | |
| 9 | Will the certified court reporter please | |
| 10 | swear in the witness. | 10:03:08 |
| 11 | JUNG TJONG, | |
| 12 | having been administered an oath, was examined and | |
| 13 | testified as follows: | |
| 14 | EXAMINATION | |
| 15 | BY MR. FERRALL: | 10:03:19 |
| 16 | Q   Good morning.  Please state your full | |
| 17 | name. | |
| 18 | A   Jung Tjong. | |
| 19 | ■   ■████████████████████ | |
| 20 | ■   ■████████████████████████████████  ████ | |
| 21 | ■   ████ | |
| 22 | Q   Have you ever sat for a deposition before? | |
| 23 | A   No. | |
| 24 | Q   Okay.  I take it your counsel has | |
| 25 | explained the rules of this procedure to you | 10:03:49 |

Page 8

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q   So let's go back to the first half of the | 10:32:29 |
| 2 | 2000s.  Can you -- do you recall what project or | |
| 3 | projects you were working on in that period that | |
| 4 | ultimately led to the work that's described in the | |
| 5 | '886 patent? | 10:32:52 |
| 6 | A   I was part of a team -- I was part of a | |
| 7 | project to implement a programmatic interface into | |
| 8 | IOS. | |
| 9 | Q   And to clarify, what's IOS? | |
| 10 | A   IOS, this is Cisco IOS, Internet operating | 10:33:32 |
| 11 | system, I believe. | |
| 12 | Q   What's a programmatic interface? | |
| 13 | A   Programmatic interface in our term means | |
| 14 | machine interface to manage IOS. | |
| 15 | Q   Can you explain, just in general terms, | 10:34:04 |
| 16 | what would be different about a programmatic | |
| 17 | interface as opposed to whatever was used to manage | |
| 18 | IOS absent a programmatic interface? | |
| 19 | A   IOS is built with the command line | |
| 20 | interface intended for human user from day one or | 10:34:35 |
| 21 | primarily.  So programmatic interface is intended | |
| 22 | for machine as opposed to human. | |
| 23 | Q   How would the programmatic interface -- | |
| 24 | strike that. | |
| 25 | What do you mean by "intended for machine | 10:35:14 |

Page 21

| | | |
|---|---|---|
| 1 | technical materials all the time.  That's how we | 11:42:13 |
| 2 | learn. | |
| 3 |     Q   Has XML been standardized by any group? | |
| 4 |     MR. NEUKOM:  Objection.  Vague, calls for | |
| 5 | opinion testimony and legal conclusion. | 11:42:39 |
| 6 |     THE WITNESS:  It's a W3C.  W -- it's a | |
| 7 | standard. | |
| 8 | BY MR. FERRALL: | |
| 9 |     Q   By W3C? | |
| 10 |     A   Yes. | 11:43:02 |
| 11 |     Q   And tell me, what's W3C, do you know? | |
| 12 |     A   It's a standard body.  World Wide Web | |
| 13 | Consortium. | |
| 14 |     Q   Consortium?  So W3 stands for World Wide | |
| 15 | Web? | 11:43:34 |
| 16 |     A   I think so. | |
| 17 |     Q   Do you know if there are different | |
| 18 | versions of XML? | |
| 19 |     MR. NEUKOM:  Objection.  Vague. | |
| 20 |     THE WITNESS:  I think there are various | 11:43:58 |
| 21 | variations of those.  I don't recall the -- XML | |
| 22 | itself I think was derived from something called | |
| 23 | SGML, if I'm not mistaken.  And then there are other | |
| 24 | variations of markup language. | |
| 25 | /// | 11:44:22 |

Page 46

| | | |
|---|---|---|
| 1 | I, the undersigned, a Certified Shorthand | 15:56:48 |
| 2 | Reporter of the State of California, do hereby | |
| 3 | certify: | |
| 4 | That the foregoing proceedings were taken | |
| 5 | before me at the time and place herein set forth; | 15:56:48 |
| 6 | that any witnesses in the foregoing proceedings, | |
| 7 | prior to testifying, were administered an oath; that | |
| 8 | a record of the proceedings was made by me using | |
| 9 | machine shorthand which was thereafter transcribed | |
| 10 | under my direction; that the foregoing transcript is | 15:56:48 |
| 11 | a true record of the testimony given. | |
| 12 | Further, that if the foregoing pertains to | |
| 13 | the original transcript of a deposition in a Federal | |
| 14 | Case, before completion of the proceedings, review | |
| 15 | of the transcript [ ] was [x] was not requested. | 15:56:48 |
| 16 | I further certify I am neither financially | |
| 17 | interested in the action nor a relative or employee | |
| 18 | of any attorney or any party to this action. | |
| 19 | IN WITNESS WHEREOF, I have this date | |
| 20 | subscribed my name. | 15:56:48 |
| 21 | Dated: 11/17/2015 | |
| 22 | | |
| 23 | *Carla Soares* | |
| 24 | CARLA SOARES | |
| 25 | CSR No. 5908 | 15:56:48 |

Page 120