1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID SILBERT - # 173128
4  dsilbert@kvn.com
   AJAY S. KRISHNAN - # 222476
5  akrishnan@kvn.com
   DAVID J. ROSEN - # 296139
6  drosen@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

9  Attorneys for Defendant ARISTA NETWORKS, INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG)
   | Plaintiff, | **NOTICE OF PUBLIC FILING OF ARISTA'S RESPONSIVE CLAIM CONSTRUCTION BRIEF AND EXHIBITS 1, 2, AND 9 TO THE DECLARATION OF DAVID J. ROSEN**
   | v. |
   | ARISTA NETWORKS, INC., |
   | Defendant. |
   |  | Judge:      Hon. Beth Labson Freeman
   |  | Date Filed: December 5, 2014
   |  | Trial Date: August 1, 2016

1
2   Pursuant to the Court's Order Granting in Part and Denying in Part Defendant's Motion to
3   File Documents Under Seal (Dkt. No. 149), Arista hereby files a revised redacted public version
4   of its Responsive Claim Construction Brief, and Exhibits 1, 2, and 9 to the Declaration of David
5   J. Rosen (*see* Dkt. No. 142).
6   Dated: December 17, 2015                              KEKER & VAN NEST LLP
7
8                                              By:   */s/ David J. Rosen*
                                                     ROBERT A. VAN NEST
9                                                    BRIAN L. FERRALL
                                                     DAVID SILBERT
10                                                   MICHAEL S. KWUN
                                                     AJAY S. KRISHNAN
11                                                   DAVID J. ROSEN
12                                                   Attorneys for Defendant ARISTA
                                                     NETWORKS, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF PUBLIC FILING
Case No. 5:14-cv-05344-BLF (PSG)

1014450.01