# EXHIBIT 1

# REDACTED PUBLIC VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4       --------------------------X

5       CISCO SYSTEMS, INC.,

6                Plaintiff,

7            v.                          Case No.:

8       ARISTA NETWORKS, INC.,        5:14-cv-05344-BLF (PSG)

9                Defendant.

10      --------------------------X

11

12

13             HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15             VIDEOTAPED DEPOSITION OF JEFFREY WHEELER

16                        November 12, 2015

17                      9:33 a.m. - 5:55 p.m.

18                        Richmond, Virginia

19

20

21

22      Job No. 2183991

23      REPORTED BY:

24      Kimberly L. Ribaric, RPR, CCR

25      PAGES 1 - 255

                                                    Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              Deposition of JEFFREY WHEELER, held at the

 2     law office of:

 3

 4              Troutman Sanders LLP

 5              1001 Haxall Point

 6              Richmond, Virginia   23219

 7

 8

 9

10

11

12              Pursuant to agreement, before KIMBERLY L.

13     RIBARIC, Registered Professional Reporter,

14     Certified Court Reporter and Notary Public in and

15     for the Commonwealth of Virginia at large.

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       APPEARANCES OF COUNSEL:

2

3               QUINN EMANUEL URQUHART & SULLIVAN LLP

4               555 Twin Dolphin Drive, 5th Floor

5               Redwood Shores, CA  94065

6               650-801-5016

7               marktung@quinnemanuel.com

8               BY: MARK TUNG, ESQUIRE

9                   Counsel for Plaintiff

10

11

12              KEKER & VAN NEST LLP

13              633 Battery Street

14              San Francisco, CA  94111-1809

15              415-676-2267

16              akrishnan2kvn.com

17              BY: AJAY KRISHNAN, ESQUIRE

18                  Counsel for Defendant

19

20

21

22

23      ALSO PRESENT:

24          REID ATTAWAY, Videographer

25
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                    I N D E X

2     WITNESS:  JEFFREY WHEELER              PAGE

3        Examination By Mr. Krishnan            7

4

5                    E X H I B I T S

6     DEFENDANT EXHIBIT                        PAGE

7        Exhibit 17    Résumé of Jeffrey Wheeler    18

8        Exhibit 18    Defendant Arista Networks,

9                      Inc.'s Notice of Subpoena to

10                     Jeffrey Wheeler              64

11       Exhibit 19    UC 4.2s Feature Matrix dated

12                     10/22/99                     98

13       Exhibit 20    Execution Commit            121

14       Exhibit 21    QuickConfig Installation    130

15                     Utility

16       Exhibit 22    Feature Functional

17                     Specification For R4.1 UM CLI

18                     Feature Number 4.1.2.8       132

19       Exhibit 22-A  Metadata                    133

20       Exhibit 23    UM CLI For R4.1 Internal Design  151

21       Exhibit 23-A  Metadata                    151

22       Exhibit 24    UMCLI                        175

23       Exhibit 24-A  Metadata                    175

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                         E X H I B I T S

2     DEFENDANT EXHIBIT         (CONTINUED)         PAGE

3        Exhibit 25    Cisco Unified Communications

4                      Architecture                 175

5        Exhibit 26    United States Patent No.

6                      7,047,526 B1                  175

7        Exhibit 27    Amteva notebook               175

8        Exhibit 28    Compilers, Principles,

9                      Techniques, and Tools         175

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  5
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        (November 12, 2015, 9:33 a.m.)

 2                    JEFFREY WHEELER,

 3        the Witness, called for examination, having been

 4        first duly sworn according to law, was examined

 5        and testified as follows:

 6                       - - -                      09:33:13

 7              THE VIDEOGRAPHER:  Good morning.  We are  09:33:13

 8        now on the record.  The approximate time is  09:33:27

 9        9:33 a.m. on November 12th, 2015.  This is the  09:33:30

10        video recorded deposition of Jeffrey Wheeler.  09:33:36

11            My name is Reid Attaway, here with court  09:33:39

12        reporter Kim Ribaric, we are here from  09:33:41

13        Vertitext Legal Solutions at the request of  09:33:44

14        counsel for the defendant.  09:33:45

15            This deposition is being held at  09:33:46

16        1001 Haxall Point in Richmond, Virginia.  09:33:50

17            The caption of this case is Cisco Systems  09:33:51

18        versus Arista Networks.  09:33:54

19            Please note that audio and video  09:33:56

20        recording will take place unless all parties  09:33:59

21        agree to go off the record.  Microphones are  09:34:03

22        sensitive and may pick up whispers, private  09:34:03

23        conversations and cellular interference.  09:34:03

24            I am not authorized to administer an  09:34:08

25        oath, and I am not related to any party in  09:34:11
```

Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | this action, nor am I financially interested | 09:34:13 |
| 2 | in the outcome in any way. | 09:34:16 |
| 3 |     If there are any objections to | 09:34:18 |
| 4 | proceeding, please state them at the time of | 09:34:19 |
| 5 | your appearance, beginning with the noticing | 09:34:22 |
| 6 | attorney. | 09:34:25 |
| 7 |     MR. KRISHNAN:  Ajay Krishnan from Keker & | 09:34:25 |
| 8 | Van Nest, for Arista. | 09:34:26 |
| 9 |     MR. TUNG:  Mark Tung from Quinn Emanuel, | 09:34:28 |
| 10 | for Cisco. | 09:34:30 |
| 11 |     THE VIDEOGRAPHER:  Thank you.  The | 09:34:31 |
| 12 | witness will be sworn in and counsel may begin | 09:34:33 |
| 13 | examination. | 09:34:33 |
| 14 | - - - | 09:34:33 |
| 15 | JEFFREY WHEELER, | 09:34:33 |
| 16 | WAS SWORN AND TESTIFIED AS FOLLOWS. | 09:34:33 |
| 17 | - - - | 09:34:44 |
| 18 |     MR. KRISHNAN:  Good morning, Mr. Wheeler. | 09:34:44 |
| 19 | THE WITNESS:  Good morning. | 09:34:46 |
| 20 | - - - | 09:34:47 |
| 21 | EXAMINATION | 09:34:47 |
| 22 | BY MR. KRISHNAN: | 09:34:47 |
| 23 |     Q.  Could you please state your address. | 09:34:48 |

Page 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        A.   I don't have enough knowledge of the Bay    12:00:23
2    tool to say all the differences or the number of    12:00:26
3    differences.                                         12:00:29
4        Q.   Okay.  Well, let's talk about maybe the     12:00:30
5    other Cisco routers that you were familiar with.     12:00:34
6        A.   Okay.                                        12:00:38
7        Q.   They also had OA&M tools; correct?           12:00:38
8        A.   They had -- or if you're referring to the   12:00:41
9    CLI for -- for Cisco?                                12:00:45
10       Q.   Yes.                                         12:00:46
11       A.   Yeah, they had a CLI, and it allowed you    12:00:47
12   to do administrative functions and monitoring        12:00:50
13   functions.                                           12:00:56
14       Q.   Okay.  And the Cisco CLI you're referring   12:00:57
15   to is IOS CLI?                                       12:01:00
16       A.   Correct.                                     12:01:04
17       Q.   Okay.  And that's sort of the               12:01:05
18   Cisco-branded CLI?                                   12:01:06
19       A.   Sure.                                        12:01:07
20       Q.   Okay.  And that CLI, what types of OA&M     12:01:08
21   tools were accessible through that CLI?              12:01:13
22       A.   You could restart the box.  You could go    12:01:17
23   into an able mode.  You could see statistics and     12:01:24
24   counters.  You could look at the version of the --   12:01:30
25   of the IOS and the hardware.  You could, you know,   12:01:35
```

Page 86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   But putting that distinction aside | 12:03:38 |
| 2 | between what level of the OSI protocol the OA&M | 12:03:41 |
| 3 | tools were operating at, the Cisco IOS CLI also | 12:03:46 |
| 4 | was a single entry point for administering the | 12:03:55 |
| 5 | sort of downstream OA&M tools that it managed? | 12:04:00 |
| 6 | A.   It was focused, yeah, on administering | 12:04:06 |
| 7 | that -- at administrating the UM system and -- and | 12:04:09 |
| 8 | executing other tools within the UM system to | 12:04:17 |
| 9 | accomplish OA&M functions. | 12:04:21 |
| 10 | Q.   Okay.  So are -- you're talking there | 12:04:23 |
| 11 | about UM CLI -- | 12:04:25 |
| 12 | A.   UM CLI.  You asked about UM CLI? | 12:04:26 |
| 13 | Q.   I'm sorry.  I was asking about IOS CLI. | 12:04:28 |
| 14 | A.   Okay.  I'm sorry.  I heard that. | 12:04:31 |
| 15 | Q.   Putting aside the distinction between | 12:04:31 |
| 16 | what level the OA&M tools we're working at, the | 12:04:34 |
| 17 | IOS CLI also offered a single entry point -- | 12:04:40 |
| 18 | A.   Oh.  Okay. | 12:04:40 |
| 19 | Q.   -- interface to deal with whatever OA&M | 12:04:41 |
| 20 | tools it was managing; right? | 12:04:44 |
| 21 | A.   Correct. | 12:04:46 |
| 22 | Q.   Okay.  Did the IOS CLI have a -- did it | 12:04:46 |
| 23 | use generic commands to administer these OA&M | 12:04:52 |
| 24 | tools? | 12:04:57 |
| 25 | MR. TUNG:  Object to the extent it calls | 12:04:57 |

Page 88

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | for a legal conclusion. | 12:04:59 |
| 2 | THE WITNESS:  What do you mean by | 12:05:00 |
| 3 | "generic commands"? | 12:05:04 |
| 4 | BY MR. KRISHNAN: | 12:05:05 |
| 5 | Q.   You're familiar with the term generic | 12:05:06 |
| 6 | commands in your patent, the '526 patent? | 12:05:09 |
| 7 | A.   That -- | 12:05:11 |
| 8 | MR. TUNG:  Same objection. | 12:05:11 |
| 9 | THE WITNESS:  Yeah, that -- that is | 12:05:12 |
| 10 | language that is nothing I use as a -- as an | 12:05:14 |
| 11 | engineer. | 12:05:17 |
| 12 | BY MR. KRISHNAN: | 12:05:19 |
| 13 | Q.   Okay.  So -- okay.  Well, let's -- let's | 12:05:24 |
| 14 | put that aside then. | 12:05:24 |
| 15 | How would you say -- other than the level | 12:05:26 |
| 16 | at which the OA&M tools were operating, how else | 12:05:31 |
| 17 | would you say that the UM CLI solution that you | 12:05:39 |
| 18 | developed was different from the IOS CLI method | 12:05:43 |
| 19 | for administrating the OA&M tools? | 12:05:49 |
| 20 | A.   The UM CLI tool -- well, besides the fact | 12:05:53 |
| 21 | that it worked at a different layer, the tool | 12:06:02 |
| 22 | could -- it had a auto completion feature, which | 12:06:09 |
| 23 | you could begin typing characters, and then it | 12:06:15 |
| 24 | would try to make the best match based on what | 12:06:22 |
| 25 | characters were typed.  I don't believe the U -- | 12:06:25 |

Page 89

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 126

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13          MR. KRISHNAN:  Okay.  I think -- why          02:21:08

14      don't we take a break right there.               02:21:09

15          THE WITNESS:  Okay.                           02:21:10

16          THE VIDEOGRAPHER:  We are going off the       02:21:11

17      video record at 2:21 p.m.                         02:21:14

18          (Proceedings recessed at 2:21 p.m., and       02:21:19

19          reconvened at 2:32 p.m.)                      02:27:29

20          THE VIDEOGRAPHER:  This is the beginning      02:31:56

21      of Disc 3.  We are back on the record at          02:32:27

22      2:32 p.m.  Counsel may proceed.                   02:32:31

23      BY MR. KRISHNAN:                                  02:32:33

24          Q.   Okay.  You're familiar with the term     02:32:42

25      "generic commands" from your '526 patent?          02:32:44

                                          Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. TUNG:  Objection to the extent it | 02:32:49 |
| 2 | calls for a legal conclusion. | 02:32:49 |
| 3 | THE REPORTER:  I didn't hear you. | 02:32:49 |
| 4 | THE WITNESS:  I've read those -- that -- | 02:32:49 |
| 5 | MR. TUNG:  Legal conclusion. | 02:32:55 |
| 6 | THE WITNESS:  I've read that phrase in | 02:32:55 |
| 7 | there. | 02:32:57 |
| 8 | BY MR. KRISHNAN: | 02:32:57 |
| 9 | Q.  Okay. | 02:32:58 |
| 10 | A.  I don't know what it -- particular | 02:32:58 |
| 11 | referring to, but -- | 02:33:02 |



Page 145

```
 1      BY MR. KRISHNAN:                              05:20:09

 2          Q.   Correct.                             05:20:13

 3          A.   That is just a -- a common way to list   05:20:16

 4      the ones that all came after it.  Object would be  05:20:23

 5      replaced by base or app or H.323 or TNT.  So --    05:20:30

 6      oh, minus T -- oh, with a minus T.  So each --     05:20:39

 7      okay.                                         05:20:42

 8              So each of those developer tools, the   05:20:43

 9      view tools, if you gave it a T option, it would -- 05:20:50

10      it would tell you how often it was going to    05:20:54

11      refresh itself.                               05:20:59
```

Page 231

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 232

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page  233

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



| 10 | Q.  Okay. | 05:26:02 |
|---|---|---|
| 11 | A.  But I could -- I could be wrong on that. | 05:26:02 |
| 12 | Q.  Okay.  So I guess what I'm wondering is | 05:26:05 |
| 13 | if someone just came across this patent in like | 05:26:08 |
| 14 | 2001 or 2002 or 2005, and they were interested in | 05:26:12 |
| 15 | knowing about what these old command line syntax | 05:26:17 |
| 16 | functions did, how would they go about learning | 05:26:23 |
| 17 | about that? | 05:26:33 |
| 18 | A.  I -- that's -- can you be more specific? | 05:26:34 |
| 19 | The question's kind of vague to me.  I don't | 05:26:39 |
| 20 | understand.  You -- in what aspects are you trying | 05:26:43 |
| 21 | to -- just clarify your question, if you don't | 05:26:47 |
| 22 | mind. | 05:26:50 |
| 23 | Q.  Yeah.  How is anyone reading this patent | 05:26:51 |
| 24 | supposed to know that -- what these commands in | 05:26:54 |
| 25 | the old command line syntax were or what they did? | 05:26:58 |

Page 234

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.   That would be interpreting the language    05:27:03

 2   of the patent.  I would just say that in the --      05:27:10

 3   they would -- okay.  If -- if they read this,        05:27:32

 4   columns 5 and 6, and they had maybe read the         05:27:39

 5   documentation or been to training, they would know   05:27:47

 6   what some of these words, like base TNT and H.323    05:27:51

 7   mean, so that would probably given them a clue       05:27:59

 8   that these commands could help see what's going on   05:28:03

 9   in that process.                                     05:28:06

10        Q.   And what training are you referring to?    05:28:07

11        A.   If there was any unified messaging or      05:28:10

12   unified communication training.  There was several   05:28:14

13   courses that were offered, including a operations    05:28:17

14   troubleshooting course.                              05:28:21
```



Page  235

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

██  ██████████████████████████████████    ██████████

2          Q.    Okay.  And sort of a related question is:    05:29:17

3    How is someone who is just reading this patent    05:29:21

4    even supposed to know that the UM CLI product is    05:29:25

5    the one that's referenced here in columns 5 and 6?    05:29:29

6          A.    Well, columns -- the second column is the    05:29:33

7    syntax that UM CLI require -- used.  So if they    05:29:39

8    saw this syntax and matched it with the UM    05:29:45

9    customer documentation, they would know that    05:29:51

10    that's related to UM CLI.    05:29:53

11          Q.    Was the UM CLI syntax well known in    05:29:55

12    the -- in the field?    05:30:00

13              MR. TUNG:  Objection.  Vague.    05:30:01

14              THE WITNESS:  It was -- it was    05:30:06

15        documented.  So well known -- if people    05:30:07

16        administered UM systems, they went to our    05:30:10

17        training, then yes, they would have known    05:30:13

18        about it.    05:30:15

19    BY MR. KRISHNAN:    05:30:15

20          Q.    Okay.  You said if someone were to match    05:30:16

21    the syntax in column 2 with the --    05:30:19

22          A.    Documentation.    05:30:25

23          Q.    And that documentation is documentation    05:30:27

24    from Cisco; right?    05:30:28

25          A.    Yeah, that's our documentation that we    05:30:30

Page 236

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 238

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 239

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 240

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



17    BY MR. KRISHNAN:                                05:37:34

18         Q.   Is there any set of simple guidelines    05:37:34

19    that you could give for someone who's trying to   05:37:38

20    develop a new syntax from an old syntax to --     05:37:43

21    to -- that would capture the concept of -- of the 05:37:52

22    generic command?                                  05:37:55

23         MR. TUNG:  Objection.  Vague.  And          05:37:57

24    objection, calls for a legal conclusion.          05:38:00

25         THE WITNESS:  The guidelines that I         05:38:06

Page 241

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | pre-1996 development of the UM product, you didn't | 05:54:52 |
| 2 | tell Kirkland anything in either the phone call or | 05:54:58 |
| 3 | the meeting that you haven't testified to today? | 05:55:01 |
| 4 | A.   Yeah, I don't recall anything besides | 05:55:04 |
| 5 | that that was -- that was different.  There was | 05:55:15 |
| 6 | more covered today than there was in those | 05:55:19 |
| 7 | conversations. | 05:55:22 |
| 8 | MR. KRISHNAN:  Okay.  I don't have any | 05:55:23 |
| 9 | further questions.  Thank you. | 05:55:24 |
| 10 | THE WITNESS:  Okay. | 05:55:26 |
| 11 | MR. TUNG:  So I want to designate the | 05:55:26 |
| 12 | transcript highly confidential, attorneys' | 05:55:29 |
| 13 | eyes only, and reserve our rights under the | 05:55:36 |
| 14 | federal rules to submit errata.  And I think | 05:55:39 |
| 15 | we're done. | 05:55:39 |
| 16 | THE VIDEOGRAPHER:  This is the end of | 05:55:41 |
| 17 | Disc 4 and end of the deposition.  We are | 05:55:43 |
| 18 | going off the record at 5:55 p.m. | 05:55:45 |
| 19 | - - - | |
| 20 | (Deposition concluded, 5:55 p.m.) | |
| 21 | - - - | |
| 22 | (Signature reserved.) | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

 2          I, Kimberly L. Ribaric, Registered Professional

 3     Reporter, Certified Court Reporter and Notary

 4     Public in and for the Commonwealth of Virginia at

 5     Large, and whose commission expires August 31,

 6     2016, do certify that the aforementioned appeared

 7     before me, was sworn by me, was thereupon examined

 8     by counsel, that review was requested; and that

 9     the foregoing is a true, correct, and full

10     transcript of the testimony adduced.

11          I further certify that I am neither related to

12     nor associated with any counsel or party to this

13     proceeding, nor otherwise interested in the event

14     thereof.

15          Given under my hand and notarial seal at

16     Fluvanna County, Virginia, this 24th day of

17     November 2015.

18

19

20            Kimberly L. Ribaric, RPR, CCR

21          Notary Public Registration No. 348266

22   I was commissioned a notary public as Kimberly L. Krett

23            Commonwealth of Virginia at Large

24

25
```

                                        Page 254

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        I declare under penalty of perjury

2    under the laws that the foregoing is

3    true and correct.

4

5        Executed on _____ , 20___,

6    at _____, _____.

7

8

9

10

11        _____

12             JEFFREY WHEELER

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 255