# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,       )
 6              Plaintiff,      )
 7         vs.                  ) Case No.
 8   ARISTA NETWORKS, INC.,     ) 5:14-cv-05344-BLF (PSG)
 9              Defendant.      )
10   _____)
11
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14       VIDEOTAPED DEPOSITION OF KEVIN C. ALMEROTH
15                San Francisco, California
16               Monday, November 23, 2015
17                       Volume I
18
19
20   Reported by:
21   CARLA SOARES
22   CSR No. 5908
23   Job No. 2189099
24
25   Pages 1 - 145
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,       )
 6              Plaintiff,      )
 7         vs.                  ) Case No.
 8   ARISTA NETWORKS, INC.,     ) 5:14-cv-05344-BLF (PSG)
 9              Defendant.      )
10   _____)
11
12
13
14         VIDEOTAPED DEPOSITION OF KEVIN
15   C. ALMEROTH, Volume I, taken on behalf of Defendant,
16   at 633 Battery Street, San Francisco, California,
17   beginning at 9:23 a.m., and ending at 1:41 p.m., on
18   Monday, November 23, 2015, before CARLA SOARES,
19   Certified Shorthand Reporter No. 5908.
20
21
22
23
24
25
                                                    Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   APPEARANCES:
 2
 3   For the Plaintiff and the Witness:
 4         QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5         BY:  MARK TUNG, Ph.D., Attorney at Law
 6         555 Twin Dolphin Drive, 5th Floor
 7         Redwood Shores, California 94065
 8         650.801.5016
 9         marktung@quinnemanuel.com
10
11
12   For the Defendant:
13         KEKER & VAN NEST LLP
14         BY:  DAVID J. SILBERT, Attorney at Law
15         BY:  DAVID J. ROSEN, Attorney at Law
16         633 Battery Street
17         San Francisco, California 94111
18         415.391.5400
19         bferrall@kvn.com
20         drosen@kvn.com
21
22   ALSO PRESENT:
23         Sean Grant, Video Operator
24
25
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                           INDEX
2    WITNESS
3    KEVIN C. ALMEROTH                              EXAMINATION
4    Volume I
5         BY MR. SILBERT                                      7
6
7                          EXHIBITS
8    NUMBER              DESCRIPTION                        PAGE
9    Exhibit 44   Plaintiff Cisco Systems, Inc.'s            13
10                Preliminary Claim Constructions
11                And Extrinsic Evidence
12
13   Exhibit 45   Document labeled "Exhibit A"               17
14
15   Exhibit 46   Declaration of Kevin C. Almeroth           21
16                Submitted in Support of Plaintiff
17                Cisco Systems, Inc's Opening Claim
18                Construction Brief
19
20   Exhibit 47   Document entitled "Microsoft               38
21                Computer Dictionary, Fifth Edition"
22
23   Exhibit 48   Plaintiff Cisco Systems, Inc.'s            90
24                Opening Claim Construction Brief
25
```

Page 4

```
 1                        EXHIBITS
 2   NUMBER              DESCRIPTION                  PAGE
 3
 4   Exhibit 49   Document labeled "Exhibit 7"          91
 5
 6   Exhibit 50   Document entitled "Microsoft         142
 7                Computer Dictionary, Fifth Edition"
 8
 9
10
11                  REFERENCED EXHIBITS
12                      (Not attached)
13            Exhibit          Page
14               1              40
15              26             107
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                San Francisco, California

2              Monday, November 23, 2015

3                      9:23 a.m.

4

5            P R O C E E D I N G S                      08:28:35

6            THE VIDEO OPERATOR:  Good morning.  We're

7   on the record.  The time is 9:23 a.m., and the date

8   is November 23rd, 2015.  This begins the videotaped

9   deposition of Kevin C. Almeroth.

10           My name is Sean Grant, here with our court    09:23:36

11  reporter, Carla Soares.  We're here from Veritext

12  Legal Solutions at the request of counsel for

13  defendant.

14           This deposition is being held at Keker

15  & Van Nest LLP in San Francisco, California.  The    09:23:46

16  caption of this case is Cisco Systems, Inc., versus

17  Arista Networks, Inc., Case No. 5:14-cv-05344-BLF.

18           Please note that audio- and

19  video-recording will take place unless all parties

20  have agreed to go off the record.  Microphones are    09:24:06

21  sensitive and may pick up whispers, private

22  conversations, or cellular interference.

23           At this time, will counsel please identify

24  themselves and state whom they represent.

25           MR. SILBERT:  David Silbert from Keker       09:24:17
```

Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   input and output of the black box," correct?              13:07:54
 2        A    Yes.
 3        Q    So for a command to be an abstraction of a
 4   tool's specific command, does it need to suppress
 5   specific details about how the tool's specific             13:08:05
 6   command is implemented?
 7        A    That would be one example of how you can
 8   provide an abstraction.
 9        Q    What are other ways that you could provide
10   an abstraction?                                            13:08:14
11        A    You can provide an abstraction that makes
12   a command more understandable and is more
13   understandable as compared to the commands that are
14   used with a specific management program.
15             So part of the motivation that's described       13:08:36
16   in the background of the '526 is the idea that in
17   some instances, the user interface is terse or not
18   particularly user friendly, and so you can provide
19   an abstraction over those commands by providing
20   commands that are more consistent or user friendly,        13:08:53
21   especially if they are something that can be used
22   across one or more management programs.
23        Q    Do you have the '526 patent in front of
24   you, Exhibit 26?
25        A    Yes.                                             13:09:14
```

Page 125

| | | |
|---|---|---|
| 1 | Q   Would you look, please, at columns 5 and | 13:09:21 |
| 2 | 6?  This is appendix part A of the patent. | |
| 3 | A   Yes. | |
| 4 | Q   Do you see this table that has the column | |
| 5 | "Functional Item" on the left, and then "New Syntax" | 13:09:31 |
| 6 | in the middle, and "Old Command Line/Syntax" on the | |
| 7 | right? | |
| 8 | A   Yes. | |
| 9 | Q   Do you understand that the "New Syntax" | |
| 10 | column in this table is supposed to represent | 13:09:42 |
| 11 | generic commands? | |
| 12 | A   I'm trying to see where it talks about | |
| 13 | Appendix A. | |
| 14 | The short answer is I don't recall | |
| 15 | specifically what it says about the appendix so I | 13:10:25 |
| 16 | need to double-check.  If there's some place you | |
| 17 | want to point me to, I can look at that. | |
| 18 | Q   Okay.  Well, that's okay.  If you can look | |
| 19 | at the appendix, take -- for example, about a | |
| 20 | quarter of the way down in the middle column under | 13:10:51 |
| 21 | "New Syntax," it says, "Watch H323 entries." | |
| 22 | Do you see that? | |
| 23 | A   Yes. | |
| 24 | Q   And then to the right of that under the | |
| 25 | "Old Command Line/Syntax," it says, "H323 view." | 13:11:04 |

Page 126

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Do you see that? | 13:11:12 |
| 2 | A   I do. | |
| 3 | Q   Which one of those in your mind is a | |
| 4 | generic command? | |
| 5 | A   I have to see what the specification is | 13:11:19 |
| 6 | describing as to what the table is. | |
| 7 | Q   Can you tell the answer without reading | |
| 8 | the specification? | |
| 9 | I mean, if you just look at those two | |
| 10 | commands, are you able to tell which one is a | 13:11:32 |
| 11 | generic command? | |
| 12 | A   Without context, just looking at the | |
| 13 | commands by themselves doesn't necessarily tell you | |
| 14 | what's generic versus not. | |
| 15 | The idea that you have new syntax versus | 13:11:52 |
| 16 | old command line/syntax would suggest that the new | |
| 17 | syntax is potentially more of a generic command. | |
| 18 | But again, in some instances, it's helpful | |
| 19 | to look at the basis for where the new syntax came | |
| 20 | from.  Maybe, maybe not.  But that's -- | 13:12:13 |
| 21 | understanding the context is potentially | |
| 22 | informative, which is why I was looking for that in | |
| 23 | the specification. | |
| 24 | Q   Okay.  But is it possible that both of | |
| 25 | those commands that I pointed to, "Watch H323 | 13:12:30 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              Do you see that?                              13:35:16

2        A    I do.

3        Q    And so your testimony is, in the case of

4    traversing a tree, at least, the definition here is

5    one way to implement recursion but not the only way    13:35:28

6    to implement recursion?

7        A    That's correct.

8             MR. SILBERT:  Okay.  Let's take a short

9    break.  I think maybe we're finished.

10            THE VIDEO OPERATOR:  Going off the record,     13:35:50

11   the time is 1:36 p.m.

12            (Recess 1:36 p.m. - 1:40 p.m.)

13            THE VIDEO OPERATOR:  Back on the record.

14   The time is 1:40 p.m.

15            MR. SILBERT:  Dr. Almeroth, thank you very     13:40:40

16   much for your time.  Pending any redirect by your

17   counsel, I have no further questions at this time.

18            MR. TUNG:  I just want to reserve the

19   right under the Federal Rules to submit errata.

20            I have no questions.                           13:40:52

21            THE VIDEO OPERATOR:  This concludes the

22   videotaped deposition of Dr. Kevin Almeroth.  We're

23   off the record at 1:41 p.m.  Thank you.

24            (TIME NOTED:  1:41 p.m.)

25                    --o0o--                                13:40:59
```

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1            I, KEVIN C. ALMEROTH, do hereby declare
2    under penalty of perjury that I have read the
3    foregoing transcript; that I have made any
4    corrections as appear noted, in ink, initialed by
5    me, or attached hereto; that my testimony as
6    contained herein, as corrected, is true and correct.
7            EXECUTED this _____ day of _____,
8    2015, at _____, _____.
9                    (City)              (State)
10
11
12
13                  _____
14                     KEVIN C. ALMEROTH
15
16
17
18
19
20
21
22
23
24
25
```

Page 144

1          I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4          That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12         Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [x] was [ ] was not requested.
16         I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 12/3/2015
23
                        *Carla Soares*
24                      CARLA SOARES
25                      CSR No. 5908

Page 145