| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admission pro hac vice pending)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California   94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF MARK TUNG IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S REPLY CLAIM CONSTRUCTION BRIEF** |

I, Mark Tung, hereby declare as follows:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. I submit this declaration in support of the Cisco's Reply Claim Construction Brief. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Jeffrey Wheeler, taken November 12, 2015.

3. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition of Kevin Almeroth, taken November 23, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2015, in Redwood Shores, California.

By  */s Mark Tung*
    Mark Tung

### ATTESTATION

I, Sean S. Pak, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that Mark Tung has concurred in this filing.

DATED: December 21, 2015

/s Sean S. Pak
Sean S. Pak

2
DECLARATION OF MARK TUNG IN SUPPORT OF CISCO'S REPLY CLAIM CONSTRUCTION BRIEF
Case No.3:14-cv-05344-BLF