# Exhibit 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   ----------------------------X
 5   CISCO SYSTEMS, INC.,
 6            Plaintiff,
 7        v.                      Case No.:
 8   ARISTA NETWORKS, INC.,       5:14-cv-05344-BLF (PSG)
 9            Defendant.
10   ----------------------------X
11
12
13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF JEFFREY WHEELER
16                   November 12, 2015
17                  9:33 a.m. - 5:55 p.m.
18                   Richmond, Virginia
19
20
21
22   Job No. 2183991
23   REPORTED BY:
24   Kimberly L. Ribaric, RPR, CCR
25   PAGES 1 - 255
```

Page 1

| | | |
|---|---|---|
| 1 | for your invention outside of the unified | 11:21:40 |
| 2 | messaging product? | 11:21:43 |
| 3 | A.  I am not aware of any, no. | 11:21:44 |
| 4 | Q.  In your 14 to 15 years of experience | 11:21:50 |
| 5 | since coming up with the '526 invention, have you | 11:22:18 |
| 6 | seen other instances where your invention was used | 11:22:23 |
| 7 | outside of the unified messaging product? | 11:22:30 |
| 8 | MR. TUNG:  I'll object to the extent it | 11:22:33 |
| 9 | calls for a legal conclusion. | 11:22:37 |
| 10 | THE WITNESS:  No. | 11:22:38 |
| 11 | BY MR. KRISHNAN: | 11:22:39 |
| 12 | Q.  Let's talk a little bit about the work | 11:22:48 |
| 13 | that you were doing on Cisco that led to the | 11:23:01 |
| 14 | patent. | 11:23:05 |
| 15 | Was there a particular product feature | 11:23:06 |
| 16 | that you would say was the work that you did | 11:23:09 |
| 17 | that -- that led to the patent? | 11:23:13 |
| 18 | A.  In particular, it was more combining | 11:23:16 |
| 19 | developer tools and manual steps into a single | 11:23:27 |
| 20 | tool with the common syntax and usage. | 11:23:33 |
| 21 | Q.  Was this product referred to within Cisco | 11:23:39 |
| 22 | as the UM CLI project? | 11:23:45 |
| 23 | A.  UM CLI tool was the -- was the name given | 11:23:47 |
| 24 | to it.  Later, the name I think changed to UC CLI. | 11:23:53 |
| 25 | But that's, yeah, how it would have been referred | 11:24:02 |

Page 71

| | | |
|---|---|---|
| 1 | to on the -- the functional specification | 11:24:05 |
| 2 | documents.  And it was also the name at the -- | 11:24:09 |
| 3 | that you actually would type in. | 11:24:12 |
| 4 | Q.   Okay.  And what -- what would you say was | 11:24:14 |
| 5 | the value added of the UM CLI tool? | 11:24:16 |
| 6 | A.   The value would be that you did not need | 11:24:22 |
| 7 | to remember lots and lots of different commands | 11:24:26 |
| 8 | and syntaxes.  It would also -- would also run, if | 11:24:31 |
| 9 | you will, precommands and postcommands for | 11:24:43 |
| 10 | external executables. | 11:24:46 |
| 11 | So if we needed to run -- before the | 11:24:53 |
| 12 | tool, if we needed to run a program, we would have | 11:24:57 |
| 13 | to set up environmental variables, and we might | 11:25:04 |
| 14 | need to get into a specific directory before we | 11:25:08 |
| 15 | would execute the command.  And then after, we | 11:25:13 |
| 16 | would execute an external command, we would have | 11:25:16 |
| 17 | to interpret the return code.  So the tool did all | 11:25:20 |
| 18 | of that as well, it's just executing the external | 11:25:24 |
| 19 | command. | 11:25:27 |
| 20 | The external command was one of the | 11:25:31 |
| 21 | features of the UM CLI tool.  It also -- it also | 11:25:34 |
| 22 | had logic to do different things, like display | 11:25:39 |
| 23 | statistics and counters for the running UM -- | 11:25:45 |
| 24 | other running UM components. | 11:25:50 |
| 25 | Q.   Would you say that all of these | 11:26:14 |

Page 72

```
 1          Q.   Yeah.  Let's say at the time Cisco         11:50:34
 2     acquired Amteva.                                     11:50:39
 3          A.   It would have been QuickConfig, the ones   11:50:39
 4     we -- most of the ones we went over.  QuickConfig,   11:50:45
 5     UM CLI, SNMP.  Probably those three were the --      11:50:43
 6     those were the first three.  The others came in      11:50:50
 7     the following years.                                 11:50:56
 8          Q.   I think the other ones you mentioned were  11:51:00
 9     UM manager and Reporting Central?                    11:51:04
10          A.   UM manager and Reporting Central,          11:51:06
11     correct.                                             11:51:10
12               There was other -- other things I was --   11:51:17
13     not tools that my group would develop, but I would   11:51:22
14     have input into other development teams' features    11:51:27
15     such that I would write requirements about the       11:51:34
16     logging specifications for the other components.     11:51:39
17     So nothing that we developed, but more I had input   11:51:43
18     into the requirements of those products.             11:51:48
19          Q.   Were those also OA&M tools?                11:51:50
20          A.   No.  They were -- they were core           11:51:54
21     process -- I would call them modules that would      11:52:01
22     handle answering calls, leaving messages, sending    11:52:06
23     faxes, doing the core product functionality.         11:52:11
24          Q.   Okay.  How would you define the contours   11:52:16
25     of what is OA&M versus not?                          11:52:22
```

Page 80

| | | |
|---|---|---|
| 1 | A. OAM was responsible for everything that | 11:52:26 |
| 2 | the product needed to do the installation, to do a | 11:52:35 |
| 3 | configuration, to administer the product in | 11:52:42 |
| 4 | aspects of stopping, starting, restarting and -- | 11:52:52 |
| 5 | and also for -- and a lot of the troubleshooting | 11:53:00 |
| 6 | tool. It was considered important for | 11:53:04 |
| 7 | troubleshooting aspects, whereas looking to see | 11:53:07 |
| 8 | how the box was performing, seeing if there were | 11:53:11 |
| 9 | errors, faults, those sorts of things. | 11:53:15 |
| 10 | Q. So there were OA&M tools in unified | 11:53:19 |
| 11 | messaging. I take it that there were also -- or | 11:53:23 |
| 12 | that there are also OA&M tools outside of the | 11:53:28 |
| 13 | context of unified messaging in routers or | 11:53:31 |
| 14 | computer systems more generally? | 11:53:36 |
| 15 | A. Sure. Yes. | 11:53:38 |
| 16 | Q. Okay. And at the time you were working | 11:53:39 |
| 17 | at Cisco, who were your main competitors? | 11:53:41 |
| 18 | A. The competition -- well, whoever -- | 11:53:45 |
| 19 | whoever was the owner of Audix systems, as they | 11:53:57 |
| 20 | were the premier voice mail system at the time. | 11:54:01 |
| 21 | So I want to say maybe Lucent or -- I could be | 11:54:08 |
| 22 | wrong. Or maybe it was AT&T maybe where it | 11:54:13 |
| 23 | started. And I would say Comverse was the other | 11:54:18 |
| 24 | company that had voice mail. | 11:54:24 |
| 25 | Q. Okay. At the time that you were at | 11:54:27 |

Page 81

| | | |
|---|---|---|
| 1 | for a legal conclusion. | 12:04:59 |
| 2 | THE WITNESS: What do you mean by | 12:05:00 |
| 3 | "generic commands"? | 12:05:04 |
| 4 | BY MR. KRISHNAN: | 12:05:05 |
| 5 | Q. You're familiar with the term generic | 12:05:06 |
| 6 | commands in your patent, the '526 patent? | 12:05:09 |
| 7 | A. That -- | 12:05:11 |
| 8 | MR. TUNG: Same objection. | 12:05:11 |
| 9 | THE WITNESS: Yeah, that -- that is | 12:05:12 |
| 10 | language that is nothing I use as a -- as an | 12:05:14 |
| 11 | engineer. | 12:05:17 |
| 12 | BY MR. KRISHNAN: | 12:05:19 |
| 13 | Q. Okay. So -- okay. Well, let's -- let's | 12:05:24 |
| 14 | put that aside then. | 12:05:24 |
| 15 | How would you say -- other than the level | 12:05:26 |
| 16 | at which the OA&M tools were operating, how else | 12:05:31 |
| 17 | would you say that the UM CLI solution that you | 12:05:39 |
| 18 | developed was different from the IOS CLI method | 12:05:43 |
| 19 | for administrating the OA&M tools? | 12:05:49 |
| 20 | A. The UM CLI tool -- well, besides the fact | 12:05:53 |
| 21 | that it worked at a different layer, the tool | 12:06:02 |
| 22 | could -- it had a auto completion feature, which | 12:06:09 |
| 23 | you could begin typing characters, and then it | 12:06:15 |
| 24 | would try to make the best match based on what | 12:06:22 |
| 25 | characters were typed. I don't believe the U -- | 12:06:25 |

Page 89

```
1    IOS CLI had that.                                    12:06:31
2         The other thing that the tool allowed is        12:06:33
3    you could run it in real-time mode so that you       12:06:38
4    would get continual updates of the system, so        12:06:42
5    we -- we would -- we built in a refresh capability   12:06:46
6    so you could see as calls came in and calls          12:06:50
7    dropped and calls were in a setup phase, all         12:06:54
8    the -- all the phases.  So we had a real-time        12:06:58
9    aspect.                                              12:07:01
10        You could also execute the CLI -- the           12:07:02
11   UM CLI tool in a -- in a mode we call singletary,    12:07:06
12   where you could just execute it as a single          12:07:11
13   command, and from the shell, and be dropped in the   12:07:14
14   shell when you -- when it -- when it ended.          12:07:17
15        So those were some -- I would say some          12:07:20
16   differences that come to mind.                       12:07:23
17      Q.   Okay.  Any other differences?                12:07:25
18      A.   No.  Those are the key -- the key ones.      12:07:27
19      Q.   Let's talk briefly about that -- that        12:07:45
20   auto completion or best match feature that you       12:07:52
21   were talking about.                                  12:07:55
22        Can you describe the functionality in           12:07:57
23   UM CLI?                                              12:07:59
24      A.   So within UM CLI there were several          12:07:59
25   functions you could do.  As I said, you could        12:08:06
```

| | | |
|---|---|---|
| 1 | stop, you could start.  You could watch, you could | 12:08:09 |
| 2 | set log levels. | 12:08:13 |
| 3 | So each of those functions had an | 12:08:15 |
| 4 | equivalent command or subcommand, and so they were | 12:08:18 |
| 5 | all spelled differently and they all had different | 12:08:26 |
| 6 | names.  But occasionally you -- so -- so as you | 12:08:29 |
| 7 | got into the UM CLI interface, you would type your | 12:08:33 |
| 8 | first letter, and your first letter would be -- | 12:08:40 |
| 9 | let's say if it was an A, it would see if there | 12:08:42 |
| 10 | was any other commands that started with an A; if | 12:08:44 |
| 11 | they did, then it would present the -- the | 12:08:47 |
| 12 | following commands that were available that | 12:08:52 |
| 13 | started with an A. | 12:08:54 |
| 14 | And so then you would type a second | 12:08:59 |
| 15 | letter, let's say B.  And if any of the commands | 12:09:01 |
| 16 | had a B as their second letter, it would list | 12:09:05 |
| 17 | those as available options. | 12:09:08 |
| 18 | And then once it got down to a single | 12:09:09 |
| 19 | option, you could hit return and then you wouldn't | 12:09:13 |
| 20 | have to type any more. | 12:09:16 |
| 21 | Q.   Sounds pretty useful. | 12:09:17 |
| 22 | A.   Yeah.  We -- our fingers got tired by | 12:09:19 |
| 23 | then. | 12:09:24 |
| 24 | Q.   So this was letter by letter, as you | 12:09:24 |
| 25 | entered a letter, the remaining available options | 12:09:26 |

Page 91

```
 1    would -- would populate some sort of drop-down          12:09:29
 2    screen or something like that?                          12:09:34
 3         A.   Yeah.  There was a pop-up box that had        12:09:36
 4    the available options at that point, correct.           12:09:38
 5         Q.   Okay.  And this was before the user ever      12:09:42
 6    pressed enter; right?                                   12:09:44
 7              This is while the user is typing in the       12:09:46
 8    command the options that were still available           12:09:49
 9    given the letters that had already been typed were      12:09:55
10    presented?                                              12:09:58
11         A.   Correct.  Yeah.  It -- it -- I -- I also      12:09:58
12    remember that it -- if there was, let's say, a two      12:10:02
13    match -- there was two -- two subcommands that --       12:10:07
14    that matched the letters he had typed so far,           12:10:11
15    that -- the box that appeared, I believe you could      12:10:14
16    also hit your arrow keys and select one or the          12:10:17
17    two, so you didn't have to type any more keys           12:10:23
18    still; now you could just use the arrow keys and        12:10:26
19    select what -- which one you wanted.                    12:10:30
20         Q.   Okay.  And was there a name for that          12:10:32
21    feature?  Was it auto complete?                         12:10:34
22         A.   I knew it as just auto complete, yeah.        12:10:36
23         Q.   If I looked through the -- the Cisco          12:10:39
24    documents from that time, would it be referred to       12:10:40
25    anything other than auto complete?                      12:10:43
```

Page 92

|    |                                                              |            |
|----|--------------------------------------------------------------|------------|
| 1  | Q.  Okay.  Would you say that the new syntax                 | 05:31:57   |
| 2  | listed in the second column of Appendix A are                | 05:32:05   |
| 3  | generic commands?                                            | 05:32:11   |
| 4  | MR. TUNG:  Object to the extent it calls                     | 05:32:11   |
| 5  | for a legal conclusion.                                      | 05:32:14   |
| 6  | THE WITNESS:  I -- that language, to                         | 05:32:15   |
| 7  | me -- generic command versus command would                   | 05:32:17   |
| 8  | mean the same thing.  I don't see the                        | 05:32:21   |
| 9  | differentiation between the two.                             | 05:32:23   |
| 10 | BY MR. KRISHNAN:                                             | 05:32:24   |
| 11 | Q.  Can you explain why you see the phrase                   | 05:32:25   |
| 12 | generic command and command to mean the same                 | 05:32:28   |
| 13 | thing?                                                       | 05:32:32   |
| 14 | MR. TUNG:  Same -- same objection.                           | 05:32:40   |
| 15 | THE WITNESS:  Because I don't see the                        | 05:32:41   |
| 16 | difference between a generic command and a                   | 05:32:43   |
| 17 | specific command.  They're still a -- they're                | 05:32:46   |
| 18 | still both commands.                                         | 05:32:48   |
| 19 | BY MR. KRISHNAN:                                             | 05:32:49   |
| 20 | Q.  Okay.  Would you consider the commands in                | 05:32:50   |
| 21 | the third column of Appendix A to be generic                 | 05:32:53   |
| 22 | commands?                                                    | 05:32:58   |
| 23 | MR. TUNG:  The same objections.                              | 05:32:59   |
| 24 | THE WITNESS:  Again, I would just refer                      | 05:33:00   |
| 25 | to them as commands.  Generic command and                    | 05:33:03   |

Page 238

```
 1      command doesn't -- doesn't mean anything        05:33:10
 2      different to me.                                05:33:13
 3   BY MR. KRISHNAN:                                   05:33:15
 4      Q.   Okay.  When you read the patent            05:33:19
 5   application back in 1999, did you -- do you recall 05:33:21
 6   seeing the phrase 'generic commands' in the title  05:33:26
 7   of this patent?                                    05:33:29
 8      A.   Yeah.                                      05:33:30
 9      Q.   Okay.  And what was your thought about     05:33:31
10   use of the term "generic commands" at the time?    05:33:34
11           MR. TUNG:  Objection.  Vague.              05:33:38
12           THE WITNESS:  It wasn't my language.  It   05:33:39
13      was written by somebody else.  So I didn't      05:33:42
14      know why the word "generic" was put in front    05:33:46
15      of command.  But it still said "command."  So   05:33:50
16      to me, that was what UM CLI was.  So I might    05:33:56
17      have raised an eyebrow and that's about it.     05:34:04
18   BY MR. KRISHNAN:                                   05:34:07
19      Q.   Do you have a -- scratch that.             05:34:10
20           Is there a way that you would describe     05:34:12
21   the -- the terms in column -- in the new syntax    05:34:15
22   column of Appendix A to distinguish them from the  05:34:25
23   commands in --                                     05:34:34
24      A.   I would call them subcommands.             05:34:35
25      Q.   Sorry.  Let me re-ask the question and    05:34:37
```

Page 239

```
 1    then we'll --                                            05:34:40
 2        A.   Okay.  Sorry.                                   05:34:42
 3        Q.   -- go there.                                    05:34:42
 4             Is there a term that you would use to           05:34:43
 5    describe the new syntax in Appendix A to                 05:34:47
 6    distinguish it from the old syntax column?               05:34:53
 7        A.   Okay.  Say that one more time.                  05:34:59
 8        Q.   Is there some other term or description         05:35:02
 9    you would use to explain how the commands in the         05:35:05
10    second column of Appendix A are different from the      05:35:10
11    commands in the third column of Appendix A?             05:35:16
12        A.   I think new syntax and old command line         05:35:22
13    syntax describes it quite well.                          05:35:28
14        Q.   Okay.  But what about in terms of the          05:35:30
15    nature of the choice of command words, do you have     05:35:36
16    any way in mind for describing those types of          05:35:42
17    commands as being different qualitatively from the     05:35:48
18    old --                                                   05:35:52
19             MR. TUNG:  Objection --                         05:35:52
20    BY MR. KRISHNAN:                                         05:35:52
21        Q.   -- command syntax?                              05:35:53
22        A.   I -- I don't know --                            05:35:54
23             MR. TUNG:  Hold on.  Objection.  Vague.         05:35:54
24        Go ahead.                                            05:35:57
25             THE WITNESS:  I don't know what you mean        05:35:57
```

Page 240

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | by "nature of the command."  I don't | 05:36:01 |
| 2 | understand the question. | 05:36:06 |
| 3 | BY MR. KRISHNAN: | 05:36:07 |
| 4 | Q.   Okay.  Is there any way that you would | 05:36:08 |
| 5 | describe the nature of the commands in the new | 05:36:12 |
| 6 | syntax column as qualitatively different from the | 05:36:15 |
| 7 | commands in the old syntax column? | 05:36:21 |
| 8 | MR. TUNG:  Objection.  Vague. | 05:36:23 |
| 9 | THE WITNESS:  I can only describe that | 05:36:28 |
| 10 | the UM CLI tool and these commands in the | 05:36:35 |
| 11 | second column were easier to remember, and | 05:36:39 |
| 12 | there were less of them, and there was -- they | 05:36:47 |
| 13 | were shorter in most cases.  So they used | 05:36:54 |
| 14 | English language.  That's -- and, thus, using | 05:37:06 |
| 15 | English language and spaces instead of dashes | 05:37:20 |
| 16 | would be easier to remember and to type. | 05:37:29 |
| 17 | BY MR. KRISHNAN: | 05:37:34 |
| 18 | Q.   Is there any set of simple guidelines | 05:37:34 |
| 19 | that you could give for someone who's trying to | 05:37:38 |
| 20 | develop a new syntax from an old syntax to -- | 05:37:43 |
| 21 | to -- that would capture the concept of -- of the | 05:37:52 |
| 22 | generic command? | 05:37:55 |
| 23 | MR. TUNG:  Objection.  Vague.  And | 05:37:57 |
| 24 | objection, calls for a legal conclusion. | 05:38:00 |
| 25 | THE WITNESS:  The guidelines that I | 05:38:06 |