# Exhibit 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,        )

6              Plaintiff,   )

7         vs.                   ) Case No.

8     ARISTA NETWORKS, INC.,    ) 5:14-cv-05344-BLF (PSG)

9              Defendant.    )

10   _____)

11

12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14     VIDEOTAPED DEPOSITION OF KEVIN C. ALMEROTH

15              San Francisco, California

16             Monday, November 23, 2015

17                   Volume I

18

19

20   Reported by:

21   CARLA SOARES

22   CSR No. 5908

23   Job No. 2189099

24

25   Pages 1 - 145

                                      Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          A    Well, the title of the section, it's what          09:53:27

2     you read from page 12, about line 7, "Extensible

3     Markup Language," and then "XML."

4               I think that my description of what I

5     think is the proper construction demonstrates that          09:53:39

6     that is not specific to the W3 standard.

7          Q    Okay.  Anywhere else?

8          A    Not that jump out.  There might be some,

9     but I think that that's generally it.

10               And really, I'm just looking at this          09:54:21

11     particular section, IV, B1.  I don't know if I -- if

12     the term is somewhere else in the rest of the

13     patent -- sorry -- the rest of my declaration.

14          Q    Do you use the term "XML" in your

15     professional life outside the context of this          09:54:40

16     litigation?

17          A    I do.

18          Q    What do you use it to refer to?

19          A    It depends on the context.  In some cases

20     I'm talking about XML as standardized by W3C.          09:54:55

21               I think in other contexts I would use the

22     term to generally refer to extensible markup

23     languages, and I think as -- a good example of that

24     would be in some instances characterizing some of

25     the other kinds of XML style languages that are          09:55:18

1    shown in the figure from the Sall reference on page        09:55:25

2    13.

3         Q    What do you mean characterizing those

4    other languages?

5         A    You might say something like SOAP is a        09:55:40

6    type of XML.

7         Q    Okay.  And SOAP is actually a protocol

8    based on the XML that's standardized by the W3C,

9    correct?

10        A    Is there someplace that you're looking at     09:56:23

11   that characterization?

12        Q    Well, I'm looking at the attachment that

13   you provided about SOAP.  I guess the easiest way to

14   find it is, if you look at the pagination at the top

15   of the document, it says "page 145 of 193."          09:56:47

16            Are you at that page?

17        A    I am.

18        Q    This document that you attached to your

19   declaration was published by the W3C, correct?

20        A    Yes.                                          09:57:15

21        Q    It was published in or around May 2000, at

22   least according to the top of the document, right?

23        A    The best I can tell you is that's what the

24   date on the document is.

25        Q    Okay.  And if you look at the abstract, it    09:57:30

                                                    Page 26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Right.  So the date there is supposed to      12:09:45
 2   be 2000.
 3        Q    Not 200?
 4        A    Right.
 5        Q    They're not claiming a priority date of       12:09:51
 6   200?
 7             MR. TUNG:  No, they're not.
 8             THE WITNESS:  That would be quite a
 9   reduction to practice.
10             And I think Cisco might actually be           12:09:58
11   attempting to argue an earlier priority date.  So
12   I'm not opining on any priority dates in my
13   declaration, just to be clear.
14   BY MR. SILBERT:
15        Q    Okay.  So looking at page 18, starting at     12:10:11
16   line 19, the claim term that you're opining about
17   here is "management programs," correct?
18        A    Yes.
19        Q    And Cisco's construction that you agree
20   with reads, "Separate tools or external agents         12:10:30
21   having their own respective command formats that
22   provide management functions," correct?
23        A    Yes.
24        Q    So when the construction says "separate
25   tools," what are the tools separate from?            12:10:51
```

Page 101

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A   Well, within the definition or proposed       12:11:36

2   construction itself, it's the idea of it's separate

3   tools.  So the tools are the things that have to be

4   separate.

5          I'm sort of looking at what I've cited to       12:11:55

6   in the intrinsic record, and I think there's -- it

7   talks about different tools and it talks about sort

8   of external programs.  And so the idea is that you

9   have separate tools from each other.

10          I think in paragraph 61, "separate or         12:12:14

11   external" refers to separate or external routines or

12   programs as distinguished from, say, physically

13   separate or external computers.  So it's talking

14   about separate or external routines or programs.

15      Q   Right.  And I think part of your answer       12:12:37

16   got at my question.

17          You're saying that the "separate" in that

18   definition means that the tools are separate from

19   each other?

20      A   I think that's one example of what -- of       12:13:04

21   where the separation could come from.

22          I think it's sort of described in I'd say

23   the two paragraphs where I talk about that issue in

24   61 and 62.

25      Q   You say that being separate from each          12:13:34

Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    other is one example of where the separation could        12:13:35

 2    come from.

 3              What else could the tools be separate

 4    from?

 5         A    I mean, if there are different routines or       12:13:47

 6    programs, there could be separate processes.

 7    Depending on the structure and the way that the

 8    programs are executed, there might be some aspect

 9    that creates some separation there.

10              I'm not sure I can give you the definitive       12:14:05

11    list of things that would qualify as what would make

12    something separate, what makes the tools separate.

13              Then as I describe in paragraph 62, you go

14    back and you can look at the specification, and it's

15    characterizing or providing some characteristics of      12:14:24

16    the problems to be solved based on having the

17    separate programs.

18         Q    How would I know whether two tools are

19    separate or not?

20         A    I'm not sure I understand the question.         12:14:45

21         Q    Well, suppose I have tools that I can use

22    in my processor-based system, and I want to know

23    whether they're separate tools or not because, say,

24    I don't want to practice this patent.  What would I

25    look at to determine whether the tools are separate      12:15:07
```

Page 103

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   or not separate?                                    12:15:10

 2        A   I mean, "separate" means separate.  You

 3   could look at a variety of examples, some of which I

 4   just gave.

 5            If there are separate processes, that's an  12:15:20

 6   example of where they could be separate; if there

 7   are separate programs.  You could think of counter

 8   examples where it's all part of the same function or

 9   it's all part of the same particular program that's

10   running some piece.                                  12:15:49

11            I think those are the kinds of things that

12   you would can look at to determine if you've got

13   separate tools or external agents.

14        Q   What do you mean by "separate processes"?

15   Is there some definition that you have in mind when  12:16:04

16   you say that?

17        A   I'm not sure I have a specific definition,

18   but you can think of -- say, in Windows, for

19   example, you can have different programs.  I think

20   different icons on the desktop would potentially be  12:16:20

21   separate programs.

22            If those are executing as separate

23   processes, that's something else you could look to

24   to see that they are separate.

25            Those are a couple of examples.            12:16:32
```

Page 104

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Yeah.  So you're saying if I have          12:16:35

 2   Microsoft Word and Microsoft PowerPoint, those might

 3   be separate, you would consider those separate

 4   tools?

 5        A    Yes.                                        12:16:48

 6        Q    For example?

 7        A    As an example.

 8        Q    What if I have different functions that

 9   are part of the operating system?  Like, you know,

10   there's the file management system in Windows I can   12:17:03

11   create and delete and move around files, and

12   there's -- I can change my desktop background using

13   the settings function.

14             Is there a way to tell whether those are

15   separate tools or not?                                12:17:20

16        A    I think there is.  You could certainly

17   look at the source code.  There might be documents

18   that describe the functionality.  If there are

19   separate processes, that's something else you could

20   potentially look to.                                  12:17:37

21             I thought maybe a better example would be

22   that say within the operating system you have a

23   process that deals with the network time protocol,

24   and then you have another process that receives

25   input from the keyboard.  You could identify those    12:17:53
```

Page 105

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    as separate processes or separate tools within the        12:17:56

 2    operating system.  And Windows has a built-in clock

 3    and calendar and calculator.  You could consider

 4    those to be separate tools.

 5         Q   Okay.  I think I understand where you're          12:18:13

 6    coming from.  But just to make sure, what -- is

 7    there some particular thing that indicates whether

 8    two processes are separate processes or may be part

 9    of the same process?

10         A   Again, I could give you some examples.            12:18:32

11             You know, the idea that if you did a

12    process list, a control-alt-delete, and then looked

13    at the process list, that might be one example in

14    Windows of identifying separate processes.

15         Q   Okay.  That's an example in the Windows           12:18:55

16    environment, right?

17         A   Yes.

18         Q   And there's no -- I think I understand,

19    but just to be clear, there's no particular

20    definition that you have in mind of what makes one      12:19:04

21    process separate from another process?

22         A   No, I don't think that's true.  I think

23    "separate" means separate.  I don't think you have

24    to define it any more than that.  And you could

25    potentially look at a variety of factors to             12:19:15
```

Page 106

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     determine whether something is separate.              12:19:19

 2            I don't know that I could use any

 3     different word than what separate is to define that.

 4     I think separate to me is -- it's clear.  It creates

 5     a clear distinction of what has to be separated.       12:19:37

 6     The separate tools or external agents is part of the

 7     proposed construction.

 8        Q    Okay.  Similarly, how does one know

 9     whether an agent is external?

10        A    So there's an example as part of the           12:20:04

11     embodiment in the '526, and I can point that to you.

12     I only have the '886.

13        Q    Oh, yeah.  We can give you the '526

14     patent.

15            MR. ROSEN:  This has been marked                12:20:19

16     Exhibit 26.

17            THE WITNESS:  I know it's 26.  Do you want

18     to write on there just so you can say you wrote on

19     there?

20            MR. SILBERT:  Now I can say I wrote on it.       12:20:34

21            MR. TUNG:  This is one exhibit that's easy

22     to remember.

23            MR. ROSEN:  Exactly.

24            THE WITNESS:  So to be clear, Figure 1 is

25     described as one of the potential embodiments of the   12:21:03
```

Page 107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            Do you see that?                        13:11:12

 2       A   I do.

 3       Q   Which one of those in your mind is a

 4   generic command?

 5       A   I have to see what the specification is  13:11:19

 6   describing as to what the table is.

 7       Q   Can you tell the answer without reading

 8   the specification?

 9            I mean, if you just look at those two

10   commands, are you able to tell which one is a    13:11:32

11   generic command?

12       A   Without context, just looking at the

13   commands by themselves doesn't necessarily tell you

14   what's generic versus not.

15            The idea that you have new syntax versus 13:11:52

16   old command line/syntax would suggest that the new

17   syntax is potentially more of a generic command.

18            But again, in some instances, it's helpful

19   to look at the basis for where the new syntax came

20   from.  Maybe, maybe not.  But that's --           13:12:13

21   understanding the context is potentially

22   informative, which is why I was looking for that in

23   the specification.

24       Q   Okay.  But is it possible that both of

25   those commands that I pointed to, "Watch H323      13:12:30
```

```
 1    entries" and "H323 view," could be generic commands?      13:12:33

 2         A   In what context?  Without any other

 3    context, then yes.

 4         Q   Right.  Okay.  So there's no reason that

 5    "H323 view" couldn't itself be a generic command in      13:12:50

 6    some context, right?

 7         A   Outside of the confines of this example or

 8    this patent, if you just wrote down on a piece of

 9    paper "H323 view," could that be a generic command?

10    It could be.  It depends.  It depends on, you know,      13:13:06

11    where it comes from and its relationship and to the

12    extent it meets the claim language.

13         Q   What about if you go down a little more

14    towards like the bottom third of the page?  The new

15    syntax is "Set log level ACB warning (off/local)."      13:13:27

16         Do you see that one?

17         A   I do.

18         Q   And then the old command line/syntax that

19    corresponds to that is "Log level APP warning

20    [off/local]."                                            13:13:51

21         Do you see that?

22         A   I do.

23         Q   Does one of those appear to be more

24    generic to you than the other one?

25         A   It's not a question of appearance so I        13:14:08
```

Page 128

```
1    can't really answer the question, again, without      13:14:14

2    context and without understanding -- without

3    understanding the context.  It's not simply a matter

4    of appearance.

5         Q   Well, what is it a matter of to know         13:14:30

6    whether or not a command is a generic command?

7         A   Whether or not it provides an abstraction

8    of the tool-specific command formats and syntax.

9         Q   Okay.  So take the example of the one we

10   just looked at, "Set log level ACB warning            13:14:47

11   (off/local)," which corresponds to "Log level APP

12   warning [off/local]."

13            Does one provide an abstraction as far as

14   you know?

15        A   It potentially could be.  Again, I haven't    13:15:05

16   seen or you haven't pointed me to the description in

17   the appendix as to what this is -- what this

18   appendix is describing.  So it's basically a little

19   bit out of context.

20        Q   But didn't you say that for something to      13:15:18

21   be an abstraction, it has to suppress details of the

22   specific operation?

23        A   No, that's not quite what I said.

24        Q   So how do I know whether or not something

25   is an abstraction of another command?                 13:15:40
```

                                                    Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          A    I'm not sure I can define "abstraction" in          13:15:47

2    any different terms.  It's the idea of what an

3    abstraction is.

4          Q    Is "Watch H323 entries" an abstraction of

5    "H323 view"?                                                    13:15:59

6          A    Again, you have not given me the context

7    for this particular appendix.  So by itself, one way

8    or the other, without looking at the specification

9    to see what it's describing with respect to the new

10   syntax and the old command line and syntax, it's          13:16:18

11   hard to say.  Certainly it could be.

12         Q    Looking at the commands themselves, and

13   with your knowledge as a professor of computer

14   science who teaches configuration of network

15   devices, you can't tell whether "Watch H323 entries"     13:16:37

16   is an abstraction of "H323 view"?

17         A    I think divorced from any context, if you

18   just put those side by side and said is one an

19   abstraction of another, the answer would be it

20   depends.                                                       13:16:55

21         Q    What does it depend on?

22         A    It depends on the context.

23         Q    What about the context?

24         A    It depends on whether or not it's a

25   command that provides an abstraction of the          13:17:08

Page 130

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    tool-specific command formats and syntax, enabling a      13:17:10

 2    user to issue the command based on the relative

 3    functions as opposed to the specific syntax for a

 4    corresponding tool.

 5           And you would use that construction, or            13:17:21

 6    one could attempt to apply Arista's construction,

 7    and then perform the exercise of understanding the

 8    different commands and in what context they're used

 9    to decide whether or not it's a generic command or

10    not.                                                      13:17:38

11        Q   Is there anything more that you can tell

12    me than you've told me about what I would need to

13    know to determine whether "Watch H323 entries" is an

14    abstraction of "H323 view"?

15           MR. TUNG:  Objection.  Vague.                      13:17:56

16           THE WITNESS:  I'm not sure I understand

17    the question.

18    BY MR. SILBERT:

19        Q   I just want to understand what I would

20    need to know in order to determine whether "Watch       13:18:04

21    H323 entries" is an abstraction of "H323 view."

22           How do I know whether one is an

23    abstraction of the other or not?

24        A   Well, let me see what the context is for

25    Appendix A and what it says about Appendix A.            13:18:23
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1         Q    Dr. Almeroth, did you read Appendix A in        13:18:55

 2    formulating your opinions about the meaning of the

 3    term "generic command"?

 4         A    I did.  I just don't have the

 5    specification memorized.                                  13:19:03

 6              So then in column 3 it says, "As

 7    illustrated in part A of the attached appendix, the

 8    new syntax provides a generic instruction set that

 9    provides an abstraction of the tool-specific command

10    formats and syntax, enabling a user to issue a           13:19:18

11    command based on the relative functions as opposed

12    to the specific syntax for a corresponding tool."

13              So in that instance, it's describing that

14    that's -- that's what Appendix A is, so in that

15    instance, I mean, that's part of where Cisco's          13:19:36

16    construction comes from.  And if that's what it's

17    describing that it's doing, then those are generic

18    commands.

19              And to the extent you asked the question

20    about, what are you abstracting out of the "H323        13:19:49

21    view" that you -- what you're abstracting out to

22    arrive at the "Watch H323 entries" new syntax, if

23    you know the "Watch 323 entries" could potentially

24    be more understandable to a human, it could be a

25    command syntax that's applicable to other kinds of      13:20:22
```

Page 132

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    processes that have other command formats to do          13:20:25

2    essentially the same thing.

3             There's the functional item that's

4    attributed to the new syntax, "Watch H323

5    information," and so from that perspective and based      13:20:39

6    on what's described in the specification, you can be

7    providing an abstraction where the generic command,

8    the new syntax, is specifically designed so that it

9    would work across a set of other programs or agents.

10       Q   So the way that you know in this case that      13:20:59

11   "Watch H323 entries" is an abstraction of "H323

12   view" is that the patent specification says that it

13   is, correct?

14       A   That's part of it.  That provides the

15   context for understanding what the objective is.       13:21:15

16            And if you look at that objective in light

17   of what the syntax is and what the functional item

18   is and what its intention is, I think it is the case

19   that it's providing an abstraction.

20       Q   Do you need to understand the intention in     13:21:31

21   creating the term to know whether or not it's an

22   abstraction?

23       A   Not so much the intention of creating the

24   command, not where it was designed and what was in

25   the person's head when they created it, but from the   13:21:43

                                              Page 133

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    perspective of looking at the command and                13:21:48

2    potentially being able to evaluate whether it's an

3    abstraction over one or more programs.

4        Q    What do you mean, "from the perspective of

5    looking at the command and potentially being able to     13:22:10

6    evaluate" -- can you tell whether one command is an

7    abstraction of another by simply looking at the two

8    commands?

9        A    In some instances yes; in other instances

10   no.                                                       13:22:24

11          There's even some instances where -- if

12   you look further down, I think one of the examples

13   that's described -- actually even some of the ones

14   that you've described, they have some of the various

15   same words or attributes that are part of the            13:22:42

16   command.

17          In that instance, the abstraction might be

18   more about having that command structured in that

19   way so that it's applicable across multiple

20   programs.                                                 13:23:00

21          It need not be that way.  There are some

22   examples in the list where it's pretty clear, like

23   the example I gave in paragraph 67 of my

24   declaration, where it's pretty clear that the new

25   syntax is much easier to understand for a person as      13:23:15

Page 134

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    one example of what might make a command a generic     13:23:22

2    command.

3         Q   Okay.  So you said that's an example.  So

4    does a command have to be easier to understand for a

5    person in order to qualify as a generic command?       13:23:38

6         A   No, I don't think that's a requirement of

7    what an abstraction is.  I think it's an example.

8             There's the example that's given in

9    paragraph 69.  Another way of providing an

10   abstraction is to abstract out some of the             13:23:55

11   particular details.

12            In some cases it might be the syntax, so

13   you might have a command that has some additional

14   spacing to make it more understandable or easier to

15   parse or more consistent with commands for other       13:24:09

16   management programs.

17            Any of those might be potential mechanisms

18   for how an abstraction might be achieved so to make

19   a command generic.

20        Q   If I presented you with a list of commands    13:24:24

21   as -- and other commands that they correspond to

22   similar to the middle and right columns in Appendix

23   A, could you tell me whether one is an abstraction

24   of the other?

25            MR. TUNG:  Objection.  Incomplete             13:24:43
```

Page 135

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    hypothetical.                                      13:24:43

 2            THE WITNESS:  Maybe.  I think it would

 3    depend.

 4    BY MR. SILBERT:

 5        Q   If I give you the command "delete"         13:24:50

 6    followed by the name of a file, would that be an

 7    abstraction of a command like a UNIX command "RM"

 8    followed by the name of that file?

 9        A   It might be.

10        Q   Because it's easier for a human to         13:25:10

11    understand?

12        A   Some people.  I haven't spent a lot of

13    time with UNIX.  That could be one of the tests you

14    could use to establish that there was an

15    abstraction.                                       13:25:24

16        Q   Is there any definitive way that you know

17    of to look at a command and determine whether it's

18    an abstraction of another command?

19        A   Yes.  I think you would look at the

20    information that was available.  If it were limited 13:25:47

21    to just a list of commands, that by itself might not

22    be sufficient.

23            But again, depending on the commands --

24    you gave the example of delete and RM.  It might be

25    the case if you had an "RM-F" file name and then you 13:26:04
```

Page 136

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    rename that as "delete," that I think you could          13:26:08

 2    consider something that was easier to understand in

 3    an abstraction.

 4            In other instances where the commands look

 5    more similar, you might have to look at additional       13:26:19

 6    context or some more information to understand

 7    whether it was an abstraction.

 8        Q   Is there any reason -- looking at the H323

 9    example we were looking at, is there any reason I

10    couldn't reverse these two commands and have "Watch      13:26:37

11    H323 entries" be the old command line/syntax and

12    have "H323 view" be the abstraction?

13        A   I think it would depend on context.  I

14    think you could have a system that, in that example,

15    used "H323 view," and probably maybe put a space in      13:26:59

16    there, H323, space, view.  That could potentially be

17    an abstraction of "Watch H323 entries."

18        Q   Would there have to be a space?

19        A   No, I don't think you have to have a space

20    in order to establish that there's an abstraction.       13:27:19

21        Q   So you could have it exactly as written,

22    "H323 view," and have that be the generic command,

23    and "Watch H323 entries" could be the old command

24    line/syntax?

25            MR. TUNG:  Objection.  Incomplete               13:27:35
```

Page 137

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    hypothetical.                                          13:27:35

 2            THE WITNESS:  As long as you were meeting

 3    the requirements of the claim construction.

 4    BY MR. SILBERT:

 5       Q   But is there any reason that that example      13:27:41

 6    wouldn't meet the requirements of the claim

 7    construction as far as you know?

 8            MR. TUNG:  Same objection.

 9            THE WITNESS:  Without more information, it

10    would be hard to say.                                  13:27:53

11            You haven't said what the requirements

12    are, how it was derived, any additional piece of

13    information.

14            So the best I could do would be to come up

15    with a tautology that says if it's meeting the claim   13:28:05

16    limitation, it would meet the claim limitation.

17            And in terms of analyzing that

18    hypothetical to determine if it meets either of the

19    parties' proposed claim constructions, I would need

20    more information.                                      13:28:20

21    BY MR. SILBERT:

22       Q   Does the term "generic command" by itself

23    have a meaning to persons of skill in the art

24    outside the context of this patent?

25       A   It's a fairly broad term.  It would likely     13:28:33
```

Veritext Legal Solutions
866 299-5127