**Joint Claim Construction Chart**

## I.    '526 Patent[1]

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| A. "management programs" | *Proposed construction:* "separate tools or external agents having their own respective command formats that provide management functions"<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including:<br><br>Abstract, col. 1:54-63; 1:64-68; 2:8-12; 2:13-15; 2:24-29; 3:1-15; Figures 1, 3.<br><br>The prosecution history of the '526 patent, including prior art references cited therein, including:<br><br>File History, Rejection, 1/15/2003; File History, Applicant Response, 4/16/2003; File History, Applicant Response, 10/7/2003.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* "tools that are configured to execute user-entered commands having their own respective command formats rather than the generic command format"<br><br>This proposal assumes that the term "generic command format" is not found to be indefinite.<br><br>*Intrinsic Evidence:* Abstract; Figs. 1-3; col. 1:6-63, 2:57-3:35; 4:19-36; 4:55-60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* None |

---

[1] Cisco identified the following '526 patent terms as most significant: "management programs", "generic command", and "command parse tree"; Arista identified the following terms: "management programs", "generic command", "the validating step including identifying one of the elements as a best match relative to the generic command", "recursively traversing the command parse tree based on an order of the input command words", and "the command parse tree having elements each specifying at least one corresponding generic command component and a corresponding at least one command action value".

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| B. "generic command" | *Proposed construction:* "command that provides an abstraction of the tool-specific command formats and syntax, enabling a user to issue the command based on the relative functions, as opposed to the specific syntax for a corresponding tool"<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including:<br><br>Title, Abstract; col. 1:58-63, 3:27-35, 3:47-51, 3:54-61; Figures 1, 2, 3.<br><br>The prosecution history of the '526 patent, including prior art references cited therein, including:<br><br>File History, Response after Final Rejection, 2/18/2004; File History, Rejection, 3/18/2004; File History, Applicant Response, 6/23/2004.<br><br>*Extrinsic Evidence:* <u>Webster's Third New International Dictionary, 2002</u>: entry for "generic." | *Proposed construction:* Indefinite, OR if not indefinite:<br><br>"command having a format and syntax that is an abstraction of the command formats and syntaxes of more than one management program, as opposed to the specific syntax for any such management program"<br><br>*Intrinsic Evidence:* Abstract; Figs. 1-3; col. 1:6-63; 2:57-3:35; 4:19-36; 4:55-60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| C. "respective command formats" | *Proposed construction:* "command format specific to a management program"<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including: col. 1:41-44; 1:45-47; 1:54-63; 3:31-35.<br><br>The prosecution history of the '526 patent, including prior art references cited therein, including: File History, Applicant Response, 4/14/2003; Applicant Response 10/7/2003; Applicant Response, 6/18/2004).<br><br>Claim 1.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* "command names and syntaxes specific to each management program"<br><br>*Intrinsic Evidence:* Abstract, Figs. 1-3, col. 1:6-63; 2:57-3:35; 4:19-36; 4:55-60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|------|---------------------------------------------|---------------------------------------------|
| D. "command parse tree" | *Proposed construction:* "a hierarchical data representation having elements each specifying at least one corresponding generic command component and a corresponding at least one command action value"<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including:<br><br>Abstract; col. 1:48-54; 1:67-2:8; 2:15-24; 3:36-39; 3:47-57; 4:10-18; Figures 2, 3.<br><br>The prosecution history of the '526 patent, including prior art references cited therein, including:<br><br>File History, Rejection, 3/18/2004; File History, Applicant Response, 6/23/2004.<br><br>*Extrinsic Evidence:* Alice E. Fischer et al., The Anatomy of Programming Languages 74-75 (1993).<br><br>Allen I. Holub, Compiler Design In C 4 (1999).<br><br>Microsoft Computer Dictionary 529 (5th ed. 2002).<br><br>Computer Desktop Encyclopedia 991 (9th ed. 2001). | *Proposed construction:* "tree": "data structure consisting of linked nodes, with a root node (a node with no parent nodes), and where the remaining nodes are either a branch node (a node with a parent node and one or more children nodes), or a leaf node (a node with a parent node and no children nodes)"<br><br>"command parse tree": "tree for interpreting commands where each node corresponds to a command component"<br><br>*Intrinsic Evidence:* Abstract; Figs. 2-3; col. 3:36-4:54, Appx. B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* Microsoft Press Computer Dictionary, 3d ed. (1997): entry for "tree."<br><br>Barron's Dictionary of Computer and Internet Terms, 6th ed. (1998): entry for "tree."<br><br>Random House Webster's Computer & Internet Dictionary (1999): entry for "tree structure." |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| E. "the validating step including identifying one of the elements as a best match relative to the generic command" | *Proposed construction:* Plain and ordinary meaning (except that specific terms appearing within the phrase should be construed as proposed above)<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including: col. 1:64-2:8; Figure 2; Claims 1, 14.<br><br>The prosecution history of the '526 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* Indefinite, OR if not indefinite:<br><br>"the validating step having the capability of both identifying the element in the parse tree that exactly matches the generic command, and, in the absence of an exact match, identifying the element that contains the last validated component of the generic command"<br><br>*Intrinsic Evidence:* Abstract; Figs. 2-3; 3:36-4:54; Appx. A & B.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| F. "recursively traversing the command parse tree based on an order of the input command words" | *Proposed construction:* Plain and ordinary meaning (except that specific terms appearing within the phrase should be construed as proposed above)<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including:<br><br>Figures 1, 2, 3; Claims 3, 16.<br><br>The prosecution history of the '526 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* "recursively": "by using a function that calls itself,"<br><br>"traversing the command parse tree based on an order of the input command words": "sequentially determining the presence of each word of an input command in a node of a command parse tree, such that the order of the words (e.g., first, second, third) corresponds to the hierarchy of the nodes (e.g., parent, child, grandchild)"<br><br>*Intrinsic Evidence:* Abstract; Figs. 2-3; 3:36-4:54; Appx. B.<br><br>*Extrinsic Evidence:* <u>Microsoft Press Computer Dictionary, 3d ed. (1997)</u>: entry for "recursion."<br><br><u>Webster's New World Dictionary of Computer Terms, 6th ed. (1997)</u>: entry for "recursion."<br><br><u>Barron's Dictionary of Computer and Internet Terms, 6th ed. (1998)</u>: entry for "recursion."<br><br><u>The Computer Desktop Encyclopedia, 2d ed. (1999)</u>: entry for "recursion."<br><br><u>Random House Webster's Computer & Internet Dictionary (1999)</u>: entry for "recursion."<br><br><u>Prentice Hall's Illustrated Dictionary of Computing 3d ed. (1998)</u>: entries for "recursion," "recursively defined subroutine." |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| G. "the command parse tree having elements each specifying at least one corresponding generic command component and a corresponding at least one command action value" | *Proposed construction:* Plain and ordinary meaning (except that specific terms appearing within the phrase should be construed as proposed above)<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including: col. 1:64-2:8; Figures 1, 2, 3; Claims 1, 14.<br><br>The prosecution history of the '526 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* "elements": "nodes"<br><br>"command action value": "piece of data that uniquely represents the prescribed command."<br><br>the entire phrase: "the command parse tree having nodes, such that each node specifies a unique command action value for each generic command component."<br><br>*Intrinsic Evidence:* Abstract; Figs. 2-3; col. 3:36-4:54; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 12/18/2003 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|------|--------------------------------------------|---------------------------------------------|
| H. "prescribed command of a selected one of the management programs" | *Proposed construction:* Plain and ordinary meaning (except that specific terms appearing within the phrase should be construed as proposed above)<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including: col. 1:64-2:8; Figures 1, 2, 3; Claims 1, 14.<br><br>The prosecution history of the '526 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* "one of the commands in the respective command format of a specific management program"<br><br>*Intrinsic Evidence:* Abstract, Figs. 1-3, col. 1:6-63, 2:57-4:60; Appx. A & B.<br><br>File History, 10/3/2003 Response to Office Action; 2/18/2004 Response to Office Action; 3/18/2004 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| I. "command word translation table, configured for storing for each prescribed command word a corresponding token" | *Proposed construction:* Plain and ordinary meaning<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including:<br><br>Figures 1, 2, 3; Claims 2, 15.<br><br>The prosecution history of the '526 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* None | *Proposed construction:* "command word translation table": "data structure with rows and columns that translates a command word into a token"<br><br>"prescribed command word": "valid generic command word."<br><br>"token": "letter, number, or symbol that either (1) uniquely represents a prescribed command word, or (2) indicates the presence of an invalid command word"<br><br>The remainder of this phrase does not require construction.<br><br>*Intrinsic Evidence:* Abstract; Figs. 2-3; col. 3:36-4:54; Appx. B.<br><br>File History, 10/3/2003 Response to Office Action; 12/18/2003 Office Action; 6/18/2004 Response to Office Action; 11/11/2004 Office Action.<br><br>*Extrinsic Evidence:* Random House Webster's Computer & Internet Dictionary (1999): entry for "table."<br><br>Barron's Dictionary of Computer and Internet Terms, 6th ed. (1998): entry for "table."<br><br>Microsoft Press Computer Dictionary, 3d ed. (1997): entry for "table."<br><br>IBM Dictionary of Computing (1994): entries for "table," "translation table." |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| J. "means for validating a generic command received from a user, the validating means configured for specifying valid generic commands relative to a prescribed generic command format and having elements each specifying at least one corresponding generic command component and a corresponding at least one command action value, the validating means identifying one of the elements as a best match relative to the generic command" | *Proposed construction:* <u>Function:</u> validating a generic command received from a user<br><br><u>Structure:</u> Parser 14 in Figure 2, which includes the command word translation table 20 and the command parse tree 22, as described in 3:36- 61, and equivalents<br><br>*Intrinsic Evidence:* The specification of the '526 patent, including: col. 3:36-61; Figure 2.<br><br>The prosecution history of the '526 patent, including prior art references cited therein, including: File History, Applicant Response, 6/23/2004.<br><br>*Extrinsic Evidence:* <u>Webster's Third New International Dictionary, 2002</u>: entry for "validate." | *Proposed construction:* Functions:<br><br>(1) validating a generic command received from a user<br><br>(2) specifying valid generic commands relative to a prescribed generic command format,<br><br>(3) having elements each specifying at least one corresponding generic component and a corresponding at least one command action value, and<br><br>(4) identifying one of the elements as a best match relative to the generic command.<br><br>Disclosed structure:<br><br>A processor executing a parser, and a corresponding memory storing a command parse tree, wherein the parser executes the algorithm of Figure 3, and wherein<br><br>(1) each node of the command parse tree specifies one token and a corresponding command key;<br><br>(2) the top-level nodes of the command parse tree represent all possible valid first words in the input command, second-level nodes represent all possible valid second words for each valid first word in the input command, and so on;<br><br>*Intrinsic Evidence:* Abstract; Figs. 2-3; col. 3:36-4:54; Appx. A & B. |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
|  |  | *Extrinsic Evidence:* None |

## II.    '886 Patent[2]

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| A. "extensible markup language (XML)" | *Proposed construction:* "extensible": a property of a computer language that allows the user to add new features or modify existing ones<br><br>"markup language": a computer language that allows the user to add identifiers to a document for indicating logical components or layout<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including col. 3:10-7:21.<br><br>The prosecution history of the '886 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* <u>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003)</u>: entries for "Extensible language," "markup," and "markup language." | *Proposed construction:* "markup language defined by one of the versions of the XML standard published by the W3C organization"<br><br>*Intrinsic Evidence:* Figs. 3 & 4; col. 1:49-57; 3:11-36; 4:24–42; 4:50-5:65; 6:12-7:17.<br><br>File History, 9/4/2008 Response to Office Action; 10/17/2008 Office Action; 1/21/2009 Response to Office Action; 3/13/2009 Office Action; 6/15/2009 Response to Office Action; 12/8/2010 Response to Office Action.<br><br>*Extrinsic Evidence:* <u>Computer Desktop Encyclopedia, 9th Ed. (2001)</u>: entry for "XML (Extensible Markup Language)".<br><br><u>Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003)</u>: entry for ""XML Abbreviation for Extensible Markup Language." |

---

[2] Cisco identified the following '886 patent terms as most significant: "extensible markup language (XML)", "[receiving, with a ]command line interface (CLI) parser", "parsing the output message to identify at least one CLI token", and "wherein the input command is configured in an extensible markup language (XML) format having a CLI syntax with CLI keywords sequenced according to configuration rules for CLI commands"; Arista identified the following terms: "receiving, with a command line interface (CLI) parser" and "wherein the input command is configured in an extensible markup language (XML) format having a CLI syntax with CLI keywords sequenced according to configuration rules for CLI commands".

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| | <u>Microsoft Computer Dictionary, 5th Ed. (2002)</u>: entry for "markup language."<br><br><u>Dictionary of computer science, engineering, and technology (2001)</u>: entry for "markup language." | <u>Microsoft Computer Dictionary, Fifth Edition (2002)</u>: entry for "XML."<br><br><u>Barron's Dictionary of Computer and Internet Terms, 8th Ed. (2003)</u>: entry for "XML (Extensible Markup Language)."<br><br>See generally http://www.w3.org/standards/xml/. |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| B.<br><br>Cisco's proposed term:<br>"command line interface (CLI) parser"<br><br>Arista's proposed term:<br>"receiving, with a command line interface (CLI) parser" | *Proposed construction:* "command line interface (CLI) parser": "a component of the routing system for analyzing command line interface (CLI) commands using a grammar"<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including Abstract, col. 1:41-64; 2:52-5:9; 6:11-24.<br><br>The prosecution history of the '886 patent, including prior art references cited therein, including Amendments filed on 1/19/2010, 12/8/2010, and cited reference U.S. Patent No. 5,778,223.<br><br>*Extrinsic Evidence:* <u>Dictionary of computer science, engineering, and technology (2001)</u>: entry for "parsing."<br><br><u>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003)</u>: entry for "parsing."<br><br><u>Wiley electrical and electronics engineering dictionary (2004)</u>: entry for "parse." | *Proposed construction:* "receiving": "taking as an input"<br><br>"a command line interface (CLI) parser": "a program that breaks down the individual sub-parts of a command using a CLI grammar"<br><br>*Intrinsic Evidence:* Abstract, Figs. 1-4; Cols. 1:40-57; 1:61-2:5; 2:52-3:45; 3:60-4:33; 4:60-65.<br><br>File History, 9/4/2008 Response to Office Action; 10/17/2008 Office Action; 1/21/2009 Response to Office Action; 3/13/2009 Office Action; 6/15/2009 Response to Office Action; 1/19/2010 Response to Office Action; 12/8/2010 Response to Office Action.<br><br>*Extrinsic Evidence:* <u>McGraw-Hill Dictionary of Computing and Communications (2003)</u>: entries for "parser" and "parsing."<br><br><u>Dictionary of Computer and Internet Words, Houghton Mifflin Co. (2001)</u>: entry for "parse."<br><br><u>Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003)</u>: entry for "parser."<br><br><u>Barron's Dictionary of Computer and Internet Terms, 8th Ed. (2003)</u>: entry for "parsing."<br><br><u>Oxford Dictionary of Computing, 5th Ed. (2004)</u>: entry for "parsing." |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| | | <u>Dictionary of Computing, 5th Ed. (2004)</u>: entries for "parse" and "parser."<br><br><u>Microsoft Computer Dictionary, Fifth Edition (2002)</u>: entries for "parse" and "parser."<br><br><u>Computer Desktop Encyclopedia, 9th Ed. (2001)</u>: entries for "parse" and "parser." |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|------|-------------------------------------------|---------------------------------------------|
| C. "internetwork operating system (IOS) command line interface (CLI) parser subsystem" | *Proposed construction:* a subcomponent of the internetwork operating system (IOS) for analyzing command line interface (CLI) commands using a grammar.<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including Abstract; col. 1:41-64; 2:52-5:9; 6:11-24.<br><br>The prosecution history of the '886 patent, including prior art references cited therein, including Amendments filed on 1/19/2010, 12/8/2010, and cited reference U.S. Patent No. 5,778,223.<br><br>*Extrinsic Evidence:* <u>Dictionary of computer science, engineering, and technology (2001)</u>: entry for "parsing."<br><br><u>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003)</u>: entry for "parsing."<br><br><u>Wiley electrical and electronics engineering dictionary (2004)</u>: entry for "parse." | *Proposed construction:* "internetwork operating system (IOS) command line interface (CLI)": "the CLI interface designated by Cisco as IOS CLI and that is used for configuring, monitoring, and maintaining Cisco devices. Also referred to as 'IOS/CLI.'"<br><br>the entire phrase: "processor or portion thereof that executes a program that breaks down the individual sub-parts of a command using the grammar of IOS/CLI"<br><br>*Intrinsic Evidence:* Abstract, Fig. 1-4, col. 1:8-64; 2:52-60; 3:19-52; 3:60-4:16; 4:50-7:21.<br><br>*Extrinsic Evidence:* http://www.cisco.com/c/en/us/td/docs/ios/fundamentals/configuration/guide/15_1s/cf_15_1s_book/cf_clibasics.html. |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| D. "XML tag" | *Proposed construction:* one or a pair of XML indicators identifying data<br><br>"extensible markup language" or "XML" as construed above<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including col. 4:62-6:50.<br><br>The prosecution history of the '886 patent, including prior art references cited therein, including Amendment filed on 6/15/2009.<br><br>*Extrinsic Evidence:* <u>Microsoft Computer Dictionary, 5th Ed. (2002)</u>: entries for "tag," "markup language."<br><br><u>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003)</u>: entries for "extensible language," "markup," "markup language."<br><br><u>Dictionary of computer science, engineering, and technology (2001)</u>: entry for "markup language." | *Proposed construction:* "indicator that marks the start or end of an XML element and that is designated by a starting angle bracket, a corresponding closing angle bracket, and the content in between"<br><br>*Intrinsic Evidence:* Figs 3-4; col. 1:49-57; 4:63-7:17.<br><br>File History, 5/5/2008 Office Action (citing to U.S. Patent App. No. 10/690,605 (Pub. No. 2005/0091068)); 6/15/2009 Response to Office Action; 3/30/2010 Office Action.<br><br>*Extrinsic Evidence:* <u>Oxford Dictionary of Computing, 5th Ed. (2004)</u>: entry for "tag."<br><br><u>Microsoft Computer Dictionary, Fifth Edition (2002)</u>: entries for "XML element" and "tag."<br><br>U.S. Patent App. No. 10/690,605 (Pub. No. 2005/0091068) to Ramamoorthy et al. generally and at [0015].<br><br><u>Computer Desktop Encyclopedia</u>, 9th Ed. (2001): subentry for "XML and HTML" within entry for "XML."<br><br>*Cf.* <u>Dictionary of Computer and Internet Words</u>, Houghton Mifflin Co. (2001): entry for "tag." |
| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
| E. "XML | *Proposed construction:* Plain and ordinary meaning, | *Proposed construction:* "indicator within an XML tag that |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|------|--------------------------------------------|---------------------------------------------|
| parameter" | except for "XML" as construed above<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including at col. 3:10-5:65.<br><br>The prosecution history of the '886 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* None | signals that the tag includes a CLI keyword"<br><br>*Intrinsic Evidence:* Fig 3, col. 1:49-53; 4:63-5:65.<br><br>File History: 6/15/2009 Response to Office Action.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| F. "parsing the output message to identify at least one CLI token" | *Proposed construction:* analyzing the output message to extract at least one unit of CLI characters in a sequence<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including col. 6:30- 7:21.<br><br>The prosecution history of the '886 patent, including prior art references cited therein, including Amendments filed on 1/21/2009 and 6/15/2009.<br><br>*Extrinsic Evidence:* <u>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003)</u>: entry for "token."<br><br><u>Dictionary of computer science, engineering, and technology (2001)</u>: entry for "parsing." | *Proposed construction:* "breaking down the output message into its constituent character strings and determining that at least one such string corresponds to a CLI keyword or parameter"<br><br>*Intrinsic Evidence:* Fig. 4; Tbl. 3; col 1:54-57; 6:24-49.<br><br>File History: 6/15/2009 Response to Office Action.<br><br>*Extrinsic Evidence:* None |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|---|---|---|
| G. "wherein the input command is configured in an extensible markup language (XML) format having a CLI syntax with CLI keywords sequenced according to configuration rules for CLI commands" | *Proposed construction:* Plain and ordinary meaning, except for "extensible markup language (XML) format" as construed below.<br><br>*Intrinsic Evidence:* The specification of the '886 patent, including at col. 3:10-5:65.<br><br>The prosecution history of the '886 patent, including prior art references cited therein.<br><br>*Extrinsic Evidence:* <u>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th Ed (2003)</u>: entries for "Extensible language," "markup," and "markup language."<br><br><u>Microsoft Computer Dictionary, 5th Ed. (2002)</u>: entry for "markup language."<br><br><u>Dictionary of computer science, engineering, and technology (2001)</u>: entry for "markup language." | *Proposed construction:* "an extensible markup language (XML) format": "a format that complies with one of the versions of the XML standard published by the W3C organization"<br><br>"keyword": "word describing an action or operation that the computer can recognize and execute"<br><br>The entire phrase: "wherein the input command is written in an extensible markup language (XML) format, such that one or more CLI keywords, on the one hand, and the CLI parameters, on the other, are contained within respective XML tags, and the sequence of the tags complies with the sequencing rules for keywords and parameters in the CLI grammar and syntax"<br><br>*Intrinsic Evidence:* Figs. 3 & 4; cols. 1:49-57; 3:11-36; 4:24–42; 4:50-5:65; 6:12-7:17.<br><br>File History: 9/4/2008 Response to Office Action; 10/17/2008 Office Action; 1/21/2009 Response to Office Action; 3/13/2009 Office Action; 6/15/2009 Response to Office Action; 12/8/2010 Response to Office Action.<br><br>*Extrinsic Evidence:* <u>Computer Desktop Encyclopedia, 9th Ed. (2001)</u>: entry for "XML (Extensible Markup Language)."<br><br><u>Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003)</u>: entry for ""XML Abbreviation for Extensible Markup Language."<br><br><u>Microsoft Computer Dictionary, Fifth Edition (2002)</u>: entry for |

| Term | Cisco's Proposed Construction And Evidence | Arista's Proposed Construction And Evidence |
|------|--------------------------------------------|----------------------------------------------|
|      |                                            | "XML."<br><br>Barron's Dictionary of Computer and Internet Terms, 8th Ed. (2003): entry for "XML (Extensible Markup Language)."<br><br>See generally http://www.w3.org/standards/xml/.<br><br>Webster's New World Computer Dictionary, 9th Ed. (2001), 10th Ed. (2003): entry for "keyword."<br><br>Dictionary of Computer and Internet Words, Houghton Mifflin Co. (2001): entry for "keyword."<br><br>Computer Desktop Encyclopedia, 9th Ed. (2001): entry for "keyword."<br><br>Dictionary of Computing, 5th Ed. (2004): entry for "keyword." |