United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

CISCO SYSTEMS INC,

    Plaintiff,

v.

ARISTA NETWORKS, INC.,

    Defendant.

Case No. 14-cv-05344-BLF

**ORDER REGARDING JOINT STIPULATION AMENDING SCHEDULING ORDER**

[Re: ECF 156]

Before the Court is the parties' stipulation amending the scheduling order. The parties proposed having the final pretrial conference and hearing on motions *in limine* and *Daubert* motions on the same day. The Court's schedule will not permit having all three events on the same day. Accordingly, the Court SETS the hearing on *Daubert* motions for September 9, 2016. The parties may submit a revised scheduling order taking into account the September 9, 2016 hearing date.

**IT IS SO ORDERED.**

Dated: January 15, 2016

                                              BETH LABSON FREEMAN
                                              United States District Judge