Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

[Additional counsel listed on signature page]

ATTORNEYS FOR PLAINTIFF CISCO SYSTEMS, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

ATTORNEYS FOR DEFENDANT ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**JOINT STIPULATION AMENDING SCHEDULING ORDER**<br><br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br>Trial Date: November 21, 2016 |

1

1    WHEREAS, Plaintiff Cisco Systems, Inc. and Defendant Arista Networks, Inc. have
2 agreed on a proposed schedule to trial in compliance with the Federal Rules of Civil Procedure,
3 the Court's Civil Local Rules, Patent Local Rules, and Standing Orders, and in conformance with
4 the amended schedule set by the Court in its Corrected Case Management Order (Dkt. No. 137);
5 and

6    WHEREAS, Cisco and Arista have also met and conferred and agreed on a proposed
7 schedule and procedure for the resolution of *Daubert* motions; and

8    WHEREAS, the Court set *Daubert* motions for hearing on September 9, 2016 (Dkt. Nos.
9 158, 159);

10    THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that,
11 subject to the approval of the Court, this case will proceed to trial according to the proposed
12 schedule provided in the table below.

| Event | Schedule Superseded by Dkt. No. 137 | Proposed Schedule |
|---|---|---|
| Further Case Management Conference | January 28, 2016 | January 28, 2016 |
| Claim Construction Tutorial | March 11, 2016, at 9:00 a.m. | March 11, 2016, at 9:00 a.m. |
| Claim Construction Hearing | March 18, 2016, at 9:00 a.m. | March 18, 2016, at 9:00 a.m. |
| Close of fact discovery (except damages) | February 26, 2016 | April 29, 2016 |
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | 50 days after claim construction ruling |
| Last day to disclose liability experts and exchange opening liability expert reports | March 3, 2016 | May 6, 2016 |
| Last day to exchange liability rebuttal expert reports | March 17, 2016 | May 20, 2016 |
| Close of liability expert discovery | March 24, 2016 | June 3, 2016 |
| Close of fact discovery (damages) |  | June 10, 2016 |
| Last day to disclose damages experts and exchange opening damages expert reports | April 8, 2016 | June 24, 2016 |
| Last day to file dispositive motions | March 31, 2016 | June 30, 2016 |

| Event | Schedule Superseded by Dkt. No. 137 | Proposed Schedule |
|---|---|---|
| Last day to exchange rebuttal damages expert reports | April 29, 2016 | July 8, 2016 |
| Close of damages expert discovery | May 13, 2016 | July 22, 2016 |
| Last day to hear dispositive motions | May 5, 2016 | August 4, 2016 |
| Last day to file *Daubert* motions | | August 5, 2016 |
| *Daubert* opposition briefs due | | August 19, 2016 |
| *Daubert* reply briefs due | | August 26, 2016 |
| *Daubert* hearing | | September 9, 2016 |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | June 16, 2016 | September 9, 2016 |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | June 23 | September 16, 2016 |
| Motions *in limine* (Standing Order Jury Trial Sec. B.4) | June 23 | September 16, 2016 |
| Oppositions to Motions *in limine* (Standing Order Jury Trial Sec. B.4) | June 30 | October 7, 2016 |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | June 30 | October 21, 2016 |
| Final Pretrial Conference and Hearing on Motions *in limine* and *Daubert* Motions | July 7 | November 3, 2016 |
| Trial Briefs | July 25 | November 11, 2016 |
| Trial | August 1 | November 21, 2016 |

DATED: January 19, 2016                   Respectfully submitted,

*/s/ Sean S. Pak*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

4

JOINT STIPULATION AMENDING SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

02099-00004/7524641.1
1020502

| | |
|---|---|
| DATED: January 19, 2016 | Respectfully submitted, |
| | */s/   Brian L. Ferrall* |
| | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID J. SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - # 198945<br>mkwun@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 |
| | *Attorneys for Defendant Arista Networks, Inc.* |

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Sean S. Pak within this e-filed document.

*/s/ Brian L. Ferrall*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2016

_____<br>
Hon. Beth Labson Freeman<br>
United States District Judge