KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| Plaintiff, | **DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| ARISTA NETWORKS, INC., | Judge:    Hon. Beth Labson Freeman |
| Defendant. | CMC Date:  January 28, 2016 |
| | Date Filed:   December 5, 2014 |
| | Trial Date:  November 21, 2016 |

I, EDUARDO E. SANTACANA, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at the law firm of Keker & Van Nest LLP, counsel for Defendant Arista Networks, Inc. in the above-captioned action. I am admitted to practice before this Court.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could do so competently under oath.

3. Attached hereto as **Exhibit A** is a true and correct copy of a table prepared by counsel for Arista Networks, Inc. which summarizes the top thirty individuals by number of commands that Cisco has named as originators of CLI commands and the commands they are listed as having originated.

4. Attached hereto as **Exhibit B** is a true and correct copy of Cisco Systems, Inc.'s Amended Exhibit F to its Sixth Supplemental Objections and Responses to Arista Networks, Inc.'s Second Set of Interrogatories, dated January 12, 2016.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the deposition of Abhay Roy, which was taken on December 18, 2015.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition of Kirk Lougheed, which was taken on November 20, 2015.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the deposition of Tong Liu, which was taken on January 15, 2016. Cites are to the draft transcript, as the transcript has not yet been finalized.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition of Lincoln Dale, which was taken on January 21, 2016. Cites are to the draft

//
//
//
//
//
//

1

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF JOINT CASE MANAGEMENT STATEMENT
Case No. 5:14-cv-05344-BLF (PSG)

1021375.01

1  transcript, as the transcript has not yet been finalized.
2      I declare under penalty of perjury under the laws of the United States that the foregoing is
3  true and correct, and that this declaration was executed on January 23, 2016, in San Francisco,
4  California.

7  EDUARDO E. SANTACANA

2
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF JOINT CASE MANAGEMENT
STATEMENT
Case No. 5:14-cv-05344-BLF (PSG)

1021375.01