# EXHIBIT A

**Unique Authors and Their Frequency as of Cisco's January 12, 2016 Discovery Response**
**Generated by Counsel for Arista Networks, Inc.**

| Author | No. of Commands | Commands for which the author is listed | | |
|---|---|---|---|---|
| Kirk Lougheed | 41 | arp timeout<br>banner login<br>banner motd<br>boot system<br>clear arp-cache<br>clear ip arp<br>clear ip bgp<br>distance bgp<br>interface ethernet<br>interface loopback<br>ip access-group<br>ip access-list<br>ip access-list standard<br>ip address | ip domain lookup<br>ip domain-name<br>ip helper-address<br>ip host<br>ip name-server<br>ip proxy-arp<br>ip route<br>ip routing<br>mac-address<br>no snmp-server<br>passive-interface<br>router bgp<br>router rip<br>show arp | show hostname<br>show hosts<br>show interfaces<br>show ip access-lists<br>show ip arp<br>show ip bgp<br>show ip interface<br>show ip route<br>show spanning-tree<br>show users<br>terminal length<br>timers basic (RIP)<br>timers bgp |
| Dino Farinacci | 23 | clear ip igmp group<br>clear ip mroute<br>clear ip msdp sa-cache<br>ip igmp query-interval<br>ip msdp cache-sa-state<br>ip msdp default-peer<br>ip msdp mesh-group<br>ip msdp originator-id | ip msdp peer<br>ip msdp sa-filter in<br>ip msdp sa-filter out<br>ip pim dr-priority<br>ip pim register-source<br>ip pim rp-address<br>ip pim sparse-mode<br>ip pim spt-threshold | ip pim spt-threshold group-list<br>neighbor route-map<br>route-map<br>show ip msdp mesh-group<br>show ip msdp peer<br>show ip msdp sa-cache<br>show ip msdp summary |

1

| Author | No. of Commands | Commands for which the author is listed | | |
|---|---|---|---|---|
| David Hampton | 21 | area default-cost<br>ip as-path access-list<br>ip ospf authentication-key<br>ip ospf cost<br>ip ospf dead-interval<br>ip ospf hello-interval<br>ip ospf priority | ip ospf retransmit-interval<br>ip ospf transmit-delay<br>isis hello-interval<br>isis metric<br>isis priority<br>neighbor update-source<br>ntp server | router isis<br>ntp source<br>router ospf<br>show ip bgp neighbors<br>show ip bgp paths<br>show ip bgp summary<br>tacacs-server key |
| Abhay Roy | 20 | bfd all-interfaces<br>ip ospf authentication<br>ip ospf bfd<br>ipv6 ospf area<br>ipv6 ospf cost<br>ipv6 ospf dead-interval<br>ipv6 ospf hello-interval | ipv6 ospf network<br>ipv6 ospf priority<br>ipv6 ospf retransmit- interval<br>ipv6 ospf transmit-delay<br>log-adjacency-changes<br>"log-adjacency-changes (OSPFv3)"<br>"maximum-paths (OSPFv3)" | "passive-interface (OSPFv3)"<br>router-id (OSPFv3)<br>show ipv6 ospf<br>show ipv6 ospf border-routers<br>show ipv6 ospf interface<br>show ipv6 ospf neighbor |
| Pedro Marques | 15 | clear ipv6 neighbors<br>ipv6 access-list<br>ipv6 address<br>ipv6 enable<br>ipv6 host | ipv6 nd managed-config- flag<br>ipv6 nd ns-interval<br>ipv6 nd other-config-flag<br>ipv6 nd reachable-time<br>ipv6 route | ipv6 unicast-routing<br>show ipv6 interface<br>show ipv6 neighbors<br>show ipv6 route<br>show ipv6 route summary |
| Anthony Li | 14 | default-information originate (OSPF)<br>ip load-sharing<br>ip ospf message-digest-key<br>ip ospf name-lookup<br>ip pim query-interval | maximum-paths<br>neighbor password<br>"neighbor peer-group (assigning members)"<br>"neighbor peer-group (creating)" | neighbor route-reflector-client<br>show ip bgp peer-group<br>show ip community-list<br>show ip interface brief<br>show snmp view |

| Author | No. of Commands | Commands for which the author is listed | | |
|---|---|---|---|---|
| Robert Widmer | 13 | area range<br>area stub<br>ip ospf network<br>is-type<br>show ip bgp regexp | show ip ospf<br>show ip ospf interface<br>show ip ospf neighbor<br>show ip route summary<br>show isis database | show privilege<br>snmp-server contact<br>snmp-server location |
| Devadas Patil | 12 | clear lldp counters<br>clear lldp table<br>lldp holdtime<br>lldp receive<br>lldp reinit | lldp run<br>lldp timer<br>lldp tlv-select<br>lldp transmit | show lldp<br>show lldp neighbors<br>show lldp traffic |
| David Katz | 11 | isis hello-multiplier<br>isis lsp-interval<br>"log-adjacency-changes (IS-IS)" | ntp authenticate<br>ntp authentication-key<br>ntp trusted-key<br>show clock | show ntp associations<br>show ntp status<br>show reload<br>spf-interval |
| Ole Troan | 9 | ipv6 enable<br>ipv6 nd ra interval<br>ipv6 nd ra lifetime | ipv6 prefix-list<br>ipv6 router ospf<br>show ipv6 access-list | show ipv6 prefix-list<br>show ipv6 route<br>show ipv6 route tag |
| Graham Critchfield | 9 | show vrrp<br>vrrp authentication<br>vrrp description | vrrp ip<br>vrrp ip secondary<br>vrrp preempt | vrrp priority<br>vrrp timers advertise<br>vrrp track |
| Mark Baushke | 9 | ip multicast-routing<br>show ip bgp community<br>show ip igmp groups | show ip igmp interface<br>show ip mroute<br>show ip mroute count | show ip pim interface<br>show ip pim neighbor<br>show ip pim rp |

| Author | No. of Commands | Commands for which the author is listed | | |
|---|---|---|---|---|
| Ramanthan Kavasseri | 8 | show snmp engineID<br>show snmp group<br>show snmp host | show snmp user<br>"snmp-server engineID local" | "snmp-server engineID remote"<br>snmp-server group<br>snmp-server user |
| François Tallet | 8 | clear spanning-tree counters<br>show spanning-tree mst<br>show spanning-tree mst configuration<br>show spanning-tree mst interface | spanning-tree bpdufilter<br>spanning-tree bpduguard<br>spanning-tree portfast | bpdufilter default<br>spanning-tree portfast<br>bpduguard default |
| Nataraj Bacthu | 8 | ip msdp group-limit<br>ip pim anycast-rp | ip pim bfd-instance<br>show ipv6 bgp community<br>show ipv6 bgp neighbors | show ipv6 bgp summary<br>show isis interface<br>username sshkey |
| Enke Chen | 7 | bgp log-neighbor-changes<br>ip prefix-list<br>neighbor activate | neighbor description<br>neighbor shutdown | neighbor timers<br>show ip prefix-list |
| Frederick Scott | 7 | flowcontrol receive<br>flowcontrol send<br>show interfaces switchport | show vlan<br>switchport access vlan | switchport trunk allowed vlan<br>switchport trunk native vlan |
| V.N. Ramesh Ponnapalli | 7 | dot1x port-control<br>dot1x reauthentication | dot1x system-auth-control<br>dot1x timeout quiet-period | dot1x timeout reauth-period<br>dot1x timeout tx-period<br>show dot1x statistics |
| Paul Traina | 6 | aggregate-address<br>bgp confederation identifier | bgp confederation peers<br>bgp redistribute internal | neighbor ebgp-multihop<br>neighbor send-community |

| Author | No. of Commands | Commands for which the author is listed | | |
|---|---|---|---|---|
| Senthil Arunachalam | 6 | ip igmp snooping vlan<br>ip igmp snooping vlan immediate-leave | ip igmp snooping vlan mrouter<br>ip igmp snooping vlan static | show ip igmp snooping<br>show ip igmp snooping mrouter |
| Rex Fernando | 6 | ip community-list expanded | ip community-list standard<br>ip extcommunity-list standard | ip-community-list standard<br>neighbor local-as<br>show ip extcommunity-list |
| Ishan Wu | 6 | ip msdp description<br>ip msdp keepalive | ip msdp sa-limit<br>ip msdp shutdown | ip msdp timer<br>ip pim bsr-border |
| Tong Liu | 5 | ptp priority1<br>ptp priority2 | ptp sync interval | show ptp clock<br>show ptp parent |
| Adam Sweeney | 5 | ip dhcp snooping<br>ip dhcp snooping information option | ip dhcp snooping vlan<br>show ip dhcp snooping | switchport backup interface |
| Andy Heffernan | 5 | clear ip nat translation<br>ip nat pool | ip nat translation tcp- timeout | ip nat translation udp-timeout<br>show ip nat translations |
| Bill Westfield | 5 | radius-server deadtime<br>radius-server host | radius-server key | radius-server retransmit<br>radius-server timeout |
| Dan Florea | 5 | private-vlan<br>private-vlan mapping | show interfaces private- vlan mapping | show vlan private-vlan<br>switchport private-vlan mapping |
| Greg Satz | 5 | snmp-server community<br>snmp-server host | tacacs-server host | tacacs-server timeout<br>terminal monitor |

| Author | No. of Commands | Commands for which the author is listed | | |
|---|---|---|---|---|
| Massimiliano Ardica | 5 | lacp port-priority<br>lacp system-priority | port-channel load-balance | show lacp counters<br>show lacp neighbor |
| Edward Pham | 5 | lacp port-priority<br>lacp system-priority | port-channel load-balance | show lacp counters<br>show lacp neighbor |