# EXHIBIT C

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    _____

                                 )

6    CISCO SYSTEMS, INC.,         )

7           Plaintiff,            )

8        vs.                      ) Case No.:

                                  ) 5:14-cv-05344-BLF(PSG)

9    ARISTA NETWORKS, INC.,       )

                                  )

10          Defendant.            )

     _____)

11

12

13        ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14          VIDEOTAPED DEPOSITION OF ABHAY ROY

15                Palo Alto, California

16             Friday, December 18, 2015

17                     Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER

23   CSR No. 6948

24   Job No. 2200521

25   PAGES 1 - 232

                                              Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5    _____

                                     )
 6    CISCO SYSTEMS, INC.,           )
                                     )
 7              Plaintiff,           )
                                     )
 8         vs.                       )Case No.:
                                     )5:14-cv-05344-BLF(PSG)
 9    ARISTA NETWORKS, INC.,         )
                                     )
10              Defendant.           )
      _____)

11

12

13         VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME 1,

14    taken on behalf of the Defendant, at Wilson Sonsini

15    Goodrich & Rosati, 601 California Avenue, Palo Alto,

16    California, beginning at 9:30 a.m. and ending at

17    4:47 p.m. on Friday, December 18, 2015, before

18    RACHEL FERRIER, Certified Shorthand Reporter No. 6948.

19

20

21

22

23

24

25
```

Page 2

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    APPEARANCES:

 2

 3    For Plaintiff CISCO SYSTEMS, INC., and the Witness:

 4         QUINN EMANUEL URQUHART & SULLIVAN LLP

 5         BY:  JOHN M. NEUKOM

 6         Attorney at Law

 7         50 California Street, 22nd Floor

 8         San Francisco, CA  94111

 9         415.875.6320

10         johnneukom@quinnemanuel.com

11    and

12         QUINN EMANUEL URQUHART & SULLIVAN LLP

13         BY:  SIDNEY ARCHIBALD

14         Attorney at Law

15         555 Twin Dolphin Drive, 5th Floor

16         Redwood Shores, CA 94065

17         650.801.5000

18         sydneyarchibald@quinnemanuel.com

19

20

21

22

23

24

25
```

Page  3

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    APPEARANCES (continued):

 2

 3    For Defendant ARISTA NETWORKS, INC.:

 4         KEKER & VAN NEST, LLP

 5         BY:  DAVID J. SILBERT

 6         ELIZABETH K. McCLOSKEY

 7         Attorneys at Law

 8         633 Battery Street

 9         San Francisco, CA 94111

10         415.676.2269

11         dsilbert@kvn.com

12         emccloskey@kvn.com

13

14    Videographer:

15         CASSIA LEET

16

17

18

19

20

21

22

23

24

25
```

Page 4

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1                            INDEX
 2    WITNESS                                 EXAMINATION
 3    ABHAY ROY
 4    VOLUME 1
 5
 6                    BY MR. SILBERT        10, 87, 219
 7
 8
 9                          EXHIBITS
10    NUMBER            DESCRIPTION              PAGE
11    Exhibit 51    LinkedIn Profile for
                    Abhay Roy                      11
12
      Exhibit 52    Cisco IOS Master Command
13                  List, All Releases             18
14    Exhibit 53    CLI Design and Review
                    Guide
15                  (Bates CSI-ANI-00073381 -
                    00073381.000014)               40
16
      Exhibit 54    Cisco's Third Supplemental
17                  Response to Interrogatory
                    No. 16 and Response to
18                  Interrogatory No. 19
                    Amended Exhibit F              57
19
      Exhibit 55    Bidirectional Forwarding
20                  Detection (BFD) for IPv4
                    and IPv6 (Single Hop)
21                  (Bates ARISTANDCA00030805 -
                    00030811)                      61
22
      Exhibit 56    The OSPF Specification
23                  (Bates ARISTANDCA00022597 -
                    00022703)                      80
24
25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1                          EXHIBITS
 2    NUMBER              DESCRIPTION              PAGE
 3    Exhibit 57   Bidirectional Forwarding
                   Detection (BFD)
 4                 (Bates ARISTANDCA00030756 -
                   00030804)                       99
 5
      Exhibit 58   Internet Protocol,
 6                 Version 6 (IPv6)
                   Specification
 7                 (Bates ARISTANDCA00025710 -
                   00025746)                       105
 8
      Exhibit 59   OSPF Commands: ip ospf
 9                 fast-reroute per-prefix
                   through R                        130
10
      Exhibit 60   CSCdi42640
11                 (Bates CSI-CLI-01542004)         137
12    Exhibit 61   CSCdj76740                       140
13    Exhibit 62   CSCdj76740                       140
14    Exhibit 63   Screen shot of a webpage
                   titled "Do you have
15                 knowledge of IPR in
                   draft-ietf-isis-mi"              169
16
      Exhibit 64   Screen shot of a webpage
17                 titled "Re:[68ATTENDEES]
                   RFC Author License
18                 Execution Opportunity"           171
19    Exhibit 65   E-mail chain dated
                   11/23/15 to Leo Boulton,
20                 et al., from Brian
                   Jackson
21                 (Bates CSI-CLI-01477442 -
                   01477448)                        179
22
      Exhibit 66   E-mail chain dated 9/8/15
23                 from Umesh Dudani to
                   Abhay Roy
24                 (Bates CSI-CLI-01438733 -
                   01438743)                        193
25


                                             Page 6
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1                         EXHIBITS
 2    NUMBER              DESCRIPTION              PAGE
 3    Exhibit 67   E-mail chain dated 7/3/13
                   from Vittal Krishnamurthy
 4                 to Pranav Mehta, et al.
                   (Bates CSI-CLI-01483915 -
 5                 01483921)                        201
 6    Exhibit 68   E-mail chain dated 9/16/15
                   from Shane Corban to Yong
 7                 Hu, et al.
                   (Bates CSI-CLI-01440122 -
 8                 01440128)                        204
 9    Exhibit 69   OSPFv3 support in IOS
                   Software Unit Functional
10                 Specification
                   (Bates CSI-CLI-00609752 -
11                 00609769)                        219
12    Exhibit 70   Support of BFD in OSPFv2
                   Functional Specification
13                 (Bates CSI-CLI-00610401 -
                   00610409)                        219
14
      Exhibit 71   CSCdk33792                       219
15
      Exhibit 72   CSCdk33792                       219
16
      Exhibit 73   Support of BFD in OSPFv2
17                 Functional Specification
                   (Bates CSI-CLI-00610410 -
18                 00610420)                        219
19
20
21
22
23
24
25
```

Page 7

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
1    INDEX (Continued):

2                    PREVIOUSLY MARKED EXHIBITS

3                    EXHIBIT    PAGE

4                        29        75

5                    (Retained by Counsel)

6

7                    INSTRUCTION NOT TO ANSWER

8                        Page      Line

9                        57        23

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 8

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1          Palo Alto, California; Friday, December 18, 2015

 2                         9:30 a.m.

 3                                                    09:30AM

 4          THE VIDEOGRAPHER:  Good morning.  We are on the    09:30AM

 5   record at 9:30 a.m. on December 18th, 2015.              09:30AM

 6          This is the video-recorded deposition of          09:30AM

 7   Abhay Roy.                                               09:30AM

 8          My name is Cassia Leet, here with our Court        09:30AM

 9   Reporter, Rachel Ferrier.  We are here from Veritext     09:30AM

10   Legal Solutions at the request of counsel for the        09:30AM

11   defendant.                                               09:30AM

12          This deposition is being held at 601 California    09:30AM

13   Avenue, Palo Alto, California 94304.                     09:30AM

14          The caption of this case is Cisco Systems, Inc.,   09:31AM

15   versus Arista Networks, Inc., in the United States       09:31AM

16   District Court, Northern District of California,         09:31AM

17   San Jose Division, Case No. 5:14-cv-05344-BLF (PSG).     09:31AM

18          Please note that the audio and video recording    09:31AM

19   will take place unless all parties agree to go off the   09:31AM

20   record.  Microphones are sensitive and may pick up       09:31AM

21   whispers and private conversations.                      09:31AM

22          I am not related to any party in this action, nor 09:31AM

23   am I financially interested in the outcome in any way.   09:31AM

24          If there are any objections to the proceeding,    09:31AM

25   please state them at the time of your appearance,        09:31AM
```

Page 9

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | beginning with the noticing attorney, if you could just | 09:31AM |
| 2 | introduce yourselves. | 09:31AM |
| 3 | MR. SILBERT:  David Silbert, Keker & Van Nest, on | 09:31AM |
| 4 | behalf of Arista. | 09:31AM |
| 5 | MS. McCLOSKEY:  Elizabeth McCloskey on behalf of | 09:31AM |
| 6 | Defendant Arista. | 09:32AM |
| 7 | MR. NEUKOM:  John Neukom for Cisco and for the | 09:32AM |
| 8 | witness, and with me today is Sydney Archibald. | 09:32AM |
| 9 | THE VIDEOGRAPHER:  Thank you. | 09:32AM |
| 10 | The witness will be sworn in and counsel may | 09:32AM |
| 11 | begin the examination. | 09:32AM |
| 12 | ABHAY ROY, | 09:32AM |
| 13 | having been administered an oath, was examined and | 09:32AM |
| 14 | testified as follows: | 09:32AM |
| 15 | THE WITNESS:  Yes. | 09:32AM |
| 16 | EXAMINATION | 09:32AM |
| 17 | BY MR. SILBERT: | 09:32AM |
| 18 | Q    Good morning, Mr. Roy.  We met briefly off the | 09:32AM |
| 19 | record, but let me just introduce myself again. | 09:32AM |
| 20 | My name is David Silbert, and I'm one of the | 09:32AM |
| 21 | attorneys who represents Arista in the -- in this | 09:32AM |
| 22 | lawsuit. | 09:32AM |
| 23 | Have you ever been deposed before? | 09:32AM |
| 24 | A    No. | 09:32AM |
| 25 | Q    Have you had an opportunity to talk to your | 09:32AM |

Page 10

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    encounters a shorter version, they can expand it, and if     09:49AM
 2    RIP is used further down the document, you can keep          09:49AM
 3    saying router information protocol or you can shorthand       09:49AM
 4    it, and, typically, at the first documents, you will         09:49AM
 5    have both versions, which this is the shorthand for          09:49AM
 6    that.                                                        09:49AM
 7       Q   Are these capitalized letters actually part of        09:49AM
 8    the CLI command or are they there for some different         09:49AM
 9    reason?                                                      09:49AM
10          MR. NEUKOM:  Objection; vague and compound.            09:49AM
11          THE WITNESS:  I mean, just looking at this, it's       09:49AM
12    hard to say.  There's probably a more detailed document      09:49AM
13    on this command that can probably tell us more.  Just by     09:49AM
14    looking at it, it's hard to say what it's trying to say.     09:50AM
15    BY MR. SILBERT:                                              09:50AM
16       Q   You claim to be the person who authored the           09:50AM
17    command "bfd all-interfaces"; correct?                       09:50AM
18          MR. NEUKOM:  Objection; misstates prior                09:50AM
19    statements and calls for a legal conclusion.                 09:50AM
20          THE WITNESS:  So bfd all-interfaces is -- is --        09:50AM
21    looks like a broader implication for various protocols.      09:50AM
22    My involvement has been on OSPF site, and I have written     09:50AM
23    some code on OSPF, which makes use of bfd                    09:50AM
24    all-interfaces.                                              09:50AM
25          Is that what you are asking?                           09:50AM
```

Page 23

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. SILBERT: | 09:50AM |
| 2 | Q   Okay.  Well, let me just understand. | 09:50AM |
| 3 | Did -- is it true that you did not author the | 09:50AM |
| 4 | command "bfd all-interfaces"? | 09:50AM |
| 5 | MR. NEUKOM:  Objection; calls for a legal | 09:50AM |
| 6 | conclusion. | 09:50AM |
| 7 | THE WITNESS:  So bfd all-interfaces code I have | 09:50AM |
| 8 | written for OSPF. | 09:50AM |
| 9 | BY MR. SILBERT: | 09:51AM |
| 10 | Q   Okay.  I'm sorry, did I -- were you finished? | 09:51AM |
| 11 | A   Yes. | 09:51AM |
| 12 | Q   Okay.  Did you come up with the phrase | 09:51AM |
| 13 | "bfd all-interfaces" or did someone else do that? | 09:51AM |
| 14 | A   So this is -- this is quite dated.  My best | 09:51AM |
| 15 | recollection is we actually looked at a variety of IPv6 | 09:51AM |
| 16 | protocols, and we were trying to figure out what could | 09:51AM |
| 17 | be one of the -- one of the best ways to express this. | 09:51AM |
| 18 | So this is more of a collaborative effort.  I cannot | 09:51AM |
| 19 | take credit of coming up with it.  It's a team of | 09:51AM |
| 20 | engineers actually who looked into it, how this fits | 09:51AM |
| 21 | into the bigger -- bigger piece of organization of | 09:51AM |
| 22 | commands, what makes sense, what is more aesthetically | 09:51AM |
| 23 | correct in the -- in the correct scope and with the | 09:51AM |
| 24 | choices we had and the team of engineers, I believe, who | 09:51AM |
| 25 | came up with this. | 09:51AM |

Page  24

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Okay.  So if you can't take credit for coming up | 09:51AM |
| 2 | with the phrase "bfd all-interfaces," who, to your | 09:51AM |
| 3 | knowledge, on the team of engineers came up with that | 09:52AM |
| 4 | phrase? | 09:52AM |
| 5 | MR. NEUKOM:  Objection; misstates prior | 09:52AM |
| 6 | testimony. | 09:52AM |
| 7 | THE WITNESS:  Can't recollect exactly, was it one | 09:52AM |
| 8 | engineer or was it a bunch of proposals we had and we | 09:52AM |
| 9 | collectively said this -- this is the best thing to go | 09:52AM |
| 10 | with. | 09:52AM |
| 11 | BY MR. SILBERT: | 09:52AM |
| 12 | Q   Okay.  So you don't know who came up with the | 09:52AM |
| 13 | phrase "bfd all-interfaces"? | 09:52AM |
| 14 | A   I can't at this point, yeah. | 09:52AM |
| 15 | Q   Okay.  But you do know, I believe you said, that | 09:52AM |
| 16 | when the team of engineers was working, doing the work | 09:52AM |
| 17 | that resulted in that phrase, they were consulting | 09:52AM |
| 18 | protocols or industry standards; correct? | 09:52AM |
| 19 | MR. NEUKOM:  Objection; misstates prior | 09:52AM |
| 20 | testimony. | 09:52AM |
| 21 | THE WITNESS:  So it's a team of engineers are | 09:52AM |
| 22 | typically looking at what is the best way to express a | 09:52AM |
| 23 | certain functionality, right?  And they are trying to | 09:52AM |
| 24 | come up with the best possible command-line interface, | 09:52AM |
| 25 | and -- and we can get into sort of why and -- and what | 09:52AM |

Page 25

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1      A   So --                                    04:46PM

 2      Q   Thank you.                               04:46PM

 3      A   -- so the enclosure title "Description" was  04:46PM

 4   written by Friedman, and this describes what he has  04:46PM

 5   suggested, so I'm basing on this document.        04:47PM

 6      Q   Okay.  Other than what you read in that document,  04:47PM

 7   do you know anything else about the origination of the  04:47PM

 8   command expression "ip ospf authentication"?       04:47PM

 9      A   No.                                       04:47PM

10          MR. SILBERT:   Okay.  Then thank you.  At this  04:47PM

11   point, again, subject to any redirect based on     04:47PM

12   questioning by your counsel, I thank you very much for  04:47PM

13   your time and attention, and I'm concluding the    04:47PM

14   deposition.                                        04:47PM

15          THE WITNESS:  Sure.  Thanks.              04:47PM

16          MR. NEUKOM:  No direct.                   04:47PM

17          THE VIDEOGRAPHER:  Okay.                  04:47PM

18          MR. NEUKOM:  At this time.                04:47PM

19          THE VIDEOGRAPHER:  This concludes today's  04:47PM

20   deposition of Abhay Roy.  The number of media used was  04:47PM

21   three and will be retained by Veritext Legal Solutions.  04:47PM

22          The time is 4:47 p.m.  We are off the record.  04:47PM

23              (TIME NOTED:  4:47 P.M.)

24

25
```

                                            Page 230

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1              I, ABHAY ROY, do hereby declare under penalty

 2     of perjury that I have read the foregoing transcript;

 3     that I have made any corrections as appear noted, in

 4     ink, initialed by me, or attached hereto; that my

 5     testimony as contained herein, as corrected, is true and

 6     correct.

 7              EXECUTED this _____ day of _____,

 8     2015, at _____, _____.

 9                   (City)                (State)

10

11

12

13

14

15

16          _____

17                        ABHAY ROY

18                        VOLUME 1

19

20

21

22

23

24

25

                                            Page 231
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1
 2
 3        I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5        That the foregoing proceedings were taken before
 6   me at the time and place herein set forth; that any
 7   witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim
 9   record of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; further, that the foregoing is an accurate
12   transcription thereof.
13        I further certify that I am neither financially
14   interested in the action nor a relative or employee of
15   any attorney or any of the parties.
16        IN WITNESS WHEREOF, I have this date subscribed
17   my name.
18
19   Dated: December 30, 2015
20
21
22
23        _____
24        Rachel Ferrier
          CSR No. 6948
25
```

Page 232