# EXHIBIT E

```
 1                ROUGH DRAFT DISCLAIMER
 2         ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
 3           CERTIFIED SHORTHAND REPORTER, CSR No. 9830
 4    ------------------------------------------------
         It is understood by all attorneys and/or
 5    their staff using, saving onto a hard
      computer disk, or receiving a
 6    Livenote/Realtime ASCII or e-mailed rough
      draft transcript that:
 7
         1.  The following is an unedited rough
 8    draft transcript.  Various corrections
      and/or changes may be made before the
 9    final version is complete.  The use of
      this rough draft transcript is limited
10    by C.C.P. 2025.540(b).  This reporter, as
      well as any affiliated court reporting
11    agency, will not be responsible for any
      variance of this draft from the final
12    transcript.
13       2.  Because of the nature of
      stenographic outlines, differences WILL
14    exist between the Livenote/Realtime rough
      draft copy and the certified transcript
15    prepared by the reporter.  Those
      differences will include the following,
16    among others:
17           A.  Words may change;
             B.  Page and line numbers may change;
18           C.  Punctuation may change; and/or
             D.  Quotes may change.
19
         3.  Providing a Livenote/Realtime ASCII
20    and/or e-mail or saving Livenote/Realtime
      onto a computer hard drive will only be
21    provided when a certified copy is
      purchased and there will be a charge for
22    the Livenote/Realtime rough transcript in
      addition to the charge for the certified
23    copy.
24    ACCEPTANCE OF THIS REALTIME DRAFT IS AN AUTOMATIC
25                  FINAL COPY ORDER
                       ---oOo---
                                                        1
```

---

```
         1                  PALO ALTO, CALIFORNIA
00:00    2                FRIDAY, JANUARY 15, 2016
00:00    3                      9:32 a.m.
00:00    4
00:00    5
00:00    6         THE VIDEOGRAPHER:  Good morning.  We are on
00:31    7    the record at 9:32 on January 15th of the year 2016.
00:31    8    This is the video deposition of Tong Liu.  My name is
00:31    9    Kevin Foor.  I'm here with court reporter Andrea
00:31   10    Ignacio, and we're here from Veritext Legal Solutions
00:31   11    at the request of Keker Van Nest.
00:31   12         This deposition is being held at Wilson
00:31   13    Sonsini Goodrich & Rosati in Palo Alto.
00:31   14         The caption of the case is Cisco Systems,
00:31   15    Inc., v Arista Networks.  That is case 514-CV-05344
00:31   16    ELF BSG.
00:32   17         Please note that audio and video recording
00:32   18    will take place unless all party the agree to go off
00:32   19    the record.  Microphones are sensitive and may pick up
00:32   20    whisper, private conversations and cell interference.
00:32   21         I'm not related to any party in this action,
00:32   22    nor am I interested financially in the outcome in any
00:32   23    way.  If there are any objections to proceeding,
00:32   24    please state them at the time of your appearance.
00:32   25         And if you would please state your
                                                                  2
```

---

```
00:32    1    appearances.
00:32    2         MR. WONG:  Ryan Wong from Keker Van Nest for
00:32    3    defendant Real Networks.
00:32    4         MR. PAK:  Sean Pak of Quinn Emanuel
00:32    5    representing Cisco and the witness.
00:32    6         THE VIDEOGRAPHER:  Thank you.
00:32    7         If the court reporter would please swear the
00:32    8    witness, we can begin.
         9
        10                        TONG LIU,
        11             having been sworn as a witness,
        12           by the Certified Shorthand Reporter,
        13                   testified as follows:
        14
        15                       EXAMINATION
        16    BY MR. WONG:
00:33   17    Q    Good morning, Ms. Liu.
00:33   18    A    Good morning.
00:33   19    Q    Please state your full name for the record.
00:33   20    A    Tong Liu.
00:33   21    Q    Do you go by any other names, Ms. Liu?
00:33   22    A    At work I go with Toni.
00:33   23    Q    Could you spell Toni for me, please?
00:33   24    A    T-O-N-I.
00:33   25    Q    Okay.  Have you gone by Toni Liu for what
                                                                  3
```

---

```
00:33    1    period of time have you gone by Toni Liu?
00:33    2    A    That name is only used at work.  It's not an
00:33    3    officially alternative name.
00:33    4    Q    And besides Toni Liu have you gone by any
00:33    5    other names, Ms. Liu?
00:33    6    A    No.
00:33    7    Q    Could you please state your home address?
00:33    8    A    ████████████████████████████
00:33    9    Q    And do you have any personal e-mail addresses
00:33   10    that you use?
00:33   11    A    Yes.
00:33   12    Q    Could you please tell me what those are?
00:33   13    A    ████████████████.
00:34   14    Q    Okay.  Any other e-mails addresses?
00:34   15    A    ████████████████.
00:34   16    Q    Who is your current employer, Ms. Liu?
00:34   17    A    ████████████.
00:34   18    Q    Do you have a work address for Aruba
00:34   19    Networks?
00:34   20    A    ██████████████████████████.
00:34   21    Q    Do you have an e-mail work address for your
00:34   22    job at Aruba?
00:34   23    A    ████████████████████.
00:34   24    Q    Now, Ms. Liu are you represented by counsel
00:34   25    at this deposition?
                                                                  4
```

```
03:06  1     Q   I see.
03:06  2         So you read the -- and by the spec you mean
03:06  3   the IEEE PTP spec
03:06  4     A   Yes.
03:06  5     Q   During the break, the court reporter marked
03:06  6   as Exhibit No. 93 the document right there to your
03:06  7   right, and counsel here's a copy for you as well.
03:06  8         MR. PAK:  Thanks.
03:06  9         MR. WONG:  The document bears control numbers
03:07 10   Arista NDCA00031733 to '32021.
03:07 11     Q   Ms. Liu, you can take your time to look at
03:07 12   the document, but the question that I have for you is
03:07 13   do you recognize this document marked as Exhibit 93?
03:07 14     A   Yes, I -- think is the one we used, as well
03:08 15   as the standard.
03:08 16     Q   Okay.  Can you read the title of the IEEE
03:08 17   specification marked as Exhibit 93?
03:08 18     A   IEEE standard for the precision clock
03:08 19   synchronization protocol for network measurement and
03:08 20   control systems.
03:08 21     Q   And the -- the -- I guess the number for the
03:08 22   standard on the bottom right is IEEE standard
03:08 23   1588-2008; do you see that?
03:08 24     A   Yes, uh-huh.
03:08 25     Q   And this is the PTP IEEE standard that we
                                                          89

03:08  1   have been talking about in this deposition; correct?
03:08  2     A   Yes.
03:08  3     Q   Okay.  So -- so the exhibit marked as 93 is
03:08  4   the standard that you reviewed before you began coding
03:08  5   the PTP functionality for the Cisco industrial
03:08  6   Ethernet device; correct?
03:08  7     A   Yes.
03:08  8     Q   Okay.  And did you read the entire standard
03:09  9   before you began working on the PTP functionality?
03:09 10     A   Yeah, I believe I read the -- the entire or
03:09 11   the majority of part of it.
03:09 12     Q   That's -- that's impressive.
03:09 13         How -- the standard is -- is several hundred
03:09 14   pages long, but you read the whole thing?  You
03:09 15   remember reading the whole thing
03:09 16     A   Yes.
03:09 17     Q   Did you consult with the standard marked as
03:09 18   Exhibit 93 while you were coding the PTP functionality
03:09 19   for Cisco's industrial Ethernet devices?
03:09 20     A   Yes, all of the messages format, the field
03:09 21   definitions behaviors are documented here.
03:09 22     Q   Okay.  So -- so every PTP functionality --
03:09 23   every aspect of PTP functionality that you implemented
03:10 24   in Cisco's industrial ethernet devices are based on
03:10 25   the IEEE standard marked as Exhibit 93?
                                                          90

03:10  1         MR. PAK:  Objection; mischaracterizes the
03:10  2   witness's testimony.
03:10  3         MR. WONG:  Q.  Correct?
03:10  4         MR. PAK:  Assumes facts not in evidence.
03:10  5         THE WITNESS:  There are multiple parts of it
03:10  6   for the implementation part.  There is the protocol
03:10  7   part which are the messages, the state machine, the
03:10  8   field definitions.  Those we base of the spec.  There
03:10  9   are the way we calculate the clock difference.  Those
03:10 10   are not documented here.  Those are what we developed
03:10 11   and there's also the CLI command which we came up with
03:10 12   separately.
03:10 13         MR. WONG:  Q.  When you say messages, what do
03:11 14   you mean by messages?
03:11 15     A   So the PTP protocol has, if I recall, has
03:11 16   multiple set -- is a handshaking message.  So the
03:11 17   format of the message which one follows what, which
03:11 18   field is contained in which message, those are the
03:11 19   find in the spec.
03:11 20     Q   Okay.  When you follow those definitions when
03:11 21   you implemented the PTP functionality in Cisco's
03:11 22   industrial Ethernet devices; right?
03:11 23     A   Yes, the format of the messages.
03:11 24     Q   Okay.  You also mentioned field definitions.
03:11 25   What do you mean by field definitions?
                                                          91

03:11  1     A   Those are inside of the message itself.
03:11  2     Q   Okay.  What are fields?
03:11  3     A   Like header, checksum.  There are time stamps
03:11  4   inside of the message and how big -- how wide the
03:12  5   field is.  So those, those are the field definitions
03:12  6   which have specific meaning inside of the message.
03:12  7     Q   And those are specified in the IEEE PTP
03:12  8   standard; right?
03:12  9     A   Yes.
03:12 10     Q   And you followed those standards when
03:12 11   implementing the PTP functionality in Cisco's
03:12 12   industrial Ethernet products; right?
03:12 13         MR. PAK:  Objection; available.
03:12 14         THE WITNESS:  For the messages, yes.
03:12 15         MR. WONG:  Q.  And for the field definitions
03:12 16   as well?
03:12 17     A   The field definition -- if you mean the --
03:12 18   how wide the field is, which field needs to follow
03:12 19   which one, yes.  But particularly on the name of the
03:12 20   field, that may not necessarily be the same as the
03:12 21   spec.
03:12 22     Q   Okay.  Did you have any role in developing
03:12 23   the PTP standard marked as Exhibit 93?
03:13 24     A   You mean contributing to the standard itself.
03:13 25     Q   Yes.
                                                          92
```

| | | |
|---|---|---|
| 03:19 1 | right? | |
| 03:19 2 | **A** | **Right.** |
| 03:19 3 | **Q** | And these are acronyms and abbreviations that |
| 03:19 4 | are used in the PTP IEEE stardard; correct? | |
| 03:19 5 | **A** | **Yes.** |
| 03:19 6 | **Q** | And on the following page, page 8, there is |
| 03:20 7 | an acronym PTP there; do you see that? | |
| 03:20 8 | **A** | **Yes.** |
| 03:20 9 | **Q** | It stands for precision time protocol? |
| 03:20 10 | **A** | **Yes.** |
| 03:20 11 | **Q** | So it was well-known that PTP meant precision |
| 03:20 12 | time protocol; correct? | |
| 03:20 13 | MR. PAK:  Objection; calls for speculation | |
| 03:20 14 | assumes facts not in evidence; calls for expert | |
| 03:20 15 | testimony. | |
| 03:20 16 | THE WITNESS:  When you say well-known, is | |
| 03:20 17 | it -- what's the scope of well known? | |
| 03:20 18 | MR. WONG:  It was well known by people in the | |
| 03:20 19 | networking industry; right? | |
| 03:20 20 | MR. PAK:  Same. | |
| 03:20 21 | MR. WONG:  That PTP meant precision time | |
| 03:20 22 | protocol? | |
| 03:20 23 | MR. PAK:  Same objections. | |
| 03:20 24 | THE WITNESS:  I don't think it's well known | |
| 03:20 25 | in the entire networking industry. | |

| | | |
|---|---|---|
| 03:20 1 | MR. WONG:  Okay. | |
| 03:20 2 | **Q** | Was there a subset of the networking industry |
| 03:20 3 | where PTP was known to refer to the PTP in Exhibit 93? | |
| 03:20 4 | MR. PAK:  Objection; vague; calls for | |
| 03:20 5 | speculation; assumes facts not in evidence. | |
| 03:20 6 | THE WITNESS:  It's not as normal a term as IP | |
| 03:21 7 | or MAC.  The -- the term is still, I think, even for | |
| 03:21 8 | people who are working on the Catalyst switches.  It's | |
| 03:21 9 | not a very well known term. | |
| 03:21 10 | MR. WONG:  Okay. | |
| 03:21 11 | **Q** | But certainly the IEEE standard marked as |
| 03:21 12 | Exhibit 93 defines the PTP acronym; correct? | |
| 03:21 13 | **A** | **Yes.** |
| 03:21 14 | **Q** | And uses the PTP acronym? |
| 03:21 15 | **A** | **Yes.** |
| 03:21 16 | **Q** | To describe precision time protocol; correct? |
| 03:21 17 | **A** | **True.** |
| 03:21 18 | **Q** | And it uses that PTP acronym to describe the |
| 03:21 19 | PTP functionality that you implemented in Cisco's | |
| 03:21 20 | industrial Ethernet devices; right? | |
| 03:21 21 | MR. PAK:  Objection; assumes facts not in | |
| 03:21 22 | evidence; mischaracterizes the witness's prior | |
| 03:21 23 | testimony. | |
| 03:21 24 | THE WITNESS:  In this spec, yes. | |
| 03:21 25 | MR. WONG:  Well, is PTP used in Cisco's | |

| | | |
|---|---|---|
| 03:22 1 | industrial Ethernet device in a different way than | |
| 03:22 2 | what PTP means in Exhibit 93? | |
| 03:22 3 | MR. PAK:  Objection; vague. | |
| 03:22 4 | MR. WONG:  Let me rephrase the question. | |
| 03:22 5 | **Q** | In the five commands that you're associated |
| 03:22 6 | with in Exhibit 92 | |
| 03:22 7 | **A** | **Right.** |
| 03:22 8 | **Q** | -- all of them use the acronym PTP; correct? |
| 03:22 9 | **A** | **Yes.** |
| 03:22 10 | **Q** | That PTP refers to the same PTP that is same |
| 03:22 11 | shown on page 8 of Exhibit 93; right? | |
| 03:22 12 | MR. PAK:  Objection; vague. | |
| 03:22 13 | THE WITNESS:  I think when I chose the | |
| 03:22 14 | command, yes.  I used PTP to mean the same as | |
| 03:22 15 | precision time protocol. | |
| 03:22 16 | MR. WONG:  Right.  As in the spec. | |
| 03:22 17 | **Q** | As in the spec.  And in fact as is object |
| 03:23 18 | Feige Exhibit 93 which lists PTP -- which lists PTP as | |
| 03:23 19 | an acronym; correct? | |
| 03:23 20 | MR. PAK:  Objection; vague. | |
| 03:23 21 | THE WITNESS:  I would is say the meanings are | |
| 03:23 22 | the same, that they mean precision time protocol. | |
| 03:23 23 | MR. WONG:  Well, the word are the same too, | |
| 03:23 24 | PTP in the command is the same three letter that is | |
| 03:23 25 | appear on page 8 of Exhibit 93; correct? | |

| | | |
|---|---|---|
| 03:23 1 | THE WITNESS: It's the same acronym. | |
| 03:23 2 | **Q** | And they're referring to the same protocol; |
| 03:23 3 | correct? | |
| 03:23 4 | **A** | **Yes.** |
| 03:23 5 | **Q** | Now, in the turn to page 4 of Exhibit 93? |
| 03:23 6 | **A** | **Okay.** |
| 03:23 7 | **Q** | You can taken off the -- well? |
| 03:24 8 | **A** | **This is.** |
| 03:24 9 | **Q** | Maybe you want to keep that together, |
| 03:24 10 | actually. | |
| 03:24 11 | **A** | **Right.** |
| 03:24 12 | **Q** | On page 4 of exhibit 93 there's a large |
| 03:24 13 | heading number three entitled "definitions, acronyms | |
| 03:24 14 | and abbreviations"; do you see that? | |
| 03:24 15 | **A** | **Yes.** |
| 03:24 16 | **Q** | And in subsection 3.1 says Definitions; do |
| 03:24 17 | you see that? | |
| 03:24 18 | **A** | **Yes.** |
| 03:24 19 | **Q** | Definition 3.1.4 in the IEEE PTP |
| 03:24 20 | specification defines the term clock; do you see that? | |
| 03:24 21 | **A** | **Yes, uh-huh.** |
| 03:24 22 | **Q** | What is the definition of clock in the IEEE |
| 03:24 23 | standard? | |
| 03:24 24 | **A** | **It's no participating in the precision time** |
| 03:24 25 | **protocol.  PTP that is capable of providing a** | |

**Page 125**

```
03:56  1   you're talking about now, you didn't work on
03:56  2   developing that; correct?
03:56  3   A   No, I didn't.
03:56  4   Q   That -- that existed at the time you proposed
03:56  5   adding these PTP commands to Cisco's routing software;
03:56  6   correct?
03:56  7   A   Yes.
03:56  8   Q   And if you look briefly at Exhibit 96, let me
03:56  9   know when you're there?
03:57 10   A   Yes.
03:57 11   Q   Under interface level config commands, listed
03:57 12   there is PTP sync interval with a hyphen; do you see
03:57 13   that?
03:57 14   A   PTP sync interval, yes.
03:57 15   Q   With a hyphen?
03:57 16   A   With a hyphen.
03:57 17   Q   Doing a sync interval?
03:57 18   A   Right.
03:57 19   Q   Did you remove the hyphen based upon Mr.
03:57 20   Woodman's directive?
03:57 21   A   Yes, I believe that should be true.
03:57 22   Q   And the purpose of removing the hyphen as
03:57 23   described in Mr. Woodman's e-mail marked as Exhibit 97
03:57 24   was to take advantage of the auto complete
03:57 25   functionality; correct?
```

**Page 126**

```
03:57  1       MR. PAK:  Objection; mischaracterizes the
03:57  2   witness's testimony; incomplete.
03:57  3       THE WITNESS:  I would same both, auto
03:57  4   completion and hierarchy.
03:57  5       MR. WONG:  Q.  What --
03:57  6   A   As --
03:57  7   Q   Go ahead.
03:57  8   A   You go ahead first.
03:57  9   Q   What -- in your mind, what is the difference
03:57 10   between auto completion functionality and hierarchy?
03:58 11   A   Hierarchy, let's say there is PTP sync
03:58 12   interval.  PTP limit.  So when you type PTP sync and
03:58 13   then question mark that gives you you the next level
03:58 14   of that command which is interval.  So this is
03:58 15   hierarchy part which won't be there if there's a
03:58 16   hyphen.
03:58 17       So all of them would be under PTP and you
03:58 18   have all of the options.
03:58 19   Q   Did you come up with the idea to have a
03:58 20   hierarchy for these PTP commands?
03:58 21       MR. PAK:  Objection; vague.
03:58 22       THE WITNESS:  Meaning can you rephrase that?
03:58 23   Did I come up with the concept?
03:58 24       MR. WONG:  You just described the concept of
03:58 25   a hierarchy.  Was that concept -- did that concept
```

**Page 127**

```
03:58  1   originate from you?
03:58  2       MR. PAK:  Objection; vague.
03:59  3       THE WITNESS:  A lot of Cisco CLI commands
03:59  4   has -- have hierarchies.  That part I knew even before
03:59  5   I developed these commands.
03:59  6       MR. WONG:  Okay.
03:59  7   Q   So the organization of Cisco commands in a
03:59  8   hierarchy existed before you started adding PTP
03:59  9   commands to the software?
03:59 10   A   Yes.
03:59 11   Q   And you were aware of that?
03:59 12   A   I'm -- yeah, I was aware of that.
03:59 13   Q   Right.
03:59 14       So you modeled -- you modeled your commands
03:59 15   based upon the hierarchy concept that already existed
03:59 16   in Cisco software?
03:59 17       MR. PAK:  Objection; vague.
03:59 18       THE WITNESS:  I think I was thinking it would
03:59 19   be good to have that part for these CLI commands.
03:59 20       MR. WONG:  Okay.  Okay.  I think it's a good
04:00 21   time to take a break.
04:00 22       THE VIDEOGRAPHER:  It is 1:01.  We're going
04:00 23   off the record.
04:00 24       (Lunch break taken at 1:01 p.m.)
04:39 25                ---oOo---
```

**Page 128**

```
04:39  1              A F T E R N O O N   S E S S I O N
04:39  2                      1:41 p.m.
04:39  3
04:39  4
04:39  5       THE VIDEOGRAPHER:  We are back on the record
04:40  6   at 1:41.
04:40  7       MR. WONG:  Q.  So, Ms. Liu, before the lunch
04:40  8   break, we talked about the five commands that are
04:40  9   associated with you in Exhibit 92.
04:40 10   A   Yes.
04:40 11   Q   One of the commands is PTP priority 1.
04:40 12   A   Yes.
04:40 13   Q   Do you see that?
04:40 14   A   Uh-huh.
04:40 15   Q   What is the function that the PTP priority 1
04:40 16   command performs?
04:40 17   A   It configures the priority 1 parameter for
04:40 18   the PTP clock.
04:40 19   Q   Okay.  When you say for the PTP clock, you
04:40 20   mean PTP as defined by the IEEE standard; right?
04:40 21   A   Yes.
04:40 22   Q   You're not talking about a different PTP
04:40 23   that's separate from the IEEE standard; right?
04:40 24   A   No.
04:40 25   Q   Okay.  And the PTP in the command PTP
```

**Page 129**

```
04:41  1   priority 1 refers to the IEEE standard; correct?
04:41  2         MR. PAK:  Objection; vague.
04:41  3         THE WITNESS:  It refers to, yeah, PTP.
04:41  4         MR. WONG:  It refers to the IEEE PTP standard
04:41  5   that we marked at Exhibit 93; correct?
04:41  6         THE WITNESS: Yes.
04:41  7      Q   Okay.  And use of the word PTP in all five of
04:41  8   the commands that are associated with you in
04:41  9   Exhibit 92, they all come from the IEEE standard
04:41 10   marked as Exhibit 93; correct?
04:41 11         MR. PAK:  Objection; vague; mischaracterizes
04:41 12   the witness's testimony.
04:41 13         THE WITNESS:  You mean the PTP --
04:41 14         MR. WONG:  Let me ask the question --
04:41 15      A   -- word in the command?
04:41 16      Q   Yes.  Let me a ask a clean question.
04:41 17         The use of the word PTP in all five of the
04:41 18   commands that are associated with you in Exhibit 92 --
04:41 19      A   Right.
04:41 20      Q   -- that word came from the PTP IEEE standard
04:42 21   that was marked as Exhibit 93; correct?
04:42 22         MR. PAK:  Same objections.
04:42 23         THE WITNESS:  Yes, it means the same.
04:42 24         MR. WONG:  Okay.
04:42 25      Q   And you -- in describing the function
```

**Page 130**

```
04:42  1   performed by the PTP priority 1 command, you testified
04:42  2   that it configures the priority 1 parameter for the
04:42  3   PTP clock; correct?
04:42  4      A   Yes.
04:42  5      Q   And the priority 1 parameter for the PTP
04:42  6   clock, that's the same priority 1 parameter that we
04:42  7   discussed in Exhibit 93; correct?
04:42  8      A   When you say parameter, I think they are a
04:42  9   little different in the CLI and the spec.
04:42 10      Q   How are they different?
04:42 11      A   The -- in the spec it's the attribute of the
04:42 12   clock, right.  When I say parameter, I mean the -- in
04:43 13   the context of the CLI command is a parameter.
04:43 14      Q   Oh, I see.
04:43 15         So -- so the word priority 1 in the PTP
04:43 16   priority 1 CLI command is a parameter of the command
04:43 17      A   Yes.
04:43 18      Q   That's what you mean by --
04:43 19      A   Right.
04:43 20      Q   -- parameter?
04:43 21      A   Right.
04:43 22      Q   Okay.  Now, does the priority 1 parameter in
04:43 23   the CLI command, PTP priority 1, does that refer to
04:43 24   the priority 1 attribute in the IEEE standard marked
04:43 25   as Exhibit 93?
```

**Page 131**

```
04:43  1         MR. PAK:  Objection; vague.
04:43  2         THE WITNESS:  Yes, I think I chose it for the
04:43  3   intention to mean the priority 1 attribute of the
04:43  4   clock.
04:43  5         MR. WONG:  Q.  And is your answer the same
04:43  6   for the command PTP priority 2?  Is the priority 2
04:43  7   command parameter, does that refer to the priority 2
04:43  8   attribute in the IEEE standard marked as Exhibit 93?
04:44  9         MR. PAK:  Same objection.
04:44 10         THE WITNESS:  It's referring to the same,
04:44 11   that attribute, yes.
04:44 12         MR. WONG:  That attribute in the IEEE
04:44 13   standard.  In the IEEE standard, yes.
04:44 14      Q   Okay.  And the new about the priority 1 and
04:44 15   priority 2 attributes in the IEEE standard before you
04:44 16   started adding the PTP priority 1 and PTP priority 2
04:44 17   commands to the iOS software; correct?
04:44 18      A   Yes, I read the spec.
04:44 19      Q   And you were aware of those two particular
04:44 20   attributes before you started adding the PTP priority
04:44 21   1 and PTP priority 2 commands to Cisco's routing
04:44 22   software; right?
04:44 23      A   Yes.
04:44 24      Q   How long did it take you to come up with the
04:44 25   PTP priority 1 command?
```

**Page 132**

```
04:44  1      A   I don't remember how long it took for me to
04:45  2   come up with the list of CLI commands.
04:45  3      Q   Okay.  I am just asking about the -- the one
04:45  4   command PTP priority 1.
04:45  5      A   Right.
04:45  6      Q   Did that take you an hour to come up with
04:45  7   that command?
04:45  8         MR. PAK:  Objection; vague.
04:45  9         THE WITNESS:  You mean just to decide on the
04:45 10   syntax on the commands?
04:45 11         MR. WONG:  On the two words in the command,
04:45 12   that's right.
04:45 13      Q   How long did it take you to decide on the two
04:45 14   words PTP priority 1 in that command?
04:45 15      A   I don't remember.
04:45 16      Q   Did it take you more than a day?
04:45 17         MR. PAK:  Objection; vague.
04:45 18         THE WITNESS: Maybe not.  I don't recall the
04:45 19   details of -- of this level.
04:45 20         MR. WONG:  Okay do you?
04:45 21         THE WITNESS: How long, yeah.
04:45 22      Q   Are you done with your answer?
04:45 23      A   Right.  Yes, I'm done with my answer.
04:45 24      Q   Okay.  Do you know if it took you just a few
04:45 25   minutes?
```

04:51 1 the source code for those five commands associated
04:51 2 with you in Exhibit 92?
04:51 3     A   No, I wrote all of them.
04:51 4     Q   The PTP sync interval command --
04:51 5     A   Yes.
04:51 6     Q   -- well, actually just for charity, what
04:51 7 function does the PTP priority 2 command perform?
04:51 8     A   It configures another parameter which helps
04:51 9 to determine the -- the clock.
04:52 10    Q   And that other parameter you're talking about
04:52 11 is the priority 2 attribute that is defined by the
04:52 12 IEEE standard marked as Exhibit 93; correct?
04:52 13    A   Yes.
04:52 14    Q   Okay.  What function does the PTP sync
04:52 15 interval command perform?
04:52 16    A   It configures how often the clock sync with
04:52 17 the master.
04:52 18    Q   And do you recall earlier we were looking at
04:52 19 the IEEE standard marked as Exhibit 93 and a term
04:52 20 called sync interval in there?
04:52 21    A   Right.
04:52 22    Q   Is the sync interval that the PTP sync
04:52 23 interval command refers to the same sync interval that
04:52 24 we discussed in Exhibit 93?
04:52 25        MR. PAK:  Objection; vague.

137

04:52 1         THE WITNESS:  I think that was -- this
04:52 2 command was used, was defined to be used to configure
04:52 3 that part of the clock.
04:52 4         MR. WONG:  Right.
04:52 5     Q   And by that part of the clock, you mean the
04:53 6 sync interval attribute defined by the IEEE PTP
04:53 7 standard; right?
04:53 8     A   Yes.
04:53 9     Q   Now, you chose the term priority 1 because
04:53 10 priority 1 is an attribute that's in the IEEE
04:53 11 standard; right?
04:53 12        MR. PAK:  Objection; vague.
04:53 13        THE WITNESS:  You mean when I wrote the
04:53 14 command?
04:53 15        MR. WONG:  When you --
04:53 16        THE WITNESS: When I -- when I chose to use
04:53 17 priority 1; right?
04:53 18        MR. WONG:  Yes, that's what I'm asking.
04:53 19        THE WITNESS:  Yes, when I chose the word, I
04:53 20 meant to configure this attribute for the will clock.
04:53 21 That was was true.
04:53 22        MR. WONG:  Q.  And this attribute for the
04:53 23 clock, you're referring to the priority 1 attribute
04:53 24 that's defined in the IEEE standard; right.
04:54 25        THE WITNESS: Yes.

138

04:54 1     Q   And your answer is the same for the priority
04:54 2 2 attribute defined in the IEEE standard, correct,
04:54 3 with respect to the PTP priority 2 command?
04:54 4     A   Yes.
04:54 5     Q   And you chose the words sync interval because
04:54 6 the IEEE standard marked as Exhibit 93 described --
04:54 7 strike that.
04:54 8         You chose the words sync interval because the
04:54 9 IEEE standard marked as Exhibit 93 also used the word
04:54 10 sync interval; correct?
04:54 11        MR. PAK:  Objection; vague.
04:54 12        THE WITNESS:  When you say that, it makes me
04:54 13 feel that you -- it's a direct translate from the spec
04:54 14 to the command.  Is that what you mean?
04:55 15        MR. WONG:  No, no --
04:55 16        THE WITNESS: -- when you ask the question?
04:55 17        MR. WONG:  No, no.  My question is simply did
04:55 18 you -- you testified that the -- one second.
04:55 19    Q   Can you tell me again what the function is
04:55 20 that the PTP sync interval performs?
04:55 21    A   It configures or determined how often the
04:55 22 clock sync with the master clock.
04:55 23    Q   And that functionality is described in the
04:55 24 IEEE standard; correct?
04:55 25    A   Yes.

139

04:55 1     Q   And the IEEE standard uses the term sync
04:56 2 interval to describe what you just transcribed as the
04:56 3 function of the PTP sync interval command; right?
04:56 4         MR. PAK:  Objection; vague.
04:56 5         THE WITNESS:  It's the same meaning.
04:56 6         MR. WONG:  Okay.
04:56 7     Q   So you chose the words sync interval for the
04:56 8 PTP sync interval command because the IEEE standard
04:56 9 used the same term to describe what the command does;
04:56 10 right?
04:56 11        MR. PAK:  Objection; vague.
04:56 12        THE WITNESS:  I chose it based on my
04:56 13 understanding of the spec and so it's -- it's just a
04:56 14 preface of how -- how to express this, how -- how to
04:57 15 express this parameter in the -- for the user
04:57 16 interface.  I wouldn't say it's directly because it's
04:57 17 in the spec that's why I use it.
04:57 18        MR. WONG:  Well, you wouldn't call -- so the
04:57 19 IEEE has a priority 1 attribute; right?
04:57 20        THE WITNESS: Right.
04:57 21    Q   And it's a requirement of the PTP standard;
04:57 22 right?
04:57 23    A   Yes.
04:57 24    Q   Would you call the priority 1 standard
04:57 25 priority 2 in a command if the command sets the

140

```
04:57  1    priority 1 attribute?
04:57  2           MR. PAK:  Objection; vague.
04:57  3           THE WITNESS:  No I would set it as priority
04:57  4    1.
04:57  5           MR. WONG:  Right.
04:57  6           THE WITNESS:  Not priority 2.
04:57  7           MR. WONG:  Q.  And that's because you want
04:57  8    the command to match the same term that's used in the
04:57  9    standard; right?
04:57 10           MR. PAK:  Objection; mischaracterizes the
04:57 11    witness' testimony.
04:57 12           MR. WONG:  Let me rephrase the question.
04:58 13       Q   For a command PTP priority 1 that sets an
04:58 14    attribute that's called priority 1 in the spec, you
04:58 15    should use the same word in the command; correct?
04:58 16           MR. PAK:  Objection; assumes facts not in
04:58 17    evidence.
04:58 18           THE WITNESS:  No, I don't think that part was
04:58 19    true.  For example, you could use clock priority 1.
04:58 20    Clock priority 2, right.  There -- there is no direct
04:58 21    association of what I use in the command line CLI that
04:58 22    it has to match this spec.  That's the -- that -- they
04:58 23    are not equal.
04:58 24           MR. WONG:  Okay.
04:58 25       Q   Well, priority 1 has a particular meaning in
                                                              141

04:58  1    the PTP context; correct?
04:58  2       A   Yes.
04:58  3       Q   And the PTP priority 1 command performs the
04:59  4    function in the PTP context; correct?
04:59  5           MR. PAK:  Objection; vague; incomplete
04:59  6    hypothetical.
04:59  7           THE WITNESS:  The -- yes, priority attribute
04:59  8    is an important part of a PTP clock.
04:59  9           MR. WONG:  Q.  And you chose commands that
04:59 10    would be clear to a user trying to set these industry
04:59 11    standard attributes; right?
04:59 12           MR. PAK:  Objection; assumes facts not in
04:59 13    evidence; mischaracterizes the witness's testimony.
04:59 14           THE WITNESS:  I think I chose it based on my
04:59 15    understanding of the spec and I don't remember using
04:59 16    it because it's in the spec.
04:59 17           MR. WONG:  But you had reviewed the spec
04:59 18    entirely before you started adding these five commands
05:00 19    associated with you in Exhibit 92; correct?
05:00 20       A   I did review the spec, yes.
05:00 21       Q   So you -- so you were aware that these terms
05:00 22    were defined in the IEEE specification marked as
05:00 23    Exhibit 93 before you added the five commands
05:00 24    associated with you in Exhibit 92; right?
05:00 25           MR. PAK:  Objection; vague.
                                                              142

05:00  1           THE WITNESS:  When you say the five commands
05:00  2    that would include the show command which are
05:00  3    different, right, than these configure command?
05:00  4           MR. WONG:  Sure.
05:00  5       Q   Why don't we just limit the again then to the
05:00  6    three commands we were just talking about PTP priority
05:00  7    1?
05:00  8       A   Right.
05:00  9       Q   PTP priority 2 and PTP sync interval?
05:00 10       A   Right.
05:00 11       Q   You were aware that the terms priority 1,
05:00 12    priority 2, SIG interval and PTP were defined in the
05:01 13    IEEE specification marked as exhibit 93 before you
05:01 14    added those three commands to Cisco's routing
05:01 15    software; correct?
05:01 16       A   I'm aware of those terms being defined in the
05:01 17    1588 standard.
05:01 18       Q   Okay.  Before you added those three commands
05:01 19    to the Cisco software; correct?
05:01 20       A   Yes.
05:01 21       Q   Okay.  Now show PTP clock is another command
05:01 22    that you're associated with; correct?
05:01 23       A   Yes.
05:01 24       Q   What's the function performed by the show PTP
05:01 25    clock command?
                                                              143

05:01  1       A   It shows the status of the clock and I don't
05:01  2    recall the entire output from the command, but I think
05:01  3    that's probably summarize the majority of the output.
05:01  4       Q   Okay.  And as we discussed earlier in today's
05:01  5    deposition, the PTP IEEE specification defines the
05:02  6    term clock; correct?
05:02  7       A   It defined the term clock, yes.
05:02  8       Q   Okay.  And the clock that is referred to in
05:02  9    the command show PTP clock is the clock that is
05:02 10    defined in the PTP standard; correct?
05:02 11           MR. PAK:  Objection; vague.
05:02 12           THE WITNESS:  Well, the command shows the PTP
05:02 13    clock status.
05:02 14           MR. WONG:  And you refer to "the PTP clock"
05:02 15    in that response you just gave, you're referring to
05:02 16    the clock that is defined in the PTP standard;
05:02 17    correct?
05:02 18       A   Yes, it means the clock.
05:02 19       Q   Now, the -- the word "show" in that command,
05:02 20    were there other commands in iOS that used the word
05:03 21    "show" before you added this show PTP clock command to
05:03 22    the software?
05:03 23       A   Yes.
05:03 24       Q   Okay.  You were familiar that other commands
05:03 25    used the first word of show to display information
                                                              144
```

```
05:03  1   before you added the show PTP clock command; correct?
05:03  2       A   Yes.
05:03  3       Q   Okay.  So you -- you simply followed what
05:03  4   other commands were doing when you chose the word show
05:03  5   in show PTP clock; is that right?
05:03  6           MR. PAK:  Objection; assumes facts not in
05:03  7   evidence; mischaracterizes the witness's testimony.
05:03  8           MR. WONG:  If anything that I'm saying --
05:03  9           THE WITNESS:  Show.
05:03 10       Q   Sorry.
05:03 11       A   -- is a big category of commands.  Like
05:03 12   there's debug, there is config, there is show.  So
05:03 13   though is one big category of commands.
05:03 14       Q   And there was a big -- and that category of
05:03 15   commands, the show commands, existed before you added
05:04 16   the show PTP clock to the command software; correct?
05:04 17       A   Yes.
05:04 18       Q   And you were just building upon that category
05:04 19   of commands when you used the word show in show PTP
05:04 20   clock; correct?
05:04 21           MR. PAK:  Objection; mischaracterizes the
05:04 22   witness's testimony.
05:04 23           THE WITNESS:  Yes, I think that -- that was
05:04 24   the intention.
05:04 25           MR. WONG:  Q.  And is the same
                                                           145
05:04  1   explanation -- does the same explanation apply to show
05:04  2   PTP parent for the show aspect of that command.
05:04  3       A   Yes 74 the show aspect of the command, yes.
05:04  4       Q   Okay.  What function does the show PTP parent
05:04  5   command perform?
05:04  6       A   It shows the status of the parent clock.
05:04  7       Q   When you say the parent clock, are you
05:05  8   referring to the parent clock as defined in the PTP
05:05  9   standards?
05:05 10       A   Yes.
05:05 11       Q   And you recall discussing the definition of
05:05 12   parent clock in the standards earlier in this
05:05 13   deposition; correct?
05:05 14       A   Yes.
05:05 15       Q   And another shorthand used by the IEEE
05:05 16   standard for parent clock is simply parent; correct?
05:05 17           MR. PAK:  Objection; vague.
05:05 18           THE WITNESS:  Can you refer me to that page.
05:05 19           MR. WONG:  Sure.  Sure.  Absolutely.  I think
05:05 20   it's on page 53 of Exhibit 93.  It's in that sentence
05:06 21   maybe two-thirds of the way down on page 53 which
05:06 22   starts with ordinary and boundary clocks may keep
05:06 23   statistics.
05:06 24       A   Uh-huh, using the following attribute.  Okay.
05:06 25       Q   So you would agree that in the IEEE standard,
                                                           146
05:06  1   it uses the term "parent" as shorthand for parent
05:06  2   clock?
05:06  3       A   Yes.
05:06  4       Q   Okay.  Do you know if commands that use the
05:06  5   word show were used before they were used in Cisco's
05:06  6   software?
05:06  7           MR. PAK:  Objection; calls for expert
05:06  8   testimony.
05:06  9           THE WITNESS:  I'm not aware of that.
05:06 10           MR. WONG:  Okay.  I'm just asking whether you
05:06 11   personally know of.  If you don't --
05:06 12           THE WITNESS:  No, I don't.
05:06 13       Q   -- that's fine.  What's the next exhibit
05:07 14   number?
05:07 15           THE REPORTER:  98.
05:07 16           MR. WONG:  Okay.
05:07 17       (Document marked Exhibit 98
05:07 18        for identification.)
05:07 19           MR. WONG:  The court reporter has marked as
05:07 20   Exhibit 98 a document bearing control numbers
05:07 21   CSI-CLI-00194055 to '194800.
05:07 22       Q   Ms. Liu, do you recognize this document?
05:07 23       A   I don't recognize this document.
05:07 24       Q   Okay.  Have you seen Cisco command reference
05:07 25   guides before?
                                                           147
05:07  1       A   In general terms, right, not particular to
05:08  2   700 series?
05:08  3       Q   That's -- that's correct, in general terms.
05:08  4       A   Yes, I have.
05:08  5       Q   Does this appear to be a command reference
05:08  6   guide for the 700 series product based upon what you
05:08  7   have seen in terms of other manuals?
05:08  8       A   I think it's similar.
05:08  9       Q   Okay.  Just a few questions about this
05:08 10   document.
05:08 11           If turn, please, to page 336.  Control number
05:08 12   at the bottom is CSI-CLI-00194418.
05:08 13       A   Okay.
05:08 14       Q   Tell in when you're there.
05:08 15       A   Yes.
05:08 16       Q   This page of Exhibit 98 at the top says "PTP
05:09 17   priority 1"; correct?
05:09 18       A   Yes.
05:09 19       Q   And this -- this page purports to describe
05:09 20   the PTP priority 1 command that we've been talking
05:09 21   about today; correct?
05:09 22       A   Yes.
05:09 23       Q   Okay.  Did you contribute at all to writing
05:09 24   the wrenches manuals for the commands that you added
05:09 25   to Cisco's routing software?
                                                           148
```

```
05:54  1         MR. KAZI:  Same, same objections.
05:54  2         THE WITNESS:  There are -- there are multiple
05:54  3    ways achieving the same goal.  It doesn't have to be
05:54  4    exactly the same.
05:54  5         MR. WONG:  Q.  Did you have that belief back
05:54  6    in 2008?
05:54  7       A   Yes, we -- we did config -- we did consider
05:54  8    multiple options when we came up with -- before we
05:54  9    finalize on the commands.
05:54 10       Q   Did you ever file any intellectual property
05:54 11    rights disclosures with the IEEE regarding the CLI
05:55 12    commands that you added to Cisco's devices in 2008
05:55 13    relating to PTP?
05:55 14         MR. PAK:  Objection; calls for speculation.
05:55 15         THE WITNESS:  I didn't file any claims.
05:55 16         MR. WONG:  Q.  Are you aware of anyone at
05:55 17    Cisco filing any intellectual property rights claims
05:55 18    with the IEEE relating to the PTP CLI commands that
05:55 19    were added in 2008?
05:55 20         MR. PAK:  Same, same objections; calls for
05:55 21    speculation.
05:55 22         THE WITNESS:  I myself do not know.
05:55 23         MR. WONG:  Okay.  All right.  Well, subject
05:55 24    to any questions from your counsel, I have no further
05:55 25    questions for you at this time.
                                                              173
05:55  1         MR. PAK:  I do have some questions, so why
05:55  2    don't we switch.
05:55  3         THE VIDEOGRAPHER:  Do you want to stay on?
05:55  4         MR. PAK:  Yeah.
05:55  5         THE VIDEOGRAPHER:  Okay.  There's a couple of
05:56  6    them over there.  One there and one there.  Stereo.
05:56  7    Whatever works for you.
05:56  8
05:56  9                     EXAMINATION
05:56 10    BY MR. PAK:
05:56 11       Q   Good afternoon, Ms. Liu.
05:56 12       A   Good afternoon.
05:56 13       Q   Again, for the record this is Sean Pak of
05:56 14    Quinn Emanuel.
05:56 15         Ms. Liu, before we follow-up on some of the
05:57 16    topics that were discussed during your examination,
05:57 17    can you tell us whether you're being compensated for
05:57 18    your time working on this case or providing this
05:57 19    deposition
05:57 20       A   No, I was not.
05:57 21       Q   So you're not receiving any kind of monetary
05:57 22    compensation for your involvement in this case through
05:57 23    the subpoena; is that correct?
05:57 24       A   (Witness nods head.)
05:57 25       Q   Okay.  And again can you verbally indicate
                                                              174
05:57  1    the answer.
05:57  2       A   No, I didn't.
05:57  3       Q   Okay.  And, Ms. Liu, do you have any stake in
05:57  4    the outcome of this case whatsoever?
05:57  5       A   No.
05:57  6       Q   Okay.  Ms. Liu I want to go back to some of
05:57  7    the topics that were covered in your examination.
05:57  8    Early on in the day when you were being asked
05:57  9    questions by counsel from Arista one of the things you
05:57 10    said was that you had come up with the CLI commands
05:58 11    separately from the industry standard; do you recall
05:58 12    that testimony?
05:58 13         MR. WONG:  Objection; misstates prior
05:58 14    testimony.
05:58 15         THE WITNESS:  Yes.
05:58 16         MR. PAK:  Okay.
05:58 17       Q   Can you explain what you meant that CLI
05:58 18    commands -- that you had come up with the CLI commands
05:58 19    separately?
05:58 20         MR. WONG:  Objection; misstates prior
05:58 21    testimony.
05:58 22         THE WITNESS:  So I think by separately, I
05:58 23    think I mean the protocol and state machine is one
05:58 24    part.  And after that's all done, we came up with the
05:58 25    CLI commands.
                                                              175
05:58  1         MR. PAK:  Q.  And you were shown this IEEE
05:58  2    standard document, Exhibit No. 94; do you recall that?
05:58  3       A   94.  I'm trying to see which one is 94.
05:59  4       Q   It should be this one here -- oh, actually
05:59  5    sorry.
05:59  6         MR. WONG:  That's right.  Oh, I don't know
05:59  7    which one.
05:59  8         MR. PAK:  No, no, I'm sorry.  I believe we --
05:59  9    you had marked that as.
05:59 10         MR. WONG:  If you're talking about the big
05:59 11    one it's 93 which is the standard.
05:59 12         MR. PAK:  Yes.  So if you look at Exhibit
05:59 13    No. 93.
05:59 14         THE WITNESS: Yes.
05:59 15       Q   Do you recall that counsel for Arista showed
05:59 16    you this exhibit which is an IEEE standard for the
05:59 17    precision clock --
05:59 18       A   Yes.
05:59 19       Q   -- synchronization protocol?
05:59 20         And you testified earlier that you had
05:59 21    reviewed this standard document; correct
05:59 22       A   Yes.
05:59 23       Q   Okay.  Ms. Liu, do you know based on your
05:59 24    understanding and review of the document as part of
05:59 25    your work for Cisco, do you know whether this standard
                                                              176
```

```
05:59  1   requires any particular commands to be used for any of
05:59  2   the protocols that are specified?
05:59  3       A    When you say command, do you mean the CLI
05:59  4   command?
05:59  5       Q    Correct.
05:59  6       A    From my under standing, some of the attribute
06:00  7   attention shall be configureable, but whether it's
06:00  8   from the CLI command or some other interface, that's
06:00  9   the part which I think it's an option.
06:00 10       Q    And what are some examples, based on your
06:00 11   understanding of the specification, what are some
06:00 12   options that a designer like yourself would have in
06:00 13   terms of implementing the interface what the user sees
06:00 14   in terms of the various features specified in the nine
06:00 15   -- Exhibit 93 IEEE document?
06:00 16            MR. WONG:  Objection; vague.
06:00 17            THE WITNESS:  GUI interface could be one.
06:00 18            MR. PAK:  When you say GUI, what do you mean
06:00 19   by that?
06:00 20            THE WITNESS:  With like a web interface, drop
06:00 21   down manuals, common line interface could be one.  And
06:01 22   predefined default or as the spec said some profiles
06:01 23   could be options as well, I think.
06:01 24       Q    Based on your understanding of the IEEE
06:01 25   document, can you comply with the standard by using
                                                              177

06:01  1   any one of these interfaces for the particular
06:01  2   features that are specified in the IEEE document?
06:01  3            MR. WONG:  Objection; incomplete
06:01  4   hypothetical; vague and ambiguous.
06:01  5            THE WITNESS:  I would think the same set of
06:01  6   attributes and parameters should be able to come from
06:01  7   a GUI interface.
06:01  8            MR. PAK:  Q.  You were also asked by counsel
06:01  9   some statements from the IEEE document and there was
06:01 10   testimony that you gave which indicated your
06:02 11   understanding that for mandatory functionality there
06:02 12   would be no deviation of the behavior; do you recall
06:02 13   that testimony?
06:02 14       A    Yes.
06:02 15       Q    Okay.  When you said no deviation of the
06:02 16   behavior, what did you mean by that?
06:02 17       A    That the external feature or functionality of
06:02 18   the PTP clock should be consistent with the spec, but
06:02 19   that doesn't imply the CLI part.  I think that's what
06:02 20   I want to say.  It's the feature part.
06:02 21       Q    And can you elaborate on that?  What do you
06:02 22   mean when you say it doesn't imply the CLI part in
06:02 23   your answer?
06:02 24       A    So I think the standard describes how the PTP
06:02 25   clock functions and that's -- to me that's the feature
                                                              178

06:03  1   part.  That's the functionality of the protocol.
06:03  2            As to what are the configureable parameters
06:03  3   or attribute of a clock, that was by design and by
06:03  4   choice.  It's not defined in the -- it's not
06:03  5   completely defined in the spec.
06:03  6       Q    So let's look at some of the specific
06:03  7   examples that were given to you.  If you look at --
06:03  8   this is now separate document Exhibit No. 92.
06:03  9       A    Okay.
06:03 10       Q    Do you see on page 24 of that document the
06:03 11   CLI command PTP priority 1?
06:03 12       A    Yes.
06:03 13       Q    Is it possible to the functionality of PTP
06:04 14   priority 1 using a different command than the one that
06:04 15   you selected?
06:04 16            MR. WONG:  Objection; vague and ambiguous.
06:04 17            THE WITNESS:  I can think of maybe PTP clock
06:04 18   priority 1 or PTP prior one.  I think there could be
06:04 19   different ways of defining the same parameter in the
06:04 20   slightly different way.
06:04 21       Q    And when counsel was asking you some
06:04 22   questions towards the end you talked about having the
06:04 23   ability to use different types of commands for the
06:04 24   same functionality.  Do you recall that testimony?
06:04 25       A    Different types of commands.
                                                              179

06:04  1       Q    Or different commands, yes.
06:04  2       A    Different commands, yes.
06:04  3       Q    Okay.  And again if you're looking at the PTP
06:04  4   priority 2 command, is it possible to have different
06:04  5   commands for the functionality of the PTP priority 2
06:04  6   based on your understanding of the IEEE specification?
06:05  7       A    Yeah, you could say PTP, saying PTP clock
06:05  8   priority 2 or priority-two.
06:05  9       Q    And then let's just go through the rest of
06:05 10   the commands we discussed during your initial
06:05 11   examination.
06:05 12            If you turn now to now on page -- actually on
06:05 13   the same page, page 24, PTP sync interval, yet are
06:05 14   there different ways of expressing the command for
06:05 15   that same function of PTP sync interval?
06:05 16       A    Maybe PTP sync-interval, or PTP interval and
06:06 17   then space sync as there could be multiple different
06:06 18   types of intervals that you can define with PTP clock.
06:06 19       Q    Let's take that example.  If I had PTP sync
06:06 20   interval which is what you selected and compare that
06:06 21   to PTP interval sync, based on your experience with
06:06 22   CLI commands, would those two commands have the same
06:06 23   command hierarchy or different command hierarchies?
06:06 24       A    You mean, with dash or without dash?
06:06 25       Q    Without dash.
                                                              180
```

## Page 181

```
 1   A   It's going to be different depending on
 2   whether -- so how you look at, right.  If you want to
 3   have multiple intervals, then you put interval first
 4   and then you have interval sync, interval something
 5   else.
 6               I think at the time we chose this form was
 7   because there were other sync parameters than
 8   interval.  So we did sync and then under that you can
 9   have sub commands of different options to configure.
10   Q   And the safety example of carrying PTP space
11   sync interval compared to PTP sync-interval, would
12   those two commands have the same hierarchy or
13   different command hierarchies?
14   A   PTP sync interval would give you one more
15   level of hierarchy while PTP sync-interval is -- this
16   term is on the same level, right.  Sync and interval.
17   It's just one key word.  So it's different.  It's one
18   more level of hierarchy with a space.
19   Q   So in that example, PTP sync interval, how
20   many levels would you have in the command hierarchy?
21   A   Three.
22   Q   And in the other example of PTP
23   sync-interval, how many levels would you have in the
24   command hierarchy?
25   A   Two.
```

## Page 182

```
 1   Q   Another topic that was discussed during your
 2   examination was Plug Fest; do you recall that?
 3   A   Yes.
 4   Q   Okay.  When you were talking about
 5   interoperability of vendor products for Plug Fest,
 6   what did you mean by that?
 7   A   It's the -- when the vendors support PTP v2,
 8   when their devices are connected together they should
 9   be able to sync to the same master clock or grand
10   master clock, and they would be able to calculate
11   based on the PTP algorithm to sync the time, calculate
12   delays and all of those.  So these are the behavior --
13   behavior-wise.  They should all comply to the
14   standard, PTP standard.
15   Q   Based on your understanding of Plug Fest and
16   the PTP IEEE standard, can you have the type of
17   behavioral interoperability that you talked about
18   while having different types of command interfaces for
19   the different vendor products?
20          MR. WONG:  Objection; calls for expert
21   testimony.
22          THE WITNESS:  Yes.  How you achieve the
23   configuration of the clock could be very different.
24   The interoperability is on the -- on the behavior, on
25   the features.  Not on how you configure the -- the
```

## Page 183

```
 1   device.
 2          MR. PAK:  So.
 3          THE WITNESS:  That's my understanding.
 4          MR. PAK:  So would your Cisco product that
 5   used your CLI interface for the PTP commands, would --
 6   would that be product be interoperable in a Plug Fest
 7   environment with a Siemens product that used a GUI
 8   interface G-U-I interface for PTP?
 9          MR. WONG:  Objection; incomplete
10   hypothetical; foundation.
11          THE WITNESS:  Okay.  It would be.  It doesn't
12   matter how you configure or reach this state, right.
13   It's the -- it's the clock behavior, the device that
14   are interoperable.
15          MR. PAK:  Okay.
16   Q   Just to be clear on the record about your
17   experience in this regard, you worked on the PTP
18   implementation for Cisco; correct?
19   A   Yes.
20   Q   You also read the IEEE PTP specification as
21   part of your work for Cisco; correct?
22   A   Yes.
23   Q   And your implementation that for the PTP
24   protocol for Cisco was then, to your knowledge, used
25   at Plug Fest?
```

## Page 184

```
 1   A   Yes.
 2   Q   And in doing that, you understood generally
 3   what the requirements of Plug Fest interoperability
 4   are; correct?
 5   A   Yes.
 6          MR. WONG:  Objection; leading.
 7          MR. PAK:  Okay.
 8   Q   And what is your understanding of the
 9   requirements of Plug Fest interoperability?
10   A   I don't recall all of the requirement.  Our
11   focus at the time was on the clock side that Cisco's
12   **Guy can -- can be selected as master clock and it
13   can sync to master clock if some other vendor's device
14   were selected as master clock.  So it's on the -- on
15   the timing and on the clock behavior part.
16   Q   So why don't you pull out Exhibit No. 93
17   which is again the IEEE standard for the precision
18   clock synchronization protocol.
19   A   Okay.
20   Q   Do you recall that counsel showed you some
21   pages from this document; correct?
22   A   Yes.
23   Q   Okay.  I'm going to show you some additional
24   pages that relate to the questions that he asked.
25   A   Okay.
```

**Page 197**

1  Q  Are you aware of other e-mails that exist
2  that list out the various options that you actually
3  considered for each of these commands?
4  **A  I don't remember there would be e-mails with**
5  **the parser police. We only consult them as the very**
6  **last stage.**
7  Q  Are there any e-mails in your recollection in
8  general, not just with the parser police, but with
9  your colleagues on the team that list out the various
10 options that you actually considered when coming up
11 with any of these commands listed on Exhibit 96?
12 **A  I don't recall that detail.**
13 Q  Okay. Were there any other documents besides
14 e-mails where you would have listed out alternatives
15 that you actually considered back in 2008 when you
16 were coming up with the commands that are proposed in
17 Exhibit 96?
18 **A  There could be conversations in meetings, but**
19 **as to e-mails, I'm not -- I don't recall the details.**
20 **I don't remember other e-mails.**
21 Q  Okay. So the only document that we have that
22 what commands were considered for these PTP functions
23 is Exhibit 96; correct?
24 **A  Yes, these e-mails are the ones as far as I**
25 **can see.**

**Page 198**

1  Q  Okay. And you -- did you destroy any
2  documents while you were at Cisco that might have
3  contained other alternatives that you considered for
4  any of the PTP commands that we discussed today?
5  A  No, I wouldn't have.
6  Q  Okay. And in preparing for this deposition,
7  did you see any other documents that showed any
8  alternatives to any of the PTP commands that are
9  listed in Exhibit 96?
10 A  In preparation, I only saw these e-mails.
11 Q  Okay.
12 **A  But, again, I don't recall during the time of**
13 **the few months of development whether there was any**
14 **written record of alternatives. It's -- on my mind**
15 **it's not 100 percent sure there was written record.**
16 Q  Okay. In fact you're not even sure how long
17 it took for you to even come up with these commands as
18 compared to the development; right?
19 **A  I don't remember that part.**
20 Q  Right.
21 **A  Of the detail.**
22 Q  That the part of coming up with these
23 commands is not as fresh in your memory; correct?
24     MR. PAK:  Objection; mischaracterizes the
25 witness's testimony.

**Page 199**

1     THE WITNESS:  I would -- I'm pretty sure I
2  came with all of these commands.
3     MR. WONG:  Okay.
4     THE WITNESS:  I was the main developer.
5     MR. WONG:  Okay.
6  Q  But you don't remember --
7  A  Of all of this.
8  Q  I'm sorry. Please finish your answer.
9  A  Right.
10 Q  But you don't remember whether you spent a
11 day or an hour or five minutes coming up with any of
12 these commands; correct?
13 A  Right, I don't remember particular to each
14 command how much time I spent on that.
15    MR. WONG:  Okay. I have no further
16 questions.
17    MR. PAK:  Again, we'll just mark this as
18 confidential under the protective order and I don't
19 have any further questions.
20    THE VIDEOGRAPHER:  All right. This will
21 complete Ms. Lu's deposition consisting of three
22 original discs which will be retained by Veritext.
23 The time is 3:36. We are going off the record.
24    (WHEREUPON, the deposition ended
25     at 3:36 p.m.)