# EXHIBIT F

# Cisco v. Arista

# *Dale Rough Draft*

*1/21/2016*

**Full-size Transcript**

**Prepared by:**

Jim Grossell
Quinn Emanuel

Friday, January 22, 2016

1

1        IMPORTANT INFORMATION!   IMPORTANT INFORMATION!

2

3        It is understood by all attorneys and/or their

4    staff using, saving onto a hard computer disk, or

5    receiving a Livenote/Realtime ASCII or e-mailed rough

6    draft transcript that:

7

8        1.   The following is an unedited rough draft

9    transcript.  Various corrections and/or changes may be

10   made before the final version is complete.  The use of

11   this rough draft transcript is limited by C.C.P.

12   2025.540(b).  This reporter, as well as any affiliated

13   court reporting agency, will not be responsibile for any

14   variance of this draft from the final transcript.

15       2.   Because of the nature of stenographic outlines,

16   differences WILL exist between the Livenote/Realtime

17   rough draft copy and the certified transcript prepared

18   by the reporter.  Those differences will include the

19   following, among others:

20            A.   Words may change;

21            B.   Page and line numbers may change;

22            C.   Punctuation may change; and/or

23            D.   Quotes may change.

24       3.   Providing a Livenote/Realtime ASCII and/or

25   e-mail or saving Livenote/Realtime onto a computer hard

2

1  drive will only be provided when a certified copy is
2  purchased and there will be a charge for the
3  Livenote/Realtime rough transcript in addition to the
4  charge for the certified copy.
5
6
7
8              Redwood Shores, California;
9          Thursday, January 21, 2016, 9:37 a.m.
10                     * * *
11              P R O C E E D I N G S
12          THE VIDEOGRAPHER:  Good morning.  We are on
13  the record.  This is the recorded video deposition of
14  Lincoln Dale in the matter of Cisco Systems, Inc. Versus
15  Arista Networks, Inc., taken on behalf of the plaintiff,
16  Cisco.  This deposition is taking place at Quinn,
17  Emanuel, 555 Twin Dolphin Drive, 5th Floor, Redwood
18  Shores, California, on January 21st, 2016.  Time on the
19  monitor is 9:37 a.m.
20          My name is Kevin McMahon.  I'm the
21  videographer with US Legal Support, located at
22  44 Montgomery Street, Suite 550, San Francisco,
23  California.
24          THE WITNESS:  My name is Lincoln Dale.
25          MR. PAK:  Sean Pak of Quinn, Emanuel

1    A.   I -- I don't, other than this was, what, how
2  many years ago?  12 years ago?  So I'm certainly not --
3  I don't remember a lot of the details of the product,
4  but I believe that this is accurate.
5    Q.   Okay.  What is a graphical user interface, or
6  GUI, as that term is used in this document?
7    A.   I would imagine it refers to a -- a management
8  interface using a web browser.
9    Q.   And is that an alternative user interface for
10  the CLI or CLI for networking equipment?
11    A.   Yeah, it might be.  I mean, it might not be as
12  well.  There might have been functions that were
13  available in the GUI but not in the command line and
14  vice-versa.  I don't remember the specifics for this
15  product.
16    Q.   I'm talking generally at a high level, would
17  you agree with me that having a CLI, a command line
18  interface, is a different approach to user interface
19  than having a graphical user interface for networking
20  equipment?
21    A.   Yeah, I would agree with that.
22    Q.   Okay.  And without getting into the details
23  yet of which commands were specifically supported at a
24  high level, you would agree, based on this document,
25  that the Cisco SN 5420 had both a graphical user

127

1    you were familiar with generally the CLI commands that
2    were supported by IOS and NX-OS operating systems from
3    Cisco?
4       A.    Yeah, and I guess at various times I guess the
5    roles I performed, yeah, part of that and I would say a
6    relatively minor part, sure, I might have been involved
7    in aspects of command line interface.
8       Q.    And you recall that some -- some engineers
9    from time to time would approach you and ask for your
10   input on how to specify a particular type of command
11   expression for the IOS or NX-OS, you recall that?
12      A.    I think I've certainly been approached with
13   regard to some commands in NX-OS.  I don't recall if I
14   was involved or approached by engineers around commands
15   in IOS.
16      Q.    Okay.  So let me -- with that clarification,
17   let me just ask you the question with respect to NX-OS.
18            You recall, sir, that some engineers from time
19   to time at Cisco would approach you for your input on
20   how to specify a particular type of command expression
21   for the NX-OS operating system from Cisco, correct?
22      A.    Some engineers might have asked me for my
23   opinion on commands in NX-OS.
24      Q.    And you were generally familiar with the
25   stylistic guidelines and preferences of Cisco when it

128

1    comes to specifying CLI commands, correct?
2        A.    Broadly speaking.  I seem to recall that there
3    was a document that outlined the expression or the form
4    that commands were meant to take.  That said, I think my
5    approach was always one of what made logically the most
6    sense.
7        Q.    And so for you even if the guidelines said
8    something to you, you were making your own decisions
9    about what you thought was logical or not; is that fair?
10       A.    I would have certainly had my own opinion.
11             Whether that was the direction that went down
12   for any specific command, I don't recall the specifics.
13       Q.    And you do recall that different engineers at
14   Cisco had different opinions about how to express
15   certain CLI commands?
16       A.    Yeah, sure.
17       Q.    And you had your opinions, other people at
18   Cisco had their opinions on the same command
19   functionality, correct?
20       A.    Yeah, I mean, we might have had the opinions
21   the same way, there are may have been different, it
22   depends on the exact circumstances.
23       Q.    The choice of a particular command expression
24   for the CLI interface is a subjective choice, isn't it?
25             MR. SILBERT:  Objection.  Vague.

129

1          THE WITNESS:  Can you be more specific?
2   BY MR. PAK:
3       Q.   It's an individual choice, the individual
4   engineer ultimately decides if he's responsible for the
5   CLI command, the particular expression that he
6   ultimately chooses; it's a subjective choice, correct?
7       A.   I actually don't know if it comes down to the
8   individual engineer or not.  There might have been a
9   process by which managers had to approve it, I don't
10  honestly know.
11      Q.   The initial -- let me break that into
12  different parts.
13           The initial decision by an engineer to propose
14  a CLI expression, that's an individual subjective
15  choice, correct?
16      A.   Sure.  Someone needs to come up with a command
17  to start with.
18      Q.   And so you as an engineer at Cisco, if you
19  were asked to express a CLI command expression for a
20  particular functionality that was being added, you would
21  come up with your preference and make a subjective
22  choice based on what you thought was the best fit; is
23  that true?
24      A.   No, I don't -- I can think of cases where that
25  wouldn't be correct.  I think there's certainly been

Dale Rough Draft

130

1   cases where we've asked customers what they would like
2   as commands or what they feel makes the most sense so
3   it's not always up to an engineer to come up with that.
4        Q.   But it can be up to an engineer, you can have
5   situations where an engineer can come with a particular
6   command expression for a functionality in CLI that is
7   his preference, correct?
8        A.   I guess, sure.
9        Q.   And when you were having these different
10  opinions, those were your personal opinions and
11  preferences for how a CLI command expression should be
12  expressed, correct?
13       A.   Yeah, sure, I guess so.
14       Q.   Okay.  And isn't it true that for any of these
15  functional aspects of a switch or a router that you
16  could have many different command expression for the
17  same functionality?
18       A.   It's possible, but in all honesty, a lot of
19  these things just make logical sense.  You wouldn't put
20  commands not related to interfaces under interfaces.
21  You couldn't put things not related to IP under IP,
22  likewise something related to IP would make logical
23  sense to put under IP.
24       Q.   Granted.  But even if those logical
25  guidelines, how you choose certain words, what word,

143

1  the external factors that we talked about, it would just
2  be a personal choice whether you liked "negotiate" or
3  "negotiation" in terms of a CLI command expression?
4          MR. SILBERT:  Same objections.
5          THE WITNESS:  You're saying it as if it is a
6  personal choice, and I don't think it is.  The
7  overriding judgment I think would be that you would look
8  into standards and what the industry uses and use that
9  as your guiding principle.  You might talk to customers
10 as well on whether they have an opinion.
11 BY MR. PAK:
12     Q.   Let's say you did all that, you looked at the
13 industry, whatever that might be, you looked at customer
14 documentation or customer information, it doesn't tell
15 you one way or the other on this particular issue, which
16 one would you choose?
17     A.   The chances are I think it would because I
18 think there would be either a standard that says
19 "negotiate" or "negotiation," for example.
20     Q.   Let's assume there isn't.
21     A.   I would choose whatever it said for
22 preference.
23     Q.   Your general policy is if there's an industry
24 standard, whatever that might be, you would always
25 choose that one without exception?

Dale Rough Draft

1    Arista has a policy of doing the same CLI syntax, just
2    because everybody else is using the same CLI syntax,
3    sometimes it makes its own decisions about the syntax
4    that he wants to use for a CLI command expression,
5    correct?
6        A.   I think the overriding goal for any CLI
7    command is what makes the most logical sense.
8        Q.   So in a particular instance, if you believe
9    that Cisco had made what you think is an illogical
10   choice for a CLI syntax, it's possible that Arista may
11   go a different direction and pick a different CLI
12   expression for that same functionality, correct?
13       A.   It might well be.  I mean, it's highly likely
14   we would, say, talk with a customer, ask them what will
15   they thought, and, yeah, they might have a strong
16   opinion that, yeah, it's not logical or it doesn't make
17   sense.
18       Q.   And you could talk to lots of customers and
19   some of the customers may like the existing interface
20   and others might like different interfaces; is that
21   true?
22       A.   Sure.
23       Q.   Because customers could have their own views
24   on what they think is logical or preferable; is that
25   true?

1    A.   Customers can certainly have their own
2  opinions, but I think it's certainly clear when
3  something is logical and when things make sense.
4    Q.   People can disagree with you, just like here,
5  right?
6    A.   Well, I mean, to use an example from this
7  previous document.  There's an interface commands,
8  commands that are specific to interfaces, it would not
9  make logical sense to put them under anything other than
10 interface.
11   Q.   That's not my question, sir.  My question is:
12 Just because you think something is logical or illogical
13 doesn't mean that every other engineer or customer would
14 agree with your opinion, correct?
15   A.   Sure.  I can't speak for anyone other than
16 myself.
17   Q.   So somebody else, a customer could disagree
18 with you and say, no, I think it's logical to me, I like
19 that interface, you should keep it?
20   A.   It's possible.
21   Q.   And it's possible that other engineers at
22 Arista could say:  No, I disagree Dale, I don't think
23 you're right, that's not the right choice, we like the
24 existed interface?
25   A.   It's possible, sure.

Dale Rough Draft

237

1   Q.    Listen very carefully to my question.  I'm
2   talking about command line interface.
3         Sitting here today, you are not aware of a
4   requirement, a mandatory requirement in the IEEE
5   standard document for Ethernet that says:  A vendor must
6   use a command line interface to config the device in
7   order to be compliant with that Internet or Ethernet
8   standard, correct?
9   A.    I'm not aware of whether the standard would
10  say that or not.  But I would say is there will be
11  parts, for example, the Internet standard and it might
12  be setting the speed of the device or settings some port
13  parameters that you couldn't do unless you had some
14  means of first configuring it.
15  Q.    Fair enough.
16  A.    It's a chicken-and-egg, you can't configure
17  it, until you configure it so, the call won't come up
18  until you configure it, so...
19  Q.    I agree with you, Mr. Dale, that you need only
20  configuration.
21        But what I'm getting at is sitting here today
22  based on your understanding of these industry standards
23  that are adopted by industry standard organizations, are
24  you aware of a mandatory requirement that devices must
25  use a particular type of command line interface?

Dale Rough Draft

238

1    A.    I don't believe it's part of any standard.  It
2  could be.
3    Q.    Sitting here today, are you aware of any such
4  requirement in those particular standards?
5    A.    I'm not but that doesn't mean it doesn't
6  exist.  You know, standards documents and standards body
7  work is long and tedious.  I've certainly not spent
8  large amounts of time looking through those things.
9    Q.    Okay.  Now let's make sure, absolutely clear
10  on the record.  The Cisco CLI is not an industry
11  standard that's been adopted by any industry
12  organization, correct?
13    A.    Those are your words, I would disagree with
14  that statement.
15    Q.    Industry standard organization, can you point
16  to a single document that has been ratified by an
17  industry standard organization which requires Cisco CLI?
18    A.    No, I can't point at any time but it doesn't
19  mean it doesn't exist.
20    Q.    Has the IETF ever issued or ratified an
21  industry standard document that says:  Comply with the
22  following set of CLI commands that are used by Cisco?
23         MR. SILBERT:  Objection.  Lacks foundation.
24         THE WITNESS:  I don't know whether they have
25  or haven't.  I think there is a document within the ITF

239

1    that covers best practice that includes industry
2    standard command lines for showing certain aspects.  I
3    don't know the wording around those commands.  You'd
4    have to be more specific.
5    BY MR. PAK:
6         Q.    Has the IETF ever issued an industry standard
7    document that requires, requires through a mandatory
8    requirement that a vendor must use the CLI commands that
9    are used by Cisco, to your knowledge?
10              MR. SILBERT:  Same objection.  Lacks
11   foundation.
12              THE WITNESS:  So I don't think at any point
13   I've ever been part of the ITF so I'm certainly not
14   across everything that they have or have not published.
15   So it's difficult to answer the question with a
16   definitive yes or a no.
17   BY MR. PAK:
18        Q.    I'm just asking your knowledge sitting here
19   today.
20        A.    I don't think I've seen -- I don't think I've
21   seen a standard from the IETF that, for example, lays
22   out every command.  But there may be documents out there
23   that make recommendations.
24        Q.    Have you seen any industry standard document
25   ratified by the IEEE that as a mandatory requirement

Dale Rough Draft

240

1  requires vendors to use CLI commands from Cisco?
2           MR. SILBERT:  Same objection.  Lacks
3  foundation.
4           THE WITNESS:  I'm not a member of the IEEE.  I
5  think most of their standards are available for members.
6  So as I'm not a member it's a little bit hard for me to
7  comment on their standard documents.  When generally
8  speaking I don't have access to I certainly don't have
9  access to the library of them.
10 BY MR. PAK:
11      Q.   You've never seen an IEEE standards document?
12      A.   I think I've seen parts of some documents.
13 But I think IEEE is a standards body has been around for
14 dozens of years, I don't know how many standards they
15 have.  At best I've maybe looked at the small handful or
16 seen a small handful a small portion of a small handful
17 of these documents.
18      Q.   All I'm asking for is your knowledge here
19 today.
20           Mr. Dale, based on your experience with
21 working with IEEE standards to whatever extent that
22 might be, are you aware of of a single IEEE document
23 that's been adopted by the IEEE industry standard
24 organization which mandatory requires vendors to use CLI
25 commands from Cisco sitting here today?

Dale Rough Draft

241

1    A.    So I'd reiterate what I've already said here
2  and that is I'm not a member of the standards body in
3  question, I don't have access to their library,
4  generally speaking, I'm only seen -- probably worked
5  with a small handful of their documents or standards.
6  You're asking me to speculate what is possibly in
7  documents I haven't seen or the sum of all of their
8  documents.  I can't speculate what may or may not be
9  there.
10        Q.    Have you seen any such documents?
11        A.    I guess you're asking me to speculate again.
12        Q.    No, I'm not asking for speculation.  I'm
13  asking have you seen personally any IEEE document that
14  says to be compliant with this standard from the IEEE
15  you must use CLI commands from Cisco, have you seen such
16  a document personally?
17        A.    I don't think I've seen any such document from
18  the IEEE.
19        Q.    Okay.  Have you personally seen any documents
20  from the ACM that says to comply with an ACM standard
21  you must use CLI commands from Cisco?
22        A.    Can you define who the ACM is?
23        Q.    Association of Computing Machinery.  Are you
24  familiar with that organization?
25        A.    Vaguely.  I'm not a member.  I can't speculate

283

1           "You're going to take that new config of
2           Catalyst or Nexus and apply it in exactly
3           the same way.  But where we're a little
4           bit different is you can go dash on the
5           switch or a link at the point and because,
6           for example, if config minus A and we
7           substantiate into Linux the actual logical
8           physical interfaces that are making up the
9           switch itself.  And why this is kind of
10          neat is then you can run standard tools on
11          this, and I guess to a server guy, it just
12          looks like a server running Linux with
13          lots of Ethernet interfaces."
14   BY MR. PAK:
15      Q.   You made those statements, true?
16      A.   Yes, I made those statements.
17      Q.   So it's true that rather than go through a CLI
18   interface an Arista customer could use the dash Linux
19   shell to configuring some of the settings of an
20   Arista Networks switch, correct?
21      A.   You could configure some things in Linux, I
22   don't think you could config everything.  It's actually
23   a little bit ironic, I was describing there, I think at
24   that time was unique to Arista, I think Cisco does that
25   now as well.

Dale Rough Draft

1   Q.    Mr. Dale, my question is simple, it's possible
2   that the Linux interface could be used by Arista
3   customers to config at least some of the settings in
4   Arista's operating systems rather than using the CLI
5   interface, correct?
6   A.    Yeah, I think within the extensible nature of
7   EOS, the E in EOS, we enabled many ways that many
8   customers could config things.  There were certainly
9   some things that could have been done in Linux and to
10  quote the video or state what I talked about in the
11  video I think I gave an example of config and looking at
12  some interfaces.
13         That said, what I probably didn't cover in the
14  video due to time was exactly what you could do and what
15  you couldn't do.  And it's certainly a subset of
16  configuration items.
17  Q.    And you do know that some of the Arista
18  customers are using the Linux interface rather than
19  using a CLI interference to config Arista switching
20  equipment, correct?
21  A.    It's a little hard to speculate what customers
22  are or aren't doing.  There are certainly some customers
23  that probably use the Linux interface alongside the
24  command line interface or maybe though use it along side
25  other programmatic interfaces.  As unlikely that a

1    single customer could only use the Linux way of
2    configuring things because Linux doesn't have a concept
3    of half of the things that a switch does.  Linux itself
4    is not a switch, it's an operating system.
5            MR. PAK:  Thank you for your time today.  I'll
6    pass the witness for now.
7            MR. SILBERT:  No questions.
8            THE VIDEOGRAPHER:  This concludes today's
9    deposition of Lincoln Dale on January 21st, 2016.
10           MR. PAK:  Actually, I'm going to make one more
11   comment on the record before we close out.
12           So Cisco reservers the right to continue this
13   deposition pending the future production of the support
14   watcher documentation that is at the issue of the
15   parties' dispute.
16           MR. SILBERT:  So just to address that we don't
17   agree with that.  And we did offer -- there's a long
18   history of Cisco's changing its position on how it
19   wanted to review those and we don't need to get into it,
20   Sean, but we don't -- Arista doesn't agree with that
21   information.
22           THE VIDEOGRAPHER:  All right.  We're going off
23   the record.  The time is now is 6:55 p.m.  We are off
24   the record.
25   ///

Dale Rough Draft