KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
VICTORIA L. JEFFRIES, *PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com; vjeffries@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *PHV To Be Submitted*
DAVID H. REICHENBERG, *PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF DAVID SILBERT IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

DECLARATION OF DAVID SILBERT IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1021840.01

I, DAVID SILBERT, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am a partner at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3. Arista has filed the accompanying Administrative Motion to Seal not because it believes any of the material at issue is sealable, but because Plaintiff Cisco Systems, Inc. ("Cisco") has designated it CONFIDENTIAL or HIGHLY CONFIDENTIAL under the Stipulated Protective Order. While that designation does not bear on the actual merits of a sealing request— or on this Court's decision—it does require Arista to redact the following excerpts and documents from its initial filing:

- In Arista's Motion for Leave to Amend Response to Add Counterclaims ("Motion for Leave"), the redacted portions at 1:10–11, 1:12–14, 2:11–12, 2:13–14 and 2:19–20 contain excerpts from documents that Cisco has designated CONFIDENTIAL or HIGHLY CONFIDENTIAL ("Cisco Designated Material");
- In Arista's Counterclaims, the redacted portions at ¶¶ 3, 19, 21, 24–25, 27, 31–33, 64, 66, 72, 74, 80–81, 83, 85, 90, 96, 110–11, 113, 120–21, 124, 128 and 130 either cite from or rely on information contained in Cisco Designated Material; and
- Exhibits A–H to Arista's Counterclaims, which are or contain Cisco Designated Material.

4. To be clear, all of the material at issue in the Administrative Motion to Seal is Cisco's, and Cisco bears the burden of proving that there are "compelling reasons" for keeping it sealed. Arista neither believes that these excerpts or documents are sealable, nor is it requesting that the Court seal any of its own (*i.e.*, Arista's) material.

//

1

DECLARATION OF DAVID SILBERT IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 25, 2016, in San Francisco, California.

_____
DAVID SILBERT