| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>VICTORIA L. JEFFRIES, *PHV To Be Submitted*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com; vjeffries@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *PHV To Be Submitted*
DAVID H. REICHENBERG, *PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF
MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS
Case No. 5:14-cv-05344-BLF (PSG)

1011609

I, EDUARDO E. SANTACANA, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at the law firm of Keker & Van Nest LLP, counsel for Defendant Arista Networks, Inc. in the above-captioned action. I am admitted to practice before this Court.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could do so competently under oath.

3. Cisco began producing documents in this matter on July 21, 2015. Thus far, Cisco has produced over 350,000 documents. In the ITC investigations, Cisco produced over 180,000 documents totaling over 2 million pages.

4. Counsel for Arista immediately began investigating Cisco's anticompetitive conduct when this case was filed and reviewing the documents produced by Cisco in this matter as they were produced. The documents cited in the proposed counterclaims were first discovered in November 2015.

5. The documents cited in the proposed counterclaims with Bates numbers beginning with CSI-ANI-00056464, CSI-CLI-00685076, CSI-CLI-01133437, CSI-CLI-01334598, and CSI-CLI-01335895 were all produced after the September 7, 2015 pleading amendment deadline in this matter.

6. After discovering documents material to Arista's counterclaims, counsel for Arista promptly consulted with antitrust counsel regarding potential antitrust claims against Cisco and began preparing a counterclaim.

7. Counsel for Arista sought Cisco's consent to Arista's Motion for Leave to Amend Response to Second Amended Complaint to add counterclaims. Cisco opposes Arista's motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 25, 2015, in San Francisco, California.

_____
EDUARDO E. SANTACANA

1
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF
MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS
Case No. 5:14-cv-05344-BLF (PSG)

1011609