1  KEKER & VAN NEST LLP                    SUSAN CREIGHTON, SBN 135528
   ROBERT A. VAN NEST - # 84065            SCOTT A. SHER, SBN 190053
2  BRIAN L. FERRALL - # 160847             VICTORIA L. JEFFRIES, *PHV To Be*
   DAVID SILBERT - # 173128                *Submitted*
3  MICHAEL S. KWUN - #198945               WILSON SONSINI GOODRICH & ROSATI
   ASHOK RAMANI - # 200020                 Professional Corporation
4  633 Battery Street                      1700 K Street NW, Fifth Floor
   San Francisco, CA 94111-1809            Washington, D.C., 20006-3817
5  Telephone:    (415) 391-5400            Telephone: (202) 973-8800
   Email: rvannest@kvn.com;                Email: screighton@wsgr.com;
6  bferrall@kvn.com; dsilbert@kvn.com;     ssher@wsgr.com; vjeffries@wsgr.com
   mkwun@kvn.com, aramani@kvn.com
7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK, *PHV To Be Submitted*
9  DAVID H. REICHENBERG, *PHV To Be Submitted*
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone: (212) 999-5800
12 Email: jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com
13
14 Attorneys for Defendant ARISTA NETWORKS, INC.

15
16                     UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18                           SAN JOSE DIVISION

19 | CISCO SYSTEMS, INC.,          | Case No. 5:14-cv-05344-BLF (PSG)
20 |         Plaintiff,            | **[PROPOSED] ORDER GRANTING ARISTA NETWORK, INC.'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIM**
21 |    v.                         |
22 | ARISTA NETWORKS, INC.,        |
23 |         Defendant.            | Judge:    Hon. Beth Labson Freeman
24 |                               | Date Filed: December 5, 2014
25 |                               | Trial Date: November 21, 2016

26
27
28

1
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND RESPONSE
Case No. 5:14-cv-05344-BLF (PSG)

1011710

Having considered Defendant Arista Networks, Inc.'s Motion for Leave to Amend Response to Add Counterclaims, together with the arguments in support thereof and opposition thereto, and good cause having been shown, the Court hereby GRANTS Arista leave to file its amended answer with counterclaims.

**IT IS SO ORDERED.**

Dated: _____

HON. BETH LABSON FREEMAN
United States District Judge