BRADLEY T. TENNIS, State Bar No. 281206
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-3056
Facsimile: (650) 493-6811
btennis@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-CV-05344-BLF <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

Bradley T. Tennis
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-3056
Facsimile: (650) 493-6811
btennis@wsgr.com

Dated: January 26, 2016                    Respectfully submitted,

                                                                         WILSON SONSINI GOODRICH & ROSATI
                                                                         Professional Corporation

                                                                         By: s/ Bradley T. Tennis
                                                                               Bradley T. Tennis

                                                                         Attorneys for Defendant
                                                                         ARISTA NETWORKS, INC.