JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
jjacobson@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| CISCO SYSTEMS, INC., | ) Case No. 5:14-CV-05344-BLF |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| ARISTA NETWORKS, INC., | ) |
| Defendant. | ) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

Jonathan M. Jacobson
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
jjacobson@wsgr.com

Dated: January 26, 2016          Respectfully submitted,

                                 WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation

                                 By: s/ Jonathan M. Jacobson
                                        Jonathan M. Jacobson

                                 Attorneys for Defendant
                                 ARISTA NETWORKS, INC.