# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Cisco Systems, Inc.                    )
                                       )    Case No: 5:14-cv-5344
                    Plaintiff(s),      )
                                       )    **APPLICATION FOR**
        v.                             )    **ADMISSION OF ATTORNEY**
                                       )    **PRO HAC VICE**
Arista Networks, Inc.                  )    (CIVIL LOCAL RULE 11-3)
                                       )
                    Defendant(s).      )
_____)

I, David H. Reichenberg_____, an active member in good standing of the bar of
New York_____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Arista Networks, Inc._____ in the
above-entitled action. My local co-counsel in this case is Bradley T. Tennis_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1301 Avenue of the Americas, NY, NY 10019 | 650 Page Mill Road, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 497-7735 | (650) 849-3056 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dreichenberg@wsgr.com | btennis@wsgr.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 4477477_____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 01/26/16                              David H. Reichenberg
                                    _____
                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David H. Reichenberg_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: January 26, 2016              _____
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE