United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CISCO SYSTEMS INC,

Plaintiff,

v.

ARISTA NETWORKS, INC.,

Defendant.

Case No.  14-cv-05344-BLF

**ORDER ADVANCING HEARING ON DEFENDANT'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS TO FEBRUARY 25, 2016**

The Court ADVANCES the hearing on Defendant's motion for leave to amend response to add counterclaims from May 26, 2016 to February 25, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 28, 2016

BETH LABSON FREEMAN
United States District Judge