# PROPOSED REDACTED EXHIBIT B

# DOCUMENT SOUGHT TO BE PARTIALLY SEALED

| | |
|---|---|
| **From:** | Phillip Remaker (remaker) |
| **To:** | Manas Moothedath |
| **Sent:** | 11/18/2014 5:24:59 PM |
| **Subject:** | Re: Its Goodbye... |

Arista is truly an amazing company, with some amazing people. I have a lot of very good ex Cisco friends there if you want me to put in a good word with anybody for you.

I actually met Andy B for the first time last week. He is a gentle giant and a genius. Cisco should fear whenever he treads nearby. I joked with him about it but he said that he has nothing but the utmost respect for Cisco. He's a classy guy.

I hope you will periodically check in and let me know how you're doing, and then weasel some trips to the US from them. You know, for training.


On Nov 18, 2014, at 4:04 AM, "Manas Moothedath" ▓▓▓▓▓▓▓▓▓▓▓ wrote:

Hi Phil,

I am actually moving to Arista in Bangalore. To begin with, I shall be with the TAC again there - the main difference would be the fact that is a very small team there (5 people right now) and there are not technology divisions and just support in general.

As much as I love support, in the future - say 2/3 years ahead, I shall venture into other adjacent functions...

I fear that as the team has grown here in Bangalore, the team has grown beyond a point where I am able to contribute constructively on a day-to-day basis.

Hopefully this change would allow me to get into that phase of exciting new technologies and new experiences.

Thanks again for everything.

Cheers,
Manas

On Tue, Nov 18, 2014 at 2:29 AM, Phillip Remaker (remaker) <remaker@cisco.com> wrote:
Dear Manas,

Thank you for such kind words! Tell me more about your new adventure! I hope it is something that taps your inner passions and makes you happy to wake up every day. Life is too short to work in a shitty job.

Good luck. And if you end up in Silicon Valley, I have a few greasy burger places for you to try. ▓▓▓▓▓▓▓▓▓ is the best way to connect to me.

Congratulations. I wish you the best of luck.

On Nov 16, 2014, at 10:27 PM, "Manas R Moothedath (mrmoothe)" <mrmoothe@cisco.com> wrote:

Dear Phil,

Of the handful of people that I'm sending out personal notes to before I leave this week, you seem to the hardest.

You have been an image that personifies what Cisco is all about for me.

Over the last 6 years, from the first time you were here discussing 'why PureDigital networks' to the multitude of discussions that we have had online and offline about technology, Raspberry Pi, Cisco and everything else holy and geekly :)  I have collected some very special conversations for the future.

Each conversation has left me more excited and driven and with a  certain clarity on what I want to be doing next…

This 21st (november) will be my last working day at Cisco as I'm moving on to do something new with life. There are so many thoughts and images that come to my head while I stumble for words that would do justice to what I would like to say to you but I'm coming up empty. So I'm going to simply going to say - "Thanks for being *you*"

I want to you know though, that you – for me personally is what the company *Cisco* all about and I'll always cherish these thoughts and memories.

Thanks for being a profound part of my career and life. I'll keep in touch with you and find some reason to come meet you and share a greasy burger sometime :)


Regards,
Manas

CSI-CLI-01334599