# REVISED EXHIBIT D



# Thinking Inside the Box—
# Onboard Automation with EEM

BRKDEV-1191



CSI-ANI-00047424

# What Is Coming in EEM 3.2

- **Three new event detectors**

  Neighbor discovery event detector

      Detect and generate CDP and LLDP-related events

  Identity event detector

      Detect and generate events related to authentication and authorization over 802.1x and MAB protocol

  MAC address table event detector

      Monitor MAC address table entry changes and generate corresponding events

- **One new type of policy—Cisco IOS.sh-based policy**

  A simple and powerful way of designing EEM policy

  Cisco IOS.sh is a scripting language similar to Linux bash for Cisco IOS CLI

BRKDEV-1191_c2    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Public

CSI-ANI-00047424.000024

# IOS.sh Shell Drivers

- CLI is complex and getting more complex

- \> 75% of all network failures can be linked to human configuration errors [*]

- Configuration CLI is different for different versions of IOS (and platforms)

- There is no good way to extend or modify the behavior of CLI without modifying IOS itself (12-18 month process)

- Customers have huge investment in Cisco CLI. We are extending and preserving that investment

[*] Gartner report, reported in CNET News, 1-26-01, SAGE Report, http://hissa.nist.gov/kuhn/pstn.html

BRKDEV-1191_c2    © 2009 Cisco Systems, Inc. All rights reserved.    Cisco Public

CSI-ANI-00047424.000025