# REVISED EXHIBIT E

# Dell Networking

Raghavendra.S
Solution Architect

Executive summary:
Trends such as server virtualization and the proliferation of multi-core processors are increasing the requirement for high I/O performance with ultra-fast response times. Flash storage is the leading technology that enables IT to turbocharge I/O intensive applications and deliver the low latencies and ultra-fast response times that they need. Workloads such as OLTP, Data Warehousing and Virtual Desktop in particular can reap the benefits of flash storage, delivering impressive results in operations such as on-line queries, batch processing, retail transactions, business analytics, peak-time VDI logins, and many others. But until now, flash storage has been too expensive for most customers to deploy on a large scale, and was mostly used for the select, high priority workloads. With the introduction of the Dell Compellent flash-optimized solutions, Dell changed the economics of flash storage and broke the current pricing boundaries. By offering solutions that can provide performance at the capacity and price of a rotating disk, Dell is making flash storage affordable and accessible to a broader segment of the market.

0



CSI-ANI-00427923



# Summary: Dell Data Center Networking
Get the most out of your data center



- ✓ Standards-based products & features—No vendor lock-in
- ✓ High performance, highly-scalable systems
- ✓ Proven, reliable operating system with industry standard CLI
- ✓ Integrated open automation framework
- ✓ Better together solutions

14  @Dell_Enterprise                              Enterprise Solutions Marketing  DELL

14

CSI-ANI-00427924