KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge:       Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

1  Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e),
2  Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal
3  the following document: Portions of Arista's Supplemental Proposed Discovery Plan, which
4  reference information contained in deposition transcripts which Cisco has designated
5  "Confidential."

6  Arista takes no position on whether any portion of the Supplemental Proposed Discovery
7  Plan should be filed under seal. Arista files this administrative motion only in order to afford
8  Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule
9  79-5(e).

10  Arista submits, along with this administrative motion, the declaration of Eduardo E.
11  Santacana, which attaches an unredacted version of the Supplemental Proposed Discovery Plan.
12  Per Civil Local Rule 79-5(d)(1)(C), Arista will also file a public, redacted version of the
13  Supplemental Proposed Discovery Plan.

14  Dated: February 5, 2016                                    KEKER & VAN NEST LLP

16                                                              By:  /s/ *Robert A. Van Nest*
                                                                     ROBERT A. VAN NEST

17                                                              Attorneys for Defendant ARISTA
18                                                              NETWORKS, INC.