| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@kvn.com |
| | BRIAN L. FERRALL - # 160847 |
| 3 | bferrall@kvn.com |
| | DAVID SILBERT - # 173128 |
| 4 | dsilbert@kvn.com |
| | MICHAEL S. KWUN - # 198945 |
| 5 | mkwun@kvn.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 7 | Facsimile:  415 397 7188 |

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| Plaintiff, | **DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | Judge:   Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1025767.01

I, EDUARDO E. SANTACANA, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3. Cisco designated the entirety of the transcripts of the depositions of Anthony Li, Tong Liu, Terry Slattery, Jung Tjong, and Jeffrey Wheeler "Confidential."

4. Portions of Arista's Supplemental Proposed Discovery Plan reference information contained in those transcripts. Arista has redacted those portions for public filing. An unredacted version with highlighting indicating the redacted portions is attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 5, 2016, in San Francisco, California.

_____
EDUARDO E. SANTACANA