KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1025768.01

1    The Court, having fully considered the papers and arguments presented by the parties,
2    hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal.
3    The following document will remain under seal: Those portions of Arista's Supplemental
4    Proposed Discovery Plan which contain information designated "Confidential" by Cisco from the
5    deposition transcripts of Anthony Li, Tong Liu, Terry Slattery, Jung Tjong, and Jeffrey Wheeler.

**IT IS SO ORDERED.**

Dated: _____

HON. BETH LABSON FREEMAN
United States District Judge

1
[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1025768.01