# EXHIBIT A
# DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY