UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion for an order to seal certain documents filed in connection with Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims.

Having considered Cisco's motion, and good cause having been shown, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below.

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims | As indicated in the public redacted version of Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims attached to the Declaration of Matthew D. Cannon, portions of pages: 4 and 8. |
| Exhibit A to the Declaration of Matthew D. Cannon in Support of Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims | Entire. |

**IT IS SO ORDERED.**

DATED: _____     By: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE