| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California   94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS** |

1  I, Matthew D. Cannon, hereby declare as follows:

2      1.    I am an Associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc.  I submit this declaration in support of Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims.  I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

6      2.    Attached hereto as Exhibit A is a true and correct copy of a document produced by Arista bearing Bates number ANI-ITC-944_945-0723638.  This document was designated by Arista in U.S.I.T.C. Inv. Nos. 337-TA-944 and 337-TA-945 as containing "CONFIDENTIAL BUSINESS INFORMATION—SUBJECT TO PROTECTIVE ORDER."  Pursuant to the Protective Order (Dkt. 53 at 6), this document is deemed to have been designated by Arista in this case as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 8, 2016, in San Francisco, California.

By  */s/ Matthew D. Cannon*
    Matthew D. Cannon

2
CANNON DECLARATION IN SUPPORT OF OPPOSITION TO ARISTA'S MOTION FOR
LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS
Case No. 5:14-cv-05344-BLF

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Matthew D. Cannon (Bar No. 252666).

                                             */s/ Sean S. Pak*
                                             Sean S. Pak (Bar No. 219032)