| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S CORRECTED OPPOSITION TO ARISTA'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Civil L.R. 79-5, Plaintiff Cisco Systems, Inc. ("Cisco") respectfully requests an order granting leave to file under seal the portions of the document listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims | As highlighted in the version filed herewith, portions of pages: 4 and 8. |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law"( *i.e.*, is "sealable"). Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id*.  Generally, materials related to non-dispositive motions may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c).  *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co*., 331 F.3d 1122, 1138 (9th Cir. 2003)).  For pleadings attached to a non-dispositive motion, however, this Court has held that the party seeking sealing must provide "compelling reasons" to justify sealing.  *See Delphix Corp. v. Actifio, Inc.*, No. 13-cv-04613-BLF, 2014 WL 415520, at *1 (N.D. Cal. Aug. 20, 2014).  "Compelling reasons" exist to seal information that, if disclosed, would damage a party's ability to compete in the marketplace.  *See In re Elec. Arts, Inc*., 298 F. App'x 568, 569 (9th Cir. 2008).

## II. ARISTA'S DESIGNATED CONFIDENTIAL INFORMATION

Cisco makes this request to seal the document identified herein for the reasons explained in detail in the Declaration of Matthew D. Cannon in support of this Administrative Motion to File Under Seal ("Cannon Declaration").  The information sought to be sealed has been directly designated by Defendant Arista Networks, Inc. ("Arista") as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 53). Cisco has narrowly tailored

1  its request to seal only the information so designated by Arista as the basis for this request as
2  articulated in the Cannon Declaration.
3       Cisco expects that Arista will file the required supporting declaration in accordance with
4  Civil Local Rule 79-5(e), as necessary, to confirm that the information contained in the above
5  referenced document should be sealed.

6  **III.**   **<u>CONCLUSION</u>**
7       Concurrently with this Motion, Cisco is filing redacted and highlighted versions of the
8  above-referenced documents indicating the specific portions Cisco seeks to seal.

10  DATED:  February 8, 2016                 Respectfully submitted,

                                              */s/ Sean S. Pak*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice*

1  *pending)*
   steven.cherny@kirkland.com
2  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
3  New York, New York 10022
   Telephone: (212) 446-4800
4  Facsimile: (212) 446-4900

5  Adam R. Alper (SBN 196834)
   adam.alper@kirkland.com
6  KIRKLAND & ELLIS LLP
   555 California Street
7  San Francisco, California  94104
   Telephone: (415) 439-1400
8  Facsimile: (415) 439-1500

9  Michael W. De Vries (SBN 211001)
   michael.devries@kirkland.com
10 KIRKLAND & ELLIS LLP
   333 South Hope Street
11 Los Angeles, California 90071
   Telephone: (213) 680-8400
12 Facsimile: (213) 680-8500

13 *Attorneys for Plaintiff Cisco Systems, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28