1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1  Cisco Systems, Inc. ("Cisco") has filed an administrative motion for an order to seal in
2  connection with Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response
3  to Add Counterclaims.
4  Having considered Cisco's motion, and good cause having been shown, the Court
5  GRANTS Cisco's motion and ORDERS sealed those portions of the document listed below.

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims | As indicated in the public redacted version of Cisco's Corrected Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims attached to the Declaration of Matthew D. Cannon, portions of pages: 4 and 8. |

**IT IS SO ORDERED.**

DATED: _____          By: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE