1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   ASHOK RAMANI - # 200020
4  633 Battery Street
   San Francisco, CA 94111-1809
5  Telephone:    (415) 391-5400
   Email:  rvannest@kvn.com;
6  bferrall@kvn.com; dsilbert@kvn.com;
   mkwun@kvn.com, aramani@kvn.com
7

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
VICTORIA L. JEFFRIES,
*PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com; vjeffries@wsgr.com

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK, *PHV To Be Submitted*
   DAVID H. REICHENBERG, *PHV To Be*
9  *Submitted*
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com
13

14 Attorneys for Defendant ARISTA NETWORKS, INC.

                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18 | CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
19 |         Plaintiff, | **DECLARATION OF NICHOLAS D. MARAIS IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
20 |      v. | |
21 | ARISTA NETWORKS, INC., | Judge:     Hon. Beth Labson Freeman |
22 |         Defendant. | Date Filed:  December 5, 2014 |
23 | | Trial Date:  November 21, 2016 |

25

26

27

28

1031508.01

1    I, NICHOLAS D. MARAIS, declare and state as follows:

2    1.    I am an attorney licensed to practice law in the State of California and admitted to

3    practice before this Court.  I am an associate at the law firm of Keker & Van Nest LLP and

4    counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action.

5    2.    I have personal knowledge of the facts stated herein and, if called as a witness, I

6    could testify competently thereto.

7    3.    Arista has filed the accompanying Administrative Motion to Seal not because it

8    believes any of the material at issue is sealable, but because Plaintiff Cisco Systems, Inc.

9    ("Cisco") has designated it CONFIDENTIAL or HIGHLY CONFIDENTIAL under the Stipulated

10    Protective Order.  While that designation does not bear on the actual merits of a sealing request—

11    or on this Court's decision—it does require Arista to redact the following excerpts and documents

12    from its initial filing:

13    •    In Arista's Reply Brief in support of its Motion for Leave to Amend Response to

14    Add Counterclaims ("Reply Brief"), the redacted portions at 1:5–8, 3:2–6 and

15    4:23–27 contain excerpts from documents that Cisco has designated

16    CONFIDENTIAL or HIGHLY CONFIDENTIAL ("Cisco Designated Material");

17    and

18    •    Exhibit A to the Declaration of Andrea Nill Sanchez, which is Cisco Designated

19    Material.

20    4.    To be clear, all of the material at issue in this Administrative Motion to Seal is

21    Cisco's, and Cisco bears the burden of proving that there is "good cause" or "compelling reasons"

22    for keeping it sealed.  Arista neither believes that these excerpts or documents are sealable, nor is

23    it requesting that the Court seal any of its own (*i.e.*, Arista's) material.

24    I declare under penalty of perjury under the laws of the United States that the foregoing is

25    true and correct, and that this declaration was executed on February 16, 2016, in San Francisco,

26    California.

27    _____

28    NICHOLAS D. MARAIS

1
DECLARATION OF NICHOLAS D. MARAIS IN SUPPORT OF ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)