| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>VICTORIA L. JEFFRIES, *PHV To Be Submitted*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com; vjeffries@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *PHV To Be Submitted*
DAVID H. REICHENBERG, *PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>       Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ARISTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  In accordance with Civil Local Rule 79.5, and because of its obligations under the
2  Stipulated Protective Order, Arista Networks, Inc. ("Arista") has filed an administrative motion to
3  file allegedly protected material under seal (the "February 16 Motion to Seal").
4  Having considered the pleadings filed by both Arista and Plaintiff Cisco Systems, Inc., the
5  Court hereby **DENIES** the February 16 Motion to Seal in its entirety.
6  Arista is hereby ordered to file unredacted versions of its February 16, 2016 pleadings
7  within seven (7) days.

8  IT IS SO ORDERED.
9
10  Dated: _____
11  The Honorable Beth Labson Freeman
    United States District Judge

1
[PROPOSED] ORDER DENYING DEFENDANT ARISTA'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1031510