| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>VICTORIA L. JEFFRIES,<br>*PHV To Be Submitted*<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com; vjeffries@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *PHV To Be Submitted*
DAVID H. REICHENBERG,
*PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA'S MOTION FOR LEAVE TO
AMEND RESPONSE TO ADD COUNTERCLAIMS
Case No. 5:14-cv-05344-BLF (PSG)

1031088.01

1   I, ANDREA NILL SANCHEZ, declare as follows:

2   1.   I am an attorney licensed to practice law in the State of California and an associate at the law firm of Keker & Van Nest LLP, counsel for Defendant Arista Networks, Inc. in the above-captioned action. I am admitted to practice before this Court.

3   2.   I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could do so competently under oath.

4   3.   Thus far, Cisco has produced over 350,000 documents, totaling over three million pages. In the ITC investigations, Cisco produced over 180,000 documents totaling over one million pages.

5   4.   Between July 21, 2015 and September 7, 2015, Cisco produced a total of over 180,000 documents, totaling over 1.5 million pages.

6   5.   Cisco produced the documents contained in Exhibits A, F, C, and D to Arista's proposed counterclaims on July 21, 2015.

7   6.   Cisco produced the documents contained in the following four exhibits to Arista's counterclaims *after* the September 7, 2015 pleading amendment deadline.

   a. Exhibits E and H were produced on September 25, 2015;
   b. Exhibit G was produced on October 22, 2015;
   c. Exhibit B was produced on November 19, 2015.

8   7.   Attached hereto as **Exhibit A** is a true and correct excerpt of a document produced by Cisco in this litigation, Bates-stamped CSI-CLI-01610893 through CSI-CLI-01610938. Cisco designated this document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order.

9   8.   Attached hereto as **Exhibit B** is a true and correct copy of an email exchange between counsel for Cisco (Sean Pak of Quinn Emanuel Urquhart & Sullivan, LLP) and counsel for Arista (David Silbert of Keker & Van Nest LLP), dated February 9 and 11, 2016.

1
DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS
Case No. 5:14-cv-05344-BLF (PSG)

1031088.01

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct, and that this declaration was executed on February 16, 2015, in San Francisco,
3  California.

By: *[signature]*
ANDREA NILL SANCHEZ

2
DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA'S MOTION FOR LEAVE TO AMEND RESPONSE TO ADD COUNTERCLAIMS
Case No. 5:14-cv-05344-BLF (PSG)

1031088.01

# EXHIBIT A

"

"

"

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT B

| | |
|---|---|
| **From:** | Sean Pak <seanpak@quinnemanuel.com> |
| **Sent:** | Thursday, February 11, 2016 2:57 PM |
| **To:** | David Silbert; Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com); ARISTA-KVN; ARISTAT-KVN; Creighton, Susan (screighton@wsgr.com); Sher, Scott (SSher@wsgr.com); Reichenberg, David (dreichenberg@wsgr.com); Jacobson, Jonathan (jjacobson@wsgr.com); Pak, Chul (cpak@wsgr.com) |
| **Subject:** | RE: Cisco v. Arista -- Arista's Motion for Leave to Amend |

David:

Your understanding is correct. Of course, we reserve all of our other arguments and rights to challenge any of the claims set forth in your proposed counterclaims.

**Sean Pak**
*Co-Chair of National IP Litigation Practice*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6320 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
seanpak@quinnemanuel.com
www.quinnemanuel.com

---

**From:** David Silbert [mailto:DSilbert@KVN.com]
**Sent:** Tuesday, February 09, 2016 1:04 PM
**To:** Sean Pak <seanpak@quinnemanuel.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) <Cisco-AristaCopyrightTeam@kirkland.com>; ARISTA-KVN <ARISTA-KVN@kvn.com>; ARISTAT-KVN <ARISTAT-KVN@kvn.com>; Creighton, Susan (screighton@wsgr.com) <screighton@wsgr.com>; Sher, Scott (SSher@wsgr.com) <SSher@wsgr.com>; Reichenberg, David (dreichenberg@wsgr.com) <dreichenberg@wsgr.com>; Jacobson, Jonathan (jjacobson@wsgr.com) <jjacobson@wsgr.com>; Pak, Chul (cpak@wsgr.com) <cpak@wsgr.com>
**Subject:** Cisco v. Arista -- Arista's Motion for Leave to Amend

Sean:

In light of your comments at the Case Management Conference and in Cisco's opposition filed yesterday, we understand that Cisco does not, and will not, take the position that any of the claims asserted in Arista's proposed counterclaims are compulsory counterclaims in the current copyright action, or that the Protective Order precludes Arista from filing its claims as a separate action. If for some reason that's incorrect, please notify us immediately, since the

Court would need to take that fact into account when ruling on Arista's motion for leave to amend.

Thanks.

---

**David Silbert**
Attorney at Law

**KEKER & VAN NEST** LLP

415 676 2261 direct   |   vCard   |   dsilbert@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com