1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   ASHOK RAMANI - # 200020
4  NICHOLAS D. MARAIS - # 277846
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
6  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
7  mkwun@kvn.com, aramani@kvn.com;
   nmarais@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
VICTORIA L. JEFFRIES,
*PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com; vjeffries@wsgr.com

9  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK, *PHV To Be Submitted*
   DAVID H. REICHENBERG,
10 *PHV To Be Submitted*
   WILSON SONSINI GOODRICH & ROSATI
11 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
12 New York, NY 10019-6022
   Telephone:  (212) 999-5800
13 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **NOTICE OF APPEARANCE OF NICHOLAS D. MARAIS** <br><br> Judge:     Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

> Nicholas D. Marais - # 277846
> nmarais@kvn.com
> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone:    415 391 5400
> Facsimile:    415 397 7188

Dated: February 16, 2016                    KEKER & VAN NEST LLP

                                            By: _____
                                                NICHOLAS D. MARAIS

                                            Attorneys for Defendant
                                            ARISTA NETWORKS, INC.