| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S RESPONSE TO ARISTA'S SUPPLEMENTAL PROPOSED DISCOVERY PLAN**<br><br>**DEMAND FOR JURY TRIAL** |

1   Pursuant to Civil L.R. 79-5, Plaintiff Cisco Systems, Inc. ("Cisco") respectfully requests an
2   order granting leave to file under seal the portions of the document listed below:

| Document | Portions to Be Filed Under Seal | Designator |
|---|---|---|
| Cisco's Response to Arista's Supplemental Proposed Discovery Plan ("Cisco's Brief") | As highlighted in yellow in the version filed herewith, portions of pages: 3 at lines 17-19; 6 at lines 16-18 and lines 21-25; 7 at lines 19-21. | Arista |
| Cisco's Brief | As highlighted in blue in the version filed herewith, portions of pages: 6 at line 26 through 7 at line 2. | Juniper |
| Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 5") | Entire. | Arista |
| Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 6") | Entire. | Arista |
| Exhibit 7 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 7") | Entire. | Arista |
| Exhibit 9 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 9") | Entire. | Arista |
| Exhibit 10 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed | Entire. | Juniper |

| | | |
|---|---|---|
| Supplemental Discovery Plan ("Exhibit 10") | | |
| Exhibit 12 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 12") | Entire. | Arista |
| Exhibit 13 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 13") | Entire. | Arista |
| Exhibit 14 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 14") | Entire. | Arista |
| Exhibit 15 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 15") | Entire. | Arista |
| Exhibit 17 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 17") | Entire. | Arista |

## I. LEGAL STANDARD

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir.

2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law"(*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

## II.     DESIGNATED CONFIDENTIAL INFORMATION

Cisco makes this request to seal the documents identified herein for the reasons explained in detail in the Declaration of Matthew D. Cannon in support of this Administrative Motion to File Under Seal ("Cannon Declaration"). The information sought to be sealed has been directly designated by Defendant Arista Networks, Inc. ("Arista") or third-party Juniper Networks, Inc. ("Juniper") as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 53). Cisco does not believe the that the information so designated by Arista meets the good cause standard to be sealed. Cisco takes no position on whether the information so designated by third-party Juniper warrants sealing. Cisco has narrowly tailored its request to seal only the information so designated by Arista or Juniper as the basis for this request as articulated in the Cannon Declaration.

Cisco expects that Arista and Juniper will file the required supporting declarations in accordance with Civil Local Rule 79-5(e), as necessary, to confirm that the information contained in the above referenced document should be sealed.

## III.    CONCLUSION

Concurrently with this Motion, Cisco is filing redacted and highlighted versions of the above-referenced documents indicating the specific portions Cisco seeks to seal.

DATED: February 16, 2016                    Respectfully submitted,

*/s/ Sean S. Pak*_____

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

| | |
|---|---|
| 1 | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| 2 | |
| | Sean S. Pak (SBN 219032) |
| 3 | seanpak@quinnemanuel.com |
| | John M. Neukom (SBN 275887) |
| 4 | johnneukom@quinnemanuel.com. |
| | Matthew D. Cannon (SBN 252666) |
| 5 | matthewcannon@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & |
| 6 | SULLIVAN LLP |
| | 50 California Street, 22nd Floor |
| 7 | San Francisco, CA 94111 |
| | Telephone: (415) 875-6600 |
| 8 | Facsimile: (415) 875-6700 |
| 9 | Mark Tung (SBN 245782) |
| | marktung@quinnemanuel.com |
| 10 | QUINN EMANUEL URQUHART & |
| | SULLIVAN LLP |
| 11 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| 12 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 13 | |
| | Steven Cherny *(admission pro hac vice* |
| 14 | *pending)* |
| | steven.cherny@kirkland.com |
| 15 | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| 16 | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| 17 | Facsimile: (212) 446-4900 |
| 18 | Adam R. Alper (SBN 196834) |
| | adam.alper@kirkland.com |
| 19 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 20 | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| 21 | Facsimile: (415) 439-1500 |
| 22 | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| 23 | KIRKLAND & ELLIS LLP |
| | 333 South Hope Street |
| 24 | Los Angeles, California 90071 |
| | Telephone: (213) 680-8400 |
| 25 | Facsimile: (213) 680-8500 |
| 26 | *Attorneys for Plaintiff Cisco Systems, Inc.* |
| 27 | |
| 28 | |