| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S RESPONSE TO ARISTA'S SUPPLEMENTAL PROPOSED DISCOVERY PLAN**<br><br>**DEMAND FOR JURY TRIAL** |

**DECLARATION OF MATTHEW D. CANNON**

I, Matthew D. Cannon, declare as follows:

1.  I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.  I make this declaration in support of Cisco's Administrative Motion to File under Seal Confidential Information ("Sealing Motion") in Cisco's Response to Arista's Supplemental Proposed Discovery Plan ("Cisco's Brief").

3.  Cisco's Brief is non-dispositive. In this context, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

4.  Pursuant to Civil L.R. 79-5(e), Cisco requests to seal the documents identified herein only because the information sought to be sealed has been directly designated by either Defendant Arista Networks, Inc. ("Arista") or third-party Juniper Networks, Inc. ("Juniper") as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 53). Cisco does not believe the that the information so designated by Arista meets the good cause standard to be sealed. Cisco takes no position on whether the information so designated by third-party Juniper warrants sealing:

| Document | Portions to Be Filed Under Seal | Designator |
|---|---|---|
| Cisco's Response to Arista's Supplemental | As highlighted in yellow in the version filed herewith, portions | Arista |

| | | | |
|---|---|---|---|
| Proposed Discovery Plan ("Cisco's Brief") | of pages: 3 at lines 17-19; 6 at lines 16-18 and lines 21-25; 7 at lines 19-21. | |
| Cisco's Brief | As highlighted in blue in the version filed herewith, portions of pages: 6 at line 26 through 7 at line 2. | Juniper |
| Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 5") | Entire. | Arista |
| Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 6") | Entire. | Arista |
| Exhibit 7 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 7") | Entire. | Arista |
| Exhibit 9 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 9") | Entire. | Arista |
| Exhibit 10 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 10") | Entire. | Juniper |
| Exhibit 12 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery | Entire. | Arista |

| | | |
|---|---|---|
| Plan ("Exhibit 12") | | |
| Exhibit 13 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 13") | Entire. | Arista |
| Exhibit 14 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 14") | Entire. | Arista |
| Exhibit 15 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 15") | Entire. | Arista |
| Exhibit 17 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 17") | Entire. | Arista |

5. Cisco's Brief contains descriptions of and quotations from transcripts and exhibits to depositions designated "Highly Confidential—Attorneys' Eyes Only" by Arista. These documents are included as Exhibits 5-7, 9, 12-15, and 17 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan. Cisco does not believe the that the information so designated by Arista merits sealing. Nevertheless, Cisco has narrowly redacted those portions of its Brief containing information so designated by Arista. Specifically, Cisco has redacted the descriptions of and quotations from these Arista documents in Cisco's brief. Redacted and unredacted highlighted versions of Cisco's Brief are attached hereto.

1  6. Cisco's Brief also contains descriptions of and quotations from the transcript of a deposition designated "Highly Confidential—Attorneys' Eyes Only" by third-party Juniper.  This document is included as Exhibit 11 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan.  Cisco takes no position as to whether the information designated confidential by third-party Juniper warrants sealing.  Accordingly, Cisco has narrowly redacted only those portions of its Brief containing information so designated by Juniper.  Specifically, Cisco has redacted the description of this Juniper document in Cisco's brief.  Redacted and unredacted highlighted versions of Cisco's Brief are attached hereto.

7. Cisco will serve a copy of this declaration on Arista and Juniper the same day it is filed.  Cisco expects that Arista and Juniper will file the required supporting declarations in accordance with Civil Local Rule 79-5(e), as necessary, to confirm that the information contained in the above-referenced document should be sealed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on February 16, 2016.

*/s/ Matthew D. Cannon*
Matthew D. Cannon (Bar No. 252666)

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Matthew D. Cannon (Bar No. 252666).

                                          */s/ Sean S. Pak*
                                          Sean S. Pak (Bar No. 219032)