# EXHIBIT 14

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED