# EXHIBIT 17

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED