1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1  Cisco Systems, Inc. ("Cisco") has filed an administrative motion for an order to seal
2 certain documents filed in connection with Cisco's Response to Arista's Supplemental Proposed
3 Discovery Plan.
4  Having considered Cisco's motion, and good cause having been shown, the Court
5 GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Response to Arista's Supplemental Proposed Discovery Plan ("Cisco's Brief") | As highlighted in yellow in the version filed herewith, portions of pages: 3 at lines 17-19; 6 at lines 16-18 and lines 21-25; 7 at lines 19-21. |
| Cisco's Brief | As highlighted in blue in the version filed herewith, portions of pages: 6 at line 26 through 7 at line 2. |
| Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 5") | Entire. |
| Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 6") | Entire. |
| Exhibit 7 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 7") | Entire. |
| Exhibit 9 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 9") | Entire. |
| Exhibit 10 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 10") | Entire. |
| Exhibit 12 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery | Entire. |

| | |
|---|---|
| Plan ("Exhibit 12") | |
| Exhibit 13 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 13") | Entire. |
| Exhibit 14 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 14") | Entire. |
| Exhibit 15 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 15") | Entire. |
| Exhibit 17 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 17") | Entire. |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             The Honorable Beth Labson Freeman
                                                  United States District Judge