Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California    94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>     Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>     Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF MATTHEW D. CANNON IN SUPPORT OF CISCO'S RESPONSE TO ARISTA'S PROPOSED SUPPLEMENTAL DISCOVERY PLAN** |

I, Matthew D. Cannon, hereby declare as follows:

1.     I am an Associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc.    I submit this declaration in support of Cisco's Opposition to Arista's Motion for Leave to Amend Response to Add Counterclaims.    I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2.     Attached hereto as Exhibit  1  is a true and correct copy of excerpts of the transcript of the deposition of Kirk Lougheed taken in this matter on November 20, 2015.

3.     Attached hereto as Exhibit  2  is a true and correct copy of excerpts of the transcript of the deposition of Anthony J. Li taken in this matter on February 1, 2016.

4.     Attached hereto as Exhibit  3  is a true and correct copy of excerpts of the transcript of the deposition Abhay Roy taken in this matter on December 18, 2015.

5.     Attached hereto as Exhibit  4  is a true and correct copy of excerpts of the transcript of the deposition Tong Liu taken in this matter on January 15, 2016.

6.     Attached hereto as Exhibit  5  is a true and correct copy of excerpts of the transcript of the deposition Lincoln Dale taken in this matter on January 21, 2016.

7.     Attached hereto as Exhibit  6  is a true and correct copy of excerpts of the transcript of the deposition Adam Sweeney taken in this matter on January 29, 2016.

8.     Attached hereto as Exhibit  7  is a true and correct copy of excerpts of the transcript of the deposition Kenneth Duda taken in this matter on February 12, 2016.

9.     Attached hereto as Exhibit  8  is a true and correct copy of exhibit 123 to the deposition of Adam Sweeney taken in this matter on January 29, 2016, a document produced by Cisco in this matter bearing Bates numbers beginning CSI-CLI-00608716 through 719.

10.     Attached hereto as Exhibit  9  is a true and correct copy of excerpts of the transcript of the deposition of Mark Foss taken in this matter on February 4, 2016.

11.     Attached hereto as Exhibit  10  is a true and correct copy of excerpts of the rough transcript of the deposition of Philip Shafer, PMK for Juniper Networks, Inc. taken in this matter on February 12, 2016.

12.    Attached hereto as Exhibit  11  is an annotated excerpt of a true and correct copy of exhibit 106 to the deposition of Lincoln Dale taken in this matter on January 21, 2016, a document produced by Cisco in this matter bearing Bates numbers beginning CSI-CLI-01715053.

13.    Attached hereto as Exhibit  12  is a true and correct copy of exhibit 109 to the deposition of Lincoln Dale taken in this matter on January 21, 2016, a document produced by Arista in this matter bearing Bates numbers ARISTANDCA10170420 through 421.

14.    Attached hereto as Exhibit  13  is a true and correct copy of exhibit 121 to the deposition of Adam Sweeney taken in this matter on January 29, 2016, a document produced by Arista in this matter bearing Bates number ARISTANDCA10549782.

15.    Attached hereto as Exhibit  14  is a true and correct copy of exhibit 122 to the deposition of Adam Sweeney taken in this matter on January 29, 2016, a document produced by Arista in this matter bearing Bates numbers ARISTANDCA10446381 through 382.

16.    Attached hereto as Exhibit  15  is an annotated true and correct copy of exhibit 124 to the deposition of Adam Sweeney taken in this matter on January 29, 2016, a document produced by Arista in this matter bearing Bates numbers ANI-ITC-944_945-0962624 through 630.

17.    Attached hereto as Exhibit  16  is a true and correct copy of Arista's Notice of Rule 30(b)(6) Deposition of Cisco dated January 19, 2016.

18.    Attached hereto as Exhibit  17  is a true and correct copy of exhibit 269 to the deposition of Kenneth Duda taken in this matter on February 12, 2016, a document produced by Arista in this matter bearing Bates numbers ARISTANDCA10499890 through 894.

I declare under penalty of perjury that the foregoing is true and correct.    Executed on February 16, 2016, in Berkeley, California.

By  _/s/ Matthew D. Cannon_____
       Matthew D. Cannon

1

## **SIGNATURE ATTESTATION**

2          Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that

3    concurrence in the filing of this document has been obtained from the signatory indicated by the

4    "conformed" signature (/s/) of registered ECF User Matthew D. Cannon (Bar No. 252666).

5

6

7                                              */s/ Sean S. Pak*
                                        _____
                                         Sean S. Pak (Bar No. 219032)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CANNON DECLARATION IN SUPPORT OF RESPONSE TO DISCOVERY PLAN
Case No. 5:14-cv-05344-BLF