# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,       )
                                )
 6             Plaintiff,       )
                                ) Case No.
 7       vs.                    ) 5:14-cv-05344-BLF (PSG)
                                )
 8   ARISTA NETWORKS, INC.,     )
                                )
 9             Defendant.       )
     _____)
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14
15      VIDEOTAPED DEPOSITION OF KIRK LOUGHEED
16              Palo Alto, California
17           Friday, November 20, 2015
18                   Volume I
19
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 2187110
25   Pages 1 - 189
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,      )
                               )
 6              Plaintiff,     )
                               ) Case No.
 7        vs.                  ) 5:14-cv-05344-BLF (PSG)
                               )
 8   ARISTA NETWORKS, INC.,    )
                               )
 9              Defendant.     )
     _____)
10
11
12
13
14
15
16           VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
17   Volume I, taken on behalf of Defendant, at
18   650 Page Mill Road, Palo Alto, California, beginning
19   at 9:19 a.m., and ending at 6:15 p.m., on Friday,
20   November 20, 2015, before CARLA SOARES, Certified
21   Shorthand Reporter No. 5908.
22
23
24
25
```

| | | |
|---|---|---|
| 1 | Van Nest representing the defendant Arista Networks. | 09:20:06 |
| 2 |     MR. WONG:  Ryan Wong from Keker & Van Nest | |
| 3 | representing Arista Networks. | |
| 4 |     MR. NEUKOM:  John Neukom representing | |
| 5 | Cisco and also the witness. | 09:20:16 |
| 6 |     MR. SIMMONS:  Joshua Simmons from Kirkland | |
| 7 | & Ellis representing Cisco and the witness. | |
| 8 |     THE VIDEO OPERATOR:  Thank you. | |
| 9 |     Will the certified court reporter please | |
| 10 | swear in the witness. | 09:20:23 |
| 11 |         KIRK LOUGHEED, | |
| 12 | having been administered an oath, was examined and | |
| 13 | testified as follows: | |
| 14 |     THE VIDEO OPERATOR:  Thank you. | |
| 15 |     Counsel? | 09:20:34 |
| 16 |         EXAMINATION | |
| 17 | BY MR. FERRALL: | |
| 18 |   Q  Please state your full name. | |
| 19 |   A  Kirk Stewart Lougheed. | |
| 20 |   Q  What's your address, Mr. Lougheed? | 09:20:39 |
| 21 |   A  My personal address? | |
| 22 |   Q  Yes, please. | |
| 23 |   A  18691 Casablanca Lane in Saratoga. | |
| 24 |   Q  Have you ever sat for a deposition before? | |
| 25 |   A  Once. | 09:20:55 |

Page 10

```
 1   BY MR. FERRALL:                                          15:38:30

 2        Q   Okay.  IBM didn't ask you for permission,

 3   either, correct?

 4        A   No.

 5        Q   One of the CLI terms in this case is the        15:39:20

 6   term "IP address."

 7            Are you familiar with that?

 8        A   I'm familiar with the command expression

 9   "IP address."

10        Q   Did you come up with the phrase "IP             15:39:33

11   address"?

12        A   When Cisco came out of Stanford, we were

13   shipping an IP -- an Internet protocol only router.

14   And there was a command "address" that took some

15   arguments.                                               15:40:12

16            And after -- after a while, we started

17   adding other protocols to the software.  The first

18   one was "DECnet."  And since "address" was already

19   taken to refer to IP functionality, Internet

20   protocol functionality, we came up with "DECnet        15:40:44

21   address," and then had a DECnet address after it.

22            That "DECnet address" command could have

23   very well have said "address," and then DECnet

24   addresses look different than IP addresses, and we

25   could have had the software figure out which type of    15:41:11
```

Page 129

```
 1    address we were referring to.  But we chose "DECnet        15:41:13
 2    address."
 3           It became clear that much more -- that we
 4    were becoming a multi-protocol router.  We were
 5    adding other protocols into the box, into the          15:41:27
 6    software.
 7           And I had -- I value -- I value the
 8    aesthetic of having a symmetric-looking command line
 9    expression, symmetric hierarchy.  It was clear we
10    were heading towards a hierarchy.                       15:41:52
11           So at some point after DECnet and perhaps
12    a few other protocols to make things look very
13    similar, we started prefacing our IP-only commands
14    with "IP."  And that gave a very -- what I thought
15    was a very elegant, symmetric, elegant way of           15:42:16
16    referring to different protocols within a
17    multi-protocol router.
18           So that is the history of the "IP address"
19    command.
20       Q   Okay.  My question was simpler.  I              15:42:36
21    appreciate that answer.  But my question was a
22    little simpler than that, but let me ask it a
23    different way.
24           You had heard of the term "IP address"
25    before you joined Cisco, hadn't you?                    15:42:51
```

Page 130

1  MR. NEUKOM: Objection. Vague and asked    15:42:59

2  and answered.

3  THE WITNESS: I suppose I had. When one

4  is talking about different networking protocols, one

5  needs to clarify which networking protocol one is    15:43:10

6  talking about. So it was probably terminology that

7  was in the air.

8  BY MR. FERRALL:

9  Q  Does the same go for "IP host," also? You

10 had heard that before you joined Cisco?    15:43:29

11 MR. NEUKOM: Objection. Misstates prior

12 testimony.

13 THE WITNESS: The original form of the

14 "host" command was just "host command." It was

15 another one that had to distinguish, in a    15:43:41

16 multi-protocol world, in a multi-protocol piece of

17 software, what you were talking about.

18 It would have looked very odd in a

19 multi-protocol router that there was one protocol

20 that wasn't prefaced by a -- some descriptive    15:44:03

21 keyword.

22 BY MR. FERRALL:

23 Q  Following up on that, the purpose of your

24 use of "IP" as the first keyword in that command "IP

25 host" was to distinguish the protocol that it's    15:44:33

Page 131

Veritext Legal Solutions
866 299-5127

```
 1   referring to?                                          15:44:36

 2       A    That was the aesthetic choice I made.

 3            MR. NEUKOM:  Objection.  Mischaracterizes

 4   prior testimony.

 5            THE WITNESS:  There were many possible        15:44:49

 6   ways of doing it.  As I indicated, I could perhaps

 7   take a look at an address and then infer what it

 8   was.  But that was not the choice that I made at the

 9   time.

10   BY MR. FERRALL:                                        15:45:07

11       Q    What were the alternative commands that

12   you considered for "IP host"?

13       A    "Name."  "Name" was certainly one of the

14   possible candidates.  "Network system" or

15   "system" -- there are many, many words that one       15:45:51

16   could use to refer to all sorts of different things.

17       Q    Okay.  But now you're talking about

18   alternatives for the word "host," right?

19       A    Um-hum.

20       Q    Okay.  You didn't -- you're not the first    15:46:08

21   one to use the word "host," are you?

22       A    No.

23       Q    I mean, "host" had been used for -- well

24   before you joined Cisco to refer to a computer host.

25   It's a conventional term, right?                      15:46:29
```