# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS,       )
 6   INC.,                )
 7        Plaintiff,      )
 8           vs.          ) No. 5:14-cv-05344-BlF (PSG)
 9   ARISTA NETWORKS,     )
10   INC.,                )
11        Defendant.      )
12   _____
13    CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
14
15         VIDEOTAPED DEPOSITION OF ANTHONY J. LI
16                     Palo Alto, CA
17                Monday, February 1, 2016
18                        Volume I
19
20
21   Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR
22   CSR No. 11661
23   JOB No. 2224600
24
25   PAGES 1-258
```

Page 1

```
 1                 UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS,      )
 6   INC.,               )
 7        Plaintiff,     )
 8            vs.        ) No. 5:14-cv-05344-BlF (PSG)
 9   ARISTA NETWORKS,    )
10   INC.,               )
11        Defendant.     )
12   _____
13
14
15           CONFIDENTIAL INFORMATION UNDER THE
16   PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J. LI
17   taken on behalf of Defendant at WILSON, SONSINI,
18   GOODRICH & ROSATI, 601 South California Avenue,
19   Palo Alto, CA 94304, beginning at 9:13 a.m. and
20   ending at 4:17 p.m. on Monday, February 1, 2016,
21   before Susan F. Magee, RPR, CCRR, CLR, Certified
22   Shorthand Reporter No. 11661.
23
24
25
```

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  for defendant Arista Networks.

2         MR. FERRALL:  Brian Ferrall, Keker & Van

3  Nest, also for Arista.

4         MR. PAK:  Sean Pak of Quinn for Cisco.

5         THE VIDEOGRAPHER:  Thank you.                  09:15:16

6         Will the court reporter please swear in the

7  witness.

8

9                    ANTHONY J. LI,

10 having been administered an oath, was examined and   09:15:19

11 testified as follows:

12

13                EXAMINATION BY MR. WONG

14

15     Q.  Good morning, Mr. Li.                         09:15:29

16     A.  Good morning.

17     Q.  Please state your full name.

18     A.  Anthony Joseph Li.

19     Q.  Do you live in the Bay Area, Mr. Li?

20     A.  I do.                                         09:15:36

21     Q.  Please state your home address.

22     A.  1218 Thurston Avenue, Los Altos, California

23 94024.

24     Q.  Mr. Li, do you understand that are you

25 testifying here in response to a subpoena in this     09:15:46

Page 9

```
 1        Q.  Do you believe you are the originator of
 2   the commands listed on Exhibit 149?
 3        A.  I have no direct recollection of many of
 4   these commands; however, it certainly seems
 5   possible.  I was the originator of many commands      02:18:52
 6   during my tenure at Cisco, and none of these seem
 7   unthinkable.  I would -- on some of them I have some
 8   concerns, so I would love to see the specific code
 9   diff that was suggested because I certainly don't
10   recognize some of them.                               02:19:10
11        Q.  Which of the commands don't you recognize?
12        A.  The "show snmp view," I don't remember
13   doing that.  I could have.  I don't dispute that,
14   but I certainly don't remember it.
15            Some of the other ones, the                  02:19:28
16   "default-information originate (OSPF)," that
17   seems -- it's possible, but that seems less likely.
18        Q.  And are there any other commands where you
19   have doubts as to whether you contributed?
20        A.  The other OSPF ones.                         02:19:46
21        Q.  And why do you have doubts about whether
22   you contributed the two OSPF commands?
23        A.  I didn't spend a lot of time working in
24   OSPF directly.  Now, that said, I also did spend a
25   lot of time going around and cleaning up other        02:20:01
```

Page 172

```
 1   people's CLI commands; so I could have easily done
 2   it and forgotten about it.
 3       Q.  And when you went around cleaning up other
 4   people's CLI commands, what do you mean by "cleaning
 5   up"?                                                      02:20:11
 6       A.  I would change the syntax, the
 7   implementation, some of the semantics to try to make
 8   it more regular and consistent with the remainder of
 9   the Cisco CLI.
10       Q.  But you would -- to what extent would you        02:20:23
11   use what the prior creator of the command proposed?
12       A.  So frequently if I was cleaning it up, I
13   wouldn't use very much of it at all.  I would
14   endeavor to do what was consistent with the rest of
15   the CLI first.                                           02:20:38
16       Q.  Looking at the list in 149, to what extent,
17   if at all, did any of the commands or portions of
18   the commands originate from collaboration with
19   individuals outside of Cisco?
20       A.  Certainly much of the work on peer groups,      02:20:55
21   that was encouraged by customers.  "Load-sharing"
22   was definitely prodded by customers.
23   "Maximum-paths" changes would have been a feature
24   request from a customer.
25           So almost everything would have been at         02:21:24
```

Page 173

```
 1        A.   I believe at least IDR BGP.
 2        Q.   And do you recall whether -- can you say
 3   his name one more time.
 4        A.   Dimitry Haskin.
 5        Q.   Haskin.  Do you recall whether Mr. Haskin      02:58:17
 6   on behalf of Wellfleet was proposing a GUI interface
 7   for the BGP functionality at the time?
 8        A.   So he was not proposing any interface
 9   inside the IETF because the IETF doesn't worry about
10   that level.                                              02:58:33
11        Q.   Right.  Can you explain that some more.
12   Why is it that the IETF does not worry about the
13   level of defining user interfaces?
14             MR. WONG:  Objection.  Vague.
15             THE WITNESS:  Well, at least at the time       02:58:44
16   the IETF was more concerned about direct
17   interoperability at the protocol level because that
18   was what was really required.  IETF did not concern
19   itself with -- and at the time, I want to be careful
20   and qualify that because it has changed -- but the       02:59:00
21   IETF did not concern itself with user interfaces,
22   APIs and implementation details.
23             BY MR. PAK:  Q.  Counsel for Arista showed
24   you a number of older IETF documents during today's
25   deposition.                                              02:59:17
```

Page 202

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1           Do you recall that?

2       A.  Mm-hmm.

3       Q.  Do you recall whether any of these IETF

4  standards documents mandated a particular type of

5  CLI interface in order to qualify as an                    02:59:25

6  IETF-complaint device?

7       A.  I'm not aware of any of these that have.

8       Q.  And looking at the specific list of

9  commands that were identified, I believe, in

10 Exhibit 149.                                               02:59:43

11      A.  Yes.

12      Q.  Are you aware, sitting here today, of any

13 IETF or OSI industry standard document that requires

14 these specific CLI commands to be used in order to

15 comply with an IETF or OSI standard?                       03:00:11

16      A.  So I am unaware for any specific

17 requirement for exactly these commands.  Trying to

18 do something that referred to BGP peer groups

19 without using the word "peer group" or "BGP" would

20 have been very difficult.                                  03:00:29

21      Q.  And we'll explore some of those.

22          But just, sitting here today, are you aware

23 of any specific IETF or OSI standards document that

24 mandates the use of any of the CLI commands in

25 Exhibit 149 in order the comply with that standard?        03:00:45

Page 203

```
 1        A.   No.
 2        Q.   One of the things that you mentioned that
 3   you did at Procket was, I believe, take a different
 4   approach to BGP functionality in terms of CLI
 5   network interface; is that true?                        03:01:02
 6        A.   No.  Again, we tried to be bug-for-bug
 7   compatible with a couple of exceptions.
 8        Q.   I thought you mentioned something about
 9   doing something different with respect to peer
10   groups?                                                 03:01:12
11        A.   Correct.
12        Q.   Okay.  Can you explain what you did that?
13        A.   I don't remember the details, but there
14   were several sections.  Again, this is one of the
15   exceptions where customers found that the Cisco        03:01:20
16   implementation was not to their liking, and they
17   requested some small changes, and we just did what
18   they asked for rather than what Cisco had done.
19        Q.   And if you could pull up, I believe,
20   Exhibit 147 which is one of the Procket documents,    03:01:41
21   as well as 146 and 148 I believe are the
22   documents that were -- or 145 were the documents
23   that were given to you --
24        A.   Okay.
25        Q.   -- relating to your work at Procket.        03:01:54
```

Page 204