# EXHIBIT 3

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   _____
                                    )
 6   CISCO SYSTEMS, INC.,           )
 7          Plaintiff,              )
 8       vs.                        ) Case No.:
                                    ) 5:14-cv-05344-BLF(PSG)
 9   ARISTA NETWORKS, INC.,         )
                                    )
10          Defendant.              )
     _____)
11
12
13       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL
14           VIDEOTAPED DEPOSITION OF ABHAY ROY
15                  Palo Alto, California
16              Friday, December 18, 2015
17                       Volume 1
18
19
20
21   Reported by:
22   RACHEL FERRIER
23   CSR No. 6948
24   Job No. 2200521
25   PAGES 1 - 232
```

Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5   _____
                                    )
 6   CISCO SYSTEMS, INC.,           )
                                    )
 7            Plaintiff,            )
                                    )
 8        vs.                       ) Case No.:
                                    ) 5:14-cv-05344-BLF(PSG)
 9   ARISTA NETWORKS, INC.,         )
                                    )
10            Defendant.            )
     _____)
11
12
13        VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME 1,
14   taken on behalf of the Defendant, at Wilson Sonsini
15   Goodrich & Rosati, 601 California Avenue, Palo Alto,
16   California, beginning at 9:30 a.m. and ending at
17   4:47 p.m. on Friday, December 18, 2015, before
18   RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | beginning with the noticing attorney, if you could just | 09:31AM |
| 2 | introduce yourselves. | 09:31AM |
| 3 |     MR. SILBERT:  David Silbert, Keker & Van Nest, on | 09:31AM |
| 4 | behalf of Arista. | 09:31AM |
| 5 |     MS. McCLOSKEY:  Elizabeth McCloskey on behalf of | 09:31AM |
| 6 | Defendant Arista. | 09:32AM |
| 7 |     MR. NEUKOM:  John Neukom for Cisco and for the | 09:32AM |
| 8 | witness, and with me today is Sydney Archibald. | 09:32AM |
| 9 |     THE VIDEOGRAPHER:  Thank you. | 09:32AM |
| 10 |     The witness will be sworn in and counsel may | 09:32AM |
| 11 | begin the examination. | 09:32AM |
| 12 |     ABHAY ROY, | 09:32AM |
| 13 | having been administered an oath, was examined and | 09:32AM |
| 14 | testified as follows: | 09:32AM |
| 15 |     THE WITNESS:  Yes. | 09:32AM |
| 16 |     EXAMINATION | 09:32AM |
| 17 | BY MR. SILBERT: | 09:32AM |
| 18 |   Q  Good morning, Mr. Roy.  We met briefly off the | 09:32AM |
| 19 | record, but let me just introduce myself again. | 09:32AM |
| 20 |     My name is David Silbert, and I'm one of the | 09:32AM |
| 21 | attorneys who represents Arista in the -- in this | 09:32AM |
| 22 | lawsuit. | 09:32AM |
| 23 |     Have you ever been deposed before? | 09:32AM |
| 24 |   A  No. | 09:32AM |
| 25 |   Q  Have you had an opportunity to talk to your | 09:32AM |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | you have" -- | 10:03AM |
| 2 | A    And -- yes.  And then you have the | 10:03AM |
| 3 | "bfd all-interfaces" command with or without any | 10:03AM |
| 4 | options, which I don't remember if there are any, and | 10:03AM |
| 5 | that's how you would configure that. | 10:03AM |
| 6 | Q    Okay.  Why don't you put this heavy document | 10:03AM |
| 7 | aside. | 10:03AM |
| 8 |      You said earlier that there have been times at | 10:03AM |
| 9 | Cisco where your responsibilities included naming CLI | 10:03AM |
| 10 | commands that would be used for certain features? | 10:03AM |
| 11 | A    Yes. | 10:04AM |
| 12 | Q    When did you first do that? | 10:04AM |
| 13 | A    Again, I can't tell you exact date, but, I mean, | 10:04AM |
| 14 | that's part of a software engineer.  You are | 10:04AM |
| 15 | implementing CLIs for any features your customers | 10:04AM |
| 16 | request.  So I would guess it's as early as '96, when I | 10:04AM |
| 17 | joined. | 10:04AM |
| 18 | Q    Have you applied any guidelines when naming CLI | 10:04AM |
| 19 | commands? | 10:04AM |
| 20 |      MR. NEUKOM:  Objection; vague and compound. | 10:04AM |
| 21 |      THE WITNESS:  So CLI commands are -- I mean, some | 10:04AM |
| 22 | people will say this is one of the heart of a | 10:04AM |
| 23 | functionality when you are trying to design a new | 10:04AM |
| 24 | feature, because that is how a customer consumes it. | 10:04AM |
| 25 |      There is a lot which goes into designing a CLI. | 10:04AM |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | First part is a engineer comes up with their thought; | 10:04AM |
| 2 | that I think this might be the right way to express it. | 10:04AM |
| 3 | Then their peers critique it.  There is some level of | 10:05AM |
| 4 | discussion around that.  And then earlier, also I | 10:05AM |
| 5 | mentioned, there is a governance body, parser police, | 10:05AM |
| 6 | which further critiques it and ensures this has the | 10:05AM |
| 7 | higher architectural thought so that it's done in the | 10:05AM |
| 8 | right way which makes sense for the overall software to | 10:05AM |
| 9 | sort of take that CLI. | 10:05AM |
| 10 | So it's -- it's quite complex process.  It's not | 10:05AM |
| 11 | something which I, as engineer, can just design and | 10:05AM |
| 12 | write and ship.  There is -- there is a bunch of other | 10:05AM |
| 13 | writing that happens before we finalize and ship this. | 10:05AM |
| 14 | BY MR. SILBERT: | 10:05AM |
| 15 | Q   Okay.  And thank you for that description of the | 10:05AM |
| 16 | process. | 10:05AM |
| 17 | My question is:  When you are coming up with an | 10:05AM |
| 18 | actual name of a command, are there any guidelines you | 10:05AM |
| 19 | have used to determine what that name should be? | 10:05AM |
| 20 | MR. NEUKOM:  Objection; asked and answered, vague | 10:05AM |
| 21 | and compound. | 10:05AM |
| 22 | THE WITNESS:  So talking about me, personally, | 10:06AM |
| 23 | every engineer thinks they are the rock star, right?  So | 10:06AM |
| 24 | they come up with their own version of what they would | 10:06AM |
| 25 | like to put in their CLI.  It may not see the light of | 10:06AM |

Page 34

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the day because there is other people who will block you | 10:06AM |
| 2 | in and tell you that you are not thinking the right way, | 10:06AM |
| 3 | and this is how IOS is organized, and this is how you | 10:06AM |
| 4 | should build and construct a CLI.  So sometimes your | 10:06AM |
| 5 | ideas do move forward, and sometimes it gets tweaked, | 10:06AM |
| 6 | changed, massaged before it sees the light of the day. | 10:06AM |
| 7 | BY MR. SILBERT: | 10:06AM |
| 8 |     Q   Again, I appreciate your description of the | 10:06AM |
| 9 | process that's involved in coming up with a name, but my | 10:06AM |
| 10 | question is directed to the substance of what the name | 10:06AM |
| 11 | is. | 10:06AM |
| 12 |         Are there any guidelines that you, personally, | 10:06AM |
| 13 | have used when naming commands to try to pick a name? | 10:06AM |
| 14 |         MR. NEUKOM:  Objection; asked and answered, vague | 10:07AM |
| 15 | and compound. | 10:07AM |
| 16 |         THE WITNESS:  So there are no specific guidelines | 10:07AM |
| 17 | per se.  There is no written book or manual that this is | 10:07AM |
| 18 | how thou shall implement CLIs, right? | 10:07AM |
| 19 |         And that's why I was saying earlier, every | 10:07AM |
| 20 | engineer thinks, if I call it whatever name, that's the | 10:07AM |
| 21 | best way to do it, right?  And every person tries to do | 10:07AM |
| 22 | it that way.  It may not end up that way as I described | 10:07AM |
| 23 | in the process earlier. | 10:07AM |
| 24 | BY MR. SILBERT: | 10:07AM |
| 25 |     Q   When you have named CLI commands, did you try to | 10:07AM |

Veritext Legal Solutions
866 299-5127

```
1    pick commands that will be self-explanatory to people in      10:07AM
2    the industry?                                                 10:07AM
3         MR. NEUKOM:  Objection; calls for opinion                10:07AM
4    testimony and vague and compound.                             10:07AM
5         THE WITNESS:  So CLIs, when -- when I have               10:07AM
6    designed, I have tried to put it the way I like it.           10:07AM
7    And, again, this is engineers' opinion on what they like      10:08AM
8    to do, and -- and they try to do CLI in -- in their way.      10:08AM
9         Now, as I became seasoned -- and that's typically        10:08AM
10   with all engineers -- then you know sort of bigger,           10:08AM
11   broader ecosystem, and then you try to align yourself         10:08AM
12   with the overall flow, and your choices are more in line      10:08AM
13   to what others have done in the past, "others" in the         10:08AM
14   sense, in IOS, what other developers have done.  So if        10:08AM
15   I'm IOS protocol developer, I'm now looking at what --        10:08AM
16        (Reporter clarification.)                                10:08AM
17        THE WITNESS:  -- IS-IS developers are doing or            10:08AM
18   what BGP developers are doing.  These are some of the         10:08AM
19   routing protocols, and these teams work very closely          10:08AM
20   together.                                                     10:08AM
21        So as -- as -- as you grow more seasoned, you are        10:08AM
22   looking at sort of bigger ecosystem how these things are      10:08AM
23   done, how these things are aligned, and you come up with      10:09AM
24   better choices at the time.                                   10:09AM
25   BY MR. SILBERT:                                               10:09AM
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
1      Q    And has one of your goals coming up with better          10:09AM
2    choices been to pick commands that will be                      10:09AM
3    self-explanatory to the users of those commands?                10:09AM
4          MR. NEUKOM:  Objection; asked and answered, vague         10:09AM
5    and compound, calls for opinion.                                10:09AM
6          THE WITNESS:  So the real -- real focus is on             10:09AM
7    broader elegance of how the parse trees or how the              10:09AM
8    commands are structured and how this all comes together,        10:09AM
9    and focus is more on that.  How the user sees it is             10:09AM
10   probably not that front and center.  It's more important        10:09AM
11   to be more aligned or more architecturally correct in           10:09AM
12   what you are trying to do.                                      10:09AM
13   BY MR. SILBERT:                                                 10:09AM
14     Q    So your testimony is that when naming CLI                10:09AM
15   commands, you have not tried to pick names that would be        10:09AM
16   self-explanatory to the users of those commands?                10:09AM
17         MR. NEUKOM:  Objection; grossly misstates prior           10:09AM
18   testimony, vague and compound and asked and answered.           10:10AM
19         THE WITNESS:  You can't read user's mind.  You            10:10AM
20   have no idea what they want, right?  You don't know             10:10AM
21   what -- what will make them happy, what they are                10:10AM
22   thinking.  So that part of the house, you actually don't        10:10AM
23   have much anyways, right?  You -- as engineer, you look         10:10AM
24   at a document and a spec and you say, I have been asked         10:10AM
25   to implement this.  What is the best I can?                     10:10AM
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | So your first instinct is what you think should | 10:10AM |
| 2 | be the right command, and as -- as you get more mature | 10:10AM |
| 3 | and seasoned, you sort of build from what else is in the | 10:10AM |
| 4 | ecosystem to make sure that this was perfect with the | 10:10AM |
| 5 | choices you make. | 10:10AM |
| 6 | So I think I answered that before.  This is your | 10:10AM |
| 7 | prime thinking going on. | 10:10AM |
| 8 | BY MR. SILBERT: | 10:10AM |
| 9 | Q   Okay.  My question is really pretty simple. | 10:10AM |
| 10 | I just want to know:  Was it or was it not one of | 10:10AM |
| 11 | your goals, when naming CLI commands, to use commands | 10:10AM |
| 12 | that would be self-explanatory to the people who had | 10:11AM |
| 13 | used the commands? | 10:11AM |
| 14 | MR. NEUKOM:  Objection; asked and answered, vague | 10:11AM |
| 15 | and compound. | 10:11AM |
| 16 | THE WITNESS:  Yeah, no, that's not a specific | 10:11AM |
| 17 | goal. | 10:11AM |
| 18 | BY MR. SILBERT: | 10:11AM |
| 19 | Q   Okay.  When naming CLI commands, did you try to | 10:11AM |
| 20 | pick names that would be familiar to people in the | 10:11AM |
| 21 | industry? | 10:11AM |
| 22 | MR. NEUKOM:  Objection; vague and compound. | 10:11AM |
| 23 | THE WITNESS:  So choice of CLI -- I think we have | 10:11AM |
| 24 | answered this several ways, but choice of CLI commands, | 10:11AM |
| 25 | as I said, is -- is more related to what else is around | 10:11AM |

Veritext Legal Solutions
866 299-5127

|   |   |   |
|---|---|---|
| 1 | rather than what might be familiar to people outside | 10:11AM |
| 2 | either in the industry or the customers. | 10:11AM |
| 3 | BY MR. SILBERT: | 10:11AM |
| 4 | Q   Okay.  So in other words, it -- when -- it was | 10:11AM |
| 5 | not one of your goals, when naming CLI commands, to pick | 10:11AM |
| 6 | names that would be familiar to people in the industry? | 10:11AM |
| 7 |         MR. NEUKOM:  Objection; asked and answered. | 10:12AM |
| 8 |         THE WITNESS:  I would say that's not -- that's | 10:12AM |
| 9 | not the prime goal. | 10:12AM |
| 10 | BY MR. SILBERT: | 10:12AM |
| 11 | Q   Was it a goal? | 10:12AM |
| 12 | A   I mean, there is always a variety of | 10:12AM |
| 13 | considerations where you are designing something, right? | 10:12AM |
| 14 | And there is prime goals and then there are other subset | 10:12AM |
| 15 | of goals.  The prime goal is really what I want to do, | 10:12AM |
| 16 | right?  That's -- as an engineer, basically, this is | 10:12AM |
| 17 | what I want the CLI to be, and the next, as I was | 10:12AM |
| 18 | saying, is what others are trying to do by example of | 10:12AM |
| 19 | IS-IS or BGP. | 10:12AM |
| 20 |     Let's say -- let's say there is a command which | 10:12AM |
| 21 | is already existing in BGP.  It's using a certain | 10:12AM |
| 22 | command syntax.  I'll be more inclined to use that | 10:12AM |
| 23 | because I want to make sure that we are -- we are | 10:12AM |
| 24 | looking like one Cisco when we go out, so the commands | 10:12AM |
| 25 | will look very similar, and that's the internal | 10:12AM |

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | alignment -- that's the internal elegance we go after. | 10:12AM |
| 2 |     Q   Okay.  My question is:  Was it a goal of yours, | 10:13AM |
| 3 | when naming CLI commands, to pick names that would be | 10:13AM |
| 4 | familiar to people in the industry? | 10:13AM |
| 5 |        MR. NEUKOM:  Objection; asked and answered -- | 10:13AM |
| 6 |        THE WITNESS:  It's -- it's -- | 10:13AM |
| 7 |        MR. NEUKOM:  -- vague and compound. | 10:13AM |
| 8 |        THE WITNESS:  -- it's not explicit goal. | 10:13AM |
| 9 |        MR. SILBERT:  Okay. | 10:13AM |
| 10 |        (Exhibit 53 was marked for | 10:13AM |
| 11 |        identification by the Court Reporter.) | 10:13AM |
| 12 | BY MR. SILBERT: | 10:13AM |
| 13 |     Q   Mr. Roy, would you please look at Exhibit 53 and | 10:13AM |
| 14 | tell me if you recognize it? | 10:13AM |
| 15 |        MR. NEUKOM:  While the witness is looking at the | 10:14AM |
| 16 | document, on behalf of Mr. Roy, he reserves his right to | 10:14AM |
| 17 | review and prepare errata for the transcript after | 10:14AM |
| 18 | today. | 10:15AM |
| 19 |        MR. SILBERT:  I'm sure he does. | 10:15AM |
| 20 |        MR. NEUKOM:  Pardon me? | 10:15AM |
| 21 |        MR. SILBERT:  I said, I'm sure he does. | 10:15AM |
| 22 |        THE VIDEOGRAPHER:  Going off the record, the time | 10:15AM |
| 23 | is 10:15. | 10:15AM |
| 24 |        (Recess taken.) | 10:23AM |
| 25 |        THE VIDEOGRAPHER:  Back on the record, the time | 10:23AM |

Veritext Legal Solutions
866 299-5127