# EXHIBIT 4

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,

6              Plaintiff,

7    vs.                        No. 5:14-cv-05344-BLF(PSG)

8    ARISTA NETWORKS, INC.,

9              Defendant.
     _____/

10

11

12    CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

13

14        VIDEOTAPED DEPOSITION OF TONG LIU

15           FRIDAY, JANUARY 15, 2016

16             PALO ALTO, CALIFORNIA

17

18

19

20

21   Reported by:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23   CSR LICENSE NO. 9830

24   JOB NO. 2211574

25   Pages 1 - 215
```

Page 1

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS, INC.,

 6              Plaintiff,

 7   vs.                    No. 5:14-cv-05344-BLF(PSG)

 8   ARISTA NETWORKS, INC.,

 9              Defendant.
     _____/

10

11

12

13

14       Videotaped Deposition of Tong Liu, taken on

15    Friday, January 15, 2016, pursuant to notice, on

16    behalf of the Defendants, at 610 Page Mill Road,

17    Palo Alto, California before me, ANDREA M. IGNACIO,

18    CSR, RPR, CRR, CCRR, CLR ~ CSR License No. 9830

19

20

21

22

23

24

25
```

Page 2

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1   way.
 2          If there are any objections to proceeding,
 3   please state them at the time of your appearance.
 4          And if you would please state your
 5   appearances.
 6          MR. WONG:  Ryan Wong from Keker & Van Nest
 7   for defendant Arista Networks.
 8          MR. PAK:  Sean Pak of Quinn Emanuel,
 9   representing Cisco and the witness.
10          THE VIDEOGRAPHER:  Thank you.
11          If the court reporter would please swear the
12   witness, we can begin.
13
14                       TONG LIU,
15              having been sworn as a witness
16           by the Certified Shorthand Reporter,
17                  testified as follows:
18
19                      EXAMINATION
20   BY MR. WONG:
21       Q   Good morning, Ms. Liu.
22       A   Good morning.
23       Q   Please state your full name for the record.
24       A   Tong Liu.
25       Q   Do you go by any other names, Ms. Liu?
```

Page 7

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    Cisco, that other vendors used Cisco-like or iOS-like

2    command line interfaces?

3           MR. PAK:  Objection; hearsay; incomplete

4    hypothetical; calls for speculation.

5           THE WITNESS:  I don't recall the times that's

6    being referred.

7           MR. WONG:  Okay.

8       Q   Are you familiar with Arista's networking

9    products?

10      A   No.

11      Q   Okay.  Have you ever been familiar with

12   Arista's networking products?

13      A   No.

14      Q   Okay.  Do you believe that no other vendor

15   other than Cisco can use the command "PTP priority 1"?

16          MR. PAK:  Objection; calls for legal

17   speculation and legal analysis.

18          THE WITNESS:  Do you mean --

19          MR. PAK:  Expert testimony.

20          THE WITNESS:  -- using exactly the same word?

21          MR. WONG:  Yes.

22          THE WITNESS:  I don't know the legal part

23   of --

24          MR. WONG:  I'm not asking you as a lawyer.

25      Q   I'm just asking you as you:  Do you think

                                        Page 181

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    that other vendors other than Cisco should be barred

2    from using a command like "PTP priority 1"?

3            MR. PAK:  Objection; calls for opinion

4    testimony; legal analysis.

5            THE WITNESS:  I only know that we came up

6    with the command.  Whether the exact same command in

7    the same form should be used is the question; is it?

8            MR. WONG:  Yes.

9        Q    Just those two words, whether the -- whether

10   those two words can be used by another vendor as a

11   command.

12           MR. PAK:  Objection; incomplete hypothetical;

13   calls for opinion testimony; calls for expert

14   testimony and legal analysis.

15           THE WITNESS:  I think there could be many

16   different forms of -- configure the same attribute of

17   the clock without using exactly the same word.  That's

18   my opinion.

19           MR. WONG:  Sure, and I understand that

20   answer.

21       Q    But my question was:  Do you think that

22   another vendor should not be able to use the two words

23   "PTP priority 1" in order to set the priority 1

24   standardized attribute defined in the PTP IEEE

25   standard?

Page 182

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1            MR. PAK:  Same objections; incomplete
 2   hypothetical; calls for opinion testimony; calls for
 3   expert analysis and legal opinion.
 4            THE WITNESS:  I'm not an expert on this to
 5   comment.
 6            MR. WONG:  Q.  I'm just asking for your
 7   personal opinion, Ms. Liu.
 8            MR. PAK:  Same objections.
 9            THE WITNESS:  I believe there could be
10   different ways of doing the -- achieving the same goal
11   without using exactly the same command.
12            MR. WONG:  I understand that that's your
13   view.
14        Q   My question was:  Do you think that another
15   vendor, other than Cisco, should not be able to use
16   the command "PTP priority 1" in order to set an
17   industry standard attribute called priority 1 as
18   defined in the PTP IEEE standard?
19            MR. PAK:  Object -- objection; argumentative;
20   asked and answered; calls for --
21            MR. WONG:  It hasn't been answered.
22            MR. PAK:  Calls for a legal opinion and
23   expert testimony; asked and answered.
24            THE WITNESS:  In my opinion, there could be
25   different ways.
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1          MR. WONG:  Okay.

2      Q    So you're not -- you're not going to directly

3   answer my question?

4          MR. PAK:  Argumentative.

5          Let's move on, Counsel.

6          MR. WONG:  Q.  The question is still pending.

7      A    Right.

8          I do believe --

9          MR. PAK:  Same -- same objections.

10         THE WITNESS:  -- there are -- there are

11  multiple ways of achieving the same goal.  It doesn't

12  have to be exactly the same.

13         MR. WONG:  Q.  Did you have that belief back

14  in 2008?

15     A    Yes.

16         We -- we did config -- we did consider

17  multiple options when we came up with -- before we

18  finalize on the commands.

19     Q    Did you ever file any intellectual property

20  rights disclosures with the IEEE regarding the CLI

21  commands that you added to Cisco's devices in 2008

22  relating to PTP?

23         MR. PAK:  Objection; calls for speculation.

24         THE WITNESS:  I didn't file any claims.

25         MR. WONG:  Q.  Are you aware of anyone at

                                        Page 184

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    Cisco filing any intellectual property rights claims

2    with the IEEE relating to the PTP CLI commands that

3    were added in 2008?

4            MR. PAK:  Same -- same objections; calls for

5    speculation.

6            THE WITNESS:  I myself do not know.

7            MR. WONG:  Okay.  All right.

8            Well, subject to any questions from your

9    counsel, I have no further questions for you at this

10   time.

11           MR. PAK:  I do have some questions, so why

12   don't we switch?

13           THE VIDEOGRAPHER:  Do you want to stay on?

14           MR. PAK:  Yeah.

15           THE VIDEOGRAPHER:  Okay.  There's a couple of

16   them over there.  There's one there and one there.

17   Stereo.  Whatever works for you.

18

19                        EXAMINATION

20   BY MR. PAK:

21       Q   Good afternoon, Ms. Liu.

22       A   Good afternoon.

23       Q   Again, for the record, this is Sean Pak of

24   Quinn Emanuel.

25           Ms. Liu, before we follow up on some of the

                                              Page 185

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    topics that were discussed during your examination,

2    can you tell us whether you're being compensated for

3    your time working on this case or providing these

4    depositions?

5        A    No, I was not.

6        Q    So you're not receiving any kind of monetary

7    compensation for your involvement in this case through

8    the subpoena; is that correct?

9        A    (Witness nods head.)

10       Q    Okay.  And again, can you verbally indicate

11   the answer.

12       A    No, I didn't.

13       Q    Okay.  And Ms. Liu, do you have any stake in

14   the outcome of this case whatsoever?

15       A    No.

16       Q    Okay.  Ms. Liu, I want to go back to some of

17   the topics that were covered in your examination.

18            Early on in the day, when you were being

19   asked questions by counsel from Arista, one of the

20   things you said was that you had come up with the CLI

21   commands separately from the industry standard.

22            Do you recall that testimony?

23            MR. WONG:  Objection; misstates prior

24   testimony.

25            THE WITNESS:  Yes.

Page 186

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1        MR. PAK:  Okay.

2     Q   Can you explain what you meant when you said

3   the CLI commands -- that you had come up with the CLI

4   commands separately.

5        MR. WONG:  Objection; misstates prior

6   testimony.

7        THE WITNESS:  So I think by "separately," I

8   mean the implementation of the protocol and state

9   machine is one part.  And after that's all done, we

10  came up with the CLI commands.

11       MR. PAK:  Q.  And you were shown this IEEE

12  standard document, Exhibit No. 94.

13       Do you recall that?

14    A   94.  I'm trying to see which one is 94.

15    Q   It should be this one here.

16       Oh, actually -- sorry.

17       MR. WONG:  That's right.  Oh, I don't know

18  which one.

19       MR. PAK:  No, no.  Sorry.  I believe we --

20  you had marked that as --

21       MR. WONG:  If you're talking about the big

22  one, it's 93, which is the standard.

23       MR. PAK:  Yes.

24    Q   So, if you'd look at Exhibit No. 93.

25    A   (Witness complies.)  Yes.

Page 187

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      Q   Do you recall that counsel for Arista showed

2   you this exhibit, which is an IEEE standard for the

3   precision clock --

4      A   Yes.

5      Q   -- synchronization protocol?

6          And you testified earlier that you had

7   reviewed this standard document; correct?

8      A   Yes.

9      Q   Okay.  Ms. Liu, do you know -- based on your

10   understanding and review of the document as part of

11   your work for Cisco, do you know whether this standard

12   requires any particular commands to be used for any of

13   the protocols that are specified?

14      A   When you say "command," you mean the CLI

15   command?

16      Q   Correct.

17      A   From my understanding, some of the attributes

18   shall be configurable.  But whether it's from the CLI

19   command or some other interface, that's the part which

20   I think is an option.

21      Q   And what are some examples -- based on your

22   understanding of the specification, what are some

23   options that a designer like yourself would have in

24   terms of implementing the interface, what the user

25   sees, in terms of the various features specified in

Page 188

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    the nine -- Exhibit 93 IEEE document?

2           MR. WONG:  Objection; vague.

3           THE WITNESS:  GUI interface could be one.

4           MR. PAK:  Q.  When you say "GUI," what do you

5    mean by that?

6       A    With, like, a web interface, drop-down

7    manuals.  Common line interface could be one, and

8    predefined default.  Or, as the spec said, some

9    profiles could be options as well, I think.

10      Q    Based on your understanding of the IEEE

11   document, can you comply with the standard by using

12   any one of these interfaces for the particular

13   features that are specified in the IEEE document?

14          MR. WONG:  Objection; incomplete

15   hypothetical; vague and ambiguous.

16          THE WITNESS:  I would think the same set of

17   attributes and parameters should be able to come from

18   a GUI interface.

19          MR. PAK:  Q.  You were also asked by counsel

20   some statements from the IEEE document.  And there was

21   testimony that you gave which indicated your

22   understanding that for mandatory functionality, there

23   would be no deviation of the behavior.

24          Do you recall that testimony?

25      A    Yes.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    Q    Okay.  When you said no deviation of the

2    behavior, what did you mean by that?

3    A    That the external feature or functionality of

4    the PTP clock should be consistent with the spec.  But

5    that doesn't imply the CLI part.  I think that's what

6    I want to say.  It's the feature part.

7    Q    And can you elaborate on that.

8         What do you mean when you say it "doesn't

9    imply the CLI part" in your answer?

10   A    So I think the standard describes how the PTP

11   clock functions.  And that's -- to me, that's the

12   feature part.  That's the functionality of the

13   protocol.

14        As to what are the configurable parameters or

15   attribute of a clock, that was by design and by

16   choice.  It's not defined in the -- it's not

17   completely defined in the spec.

18   Q    So let's look at some of the specific

19   examples that were given to you.  If you'll look at --

20   this is now a separate document, Exhibit No. 92.

21   A    Okay.

22   Q    Do you see on page 24 of that document the

23   CLI command "PTP priority 1"?

24   A    Yes.

25   Q    Is it possible to implement the functionality

Page 190

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    of "PTP priority 1" using a different command than the

2    one that you selected?

3          MR. WONG:  Objection; vague and ambiguous.

4          THE WITNESS:  I can think of maybe "PTP clock

5    priority 1" or "PTP prior 1."  I think there could be

6    different ways of defining the same parameter in a

7    slightly different way.

8          MR. PAK:  Q.  And, when counsel was asking

9    some questions toward the end, you talked about having

10   the ability to use different types of commands for the

11   same functionality.

12         Do you recall that testimony?

13    A    Different types of commands?

14    Q    Or different commands, yes.

15    A    Different commands, yes.

16    Q    Okay.  And again, if you're looking at the

17   "PTP priority 2" command, is it possible to have

18   different commands for the functionality of the "PTP

19   priority 2," based on your understanding of the IEEE

20   specification?

21    A    Yeah, you could say PTP -- saying "PTP clock

22   priority 2" or "priority-2."

23    Q    And then, let's just go through the rest of

24   the commands we discussed during your initial

25   examination.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1           If you'd turn now to -- on page -- actually,

2     on the same page, page '24, "PTP sync interval."

3           Again, are there different ways of expressing

4     the command for that same function of "PTP sync

5     interval"?

6     A     Maybe "PTP sync-interval" or "PTP interval

7     sync," as there could be multiple different types of

8     intervals that you can define with PTP clock.

9     Q     Let's take that example.  If I had "PTP sync

10    interval," which is what you selected, and compare

11    that to "PTP interval sync," based on your experience

12    with CLI commands, would those two commands have the

13    same command hierarchy or a different command

14    hierarchy?

15    A     You mean with dash or without dash?

16    Q     Without dash.

17    A     It's going to be different depending on

18    whether -- so how -- how you look at it; right?

19          If you want to have multiple intervals, then

20    you put interval first, and then you have interval

21    sync, interval something else.

22          I think, at the time we chose this form was

23    because there were other sync parameters than

24    interval.  So we did sync, and then under that, you

25    can have subcommands of different options to

Page 192

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    configure.

2       Q    And the safety example of comparing "PTP sync

3    interval" compared to "PTP sync-interval," would those

4    two commands have the same hierarchy or different

5    command hierarchies?

6       A    "PTP sync interval" would give you one more

7    level of hierarchy, while "PTP sync-interval" is --

8    this -- this term is on the -- on the same level,

9    right, sync and interval.  It's just one keyword.  So

10   it's different.  It's one more level of hierarchy with

11   a space.

12      Q    So, in that example, "PTP sync interval," how

13   many levels would you have in the command hierarchy?

14      A    Three.

15      Q    And, in the other example of "PTP

16   sync-interval," how many levels would you have in the

17   command hierarchy?

18      A    Two.

19      Q    Another topic that was discussed during your

20   examination was PlugFest.

21           Do you recall that?

22      A    Yes.

23      Q    Okay.  When you were talking about

24   interoperability of vendor products for PlugFest, what

25   did you mean by that?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      A    It's the -- when the vendors support PTP v2

2  clock, when their devices are connected together, they

3  should be able to sync to the same master clock or

4  grand master clock, and they would be able to

5  calculate, based on the PTP algorithm, to sync the

6  time, calculate delays, and all of those.

7          So these are the behavior -- behavior-wise,

8  they should all comply to the standard -- PTP

9  standard.

10     Q    Based on your understanding of PlugFest and

11  the PTP IEEE standard, can you have the type of

12  behavioral interoperability that you talked about

13  while having different types of command interfaces for

14  the different vendor products?

15         MR. WONG:  Objection; calls for expert

16  testimony.

17         THE WITNESS:  Yes.  How you achieve the

18  configuration of the clock could be very different.

19  The interoperability is on the -- on the behavior, on

20  the features, not on how you configure the -- the

21  device.  That's my understanding.

22         MR. PAK:  Q.  So, would your Cisco product

23  that used your CLI interface for the PTP commands,

24  would -- would that product be interoperable in a

25  PlugFest environment with a Siemens product that used

Page 194

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    a GUI interface -- a G-U-I interface -- for PTP?

2         MR. WONG:  Objection; incomplete

3    hypothetical; foundation.

4         THE WITNESS:  Okay.  It would be.  It doesn't

5    matter how you configure or reach this state; right?

6    It's the -- it's the clock behavior, the device, that

7    are interoperable.

8         MR. PAK:  Okay.

9    Q    And, just to be clear on the record about

10   your experience in this regard, you worked on the PTP

11   implementation for Cisco; correct?

12   A    Yes.

13   Q    You also read the IEEE PTP specification as

14   part of your work for Cisco; correct?

15   A    Yes.

16   Q    And your implementation that -- for the PTP

17   protocol for Cisco was then, to your knowledge, used

18   at PlugFest?

19   A    Yes.

20   Q    And, in doing that, you understood generally

21   what the requirements of PlugFest interoperability

22   are; correct?

23   A    Yes.

24        MR. WONG:  Objection; leading.

25        MR. PAK:  Okay.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      Q    And what is your understanding of the

2    requirements of PlugFest interoperability?

3      A    I don't recall all of the requirement.

4           Our focus at the time was on the clock side

5    that Cisco's device can -- can be selected as master

6    clock, and it can sync to master clock if some other

7    vendor's device were selected as master clock.  So

8    it's on the -- on the timing and on the clock behavior

9    part.

10     Q    So why don't you pull out Exhibit No. 93,

11   which is, again, the IEEE standard for the precision

12   clock synchronization protocol.

13     A    (Witness complies.)  Okay.

14     Q    Do you recall that counsel showed you some

15   pages from this document?

16     A    Yes.

17     Q    Okay.  I'm going to show you some additional

18   pages that relate to the questions that he asked.

19     A    Okay.

20     Q    So, if you'll look at page 123 of Exhibit

21   No. 93.

22     A    123.  (Witness complies.)  Okay.

23     Q    Do you see that there is a section --

24   actually, preceding that on page 122, there's a

25   section titled:

                                        Page 196

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1              "Synchronization and Syntonization of

2      Clocks."

3              Do you see that?

4      A    Yes, uh-huh.

5      Q    And just to be clear, what is syntonization,

6      T-O-N-I-Z-A-T-I-O-N, if you recall?

7      A    I don't recall.

8              May I just read --

9      Q    Sure.

10     A    -- the part to refresh my memory?

11             (Witness reading document.)

12             If I remember -- now I'm trying to recall

13     from memory -- synchronize is synchronize on the

14     clock.  Syntonization is not only to synchronize on

15     the time, but also on the frequency.

16     Q    Thank you.

17             And under that section 12, if you'd turn to

18     the next page, page 123.

19     A    (Witness complies.)

20     Q    In the middle of that page, you'll see a

21     reference to a "NOTE."

22             Do you see that?

23             It says NOTE in caps.

24     A    NOTE.  Oh, yes.

25     Q    And then under NOTE, it says "as one

                                                    Page 197

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    example."

2         Do you see that sentence?

3    A    Yes.

4    Q    And, if you read that sentence, at the end,

5    it says:

6         "The master clock between a received time

7    stamp and a second received time stamp some number of

8    syncINTERVAL."

9         Do you see that?

10   A    Uh-huh, yes.

11   Q    And what is your understanding of that word

12   "syncINTERVAL," one word, based on your understanding

13   of the specification?

14   A    So, this syncINTERVAL would be what is one of

15   the attribute of the clock which user chose to

16   configure.  So once that's configured, it's used in

17   the calculation of the -- this entire thing.

18   Q    Okay.  So if we'd go to Exhibit No. 92, which

19   has your particular CLI commands.

20   A    Right.

21   Q    In the middle of that page, we have the

22   command "PTP sync interval."

23        Do you see that?

24   A    Which come before; right?

25        (Witness complies.)  Yes, I found it.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    Q   So, looking at the expression that you chose,

2  sync, S-Y-N-C, space, interval, comparing it to sync,

3  S-Y-N-C, capital I-N-T-E-R-V-A-L, one word, in the

4  IEEE standard, are those expressions the same

5  expression, or are they two different expressions of

6  the same concept?

7        MR. WONG:  Objection; calls for expert

8  testimony.

9        THE WITNESS:  They are two different

10  expressions to mean the same concept.

11        MR. PAK:  Q.  And if you had taken the

12  syncINTERVAL, one word, from the IEEE specification

13  and used that in your PTP command, so it would read

14  "PTP syncINTERVAL," one word, would that result in the

15  same command hierarchy or different command hierarchy

16  as the "PTP sync interval" command that you chose?

17    A   It would be one less level of command

18  hierarchy.

19    Q   So would they be the same hierarchy or

20  different?

21    A   It would be different.

22    Q   Let's turn now to a different page in the

23  IEEE standard.  Turn to page 138 in Exhibit 93.

24    A   (Witness complies.)  Okay.

25    Q   Do you see that there's a Table 38, and it

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1   says:
 2          "Values of Action Field."
 3     A    Yes.
 4     Q    And then, if you'd turn to the page before.
 5     A    (Witness complies.)
 6     Q    It's part of this 15.4 section called:
 7          "Management Message Format."
 8          Do you see that?
 9     A    Yes.
10     Q    Generally speaking, what is this part of the
11   specification describing when it says management
12   message format?
13     A    The management messages are the messages
14   exchanged between the different clocks.  And the
15   section would define what fields the -- are in the
16   message and how wide the field is and arranged and
17   everything.
18     Q    And are these management messages, that are
19   described here, the same as or different than the CLI
20   commands that the user would see on a switch?
21          MR. WONG:  Objection; calls for opinion
22   testimony.
23          THE WITNESS:  Can you clarify "message" --
24          MR. PAK:  Oh, sure.
25          THE WITNESS:  -- and that part of the
```

Page 200

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    question.

2        MR. PAK:  Q.  Would these management -- let

3    me step back.

4        Would these management messages that are

5    described in the specification -- are these messages

6    that would be shown to the user of the -- of the

7    network?

8      A    They --

9        MR. WONG:  Objection; vague.

10       THE WITNESS:  -- would be.

11       MR. PAK:  Okay.

12     Q    So these are messages that are communicated

13   between the devices?

14     A    Yes.

15     Q    Okay.  And so -- but, if you look at this

16   "Action" field, do you see the action "GET" as the

17   first entry?

18     A    Yes.

19     Q    And why don't you take a few seconds to read

20   the action taken for the value GET, G-E-T, capital G,

21   capital E, capital T.

22     A    Okay.  (Witness reading document.)  Okay.

23     Q    It says here that:

24       "The management message shall carry a single

25   management TLV.  The management ID field of the TLV

Page 201

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  indicates the specific information that needs to be

2  retrieved."

3         Do you see that?

4    A    Yes.

5    Q    So the GET message, when it's implemented

6  upon receipt by a device, what would -- what --

7  generally speaking, what is the action that would be

8  undertaken by the device?

9    A    It will go and retrieve some information and

10 return it.

11   Q    Okay.  And then, if you read the next row

12 entry, "SET," capital S, capital E, capital T, please

13 take a look at the "Action Taken" description, and let

14 me know when you're finished.

15   A    Okay.  (Witness reading document.)

16        Okay.  I'm done.

17   Q    Okay.  So here for SET, the entry reads:

18        "The management message shall carry a single

19 management TLV.  The data in the TLV shall be used to

20 update the current value of the data identified by the

21 management ID field."

22        Do you see that?

23   A    Uh-huh, yes.

24   Q    So, generally speaking, what would the device

25 do upon receiving a SET message?

                                        Page 202

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      A    It would take the value from the message and

2    change its current value to the new value.

3      Q    And, if you'd turn to the next two pages

4    after this, so page 140.

5      A    (Witness complies.)

6      Q    There's a Table 40, and it has a list of

7    management ID values.

8          Do you see that?

9      A    Yes.

10     Q    And, if you look under the middle section,

11   "Applicable to Ordinary and Boundary Clocks," do you

12   see a reference to "PRIORITY 1" in all caps?

13     A    Yes.

14     Q    And, if you follow that across, there's a

15   management ID value "2005."

16          Do you see that?

17     A    Yes.

18     Q    And what's your understanding of that

19   management ID value 2005 as it relates to priority 1?

20     A    In the message, if I see the value 2005 in

21   the management ID field of the message, I would take

22   the value as the value for priority 1.

23     Q    Okay.  And is that 2005 expression for

24   priority 1 the same as or different than what you

25   selected for the PTP command "PTP priority 1"?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1          MR. WONG:  Objection; vague.

2          THE WITNESS:  The meaning would be the same.

3     It will be referring to the same attribute of the

4     clock.

5          MR. PAK:  Q.  But you didn't use the letters

6     or the number 2005 in your command; correct?

7          A    No.

8          Q    Okay.  And do you see that after 2005, it

9     says there are allowed actions GET and SET?

10         A    Yes.

11         Q    Okay.  And so those are the same GET and SET

12    commands that we saw before; correct?

13         A    Yes.

14         Q    Now, in your command, to set the priority 1

15    value for PTP, you didn't use the word SET; did you?

16         A    No, I didn't.

17         Q    Even though the word SET appears in the

18    specification from the IEEE for priority 1; correct?

19         A    That's right.

20         Q    Okay.  And similarly, when we look at your

21    command for "PTP priority 2," you see in Table 40 on

22    page 140 of the IEEE, the priority 2 is given the

23    management ID value 2006; correct?

24         A    Yes.

25         Q    But you didn't use 2006 to represent

Page 204

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    priority 2 in your "PTP priority 2" command; correct?

2        A    No.

3        Q    And, although it says the allowed actions for

4    that priority 2 are GET and SET, you didn't use the

5    command SET to set the value for priority 2 in the

6    Cisco CLI; correct?

7        A    No, I didn't.

8        Q    Okay.  And if you see below that, you also

9    see there's something called "log_sync_interval"?

10       A    Yes.

11       Q    And that also has the GET and SET --

12       A    Yes.

13       Q    -- command actions?

14            And then, if you go to -- going back to your

15   page -- or deposition Exhibit No. 92, and just tell

16   me -- if you'd flip forward to show commands.  This is

17   page 36.

18       A    (Witness complies.)

19       Q    You authored the command "show PTP clock";

20   correct?

21       A    Yes.

22       Q    Now, although the specification from the IEEE

23   used the command or message GET, you didn't use GET in

24   your command "show PTP clock"; did you?

25            MR. WONG:  Objection; mischaracterizes the

Page 205

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    document.

2         MR. PAK:  Let me rephrase.

3    Q    Although the specification indicates that one

4    of the allowed actions for management values is GET,

5    G-E-T, Ms. Liu, you did not use the word GET in

6    authoring the command "show PTP clock"; correct?

7         MR. WONG:  Same objection.

8         THE WITNESS:  I didn't use GET --

9         MR. PAK:  Q.  You used the word --

10   A    -- in my --

11   Q    You used the word show?

12   A    I used show.

13   Q    Right.

14        Similarly, you didn't use the word GET from

15   the IEEE standard when you were authoring the term or

16   command "show PTP parent"; is that correct?

17   A    That's correct.

18   Q    And on that last point, "show PTP parent,"

19   counsel showed you instances in the specification,

20   where the IEEE standard uses the word "parent" as an

21   acronym or shorthand for "parent clock"; correct?

22   A    Yes.

23   Q    But you also saw in the specification places

24   where the specification used the whole phrase parent

25   clock; correct?

Veritext Legal Solutions
866 299-5127