# EXHIBIT 11





