Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **CERTIFICATE OF SERVICE** <br><br> **DEMAND FOR JURY TRIAL** |

I, Catherine R. Lacey, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I am over the age of eighteen and not a party to this action.

On February 16, 2016, I caused the following documents to be served on counsel for interested parties via electronic mail to the addresses listed below: (1) an unredacted copy of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (2) an unredacted copy of Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (3) an unredacted copy of Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (4) an unredacted copy of Exhibit 7 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (5) an unredacted copy of Exhibit 9 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (6) an unredacted copy of Exhibit 10 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (7) an unredacted copy of Exhibit 12 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (8) an unredacted copy of Exhibit 13 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (9) an unredacted copy of Exhibit 14 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (10) an unredacted copy of Exhibit 15 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; (11) an unredacted copy of Exhibit 17 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Supplemental Proposed Discovery Plan; and (12) a copy of the Declaration of Matthew D. Cannon in Support of Cisco's Administrative Motion to File under Seal Confidential Information in Cisco's Response to Arista's Supplemental Proposed Discovery Plan.

The documents were transmitted by electronic transmission in PDF format and such transmission was reported as complete and without error to the electronic mail addresses listed below:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br><br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | ARISTA-KVN@kvn.com<br>Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com<br>Robert Van Nest<br>rvannest@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br><br>Susan Chreighton<br>screighton@wsgr.com<br>Scott Andrew Sher<br>ssher@wsgr.com<br>Wilson Sonsini Goodrich Rosati<br>1700 K Street<br>Washington, DC 20006 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on February 16, 2016.

                                                  */s/ Catherine R. Lacey*
                                                  Catherine R. Lacey (Bar No. 291591)