UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS INC,

    Plaintiff,

v.

ARISTA NETWORKS, INC.,

    Defendant.

Case No. 14-cv-05344-BLF

**ORDER VACATING HEARING SET FOR FEBRUARY 25, 2016**

[Re: ECF 163]

Pursuant to Civil Local Rule 7-1(b), the Court finds the pending Motion for Leave to Amend Response to Add Counterclaims (ECF 163) suitable for decision without oral argument and hereby VACATES the hearing set for February 25, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge