KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - #198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> ARISTA NETWORKS, INC., <br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **NOTICE OF PUBLIC FILING OF ARISTA'S SUPPLEMENTAL PROPOSED DISCOVERY PLAN** <br><br> Judge:       Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

Pursuant to the Court's Order Denying Defendant's Motion to File Documents Under Seal (ECF 201), Defendant Arista Networks, Inc. hereby files the unredacted public version of its Supplemental Proposed Discovery Plan (*see* ECF 180).

Dated: February 22, 2016                                KEKER & VAN NEST LLP

                                        By:   */s/ Robert A. Van Nest*
                                              ROBERT A. VAN NEST
                                              BRIAN L. FERRALL
                                              DAVID SILBERT
                                              MICHAEL S. KWUN

                                              Attorneys for Defendant ARISTA NETWORKS, INC.