KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                  Plaintiff,<br><br>          v.<br><br>ARISTA NETWORKS, INC.,<br><br>                  Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S RESPONSE TO ARISTA'S SUPPLEMENTAL PROPOSED DISCOVERY PLAN (ECF No. 196)**<br><br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF CISCO'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1032212.01

I, Eduardo E. Santacana, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Cisco's Administrative Motion to File Under Seal Confidential Information in Cisco's Response To Arista's Supplemental Proposed Discovery Plan ("Motion to Seal"), filed by Plaintiff Cisco Systems, Inc. ("Cisco") on February 16, 2016 (ECF No. 196).

3. I have reviewed Cisco's Motion to Seal and the Civil Local Rules of this Court governing such motions. I submit this supporting declaration pursuant to Civil Local Rule 79-5(e).

4. Cisco's Motion to Seal seeks to file under seal documents and information submitted in connection with Cisco's Response to Arista's Supplemental Discovery Plan. *See* ECF Nos. 196 (Admin. Mot. to Seal); 196-2 (Cisco's unredacted Response). Arista's underlying request to increase the deposition limit is non-dispositive. Therefore, the strong presumption of public access does not apply; instead, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure applies to Cisco's Motion to Seal. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Civil Local Rule 79-5 further requires that a party seeking to seal information and documents "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

5. I submit this declaration to provide additional facts in support of Cisco's Motion to Seal and to provide facts establishing that the "good cause" standard has been met. Per the

1
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1032212.01

instructions provided on the Northern District of California's website, this declaration is drafted so that it does not contain confidential information and does not need to be filed under seal.  *See* http://www.cand.uscourts.gov/ecf/underseal.

6. Cisco submitted the Declaration of Matthew Cannon in support of its Motion to Seal ("Cannon Declaration") (ECF No. 196-1) and a highlighted copy of Cisco's brief (per Civil L.R. 79-5(d)(1)(D)) indicating the specific text within the brief that should be sealed (ECF No. 196-2)

7. Paragraph 4 of the Cannon Declaration lists, in table format, the material Cisco seeks to file under seal.  I address those materials below.

8. The portions of Cisco's Response to Arista's Supplemental Proposed Discovery Plan highlighted in yellow reflect Cisco's counsel's interpretation of documents or do not contain Arista confidential information.  Arista does not oppose the public filing of the language in Cisco's brief that Cisco redacted in yellow.

9. Arista does not oppose the public filing of Exhibits 5, 7, and 9 to the Cannon declaration.

10. Exhibit 6 to the Cannon declaration is an excerpt from the transcript of the deposition of Arista employee Adam Sweeney, held January 29, 2016.  There is good cause to seal a portion of Exhibit 6:  page 177, lines 8–24.  That portion contains sensitive internal Arista business information.  In particular, it describes an internal process at Arista relating to software development, and includes an internal, non-public e-mail address used by Arista in developing software and a description of how the address is used.  Arista seeks the sealing of page 177, lines 8–24 of Exhibit 6.  Arista does not oppose the public filing of the balance of Exhibit 6.

11. Exhibit 12 is an internal Arista e-mail chain among Arista employees.  Arista designated Exhibit 12 "Highly Confidential—Attorneys' Eyes Only" pursuant to the stipulated protective order in this case.  Exhibit 12 discloses the internal opinions of certain Arista personnel of Arista's competitors in the networking industry and Arista's competitive advantages and disadvantages.  There is good cause to seal Exhibit 12 in its entirety because it is a confidential competitive intelligence discussion that took place among Arista personnel.

2
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF CISCO'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1032212.01

12. Exhibit 13 is an internal Arista e-mail chain among Arista employees. Arista designated Exhibit 13 "Highly Confidential—Attorneys' Eyes Only" pursuant to the stipulated protective order in this case. There is good cause to seal Exhibit 13 because it discloses confidential internal communications at Arista relating to software development and business strategy. Exhibit 13 discloses proposed software features, discussions of software feature implementation, sales strategies, and the opinions of certain Arista personnel of Arista's competitive advantages and disadvantages.

13. Exhibit 14 is an internal Arista e-mail chain among Arista employees. Arista designated Exhibit 14 "Highly Confidential—Attorneys' Eyes Only" pursuant to the stipulated protective order in this case. There is good cause to seal Exhibit 14 because it discloses confidential internal communications at Arista relating to the development of Arista's software, internal proposals on strategic directions for Arista's software, rejected proposals on strategic directions, discussions of software feature implementation, and the opinions of certain Arista personnel of Arista's competitive advantages and disadvantages.

14. Exhibit 15 is an internal Arista document. It was produced in the ITC litigation with Bates numbers beginning with ANI-ITC-944_945-0962624. Pursuant to the terms of the protective order, Arista produced Exhibit 15 in this litigation with the designation "Highly Confidential—Attorneys' Eyes Only." Access to Exhibit 15 is limited to Arista personnel only. There is good cause to seal Exhibit 15. The document discloses internal software strategies, guidelines, and conventions at Arista. Exhibit 15 includes discussions of Arista's process for software feature development and implementation, Arista's competitive and sales strategies for targeting customers, and Arista's internal e-mail addresses used for software development.

15. Exhibit 17 is an internal Arista e-mail chain among Arista employees. Arista designated Exhibit 14 "Highly Confidential—Attorneys' Eyes Only" pursuant to the stipulated protective order in this case. There is good cause to seal Exhibit 17 because it discloses internal discussions at Arista relating to software feature development, internal proposals on strategic directions for Arista's software, rejected proposals on strategic directions, discussions of software feature implementation, and the opinions of certain Arista personnel of Arista's competitive

3
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1032212.01

1  advantages and disadvantages.

2      16.    Below is a table summarizing the sealing requests Arista makes herein.

| Document | Arista's Position |
|---|---|
| Cisco's Response to Arista's Supplemental Proposed Discovery Plan ("Cisco's Brief") | No opposition to public filing of yellow highlights. Blue highlights relate to information designated confidential by third party Juniper Networks. |
| Exhibit 5 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 5") | No opposition to public filing. |
| Exhibit 6 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 6") | Seal page 177, lines 8–24. Unseal the remainder. |
| Exhibit 7 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 7") | No opposition to public filing. |
| Exhibit 9 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 9") | No opposition to public filing. |
| Exhibit 12 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 12") | Seal in its entirety. |
| Exhibit 13 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 13") | Seal in its entirety. |
| Exhibit 14 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 14") | Seal in its entirety. |

| Document | Arista's Position |
|---|---|
| Exhibit 15 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 15") | Seal in its entirety. |
| Exhibit 17 to the Declaration of Matthew D. Cannon in Support of Cisco's Response to Arista's Proposed Supplemental Discovery Plan ("Exhibit 17") | Seal in its entirety. |

Executed February 22, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EDUARDO E. SANTACANA

5
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF CISCO'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1032212.01