| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *Pro Hac Vice*
DAVID H. REICHENBERG, *Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

"[I]n light of Arista's willingness to file its antitrust claims as a separate action," this Court denied Arista's motion to amend its answer to assert antitrust counterclaims against Cisco. Dkt. No. 204 at 4.

Accordingly, pursuant to Civil Local Rule 3-12, Arista hereby notifies the Court of (1) a newly-filed action, *Arista Networks, Inc., Plaintiff v. Cisco Systems, Inc., Defendant.*, Case No. 5:16-cv-00923, filed on February 24, 2016 in this District; and (2) facts indicating that the action is related to *Cisco Systems, Inc., Plaintiff v. Arista Networks, Inc., Defendant,* Case No. 14-cv-05344-BLF (PSG) (the "Cisco Action"), which is assigned to this Court.  Civil Local Rule 3-12 further provides, in pertinent part:

> An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, the cases Arista seeks to be related satisfy these criteria.  There is overlap between Cisco's copyright claims and aspects of Arista's antitrust claims asserted in the newly-filed case. Both actions involve the same two parties.  They also implicate Cisco's efforts to encourage industry adoption of its CLI as "industry standard" and Cisco's subsequent policy reversal, one outgrowth of which is a subject of the instant action.  *Compare e.g.*, Dkt. 64[1] (Cisco's SAC), ¶¶ 24–30, 40–54 *with* Arista's Compl., ¶¶ 23–32.  Additionally, aspects of the discovery conducted in this action will be relevant to the newly-filed antitrust case, and vice versa. *See* Dkt. 163 at 6.  The parties and the Court will benefit from the judicial efficiencies resulting from a related-case designation.  Otherwise, there is a strong likelihood of duplicating labor and expense as to the similar issues that both actions raise.

Because the actions referred to above satisfy the criteria of Local Rule 3-12, this Court should grant Arista's motion to relate them.

---

[1] All docket references are to pleadings filed in the Cisco Action.

Dated: February 24, 2016                    Respectfully submitted,

                                            KEKER & VAN NEST LLP

                                            WILSON SONSINI GOODRICH & ROSATI

                                     By:    */s/ Robert A. Van Nest*
                                            ROBERT A. VAN NEST

                                            Attorneys for Plaintiff ARISTA NETWORKS, INC.