United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC, <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 14-cv-05344-BLF <br><br> **ORDER GRANTING MOTION TO RELATE CASES** <br><br> [Re: ECF 210] |

Before the Court is Defendant's motion to consider whether Case No. 5:16-cv-00923 should be related to this action. Pursuant to Civil Local Rule 3-12(e), the time for filing support or opposition to the referral has passed. Having considered the parties, facts, and events in both complaints, the Court finds that the cases are related.

**IT IS SO ORDERED.**

Dated: March 3, 2016

BETH LABSON FREEMAN
United States District Judge