# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   CISCO SYSTEMS, INC.,

 5                    Plaintiff,

 6        vs.                      Civil Action No.

 7   ARISTA NETWORKS, INC.,        5:14-cv-5344-BLF

 8                    Defendant.

 9   _____

10

11      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12            SUBJECT TO PROTECTIVE ORDER

13

14      VIDEOTAPED DEPOSITION OF LINCOLN DALE,

15                    VOLUME I

16

17                 January 21, 2016

18             9:37 a.m. - 6:55 p.m.

19

20        555 Twin Dolphin Drive, 5th Floor

21            Redwood Shores, California

22

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4   CISCO SYSTEMS, INC.,

5                    Plaintiff,

6         vs.                      Civil Action No.

7   ARISTA NETWORKS, INC.,         5:14-cv-5344-BLF

8                    Defendant.

9   _____

10

11      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12             SUBJECT TO PROTECTIVE ORDER

13

14

15

16

17         Videotaped Deposition of Lincoln Dale,

18  Volume I, taken on behalf of the Plaintiff, at

19  Quinn, Emanuel, Urquhart, & Sullivan, 555 Twin

20  Dolphin Drive, 5th Floor, Redwood Shores,

21  California, beginning at 9:37 a.m. and ending at

22  6:55 p.m., on Thursday, 21st day of January, 2016,

23  before James Beasley, Registered Professional

24  Reporter, California Certified Shorthand Reporter,

25  CSR No. 12807.

 1   Nest, on behalf of Defendant Arista and the witness.

 2           MR. CHRISTOFFERSON:  Sean Christofferson

 3   on behalf of Arista.

 4           MS. McCLOSKEY:  Elizabeth McCloskey on

 5   behalf of Defendant Arista.

 6           THE VIDEOGRAPHER:  The certified court

 7   reporter is James Beasley.  Would you please swear

 8   in the witness.

 9                        *  *  *

10                    Lincoln Dale,

11   being first duly sworn and/or affirmed by the

12   Certified Shorthand Reporter to tell the truth, the

13   whole truth and nothing but the truth, testified as

14   follows:

15                        *  *  *

16               E X A M I N A T I O N

17                        *  *  *

18   BY MR. PAK:

19       Q.   Good morning, Mr. Dale.  Would you please

20   state your name for the record.

21       A.   Lincoln Dale.

22       Q.   Can you spell it.

23       A.   L-i-n-c-o-l-n, D-a-l-e.

24       Q.   And who's your current employer?

25       A.   I work for Arista Networks.

1    I don't honestly know.

2         Q.   The initial -- let me break that into

3    different parts.

4              The initial decision by an engineer to

5    propose a CLI expression, that's an individual

6    subjective choice, correct?

7         A.   Sure.  Someone needs to come up with a

8    command to start with.

9         Q.   And so you as an engineer at Cisco, if you

10   were asked to express a CLI command expression for a

11   particular functionality that was being added, you

12   would come up with your preference and make a

13   subjective choice based on what you thought was the

14   best fit; is that true?

15        A.   No, I don't -- there are -- I can think of

16   cases where that wouldn't be correct.  I think

17   there's certainly been cases where we've asked

18   customers what they would like as commands or what

19   they feel makes the most sense.  So it's not always

20   up to an engineer to come up with that.

21        Q.   But it can be up to an engineer, you can

22   have situations where an engineer can come up with a

23   particular command expression for a functionality in

24   CLI that is his preference, correct?

25        A.   I guess so, sure.

```
 1       Q.   And when you were having these different
 2  opinions, those were your personal opinions and
 3  preferences for how a CLI command expression should
 4  be expressed, correct?
 5       A.   Yeah, sure, I guess so.
 6       Q.   Okay.  And isn't it true that for any of
 7  these functional aspects of a switch or a router
 8  that you could have many different command
 9  expressions for the same functionality?
10       A.   It's possible, but in all honesty, a lot
11  of these things just make logical sense.  You
12  wouldn't put commands not related to interfaces
13  under interfaces.  You wouldn't put things not
14  related to IP under IP.  Likewise, something related
15  to IP would make logical sense to put under IP.
16       Q.   Granted.  But even with those logical
17  guidelines, how you choose certain words, what word,
18  those words are chosen, whether you use
19  abbreviations or not, those are individual choices
20  that could be made by a Cisco engineer?
21       A.   They could be, but, again, things like
22  abbreviations, you'd be typically using industry
23  standards or well-known acronyms.  You would be
24  referencing things that if you're implementing a
25  standard or something as part of a standard you'd be
```

1    incorporating those terms in that way.

2            I don't -- I would disagree with the

3    assertion it was solely the engineer writing a piece

4    of functionality that came up with that command.

5    They ultimately might be the one that -- that

6    implements it or sets it.  But I would think that

7    it's -- it's following a logical approach in

8    choosing that command in the first place.

9        Q.   But, Mr. Dale, you would agree with me

10   that, just having said all of that, that two Cisco

11   engineers could sit down and propose two different

12   command expressions for any of these functions;

13   isn't that true?

14       A.   That's entirely possible.

15       Q.   Okay.  For example, although Cisco chose

16   the word "show" to display information, another

17   networking company could pick a different word,

18   "display," for the same functionality, correct?

19       A.   It's possible.

20       Q.   And they could pick the word "visualize"

21   rather than "show," correct?

22       A.   It's possible.  I mean, I -- I know of a

23   lot of companies that use the word "show" in your

24   examples.

25       Q.   You also know that the word "get," g-e-t,

1   has been used by companies to show information on

2   various networking equipment, correct?

3        A.   I think "get" has been used from the point

4   of view of a non-command-line interface,

5   specifically SNMP.  So -- which is different from a

6   command-line interface.

7        Q.   But there's no reason technically why you

8   couldn't use the word "get" as a part of a

9   command-line interface for implementing Ethernet

10  switching?

11       A.   I -- I -- I guess you could use "get," but

12  it doesn't make logical sense when "show" is a

13  better word.  It's more expressive of what you're

14  actually doing.

15       Q.   Is there any technical reason why you

16  couldn't choose the word "display" as a part of a

17  CLI for implementing Ethernet switching?

18       A.   Yeah, I think there's -- sorry, can you

19  repeat the question?

20       Q.   Yeah.  Is there a technical reason why you

21  couldn't choose the word "display" as part of a CLI

22  for implementing Ethernet switching?

23       A.   I think you could choose any word for any

24  command.  I think there is something that makes the

25  most logical sense.  In my experience of working

1  with customers, they like and value consistency.

2  "Show" is a very unambiguous way of what a "show"

3  command does.

4        Q.   We're going to get to customers later.

5  All I'm asking you right now as an engineer, is

6  there a technical reason why you couldn't design a

7  CLI interface for Ethernet switching that used the

8  word "display" instead of "show"?

9        A.   There's -- sure, there's no reason why

10  not.

11        Q.   Okay.  And you're generally familiar with

12  CLI parser technology, correct?

13        A.   I mean, I -- I know, for example, CLI

14  commands.  I don't have any specific expertise in

15  how parsers work themselves.  I don't think I've

16  ever written a parser myself, so I'm certainly

17  not -- not an expert on them.  But certainly I've

18  seen a lot of CLI commands, so...

19             THE REPORTER:  "I've seen a lot of..."

20             THE WITNESS:  CLI commands.

21  BY MR. PAK:

22        Q.   What --

23        A.   But parsers, no.

24        Q.   Do you know what a CLA parser -- CLI

25  parser is?

1      Q.   That's not my question, sir.

2           My question is:  Just because you think

3    something is logical or illogical doesn't mean that

4    every other engineer or customer would agree with

5    your opinion, correct?

6      A.   Sure.  I -- I can't speak for anyone other

7    than myself.

8      Q.   So somebody else, a customer could

9    disagree with you and say:  No, I think it's logical

10   to me, I like that interface, you should keep it?

11     A.   It's possible.

12     Q.   And it's possible that other engineers at

13   Arista could say:  No, I disagree, Dale, I don't

14   think you're right, that's not the right choice, we

15   like the existing interface?

16     A.   It -- it's possible, sure.

17     Q.   You've had discussions like that in coming

18   up with CLI expression at Arista, haven't you?

19     A.   It's certainly possible that I -- yeah,

20   sure, we've had -- talked to customers, had those

21   kinds of conversation.

22     Q.   You had similar conversations when you

23   were at Cisco to the extent you were involved in CLI

24   expressions, correct?

25     A.   I probably did.

```
 1        Q.   And those were your words spoken at the

 2   2013 QUESTnet conference, correct?

 3        A.   Sure.

 4        Q.   So as transcribed here, one of the

 5   statements that you made was:  When we say that our

 6   switches run on industry standard CLI, that's my

 7   joke for saying it's the same as IOS.

 8             You made that statement, correct?

 9        A.   I did make that statement.  That said, I

10   think you just cut off, I was in mid sentence by

11   saying something about where the differences lie.

12   And I think I started saying:  "That said," and then

13   you paused it just now, so --

14        Q.   We can go into more detail.  I'm just

15   asking you about this particular statement.

16             Mr. Dale, one of the things that you told

17   the audience at QUESTnet 2013 is that:  When we say

18   that our Arista switches run on industry standard

19   CLI, that's your joke for saying it's the same as

20   Cisco's IOS.  You made that statement, correct?

21             MR. SILBERT:  Objection.  Asked and

22   answered.

23   BY MR. PAK:

24        Q.   Yes?

25        A.   I certainly said that, and the following
```

1    sentence that we haven't yet heard I think clarifies

2    that statement.

3         Q.   And the very next sentence you said was:

4              "You guys could take the config off a

5              Catalyst or Nexus and apply it exactly the

6              same way."

7              You stated that, correct?

8         A.   So I stated that.  And as before, I think

9    the follow on sentence is -- is also relevant to put

10   it into context.

11        Q.   "Catalyst or Nexus" are referring to Cisco

12   products, correct?

13        A.   Yeah, Catalyst and Nexus are referring to

14   Cisco products.

15        Q.   And what is a Catalyst product from Cisco?

16   What type of products?

17        A.   Catalyst is the -- is a family of switches

18   from Cisco.

19        Q.   And what type of switching does a Catalyst

20   product line perform?

21        A.   A Catalyst switch is -- is an Ethernet

22   switch.

23        Q.   And what type of switching equipment is

24   the Nexus line of products from Cisco?

25        A.   Nexus switches are also Ethernet switches.

```
 1        Q.   And remind us again, what types of

 2   switches does Arista make?

 3        A.   Arista makes Ethernet switches.

 4        Q.   Okay.  I want to show you more statements

 5   on this topic from other documents.

 6             Who is Mr. Paul Surbhi, S-u-r-b-h-i?  Do

 7   you know who he is?

 8        A.   Sorry, can you repeat the name?

 9        Q.   I may have gotten it wrong, the other way,

10   I think it's Surbhi Paul, S-u-b -- S-u-r-b-h-i,

11   P-a-u-l?

12        A.   Yeah, Surbhi -- Surbhi worked at Arista.

13   I don't recall what her title was, it could have

14   been product manager.

15        Q.   Do you know whether she's still employed

16   by Arista?

17        A.   I know that she is not employed by Arista.

18        Q.   Do you know where she is currently in

19   terms of her employment?

20        A.   No, I don't know where Surbhi works.

21        Q.   Do you know whether she --

22        A.   I don't know if she works at all.

23        Q.   Do you know whether she terminate -- she

24   was terminated or she left voluntarily from Arista?

25        A.   I don't know.
```

1        Q.   Okay.  So what I'm getting at, sir, is

2   this:  Based on your understanding and experience

3   with industry standards that are adopted by industry

4   standard setting organizations, a vendor like Cisco

5   could comply with an industry standard adopted by an

6   industry standard organization using a variety of

7   different types of user interfaces; isn't that true?

8        A.   I'm not sure I understand your question.

9   Can you be more specific?

10       Q.   Yeah, let me be more specific.

11            Based on your understanding and experience

12   with industry standards that are adopted by industry

13   standard organizations, a vendor like Cisco could

14   comply with an industry standard using, for example,

15   a command-line interface for the industry standard

16   compliant functionality, correct?

17       A.   I still don't understand your question.

18   It's -- it doesn't make sense to me what you're

19   asking.

20       Q.   Okay.  Do these industry standards that

21   we've been discussing, the industry standards from

22   IEEE, IETF, on various protocols that we talked

23   about, do any of these industry standards require a

24   particular type of user interface to comply with the

25   industry standard?

1       A.   I don't know, to be honest.  I'm not aware

2  of there being -- if -- if we talked about the --

3  the IEEE, I don't know whether there is an IEEE

4  standard or document or guidelines that covers user

5  interface.  I don't know whether there is in IETF

6  either.  There may be.

7       Q.   You're not aware of it?

8       A.   I'm not aware of it if there is one.

9       Q.   Let me be more specific.

10          You know of Ethernet switches that are at

11  least advertised as being compliant with the IEEE

12  standard for Ethernet that use a command-line

13  interface for the switch, correct?

14       A.   Yes.

15       Q.   And you're also familiar with Ethernet

16  switches that use only a graphical user interface

17  and yet are advertised as being compliant with the

18  IEEE standard for Ethernet, correct?

19       A.   Yeah, there probably are switches that

20  only have a graphical interface.

21       Q.   Okay.  And so what I'm getting at is, with

22  respect to at least these protocols that we've been

23  discussing, IEEE, SNMP, Fibre Channel, IP/TCP, SNMP,

24  you can be compliant with those industry standards

25  without adopting a particular type of user

1  interface; isn't that true?

2      A.   Generally speaking, when you say that

3  you're complaint to a standard, it's specific to

4  something.  So, for example, if we pick TCP as an

5  example, there would be an RFC that covers behavior

6  for TCP and what's mandatory, what's optional,

7  whatever.

8           I think -- so in relation to your

9  question, I recall that there -- I think there

10  actually is an IETF RFC that covers interactive

11  interaction with a device.  Certainly if we -- if we

12  took Cisco and Arista, as an example, you could go

13  "control W" as a command that will erase the

14  previous word.  They both do that.

15           But, in fact, Linux does that, Unix does

16  that, I think VAX/VMS does that.  I don't know

17  whether there's a standard for that, but I think

18  it's certainly a convention that many people could

19  call an industry standard, whether it's written down

20  as part of a standards body or not.

21           I think it might be, but I -- I can't give

22  you the specifics of whether it is or not.

23      Q.   Yeah, my question's different.

24           My question is:  Let's say, for example,

25  the Ethernet standard adopted by an industry

1   standard organization, a vendor could comply with

2   that particular industry standard and choose

3   whatever user interface it wants to carry out the

4   functionality as long as it satisfies the functional

5   requirements that are mandatory for that standard,

6   correct?

7       A.    Sure, I guess.  I won't dispute that you

8   could say something was compliant with Ethernet by

9   meeting standards, mandatory requirements as part of

10  whatever standards documents cover Ethernet.

11      Q.    Right.  And to your knowledge, you are not

12  aware of any Ethernet industry standard requirement

13  that you must use a command-line interface in order

14  to be compliant with an Ethernet industry standard,

15  true?

16      A.    I'm not sure I would agree with that

17  question because you can't configure a device

18  without having some kind of interface to it.

19      Q.    Listen very carefully to my question.  I'm

20  talking about command-line interface.

21          Sitting here today, you're not aware of a

22  requirement, a mandatory requirement, in the IEEE

23  standards document for Ethernet that says:  A vendor

24  must use a command-line interface to configure a

25  device in order to be compliant with that

1   Internet -- or Ethernet standard, correct?

2        A.   I'm not aware of whether the standard

3   would say that or not.  But what I would say is,

4   there will be parts of, for example, the Internet

5   standard, and it might be setting the speed of the

6   device or settings some port parameters, that you

7   couldn't do unless you had some means of first

8   configuring it.

9        Q.   Fair enough.

10       A.   It's a chicken-and-egg, you can't

11  configure it until you configure it, so the call

12  wouldn't come up until you configure it, and so...

13       Q.   You need -- you need -- I agree with you,

14  Mr. Dale, that you need some configuration.

15            But what I'm getting at is, sitting here

16  today, based on your understanding of these industry

17  standards that are adopted by industry standard

18  organizations, are you aware of a mandatory

19  requirement that devices must use a particular type

20  of command-line interface?

21       A.   I don't believe it's part of any standard.

22  It could be.

23       Q.   Sitting here today -- sitting here today,

24  are you aware of any such requirement in those

25  particular standards?

1      A.   I'm -- I'm not, but that doesn't mean it

2   doesn't exist.  You know, standards documents and

3   standards body work is long and tedious.  I've

4   certainly not spent large amounts of time looking

5   through those things.

6      Q.   Okay.  Now, let's make something

7   absolutely clear on the record.  The Cisco CLI is

8   not an industry standard that's been adopted by any

9   industry organization, correct?

10     A.   Those are your words.  I would disagree

11  with that statement.

12     Q.   Industry standard organization.  Can you

13  point to a single document that has been ratified by

14  an industry standard organization which requires

15  Cisco CLI?

16     A.   No, I can't point at any document, but it

17  doesn't mean it doesn't exist.

18     Q.   Has the IETF ever issued or ratified an

19  industry standard document that says:  Comply with

20  the following set of CLI commands that are used by

21  Cisco?

22          MR. SILBERT:  Objection.  Lacks

23  foundation.

24          THE WITNESS:  I don't know whether they

25  have or haven't.  I think there is a document within

1   the IETF that covers best practice that includes

2   industry standard command lines for showing certain

3   aspects.  I don't know the wording around those

4   commands, but -- you'd have to be more specific.

5   BY MR. PAK:

6       Q.   Has the IETF ever issued an industry

7   standard document that requires, requires through a

8   mandatory requirement, that a vendor must use the

9   CLI commands that are used by Cisco, to your

10  knowledge?

11           MR. SILBERT:  Same objection.  Lacks

12  foundation.

13           THE WITNESS:  So I don't think at any

14  point I've ever been part of the IETF, so I'm

15  certainly not across everything that they have or

16  have not published.  So it's difficult to answer the

17  question with a definitive "yes" or a "no."

18  BY MR. PAK:

19      Q.   I'm just asking your knowledge, sitting

20  here today.

21      A.   I don't think I've seen a document -- I

22  don't think I've seen a standard from the IETF that,

23  for example, lays out every command.  But -- but,

24  you know, there may be documents out there that make

25  recommendations.

 1      Q.   Have you seen any industry standard

 2  document ratified by the IEEE that as a mandatory

 3  requirement requires vendors to use CLI commands

 4  from Cisco?

 5           MR. SILBERT:  Same objection.  Lacks

 6  foundation.

 7           THE WITNESS:  I'm -- I'm not a member of

 8  the IEEE.  I think most of their standards are

 9  available for members.  So as I'm not a member, it's

10  a little bit hard for me to comment on their

11  standard documents when, generally speaking, I don't

12  have access to.  I certainly don't have access to

13  the library of them.

14  BY MR. PAK:

15      Q.   You've never seen an IEEE standards

16  document?

17      A.   I think I've seen parts of some documents.

18  But I think IEEE, as a standards body, has been

19  around for dozens of years.  I -- I don't know how

20  many standards they have.  At best, I've maybe

21  looked at a small handful or seen a small handful, a

22  small portion of a small handful of those documents.

23      Q.   All I'm asking for is your knowledge here

24  today.

25           Mr. Dale, based on your experience with

1   working with IEEE standards, to whatever extent that

2   might be, are you aware of a single IEEE document

3   that's been adopted by the IEEE standard

4   organization which mandatorily requires vendors to

5   use CLI commands from Cisco, sitting here today?

6        A.   So I'd reiterate what I've already said

7   here, and that is, I'm not a member of the standards

8   body in question.  I don't have access to their

9   library, generally speaking.  I've only seen --

10  probably worked with a small handful of their

11  documents or their standards.  You're asking me to

12  speculate what is possibly in documents I haven't

13  seen or the sum of all of their documents.  I can't

14  speculate what may or may not be there.

15       Q.   Have you seen any such documents?

16       A.   I guess you're asking me to speculate

17  again.

18       Q.   No, I'm not asking for speculation.  I'm

19  asking you:  Have you seen personally any IEEE

20  document that says to be compliant with this

21  standard from the IEEE you must use CLI commands

22  from Cisco?  Have you seen such a document

23  personally?

24       A.   I don't think I've seen any such document

25  from the IEEE.

1      Q.    Okay.  Have you personally seen any

2  documents from the ACM that says to comply with an

3  ACM standard you must use CLI commands from Cisco?

4      A.    Can you define who the ACM is?

5      Q.    Association of Computing Machinery.  Are

6  you familiar with that organization?

7      A.    Vaguely.  I'm not a member.  I -- I can't

8  speculate on things I haven't looked at.

9      Q.    And let me go back to the IETF question,

10  to be clear on the record.

11         Mr. Dale, have you personally seen any

12  IETF standards document that says in order to comply

13  with this standard you must use CLI commands from

14  Cisco?  Have you seen such a document?

15      A.    To the best of my knowledge, I haven't

16  seen an IETF document that has stated a mandatory

17  requirement of a specific command.  There might have

18  been some recommendations, but I can't give you

19  specifics beyond that.

20      Q.    Now, sir, so when we've seen these

21  statements in your presentations and documents that

22  say:  "industry standard," you're not talking about

23  a particular industry standard document that's been

24  ratified by any industry standard organization which

25  requires Arista to use CLI commands from Cisco,

```
 1  correct?
 2       A.   No, I have not, to the best of my
 3  knowledge.  When we -- the context of industry
 4  standard is I think what all vendors essentially
 5  have implemented as commands for performing very
 6  similar functions.
 7       Q.   Just to be clear, you have not seen and
 8  you are not referring to any industry standard
 9  document that's been ratified by an industry
10  standard organization when you have used the word
11  "industry standard" in describing CLI, correct?
12            MR. SILBERT:  Objection.  Asked and
13  answered.
14            THE WITNESS:  Yeah, I -- I feel as if I've
15  answered this question a few times now.  I'm fairly
16  sure I've even used the term "industry standard
17  command-line interface" previously while I was at
18  Cisco to refer to an industry standard command-line
19  interface.
20  BY MR. PAK:
21       Q.   I just need a clear answer.  I think -- I
22  think you've been clear, but just to be -- because
23  I'm not really sure why we're talking about this
24  beyond this question.
25            The question before you right now is:
```