# EXHIBIT 6
# REDACTED VERSION OF SEALED DOCUMENT

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4    CISCO SYSTEMS, INC.,

 5                Plaintiff,

 6          vs.

 7    ARISTA NETWORKS, INC.,          Case No.

 8                Defendant.          5:14-cv-5344-BLF

 9    _____

10

11

12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13              SUBJECT TO PROTECTIVE ORDER

14

15       VIDEOTAPED DEPOSITION OF ADAM SWEENEY,

16                       VOLUME I

17

18                  January 29, 2016

19                9:32 a.m. - 6:48 p.m.

20

21          555 Twin Dolphin Drive, 5th Floor

22             Redwood Shores, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4    CISCO SYSTEMS, INC.,

 5              Plaintiff,

 6         vs.

 7    ARISTA NETWORKS, INC.,         Case No.

 8              Defendant.           5:14-cv-5344-BLF

 9    _____

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13             SUBJECT TO PROTECTIVE ORDER

14

15

16

17         Videotaped Deposition of Adam Sweeney,

18   Volume I, taken on behalf of the Plaintiff, at

19   Quinn, Emanuel, Urquhart, & Sullivan, 555 Twin

20   Dolphin Drive, 5th Floor, Redwood Shores,

21   California, beginning at 9:32 a.m. and ending at

22   6:48 p.m., on Friday, 29th day of January, 2016,

23   before James Beasley, Registered Professional

24   Reporter, California Certified Shorthand Reporter,

25   CSR No. 12807.
```

1  vice president of software engineering at

2  Arista Networks.

3          MR. PAK:  Sean Pak of Quinn, Emanuel

4  representing plaintiff Cisco.

5          MR. FERRALL:  Brian Ferrall representing

6  the witness and Arista Networks.

7          MR. CHRISTOFFERSON:  Sean Christofferson

8  for Arista Networks.

9          THE VIDEOGRAPHER:  Thank you.  The court

10 reporter may now administer the oath.

11                       * * *

12                   Adam Sweeney,

13 being first duly sworn and/or affirmed by the

14 Certified Shorthand Reporter to tell the truth, the

15 whole truth and nothing but the truth, testified as

16 follows:

17                       * * *

18                 E X A M I N A T I O N

19                       * * *

20 BY MR. PAK:

21     Q.   Good morning, Mr. Sweeney.

22     A.   Good morning.

23     Q.   Can you please state your name for the

24 record.

25     A.   Adam Sweeney.

1   with the CLI interface for IOS, correct?
2        A.   I think that would depend on each
3   individual CLI command.
4        Q.   Generally speaking, isn't it true, sir,
5   that you told Arista employees in many situations to
6   copy what Cisco was doing in terms of CLI commands,
7   true?
8        A.   No.
9        Q.   You've never told any employee at Arista:
10  Copy what Cisco does for its CLI commands?  You
11  never said that in your life?
12       A.   You're asking me to remember that -- those
13  seven or eight words, if they've ever come out of my
14  mouth, I think the answer is "no," but I would hate
15  to swear to it.
16       Q.   It's your testimony that Arista never had
17  a policy of copying Cisco's CLI command; is that
18  your testimony?
19       A.   In all circumstances for all commands, no.
20       Q.   No, listen to me.
21            It's your testimony that Arista never had
22  a policy of copying at least some of Cisco CLI
23  commands; is that your testimony?
24       A.   Yes.
25       Q.   So your testimony is that there's never

```
 1       Q.   Sitting here today, are you aware of any
 2   type of standard document from any industry standard
 3   organization that mandates a particular type of
 4   command syntax for a CLI to be used with any of the
 5   protocols that we have been discussing today?
 6       A.   No.
 7       Q.   And let me get this right.
 8            So, Mr. Sweeney, if I bought an Arista
 9   switch, one of the things I could do is I could type
10   the command that you mentioned before for invoking
11   the NextHop CLI interface and start entering
12   NextHop's CLI commands into that switch; is that
13   true?
14       A.   You could.
15       Q.   And what is that command, again?
16       A.   I'm sorry, we're referring to the CLI RIBD
17   command?
18       Q.   And can you spell that one more time for
19   the record.
20       A.   C-L-I, R-I-B-D.
21       Q.   Okay.  So an Arista customer could type
22   CLI RIBD commands into an Arista switch and start
23   using NextHop's CLI command interface for the
24   various industry standard protocols that we
25   mentioned; is that right?
```

```
 1  CLI than the CLI of other companies?
 2       A.   That that's why they should buy our
 3  equipment, no.
 4       Q.   Okay.
 5            MR. PAK:  Let's take our next break.
 6            THE VIDEOGRAPHER:  This marks the end of
 7  DVD 2.  Off the record.  The time is 2:33 p.m.
 8            (Recess taken at 2:33 p.m.)
 9            THE VIDEOGRAPHER:  On the record.  This
10  marks the beginning of DVD 3 in the deposition of
11  Adam Sweeney on January 29th, 2016.  The time is
12  2:49 p.m.
13            Please continue.
14  BY MR. PAK:
15       Q.   Mr. Sweeney, based on your experience
16  working with CLI command syntax both at Cisco and at
17  Arista, would you agree that coming up with CLI
18  syntax for a particular command is very subjective?
19       A.   It certainly is subjective, yes.
20       Q.   And that means that different engineers
21  could come up with different ideas for the proper
22  CLI syntax for the same functionality, correct?
23       A.   Yes.
24       Q.   Okay.  In fact, you recall having debates
25  with engineers at Cisco and later with engineers at
```

1   Arista about the proper syntax for a CLI command,

2   true?

3        A.   Well, I recall very little about this at

4   Cisco.  But I've certainly had discussions about

5   what they -- what makes for a good functional

6   command syntax, yes.

7        Q.   Okay.  And so if we just focus on your

8   time at Arista, you would agree that you've had

9   debates among engineers at Arista about what the

10  proper syntax for a CLI command should be, true?

11       A.   I think "debates" is perhaps a bit strong.

12       Q.   You would agree with me that at Arista

13  you've had discussions among engineers at Arista

14  where different engineers expressed different

15  preferences for a CLI command syntax to be

16  implemented for the same functionality, true?

17       A.   Yes.

18       Q.   Okay.  Sometimes you prevailed in these

19  discussions, other times other engineers prevailed;

20  is that true?

21       A.   I tend not to look at it as a competition,

22  just looking for a good answer.

23       Q.   All I'm saying is sometimes your -- your

24  proposal was adopted for a CLI syntax and other

25  times someone else's proposal for a CLI syntax was

```
 1   adopted, true?
 2        A.   That's certainly true.
 3        Q.   Okay.  One of the reasons why Cisco had
 4   come up with parser-police mailing lists was because
 5   CLI syntax is a subjective process, true?
 6        A.   I do not know why parser-police was
 7   created.
 8   ████████████████████████████████████████████████
 9   ██████████████████
 10  ██████████████████████████████████████████
 11  ████████████████████████████████████
 12  ███████████████████████████
 13  ████████████████████████████████████████████████
 14  ██████████████████████████████████████
 15  ████████████████████████████████████████
 16  ████████████████████████████████████████████████
 17  ████████████████████████████████████████████████
 18  ███████████████
 19  █████████████████████████████████████████████
 20  ███████████████████████████████████████████████
 21  ████████████████████████████████████████████████
 22  ████████████████████████████████████████████████
 23  █████████████
 24  ████████████████████
 25            MR. PAK:  Okay.  I'll show you a document
```

```
 1      A.   Yeah.  Don't use that syntax, use an
 2  alternative syntax that looks more like this
 3  instead.  I tried to give an example of, you know,
 4  okay and -- and better.
 5      Q.   So the bottom line, sir, is that Arista
 6  had a choice for each of these CLI command
 7  expressions for syntax.  It could have decided to
 8  copy or replicate what others had done, or you could
 9  come up with its own syntax for the same CLI command
10  functionality, true?
11           MR. FERRALL:  Okay.  Compound.
12           THE WITNESS:  I'm sorry, that was a really
13  long question where you changed words in the middle
14  and...
15           MR. PAK:  Let me see if I can ask a better
16  question.
17      Q.   Isn't it true, sir, that Arista had a
18  choice for each of the CLI command syntax decisions;
19  namely, Arista could have decided to replicate what
20  others had done, or Arista could have done its own
21  independent command syntax with the same
22  functionality, true?
23           MR. FERRALL:  Calls for speculation.  And
24  incomplete hypothetical.
25           You can answer the question.
```

```
 1            THE WITNESS:  I think we do have a choice,
 2   yes.
 3   BY MR. PAK:
 4        Q.   Okay.  And in certain instances, you
 5   decided to do what others did, including commands
 6   from Cisco's CLI, and in other instances you went a
 7   different path, correct?
 8        A.   I agree.
 9        Q.   And ultimately that was a judgment call of
10   the Arista engineers involved, including yourself at
11   times, fair?
12        A.   Yes.
13        Q.   Okay.
14            MR. PAK:  Why don't we take our next break
15   here.
16            THE WITNESS:  Okay.
17            THE VIDEOGRAPHER:  Off the record.  The
18   time is 3:54 p.m.
19            (Recess taken at 3:54 p.m.)
20            THE VIDEOGRAPHER:  On the record, the time
21   is 4:14 p.m..
22   BY MR. PAK:
23        Q.   Okay.  Welcome back.
24        A.   Thank you.
25        Q.   I want you -- I'm not going to have you go
```