# EXHIBIT 7

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CISCO SYSTEMS, INC.,
 5              Plaintiff,
 6        vs.                         Civil Action No.
 7   ARISTA NETWORKS, INC.,           5:14-cv-5344-BLF
 8              Defendant.
 9   _____
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13             PURSUANT TO PROTECTIVE ORDER
14
15      VIDEOTAPED DEPOSITION OF KENNETH DUDA,
16                      VOLUME I
17
18                  February 12, 2016
19               9:31 a.m. - 6:09 p.m.
20
21         555 Twin Dolphin Drive, 5th Floor
22              Redwood Shores, California
23   REPORTED BY:
24   James Beasley
25   CSR No. 12807, CCR No. 835, RPR
```

```
 1               UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   CISCO SYSTEMS, INC.,

 5              Plaintiff,

 6         vs.                          Civil Action No.

 7   ARISTA NETWORKS, INC.,             5:14-cv-5344-BLF

 8              Defendant.

 9   _____

10

11

12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13              PURSUANT TO PROTECTIVE ORDER

14

15

16

17        Videotaped Deposition of KENNETH DUDA,

18   Volume I, taken on behalf of the Plaintiff, at

19   Quinn, Emanuel, Urquhart, & Sullivan, 555 Twin

20   Dolphin Drive, 5th Floor, Redwood Shores,

21   California, beginning at 9:31 a.m. and ending at

22   6:09 p.m., on Friday, 12th day of February, 2016,

23   before James Beasley, Registered Professional

24   Reporter, California Certified Shorthand Reporter,

25   CSR No. 12807.
```

1  behalf of Cisco.
2          MR. SILBERT:  David Silbert, Keker & Van
3  Nest on behalf of Defendant Arista and the witness.
4          THE WITNESS:  Kenneth Duda,
5  Arista Networks.
6          THE VIDEOGRAPHER:  Thank you.  Your
7  certified court reporter is James Beasley.
8          Would you please administer the oath.
9                    ---
10                KENNETH DUDA,
11 being first duly sworn and/or affirmed by the
12 Certified Shorthand Reporter to tell the truth, the
13 whole truth and nothing but the truth, testified as
14 follows:
15                   * * *
16              E X A M I N A T I O N
17                   * * *
18 BY MR. PAK:
19     Q.   Good morning, Mr. Duda.
20     A.   Good morning.
21     Q.   Can you please state your name for the
22 record.
23     A.   My name is Kenneth Duda.
24     Q.   I understand that you've been deposed a
25 number of times?

1  BY MR. PAK:
2      Q.   Let me ask it this way.  Mr. Duda, you're
3  aware that Arista has many CLI commands in its
4  interface that was copied from Cisco's CLI
5  interface, true?
6      A.   Yes.
7      Q.   Okay.  Sitting -- sitting here today, have
8  you investigated the origin of the CLI commands that
9  were copied from the Cisco interface to Arista's
10 interface?
11          MR. SILBERT:  Let me direct you to exclude
12 from your answer any investigation or activity you
13 undertook at the direction of counsel.
14          THE WITNESS:  I have not made any
15 investigation of the origin of those commands.
16 BY MR. PAK:
17     Q.   And I want to set aside any privileged
18 analysis or communications.
19          Are you aware of nonprivileged analyses or
20 communications relating to the origin of CLI
21 commands that were copied from Cisco's interface to
22 Arista's interface?
23     A.   I am not.
24     Q.   Okay.  Now, it's not a coincidence that
25 Arista has CLI commands in its interface that were

```
 1  copied from Cisco's interface, correct?
 2          MR. SILBERT:  Objection.  Vague.
 3          THE WITNESS:  I don't know what you mean
 4  "a coincidence."  Obviously they were copied.  That
 5  wasn't a coincidence, no.
 6  BY MR. PAK:
 7      Q.   So you instructed your employees to copy
 8  CLI commands from Cisco's interface to Arista's
 9  interface, true?
10      A.   Not -- not really.  My instructions were
11  that it's important for us to provide a familiar
12  interface to our customers.  If there's an industry
13  standard around CLI commands, we should follow that
14  as much as possible.
15      Q.   We're going to get into a lot about
16  industry standard discussion, Mr. Duda.
17          It's true, "yes" or "no," that you
18  instructed your employees to look at Cisco's CLI
19  commands and copy them into Arista's CLI interface?
20          MR. SILBERT:  Objection.  Asked and
21  answered.
22          THE WITNESS:  I don't feel like I ever
23  instructed anybody to copy a CLI command, so I'm not
24  aware of any instance of that.  But I did instruct
25  people to be aware of what other vendors did in
```

```
 1  their CLI's, particularly Cisco.
 2  BY MR. PAK:
 3      Q.  And to copy them?
 4      A.  No, I didn't instruct them to specifically
 5  copy the commands; I instructed them to be aware and
 6  to pick commands that were consistent with the
 7  industry standard.
 8      Q.  Are you denying that Arista has a policy
 9  of copying CLI commands from the Cisco interface to
10  its CLI interface?
11      A.  There's -- there's certainly no policy
12  that you have to copy every command.  But as I said
13  before, we aim to provide our customers with a
14  consistent experience to use familiar commands,
15  particularly when those commands are widely used
16  across many vendors.  And we absolutely have a
17  policy to make our customer's experience as seamless
18  as possible.
19      Q.  Mr. Duda, isn't it true that you and
20  others at Arista slavishly copied the Cisco CLI
21  commands?
22      A.  I've said things to that effect and it's
23  true in the sense that I meant it.
24          THE REPORTER:  I'm sorry, can you repeat
25  your answer.
```

 1  BY MR. PAK:
 2      Q.   Welcome back, Mr. Duda.
 3      A.   Thank you.
 4      Q.   Are you familiar with -- let me step back.
 5           You mentioned the RFCs that you submitted
 6  to the IETF relating to VXLAN and NVGRE.
 7           Do you recall that?
 8      A.   I'm a co-author on those RFCs.  I didn't
 9  submit them myself, but, yes, I do recall them.
10      Q.   Did any of the RFCs that you co-authored
11  and ultimately submitted to the IETF require a
12  particular type of CLI command to be used?
13      A.   No.
14      Q.   Do any of the RFCs that you co-authored
15  mandate a particular type of user interface?
16      A.   No.
17      Q.   Is it possible for a network equipment
18  company to comply, for example, with the VXLAN
19  standard by using a graphical user interface?
20      A.   I -- I see no incompatibility between a
21  graphical user interface and the VXLAN RFC.  The
22  VXLAN RFC doesn't call for any user interface at
23  all.  It describes a tunneling encapsulation and
24  forwarding rules quite separate from --
25           THE REPORTER:  Hold on.  You're going to

```
 1   have to slow down.
 2            "It describes"...
 3            THE WITNESS:  A tunnelling encapsulation
 4   and forwarding rules, and not anything about the
 5   interface to manage those functions.
 6            THE REPORTER:  Thank you.
 7   BY MR. PAK:
 8       Q.   And, Mr. Duda, are you -- sitting here
 9   today, are you aware of any industry standard that
10   has actually been ratified by an industry standard
11   setting organization that requires the use of a
12   particular set of CLI commands?
13       A.   I'm not aware of any specific requirements
14   along those lines, though I believe there are
15   several that suggest CLI commands or show CLI
16   commands as examples.
17       Q.   Okay.  Are you aware of any industry
18   standard that has actually been ratified by any
19   industry standard setting organization that requires
20   the use of a particular type of user interface?
21       A.   What do you mean by:  "Type of user
22   interface"?
23       Q.   Graphical versus command line versus other
24   types of user interfaces.
25       A.   I'm not aware of any standard that
```

1  requires the use of a graphical user interface.
2      Q.   Are you aware of any industry standard
3  that's actually been ratified by any industry
4  standard organization that requires command-line
5  interfaces to be used rather than graphical user
6  interfaces?
7      A.   Well, let's see.  I'm not sure.  There are
8  standards that relate to management functions and
9  define compatibility requirements; for example, the
10 NETCONF standards define XML formats in which
11 management data must be represented, so in some
12 sense that's a type of interface, though typically
13 the user interface would be built on -- on top of
14 that.
15         So I'm not sure, but I can't think of
16 anything offhand.  Let's put it that way.
17     Q.   Okay.  Let me be very specific.
18         With respect to the CLI commands that are
19 used in Arista's interface which overlap with
20 Cisco's CLI commands, are you aware of any specific
21 industry standard that has been adopted by an
22 industry standard setting organization that mandates
23 the use of those specific commands?
24     A.   I am not.
25     Q.   Okay.  Is it also true, Mr. Duda, that

```
 1  copyrightability of CLI commands?
 2      A.   No, I'm not.
 3           MR. SILBERT:  Sean, while you're --
 4           MR. PAK:  Yeah.
 5           MR. SILBERT:  -- pausing, I just -- I
 6  meant to tell you, I considered this over the break
 7  and -- and considering the confidentiality
 8  restrictions on the transcript, if you want to ask
 9  him about his pending patent applications I'm not
10  going to object to that.
11           MR. PAK:  Okay.  Thank you.
12      Q.   You used the word "industry standard"
13  earlier in response to some of my questions about
14  CLI commands.
15           Do you recall that?
16      A.   Generally, yes.
17      Q.   Okay.  Now, Mr. Duda, when you were using
18  industry standard in that part of the testimony you
19  were not talking about actual industry standards
20  that have been ratified by an industry standard
21  setting organization, correct?
22           MR. SILBERT:  Object to the term "actual
23  industry standards."
24           THE WITNESS:  That's correct.
25  ///
```

```
 1  BY MR. PAK:
 2      Q.   Okay.  What is your definition of
 3  "industry standard" as you have used that term to
 4  describe CLI commands?
 5      A.   What I mean by "industry standard" is
 6  widely practiced throughout the industry, available
 7  in products from many different vendors, widely
 8  understood by customers and widely used by
 9  customers.
10      Q.   Anything else?
11      A.   The standard practice of the industry is
12  what I mean by "industry standard."
13      Q.   Do you have a view on behalf of Arista,
14  sitting here today, setting aside any privileged
15  communications or analyses, on whether a copyrighted
16  work loses copyrightability because it is widely
17  practiced or widely utilized?
18      A.   I'm sorry, is this a legal question?
19  Maybe I didn't quite understand the question.
20      Q.   Yeah.  Do you have a view on behalf of
21  Arista sitting here today, setting aside any
22  privileged communications or analyses, on whether a
23  copyrighted work loses copyrightability because it
24  is widely practiced or widely utilized?
25           MR. SILBERT:  Objection.  Calls for a
```

```
 1  gave earlier.
 2          If -- Mr. Duda, is it true that there is
 3  no technical reason why Arista -- I don't want to
 4  use a double negative.
 5          Technically speaking, Mr. Duda, is it
 6  possible for Arista to remove overlapping commands
 7  from its CLI interface, replace them with different
 8  commands compared to the Cisco CLI and yet still
 9  interoperate or comply with all of the various
10  networking protocols and the industry standards
11  adopted by industry standard organizations?
12          MR. SILBERT:  Objection.  Compound.
13          THE WITNESS:  I can't think of any
14  examples where changing the CLI command would cause
15  us to lose compliance with a standard formally
16  adopted by an industry standard setting body.
17  BY MR. PAK:
18      Q.  Thank you.  Are you an antitrust legal
19  expert?
20      A.  No.
21      Q.  Okay.  Setting aside any privileged
22  communications or analyses, do you have a view on
23  behalf of Arista on any antitrust or competition
24  aspects of Cisco's use of CLI commands?
25      A.  I do not.
```

```
 1   equipment; correct?
 2        A.   That's correct.
 3        Q.   Okay.  So it's fair to say that one of the
 4   selling points used by Arista to sell its switching
 5   equipment is that your CLI has overlap with Cisco's
 6   CLI?
 7        A.   I think the way we would frame it is a
 8   little different.  We would say that the investment
 9   that you've made as an organization in learning the
10   industry standard command set is leveraged with
11   Arista's products because we run a similar command
12   set.
13        Q.   But the industry standard, quote/unquote,
14   command set you were talking about is the IOS CLI
15   command set from Cisco, correct?
16        A.   Well, the industry standard command set
17   is -- are commands that are widely practiced, but
18   certainly Cisco, as a dominant player in the
19   industry, has had a lot of impact.  Decisions Cisco
20   has made about its CLI have certainly impacted
21   industry standard significantly.
22        Q.   So, again, one of the things that you have
23   said to customers is:  You should buy Arista's
24   switches because our CLI looks like Cisco's CLI,
25   true?
```

1    A.   Yes, we tell customers that -- that the --
2  one of the advantages of our switches is that the
3  training they've made in learning that particular
4  command set is well leveraged with Arista's products
5  as well.
6       Q.   Now, Arista has its own training program,
7  does it not?
8       A.   Yes, we do.
9       Q.   Okay.  So Arista goes out and conducts its
10 own training with customers about how to use the
11 Arista's CLI interface; is that true?
12      A.   Yes.
13      Q.   Okay.  And I imagine that Arista has its
14 own training program to teach customers how to use
15 its eAPI interface?
16      A.   I'm not sure if we have a training program
17 for eAPI.  I actually don't think that we do.
18      Q.   Okay.  How about documentation on that?
19      A.   There is documentation, yes.
20      Q.   And Arista has its own training program or
21 documentation to teach customers how to use its
22 CloudVision interface, correct?
23      A.   Yeah, I think we have some documentation,
24 but no training program that I know of.
25      Q.   Okay.  Is there anything wrong with having

1     Q.   Okay.  And sitting here today, you're not
2  aware of any industry ratified standard that
3  mandates the use of Cisco's CLI commands, correct?
4     A.   I'm not aware of anything like that.
5     Q.   Okay.  Is there anything that is
6  nonprivileged that you can share with me to support
7  the statements that you have set forth in
8  Exhibit 260 that we have not already discussed?
9     A.   There's a lot of statements here.
10    Q.   Yeah, take the time to take a look.
11    A.   Okay.
12         MR. SILBERT:  I object to that question as
13 calling for a narrative and compound.
14         THE WITNESS:  Well, let's see, I mean, if
15 you start with the first sentence:
16              "In the past few years, the tech
17              industry has watched with increasing
18              concern as various entrenched participants
19              have brandished copyright law as a weapon
20              to stifle competition and innovation."
21         So certainly there are nonprivileged
22 materials that would support that statement.  We
23 would have to look at specific media reports about
24 various lawsuits involving copyright law --
25 Oracle v. Google comes to mind as the obvious one --