# EXHIBIT 9

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   CISCO SYSTEMS, INC.,

 5             Plaintiff,

 6        vs.                      Case No.

 7   ARISTA NETWORKS, INC.,        5:14-cv-5344-BLF

 8             Defendant.

 9   _____

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13            SUBJECT TO PROTECTIVE ORDER

14

15         VIDEOTAPED DEPOSITION OF MARK FOSS,

16                      VOLUME I

17

18                 February 4, 2016

19              9:32 a.m. - 6:36 p.m.

20

21         555 California Street, Suite 1300

22            Redwood Shores, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CISCO SYSTEMS, INC.,
 5              Plaintiff,
 6        vs.                         Case No.
 7   ARISTA NETWORKS, INC.,           5:14-cv-5344-BLF
 8              Defendant.
 9   _____
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13             SUBJECT TO PROTECTIVE ORDER
14
15
16
17       Videotaped Deposition of Mark Foss,
18   Volume I, taken on behalf of the Plaintiff, at
19   Quinn, Emanuel, Urquhart, & Sullivan, 555 California
20   Street, Suite 1300, Redwood Shores, California,
21   beginning at 9:32 a.m. and ending at 6:36 p.m., on
22   Thursday, 4th day of February, 2016, before
23   James Beasley, Registered Professional Reporter,
24   California Certified Shorthand Reporter,
25   CSR No. 12807.
```

1      MS. CANDIDO:  Amy Candido for the
2  plaintiff Cisco Systems.
3      THE VIDEOGRAPHER:  The certified court
4  reporter is James Beasley.  Would you please swear
5  in the witness.
6                        ---
7                    Mark Foss,
8  being first duly sworn and/or affirmed by the
9  Certified Shorthand Reporter to tell the truth, the
10 whole truth and nothing but the truth, testified as
11 follows:
12                       * * *
13                 E X A M I N A T I O N
14                       * * *
15 BY MS. CANDIDO:
16     Q.   Good morning, Mr. Foss.
17     A.   Good morning.
18     Q.   Would you please state your full name for
19 the record.
20     A.   Mark Joseph Foss.
21     Q.   And who is your current employer?
22     A.   Arista Networks.
23     Q.   What is your current title?
24     A.   Senior vice president of global operations
25 and marketing.

```
 1  referring to various IEEE standards; is that
 2  correct?
 3       A.   That's correct.
 4       Q.   And you are referring to those here
 5  because the 7100 series products are all compliant
 6  with those IEEE standards; is that correct?
 7       A.   Correct.
 8       Q.   And those IEEE standards are published
 9  documents adopted by the IEEE; is that correct?
10       A.   As far as I understand it, yes.
11       Q.   Is there a published industry standard
12  document for the familiar industry standard CLI?
13       A.   Not that I'm aware of.
14       Q.   While you were at Cisco, did you recall
15  anyone at Cisco ever telling the industry that they
16  were free to use the IOS CLI?
17       A.   I don't recall a specific instance.  No, I
18  don't.
19       Q.   Do you recall, while you were at Cisco,
20  anyone at Cisco telling the industry that they were
21  free to use any of Cisco's CLIs?
22       A.   I don't recall a specific example.  No, I
23  don't.
24       Q.   You mentioned earlier that your colleagues
25  had told you to use the term "industry standard" in
```