KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
DAVID J. ROSEN - # 296139
drosen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **NOTICE OF SUPPLEMENTAL INTRINSIC EVIDENCE RE CLAIM CONSTRUCTION** <br><br> Tech Tutorial:  March 11, 2016 <br> Claim Construction Hearing:  March 18, 2016 <br><br> Judge:       Hon. Beth Labson Freeman <br> Date Filed: December 5, 2014 <br> Trial Date: November 21, 2016 |

By this Notice, Arista submits two pieces of intrinsic evidence relevant to the construction of the patents in suit that did not exist when the parties filed their claim-construction briefs.

On February 18, 2016, Cisco filed a Patent Owner Preliminary Response in response to Arista's Petition for Inter Partes Review of U.S. Patent No. 7,047,526. *Arista Networks, Inc., Petitioner v. Cisco Systems, Inc., Patent Owner Preliminary Response*, Case IPR2016-00119. On March 3, 2016, Cisco filed a Patent Owner Preliminary Response in response to Arista's Petition for Inter Partes Review of U.S. Patent No. 7,953,886. *Arista Networks, Inc., Petitioner v. Cisco Systems, Inc.*, Patent Owner Preliminary Response, Case IPR2016-00244. Cisco's Responses are attached hereto as Exhibits 1 and 2, respectively.

Cisco's Patent Owner Preliminary Responses, which did not exist when the parties completed their claim construction briefing, are part of the prosecution history for the '526 and '886 patents. *See Evolutionary Intelligence, LLC v. Sprint Nextel Corp.*, No. C-13-03587-RMW, 2014 WL 4802426, at *4 (N.D. Cal. Sept. 26, 2014) ("The IPR proceedings will also add to the '536 Patent's prosecution history. Prosecution history is an important part of the intrinsic record relevant to claim construction"); *Pragmatus AV, LLC v. Yahoo! Inc.*, No. C-13-1176-EMC, 2014 WL 1922081, at *5 (N.D. Cal. May 13, 2014). ("Under Federal Circuit law, comments made by a patent holder during inter partes reexamination proceedings can limit claim scope. The same should be true now that inter partes review, rather than inter partes reexamination, is in effect.").

Arista respectfully submits that Cisco's Patent Owner Preliminary Responses should be considered along with the intrinsic evidence already submitted in this case.

Dated: March 9, 2016                                KEKER & VAN NEST LLP

By:   */s/ David J. Rosen*
      ROBERT A. VAN NEST
      BRIAN L. FERRALL
      DAVID SILBERT
      DAVID J. ROSEN

      Attorneys for Defendant ARISTA NETWORKS, INC.