**Pages 1 - 90**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Beth Labson Freeman, Judge

| | | |
|---|---|---|
| Cisco Systems, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. C 14-5344** |
| | ) | |
| Arista Networks, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

San Francisco, California
Friday, March 11, 2016

<u>**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING**</u>
FTR: 1:32 p.m. to 3:40 p.m.

<u>**APPEARANCES**</u>:

For Plaintiff:

                Quinn Emanuel Urquhart & Sullivan, LLP
                50 California -- Floor 22
                Redwood City, California  94063
      BY: **SEAN SANG-CHUL PAK, ESQUIRE**

For Defendant:

                Keker & Van Nest LLP
                633 Battery Street
                San Francisco, CA 94111
      BY: **AJAY KRISHNAN, ESQUIRE**
            **DAVID SILBERT, ESQUIRE**
            **DAVID ROSEN, ESQUIRE**

Transcribed By:        Pamela A. Batalo,
                   Transcriber

<u>Friday, March 11, 2016</u>                    <u>1:32 p.m.</u>

P-R-O-C-E-E-D-I-N-G-S

---000---

**MR. PAK:**  We have today (inaudible) as well as Dr. Allan Rose, who will be observing but not presenting today.

**THE COURT:**  Excellent.  Thank you.

**MR. SILBERT:**  Good afternoon, Your Honor.  David Silvert of Keker & Van Nest on behalf of the defendant Arista.

**MR. KRISHNAN:**  Good afternoon, Your Honor.  Ajay Krishnan from Keker & Van Nest.

**THE COURT:**  Hello.

**MR. ROSEN:**  David Rosen from Keker & Van Nest.

**THE COURT:**  Welcome.  All right.  This is our time for tutorial.  And I want to get down to -- and I guess I may as well tell you the bad news that -- well, actually I left my calendar at my desk.  I'm going to have to postpone the hearing next week.  As you can see, I'm in the middle of a little small trial here.  And it's -- well, I just need the day for trial. So -- but I don't have to postpone it much.  I mean, it's really just a matter of working it in the next couple of weeks, and I also was interested, though, I know that IPR has been filed by Arista, and I believe you told me that the dates are two dates in May that you're expecting a response.

**UNIDENTIFIED SPEAKER:**  That is correct.

**THE COURT:**  So of course I didn't stay the case

1    because it's only pending IPR, but is it your desire just to go

2    forward and have me construe the claims and then see what

3    happens?

4        **UNIDENTIFIED SPEAKER:**  Well, I -- personally, we don't

5    think that that would make the most sense.  Now, if -- there

6    may be some challenges fitting everything into the schedule,

7    but if the -- if the PTAB institutes, then obviously that's

8    something Your Honor would want to take into account.

9        **THE COURT:**  I do, yes.  I'm not asking to postpone the

10   claims construction hearing.  It's really more about the timing

11   of an order.

12       **UNIDENTIFIED SPEAKER:**  Your Honor, we have a very

13   tight schedule --

14       **THE COURT:**  Yes, we do.

15       **UNIDENTIFIED SPEAKER:**  And we have expert discovery

16   that will take place immediately after patent (inaudible) and

17   as Your Honor knows --

18       **THE COURT:**  Yeah.

19       **UNIDENTIFIED SPEAKER:**  -- we have a November trial

20   date.  So we are filing oppositions to these petitions --

21       **THE COURT:**  Sure.

22       **UNIDENTIFIED SPEAKER:**  -- on behalf of Cisco.  We --

23   we believe that there is a substantial chance that the

24   petitions will not be granted.

25       **THE COURT:**  In which case I don't want to lose any

1    time.

2         **UNIDENTIFIED SPEAKER:**  Absolutely, Your Honor.  So I

3    would suggest that if we move forward, we try to narrow the

4    issues --

5         **THE COURT:**  Okay.

6         **UNIDENTIFIED SPEAKER:**  I think that hopefully after

7    today's exciting presentation from both sides, that the issues

8    will become clear --

9         **THE COURT:**  Okay.  All right.  Well, we're certainly

10   going to go forward, and as I say, I'm not available for the

11   claims construction next Friday, but I'm -- I'm looking at in

12   the next 10 days or so after that, so that I'm hoping it's just

13   a little hiccup and not -- not meant to be a delay.  But I've

14   got a deadline with my jury and I like -- you know -- and when

15   it's your trial, I'll be clearing the path for you as well.

16       All right.  Well, we'll --

17        **UNIDENTIFIED SPEAKER:**  One other (inaudible) that I

18   would like to says.  Actually, this relates to the antitrust

19   case.

20        **THE COURT:**  Oh.

21        **UNIDENTIFIED SPEAKER:**  That's also now pending --

22        **THE COURT:**  Of course that's not really on my radar

23   much.

24        **UNIDENTIFIED SPEAKER:**  Let me just tell you the issue

25   and --

1          **THE COURT:**  Okay.

2          **UNIDENTIFIED SPEAKER:**  -- and you can say what you

3    want to do with it.

4        But the Court set a case management conference in that

5    case yesterday --

6          **THE COURT:**  Okay.

7          **UNIDENTIFIED SPEAKER:**  -- for may 26.  Cisco, in its

8    pleadings, has said that it intends to move to dismiss the

9    Complaint.  We have been talking to Cisco about an extension

10   for them to file their brief probably sometime around mid

11   April.

12         **THE COURT:**  Oh, I see.

13         **UNIDENTIFIED SPEAKER:**  Our only concern is knowing the

14   congestion of the Court's calendar, if we wait until April to

15   request a hearing date, that the hearing date is then going to

16   be sometime significantly in the future --

17         **THE COURT:**  You can expect it will be in July or

18   August.

19         **UNIDENTIFIED SPEAKER:**  Right.  And so what we were

20   hoping -- and I -- I understand the realities of the situation,

21   but if it's possible to -- to reserve the date now, and -- for

22   that motion and then perhaps Your Honor -- I don't know when

23   the Court would first be available, but --

24         **THE COURT:**  I'm not inclined to give the antitrust

25   case any priority, other than its filing date priority.  I

1    don't see that as being of the same significance as the

2    copyright case, which I think is the lead issue in this case.

3    And the patent -- because I don't think the patent infringement

4    is as significant, but important -- don't get me wrong.

5        And I am glad to have the case management on the date that

6    its set, and we can work with when we'll open the gate to

7    discovery because that's, of course, a concern.  If the

8    pleadings aren't set, I would want to give you a trial date

9    because I'm setting now in March of 2018.  So I don't want to

10   delay you beyond how I'm handling other cases, but reserving a

11   hearing date on a motion that hasn't been filed is just not

12   something I do.  So I'm not inclined to do that.

13       But I do think it will -- it can save you a couple of

14   months by getting the trial date at the earliest possible time,

15   which is much longer period of time than you would want, but

16   you're looking at a -- at least two years to trial once you

17   have -- for your initial case management.  It's been about 26,

18   27 months, is what I've been noting.

19       Now, in an antitrust case, that may not be that long, but

20   you've been involved with each other for so long that these

21   issues might not take as much to develop.  I don't know.

22       I obviously hope that by having an early trial on the

23   first two issues, that the -- that this -- that the tail --

24   the antitrust case may resolve through a recognition of how the

25   issues have gone on these other things and you'll resolve the

1  whole case or maybe even resolve the whole case short of a

2  trial, but nothing has given me hope for that.

3          **UNIDENTIFIED SPEAKER:**  I understand.  Thank you.

4          **THE COURT:**  Okay.

5          **UNIDENTIFIED SPEAKER:**  And I completely understand the

6  Court's --

7          **THE COURT:**  Yeah.

8          **UNIDENTIFIED SPEAKER:**  It is a very important case for

9  Arista, so we appreciate anything that can be do to keep it

10  (inaudible).

11          **THE COURT:**  Okay.  Appreciate that.

12      So today, Mr. Pak, we'll certainly start with you.  It's

13  your technology, and are you presenting or is --

14          **MR. PAK:**  I am presenting today.

15          **THE COURT:**  Excellent.

16          **MR. PAK:**  You have me for an hour.

17          **THE COURT:**  Okay.  That's wonderful.  And I have your

18  identification of the 10 claim terms.  Thank you all for that.

19  I appreciated that.  And I'm -- I've read through the briefs,

20  but of course I need to know more about the patent.  So that's

21  what we're here for today.

22          **MR. PAK:**  So if I may hand up some stuff.

23          **THE COURT:**  Yes.  Thank you.

24          **MR. PAK:**  So, Your Honor, I thought what we would do

25  today is really start from the basics.  Start with what kind of

1    hardware we are talking about, what is the software that runs

2    on this type of hardware, get into some of the terminology that

3    you will be hearing a lot about in this case.

4         Some of it will overlap the copyright just because we have

5    CLI technology that is at issue from the copyright perspective

6    as well as the patent perspective, but today's presentation is

7    really focused on the patents.  And once we have some of that

8    foundation laid down, then we'll hit the '526 Patent first, and

9    what I thought would be most helpful is to give you a sense of

10   the motivation behind these patents as to the problems that

11   were being addressed, the solution at a high level.  Of course

12   we'll talk about some of the examples of these solutions.

13   We're not here to construe the claims today, so I'll try to

14   keep my comments more factually focused on the technology

15   rather than any kind of a legal argument on the claims

16   construction.

17        **THE COURT:**  Okay.

18        **MR. PAK:**  Then we'll talk about the '886 Patent which

19   is also a different set of problems and solutions related to

20   (inaudible) technology.

21        Today is really for Your Honor's purpose and benefit so if

22    there is anything that is unclear or Your Honor would like --

23        **THE COURT:**  Good, thank you.

24        **MR. PAK:**  -- (inaudible) just let me know.

25        So moving on to the presentation from Cisco, we have on

1    Slide 2 some pictures that I thought would be helpful to

2    Your Honor to see some pictures of (inaudible).

3        **THE COURT:**  Right.

4        **MR. PAK:**  And they vary in all kinds of sizes, so when

5    we talk about networking equipment, it could be literally the

6    size of what we see here in terms of binders.  It could be

7    racks of equipment and it could be in places like data centers,

8    think of Facebook, Google, Amazon.  These are huge facilities

9    that are being created with their own refrigerators,

10    refrigeration systems, backup power centers and they could host

11    thousands if not tens of thousands of different switches and

12    servers.

13        All the way down to the smallest router and hubs that you

14    might have at your home for wireless access.  These are also a

15    type of routers and switches in the sense that they create

16    networks and allow you to correct with the internet or may be

17    able to set up WiFi.

18        So the form factors may change, but the basic concept we

19    will talk about will cut across all these different types of

20    equipment.

21        So when we talk about networking equipment, we're talking

22    about specialized devices that allow computer engineers and

23    users to create networks.

24        In terms of terminology on page 3, you will hear a lot

25    about switches and routers, and it turns out that there is a --

1    some disagreement in the industry about exactly what is a

2    switch versus what is a router, and I've had a chance to depose

3    some of the witnesses in this case about that, but at a high

4    level, the general concept is the following.

5        A switch allows the networks to be formed in the first

6    place.  So if you have a set of computers -- if you took all

7    the computers here in our room and printers and screens and we

8    linked it up into a network, the device that would be used to

9    create that network would be a switch.

10       Then -- and as we can see on the left-hand side of this

11   presentation, we have a number of devices that are now

12   commanded to the switches, the four networks.

13       And there is something called a router, and a router

14   basically connects networks to other networks.  So this is a

15   bridge between network.  So when you create what is called a

16   local area network, which would be all the devices in the

17   courthouse, and if one were to connect that to the internet or

18   to other conference rooms in the building, you would use a

19   router.  And a router's job is to take traffic or packets from

20   one network, translate it, if necessary, but place those

21   packets onto another network and create this link.

22       So if you look at this screen here, the device in the

23   middle that is connecting to the internet would be a router and

24   then these would be the switches that would be connected by the

25   router to the internet.

1          As I said, these terms sometimes get interchangeable, but

2     that's basically the concept of switches and routers.

3          Now, the types of switches and routers that we will be

4     discussing in this case are smart routers and smart switches.

5     What do I mean by that?  Just like we have smart phones, and if

6     you think about what a smartphone is today, it's really a mini

7     computer that's running inside of your phone.  So instead of

8     just making calls and receiving phone calls, it has the ability

9     to run apps, applications.  They have an operating system so if

10    you have an Apple iPhone, it has an Apple operating system

11    running on it.  If you have Android device, it has Android

12    operating system.

13         Similarly, these networking equipment from companies like

14    Cisco and others are smart in the sense that they also have

15    processors, they have a memory, and they have an operating

16    systems.  So when we talk about IOS -- and I think Your Honor

17    may have seen that in some of the pleadings -- that's the

18    Internetwork Operating System and that's a brand of an

19    operating system that is manufactured by Cisco and marketed,

20    just like Microsoft has Windows, which is their marketed

21    version of their operating system.

22         And so the operating system is a software, it's --

23    sometimes we call it a platform in the sense that it's the

24    basic level of software that you run on a piece of hardware to

25    allow other applications and other software to run on the

device.

And so in Cisco's terminology, we call that IOS. Sometimes you will see NXOS, is another operating system variance from Cisco.  Or sometimes we extend the IOS with abbreviations, IOS/XR or XE, and those are different flavors of the operating system.

But just like with Cisco IOS, now we call the people that actually interface with the network, system administrators or network administrators.  Sometimes you will see the abbreviation *CIS admin*.  These are people that actually administer the system.

**THE COURT:**  These are actually human beings.

**MR. PAK:**  Human beings.  They are part of the IT departments of colleges, universities, companies, courthouses. And so these human beings, these system administrators, interact with the software that allows the switching equipment and routing equipment to be configured.

And so we'll get a lot more into this, but one of the things that system administrators want to do is configure the switches.  So all these switches have lots of settings and parameters and features that can be activated, deactivated, different options turned on, turned off.

A network administrator assisting will send commands.  One of the commands we will show here is *show interface*.  And that's a command that this particular operating system can

1   recognize to say ah, the administrator wants to see all the

2   interface that this particular switch can run, and that

3   information is then relayed back to the system administrator.

4       So as I mentioned with the operating systems, one of the

5   things that you would have to do is extend the functionality of

6   the system by adding in applications and downloading them and

7   installing additional applications that do further things than

8   just the operating system.  Just like you could download the

9   Word application onto Windows or on Excel or on a smartphone,

10  lots of different apps.  You could do the same thing with a

11  Cisco operating system.

12      And one of the types of tools we will talk about is

13  something called Operations Administration and Monitoring

14  Tools.  OAM.  And this is the topic of the '526 Patent, and if

15  you read the patent, it will talk about these types of tools.

16  And these types of tools allow a system administrator to

17  monitor the performance of the system and look at all the

18  different performance attributes of applications that are

19  running, how fast are the switches running, is this application

20  running properly, if there is an error message.  All of that is

21  monitored and configured with these Operations Administration

22  and Monitoring Tools.  And they run on top of the operating

23  system.  So (inaudible) like Microsoft Word would run on top of

24  Windows.

25      One common way to access networking equipment is to do

1    graphical user interface just like Your Honor can now boot up

2    Windows and have a screen with different types of windows and

3    be able to drag Window menus down and select using the mouse,

4    network administrators can do that as well.  And there is some

5    benefits to this technology in the sense that you can visualize

6    what you're seeing.  There may be icons or visual

7    representations of switches and networks.  In some ways, it can

8    be intuitive to use a graphical user interface.

9         And what we're seeing on Slide 7 is an actual graphical

10   user interface that Cisco offers.  It's called SNMP tool, and

11   that tool, as you can see, has different configuration

12   settings.  They're displayed to the user in a graphical sense.

13   You can click on the main, for example, tab, drag it down just

14   like you would in Microsoft Word, have different commands that

15   in both of the --

16            **THE COURT:**  Uh-huh.

17            **MR. PAK:**  -- (inaudible).

18        But it turns out that there is another way to access these

19   switch (inaudible), and that's through the Command Line

20   Interface or CLI technology, and CLI technology has its own set

21   of benefits and features that ultimately make it very suitable

22   for use in a networking environment.

23        And a CLI is a Command Line Interface where you are

24   literally typing in commands, so you don't see anything visual

25   in terms of a graphical element.  What you're doing is you have

1    a prompt.  It's like if Your Honor may remember the MS-DOS back

2    in the old day with Microsoft?

3        **THE COURT:**  That was before my time -- that was before

4    my computer time.  Not my age, obviously.

5        **MR. PAK:**  So there was a prompt, and you would type in

6    commands into that interface.  This is a very specialized form

7    of Command Line Interface that's used for routers and switches.

8    And here you are typing in commands in text and then the system

9    would execute those commands and then provide information back

10   to the user.  So instead of dragging menus or clicking open

11   windows, the user is typing commands in text form and then

12   receiving text out the back from the system.

13       So I wanted to take the opportunity to help all of us

14   visualize what this looks like, so what we see here on this

15   screen is we have the system administrator sitting at a laptop,

16   and you can see the blinking cursor.  The hatch tag is the

17   prompt.  So that is just indicating to the system administrator

18   I'm ready for a command.  And it's blinking.

19       So then the system administrator would type in a command,

20   so in this particular instance, he typed in MPLS

21   forwarding-table.  That is a particular command.  It consists

22   of two words:  MPLS and forwarding-table.  MPLS turns out to be

23   one of the networking protocols.  Forwarding-table is a -- a

24   table that's inside the switch that is used to forward messages

25   using this particular type of messaging protocol.

1    So this command actually would then show -- so the first

2    word is *show*, so the network administrators is telling the

3    system I want to see the forwarding-table for your MPLS

4    protocol.  And so now this command gets sent, as we saw, to the

5    switch and the switch provides the information from that table

6    back to the network administrator.  And that is what we see --

7         **THE COURT:**  Uh-huh.

8         **MR. PAK:**  So you talk about screen input, screen

9    output, this is what we're speaking of.

10         **THE COURT:**  Okay.

11         **MR. PAK:**  It turns out that every switch has its own

12    set of commands that you -- that you want to program into the

13    switch.  And generally speaking -- and we'll talk a lot more

14    about this in the (inaudible) of the case, but generally

15    speaking, switch manufacturers develop their own CLIs.  They

16    have their own engineers who come up with different ways of

17    expressing the CLI commands.

18    So (inaudible), for example, which is how many lines of

19    text would I want to see on the screen.  So it's terminal

20    length in the context of Cisco.  The terminal is the monitor.

21    Length is the number of lines.  And it turns out in Cisco's

22    system, if you type *terminal length* and you give it a number,

23    for example, 25 lines, that's the number of lines that you will

24    see on the screen.

25    Juniper engineers came up with a different expression for

that same concept.  They said *set CLI screen length*.  And so if
you type those commands into the Juniper system and put 25, it
will do the same thing.  But, again, different commands, same
functionality, and each of these switches has programs that
recognize these particular commands.

     And so the basic point of the Slide 11 is that commands
are not made by machines, they're made by human beings for
human beings, so human engineers would sit around in conference
rooms or sometimes they would write e-mails to collaborate.
Other times it's an individual engineer who comes up with his
best idea for why a particular command should look the way it
does.  And it's not a science.  It's more of an art.  We're
relying on some engineering experience.  They're also relying
on their judgment and aesthetics about what they think the
right command should look like.  So they go through typically
lots of different options for particular commands.  So if
you're just trying -- Cisco engineers could have looked at all
kinds of different ways of saying set the line, number of lines
on the screen.

     The point here is that it's a human decision on the
command expression, and generally speaking, most of these
commands are intended to be used by human beings.  So that will
lead to some of the issues that are the subject of the patents
in this case.  So because this is a human interface in the
sense that humans are coming up with commands to be used by

1    other humans, sometimes when you start to automate the process

2    or try to use software tools with this human interface, there

3    might be some challenges, and that's the subject of some of the

4    patents in this case.

5        Slide 12 is a very basic point, but if I took one of the

6    commands that the Cisco switch doesn't recognize because it

7    happens to be a Juniper command, for example, it's not going to

8    work.  So a command line interface sometimes -- we'll talk

9    about that as general technology of using a command line

10   interface, but that doesn't mean that everybody has the same

11   CLI interface.  It's, generally speaking, distinctive, focused

12   on particular manufacturer preference for of the different

13   kinds of (inaudible).

14       So that basic question, how does the switch understand the

15   command and enforce that particular command style?  And it uses

16   something called a CLI parser.  And a parser is a software

17   component or a set of components whose job it is to analyze

18   incoming input in the form of potential commands.  And then it

19   uses a grammar, just like we would use grammar, to determine

20   what this particular command expression means, but it also can

21   validate the command expression so it can decide whether a

22   command expression is a valid command expression or not.

23       It can also make suggestions, and we will see some

24   examples of that.  So if you happen to forget what comes next

25   when I type in *show MPLS*, one of the things you can do with the

1    Cisco system is to ask for help and then the system will

2    suggest here are the possible remaining entries to fill out

3    that command and allow the user to then rely on the automated

4    feature rather than pure memory --

5          **THE COURT:**  It's actually not different than any kind

6    of Google search or anything that --

7          **MR. PAK:**  Right.  We see that a lot today in the --

8    with Google.  If you type in a Google search word, you'll see

9    suggestions come up.  Of course the CLI technology we're

10   talking about goes back many decades now, so this originated in

11   the -- in the late 1980s or early 1990s time frame.  But today

12   certainly most interfaces that allow the user to type in search

13   words or other kinds of input has this ability to autocorrect

14   or auto suggest.

15         **THE COURT:**  Sort of like prompts.

16         **MR. PAK:**  Exactly.  But the important thing is that a

17   CLI parser takes the input and puts it against the grammar of

18   some type, some set of rules to say is this a valid command, is

19   it not a valid command.  If it's a valid command, get the

20   command to the right place to be executed, and then provide the

21   input back, the output back to the user and also perform some

22   of these other helpful features like autocorrect and auto

23   suggest.

24         So let's take an example, Slide 14, where the user typed

25   in *show MPLS forwarding-table*, that same command, and then you

1    see that as it goes into a parser -- this doesn't actually show

2    up on the screen, but I wanted Your Honor to understand that

3    what happens inside the parser is it takes that *show MPLS*

4    *forwarding-table*, and it recognizes each of those words.  It

5    says ah, I understand, this is a show command.  This has a

6    need; whereas, if somebody had typed a different word that it

7    didn't recognize, it would tell the user internal improper

8    command.

9        It also then recognizes okay, what do you want me to show

10   you?  And the next entry is MPLS.  Ah, this relates to an MPLS

11   industry standard protocol.  So this particular command now has

12   to do with that feature of the switch, and then the next entry

13   is a forwarding table

14       Particular (inaudible) now has to do with that feature of

15   the switch and then the next entry is a forwarding-table so

16   what within that particular feature, do you want to be

17   displayed (inaudible).  So there's a hierarchy in the sense

18   that we're looking at (inaudible) and the next level of the

19   command syntax is what type of interface do you want to show.

20   And then the last step in that hierarchy or level of hierarchy

21   is what is the specific inclination within that standard or

22   feature that you would like to be displayed onto the user

23   screen.

24       So there is an inherent hierarchy that is often found

25   within the CLI parsers, and you can see how engineers can

1    (inaudible) and say should the word *show* appear first or maybe

2    we should have a different command syntax where maybe the

3    interface should go first instead of typing in *show MPLS*, the

4    user types in *MPLS show*.  And that's a different way of

5    thinking about commands.  In the first instance --

6         **THE COURT:**  Does that make any difference to the user?

7         **MR. PAK:**  It does in the sense that the networking

8    industry gets used to certain types of styles of CLS syntax.

9    And so this then is not a science.  It's more of of an art in

10   the sense that you're trying to create (inaudible) that would

11   be easier to use and maybe could be elegant in the minds of

12   some engineers, but it is a real difference in terms of how the

13   parser works.  The fact that you start to show MPLS which means

14   that in that system, the primary function is figuring out the

15   action, is it a show, is it a set, is it a configure set, and

16   then you tell it what the interface is versus another way of

17   doing the command is by showing the MPLS.  I'm telling it what

18   it is that I want to control and then specifying the actions.

19       So there are different ways of organizing it.  The same

20   words may appear, but the fact that it's reversed in order or

21   may have other elements embedded in it creates a new syntax and

22   that's actually quite important to the parser technology.

23       So here in this case, we recognize the show MPLS

24   forwarding-table and the parser sends the information back in

25   text format that can be displayed on to the user's screen.

1    So as I mentioned, one of the things you can do is in the

2    Cisco system, you can type *show question mark* and in this case,

3    *show question mark* then returns back to the user a list of

4    options.  So here as you can see, show (inaudible) ethernet.

5    Show cards.

6    So if you think about it, that might be another reason why

7    you may want to start with a verb in this particular syntax, is

8    that to be able to see the different kinds of interfaces.  Or

9    you could have another system where by starting with the

10    interface, you can see all the different kinds of actions that

11    (inaudible).

12    One more features that parsers can perform is

13    autocomplete, so as you can imagine, network administrators are

14    constantly typing away at these screens, so to help them save

15    time, you can have the system recognize parts of commands.  So

16    here SH was typed and the system automatically recognizes that

17    that is the show command.  So instead of forcing the user to

18    type S-H-O-W, the user is just relying on the fact that SH was

19    typed in --

20    **THE COURT:**  Uh-huh.

21    **MR. PAK:**  Before we move on to the '526 Patent, is

22    there --

23    **THE COURT:**  No.

24    **MR. PAK:**  Okay.

25    So the '526 Patent was filed in June of 2000, so if

1    Your Honor remembers, this was the first big heyday in the

2    internet boom and there were lots of companies who were trying

3    to revolutionize the world through internet technology.  And at

4    the time, one of the Holy Grails that people were trying to

5    solve (inaudible) was something called unified messaging.  And

6    unified messaging is the concept that communications and

7    messaging can come in all forms.  So it could be an e-mail

8    message, it could be a fax message, you could have a voicemail

9    message, or even what's called voiceover IP, which is you could

10   use the internet to make phone calls.

11       All of those are different kinds of messages, and before

12   unified message technology, you would have to open up a

13   separate application to view fax messages.  You would have to

14   open up another application to look at e-mail messages.

15   Unified messaging was designed to integrate all of these

16   different forms of messages into a standard format that the

17   system can understand.  And then the user can use a single

18   application to view all kinds of messages and different

19   (inaudible).

20       So that was the idea of unified messaging.  And Cisco had

21   a solution in 2000 that they developed for unified messaging

22   and this was actually the beginning of the '526 Patent.

23       So the engineers that developed the '526 Patent were

24   working in this unified messaging area and where can you see

25   here on the screen is an actual historical document from

1    Cisco's files, and you can see that they were trying to either

2    connect all kinds of devices, bringing in messages of different

3    types into the internet network, and then have these

4    applications, common applications process all these different

5    text messages so that the user doesn't have to worry about the

6    different application because he's using e-mail versus fax.

7        So the product that was developed as part of the patent

8    activity was something called a U-1 and that was a marketing

9    name that Cisco used to develop -- to describe its unified

10   messaging product.  And on page 20, we see one of the

11   historical documents from Cisco's files that shows how unified

12   messaging was incorporated into these large networks.  And this

13   is actually the IT department for one of the state agencies I

14   think in Utah where you have all kinds of phones, they're IT

15   phones, switches, routers, and the important thing here is that

16   it was a Cisco unified messaging component that was added, and

17   by adding this product into the mix, it allowed all these

18   different types of messages to be integrated and then centrally

19   treated and presented in a unified fashion back to the user.

20       So one of the problems that you have when you start

21   dealing with lots of different types of messages and tools is

22   how do you then administer and maintain all these different

23   tools.  So we talked about operations, administration, and

24   monitoring tools, and those are some of the tools that were

25   used for unified messaging.  And, for example, if they had

1    three tools that ran on the system, Tool 1 could have a

2    completely different command syntax than Tool 2 for the same

3    functionality.  So in this case, *at view* was a command that was

4    recognized only by Tool 1, not by Tool 2 or Tool 3.

5         So if you typed *at view* into Tool 2, it would give you a

6    validation error.  So instead Tool 2 recognized something else

7    called AceView as its command.  So now you have two commands

8    that basically perform the same function, one for Tool 1 and

9    one for Tool 2.

10        **THE COURT:**  I'm sorry this sounds so basic.  I'm not

11   really sure I know what a tool is, though.

12        **MR. PAK:**  A tool -- sure.  A tool is basically another

13   name for an application --

14        **THE COURT:**  Okay.

15        **MR. PAK:**  -- for a network management program.  So

16   when I talk about tools, I'm talking about software tools.  So

17   these would be just like Microsoft Word or a spelling checking

18   program on Windows.  A tool here just simply means a software

19   that is downloaded on to the operating system.

20        **THE COURT:**  Okay.  Thank you.

21        **MR. PAK:**  So here we have separate tools, separate

22   applications, and they have different commands.  So now if you

23   had the job of the system administrator that was maintaining

24   this large network with dozens of tools or potentially hundreds

25   of tools, then you had to learn command syntax of each of these

1    tools separately.

2        So every time the company decided to install a new tool,

3    your job got that much harder because now you have to recognize

4    and understand and memorize all these different commands.

5        **THE COURT:**  Uh-huh.

6        **MR. PAK:**  And what's confusing is that they are

7    commands that do the same thing.  So they were developed by

8    different companies so they have different syntax, so you can

9    see how confusing that might be.

10        There's also something called syntax, as we talked about

11    before.  It's not just the way the words are used, but it's the

12    way the -- the sequence in which the way the words are typed in

13    could be an issue.  It could be additional characters that you

14    have to type in or keystrokes to actually enter the command.

15        For example, in Slide 24, Tool 1, that *at view* command

16    could be a single line command.  So I type *at view dash G* and I

17    type *enter* and it does the command.

18        For Tool 2, however, I'm going to need to do additional

19    key strokes.  It might be multiple line command syntax where I

20    talk in *base view dash H* and turn then I have to press another

21    key G to do the same thing.  So it's basically a recipe that

22    the administrator has to learn and diversify each tool.

23        So on one tool, I'm using one command line.  Here I may

24    have to use multiple command lines to get the same

25    functionality.  Again, adds to the complexity and potential

1    error.

2        So in Slide 25, one of the problems that the '526 Patent

3    was designed to solve is simply time.  So as the system

4    administrator was trying to manage all these different systems,

5    imagine having to create separate configuration files and

6    having to log in to separate systems to invoke the same

7    functionality over and over again, so if you wanted to reset a

8    new tool with a new date, you are now in a Pacific time zone

9    versus Eastern time zone, you had to log in separately and do

10   all of that.

11       Obviously, this can lead to also mistakes, and this is on

12   Slide 26.  So if the user, the network administrator, forgot to

13   use the right command or used a different command syntax, he

14   could lead to errors.  This was a -- beginning to be a big

15   problem, especially in this context of now having open systems

16   where you are putting in lots of different tools, so this is --

17   just like Microsoft Word is one of the many applications that

18   you go into Windows, you have the ability to add lots of

19   applications (inaudible).

20       So the Cisco engineers came up with their solution in the

21   form of what's called UMCLI as the name that they gave to their

22   embodiment of the invention.  UMCLI just stands for Unified

23   Messaging Command Line Interface.  And so this was their

24   generic command interface, and what's meant by *generic*, I'll

25   talk more about today and in the hearing, but the meaning here,

1  it's an interface that works across lots of different tools.

2  So instead of having a tool specific CLI as in Tool 1 would

3  have its own CLI that recommends *at view* versus Tool 2 that

4  would recognize *base view*, we have a generic interface that

5  works across --

6          **THE COURT:**  So that generic is then going to translate

7  into the command that the tool recognizes.

8          **MR. PAK:**  Exactly.

9          **THE COURT:**  Uh-huh.

10          **MR. PAK:**  So that's the basic concept.  And there's

11  the architecture behind it, there are the techniques behind it,

12  but the basic concept is this creates a CLI interface that

13  allows the system administrator to work with all kinds of

14  tools.  As new tools get added, you don't have to learn

15  something new.  You can map the generic command interface onto

16  that new tool.  The tool now works for you and you don't have

17  to learn a new tool.

18      So on Slide 28, let's take an example out of the patent.

19  There's a particular command that's described as an example

20  *watch ACB globals*.  ACB was a technology that Cisco had at the

21  time that basically was conference calls so you can set up --

22  one of the applications would allow you to set up different

23  kinds of conference calls through the internet, and this

24  particular command *watch* -- it doesn't use the word *show*.  I'm

25  using the word *watch*.  It says ACB.  So I want to watch

1    something about these conference call applications, and globals

2    was a counter.  It was basically a counter that was maintained

3    inside the system that kept track of how many conference

4    calls --

5         **THE COURT:**  Uh-huh.

6         **MR. PAK:**  -- would be active at the time.  So if the

7    system administrator wanted to know how busy is the system, how

8    many conference calls were going in, he would type in *watch ACB*

9    *globals* into the unified message CLI, and that would go into

10   the generic main interface.  As Your Honor mentioned, one of

11   the things that this CLI did is then it translated that *watch*

12   *ACB globals* onto these tool specific things that we talked

13   about before, *at view*, *base view*.  The UMCLI would translate

14   *watch ACB globals* with the right syntax, with the right kinds

15   of input to be able to work with each of these different tools.

16        And so you have generic command that goes into a generic

17   command interface and then the output of that would be

18   tool-specific commands that goes on to the specific tools that

19   are controlled by (inaudible).

20        So on Slide 33, the patent gives us very clear

21   descriptions of what needs to be generic in the sense of

22   generic hearings that is not dependent on the syntax of any

23   tool.  So that's one of the aspects of it.  And the command is

24   based on the relative function of the command rather than

25   tool-specific syntax.  All that means is the user now just

1    remembers I type in *watch*, I type in the sender or the protocol

2    that I want to watch, and I type in the counter, the type of

3    counter that I want to watch --

4              THE COURT:  So it's really no different than adopting

5    the language of one of the tools as the generic and then doing

6    the translation.

7              MR. PAK:  It is, except that what you need is the --

8    the heart of the invention is then the infrastructure --

9              THE COURT:  No.  I understand.  But in terms of this

10   generic --

11             MR. PAK:  Right.

12             THE COURT:  -- language, you could have just adopted

13   one of the tools?

14             MR. PAK:  Exactly.  You could have taken one of the

15   tools, so if you wanted to basically say I want to genericize

16   one of the commands, then one option would have been let's take

17   the commands of a particular tool I like, let's program the

18   UMCLI acknowledging it in a way that allows me to map those

19   commands onto the other tools.  So it's not that the commands

20   themselves are inherently generic.  It's the programming of the

21   parser and the programming of these transmitters that allow you

22   to map your selection of generic (inaudible) onto to --

23             THE COURT:  Well, and I -- was it also -- was there a

24   problem of companies staying -- feeling they had to stay within

25   one company of tools that -- because there was too much

1    training and too much mistake and this -- I mean, I assume it

2    enhanced competition among the different developers.

3            MR. PAK:  It did.  It did enhance competition because

4    what it allowed the developer community to do is create their

5    own syntax and have their own CLI, but then the customers can

6    use a tool like this, the UMCLI, where they can then have a set

7    of translators, have a set of parsers --

8            THE COURT:  Yeah.

9            MR. PAK:  -- so that you may have a distinct CLI, but

10   now this technology allows me, as the customer, to map whatever

11   I want --

12           THE COURT:  Without the downside of the training and

13   the --

14           MR. PAK:  That's right.

15           THE COURT:  Okay.

16           MR. PAK:  So this is a way of allowing different tools

17   with different CLI syntax to all work together in the same

18   customer environment, and so this was an important development

19   in that sense.

20       And we have the testimony of one of the inventors, Jeffrey

21   Wheeler, who explained that in 1999, he created this UMCLI tool

22   to help better administrate the unified messaging product.  And

23   you can see that the tool is responsible for things such as

24   starting and stopping software, setting different levels in

25   terms of logging, monitoring the session activity, and other

1    key functionalities.

2          **THE COURT:**  Uh-huh.

3          **MR. PAK:**  This was the motivation behind the patent.

4    And on page 35, he explains the difference between this

5    technology versus what existed before.  He says previously you

6    had to use lots of different tools, lots of different CLIs, and

7    with this, you have -- maybe execute five, six, seven, eight

8    commands to accomplish one of these functions.  So this was the

9    motivation --

10          **THE COURT:**  Uh-huh.

11          **MR. PAK:**  -- behind this technology.

12          Let's get to the architecture on Slide 36.  So again the

13    invention isn't just this idea of let's have a generic

14    (inaudible).  This is a patent.  We're talking about tangible

15    software architecture and possibly a hardware that's involved.

16    And in this particular embodiment, what we have -- this is

17    Figure 1 of the '526 Patent that we've annotated here.  You

18    have the system administrator typing commands that are generic

19    commands into the UMCLI parser.  That parser would then map

20    generic commands onto something called prescribed commands.  So

21    this would be an intermediate step.  Before you get to the

22    final issue command, you may have some intermediate

23    descriptions of what that the command does.  So generic command

24    gets mapped on to a prescribed command.

25          And in particular environment, then you forward to that

1    different translators and the translators would then turn the

2    prescribed commands to all the different sequencing and the

3    syntax --

4            THE COURT:  Yeah.

5            MR. PAK:  So this is an architecture where you have

6    parser.  It's a program to recognize this is a generic command.

7    Now I need to map it onto one or more of these prescribed

8    commands.

9            THE COURT:  So the parser actually modifies the

10   command into different --

11           MR. PAK:  Yes --

12           THE COURT:  -- I'll call it language, but it's

13   computer to computer at this point.

14           MR. PAK:  Exactly.

15           THE COURT:  Okay.

16           MR. PAK:  So what's happening is the generic command

17   comes in to the parser.  The parser can decide this command

18   should map onto one tool, because the user wants to control one

19   tool, or it may map on to multiple tools because the user may

20   want to control multiple tools with the same command, and then

21   the translators then are responsible for taking each of these

22   prescribed commands and doing the further translation necessary

23   to make sure that --

24           THE COURT:  Is there a translator assigned to each of

25   the tools?

1           **MR. PAK:**  Exactly.

2           **THE COURT:**  So that's what this looks like?

3           **MR. PAK:**  That's right.

4           **THE COURT:**  And so the parser chooses which translator

5     to send it to?

6           **MR. PAK:**  That's right.  You could send it to one or

7     more of these translators and then the translators then

8     issue --

9           **THE COURT:**  So your parser is your triage nurse.

10          **MR. PAK:**  That's right.  Exactly, Your Honor.  The

11    parser is really -- the parser's job, just like the triage

12    nurse, is to get the patient to the right place, get the

13    command to the right place and make sure that the command is

14    prepped in the right way so that the physician or the tool --

15          **THE COURT:**   In the translator, this next step is

16    actually what's modifying the generic or the -- I'll call it

17    the prescribed command and is further reconfiguring it so it

18    can be understood by the tool?

19          **MR. PAK:**  Yes.

20          **THE COURT:**  Okay.

21          **MR. PAK:**  So you can think of it either as configuring

22    or transforming it or just mapping it.

23          **THE COURT:**  *Mapping* is the word you use.

24          **MR. PAK:**  You're mapping it on to something else --

25          **THE COURT:**  Uh-huh.

1          **MR. PAK:**  -- like what the tool can understand.

2          **THE COURT:**  Uh-huh.

3          **MR. PAK:**  So Figure 2 is just an example of what --

4    how this could be done in a system like this.  What -- I'm not

5    going to spend a lot of time going into this in detail today,

6    but this is a series of tables.  On the left-hand side, you see

7    a table at the top.  You can see the mapped words to what are

8    called tokens.  Tokens could be words or it could be letters or

9    it could be numbers or it could be any number of things or data

10   elements.  (Inaudible) a word is not to a particular token in

11   this case.  The connection is not to a token one.

12         And then on the right-hand side, you have a series of

13   pointers, so you can see that you start at root which is at the

14   top and it's highlighted in the sense that you're going down

15   that tree structure and so as you go down the next level down,

16   you're looking, for example, at the generic command was *watch*

17   *TCP connections*.  You recognize that ah, *watch* is the first

18   word that I recognize here.  So that's T equals 8.  That's the

19   yellow entry.  And what does that tell me to do?  There's an

20   arrow, so I have to do a further check to see if there is

21   another part to this command.  And that arrow takes me to the

22   blue box.  That's the second layer in the hierarchy, and now

23   I'm checking to see do I recognize TCP or is there some other

24   protocol or a feature that's being specified.  Ah, found TCP.

25   Check.  I don't stop there.  I got to go one more level down

1    and then I'm looking at -- am I looking for the word

2    *connections* and I find *connections* and then that gives me the

3    corresponding command.

4              **THE COURT:**  Uh-huh.   Uh-huh.

5              **MR. PAK:**  So this is, however, just one example.   So

6    there are lots of different ways of doing command parse in

7    trees.   You can use tables and pointers like the one that was

8    just shown here.   The patent makes it clear that the

9    invention -- as Your Honor knows in patents, we talk about

10   inventions and we talk about embodiments.

11       The patent is very clear that the invention is not limited

12   to the disclosed embodiments, so you could have other ways --

13   as long as the -- claim language is satisfied.

14             **THE COURT:**  Sure.

15             **MR. PAK:**  -- you could have other ways of doing this.

16   And so one basic example would be what if you just extended the

17   idea of tables, so we have just one table in the last example.

18   Well, what if we created a series of tables and linked them in

19   a way that it had the same kind of hierarchy, and so this is

20   just one example.   There are lots of ways of doing this, but,

21   for example, in this table to the right, you would see the same

22   T8.   That's the token that you're looking for for the first

23   token.

24       Once you get a map, that pointer that you saw earlier,

25   this one just gives you instructions.   It says see Row 2.   Ah,

1    that means I go to Row 2 and look for entries in Row 2.  So in

2    Row 2, I recognize TCP and it says see Row 5.  So it's now

3    asking me to skip Rows 3 and 4 and go to Row 5 and look for the

4    next entry, and that's where connections can be found.

5        So by having a series of these message tables or hierarchy

6    tables, you can do a parse tree list.  It does the same thing,

7    but it doesn't use pointers, so there are lots of different

8    ways that you could perform that functionality.

9        So let me just pause here.  So the '526 Patent originated

10   in unified messaging.  It's not limited to unified messaging.

11   You can use it for other applications, but the basic problem

12   you are trying to solve is I have lots of different tools, all

13   of them have their own CLI syntax.  How do I create an

14   architecture that allows me to work with many tools but doesn't

15   force the administrator to learn the syntax of every one of

16   these commands?  And so this is an architecture, a software

17   architecture with hardware elements that allow the

18   administrator to map generic commands onto multiple tools

19   and --

20       **THE COURT:**  So does the '526 deal with the addition of

21   new tools and how it gets mapped?

22       **MR. PAK:**  Yes.

23       **THE COURT:**  Is that part of the '526 as well?

24       **MR. PAK:**  It is part of the '526 as well.  So what you

25   would do, for example, in the '526 is -- this is why we the

1    dot, dot, dots there so the idea is the system could preship

2    with, let's say, a set of three translators because the system

3    would have three tools --

4            **THE COURT:**  Uh-huh.

5            **MR. PAK:**  -- that were part of the package that you

6    got.  But if the consumer or the company bought a new tool,

7    then you could add a translator to that architecture so it

8    would be Translator No. 4 that would correspond to Tool No. 4.

9            **THE COURT:**  So the translator has the ability to take

10    an unknown language from a tool and be the bridge between the

11    generic and this hithertofore unidentified tool?

12            **MR. PAK:**  Yes.  That's the purpose of that translator,

13    so --

14            **THE COURT:**  Okay.

15            **MR. PAK:**  The software would be code --

16            **THE COURT:**  Yeah.  But here, once they're in place --

17    so it actually can take an unlimited number and actually get it

18    ready to receive the generic --

19            **MR. PAK:**  That's right.

20            **THE COURT:**  Okay.

21            **MR. PAK:**  So this is part of the inventive aspect of

22    the architecture because you have a parser --

23            **THE COURT:**  Yeah.

24            **MR. PAK:**  -- that's universal and that's the triage

25    nurse, but you have an unlimited number of translators that

1     could be put into that architecture, so it's not fixed.

2              THE COURT:  Okay.

3              MR. PAK:  You will want to correspond between the

4     parser and translator and tool.  You could add more

5     translators.  You could add more tools.  And then by changing

6     the entries, that parsing mechanism that we saw, you could then

7     recognize more commands if you wanted to.  You could actually

8     add more generic commands if you wanted to.  You could add more

9     tools into the mix.

10             THE COURT:  So both -- so you'd have a new translator

11    specially designated for the new tool?

12             MR. PAK:  Correct.

13             THE COURT:  But the parser has to be able to speak to

14    the new translator, so there's some modification going --

15             MR. PAK:  That's right.

16             THE COURT:  And you call it mapping.

17             MR. PAK:  The parser tree to recognize it -- the first

18    part would be the same, the generic --

19             THE COURT:  Right.  Sure.

20             MR. PAK:  But on the back half of it you would say ah,

21    I want to take that generic command out and also map it on to

22    this other prescribed command (inaudible) command --

23             THE COURT:  So this patent really has to do with

24    behind the human aspect.  It's not about the human aspect.

25             MR. PAK:  That's right.

1          **THE COURT:**  Okay.

2          **MR. PAK:**  Now, it enables something very

3      interesting --

4          **THE COURT:**  Sure.  Sure.

5          **MR. PAK:**  Because now the system administrator doesn't

6      have to memorize all these different commands.  But the

7      invention is really behind the scenes.

8          **THE COURT:**  Okay.

9          **MR. PAK:**  (Inaudible) how the software works.

10         So then let's move on to the '886 Patent, which is the

11     next patent.  And this comes a little bit later in time so this

12     is 2005.  So we talked about 2000 or the first patent.  And

13     what happened -- what starts to happen in 2005 time period,

14     Your Honor, is that we start to hear of things called clouds,

15     and it's a very amorphous word and people have different

16     meaning for it, but the idea is that data and applications no

17     longer are limited to your desktop.  So it may live somewhere

18     in the (inaudible) in this cloud.

19         And the idea -- the reason why they use the cloud metaphor

20     is that it's intended to convey to the user and the application

21     developer that you don't have to worry about the details of how

22     the network manages your data or the administrator.  The cloud

23     operator will take care of that for you.

24         So all you're doing is you're posting things on to the

25     cloud and you are getting things off the cloud.  But there is

an intentional separation between the management of the cloud and the development and management of the applications and data that use the cloud.

And so cloud becomes very popular for both consumer companies who we get to see, companies like Amazon and others start to use cloud technologies and Microsoft. But we also see companies internally creating their own internal clouds because they are becoming global enterprises that have lots of employees all around. They don't want to replicate the same database ten different times just because they're in ten different countries. They want to have a centralized network where they -- where anyone in the company can publish data and applications and others can use it.

So part of that cloud technology then, the challenge is when you deal with the CLI technology that's been developed, that was really intended for people to sit at computers and type commands. How do you make that work with the cloud architecture? And that's part the motivation for the '886 Patent.

So before we get to the motivation, I'll hit some of the foundational building blocks here. There's something called markup language, and in the computer science world, we talk about programming languages. So programming languages are languages that people write on machines to understand. So Java, C, C++, those are really humans writing code in a

1    particular language that the machine can ultimately understand.

2    So that's a program language.

3        Markup language is something slightly different.  Markup

4    language is a way of annotating an existing document or a data

5    to give it more meaning.  And what do I mean by that?

6        So a common example here would be HTML, which is a

7    hypertext markup language.  This is really the backbone of the

8    internet today.  It was invented by a gentleman named Tim

9    Berners-Lee at CERN in, I think, the early 1990s.  His vision

10   was to allow research scientists all around the world to

11   publish their papers and share information.

12       But one of the things that researchers love to do is

13   cross-reference other things, so they would write an article

14   and say go see this article that talked about the problem

15   before or here's my colleague's paper on this topic.

16       He created a system called hypertext where this is what we

17   do every day when we use the internet.  We click on links and

18   it takes us to another document.

19       HTML was the markup language.  It was the language that

20   was used by the engineers at CERN to be able to create links.

21   If you think about a link, we're not really changing the

22   underlying content of the document.  You're annotating the

23   document at certain places to say this is a link, and we

24   usually represent that by an underlining or some other holding

25   and say to the user this is a special type of content.  If you

1    click on this, it will take you somewhere.  So that's a form of

2    annotation.  That's a form of marking up the document.

3        And so this is a little bit different, but in some ways, I

4    suppose is similar to how, as lawyers, we mark up documents and

5    we write things on the side and we say we want to take out this

6    paragraph.  Again, the role there is to edit the document.  The

7    role here is to give more meaning to actually allow the

8    document to be more than just the content of stuff.

9        And so in this example, the HTML primary purpose was to

10   take it to other links.  HTML technology has evolved quite a

11   bit.  Now you can do lots of things.  You can click on things

12   and make it play video.  You can actually run small programs

13   (inaudible), but this was the beginning.  So HTML is the

14   classic example of a markup language.

15       And I don't know if Your Honor ever had this experience

16   when you're on a website and you click on the wrong button in a

17   browser, you might actually have seen something like this,

18   which is the code behind the website page, and this is called

19   the HTML document, and this is so really the code that actually

20   is then processed by the browser to show you the wonderful,

21   beautiful web page.  But this is what HTML developed or would

22   write.  You would create a document where you type in all these

23   different words and then make the document, but also he's

24   telling the system I want this to mean something else.  I want

25   this to be a title.  I want this to be a link.  I want this to

1    be shown in a certain way.

2        So the thing that's used here is something called tag or

3    tags, and a tag is -- usually it comes in pairs.  So, for

4    example, in Google, in this example, we want to say Google is a

5    title.  It's a type of a title.  Google element is of the title

6    so we want Google to be the title of this document.

7        To give that meaning to the document, we take this title

8    tag and as -- the corresponding part of that tag is the

9    backslash title, and they're both in these arrow brackets, so

10    when the system sees ah, there is an arrow bracket and title, I

11    know what follows next is a title type content and then where

12    it ends is the other side of that tag, which is the backslash

13    title.  So everything that falls within that tag is now

14    considered a title, so later on, you can create a rule that

15    says, for example, anything that's a title, I want that to

16    appear first.  And I want that to be centered, and I want that

17    to be in bold character.  Those are all different types of

18    things you can do in the makeup language.

19        Another part of the '886 Patent is something called an

20    extensible.  And extensible means instead of just using these

21    tags that are predefined, for example, a title is something

22    that comes as a basic part of HTML so every HTML document

23    understands the task.  Well, what if you wanted to create your

24    own task.  What if you, for your business or your research,

25    use -- you want to have the ability to create your own

1    categories of documents and categories of content and data

2    inside documents.  That's why we have this concept of

3    extensibility.  So extensibility means that I can take the

4    language and extend it to have my own tags.  I can do other

5    features.  I can add other functionality to the markup

6    language, and it turns out HTML itself is extensible and it's

7    been extensible for a long, long time, including some of the

8    very early versions where you could, instead of just using the

9    title tag if you wanted, for example, create a tag that said

10    *court exhibits*, so every time I type in this word or another

11    word, I want to indicate to the system this is a court exhibit,

12    I can create a court exhibit tag.  So anything that falls

13    within that tag, the system will understand that's a court

14    exhibit.  Or this is a deposition transcript, create a depo

15    tag.  This is a way of creating your own set of tags that's

16    extensible.

17        So in Slide 43, we have a document that talks about HTML

18    as an extensibility markup language -- extensible markup

19    language where you can create something called classes, and

20    classes just means categories of things, and you can create

21    your own classes or categories to use HTML in a way that's

22    extensible.

23        And that's important because the '886 Patent -- we'll talk

24    more about this at the Markman hearing -- uses the phrase

25    *extensible markup language* in the claims and throughout the

1    patent as well.  And so we just have to be careful that when we

2    talk about extensible markup language as that phrase, it can

3    mean lots of different things.  It can mean, for example,

4    something -- we just saw there HTML extensible.  It can be

5    something actually abbreviated XML in all caps and that's a

6    particular industry standard that uses a particular type of

7    extensible markup language --

8            THE COURT:  So XML, that's standard, but the phrase

9    *extensible markup language* is the broad term.

10           MR. PAK:  That's right.  So XML is one form of

11    extensible markup language.  XML itself is an industry

12    standard, and if you look at the industry standard, there are

13    all kinds of variations of XML, depending on which year you

14    look at, which versions of XML.

15       And then there's something called JSON, J-S-O-N, which is

16    a javascript language, which is also another way of marking up

17    documents or data and providing --

18           THE COURT:  Uh-huh.

19           MR. PAK:  But one of the things that we'll talk about

20    is what does it mean to be extensible, what does it mean to be

21    a markup, what does it mean to (inaudible) language, and then

22    how does this all work together to create the solution in the

23    '886 Patent.

24       So one of the things we can do, for example, if we're now

25    going back to CLI, so if you were to run an automated CLI and

1    use this extensible markup language, instead of creating court

2    specific tags, we might create CLI specific tags because we may

3    be interested in understanding something as a CLI command.

4         So with the extensible markup language, you have the

5    ability to create CLI specific tags that could be used by the

6    system to recognize that this is a CLI command, this is a CLI

7    input, this is a CLI output.  These are specific to the CLI

8    context, and you can create your own versions of these tags to

9    deal with CLI technology.

10        So those are the building blocks.  So let's think about

11   the problem that the '886 Patent solves.  This is 2005 again.

12        As we saw, CLI technology was developed by humans, for the

13   most part, for other humans, and so here they're tightening in

14   these messages or CLI commands on individual terminals and

15   talking to individual switches.

16        Well, what if you wanted to control thousands of switches,

17   if you want to have a single system administrator in Palo Alto

18   communicate with a thousand switches distributed in the cloud

19   or in the network somewhere, how do you make that happen?  And

20   you certainly don't want to fly him around to a thousand

21   different places and have him log in to a thousand different

22   computer screens and type a (inaudible) command.  So this is

23   where the concept of automation comes.

24        So automation means how do you automate or speed up the

25   process of doing something manually.  In Slide 46, we have in

the '886 Patent, Column 1, one of the problems that is specifically identified in the patent is that while a human user of IOS CLI -- and this is the -- IOS is the operating system that belongs to Cisco.  CLI is the command line interface -- may be able to sort through the complicated input and output screen to create information and extract information (inaudible) data.  It has proven to be a very difficult and cumbersome task to automate.

So what does that mean?  It means that because different engineers over decades of time came up with their individual ideas and commands, and while there may be some overall stylistic guidelines, people were still selecting their own commands for other people when they got to the problem of trying to automate this process of recognizing this is a particular type of command and creating what are called scripts.  Scripts are software tools that, for example, can run the same command on lots of machines, and so instead of the user typing in the same command, he runs a single software program, and basically that single software program on his behalf sends out those thousand commands to a thousand machines.

So scripts are basically -- sometimes we call it badge processing, but the idea is that you are automating a manual task by writing a software program that repeats the task over and over again.  But every time it repeats that task, it will

1    do it on a different machine and it will do it with a different

2    set of input, potentially.  But the idea is the user, instead

3    of typing in a thousand different commands, writes a program

4    once and every time he wants to reset all of the switches

5    around the world, he runs one program.

6        So it turns out the problem here was in this cloud world

7    where there are lots of switches everywhere and (inaudible) how

8    do you automate this process.

9        So the answer lies in using XML or extensible markup

10   language or another version of extensible markup language to

11   automate this process.  And extensible markup language is

12   beneficial in this regard because it's a language that both, if

13   you created the right CLI parsers -- one thing you have to do

14   is remember the CLI parser is the thing that understands.  Now,

15   if you go teach it how to understand extensible markup

16   languages, so part of the invention here is to work with the

17   existing CLI parser technology, to extend it to be able to work

18   with extensible markup language so one of the languages now

19   that it can understand is extensible markup languages.

20       But if you can modify the CLI parser or extend the CLI

21   parser to provide support in this world, now you have languages

22   that can be understood by both the computer you're typing on as

23   well as each of the switcher (inaudible).  That is a -- that's

24   really a machine-to-machine language.  This is a language now

25   that is written for automation.  It's written to automate

1    scripts and provide this type of programmatic interface to the

2    parser.

3        And so if you could do this on both sides and you had to

4    do it on both sides because the parser doesn't do any good if

5    it doesn't understand that particular extensible markup

6    language, but if you could do it on the parser and you could

7    have it run on your desktop computer, now the user can type --

8    create this one markup language, extensible markup language

9    script on the left-hand side, send it all around the world,

10   across the network, and on the receiving ends, each of these

11   switches will know how to execute that particular command.

12       So let's take an example of that.  On Slide 48 here we

13   have an example where you see these -- every time you see this

14   arrow bracket, those are tags.  So you have a --

15           **THE COURT:**  Uh-huh.

16       **MR. PAK:**  The next tag is a K underscore MPLS label.

17   You recall that one of the commands that we showed was *show*

18   *MPLS*.  So here it's saying that this is a command, and it's a

19   command that belongs to the MPLS category.

20       And then the next thing is K underscore range, so within

21   that command, you have a range parameter or input into that

22   command.

23       So a way to think about this is -- I forgot the name of

24   it, but those Russian dolls that sat on top of each other and

25   get smaller and smaller.  Similar concept.  So inside the very

middle, you will see first set of tabs that say okay, this is
the middle K static, K underscore static.  That tag has the
back slash K static, so that piece of it is giving you the
information for that piece of a command.

Once you unwrap that, you get to the next layer and the
next layer and the next layer.  So by creating these layers of
encapsulated (inaudible), you can create a command structure
inside of the markup language.

So what you do is I write the script.  I say I want to now
basically code my CLI command using the extensible markup
language.  This is just one of example.  There is lots of
extensible markup languages.  Now I send it across the network.
It ends up on the CLI parser that also understands that
language.  And on the switch, what happens is we start to parse
that markup language, and so first thing is we recognize, ah,
there's an MPLS label and this is an MPLS label command.  So
you can see there in the green box, there is a CLI, so it's
embroidering or translating that markup language tag into an
MPLS label.  The next part of that command is range so grab
that going further down into the middle of that set, and now I
have the values for something called static and that was the
middle piece and I now have my final piece.

So by taking this extensible markup language with the
(inaudible) tags, by parsing it the right way, I can now have a
CLI command on the other side.  So what that means, I can then

1    use my (inaudible) CLI parser to just process that as any other

2    CLI command.

3        So the beauty of this system is I'm not abandoning the CLI

4    parser.  I'm taking the CLI parser and I'm extending it by

5    using extensible markup language, and so by packaging the CLI

6    commands using an extensible markup language, I have now the

7    ability to send this to the other side and now just so you

8    know, you can't get the output back.  So we have to do the

9    other side of this equation.

10        So when you run the CLI command, the router will say

11    command completed.  It will give you some information to return

12    to the user.  We have to do the back side of that translation

13    where here now on Slide 54, for example, the output responds to

14    command completed.  I need to communicate that back to the user

15    on the other side of the (inaudible).

16        Here I'm going to (inaudible) now my extensible markup

17    language with tags and I have created a specific tag, a CLI

18    specific to show this example.  Command completed is the

19    response.  I use my tags to create that.  And then I send the

20    extensible markup language across the (inaudible).  And on the

21    other side of what we just went through will happen.  So they

22    will unpackage it, recognize it as a command response and send

23    it back to the user.

24        So to summarize again, this is also behind the scenes.

25    This isn't about necessarily what the user sees, but it's

really about how you move CLI commands from one location to

another or automate the entry of these commands across lots of

systems, and the solution here is to use an extensible markup

language, but use it as part of the CLI parser.  The CLI parser

is still doing the hard work of recognizing --

     **THE COURT:**  Where is this all built?  This is built by

humans?

     **MR. PAK:**  The --

     **THE COURT:**  The tags?

     **MR. PAK:**  The tags would be built by humans or it

could be programmed.  So it could be that the tool, another

tool --

     **THE COURT:**  Uh-huh.

     **MR. PAK:**  -- could actually automatically generate the

(inaudible) information.  And that's part of the beauty of

this.  Is that instead of having the programmer or the user

type right into the extensible markup language, they may be

sitting at a tool that just has buttons that says here's the

CLI command that I want to use.  I'm going to select the

network routers.  I push one command.  Behind the scenes, the

computer then automatically generates the XML markup language

representation of that command.

     **THE COURT:**  So this is done at a big level and it's

somewhat static, I would presume, in the system.

     **MR. PAK:**  Yes.  That's right.

1          **THE COURT:**  So the program administrator, who's the

2     person, they're not involved in this at all?

3          **MR. PAK:**  They may not be involved at all.  They may

4     be behind the scenes.

5          **THE COURT:**  Right.  But this -- so the -- I don't know

6     whether the company who owns this whole thing creates its own

7     extensible markup language and has it uniquely created --

8          **MR. PAK:**  You could do it that way.

9          **THE COURT:**  Or you can get it -- you can have it off

10    the shelf.

11         **MR. PAK:**  Off the shelf.

12         **THE COURT:**  Okay.

13         **MR. PAK:**  But some of the system administrators may

14    write their own XML or extensible markup language using these

15    other programming languages that we talked about, JSON, but the

16    basic concept is somewhere in the system, if you can enable the

17    parser -- you have to change the parser to some degree.

18         **THE COURT:**  Yeah.

19         **MR. PAK:**  So the parser will understand this language,

20    but you can have all the parsers understand this language and

21    the desktops understand this language, then it allows --

22         **THE COURT:**  Okay.

23         **MR. PAK:**  -- the XML commands to be sent out --

24         **THE COURT:**  Okay.  Thank you.

25         **MR. PAK:**  Thank you so much.

1      **THE COURT:**  Thank you.  Thank you.  Are you ready for

2  the other presentation?

3      **UNIDENTIFIED SPEAKER:**  Yes, Your Honor.

4      **THE COURT:**  All right.  Good.

5      **UNIDENTIFIED SPEAKER:**  May I approach with some copies

6  of --

7      **THE COURT:**  Yes.  Thank you.  Thank you.  You know, we

8  don't put these in the record itself.  These are just -- and

9  we're not reporting this or anything.  This is just for my

10  benefit today.

11      **UNIDENTIFIED SPEAKER:**  Understood, Your Honor.

12      **THE COURT:**  I don't want to hear any of this come back

13  during trial.

14      **MR. KRISHNAN:**  Good afternoon, Your Honor.  Ajay

15  Krishnan from Keker & Van Nest.  I'm going to be presenting a

16  short module at the beginning just about network basics.

17      **THE COURT:**  Okay.

18      **MR. KRISHNAN:**  And then I'm going to get into the '526

19  Patent and then my colleague, David Rosen, will be addressing

20  the '886 Patent.

21      **THE COURT:**  Okay.  Sounds good.

22      **MR. KRISHNAN:**  Some of this will possibly overlap a

23  little bit --

24      **THE COURT:**  Sure.

25      **MR. KRISHNAN:**  -- with what Mr. Pak just said.  I hate

1    going second --

2         THE COURT:  I know.  But it gives me a second chance

3    as well, though.

4         MR. KRISHNAN:  Okay.

5    So I want to start with just some very basic concepts

6    about networks.  Networks at a very simple level are different

7    computers that can communicate with each other.

8         Why might you want to have a group of computers

9    communicate with each other?  There are all sorts of reasons

10   that are probably just completely self-evident today.  You

11   might want to send an e-mail to somebody else.  You might want

12   to share files.  You might all want to use the same printer.

13   All of these are reasons why computers in a particular area may

14   want to communicate with each other, and the earliest networks

15   used something called a hub to do that.

16        So you see here a depiction of a hub.  It's sitting in the

17   middle and all of the computers are connected to the hub.

18        Now, the way a hub worked -- and, again, these are very

19   rudimentary networks.

20        A user wanted to send a message to somebody else.  They

21   send a message to the hub, and what happens is the hub

22   broadcasts it to everybody else on the network, whether they

23   need it or not.

24        So that's a bit of a problem, but it does result in

25   communication occurring.  If you don't need the message, you

1    just ignore it, but that was the nature of hub.

2        The big advance came with switches.  So the switch brings
3    the advance of addressability.  In contrast to a hub when the
4    user wants to send a message, they send a message to the
5    switch, just as they would with a hub, but now the switch will
6    just send it only to the computer to which it was addressed.
7    And so that -- that's really where switches come in.  We'll be
8    talking about switches a lot in this case.  Switches are the
9    main product that Arista makes.  Cisco makes switches as well,
10   so you'll be hearing about those a lot.  You're not going to be
11   hearing a lot about hubs.

12       Before I move on, I just want to introduce one piece of
13   vocabulary.  Mr. Pak used it very briefly.  Local area network
14   or LAN.  You will hear it regularly with regard to networks.
15   They are just a group of computers in a single geographic area.

16       So the example of all of the computers in this courthouse
17   that are connected to the same network are part of a LAN.  My
18   law firm has a single office.  All of the computers in the firm
19   connect to the same work network, part of a LAN.

20       How do switches do this -- this addressability?  They use
21   something called MAC addresses.  So MAC addresses have been
22   around since the early 1970s and you can see at the top of the
23   screen an example of what a MAC address looks like.  It's a --
24   it's a -- this one is a 16-digit hexadecimal code and it is
25   imprinted in the network cards of computers at the factory and

1  they never get changed.  So they're in there for the life of

2  the network card, and it's sort of like a social security

3  number for a computer.  And you can see here a picture of a

4  network card that -- that's something that was just taken out

5  of the computer.  You can see the panel here, which you would

6  see on the outside of the computer where you can plug in your

7  ethernet for it.  Inside the computer is this network card, the

8  green thing, and somewhere in there its MAC address is

9  implanted on it so that the network card has that and for the

10  life of the network card it will have that MAC address.

11      And -- and that MAC address is what the switches use to

12  address a message from one particular computer to another.

13  They know the MAC addresses of the computers and so they can

14  just send something to a particular computer as opposed to

15  having to broadcast it widely.

16      And now we move on to routers.  So routers are a different

17  network device, and what routers do is they connect the

18  different LANs to the internet.  They connect routers to other

19  routers, and it's this sort of system of architecture where you

20  have local area networks that are connected by switches.  Each

21  of those is connected to a router.  All of those routers

22  connect to each other, and now you have your massive

23  decentralized internet which is the amazing thing that we now

24  have.

25      And one of the interesting things about this is that it is

1   completely decentralized.  We have the cloud there, and it

2   depicts the internet.  It's not as if there is some magical

3   computer in the center of it.  It's all just routers --

4           **THE COURT:**  Yeah.

5           **MR. KRISHNAN:**  -- connected to each other.

6       Routers do this and they're now responsible for

7   communicating all of the messages between these networks to

8   other networks.  They do not use the MAC address that we talked

9   about earlier.  Switches use the MAC address.

10      Routers use something called an IP address.  Or Internet

11  Protocol address.  And these have been around since the early

12  1980s.  IP just stands for Internet Protocol.  That's one of

13  the protocols that was developed, and the IP address is

14  something that is issued pursuant to a protocol.

15      An example IP address is shown at the top of this screen

16  here.  It's that 10-digit number that you see.  And the way

17  that you're probably most familiar with some IP addresses at

18  least is through web addresses.  The web addresses are

19  translated by their browser into the underlying IP address.

20  And so instead of typing in www.google.com, you could at least

21  at some point -- it actually typed in that number and it

22  provides you with the exact same -- exact same website.

23      How does that all occur?  It's through a central authority

24  and that authority is called ICANN, Internet Corporation for

25  Assigned Names and Numbers.  It's a U.S. nonprofit that works

1    along with the U.S. government and they're responsible for

2    allocating all of the IP addresses, making sure that two people

3    don't have the same IP address because obviously that would

4    result in all sorts of -- all sorts of miscommunication.

5    (inaudible) story in the news this morning about an effort to

6    try to move the power that ICANN has away from ICANN and to

7    have it be more of an international body that governs it.  But

8    for now it's this U.S. nonprofit and the U.S. government that

9    administers the whole system of IP addresses.

10         One of the interesting things about IP addresses is that

11   back in 1981, when they were first developed, we were using

12   32-bit IP addresses and those are still actually used today.

13   It resulted in 4.3 billion IP addresses being available.  Come

14   the mid 1990s, people realized that's actually way too few, and

15   so they moved to something called IP V6, Internet Protocol

16   Version 6, and that actually -- it allows for 128-bit IP

17   addresses which resulted in a number of IP addresses that is so

18   high I had to look up what it's called.  The number is called 3

19   undecillion, U-N-D-E-C-I-L-L-I-O-N, and it's the number 3 with

20   38 zeroes behind it.  So that's the number of IP addresses

21   available --

22        **THE COURT:**  It's like adding lanes on the freeway.

23   It's already too small.

24        **MR. KRISHNAN:**  Right.

25        So -- and this -- and this slide here just gives sort of a

1   rough concept of how routers use these IP addresses to route

2   internet (inaudible).  So imagine you have a computer in

3   California that is connected to a router.  It wants to access a

4   website that's hosted by a computer in Maine.  The router in

5   California takes the IP address and it evaluates it.  It uses a

6   very complicated algorithm in the router to decide I need to

7   send it along in that direction.  There are thousands and

8   thousands of routers it could send it to.  It decides I'm going

9   to send it somewhere over there because I can tell from the

10  address it needs to go somewhere over there.

11        So that happens.  It sends it to a router that's somewhere

12  over there, which then a series of routers end up doing the

13  same thing, using very sophisticated algorithms to --

14             **THE COURT:**  Who manages these routers?

15        **MR. KRISHNAN:**  I'm sorry?

16             **THE COURT:**  Who manages these routers?  The switch is

17  inside the company, but whose routers are these?

18        **MR. KRISHNAN:**  So, for instance, Comcast is a company

19  that -- a lot of the internet companies and a lot of technology

20  companies have massive routers that everyone uses.  But it --

21  it's quite distributed and there are a series of different

22  standards that make sure that everything actually talks on the

23  same wavelength.

24             **THE COURT:**  So they're not exclusive.  So if I'm

25  sending -- if I'm using Google, I'm not on Google's -- whatever

```
1    their network of routers is.
2              MR. KRISHNAN:  That's --
3              THE COURT:  Okay.
4              MR. KRISHNAN:  And most people who make web addresses
5    don't even control or have access to the underlying backbone.
6    They're just --
7              THE COURT:  Who maintains routers then?
8              MR. KRISHNAN:  I'm sorry?
9              THE COURT:  Who maintains routers then?
10             MR. KRISHNAN:  The --
11             THE COURT:  Each company that owns them?
12             MR. KRISHNAN:  Yeah.  Comcast or AT&T, they have
13   massive networks and all sorts of other traffic --
14             THE COURT:  Uh-huh.
15             MR. KRISHNAN:  (Inaudible).
16      So this is sort of a -- the one thing I just want to say
17   about this picture, it's simplifying things just a bit because
18   these numbers don't precisely connect to like New England 63,
19   Maine 142.  That's a little bit of -- that's a little bit of a
20   (inaudible) but basically --
21             THE COURT:  Okay.
22             MR. KRISHNAN:  As you get more specific --
23             THE COURT:  Uh-huh.
24             MR. KRISHNAN:  -- you can pinpoint -- (inaudible) in
25   the right direction.
```

1    And finally I just want to go over the sort of spectrum of

2    switches that are available commercially.  And it is a very

3    broad spectrum.  On the -- on the left side of the screen, you

4    see the most simple type of switch.  This is something that

5    could be used for -- for residential use.  Oftentimes for

6    residential use, switches and routers are combined into one

7    single box so you don't have to buy the two of them separately.

8    You can plug it in one thing that gets you onto the internet.

9    And then on the right side is sort of the bar -- other

10   side of the spectrum.  One of these massive managed switches

11   that companies like Arista make that manage thousands and

12   thousands of computers and massive quantities of internet

13   traffic, they are managed, which means they need to be

14   configured so we talked about this -- Mr. Pak mentioned these

15   system administrators that need to be managing the switches.

16   They have to -- they have to communicate with these switches

17   and control them because there are all sorts of functionality

18   you might want to add.

19   For instance, you might want to prioritize some traffic

20   over other traffic.  A switch can do that if it's managed.  You

21   might want to provide security to particular types of traffic.

22   All of these things can be accomplished through a managed

23   switch.

24   So now we'll move on to the -- to the '526 Patent.  Here

25   is the (inaudible) patent.  It was applied for in June of 2000.

1    And the title is generic command interface for multiple

2    executable routines and I'll get into what some of those things

3    are in a minute, but I do want to address some of the

4    background concepts first, the first one being the command

5    interface or the command line interface.

6         So here you see an example of a command line interface.

7    This was one -- this sounded earlier that Your Honor was not

8    familiar with this from the 1980s.  This is the MS-DOS prompt

9    and the MS-DOS command line.  So this was -- it was a pretty

10   popular one in residential use in the 1980s.  You can see the

11   copyright here from 1981, 1982 --

12         **THE COURT:**  It looks like my first computer though.

13         **MR. KRISHNAN:**  Right.  And it has the C there, the

14   prompt.  That's the command line prompt for entering textual

15   messages.

16         And the way this worked is that a user would press -- type

17   in their command and press enter in order to have that command

18   be understood and executed by the computer.  So the example

19   I'll show here is the command print letter 1 dot text.  The

20   user types that in, presses enter, and then the computer prints

21   up that page.  And the -- the -- so the interesting thing for

22   our purposes is well, how exactly did that happen?  And it

23   happened by use of something called a parser.

24         So the parser is a piece of software that receives the

25   user input, interprets it and then sends -- sends on a command

1   to the rest of the computer to tell it exactly what to -- what

2   to do, what the user wanted it to do.

3       So in this example, with print letter 1 dot text, once the

4   user presses enter, the parser receives the -- the language

5   that was typed in by the user so the word print, it gets the

6   word print, it takes it one word at a time, it evaluates that

7   word print, and it appreciates and understands that that is a

8   valid command that it knows about.  So it says okay, I

9   understand, someone wants to use the print command.  It's now

10  looking for an argument to that print command, what do they

11  want to print.  It -- it then takes the next word, letter 1 dot

12  text, and recognizes that as a file name.  It has the dot TXT

13  that indicates that it's a file.  It recognizes it as a valid

14  file and so it tells the rest of the computer I want you to --

15  I want you to print this document.  So it issues a command to

16  the rest of the computer that says print letter 1 dot text.

17  And that's how these types of parsers work.

18      Parsers actually, by the way, are -- they're very

19  fundamental technology.  They've been around ever since textual

20  input into computers has been around so at least the 1960s.

21  And actually they're a common assignment for introductory

22  computer courses, write your own parser.

23          **THE COURT:**  Uh-huh.

24       **MR. KRISHNAN:**  They're -- it's a commonly-assigned

25  thing.  I was -- I did it in high school.

1    So that was the example of a valid command.  There's also

2    invalid commands that -- that can be entered.  Here it's -- the

3    example PRINK instead of print.  The user types that in and

4    presses enter.  What does the cursor do?  It first takes that

5    word print and it does not recognize it as a valid command.

6    It -- there is no such command that returns the invalid command

7    to the user.  And similarly, if the user had typed the file

8    name in incorrectly, dot TX instead of dot TXT, the parser

9    would have recognized the print command, but when it got to the

10    file, it would say well, I don't -- I don't know that file or

11    that file type and return an invalid file name command to

12    the -- to the -- to the user.

13    So of course any particular system will only be able to

14    recognize those commands that it's programmed to recognize, but

15    many different systems use the same command so, for instance,

16    this print -- print file command was common among all operating

17    systems at the time, and the same is true in the -- in the

18    switch and router CLI context today.  There are many commands

19    that overlap between -- between many different (inaudible).

20    Another technology that is common to parser is this

21    autocomplete functionality that we've talked about, and so this

22    is a situation where the parser is not necessarily getting a

23    full, complete, valid command from the user.  There -- they are

24    starting to type things in, and I think Your Honor noted that

25    the -- it's the type of thing that happens in Google when you

1    start a search or e-mail programs.  As you start the -- the

2    parser is letter by letter instead of word by word looking at

3    the letters that come in, comparing it to a list that it has of

4    possible valid words, and you are giving the user a choice

5    saying here are the possible valid words you could be using.

6    Or if the user gets far enough along where it's -- this

7    (inaudible), there is only one possible valid word that says --

8         **THE COURT:**  Yeah.

9         **MR. KRISHNAN:**  -- interrupt, I know this is what you

10    want and I'll just complete it for you.

11         What I'm showing here is an excerpt from the 1980s.  1988

12    there was a operating system that was introduced by a company

13    named DEC, Digital Electronics Corporation, that created an

14    operating system for mainframe computers.  It was called Tops

15    20, and here is an excerpt from the user guide describing the

16    autocomplete functionality that it had, so to give a command

17    using the abbreviated input, type only enough of the command to

18    distinguish it from any other command.  Usually typing the

19    first three letters is sufficient to distinguish one command

20    from another.  Abbreviated input requires the least amount of

21    typing of the various methods of --

22         **THE COURT:**  Uh-huh.

23         **MR. KRISHNAN:**  So this feature being able to sort of

24    guess at what -- what the user is trying to -- trying to say is

25    also a -- a feature of the parsers.  It's something the parsers

1  can do.

2      The last sort of background concept that I want to talk

3  about before getting into the patent is these OAM tools.

4  Operating administration and monitoring tools.  There are a

5  couple of examples of these given in the patent.  The patent

6  isn't -- when you read the patent at the beginning, it's not

7  terribly clear exactly what these are, but they give a couple

8  of examples, and I'm trying to illustrate those here, what

9  those are like.  They give the example of something called

10  realtime monitoring so realtime monitoring of the computer

11  network.  And they also give the example of an e-mail alert

12  that is sent in response to a detective event.

13      So imagine that you have a system administrator, person on

14  the left, and a network that they're monitoring, a number of

15  people that are on their computers, and something goes wrong

16  with the second computer.  An alert is sent to the system

17  administrator.  That might be an example of an OAM or an RTM

18  tool.

19          THE COURT:  Uh-huh.

20          MR. KRISHNAN:  So going on to the '526 Patent, this is

21  the problem statement of the -- of the '526 Patent.  It says,

22  "The use of multiple RTM programs and other OAM tools, however,

23  requires the users to remember the names and syntaxes of

24  numerous commands for the respective RTM programs and OAM

25  tools.  Hence, an increase in the number of OAM tools would

1   result in the system administrator needing to develop expertise

2   in the command names and syntaxes for the respective OAM

3   tools."

4       And this is just a little bit of an extension of that

5   problem statement and what the goal is of the invention.  There

6   is a need for an arrangement that integrates multiple document

7   programs and command functionality for a user without the

8   necessity of learning the respective command (inaudible) and

9   syntax.  And so here we get to the embodiment of the '526

10  Patent.  This is how the parser that they describe works at a

11  high level and I'll get into some of the specifics in more

12  detail.  But this is the high-level operation.

13      The user enters that generic command -- and I'll get into

14  it in a second, to the generic command term.  But the user

15  enters it into a user input interface so the CLIs that we have

16  been talking about, a keyword with the screen.  That user

17  interface sends it to the person just like we've seen, that

18  piece of software, the first piece of software, and the parser

19  of this patent uses in some embodiment to translation table,

20  but in all events, this parse tree, and I'll explain how those

21  work in a second.

22      And once that's done, a -- a command is sent from the

23  parser through a specific translator to the particular

24  downstream program that is supposed to receive the -- receive

25  the ultimate command from the user.  So that's -- that's the

1    high-level operation of the patented parser.

2        So this is generic.  Again, it's a disputed claim term so

3    I'm just going to state -- I'm going to read the sentence and

4    then I'm not going to talk about it again.

5        It says, "As illustrated in Part A of the attached

6    appendix, the new syntax provides a generic instruction that

7    provides an abstraction of the tool-specific command, formats

8    and syntax, enabling a user to issue a command based on the

9    relative functions as opposed to the specific syntax or

10   corresponding tool."

11       So that's the description it gives of a generic

12   instruction set.  To us it's not an (inaudible) clarity.  The

13   parties are going to dispute that, but I'll leave that for next

14   week.

15           THE COURT:  Okay.

16       MR. KRISHNAN:  So this is Figure 2 of the patent, and

17   this really now gets into the nuts and bolts of how this --

18   this parser works.  It has a translation table up on the left.

19   And then this parse tree down at the bottom.  And just

20   (inaudible), I'm going to go into a little bit of description

21   of some of the elements of the parse tree, the first of which

22   is called an element.

23       So each of these things in yellow is -- is describing a

24   patent as an element.  So at the top level of the tree, that

25   thing that's labeled 24-A is an element.  In the second level

1    of the tree, there are three elements.  There is 24-B, 24-E,

2    and 24-H.  Each of those are elements.

3         On the -- on the third level of the tree down here, there

4    are four different elements as you go across.

5         And then on this last level of the tree, there are two

6    different elements, this one and that one.

7         So those are the elements.  The next item are these token

8    command key pairs.  So within each element is one or more of

9    these token command key pairs.  So those are the things that

10   are in green, and I'll get into -- get to tokens and command

11   keys in just a second, but you see the T and the CK and those

12   little boxes --

13        **THE COURT:**  Uh-huh.

14        **MR. KRISHNAN:**  The T is for token, the CK is for

15   command key.  So those are token command key pairs, and the

16   first element there are three token command key pairs.

17        In this second element over here, there are two token

18   command key pairs.  And in all of the other elements, other

19   than those two, there is actually only one token command key

20   pair.

21        So -- and a command key -- I'll just explain it now, but

22   you'll see how it works in a second.  A command key is like a

23   code that indicates what command will the parser give to a

24   particular downstream management program.  So the command key

25   in a sense is the output of the parser.  Once it knows what

1    command key it wants to -- it wants to execute, it can then

2    send that to a translator that then sends the appropriate

3    command to the downstream management program.

4        So that was actually all by means of orientation and now

5    I'm going to give you a specific example.  I'm going to use

6    both of the examples that were in the -- that are just

7    explained in the body of the patent.  So these are the exact

8    examples.

9        The first is *watch TCP connections*.  This is a valid

10   generic command.  So the parser receives that input, watch TCP

11   connections, and it takes it one word at a time.  It takes the

12   first word *watch*, goes to the translation table, and says watch

13   the lines with Token No. 8.  So now the parser goes down to the

14   parse tree and it looks for a token command key pair in the top

15   note that corresponds to Token No. 8 and it finds it.  It --

16   that's the very first --

17        **THE COURT:**  Oh, this is standard.  This isn't built

18   for each command?

19        **MR. KRISHNAN:**  It is built for each command.

20        **THE COURT:**  Okay.  So when the user types in the

21   generic command, this parse tree is created -- I'm not

22   understanding when it's created.

23        **MR. KRISHNAN:**  The parse tree is commanded -- is

24   created before the user sits down and --

25        **THE COURT:**  Okay.  So this parse tree is always there?

1          **MR. KRISHNAN:**  It has to be.

2          **THE COURT:**  This is the template?

3          **MR. KRISHNAN:**  Yes.  And someone has to go in and type

4     these -- it's -- I mean --

5          **THE COURT:**  These are preexisting?

6          **MR. KRISHNAN:**  They're preexisting and someone has to

7     decide what the token command pairs are --

8          **THE COURT:**  That's preexisting and somewhat static.

9     It doesn't change all the time.

10          **MR. KRISHNAN:**  Correct.

11          **THE COURT:**  So when the command goes into the parser

12     with the word *watch*, watch is assigned the token of 8.

13          **MR. KRISHNAN:**  Yes.  And it was assigned before

14     anyone --

15          **THE COURT:**  Right, right, right.  Okay.

16          **MR. KRISHNAN:**  So -- and by the way, you asked a

17     question before about what if new management programs are added

18     and you'll -- this will become clear in just a minute.

19          **THE COURT:**  Okay.

20          **MR. KRISHNAN:**  You have to redo the whole tree.

21          **THE COURT:**  Got it.  Okay.

22          **MR. KRISHNAN:**  You have to redo the whole thing.

23          **THE COURT:**  And so then once you have the token of 8,

24     it is assigned the corresponding command key of 1.

25          **MR. KRISHNAN:**  That has also already been done.

1          **THE COURT:**  That's what I mean.  Once you get to the

2      8, you're automatically paired with the 1.

3          **MR. KRISHNAN:**  At this point in time.  But the parser

4      doesn't stop there because this is just the first word.

5          **THE COURT:**  I understand.  But just for the word

6      *watch*.

7          **MR. KRISHNAN:**  Exactly.  Exactly.  And that's --

8      that's exactly right.

9          **THE COURT:**  Okay.

10         **MR. KRISHNAN:**  So at this point, because it's found a

11     token command key pair, the first note, it now knows that it is

12     going to pay attention to the branch that's going off of that

13     note.  And something that I actually probably should have

14     mentioned before is that if you look at each token command key

15     pair in this tree, each of them has a particular branch that

16     comes off of it.  So those arrows --

17         **THE COURT:**  Sure.

18         **MR. KRISHNAN:**  -- are assigned to each one, each --

19         **THE COURT:**  So what if -- if up above the word had

20     been info, there's no *for* here, there is no token for *for*.

21         **MR. KRISHNAN:**  That's right.

22         **THE COURT:**  What would happen here?

23         **MR. KRISHNAN:**  You'd get an error message.

24         **THE COURT:**  That's an error message.

25         **MR. KRISHNAN:**  Yes.

1          **THE COURT:**  Okay.

2          **MR. KRISHNAN:**  If you can't match the first word, you

3      get an error message.  If you can match the first word, then

4      thereafter, you will never get an error message.  You will see

5      how this works in just a second.  If you can't match the first

6      word, you get an error message.

7          **THE COURT:**  Okay.

8          **MR. KRISHNAN:**  So the parser now knows because it got

9      to that T8, it's now going to look down into the sub tree that

10     is -- that that branch leads to and now it looks to the next

11     word.  The next word is TCP.  The token of 6 --

12         **THE COURT:**  Oh, I see.

13         **MR. KRISHNAN:**  So now it's looking for a 6 in the sub

14     tree that was -- that was -- that it was indicated by the --

15         **THE COURT:**  So 4 is assigned to the sub tree.  It just

16     doesn't exist as a choice for the -- I understand now.

17         **MR. KRISHNAN:**  Right.

18         **THE COURT:**  Okay.

19         **MR. KRISHNAN:**  If four is located somewhere in a sub

20     tree, it means that info is not a valid first word.

21         **THE COURT:**  Got it.

22         **MR. KRISHNAN:**  So -- so we're now going down to this

23     tree.  It finds the word -- the token for TCP.  It finds 4 --

24     sorry.  6.  6 -- in the token command key pair that's on the

25     left of this element, so it finds -- it finds that token

1    command key pair and it now knows that if the next word is

2    going to be a valid word, it's going to have to exist down in

3    this element right here down here.

4        So the parser hasn't arrived yet at the end of the command

5    so it goes to the next command.  That's connections.  It goes

6    to the translation table.  Finds the 2.  And then -- and indeed

7    the token command key pair for 2 is in there.  So it will then

8    say okay, I've reached the end of the command.  It's a valid

9    command.  I've reached the end.  Command key 3 is what the user

10   is asking me to do.  So -- or is what the designer of the

11   system has decided the user wants when they type in *watch TCP*

12   *actions* and therefore command key 3 will get translated into a

13   particular command and sent down whatever actual command that

14   is to a downstream management program.

15        THE COURT:  So the parser then sends it to the

16   translator at that point.

17        MR. KRISHNAN:  Correct.  I just want to make one

18   little point here, is that some of the claims are actually a

19   little ambiguous as to whether the translator is inside the

20   parser or not inside the parser.  So that's just an issue for

21   the Court to be aware of.  That it does -- some of the claims

22   read as if the translation is happening inside the parser.

23   That's not shown here, but it appears that some of the claims

24   are --

25        THE COURT:  Okay.

1          **MR. KRISHNAN:**  So that's the valid command.  And then

2     I just want to walk through the example of the invalid command.

3          So this is -- this -- and this again is an example that is

4     in the text of the patent.  *Get UDP connection info*.  We'll

5     start with *get*.  It's token 3.  We look for the corresponding

6     (inaudible) tree pair, token command key pair in the top

7     element of the tree.  We find it.  We find that tree -- that 3,

8     and now it wants to point its attention down to this element

9     because that's the one that branches off from the token command

10    key pair.

11         So it next looks for UDP.  That's a 7.  The token is 7,

12    but the only token command key pair in that next (inaudible) is

13    a 6.  So it's going to say no dice.  That's an invalid word.

14    So what does this parser do?  It goes back up to the last

15    validated token, and in this case, it was that token T3, and so

16    it says command key 6 is what I'm going to outline.  So it

17    interprets this command -- invalid command that starts with the

18    valid word *get* as if it was just the word *get*.

19         **THE COURT:**  That's going to give you nothing, though.

20         **MR. KRISHNAN:**  Well, the designer has decided that

21    command key 6 and at whatever command key 6 is, that is going

22    to be (inaudible) of the command.  So one thing I think you've

23    recognized here is that this is a -- after you -- what you

24    have -- you have to have a valid first word.  If you don't have

25    a --

1          **THE COURT:**  Sure.

2          **MR. KRISHNAN:**  -- a valid first word, you're not going

3      to get into the tree at all.  But once you have a valid first

4      word, you'll never get an error command, error message back.

5          **THE COURT:**  But it doesn't ensure that you're going to

6      get what you want.

7          **MR. KRISHNAN:**  Well, I think that what the -- I

8      think -- probably the intention of the designer is to give you

9      the thing that most likely people mean when they start --

10         **THE COURT:**  Okay.

11         **MR. KRISHNAN:**  -- with a word that -- that is --

12         **THE COURT:**  Okay.

13         **MR. KRISHNAN:**  But I have to make a choice.  Every

14     single token in this tree is matched to the corresponding

15     command key.

16         **THE COURT:**  Okay.

17         **MR. KRISHNAN:**  So there's always going to be --

18         **THE COURT:**  Sure.

19         **MR. KRISHNAN:**  -- some -- something that -- that can

20     happen.

21          And -- and this is what -- I was going to make the point,

22     I think in response to your question, what happens if you add a

23     new management program to the system.  The -- the -- the

24     designer would have to go back and redo the whole translation

25     table and the parse tree to -- to accommodate that new

1    management program.

2        THE COURT:  Uh-huh.

3        MR. KRISHNAN:  And the last thing I'm going to talk

4    about is this algorithm in Figure 3.  This is the exact same

5    algorithm that we just talked about except in a flow chart

6    format, instead of showing what sort of (inaudible).

7        THE COURT:  Okay.

8        MR. KRISHNAN:  So it starts you parse the first word

9    of the generic command by the matching token.  That's going to

10   the translation table.  You traverse the command tree.  Do you

11   find the valid command word.  And, remember, this is the very

12   first word.

13       THE COURT:  Uh-huh.  Uh-huh.

14       MR. KRISHNAN:  If you don't find it, you do this --

15       THE COURT:  Yeah.

16       MR. KRISHNAN:  -- invalid command error message.  And

17   the interesting thing is nowhere else in this --

18       THE COURT:  Uh-huh, uh-huh.

19       MR. KRISHNAN:  -- flow chart can you ever get to an

20   invalid command error message except if you fail to match the

21   first word.  But if the first word matches, you're now into the

22   rest of the flow chart.  You just keep parsing the next word by

23   the next word.  So you traverse the relevant portion of the

24   tree and each -- for each subsequent word, you ask is there a

25   matching token command key for that.  If so, do I stop here or

1    are there further words to the command.  If so, I just keep

2    repeating this process going down the tree --

3         **THE COURT:**  Uh-huh, yeah.

4         **MR. KRISHNAN:**  -- until I get to the last word.

5    However, if any subsequent word after the first word does not

6    match the token command key pair, then it just skips to the

7    bottom there.  It says map the command using the command key of

8    the last valid command word.

9         So if the fourth word is invalid, it uses the command key

10   associated with the third -- third word.  If the second word is

11   invalid, it uses the command key --

12        **THE COURT:**  Yeah.

13        **MR. KRISHNAN:**  So that is basically all I have to say

14   about the '526 Patent.

15        **THE COURT:**  Okay.

16        **MR. KRISHNAN:**  And now Mr. Rosen will talk about --

17        **THE COURT:**  Thank you.

18        **MR. ROSEN:**  Good afternoon, Your Honor.  My name is

19   David Rosen, and I will be talking about the '886 Patent.

20        The '886 Patent is called the Method and System of

21   Receiving and Translating TLI Command Data within a Routing

22   System.  So what problem is that trying to solve?

23        The Office of the Patent tells us right away CLI is a

24   comprehensive interface which has expanded continuously as

25   technology has improved over the past 20 years.  Many companies

now strive to support some variation of IOS CLI in the routing systems.  And many consumers have invested heavily in IOS CLI support, developing complicated scripts to handle various configuration and access needs.  As such, it is desirable for any improvements to router access and control to acknowledge existing investments of consumers.

So as Mr. Pak said earlier, IOS is a trade name.  It refers to Cisco's IOS product.  We're talking about a system that has been around since the mid 1980s.  We have -- the patent was filed in 2005 and then 20 years of development.  And we have many consumers, customers of this IOS CLI product that have invested heavily in it, that depend upon it, and they are writing scripts which, as Mr. Pak said earlier, are just computer programs that interface with the IOS CLI and even include the IOS CLI commands.

The patent goes on.  IOS CLI is not the most program-friendly of interfaces, however.  Twenty years of consistency and backwards compatibility, coupled with consistent improvements to the hardware and implementation of new features has created an extensive interface.

While human user of IOS CLI may be able to scroll through the complicated and input and output scheme, input information, extract important data, it is proven to be very difficult and (inaudible) the auditing.  An assisted (inaudible) method that allows for an easy, more structured approach to accessing a

1    (inaudible) router, while still making use of the (inaudible)

2    advances and experience associated with IOS CLI, would be

3    advantageous.

4        So, again, we have 20 years of development, we have

5    consumers that are looking for an easier way to interface with

6    the system, and Cisco to solve that problem is offering a

7    more -- through this patent, it's describing a more structured

8    approach.

9        And what form does that structured approach take?  The

10   patent describes using XML to take commands and send those

11   commands over the internet or through the cloud, as Mr. Pak

12   said earlier, to the CLI parser and then output X amount back

13   to the consumer or the client.

14       XML is -- there's a formal specification for XML.  It's

15   called (inaudible) worldwide web (inaudible).  The W3C.  The

16   XML core working group publishes the formal specification for

17   the extensible markup language and maintains errata for that

18   document.

19       Earlier in response to Your Honor's question, Mr. Pak said

20   that extensible markup language refers more generically to

21   different types of languages or technologies, and I just wanted

22   to pass on a point of dispute in claims construction, we think

23   it's clear that extensible markup language refers to formal

24   specification of (inaudible).

25           **THE COURT:**  Okay.  We'll talk about that the next

1    time.

2            **MR. ROSEN:**  Indeed.  I won't belabor it.

3            **THE COURT:**  Okay.

4            **MR. ROSEN:**  And when talking about XML and describing

5    it today, I'm going to occasionally refer to W3C definitions

6    and descriptions of the XML language.

7        So one might (inaudible) we use XML.  This is not XML.

8    This is just text.  It should look familiar to Your Honor.

9            **THE COURT:**  Uh-huh.

10           **MR. ROSEN:**  You will find it on the Northern District

11   of California website.  And when we look at this text, we know

12   what it means as humans based on our knowledge and experience,

13   and we know that Edward J. Davila is the name of the district

14   court judge.  We know that first street, San Jose, refers to a

15   street address, and we know that because we have our

16   experience.

17       But to a computer program or a computer application, this

18   is just arbitrary text.  I'm using our formula and this may as

19   well be baseball scores on the PowerPoint.  There is nothing

20   here to tell PowerPoint what this means.

21       But sometimes we may want to use a programmer application

22   that needs to define individual elements of text and that

23   (inaudible) something.  So one very bold example Your Honor may

24   be familiar with is a mail merge.  If we wanted to put this

25   data into a mail merge, we have to define the elements.  We

1    have to define the name, we have to define maybe the courtroom

2    so that the mail merge could put the information in text on top

3    of letterhead or (inaudible).

4         So XML is a way these mark up with tags to define discrete

5    elements.  Let's see how this might look in XML.  It's the same

6    text that we saw before, but now it's surrounded by tags that

7    define it so that the computer program can make sense of it.

8    So it can separate the name of the judge from the courtroom in

9    which the judge sits.

10        **THE COURT:**  Uh-huh.

11        **MR. ROSEN:**  Each XML document contains one or more

12    elements, the boundaries of which are delimited by start tags

13    and end tags.  So the start tag, starting with name, is the

14    beginning of the name element.  The end tag is the end of the

15    name element, and then Your Honor's name is between this part

16    of that element.

17        We also have -- we can have parent elements, we can have

18    broader elements.  This is the judge element.  And the judge

19    element starts at the start tag, it ends at the end tag.

20    Everything in between this part is the judge element.  You can

21    see that the (inaudible) has sub elements like *name* that we

22    talked about, like *courthouse*.

23        This is an XML schema, and Your Honor doesn't need to be

24    too concerned with this.  I know it looks complicated.  XML

25    schema is a term that occurs frequently in (inaudible)

1    specification, and I thought it might be useful to see what a

2    schema looks like.  An application doesn't have to use a

3    schema.  It can use a schema to describe the elements of an XML

4    document and define them.

5         So just, for example, we see here that the name

6    (inaudible) as a type of strain.  All of these fields are

7    strain, but you could imagine data that may be included in

8    date, data type or a number data type and schema may be a way

9    of defining those XML elements or an application that used XML.

10        So how does this look in the context of the '886 Patent?

11   This is Table 1 and Table 2 from the specification.  So Table 1

12   is the XML that would come in to the IOS CLI parts center.  And

13   Table 2 is the command that comes out after the parser has done

14   its work.

15             **THE COURT:**  This is in the patent?

16             **MR. ROSEN:**  It is.

17             **THE COURT:**  And this is right out of what you will

18   talk about next week is the standard XML?

19             **MR. ROSEN:**  Yes.  We -- this is standard XML as an

20   example.  The plaintiffs disagree about whether --

21             **THE COURT:**  It's limited to standard.  Okay.

22             **MR. ROSEN:**  This is a discussion of what might happen

23   at the remote device, at the consumer's device, remote from the

24   IOS CLI.  If a consumer wants to send this command to the IOS

25   CLI, it's going to need to format that command in XML.  And so

1    we see on the right, you know, an add element.  We have

2    different elements and then different tags within those

3    elements that contain command keywords like label and range and

4    parameters, parameter values like 10 (inaudible).

5        Now, once the XML is formed, once the client application

6    or the remote application, remote device has formed that XML,

7    it's going to send it over the internet.  And it will go to the

8    parser.

9        So now we're at the parser.  Now the XML has made it over

10   to the CLI parser, and what happens?  It's -- it's the reverse

11   of what had to happen before.  The parser now has to parse this

12   command out of those XML elements out of those texts.

13       And then finally after the command has been parsed, it

14   gets executed and then it's output.  If it has any output, that

15   output is going to be returned back to the remote device.  Back

16   to the consumer.

17           **THE COURT:**  Right.  Uh-huh.

18           **MR. ROSEN:**  And that's the '886 Patent.

19           **THE COURT:**  Uh-huh.  All right.

20           **MR. ROSEN:**  If Your Honor has any more questions

21   I'll --

22           **THE COURT:**  No.  Thank you.  Well, that's very helpful

23   and that will give me some context for reading your briefs on

24   the disputed terms.

25       All right.  And that was -- I thank you for making this

1    exactly the time that you had suggested.  That's really quite

2    remarkable.

3        The last thing I need to do is to pick a date, and do you

4    have the March and April calendar that you put together?  Not

5    the -- you know, the one that you do?

6            **THE CLERK:**  I can print it out.

7            **THE COURT:**  Just those two months, March and April.

8    That's what I meant to bring.  So we were set for the 18th and

9    I'm either -- well, I'm probably going to put this off just two

10   weeks.  It's not -- it's really just a very short change.

11       What is the time estimate for the claims construction?

12           **UNIDENTIFIED SPEAKER:**  Your Honor, I think the parties

13   requested four hours so it would --

14           **THE COURT:**  Oh, four hours?

15           **UNIDENTIFIED SPEAKER:**  We should be able to squeeze it

16   in three hours.

17           **THE COURT:**  It's just that it makes it go into the

18   afternoon, which makes it a whole different experience.  All

19   right.  The first I have -- oh, all right.  That didn't work

20   out so well.

21       I think that I'm going to bump somebody else.  What I'm

22   thinking is that the best day for me will be April 1st.  And

23   then we'll move the tutorial for the other one.

24           **UNIDENTIFIED SPEAKER:**  (Inaudible).  We'll make

25   whatever works that needs to work.  Your question was just

```
 1    saying that's the one day.

 2              UNIDENTIFIED SPEAKER:  (Inaudible) possible either --

 3              THE COURT:  I can do it on the 8th.  I was just trying

 4    to give you the earliest day I was available after my trial

 5    ends and that actually then I don't have to move anybody.  So

 6    is that better?

 7              UNIDENTIFIED SPEAKER:  I would appreciate it,

 8    Your Honor.

 9              THE COURT:  Of course.

10        Mr. Pak, how does that look for you?

11              MR. PAK:  Your Honor, I think we can make that work.

12              THE COURT:  I appreciate that.  Thank you.  And I'm

13    sorry that this other trial -- all right.

14              UNIDENTIFIED SPEAKER:  Should we do it in the

15    afternoon?

16              THE COURT:  No.  Not if you want four hours.

17    Actually, on that day, I need to be able to leave by -- I

18    actually need to be out the door at 1:30.  So I'm going to

19    suggest that we start it at 8:30.

20              UNIDENTIFIED SPEAKER:  Sure.

21              THE COURT:  And my hope would be that we will finish

22    without a lunch break.  And then -- and so we can finish it.

23    I'm going to -- obviously I slow you down with questions, but

24    I'm going to really ask you to keep it to the time you've asked

25    for and our goal will be to finish at 12:30.  All right.  I
```

```
 1   think that works.  Because I was unavailable for the afternoon
 2   there.  Yeah.  All right.  I think that makes sense.
 3       Yeah.  That works.  And I have your briefing and I -- I'm
 4   a little concerned about the rapid pace that this case is
 5   taking, and I guess we have one day for summary judgment
 6   motions for the whole -- both aspects of the case.  And I just
 7   need to make clear to you that I am a stickler for you
 8   complying with the rules on brief length and I actually can't
 9   see print that's less than 12-point type.  I will not read it.
10   I'm not going to strike it.  I will simply ignore it.  You just
11   have to understand I can't do it.
12       And I don't take exhibits that expand your -- so I -- I
13   actually, on summary judgment, do not want a separate
14   statement.  I have that -- and it is causing lawyers to give me
15   30 pages of further argument, and so I want you to know that --
16   you'll be glad to know you don't have to do it.  I know.  But
17   you will really have 25 pages for briefing on everything, and,
18   you know, in my view, summary judgment is not a trial balloon
19   to test out your opponent's arguments.  So please choose wisely
20   on issues that you think you validly have a chance at summary
21   adjudication.  I'm sure you've had that lecture many times.
22   But I think that's -- I think you have your date for summary
23   judgment.  That should be fine.  I'll get this claims
24   construction out.  If you're not back until April 8th,
25   obviously it's going to put it off.  It may dovetail pretty
```

1    close to the time you hear about the IPR anyway, but I'm not

2    going to be concerned about that.

3        Okay.  And so I'm hoping we can get some work done in

4    advance on this so that the claims construction hearing is

5    really more to answer our questions and I can get this to you

6    as aspirational, I suppose.

7        Is there anything more that we need to discuss today?

8            **UNIDENTIFIED SPEAKER:**  No, Your Honor.

9            **THE COURT:**  It's been very helpful.  Thank you all.

10

11            (Proceedings adjourned at 3:40 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6        I certify that the foregoing is a true and correct

7   transcript, to the best of my ability, of the above pages of

8   the official electronic sound recording provided to me by the

9   U. S. District Court, Northern District of California, of the

10  proceedings taken on the date and time previously stated in the

11  above matter.

12       I further certify that I am neither counsel for, related

13  to, nor employed by any of the parties to the action in which

14  this hearing was taken; and, further, that I am not financially

15  nor otherwise interested in the outcome of the action.

16

17

18

19  _Pamela A. Batalo_

20  _____

    Pamela A. Batalo
21

22

23

24

25