Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **NOTICE OF SUPPLEMENTAL INTRINSIC EVIDENCE RE CLAIM CONSTRUCTION** <br><br> Claim Construction Hearing: April 8, 2016 |

On March 9, 2016, Arista submitted two additional pieces of evidence relevant to claim construction. Dkt. 217. The submission was made after the deadline for the identification of claim construction evidence—August 24, 2015—has passed. Patent L.R. 4-2; Dkt. 51. The two additional pieces of evidence identified by Arista were Cisco's Preliminary Patent Owner Responses in response to Arista's Petitions for Inter Partes Review of the asserted U.S. Patent Nos. 7,047,526 and 7,953,886.

To the extent Arista is allowed to use Cisco's Preliminary Patent Owner Responses at the Markman hearing, Cisco should likewise be allowed to use Arista's Petitions for Inter Partes Review and accompanying expert declarations in support of Arista's Petitions. Arista's Petitions and accompanying expert declarations are relevant to show, for example, that Arista's claim construction positions are contrary to the plain and ordinary meaning of the terms as applied in Arista's Petitions, or that Arista has adopted Cisco's constructions for certain terms. Arista's Petition for Inter Partes Review of U.S. Patent No. 7,047,526 and the accompanying expert declaration (Exhibit 1014) are attached hereto as Exhibits 1 and 2, respectively. Arista's Petition for Inter Partes Review of U.S. Patent No. 7,953,886 and the accompanying expert declaration (Exhibit 1018) are attached hereto as Exhibits 3 and 4, respectively.

Arista justifies its late addition of evidence by arguing that the evidence "did not exist when the parties filed their claim-construction briefs." Dkt. 217 at 1. By the same logic, Cisco should also be allowed to use Arista's Petitions and accompanying expert declarations, which were not filed until November 2015 and likewise did not exist by the August 24, 2015 Patent L.R. 4-2 deadline.

Accordingly, Cisco respectfully submits that Arista's Petitions and accompanying expert declarations should be considered along with the evidence already submitted in this case.

DATED: April 1, 2016                                Respectfully submitted,

*/s/ Sean S. Pak*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 3 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 4 | |
|   | Sean S. Pak (SBN 219032) |
| 5 | seanpak@quinnemanuel.com |
|   | John M. Neukom (SBN 275887) |
| 6 | johnneukom@quinnemanuel.com. |
|   | Matthew D. Cannon (SBN 252666) |
| 7 | matthewcannon@quinnemanuel.com |
|   | Jason Liu (SBN 301104) |
| 8 | jasonliu@quinnemanuel.com |
|   | QUINN EMANUEL URQUHART & |
| 9 | SULLIVAN LLP |
|   | 50 California Street, 22nd Floor |
| 10 | San Francisco, CA 94111 |
|   | Telephone: (415) 875-6600 |
| 11 | Facsimile: (415) 875-6700 |
| 12 | Mark Tung (SBN 245782) |
|   | marktung@quinnemanuel.com |
| 13 | QUINN EMANUEL URQUHART & |
|   | SULLIVAN LLP |
| 14 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, CA 94065 |
| 15 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 16 | |
|   | Kenneth K. Suh (SBN 283591, TX Bar No. |
| 17 | 24070701, IL Bar No. 6319520) |
|   | kennethsuh@quinnemanuel.com |
| 18 | Quinn Emanuel Urquhart & Sullivan, LLP |
|   | 500 W Madison Street #2450 |
| 19 | Chicago, IL 60661 |
|   | Telephone: (312) 705-7400 |
| 20 | Facsimile: (312) 705-7401 |
| 21 | Steven Cherny *(admission pro hac vice pending)* |
| 22 | steven.cherny@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 23 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 24 | Telephone: (212) 446-4800 |
|   | Facsimile: (212) 446-4900 |
| 25 | |
|   | Adam R. Alper (SBN 196834) |
| 26 | adam.alper@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 27 | 555 California Street |
|   | San Francisco, California  94104 |
| 28 | Telephone: (415) 439-1400 |

2

Case No.3:14-cv-05344-BLF

Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*