KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
ASHOK RAMANI - # 200020
DAVID J. ROSEN - # 296139
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
aramani@kvn.com, drosen@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **DEFENDANT ARISTA NETWORK, INC.'S OBJECTIONS TO SUPPLEMENTAL INTRINSIC EVIDENCE RE CLAIM CONSTRUCTION (DKT. NO. 234) SUBMITTED BY PLAINTIFF CISCO SYSTEMS, INC.** <br><br> Claim Construction Hearing of April 8, 2016 <br><br> Judge:     Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

DEFENDANT ARISTA NETWORK, INC.'S OBJECTIONS TO SUPPLEMENTAL EVIDENCE RE
CLAIM CONSTRUCTION (DKT. NO. 234) SUBMITTED BY PLAINTIFF CISCO SYSTEMS, INC.
Case No. 5:14-cv-05344-BLF (PSG)

1047966.02

Arista hereby objects to Cisco's untimely submission of Supplemental Intrinsic Evidence re Claim Construction (Dkt No. 234).  Cisco's submission consists of Arista's Petitions for Inter Partes Review, as well as the expert declarations that accompanied those petitions.  Arista filed its IPR petitions on November 4 and November 24, respectively, weeks before Cisco completed its Claim Construction Briefing.  If Cisco believed this evidence was relevant, it could have submitted and cited it as part of its Reply Claim Construction Brief, filed on December 21.  Instead, Cisco submitted these materials to the Court on April 1, more than four months after Arista filed its IPR petitions.[1]

Moreover, unlike Arista, which amended the Joint Claim Construction Chart with specific page citations to IPR materials (Dkt. No. 216 at 5–6), Cisco failed to provide any such citations, as required by the Local Rules.  *See* Patent Local Rule 4-2(b).

Dated:  April 7, 2016                    KEKER & VAN NEST LLP

WILSON SONSINI GOODRICH & ROSATI

By:   */s/ David J. Rosen*
      DAVID J. ROSEN

Attorneys for Defendant
ARISTA NETWORKS, INC.

---

[1] Arista, by contrast, timely submitted its Supplemental Intrinsic Evidence on March 9, shortly after Cisco filed its Patent Owner Preliminary Responses to Arista's IPR petitions. (Dkt. No. 217).  Cisco's responses were filed on February 18 and March 3, respectively, well after the completion of Claim Construction briefing.