| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>      Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CISCO'S RESPONSE TO DEFENDANT ARISTA NETWORKS, INC.'S OBJECTIONS (DKT. 235) TO SUPPLEMENTAL INTRINSIC EVIDENCE RE CLAIM CONSTRUCTION (DKT. 234) SUBMITTED BY PLAINTIFF CISCO SYSTEMS, INC.**<br><br>Claim Construction Hearing: April 8, 2016 |

Cisco provided notice that Cisco should be allowed to use Arista's Petitions for *Inter Partes* Review and accompanying declarations in the *Markman* hearing to the extent that Arista is allowed to use Cisco's Preliminary Patent Owner Responses from the same proceedings for the same purpose (Dkt. 234), while maintaining its objections to Arista's submission of Cisco's Responses after the deadline for the identification of claim construction evidence in this case. *See* Dkts. 51, 217. In response, Arista objected that Cisco failed to provide citations to the IPR materials in its notice. Dkt. 235.

Cisco disagrees that Patent Local Rule 4-2(b) requires Cisco to provide additional specificity in this instance where the 4-2(b) deadline passed well before Arista's submission of IPR materials, and where Cisco's supplementation only seeks consideration of materials from the same IPR proceedings that Arista omitted from its submission in the event that Arista's submission is considered over Cisco's objections. To avoid dispute, however, Cisco provides the following citations to Arista's Petitions for *Inter Partes* Review and supporting materials:

| Term | Evidence |
|---|---|
| "generic command" ('526 Patent) | Declaration of Douglas W. Clark, Ex. 1014, *Arista Networks, Inc. v. Cisco Technology, Inc.,* Case No. IPR2016-00119 ¶¶ 38, 50-51. |
| "the command parse tree having . . ." ('526 Patent) | Petition for *Inter Partes* Review, *Arista Networks, Inc. v. Cisco Technology, Inc.,* Case No. IPR2016-00119, at 14-15, 22. |
| "command line interface (CLI) parser" ('886 Patent) | Petition for Inter Partes Review, *Arista Networks, Inc. v. Cisco Technology, Inc.*, Case No. IPR2016-00244, at 15. |

DATED: April 7, 2016

Respectfully submitted,

*/s/ Mark Tung*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
Jason Liu (SBN 301104)
jasonliu@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Kenneth K. Suh (SBN 283591, TX Bar No. 24070701, IL Bar No. 6319520)
kennethsuh@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 W Madison Street #2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street

Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*