ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - # 198945
ASHOK RAMANI - # 200020
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com; aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:16-cv-05344-BLF (PSG)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ADMINISTRATIVE MOTION FOR CLARIFICATION OF COURT'S PRIOR ORDERS RELATING TO DEPOSITION LIMITS**<br><br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed:  February 24, 2016<br><br>Trial Date:  November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ADMINISTRATIVE MOTION FOR CLARIFICATION OF COURT'S PRIOR ORDERS RELATING TO DEPOSITION LIMITS
Case No. 5:16-cv-05344-BLF (PSG)

1049753

I, Eduardo E. Santacana, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Arista's Administrative Motion for Clarification of Court's Prior Orders Relating to Deposition Limits and pursuant to Civil Local Rule 7-11(a), which requires a declaration "that explains why a stipulation could not be obtained."

3. On April 4 and 7, 2016, Arista asked Cisco to schedule depositions for four witnesses: John Chambers, Bill Westfield, Drago Sijan, and Deepak Malik.

4. On April 12, 2016, counsel for Arista received a letter served electronically from Amy Candido, counsel for Cisco, stating that Cisco would not make those witnesses available because, in Cisco's view, the Court's Orders regarding the deposition limit prohibited Arista from naming those deponents.

5. On April 14, 2016, I met and conferred with Ms. Candido telephonically. She explained that Cisco and Arista have fundamentally differing views of the Court's Orders, and she requested that Arista justify each deponent to Cisco on a case-by-case basis in order for Cisco to judge how the depositions should be allocated. Ms. Candido also stated that, in Cisco's view, Cisco could allocate its own twenty-five depositions in any way Cisco chooses.

6. On April 14, I informed Ms. Candido by e-mail that Arista would request relief from the Court due to the parties' impasse over the Court's Orders and the small window of time

//

//

//

1

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ADMINISTRATIVE MOTION FOR CLARIFICATION OF COURT'S PRIOR ORDERS RELATING TO DEPOSITION LIMITS
Case No. 5:16-cv-05344-BLF (PSG)

1049753

remaining in the liability fact discovery period.

Executed April 14, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Eduardo E. Santacana

---

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ADMINISTRATIVE MOTION FOR CLARIFICATION OF COURT'S PRIOR ORDERS RELATING TO DEPOSITION LIMITS
Case No. 5:16-cv-05344-BLF (PSG)

1049753