1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   ASHOK RAMANI - # 200020
4  633 Battery Street
   San Francisco, CA 94111-1809
5  Telephone:    (415) 391-5400
   Email:  rvannest@kvn.com;
6  bferrall@kvn.com; dsilbert@kvn.com;
   mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CLARIFYING COURT'S PRIOR ORDERS RELATING TO DEPOSITION LIMITS** |
| v. | |
| ARISTA NETWORKS, INC., | Judge:       Hon. Beth Labson Freeman |
| Defendant. | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

1   Defendant Arista Networks, Inc. has requested clarification of the Court's February 26,
2   2016 Order and its prior Orders relating to deposition limits. *See* ECF Nos. 132, 137, 203.
3   Having considered Arista's Administrative Motion for Clarification of Court's Prior Orders
4   Regarding Deposition Limits, together with the arguments in support thereof and opposition
5   thereto, the Court hereby clarifies that the Court's Orders did not impose any constraints on the
6   manner in which Arista allocates the twenty depositions the Court previously allowed.

Dated: _____, 2016

_____
HON. JUDGE BETH LABSON FREEMAN