# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER DIRECTING CISCO TO FILE ANY OPPOSITION TO ARISTA'S REQUEST FOR CLARIFICATION BY APRIL 15, 2016 AT 12 P.M.** |

On April 14, 2016, Arista filed a request seeking clarification of the Court's prior orders relating to deposition limits. The Court ORDERS Cisco to file an opposition, if any, by April 15, 2016 at 12 p.m.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
BETH LABSON FREEMAN
United States District Judge