# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER REGARDING ARISTA'S REQUEST FOR CLARIFICATION**<br><br>[Re: ECF 245] |

On April 14, 2016, Arista filed a request seeking clarification of the Court's prior orders relating to deposition limits. ECF 245. Cisco filed an opposition on April 15, 2016. ECF 246. Arista interpreted the Court's prior orders as placing a cap on the overall number of depositions but not restricting Arista to specific individuals. Meanwhile, Cisco interpreted the Court's prior orders as restricting Arista to specific individuals.

Accordingly, the Court clarifies its prior orders. In allowing the parties 20 depositions per side, the Court placed no limitations on which individuals may be deposed. *See* ECF 137. In its subsequent order, the Court's determination that an additional 5 depositions were warranted did place such limitations on who may be deposed. Therefore, the parties are free to choose any deponents they wish to fill the initial 20 slots.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge