| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 | Kenneth K. Suh (SBN 283591)<br>kennethsuh@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 West Madison, Suite 2450<br>Chicago, Illinois 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>Matthew D. Cannon (SBN 252666)<br>matthewcannon@quinnemanuel.com<br>Andrew M. Holmes (SBN 260475)<br>drewholmes@quinnemanuel.com<br>Jason L. Liu (SBN 301104)<br>jasonliu@quinnemanuel.com<br>Peter A. Klivans (SBN 236673)<br>peterkilvans@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | Steven C. Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>Joshua L. Simmons *(admitted pro hac vice)*<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94101<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimilie: (650) 801-5100 | |

*Attorneys for the Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.<br><br>       Plaintiff,<br><br>   vs.<br><br>ARISTA NETWORKS, INC.<br><br>       Defendant. | CASE NO. 5:14-cv-05344<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that **Richard A. Feinstein** of Boies, Schiller and Flexner LLP Hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

Richard A. Feinstein
RFeinstein@bsfllp.com
Boies, Schiller and Flexner LLP
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

DATED: April 20, 2016               Respectfully submitted,

By: */s/ Richard A. Feinstein*

Richard A. Feinstein
RFeinstein@bsfllp.com
Boies, Schiller and Flexner LLP
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Plaintiff Cisco Systems, Inc.*