| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**JOINT EXPEDITED MOTION TO AMEND SCHEDULING ORDER AND RESCHEDULE DISPOSITIVE MOTION HEARING**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1

JOINT MOTION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 16-2(d),
2  Plaintiff Cisco Systems, Inc. and Defendant Arista Networks, Inc. hereby jointly move the Court
3  to amend the operative Scheduling Order, ECF No. 160, as detailed below, and to reschedule the
4  hearing date for dispositive motions from August 4, 2016 to August 25, 2016, or another day that
5  week that is convenient for the Court.  The requested changes affect discovery deadlines and the
6  dispositive motion hearing date, but preserve a 90-day period (or just a few days less) between the
7  dispositive motion hearing and the trial date, as required by the Court's Standing Order.

8    The parties jointly seek the proposed amendments to the Scheduling Order in order to
9  provide the parties with sufficient additional time to complete liability fact discovery before the
10 parties' liability expert reports are due.  Under the current schedule, liability fact discovery closes
11 on April 29 and opening liability expert reports are due May 6.  Despite the parties' good faith
12 efforts to serve and respond to discovery requests, produce fact witnesses for deposition, and
13 designate Rule 30(b)(6) corporate representatives, the parties do not believe they can complete
14 liability fact discovery by the April 29 deadline, just nine days from today.  Though document
15 discovery is almost complete on both sides, the majority of Rule 30(b)(6) depositions have not yet
16 been taken.  The parties have also noticed, but not yet completed, over a dozen fact witness
17 depositions.  In addition, several witnesses have personal scheduling issues that will necessitate
18 that their depositions be taken after April 29.

19   Most of the remaining depositions must be completed before opening liability expert
20 reports are due because the parties' experts need to review the testimony so they can incorporate
21 it into their reports.  Thus, in order to provide the parties sufficient time to complete liability fact
22 discovery, the liability expert report schedule must be postponed.  However, under the current
23 schedule, postponing the liability expert discovery schedule would require postponing the
24 dispositive motion briefing schedule as well.

25   The parties thus jointly respectfully request that the Court reschedule the dispositive
26 motion hearing for August 25, or another day that week, according to the Court's convenience.
27 August 25 is 88 days before the November 21 trial date.  This change in hearing date would
28 postpone the dispositive motion briefing schedule, allowing the parties additional time to finish

taking the discovery they need for their liability expert reports.

This joint motion to amend the case schedule does not affect the trial schedule in this case. By this motion, neither party seeks to postpone the trial and neither party would agree to any modification of the Scheduling Order that would result in a continuance of the trial date.

The parties' proposed schedule is detailed in the table below.

| Event | Current Schedule (ECF No. 160) | Proposed Amendments |
|---|---|---|
| Close of fact discovery (except damages) | April 29, 2016 | June 3, 2016 |
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | |
| Last day to disclose patent liability experts and exchange opening patent liability expert reports | May 6, 2016 | June 8, 2016 |
| Close of fact discovery (damages) | June 10, 2016 | |
| Last day to disclose non-patent liability experts and exchange opening non-patent liability expert reports | May 6, 2016 | June 15, 2016 |
| Last day to disclose damages experts and exchange opening damages expert reports | June 24, 2016 | |
| Last day to exchange liability rebuttal expert reports | May 20, 2016 | June 29, 2016 |
| Last day to exchange rebuttal damages expert reports | July 8, 2016 | |
| Close of liability expert discovery | June 3, 2016 | July 13, 2016 |
| Last day to file dispositive motions | June 30, 2016 | July 21, 2016, or 35 days before dispositive motion hearing date set by the Court |
| Close of damages expert discovery | July 22, 2016 | |
| Last day to file *Daubert* motions | August 5, 2016 | |
| *Daubert* opposition briefs due | August 19, 2016 | |
| Last day to hear dispositive motions | August 4, 2016 | August 25, 2016, or another date set by the Court |
| *Daubert* reply briefs due | August 26, 2016 | |

3
JOINT MOTION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1051946

| Event | Current Schedule (ECF No. 160) | Proposed Amendments |
|---|---|---|
| *Daubert* hearing | September 9, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions *in limine* (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Oppositions to Motions *in limine* (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions *in limine* and *Daubert* Motions | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

Respectfully submitted,

Dated:  April 20, 2016                By:   */s/ Amy H. Candido*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

| | | |
|---|---|---|
| Dated: April 20, 2016 | By: | */s/ Brian L. Ferrall* |

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800

Attorneys for Defendant
ARISTA NETWORKS, INC.

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Amy H. Candido within this e-filed document.

*/s/ Brian L. Ferrall*