Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny (admitted pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

[Additional counsel listed on signature page]

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - #198945
mkwun@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800

[Additional counsel listed on signature page]

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**[PROPOSED] ORDER AMENDING SCHEDULING ORDER**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

Having considered the parties' Joint Expedited Motion to Amend Scheduling Order and Reschedule Dispositive Motion Hearing, and good cause having been shown, the Court hereby AMENDS the operative Scheduling Order, ECF No. 160, as follows:

| Event | Current Schedule (ECF No. 160) | Amended Case Schedule |
|---|---|---|
| Close of fact discovery (except damages) | April 29, 2016 | June 3, 2016 |
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | 50 days after claim construction ruling |
| Last day to disclose patent liability experts and exchange opening patent liability expert reports | May 6, 2016 | June 8, 2016 |
| Close of fact discovery (damages) | June 10, 2016 | June 10, 2016 |
| Last day to disclose non-patent liability experts and exchange opening non-patent liability expert reports | May 6, 2016 | June 15, 2016 |
| Last day to disclose damages experts and exchange opening damages expert reports | June 24, 2016 | June 24, 2016 |
| Last day to exchange liability rebuttal expert reports | May 20, 2016 | June 29, 2016 |
| Last day to exchange rebuttal damages expert reports | July 8, 2016 | July 8, 2016 |
| Close of liability expert discovery | June 3, 2016 | July 13, 2016 |
| Last day to file dispositive motions | June 30, 2016 | July 21, 2016, or 35 days before dispositive motion hearing date set by the Court |
| Close of damages expert discovery | July 22, 2016 | July 22, 2016 |
| Last day to file *Daubert* motions | August 5, 2016 | August 5, 2016 |
| *Daubert* opposition briefs due | August 19, 2016 | August 19, 2016 |
| Last day to hear dispositive motions | August 4, 2016 | August 25, 2016, or another date set by the Court |
| *Daubert* reply briefs due | August 26, 2016 | August 26, 2016 |
| *Daubert* hearing | September 9, 2016 | September 9, 2016 |

| Event | Current Schedule (ECF No. 160) | Amended Case Schedule |
|---|---|---|
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | September 9, 2016 |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | September 16, 2016 |
| Motions *in limine* (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | September 16, 2016 |
| Oppositions to Motions *in limine* (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | October 7, 2016 |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | October 21, 2016 |
| Final Pretrial Conference and Hearing on Motions *in limine* and *Daubert* Motions | November 3, 2016 | November 3, 2016 |
| Trial Briefs | November 11, 2016 | November 11, 2016 |
| Trial | November 21, 2016 | November 21, 2016 |

Dated: _____, 2016

_____
HON. JUDGE BETH LABSON FREEMAN