# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER DENYING MOTION TO AMEND SCHEDULING ORDER AND RESCHEDULE DISPOSITIVE MOTION HEARING**<br><br>[Re: ECF 250] |

Before the Court is the parties' joint expedited motion to amend the scheduling order and to reschedule the dispositive motion hearing. The parties seek to extend various deadlines and move the hearing on dispositive motions from August 4, 2016 to the last week in August. The Court's calendar cannot accommodate moving the dispositive motion hearing beyond August 4, 2016 without also moving the trial date. Accordingly, the parties' motion is DENIED. The parties, however, may propose changing the last day to file dispositive motions and a compressed briefing schedule for their dispositive motions so long as the final reply brief is filed with the Court no later than July 21, 2016, fourteen days before the hearing.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
BETH LABSON FREEMAN
United States District Judge