1   Kathleen Sullivan (SBN 242261)              KEKER & VAN NEST LLP
    kathleensullivan@quinnemanuel.com           ROBERT A. VAN NEST - # 84065
2   QUINN EMANUEL URQUHART &                    rvannest@kvn.com
    SULLIVAN LLP                                BRIAN L. FERRALL - # 160847
3   51 Madison Avenue, 22nd Floor               bferrall@kvn.com
    New York, NY 10010                          DAVID SILBERT - # 173128
4   Telephone: (212) 849-7000                   dsilbert@kvn.com
    Facsimile: (212) 849-7100                   MICHAEL S. KWUN - #198945
5                                               mkwun@kvn.com
    Sean S. Pak (SBN 219032)                    ASHOK RAMANI - # 200020
6   seanpak@quinnemanuel.com                    aramani@kvn.com
    Amy H. Candido (SBN 237829)                 633 Battery Street
7   amycandido@quinnemanuel.com                 San Francisco, CA 94111-1809
    John M. Neukom (SBN 275887)                 Telephone:    (415) 391-5400
8   johnneukom@quinnemanuel.com
    QUINN EMANUEL URQUHART &                    JONATHAN M. JACOBSON, NY # 1350495
9   SULLIVAN LLP                                jjacobson@wsgr.com
    50 California Street, 22nd Floor            CHUL PAK (pro hac vice)
10  San Francisco, CA 94111                     cpak@wsgr.com
    Telephone: (415) 875-6600                   DAVID H. REICHENBERG (pro hac vice)
11  Facsimile: (415) 875-6700                   dreichenberg@wsgr.com
                                                WILSON SONSINI GOODRICH & ROSATI
12  Steven Cherny (admitted pro hac vice)       Professional Corporation
    steven.cherny@kirkland.com                  1301 Avenue of the Americas, 40th Floor
13  KIRKLAND & ELLIS LLP                        New York, NY 10019-6022
    601 Lexington Avenue                        Telephone:  (212) 999-5800
14  New York, New York 10022
    Telephone: (212) 446-4800
15  Facsimile: (212) 446-4900

16  [Additional counsel listed on signature page]    [Additional counsel listed on signature page]

17  Attorneys for Plaintiff                     Attorneys for Defendant
    CISCO SYSTEMS, INC.                         ARISTA NETWORKS, INC.

18

19                      UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                           SAN JOSE DIVISION

22  CISCO SYSTEMS, INC.,                        Case No. 5:14-cv-05344-BLF (PSG)

23              Plaintiff,                      **JOINT STIPULATION TO AMEND
                                                SCHEDULING ORDER; [PROPOSED]**
24        v.                                    **ORDER**

25  ARISTA NETWORKS, INC.,                      Judge:      Hon. Beth Labson Freeman

26              Defendant.                      Date Filed:  December 5, 2014

27                                              Trial Date:  November 21, 2016

28

1    WHEREAS, the Court entered a stipulated schedule to trial on January 20, 2016, ECF No.

2 160; and

3    WHEREAS, on April 20, 2016, the parties jointly moved to amend the Scheduling Order

4 and reschedule the dispositive motion hearing in order to provide the parties sufficient time to

5 complete liability fact discovery before liability expert reports are due, ECF No. 250; and

6    WHEREAS, the Court denied the parties' Joint Motion to Amend Scheduling Order and

7 Reschedule Dispositive Motion Hearing on April 21, 2016, and advised the parties that they may

8 propose an amended schedule so long as the final reply brief for dispositive motions is filed with

9 the Court no later than July 21, 2016, ECF No. 251; and

10    WHEREAS, the parties have met and conferred and agreed on an alternative schedule that

11 complies with the Court's April 21 Order, does not require any alterations to the dispositive

12 motion briefing schedule, and allows the parties more time to complete liability fact discovery

13 before liability expert reports are due;

14    THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that,

15 subject to the approval of the Court, this Court will proceed to trial according to the revised

16 schedule provided in the table below.

| Event | Current Schedule (ECF No. 160) | Amendments to Current Schedule |
|---|---|---|
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | |
| Close of fact discovery (except damages) | April 29, 2016 | May 27, 2016 |
| Last day to disclose liability experts and exchange opening liability expert reports | May 6, 2016 | June 1, 2016 |
| Close of fact discovery (damages) | June 10, 2016 | |
| Last day to exchange liability rebuttal expert reports | May 20, 2016 | June 15, 2016 |
| Last day to disclose damages experts and exchange opening damages expert reports | June 24, 2016 | |
| Close of liability expert discovery | June 3, 2016 | June 28, 2016 |
| Last day to file dispositive motions | June 30, 2016 | |
| Last day to exchange rebuttal damages expert reports | July 8, 2016 | |

1

JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1054274

| Event | Current Schedule (ECF No. 160) | Amendments to Current Schedule |
|---|---|---|
| Close of damages expert discovery | July 22, 2016 | |
| Last day to hear dispositive motions | August 4, 2016 | |
| Last day to file *Daubert* motions | August 5, 2016 | |
| *Daubert* opposition briefs due | August 19, 2016 | |
| *Daubert* reply briefs due | August 26, 2016 | |
| *Daubert* hearing | September 9, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions *in limine* (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Oppositions to Motions *in limine* (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions *in limine* and *Daubert* Motions | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

Respectfully submitted,

Dated:  April 25, 2016                    By:   */s/ Amy H. Candido*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com

2

1054274

1

John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.

2

Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com

3

QUINN EMANUEL URQUHART &
SULLIVAN LLP

4

50 California Street, 22nd Floor
San Francisco, CA 94111

5

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

6

7

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &

8

SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor

9

Redwood Shores, CA 94065
Telephone: (650) 801-5000

10

Facsimile: (650) 801-5100

11

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com

12

KIRKLAND & ELLIS LLP
601 Lexington Avenue

13

New York, New York 10022
Telephone: (212) 446-4800

14

Facsimile: (212) 446-4900

15

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com

16

KIRKLAND & ELLIS LLP
555 California Street

17

San Francisco, California  94104
Telephone: (415) 439-1400

18

Facsimile: (415) 439-1500

19

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com

20

KIRKLAND & ELLIS LLP
333 South Hope Street

21

Los Angeles, California 90071
Telephone: (213) 680-8400

22

Facsimile: (213) 680-8500

23

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

24

25

26

27

28

3

1054274

1    Dated:  April 25, 2016                    By:    */s/ Brian L. Ferrall*

2                                                     KEKER & VAN NEST LLP
                                                      ROBERT A. VAN NEST - # 84065
3                                                     rvannest@kvn.com
                                                      BRIAN L. FERRALL - # 160847
4                                                     bferrall@kvn.com
                                                      DAVID J. SILBERT - # 173128
5                                                     dsilbert@kvn.com
                                                      MICHAEL S. KWUN - # 198945
6                                                     mkwun@kvn.com
                                                      633 Battery Street
7                                                     San Francisco, CA 94111-1809
                                                      Telephone:     415 391 5400
8                                                     Facsimile:     415 397 7188

9                                                     JONATHAN M. JACOBSON, NY # 1350495
                                                      jjacobson@wsgr.com
10                                                    CHUL PAK (pro hac vice)
                                                      cpak@wsgr.com
11                                                    DAVID H. REICHENBERG (pro hac vice)
                                                      dreichenberg@wsgr.com
12                                                    WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
13                                                    1301 Avenue of the Americas, 40th Floor
                                                      New York, NY 10019-6022
14                                                    Telephone:  (212) 999-5800

15                                                    SUSAN CREIGHTON, SBN 135528
                                                      screighton@wsgr.com
16                                                    SCOTT A. SHER, SBN 190053
                                                      ssher@wsgr.com
17                                                    WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
18                                                    1700 K Street NW, Fifth Floor
                                                      Washington, D.C., 20006-3817
19                                                    Telephone:  (202) 973-8800

20                                                    Attorneys for Defendant
                                                      ARISTA NETWORKS, INC.

21

22

23

24

25

26

27

28

JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1054274

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Amy H. Candido within this e-filed document.

*/s/ Brian L. Ferrall*

5

JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1054274

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: _____, 2016

4

5                                    _____
                                     Hon. Beth Labson Freeman
6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1054274