| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1  WHEREAS, the Court entered a stipulated schedule to trial on January 20, 2016, ECF No. 160; and

WHEREAS, on April 20, 2016, the parties jointly moved to amend the Scheduling Order and reschedule the dispositive motion hearing in order to provide the parties sufficient time to complete liability fact discovery before liability expert reports are due, ECF No. 250; and

WHEREAS, the Court denied the parties' Joint Motion to Amend Scheduling Order and Reschedule Dispositive Motion Hearing on April 21, 2016, and advised the parties that they may propose an amended schedule so long as the final reply brief for dispositive motions is filed with the Court no later than July 21, 2016, ECF No. 251; and

WHEREAS, the parties have met and conferred and agreed on an alternative schedule that complies with the Court's April 21 Order, does not require any alterations to the dispositive motion briefing schedule, and allows the parties more time to complete liability fact discovery before liability expert reports are due;

THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that, subject to the approval of the Court, this Court will proceed to trial according to the revised schedule provided in the table below.

| Event | Current Schedule (ECF No. 160) | Amendments to Current Schedule |
|---|---|---|
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | |
| Close of fact discovery (except damages) | April 29, 2016 | May 27, 2016 |
| Last day to disclose liability experts and exchange opening liability expert reports | May 6, 2016 | June 1, 2016 |
| Close of fact discovery (damages) | June 10, 2016 | |
| Last day to exchange liability rebuttal expert reports | May 20, 2016 | June 15, 2016 |
| Last day to disclose damages experts and exchange opening damages expert reports | June 24, 2016 | |
| Close of liability expert discovery | June 3, 2016 | June 28, 2016 |
| Last day to file dispositive motions | June 30, 2016 | |
| Last day to exchange rebuttal damages expert reports | July 8, 2016 | |

1
JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1054274

| Event | Current Schedule (ECF No. 160) | Amendments to Current Schedule |
|---|---|---|
| Close of damages expert discovery | July 22, 2016 | |
| Last day to hear dispositive motions | August 4, 2016 | |
| Last day to file *Daubert* motions | August 5, 2016 | |
| *Daubert* opposition briefs due | August 19, 2016 | |
| *Daubert* reply briefs due | August 26, 2016 | |
| *Daubert* hearing | September 9, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions *in limine* (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Oppositions to Motions *in limine* (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions *in limine* and *Daubert* Motions | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

Respectfully submitted,

Dated: April 25, 2016         By:   */s/ Amy H. Candido*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com

John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

| | | |
|---|---|---|
| Dated: April 25, 2016 | By: | */s/ Brian L. Ferrall* |

                                              KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800

Attorneys for Defendant
ARISTA NETWORKS, INC.

---

4
JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1054274

# ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Amy H. Candido within this e-filed document.

*/s/ Brian L. Ferrall*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 25, 2016

*(signature)*
Hon. Beth Labson Freeman
United States District Judge