1  PHILLIP H. WARREN (Bar No. 89744)
   COVINGTON & BURLING LLP
2  One Front Street, 35th Floor
3  San Francisco, California 94111-5356
   Telephone: + 1 (415) 591-6000
4  Facsimile: + 1 (415) 591-6091
   Email: pwarren@cov.com
5
6  Attorneys for Plaintiff
   CISCO SYSTEMS, INC.
7

8                    UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | CISCO SYSTEMS, INC., | Civil Case No.: 5:14-cv-05344-BLF |
12 | | |
13 |    Plaintiff, | **NOTICE OF APPEARANCE** |
14 |    v. | |
15 | ARISTA NETWORKS, INC., | |
16 |    Defendant | |

1  TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that PHILLIP H. WARREN of the law firm Covington & Burling LLP, hereby enters an appearance as counsel of record for Plaintiff Cisco Systems, Inc. in the above-referenced action. Plaintiff Cisco Systems, Inc. hereby advises all parties that all pleadings and other documents should be addressed to and served upon PHILLIP H. WARREN as follows:

>   Phillip H. Warren
>   COVINGTON & BURLING LLP
>   One Front Street, 35th Floor
>   San Francisco, CA 94111-5356
>   Telephone: (415) 591-6000
>   Facsimile: (415) 591-6091
>   Email: pwarren@cov.com

DATED: April 26, 2016

                          Respectfully,

                          COVINGTON & BURLING LLP

                          By: /s/ *Phillip H. Warren*
                                Phillip H. Warren

                          Attorneys for Plaintiff
                          CISCO SYSTEMS, INC.