| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**NOTICE OF APPEARANCE OF CARL G. ANDERSON**<br><br>Judge: Hon. Beth Labson Freeman |

02099-00004/7949697.1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that **Carl G. Anderson** (Cal. Bar No. 239927) of Quinn

3  Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Cisco

4  Systems, Inc.

5  Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7

8  Carl G. Anderson
   carlanderson@quinnemanuel.com
   Quinn Emanuel Urquhart & Sullivan, LLP
9     50 California Street, Floor 22
   San Francisco, CA 94111
10       Telephone: (415) 875-6600
      Facsimile: (415) 875-6700

11

12  DATED:  May 9, 2016                              Respectfully submitted,

13

14  *[signature]*

15  _____

16  Carl G. Anderson (Cal. Bar No. 239927)
   QUINN EMANUEL URQUHART &
17  SULLIVAN LLP
   50 California Street, 22nd Floor
18  San Francisco, CA 94111
   Telephone: (415) 875-6600
19  Facsimile: (415) 875-6700

20  *Attorneys for Plaintiff Cisco Systems, Inc.*

21

22

23

24

25

26

27

28