| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | Steven Cherny *(admitted pro hac vice)* |
| kathleensullivan@quinnemanuel.com | steven.cherny@kirkland.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KIRKLAND & ELLIS LLP |
| 51 Madison Avenue, 22nd Floor | 601 Lexington Avenue |
| New York, NY 10010 | New York, New York 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 446-4800 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 446-4900 |
| | |
| Sean S. Pak (SBN 219032) | Adam R. Alper (SBN 196834) |
| seanpak@quinnemanuel.com | adam.alper@kirkland.com |
| Amy H. Candido (SBN 237829) | KIRKLAND & ELLIS LLP |
| amycandido@quinnemanuel.com | 555 California Street |
| John M. Neukom (SBN 275887) | San Francisco, California 94104 |
| johnneukom@quinnemanuel.com. | Telephone: (415) 439-1400 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Facsimile: (415) 439-1500 |
| 50 California Street, 22nd Floor | Michael W. De Vries (SBN 211001) |
| San Francisco, CA 94111 | michael.devries@kirkland.com |
| Telephone: (415) 875-6600 | KIRKLAND & ELLIS LLP |
| Facsimile: (415) 875-6700 | 333 South Hope Street |
| | Los Angeles, California 90071 |
| Mark Tung (SBN 245782) | Telephone: (213) 680-8400 |
| marktung@quinnemanuel.com | Facsimile: (213) 680-8500 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | |
| 555 Twin Dolphin Drive, 5th Floor | |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | CASE NO. 5:14-cv-05344-BLF |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF JORDAN R. JAFFE** |
| ARISTA NETWORKS, INC., | ) | |
| Defendant. | ) | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that **JORDAN R. JAFFE** of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

Jordan R. Jaffe (SBN 254886)
jordanjaffe@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

DATED:  May 9, 2016                            Respectfully submitted,

By: */s/ Jordan R. Jaffe*

Jordan R. Jaffe (SBN 254886)
jordanjaffe@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff Cisco Systems, Inc.*