1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   Amy H. Candido (SBN 237829)
7  amycandido@quinnemanuel.com
   John M. Neukom (SBN 275887)
8  johnneukom@quinnemanuel.com
   QUINN EMANUEL URQUHART &
9  SULLIVAN LLP
   50 California Street, 22nd Floor
10 San Francisco, CA 94111
   Telephone: (415) 875-6600
11 Facsimile: (415) 875-6700

12 Mark Tung (SBN 245782)
   marktung@quinnemanuel.com
13 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
14 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
15 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

17 *Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Cisco Systems, Inc. ("Cisco") hereby brings
2 this administrative motion for an order to seal certain information filed in connection with Cisco's
3 Motion for Protective Order.

## REQUESTED RELIEF

Cisco requests an order granting its motion to seal the following documents:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Motion for Protective Order | Highlighted portions of pages 4, 8-12. |
| Declaration of John Chambers in Support of Cisco's Motion for Protective Order | Highlighted portions of paragraphs 5, 6 and 7. |
| Exhibit 7 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 7") | Highlighted portions of email. |
| Exhibit 11 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 11") | Entire |
| Exhibit 12 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 12") | Entire |
| Exhibit 13 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 13") | Entire |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 14 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 14") | Entire |
| Exhibit 15 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 15") | Entire |
| Exhibit 16 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 16") | Entire |
| Exhibit 18 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 18") | Entire (Confidentiality claimed by both Cisco and Arista Networks, Inc. ("Arista"),) |

Cisco has established good cause to permit filing these documents under seal through the Declaration of Catherine R. Lacey, filed contemporaneously herewith.

## I.   LEGAL STANDARD

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c).  *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co*., 331 F.3d 1122, 1138 (9th Cir. 2003)).  In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled

to protection under the law" ( *i.e.*, that the document is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id*.

## II.  GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Cisco makes this request to seal the documents identified herein for the reasons explained in detail in the Declaration of Catherine R. Lacey in support of this Administrative Motion to File Under Seal ("Lacey Declaration").  Cisco has narrowly tailored its request to seal only confidential information related to its customers, sales, accounts, competitive strategies, pricing, and other related planning and strategies as detailed in the Lacey Declaration.  Cisco also files this motion to seal to provide Arista Networks, Inc. the opportunity to file a declaration pursuant to Civil Local Rule 79-5(e) regarding the confidentiality of Exhibit 18, as it has designated this exhibit "Highly Confidential – Outside Attorneys' Eyes Only" under the Protective Order.

## III.  CONCLUSION

Concurrently with this Motion, Cisco is filing redacted and highlighted versions of the above-referenced documents indicating the specific portions Cisco requests to seal.

Dated:  May 24, 2016                                  Respectfully submitted,

*/s/ Amy H. Candido*_____

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*