| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF JOHN CHAMBERS IN SUPPORT OF CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER** |

**DECLARATION OF JOHN CHAMBERS**

I, John Chambers, declare as follows:

1. I make this declaration in support of the Motion for Protective Order filed by Cisco Systems, Inc. ("Cisco"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I am currently Cisco's Executive Chairman of the Board and have held this position since July 2015. My responsibilities include building relationships with government and business leaders, shareholders, and Board members. I also serve as an advisor to the current CEO, Chuck Robbins, on various issues, including the company's strategy, digital transformation, security, relationships and strategic partnerships.

3. I first joined Cisco as Senior Vice President in January 1991 and began serving as a member of the Board in November 1993. I was promoted to Executive Vice President in June 1994. I then became President and Chief Executive Officer in January 1995. I served as President until November 2006, at which I time I was appointed Chairman of the Board in addition to my CEO role. I served as Chairman and CEO until July 2015, when I was appointed to my current position.

4. I was not involved in the creation of any aspect of the copyrighted works that are at issue in this case, nor was I an inventor of any of the inventions that resulted in the asserted patents.

5. [REDACTED]

6. I have reviewed five documents that I understand counsel for Arista asserts show that I have personal knowledge about issues involved in this case. I had not previously seen <u>any</u> of these documents before being shown them in connection with this declaration. My impressions of these documents are as follows:

1  a. ██████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████████████████████████
5 ███████████████████
6     ████████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 ████████████████████████████████████████
10 ████████████████████████████████████████
11 ███████████████
12    █ ████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 ████████████████████████████████████████
16 ████████████████████████████████████████
17 ████████████████████████████████████████
18 █████████████████
19    █ ████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ███████████████████████████████
26   █ ██████████████████████████████████
27 ████████████████████████████████████████
28 ██████████████████████████████████

3
DECLARATION OF JOHN CHAMBERS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1 ████████████████████████████████████
2 ████████████████
3 ██████████████████████████████████████
4 ████████████████

8.      I am not aware of any unique information that I have that is relevant to this litigation that could not be obtained from other Cisco employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 19, 2016, at 11:20 pm

_____
John Chambers