1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S MOTION FOR PROTECTIVE ORDER** |

1  Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2  documents filed in connection with Cisco's Motion for Protective Order.
3  Having considered Cisco's motion, and good cause having been shown, the Court
4  GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Cisco's Motion for Protective Order | Highlighted portions of pages 4, 8-12. |
| Declaration of John Chambers in Support of Cisco's Motion for Protective Order | Highlighted portions of paragraphs 5, 6 and 7. |
| Exhibit 7 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 7") | Highlighted portions of the email. |
| Exhibit 11 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 11") | Entire |
| Exhibit 12 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 12") | Entire |
| Exhibit 13 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order ("Exhibit 13") | Entire |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 14 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order<br><br>("Exhibit 14") | Entire |
| Exhibit 15 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order<br><br>("Exhibit 15") | Entire |
| Exhibit 16 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order<br><br>("Exhibit 16") | Entire |
| Exhibit 18 to the Declaration of Sara E. Jenkins in Support of Cisco's Motion for Protective Order<br><br>("Exhibit 18") | Entire (Confidentiality claimed by both Cisco and Arista Networks, Inc.) |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                                        HON. PAUL S. GREWAL
                                                        UNITED STATES MAGISTRATE JUDGE