1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   John M. Neukom (SBN 275887)
7  johnneukom@quinnemanuel.com.
   QUINN EMANUEL URQUHART &
8  SULLIVAN LLP
   50 California Street, 22nd Floor
9  San Francisco, CA 94111
   Telephone: (415) 875-6600
10 Facsimile: (415) 875-6700

11 Mark Tung (SBN 245782)
   marktung@quinnemanuel.com
12 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
13 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
14 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
15

   Steven Cherny *(admitted pro hac vice)*
   steven.cherny@kirkland.com
   KIRKLAND & ELLIS LLP
   601 Lexington Avenue
   New York, New York 10022
   Telephone: (212) 446-4800
   Facsimile: (212) 446-4900

   Adam R. Alper (SBN 196834)
   adam.alper@kirkland.com
   KIRKLAND & ELLIS LLP
   555 California Street
   San Francisco, California 94104
   Telephone: (415) 439-1400
   Facsimile: (415) 439-1500

   Michael W. De Vries (SBN 211001)
   michael.devries@kirkland.com
   KIRKLAND & ELLIS LLP
   333 South Hope Street
   Los Angeles, California 90071
   Telephone: (213) 680-8400
   Facsimile: (213) 680-8500

16 *Attorneys for Plaintiff Cisco Systems, Inc.*

17

18                        UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **DECLARATION OF JOHN CHAMBERS IN SUPPORT OF CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

**DECLARATION OF JOHN CHAMBERS**

I, John Chambers, declare as follows:

1. I make this declaration in support of the Motion for Protective Order filed by Cisco Systems, Inc. ("Cisco"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I am currently Cisco's Executive Chairman of the Board and have held this position since July 2015. My responsibilities include building relationships with government and business leaders, shareholders, and Board members. I also serve as an advisor to the current CEO, Chuck Robbins, on various issues, including the company's strategy, digital transformation, security, relationships and strategic partnerships.

3. I first joined Cisco as Senior Vice President in January 1991 and began serving as a member of the Board in November 1993. I was promoted to Executive Vice President in June 1994. I then became President and Chief Executive Officer in January 1995. I served as President until November 2006, at which I time I was appointed Chairman of the Board in addition to my CEO role. I served as Chairman and CEO until July 2015, when I was appointed to my current position.

4. I was not involved in the creation of any aspect of the copyrighted works that are at issue in this case, nor was I an inventor of any of the inventions that resulted in the asserted patents.

5. [REDACTED]

6. I have reviewed five documents that I understand counsel for Arista asserts show that I have personal knowledge about issues involved in this case. I had not previously seen <u>any</u> of these documents before being shown them in connection with this declaration. My impressions of these documents are as follows:

1     a.     ████████████████████████████████████████
2  ████████████████████████████████████████████████
3  ████████████████████████████████████████████████
4  ████████████████████████████████████████████████
5  ██████████████████████████
6       ████████████████████████████████████████████
7  ██████████████████████████████████████████████
8  ██████████████████████████████████████████████
9  ████████████████████████████████████████████████
10 ██████████████████████████████████████████████
11 ███████████████████████
12     █  ████████████████████████████████████████
13 ████████████████████████████████████████████████
14 ██████████████████████████████████████████████
15 ██████████████████████████████████████████████
16 ██████████████████████████████████████████████
17 ██████████████████████████████████████████████
18 ████████████████████████
19     █  ██████████████████████████████████████████
20 ██████████████████████████████████████████████
21 ██████████████████████████████████████████████
22 ██████████████████████████████████████████████
23 ████████████████████████████████████████████████
24 ██████████████████████████████████████████████
25 ████████████████████████████████████████
26     █  ████████████████████████████████████████
27 ██████████████████████████████████████████████
28 ████████████████████████████████████████

3
DECLARATION OF JOHN CHAMBERS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1 ████████████████████████████████████████
2 ████████████████
3 ████████████████████████████████████████
4 ████████████████

8. I am not aware of any unique information that I have that is relevant to this litigation that could not be obtained from other Cisco employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 19, 2016, at 11:20 pm

_____
John Chambers