# EXHIBIT 2

| | |
|---|---|
| **From:** | Elizabeth K. McCloskey <EMcCloskey@kvn.com> |
| **Sent:** | Thursday, April 07, 2016 10:34 PM |
| **To:** | Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) |
| **Cc:** | ARISTA-KVN |
| **Subject:** | Cisco v. Arista: Depositions |

Counsel,

I write to request deposition dates, in April, for John Chambers and Drago Sijan.  Additionally, we are still waiting for deposition dates for Paul Mustoe, Deepak Malik, Soni Jiandani, John Hartingh, and Carl Moberg.

Thanks,
Lizzy

---

**Elizabeth K. McCloskey**
Attorney at Law

**KEKER & VAN NEST** LLP

415 676 2269 direct   |   vCard   |   emccloskey@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com