# EXHIBIT 3

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6309**

April 12, 2016

**VIA ELECTRONIC MAIL**
**ESANTACANA@KVN.COM**

Eduardo E. Santacana
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Re:    *Cisco Systems v. Arista Networks, Inc.*, Case No. 5: 14-cv-05344-BLF

Dear Eduardo:

I write regarding certain of Arista's recent requests for depositions in violation of Defendant Arista's Supplemental Proposed Discovery Plan (Dkt. 181) and the Court's Order Regarding Defendant Arista's Supplemental Proposed Discovery Plan (Dkt. No. 203). Cisco will not agree to Arista taking depositions in violation of the Court's Order.

**Bill Westfield**
Arista sought leave to depose nine additional "CLI authors" from a list of eighteen. (Dkt. 181-5.) That list included Bill Westfield. (Id.) The Court denied Arista's request to take any of these additional nine depositions. (Dkt. 203-3.) Accordingly, while Arista may be entitled to serve Mr. Westfield with a document subpoena, Arista is not entitled to depose Mr. Westfield. Therefore, we are working to get back to you as soon as possible regarding whether we can accept a document subpoena on Mr. Westfield's behalf, but we will challenge any efforts by Arista to depose Mr. Westfield in violation of the Court's order.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

**Deepak Malik, Drago Sijan and John Chambers**
Arista sought leave of the Court to depose two to three individuals from Cisco's internal teams devoted to competing with Arista. Arista stated that it expected "to select two to three witnesses from the following group: Andrew Pletcher, Brian Osoro, Cesar Obediente, Cynthia Broderick, Deepak Malik, Drago Sijan, John Chambers, Lilian Quan, Soni Jiandani and Wayne Ogazaly." (Dkt. 181-6.) The Court ordered that Arista could depose one witness from this category. (Dkt. 203-5.)

Arista requested the deposition of Soni Jiandani, and Cisco proceeded to obtain a deposition date from her as Arista's one witness from this category. Directly contrary to the Court's order, Arista has now also requested the depositions of Deepak Malik, Drago Sijan and John Chambers. As Arista does not have leave of Court to take those depositions, Cisco will not be seeking dates for those depositions.

**John Hartingh**
Arista sought leave of Court to depose one to two individuals from Cisco relating to sales and marketing, identifying John Hartingh and Leo Bolton as potential deposition witnesses in this category. The Court ordered that Arista could depose one witness from this category. (Dkt. 203-5.)

Arista has requested the deposition of John Hartingh. Cisco understands Mr. Hartingh to be Arista's choice for its one deposition in this category and is working to obtain a date for Mr. Hartingh's deposition as soon as possible.

**Carl Moberg**
Arista sought leave of Court to depose two individuals knowledgeable about Cisco's products Tail-f and Network Compliance Manager, identifying Adrian Smethurst and Pradeep Kathail as potential witnesses in this category. The Court ordered that Arista could depose one witness from this category. (Dkt. 203-6.)

Arista has requested the individual deposition of Carl Moberg, whom Arista otherwise does not have leave to depose. Given that Mr. Moberg has knowledge regarding Tail-f, we understand Mr. Moberg to be Arista's choice for its one deposition in this category and we are working to obtain a date for Mr. Moberg's deposition as soon as possible.

Very truly yours,

*Amy H. Candido*

Amy H. Candido

cc:     ARISTA-KVN@kvn.com
        Cisco-Arista@quinnemanuel.com
        Cisco-AristaCopyrightTeam@kirkland.com