# EXHIBIT 8

| | |
|---|---|
| **From:** | Alisa Thompson <AThompson@kvn.com> |
| **Sent:** | Wednesday, May 11, 2016 5:46 PM |
| **To:** | Sean Pak; John Neukom; Cisco-Arista; 'aalper@kirkland.com'; Kathleen Sullivan; Mark Tung; 'michael.devries@kirkland.com'; 'Cisco-AristaCopyrightTeam@kirkland.com'; 'Steven.cherny@kirkland.com' |
| **Cc:** | ARISTA-KVN; ARISTA-WSGR@wsgr.com |
| **Subject:** | Cisco Systems, Inc., v. Arista Network, Inc.; 5:14-cv-05344-BLF (PSG) |
| **Attachments:** | DEPO_NOTICE_JOHN_CHAMBERS.pdf |

Dear Counsel:

Attached please find for service:

DEFENDANT ARISTA NETWORKS, INC.'S NOTICE OF TAKING DEPOSITION OF JOHN CHAMBERS

Regards,

---

**Alisa Thompson**
Legal Secretary

**KEKER & VAN NEST** LLP

415 773 6617 direct   |   athompson@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400
main   |   kvn.com

1

| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S NOTICE OF TAKING DEPOSITION OF JOHN CHAMBERS**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

1  PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil
2  Procedure, Defendant Arista Networks, Inc., by and through its attorneys of record in this action,
3  will take the deposition by oral examination of John Chambers.
4  The deposition will begin at 9:00 a.m. local time on May 27, 2016, at:

Keker & Van Nest LLP
633 Battery Street
San Francisco, California 94111.
Telephone: (415) 391-5400

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by both stenographic and videographic means.  Provisions for real-time monitoring via Live-Note or similar facility may also be used.  Defendant reserves the right to use the videotaped deposition at the time of hearing or trial.

Dated:  May 11, 2016

KEKER & VAN NEST LLP

WILSON SONSINI GOODRICH & ROSATI

By:  /s/ *Brian L. Ferrall*
BRIAN L. FERRALL

Attorneys for Defendant
ARISTA NETWORKS, INC.

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On May 11, 2016, I served the following document(s):

**NOTICE OF TAKING DEPOSITION OF JOHN CHAMBERS**

☒ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Sean Sang-Chul Pak<br>John M. Neukom<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel:   (415) 875-6320<br>Fax:   (415) 875-6700<br>seanpak@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>Cisco-Arista@quinnemanuel.com | Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>Tel:   (415) 439-1476<br>Fax:   (415) 439-1500<br>aalper@kirkland.com |
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10022<br>Tel:   (212) 849-7000<br>Fax:   (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel:   (650) 801-5000<br>Fax:   (650) 801-5100<br>marktung@quinnemanuel.com |
| Michael W. De Vries<br>Kirkland & Ellis LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, CA 90071<br>Tel:   (213) 680-8590<br>Fax:   (213) 680-8500<br>michael.devries@kirkland.com<br>Cisco-AristaCopyrightTeam@kirkland.com | Steven C. Cherny<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel:   (212) 446-4800<br>Fax:   (212) 446-6460<br>Steven.cherny@kirkland.com |

1  Executed on May 11, 2016, at San Francisco, California.

2  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson