1
2
3
4
5
6
7
8
9
10
11
12
13  CISCO SYSTEMS, INC.,
14         Plaintiff,
15     vs.
16  ARISTA NETWORKS, INC.,
17         Defendant.
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CASE NO. 5:14-cv-5344-BLF (PSG)

**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER**

Date: June 28, 2016
Time: 10:00 a.m.
Place: Courtroom 5, 4th Floor
Judge: Hon. Paul S. Grewal

1
2        The above matter having come before the Court on Plaintiff CISCO SYSTEMS, INC.'S
3  MOTION FOR PROTECTIVE ORDER, and the Court having considered the motion and
4  arguments in support thereof and any opposition thereto, the Court hereby GRANTS CISCO
5  SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER, as served on Defendant Arista
6  Networks, Inc. on May 24, 2016.
7
8  Dated: _____         By: _____
                                                                                        HON. PAUL S. GREWAL
9                                                                                          UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28