Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-5344-BLF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | **DEMAND FOR JURY TRIAL** |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

1  I, Catherine R. Lacey, declare as follows:

2       1.     I am an attorney licensed to practice in the State of California and am admitted to

3  practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart &

4  Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco").  I am over the age of eighteen

5  and not a party to this action.

6       On May 24, 2016, I caused the following documents to be served on counsel for

7  interested parties via electronic mail to the addresses listed below:  (1) an unredacted copy of

8  Cisco's Motion for Protective Order; (2) an unredacted copy of the Declaration of John Chambers

9  in Support of Cisco's Motion for Protective Order; (3) unredacted copies of Exhibits 7, 11, 12, 13,

10  14, 15, and 18 to the Declaration of Sara Jenkins in Support of Cisco's Motion for Protective

11  Order; and (4) a copy of the Declaration of Catherine R. Lacey in Support of Cisco's

12  Administrative Motion to File under Seal Cisco's Confidential Information in Cisco's Motion for

13  Protective Order.

14       The documents were transmitted by electronic transmission in PDF format and

15  such transmission was reported as complete and without error to the electronic mail addresses

16  listed below:

17      Juanita R. Brooks

18      brooks@fr.com
    Fish & Richardson P.C.

19      12390 El Camino Real
    San Diego, CA 92130-2081

20
    Kelly C. Hunsaker

21      hunsaker@fr.com
    Fish & Richardson PC

22      500 Arguello Street, Suite 500
    Redwood City, CA 94063

23
24      Ruffin B. Cordell
    cordell@fr.com

25      Lauren A. Degnan
    degnan@fr.com

26      Michael J. McKeon

27      mckeon@fr.com
    Fish & Richardson PC

28      1425 K Street NW

ARISTA-KVN@kvn.com
Brian L. Ferrall
blf@kvn.com
Michael S. Kwun
mkwun@kvn.com
David J. Silbert
djs@kvn.com
Robert Van Nest
rvannest@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

Susan Chreighton
screighton@wsgr.com
Scott Andrew Sher
ssher@wsgr.com
Wilson Sonsini Goodrich Rosati
1700 K Street
Washington, DC 20006

1    11th Floor
     Washington, DC 20005

2

3

4    I declare under penalty of perjury under the laws of the State of California that the

5    foregoing is true and correct, and that this declaration was executed in San Francisco, California,

6    on May 24, 2016.

7

8                                              */s/ Catherine R. Lacey*
                                               Catherine R. Lacey (Bar No. 291591)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28