Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny (admitted pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - #198945
mkwun@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

Attorneys for Defendant
ARISTA NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** <br><br> Judge:        Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

1061160

Plaintiff Cisco Systems, Inc. ("Plaintiff" or "Cisco") and Defendant Arista Networks, Inc. ("Defendant" or "Arista") jointly submit this Stipulation and [Proposed] Order to set a Case Management Conference.

WHEREAS, after the *Markman* hearing in this matter, the Court directed the parties to meet and confer and then to contact the Court about scheduling a Case Management Conference; and

WHEREAS, the parties have met and conferred, and both parties are available for a CMC on June 16, 2016; and

WHEREAS, the Court's Courtroom Deputy has informed the parties that the Court is also available on that date,

IT IS HEREBY STIPULATED by and between Cisco and Arista, subject to the Court's approval, that the Court set a Case Management Conference on June 16, 2016 at 11:00 a.m., or such other time as is convenient for the Court.

Respectfully submitted,

Dated:  May 23, 2016                 By:   */s/ David J. Silbert*

KEKER & VAN NEST LLP
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

Dated:  May 23, 2016                 By:   */s/ Sean S. Pak*

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

1061160

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Sean S. Pak within this e-filed document.

*/s/ David J. Silbert*
David J. Silbert

2

1061160

1

**[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.  A Case Management

3  Conference in this matter is set on June 16, 2016 at __11:00 a.m.__ .

4

5  DATED:  _____May 25_____, 2016

6

7                                        _Beth Labson Freeman_

8                                        Hon. Beth Labson Freeman
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1061160