| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 5:14-cv-05344-BLF<br><br>JOINT STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1    WHEREAS, the Court entered a stipulated schedule to trial on April 25, 2016, ECF
No. 253; and

WHEREAS, the parties have met and conferred and agreed to extend the opening and rebuttal liability expert report deadlines by two days each to allow for additional time to prepare such reports after the close of liability fact discovery, due to the intervening Memorial Day Holiday; and

WHEREAS, the parties have agreed to extend the close of liability expert discovery by two days to correspond to the two day extension for liability expert reports; and

WHEREAS, Cisco has agreed to make one of its experts available for deposition the week of June 20, 2016; and

WHEREAS, the parties have agreed to add a sur-rebuttal damages report deadline of July 15, 2016, to the schedule to allow for Cisco's damages expert to respond to the issues on which Arista bears the burden of proof that will be addressed in Arista's rebuttal damages expert report. *See* 17 U.S.C. § 504(a); and

THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that, subject to the approval of the Court, this Court will proceed to trial according to the revised schedule provided in the table below.

| Event | Current Schedule (ECF No. 253) | Amendments to Current Schedule |
|---|---|---|
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | |
| Close of fact discovery (except damages) | May 27, 2016 | |
| Last day to disclose liability experts and exchange opening liability expert reports | June 1, 2016 | June 3, 2016 |
| Close of fact discovery (damages) | June 10, 2016 | |
| Last day to exchange liability rebuttal expert reports | June 15, 2016 | June 17, 2016 |
| Last day to disclose damages experts and exchange opening damages expert reports | June 24, 2016 | |
| Close of liability expert discovery | June 28, 2016 | June 30, 2016 |

| Event | Current Schedule (ECF No. 253) | Amendments to Current Schedule |
|---|---|---|
| Last day to file dispositive motions | June 30, 2016 | |
| Last day to exchange rebuttal damages expert reports | July 8, 2016 | |
| Last day to exchange sur-rebuttal damages expert reports | | July 15, 2016 |
| Close of damages expert discovery | July 22, 2016 | |
| Last day to hear dispositive motions | August 4, 2016 | |
| Last day to file Daubert motions | August 5, 2016 | |
| Daubert opposition briefs due | August 19, 2016 | |
| Daubert reply briefs due | August 26, 2016 | |
| Daubert hearing | September 9, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions in limine (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Oppositions to Motions in limine (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions in limine and Daubert Motions | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

Respectfully submitted,

Dated: May 31, 2016         By:  /s/ Amy H. Candido

2
JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No. 5:14-cv-05344-BLF

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

1                                                                              Attorneys for Plaintiff
CISCO SYSTEMS, INC.

| | | |
|---|---|---|
| Dated: May 31, 2016 | By: | /s/ Brian L. Ferrall |

          Keker & Van Nest LLP
          ROBERT A. VAN NEST - # 84065
          rvannest@kvn.com
          BRIAN L. FERRALL - # 160847
          bferrall@kvn.com
          DAVID J. SILBERT - # 173128
          dsilbert@kvn.com
          MICHAEL S. KWUN - # 198945
          mkwun@kvn.com
          633 Battery Street
          San Francisco, CA 94111-1809
          Telephone:    415 391 5400
          Facsimile:    415 397 7188

          JONATHAN M. JACOBSON, NY # 1350495
          jjacobson@wsgr.com
          CHUL PAK (pro hac vice)
          cpak@wsgr.com
          DAVID H. REICHENBERG (pro hac vice)
          dreichenberg@wsgr.com
          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation
          1301 Avenue of the Americas, 40th Floor
          New York, NY 10019-6022
          Telephone:  (212) 999-5800

          SUSAN CREIGHTON, SBN 135528
          screighton@wsgr.com
          SCOTT A. SHER, SBN 190053
          ssher@wsgr.com
          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation
          1700 K Street NW, Fifth Floor
          Washington, D.C., 20006-3817
          Telephone:  (202) 973-8800

          Attorneys for Defendant
          ARISTA NETWORKS, INC.

ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Brian L. Ferrall within this e-filed document.

/s/Amy Candido

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2016

_____
Hon. Beth Labson Freeman
United States District Judge