1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  AJAY KRISHNAN - #222476
   DAVID J. ROSEN - # 296139
4  633 Battery Street
   San Francisco, CA 94111-1809
5  Telephone:    (415) 391-5400
   Email:  rvannest@kvn.com;
6  bferrall@kvn.com; dsilbert@kvn.com;
   akrishnan@kvn.com, drosen@kvn.com
7
   JONATHAN M. JACOBSON, NY SBN 1350495
8  CHUL PAK (*pro hac vice*)
   DAVID H. REICHENBERG (*pro hac vice*)
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 1301 Avenue Of The Americas, 40th Floor
   New York, NY 10019-6022
11 Telephone:  (212) 999-5800
   Email:  jjacobson@wsgr.com; cpak@wsgr.com;
12 dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18 | CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
   | --- | --- |
19 | Plaintiff, | **DEFENDANT ARISTA NETWORKS,** |
   | | **INC.'S ADMINISTRATIVE MOTION TO** |
20 | v. | **FILE DOCUMENT UNDER SEAL** |
21 | ARISTA NETWORKS, INC., | |
22 | Defendant. | Judge:       Hon. Beth Labson Freeman |
   | | Date Filed:  December 5, 2014 |
23 | | Trial Date:  November 21, 2016 |

24

25

26

27

28

DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1064779.01

1

2      Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e),

3   Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal

4   the following document:

5           • Exhibit C to the declaration of David J. Rosen in support of Defendant Arista

6             Networks, Inc.'s Partially Unopposed Motion to Stay Patent Claims Pending *Inter*

7             *Partes* Review is an excerpt of from the Highly Confidential—Attorneys' Eyes

8             Only 30(b)(6) deposition of Prakash Bettadapur.

9

10      Arista takes no position on whether the foregoing documents should be filed under seal.

11  Arista files this administrative motion only in order to afford Cisco the opportunity to defend its

12  confidentiality designations as provided by Civil Local Rule 79-5(e).

13

14

15  Dated:  May 31, 2016                              KEKER & VAN NEST LLP

16                                                    WILSON SONSINI GOODRICH & ROSATI

17                                          By:    */s/ David J. Rosen*
                                                   ROBERT A. VAN NEST
18                                                 BRIAN L. FERRALL
                                                   DAVID SILBERT
19                                                 AJAY KRISHNAN
                                                   DAVID J. ROSEN
20
                                                   Attorneys for Defendant
21                                                 ARISTA NETWORKS, INC.

22

23

24

25

26

27

28

DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1064779.01