| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>AJAY KRISHNAN - #222476<br>DAVID J. ROSEN - # 296139<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>akrishnan@kvn.com, drosen@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S PARTIALLY UNOPPOSED MOTION TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S PARTIALLY
UNOPPOSED MOTION TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW
Case No. 5:14-cv-05344-BLF (PSG)

1064813.01

I, DAVID J. ROSEN, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the decision of the Patent Trial and Appeal Board regarding Arista's Petition of *Inter Partes* Review of claims 1-26 of U.S. Patent No. 7,047,526.

4. Attached hereto as Exhibit B is a true and correct copy of the decision of the Patent Trial and Appeal Board regarding Arista's Petition of *Inter Partes* Review of claims 1-10 of U.S. Patent No. 7,953,886.

5. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Highly Confidential—Attorneys' Eyes Only 30(b)(6) deposition of Prakash Bettadapur, taken on May 23, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 31, 2016, in San Francisco, California.

_____
DAVID J. ROSEN