# EXHIBIT C

# DOCUMENT SOUGHT TO BE SEALED