UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER DIRECTING EXPEDITED BRIEFING ON ARISTA'S MOTION TO STAY**<br><br>[Re: ECF 272] |

On May 31, 2016, Arista filed a motion to stay patent claims pending *inter partes* review. ECF 272. The Court ORDERS that any opposition to the motion to stay shall be filed by Monday, June 6 at 12 p.m. Any reply shall be filed by Tuesday, June 7 at 5 p.m.

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____
BETH LABSON FREEMAN
United States District Judge