| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date:　　　July 12, 2016<br>Time:　　　10:00 a.m.<br>Place:　　　Courtroom 5, 4th Floor<br>Judge:　　　Hon. Paul S. Grewal<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

1 | Having considered Defendant Arista Networks' Motion to Compel Discovery Responses, together with the arguments in support thereof and opposition thereto, and good cause having been shown, the Court hereby GRANTS the motion as follows:

    1. Cisco shall provide a supplemental response to Arista's Interrogatory 24 by no later than one week from the date of this Order, identifying for each asserted CLI command, mode, hierarchy, prompt, or command response, each and every asserted copyright-registered work where the allegedly copied material may be found, including the registration number for the copyrighted work, the title of the registered computer code and the accompanying documentation, and the Bates number for the page of the filed deposit or the line number of a source code file where the allegedly copied material appears.

    2. Cisco shall provide a supplemental response to Arista's Interrogatory 25, by no later than one week from the date of this Order, identifying the total number of commands, modes, hierarchies, prompts, responses, and lines of software code in each asserted copyright-registered work.

**IT IS SO ORDERED.**

Dated: _____, 2016

PAUL S. GREWAL
United States Magistrate Judge