| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date:         July 12, 2016<br>Time:        10:00 a.m.<br>Place:       Courtroom 5, 4th Floor<br>Judge:       Hon. Paul S. Grewal<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA'S
MOTION TO COMPEL DISCOVERY RESPONSES
Case No. 5:14-cv-05344-BLF (PSG)

1065379

I, Eduardo E. Santacana, declare:

1. I am an attorney licensed to practice law in the State of California and am an attorney with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of Arista Network's Motion to Compel Discovery Responses and Production of Documents.

3. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Arista Networks, Inc.'s Sixth Set of Interrogatories to Plaintiff Cisco Systems, Inc. (Nos. 21-25), dated March 30, 2016.

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of Plaintiff Cisco Systems, Inc.'s Objections and Responses to Arista Networks, Inc.'s Sixth Set of Interrogatories (Nos. 21-25), dated May 9, 2016.

5. Attached hereto as **Exhibit C** is a true and correct copy of correspondence from Ryan K. Wong, counsel for Arista Networks, Inc., to counsel for Cisco Systems, dated May 12, 2016.

6. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of Plaintiff Cisco Systems, Inc.'s Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s Interrogatories (Nos. 21, 24, & 25), dated June 3, 2016.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Eighth Supplemental version of Exhibit F to Plaintiff Cisco Systems, Inc.'s Response to Interrogatory 16, dated April 3, 2016.

8. On June 3, 2016, I participated in a meet and confer telephone conference with counsel for Cisco. During that conference, I reiterated Arista's position that Cisco's responses to Interrogatories 24 and 25 are inadequate, and I explained that Arista would be forced to move to

1

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA'S
MOTION TO COMPEL DISCOVERY RESPONSES
Case No. 5:14-cv-05344-BLF (PSG)

1065379

1  compel responses if Cisco did not change its position.  Later that day, counsel for Cisco
2  confirmed in writing that Cisco would stand on its objections to responding fully to
3  Interrogatories 24 and 25.
4      Executed June 3, 2016, at San Francisco, California.
5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.

                             EDUARDO E. SANTACANA

2
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA'S
MOTION TO COMPEL DISCOVERY RESPONSES
Case No. 5:14-cv-05344-BLF (PSG)

1065379