| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>      Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN EXHIBITS TO THE DECLARATION OF JOHN NEUKOM IN SUPPORT OF CISCO'S PARTIAL OPPOSITION TO ARISTA'S MOTION TO STAY**<br><br>**DEMAND FOR JURY TRIAL** |

1  Pursuant to Civil L.R. 79-5, Plaintiff Cisco Systems, Inc. ("Cisco") respectfully requests an
2  order granting leave to file under seal the portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Ex. 1 to the Declaration of John Neukom in Support of Cisco's Opposition to Arista's Motion to Stay | Entire |
| Ex. 2 to the Declaration of John Neukom in Support of Cisco's Opposition to Arista's Motion to Stay | Entire |

## I.   LEGAL STANDARD

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing provides a "compelling reason." *See Delphix Corp. v. Actifio, Inc*., No. 13-cv-04613-BLF, 2014 WL 415520, at *1 (N.D. Cal. Aug. 20, 2014). If the disclosure of information would damage a party's ability to compete in the market place, there is a "compelling reason" exist to seal it. *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008). Civil Local Rule 79-5 additionally requires that parties seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law"( *i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

## II.   ARISTA'S DESIGNATED CONFIDENTIAL INFORMATION

Cisco makes this request to seal the documents identified herein for the reasons explained in detail in the Declaration of Andrew M. Holmes in support of this Administrative Motion to File Under Seal ("Holmes Declaration"). The information sought to be sealed has been directly designated by Defendant Arista Networks, Inc. ("Arista") as "HIGHLY CONFIDENTIAL – SOURCE CODE" and/or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 53). Cisco has narrowly tailored its request to seal only the information so designated by Arista as the basis for this request as articulated in the Holmes Declaration.

1   Cisco expects that Arista will file the required supporting declaration in accordance with
2   Civil Local Rule 79-5(e), as necessary, to confirm that the information contained in the above
3   referenced document should be sealed.

5   DATED:  June 6, 2016                                   Respectfully submitted,

                                                           /s/ Andrew M. Holmes

                                                           Kathleen Sullivan (SBN 242261)
                                                           kathleensullivan@quinnemanuel.com
                                                           QUINN EMANUEL URQUHART &
                                                           SULLIVAN LLP
                                                           51 Madison Avenue, 22nd Floor
                                                           New York, NY 10010
                                                           Telephone: (212) 849-7000
                                                           Facsimile: (212) 849-7100

                                                           Sean S. Pak (SBN 219032)
                                                           seanpak@quinnemanuel.com
                                                           John M. Neukom (SBN 275887)
                                                           johnneukom@quinnemanuel.com.
                                                           Matthew D. Cannon (SBN 252666)
                                                           matthewcannon@quinnemanuel.com
                                                           QUINN EMANUEL URQUHART &
                                                           SULLIVAN LLP
                                                           50 California Street, 22nd Floor
                                                           San Francisco, CA 94111
                                                           Telephone: (415) 875-6600
                                                           Facsimile: (415) 875-6700

                                                           Mark Tung (SBN 245782)
                                                           marktung@quinnemanuel.com
                                                           QUINN EMANUEL URQUHART &
                                                           SULLIVAN LLP
                                                           555 Twin Dolphin Drive, 5th Floor
                                                           Redwood Shores, CA 94065
                                                           Telephone: (650) 801-5000
                                                           Facsimile: (650) 801-5100

                                                           Steven Cherny *(admission pro hac vice pending)*
                                                           steven.cherny@kirkland.com
                                                           KIRKLAND & ELLIS LLP
                                                           601 Lexington Avenue
                                                           New York, New York 10022
                                                           Telephone: (212) 446-4800
                                                           Facsimile: (212) 446-4900

                                                           Adam R. Alper (SBN 196834)
                                                           adam.alper@kirkland.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*