1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S PARTIALLY UNOPPOSED MOTION TO STAY** |

[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S MOTION TO STAY
CASE NO. 5:14-cv-5344-BLF (PSG)

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2   documents filed in connection with Cisco's Motion for Protective Order.
3   Having considered Cisco's motion, and good cause having been shown, the Court
4   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Ex. 1 to the Declaration of John Neukom in Support of Cisco's Opposition to Arista's Motion to Stay | Entire |
| Ex. 2 to the Declaration of John Neukom in Support of Cisco's Opposition to Arista's Motion to Stay | Entire. |

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                    HON. BETH LABSON FREEMAN
                                    UNITED STATES DISTRICT COURT JUDGE