Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admission pro hac vice pending)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California   94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF JOHN NEUKOM IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO PARTIALLY UNOPPOSED MOTION TO STAY PATENT CLAIMS PENDING *INTER PARTES* REVIEW** |

I, John Neukom, hereby declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. I submit this declaration in support of the Cisco's Opposition to Arista's Motion to Stay Patent Claims. I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. To date in this case, Cisco has produced 746,674 documents in this case, spanning millions of pages. Arista has produced 910,206 documents in this case, spanning millions of pages. The parties have conducted approximately 50 depositions, and (through counsel and experts) have spent many hours inspecting source code and hardware relevant to infringement of the '526 Patent.

3. On June 3, counsel for Cisco served the expert report of Kevin Jeffay, opining to Arista's infringement of the '526 patent. That report is 91 pages in length and includes 5 exhibits. On the same date, counsel for Arista served the expert report of Douglas W. Clark, purportedly opining to Arista's views of the invalidity of the '526 patent. That report is 120 pages in length and includes 5 exhibits.

4. Attached hereto as Exhibit 1 is a true and correct copy of Cisco's Amended Infringement Contentions for U.S. Patent No. 7,047,526 by '526 Accused Instrumentalities that incorporate EOS+ and/or vEOS, served on December 14, 2015.

5. Attached hereto as Exhibit 2 is a true and correct copy Cisco's Amended Infringement Contentions for U.S. Patent No. 7,953,886 by '886 Accused Instrumentalities Integrated with XMPP and/or eAPI, Including EOS+, served on December 14, 2015.

6. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Arista Network, Inc's Preliminary Election of Asserted Prior Art, dated November 18, 2015.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 6, 2016.

By  /s/   John M. Neukom
    John M. Neukom

**SIGNATURE ATTESTATION**

I, Andrew Holmes, am the ECF user whose userid and password authorized the filing of this document.   Under Civil L.R. 5-1(i)(3), I attest that John Neukom has concurred in this filing. Furthermore, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:   June 6, 2016                                                    */s/ Andrew M. Holmes*

                                                                                          Andrew M. Holmes