# EXHIBIT 1

# (FILED UNDER SEAL -- PLACEHOLDER)