# EXHIBIT 2

# (FILED UNDER SEAL -- PLACEHOLDER)