UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>      Plaintiff, <br><br>   vs. <br><br> ARISTA NETWORKS, INC., <br><br>      Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG) <br><br> **[PROPOSED] ORDER DENYING IN PART ARISTA'S PARTIALLY UNOPPOSED MOTION TO STAY PATENT CLAIMS PENDING RESOLUTION OF *INTER PARTES* REVIEW** |

1  Arista Networks, Inc. ("Arista") has filed a Motion to Stay Patent Claims Pending
2  Resolution of *Inter Partes* review.
3  Having considered Arista's motion, the Court DENIES IN PART Arista's motion with
4  respect to U.S. Patent No. 7,047,526 and GRANTS IN PART Arista's motion with respect to U.S.
5  Patent No. 7,953,886.
6  **IT IS SO ORDERED.**

8  Dated: _____           By: _____
                                            HON. BETH LABSON FREEMAN
9                                           UNITED STATES DISTRICT COURT JUDGE