| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone: (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>         Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**NOTICE OF HEARING ON ARISTA'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date:         July 13, 2016<br>Time:        1:00 p.m.<br>Place:       Courtroom 7, 4th Floor<br>Judge:      Hon. Nathanael M. Cousins<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

1  **PLEASE TAKE NOTICE** that on July 13, 2016, at 1:00 p.m., or on such other date to be set by the Court, at 280 South 1st Street, San Jose, California, in Courtroom 7, before the Honorable Nathanael Cousins, Defendant Arista Networks, Inc. ("Arista") will, and hereby does, move this Court to compel Plaintiff Cisco Systems, Inc.'s ("Cisco") to respond fully to Arista's Interrogatories 24 and 25. Arista filed its motion to compel on June 3, 2016. ECF No. 278. Arista files this Notice of Hearing pursuant to the Court's Order of today, June 7, 2016, reassigning this case to Judge Cousins as referral judge and requiring parties with scheduled hearing dates to re-notice those motions for new hearing dates. ECF No. 283.

Dated: June 7, 2016

KEKER & VAN NEST LLP

By:   */s/ Brian L. Ferrall*
      BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.