| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | Case No. 5:14-cv-05344-BLF<br><br>**ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1    Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e),

2 Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file

3 under seal the following documents, filed in connection with Arista's Opposition to Plaintiff

4 Cisco Systems, Inc.'s Motion for Protective Order:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Arista's Opposition to Cisco's Motion for Protective Order | Highlighted portions of pages 3-7, 9-10. |
| Exhibit 2 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 3 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 4 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 5 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 6 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 7 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 8 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 9 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 10 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |

| | |
|---|---|
| Exhibit 11 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 12 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 13 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 14 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 15 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 16 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 17 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 18 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 19 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 20 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 21 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 22 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |

| | |
|---|---|
| Exhibit 23 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 24 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 25 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 26 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 27 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 28 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 30 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 31 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 32 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 34 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 35 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |

Arista takes no position on whether the foregoing documents and portions of its Opposition to Cisco's Motion for a Protective Order should be filed under seal. Arista files this

1  administrative motion only in order to afford Cisco the opportunity to defend its confidentiality
2  designations as provided by Civil Local Rule 79-5(e).
3       Arista submits, along with this administrative motion, the declaration of Elizabeth K.
4  McCloskey, which attaches unredacted versions of the Opposition to Cisco's Motion for a
5  Protective Order and Exhibits 2-28, 30-32, and 34-35. Arista will also file a public, redacted
6  version of the Opposition to Cisco's Motion for a Protective Order.  Because Exhibits 2-28, 30-
7  32, and 34-35 have been designated confidential in their entirety, Arista will publicly file a
8  placeholder cover page in their place.

Dated:  June 7, 2016

          KEKER & VAN NEST LLP

          WILSON SONSINI GOODRICH & ROSATI

By: */s/ Robert A. Van Nest*
     ROBERT A. VAN NEST

Attorneys for Defendant
ARISTA NETWORKS, INC.