KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF <br><br> **DECLARATION OF ELIZABETH McCLOSKEY IN SUPPORT OF THE DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO PLAINTIFF CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER** <br><br> Date:      June 28, 2016 <br> Time:     10:00 a.m. <br> Dept.:     Courtroom 7 - 4th Floor <br> Judge:    Hon. Nathanael Cousins <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

DECLARATION OF ELIZABETH McCLOSKEY ISO ARISTA NETWORKS, INC.'S OPPOSITION TO
CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1066251.01

I, ELIZABETH McCLOSKEY, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of an article from Network World, "Cisco was surprised by Arista statements: Chambers", dated December 11, 2014.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Presentation on Arista, Bates labeled CSI-ANI-00056464 through CSI-ANI-00056464.000062.

5. Attached hereto as Exhibit 3 is a true and correct copy of a Chambers ADP Briefing document, dated February 25, 2011, Bates labeled CSI-ANI-00631265 through CSI-ANI-00631270.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Soni Jiandani to Woody Sessoms, dated March 31, 2014, Bates labeled CSI-CLI-03289891 through CSI-CLI-03289893.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Soni Jiandani to Woody Sessoms, dated November 21, 2013, Bates labeled CSI-CLI-03270753 through CSI-CLI-03270757.

8. Attached hereto as Exhibit 6 is a true and correct copy of a Cisco Arista Competitive Program Presentation, dated March 22, 2012, Bates labeled CSI-ANI-00056457 through CSI-ANI-00056457.000021.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email from Tim Bohlin to Prem Jain, dated May 16, 2014, Bates labeled CSI-CLI-03225919 through CSI-CLI-03225922.

10. Attached hereto as Exhibit 8 is a true and correct copy of a Chambers Microsoft Phone Briefing document, Bates labeled CSI-ANI-00631260 through CSI-ANI-00631263.

1

DECLARATION OF ELIZABETH McCLOSKEY ISO ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1066251.01

11. Attached hereto as Exhibit 9 is a true and correct copy of Chambers EBay Customer/ Partner Meeting/ Activity document, dated November 12, 2010, Bates labeled CSI-ANI-00631195 through CSI-ANI-00631200.

12. Attached hereto as Exhibit 10 is a true and correct copy of a Chambers Customer Call with Microsoft document, dated March 26, 2014, Bates labeled CSI-CLI-03287995 through CSI-CLI-03287997.

13. Attached hereto as Exhibit 11 is a true and correct copy of Chambers State Farm Call document, dated July 28, 2014, Bates labeled CSI-ANI-00631521 through CSI-ANI-00631524.

14. Attached hereto as Exhibit 12 is a true and correct copy of Yahoo meeting agenda, dated April 4, 2013, Bates labeled CSI-ANI-00631352 through CSI-ANI-00631354.

15. Attached hereto as Exhibit 13 is a true and correct copy of an email from Vinti Batiste to Michaela Rodriguez, dated June 19, 2013, Bates labeled CSI-ANI-00631402 through CSI-ANI-00631406.

16. Attached hereto as Exhibit 14 is a true and correct copy of an Ascena Retail Group Meeting document, dated August 23, Bates labeled CSI-ANI-00631374 through CSI-ANI-00631377.

17. Attached hereto as Exhibit 15 is a true and correct copy of an email from Soni Jiandani to Frank D'Agostino dated March 1, 2014, Bates labeled CSI-CLI-03284373.

18. Attached hereto as Exhibit 16 is a true and correct copy of an email from Soni Jiandani to Prem Jain dated June 27, 2014, Bates labeled CSI-CLI-03228214 through CSI-CLI-03228216.

19. Attached hereto as Exhibit 17 is a true and correct copy of an email from John Sabasteanski to Dave Malik dated April 26, 2014, Bates labeled CSI-ANI-00091598.

20. Attached hereto as Exhibit 18 is a true and correct copy of an email from Dave Sullivan to Soni Jiandani dated February 4, 2014, Bates labeled CSI-CLI-03280578.

21. Attached hereto as Exhibit 19 is a true and correct copy of an ADP Meeting document, dated May 18, 2012, Bates labeled CSI-ANI-00631315 through CSI-ANI-00631316.

2

DECLARATION OF ELIZABETH McCLOSKEY ISO ARISTA NETWORKS, INC.'S OPPOSITION TO
CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1066251.01

22. Attached hereto as Exhibit 20 is a true and correct copy of an email from Srinivas Kotamraju to Soni Jiandani dated March 4, 2014, Bates labeled CSI-CLI-03285142.

23. Attached hereto as Exhibit 21 is a true and correct copy of an email from Weird Kid Software to John Hartingh, dated April 2, 2011, Bates labeled CSI-CLI-01574488 through CSI-CLI-01574489.

24. Attached hereto as Exhibit 22 is a true and correct copy of an email from Weird Kid Software to John Hartingh dated April 26, 2011, Bates labeled CSI-CLI-01575595 through CSI-CLI-01575601.

25. Attached hereto as Exhibit 23 is a true and correct copy of an email from Weird Kid Software to John Hartingh dated May 5, 2011, Bates labeled CSI-CLI-01576155 through CSI-CLI-01576156.

26. Attached hereto as Exhibit 24 is a true and correct copy of an email from Weird Kid Software to Stephanie Carullo dated April 15, 2011, Bates labeled CSI-CLI-01575063 through CSI-CLI-01575064.

27. Attached hereto as Exhibit 25 is a true and correct copy of an email from Weird Kid Software to JP Van Steerteghem, dated April 29, 2011, Bates labeled CSI-CLI-01575869 through CSI-CLI-01575870.

28. Attached hereto as Exhibit 26 is a true and correct copy of an email from Weird Kid Software to Tim Bohlin dated June 23, 2011, Bates labeled CSI-CLI-01588642.

29. Attached hereto as Exhibit 27 is a true and correct copy of an email from Drago Sijan to Leonardo Boulton dated February 28, 2014, Bates labeled CSI-ANI-00417560 through CSI-ANI-00417561.

30. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the deposition transcript of Soni Jiandani, taken April 29, 2016.

31. Attached hereto as Exhibit 29 is a true and correct copy of a Barron's article, "Building the Cloud: Who Wins, Who Loses", dated October 14, 2013, Bates labeled ANI-ITC-944_945-3914820 through ANI-ITC-944_945-3914822.

3
DECLARATION OF ELIZABETH McCLOSKEY ISO ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1066251.01

32. Attached hereto as Exhibit 30 is a true and correct copy of an email from Christ Dedicoat to Jim Walsh, dated November 21, 2013, Bates labeled CSI-CLI-03270747 through CSI-CLI-03270750.

33. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the deposition transcript of Andrew Pletcher, taken May 26, 2016.

34. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the deposition transcript of Doug Gourlay, taken May 20, 2016.

35. Attached hereto as Exhibit 33 is a true and correct copy of an USA Today Article, "Cisco's Chambers: 2 days with man on a mission at CES", dated January 9, 2013.

36. Attached hereto as Exhibit 34 is a true and correct copy of an email from Weird Kid Software to Raju Rajan dated June 23, 2011, Bates labeled CSI-CLI-01588645 through CSI-CLI-01588654.

37. Attached hereto as Exhibit 35 is a true and correct copy of Cisco's Supplemental Objections and Responses to Defendant Arista Network's Interrogatory No. 15, served on June 7, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 7, 2016, in San Francisco, California.

*/s/ Elizabeth McCloskey*
ELIZABETH MCCLOSKEY

4
DECLARATION OF ELIZABETH McCLOSKEY ISO ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER
Case No. 5:14-cv-05344-BLF

1066251.01