# EXHIBIT 16

# DOCUMENT SOUGHT TO BE SEALED