# EXHIBIT 19

# DOCUMENT SOUGHT TO BE SEALED