# EXHIBIT 20

# DOCUMENT SOUGHT TO BE SEALED