# EXHIBIT 22

# DOCUMENT SOUGHT TO BE SEALED