# EXHIBIT 25

# DOCUMENT SOUGHT TO BE SEALED