# EXHIBIT 26

# DOCUMENT SOUGHT TO BE SEALED