# EXHIBIT 27

# DOCUMENT SOUGHT TO BE SEALED