# EXHIBIT 30

# DOCUMENT SOUGHT TO BE SEALED