# EXHIBIT 31

# DOCUMENT SOUGHT TO BE SEALED