# EXHIBIT 32

# DOCUMENT SOUGHT TO BE SEALED