# EXHIBIT 34

# DOCUMENT SOUGHT TO BE SEALED