# EXHIBIT 35

# DOCUMENT SOUGHT TO BE SEALED