Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG) <br><br> **CISCO SYSTEMS, INC.'S NOTICE OF MOTION FOR PROTECTIVE ORDER** <br><br> Date: June 29, 2016 <br> Time: 1:00 p.m. <br> Place: Courtroom 7, 4th Floor <br> Judge: Hon. Nathanael Cousins |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 29, 2016 at 1:00 p.m., or as soon as the matter may be heard by the Honorable Nathanael Cousins in Courtroom 7, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Plaintiff Cisco Systems, Inc. ("Cisco") will move this Court to issue a protective order pursuant to Federal Rule of Civil Procedure 26 to prevent Defendant Arista Networks, Inc. ("Arista") from taking the deposition of Cisco's Executive Chairman of the Board, John Chambers.  Cisco filed its motion on May 24, 2016.  Dkt. 261.  Cisco files this Notice of Hearing pursuant to the Court's Order of June 7, 2016, reassigning this case to Judge Cousins and requiring parties with scheduled hearing dates to re-notice those motions for new hearing dates. Dkt. 283.

Dated:  June 8, 2016                                         Respectfully submitted,

                                                             */s/ Amy H. Candido*

                                                             Kathleen Sullivan (SBN 242261)
                                                             kathleensullivan@quinnemanuel.com
                                                             QUINN EMANUEL URQUHART &
                                                             SULLIVAN LLP
                                                             51 Madison Avenue, 22nd Floor
                                                             New York, NY 10010
                                                             Telephone: (212) 849-7000
                                                             Facsimile: (212) 849-7100

                                                             Sean S. Pak (SBN 219032)
                                                             seanpak@quinnemanuel.com
                                                             Amy H. Candido (SBN 237829)
                                                             amycandido@quinnemanuel.com
                                                             John M. Neukom (SBN 275887)
                                                             johnneukom@quinnemanuel.com.
                                                             QUINN EMANUEL URQUHART &
                                                             SULLIVAN LLP
                                                             50 California Street, 22nd Floor
                                                             San Francisco, CA 94111
                                                             Telephone: (415) 875-6600
                                                             Facsimile: (415) 875-6700

1  Mark Tung (SBN 245782)
   marktung@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
5
   Steven Cherny *admitted pro hac vice*)
6  steven.cherny@kirkland.com
   KIRKLAND & ELLIS LLP
7  601 Lexington Avenue
   New York, New York 10022
8  Telephone: (212) 446-4800
   Facsimile: (212) 446-4900
9
   Adam R. Alper (SBN 196834)
10  adam.alper@kirkland.com
   KIRKLAND & ELLIS LLP
11  555 California Street
   San Francisco, California 94104
12  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
13
   Michael W. De Vries (SBN 211001)
14  michael.devries@kirkland.com
   KIRKLAND & ELLIS LLP
15  333 South Hope Street
   Los Angeles, California 90071
16  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
17
   *Attorneys for Plaintiff Cisco Systems, Inc.*
18
19
20
21
22
23
24
25
26
27
28