1  MATTHEW POWERS, State Bar No. 104795
   TENSEGRITY LAW GROUP
2  555 Twin Dolphin Dr Ste 650
   Redwood Shores, CA 94065
3  Telephone: (650) 802-6010
   Facsimile: (650) 802-6001
4  matthew.powers@tensegritylawgroup.com

5  Attorneys for Defendant
   ARISTA NETWORKS, INC.

6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | Case No. 5:14-CV-05344-BLF<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

Matthew Powers
Tensegrity Law Group
555 Twin Dolphin Dr Ste 650
Redwood Shores, CA 94065
Telephone: (650) 802-6010
Facsimile: (650) 802-6001
matthew.powers@tensegritylawgroup.com

Dated: June 9, 2016

Respectfully submitted,

TENSEGRITY LAW GROUP

By: */s/ Matthew Powers*
   Matthew Powers

Attorneys for Defendant
ARISTA NETWORKS, INC.