1  WILLIAM NELSON, State Bar No. 196091
   TENSEGRITY LAW GROUP
2  555 Twin Dolphin Dr Ste 650
   Redwood Shores, CA 94065
3  Telephone: (650) 802-6075
   Facsimile: (650) 802-6001
4  william.nelson@tensegritylawgroup.com

5  Attorneys for Defendant
   ARISTA NETWORKS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| CISCO SYSTEMS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 5:14-CV-05344-BLF |
| v. | ) | **NOTICE OF APPEARANCE** |
| ARISTA NETWORKS, INC., | ) | |
| Defendant. | ) | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Defendant ARISTA NETWORKS, INC. and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

William Nelson
Tensegrity Law Group
555 Twin Dolphin Dr Ste 650
Redwood Shores, CA 94065
Telephone: (650) 802-6075
Facsimile: (650) 802-6001
william.nelson@tensegritylawgroup.com

Dated: June 9, 2016                       Respectfully submitted,

                                          TENSEGRITY LAW GROUP

                                          By: */s/ William Nelson*
                                                William Nelson

                                          Attorneys for Defendant
                                          ARISTA NETWORKS, INC.