1
2
3
4                    UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
6
7
8   CISCO SYSTEMS, INC.,                CASE NO. 5:14-cv-5344-BLF (NC)
9           Plaintiff,                  **[PROPOSED] ORDER DISMISSING CLAIMS OF INFRINGEMENT UNDER U.S. PATENT NO. 7,953,886**
10      vs.
11  ARISTA NETWORKS, INC.,
12          Defendant.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  In view of this Court's Order Denying Arista's Partially Unopposed Motion To Stay Patent
2  Claims Pending *Inter Partes* Review (Dkt. No. 292) and pursuant to Federal Rule of Civil
3  Procedure 41(a)(2), the Court hereby dismisses all claims under U.S. Patent No. 7,953,886, with
4  prejudice.  (*See* Second Amended Complaint for Copyright and Patent Infringement, Dkt. 64, ¶¶
5  36 – 39, 81 – 87.)

6  **IT IS SO ORDERED.**

7

8  Dated: _____         By: _____
                                         HON. BETH LABSON FREEMAN
9                                        UNITED STATES DISTRICT COURT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28