United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendants. | Case No. 14-cv-05344 BLF (NC)<br><br>**ORDER ADVANCING BRIEFING ON ARISTA'S MOTION TO COMPEL DISCOVERY**<br><br>Re: Dkt. No. 278 |

Cisco must respond to Arista's motion to compel discovery responses, Dkt. No. 278, by 11:00 a.m. on June 16. The brief may not exceed five pages. Cisco must explain why I should not follow the approach of (former) Magistrate Judge Paul Grewal in granting an earlier Arista motion to compel in this case. Dkt. No. 83. No reply will be permitted without leave of court.

**IT IS SO ORDERED.**

Dated: June 12, 2016

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-05344 BLF (NC)