KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
AJAY KRISHNAN - #222476
DAVID J. ROSEN - # 296139
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
akrishnan@kvn.com, drosen@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following documents:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 7 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 8 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 9 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 10 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 11 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 12 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 16 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 17 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 18 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |

| | |
|---|---|
| Exhibit 19 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 20 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |

Arista takes no position on whether the foregoing documents should be filed under seal. Arista files this administrative motion only in order to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Arista submits, along with this administrative motion, the declaration of Eduardo E. Santacana, which attaches unredacted versions of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule and Exhibits 7–12 and 16–20 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule. Arista will also file a public, redacted version of its Motion to Strike Late Contentions or Alternatively to Continue Case Schedule and Exhibits 7, 12, 16, and 19. Because Exhibits 8–11, 17, 18, and 20 have been designated confidential in their entirety, Arista will publicly file a placeholder cover page in their place.

Respectfully submitted,

Dated: June 13, 2016   KEKER & VAN NEST LLP

By: */s/ Brian L. Ferrall*
　　　BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.