| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>AJAY KRISHNAN - #222476<br>DAVID J. ROSEN - # 296139<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>akrishnan@kvn.com, drosen@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1067034

1    The Court, having fully considered the papers and arguments presented by the parties,

2    hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal

3    filed in connection with Arista's Motion to Strike Late Contentions or Alternatively to Continue

4    Case Schedule as follows:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 7 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 8 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 9 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 10 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 11 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 12 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 16 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 17 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 18 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1067034

| | |
|---|---|
| Exhibit 19 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 20 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |

**IT IS SO ORDERED.**

Dated: _____         _____
                                        HON. BETH LABSON FREEMAN

2
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1067034