# Ex. 7

Redacted Version of Document Sought to be Sealed

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>        Defendant. | CASE NO.  5:14-cv-05344-BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT ARISTA NETWORKS, INC.'S INTERROGATORY NOS. 2-10** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Cisco Systems, Inc. ("Cisco"), by counsel, hereby provides the following supplemental objections and responses to Defendant Arista Networks, Inc.'s ("Arista's") Interrogatory Nos. 2-10 (the "Interrogatories").

## **GENERAL OBJECTIONS**

Cisco makes the following general objections to Arista's Interrogatories, which apply to each interrogatory regardless of whether the general objections are specifically incorporated into the specific objections and responses below.

1.      Cisco is responding to each interrogatory as it interprets and understands each interrogatory with respect to the issues in this Litigation.  If Arista asserts a different interpretation of any interrogatory, Cisco reserves the right to supplement or amend its responses or objections.

2.      Cisco objects to each interrogatory to the extent it is inconsistent with or seeks to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Civil and Patent Local Rules of the Northern District of California, and any orders governing this Litigation.

3.      Cisco objects to the definitions of "Cisco," "You," and "Your," to the extent that the definitions are overly broad and purport to require Cisco to provide information that is not within the possession, custody, or control of Cisco.

4.      Cisco objects to Arista's definition of "Asserted Patents" and "Asserted Claim" to the extent that Arista's use of those terms in its interrogatories to Cisco renders certain of Arista's Interrogatories as constituting multiple discrete subparts that are in fact multiple, separate interrogatories.

5.      Cisco objects to the definitions of "CLI Command" and "Network Management Product" to the extent that these terms are vague and ambiguous with respect to their scope and application as used by Arista, rendering these terms at least potentially unclear with respect to what particular devices are intended to be incorporated thereby, and further on the grounds that use of the terms in Arista's Interrogatories renders those interrogatories overbroad and unduly burdensome to the extent that the discovery sought by such interrogatories is not reasonably tied to Cisco's claims or Arista's defenses in this Litigation.  Cisco further objects to the use of these

23.     Cisco objects to each interrogatory as premature to the extent it calls for documents or information that is the subject of later disclosure deadlines in this Litigation and/or expert reports and testimony, including as set forth in Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Patent Local Rules of the Northern District of California, and the Case Management Order to be entered in this Litigation.

24.     Any Cisco response that it will provide information or produce documents should not be construed to mean that responsive information or documents in fact exist; only that, if such relevant, non-privileged, non-objectionable information or documents exist, are in Cisco's possession, custody, or control, and are located after a reasonable search of the location or locations where responsive information or documents are likely to be located, such information or documents will be produced in a timely manner.

25.     Cisco further reserves all rights to supplement its responses to Arista's Interrogatories in compliance with the Federal Rules of Civil Procedure, including under Rule 26(e), as well as the Civil and Patent Local Rules of the Northern District of California and any orders governing this Litigation, and as Cisco's investigation and discovery proceeds in this Litigation.

## **RESPONSES TO INTERROGATORIES**

### **INTERROGATORY NO. 1:**

Identify with specificity every similarity that Cisco contends is a basis for its claim of copyright infringement, including the source material in Cisco's copyrighted work(s) that Cisco contends is the source of the similarity; the material in the allegedly infringing work(s) that Cisco contends reflects the similarity, and why Cisco contends that the source material is protected by copyright.

### **RESPONSE TO INTERROGATORY NO. 1:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery

of admissible evidence to the extent it calls for evidence pertaining to specific similarities between

Cisco's copyrighted works and Arista's accused products.  Cisco further objects to this

interrogatory to the extent that it calls for information that is publicly available, equally available

to Arista, and/or in Arista's control, and therefore is of no greater burden for Arista to obtain than

for Cisco to obtain.  Cisco further objects to this interrogatory as compound.  Cisco also objects to

this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of

the terms "with specificity," "every similarity," "why Cisco contends that the source material is

protected by copyright."  Cisco further objects to this interrogatory as premature contention

discovery, especially in light of Arista's failure to produce information regarding its accused

products, including source code.  Cisco further objects to this interrogatory on the grounds that it

prematurely seeks expert testimony.  Cisco further objects to this interrogatory to the extent it

seeks information that is protected by the attorney-client privilege, that constitutes attorney work-

product, or that is protected by any other applicable privilege, protection, or immunity, including

without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, Cisco incorporates by

reference, as if fully set forth herein, its operative complaint and all documents cited therein,

including Cisco's copyright registrations as well as any subsequent amendments thereto.  Cisco

further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing

information responsive to this interrogatory, which information may be obtained from the

documents by Arista as easily as by Cisco.

In addition to the examples set forth in Exhibits 1 and 2 to Cisco's operative complaint,

Cisco identifies in Exhibit A similarities between Cisco's copyrighted works and Arista products.

Each of the Cisco works cited in Exhibit A is protected by copyright because each of these works

constitutes an original work of authorship fixed in a tangible medium of expression.  Each Cisco

work in Exhibit A contains expressive content, which is the subject of copyright protection.

Further, each Cisco document cited in Exhibit A was first published in the United States and was

authored by at least one author who is a national or domiciliary of the United States.  *See, e.g.,*

Cisco copyright registrations attached to Cisco's operative complaint. Cisco has complied with all

1  applicable statutory formalities related to these copyrighted works.  Additionally, because many of

2  the Cisco works cited in Exhibit A were deposited with copyright registrations within five years of

3  publication, the certificate of registration for these documents constitutes prima facie evidence of

4  the validity of the underlying copyrights.  *See, e.g.,* Cisco copyright registrations attached to

5  Cisco's operative complaint.  For the remainder of the Cisco works cited in Exhibit A, the

6  copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

7        Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

8  supplement this response in light of facts learned during discovery, including information

9  regarding Arista's accused products and expert discovery.

10

11  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

12        Subject to and without waiver of its general and specific objections, Cisco further responds

13  as follows:

14        The similarity between Cisco's copyrighted works and Arista's accused products is also

15  evidenced by Arista's copying of numerous multi-word command expressions from Cisco's

16  copyrighted works.  Each of those command expressions identified by Cisco in its copyrighted

17  works represents an original, creative expression.  Attached as Exhibit B is a more comprehensive

18  listing of the multiword command expressions from Cisco's copyrighted works that were copied

19  by Arista, as well as the version(s) of Arista's infringing works that contain these protected

20  elements.

21        Arista also has copied Cisco's copyrighted command hierarchies.  The organization of

22  Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted

23  works.  Because Cisco's command expressions are organized hierarchically, the copying of

24  Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's

25  command hierarchies.

26        Arista has also copied Cisco's command modes and prompts, which also represent original

27  and creative contributions to Cisco's copyrighted works.  For example, Cisco's copyrighted works

28  include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration"

1    modes, the names of which are duplicated in Arista's infringing products, using substantially

2    similar prompts.  Attached as Exhibit C is a more comprehensive listing of the command modes

3    and prompts from Cisco's copyrighted works that were copied by Arista, as well as the version(s)

4    of Arista's infringing works that contain these protected elements.

5        Because the burden of finding each of these command expressions, command hierarchies,

6    and command modes and prompts in the copyrighted works and the infringing works is the same

7    for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following

8    documents as containing responsive information:

9        IOS v. 11.0: Source Code, CSI-CLI-00403865.

10        IOS v. 11.1: Source Code, CSI-CLI-00403866.

11        IOS v. 11.2: Source Code, CSI-CLI-00403867.

12        IOS v. 11.3: Source Code, CSI-CLI-00403868.

13        IOS v. 12.0: Source Code, CSI-CLI-00403869.

14        IOS v. 12.1: Source Code, CSI-CLI-00403870.

15        IOS v. 12.2: Source Code, CSI-CLI-00403871.

16        IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.

17        IOS v. 12.4: Source Code, CSI-CLI-00403873.

18        IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 –

19    CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-

20    00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914,

21    CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-

22    00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 –

23    CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-

24    00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,

25    CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-

26    00350066 – CSI-CLI-00351948.

27        IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 –

28    CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-

1   00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731,

2   CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-

3   00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 –

4   CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-

5   00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696,

6   CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.

7   　　　　IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 –

8   CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-

9   00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428,

10  CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-

11  00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 –

12  CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-

13  142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361,

14  CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-

15  00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 –

16  CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-

17  00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575,

18  CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-

19  00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 –

20  CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-

21  00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137,

22  CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-

23  00292982 – CSI-CLI-00294561.

24  　　　　IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 –

25  CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,  CSI-CLI-

26  00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 –

27  CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.

28  　　　　IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

1    IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474.

2    IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671.

3    IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727.

4    IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864.

5    IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-

6    00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 –

7    CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-

8    00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120,

9    CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-

10   00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891,

11   CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-

12   00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 –

13   CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-

14   00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763,

15   CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-

16   00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 –

17   CSI-CLI-00173412.

18   IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-

19   00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 –

20   CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-

21   00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

22   IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-

23   00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 –

24   CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-

25   00325496.

26   IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-

27   00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 –

28   CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-

1  00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,

2  CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-

3  00310346 – CSI-CLI-00313894.

4      NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-

5  00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.

6      NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-

7  00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –

8  CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-

9  00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.

10     NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-

11  00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –

12  CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-

13  00201822, CSI-CLI-00201849 – CSI-CLI-00202928.

14     NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-

15  00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.

16     EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.

17     EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.

18     EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.

19     EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.

20     EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.

21     EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.

22     EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.

23     EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

24     EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

25     EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

26     EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

27     Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

28  supplement this response in light of facts learned during discovery, including information

1  regarding Arista's accused products (including source code and other non-public materials) and

2  expert discovery.

3

4  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

5       Subject to and without waiver of its general and specific objections, Cisco further responds

6  as follows:

7       Arista has copied Cisco's copyrighted command hierarchy and the structure, sequence and

8  organization of Cisco's command expressions.  Cisco's command expressions are organized

9  hierarchically such that certain groups and sub-groups of command expressions can be identified.

10 For example, paragraph 52 of Cisco's Second Amended Complaint for Copyright and Patent

11 Infringement (Dkt. 64) identify various command hierarchies (e.g., "aaa" command hierarchy,

12 "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip"

13 command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show"

14 command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy,

15 "vrrp" command hierarchy, and other command expressions and hierarchies).  Within a given

16 command hierarchy, all of the commands start with the same word; for example, all of the

17 commands within the "aaa" command hierarchy start with "aaa."  The Second Amended

18 Complaint further identifies sub-hierarchies within a command hierarchy (e.g., "ip dhcp" sub-

19 hierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip ospf" sub-hierarchy, "ip pim"

20 sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" sub-

21 hierarchy, "show ipv6" sub-hierarchy).  Within a given command sub-hierarchy, all of the

22 commands start with the same two words; for example, all of the commands within the "ip dhcp"

23 sub-hierarchy start with "ip dhcp."  There can be further sub-hierarchies within a given sub-

24 hierarchy.  One way to demonstrate the hierarchy and organization of Cisco's command

25 expressions visually is through the use of a tree structure.  An example tree structure of a portion

26 of the "ip" command hierarchy is provided in Exhibit D.  Arista's copied commands are organized

27 into the same hierarchies and sub-hierarchies and have the same tree structure.

28

Arista also has copied Cisco's command responses and their organization.  Cisco's command responses constitute original, creative contributions to Cisco's copyrighted works. Attached as Exhibit E is a listing of some command responses from Cisco's copyrighted works that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these protected elements.  In addition, Arista has copied the non-literal elements of Cisco's command responses, including their structure, sequence and organization as also shown in Exhibit E.  The command responses identified in Exhibit E are exemplary only, as Cisco's investigation is ongoing.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products (including screenshots, source code and other non-public materials) and expert discovery.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Exhibit C to Cisco's Second Supplemental Response to Interrogatory No. 2 identifies certain command modes and associated prompts that were created by Cisco and copied by Arista. Arista's copying of command modes and prompts extends to interface-, feature-, protocol- and other more specific command modes and submodes, with associated prompts.  Cisco's discovery regarding those modes and submodes is ongoing, and Cisco reserves the right to supplement its response in light of information learned subsequently from Arista's source code and/or operable Arista devices, which Cisco requested on September 18, 2015 but Arista has not yet produced.

Attached hereto as Amended Exhibit D1-D26 are command hierarchies containing Cisco's copyrighted command expressions that have been copied in whole or in part by Arista.  These hierarchies are contained in Cisco's and Arista's respective product documentation and source code.  The hierarchies contained in Amended Exhibit D1-D26 identify multi-word command expressions that Arista has copied.  To the extent that Arista has utilized other command

1    expressions that fit within the identified hierarchies, copying of such expressions further

2    demonstrates copying of command hierarchies.  In addition, Arista's location of individual

3    command expressions within the same modes as those commands are located in Cisco's operating

4    systems (*e.g.*, the "enable" EXEC command in EOS and IOS) is further evidence of Arista's

5    copying of Cisco's command hierarchies.  Cisco's discovery regarding these command hierarchies

6    is ongoing, and Cisco reserves the right to supplement its response in light of information learned

7    subsequently from Arista's source code and/or operable Arista devices, which Cisco requested on

8    September 18, 2015 but Arista has not yet produced.

9         Exhibit E to Cisco's Second Supplemental Response to Arista's Interrogatory No. 2

10   included examples of Arista's copying of certain command outputs from Cisco's copyrighted

11   works.  Cisco's discovery regarding these command outputs is ongoing, and Cisco reserves the

12   right to supplement its response in light of information learned subsequently from Arista's source

13   code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

14        Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

15   supplement this response in light of facts learned during discovery, including information

16   regarding Arista's accused products (including source code and other non-public materials, as well

17   as operable Arista devices) and expert discovery, or any other reason for which supplementation is

18   permissible under the Federal Rules of Civil Procedure.

19

20   <u>**FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2**</u>:

21        Subject to and without waiver of its general and specific objections, Cisco further responds

22   as follows:

23        In addition to the command outputs previously identified in Exhibit E to Cisco's response

24   to this interrogatory, Arista has copied the interactive "help" screens from Cisco's copyrighted

25   works.  For example, in response to the "help" command, both Cisco's and Arista's operating

26   systems display the following text, which was originally created by Cisco in version 9.21 of IOS:

27

28

```
Two styles o
1. Full help
   command a
   argument.
2. Partial h
   and you w
   (e.g. 'sh
```

Arista's copying of the help screen displays extends to the description of various command expressions.  In both Cisco's CLI and Arista's CLI, users can type "?" to generate context-sensitive help, including a list of available commands and descriptions thereof.  Arista has copied numerous examples of Cisco's original command expression descriptions (*e.g.*, explaining that the "enable" command will "Turn on privileged commands"). Cisco's discovery regarding these screen displays is ongoing, and Cisco reserves the right to supplement its response in light of information learned subsequently from Arista's source code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

**FIFTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The evidence of Arista's copyright infringement is pervasive.  Arista's CEO has admitted and apologized for copying.  CSI-CLI-00357842 at CSI-CLI-00357849. Arista's CTO has admitted (unapologetically) to copying Cisco "slavishly."  Packet Pushers Clip (Audio File) (Duda Exh. 274).  And numerous other Arista employees (including executives) have admitted that Arista intentionally copied Cisco.  *E.g.*, ARISTANDCA11406349, ARISTANDCA10499890, ARISTANDCA10499890; ARISTANDCA10499890; *see also* additional documents listed below. In sum, the evidence of admitted copyright infringement by Arista is overwhelming.  And, contrary to Arista's claim, Arista is not an "American success story."  Arista created and then built its business around a corporate culture of copying others.  And that corporate culture of copying was created and fostered by the highest ranking Arista executives and then executed by its

1    employees.

2    **HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

3    **HIGHLY CONFIDENTIAL—SOURCE CODE**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    **HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

26    **HIGHLY CONFIDENTIAL—SOURCE CODE**

27    Cisco identifies at least the following documents and testimony as containing responsive

28    information:

- CSI-CLEO3838924
- CSI-CLI-00226710
- CSI-CLI-00358622
- CSI-CLI-00408381
- CSI-CLI-00248571
- CSI-CLI-00178252
- CSI-CLI-00357842
- ARISTANDCA1195413
- ANI-ITC-944_94 0962624
- CSI-ANI-00381280
- CSI-CLEO3838924
- CSI-CLI-00007473
- CSI-CLI-00007244
- CSI-CLI-00006858
- CSI-CLI-00007841
- CSI-CLI-00010517
- CSI-CLI-00008985
- CSI-CLI-00014141
- CSI-CLI-00011973
- CSI-CLI-00018146
- CSI-CLI-00000084
- CSI-CLI-00004616
- CSI-CLI-00020575
- CSI-CLI-00002332
- CSI-CLI-00016001
- ARISTANDCA1199299
- ANI-ITC-944_945-3473603
- CSI-CLI-00016001
- CSI-CLI00608716
- ANI-ITC-944 _ 945-0962624
- ARISTANDCA 10491957
- ARISTANDCA_SW_105998
- ARISTANDCA_SW_105998,
- ARISTANDCA SW_10599845.
- ANI-ITC-944_945-0152061
- ARISTANDCA1199691
- ARISTANDCA12426192.
- ARISTANDCA11417372.
- CSI-ANI-00356028
- CSI-ANI-00381280
- ARISTANDCA1195413.
- ANI-ITC-944_945-1365341
- ARISTANDCA11406349.
- ANI-ITC-944_945-3451012.

- ARISTANDCA1206055.
- ANI-ITC-944_945-3937682
- ARISTANDCA11411864
- ARISTANDCA1141720.
- ANI-ITC-944_945-3453648.
- ARISTANDCA 12060827.
- ARISTANDCA119969.
- ARISTANDCA10499890
- ARISTANDCA10499890;
- ARISTANDCA10499891
- ANI-ITC-944_945-3927203
- ARISTANDCA10526625.
- ARISTANDCA10525014.
- ARISTANDCA1199299.
- ANI-ITC-944_945-3473603.
- ARISTANDCA 10508650.
- ARISTANDCA 10537469
- ARISTANDCA1206372.
- ARISTANDCA104437.
- ARISTANDCA11996066.
- ARISTANDCA10446381.
- ARISTANDCA1194925.
- ANI-ITC-944_945-349442
- ARISTANDCA1200259
- ARISTANDCA1059782
- ARISTANDCA119495
- ANI-ITC-944_945-0006860.
- ARISTANDCA 10384101.
- ANI-ITC-944_945-0009544.
- ANI-ITC-944 945-1688838.
- ARISTANDCA1266331
- ARISTANDCA_SW_105998
- ANI-ITC-944_945-3452525.
- ANI-ITC-944_945-3452525
- CSI-CLI-00540078
- CSI-CLI-00357842
- ARISTANDCA 10430978.
- ARISTANDCA11406349.
- ARISTANDCA12244290.
- ARISTANDCA1224429
- ANI-ITC-944_945-3937682.
- ARISTANDCA1195413.
- CSI-CLI-00540078
- ARISTANDCA12244293
- CSI-ANI-00356028

- CSI-CLI-00356391 - CSI-CLI-00356394
- CSI-CLI-00356385 - CSI-CLI-00356388
- CSI-CLI-00356500 - CSI-CLI-00356501
- CSI-CLI-00356578 - CSI-CLI-00356581
- CSI-CLI-00356538 - CSI-CLI-00356541
- CSI-CLI-00356582 - CSI-CLI-00356587
- CSI-CLI-00356520 - CSI-CLI-00356523
- CSI-CLI-00356550 - CSI-CLI-00356555
- CSI-CLI-00356512 - CSI-CLI-00356515
- CSI-CLI-00356490 - CSI-CLI-00356495
- CSI-CLI-00356508 - CSI-CLI-00356511
- CSI-CLI-00356556 - CSI-CLI-00356561
- CSI-CLI-00356524 - CSI-CLI-00356527
- CSI-CLI-00356486 - CSI-CLI-00356489
- CSI-CLI-00356480 - CSI-CLI-00356483
- CSI-CLI-00356502 - CSI-CLI-00356505
- CSI-CLI-00356528 - CSI-CLI-00356531
- CSI-CLI-00356657 - CSI-CLI-00356660
- CSI-CLI-00356665 - CSI-CLI-00356668
- CSI-CLI-00356661 - CSI-CLI-00356664
- CSI-CLI-00356689 - CSI-CLI-00356692
- CSI-CLI-00356634 - CSI-CLI-00356637
- CSI-CLI-00356685 - CSI-CLI-00356688
- CSI-CLI-00356681 - CSI-CLI-00356684
- CSI-CLI-00356626 - CSI-CLI-00356629
- CSI-CLI-00356693 - CSI-CLI-00356696
- CSI-CLI-00356610 - CSI-CLI-00356613
- CSI-CLI-00356646 - CSI-CLI-00356648
- CSI-CLI-00356599 - CSI-CLI-00356601
- CSI-CLI-00356596 - CSI-CLI-00356598
- CSI-CLI-00356593 - CSI-CLI-00356595
- CSI-CLI-00356395 - CSI-CLI-00356398
- CSI-CLI-00356588 - CSI-CLI-00356591
- CSI-CLI-00356562 - CSI-CLI-00356563
- CSI-CLI-00356496 - CSI-CLI-00356499
- CSI-CLI-00356446 - CSI-CLI-00356549
- CSI-CLI-00356576 - CSI-CLI-00356577
- CSI-CLI-00356516 - CSI-CLI-00356519
- CSI-CLI-00356484 - CSI-CLI-00356485
- CSI-CLI-00356572 - CSI-CLI-00356575
- CSI-CLI-00356506 - CSI-CLI-00356507
- CSI-CLI-00356506 - CSI-CLI-00356508
- CSI-CLI-00356536 - CSI-CLI-00356537
- CSI-CLI-00356542 - CSI-CLI-00356545
- CSI-CLI-00356705 - CSI-CLI-00356705

- CSI-CLI-00356564 - CSI-CLI-00356567
- CSI-CLI-00356532 - CSI-CLI-00356535
- CSI-CLI-00356697 - CSI-CLI-00356700
- CSI-CLI-00356653 - CSI-CLI-00356656
- CSI-CLI-00356618 - CSI-CLI-00356621
- CSI-CLI-00356701 - CSI-CLI-00356704
- CSI-CLI-00356642 - CSI-CLI-00356645
- CSI-CLI-00356638 - CSI-CLI-00356641
- CSI-CLI-00356614 - CSI-CLI-00356617
- CSI-CLI-00356649 - CSI-CLI-00356652
- CSI-CLI-00356602 - CSI-CLI-00356605
- CSI-CLI-00356606 - CSI-CLI-00356609
- CSI-CLI-00356630 - CSI-CLI-00356633
- CSI-CLI-00356622 - CSI-CLI-00356625
- CSI-CLI-00356677 - CSI-CLI-00356680
- CSI-CLI-00356673 - CSI-CLI-00356676
- CSI-CLI-00356669 - CSI-CLI-00356672
- Packet Pushers Clip (Audio File) (Duda Exh. 274).
- Arista produced source code
- Cisco produced source code
- Cisco IOS 15.4, Cisco IOS SNMP Support Command Reference at 83 (2013).
- Arista User Manual v. 4.14.3F (Rev. 2) at 1967-68 (Oct. 2, 2014).
- Cisco IOS Configuration Fundamentals Command Reference at CF-522 (Apr. 2010);
- Arista 4.13.6F Manual at 380 (Apr. 2014).
- Deposition Testimony of Jayshree Ullal (Arista President & CEO) at 68:14-69:4, 208:7-210:16, 217:11-21, 223:12-19; 253:14-254:7, 276:10-277:16, 304:12-307:24; 253:14-254:7.
- Deposition Testimony of Kenneth Duda (Arista CTO & SVP of Software Engineering) at 58:8-59:24, 70:4-17, 73:23-75:16, 93:20-95:2, 195:18-197:8, 323:22-324:19, 326:6-329:11; 143:2-145:3, 145:4-151:9, 159:15-23, 176:16-177:17, 350:7-351:6, 150:16-151:9, 176:16-177:16, 145:4-155:20, 176:16-177:17, 350:7-351:25
- Deposition Testimony of Anshul Sadana (Arista SVP of Customer Engineering) at 93:20-103:4, 281:12-20, 108:17-109:4, 242:17-247:19, 267:2-271:24, 272:24-273:5; 51:14-18, 70:24-74:8, 230:24-25;
- Deposition Testimony of Adam Sweeney (Arista VP of Software Engineering)  at 156:12-19 (May 13, 2016)
- Deposition Testimony of Adam Sweeney (Arista VP of Software Engineering) at 159:9-160:9, 161:8-16, 161:25-162:7, 163:12-164:2, 165:1-6; 175:15-23, 217:12-218:8; 223:17-224; at 257:12-17; 452:13-20, 452:21-453:5 (Jan. 29, 2016).
- Deposition Testimony of Lincoln Dale (Arista Distinguished Engineer) at 272:20-274:24, 215:23-216:7, 216:14-217:4, 222:4-13; 231:5-17, 186:14-187:7, 193:1-25, 194:14-195:2, 195:7-196:2, 267:13-268:5, 271:18-25, 272:11-19
- Deposition Testimony of Hugh Holbrook (Arista VP of Software Engineering) at 84:13-17, 147:25-148:13, 248:8-12; 224:7-19, 241:4-22, 243:6-244:17
- Deposition Testimony of Mark Foxx (Arista SVP of Global Operations & Marketing) at 100:10-12, 100:23-101:2, 112:11-13

- Deposition Testimony of Mark Berly at 140:25-141
- Deposition Testimony of Lorenz Redlefsen Tr. at 40:1-9
- Deposition Testimony of Hafeez Deposition Tr. at 79:23-80:7,67:8-11, 78:20-25
- Deposition Testimony of Kirk Lougheed Tr. at 338:24-339:9, 331:6-23, 337:17-20 (Apr. 4, 2016).
- Deposition Testimony of Kirk Lougheed Tr. at 128:10-129:19, 145:3-25, 168:21-169:16, 174:5-175:4, 185:13-186:5, 128:10-129:19 (Nov. 20, 2015).
- Deposition Testimony of Abhay Roy at 24:12-25; 26:2-9; 45:6-20; 47:8-18.
- Deposition Testimony of Devadas Patil at 161:19-162:1, 186:7-11, 187:1-9 (Feb. 21, 2016).
- Deposition Testimony of Phillip Remaker at 98:22-99:12, 106:25-107:5, 107:7-12 (Mar. 30, 2016).
- Deposition Testimony of Phillip Remaker at 114:2-15 (Mar. 31, 2016).
- Deposition Testimony of HP Corporate Representative Tr. at 110:24-112:7 (May 2, 2016).
- Deposition Testimony of Adam Sweeney at 416:12-15, 452:3-12.
- Deposition Testimony of Anshul Sadana Deposition, Exhibit 382
- http://www.cisco.com/c/en/us/products/collateral/ios-nx-os-software/nx-os-software/data_sheet_c78-652063.pdf
- https://www.arista.com/en/products/eos
- Arista, *EOS Bites & Bytes - Episode 1 - Lessons Learned While Building a Network OS on Top of Linux*, Arista EOS Central - Video Library (Jan. 30, 2014), at 6:55–7:56, *available at* http://eos.arista.com/wpcontent/themes/aristaeos/video-lightbox.php?vid=ttp6lavHKGo.
- Cisco's Responses, supplements, and exhibits to Interrogatory Nos. 16, 19, and 21
- Arista, *EOS: An Extensible Operating System.*
- *See, e.g.*, Business Insider, "Cisco Just Fired Another Shot At Its Hated Rival, An Upstart Formed by Ex-Cisco Employees," Dec. 19, 2014, *available at* http://www.businessinsider.com/cisco-justfied-another-shot-at-arista-2014-12;
- New York Times, "Arista's Chief Executive Counters Cisco Lawsuit," Dec. 10, 2014, *available at* http://bits.blogs.nytimes.com/2014/12/10/aristas-chiefexecutive-counters-cisco-lawsuit/?_r=0.
- QuestNET Conference July 2013, slide 38.
- Arista's responses (including all supplements thereto) to Cisco's Interrogatory No. 10.

Cisco further identifies the deposition testimony of Adam Sweeney on January 29, 2016, May 12, 2016, May 13, 2016, and his remaining deposition testimony yet to be taken, in his personal capacity and as a designee under Rule 30(b)(6) in its entirety and all exhibits thereto, and the source code produced by Arista in this Litigation, including but not limited to ARISTA_SRC000001 through ARISTA_SRC000884, as evidence Arista has infringed Arista has infringed its copyrighted works.  Cisco further identifies ARISTANDCA13171542-ARISTANDCA13171545.  Cisco also identifies the Arista switches that Arista has made available

for inspection as evidence it may rely on to show infringement. Cisco may, in its expert report(s) and at trial, demonstrate Arista's infringement using virtual or operating Arista switches, or demonstratives showing the same.

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

**INTERROGATORY NO. 2:**

State in detail Cisco's factual bases for its claim that any copyright infringement by Arista (or for which Cisco claims Arista is liable) was willful.

**RESPONSE TO INTERROGATORY NO. 2:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it calls for information not pertaining to the acts at issue in this suit. Cisco further objects to this interrogatory to the extent that it calls for information that is publicly available or equally available to Arista, and therefore is of no greater burden for Arista to obtain than for Cisco to obtain. Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the term "any copyright infringement." Cisco further objects to this interrogatory as premature contention discovery, especially in light of Arista's failure to produce information regarding its accused products. Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work-product, or that is protected by any other applicable privilege, protection, or immunity, including without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, Cisco further responds that its copyrighted works-in-suit are marked with copyright notices, yet were nonetheless copied

1  01010072-CSI-CLI-01010347, CSI-CLI-01010348-CSI-CLI-01011702, CSI-CLI-01011703-CSI-

2  CLI-01012066, CSI-CLI-01012067-CSI-CLI-01012355, CSI-CLI-01012356-CSI-CLI-01016323,

3  CSI-CLI-01016330-CSI-CLI-01017570, CSI-CLI-01017571-CSI-CLI-01017816, CSI-CLI-

4  01017817-CSI-CLI-01018442, CSI-CLI-01018443-CSI-CLI-01020174, CSI-CLI-01020175-CSI-

5  CLI-01021530, CSI-CLI-01021531-CSI-CLI-01022293, CSI-CLI-01022294-CSI-CLI-01024115,

6  CSI-CLI-01024116-CSI-CLI-01026323, CSI-CLI-01026324-CSI-CLI-01026761, CSI-CLI-

7  01026762-CSI-CLI-01028393, CSI-CLI-01028394-CSI-CLI-01028687, CSI-CLI-01028688-CSI-

8  CLI-01029723, CSI-CLI-01030760-CSI-CLI-01031005, CSI-CLI-01031006-CSI-CLI-01031136,

9  CSI-CLI-01031137-CSI-CLI-01033756, CSI-CLI-01033757-CSI-CLI-01036302, CSI-CLI-

10  01036303-CSI-CLI-01038556, CSI-CLI-01036303-CSI-CLI-01038556, CSI-CLI-01038557-CSI-

11  CLI-01039330, CSI-CLI-01039331-CSI-CLI-01041106, CSI-CLI-01042983-CSI-CLI-01044384,

12  CSI-CLI-01044385-CSI-CLI-01045982, CSI-CLI-01045983-CSI-CLI-01046296, CSI-CLI-

13  01046297-CSI-CLI-01049592, CSI-CLI-01049593- CSI-CLI-01049801, CSI-CLI-01049802-CSI-

14  CLI-01050104, CSI-CLI-01050105-CSI-CLI-01050634, CSI-CLI-01050635-CSI-CLI-01051202,

15  CSI-CLI-01051203-CSI-CLI-01051418, CSI-CLI-01051419-CSI-CLI-01051565, CSI-CLI-

16  01051566-CSI-CLI-01051605, CSI-CLI-01051606-CSI-CLI-01052137, CSI-CLI-01052138-CSI-

17  CLI-01052341, CSI-CLI-01052342-CSI-CLI-01052547, CSI-CLI-01052548-CSI-CLI-01052797,

18  CSI-CLI-01052798-CSI-CLI-01052993, CSI-CLI-01052994-CSI-CLI-01053577, CSI-CLI-

19  01053578-CSI-CLI-01053763, CSI-CLI-01053764-CSI-CLI-01053821, CSI-CLI-01053822-CSI-

20  CLI-01053932, CSI-CLI-01053933-CSI-CLI-01054026, CSI-CLI-01054027-CSI-CLI-01054122,

21  CSI-CLI-01054123-CSI-CLI-01054235, CSI-CLI-01054236-CSI-CLI-01059274, CSI-CLI-

22  01059275-CSI-CLI-01060223, CSI-CLI-01060224-CSI-CLI-01062264, CSI-CLI-01062265-CSI-

23  CLI-01064584, CSI-CLI-01064585-CSI-CLI-01065152, CSI-CLI-01065153-CSI-CLI-01066352.

24        Cisco's investigation of the subject matter of this interrogatory is ongoing.  Cisco therefore

25  reserves the right to supplement this response as additional information becomes available.

26

27

28  DATED:  May 27, 2016                              Respectfully submitted,

Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

1

2                                           /s/ Sean S. Pak

3                                       Kathleen Sullivan (SBN 242261)
                                        kathleensullivan@quinnemanuel.com
4                                       QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP
5                                       51 Madison Avenue, 22nd Floor
                                        New York, NY 10010
6                                       Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100
7
                                        Sean S. Pak (SBN 219032)
8                                       seanpak@quinnemanuel.com
                                        John M. Neukom (SBN 275887)
9                                       johnneukom@quinnemanuel.com.
                                        QUINN EMANUEL URQUHART &
10                                      SULLIVAN LLP
                                        50 California Street, 22nd Floor
11                                      San Francisco, CA 94111
                                        Telephone: (415) 875-6600
12                                      Facsimile: (415) 875-6700

13                                      Mark Tung (SBN 245782)
                                        marktung@quinnemanuel.com
14                                      QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP
15                                      555 Twin Dolphin Drive, 5th Floor
                                        Redwood Shores, CA 94065
16                                      Telephone: (650) 801-5000
                                        Facsimile: (650) 801-5100
17
                                        Steven Cherny (admitted *pro hac vice*)
18                                      steven.cherny@kirkland.com
                                        KIRKLAND & ELLIS LLP
19                                      601 Lexington Avenue
                                        New York, New York 10022
20                                      Telephone: (212) 446-4800
                                        Facsimile: (212) 446-4900
21
                                        Adam R. Alper (SBN 196834)
22                                      adam.alper@kirkland.com
                                        KIRKLAND & ELLIS LLP
23                                      555 California Street
                                        San Francisco, California  94104
24                                      Telephone: (415) 439-1400
                                        Facsimile: (415) 439-1500
25
                                        Michael W. De Vries (SBN 211001)
26                                      michael.devries@kirkland.com
                                        KIRKLAND & ELLIS LLP
27                                      333 South Hope Street
                                        Los Angeles, California 90071
28                                      Telephone: (213) 680-8400

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1

2

## **PROOF OF SERVICE**

3      I hereby certify that, at the date entered below and per the agreement of the parties, I

4   caused a true and correct copy of the foregoing to be served by transmission via electronic mail,

5   made available to counsel at the email addresses below:

6       Juanita R. Brooks                                    Brian L. Ferrall
        brooks@fr.com                                        blf@kvn.com
7       Fish & Richardson P.C.                               Michael S. Kwun
        12390 El Camino Real                                 mkwun@kvn.com
8       San Diego, CA 92130-2081                             David J. Silbert
                                                             djs@kvn.com
9
        Kelly C. Hunsaker                                    Robert Van Nest
10      hunsaker@fr.com                                      rvannest@kvn.com
        Fish & Richardson PC                                 Keker & Van Nest LLP
11      500 Arguello Street, Suite 500                       633 Battery Street
        Redwood City, CA 94063                               San Francisco, CA 94111-1809
12
                                                             Susan Chreighton
13      Ruffin B. Cordell                                    screighton@wsgr.com
        cordell@fr.com                                       Scott Andrew Sher
14      Lauren A. Degnan                                     ssher@wsgr.com
        degnan@fr.com                                        Wilson Sonsini Goodrich Rosati
15      Michael J. McKeon                                    1700 K Street
        mckeon@fr.com                                        Washington, DC 20006
16      Fish & Richardson PC
17      1425 K Street NW
        11th Floor
18      Washington, DC 20005

19

20      I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

21   27, 2016, at San Francisco, California.

22                                                  */s/ Catherine R. Lacey*
                                                    _____
23                                                  Catherine R. Lacey

24

25

26

27

28