KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE LATE CONTENTIONS**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

Having considered Arista's Motion to Motion to Strike Late Contentions or Alternatively to Continue Case Schedule, together with the arguments in support thereof and opposition thereto, and good cause having been shown, the Court hereby GRANTS the Motion as follows:

1. The Court hereby STRIKES Cisco's supplemental copyright infringement contentions relating to "helpdesc" CLI command descriptions as they appear in Cisco's May 27, 2016 supplemental response to Interrogatory 2, Exhibits G and H thereto, Cisco's Expert Report of Kevin Almeroth, and Exhibit 6 thereto. In the future, Cisco may not rely on its supplemental copyright infringement contentions relating to "helpdesc" CLI command descriptions, including but not limited to its discovery responses, expert reports, summary judgment briefing, or at trial.

2. The Court hereby STRIKES Cisco's supplemental responses to Arista's Interrogatory 15 dated June 7, 2016, and June 10, 2016. Cisco may not rely on its contention that the specific customer accounts disclosed in those supplemental responses constitute lost sales for purposes of proving damages, including but not limited to its discovery responses, expert reports, summary judgment briefing, or at trial.

**IT IS SO ORDERED.**

Dated: _____, 2016

HON. JUDGE BETH LABSON FREEMAN