Ex. 3

1   Kathleen Sullivan (SBN 242261)               Steven Cherny (admitted *pro hac vice*)
    kathleensullivan@quinnemanuel.com            steven.cherny@kirkland.com
2   QUINN EMANUEL URQUHART &                     KIRKLAND & ELLIS LLP
    SULLIVAN LLP                                 601 Lexington Avenue
3   51 Madison Avenue, 22nd Floor                New York, New York 10022
    New York, NY 10010                           Telephone: (212) 446-4800
4   Telephone: (212) 849-7000                    Facsimile: (212) 446-4900
    Facsimile: (212) 849-7100
5                                                Adam R. Alper (SBN 196834)
    Sean S. Pak (SBN 219032)                     adam.alper@kirkland.com
6   seanpak@quinnemanuel.com                     KIRKLAND & ELLIS LLP
    John M. Neukom (SBN 275887)                  555 California Street
7   johnneukom@quinnemanuel.com.                 San Francisco, California   94104
    QUINN EMANUEL URQUHART &                     Telephone: (415) 439-1400
8   SULLIVAN LLP                                 Facsimile: (415) 439-1500
    50 California Street, 22nd Floor
9   San Francisco, CA 94111                      Michael W. De Vries (SBN 211001)
    Telephone: (415) 875-6600                    michael.devries@kirkland.com
10  Facsimile: (415) 875-6700                    KIRKLAND & ELLIS LLP
                                                 333 South Hope Street
11  Mark Tung (SBN 245782)                       Los Angeles, California 90071
    marktung@quinnemanuel.com                    Telephone: (213) 680-8400
12  QUINN EMANUEL URQUHART &                     Facsimile: (213) 680-8500
    SULLIVAN LLP
13  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
14  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
15
16  *Attorneys for Plaintiff Cisco Systems, Inc.*

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19  CISCO SYSTEMS, INC.,                )    CASE NO.    5:14-cv-05344-BLF
                                        )
20          Plaintiff,                  )
                                        )    **PLAINTIFF CISCO SYSTEMS, INC.'S**
21      v.                              )    **SECOND SUPPLEMENTAL**
                                        )    **OBJECTIONS AND RESPONSES TO**
22  ARISTA NETWORKS, INC.,              )    **DEFENDANT ARISTA NETWORKS,**
                                        )    **INC.'S FIRST SET OF**
23          Defendant.                  )    **INTERROGATORIES**
                                        )
24  _____      )

25

26

27

28

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Cisco Systems, Inc. ("Cisco"), by counsel, hereby provides its second supplemental objections and responses to Defendant Arista Networks, Inc.'s ("Arista's") First Set of Interrogatories, which were served on Cisco on April 10, 2015 (the "Interrogatories").

## GENERAL OBJECTIONS

Cisco makes the following general objections to Arista's Interrogatories, which apply to each interrogatory regardless of whether the general objections are specifically incorporated into the specific objections and responses below.

1.      Cisco is responding to each interrogatory as it interprets and understands each interrogatory with respect to the issues in this Litigation.    If Arista asserts a different interpretation of any interrogatory, Cisco reserves the right to supplement or amend its responses or objections.

2.      Cisco objects to each interrogatory to the extent it is inconsistent with or seeks to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Civil and Patent Local Rules of the Northern District of California, and any orders governing this Litigation.

3.      Cisco objects to the definitions of "Cisco," "You," and "Your," to the extent that the definitions are overly broad and purport to require Cisco to provide information that is not within the possession, custody, or control of Cisco.

4.      Cisco objects to Arista's definition of "Asserted Patents" and "Asserted Claim" to the extent that Arista's use of those terms in its interrogatories to Cisco renders certain of Arista's Interrogatories as constituting multiple discrete subparts that are in fact multiple, separate interrogatories.

5.      Cisco objects to the definitions of "CLI Command" and "Network Management Product" to the extent that these terms are vague and ambiguous with respect to their scope and application as used by Arista, rendering these terms at least potentially unclear with respect to what particular devices are intended to be incorporated thereby, and further on the grounds that use of the terms in Arista's Interrogatories renders those interrogatories overbroad and unduly burdensome to the extent that the discovery sought by such interrogatories is not reasonably tied to

1    necessary to understand the relevant structure, function, and operation of Cisco's products relevant

2    to this Litigation.

3         23.    Cisco objects to each interrogatory as premature to the extent it calls for documents

4    or information that is the subject of later disclosure deadlines in this Litigation and/or expert

5    reports and testimony, including as set forth in Rule 26(a)(2) of the Federal Rules of Civil

6    Procedure, the Patent Local Rules of the Northern District of California, and the Case

7    Management Order to be entered in this Litigation.

8         24.    Any Cisco response that it will provide information or produce documents should

9    not be construed to mean that responsive information or documents in fact exist; only that, if such

10    relevant, non-privileged, non-objectionable information or documents exist, are in Cisco's

11    possession, custody, or control, and are located after a reasonable search of the location or

12    locations where responsive information or documents are likely to be located, such information or

13    documents will be produced in a timely manner.

14         25.    Cisco further reserves all rights to supplement its responses to Arista's

15    Interrogatories in compliance with the Federal Rules of Civil Procedure, including under Rule

16    26(e), as well as the Civil and Patent Local Rules of the Northern District of California and any

17    orders governing this Litigation, and as Cisco's investigation and discovery proceeds in this

18    Litigation.

19    <u>**RESPONSES TO INTERROGATORIES**</u>

20

21    <u>**INTERROGATORY NO. 2:**</u>

22         Identify with specificity every similarity that Cisco contends is a basis for its claim of

23    copyright infringement, including the source material in Cisco's copyrighted work(s) that Cisco

24    contends is the source of the similarity; the material in the allegedly infringing work(s) that Cisco

25    contends reflects the similarity, and why Cisco contends that the source material is protected by

26    copyright.

27

28

**RESPONSE TO INTERROGATORY NO. 2:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it calls for evidence pertaining to specific similarities between Cisco's copyrighted works and Arista's accused products.     Cisco further objects to this interrogatory to the extent that it calls for information that is publicly available, equally available to Arista, and/or in Arista's control, and therefore is of no greater burden for Arista to obtain than for Cisco to obtain.     Cisco further objects to this interrogatory as compound.     Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the terms "with specificity," "every similarity," "why Cisco contends that the source material is protected by copyright."     Cisco further objects to this interrogatory as premature contention discovery, especially in light of Arista's failure to produce information regarding its accused products, including source code.     Cisco further objects to this interrogatory on the grounds that it prematurely seeks expert testimony.     Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work-product, or that is protected by any other applicable privilege, protection, or immunity, including without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, Cisco incorporates by reference, as if fully set forth herein, its operative complaint and all documents cited therein, including Cisco's copyright registrations as well as any subsequent amendments thereto.     Cisco further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing information responsive to this interrogatory, which information may be obtained from the documents by Arista as easily as by Cisco.

In addition to the examples set forth in Exhibits 1 and 2 to Cisco's operative complaint, Cisco identifies in Exhibit A similarities between Cisco's copyrighted works and Arista products. Each of the Cisco works cited in Exhibit A is protected by copyright because each of these works constitutes an original work of authorship fixed in a tangible medium of expression.     Each Cisco work in Exhibit A contains expressive content, which is the subject of copyright protection.

1    Further, each Cisco document cited in Exhibit A was first published in the United States and was

2    authored by at least one author who is a national or domiciliary of the United States.    *See, e.g.,*

3    Cisco copyright registrations attached to Cisco's operative complaint. Cisco has complied with all

4    applicable statutory formalities related to these copyrighted works.    Additionally, because many

5    of the Cisco works cited in Exhibit A were deposited with copyright registrations within five years

6    of publication, the certificate of registration for these documents constitutes prima facie evidence

7    of the validity of the underlying copyrights.    *See, e.g.,* Cisco copyright registrations attached to

8    Cisco's operative complaint.    For the remainder of the Cisco works cited in Exhibit A, the

9    copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

10    Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

11    supplement this response in light of facts learned during discovery, including information

12    regarding Arista's accused products and expert discovery.

13

14    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

15    Subject to and without waiver of its general and specific objections, Cisco further responds

16    as follows:

17    The similarity between Cisco's copyrighted works and Arista's accused products is also

18    evidenced by Arista's copying of numerous multi-word command expressions from Cisco's

19    copyrighted works.    Each of those command expressions identified by Cisco in its copyrighted

20    works represents an original, creative expression.    Attached as Exhibit B is a more

21    comprehensive listing of the multiword command expressions from Cisco's copyrighted works

22    that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these

23    protected elements.

24    Arista also has copied Cisco's copyrighted command hierarchies.    The organization of

25    Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted

26    works.    Because Cisco's command expressions are organized hierarchically, the copying of

27    Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's

28    command hierarchies.

Arista has also copied Cisco's command modes and prompts, which also represent original and creative contributions to Cisco's copyrighted works.   For example, Cisco's copyrighted works include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration" modes, the names of which are duplicated in Arista's infringing products, using substantially similar prompts.   Attached as Exhibit C is a more comprehensive listing of the command modes and prompts from Cisco's copyrighted works that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these protected elements.

Because the burden of finding each of these command expressions, command hierarchies, and command modes and prompts in the copyrighted works and the infringing works is the same for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following documents as containing responsive information:

IOS v. 11.0: Source Code, CSI-CLI-00403865.

IOS v. 11.1: Source Code, CSI-CLI-00403866.

IOS v. 11.2: Source Code, CSI-CLI-00403867.

IOS v. 11.3: Source Code, CSI-CLI-00403868.

IOS v. 12.0: Source Code, CSI-CLI-00403869.

IOS v. 12.1: Source Code, CSI-CLI-00403870.

IOS v. 12.2: Source Code, CSI-CLI-00403871.

IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.

IOS v. 12.4: Source Code, CSI-CLI-00403873.

IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 – CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914, CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 – CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,

1 | CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-
2 | 00350066 – CSI-CLI-00351948.

3 |     IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 –
4 | CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-
5 | 00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731,
6 | CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-
7 | 00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 –
8 | CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-
9 | 00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696,
10 | CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.

11 |     IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 –
12 | CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-
13 | 00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428,
14 | CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-
15 | 00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 –
16 | CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-
17 | 142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361,
18 | CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-
19 | 00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 –
20 | CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-
21 | 00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575,
22 | CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-
23 | 00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 –
24 | CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-
25 | 00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137,
26 | CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-
27 | 00292982 – CSI-CLI-00294561.

28 |

IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 – CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,   CSI-CLI-00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 – CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.

IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474.

IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671.

IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727.

IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864.

IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 – CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120, CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891, CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 – CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763, CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 – CSI-CLI-00173412.

IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 – CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 –

1  CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-

2  00325496.

3          IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-

4  00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 –

5  CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-

6  00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,

7  CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-

8  00310346 – CSI-CLI-00313894.

9          NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-

10  00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.

11          NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-

12  00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –

13  CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-

14  00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.

15          NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-

16  00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –

17  CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-

18  00201822, CSI-CLI-00201849 – CSI-CLI-00202928.

19          NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-

20  00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.

21          EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.

22          EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.

23          EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.

24          EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.

25          EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.

26          EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.

27          EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.

28          EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

1    EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

2    EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

3    EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

4        Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

5    supplement this response in light of facts learned during discovery, including information

6    regarding Arista's accused products (including source code and other non-public materials) and

7    expert discovery.

8

9    **INTERROGATORY NO. 5:**

10       State in detail the derivation of each CLI Command used by Cisco, including without

11   limitation all CLI Commands that You contend Arista has unlawfully copied.

12

13   **RESPONSE TO INTERROGATORY NO. 5:**

14       Cisco incorporates by reference its General Objections as though fully set forth herein.

15   Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery

16   of admissible evidence to the extent it (1) calls for evidence pertaining to specific similarities

17   between Cisco's copyrighted works and individual CLI commands copied by Arista, (2) seeks

18   information not relevant to the copyrightability of Cisco's works-in-suit, and (3) seeks information

19   regarding acts not at issue in this suit.    Cisco further objects to the characterization in this

20   interrogatory that any Cisco CLI command was derived.    Cisco further objects to this

21   interrogatory to the extent that it calls for information that is publicly available or equally

22   available to Arista, and therefore is of no greater burden for Arista to obtain than for Cisco to

23   obtain.    Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and

24   unduly burdensome in its use of the terms "derivation," "each CLI command used by Cisco," and

25   "all CLI Commands that You contend Arista has unlawfully copied."    Cisco further objects to

26   this interrogatory to the extent it seeks information that is protected by the attorney-client

27   privilege, that constitutes attorney work-product, or that is protected by any other applicable

28

-12-                                    CASE NO. 5:14-cv-05344-BLF

CISCO'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S FIRST SET OF INTERROGATORIES

1    DATED:    August 7, 2015                        Respectfully submitted,

2
                                                     */s/ Sean S. Pak*
3                                                    _____

4                                                    Kathleen Sullivan (SBN 242261)
                                                     kathleensullivan@quinnemanuel.com
5                                                    QUINN EMANUEL URQUHART &
                                                     SULLIVAN LLP
                                                     51 Madison Avenue, 22nd Floor
6                                                    New York, NY 10010
                                                     Telephone: (212) 849-7000
7                                                    Facsimile: (212) 849-7100

8                                                    Sean S. Pak (SBN 219032)
                                                     seanpak@quinnemanuel.com
9                                                    John M. Neukom (SBN 275887)
                                                     johnneukom@quinnemanuel.com.
10                                                   QUINN EMANUEL URQUHART &
                                                     SULLIVAN LLP
11                                                   50 California Street, 22nd Floor
                                                     San Francisco, CA 94111
12                                                   Telephone: (415) 875-6600
                                                     Facsimile: (415) 875-6700

13
                                                     Mark Tung (SBN 245782)
14                                                   marktung@quinnemanuel.com
                                                     QUINN EMANUEL URQUHART &
15                                                   SULLIVAN LLP
                                                     555 Twin Dolphin Drive, 5th Floor
16                                                   Redwood Shores, CA 94065
                                                     Telephone: (650) 801-5000
17                                                   Facsimile: (650) 801-5100

18                                                   Steven Cherny (admitted *pro hac vice*)
                                                     steven.cherny@kirkland.com
19                                                   KIRKLAND & ELLIS LLP
                                                     601 Lexington Avenue
20                                                   New York, New York 10022
                                                     Telephone: (212) 446-4800
21                                                   Facsimile: (212) 446-4900

22                                                   Adam R. Alper (SBN 196834)
                                                     adam.alper@kirkland.com
23                                                   KIRKLAND & ELLIS LLP
                                                     555 California Street
24                                                   San Francisco, California    94104
                                                     Telephone: (415) 439-1400
25                                                   Facsimile: (415) 439-1500

26                                                   Michael W. De Vries (SBN 211001)
                                                     michael.devries@kirkland.com
27                                                   KIRKLAND & ELLIS LLP
                                                     333 South Hope Street
28                                                   Los Angeles, California 90071

CISCO'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S FIRST SET OF INTERROGATORIES

Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

## PROOF OF SERVICE

I hereby certify that, at the date entered below and per the agreement of the parties, I caused a true and correct copy of the foregoing to be served by transmission via the email addresses below:

Juanita R. Brooks
brooks@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Kelly C. Hunsaker
hunsaker@fr.com
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063

Ruffin B. Cordell
cordell@fr.com
Lauren A. Degnan
degnan@fr.com
Michael J. McKeon
mckeon@fr.com
Fish & Richardson PC
1425 K Street NW
11th Floor
Washington, DC 20005

Brian L. Ferrall
BFerrall@kvn.com
Michael S. Kwun
mkwun@kvn.com
David J. Silbert
dsilbert@kvn.com
Robert Van Nest
rvannest@kvn.com
Arista-KVN@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

I declare under penalty of perjury that the foregoing is true and correct.    Executed on August 7, 2015, at Berkeley, California.

*/s/ Matthew D. Cannon*
Matthew D. Cannon

CISCO'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S FIRST SET OF INTERROGATORIES

# INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT B

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears |
|---|---|---|---|
| aaa accounting | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | aaa accounting | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| aaa accounting dot1x | IOS XE 3.5; NX-OS 4.0 through 6.2 | aaa accounting dot1x | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| aaa authentication login | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | aaa authentication login | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| aaa authorization config-commands | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | aaa authorization config-commands | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| aaa authorization console | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | aaa authorization console | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |

# INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT B

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears |
|---|---|---|---|
| aaa group server radius | Cisco IOS 12.0 through 15.4; IOS XR 3.2 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | aaa group server radius | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| aaa group server tacacs+ | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | aaa group server tacacs+ | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| address-family | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | address-family | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| aggregate-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | aggregate-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| area default-cost | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | area default-cost (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |

## INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT B

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears |
|---|---|---|---|
| vrrp ip secondary | IOS 12.0 through 15.4; IOS XE 3.5 | vrrp ip secondary | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| vrrp preempt | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | vrrp preempt | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| vrrp priority | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | vrrp priority | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| vrrp shutdown | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | vrrp shutdown | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |

# INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT B

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears |
|---|---|---|---|
| vrrp timers advertise | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | vrrp timers advertise | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |

# INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT C

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Substantially Similar Arista Command Mode | Substantially Similar Arista Prompt | Infringing Work(s) in Which Command Mode and Prompt Appears |
|---|---|---|---|---|---|
| User EXEC | router> | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EXEC | switch> | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| Privileged EXEC | router# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| Global Configuration | router(config)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Global Configuration | switch(config)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |

# INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT C

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Substantially Similar Arista Command Mode | Substantially Similar Arista Prompt | Infringing Work(s) in Which Command Mode and Prompt Appears |
|---|---|---|---|---|---|
| Interface Configuration | router(config-if)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Interface Configuration | switch(config-if)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| User EXEC | switch> | NX-OS 4.0 | EXEC | switch> | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| Privileged EXEC | switch# | NX-OS 4.0 through NX-OS 5.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |

# INTERROGATORY NO. 2 FIRST SUPPLEMENTAL RESPONSE – EXHIBIT C

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Substantially Similar Arista Command Mode | Substantially Similar Arista Prompt | Infringing Work(s) in Which Command Mode and Prompt Appears |
|---|---|---|---|---|---|
| EXEC | switch# | NX-OS 5.0 through NX-OS 6.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| Global Configuration | switch(config)# | NX-OS 4.0 through NX-OS 6.2 | Global Configuration | switch(config)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |
| Interface Configuration | switch(config-if)# | NX-OS 4.0 through NX-OS 6.2 | Interface Configuration | switch(config-if)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |