# Ex. 4

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California   94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | CASE NO.   5:14-cv-05344-BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT ARISTA NETWORKS, INC.'S FIRST SET OF INTERROGATORIES** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Cisco Systems, Inc. ("Cisco"), by counsel, hereby provides its second supplemental objections and responses to Defendant Arista Networks, Inc.'s ("Arista's") First Set of Interrogatories, which were served on Cisco on April 10, 2015 (the "Interrogatories").

## GENERAL OBJECTIONS

Cisco makes the following general objections to Arista's Interrogatories, which apply to each interrogatory regardless of whether the general objections are specifically incorporated into the specific objections and responses below.

1. Cisco is responding to each interrogatory as it interprets and understands each interrogatory with respect to the issues in this Litigation. If Arista asserts a different interpretation of any interrogatory, Cisco reserves the right to supplement or amend its responses or objections.

2. Cisco objects to each interrogatory to the extent it is inconsistent with or seeks to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Civil and Patent Local Rules of the Northern District of California, and any orders governing this Litigation.

3. Cisco objects to the definitions of "Cisco," "You," and "Your," to the extent that the definitions are overly broad and purport to require Cisco to provide information that is not within the possession, custody, or control of Cisco.

4. Cisco objects to Arista's definition of "Asserted Patents" and "Asserted Claim" to the extent that Arista's use of those terms in its interrogatories to Cisco renders certain of Arista's Interrogatories as constituting multiple discrete subparts that are in fact multiple, separate interrogatories.

5. Cisco objects to the definitions of "CLI Command" and "Network Management Product" to the extent that these terms are vague and ambiguous with respect to their scope and application as used by Arista, rendering these terms at least potentially unclear with respect to what particular devices are intended to be incorporated thereby, and further on the grounds that use of the terms in Arista's Interrogatories renders those interrogatories overbroad and unduly burdensome to the extent that the discovery sought by such interrogatories is not reasonably tied to

1  necessary to understand the relevant structure, function, and operation of Cisco's products relevant
2  to this Litigation.

3      23.    Cisco objects to each interrogatory as premature to the extent it calls for documents
4  or information that is the subject of later disclosure deadlines in this Litigation and/or expert
5  reports and testimony, including as set forth in Rule 26(a)(2) of the Federal Rules of Civil
6  Procedure, the Patent Local Rules of the Northern District of California, and the Case
7  Management Order to be entered in this Litigation.

8      24.    Any Cisco response that it will provide information or produce documents should
9  not be construed to mean that responsive information or documents in fact exist; only that, if such
10 relevant, non-privileged, non-objectionable information or documents exist, are in Cisco's
11 possession, custody, or control, and are located after a reasonable search of the location or
12 locations where responsive information or documents are likely to be located, such information or
13 documents will be produced in a timely manner.

14     25.    Cisco further reserves all rights to supplement its responses to Arista's
15 Interrogatories in compliance with the Federal Rules of Civil Procedure, including under Rule
16 26(e), as well as the Civil and Patent Local Rules of the Northern District of California and any
17 orders governing this Litigation, and as Cisco's investigation and discovery proceeds in this
18 Litigation.

19 **RESPONSES TO INTERROGATORIES**

20

21 **INTERROGATORY NO. 2:**

22 Identify with specificity every similarity that Cisco contends is a basis for its claim of
23 copyright infringement, including the source material in Cisco's copyrighted work(s) that Cisco
24 contends is the source of the similarity; the material in the allegedly infringing work(s) that Cisco
25 contends reflects the similarity, and why Cisco contends that the source material is protected by
26 copyright.

27

28

**RESPONSE TO INTERROGATORY NO. 2:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it calls for evidence pertaining to specific similarities between Cisco's copyrighted works and Arista's accused products. Cisco further objects to this interrogatory to the extent that it calls for information that is publicly available, equally available to Arista, and/or in Arista's control, and therefore is of no greater burden for Arista to obtain than for Cisco to obtain. Cisco further objects to this interrogatory as compound. Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the terms "with specificity," "every similarity," "why Cisco contends that the source material is protected by copyright." Cisco further objects to this interrogatory as premature contention discovery, especially in light of Arista's failure to produce information regarding its accused products, including source code. Cisco further objects to this interrogatory on the grounds that it prematurely seeks expert testimony. Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work-product, or that is protected by any other applicable privilege, protection, or immunity, including without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, Cisco incorporates by reference, as if fully set forth herein, its operative complaint and all documents cited therein, including Cisco's copyright registrations as well as any subsequent amendments thereto. Cisco further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing information responsive to this interrogatory, which information may be obtained from the documents by Arista as easily as by Cisco.

In addition to the examples set forth in Exhibits 1 and 2 to Cisco's operative complaint, Cisco identifies in Exhibit A similarities between Cisco's copyrighted works and Arista products. Each of the Cisco works cited in Exhibit A is protected by copyright because each of these works constitutes an original work of authorship fixed in a tangible medium of expression. Each Cisco work in Exhibit A contains expressive content, which is the subject of copyright protection.

Further, each Cisco document cited in Exhibit A was first published in the United States and was authored by at least one author who is a national or domiciliary of the United States. *See, e.g.,* Cisco copyright registrations attached to Cisco's operative complaint. Cisco has complied with all applicable statutory formalities related to these copyrighted works. Additionally, because many of the Cisco works cited in Exhibit A were deposited with copyright registrations within five years of publication, the certificate of registration for these documents constitutes prima facie evidence of the validity of the underlying copyrights. *See, e.g.,* Cisco copyright registrations attached to Cisco's operative complaint. For the remainder of the Cisco works cited in Exhibit A, the copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products and expert discovery.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The similarity between Cisco's copyrighted works and Arista's accused products is also evidenced by Arista's copying of numerous multi-word command expressions from Cisco's copyrighted works. Each of those command expressions identified by Cisco in its copyrighted works represents an original, creative expression. Attached as Exhibit B is a more comprehensive listing of the multiword command expressions from Cisco's copyrighted works that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these protected elements.

Arista also has copied Cisco's copyrighted command hierarchies. The organization of Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted works. Because Cisco's command expressions are organized hierarchically, the copying of Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's command hierarchies.

1    Arista has also copied Cisco's command modes and prompts, which also represent original
2 and creative contributions to Cisco's copyrighted works.  For example, Cisco's copyrighted
3 works include "EXEC," "Privileged EXEC," "Global configuration," and "Interface
4 configuration" modes, the names of which are duplicated in Arista's infringing products, using
5 substantially similar prompts.  Attached as Exhibit C is a more comprehensive listing of the
6 command modes and prompts from Cisco's copyrighted works that were copied by Arista, as well
7 as the version(s) of Arista's infringing works that contain these protected elements.

8    Because the burden of finding each of these command expressions, command hierarchies,
9 and command modes and prompts in the copyrighted works and the infringing works is the same
10 for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following
11 documents as containing responsive information:

12    IOS v. 11.0: Source Code, CSI-CLI-00403865.
13    IOS v. 11.1: Source Code, CSI-CLI-00403866.
14    IOS v. 11.2: Source Code, CSI-CLI-00403867.
15    IOS v. 11.3: Source Code, CSI-CLI-00403868.
16    IOS v. 12.0: Source Code, CSI-CLI-00403869.
17    IOS v. 12.1: Source Code, CSI-CLI-00403870.
18    IOS v. 12.2: Source Code, CSI-CLI-00403871.
19    IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.
20    IOS v. 12.4: Source Code, CSI-CLI-00403873.
21    IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 –
22 CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-
23 00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914,
24 CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-
25 00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 –
26 CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-
27 00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,
28

CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-00350066 – CSI-CLI-00351948.

IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731, CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 – CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696, CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.

IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 – CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428, CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 – CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361, CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 – CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575, CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 – CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137, CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-00292982 – CSI-CLI-00294561.

1    IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 –
2  CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,   CSI-CLI-
3  00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 –
4  CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.

5    IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

6    IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474.

7    IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671.

8    IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727.

9    IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864.

10   IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-
11 00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 –
12 CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-
13 00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120,
14 CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-
15 00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891,
16 CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-
17 00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 –
18 CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-
19 00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763,
20 CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-
21 00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 –
22 CSI-CLI-00173412.

23   IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-
24 00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 –
25 CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-
26 00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

27   IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-
28 00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 –

1  CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-
2  00325496.
3      IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-
4  00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 –
5  CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-
6  00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,
7  CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-
8  00310346 – CSI-CLI-00313894.
9      NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-
10 00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.
11     NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-
12 00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –
13 CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-
14 00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.
15     NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-
16 00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –
17 CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-
18 00201822, CSI-CLI-00201849 – CSI-CLI-00202928.
19     NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-
20 00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.
21     EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.
22     EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.
23     EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.
24     EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.
25     EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.
26     EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.
27     EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.
28     EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

1     EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

2     EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

3     EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

4     Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products (including source code and other non-public materials) and expert discovery.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Arista has copied Cisco's copyrighted command hierarchy and the structure, sequence and organization of Cisco's command expressions. Cisco's command expressions are organized hierarchically such that certain groups and sub-groups of command expressions can be identified. For example, paragraph 52 of Cisco's Second Amended Complaint for Copyright and Patent Infringement (Dkt. 64) identify various command hierarchies (e.g., "aaa" command hierarchy, "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip" command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show" command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy, "vrrp" command hierarchy, and other command expressions and hierarchies). Within a given command hierarchy, all of the commands start with the same word; for example, all of the commands within the "aaa" command hierarchy start with "aaa." The Second Amended Complaint further identifies sub-hierarchies within a command hierarchy (e.g., "ip dhcp" sub-hierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip ospf" sub-hierarchy, "ip pim" sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" sub-hierarchy, "show ipv6" sub-hierarchy). Within a given command sub-hierarchy, all of the commands start with the same two words; for example, all of the commands within the "ip dhcp"

1  sub-hierarchy start with "ip dhcp."   There can be further sub-hierarchies within a given sub-
2  hierarchy.   One way to demonstrate the hierarchy and organization of Cisco's command
3  expressions visually is through the use of a tree structure.   An example tree structure of a portion
4  of the "ip" command hierarchy is provided in Exhibit D.   Arista's copied commands are
5  organized into the same hierarchies and sub-hierarchies and have the same tree structure.
6       Arista also has copied Cisco's command responses and their organization.   Cisco's
7  command responses constitute original, creative contributions to Cisco's copyrighted works.
8  Attached as Exhibit E is a listing of some command responses from Cisco's copyrighted works
9  that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these
10  protected elements.   In addition, Arista has copied the non-literal elements of Cisco's command
11  responses, including their structure, sequence and organization as also shown in Exhibit E.   The
12  command responses identified in Exhibit E are exemplary only, as Cisco's investigation is
13  ongoing.
14       Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further
15  supplement this response in light of facts learned during discovery, including information
16  regarding Arista's accused products (including screenshots, source code and other non-public
17  materials) and expert discovery.
18
19
20  **INTERROGATORY NO. 5:**
21       State in detail the derivation of each CLI Command used by Cisco, including without
22  limitation all CLI Commands that You contend Arista has unlawfully copied.
23
24  **RESPONSE TO INTERROGATORY NO. 5:**
25       Cisco incorporates by reference its General Objections as though fully set forth herein.
26  Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery
27  of admissible evidence to the extent it (1) calls for evidence pertaining to specific similarities
28  between Cisco's copyrighted works and individual CLI commands copied by Arista, (2) seeks

| | | |
|---|---|---|
| 1 | DATED:   September 1, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Sean S. Pak |
| 4 | | Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com |
| 5 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 6 | | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 7 | | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California   94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071

Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

## PROOF OF SERVICE

I hereby certify that, at the date entered below and per the agreement of the parties, I caused a true and correct copy of the foregoing to be served by transmission via the email addresses below:

| | |
|---|---|
| Juanita R. Brooks | Brian L. Ferrall |
| brooks@fr.com | BFerrall@kvn.com |
| Fish & Richardson P.C. | Michael S. Kwun |
| 12390 El Camino Real | mkwun@kvn.com |
| San Diego, CA 92130-2081 | David J. Silbert |
| | dsilbert@kvn.com |
| Kelly C. Hunsaker | Robert Van Nest |
| hunsaker@fr.com | rvannest@kvn.com |
| Fish & Richardson PC | Arista-KVN@kvn.com |
| 500 Arguello Street, Suite 500 | Keker & Van Nest LLP |
| Redwood City, CA 94063 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| Ruffin B. Cordell | |
| cordell@fr.com | |
| Lauren A. Degnan | |
| degnan@fr.com | |
| Michael J. McKeon | |
| mckeon@fr.com | |
| Fish & Richardson PC | |
| 1425 K Street NW | |
| 11th Floor | |
| Washington, DC 20005 | |

I declare under penalty of perjury that the foregoing is true and correct.   Executed on September 1, 2015, at Berkeley, California.

                                                   */s/ Matthew D. Cannon*
                                                   Matthew D. Cannon

**Exhibit D to Cisco's Second Supplemental Objections and Responses to Arista's First Set of Interrogatories**

(Exemplary portion of "ip" command hierarchy)



**Exhibit E: Exemplary Copying of Command Responses**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | ```
Router# show interfaces atm 0/0/0
ATM0/0/0 is up, line protocol is up
  Hardware is cyBus ATM
  Internet address is 10.1.1.1/24
  MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255
  Encapsulation ATM, loopback not set, keepalive set (10 sec)
  Encapsulation(s): AAL5, PVC mode
  256 TX buffers, 256 RX buffers,
  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs
  VC idle disconnect time: 300 seconds
  Last input never, output 00:00:05, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/40, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 0 bits/sec, 1 packets/sec
  5 minute output rate 0 bits/sec, 1 packets/sec
     5 packets input, 560 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
     5 packets output, 560 bytes, 0 underruns
     0 output errors, 0 collisions, 0 interface resets
     0 output buffer failures, 0 output buffers swapped out
```<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at 476 | ```
Examples
• These commands display interface counters, clear the counters, then display the counters again.
  switch#show interfaces ethernet 1
  Ethernet1 is up, line protocol is up (connected)
    Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
    MTU 9212 bytes, BW 10000000 Kbit
    Full-duplex, 10Gb/s, auto negotiation: off
    Last clearing of "show interface" counters never
    5 minutes input rate 001 bps (0.0% with framing), 0 packets/sec
    5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
       228537085400S packets input, 225028582832583 bytes
       Received 29769609741 broadcasts, 3073437605 multicast
       113 runts, 1 giants
       118 input errors, 117 CRC, 0 alignment, 18 symbol
       27511409 PAUSE input
       335031607678 packets output, 27845413138330 bytes
       Sent 14282316688 broadcasts, 54045824072 multicast
       108 output errors, 0 collisions
       0 late collision, 0 deferred
       0 PAUSE output
```<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 637 |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | ```
Router# show ip route
Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP
       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
       E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP
       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
       ia - IS-IS inter area, * - candidate default, U - per-user static route
       o - ODR, P - periodic downloaded static route

Gateway of last resort is not set
```<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553 | ```
IPv4 Routing                                       Chapter 23  IPv4

Examples
• This command displays IP routes learned through BGP.
  switch>show ip route bgp
  Codes: C - connected, S - static, K - kernel,
         O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,
         E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,
         N2 - OSPF NSSA external type2, B I - iBGP, B E - eBGP,
         R - RIP, A - Aggregate

  B E   170.44.48.0/23 [20/0] via 170.44.254.78
  B E   170.44.50.0/23 [20/0] via 170.44.254.78
  B E   170.44.52.0/23 [20/0] via 170.44.254.78
  B E   170.44.54.0/23 [20/0] via 170.44.254.78
  B E   170.44.254.112/30 [20/0] via 170.44.254.78
  B E   170.53.0.34/32 [1/0] via 170.44.254.78
  B I   170.53.0.35/32 [1/0] via 170.44.254.2
                               via 170.44.254.13
                               via 170.44.254.20
                               via 170.44.254.67
                               via 170.44.254.35
                               via 170.44.254.98
  switch>
```<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1188 |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Usage Guidelines** This command provides counter information for SNMP operations. It also displays the chassis ID string defined with the **snmp-server chassis-id** global configuration command.<br><br>**Command Examples** The following is sample output from the **show snmp** command:<br><br>```
Router# show snmp
Chassis: 12161083
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output


    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
```<br><br>Cisco IOS SNMP Support Command Reference (2011), at 95-96 | **Configuring SNMP**                                                         Chapter 37  SNMP<br><br>```
8 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    8 Number of requested variables
    0 Number of altered variables
    4 Get-request PDUs
    4 Get-next PDUs
    0 Set-request PDUs
21 SNMP packets output
    0 Too big errors
    0 No such name errors
    0 Bad value errors
    0 General errors
    8 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
    Logging to taccon.162
SNMP agent enabled
switch(config)#
```<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1896 |
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Command Examples** This example shows the output from the **show port-security** command when you do not enter any options:<br><br>```
Router# show port-security
Secure Port    MaxSecureAddr   CurrentAddr   SecurityViolation   Security
Action
               (Count)         (Count)       (Count)
---------------------------------------------------------------------------
Fa5/1          11              11            0                   Shutdown
Fa5/5          15              5             0                   Restrict
Fa5/11         5               4             0                   Protect

Total Addresses in System: 21
Max Addresses limit in System: 128
Router#
```<br><br>Cisco IOS Security Command Reference Commands S to Z (July 2011), at 692 | **Example**<br>• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.<br><br>```
switch(config)#interface ethernet 7
switch(config-if-Et7)#switchport port-security
switch(config-if-Et7)#switchport port-security maximum 2
switch(config-if-Et7)#exit
switch(config)#mac address-table static 0034.24c2.8f11 vlan 10 interface ethernet 7
switch(config)#mac address-table static 4464.842d.17ce vlan 10 interface ethernet 7
switch(config)#clear mac address-table dynamic interface ethernet 7
switch(config)#show port-security
Secure Port    MaxSecureAddr   CurrentAddr   SecurityViolation   Security Action
               (Count)         (Count)       (Count)
---------------------------------------------------------------------------
Et7            2               2             0                   Shutdown
```<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 624 |

-2-                                                                                 CASE NO. 5:14-cv-05344-BLF
EXHIBIT D TO CISCO'S OBJECTIONS AND RESPONSES TO ARISTA'S FIRST SET OF INTERROGATORIES
02099-00004/7151381.1

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **Examples** This example shows how to display the SNMP information:<br><br>```
switch(config)# show snmp
sys contact:
sys location: anyplace, Anywhere

0 SNMP packets input
        0 Bad SNMP versions
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        0 Number of requested variables
        0 Number of altered variables
        0 Get-request PDUs
        0 Get-next PDUs
        0 Set-request PDUs
0 SNMP packets output
        0 Too big errors
        0 No such name errors
        0 Bad values errors
        0 General errors
```<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 634. | **Example**<br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>```
switch(config)#snmp-server chassis-id xyz-1234
switch(config)#show snmp
        Chassis: xyz-1234                    <---chassis ID

8 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    8 Number of requested variables
    0 Number of altered variables
    4 Get-request PDUs
    4 Get-next PDUs
    0 Set-request PDUs
21 SNMP packets output
    0 Too big errors
    0 No such name errors
    0 Bad value errors
    0 General errors
    8 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
    Logging to taccon.162
SNMP agent enabled
switch(config)#
```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 354. |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show snmp engineID**<br><br>To display the Simple Network Management Protocol (SNMP) engine ID, use the show snmp engineID command.<br><br>`show snmp engineID`<br><br>**Syntax Description** This command has no arguments or keywords.<br><br>**Defaults** None<br><br>**Command Modes** Any command mode<br><br>**SupportedUserRoles** network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>Release | Modification<br>4.0(1) | This command was introduced.<br><br>**Usage Guidelines** This command does not require a license.<br><br>**Examples** This example shows how to display the SNMP engine ID:<br>`switch(config)# show snmp engineID`<br>`Local SNMP engineID: [Hex] 80000009030005300A0B0C`<br>`                     [Dec] 128:000:000:009:003:000:005:048:010:011:012`<br><br>**Related Commands**<br>Command | Description<br>snmp-server user | Configures SNMP target notification users.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 639. | **show snmp engineID**<br><br>The show snmp engineID command displays the identification of the local Simple Network Management Protocol (SNMP) engine and of all remote engines that are configured on the switch.<br><br>Platform     all<br>Command Mode    EXEC<br><br>**Command Syntax**<br>`show snmp engineID`<br><br>**Example**<br>- This command displays the ID of the local SNMP engine.<br><br>`switch>show snmp engineid`<br>`Local SNMP EngineID: f5717f001c730436d700`<br>`switch>`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1978. |