# Ex. 8

Document Sought to be Sealed