# Ex. 9

Document Sought to be Sealed