# Ex. 10

Document Sought to be Sealed