# Ex. 11

Document Sought to be Sealed