# Ex. 17

Document Sought to be Sealed