# Ex. 18

Document Sought to be Sealed