# Ex. 20

Document Sought to be Sealed