KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF ANDRE PECH IN SUPPORT OF ARISTA NETWORKS, INC.'S MOTION TO STRIKE LATE CONTENTIONS OR, ALTERNATIVELY TO CONTINUE CASE SCHEDULE**<br><br>Date:         October 27, 2016<br>Time:        9:00 a.m.<br>Judge:       Hon. Beth Labson Freeman<br>Dept:        Courtroom 3, 5th Floor<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF ANDRE PECH IN SUPPORT OF ARISTA NETWORKS, INC.'S MOTION TO
STRIKE LATE CONTENTIONS OR, ALTERNATIVELY TO CONTINUE CASE SCHEDULE
Case No. 5:14-cv-05344-BLF (NC)

1067020

I, ANDRE PECH, declare and state as follows:

1. I am the Director of Software Engineering at Arista Networks, Inc. I have personal knowledge of the matters set forth herein, and, if called upon as a witness, could and would competently testify thereto.

2. Command-line interface (CLI) command descriptions known as "helpdesc" are generated as output by Arista's Extensible Operating System (EOS) when a user enters a "?" Helpdesc command descriptions are typically short phrases describing the function of particular CLI commands.

3. A user can see EOS helpdesc command descriptions in at least three ways:

   i) First, a user of an Arista switch can generate Helpdesc command descriptions as described above, by entering the "?" command. All Arista switches contain helpdesc command descriptions for the CLI commands supported by those switches.

   ii) Second, Arista's vEOS, or virtual EOS, is publicly available on Arista.com. Any member of the public can download and install vEOS, which can run on almost any computer. Once vEOS is installed, the user can use vEOS as they would EOS on a physical Arista switch without needing a physical Arista switch. That includes entering CLI commands such as the "?" command into the vEOS CLI.

   iii) Third, vEOS, which is publicly available, and EOS both contain source code files that are easily read by anyone in possession of either vEOS or an Arista switch. Those ".py," or python language source code files contain helpdesc command descriptions as text strings. I understand from Arista's counsel that Cisco alleges that several such python files contain helpdesc command descriptions that Cisco claims were unlawfully copied by Arista.

4. I understand from Arista's counsel that certain exhibits to one of Cisco's December 2014 complaints against Arista in the International Trade Commission contain screenshots of "output" from certain versions of Arista EOS CLI. The only way to produce those screenshots is to generate them by using either an Arista switch or Arista's publicly available vEOS. Further, I understand that the same exhibits contain screenshots of Arista EOS source code files, with citations to the source code file names. Those screenshots, too, could only be

1

DECLARATION OF ANDRE PECH IN SUPPORT OF ARISTA NETWORKS, INC.'S MOTION TO STRIKE LATE CONTENTIONS OR, ALTERNATIVELY TO CONTINUE CASE SCHEDULE
Case No. 5:14-cv-05344-BLF (NC)

1067020

1  obtained by using an Arista switch, vEOS, or by someone with access to an EOS image file or
2  source code repository.
3       I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct and that this Declaration was executed on the __11__ day of June 2016
5  in _____San Francisco_____, California.

By: _____/s/ Andre Pech_____
ANDRE PECH

---

2
DECLARATION OF ANDRE PECH IN SUPPORT OF ARISTA NETWORKS, INC.'S MOTION TO
STRIKE LATE CONTENTIONS OR, ALTERNATIVELY TO CONTINUE CASE SCHEDULE
Case No. 5:14-cv-05344-BLF (NC)

1067020