KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **PROOF OF SERVICE** <br><br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On June 13, 2016, I served the following document(s):

**ARISTA'S MOTION TO STRIKE LATE CONTENTIONS OR ALTERNATIVELY TO CONTINUE CASE SCHEDULE (REDACTED VERSION)**

**UNREDACTED VERSIONS OF EXHIBITS 7, 12, 16, 19 TO DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO STRIKE LATE CONTENTIONS, OR, ALTERNATIVELY, TO CONTINUE CASE SCHEDULE**

**UNDER SEAL EXHIBITS 8, 9, 10, 11, 17, 18, 20 TO DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO STRIKE LATE CONTENTIONS, OR, ALTERNATIVELY, TO CONTINUE CASE SCHEDULE**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10022<br>Tel:    (212) 849-7000<br>Fax:   (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Tel:    (650) 801-5000<br>Fax:   (650) 801-5100<br>marktung@quinnemanuel.com |
| Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA  94104<br>Tel:    (415) 439-1476<br>Fax:   (415) 439-1500<br>aalper@kirkland.com | Steven C. Cherny<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:    (212) 446-4800<br>Fax:   (212) 446-6460<br>Steven.cherny@kirkland.com |

1066350

| | |
|---|---|
| Michael W. De Vries | Sean Sang-Chul Pak |
| Kirkland & Ellis LLP | John M. Neukom |
| 333 South Hope Street, 29th Floor | Quinn Emanuel Urquhart & Sullivan LLP |
| Los Angeles, CA  90071 | 50 California Street, 22nd Floor |
| Tel:    (213) 680-8590 | San Francisco, CA  94111 |
| Fax:   (213) 680-8500 | Tel:    (415) 875-6320 |
| michael.devries@kirkland.com | Fax:   (415) 875-6700 |
| Cisco-AristaCopyrightTeam@kirkland.com | seanpak@quinnemanuel.com |
| | johnneukom@quinnemanuel.com |
| | Cisco-Arista@quinnemanuel.com |

Executed on June 13, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ALISA THOMPSON