UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (NC) <br><br> [~~PROPOSED~~] ORDER DISMISSING CLAIMS OF INFRINGEMENT UNDER U.S. PATENT NO. 7,953,886 |

[PROPOSED] ORDER DISMISSING CLAIMS OF INFRINGEMENT UNDER U.S. PATENT NO. 7,953,886
CASE NO. 5:14-cv-5344-BLF (NC)

1  In view of this Court's Order Denying Arista's Partially Unopposed Motion To Stay Patent
2  Claims Pending *Inter Partes* Review (Dkt. No. 292) and pursuant to Federal Rule of Civil
3  Procedure 41(a)(2), the Court hereby dismisses all claims under U.S. Patent No. 7,953,886, with
4  prejudice.  (*See* Second Amended Complaint for Copyright and Patent Infringement, Dkt. 64, ¶¶
5  36 – 39, 81 – 87.)

6  **IT IS SO ORDERED.**

8  Dated:  June 15, 2016             By:  _____
                                          HON. BETH LABSON FREEMAN
9                                          UNITED STATES DISTRICT COURT JUDGE