Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG) <br><br> **ALMEROTH DECLARATION IN SUPPORT OF CISCO SYSTEMS, INC.'S OPPOSITION TO MOTION TO COMPEL** <br><br> Date: July 13, 2016 <br> Time: 1:00 p.m. <br> Dept.: Courtroom 7, 4th Floor <br> Judge: Hon. Nathanael Cousins |

02099-00004/8062252.4

1. I have been retained by counsel for Cisco Systems, Inc. ("Cisco") as an expert in this litigation to provide opinions regarding Cisco's copyrighted works and the infringement of certain Cisco copyrights by Arista Networks, Inc. ("Arista").

2. I am currently a Professor in the Department of Computer Science at the University of California in Santa Barbara where my main research interests include computer networks and protocols, wireless networking, multicast communication, large-scale multimedia systems, and mobile applications.

3. I am paid my customary rate of $600 an hour for time spent on this matter. I am reimbursed for incurred expenses. I have not received, and do not expect to receive, any additional compensation for my work on this action, and payment of my fees is in no way contingent upon the outcome of this case, the outcome of my investigation, or the opinions that I provide.

4. I have analyzed Arista's user manuals for all versions of EOS at issue in this case. What my analysis shows is that up to 67% of early versions of Arista EOS (as reflected in Arista's user manuals) were comprised of commands copied from Cisco and that, as Arista added more commands overtime, that percentage gradually decreases to 37.6% in the most recent version analyzed:

| EOS Version | Number of Copied Commands In Arista's User Manuals[1] | Total Commands in Arista Manual | Total Command % Between Second and Third Column |
|---|---|---|---|
| 4.0.1 | 101 | 189 | 53.4% |
| 4.4.0 | 167 | 308 | 54.2% |
| 4.6.2 | 126 | 188 | 67.0% |
| 4.10.0 | 353 | 674 | 52.4% |
| 4.11.1.2 | 431 | 853 | 50.5% |
| 4.11.2.1 | 445 | 890 | 50.0% |
| 4.12.4 | 472 | 1084 | 43.5% |
| 4.13.6F | 508 | 1263 | 40.2% |
| 4.13.7M | 508 | 1281 | 39.7% |
| 4.14.3F | 508 | 1327 | 38.3% |
| 4.14.5F | 507 | 1341 | 37.8% |
| 4.14.6M | 507 | 1339 | 37.9% |
| 4.15.0F | 456 | 1368 | 33.3% |
| 4.15.3F | 508 | 1352 | 37.6% |

5.  This analysis is based on analyzing the manuals that Arista provides to its customers in order to teach them how use Arista's EOS CLI.  And, as a result, it is reasonable to assume that Arista has included the most relevant command expressions in the user manuals so that its customers can utilize its products in a manner that Arista intended.  Accordingly, in my opinion, analyzing the command expressions copied into Arista's manuals captures a good snapshot of just how substantial Arista's copying of Cisco's command expressions has been over time.

---

[1]  To the extent this may not reflect 100% of the commands that Arista copied, but in some cases the copying shown is close to 100% (508/509), that is only because either Arista did not list the command is its manual for a particular version or because for certain commands Arista copied the same command for two different protocols but listed it once (*e.g.*, OSPFv2 and OSPFv3).

I certify under penalty of perjury that the foregoing is true and correct.

By: _/s/ Kevin C. Almeroth_
Dr. Kevin C. Almeroth
June 16, 2016