Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CISCO SYSTEMS, INC.,

Plaintiff,

vs.

ARISTA NETWORKS, INC.,

Defendant.

CASE NO. 5:14-cv-5344-BLF (PSG)

**NEUKOM DECLARATION IN SUPPORT OF CISCO SYSTEMS, INC.'S OPPOSITION TO MOTION TO COMPEL**

Date: July 13, 2016
Time: 1:00 p.m.
Dept.: Courtroom 7, 4th Floor
Judge: Hon. Nathanael Cousins

I, John M. Neukom, hereby declare:

1. I am an attorney licensed to practice in the State of California. I am a partner with Quinn Emanuel Urquhart & Sullivan LLP. I am counsel of record for Cisco in this case. I am over the age of 18. I make this declaration based on my personal knowledge.

2. Arista has already served opening expert reports on liability issues in this case. One of those reports is from Cate Elsten. That report is marked "Confidential" and "Attorney's Eyes Only" under the Protective Order from this case. In that report, however, Ms. Elsten presents calculations or estimates of the size of Cisco's copyrighted materials relative to the amount of material that Cisco alleges Arista copied. By relying on Cisco documentation, Ms. Elsten presents numerical figures for the amount of "commands" present in Cisco's IOS, compares that to the amount of commands that Arista is accused of infringing, and presents a percentage value—to represent her opinion of what portion or percentage of Cisco's IOS is present in Arista's EOS.

3. Attached as **Exhibits 1, 2 and 3** are exhibits to Cisco's supplemented answers to Arista's interrogatory No. 2—showing (*inter alia*) the overlap between Cisco's registered and copyrighted materials and Arista's products and product documentation.

Executed June 16, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ John M. Neukom*

John M. Neukom