KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL** <br><br> Judge:      Hon. Nathanael Cousins <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

1  Pursuant to the Court's Order Advancing Briefing on Arista's Motion to Compel
2  Discovery, ECF No. 300, Arista moves for leave to file a one-page reply in support of its Motion
3  to Compel, ECF No. 278.  Arista's request for leave is supported by good cause.  Cisco's
4  opposition brief raised arguments never before raised by Cisco during the meet and confer
5  process related to Cisco's responses to Interrogatory 24.  Arista seeks leave to address those
6  discrete, new arguments in a one-page brief.  Arista has attached the brief it seeks leave to file as
7  Exhibit A to this motion.

                                                  Respectfully submitted,

Dated:  June 16, 2016                    KEKER & VAN NEST LLP

                                  By:   */s/ Brian L. Ferrall*
                                           BRIAN L. FERRALL

                                           Attorney for Defendant
                                           ARISTA NETWORKS, INC.