UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 14-cv-05344 BLF   (NC)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 305 |

The Court sets the motion to strike late contentions, dkt. no. 305, for hearing on July 27, 2016, at 2:00 p.m. in Courtroom 7.  There is no change in the briefing schedule (opposition due June 27; reply on July 5) and page limits (10 and 5 respectively) previously set.

Discovery in this case is nearing a close.  The deadline for fact discovery has already passed, and the last day to hear dispositive motions is August 4.  Thus, the Court expects all remaining discovery disputes to be heard on or before July 27.  The Court reminds the parties of the undersigned's standing order and the meet and confer requirement for discovery disputes.  Future discovery disputes should be submitted as a joint letter brief to the Court after the parties meet and confer.

**IT IS SO ORDERED.**

Dated: June 20, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-05344 BLF   (NC)