# TRANSCRIPT ORDER

**Please use one form per court reporter.**
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Jessica Singh
**2a. CONTACT PHONE NUMBER:** (415) 875-6445
**3. CONTACT EMAIL ADDRESS:** jessicasingh@quinnemanuel.com

**1b. ATTORNEY NAME (if different):** Amy Candido
**2b. ATTORNEY PHONE NUMBER:** (415) 875-6600
**3. ATTORNEY EMAIL ADDRESS:** amycandido@quinnemanuel.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
50 California St, 22nd Fl
San Francisco, Ca. 94111

**5. CASE NAME:** Cisco Systems Inc. v. Arista Networks
**6. CASE NUMBER:** 5:14-05344-BLF

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR**

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL
☐ NON-APPEAL  ☑ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: *Do not use this form; use Form CJA24.*

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 06/16/2016 | BLF | CMC | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b. SELECT FORMAT(S)** *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| | ● | ● | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |

**c. DELIVERY TYPE** (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
For all communications please copy Jessica Singh (jessicasingh@quinnemanuel.com)

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Amy H. Candido
**12. DATE:** 06/22/2016

**DISTRIBUTION:** ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY

Clear Form