| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>       Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO SYSTEMS, INC.'S OPPOSITION TO MOTION TO STRIKE**<br><br>**DEMAND FOR JURY TRIAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Cisco Systems, Inc. ("Cisco") hereby brings
2  this administrative motion for an order to seal certain information filed in connection with Cisco's
3  Opposition to Motion to Strike.

## REQUESTED RELIEF

Cisco requests an order granting its motion to seal the following documents:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Opposition to Motion to Strike ("Brief") | Highlighted portions |
| Exhibit K to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit K") | Entire |
| Exhibit L to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit L") | Entire |
| Exhibit M to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit M") | Entire |
| Exhibit N to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit N") | Entire |

02099-00004/8104817.1

2
CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL
INFORMATION IN CISCO'S OPPOSITION TO MOTION TO STRIKE
Case No.3:14-cv-05344-BLF (PSG)

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit O to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit O") | Entire |
| Exhibit P to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit P") | Entire |

Cisco has established good cause to permit filing these documents under seal through the Declaration of Sara E. Jenkins, filed contemporaneously herewith.

## I.  LEGAL STANDARD

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c).  *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)).  In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, that the document is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id*.

## II.  GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Cisco makes this request to seal the documents identified herein for the reasons explained in detail in the Declaration of Sara E. Jenkins in support of this Administrative Motion to File Under Seal ("Jenkins Declaration").  Cisco has narrowly tailored its request to seal only confidential information as detailed in the Jenkins Declaration.  Cisco also files this motion to seal

02099-00004/8104817.1

3
CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO MOTION TO STRIKE
Case No.3:14-cv-05344-BLF (PSG)

1  to provide Arista Networks, Inc. the opportunity to file a declaration pursuant to Civil Local Rule

2  79-5(e) regarding the confidentiality of Exhibit L and the Brief.

3  **III.    CONCLUSION**

4      Concurrently with this Motion, Cisco is filing redacted and highlighted versions of the

5  above-referenced documents indicating the specific portions Cisco requests to seal.

7  Dated:  June 27, 2016                                        Respectfully submitted,

                                                                */s/ Amy H. Candido*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue

```
                                    New York, New York 10022
                                    Telephone: (212) 446-4800
                                    Facsimile: (212) 446-4900

                                    Adam R. Alper (SBN 196834)
                                    adam.alper@kirkland.com
                                    KIRKLAND & ELLIS LLP
                                    555 California Street
                                    San Francisco, California  94104
                                    Telephone: (415) 439-1400
                                    Facsimile: (415) 439-1500

                                    Michael W. De Vries (SBN 211001)
                                    michael.devries@kirkland.com
                                    KIRKLAND & ELLIS LLP
                                    333 South Hope Street
                                    Los Angeles, California 90071
                                    Telephone: (213) 680-8400
                                    Facsimile: (213) 680-8500
```

*Attorneys for Plaintiff Cisco Systems, Inc.*

02099-00004/8104817.1

5
CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL
INFORMATION IN CISCO'S OPPOSITION TO MOTION TO STRIKE
Case No.3:14-cv-05344-BLF (PSG)