| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO SYSTEMS, INC.'S  OPPOSITION TO MOTION TO STRIKE**<br><br>**DEMAND FOR JURY TRIAL** |

02099-00004/8104830.1 DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S
　　　　　　　　　　　　　　　　　ADMINISTRATIVE MOTION TO FILE UNDER SEAL
　　　　　　　　　　　　　　　　　　　　　Case No. 5:14-cv-05344-BLF (PSG)

**DECLARATION OF SARA E. JENKINS**

I, Sara E. Jenkins, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Cisco's Administrative Motion to File Under Seal Confidential Information in connection with Cisco's Opposition to Arista's Motion to Strike ("Cisco's Opposition"). I make this declaration in accordance with Civil Local Rule 79-5(e) on behalf of Cisco to confirm that the information contained in the documents referenced in the Sealing Motion should be sealed.

3. Cisco's Opposition is non-dispositive. In this context, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, that the document is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

4. Pursuant to Civil L.R. 79-5(e), good cause exists to seal the documents identified in the Sealing Motion, also set forth below, because the information sought to be sealed reflects confidential information that "give[s] [Cisco] an opportunity to obtain an advantage over competitors who do not know or use it." *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (quoting *Restatement of Torts* § 757, cmt b).:

02099-00004/8104830.1

2
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Document | Portions to Be Filed Under Seal |
|---|---|
| Cisco's Opposition to Motion to Strike ("Brief") | Highlighted Portions |
| Exhibit K to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit K") | Entire |
| Exhibit L to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit L") | Entire |
| Exhibit M to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit M") | Entire |
| Exhibit N to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit N") | Entire |
| Exhibit O to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit O") | Entire |

02099-00004/8104830.1

3
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit P to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit P") | Entire |

5. Exhibit K is a copy of Exhibit A to Plaintiff Cisco's Second Supplemental Responses and Objections to Defendant Arista Networks, Inc.'s Interrogatory No. 15. This document is designated as "Highly Confidential – Attorneys' Eyes Only Information." This document comprises Cisco's confidential business information regarding sales, customers, and accounts. Specifically, Exhibit A identifies customers that are specific sales lost to Arista that would have been sales made by Cisco but for Arista's infringement. Maintaining this information as confidential provides Cisco with an "opportunity to obtain an advantage over competitors" who may compete with Cisco and engage in marketing and sales less optimally than Cisco. *Elec. Arts*, 298 F. App'x at 569. Moreover, disclosing this information to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn the identify of Cisco's customers and allowing competitors in turn to target Cisco's customers. This would "harm [Cisco's] competitive standing." *Nixon*, 435 U.S. at 598. Cisco also expects that Arista will file a supporting declaration for the sealing of this document.

6. Exhibit L is a copy of excerpts of Defendant Arista Networks, Inc.'s Further Supplemental Responses to Plaintiff Cisco System Inc.'s First, Third, and Fourth Set of Interrogatories (Nos. 10-12, 13, 15-18, and 21), that has been designated by Arista as "Contains Confidential Information Subject to Protective Order." Portions of Exhibit L also contain information that Cisco has designated as "Highly Confidential – Attorneys' Eyes Only Information." This document comprises Cisco's confidential business information regarding Cisco's source code, competitive strategies and accounts. Maintaining this information as confidential provides Cisco with an "opportunity to obtain an advantage over competitors" who

may compete with Cisco in the technical field and engage in marketing and sales less optimally than Cisco.  *Elec. Arts*, 298 F. App'x at 569.  Moreover, disclosing this information to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn confidential information about Cisco's technology as well as learn Cisco's competitive strategies. This would "harm [Cisco's] competitive standing."  *Nixon*, 435 U.S. at 598.  Cisco also expects that Arista will file a supporting declaration for the sealing of this document.

7. Exhibit M is a copy of excerpts of the deposition of Soni Jiandani.  This deposition transcript has been designated as "Highly Confidential – Outside Counsel Only."   This document comprises Cisco's confidential business information regarding Cisco's customers, competitive strategies and accounts.  Maintaining this information as confidential provides Cisco with an "opportunity to obtain an advantage over competitors" who may compete with Cisco in the technical field and engage in marketing and sales less optimally than Cisco.  *Elec. Arts*, 298 F. App'x at 569.  Moreover, disclosing this information to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn the identify of Cisco's customers and allowing competitors in turn to target Cisco's customers.  This would "harm [Cisco's] competitive standing."  *Nixon*, 435 U.S. at 598.

8. Exhibit N is a copy of excerpts from the deposition of John T. Chambers. This deposition transcript has been designated as "Highly Confidential Under Protective Order."   This document comprises Cisco's confidential business information regarding Cisco's customers, competitive strategies and accounts.  Maintaining this information as confidential provides Cisco with an "opportunity to obtain an advantage over competitors" who may compete with Cisco in the technical field and engage in marketing and sales less optimally than Cisco.  *Elec. Arts*, 298 F. App'x at 569.  Moreover, disclosing this information to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn the identify of Cisco's customers and allowing competitors in turn to target Cisco's customers.  This would "harm [Cisco's] competitive standing."  *Nixon*, 435 U.S. at 598.

02099-00004/8104830.1

5
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

9. Exhibit O is a copy of excerpts from the deposition of Jeffrey Birnbaum.  This document comprises Cisco's confidential business information regarding Cisco's customers, competitive strategies and accounts.  Maintaining this information as confidential provides Cisco with an "opportunity to obtain an advantage over competitors" who may compete with Cisco in the technical field and engage in marketing and sales less optimally than Cisco.  *Elec. Arts*, 298 F. App'x at 569.  Moreover, disclosing this information to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn the identify of Cisco's customers and allowing competitors in turn to target Cisco's customers.  This would "harm [Cisco's] competitive standing."  *Nixon*, 435 U.S. at 598.

10. Exhibit P is a copy of excerpts from the deposition of Deepak Malik.  This document comprises Cisco's confidential business information regarding Cisco's customers, competitive strategies and accounts.  Maintaining this information as confidential provides Cisco with an "opportunity to obtain an advantage over competitors" who may compete with Cisco in the technical field and engage in marketing and sales less optimally than Cisco.  *Elec. Arts*, 298 F. App'x at 569.  Moreover, disclosing this information to Cisco's competitors would harm Cisco's business by, *inter alia*, allowing Cisco's competitors to learn the identify of Cisco's customers and allowing competitors in turn to target Cisco's customers.  This would "harm [Cisco's] competitive standing."  *Nixon*, 435 U.S. at 598.

11. The portions of Cisco's Opposition to be sealed quote and discuss Arista and Cisco's confidential information from Exhibits K through P regarding Cisco's competitors and related competition, and Cisco's strategies regarding the same.  Thus, these portions similarly comprise Cisco's confidential business information, the confidentiality of which provides Cisco an "opportunity to obtain an advantage over competitors," and which would harm Cisco's business if disclosed to Cisco's competitors.  *Elec. Arts*, 298 F. App'x at 569.

02099-00004/8104830.1

6

DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and that this declaration was executed in San Francisco, California,
3  on June 27, 2016.

4

5                                         */s/ Sara E. Jenkins*
6                                         Sara E. Jenkins

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02099-00004/8104830.1

7
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Sara E. Jenkins.

Dated: June 27, 2016                    /s/ Amy H. Candido
                                        Amy H. Candido

02099-00004/8104830.1

8
DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO SYSTEMS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)