1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG) <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S MOTION TO STRIKE** |

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2   documents filed in connection with Cisco's Opposition to Arista's Motion to Strike.
3   Having considered Cisco's motion, and good cause having been shown, the Court
4   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Cisco's Opposition to Motion to Strike ("Brief") | Highlighted portions |
| Exhibit K to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit K") | Entire |
| Exhibit L to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit L") | Entire |
| Exhibit M to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit M") | Entire |
| Exhibit N to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit N") | Entire |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit O to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit O") | Entire |
| Exhibit P to the Declaration of Andrew M. Holmes in Support of Cisco's Motion for Protective Order ("Exhibit P") | Entire |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Ex. 1 to the Declaration of John Neukom in Support of Cisco's Opposition to Arista's Motion to Stay | Entire |
| Ex. 2 to the Declaration of John Neukom in Support of Cisco's Opposition to Arista's Motion to Stay | Entire. |

**IT IS SO ORDERED.**

Dated: _____        By: _____
           **Hon. Nathanael Cousins**

            UNITED STATES MAGISTRATE COURT JUDGE