# EXHIBIT G

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | CASE NO.  5:14-cv-05344-BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC. FIRST SET OF INTERROGATORIES (NOS. 1-13) TO DEFENDANT ARISTA NETWORKS, INC.** |

**INTERROGATORY NO. 2:**

Separately for each Accused Product, identify each version of EOS, EOS CLI, CloudVision, and eAPI incorporated into each Product. To the extent that any Accused Product has changed or will change versions of EOS, EOS CLI, CloudVision, or eAPI between its earliest introduction in the U.S. and trial in this matter, You should separately list each version and the first date and last date corresponding to each version.

**INTERROGATORY NO. 3:**

For each quarter dating back to October 2004, for each Accused Product, state (i) the total number of units sold, (ii) the gross revenue (in U.S. dollars), (iii) the net profits (in U.S. dollars), (iv) the profit margins (in U.S. dollars), and (v) the costs (in U.S. dollars) associated with each Accused Product.

**INTERROGATORY NO. 4:**

Identify the date and circumstances under which You first became aware of the Asserted Patents or the applications that matured into the Asserted Patents, and identify each Entity who became aware of the Asserted Patents at that time.

**INTERROGATORY NO. 5:**

Identify all facts and circumstances relating to, and Person(s) most knowledgeable regarding, the substance of the statement attributed to Jayshree Ullal (*see*, *e.g.*, http://www.businessinsider.com/cisco-just-fired-another-shot-at-arista-2014-12) that "[t]his is something that is completely unacceptable to me, that less than 1% has been copied. We are taking care of the individual and personnel who's doing it. I own up to that. That's a mistake. I apologize to Cisco for it. We're going to fix it in a week[;]" including (i) the specific material copied, including its location(s) in Cisco IOS, Cisco IOS Documentation, or other Cisco Products or documentation; (ii) the location of the copied material in EOS, EOS Documentation, or other Arista Products or documentation; (iii) the "individual and personnel" involved; (iv) the dates the

**PROOF OF SERVICE**

I hereby certify that, at the date entered below, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail to the addresses below and that I caused a true and correct copy of the foregoing to be served by placing true and correct copies thereof in an envelope addressed to the persons named below at the addresses shown, and by sealing and depositing that envelope in the United States Mail at San Francisco, California, with fully prepaid postage:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 | Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com |
| Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Robert Van Nest<br>rvannest@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 |
| Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2015, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Matthew D. Cannon*
　　　　　　　　　　　　　　　　　　　　　　　　 Matthew D. Cannon