# EXHIBIT I

```
1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   BRIAN L. FERRALL - # 160847
3  bferrall@kvn.com
   DAVID J. SILBERT - # 173128
4  dsilbert@kvn.com
   MICHAEL S. KWUN - # 198945
5  mkwun@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant ARISTA NETWORKS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5-14-CV-05344-BLF |
| Plaintiff, | **DEFENDANT ARISTA NETWORKS, INC.'S RESPONSES TO PLAINTIFF CISCO SYSTEM INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-13)** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

DEFENDANT ARISTA NETWORK'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-13)
Case No. 5-14-CV-05344-BLF

928565

only recently begun, and Arista's investigation in this matter is ongoing.

Subject to and without waiving the foregoing general and specific objections, Arista responds as follows:

The following versions of EOS have been developed by Arista.: 4.14.5.1-SSU; 4.15.0; 4.14.5-SSU; 4.12.10; 4.13.11; 4.14.4.1; 4.14.5FX; 4.14.6; 4.13.10; 4.13.9.1; 4.14.5; 4.11.11; 4.14.4; 4.13.7.3; 4.12.9; 4.13.9; 4.14.3; 4.13.8; 4.14.2; 4.11.10; 4.14.1; 4.13.7.2; 4.12.8.1; 4.14.0; 4.13.7.1; 4.13.7; 4.13.3.4; 4.13.3-l3scale; 4.13.5.1; 4.12.8; 4.11.9; 4.13.6; 4.12.7.1; 4.11.8.2; 4.10.8.1; 4.9.11; 4.8.12; 4.13.4.1; 4.13.3.1; 4.13.5; 4.10.8; 4.13.4; 4.11.8.1; 4.12.7; 4.11.8; 4.13.3; 4.13.2; 4.9.10; 4.12.6; 4.13.1; 4.13.0; 4.11.7.1; 4.12.5.1; 4.11.7; 4.10.7; 4.12.5; 4.12.0.5; 4.12.4.1; 4.12.4; 4.8.11; 4.11.6; 4.12.3.1; 4.12.2.1; 4.9.9; 4.10.6; 4.12.3; 4.12.2; 4.11.5.1; 4.11.5; 4.11.4.3; 4.12.1; 4.9.8; 4.11.4.2; 4.10.5; 4.12.0; 4.11.4; 4.11.3; 4.12.0-7500-EFT; 4.10.4.0.2; 4.11.2.2; 4.10.4-OpenFlow; 4.11.2.1; 4.10.4.0.1; 4.11.2; 4.8.10; 4.10.4; 4.9.7; 4.11.1; 4.11.0; 4.8.9; 4.10.0.2-7150; 4.10.3; 4.9.6; 4.10.0.1-7150; 4.10.0-7150; 4.10.2; 4.10.1-SSO; 4.8.8 4.9.5; 4.10.1; 4.8.7.1; 4.8.7; 4.10.0; 4.10.0-SSO; 5.0.0; 4.9.4; 4.9.3.2; 4.9.3.1; 4.9.3; 4.8.6; 4.9.2; 4.8.5; 4.8.4; 4.9.1; 4.9.0; 4.8.3; 4.8.2.1; 4.8.2; 4.7.8; 4.7.7.1; 4.8.1; 4.7.7; 4.7.6; 4.7.5; 4.7.3.1; 4.7.4; 4.7.3; 4.6.4; 4.7.0; 4.6.3; 4.6.2; 4.6.1; 4.6.0; 4.5.5; 4.5.4; 4.5.3; 4.5.2; 4.5.1; 4.4.3; 4.5.0; 4.4.2; 4.4.0; 4.3.2; 4.3.1; 4.3.0; 4.2.3; 4.2.2; 4.2.1; 4.2.0; 4.1.0; 4.0.0; 3.1.0; 3.0.0; 2.3.0; 2.2.0; 2.1.0; 2.0.5; 2.0.4; 2.0.0; 1.1.0; 1.0.0.

Arista is willing to meet and confer with Cisco about what additional information, if any, is appropriate to provide in response to a narrowly tailored interrogatory relating to this subject matter.

**INTERROGATORY NO. 3:**

For each quarter dating back to October 2004, for each Accused Product, state (i) the total number of units sold, (ii) the gross revenue (in U.S. dollars), (iii) the net profits (in U.S. dollars), (iv) the profit margins (in U.S. dollars), and (v) the costs (in U.S. dollars) associated with each Accused Product.

**RESPONSE TO INTERROGATORY NO. 3:**

Arista incorporates its General Objections above as though set forth in this response. The

7
DEFENDANT ARISTA NETWORK'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-13)
Case No. 5-14-CV-05344-BLF

928565

request is also overbroad and unduly burdensome because it seeks information about "each Accused Product," where "Accused Product" is defined as "any Product designed, manufactured, marketed, offered for sale, sold, and/or imported by, at the direction of, under the control of, and/or subject to contract or agreement with Arista." Arista objects to this interrogatory to the extent it seeks information that is already in the possession, custody, or control of Cisco, or that is publicly available. Arista objects to this interrogatory as vague, ambiguous, overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible information. Arista further objects to this interrogatory as premature given that discovery in this action has only recently begun, and Arista's investigation in this matter is ongoing.

Subject to and without waiving the foregoing general and specific objections, Arista responds as follows:

Arista does not keep information in the form requested by this interrogatory in the ordinary course of business. Pursuant to Federal Rule of Civil Procedure 33(d), Arista will supplement this response to identify the Bates numbers of documents containing information relevant to this interrogatory that Arista maintains in the ordinary course of business.

**INTERROGATORY NO. 4:**

Identify the date and circumstances under which You first became aware of the Asserted Patents or the applications that matured into the Asserted Patents, and identify each Entity who became aware of the Asserted Patents at that time.

**RESPONSE TO INTERROGATORY NO. 4:**

Arista incorporates its General Objections above as though set forth in this response. Arista objects to this interrogatory to the extent it seeks information that is already in the possession, custody, or control of Cisco, or that is publicly available. Arista objects to this interrogatory as vague, ambiguous, overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible information. The request is vague and ambiguous in its use of the phrase "circumstances." Arista objects to this interrogatory to the extent it calls for, or may be construed as calling for, information protected from discovery by the attorney-client privilege, work product doctrine, or any other common law or statutory privilege or protection. Arista further


PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On April 30, 2015, I served the following document(s):

- **DEFENDANT ARISTA NETWORKS, INC.'S RESPONSES TO PLAINTIFF CISCO SYSTEM INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-13)**

☒  by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Sean Sang-Chul Pak
John M. Neukom
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, Floor 22
San Francisco, CA  94111
Tel:     (415) 875-6320
Fax:    (415) 875-6700
seanpak@quinnemanuel.com
johnneukom@quinnemanuel.com
Cisco-Arista@quinnemanuel.com

Adam R. Alper
Kirkland & Ellis LLP
555 California Street
San Francisco, CA  94104
Tel:     (415) 439-1476
Fax:    (415) 439-1500
aalper@kirkland.com

Kathleen Marie Sullivan
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10022
Tel:     (212)0 849-7000
kathleensullivan@quinnemanuel.com

Mark Yeh-Kai Tung
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA  94065
Tel:     (650) 801-5000
marktung@quinnemanuel.com

Michael W. De Vries
Kirkland & Ellis LLP
333 South Hope Street, 29th floor
Los Angeles, CA 90071
Tel:     (213) 680-8590
Fax:    (213) 680-8500
michael.devries@kirkland.com
Cisco-AristaCopyrightTeam@kirkland.com

Steven C. Cherny
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Tel:     (212) 446-4800
Fax:    (212) 446-6460
Steven.cherny@kirkland.com

19
DEFENDANT ARISTA NETWORK'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-13)
Case No. 5-14-CV-05344-BLF

928565

1  Executed on April 30, 2015, at San Francisco, California.

2  I declare under penalty of perjury under the laws of the State of California that the above is true
3  and correct.

4

5              /s/ *Alisa Thompson*
                Alisa Thompson

20
DEFENDANT ARISTA NETWORK'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET
OF INTERROGATORIES (NOS. 1-13)
Case No. 5-14-CV-05344-BLF

928565