KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**NOTICE OF APPEARANCE OF ANDREA NILL SANCHEZ**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

> ANDREA NILL SANCHEZ - # 308477
> anillsanchez@kvn.com
> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:     (415) 391-5400
> Facsimile:      (415) 397-7188

Dated:  June 29, 2016                                  KEKER & VAN NEST LLP

                                            By:   */s/ Andrea Nill Sanchez*
                                                   ANDREA NILL SANCHEZ

                                                   Attorneys for Plaintiff
                                                   ARISTA NETWORKS, INC.

---

1
NOTICE OF APPEARANCE OF ANDREA NILL SANCHEZ
Case No. 5:14-cv-05344-BLF (NC)

1073130.01