| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397 7188<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (PSG)<br><br>**JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF
LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1073370.01

1    WHEREAS, the Court entered a stipulated schedule to trial on June 2, 2016, ECF No. 277; and

2    WHEREAS, liability expert discovery closes on June 30, 2016; and

3    WHEREAS, Arista's expert Dr. Douglas W. Clark was scheduled to sit for deposition on June 28, 2016; and

4    WHEREAS, Dr. Clark was unable to sit for deposition on June 28 due to the hospitalization of his wife; and

5    WHEREAS, the parties have met and conferred and agreed that Cisco will depose Dr. Clark on July 6, 2016; and

6    THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that, subject to the approval of the Court, Cisco will depose Dr. Clark on July 6, 2016.

Respectfully submitted,

Dated:  June 30, 2016            By:   /s/ Jordan R. Jaffe

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor

1
JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF
LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1073370.01

1
2

Redwood Shores, CA 94065
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

3
4
5
6

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

7
8
9
10

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500

11
12
13
14

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

15
16

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

17
18
19
20
21
22
23
24
25
26
27
28

2
JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF
LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1073370.01

Dated:  June 30, 2016                          By:   */s/ David J. Rosen*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:     (212) 999-5800

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:     (202) 973-8800

Attorneys for Defendant
ARISTA NETWORKS, INC.

3
JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF
LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1073370.01

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Jordan R. Jaffe within this e-filed document.

*/s/ David J. Rosen*

4

JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF
LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1073370.01

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | DATED: _____, 2016 |

                                                        Hon. Beth Labson Freeman
                                                        United States District Judge

JOINT STIPULATION TO HOLD DEPOSITION OF DOUGLAS W. CLARK AFTER CLOSE OF
LIABILITY EXPERT DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (PSG)

1073370.01