| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>AJAY KRISHNAN - #222476<br>DAVID J. ROSEN - # 296139<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>akrishnan@kvn.com, drosen@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>         v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following documents:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 2 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 3 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 7 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 8 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 9 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 10 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 11 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 16 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 17 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |

| | |
|---|---|
| Exhibit 18 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 19 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 22 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 23 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |
| Exhibit 24 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | Entire |

Arista takes no position on whether the foregoing documents should be filed under seal. Arista files this administrative motion only in order to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Arista submits, along with this administrative motion, the declaration of Eduardo E. Santacana, which attaches Exhibits 1–3, 7–11, 16–17, 18, 19, and 22–24 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion for Partial Summary Judgment. Because Exhibits 1–3, 7–11, 16–17, 18, 19, and 22–24 have been designated confidential in their entirety, Arista will publicly file a placeholder cover page in their place.

Respectfully submitted,

Dated: June 30, 2016        KEKER & VAN NEST LLP

By:  */s/ Brian L. Ferrall*
     BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.