KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| Plaintiff, | **DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO FILE UNDER SEAL** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | Judge:      Hon. Beth Labson Freeman |
| | Date Filed:  December 5, 2014 |
| | Trial Date:  November 21, 2016 |

1070713

1    I, Eduardo E. Santacana, declare:

2    1.    I am an attorney licensed to practice law in the State of California and am an

3    associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street,

4    San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the

5    above-referenced action.  Unless otherwise stated, the facts I set forth in this declaration are based

6    on my personal knowledge or knowledge I obtained through my review of corporate records or

7    other investigation.  If called to testify as a witness, I could and would testify competently to such

8    facts under oath.

9    2.    Cisco designated the entirety of Exhibits 1–3, 7–11, 16–17, 19, and 22–24 to the

10    Declaration of Eduardo E. Santacana in Support of Arista's Motion for Partial Summary

11    Judgment as "Highly Confidential — Attorney's Eyes Only."  True and correct copies of those

12    exhibits are attached here.

13    3.    Arista designated the entirety of Exhibit 18 to the Declaration of Eduardo E.

14    Santacana in Support of Arista's Motion for Partial Summary Judgment as "Highly Confidential

15    — Attorney's Eyes Only." Arista made that designation solely because the exhibit characterizes

16    information that Cisco has designated "Highly Confidential — Attorney's Eyes Only" in this

17    litigation.  I file this declaration in order to give Cisco an opportunity to indicate whether it

18    believes the exhibit should be filed under seal pursuant to Civil Local Rule 79-5.  Arista does not

19    believe there are compelling reasons for keeping Exhibit 18 sealed.  A true and correct copy of

20    that exhibit is attached here.

21    Executed June 30, 2016, at San Francisco, California.

22    I declare under penalty of perjury under the laws of the United States of America that the

23    foregoing is true and correct.

24

25

26

27    _____
EDUARDO E. SANTACANA

28

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT ARISTA
NETWORKS, INC.'S MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1070713