# EXHIBIT 15

# Exhibit 15

*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

**Note:**

1. Listed below are the 198 commands that (1) were registered more than five years after first publication and (2) whose alleged authors were never deposed. The information contained herein is taken from Cisco's Responses to Arista's Interrogatory 16, Exhibit F, and Exhibits 3–28 of the Second Amended Complaint.

2. Cisco has not identified exactly where each command appears in its registered works in response to Arista's Interrogatory 25. Arista has thus assumed that each command appears in the first registered version of Cisco software that post-dates that command's first publication. In some cases, that may not be true, which means that the number of commands that Cisco did not timely register could grow. Cisco's response to Interrogatory 25 is subject to a Motion to Compel pending before Judge Cousins.

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| aaa accounting | Cisco / David Carrel | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| aaa accounting dot1x | Cisco / Michael Vowles | November 1, 2006<br>Cisco IOS 12.4(11)T | November 12, 2014<br>Cisco IOS 15.0 | 8 |
| aaa authentication login | Cisco / David Carrel | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| aaa authentication config-commands | Cisco / Jan Vilhuber | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| aggregate-address | Cisco / Paul Traina | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| area default-cost | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| area default-cost (OSPFv3) | Cisco / Ilse Van Hoeck | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| area nssa | Cisco / Derek Yeung | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| area nssa (OSPFv3) | Cisco / Hasmit Grover | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| area nssa default-information-originate | Cisco / Derek Yeung | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| area nssa default-information-originate (OSPFv3) | Cisco / Hasmit Grover | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| area nssa no-summary | Cisco / Atif Khan | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| area nssa translate type7 always (OSPFv3) | Cisco / Anton Smirnov | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| area range | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| area range (OSPFv3) | Cisco / Hasmit Grover | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| area stub | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| area stub (OSPFv3) | Cisco / Hasmit Grover | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| bgp client-to-client reflection | Cisco / Ravishankar Chandrasekaran | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| bgp cluster-id | Cisco / Ravishankar Chandrasekaran | September 18, 1995<br>Cisco IOS 11 | June 14, 2002<br>Cisco IOS 11 | 7 |
| bgp confederation identifier | Cisco / Paul Traina | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| bgp confederation peers | Cisco / Paul Traina | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| bgp listen limit | Cisco / Satish Mynam | August 21, 2007<br>Cisco IOS 12.2(33)SXH | November 28, 2014<br>Cisco IOS 15.0 | 7 |
| class-map type control-plane | Cisco / Arun Kumar B. | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| clear counters | Cisco / Joel Bion | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| clear ip igmp group | Cisco / Dino Farinacci | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| clear ip mroute | Cisco / Dino Farinacci | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| clear ip nat translation | Cisco / Andy Heffernan | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| clear ip ospf neighbor | Cisco / Eun Kim | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| clear spanning-tree counters | Cisco / François Tallet | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| clock set | Cisco / Ronnie Kon | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| clock timezone | Cisco / Ronnie Kon | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| default-metric (OSPF) | Cisco | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| dot1x timeout reauth-period | Cisco / V.N. Ramesh Ponnapalli | May 3, 2006<br>Cisco IOS 12.2(25)SEC | November 28, 2014<br>Cisco IOS 15.0 | 8 |
| enable secret | Cisco / David Carrel | September 18, 1995<br>Cisco IOS 11 | June 14, 2002<br>Cisco IOS 11 | 7 |
| erase startup config | Cisco / Andrew Heffernan | September 18, 1995<br>Cisco IOS 11 | June 14, 2002<br>Cisco IOS 11 | 7 |
| ip as-path access-list | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip community-list expanded | Cisco / Rex Fernando | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| ip community-list standard | Cisco / Rex Fernando | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| ip igmp query-interval | Cisco / Dino Farinacci | October 4, 1994<br>Cisco IOS 10.2 | June 14, 2002<br>Cisco IOS 11.0 | 8 |
| ip igmp query-max-response-time | Cisco / Manoj Leelanivas | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| ip igmp startup-query-count | Cisco / Raghava Sivaramu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| ip igmp startup-query-interval | Cisco / Raghava Sivaramu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| ip igmp static-group | Cisco / Manoj Leelanivas | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| ip igmp version | Cisco / John Zwiebel | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| ip msdp group-limit | Cisco / Nataraj Bacthu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| ip multicast boundary | Cisco / Toerless Eckert | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| ip multicast-routing | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip nat pool | Cisco / Andy Heffernan | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| ip nat translation tcp-timeout | Cisco / Andy Heffernan | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| ip nat translation udp-timeout | Cisco / Andy Heffernan | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| ip ospf authentication-key | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip ospf cost | Cisco / David Hampton | 1992<br>Release 9.0 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| ip ospf dead-interval | Cisco / David Hampton | 1992<br>Release 9.0 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| ip ospf hello-interval | Cisco / David Hampton | 1992<br>Release 9.0 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| ip ospf network | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip ospf priority | Cisco / David Hampton | 1992<br>Release 9.0 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| ip ospf retransmit-interval | Cisco / David Hampton | 1992<br>Release 9.0 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| ip ospf shutdown | Cisco / Shubhra Bhargava | January 14, 2008<br>Cisco IOS 12.2(33)SRC | November 28, 2014<br>Cisco IOS 15.0 | 6 |
| ip ospf transmit-delay | Cisco / David Hampton | 1992<br>Release 9.0 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| ip pim anycast-rp | Cisco / Nataraj Bacthu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| ip pim log-neighbor-changes | Cisco / Ijsbrand Wijnands | February 2009<br>Cisco IOS 12.4(24)T | November 12, 2014<br>Cisco IOS 15.0 | 5+ |

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| ip pim query-interval | Cisco / Dino Farinacci | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip pim rp-address | Cisco / Dino Farinacci | October 4, 1994<br>Cisco IOS 10.2 | June 14, 2002<br>Cisco IOS 11.0 | 8 |
| ip pim sparse-mode | Cisco / Dino Farinacci | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip pim spt-threshold | Cisco / Dino Farinacci | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| ip pim spt-threshold group-list | Cisco / Dino Farinacci | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| ip tacacs source-interface | Cisco / Syed M. Ashraf | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ip-community-list standard | Cisco / Rex Fernando | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| ipv6 access-group | Cisco / Minglei Yang | May 25, 2001<br>Cisco IOS 12.4(9)XG | November 12, 2014<br>Cisco IOS 15.0 | 8 |
| ipv6 nd ra interval | Cisco / Ole Troan | June 27, 2005<br>Cisco IOS 12.4(2)T | November 12, 2014<br>Cisco IOS 15.0 | 9 |
| ipv6 nd ra lifetime | Cisco / Ole Troan | June 27, 2005<br>Cisco IOS 12.4(2)T | November 12, 2014<br>Cisco IOS 15.0 | 9 |
| ipv6 nd ra suppress | Cisco / Tim Gleeson | June 27, 2005<br>Cisco IOS 12.4(2)T | November 12, 2014<br>Cisco IOS 15.0 | 9 |
| ipv6 nd router-preference | Cisco / Tim Gleeson | June 27, 2005<br>Cisco IOS 12.4(2)T | November 12, 2014<br>Cisco IOS 15.0 | 9 |
| isis hello-interval | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| isis hello-multiplier | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| isis lsp-interval | Cisco / David Katz | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| isis metric | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| isis passive | Cisco / Ayan Banerjee | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| isis priority | Cisco / David Hampton | 1993<br>Cisco IOS 10 | November 13, 2014<br>Cisco IOS 11.0 | 9 |
| is-type | Cisco / Robert Widmer | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| lacp rate | Cisco / Dan Hall | January 20, 2006<br>Cisco IOS 12.2(18)SXF2 | November 28, 2014<br>Cisco IOS 15.0 | 8 |
| load-interval | Cisco / William May | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| log-adjacency-changes (IS-IS) | Cisco / David Katz | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| logging host | Cisco / Jim Duncan | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| mac access-group | Cisco / Vithal Shirodkar | January 18, 2006<br>Cisco IOS 12.0(32)S | November 28, 2014<br>Cisco IOS 15.0 | 8 |

Federal Rule of Evidence 1006 Summary of Evidence Prepared by Counsel for Arista
Page 4 of 9

#1071210

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| mac access-list | Cisco / Rituparna Agrawal | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| neighbor activate | Cisco / Enke Chen | September 18, 1995<br>Cisco IOS 11 | June 14, 2002<br>Cisco IOS 11 | 7 |
| neighbor default-originate | Cisco / Andrew Heffernan | September 18, 1995<br>Cisco IOS 11 | June 14, 2002<br>Cisco IOS 11 | 7 |
| neighbor ebgp-multihop | Cisco / Paul Traina | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| neighbor fall-over bfd | Cisco / Satish Mynam | June 19, 2006<br>Cisco IOS 12.2(33)SRA | November 28, 2014<br>Cisco IOS 15.0 | 8 |
| neighbor next-hop-self | Cisco / Ravishankar Chandrasekaran | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| neighbor remote-as | Cisco / Dan Tappan | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| neighbor remove-private-as | Cisco / Ravishankar Chandrasekaran | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| neighbor route-map | Cisco / Dino Farinacci | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| neighbor send-community | Cisco / Paul Traina | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| neighbor soft-reconfiguration | Cisco | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| neighbor update-source | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| neighbor weight | Cisco | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| network area | Cisco | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ntp authenticate | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ntp authenticiation-key | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ntp server | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ntp source | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| ntp trusted-key | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| policy-map type control-plane | Cisco / Arun Kumar B. | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| policy-map type pos | Cisco / Ramesh Kumar Chinnasamy | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| port-channel min-links | Cisco / Dan Hall | September 12, 2005<br>Cisco IOS 12.2(18)SXF | November 28, 2014<br>Cisco IOS 15.0 | 9 |
| radius-server deadtime | Cisco / Bill Westfield | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |

## Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| radius-server host | Cisco / Bill Westfield | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| radius-server key | Cisco / Bill Westfield | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| radius-server retransmit | Cisco / Bill Westfield | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| radius-server timeout | Cisco / Bill Westfield | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| routep-map | Cisco / Dino Farinacci | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| router isis | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| router ospf | Cisco / David Hampton | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| routing-context vrf | Cisco / Yong Chen | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| set-overload-bit | Cisco / Henk Smit | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| show clock | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show dot1x statistics | Cisco / V.N. Ramesh Ponnapalli | May 1, 2006<br>Cisco IOS 12.2(25)SEE | November 28, 2014<br>Cisco IOS 15.0 | 8 |
| show environment power | Cisco / Sudhakar Mamillapalli | August 10, 2009<br>NX-OS 4.2(1) | November 13, 2014<br>NX-OS 5.0 | 5+ |
| show interfaces switchport backup | Cisco / Rohit Sharma | September 12, 2005<br>Cisco IOS 12.2(18)SXF | November 28, 2014<br>Cisco IOS 15.0 | 9 |
| show ip bgp community | Cisco / Mark Baushke | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| show ip bgp neighbors | Cisco / David Hampton | September 1992<br>Release 9.1 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| show ip bgp paths | Cisco / David Hampton | September 1992<br>Release 9.1 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| show ip bgp regexp | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip bgp summary | Cisco / David Hampton | September 1992<br>Release 9.1 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| show ip igmp groups | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip igmp interface | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip igmp snooping groups | Cisco / Nagarani Chandika | June 29, 2007<br>Cisco IOS 12.4(15)T | November 12, 2014<br>Cisco IOS 15.0 | 7 |
| show ip igmp snooping querier | Cisco / Nagarani Chandika | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show ip mfib | Cisco / Daniel Williston | May 5, 2008<br>Cisco IOS XE 2.1 | November 24, 2014<br>Cisco IOS XE 2.1 | 6 |
| show ip mroute | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| show ip mroute count | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip msdp mesh-group | Cisco / Dino Farinacci | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show ip nat translations | Cisco / Andy Heffernan | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| show ip ospf | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip ospf border-routers | Cisco / Arpakorn Boonkongchuen | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip ospf database database-summary | Cisco / Arpakorn Boonkongchuen | September 18, 1995<br>Cisco IOS 11 | June 14, 2002<br>Cisco IOS 11 | 7 |
| show ip ospf interface | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip ospf neighbor | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip ospf request-list | Cisco / Arpakorn Boonkongchuen | October 4, 1994<br>Cisco IOS 10.2 | June 14, 2002<br>Cisco IOS 11.0 | 8 |
| show ip ospf retransmission-list | Cisco / Arpakorn Boonkongchuen | October 4, 1994<br>Cisco IOS 10.2 | June 14, 2002<br>Cisco IOS 11.0 | 8 |
| show ip pim interface | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip pim neighbor | Cisco / Mark Baushke | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ip pim rp | Cisco / Mark Baushke | October 4, 1994<br>Cisco IOS 10.2 | June 14, 2002<br>Cisco IOS 11.0 | 8 |
| show ip route summary | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ipv6 bgp | Cisco / Dhananjaya Rao | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show ipv6 bgp community | Cisco / Nataraj Bacthu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show ipv6 bgp neighbors | Cisco / Nataraj Bacthu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show ipv6 bgp summary | Cisco / Nataraj Bacthu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show isis database | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show isis interface | Cisco / Nataraj Bacthu | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show lacp counters | Cisco / Massimiliano Ardica, Saci Nambakkam, Edward Pham | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show lacp interface | Cisco / Gridihar Rajaram | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| show lacp neighbor | Cisco / Massimiliano Ardica, Saci Nambakkam, Edward Pham | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show mac access-lists | Cisco / Atul Kumar | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show ntp associations | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show ntp status | Cisco / David Katz | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show port-channel summary | Cisco / Yiqing Zhu | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show port-channel traffic | Cisco / Yiqing Zhu | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show privilege | Cisco / Robert Widmer | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| show radius | Cisco / Gopala Andagunda | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show reload | Cisco / David Katz | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| show role | Cisco / Ji Wook Jo | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show route-map | Cisco / Hung-Wen Su | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show snmp | Cisco / Robert Snyder | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| show snmp chassis | Cisco / Paul Heller | June 29, 2007<br>Cisco IOS 12.4(12)T | November 12, 2014<br>Cisco IOS 15.0 | 7 |
| show snmp community | Cisco / Jeffrey Johnson | June 29, 2007<br>Cisco IOS 12.4(12)T | November 12, 2014<br>Cisco IOS 15.0 | 7 |
| show snmp contact | Cisco / Paul Heller | June 29, 2007<br>Cisco IOS 12.4(12)T | November 12, 2014<br>Cisco IOS 15.0 | 7 |
| show snmp location | Cisco / Paul Heller | June 29, 2007<br>Cisco IOS 12.4(12)T | November 12, 2014<br>Cisco IOS 15.0 | 7 |
| show snmp source-interface | Cisco / Gowtham Krishna Bollina | August 10, 2009<br>NX-OS 4.2(1) | November 13, 2014<br>NX-OS 5.0 | 5+ |
| show snmp trap | Cisco / Rajeeva Narayanaswamy | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show spanning-tree blockedports | Cisco / Tameen Khan | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show spanning-tree bridge | Cisco / Tameen Khan | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show spanning-tree interface | Cisco | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show spanning-tree mst configuration | Cisco / François Tallet | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show spanning-tree mst interface | Cisco / François Tallet | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |

# Exhibit __
*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

| Command | Alleged Author | First Publication Date and Software Version | Date of Registration of Next Registered Software Version | Years Between First Publication and First Registration |
|---|---|---|---|---|
| show spanning-tree root | Cisco / Tameen Khan | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show tacacs | Cisco / Laurence Grant | October 1996<br>Cisco IOS 11.2 | June 14, 2002<br>Cisco IOS 11.2 | 6 |
| show user-account | Cisco / Gopala Andagunda | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| show version | Cisco | December 1992<br>Cisco IOS 9 | June 14, 2002<br>Cisco IOS 11.0 | 10 |
| show vlan summary | Cisco / Weng Hong Chan | April 3, 2008<br>NX-OS 4 | November 13, 2014<br>NX-OS 4 | 6 |
| show vrf | Cisco / Luc Revardel | February 28, 2007<br>Cisco IOS 12.2(33)SRB | November 28, 2014<br>Cisco IOS 15.0 | 7 |
| snmp trap link-status | Cisco / Kenneth Roberts | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| snmp-server chassis-id | Cisco / Carl Schaefer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| snmp-server contact | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| snmp-server enable traps | Cisco / Chifei W. Cheng | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| snmp-server location | Cisco / Robert Widmer | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| snmp-server view | Cisco / Kenneth Roberts | 1993<br>Cisco IOS 10 | June 14, 2002<br>Cisco IOS 11.0 | 9 |
| spanning-tree bridge assurance | Cisco / Patnala Rao | November 11, 2008<br>Cisco IOS 12.2(33)SXI | November 28, 2014<br>Cisco IOS 15.0 | 6 |
| spanning-tree transmit hold-count | Cisco / Francois Tallet | September 12, 2005<br>Cisco IOS 12.2(18)SXF | November 28, 2014<br>Cisco IOS 15.0 | 9 |
| spf-interval | Cisco / David Katz | April 13, 1995<br>Cisco IOS 10.3 | June 14, 2002<br>Cisco IOS 11.0 | 7 |
| statistics per-entry | Cisco / Rituparna Agrawal | April 21, 2008<br>NX-OS 4.0(1) | November 13, 2014<br>NX-OS 5.0 | 6 |
| switchport backup interface | Cisco / Adam Sweeney | September 12, 2005<br>Cisco IOS 12.2(18)SXF | November 28, 2014<br>Cisco IOS 15.0 | 9 |
| tacacs-server key | Cisco / David Hampton | March 1996<br>Cisco IOS 11.1 | June 14, 2002<br>Cisco IOS 11.1 | 6 |
| username sshkey | Cisco / Nataraj Bacthu | December 18, 2008<br>NX-OS 4.1 (2) | November 13, 2014<br>NX-OS 5.0 | 6 |
| vrf definition | Cisco / Luc Revardel | February 28, 2007<br>Cisco IOS 12.2(33)SRB | November 28, 2014<br>Cisco IOS 15.0 | 7 |
| vrf forwarding | Cisco / Luc Revardel | February 28, 2007<br>Cisco IOS 12.2(33)SRB | November 28, 2014<br>Cisco IOS 15.0 | 7 |