# EXHIBIT 21

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5

      CISCO SYSTEMS, INC.,            )   CV-14-5344-BLF
 6                                    )
                      PLAINTIFF,      )   SAN JOSE, CALIFORNIA
 7                                    )
                 VS.                  )   SEPTEMBER 30, 2015
 8                                    )
      ARISTA NETWORKS, INC.,          )   PAGES 1-38
 9                                    )
                      DEFENDANT.      )
10                                    )

11

12                     TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE PAUL S. GREWAL
13                   UNITED STATES MAGISTRATE JUDGE

14

15      A P P E A R A N C E S:

16      FOR THE PLAINTIFF:  QUINN EMANUEL
                            BY:  JOHN NEUKOM
17                               MATTHEW CANNON
                            50 CALIFORNIA STREET, FLOOR 22
18                          SAN FRANCISCO, CA 94111

19      FOR THE DEFENDANT:  KEKER & VAN NEST, LLP
                            BY:  BRIAN FERRALL
20                               KATHERINE LLOYD-LOVETT
                            633 BATTERY STREET
21                          SAN FRANCISCO, CA 94111

22              APPEARANCES CONTINUED ON THE NEXT PAGE

23      OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1              MR. NEUKOM:  THANK YOU, YOUR HONOR.
 2         I THINK WHAT WE HAVE HERE IS A PRACTICAL PROBLEM.  AND I
 3    WILL ADDRESS THAT IN A MINUTE, AND I HOPE IN AN ALMOST
 4    COLLABORATIVE PRODUCTIVE WAY.
 5         BUT BEFORE I DO, I HOPE THE COURT WILL INDULGE ME.  THERE'S
 6    BEEN A THE LITTLE BIT OF RHETORIC FROM BOTH SIDES IN IN THE
 7    BRIEFINGS IN SOME REPRESENTATIONS TO THE COURT ABOUT WHAT THIS
 8    CASE IS ABOUT.
 9         I THINK IT'S A FAIR READING OF ARISTA'S BRIEF AND SOME
10    COMMENTS FROM MY COLLEAGUE ON THE BAR TODAY, THAT THIS CASE IS
11    ABOUT CISCO STOMPING IT'S FEET FOR UNITED STATES FEDERAL
12    COPYRIGHT PROTECTION FOR EACH ONE OF THESE MULTI-WORD COMMAND
13    EXPRESSIONS TAKEN ALONE.
14         AND I WANT TO BE PERFECTLY CLEAR WITH THE COURT, AND THIS
15    WORKS AGAINST ME ON THE INSTANT MOTION, THAT CISCO DOES BELIEVE
16    IT'S ENTITLED TO COPYRIGHT PROTECTION ON EACH OF THESE
17    MULTI-WORD COMMANDS.
18         HOWEVER, IF YOU READ THE AMENDED COMPLAINT IN THIS CASE,
19    THE THRUST OF CISCO'S ALLEGATIONS ARE NOT THAT ARISTA SHOULD BE
20    STOPPED OR HELD LIABLE BECAUSE IT USES THE PHRASE IP ADDRESS AS
21    A COMMAND EXPRESSION, BUT RATHER WE HAVE A WHOLESALE USE, I
22    WOULD SAY THEFT, MR. FERRALL MAY SAY FAIR USE OF MULTIPLE
23    HUNDREDS OF HUNDREDS OF COMMAND EXPRESSIONS.
24         THIS ISSUE IS PRETTY IMPORTANT FOR US TODAY, WHETHER WE ARE
25    TALKING ABOUT WHETHER PARTIES ARE GOING TO LITIGATE THIS CASE
```

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  |                                                                 |
| 3  |                                                                 |
| 4  | **CERTIFICATE OF REPORTER**                                     |
| 5  |                                                                 |
| 6  |                                                                 |
| 7  |                                                                 |
| 8  |         I, THE UNDERSIGNED OFFICIAL COURT                       |
| 9  | REPORTER OF THE UNITED STATES DISTRICT COURT FOR                |
| 10 | THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH                  |
| 11 | FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY                   |
| 12 | CERTIFY:                                                        |
| 13 |         THAT THE FOREGOING TRANSCRIPT,                          |
| 14 | CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND             |
| 15 | CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS               |
| 16 | SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS                 |
| 17 | HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED             |
| 18 | TRANSCRIPTION TO THE BEST OF MY ABILITY.                        |
| 19 |                                                                 |
| 20 |                                                                 |
| 21 |                                                                 |
| 22 |                                                                 |
| 23 |                                                                 |
| 24 | _____                                      |
| 25 | SUMMER A. FISHER, CSR, CRR                                      |
|    | CERTIFICATE NUMBER 13185                    DATED: 9/30/15      |