1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   ASHOK RAMANI - # 200020
4  633 Battery Street
   San Francisco, CA 94111-1809
5  Telephone:    (415) 391-5400
   Email:  rvannest@kvn.com;
6  bferrall@kvn.com; dsilbert@kvn.com;
   mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone: (212) 999-5800
12 Email: jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   August 4, 2016<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3 - 5th Floor<br>Judge:  Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1070709

1  Before this Court is Defendant Arista Networks, Inc.'s Motion for Partial Summary Judgment on Counts I and II of Plaintiff Cisco Systems, Inc.'s Second Amended Complaint. Based on the arguments presented in the motion and supporting filings, and the opposition thereto, the Court concludes that there is no genuine dispute as to any fact material to the issues raised in Arista's motion.  Accordingly, and for the reasons presented by Arista, the Court hereby GRANTS Arista's Motion in its entirety, as follows:

    1.    the Court GRANTS summary judgment in favor of Arista as a matter of law on Count II of the Second Amended Complaint (Infringement of the '526 Patent);

    2.    the Court GRANTS summary judgment in favor of Arista as to all portions of Count I (Copyright Infringement) that assert infringement based on alleged copying of CLI commands for which Cisco is not entitled to a statutory presumption of validity, and for which Cisco did not produce any of the alleged "authors" of the command for deposition (including the commands set forth in Exhibit 15 to the Declaration of Eduardo Santacana submitted in support of Arista's motion);

    3.    the Court GRANTS summary judgment in favor of Arista as to all portions of Count I (Copyright Infringement) based on alleged copying of Cisco's CLI command hierarchies, and;

    4.    the Court GRANTS summary judgment in favor of Arista as to all portions of Count I (Copyright Infringement) based on alleged copying of Cisco's command modes or prompts.

**IT IS SO ORDERED.**

Dated: _____, 2016

_____
HON. BETH LABSON FREEMAN

1

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1070709