1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S MOTION TO STRIKE** |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain documents filed in connection with Cisco's Opposition to Motion to Strike.

Having considered Cisco's motion, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Motion for Partial Summary Judgment ("Motion") | Highlighted Portions | Arista |
| Exhibits 1-26; 40-41; 44-48; 51-53; 64-70; 72; 74-75; 77-82 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment | Entire | Arista |
| Exhibits 55, 58 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment | Highlighted Portions | Arista |
| Exhibit 54 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment | Highlighted Portions | Cisco |
| Exhibit 50 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment | Entire | Hewlett Packard |

02099-00004/8106261.1

2

[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S MOTION TO STAY
Case No.3:14-cv-05344-BLF (PSG)

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 76 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment | Entire | Mike Volpi, Arista |
| Exhibit 1 to the Declaration of Judith A. Chevalier in Support of Cisco's Motion for Partial Summary Judgment | Highlighted Portions | Arista |
| Exhibit 1 to the Declaration of Kevin Almeroth in Support of Cisco's Motion for Partial Summary Judgment | Highlighted Portions | Hewlett Packard and Arista |
| Exhibit 2 to the Declaration of Kevin Almeroth in Support of Cisco's Motion for Partial Summary Judgment | Highlighted Portions | Arista |

**IT IS SO ORDERED.**

Dated: _____     By: _____
　　　　　　　　　　　　　　　　　　　HON. BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE