# Exhibit 1
## Filed Under Seal

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br>            Defendant. | Case No. 5:14-cv-05344-BLF (PSG) |

## OPENING EXPERT REPORT OF KEVIN ALMEROTH REGARDING COPYING

## SUBMITTED ON BEHALF OF CISCO SYSTEMS, INC.

## <u>CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION AND SOURCE CODE</u>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

## I.      INTRODUCTION

1.      I have been retained by counsel for Cisco Systems, Inc. ("Cisco") as an expert in this litigation to provide opinions regarding Cisco's copyrighted works and the infringement of certain Cisco copyrights by Arista Networks, Inc. ("Arista").

2.      I have been retained to consult with counsel, review documents and other information, analyze certain Arista products and services, and be available to testify regarding my opinions on behalf of Cisco in connection with litigation brought by Cisco against Arista.

3.      I have been asked to analyze, among other things, whether Cisco's copyrighted works are original, creative works and expressions, and whether Arista has copied Cisco's copyrighted works, as discussed below.

4.      My analysis, opinions, and reasoning are detailed below and in the attached exhibits, which provide additional analysis, opinion, reasoning, and evidence, and which are incorporated here by reference as part of this report.

5.      I am paid my customary rate of $600 an hour for time spent on research, report preparation, deposition and/or trial.  I am reimbursed for incurred expenses.  I have not received, and do not expect to receive, any additional compensation for my work on this action, and payment of my fees is in no way contingent upon the outcome of this case, the outcome of my investigation, or the opinions that I provide.

## II.     BACKGROUND & QUALIFICATIONS

### A.      Qualifications

6.      In forming my opinions, I am relying on my education and experience as described below.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

7.    I summarize in this section my educational background, career history, publications, and other relevant qualifications.

8.    I am currently a Professor in the Department of Computer Science at the University of California, Santa Barbara (UCSB).  I also hold an appointment and am a founding member of the Computer Engineering (CE) Program.  I am a founding member of the Media Arts and Technology (MAT) Program, and the Technology Management Program (TMP).  I also served as the Associate Director of the Center for Information Technology and Society (CITS) from 1999 to 2012.  I have been a faculty member at UCSB since July 1997.

9.    I hold three degrees from the Georgia Institute of Technology: (1) a Bachelor of Science degree in Information and Computer Science (with minors in Economics, Technical Communication, and American Literature) earned in June, 1992; (2) a Master of Science degree in Computer Science (with specialization in Networking and Systems) earned in June, 1994; and (3) a Doctor of Philosophy (Ph.D.) degree in Computer Science (Dissertation Title: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems, minor in Telecommunications Public Policy) earned in June, 1997.

10.    One of the major themes of my research has been the delivery of multimedia content and data between computing devices and users.  In my research, I have looked at large-scale content delivery systems and the use of servers located in a variety of geographic locations to provide scalable delivery to hundreds, even thousands, of users simultaneously.  I have also looked at smaller-scale content delivery systems in which content, including interactive communication like voice and video data, is exchanged between computers and portable computing devices.  As a broad theme, my work has examined how to exchange content more efficiently across computer networks, including the devices that switch and route data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

traffic. More specific topics include the scalable delivery of content to many users, mobile computing, satellite networking, delivering content to mobile devices, and network support for data delivery in wireless network.

11.      Beginning in 1992, when I started graduate school, the first focus of my research was on the provision of interactive functions (VCR-style functions like pause, rewind, and fast-forward) for near video-on-demand systems in cable systems.  In particular, my work explored how to aggregate requests for movies at a cable head-end, and then how to satisfy a multitude of requests using one audio/video stream broadcast to multiple receivers simultaneously. Continued evolution of this research has resulted in the development of new techniques to scalably deliver on-demand content including audio, video, web documents, and other types of data, through the Internet and over other types of networks, including over cable systems, broadband telephone lines, and satellite links.

12.      An important component of my research from the very beginning has been investigating the challenges of communicating multimedia content between computers and across networks.  Although the early Internet was designed mostly for text-based non-real time applications, the interest in sharing multimedia content quickly developed.  Multimedia-based applications ranged from downloading content to a device to streaming multimedia content to be instantly used.  One of the challenges was that multimedia content is typically larger than text-only content, but there are also opportunities to use different delivery techniques since multimedia content is more resilient to errors.  I have worked on a variety of research problems and used a number of systems that were developed to deliver multimedia content to users.

13.      In 1994, I began to research issues associated with the development and deployment of a one-to-many communication facility (called "multicast") in the Internet (first

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

deployed as the Multicast Backbone, a virtual overlay network supporting one-to-many communication). Some of my more recent research endeavors have looked at how to use the scalability offered by multicast to provide streaming media support for complex applications like distance learning, distributed collaboration, distributed games, and large-scale wireless communication. Multicast has also been used as the delivery mechanism in systems that perform local filtering (*i.e.*, sending the same content to a large number of users and allowing them to filter locally content in which they are not interested).

14.     Starting in 1997, I worked on a project to integrate the streaming media capabilities of the Internet together with the interactivity of the web. I developed a project called the Interactive Multimedia Jukebox (IMJ). Users would visit a web page and select content to view. The content would then be scheduled on one of a number of channels, including delivery to students in Georgia Tech dorms delivered via the campus cable plant. The content of each channel was delivered using multicast communication.

15.     In the IMJ, the number of channels varied depending on the capabilities of the server including the available bandwidth of its connection to the Internet. If one of the channels was idle, the requesting user would be able to watch their selection immediately. If all channels were streaming previously selected content, the user's selection would be queued on the channel with the shortest wait time. In the meantime, the user would see what content was currently playing on other channels, and because of the use of multicast, would be able to join one of the existing channels and watch the content at the point it was currently being transmitted.

16.     The IMJ service combined the interactivity of the web with the streaming capabilities of the Internet to create a jukebox-like service. It supported true Video-on-Demand when capacity allowed, but scaled to any number of users based on queuing requested programs.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

As part of the project, we obtained permission from Turner Broadcasting to transmit cartoons and other short subject content. We also attempted to connect the IMJ into the Georgia Tech campus cable television network so that students in their dorms could use the web to request content and then view that content on one of the campus's public access channels.

17.     More recently, I have also studied issues concerning how users choose content, particularly when considering the price of that content. My research has examined how dynamic content pricing can be used to control system load. By raising prices when systems start to become overloaded (i.e., when all available resources are fully utilized) and reducing prices when system capacity is readily available, users' capacity to pay as well as their willingness can be used as factors in stabilizing the response time of a system. This capability is particularly useful in systems where content is downloaded or streamed to users on-demand.

18.     As a parallel research theme, starting in 1997, I began researching issues related to wireless devices. In particular, I was interested in showing how to provide greater communication capability to "lightweight devices," *i.e.*, small form-factor, resource-constrained (*e.g.*, CPU, memory, networking, and power) devices.

19.     Starting in 1998, I published several papers on my work to develop a flexible, lightweight, battery-aware network protocol stack. The lightweight protocols we envisioned were similar in nature to protocols like Universal Plug and Play (UPnP) and Digital Living Network Alliance (DLNA).

20.     From this initial work, I have made wireless networking—including ad hoc and mesh networks and wireless devices—one of the major themes of my research. One topic includes developing applications for mobile devices, for example, virally exchanging and tracking "coupons" through "opportunistic contact" (i.e., communication with other devices

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

coming into communication range with a user).  Other topics include building network communication among a set of mobile devices unaided by any other kind of network infrastructure.  Yet another theme is monitoring wireless networks, in particular different variants of IEEE 802.11 compliant networks, to (1) understand the operation of the various protocols used in real-world deployments, (2) use these measurements to characterize use of the networks and identify protocol limitations and weaknesses, and (3) propose and evaluate solutions to these problems.

21.    As an important component of my research program, I have been involved in the development of academic research into available technology in the market place.  One aspect of this work is my involvement in the Internet Engineering Task Force (IETF), including many content delivery-related working groups like the Audio Video Transport (AVT) group, the MBone Deployment (MBONED) group, Source Specific Multicast (SSM) group, the Inter-Domain Multicast Routing (IDMR) group, the Reliable Multicast Transport (RMT) group, the Protocol Independent Multicast (PIM) group, etc.  I have also served as a member of the Multicast Directorate (MADDOGS), which oversaw the standardization of all things related to multicast in the HEFT.  Finally, I was the Chair of the Internet2 Multicast Working Group for seven years.

22.    I am an author or co-author of nearly 200 technical papers, published software systems, IETF Internet Drafts and IETF Request for Comments (RFCs).

23.    My involvement in the research community extends to leadership positions for several journals and conferences. I am the co-chair of the Steering Committee for the ACM Network and System Support for Digital Audio and Video (NOSSDAV) workshop and on the Steering Committees for the International Conference on Network Protocols (ICNP), ACM

Sigcomm Workshop on Challenged Networks (CHANTS), and IEEE Global Internet (GI) Symposium. I have served or am serving on the editorial boards of IEEE/ACM Transactions on Networking, IEEE Transactions on Mobile Computing, IEEE Transactions on Networks and System Management, IEEE Network, ACM Computers in Entertainment, AACE Journal of Interactive Learning Research (JILR), and ACM Computer Communications Review.

24.    I have co-chaired a number of conferences and workshops including the IEEE International Conference on Network Protocols (ICNP), ACM International Conference on Next Generation Communication (CoNext), IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON), International Conference on Communication Systems and Networks (COMSNETS), IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS), the International Workshop On Wireless Network Measurement (WiNMee), ACM Sigcomm Workshop on Challenged Networks (CHANTS), the Network Group Communication (NGC) workshop, and the Global Internet Symposium; and I have been on the program committee of numerous conferences.

25.    Furthermore, in the courses I teach, the class spends significant time covering all aspects of the Internet including each of the layers of the Open System Interconnect (OSI) protocol stack commonly used in the Internet.  These layers include the physical and data link layers and their handling of signal modulation, error control, and data transmission.  I also teach DOCSIS, DSL, and other standardized protocols for communicating across a variety of physical media including cable systems, telephone lines, wireless, and high-speed Local Area Networks (LANs).

26.    I teach the configuration and operation of switches, routers, and gateways including routing and forwarding and the numerous respective protocols as they are standardized

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

and used throughout the Internet.  Topics include a wide variety of standardized Internet protocols at the Network Layer (Layer 3), Transport Layer (Layer 4), and above.

27.    In addition to having co-founded a technology company myself, I have worked for, consulted with, and collaborated with various technology companies.

28.    I am a Member of the Association of Computing Machinery (ACM) and a Fellow of the Institute of Electrical and Electronics Engineers (IEEE).

29.    In my 35 years of experience with computer software, I have reviewed innumerable lines of source code written by many different programmers.  And as mentioned above, I also teach the configuration and operation of various network devices (switches, routers, gateways), which includes topics related to command line interface computer programs and the technology upon which such programs are based.  I also teach network programming classes and assign programming projects that I personally review and grade.

30.    As a result of my teaching, I am familiar with variations of command and program expression that arise when a set of engineers and/or programmers are asked to solve a problem.  What I have found in my decades of experience is that engineers and programmers find many ways to write commands and programs to express solutions to the same problem.

31.    I also am familiar with tools used to assist in the detection of plagiarism or source code copying in a university setting.  I have worked with UCSB to develop software tools for detecting plagiarism.  For example, I was involved in developed the PAIRwise Plagiarism Detection Systems ("PAIRwise").  PAIRwise is a service that I helped invent that provides a variety of functions including comparing assignments against other assignments in a class and comparing assignments against the vast amount of data available on the Internet.  The goal is to help professors detect plagiarism in their students' work.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

32.     I also have conducted research; co-authored papers; and developed systems to support the detection of plagiarism through document comparison and similarity detection (*see, e.g.,* the papers and systems in my CV, specifically II.A.55, II.A.40, II.B.36, and II.E.15). I have also used tools like CopyFind, PAIRwise, and the Measure of Software Similarity (MOSS) program in my courses.

33.     Furthermore, I find programming an expressive, creative endeavor, just like technical writing. In both cases, although there is a purpose to be served, there are many ways to accomplish the goal, and a wide range of expressive choices in doing so.

34.     I attach as **Attachment A** my *curriculum vitae*¸ which includes a more complete list of my qualifications.

**B.     Materials Considered**

35.     In forming my opinions, I have relied on my education and experience as described above.

36.     I have also reviewed and considered the materials cited in this reports as well as the materials listed in **Attachment B** of this report, and the materials cited in all exhibits to this report, all of which are incorporated here by reference.

37.     I also have inspected and/or tested:

- three Arista switches running EOS

- Arista's EOS operating system produced by Arista in this litigation

- Arista's EOS source code made available for inspection at the office of Arista's counsel

- two Cisco switches running IOS (Catalyst 3560E, Catalyst 4948E)

- Cisco source code produced by Cisco in this litigation

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

manuals to further educate and train customers on the use of IOS and its CLI.[11]  As a result of this hard work and investment, I understand Cisco believes that its CLI also is a valuable asset and critical component of its business.[12]

### C. IOS's Creative CLI Commands & Hierarchies

53.    As part of its CLI development, Cisco developed a distinctive and elegant syntax and structure for the commands that are used by the IOS CLI.  As the IOS documentation explains:[13]

## Understanding Command Syntax

Command syntax is the format in which a command should be entered in the CLI. Commands include the name of the command, keywords, and arguments. Keywords are alphanumeric strings that are used literally. Arguments are placeholders for values that a user must supply. Keywords and arguments may be required or optional.

Specific conventions convey information about syntax and command elements. Table 5 describes these conventions.

---

[11]    CSI-CLEO3838924, Giancarlo Decl., ¶ 12.

[12]    CSI-CLEO3838924, Giancarlo Decl., ¶ 12.

[13]    CSI-CLI-00226710 at CSI-CLI-00226747-48.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

*Table 5*    **CLI Syntax Conventions**

| Symbol/Text | Function | Notes |
|---|---|---|
| < > (angle brackets) | Indicate that the option is an argument. | Sometimes arguments are displayed without angle brackets. |
| A.B.C.D. | Indicates that you must enter a dotted decimal IP address. | Angle brackets (< >) are not always used to indicate that an IP address is an argument. |
| WORD (all capital letters) | Indicates that you must enter one word. | Angle brackets (< >) are not always used to indicate that a WORD is an argument. |
| LINE (all capital letters) | Indicates that you must enter more than one word. | Angle brackets (< >) are not always used to indicate that a LINE is an argument. |
| <cr> (carriage return) | Indicates the end of the list of available keywords and arguments, and also indicates when keywords and arguments are optional. When <cr> is the only option, you have reached the end of the branch or the end of the command if the command has only one branch. | — |

54.     Cisco's command expressions are organized hierarchically into groups and sub-groups of command expressions (as opposed to, for instance, having no organizational structure). For example, I understand Cisco has asserted various command hierarchies in this case including, *e.g.*, the "aaa" command hierarchy, "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip" command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show" command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy, "vrrp" command hierarchy, among other command expressions and hierarchies.

55.     Within a given command hierarchy, all of the commands start with the same word.  For example, all of the commands within the "aaa" command hierarchy start with the "aaa."  Additional sub-hierarchies within a command hierarchy that Cisco has asserted in this case include, *e.g.*, "ip dhcp" subhierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

ospf" sub-hierarchy, "ip pim" sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" subhierarchy, and "show ipv6" sub-hierarchy.

56.     Within a given command sub-hierarchy, all of the commands start with the same two words.  For example, all of the commands within the "ip dhcp" sub-hierarchy start with "ip dhcp."  And there can be further sub-hierarchies within a given sub-hierarchy.  One way to visually illustrate the hierarchy and organization of Cisco's command expressions is through the use of a tree structure, for example:[14]



("clear" hierarchy in "Privileged EXEC" mode in IOS 11.0)

---

[14]  *See* Exhibit D to Cisco's Responses to Arista Interrogatory Nos. 2 and 16.  The images below were taken from Cisco's interrogatory response, and I agree with Cisco's depiction of these hierarchies.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



("ip" hierarchy in "Global Configuration" model in NX-OS 6.2)

57.    I understand this hierarchical arrangement of Cisco's CLI command expressions was originally created by Cisco engineer Kirk Lougheed in 1986.[15]  That arrangement was first documented in the "Cisco Systems ASM/AGS User Manual and Configuration Guide Version 5.2."[16]  As command expressions were added in subsequent versions of Cisco's copyrighted operating systems, the hierarchical arrangement of command expressions was modified and extended by the addition of more expressions.[17]

### D.    Modes/Prompts

58.    In the IOS CLI, command "modes" are used to navigate the CLI and perform basic device startup, configuration, and monitoring tasks.  "The CLI command mode structure is

---

[15]    Cisco's Third Supplemental Response to Arista's Interrogatory No. 16; Conversation with Kirk Lougheed (June 3, 2016); *see generally* Deposition Testimony of Kirk Lougheed.

[16]    CSI-CLI-00358622 to CSI-CLI-00358654.

[17]    Cisco's Third Supplemental Response to Arista's Interrogatory No. 16.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

hierarchical, and each mode supports a specific set of commands."[18]  Each mode also has an associated visual "prompt" that helps the user identify which mode they are in and, therefore, which commands are available.[19]  Not unlike multi-word command expressions, creating the precise modes and their associated prompts associated with IOS was done through a creative process since professional judgment and subjective decisions by Cisco's engineers were required to create them.  The IOS command modes and their associated prompts are discussed below.

59.    "User EXEC Mode" is the default command mode for the CLI.  The EXEC commands available at the user EXEC level are a subset of those available at the "privileged EXEC" mode.  In general, the user EXEC commands allow a user to connect to remote devices, change terminal settings on a temporary basis, perform basic tests, and list system information.  The prompt for user EXEC mode is the name of the device followed by an angle bracket, e.g., Router>.

60.    Another example of an IOS mode is "Privileged EXEC Mode."  Privileged EXEC mode is password protected, and allows the use of all EXEC mode commands available on the device.  To enter privileged EXEC mode from user EXEC mode, a user will enter the "enable" command.  The privileged EXEC mode prompt consists of the devices' host name followed by the pound sign, *e.g.*, Router#.

61.    A third type of IOS mode is "Global Configuration Mode."  "Global Configuration Mode" is used for configuration commands that generally apply to features that affect a system as a whole, rather than just one protocol or program.  Once a user is in Privileged EXEC mode they can access "Global Configuration Mode" through the use of the "enable"

---

[18]  CSI-CLI-00226710 at CSI-CLI-00226743.

[19]  CSI-CLI-00226710 at CSI-CLI-00226745.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

command.  The router prompt for global configuration mode is indicated by the term config in parenthesis: Router(config)#.

62.    IOS prompts help a user identify which mode they are in and, therefore, which commands are available for use.  Each mode described above has the following corresponding prompts:[20]

*Table 3    CLI Command Modes*

| Command Mode | Access Method | Prompt | Exit Method | Mode Usage |
|---|---|---|---|---|
| User EXEC | Log in. | Router> | Issue the **logout** or exit command. | • Change terminal settings<br>• Perform basic tests.<br>• Display device status. |
| Privileged EXEC | From user EXEC mode, issue the **enable** command. | Router# | Issue the **disable** command or the **exit** command to return to user EXEC mode. | • Issue **show** and **debug** commands.<br>• Copy images to the device.<br>• Reload the device.<br>• Manage device configuration files.<br>• Manage device file systems. |
| Global configuration | From privileged EXEC mode, issue the **configure terminal** command. | Router(config)# | Issue the **exit** command or the **end** command to return to privileged EXEC mode. | Configure the device. |
| Interface configuration | From global configuration mode, issue the **interface** command. | Router(config-if)# | Issue the **exit** command to return to global configuration mode or the **end** command to return to privileged EXEC mode. | Configure individual interfaces. |
| Line configuration | From global configuration mode, issue the **line vty** or **line console** command. | Router(config-line)# | Issue the **exit** command to return to global configuration mode or the **end** command to return to privileged EXEC mode. | Configure individual terminal lines. |

63.    The command modes and prompts were first documented in the "Cisco Systems ASM/AGS User Manual and Configuration Guide Version 5.2."[21]  I understand that they were created by at least the date of that document:  July 20, 1986.[22]

---

[20]  CSI-CLI-00226710 at CSI-CLI-00226745.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

## E.    Screen Displays -- Responses/Outputs

64.    Another aspect of Cisco's CLI are the screen outputs/displays generated by the CLI in response to a command input. Cisco's CLI outputs contain context sensitive response information that is displayed to a user, such as configuration information of the device and networking information related to a device, among other command-specific outputs. The CLI outputs contain unique and varied information types in textual form and are organized in unique structural arrangements, all of which were created by Cisco. Exemplary CLI outputs for certain asserted Cisco CLI commands are provided below as examples:

```
Router# show ip route

Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP
       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
       E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP
       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
       ia - IS-IS inter area, * - candidate default, U - per-user static route
       o - ODR, P - periodic downloaded static route

Gateway of last resort is not set
```

(output for "show ip route"[23])

```
Router# show interfaces atm 0/0/0
ATM0/0/0 is up, line protocol is up
  Hardware is cyBus ATM
  Internet address is 10.1.1.1/24
  MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255
  Encapsulation ATM, loopback not set, keepalive set (10 sec)
  Encapsulation(s): AAL5, PVC mode
  256 TX buffers, 256 RX buffers,
  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs
  VC idle disconnect time: 300 seconds
  Last input never, output 00:00:05, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/40, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 0 bits/sec, 1 packets/sec
  5 minute output rate 0 bits/sec, 1 packets/sec
     5 packets input, 560 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
     5 packets output, 560 bytes, 0 underruns
     0 output errors, 0 collisions, 0 interface resets
     0 output buffer failures, 0 output buffers swapped out
```

---

[21]  CSI-CLI-00358622 to CSI-CLI-00358654.

[22]  Cisco's Third Supplemental Response to Arista's Interrogatory No. 16.

[23]  CSI-CLI-00408381, Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

(output for "show ip route"[24])

```
Spanning tree enabled protocol rstp
Root ID    Priority    32770
           Address     000d.eca3.9f01
           Cost        4
           Port        4105 (port-channel10)
           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority   32770  (priority 32768 sys-id-ext 2)
             Address    0022.5579.7641
             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

Interface         Role Sts Cost       Prio.Nbr Type
----------------  ---- --- ---------  -------- -------------------------------
Po10              Root FWD 2          128.4105 (vPC peer-link) P2p
Po20              Desg FWD 1          128.4115 (vPC) P2p
Po30              Root FWD 1          128.4125 (vPC) P2p
```

(output for "spanning tree enabled protocol rstp"[25])

65.    CLI screen outputs are a key part of the IOS CLI "look and feel" as they are the expressions that a user (typically a network engineer) interacts with and is able to respond to. And it is one of the distinct ways that a user knows that he or she is using Cisco's IOS CLI.  As with the command inputs, the Cisco engineers faced endless aesthetic choices for each of the numerous screen outputs now found in the Cisco IOS CLI computer program.  The structure and organization of the screen outputs were not dictated by technical requirements—they could be been organized in various different number of ways.

**F.    IOS-XR**

66.    IOS XR is a series of Cisco IOS versions used on carrier-grade routers such as the CRS series, 12000 series, and ASR9000 series.  IOS-XR was designed to service the needs of

---

[24]  CSI-CLI-00248571, Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at 476.

[25]  CSI-CLI-00178252, Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 63.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

### C.     Copyrightable Expressions in Cisco's CLI: Originality & Creativity

99.     I understand that Cisco contends that hundreds of multi-word command expressions have been copied by Arista.[48]  I also understand that Cisco contends that Arista copied the associated command modes, prompts, as well as the following command hierarchies:

- "aaa" command hierarchy
- "bgp" command hierarchy
- "clear" command hierarchy
- "dot1x" command hierarchy
- "ip" command hierarchy
- "ipv6" command hierarchy
- "neighbor" command hierarchy
- "show" command hierarchy
- "snmp-server" command hierarchy
- "spanning-tree" command hierarchy
- "vrrp" command hierarchy

100.     I also understand that Cisco contends that original documentation such as user manuals and screen outputs relating to its copyrighted works have also been copied as well as command descriptions (also known as help descriptions, help screens, or "helpdesc").

101.     It is my opinion that Cisco's asserted command expressions, hierarchies, modes, and prompts contain considerable original expression in their selection and arrangement.  To start, designing a command syntax for a particular function is a subjective exercise that requires independent judgment of the author and numerous creative and expressive choices.  For example, an author must select one or more individual words that she wants to use.  The author must then determine the spelling of those words and whether to abbreviate or otherwise modify the traditional spelling.  The author must determine what order to place the words in and the relationship, if any, that the words should have with one another.  All of those decisions are left to the subjective judgement and creativity of the command author.  In some respect, any one of

---

[48]  *See* Exhibit 1 to Cisco's Second Amended Complaint.

41

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

the asserted command expressions could, in theory, be any random set of words or characters, and yet the command would still work. Choosing the words and the arrangement and the organization of those words is where the creativity lies.

102.    My opinions are supported by sworn testimony of both Cisco and Arista. For example, Cisco distinguished engineer and IOS CLI creator Kirk Lougheed testified that as a general matter creating a piece of software is a creative process:[49]

> 24 THE WITNESS: Writing any piece of
> 25 software involves some degree of creativity. It may
> 1 not be at the Shakespearean level, but maybe more
> 2 prosaic. But you actually have to figure out
> 3 something. You have to create something to show how
> 4 stuff is done or to create something to communicate.
> 5 And that's what I was doing was creating something
> 6 to communicate to the customer, to the user of the
> 7 stuff, here is a command expression that will get
> 8 you information, and it's easy enough to understand
> 9 what was being done.

103.    Mr. Lougheed also explained that crafting commands themselves is a creative process and that specific command expressions may change during that process based on the aesthetic sensibilities and subjective judgment of the author:[50]

> 10 Q Did you come up with the phrase "IP
> 11 address"?
> ***
> 3 It became clear that much more—that we
> 4 were becoming a multi-protocol router. We were
> 5 adding other protocols into the box, into the
> 6 software.
> 7 And I had—I value—I value the
> 8 aesthetic of having a symmetric-looking command line
> 9 expression, symmetric hierarchy. It was clear we
> 10 were heading towards a hierarchy.
> 11 So at some point after DECnet and perhaps

---

[49]    Deposition Testimony of Kirk Lougheed Tr. at 338:24-339:9 (Apr. 4, 2016).

[50]    Deposition Testimony of Kirk Lougheed Tr. at 128:10-129:19 (Nov. 20, 2015).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

> 12 a few other protocols to make things look very
> 13 similar, we started prefacing our IP-only commands
> 14 with "IP." And that gave a very—what I thought
> 15 was a very elegant, symmetric, elegant way of
> 16 referring to different protocols within a
> 17 multi-protocol router.
> 18 So that is the history of the "IP address"
> 19 command.

104. Mr. Lougheed provided similar testimony for specific multi-word command expressions as well such as "show ip route,"[51] "show spanning-tree,"[52] "IP routing,"[53] "show hosts,"[54] "clear" hierarchy,[55] and "timers basic RIP."[56]

105. Another Cisco CLI command author, Mr. Abhay Roy, testified similarly. For instance, Mr. Roy testified that the creation of the command "bfd all-interfaces" was the result of looking at a variety of protocols, collectively discussing the best way to express the concept, considering how the command "fits into the bigger … pieces of organization of commands, what makes sense, [and] what is more aesthetically correct" within the framework of the system.[57] Mr. Roy also testified he considered many things when designing commands such as content, features, "what is being asked," and that during the creative process "you start with your best

---

[51] Deposition Testimony of Kirk Lougheed Tr. at 331:6-23 (April 4, 2016).

[52] *Id.* at 337:17-20.

[53] Deposition Testimony of Kirk Lougheed Tr. at 145:3-25 (Nov. 20, 2015).

[54] *Id.* at 168:21-169:16 (testifying that there were other command word options he could have chosen including "computers," "names," "systems," "network systems," "end systems").

[55] *Id.* at 174:5-175:4 ("it seemed aesthetically pleasing to me").

[56] *Id.* at 185:13-186:5.

[57] Roy Deposition Tr. at 24:12-25; 26:2-9 (discussing that command creation involves considering "overall architecture purity"); 45:6-20 (testifying that when creating commands Cisco wanted to make "smart choices" that made sense from an "aesthetic perspective" and from "the alignment and architectural perspective").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

guess," which "may or may not be the best which will eventually have the light of day, but you go with your knowledge and your judgment."[58]

106.    Another Cisco CLI command author, Mr. Devadas Patil, testified that the command creation process is subjective and implicates various considerations that are open to an author's own professional judgment:

- "Well, there is—the—the product owner, which is me, lead developer for the product, comes up with initial proposal, and it is, essentially, reviewed by a group of people that are highly experienced for—for usability and extensibility, and so on, so there are certain criteria that they look—look at, including usability, extensibility, aesthetics, etc."[59]

- "So there's a—there's a—there's a balance between future-proofing and—and verbosity, and—and the more you try to feature proof, the more verbose you can become, so it's more of a subjective column how you design, keeping all of these in mind, yeah."[60]

- "Yeah, so intuitiveness, extensibility, usability, aesthetics are all factors that we considered."[61]

107.    Cisco engineer and CLI author Phillip Remaker's testimony confirms the same. Mr. Remaker testified that commands, *e.g.*, "show inventory," were created at Cisco through a collective discussion with other engineers (sometimes referred to as the Cisco "Parser Police") during which many different word choices were considered:[62]

> 2 Q. In your view, what's creative about the
> 3 command "show inventory"? Strike that.
> 4 What is creative about the command "show
> 5 inventory"?
> 6 MR. NEUKOM: Objection. Calls for a legal
> 7 conclusion and personal opinion. Also off topic.
> 8 THE WITNESS: For this particular command,
> 9 we spent a lot of time in discussion and considered

---

[58]  *Id.* at 47:8-18.

[59]  Patil Deposition Tr. at 161:19-162:1 (Feb. 21, 2016).

[60]  *Id.* at 186:7-11.

[61]  *Id.* at 187:1-9.

[62]  Remaker Deposition Tr. at 114:2-15 (Mar. 31, 2016).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

> 10 a lot of different ideas for how to go about doing
> 11 this command. And because we engaged a number of
> 12 people and spent a lot of serious time thinking
> 13 about the problem and how the customer would
> 14 interact with the command, I think that careful
> 15 consideration could be classified as creativity.

108.    Communications from other Cisco engineers further confirm that the process of command expression creation is a subjective, creative endeavor.  For example:

- Adam Sweeney (formerly of Cisco, now with Arista): ████████████████ ████████████████████████████████████ ████████████████████████████

- Scott Lennartz (Cisco): "It is my belief that any exercise in naming is highly subjective, and there is rarely a 'right' answer . . . ."[64]

109.    This collaborative, creative, expressive process is what ultimately led to the Cisco command syntax of Cisco's IOS CLI and "an aesthetic of the organization of the commands," which includes the "hierarchical notions, the modality, the organization of the commands, and the choices of the words."[65]  And, as Mr. Remaker testified, one of the reasons why Cisco chose to organize commands into hierarchies was to "improve[] the readability of configurations."[66]  In other words:  "Instead of having a single configuration line with a lot of attributes, it makes more sense to have individual lines expressing each individual attribute."[67]

---

[63]  CSI-CLI00608716.

[64]  CSI-CLI00608716.

[65]  Remaker Deposition Tr. at 98:22-99:12 (Mar. 30, 2016).

[66]  *Id.* at 106:25-107:5.

[67]  *Id.* at 107:7-12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

110.    Accordingly, when the architects of Cisco's IOS[68] CLI decided to include a particular set of commands in the platform and to give the commands particular names and associated modes, they chose from a wide range of expressive options.  And that is because a computer can be taught to understand and react to different words and multi-word inputs however the designer wants.  In other words, the inventors of Cisco's IOS CLI commands did not have to include for technical reasons the specific words that are contained in the 500+ asserted command expressions.  They were creative choices.

111.    By way of example, the command "show" is an expression of the idea or concept of displaying a particular configuration status of the device.  There are many different ways to implement that idea and many different ways to even express that idea.  For example, the word "display," "print," "watch," "view," or "info" are equally sufficient ways to express this idea.  Other words such as "steve" or "book" or "phone" would be used just as well—a computer can recognize any combination of letters and numbers.  Indeed, other vendors—such as Huawei—implement a command hierarchy using the command "display" instead of "show."

112.



---

68   Unless otherwise noted, my use of the term "IOS" refers to IOS, IOS-XR, IOS-XE, and NX-OS collectively.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



113.    The copied command hierarchies also contain considerable original expression. The decision to organize Cisco's IOS CLI commands into the designers' chosen hierarchy reflects the original choices of the designers.  As an illustration, a sub-command hierarchy for "show" in Privileged EXEC mode is diagrammed below:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



114.    Through this particular design, the designers were able to convey that a specific set of second words or tokens would follow the initial token, and then a further set, etc.  The hierarchy conveys to a user an aesthetic sense of the set of choices, *i.e.,* what is possible and what is not.  In some cases (*e.g.,* the use of "access-list" as an option under multiple higher level tokens), the hierarchy helps to organize choices into parallel possibilities.

115.    By branching initially on the dimension of "show" and then building out the hierarchy from there, the designers created an organizational structural that is aesthetically pleasing, easy to understand, and easier to remember (based on the subjective belief and professional judgment of Cisco's designers).  A computer can execute the command "show_aaa_method-list" just as easily as it can execute a command called

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

"show_command_ipv6_access-list."  The reason for choosing the organizational structure in the way that Cisco's designers did is so that they would have a unique command structure that Cisco's customers would easily be taught (again, based on the subjective belief and professional judgment of Cisco's designers) and because there was value in "the aesthetic of having a … symmetric hierarchy" that was "elegant."[69]

116.    The decisions to organize Cisco's commands into modes with specific prompts reflects yet another conscious choice of expression.  The command modes that I understand Cisco to be asserting in this case include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration" (collectively, the "asserted command modes").  Rather than placing commands into different modes with unique prompts, the designers could have created a unified command structure without different modes and chosen a single prompt.  Alternatively, Cisco's designers could have used different names for the asserted modes; for example, they could have chosen "ADMIN" instead of "EXEC" or "Secure ADMIN" instead of "Privileged EXEC."  Similarly, "Universal setup" could have been chosen instead of "Global configuration" or "Edge setup" instead of "Interface configuration."  Almost any other word choice could have been selected.

117.    Further evidence that elements of Cisco's IOS CLI are creative is that they are what the user sees, what the user knows, and how the user talks to and interacts with the Cisco device.  The user interface defines the user's experience.  With the right selection of unique, intuitive commands and hierarchies—which Cisco endeavored to create on its own—Cisco built a successful business and became a market leader.  That makes Cisco's IOS CLI distinctive compared to other competitors.

---

[69]    Deposition Testimony of Kirk Lougheed Tr. at 128:10-129:19 (Nov. 20, 2015).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

118.    Moreover, that the commands are not particularly efficient or "perfect" in all respects confirms that they are not functional. ███████████████████████

███████████████████████████████████



119.    Finally, the fact that there are other competitors in the market that implement different CLIs—*e.g.*, Juniper Networks, HP, Brocade, Alcatel-Lucent, and Extreme, among others—with different commands confirms that Cisco's multi-word command expressions are a creative expression. ████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



120. ████████████████████████████████████

_____

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



121.    Accordingly, there is voluminous evidence that the Cisco IOS copyrighted works are Cisco original works including, for example, evidence on a command-by-command basis, showing the author/originator of each command, the earliest known document for each command, the date of earliest known document, the first operating system incorporating each command, and the date of first distribution of each command.[74]

---

[74]    *See* Cisco's Response to Interrogatory No. 16 and Response to Interrogatory No. 19, Exhibit F (and all supplements thereto).

for EOS contains unauthorized reproductions of Cisco's copyrighted command expressions in its Command Reference section, as well in the detailed descriptions of such command expressions.[152]  Similarly, the same Arista manual also contains unauthorized reproductions of Cisco's copyrighted screen displays.[153]

### B.    Cisco's CLI Documentation Compared to Arista's CLI Documentation

155.    I understand that Cisco contends that Arista has copied creative expressions in Cisco's product documents that describe and relate to its CLI.[154]  I agree with Cisco.

156.    To start, I note that Arista's CEO admitted at a technology conference after this lawsuit was filed that Arista copied copyrighted expressions in Cisco's technical documents:

> "The first claim is in the technical-documentation area, and they say that we have copied pieces of their documentation. We have done a thorough review over the weekend, and to the best of our ability we can see that—this is something that is completely unacceptable to me, that less than 1% has been copied. We are taking care of the individual and personnel who's doing it. I own up to that. That's a mistake. I apologize to Cisco for it. We're going to fix it in a week."[155]

157.    

Rev. 2 (CSI-CLI-00000084), Arista Networks EOS User Manual Version 4.14.6M (CSI-CLI-00004616), Arista Networks EOS User Manual Version 4.15.OF - Rev. 2.27  (CSI-CLI-00020575), Arista Networks EOS User Manual Version 4.15.0F (CSI-CLI-00002332), Arista Networks EOS User Manual Version 4.13.6F (CSI-CLI-00016001).

[152]    *See, e.g.*, Exhibit Copying-1.

[153]    *See, e.g.*, Exhibit Copying-3.

[154]    *See* Second Amended Complaint; *see also* Cisco's responses to Interrogatory Nos. 2-4.

[155]    CSI-CLI-00357842 at CSI-CLI-00357849 (emphasis added).

[156]    ████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



158.    I also have confirmed that there are many similarities between Arista's user manuals and Cisco's documents. The Arista user manuals that reflect these similarities include the following:

| Date | Manual | Bates Begin | Bates End |
|---|---|---|---|
| 4/8/2009 | Arista Networks EOS User Manual Version 4.0.1 | CSI-CLI-00007244 | CSI-CLI-00007472 |
| 3/31/2010 | Arista Networks EOS User Manual Version 4.4.0 | CSI-CLI-00007473 | CSI-CLI-00007840 |
| 3/28/2011 | Arista Networks EOS User Manual Version 4.6.2 | CSI-CLI-00006858 | CSI-CLI-00007243 |
| 7/19/2012 | Arista Networks EOS User Manual Version 4.10.0 | CSI-CLI-00007841 | CSI-CLI-00008984 |
| 1/22/2013 | Arista Networks EOS User Manual Version 4.11.1 - Rev. 2 | CSI-CLI-00010517 | CSI-CLI-00011972 |
| 3/1/2013 | Arista Networks EOS User Manual Version 4.11.2.1 | CSI-CLI-00008985 | CSI-CLI-00010516 |
| 9/16/2013 | Arista Networks EOS User Manual Version 4.12.4 | CSI-CLI-00014141 | CSI-CLI-00016000 |
| 4/14/2014 | Arista Networks EOS User Manual Version 4.13.6F | CSI-CLI-00016001 | CSI-CLI-00018140 |
| 6/17/2014 | Arista Networks EOS User Manual Version 4.13.7M | CSI-CLI-00011973 | CSI-CLI-00014140 |
| 10/2/2014 | Arista Networks EOS User Manual Version 4.14.3F - Rev. 2 | CSI-CLI-00018146 | CSI-CLI-00020337 |
| 12/22/2014 | Arista Networks EOS User Manual Version 4.14.5F - Rev. 2 | CSI-CLI-00000084 | CSI-CLI-00002331 |
| 1/19/2015 | Arista Networks EOS User Manual Version 4.14.6M | CSI-CLI-00004616 | CSI-CLI-00006857 |
| 4/2015 | Arista Networks EOS User Manual Version 4.15.OF - Rev. 2.27 | CSI-CLI-00020575 | CSI-CLI-00022852 |
| 4/18/2015 | Arista Networks EOS User Manual Version 4.15.OF | CSI-CLI-00002332 | CSI-CLI-00004615 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

159.    When analyzing Arista's and Cisco's documentation, I observed similarities (in some instances word-for-word matching) as between sentences, paragraphs, the structure and organization of text and figures, and other similarities that—based on my experience analyzing plagiarism—suggests that copying has taken place.

160.    As one example of verbatim matching, and as Cisco alleged in its complaint, Arista's user manuals include unique grammatical errors that existed in Cisco's documentation. For example:[157]



161.    I confirmed these specific passages reside in both Cisco and Arista documents and contain the same words verbatim.  Based on my experience, the likelihood of Arista independently writing these two particular sentences and including the exact same words (28

---

[157]    *See* Second Amended Complaint at ¶ 55; *see also* Cisco IOS Configuration Fundamentals Command Reference at CF-522 (Apr. 2010); CSI-CLI-00016001, Arista 4.13.6F Manual at 380 (Apr. 2014).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

words total) in the exact same order with the exact same anomalous grammatical error is close to zero.

162.    Arista's user manuals also contain identical paragraphs to Cisco's documentation. For example, Arista's description of the "ip extcommunity-list" command contains identical descriptions of the "route target" and "site of origin" attributes, as shown below.

**Route Target Extended Community Attribute**

The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.

**Site of Origin Extended Community Attribute**

The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.

**IP Extended Community-List Configuration Mode**

Named and numbered extended community lists can be configured in IP Extended community-list configuration mode. To enter IP Extended community-list configuration mode, enter the **ip extcommunity-list** command with either the **expanded** or **standard** keyword followed by the extended community list name. This configuration mode supports all of the functions that are available in global configuration mode. In addition, you can perform the following operations:

(CSI-CLI-00408381, Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IRP-118, CSI-CLI-00408502)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

## ip extcommunity-list expanded

The **ip extcommunity-list expanded** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). The command uses regular expressions to name the communities specified by the list.

- **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.

- **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.

(CSI-CLI-00016001, Arista User Manual v. 4.13.6F (4/14/2014), at 1540)

163.    The only difference between these two examples is that Arista chose to use bullet points instead of sub-headings and then incorporated the attribute name for route target and site of origin into the introductory sentences instead of using them as sub-headings (as in Cisco's documentation).  Otherwise, the selections are identical.

164.    As another example, Arista's description of the "extended community" attributes in its user manual is identical to Cisco's.  Indeed, the only difference is that Arista chose to remove the words "are used to" and add "BGP" to the beginning of the sentence:

**Usage Guidelines**    Extended community attributes are used to configure, filter, and identify routes for virtual routing and forwarding instances (VRFs) and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).

The **match extcommunity** command is used to configure match clauses that use extended community attributes in route maps. All of the standard rules of match and set clauses apply to the configuration of extended community attributes.

(CSI-CLI-00261229, Cisco IOS IP Routing: EIGRP Command Reference (2011), at 92, CSI-CLI-00261326)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

BGP extended communities configure, filter, and identify routes for virtual routing, forwarding instances (VRFs), and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).

Extended community clauses provide route target and site of origin parameter options:

(CSI-CLI-00016001, Arista User Manual v. 4.13.6F (4/14/2014), at 1502)

165.     Arista's user manuals also include similar structural elements that are virtually identical to Cisco's documentation, such as the re-produced output for the "show port-security" command (shown below).  Not only the text is virtually identical, but that Arista's table is structured and formatted in the same way with the same number of columns (five) arranged in the same order as Cisco's table:

<u>Command Examples</u>    This example shows the output from the **show port-security** command when you do not enter any options:

```
Router# show port-security
Secure Port    MaxSecureAddr  CurrentAddr   SecurityViolation  Security
Action
                  (Count)       (Count)        (Count)
-----------------------------------------------------------------------
          Fa5/1        11           11             0          Shutdown
          Fa5/5        15            5             0          Restrict
          Fa5/11        5            4             0          Protect
-----------------------------------------------------------------------
```

(CSI-CLI-00261229 - CSI-CLI-00261480, Cisco IOS IP Routing: EIGRP Command Reference (2011), at 92, CSI-CLI-00261326)

**Example**

- These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.

```
switch(config)#interface ethernet 7
switch(config-if-Et7)#switchport port-security
switch(config-if-Et7)#switchport port-security maximum 2
switch(config-if-Et7)#exit
switch(config)#mac address-table static 0034.24c2.9f11 vlan 10 interface ethernet 7
switch(config)#mac address-table static 4464.942d.17ce vlan 10 interface ethernet 7
switch(config)#clear mac address-table dynamic interface ethernet 7
switch(config)#show port-security
Secure Port    MaxSecureAddr  CurrentAddr   SecurityViolation  Security Action
                  (Count)       (Count)        (Count)
-----------------------------------------------------------------------
          Et7          2            2             0          Shutdown
-----------------------------------------------------------------------
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

(CSI-CLI-00016001, Arista User Manual v. 4.13.6F (4/14/2014), at 624)

166.     Another example of strikingly similar structure arrangements—coupled with nearly verbatim word matching—exists in the description of security levels, Arista and Cisco list the same number/name for various severity levels with identical descriptions of each level:

| *severity-level* | (Optional) The number or name of the desired severity level at which messages should be logged. Messages at or numerically lower than the specified level are logged. Severity levels are as follows (enter the number or the keyword):<br><br>[0 \| **emergencies**] —System is unusable<br><br>[1 \| **alerts**]—Immediate action needed<br><br>[2 \| **critical**]—Critical conditions<br><br>[3 \| **errors**]—Error conditions<br><br>[4 \| **warnings**]—Warning conditions<br><br>[5 \| **notifications**]—Normal but significant conditions<br><br>[6 \| **informational**]—Informational messages<br><br>[7 \| **debugging**]—Debugging messages |
| --- | --- |

(CSI-CLI-00291602, Cisco IOS Cisco Networking Services Command Reference (2013), at 91)

- *CONDITION*     Specifies condition level. Options include:
  — <no parameter>    Specifies default condition level.
  — **severity** *<condition-level>*     Name of the severity level at which messages should be logged.

    Valid *condition-level* options include:
    ✸  **0 or emergencies**    System is unusable
    ✸  **1 or alerts**   Immediate action needed
    ✸  **2 or critical**   Critical conditions
    ✸  **3 or errors**   Error conditions
    ✸  **4 or warnings**   Warning conditions
    ✸  **5 or notifications**   Normal but significant conditions
    ✸  **6 or informational**   Informational messages
    ✸  **7 or debugging**   Debugging messages

(CSI-CLI-00018146, Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 155)

167.     I have attached Exhibit Copying-1 that sets forth additional instances of similarities found between Arista's user manuals and Cisco's copyrighted documentation.  As

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

shown above and in Exhibit Copying-1, Arista's manuals track Cisco's copyrighted documents word-for-word in many places and/or they include nearly identical sentences and structural elements, such as tables and lists.  As discussed below, Arista's manuals also copy examples of Cisco's screen outputs, and Arista also copied those outputs into EOS.

### C.     Cisco's CLI Command Expressions Compared to Arista's CLI Command Expressions

168.    I understand that Cisco has asserted that Arista copied over 500 specific multi-word command expressions that are elements of the Cisco IOS copyrighted works.

169.    Arista does not dispute that its products and documentation such as product manuals use these multi-word command expressions.[158]  For example, Arista admitted such use in its answer to Cisco's original complaint:[159]

> 53.    Arista admits that it uses the IOS command expressions included in Exhibit 1 to Cisco's Complaint.  Arista denies any remaining allegations of paragraph 53.

170.    ██████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████     ██████████████

---

[158] ██████████████████████████████████████████████████████
███████████

[159] Arista's Answer to the Complaint (Dkt. 36) at ¶ 53.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



171.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



172.    I have inspected the Cisco asserted command expressions and various Arista EOS products and documents and have confirmed that the asserted command expressions appear in an identical (or very similar) form in Arista's EOS.   I have attached Exhibit Copying-2 that documents each instance of Arista's copying of Cisco's asserted command expressions.  My analysis and opinions apply to all versions of Arista's EOS from the date a command was first incorporated into Arista's EOS and related-manuals to the present (unless otherwise noted), 

173.    To further confirm Arista's use of the copied multi-word command expressions, I inputted commands into working versions of Arista's switch running EOS made available by Arista in this litigation at its lawyers' office.  I also tested and inspected an Arista DCS-7048T-4S device running EOS 4.4.0 into which I also inputted multi-word command expressions.

174.    When I input the commands, the Arista switch running EOS provided an output or response (not an error message) with the same look and feel as if I had inputted the commands into a Cisco device, which tells me that the multi-word command expressions are used in Arista's EOS in precisely the same way as they are in Cisco's IOS, and that a user would have a hard time knowing they were using an Arista switch instead of a Cisco switch.  A log confirming my testing is provided as Exhibit Copying-7.  The log confirms that EOS understands and knows how to respond to each of the commands, and that they are an integral part of EOS, including the CLI program with which the user interacts.   I reserve the right to—and expect that as part of my trial testimony I will—demonstrate additional testing at trial, whether that be live or via video.

175.    I do note that some of the multi-word command expressions Arista copied could not be run on the Arista switch in the limited environment provided by Arista.  For certain commands to provide outputs, a live network environment is required to be set up and configured.  During my inspections, however, the switches that Arista provided were not connected to a network or configured by Arista to simulate a live networking environment.  Accordingly, my testing of commands that require a configured network was limited by the set up provided by Arista.  Those limitations do not, however, impact my opinions, as I was able to

confirm through documentations and Arista's interrogatory responses that the commands expressions were and are implemented in EOS.[160]

176.    I further note that nothing about network device hardware demands that manufacturers like Arista follow the particular structure and organization of the asserted command expressions that Arista has implemented.   Nor are the multi-word command expression structures dictated by any external factors, such as industry standards (as discussed in more detail below).  As discussed above, in designing a command structure, engineers are free to select a design that which reflects their creative, subjective views on how computer programs should be implemented.  This was true when Cisco first designed its CLI, and it is equally true now.   Arista avoided this labor-intensive process by adopting Cisco's established command structure.

### D.    Cisco's CLI Command Modes And Prompts Compared to Arista's Command Modes And Prompts

177.    Exhibit C to Cisco's Second Supplemental Response to Interrogatory No. 2 identifies certain command modes and associated prompts that were created by Cisco and that Cisco alleges were copied by Arista.  Cisco alleges that Arista's use of these command modes and prompts extends to interface-, feature-, protocol- and other more specific command modes and sub-modes, with associated prompts.

178.    I independently verified the information in Exhibit C and agree with Cisco that Arista, in fact, uses these same command modes and prompts.

---

[160]    *See* CSI-CLI-00007244, CSI-CLI-00007473, CSI-CLI-00006858, CSI-CLI-00007841, CSI-CLI-00010517, CSI-CLI-00008985, CSI-CLI-00014141, CSI-CLI-00016001, CSI-CLI-00011973, CSI-CLI-00018146, CSI-CLI-00000084, CSI-CLI-00004616, CSI-CLI-00020575, CSI-CLI-00002332; ██████ ███████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

179.    To start, I note that Arista does not dispute that it uses the command modes and prompts that Cisco has accused it of copying, as it has admitted such use in its answer to Cisco's complaint:[161]

> 54.    Arista admits that it uses the command modes and prompts identified under the subheading "Arista EOS Command Modes" in paragraph 54.  Arista denies any remaining allegations of paragraph 54.

180.    Arista's user manuals further confirm that across all versions of EOS, Arista has used the asserted command modes and prompts.[162]  For example:[163]

---

[161]    Arista's Answer to the Second Amended Complaint (Dkt. 65) at ¶ 54.

[162]    Arista Networks EOS User Manual Version 4.4.0 (CSI-CLI-00007473), Arista Networks EOS User Manual Version 4.0.1 (CSI-CLI-00007244), Arista Networks EOS User Manual Version 4.6.2 (CSI-CLI-00006858), Arista Networks EOS User Manual Version 4.10.0 (CSI-CLI-00007841), Arista Networks EOS User Manual Version 4.11.1 - Rev. 2 (CSI-CLI-00010517), Arista Networks EOS User Manual Version 4.11.2.1 (CSI-CLI-00008985), Arista Networks EOS User Manual Version 4.12.4 (CSI-CLI-00014141), Arista Networks EOS User Manual Version 4.13.7M (CSI-CLI-00011973), Arista Networks EOS User Manual Version 4.14.3F - Rev. 2 (CSI-CLI-00018146), Arista Networks EOS User Manual Version 4.14.5F - Rev. 2 (CSI-CLI-00000084), Arista Networks EOS User Manual Version 4.14.6M (CSI-CLI-00004616), Arista Networks EOS User Manual Version 4.15.OF - Rev. 2.27  (CSI-CLI-00020575), Arista Networks EOS User Manual Version 4.15.0F (CSI-CLI-00002332), Arista Networks EOS User Manual Version 4.13.6F (CSI-CLI-00016001).

[163]    CSI-CLI-00018146 at -264.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

Chapter 3   Command-Line Interface                                    Command Modes

## 3.4    Command Modes

Command modes define the user interface state. Each mode is associated with commands that perform a specific set of network configuration and monitoring tasks.

- Section 3.4.1: Mode Types lists the available modes.
- Section 3.4.2: Navigating Through Command Modes lists mode entry and exit commands.
- Section 3.4.3: Command Mode Hierarchy describes the mode structure.
- Section 3.4.4: Group-Change Configuration Modes describes editing aspects of these modes.

### 3.4.1   Mode Types

The switch includes these command modes:

- **EXEC:** EXEC mode commands display system information, perform basic tests, connect to remote devices, and change terminal settings. When logging into EOS, you enter EXEC mode.

  EXEC mode prompt: `switch>`

- **Privileged EXEC:** Privileged EXEC mode commands configure operating and global parameters. The list of Privileged EXEC commands is a superset of the EXEC command set. You can configure EOS to require password access to enter Privileged EXEC from EXEC mode.

  Privileged EXEC mode prompt: `switch#`

- **Global Configuration:** Global Configuration mode commands configure features that affect the entire system, such as system time or the switch name.

  Global Configuration mode prompt: `switch(config)#`

- **Interface Configuration:** Interface configuration mode commands configure or enable Ethernet, VLAN, and Port-Channel interface features.

  Interface Configuration mode prompt: `switch(config-if-Et24)#`

- *Protocol specific mode:* Protocol specific mode commands modify global protocol settings. Protocol specific mode examples include **ACL Configuration** and **Router BGP Configuration**.

  The prompt indicates the active command mode. For example, the Router BGP command prompt is `switch(config-router-bgp)#`

181.    I further confirmed that Arista's EOS uses these commands and prompts through my own testing of three Arista switches. For each of the switches, I logged into the switch using the admin account. This account provides "EXEC" mode access. I then changed modes to "Privileged EXEC" mode by typing "enable" or "en." I note that on the switches I tested there was not a separate enable password. I also tested entering the "Global Configuration" mode by typing "configure" or "config" and entered in exemplary interfaces to enter the "Interface Configuration" mode. In each instance, the modes and the commands available in each mode were consistent with the manuals and documentation I reviewed.

182.    It is evident from analyzing the modes and prompts that they are very similar if not identical to Cisco's modes and prompts. The following table illustrates the similarities:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

| Cisco Command Mode | Cisco Prompt | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt |
|---|---|---|---|
| User EXEC | router> | EXEC | switch> |
| Privileged  EXEC | router# | Privileged EXEC | switch# |
| Global Configuration | router(config)# | Global Configuration | switch(config)# |
| Interface Configuration | router(config-if)# | Interface Configuration | switch(config-if)# |
| User EXEC | switch> | EXEC | switch> |
| Privileged EXEC | switch# | Privileged EXEC | switch# |
| EXEC | switch# | Privileged EXEC | switch# |
| Global Configuration | switch(config)# | Global Configuration | switch(config)# |
| Interface Configuration | switch(config-if)# | Interface Configuration | switch(config-if)# |

183.    With respect to the modes, six out of eight modes are word-for-word identical.

With respect to the three modes that are not verbatim copies, there is nevertheless 50% overlap

between Arista's modes and Cisco's modes.  The difference arises because Arista chose to use

the mode "EXEC" instead of "User EXEC" (*i.e.*, dropping the single word "User") and

"Privileged EXEC" instead of "EXEC" switches (*i.e.*, adding a single word "Privileged").

184.    With respect to the prompts, the switch-related prompts are identical across five

prompts.   There are no differences.  And when I compared Cisco's router prompts to Arista's

switching prompts, I note that the overall structures are the same.  The only difference is that

Arista uses the term "switch" instead of "router".

185.    My analysis and conclusions apply to all versions of EOS accused in this case.

My review of the materials in this case (including Arista's user manuals) shows that these modes

and prompts have been used in every version of EOS accused in this case.  *See* Exhibit Copying-

4.

**E.    Cisco's CLI Command Hierarchy Compared to Arista's CLI Command Hierarchy**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

186.    I understand that Cisco contends that Arista copied the following command

hierarchies as well:

- "aaa" command hierarchy
- "bgp" command hierarchy
- "clear" command hierarchy
- "dot1x" command hierarchy
- "ip" command hierarchy
- "ipv6" command hierarchy
- "neighbor" command hierarchy
- "show" command hierarchy
- "snmp-server" command hierarchy
- "spanning-tree" command hierarchy
- "vrrp" command hierarchy

187.    The command hierarchies in Amended Exhibit D1-D26 to Cisco's interrogatory

responses contain Cisco's copyrighted command expressions that Arista copied in whole or in

part by Arista.  I have independently verified their contents and accuracy.  I also have performed

testing on Cisco and Arista devices through which I confirmed the information in Amended

Exhibits D1-D26.

188.    The hierarchies contained in Amended Exhibits D1-D26 identify multi-word

command expressions.  The hierarchies themselves are specific organizational and structural

elements of Cisco's copyrighted works.   The hierarchies are creative constructs that help a

user's thought process when interacting with a network device.  The hierarchies can be expressed

visually by tree structures, for example, one "ip" hierarchy can be expressed as follows:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



(D26 – NX-OS 6.2)

And a "show" hierarchy can be expressed as follows:



(D13 – IOS 15.4)

189.    Each command hierarchy is associated with a configuration mode (*e.g.*, the "enable" EXEC command in EOS and IOS).  What that means is that the command hierarchy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

can only be used and accessed in that specific configuration mode.  Associating modes with hierarchies adds an additional layer to the organization and structure of the CLI.

190.    Based on my review of the documents, testimony, switches, and programs, it is my opinion that Arista uses the same or similar multi-word commands, with the same or similar multi-word syntaxes, organized into the same or similar hierarchies, and associated with the same or similar modes that are in Cisco's copyrighted works.   These hierarchies are contained in Cisco's and Arista's respective product documentation and programs.[164]  In my opinion, Arista's copying also is shown by its reproduction and use of the individual command expression in the same modes as the commands are located in Cisco's copyrighted works.

191.    The following lists shows select examples of Arista's copying of hierarchies and sub-hierarchies contained in Cisco's copyrighted works:[165]

| | |
|---|---|
| "aaa" command hierarchy, including the following exemplary multiword command(s) within the "aa group server" sub-hierarchy: | "aaa group server radius"<br>"aaa group server tacacs+" |
| "bgp" command hierarchy, including the following exemplary multiword command(s) within that hierarchy: | "bgp client-to-client reflection"<br>"bgp confederation identifier" |
| "clear" command hierarchy, including the following exemplary multiword command(s) within the "clear ip" sub-hierarchy: | "clear ip igmp group"<br>"clear ip nat translation" |
| "dot1x" command hierarchy, including the following exemplary multiword command(s) | "dot1x max-reauth-req" |
| "ip" command hierarchy, including the following exemplary multi-word command(s) within that hierarchy: | "ip as-path access-list" |
| "ip dhcp" sub-hierarchy, including the following exemplary multi-word command(s): | "ip dhcp snooping" |
| "ip igmp" sub-hierarchy, including the following exemplary multi-word command(s): | "ip igmp last-member-query-count" |

---

[164]   CSI-CLI-00007473, CSI-CLI-00007244, CSI-CLI-00006858, CSI-CLI-00007841, CSI-CLI-00010517, CSI-CLI-00008985, CSI-CLI-00014141, CSI-CLI-00011973, CSI-CLI-00018146, CSI-CLI-00000084, CSI-CLI-00004616, CSI-CLI-00020575, CSI-CLI-00002332, CSI-CLI-00016001.

[165]   *See* Cisco's Second Amended Complaint.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

| | |
|---|---|
| | "ip igmp static-group" |
| "ip msdp" sub-hierarchy, including the following exemplary multi-word command(s): | "ip msdp sa-filter in" |
| "ip ospf" sub-hierarchy, including the following exemplary multi-word command(s): | "ip ospf shutdown"<br><br>"ip ospf transmit-delay" |
| "ip pim" sub-hierarchy, including the following exemplary multi-word command(s): | "ip pim dr-priority"<br>"ip pim query-interval" |
| "ipv6" command hierarchy, including "ipv6 nd" sub-hierarchy, including the following exemplary multi-word command(s): | "ipv6 nd managed-config-flag"<br>"ipv6 nd ns-interval" |
| "ipv6 ospf" sub-hierarchy, including the following exemplary multi-word command(s): | "ipv6 ospf cost" |
| "neighbor" command hierarchy, including the following exemplary multi-word command(s): | "neighbor ebgp-multihop"<br>"neighbor route-reflector-client" |
| "show" command hierarchy, including the following exemplary multiword command(s)[166]: | "show aaa method-lists" |
| "show interfaces" sub-hierarchy, including the following exemplary multi-word command(s): | "show interfaces private-vlan mapping"<br>"show ip" sub-hierarchy (at least 50 matches), including: |
| "show ip bgp" sub-hierarchy (at least 8 matches), including the following exemplary multi-word command(s): | "show ip bgp regexp"<br>"show ip mroute" |
| "show ipv6" sub-hierarchy, including "show ipv6 ospf" sub-hierarchy, including the following exemplary multi-word command(s): | "show ipv6 ospf border-routers"<br>"show ipv6 route" sub-hierarchy |
| "snmp-server" command hierarchy (at least 12 matches), including the following exemplary multi-word command(s): | "snmp-server location" |
| "spanning-tree" command hierarchy, including the following exemplary multi-word command(s): | "spanning-tree bpduguard" |
| "vrrp" command hierarchy (at least 10 matches), including the following exemplary multiword command(s): | "vrrp timers advertise" |

---

[166] ███████████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

192.    Additional examples that compare Cisco's command hierarchies illustrated visually in a tree structure compared to Arista's use of those same hierarchies in their documents are shown below:

Example 1: "aaa" hierarchy



(D1, IOS Release 11.0)

**AAA Configuration** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  **aaa accounting.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
  aaa authentication enable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
  **aaa authentication login.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107

(CSI-CLI-00007850, EOS 4.10.0)

Example 2: "show" hierarchy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



(D1, IOS Release 11.0)

show ip access-lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 470

████████████ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 471

show storm-control. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 472

(CSI-CLl-00007850, EOS 4.10.0)

Example 3: another "show" hierarchy



(D1, IOS Release 11.0)

show privilege . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

show ntp associations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184
show ntp status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185

(CSI-CLl-00007850, EOS 4.10.0)

Example 4: "bgp" hierarchy



(D1, IOS Release 11.0)

**Border Gateway Protocol** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1543**
address-family . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1564
aggregate-address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1565
bgp client-to-client reflection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1567
bgp cluster-id . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1568
bgp confederation identifer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1569
bgp confederation peers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1570
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1571
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1573
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1574
bgp log neighbor changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1575
bgp redistribute-internal (BGP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1576

(CSI-CLI-00018146, EOS 4.14.3F)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

193.     Because the evidence of Arista's use of Cisco's command hierarchies is voluminous, I have summarized the similarities in Exhibit Copying-5, which is incorporated here by reference.

### F.     Cisco's CLI Command Responses Compared to Arista's CLI Command Responses

194.     As explained above, another aspect of Cisco's CLI is the textual, screen output generated by the CLI as feedback when the user inputs a particular command.  Cisco contends that in many instances, Arista provides output displays in EOS that are similar if not identical to the displays in Cisco's CLI.  I agree that there are very close similarities between the screen outputs in Cisco's CLI and Arista's CLI.  In some instance, in fact, it is almost impossible for a user to tell if they are using a Cisco device or an Arista device—the similarities are that close.

195.     To start, as I noted above in my summary of the direct evidence of Arista's copying,



---



197.    This literal copying of text in the screen outputs is evident throughout Arista's EOS.  For example, Cisco's Exhibit E to its interrogatory response provides a listing of command responses from Cisco's copyrighted works that Cisco's claims are identical or similar in by Arista's EOS CLI.  In addition, I understand that Cisco contends that Arista has copied the non-literal elements of Cisco's command responses, including their structure, sequence and organization as also shown in Exhibit E.

198.    I have independently confirmed that the examples shown in Exhibit E exist in Arista's product documentation, and I agree that Arista's outputs are identical or similar to Cisco's.

199.    For example, Cisco's CLI implements a command called "show snmp" which displays the following output (show in Cisco's product documentation):[168]

```
Examples        The following is sample output from the show snmp command:

Router# show snmp
Chassis: 121210B3
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output
    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
    SNMP Trap Queue: 0 dropped due to resource failure.
```

_____

[168]   CSI-CLI-00327842, Cisco IOS 15.4, Cisco IOS SNMP Support Command Reference at 83, CSI-CLI-00327934 (2013).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

200.    Arista's EOS also implements the "show snmp" multiword command expression and generates a similar screen, as shown below (in Arista's product documentation):[169]

```
Example
  • This command configures xyz-1234 as the chassis-ID string, then displays the result.
      switch(config)#snmp-server chassis-id xyz-1234
      switch(config)#show snmp
          Chassis: xyz-1234                              <---chassis ID

      8 SNMP packets input
          0 Bad SNMP version errors
          0 Unknown community name
          0 Illegal operation for community name supplied
          0 Encoding errors
          8 Number of requested variables
          0 Number of altered variables
          4 Get-request PDUs
          4 Get-next PDUs
          0 Set-request PDUs
     21 SNMP packets output
          0 Too big errors
          0 No such name errors
          0 Bad value errors
          0 General errors
          8 Response PDUs
          0 Trap PDUs
      SNMP logging: enabled
          Logging to taccon.162
      SNMP agent enabled
      switch(config)#
```

201.    Based on my analysis, Arista's exemplary output is similar to Cisco's display for the "show snmp" command not only with respect to the text and structure but also with respect to the sequence in which these lines would appear to a user.

202.    There also is evidence of similarities between the Cisco and Arista interactive "help" screens.  In response to the "help" command, both Cisco's and Arista's operating systems display the following text (which was originally created by Cisco in version 9.21 of IOS):

---

[169]   CSI-CLI-00018146, Arista User Manual v. 4.14.3F (Rev. 2) at 1967-68, CSI-CLI-00020112-13 (Oct. 2, 2014).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
Switch>help
Help may be requested at any point in a command by entering
a question mark '?'.  If nothing matches, the help list will
be empty and you must backup until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)
```

(Cisco's Help Screen[170])

```
localhost#help
Help may be requested at any point in a command by entering
a question mark '?'.  If nothing matches, the help list will
be empty and you must backup until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)

localhost#
```

(Arista's Identical Help Screen in EOS 4.4.0[171])

203.  ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████[172]  What this also evidences is that Arista copied text from Cisco's documentation into

its EOS, which another form of copying.

---

[170]  *See* Exhibit Copying-7; *see also* CSI-CLI-00540145 at CSI-CLI-00540184.

[171]  *See* Exhibit Copying-7; ████████████████████████████████
████████████████████████████████

[172]  ████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

204.    I also have conducted testing on operational Cisco and Arista switches to confirm the similarities in the outputs that the documentation shows.  In short, I have confirmed that there are numerous outputs that are similar or identical as between Cisco's IOS and Arista's EOS when running on a Cisco or Arista switch.  Exemplary screen shots showing similar outputs are provided below.

205.    One of the commands I tested was the "show ip route" command.  Because none of the switches had any significant configuration information entered for them and because none of the switches were connected to other switches or routers there was no substantive information that could be displayed for the "show ip route" command.  However, consistent with what was described in the respective manuals, a key was displayed for the type of information that would be displayed if any of the switches had been further configured.  The displayed information for the Cisco 4948E is as follows:

```
Switch#show ip route
Codes: C - connected, S - static, R - RIP, M - mobile, B - BGP
       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
       E1 - OSPF external type 1, E2 - OSPF external type 2
       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
       ia - IS-IS inter area, * - candidate default, U - per-user static route
       o - ODR, P - periodic downloaded static route

Gateway of last resort is not set
```

206.    The version information for the Arista 7010T is as follows:

```
localhost#show ip route
Codes: C - connected, S - static, K - kernel,
       O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,
       E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,
       N2 - OSPF NSSA external type2, B I - iBGP, B E - eBGP,
       R - RIP, I - ISIS, A B - BGP Aggregate, A O - OSPF Summary,
       NG - Nexthop Group Static Route

Gateway of last resort is not set
```

207.    The version information for the Arista 7554 is as follows:

```
localhost(s1)#show ip route
Codes: C - connected, S - static, K - kernel,
       O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,
       E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
        N2 - OSPF NSSA external type2, B I - iBGP, B E - eBGP,
        R - RIP, I - ISIS, A B - BGP Aggregate, A O - OSPF Summary,
        NG - Nexthop Group Static Route

Gateway of last resort is not set


! IP routing not enabled
```

208.    In the next example, I entered some basic configuration information for the

Simple Network Management Protocol (SNMP).  The configuration example was taken from an

Arista manual, but it does the same thing regardless of whether the switch is a Cisco switch or an

Arista switch.  Configuring the switch in this way allowed me to display basic statistics about

SNMP.  Again, because none of the switches were connected to other switches, there were no

values that had been collected.  Also of note, in order to configure the SNMP server on any one

of the switches I had to be in global configuration mode.  I entered the global configuration mode

the same way on each switch—by typing "en" for enable and then "config" to enter global

configuration.  The displayed information for the Cisco 4948E is as follows:

```
Switch>en
Switch#config
Configuring from terminal, memory, or network [terminal]?
Enter configuration commands, one per line.  End with CNTL/Z.
Switch(config)#snmp-server user tech-1 tech-sup v3
Switch(config)#exit
Switch#show snmp
Chassis: CAT1552S66E
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output
    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP global trap: disabled
SNMP agent enabled
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
SNMP logging: disabled
```

209.   The show snmp for the Arista 7010T is as follows:

```
localhost#config
localhost(config)#snmp-server user tech-1 tech-sup v3
localhost(config)#exit
localhost#show snmp
Chassis: HSH16130550
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
0 SNMP packets output
    0 Too big errors
    0 No such name errors
    0 Bad value errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
Access Control
    0 Users
    1 Groups
    0 Views
SNMP logging: disabled
SNMP agent enabled in VRFs: default
1 warnings
! Group "tech-sup" of user "tech-1" is not configured
```

210.   The show snmp for the Arista 7554 is as follows:

```
localhost(s1)>en
localhost(s1)#config
localhost(s1)(config)#snmp-server user tech-1 tech-sup v3
localhost(s1)(config)#exit
localhost(s1)#show snmp
Chassis: HSH14525015
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
0 SNMP packets output
    0 Too big errors
    0 No such name errors
    0 Bad value errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
Access Control
    0 Users
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
   1 Groups
   0 Views
SNMP logging: disabled
SNMP agent enabled in VRFs: default
1 warnings
! Group "tech-sup" of user "tech-1" is not configured
```

211.    The next example looks at the Internet Group Management Protocol (IGMP), a protocol used to support multicast group membership registration.  IGMP is considered a "snooping" protocol because switches are traditionally Layer 2 devices, but IGMP snooping requires looking at Layer 3 packets.  With the "show ip igmp snooping" command, statistics about IGMP snooping are displayed.  The displayed information for the Cisco 4948E is as follows:

```
Switch#show ip igmp snooping
Global IGMP Snooping configuration:
-----------------------------------------
IGMP snooping                : Enabled
IGMPv3 snooping              : Enabled
Report suppression           : Enabled
TCN solicit query            : Disabled
TCN flood query count        : 2
Last Member Query Interval   : 1000


Vlan 1:
---------
IGMP snooping                     : Enabled
CAPWAP enabled                    : Disabled
IGMPv2 immediate leave            : Disabled
Explicit host tracking            : Enabled
Multicast router learning mode    : pim-dvmrp
CGMP interoperability mode        : IGMP_ONLY
Last Member Query Interval        : 1000
```

212.    The show ip igmp snooping for the Arista 7010T is as follows:

```
localhost#show ip igmp snooping
    Global IGMP Snooping configuration:
-----------------------------------------
IGMP snooping                : Enabled
Robustness variable          : 2
Report flooding              : Disabled


Vlan 1 :
----------
IGMP snooping                 : Enabled
IGMPv2 immediate leave        : Enabled
Multicast router learning mode : pim-dvmrp
IGMP max group limit          : No limit set
Recent attempt to exceed limit : No
Report flooding               : Disabled
IGMP snooping pruning active  : False
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
Flooding traffic to VLAN       : True
```

213.  The show ip igmp snooping for the Arista 7554 is as follows:

```
localhost(s1)#show ip igmp snooping
Global IGMP Snooping configuration:
-------------------------------------------
IGMP snooping                  : Enabled
Robustness variable            : 2
Report flooding                : Disabled


Vlan 1 :
----------
IGMP snooping                  : Enabled
IGMPv2 immediate leave         : Enabled
Multicast router learning mode : pim-dvmrp
IGMP max group limit           : No limit set
Recent attempt to exceed limit : No
Report flooding                : Disabled
IGMP snooping pruning active   : False
Flooding traffic to VLAN       : True
```

214.  The next command is used to show a wide range of information about the

interfaces on the switch.  The displayed information for the Cisco 4948E is as follows:

```
Switch#show interfaces FastEthernet 1
FastEthernet1 is down, line protocol is down
  Hardware is Fast Ethernet for out of band management, address is c464.1342.efbf (bia
c464.1342.efbf)
  Internet address is 10.1.1.35/24
  MTU 1500 bytes, BW 100000 Kbit, DLY 100 usec,
     reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  Unknown duplex, Unknown Speed, 100BaseTX/FX
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output never, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
     0 packets input, 0 bytes
     Received 0 broadcasts (0 IP multicasts)
     0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 watchdog
     0 input packets with dribble condition detected
     0 packets output, 0 bytes, 0 underruns
     0 output errors, 0 collisions, 2 interface resets
     0 babbles, 0 late collision, 0 deferred
     0 lost carrier, 0 no carrier
     0 output buffer failures, 0 output buffers swapped out
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

215.    The show interfaces information for the Arista 7010T is as follows:

```
localhost#show interface ethernet 1
Ethernet1 is down, line protocol is down (notconnect)
  Hardware is Ethernet, address is 444c.a88f.f7fa (bia 444c.a88f.f7fa)
  Ethernet MTU 9214 bytes
  Auto-duplex, Auto-speed, auto negotiation: on, uni-link: unknown
  Down 35 seconds
  2 link status changes since last clear
  Last clearing of "show interface" counters never
  5 minutes input rate 0 bps (- with framing overhead), 0 packets/sec
  5 minutes output rate 0 bps (- with framing overhead), 0 packets/sec
     0 packets input, 0 bytes
     Received 0 broadcasts, 0 multicast
     0 runts, 0 giants
     0 input errors, 0 CRC, 0 alignment, 0 symbol, 0 input discards
     0 PAUSE input
     0 packets output, 0 bytes
     Sent 0 broadcasts, 0 multicast
     0 output errors, 0 collisions
     0 late collision, 0 deferred, 0 output discards
     0 PAUSE output
```

216.    The show interfaces information for the Arista 7554 is as follows:

```
localhost(s1)#show interfaces Ethernet 3/1/1
Ethernet3/1/1 is down, line protocol is down (notconnect)
  Hardware is Ethernet, address is 0000.0000.0000 (bia 001c.7348.6dac)
  Ethernet MTU 9214 bytes
  Unconfigured, Unconfigured, auto negotiation: off, uni-link: unknown
  0 link status changes since last clear
  Last clearing of "show interface" counters never
  5 minutes input rate 0 bps (- with framing overhead), 0 packets/sec
  5 minutes output rate 0 bps (- with framing overhead), 0 packets/sec
     0 packets input, 0 bytes
     Received 0 broadcasts, 0 multicast
     0 runts, 0 giants
     0 input errors, 0 CRC, 0 alignment, 0 symbol, 0 input discards
     0 PAUSE input
     0 packets output, 0 bytes
     Sent 0 broadcasts, 0 multicast
     0 output errors, 0 collisions
     0 late collision, 0 deferred, 0 output discards
     0 PAUSE output
```

217.    The summary of my logs and analysis in summarized in Exhibit Copying-7, which is attached hereto and incorporated by reference.

218.    Because the evidence of Arista's copying Cisco's outputs is voluminous, I have summarized the similarities in Exhibit Copying-3, which is incorporated here by reference.

112

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

219. ███████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

██████████████████████ ███████████████ .[174]



---



[173] ████████████████

[174] ██████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

220. ██████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████

221.    Lastly, Arista's copying of the help screen displays extends to the description of various command expressions (also known as "helpdesc").  For instance, in both Cisco's CLI and Arista's CLI, users can type "?" to generate context sensitive help, including a list of available commands and descriptions thereof.  Arista has copied numerous examples of Cisco's help descriptions that a user would see and these were also copied into Arista's programs.  An exemplary list of the help descriptions that are similar or identical as between Cisco and IOS are listed in Exhibit Copying-6.  A summary of the help descriptions is provided below in my analysis of the evidence of Arista's program copying, which is incorporated here by reference.

### G.    Cisco Programs Compared to the Arista Programs

222.    I have personally reviewed and inspected both Arista's EOS programs and Cisco's IOS programs made available in this litigation.  As part of that inspection, I have analyzed the structure and organization of the programs, as well as specific lines of code relating to the CLIs and parsers, among other relevant sections.

223. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████  ████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

# Kevin C. Almeroth

Professor, Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
(805)636-1123 (office)
(805)893-8553 (fax)
almeroth@cs.ucsb.edu (email)
http://www.cs.ucsb.edu/~almeroth (WWW URL)

## Education

**Ph.D.**      June 1997 *Georgia Institute of Technology*  Computer Science

*Dissertation Title*: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems

*Minor*: Telecommunications Public Policy

**M.S.**      June 1994 *Georgia Institute of Technology*  Computer Science

*Specialization*: Networking and Systems

**B.S.**      June 1992 *Georgia Institute of Technology*  Information and Computer Science
**(high honors)**      *Minors*: Economics, Technical Communication, American Literature

## Employment History

| | | |
|---|---|---|
| Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 2005 -- present |
| Associate Dean | College of Engineering University of California Santa Barbara, CA | Mar 2007 -- Aug 2009 |
| Vice Chair | Department of Computer Science University of California Santa Barbara, CA | Jul 2000 -- Nov 2005 |
| Associate Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 2001 -- Jun 2005 |
| Assistant Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 1997 -- Jun 2001 |

| | | |
|---|---|---|
| Graduate Researcher | Broadband Telecommunications Center<br>Georgia Center for Adv Telecom Tech<br>Atlanta, GA | Sep 1996--Jun 1997 |
| Graduate Intern | IBM<br>T.J. Watson Research Labs<br>Hawthorne, NY | Jun 1995--Sep 1995 |
| Support Specialist | Office of Information Technology<br>Georgia Institute of Technology<br>Atlanta, GA | Sep 1995--Jun 1997 |
| Research Assistant | College of Computing<br>Georgia Institute of Technology<br>Atlanta, GA | Jan 1994--Mar 1994 |
| Graduate Intern | Hitachi Telecommunications<br>Norcross, GA | Jun 1992--Sep 1992 |

## Industry Technical Advising

| | | |
|---|---|---|
| Board of Directors | The New Media Studio<br>Santa Barbara, CA | Nov 2006 --<br>present |
| Co-Founder &<br>Chairman of the Board | Santa Barbara Labs, LLC<br>Santa Barbara, CA | Sep 2007 --<br>Dec 2009 |
| Board of Advisors | Techknowledge Point<br>Santa Barbara, CA | May 2001 --<br>Dec 2007 |
| Technical Advisory Board | Occam Networks, Inc.<br>Santa Barbara, CA | May 2000 --<br>Dec 2010 |
| Board of Advisors | Airplay Inc.<br>San Francisco, CA | Jun 2005 --<br>Aug 2009 |
| Consultant | Lockheed Martin Corporation<br>San Jose, CA | Nov 1999 --<br>Jun 2009 |
| Board of Advisors | Santa Barbara Technology Group<br>Santa Barbara, CA | Sep 2000 --<br>Dec 2004 |
| Board of Directors | Virtual Bandwidth, Inc.<br>Santa Barbara, CA | Nov 2000 --<br>Jun 2001 |
| Board of Advisors &<br>Affiliated Scientist | Digital Fountain<br>San Francisco, CA | Jan 2000 --<br>Dec 2001 |
| Senior Technologist | IP Multicast Initiative, Stardust Forums<br>Campbell, CA | Jun 1998 --<br>Dec 2000 |

## I. Teaching

## A. Courses Taught

| | | |
|---|---|---|
| CS 176A | Intro to Computer Communication Networks | Fall 1997, Fall 1998, Fall 2002, Fall 2003, Fall 2004, Spring 2005, Spring 2006, Spring 2007, Spring 2008, Fall 2008, Fall 2009, Fall 2010, Fall 2011, Fall 2012, Fall 2013, Fall 2014 |
| CS 176B | Network Computing | Winter 2000, Winter 2001, Winter 2002, Winter 2012, Winter 2014, Winter 2015 |
| MAT 201B | Media Networks and Services | Fall 1999, Fall 2000, Fall 2001, Fall 2003 |
| CS 276 | Distributed Computing and Computer Networks | Winter 1999, Spring 2000, Fall 2002, Fall 2005 |
| CS 290I | Networking for Multimedia Systems | Winter 1998, Spring 1999, Fall 2004, Winter 2010 |
| CS 595N | Technology and Society | Winter 2005, Fall 2005, Spring 2006, Fall 2006, Spring 2007, Fall 2007, Spring 2008, Fall 2008, Spring 2009 |
| CS 595N | Economic Systems Seminar | Winter 2004, Spring 2004, Winter 2005, Spring 2005 |
| CS 595N | Networking Seminar | Winter 1999, Fall 1999, Winter 2003 |
| CS 595N | Wireless Networking & Multimedia Seminar | Fall 2000 |
| CS 595I | Systems Design and Implementation Seminar | Fall 1999, Fall 2000, Winter 2001, Spring 2001, Winter 2002, Spring 2002 |

## B. Other Teaching Experience

- *The Evolution of Advanced Networking Services: From the ARPAnet to Internet2*, Instructor, Summer 2001. Short course taught at Escuela de Ciencias Informatica (ECI) sponsored by the Universidad de Buenos Aires.

- *Johns Hopkins Center for Talented Youth*, Instructor, Summer 1994. CTY is a program to teach gifted high school students the fundamentals of computer science.

- *Georgia Institute of Technology*, Graduate Teaching Assistant, Sep 1994--Sep 1996. Worked as a TA for 12 quarters teaching 7 different courses (4 undergraduate and 3 graduate).

## C. Ph.D. Students Advised [14 graduated]

14. Daniel Havey
    Research Area: *Throughput and Delay on the Packet Switched Internet*
    Date Graduated: Winter 2015
    First Position: Microsoft
13. Lara Deek (co-advised with E. Belding)
    Research Area: *Resource-Efficient Wireless Systems for Emerging Wireless Networks*
    Date Graduated: Summer 2014
    First Position: Post Doc, UIUC
12. Mike Wittie

Research Area: *Towards Sustained Scalability of Communication Networks*
Date Graduated: Summer 2011
First Position: Assistant Professor, Montana State University

11. Allan Knight
Research Area: *Supporting Integration of Educational Technologies and Research of Their Effects on Learning*
Date Graduated: Summer 2009
First Position: Research Scientist, Citrix Online

10. Hangjin Zhang
Research Area: *Towards Blended Learning: Educational Technology to Improve and Assess Teaching and Learning*
Date Graduated: Spring 2009
First Position: Microsoft

9. Gayatri Swamynathan
Dissertation Title: *Towards Reliable Reputations for Distributed Applications*
Date Graduated: Spring 2008
First Position: Zynga

8. Amit Jardosh (co-advised with E. Belding)
Dissertation Title: *Adaptive Large-Scale Wireles Networks: Measurements, Protocol Designs, and Simulation Studies*
Date Graduated: Fall 2007
First Position: Yahoo!

7. Khaled Harras
Dissertation Title: *Protocol and Architectural Challenges in Delay and Disruption Tolerant Networks*
Date Graduated: Summer 2007
First Position: Assistant Professor, Carnegie Mellon University

6. Krishna Ramachandran (co-advised with E. Belding)
Dissertation Title: *Design, Deployment, and Management of High-Capacity Wireless Mesh Networks*
Date Graduated: Winter 2006
First Position: Research Scientist, Citrix Online

5. Robert Chalmers
Dissertation Title: *Improving Device Mobility with Intelligence at the Network Edge*
Date Graduated: Summer 2004
First Position: President and CEO, Limbo.net

4. Prashant Rajvaidya
Dissertation Title: *Achieving Robust and Secure Deployment of Multicast*
Date Graduated: Spring 2004
First Position: President and CTO, Mosaic Networking

3. Sami Rollins
Dissertation Title: *Overcoming Resource Constraints to Enable Content Exchange Applications in Next-Generation Environments*
Date Graduated: Spring 2003
First Position: Assistant Professor, Mount Holyoke College

2. Srinivasan Jagannathan
Dissertation Title: *Multicast Tree-Based Congestion Control and Topology Management*
Date Graduated: Spring 2003
First Position: Consultant, Kelly & Associates

1. Kamil Sarac
Dissertation Title: *Supporting a Robust Multicast Service in the Global Infrastructure*
Date Graduated: Spring 2002
First Position: Assistant Professor, UT-Dallas

## D. M.S. Students Advised (Thesis/Project Option) [19 graduated and 1 current]

20. Greg Parsons
    Research Area: *Drone-Based Mesh Networks*
    Date Started: Fall 2014
19. Neer Shey
    Research Area: *Analyzing Content Distribution Through Opportunistic Contact for Smart Cellular Phones*
    Date Graduated: Spring 2010
18. Camilla Fiorese
    Research Area: *Analysis of a Pure Rate-Based Congestion Control Algorithm*
    Date Graduated: Summer 2009
17. Brian Weiner
    Research Area: *Multi-Socket TCP: A Simple Approach to Improve Performance of Real-Time Applications over TCP*
    Date Graduated: Fall 2007
16. Avijit Sen Mazumder
    Research Area: *Facilitating Robust Multicast Group Management*
    Date Graduated: Fall 2005
15. Rishi Matthew
    Thesis Title: *Providing Seamless Access to Multimedia Content on Heterogeneous Platforms*
    Date Graduated: Summer 2004
14. Camden Ho
    Research Area: *Tools and Techniques for Wireless Network Management*
    Date Graduated: Spring 2004
13. Amit Jardosh (co-advised with E. Belding)
    Research Area: *Realistic Environment Models for Mobile Network Evaluation*
    Date Graduated: Spring 2004
12. Nitin Solanki
    Research Area: *SongWand: A Wireless Barcode Scanner Using Bluetooth Technology*
    Date Graduated: Winter 2004
11. Vrishali Wagle (co-advised with E. Belding)
    Research Area: *An Ontology-Based Service Discovery Mechanism*
    Date Graduated: Winter 2004
10. Uday Mohan
    Thesis Title: *Scalable Service Discovery in Mobile Ad hoc Networks*
    Date Graduated: Spring 2003
9. Krishna Ramachandran
    Thesis Title: *Ubiquitous Multicast*
    Date Graduated: Spring 2003
8. John Slonaker
    Thesis Title: *Inductive Loop Signature Acquisition Techniques*
    Date Graduated: Spring 2002
7. Mohammad Battah
    Thesis Title: *Dedicated Short-Range Communications Intelligent Transportation Systems Protocol (DSRC-ITS)*
    Date Graduated: Spring 2002
6. Kevin Vogel
    Thesis Title: *Integrating E-Commerce Applications into Existing Business Infrastructures*
    Date Graduated: Spring 2001
5. Sami Rollins
    Thesis Title: *Audio XmL: Aural Interaction with XML Documents*
    Date Graduated: Winter 2000
4. Andy Davis

Thesis Title: *Stream Scheduling for Data Servers in a Scalable Interactive TV System*
Date Graduated: Spring 1999
3. David Makofske
Thesis Title: *MHealth: A Real-Time Graphical Multicast Monitoring Tool*
Date Graduated: Winter 1999
2. Prashant Rajvaidya
Thesis Title: *MANTRA: Router-Based Monitoring and Analysis of Multicast Traffic*
Date Graduated: Winter 1999
1. Alex DeCastro (co-advised with Yuan-Fang Wang)
Thesis Title: *Web-Based Collaborative 3D Modeling*
Date Graduated: Winter 1998

## E. Teaching Awards

2006-2007 UCSB Academic Senate Distinguished Teaching Award
2004-2005 Computer Science Outstanding Faculty Member
2000-2001 UCSB Spotlight on Excellence Award
1999-2000 Computer Science Outstanding Faculty Member (co-recipient)
1998-1999 Computer Science Outstanding Faculty Member (co-recipient)
1997-1998 Computer Science Outstanding Faculty Member

# II. Research

## A. Journal Papers, Magazine Articles, Books, and Book Chapters

62. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "A Practical Framework for 802.11 MIMO Rate Adaptation," Computer Networks, vol. 83, num. 6, pp. 332-348, June 2015.

61. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "Intelligent Channel Bonding in 802.11n WLANs," IEEE Transactions on Mobile Computing, vol. 13, num. 6, pp. 1242-1255, June 2014.

60. H. Zhang and K. Almeroth, "Alternatives for Monitoring and Limiting Network Access to Students in Network-Connected Classrooms," Journal of Interactive Learning Research (JILR), vol. 24, num. 3, pp. 237-265, July 2013.

59. M. Tavakolifard and K. Almeroth, "A Taxonomy to Express Open Challenges in Trust and Reputation Systems," Journal of Communications, vol. 7, num. 7, pp. 538-551, July 2012.

58. M. Tavakolifard and K. Almeroth, "Social Computing: An Intersection of Recommender Systems, Trust/Reputation Systems, and Social Networks," IEEE Network, vol. 26, num. 4, pp. 53-58, July/August 2012.

57. M. Tavakolifard, K. Almeroth, and P. Ozturk, "Subjectivity Handling of Ratings for Trust and Reputation Systems: An Abductive Reasoning Approach," International Journal of Digital Content Technology and its Applications (JDCTA), vol. 5, num. 11, pp. 359-377, November 2011.

56. R. Raghavendra, P. Acharya, E. Belding and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," Wireless Communications and Mobile Computing (WCMC) Journal, vol. 11, num. 8, pp. 1182-1196, August 2011.

55. A. Knight and K. Almeroth, "Automatic Plagiarism Detection with PAIRwise 2.0," Journal of Interactive Learning Research (JILR), vol. 22, num. 3, pp. 379-400, July 2011.

54. V. Kone, M. Zheleva, M. Wittie, B. Zhao, E. Belding, H. Zheng, and K. Almeroth, "AirLab: Consistency, Fidelity and Privacy in Wireless Measurements," ACM Computer Communications Review, vol. 41, num. 1, pp. 60-65, January 2011.

53. G. Swamynathan, K. Almeroth, and B. Zhao, "The Design of a Reliable Reputation System," Electronic Commerce Research Journal, vol. 10, num. 3-4, pp. 239-270, December 2010.

52. P. Acharya, A. Sharma, E. Belding, K. Almeroth and K. Papagiannaki, "Rate Adaptation in Congested Wireless Networks through Real-Time Measurements," IEEE Transactions on Mobile Computing, vol. 9, num. 11, pp. 1535-1550, November 2010.

51. R. Raghavendra, E. Belding, K. Papagiannaki, and K. Almeroth, "Unwanted Link Layer Traffic in Large IEEE 802.11 Wireless Networks," IEEE Transactions on Mobile Computing, vol. 9, num. 9, pp. 1212-1225, September 2010.

50. H. Zhang and K. Almeroth, "Moodog: Tracking Student Activity in Online Course Management Systems," Journal of Interactive Learning Research (JILR), vol. 21, num. 3, pp. 407-429, July 2010.

49. R. Chertov and K. Almeroth, "Qualitative Comparison of Link Shaping Techniques," International Journal of Communication Networks and Distributed Systems, vol. 5, num. 1/2, pp. 109-129, July 2010.

48. A. Knight and K. Almeroth, "Fast Caption Alignment for Automatic Indexing of Audio," International Journal of Multimedia Data Engineering and Management, vol. 1, num. 2, pp. 1-17, April-June 2010.

47. K. Harras and K. Almeroth, "Scheduling Messengers in Disconnected Clustered Mobile Networks," Ad Hoc & Sensor Wireless Networks, vol. 9, num. 3-4, pp. 275-304, March-April 2010.

46. A. Jardosh, K. Papagiannaki, E. Belding, K. Almeroth, G. Iannaccone, and B. Vinnakota, "Green WLANs: On-Demand WLAN Infrastructures," ACM Journal on Mobile Networks and Applications (MONET), vol. 14, num. 6, pp. 798-814, December 2009.

45. M. Wittie, K. Harras, K. Almeroth, and E. Belding, "On the Implications of Routing Metric Staleness in Delay Tolerant Networks," Computer Communications Special Issue on Delay and Disruption Tolerant Networking, vol. 32, num. 16, pp. 1699-1709, October 2009.

44. K. Harras, L. Deek, C. Holman, and K. Almeroth, "DBS-IC: An Adaptive Data Bundling System for Intermittent Connectivity," Computer Communications Special Issue on Delay and Disruption Tolerant Networking, vol. 32, num. 16, pp. 1687-1698, October 2009.

43. S. Karpinski, E. Belding, K. Almeroth, and J. Gilbert, "Linear Representations of Network Traffic," ACM Journal on Mobile Networks and Applications (MONET), vol. 14, num. 4, pp. 368-386, August 2009.

42. K. Harras and K. Almeroth, "Controlled Flooding in Disconnected Sparse Mobile Networks," Wireless Communications and Mobile Computing (WCMC) Journal, vol. 9, num. 1, pp. 21-33, January 2009.

41. R. Mayer, A. Stull, K. DeLeeuw, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, A. Knight, and H. Zhang, "Clickers in College Classrooms: Fostering Learning with Questioning Methods in Large Lecture Classes," Contemporary Educational Psychology, vol. 34, num. 1, pp. 51-57, January 2009.

40. A. Knight, K. Almeroth, and B. Bimber, "Design, Implementation and Deployment of PAIRwise," Journal of Interactive Learning Research (JILR), vol. 19, num. 3, pp. 489-508, July 2008.

39. A. Garyfalos and K. Almeroth, "Coupons: A Multilevel Incentive Scheme for Information Dissemination in Mobile

Networks," IEEE Transactions on Mobile Computing, vol. 7, num. 6, pp. 792-804, June 2008.

38. I. Sheriff, K. Ramachandran, E. Belding, and K. Almeroth, "A Multi-Radio 802.11 Mesh Network Architecture," ACM Journal on Mobile Networks and Applications (MONET), vol. 13, num. 1-2, pp. 132-146, April 2008.

37. M. Bulger, R. Mayer, K. Almeroth, and S. Blau, "Measuring Learner Engagement in Computer-Equipped College Classrooms," Journal of Educational Multimedia and Hypermedia, vol. 17, num. 2, pp. 129-143, April 2008.

36. G. Swamynathan, B. Zhao, and K. Almeroth, "Exploring the Feasibility of Proactive Reputations," Concurrency and Computation: Practice and Experience, vol. 20, num. 2, pp. 155-166, February 2008.

35. G. Swamynathan, B. Zhao, K. Almeroth, and H. Zheng, "Globally Decoupled Reputations for Large Distributed Networks," Advances in Multimedia, vol. 2007, pp. 1-14, 2007.

34. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Overestimation Bias in Self-reported SAT Scores," Educational Psychology Review, vol. 19, num. 4, pp. 443-454, December 2007.

33. P. Namburi, K. Sarac and K. Almeroth, "Practical Utilities for Monitoring Multicast Service Availability," Computer Communications Special Issue on Monitoring and Measurement of IP Networks, vol. 29, num. 10, pp. 1675-1686, June 2006.

32. R. Chalmers, G. Krishnamurthi and K. Almeroth, "Enabling Intelligent Handovers in Heterogeneous Wireless Networks," ACM Journal on Mobile Networks and Applications (MONET), vol. 11, num. 2, pp. 215-227, April 2006.

31. H. Lundgren, K. Ramachandran, E. Belding, K. Almeroth, M. Benny, A. Hewatt, A. Touma and A. Jardosh, "Experience from the Design, Deployment and Usage of the UCSB MeshNet Testbed," IEEE Wireless Communications, vol. 13, num. 2, pp. 18-29, April 2006.

30. R. Mayer, K. Almeroth, B. Bimber, D. Chun, A. Knight and A. Campbell, "Technology Comes to College: Understanding the Cognitive Consequences of Infusing Technology in College Classrooms," Educational Technology, vol. 46, num. 2, pp. 48-53, March-April 2006.

29. A. Garyfalos and K. Almeroth, "A Flexible Overlay Architecture for Mobile IPv6 Multicast," Journal on Selected Areas in Communications (JSAC) Special Issue on Wireless Overlay Networks Based on Mobile IPv6, vol. 23, num. 11, pp. 2194-2205, November 2005.

28. K. Sarac and K. Almeroth, "Monitoring IP Multicast in the Internet: Recent Advances and Ongoing Challenges," IEEE Communications, vol. 43, num. 10, pp. 85-91, October 2005.

27. K. Sarac and K. Almeroth, "Application Layer Reachability Monitoring for IP Multicast," Computer Networks, vol. 48, num. 2, pp. 195-213, June 2005.

26. A. Jardosh, E. Belding, K. Almeroth and S. Suri, "Real-world Environment Models for Mobile Network Evaluation," Journal on Selected Areas in Communications Special Issue on Wireless Ad hoc Networks, vol. 23, num. 3, pp. 622-632, March 2005.

25. S. Rollins and K. Almeroth, "Evaluating Performance Tradeoffs in a One-to-Many Peer Content Distribution Architecture," Journal of Internet Technology, vol. 5, num. 4, pp. 373-387, Fall 2004.

24. K. Sarac and K. Almeroth, "Tracetree: A Scalable Mechanism to Discover Multicast Tree Topologies in the Network," IEEE/ACM Transactions on Networking, vol. 12, num. 5, pp. 795-808, October 2004.

23. K. Sarac and K. Almeroth, "A Distributed Approach for Monitoring Multicast Service Availability," Journal of Network and Systems Management, vol. 12, num. 3, pp. 327-348, September 2004.

22. P. Rajvaidya, K. Ramachandran and K. Almeroth, "Managing and Securing the Global Multicast Infrastructure," Journal of Network and Systems Management, vol. 12, num. 3, pp. 297-326, September 2004.

21. P. Rajvaidya and K. Almeroth, "Multicast Routing Instabilities," IEEE Internet Computing, vol. 8, num. 5, pp. 42-49, September/October 2004.

20. D. Johnson, R. Patton, B. Bimber, K. Almeroth and G. Michaels, "Technology and Plagiarism in the University: Brief Report of a Trial in Detecting Cheating," Association for the Advancement of Computing in Education (AACE) Journal, vol. 12, num. 3, pp. 281-299, Summer 2004.

19. R. Chalmers and K. Almeroth, "A Security Architecture for Mobility-Related Services," Journal of Wireless Personal Communications, vol 29, num. 3, pp. 247-261, June 2004.

18. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Pricing for Content in the Internet," Computer Communications, vol. 27, num. 6, pp. 522-528, April 2004.

17. S. Rollins and K. Almeroth, "Lessons Learned Deploying a Digital Classroom," Journal of Interactive Learning Research (JILR), vol. 15, num. 2, pp. 169-185, April 2004.

16. S. Jagannathan and K. Almeroth, "A Dynamic Pricing Scheme for E-Content at Multiple Levels-of-Service," Computer Communications, vol. 27, num. 4, pp. 374-385, March 2004.

15. K. Almeroth, "Using Satellite Links in the Delivery of Terrestrial Multicast Traffic," Internetworking and Computing over Satellites, Kluwer Academic Publishers, 2003.

14. R. Chalmers and K. Almeroth, "On the Topology of Multicast Trees," IEEE/ACM Transactions on Networking, vol. 11, num. 1, pp. 153-165, January 2003.

13. S. Jagannathan, J. Nayak, K. Almeroth, and M. Hofmann, "On Pricing Algorithms for Batched Content Delivery Systems," Electronic Commerce Research and Applications Journal, vol. 1, num. 3-4, pp. 264-280, Fall 2002.

12. D. Makofske and K. Almeroth, "Multicast Sockets: Practical Guide for Programmers," *Morgan Kaufmann Publishers*, November 2002.

11. S. Jagannathan and K. Almeroth, "Price Issues in Delivering E-Content On-Demand," ACM Sigecom Exchanges, vol. 3, num. 2, pp. 18-27, May 2002.

10. D. Makofske and K. Almeroth, "From Television to Internet Video-on-Demand: Techniques and Tools for VCR-Style Interactivity," Software: Practice and Experience, vol. 31, num. 8, pp. 781-801, July 2001.

9. K. Sarac and K. Almeroth, "Supporting Multicast Deployment Efforts: A Survey of Tools for Multicast Monitoring," Journal on High Speed Networking, Special Issue on Management of Multimedia Networking, vol. 9, num. 3/4, pp. 191-211, March 2001.

8. K. Almeroth, "Adaptive, Workload-Dependent Scheduling for Large-Scale Content Delivery Systems," Transactions on Circuits and Systems for Video Technology, *Special Issue on Streaming Video*, vol. 11, num. 3, pp. 426-439, March 2001.

7. D. Makofske and K. Almeroth, "Real-Time Multicast Tree Visualization and Monitoring," Software: Practice and Experience, vol. 30, num. 9, pp. 1047-1065, July 2000.

6. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of WWW Pages," Electronic Commerce Technology Trends: Challenges and Opportunities, IBM Press, February 2000.

5. K. Almeroth, "The Evolution of Multicast: From the MBone to Inter-Domain Multicast to Internet2 Deployment," IEEE Network Special Issue on Multicasting, vol. 10, num. 1, pp. 10-20, January/February 2000.

4. K. Almeroth and M. Ammar, "An Alternative Paradigm for Scalable On-Demand Applications: Evaluating and Deploying the Interactive Multimedia Jukebox," IEEE Transactions on Knowledge and Data Engineering Special Issue on Web Technologies, vol. 11, num. 4, pp 658-672, July/August 1999.

3. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video," Computer Networks and ISDN Systems, vol. 30, no. 1, April 1998.

2. K. Almeroth and M. Ammar, "Multicast Group Behavior in the Internet's Multicast Backbone (MBone)," IEEE Communications, vol. 35, no. 6, pp. 124-129, June 1997.

1. K. Almeroth and M. Ammar, "On the Use of Multicast Delivery to Provide a Scalable and Interactive Video-on-Demand Service," Journal on Selected Areas of Communication (JSAC), vol. 14, no. 6, pp. 1110-1122, August 1996.

## B. Conference Papers with Proceedings (refereed)

89. D. Havey and K. Almeroth, "Active Sense Queue Management (ASQM)," *IFIP Networking Conference*, Toulouse, FRANCE, May 2015.

88. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "Joint Rate and Channel Width Adaptation in 802.11 MIMO Wireless Networks," IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON), New Orleans, LA, USA, June 2013.

87. D. Havey and K. Almeroth, "Fast Wireless Protocol: A Network Stack Design for Wireless Transmission," *IFIP Networking Conference*, Brooklyn, New York, USA, May 2013.

86. M. Tavakolifard, J. Gulla, K. Almeroth, J. Ingvaldsen, G. Nygreen, and E. Berg, "Tailored News in the Palm of Your HAND: A Multi-Perspective Transparent Approach to News Recommendation," *Demo Track at the International World Wide Web Conference (WWW)*, Rio de Janeiro, BRAZIL, May 2013.

85. S. Patterson, M. Wittie, K. Almeroth, and B. Bamieh, "Network Optimization with Dynamic Demands and Link Prices," *Allerton Conference*, Monticello, Illinois, USA, October 2012.

84. D. Havey, R. Chertov, and K. Almeroth, "Receiver Driven Rate Adaptation," *ACM Multimedia Systems Conference (MMSys)*, Chapel Hill, North Carolina, USA, February 2012.

83. M. Tavakolifard and K. Almeroth, "Trust 2.0: Who to Believe in the Flood of Online Data?" *International Conference on Computing, Networking and Communications (ICNC)*, Maui, Hawaii, USA, January 2012.

82. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "The Impact of Channel Bonding on 802.11n Network Management," *ACM CoNEXT*, Tokyo, JAPAN, December 2011.

81. L. Deek, X. Zhou, K. Almeroth, and H. Zheng, "To Preempt or Not: Tackling Bid and Time-based Cheating in Online Spectrum Auctions," *IEEE Infocom*, Shanghai, CHINA, April 2011.

80. M. Wittie, V. Pejovic, L. Deek, K. Almeroth, and B. Zhao, "Exploiting Locality of Interest in Online Social Networks," *ACM CoNEXT*, Philadelphia, Pennsylvania, USA, November 2010.

79. R. Chertov and K. Almeroth, "Using BGP in a Satellite-Based Challenged Network Environment," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, Boston, Massachusetts, USA, June 2010.

78. R. Chertov, D. Havey and K. Almeroth, "MSET: A Mobility Satellite Emulation Testbed," *IEEE Infocom*, San Diego, California, USA, March 2010.

77. B. Stone-Gross, A. Moser, C. Kruegel, E. Kirda, and K. Almeroth, "FIRE: FInding Rogue nEtworks," *Annual Computer Security Applications Conference (ACSAC)*, Honolulu, Hawaii, USA, December 2009.

76. M. Wittie, K. Almeroth, E. Belding, I. Rimac, and V. Hilt, "Internet Service in Developing Regions Through Network Coding," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, Rome, ITALY, June 2009.

75. R. Chertov and K. Almeroth, "High-Fidelity Link Shaping," *International Conference on Testbeds and Research Infrastructures for the Development of Networks and Communities (TRIDENTCOM)*, Washington DC, USA, April 2009.

74. L. Deek, K. Almeroth, M. Wittie, and K. Harras, "Exploiting Parallel Networks Using Dynamic Channel Scheduling," *International Wireless Internet Conference (WICON)*, Maui, Hawaii, USA, November 2008.

73. D. Havey, E. Barlas, R. Chertov, K. Almeroth, and E. Belding, "A Satellite Mobility Model for QUALNET Network Simulations," *IEEE Military Communications Conference (MILCOM)*, San Diego, California, USA, November 2008.

72. J. Kayfetz and K. Almeroth, "Creating Innovative Writing Instruction for Computer Science Graduate Students," *ASEE/IEEE Frontiers in Education (FIE) Conference*, Saratoga Springs, New York, USA, October 2008.

71. G. Swamynathan, B. Zhao, K. Almeroth, and S. Rao, "Towards Reliable Reputations for Dynamic Networked Systems," *IEEE International Symposium on Reliable Distributed Systems (SRDS)*, Napoli, ITALY, October 2008.

70. B. Stone-Gross, D. Sigal, R. Cohn, J. Morse, K. Almeroth, and C. Krugel, "VeriKey: A Dynamic Certificate Verification System for Public Key Exchanges," *Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA)*, Paris, FRANCE, July 2008.

69. P. Acharya, A. Sharma, E. Belding, K. Almeroth, K. Papagiannaki, "Congestion-Aware Rate Adaptation in Wireless Networks: A Measurement-Driven Approach," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, San Francisco, California, USA, June 2008.

68. A. Jardosh, P. Suwannatat, T. Hollerer, E. Belding, and K. Almeroth, "SCUBA: Focus and Context for Real-time Mesh Network Health Diagnosis," *Passive and Active Measurement Conference (PAM)*, Cleveland, Ohio, USA, April 2008.

67. B. Stone-Gross, C. Wilson, K. Almeroth, E. Belding, H. Zheng, K. Papagiannaki, "Malware in IEEE 802.11 Wireless Networks," *Passive and Active Measurement Conference (PAM)*, Cleveland, Ohio, USA, April 2008.

66. R. Raghavendra, E. Belding, K. Papagiannaki, and K. Almeroth, "Understanding Handoffs in Large IEEE 802.11 Wireless Networks," *Internet Measurement Conference (IMC)*, San Diego, California, USA, October 2007.

65. M. Wittie, B. Stone-Gross, K. Almeroth and E. Belding, "MIST: Cellular Data Network Measurement for Mobile Applications," *IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

64. S. Karpinski, E. Belding, K. Almeroth, "Wireless Traffic: The Failure of CBR Modeling," *IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

63. A. Knight, K. Almeroth, H. Zhang, R. Mayer, and K. DeLeeuw, "Data Cafe: A Dining Car Approach to Educational Research Data Management and Distribution," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA, June 2007.

62. H. Zhang, K. Almeroth, A. Knight, M. Bulger, and R. Mayer, "Moodog: Tracking Students' Online Learning Activities," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*,

Vancouver, CANADA, June 2007.

61. M. Bulger, K. Almeroth, R. Mayer, D. Chun, A. Knight, H. Collins, "Effects of Instructor Engagement on Student Use of a Course Management System," Assocation for Psychological Science (APS) Annual Conference, Washington DC, USA, May 2007.

60. R. Mayer, A. Stull, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, Allan Knight, and H. Zhang, "Using Technology-Based Methods to Foster Learning in Large Lecture Classes: Evidence for the Pedagogic Value of Clickers," *American Educational Research Association (AERA) Annual Conference*, Chicago, Illinois, USA, April 2007.

59. K. Ramachandran, I. Sheriff, E. Belding, and K. Almeroth, "Routing Stability in Static Wireless Mesh Networks," *Passive and Active Measurement Conference (PAM)*, Louvain-la-neuve, BELGIUM, April 2007.

58. G. Swamynathan, T. Close, S. Banerjee, R. McGeer, B. Zhao, and K. Almeroth, "Scalable Access Control For Web Services," *International Conference on Creating, Connecting and Collaborating through Computing (C5)*, Kyoto, JAPAN, January 2007.

57. A. Knight, M. Bulger, K. Almeroth, and H. Zhang, "Is Learning Really a Phone Call Away? Knowledge Transfer in Mobile Learning," *World Conference on Mobile Learning (mLearn)*, Banff, Alberta, CANADA, October 2006.

56. J. Kurian, K. Sarac, and K. Almeroth, "Defending Network-Based Services Against Denial of Service Attacks," *International Conference on Computer Communication and Networks (IC3N)*, Arlington, Virginia, USA, October 2006.

55. A. Jardosh, K. Sanzgiri, E. Belding and K. Almeroth, "IQU: Practical Queue-Based User Association Management for WLANs--Case Studies, Architecture, and Implementation," ACM Mobicom, Marina del Rey, California, USA, September 2006.

54. C. Holman, K. Harras, and K. Almeroth, "A Proactive Data Bundling System for Intermittent Mobile Connections," IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON), Reston, Virginia, USA, September 2006.

53. G. Banks, M. Cova, V. Felmetsger, K. Almeroth, R. Kemmerer and G. Vigna, "SNOOZE: toward a Stateful NetwOrk prOtocol fuzZEr," *Information Security Conference (ISC)*, Samos Island, GREECE, September 2006.

52. K. Harras and K. Almeroth, "Inter-Regional Messenger Scheduling in Delay Tolerant Mobile Networks," *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM)*, Niagara Falls, New York, USA, June 2006.

51. M. Bulger, R. Mayer, and K. Almeroth, "Engaged By Design: Using Simulation to Promote Active Learning," **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

50. A. Knight, K. Almeroth, R. Mayer, D. Chun, and B. Bimber, "Observations and Recommendations for Using Technology to Extend Interaction," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

49. H. Zhang, and K. Almeroth, "A Simple Classroom Network Access Control System," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

48. K. Harras and K. Almeroth, "Transport Layer Issues in Delay Tolerant Mobile Networks," *IFIP Networking Conference*, Coimbra, PORTUGAL, May 2006.

47. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Some Shortcomings of Soliciting Students' Self-Reported SAT Scores," *American Educational Research Association (AERA)*

*Conference*, San Francisco, California, USA, April 2006.

46. K. Ramachandran, E. Belding, K. Almeroth, and M. Buddhikot, "Interference-Aware Channel Assignment in Multi-Radio Wireless Mesh Networks," *IEEE Infocom*, Barcelona, SPAIN, April 2006.

45. A. Jardosh, K. Ramachandran, K. Almeroth, and E. Belding, "Understanding Congestion in IEEE 802.11b Wireless Networks," *ACM/USENIX Internet Measurement Conference (IMC)*, Berkeley, California, USA, October 2005.

44. H. Zhang, K. Almeroth and M. Bulger, "An Activity Monitoring System to Support Classroom Research," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Montreal, Quebec, CANADA, pp. 1444-1449, June 2005.

43. Z. Xiang, H. Zhang, J. Huang, S. Song and K. Almeroth, "A Hidden Environment Model for Constructing Indoor Radio Maps," *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM)*, Taormina, ITALY, June 2005.

42. K. Harras, K. Almeroth and E. Belding, "Delay Tolerant Mobile Networks (DTMNs): Controlled Flooding in Sparse Mobile Networks," *IFIP Networking Conference*, Waterloo, Ontario, CANADA, May 2005.

41. A. Garyfalos and K. Almeroth, "Coupons: Wide Scale Information Distribution for Wireless Ad Hoc Networks," *IEEE Global Telecommunications Conference (Globecom) Global Internet and Next Generation Networks Symposium*, Dallas, Texas, USA, pp. 1655-1659, December 2004.

40. A. Knight and K. Almeroth, "DeCAF: A Digital Classroom Application Framework," *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

39. P. Namburi, K. Sarac and K. Almeroth, "SSM-Ping: A Ping Utility for Source Specific Multicast," *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

38. K. Ramachandran, E. Belding and K. Almeroth, "DAMON: A Distributed Architecture for Monitoring Multi-hop Mobile Networks," *IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON)*, Santa Clara, California, USA, October 2004.

37. A. Garyfalos and K. Almeroth, "Coupon Based Incentive Systems and the Implications of Equilibrium Theory," *IEEE Conference on Electronic Commerce (CEC)*, San Diego, California, USA, pp. 213-220, July 2004.

36. A. Knight, K. Almeroth and B. Bimber, "An Automated System for Plagiarism Detection Using the Internet," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 3619-3625, June 2004.

35. H. Zhang and K. Almeroth, "Supplement to Distance Learning: Design for a Remote TA Support System," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 2821-2830, June 2004.

34. U. Mohan, K. Almeroth and E. Belding, "Scalable Service Discovery in Mobile Ad hoc Networks," *IFIP Networking Conference*, Athens, Greece, pp. 137-149, May 2004.

33. V. Thanedar, K. Almeroth and E. Belding, "A Lightweight Content Replication Scheme for Mobile Ad hoc Environments," *IFIP Networking Conference*, Athens, Greece, pp. 125-136, May 2004.

32. R. Chalmers and K. Almeroth, "A Mobility Gateway for Small-Device Networks," *IEEE International Conference on Pervasive Computing and Communications (PerCom)*, Orlando, Florida, USA, March 2004.

31. A. Jardosh, E. Belding, K. Almeroth and S. Suri, "Towards Realistic Mobility Models For Mobile Ad hoc

Networks," *ACM Mobicom*, San Diego, California, USA, September 2003.

30. K. Sarac, P. Namburi and K. Almeroth, "SSM Extensions: Network Layer Support for Multiple Senders in SSM," *International Conference on Computer Communication and Networks (IC3N)*, Dallas, Texas, USA, October 2003.

29. K. Ramachandran and K. Almeroth, "MAFIA: A Multicast Management Solution for Access Control and Traffic Filtering," *IEEE/IFIP Conference on Management of Multimedia Networks and Services (MMNS)*, Belfast, Northern Ireland, September 2003.

28. J. Humfrey, S. Rollins, K. Almeroth, and B. Bimber, "Managing Complexity in a Networked Learning Environment," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 60-63, June 2003.

27. K. Almeroth, S. Rollins, Z. Shen, and B. Bimber, "Creating a Demarcation Point Between Content Production and Encoding in a Digital Classroom," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 2-5, June 2003.

26. M. Kolsch, K. Kvilekval, and K. Almeroth, "Improving Speaker Training with Interactive Lectures," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, June 2003.

25. P. Rajvaidya and K. Almeroth, "Analysis of Routing Characteristics in the Multicast Infrastructure," *IEEE Infocom*, San Francisco, California, USA, April 2003.

24. S. Rollins and K. Almeroth, "Pixie: A Jukebox Architecture to Support Efficient Peer Content Exchange," *ACM Multimedia*, Juan Les Pins, FRANCE, December 2002.

23. S. Rollins, R. Chalmers, J. Blanquer, and K. Almeroth, "The Active Information System(AIS): A Model for Developing Scalable Web Services," *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

22. S. Rollins and K. Almeroth, "Seminal: Additive Semantic Content for Multimedia Streams," *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

21. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Content Pricing in the Internet," *SPIE ITCom Conference on Internet Performance and Control of Network Systems (IPCNS)*, Boston, Massachusetts, USA, July 2002.

20. S. Jagannathan, J. Nayek, K. Almeroth and M. Hofmann, "A Model for Discovering Customer Value for E-Content," *ACM International Conference on Knowledge Discovery and Data Mining (SIGKDD)*, Edmonton, Alberta, CANADA, July 2002.

19. S. Rollins and K. Almeroth, "Deploying and Infrastructure for Technologically Enhanced Learning," **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Denver, Colorado, USA, pp. 1651-1656, June 2002.

18. P. Rajvaidya and K. Almeroth, "Building the Case for Distributed Global Multicast Monitoring," *Multimedia Computing and Networking (MMCN)*, San Jose, California, USA, January 2002.

17. S. Jagannathan and K. Almeroth, "An Adaptive Pricing Scheme for Content Delivery Systems," *IEEE Global Internet*, San Antonio, Texas, USA, November 2001.

16. K. Sarac and K. Almeroth, "Providing Scalable Many-to-One Feedback in Multicast Reachability Monitoring Systems," *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

15. S. Jagannathan and K. Almeroth, "The Dynamics of Price, Revenue and System Utilization," *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

14. A. Kanwar, K. Almeroth, S. Bhattacharyya, and M. Davy, "Enabling End-User Network Monitoring via the Multicast Consolidated Proxy Monitor," *SPIE ITCom Conference on Scalability and Traffic Control in IP Networks (STCIPN)*, Denver, Colorado, USA, August 2001.

13. S. Jagannathan and K. Almeroth, "Using Tree Topology for Multicast Congestion Control," *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

12. P. Rajvaidya and K. Almeroth, "A Router-Based Technique for Monitoring the Next-Generation of Internet Multicast Protocols," *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

11. R. Chalmers and K. Almeroth, "Modeling the Branching Characteristics and Efficiency Gains of Global Multicast Trees," *IEEE Infocom*, Anchorage, Alaska, USA, April 2001.

10. R. Chalmers and K. Almeroth, "Developing a Multicast Metric," *Global Internet*, San Francisco, California, USA, December 2000.

9. K. Sarac and K. Almeroth, "Monitoring Reachability in the Global Multicast Infrastructure," *IEEE International Conference on Network Protocols (ICNP)*, Osaka, JAPAN, November 2000.

8. K. Almeroth, "A Long-Term Analysis of Growth and Usage Patterns in the Multicast Backbone (MBone)," *IEEE INFOCOM*, Tel Aviv, ISRAEL, March 2000.

7. K. Almeroth, K. Obraczka and D. De Lucia, "A Lightweight Protocol for Interconnecting Heterogeneous Devices in Dynamic Environments," *IEEE International Conference on Multimedia Computing and Systems (ICMCS)*, Florence, ITALY, June 1999.

6. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video," **Best Paper** at *the Seventh International World Wide Web Conference (WWW)*, Brisbane, AUSTRALIA, April 1998.

5. K. Almeroth, M. Ammar and Z. Fei, "Scalable Delivery of Web Pages Using Cyclic Best-Effort (UDP) Multicast," *IEEE INFOCOM*, San Francisco, California, USA, June 1998.

4. K. Almeroth and M. Ammar, "Delivering Popular Web Pages Using Cyclic Unreliable Multicast (Extended Abstract)," *SPIE Conference on Voice, Video and Data Communications*, Dallas, Texas, USA, November 1997.

3. K. Almeroth, A. Dan, D. Sitaram and W. Tetzlaff, "Long Term Resource Allocation in Video Delivery Systems," *IEEE INFOCOM*, Kobe, JAPAN, April 1997.

2. K. Almeroth and M. Ammar, "On the Performance of a Multicast Delivery Video-On-Demand Service with Discontinuous VCR Actions," *International Conference on Communications (ICC)*, Seattle, Washington, USA, June 1995.

1. K. Almeroth and M. Ammar, "A Scalable, Interactive Video-On-Demand Service Using Multicast Communication," *International Conference on Computer Communication and Networks (IC3N)*, San Francisco, California, USA, September 1994.


## C. Workshop Papers (refereed)

34. M. Tavakolifard, J. Gulla, K. Almeroth, F. Hopfgartner, B. Kille, T. Plumbaum, A. Lommatzsch, T. Brodt, A.

Bucko, and T. Heintz, "Workshop and Challenge on News Recommender Systems," *ACM RecSys News Recommender Systems (NRS) Workshop and Challange*, Hong Kong, CHINA, October 2013.

33. M. Tavakolifard, K. Almroth, and J. Gulla, "Does Social Contact Matter? Modelling the Hidden Web of Trust Underlying Twitter," *ACM International Workshop on Social Recommender Systems (SRS)*, Rio de Janeiro, BRAZIL, May 2013.

32. D. Johnson, E. Belding, K. Almeroth and G. van Stam, "Internet Usage and Performance Analysis of a Rural Wireless Network in Macha, Zambia," *ACM Networked Systems for Developing Regions (NSDR) Workshop*, San Francisco, California, USA, June 2010.

31. D. Havey, R. Chertov, and K. Almeroth, "Wired Wireless Broadcast Emulation," *International Workshop on Wireless Network Measurement (WiNMee)*, Seoul, Korea, June 2009.

30. R. Raghavendra, P. Acharya, E. Belding, and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," *ACM Mobihoc Wireless of the Students, by the Students, for the Students Workshop (S3)*, New Orleans, Louisiana, USA, May 2009.

29. G. Swamynathan, C. Wilson, B. Boe, B. Zhao, and K. Almeroth, "Do Social Networks Improve e-Commerce: A Study on Social Marketplaces," *ACM Sigcomm Workshop on Online Social Networks (WOSN)*, Seattle, Washington, USA, August 2008.

28. R. Raghavendra, E. Belding, and K. Almeroth, "Antler: A Multi-Tiered Approach to Automated Wireless Network Management," *IEEE Workshop on Automated Network Management (ANM)*, Phoenix, Arizona, USA, April 2008.

27. S. Karpinski, E. Belding, and K. Almeroth, "Towards Realistic Models of Wireless Workload," *International Workshop on Wireless Network Measurement (WiNMee)*, Limassol, CYPRUS, April 2007.

26. K. Harras, M. Wittie, K. Almeroth, and E. Belding, "ParaNets: A Parallel Network Architecture for Challenged Networks," *IEEE Workshop on Mobile Computing Systems and Applications (HotMobile)*, Tucson, Arizona, USA, February 2007.

25. H. Caituiro-Monge, K. Almeroth, M. del Mar Alvarez-Rohena, "Friend Relay: A Resource Sharing Framework for Mobile Wireless Devices," *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Los Angeles, California, September 2006.

24. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Exploring the Feasibility of Proactive Reputations," *International Workshop on Peer-to-Peer Systems (IPTPS)*, Santa Barbara, California, USA, February 2006.

23. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Decoupling Service and Feedback Trust in a Peer-to-Peer Reputation System," *International Workshop on Applications and Economics of Peer-to-Peer Systems (AEPP)*, Nanjing, CHINA, November 2005.

22. K. Ramachandran, M. Buddhikot, G. Chandranmenon, S. Miller, E. Belding, and K. Almeroth, "On the Design and Implementation of Infrastructure Mesh Networks," *IEEE Workshop on Wireless Mesh Networks (WiMesh)*, Santa Clara, California, USA, September 2005.

21. A. Jardosh, K. Ramachandran, K. Almeroth and E. Belding, "Understanding Link-Layer Behavior in Highly Congested IEEE 802.11b Wireless Networks," *Sigcomm Workshop on Experimental Approaches to Wireless Network Design and Analysis (EWIND)*, Philadelphia, Pennsylvania, USA, August 2005.

20. A. Sen Mazumder, K. Almeroth and K. Sarac, "Facilitating Robust Multicast Group Management," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Skamania, Washington, USA, June 2005.

19. Y. Sun, I. Sheriff, E. Belding and K. Almeroth, "An Experimental Study of Multimedia Traffic Performance in Mesh Networks," *MobiSys International Workshop on Wireless Traffic Measurements and Modeling (WitMeMo)*,

Seattle, Washington, USA, June 2005.

18. K. Ramachandran, K. Almeroth and E. Belding, "A Framework for the Management of Large-Scale Wireless Network Testbeds," *International Workshop on Wireless Network Measurement (WiNMee)*, Trentino, ITALY, April 2005.

17. A. Garyfalos, K. Almeroth and K. Sanzgiri, "Deployment Complexity Versus Performance Efficiency in Mobile Multicast," *International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWiM)*, San Jose, California, USA, October 2004.

16. C. Ho, K. Ramachandran, K. Almeroth and E. Belding, "A Scalable Framework for Wireless Network Monitoring," *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Philadelphia, Pennsylvania, USA, October 2004.

15. A. Garyfalos, K. Almeroth and J. Finney, "A Hybrid of Network and Application Layer Multicast for Mobile IPv6 Networks," *International Workshop on Large-Scale Group Communication (LSGC)*, Florence, ITALY, October 2003.

14. A. Garyfalos, K. Almeroth and J. Finney, "A Comparison of Network and Application Layer Multicast for Mobile IPv6 Networks," *ACM Workshop on Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM)*, San Diego, California, USA, September 2003.

13. S. Jagannathan, and K. Almeroth, "Pricing and Resource Provisioning for Delivering E-Content On-Demand with Multiple Levels-of-Service," *International Workshop on Internet Charging and QoS Technologies (ICQT)*, Zurich, SWITZERLAND, October 2002.

12. S. Rollins, K. Almeroth, D. Milojicic, and K. Nagaraja, "Power-Aware Data Management for Small Devices," *Workshop on Wireless Mobile Multimedia (WoWMoM)*, Atlanta, GA, USA, September 2002.

11. K. Almeroth, S. Bhattacharyya, and C. Diot, "Challenges of Integrating ASM and SSM IP Multicast Protocol Architectures," *International Workshop on Digital Communications: Evolutionary Trends of the Internet (IWDC)*, Taormina, ITALY, September 2001.

10. K. Sarac and K. Almeroth, "Scalable Techniques for Discovering Multicast Tree Topology," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Port Jefferson, New York, USA, June 2001.

 9. P. Rajvaidya, K. Almeroth and K. Claffy, "A Scalable Architecture for Monitoring and Visualizing Multicast Statistics," *IFIP/IEEE International Workshop on Distributed Systems: Operations & Management (DSOM)*, Austin, Texas, USA, December 2000.

 8. S. Jagannathan, K. Almeroth and A. Acharya, "Topology Sensitive Congestion Control for Real-Time Multicast," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill, North Carolina, USA, June 2000.

 7. K. Sarac and K. Almeroth, "Supporting the Need for Inter-Domain Multicast Reachability," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill , North Carolina, USA, June 2000.

 6. D. Makofske and K. Almeroth, "MHealth: A Real-Time Multicast Tree Visualization and Monitoring Tool," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Basking Ridge New Jersey, USA, June 1999.

 5. K. Almeroth and Y. Zhang, "Using Satellite Links as Delivery Paths in the Multicast Backbone (MBone)," *ACM/IEEE International Workshop on Satellite-Based Information Services (WOSBIS)*, Dallas, Texas, USA, October 1998.

 4. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of Web Pages OR How to Make Web Servers

Pushy," *Workshop on Internet Server Performance (WISP)*, Madison, Wisconsin, USA, June 1998.

3. K. Almeroth and M. Ammar, "Prototyping the Interactive Multimedia Jukebox," *Mini-conference on Multimedia Appliances, Interfaces, and Trials--International Conference on Communications (ICC)*, Montreal, Quebec, CANADA, June 1997.

2. K. Almeroth and M. Ammar, "Collection and Modeling of the Join/Leave Behavior of Multicast Group Members in the MBone," *High Performance Distributed Computing Focus Workshop (HPDC)*, Syracuse, New York, USA, August 1996.

1. K. Almeroth and M. Ammar, "The Role of Multicast Communication in the Provision of Scalable and Interactive Video-On-Demand Service," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Durham, New Hampshire, USA, April 1995.


# D. Non-Refereed Publications

8. K. Almeroth, E. Belding, M. Buddhikot, G. Chandranmenon, S. Miller, and K. Ramachandran, "Infrastructure Mesh Networks," *U.S. Patent Application US20070070959 A1*, September 2005.

7. K. Almeroth, R. Caceres, A. Clark, R. Cole, N. Duffield, T. Friedman, K. Hedayat, K. Sarac, M. Westerlund, "RTP Control Protocol Extended Reports (RTCP XR)," *Internet Engineering Task Force (IETF) Request for Comments (RFC) 3611*, November 2003.

6. Z. Albanna, K. Almeroth, D. Meyer, and M. Schipper, "IANA Guidelines for IPv4 Multicast Address Allocation," *Internet Engineering Task Force (IETF) Request for Comments (RFC) 3171*, August 2001.

5. B. Quinn and K. Almeroth, "IP Multicast Applications: Challenges and Solutions," *Internet Engineering Task Force (IETF), Request for Comments (RFC) 3170*, September 2001.

4. K. Almeroth, L. Wei and D. Farinacci, "Multicast Reachability Monitor (MRM) Protocol," *Internet Engineering Task Force Internet Draft*, July 2000.

3. K. Almeroth and L. Wei, "Justification for and use of the Multicast Reachability Monitor (MRM) Protocol," *Internet Engineering Task Force Internet Draft*, March 1999.

2. K. Almeroth, "Managing IP Multicast Traffic: A First Look at the Issues, Tools, and Challenges," IP Multicast Initiative White Paper, San Jose, California, USA, February 1999.

1. K. Almeroth, K. Obraczka and D. De Lucia, "Pseudo-IP: Providing a Thin Network Protocol for Semi-Intelligent Wireless Devices," *DARPA/NIST Smart Spaces Workshop*, Gaithersburg, Maryland, USA, July 1998.


# E. Released Software Systems

19. *A Multi-radio Wireless Mesh Network Architecture -- http://moment.cs.ucsb.edu/tic/.* Released December 1, 2006 (with K. Ramachandran, I. Sheriff, and E. Belding). The software as part of a multi-radio wireless mesh network that includes a Split Wireless Router that alleviates the interference that can occur between commodity radios within a single piece of hardware. The second is server software to perform channel assignment and communicate the assignments throughout the mesh network.

18. *AODV-Spanning Tree (AODV-ST) -- http://www.cs.ucsb.edu/~krishna/aodv-st/.* Released September 1, 2006 (with K. Ramachandran and E. Belding). AODV-ST is an extension of the well-known AODV protocol specifically

designed for wireless mesh networks. The advantages of AODV-ST over AODV include support for high throughput routing metrics, automatic route maintenance for common-case traffic, and low route discovery latency.

17. ***The Multicast Detective -- http://www.nmsl.cs.ucsb.edu/mcast_detective/.*** Released September 1, 2005 (with A. Sen Mazumder). The multicast detective is a robust solution to determine the existence and nature of multicast service for a particular user. By performing a series of tests, a user can determine whether there is network support for multicast, and consequently, whether a multicast group join is likely to succeed.

16. ***AutoCap: Automatic and Accurate Captioning -- http://www.nmsl.cs.ucsb.edu/autocap/.*** Released August 1, 2005 (with A. Knight). AutoCap is a software system that takes as input an audio/video file and a text transcript. AutoCap creates captions by aligning the utterances in the audio/video file to the transcript. For those words that are not recognized, AutoCap estimates when the words were spoken along with an error bound that gives the content creator an idea of caption accuracy. The result is a collection of accurately time-stamped captions that can be displayed with the video.

15. ***PAIRwise Plagiarism Detection System -- http://cits.ucsb.edu/pair/.*** Released July 1, 2005 (with A. Knight). PAIRwise is a plagiarism detection system with: (1) an easy-to-use interface for submitting papers, (2) a flexible comparison engine that allows intra-class, inter-class, and Internet-based comparisons, and (3) an intuitive graphical presentation of results.

14. ***DAMON Multi-Hop Wireless Network Monitoring -- http://moment.cs.ucsb.edu/damon/.*** Released October 1, 2004 (with K. Ramachandran and E. Belding). DAMON is a distributed system for monitoring multi-hop mobile networks. DAMON uses agents within the network to monitor network behavior and send collected measurements to data repositories. DAMON's generic architecture supports the monitoring of a wide range of protocol, device, or network parameters.

13. ***Multicast Firewall -- http://www.nmsl.cs.ucsb.edu/mafia/.*** Released June 1, 2004 (with K. Ramachandran). MAFIA, a multicast firewall and traffic management solution, has the specific aim of strengthening multicast security through multicast access control, multicast traffic filtering, and DoS attack prevention.

12. ***AODV@IETF Peer Routing Software-- http://moment.cs.ucsb.edu/aodv-ietf/.*** Released November 1, 2003 (with K. Ramachandran and E. Belding). One of the first large-scale efforts to run the Ad hoc On demand Distance Vector (AODV) routing protocol in a public space (at the Internet Engineering Task Force (IETF)). The implementation includes a daemon that runs on both the Linux and Windows operating systems.

11. ***Mobility Obstacles -- http://moment.cs.ucsb.edu/mobility/.*** Released September 1, 2003 (with A. Jardosh, E. Belding, and S. Suri). The topology and movement of nodes in ad hoc protocol simulation are key factors in protocol performance. In this project, we have developed ns-2 simulation plug-ins that create more realistic movement models through the incorporation of obstacles. These obstacles are utilized to restrict both node movement and wireless transmissions.

10. ***mwalk -- http://www.nmsl.cs.ucsb.edu/mwalk/.*** Released December 1, 2000 (with R. Chalmers). Mwalk is a collection of Java applications and Perl scripts which re-create a global view of a multicast session from mtrace and RTCP logs. Users to the site can download mwalk, examine the results of our analysis, or download data sets for use in simulations dependent on multicast tree characteristics.

9. ***MANTRA2 -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released December 1, 1999 (with P. Rajvaidya). This new version of MANTRA focuses on the visualization of inter-domain routing statistics. Working in conjunction with the Cooperative Association for Internet Data Analysis (CAIDA) we have developed advanced collection and visualization techniques.

8. ***MRM -- http://www.nmsl.cs.ucsb.edu/mrm/.*** Released October 1, 1999 (with K. Sarac). MRM is the Multicast Reachability Protocol. We have implemented an end-host agent that responds to MRM Manager commands. Our end-host agent works in conjunction with Cisco routers to detect and isolate multicast faults.

7. ***MANTRA -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released January 1, 1999 (with P. Rajvaidya). MANTRA is the Monitoring and Analysis of Traffic in Multicast Routers. It uses scripts to collect and display data from backbone multicast routers.

6. ***SDR Monitor -- http://www.nmsl.cs.ucsb.edu/sdr-monitor/.*** Released January 1, 1999 (with K. Sarac). The SDR Monitor receives e-mail updates from participants containing information about observed sessions in the MBone. A global view of multicast reachability is then constructed.

5. ***The MHealth tool -- http://www.nmsl.cs.ucsb.edu/mhealth/.*** Released September 1, 1998 (with D. Makofske). The mhealth tool graphically visualizes MBone multicast group trees and provides `health' information including end-to-end losses per receiver and losses on a per hop basis. The implementation required expertise in Java, the MBone tools, and Unix.

4. ***The MControl tool -- http://www.nmsl.cs.ucsb.edu/mcontrol/.*** Released August 1, 1998 (with D. Makofske). Mcontrol is a tool to provide VCR-based interactivity for live MBone sessions. The implementation required expertise in Java, the MBone tools, and Unix.

3. ***Interactive Multimedia Jukebox (IMJ) -- http://imj.ucsb.edu/.*** Released October 1, 1996. The IMJ combines the WWW and the MBone conferencing tools to provide a multi-channel video jukebox offering both instructional and entertainment programming on a wide scale. The implementation required expertise in HTML, Perl, C, the MBone tools, and Unix.

2. ***Mlisten -- http://www.cc.gatech.edu/computing/Telecomm/mbone/.*** Released September 1, 1995. A tool to continuously collect MBone multicast group membership information including number and location of members, membership duration, and inter-arrival time for all audio and video sessions. The implementation required expertise in C, Tcl/Tk, the MBone tools, and UNIX socket programming.

1. ***Audio-on-Demand (AoD)***. March 1, 1995. A server/client prototype to demonstrate interactivity in near VoD systems. The AoD server provides songs-on-demand and VCR-like functions via multicast IP over Ethernet. The implementation required expertise in C, OpenWindows programming, UNIX socket programming, and network programming.


# F. Tutorials, Panels and Invited Talks

- "25th Anniversary Panel," Network and Operating System Support for Digital Audio and Video (NOSSDAV), Portland, Oregon, USA, March 2015.

- "Sensing and Opportunistic Delivery of Ubiquitous Video in Health Monitoring, On-Campus and Social Network Applications," Workshop on Mobile Video Delivery (MoViD), Chapel Hill North Carolina, USA, February 2012.

- "Medium Access in New Contexts: Reinventing the Wheel?," USC Invited Workshop on Theory and Practice in Wireless Networks, Los Angeles, California, USA, May 2008.

- "The Wild, Wild West: Wireless Networks Need a New Sheriff," University of Florida CISE Department Lecture Series, Gainesville, Florida, USA, February 2008.

- "Distinguishing Between Connectivity, Intermittent Connectivity, and Intermittent Disconnectivity," Keynote at the ACM MobiCom Workshop on Challenged Networks (CHANTS), Montreal, CANADA, September 2007.

- "The Three Ghosts of Multicast: Past, Present, and Future," Keynote at the Trans-European Research and Education Networking Association (TERENA) Networking Conference, Lynby, DENMARK, May 2007.

- "Multicast Help Wanted: From Where and How Much?," Keynote at the Workshop on Peer-to-Peer Multicasting

(P2PM), Las Vegas, Nevada, USA, January 2007.

- "The Confluence of Wi-Fi and Apps: What to Expect Next," Engineering Insights, UC-Santa Barbara, Santa Barbara, California, USA, October 2006.

- "Challenges, Opportunities, and Implications for the Future Internet," University of Minnesota Digital Technology Center, Minneapolis, Minnesota, USA, September 2006.

- "Wireless Technology as a Catalyst: Possibilities for Next-Generation Interaction," Santa Barbara Forum on Digital Transitions, Santa Barbara, California, USA, April 2006.

- "Challenges and Opportunities in an Internet with Pervasive Wireless Access," University of Texas--Dallas Computer Science Colloquium, Dallas, Texas, USA, March 2006.

- "Challenges and Opportunities with Pervasive Wireless in the Internet," Duke University Computer Science Colloquium, Durham, North Carolina, USA, February 2006.

- "The Span From Wireless Protocols to Social Applications," Intel Research Labs, Cambridge, United Kingdom, December 2005.

- "The Internet Dot.Com Bomb and Beyond the Dot.Com Calm," CSE IGERT and Cal Poly Lecture Series, San Luis Obispo, California, USA, October 2005.

- "Panel: Directions in Networking Research," IEEE Computer Communications Workshop (CCW), Irvine, California, USA, October 2005.

- "Economic Incentives for Ad Hoc Networks," KAIST New Applications Seminar, Seoul, South Korea, March 2004.

- "New Applications for the Next Generation Internet," Citrix Systems, Santa Barbara, California, USA, March 2004.

- "PI: The Imperfect Pursuit of Pure Pattern," CITS Visions in Technology Series, Santa Barbara, California, USA, January 2004.

- "Panel: Core Networking Issues and Protocols for the Internet," National Science Foundation (NSF) Division of Advanced Networking Infrastructure and Research (ANIR) Principal Investigators Workshop, Washington DC, USA, March 2003.

- "Panel: Pricing for Content in the Internet," SPIE ITCom Internet Performance and Control of Network Systems, Boston, Massachusetts, USA, July 2002.

- "The Technology Behind Wireless LANs," Central Coast MIT Enterprise Forum, Santa Barbara, California, USA, March 2002.

- "Lessons Learned in the Digital Classroom," Center for Information and Technology Brown Bag Symposium, Santa Barbara, California, USA, March 2002.

- "The Evolution of Advanced Networking Services: From the ARPAnet to Internet2," California State University--San Luis Obispo CS Centennial Colloquium Series, San Luis Obispo, California, USA, February 2002.

- "Deployment of IP Multicast in Campus Infrastructures," Internet2 Campus Deployment Workshop, Atlanta, Georgia, USA, May 2001.

- "Multicast: Is There Anything Else to Do?," Sprint Research Retreat, Miami, Florida, USA, May 2001.

- "The Evolution of Next-Generation Internet Services and Applications," Government Technology Conference 2001 (GTC) for the Western Region, Sacramento, California, USA, May 2001.

- "I2 Multicast: Not WIDE-scale Deployment, FULL-scale Deployment," Closing Plenary, Internet2 Member Meetings, Washington, D.C., USA, March 2001.

- "Panel: Beyond IP Multicast," Content Delivery Networks (CDN), New York, New York, USA, February 2001.

- "Viable Multicast Pricing & Business Models for Wider-Scale Deployment," Content Delivery Networks (CDN), New York, New York, USA, February 2001.

- "IP Multicast: Modern Protocols, Deployment, and Management," Content Delivery Networks (CDN), New York, New York, USA, February 2001 & San Jose, California, USA, December 2001.

- "Under the Hood of the Internet," Technology 101: Technology for Investors, Center for Entrepreneurship & Engineering Management, November 2000.

- "Understanding Multicast Traffic in the Internet," (1) University of Virginia, (2) University of Maryland, and (3) Columbia University, September 2000.

- "The Bad, The Ugly, and The Good: The Past, Present, and Future of Multicast," Digital Fountain, San Francisco, California, USA, August 2000.

- "Implications of Source-Specific Multicast (SSM) on the Future of Internet Content Delivery," Occam Networks, Santa Barbara, California, USA, August 2000.

- "Introduction to Multicast Routing Protocols," UC-Berkeley Open Mash Multicast Workshop, Berkeley, California, USA, July 2000.

- "Efforts to Understand Traffic and Tree Characteristics," University of Massachusetts--Amherst Colloquia, Amherst, Massachusetts, USA, May 2000.

- "Monitoring Multicast Traffic," Sprint Research Retreat, Half Moon Bay, California, USA, April 2000.

- "What is the Next Generation of Multicast in the Internet?," HRL Laboratories, Malibu, California, USA, January 2000.

- "Mission and Status of the Center for Information Technology and Society (CITS)," Intel Research Council, Portland, Oregon, USA, September 1999.

- "Multicast at a Crossroads," IP Multicast Initiative Summits and Bandwidth Management Workshops, San Francisco, CA, USA, (1) October 1999; (2) February 2000; and (3) June 2000.

- "IP Multicast: Modern Protocols, Deployment, and Management," Networld+Interop: (1) Las Vegas, Nevada, USA--May 2000; (2) Tokyo, JAPAN--June 2000; (3) Atlanta, Georgia, USA--September 2000; (4) Las Vegas, Nevada, USA--May 2001; (5) Las Vegas, Nevada, USA--May 2002.

- "IP Multicast: Practice and Theory" (w/ Steve Deering), Networld+Interop: (1) Las Vegas, Nevada, USA--May 1999; (2) Tokyo, JAPAN--June 1999; and (3) Atlanta, Georgia, USA--September 1999.

- "Internet2 Multicast Testbeds and Applications," Workshop on Protocols for High Speed Networks (PfHSN), Salem, Massachusetts, USA, August 1999.

- "IP Multicast: Protocols for the Intra- and Inter-Domain," Lucent Technologies, Westford, Massachusetts, USA, August 1999.

- "Internet2 Multicast Testbeds and Applications," NASA Workshop: Bridging the Gap, Moffett Field, California, USA, August 1999.

- "The Evolution of Next-Generation Services and Applications in the Internet," Tektronix Distinguished Lecture

Series, Portland, Oregon, USA, May 1999.

- "Multicast Applications and Infrastructure in the Next Generation Internet," CENIC 99 Workshop on Achieving Critical Mass for Advanced Applications, Monterey, California, USA, May 1999.

- "Multicast Traffic Monitoring and Analysis Work at UCSB" (w/ P. Rajvaidya), Workshop on Internet Statistics and Metrics Analysis (ISMA), San Diego, California, USA, April 1999.

- "How the Internet Works: Following Bits Around the World," Science Lite, Santa Barbara General Affiliates and Office of Community Relations, California, USA, February 1999.

- "Managing Multicast: Challenges, Tools, and the Future," IP Multicast Initiative Summit, San Jose, California, USA, February 1999.

- "The Future of Multicast Communication and Protocols," Internet Bandwidth Management Summit (iBAND), San Jose, California, USA, November 1998.

- "An Overview of IP Multicast: Applications and Deployment," (1) Workshop on Evaluating IP Multicast as the Solution for Webcasting Real-Time Networked Multimedia Applications, New York, New York, USA, July 1998; and (2) Satellites and the Internet Conference, Washington, D.C., USA, July 1998.

- "IETF Developments in IP Multicast," IP Multicast Initiative Summit, San Jose, California, USA, February 1998.

- "An Introduction to IP Multicast and the Multicast Backbone (MBone)" vBNS Technical Meeting sponsored by the National Center for Network Engineering (NLANR), San Diego, California, USA, February 1998.

- "Using Multicast Communication to Deliver WWW Pages" Computer Communications Workshop (CCW '97), Phoenix, Arizona, USA, September 1997.


## G. Research Funding

- K. Almeroth, "Packet Scheduling Using IP Embedded Transport Instrumentation," Cisco Systems Inc., $100,000, 3/1/13-8/31/14.

- K. Almeroth, E. Belding and S.J. Lee, "GOALI: Maximizing Available Bandwidth in Next Generation WLANs", National Science Foundation (NSF), $101,088, 10/1/13-9/30/14.

- K. Almeroth and E. Belding, "GOALI: Intelligent Channel Management in 802.11n Networks," National Science Foundation (NSF), $51,000, 10/1/10-9/30/11.

- B. Zhao, K. Almeroth, H. Zheng, and E. Belding, "NeTS: Medium: Airlab: Distributed Infrastructure for Wireless Measurements," National Science Foundation (NSF), $700,000, 9/1/09-8/13/13.

- K. Almeroth, E. Belding and T. Hollerer, "NeTS-WN: Wireless Network Health: Real-Time Diagnosis, Adaptation, and Management," National Science Foundation (NSF), $600,000, 10/1/07-9/30/10.

- K. Almeroth, "Next-Generation Service Engineering in Internet2," University Consortium for Advanced Internet Development (UCAID), $1,254,000, 7/1/04-6/30/09 (reviewed and renewed each year).

- B. Manjunath, K. Almeroth, F. Bullo, J. Hespanha, T. Hollerer, C. Krintz, U. Madhow, K. Rose, A. Singh, and M. Turk, "Large-Scale Multimodal Wireless Sensor Network," Office of Naval Research Defense University Research Instrumentation Program (DURIP), $655,174, 4/14/08-4/14/09.

- K. Almeroth and E. Belding, "Improving Robustness in Evolving Wireless Infrastructures," Intel Corporation,

$135,000, 7/1/06-6/30/09 (reviewed and renewed for second and third year).

- K. Almeroth and K. Sarac, "Bridging Support in Mixed Deployment Multicast Environments," Cisco Systems Inc., $100,000, 9/1/07-8/31/08.

- K. Sarac and K. Almeroth, "Building the Final Piece in One-to-Many Content Distribution," Cisco Systems Inc., $95,000, 9/1/06-8/31/07.

- E. Belding, K. Almeroth and J. Gibson, "Real-Time Communication Support in a Ubiquitous Next-Generation Internet," National Science Foundation (NSF), $900,000, 10/1/04-9/30/07.

- K. Almeroth and K. Sarac, "Improving the Robustness of Multicast in the Internet," Cisco Systems Inc., $80,000, 9/1/04-8/31/05.

- R. Mayer, B. Bimber, K. Almeroth and D. Chun, "Assessing the Pedagogical Implications of Technology in College Courses," Mellon Foundation, $350,000, 7/1/04-6/30/07.

- B. Bimber, A. Flanagin and C. Stol, "Technological Change and Collective Association: Changing Relationships Among Technology, Organizations, Society and the Citizenry," National Science Foundation (NSF), $329,175, 7/1/04-6/30/07.

- K. Almeroth and B. Bimber, "Plagiarism Detection Techniques and Software," UCSB Instructional Development, $22,000, 7/1/04-6/30/05.

- K. Almeroth, "Student Travel Support for the 14th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV)," National Science Foundation (NSF), $10,000, 5/1/04-8/31/04.

- K. Almeroth, "An Automated Indexing System for Remote, Archived Presentations," QAD Inc., $25,000, 5/1/04-6/30/05.

- K. Almeroth and M. Turk, "A Remote Teaching Assistant Support System," Microsoft, $40,000, 1/1/04-6/30/05.

- K. Almeroth, "Supporting Multicast Service Functionality in Helix," Real Networks, $30,000, 9/1/03-6/30/04.

- K. Almeroth and E. Belding, "Service Discovery in Mobile Networks," Nokia Summer Research Grant (U. Mohan), $10,240, 7/1/03-9/30/03.

- K. Almeroth, D. Zappala, "Building a Global Multicast Service," Cisco Systems Inc., $100,000, 1/1/03-indefinite.

- K. Almeroth, "Developing A Dynamic Protocol for Candidate Access Router Discovery," Nokia Graduate Student Fellowship (R. Chalmers), $26,110, 9/01/02-6/30/03.

- B. Bimber and K. Almeroth, "The Role of Collaborative Groupware in Organizations," Toole Family Foundation, $182,500 ($20,000 cash plus $162,500 in software), 9/1/02-indefinite.

- B. Manjunath, et al., "Digital Multimedia: Graduate Training Program in Interactive Digital Multimedia," National Science Foundation (NSF), $2,629,373, 4/1/02-3/31/07.

- J. Green, K. Almeroth, et al., "Inquiry in the Online Context: Learning from the Past, Informing the Future," UCSB Research Across Disciplines, $10,000, 9/1/01-8/31/02.

- K. Almeroth, "Monitoring and Maintaining the Global Multicast Infrastructure," Cisco Systems Inc., $54,600, 7/1/01-indefinite.

- R. Kemmerer, K. Almeroth, et al., "Hi-DRA High-speed, Wide-area Network Detection, Response, and Analysis," Department of Defense (DoD), $4,283,500, 5/1/01-4/30/06.

- A. Singh, K. Almeroth, et al., "Digital Campus: Scalable Information Services on a Campus-wide Wireless Network," National Science Foundation (NSF), 1,450,000, 9/15/00-12/31/04.

- K. Almeroth, "Visualizing the Global Multicast Infrastructure," UC MICRO w/ Cisco Systems Inc., $85,438, 7/1/00-6/30/02.

- H. Lee, K. Almeroth, et al., "Dynamic Sensing Systems," International Telemetering Foundation, $260,000, 07/01/00-06/30/04.

- B. Bimber and K. Almeroth, "Funding for the Center on Information Technology and Society," $250,000 from Dialogic (an Intel Company) and $250,000 from Canadian Pacific.

- K. Almeroth, "CAREER: From Protocol Support to Applications: Elevating Multicast to a Ubiquitous Network Service," National Science Foundation (NSF), $200,000, 9/1/00-8/31/04.

- K. Almeroth, "Characterizing Multicast Use and Efficiency in the Inter-Domain," Sprint Advanced Technology Laboratories, $62,500, 3/1/00-indefinite.

- K. Almeroth, "Producing the Next Generation of Multicast Monitoring and Management Protocols and Tools," UC MICRO w/ Cisco Systems Inc., $124,500, 7/1/99 - 6/30/01.

- K. Almeroth, "Utilizing Satellite Links in the Provision of an Inter-Wide Multicast Service," HRL Laboratories, $20,000, 7/1/99 - indefinite.

- T. Smith, K. Almeroth, et al., "Alexandria Digital Earth Prototype," National Science Foundation, $5,400,000, 4/1/99-3/31/04.

- V. Vesna, K. Almeroth, et al., "Online Public Spaces: Multidisciplinary Explorations in Multi-User Environments (OPS:MEME), Phase II," UCSB Research Across Disciplines, $50,000, 9/1/98-8/31/99.

- K. Almeroth, "Techniques and Analysis for the Provision of Multicast Route Management," UC MICRO w/ Cisco Systems Inc., $97,610, 7/1/98 - 6/30/00.

- K. Almeroth, "Capturing and Modeling Multicast Group Membership in the Multicast Backbone (MBone)," UC MICRO w/ Hughes Research Labs, $19,146, 7/1/98 - 12/31/99.

- K. Almeroth, "Building a Content Server for the Next Generation Digital Classroom," UCSB Faculty Research Grant, $5,000, 7/1/98-6/31/99.


## H. Research Honors and Awards

- IEEE Fellow Status, 2013
- Finalist for Best Paper Award, IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), June 2008
- Best Paper Award, Passive and Active Measurement (PAM) Conference, April 2007
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2006
- IEEE Senior Member Status, 2003
- Finalist for Best Student Paper Award, ACM Multimedia, December 2002
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2002
- Computing Research Association (CRA) Digital Government Fellowship, 2001
- National Science Foundation CAREER Award, 2000

- Best Paper Award, 7th International World Wide Web Conference, April 1998

# III. Service

## A. Professional Activities

### 1. Society Memberships

Member, Association for Computing Machinery (ACM): 1993-present
Member, ACM Special Interest Group on Communications (SIGComm): 1993-present
Fellow, Institute of Electrical and Electronics Engineers (IEEE): 1993-present
Member, IEEE Communications Society (IEEE ComSoc): 1993-present
Member, American Society for Engineering Education (ASEE): 2003-2006

### 2. Review Work for Technical Journals and Publishers

NSF CISE research proposals, IEEE/ACM Transactions on Networking, IEEE/ACM Transactions on Computers, IEEE/ACM Transactions on Communications, IEEE Transactions on Circuits and Systems for Video Technology, IEEE Transactions on Parallel and Distributed Systems, IEEE Transactions on Multimedia, IEEE Communications, IEEE Communications Letters, IEEE Network, IEEE Internet Computing, IEEE Multimedia, IEEE Aerospace & Electronics Systems Magazine, ACM Transactions on Internet Technology, ACM Transactions on Multimedia Computing, Communications and Applications, ACM Computing Surveys, ACM Computer Communications Review, ACM Computeres in Entertainment, ACM/Springer Multimedia Systems Journal, AACE Journal of Interactive Learning (JILR), International Journal of Computer Mathematics, Journal of Communications and Networks, Journal of Parallel and Distributed Computing, Journal of Network and Systems Management, Journal of High Speed Networking, Journal of Communications and Networks, Journal on Selected Areas in Communications, Journal of Wireless Personal Communications, Personal Mobile Communications, Annals of Telecommunications, International Journal of Wireless and Mobile Computing, Pervasive and Mobile Computing (PMC), Wireless Networks Journal, Computer Networks Journal, Cluster Computing, Computer Communications, Mobile Computing and Communications Review, Performance Evaluation, Software--Practice & Experience, Information Processing Letters, ACM Sigcomm, ACM Multimedia, ACM Network and System Support for Digital Audio and Video Workshop (NOSSDAV), ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon), ACM Sigcomm Workshop on Challenged Networks (CHANTS), IEEE Infocom, IEEE Globecom, IEEE Global Internet (GI) Symposium, IEEE Globecom Automatic Internet Symposium, IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium, IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM), IEEE International Conference on Network Protocols (ICNP), IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), IEEE International Conference on Multimedia and Exposition (ICME), IEEE International Conference on Communications (ICC), IEEE International Conference on Parallel and Distributed Systems (ICPADS) IEEE International Symposium on High-Performance Distributed Computing (HPDC), IEEE International Conference on Distributed Computing Systems (ICDCS), IEEE International Workshop on Quality of Service (IWQoS), IEEE/IFIP Network Operations and Management Symposium (NOMS), IFIP/IEEE International Symposium on Integrated Network Management (IM), IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS), IEEE Aerospace & Electronics Systems Magazine, SPIE Conference on Multimedia Computing and Networking (MMCN), IFIP Networking, IASTED International Conference on Information Systems and Databases

(ISD), IASTED International Conference on Communications, Internet, and Information Technology, IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA), IASTED International Conference on European Internet and Multimedia Systems and Applications (EuroIMSA), IASTED International Conference on Communications and Computer Networks (CCN), IASTED International Conference on Software Engineering and Applications (SEA), International Conference on Computer and Information Science (ICIS), International Association for Development of the Information Society (IADIS) International Conference on the WWW/Internet, Workshop on Network Group Communication (NGC), International Conference on Next Generation Communication (CoNEXT), International Conference on Parallel Processing (ICPP), International Conference on Computer Communications and Networks (IC3N), International Workshop on Hot Topics in Peer-to-Peer Systems (Hot-P2P), International Workshop on Wireless Network Measurements (WiNMee), International Workshop on Incentive-Based Computing (IBC), International Workshop on Multi-hop Ad Hoc Networks (REALMAN), International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM), International Packet Video (PV) Workshop, High Performance Networking Conference (HPN), International Parallel Processing Symposium (IPPS), International Symposium on Innovation in Information & Communication Technology (ISIICT), Workshop on Coordinated Quality of Service in Distributed Systems (COQODS), Pearson Education (Cisco Press) Publishers, Macmillan Technical Publishing, and Prentice Hall Publishers.

## 3. Conference Committee Activities

### Journal/Magazine Editorial Board
IEEE/ACM Transactions on Networking (ToN): 2003-2009, 2013-present
Journal of Network and Systems Management (JNSM): 2011-present
ACM Computers in Entertainment: 2002-present
IEEE Network: 1999-2012
AACE Journal of Interactive Learning Research (JILR): 2003-2012
IEEE Transactions on Mobile Computing (TMC): 2006-2011
ACM Computer Communications Review (CCR): 2006-2010

### Journal/Magazine Guest Editorship

IEEE Journal on Selected Areas in Communications (JSAC) Special Issue on "Delay and Disruption Tolerant Wireless Communication", June 2008
Computer Communications Special Issue on "Monitoring and Measuring IP Networks", Summer 2005
Computer Communications Special Issue on "Integrating Multicast into the Internet", March 2001

### Conference/Workshop Steering Committee
IEEE International Conference on Network Protocols (ICNP): 2007-present
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006-present
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2001-present, 2005-2011 (chair), 2012-present (co-chair)
IEEE Global Internet (GI) Symposium: 2005-2013
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2005-2009

### Conference/Workshop Chair

International Conference on Communication Systems and Networks (COMSNETS): 2014 (co-chair)
ACM International Conference on Next Generation Communication (CoNext): 2013 (co-chair)
ACM RecSys News Recommender Systems (NRS) Workshop and Challange: 2013 (co-chair)
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006 (co-chair)

IEEE International Conference on Network Protocols (ICNP): 2003 (co-chair), 2006
International Workshop on Wireless Network Measurements (WiNMee): 2006 (co-chair)
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2002 (co-chair)
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2002 (co-chair), 2003 (co-chair)
IEEE Global Internet (GI) Symposium: 2001 (co-chair)
International Workshop on Networked Group Communication (NGC): 2000 (co-chair)

**Program Chair**

International Conference on Computer Communication and Networks (ICCCN): 2015 (Track co-chair)
International Conference on Communication Systems and Networks (COMSNETS): 2010
IEEE International Conference on Network Protocols (ICNP): 2008 (co-chair)
IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2007 (co-chair)
IFIP Networking: 2005 (co-chair)

**Posters/Demonstrations Chair**

ACM Sigcomm: 2012 (co-chair)

**Student Travel Grants Chair**

ACM Sigcomm: 2010 (co-chair)

**Publicity Chair**

IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2004 (co-chair)

**Keynote Chair**

IEEE Infocom: 2005 (co-chair)

**Local Arrangements Chair**

Internet2 "Field of Dreams" Workshop: 2000

**Tutorial Chair**

ACM Multimedia: 2000
IEEE International Conference on Network Protocols (ICNP): 1999

**Panel/Session Organizer**

NSF ANIR PI 2003 Panel on "Core Networking Issues and Protocols for the Internet"
CCW 2001 Session on "Multicast/Peer-to-Peer Networking"
NOSSDAV 2001 Panel on "Multimedia After a Decade of Research"
NGC 2000 Panel on "Multicast Pricing"

**Technical Program Committee**

IEEE International Conference on Network Protocols (ICNP): 1999, 2000, 2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009 (Area Chair), 2010 (Area Chair), 2011 (Area Chair), 2012 (Area Chair), 2013, 2014 (Area Chair), 2015 (Area Chair), 2016 (Area Chair)
International Workshop on Network and Operating System Support for Digital Audio and Video

(NOSSDAV): 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016

ACM Multimedia (MM): 2001, 2003, 2004, 2005 (short paper), 2006, 2007, 2008, 2008 (short paper), 2010, 2011, 2012, 2013, 2015

IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011 (Area Chair), 2012 (Area Chair), 2013, 2014 (Area Chair), 2015, 2016 (Area Chair)

IEEE/IFIP Network Operations and Management Symposium (NOMS): 2004, 2006, 2010

IEEE Infocom: 2004, 2005, 2006, 2008, 2009, 2010 (Area Chair), 2011 (Area Chair), 2012 (Area Chair)

IFIP Networking: 2004, 2005, 2006, 2007, 2010, 2011, 2012, 2013, 2014, 2015, 2016

ACM Workshop on Mobile Video (MoVid): 2014, 2015, 2016

ACM Student Research Competition (SRC) Grand Finals: 2014

Mobile and Social Computing for Collaborative Interactions (MSC): 2014

IEEE Conference on Communications and Network Security (CNS): 2013

IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM): 2005, 2006, 2007, 2008, 2009, 2010

ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006, 2008, 2009, 2010, 2011, 2012, 2016

IEEE International Conference on Distributed Computing Systems (ICDCS): 2006, 2010, 2011, 2012, 2013

International Workshop on Wireless Network Measurements (WiNMee): 2006, 2008, 2010

ACM Sigcomm: 2008 (poster), 2010

IEEE International Conference on Computer Communication and Networks (IC3N): 2008, 2009, 2010, 2011, 2012

International Conference on Communication Systems and Networks (COMSNETS): 2009, 2010, 2011, 2012, 2013

International Conference on Sensor Networks (SENSORNETS): 2012

International Workshop on Social and Mobile Computing for Collaborative Environments (SOMOCO): 2012

Workshop on Scenarios for Network Evaluation Studies (SCENES): 2009, 2010, 2011

ACM Multimedia Systems (MMSys): 2010, 2011, 2012, 2015, 2016

IEEE International Conference on Pervasive Computing and Communications (PerCom): 2010

IEEE Wireless Communications and Networking Conference (WCNC): 2010, 2011

ACM International Symposium on Mobility Management and Wireless Access (MobiWac): 2010, 2011

International Conference on Computing, Networking and Communications, Internet Services and Applications Symposium (ICNC-ISA): 2012, 2013

IEEE WoWMoM Workshop on Hot Topics in Mesh Networking (HotMesh): 2010, 2011, 2012, 2013

IEEE Workshop on Pervasive Group Communication (PerGroup): 2010

ACM International Conference on Next Generation Communication (CoNEXT): 2005, 2006, 2007, 2009, 2012

IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Wireless Communications, Networks and Systems Symposium: 2007, 2008, 2009

IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Internet Technologies Symposium: 2007, 2008, 2009

International Workshop on Mobile and Networking Technologies for Social Applications (MONET): 2008, 2009

Extreme Workshop on Communication-The Midnight Sun Expedition (ExtremeCom): 2009

IEEE International Workshop on Cooperation in Pervasive Environments (CoPE): 2009

International Workshop on the Network of the Future (FutureNet): 2009, 2010, 2011, 2012

IEEE International Conference on Multimedia and Exposition (ICME): 2010

SPIE Conference on Multimedia Computing and Networking (MMCN): 2004, 2008

ACM Sigcomm Workshop on the Economics of Networks, Systems, and Computation (NetEcon):

2008
IEEE International Conference on Communications (ICC): 2008
IEEE International Conference on Mobile Ad-hoc and Sensor Systems (MASS): 2008
IFIP/IEEE International Symposium on Integrated Network Management (IM): 2005, 2007
Global Internet (GI) Symposium: 2001, 2002, 2004, 2006, 2007
IEEE/ACM International Conference on High Performance Computing (HiPC): 2007
ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc): 2007
IEEE Workshop on Embedded Systems for Real-Time Multimedia (ESTIMedia): 2007
IEEE/IFIP Wireless On Demand Network Systems and Services (WONS): 2007
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS):
2001, 2002, 2003, 2004, 2005, 2006
IASTED International Conference on European Internet and Multimedia Systems and Applications
(EuroIMSA): 2004, 2006
IEEE International Conference on Parallel and Distributed Systems (ICPADS): 2005, 2006
IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium: 2006
International Workshop on Incentive-Based Computing (IBC): 2006
IEEE International Workshop on Quality of Service (IWQoS): 2006, 2014, 2015
International Workshop on Multi-hop Ad Hoc Networks (REALMAN): 2006
IEEE Globecom Automatic Internet Symposium: 2005
ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon): 2005
International Conference on Parallel Processing (ICPP): 2001, 2003, 2004
International Packet Video (PV) Workshop: 2002, 2003, 2004
IEEE International Symposium on High-Performance Distributed Computing (HPDC): 2004
ACM Sigcomm: 2004 (poster)
International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and
Applications (BroadWIM): 2004
International Symposium on Innovation in Information & Communication Technology (ISIICT): 2004
Workshop on Coordinated Quality of Service in Distributed Systems (COQODS): 2004
IASTED International Conference on Networks and Communication Systems (NCS): 2004
IASTED International Conference on Communications, Internet, and Information Technology (CIIT):
2004
IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA):
2003, 2004
International Workshop on Networked Group Communication (NGC): 1999, 2000, 2001, 2002, 2003
International Association for Development of the Information Society (IADIS) International
Conference on the WWW/Internet: 2003
International Conference on Computer and Information Science (ICIS): 2003
Human.Society@Internet: 2003
IASTED International Conference on Communications and Computer Networks (CCN): 2002
The Content Delivery Networks (CDN) Event: 2001
IP Multicast Initiative Summit: 1998, 1999, 2000
Corporation for Education Network Initiatives in California (CENIC): 1999
Internet Bandwidth Management Summit (iBAND): 1998, 1999

## B. Technical Activities

### 1. Working Groups

Internet2 Working Group on Multicast, Chair: 1998-2005
IEEE Communications Society Internet Technical Committee (ITC), Conference Coordinator: 2000-2004
IETF Multicast Directorate (MADDOGS), Member: 1999-2001

IASTED Technical Committee on the Web, Internet and Multimedia, Member: 2002-2005
Internet Engineering Task Force (IETF), various working groups: 1995-present

**2. Meeting Support Work**

Internet Engineering Task Force MBone broadcasts: 1995-2005
Conference MBone broadcasts: Sigcomm '99, and '00
Interop+Networld Network Operations Center (NOC) Team Member: 1995-1997
ACM Multimedia technical staff: 1994

# C. University of California Committees

**1. Department of Computer Science Committees**

Public Relations: 2005-2006 (chair 2005-2006), 2009-2011 (chair 2009-2011)
Strategic Planning: 2000-2002, 2003-2006, 2009-2011
Undergraduate Advising and Affairs: 2006-2007, 2014-2015
Vice Chair: 2000-2005
Graduate Admissions: 2000-2005 (chair 2000-2005), 2011-2012
Graduate Affairs: 2000-2005 (co-chair 2000-2005)
Teaching Administration: 2000-2005
Facilities: 1997-2001 (chair 1999-2000), 2006-2007
External Relations: 1999-2002
Computer Engineering Public Relations: 2011-2012
Computer Engineering Awards: 2011-2012
Computer Engineering Administration/Recruiting: 1998-2001
Computer Engineering Lab and Computer Support: 1998-2001
Faculty Recruiting: 1999-2002
Graduate Advising: 1998-1999, 2000-2005

**2. University Committees**

Member, Campus Budget and Planning: 2013-2015
Faculty, Cognitive Science Program: 2006-present
Faculty, Technology Management Program (TMP): 2003-2014
Faculty, Media Arts and Technology (MAT) Program: 1998-2014
Faculty, Computer Engineering Degree Program: 1998-present
Steering Committee, Center for Information Technology and Society (CITS): 2012-present
Associate Director, Center for Information Technology and Society (CITS): 1999-2012
Member, Campus Committee on Committees: 2010-2013
Member, Campus Income and Recharge Committee: 2010-2013
Member, College of Engineering Executive Committee: 2010-2012 (chair 2011-2012), 2014-2015 (chair 2014-2015)
Member, Distinguished Teaching Award Committee: 2009, 2010, 2011
Member, Campus Classroom Design and Renovation Committee: 2003-2010
Member, ISBER Advisory Committee: 2008-2011
Member, Fulbright Campus Review Committee: 2007
Member, Faculty Outreach Grant Program Review Committee: 2007
Executive Vice Chancellor's Information Technology Fee Committee: 2005-2006

Council on Research and Instructional Resources: 2003-2006
Executive Vice Chancellor's Working Group on Graduate Diversity: 2004-2005
Member, Engineering Pavillion Planning Committee: 2003-2005
Information Technology Board: 2001-2004
Executive Committee, Center for Entrepreneurship & Engineering Management (CEEM): 2001-2004

**3. System Wide Committees**

UCSB Representative to the Committee on Information Technology and Telecommunications Policy (ITTP): 2003-2005
UCSB Representative to the Executive Committee, Digital Media Innovation (DiMI): 1998-2003

## D. Georgia Tech Committees and Service (while a graduate student)

Graduate Student Body President: 1994-1995
Georgia Tech Executive Board: 1994-1995
Georgia Tech Alumni Association Executive Committee: 1994-1995
Dean of Students National Search Committee: 1995
Institute Strategic Planning Committee: 1994-1996

# Exhibit Copying-1

**Exhibit Copying-1 – Evidence of Documentation Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | **Usage Guidelines**  For additional notification types, see the Related Commands table for this command.<br><br>SNMP notifications can be sent as traps or inform requests. This command enables both traps and inform requests for the specified notification types. To specify whether the notifications should be sent as traps or informs, use the **snmp-server host [traps | informs]** command.<br><br>If you do not enter an **snmp-server enable traps** command, no notifications controlled by this command are sent. In order to configure the router to send these SNMP notifications, you must enter at least one **snmp-server enable traps** command. If you enter the command with no keywords, all notification types are enabled. If you enter the command with a keyword, only the notification type related to that keyword is enabled. In order to enable multiple types of notifications, you must issue a separate **snmp-server enable traps** command for each notification type and notification option.<br><br>The **snmp-server enable traps** command is used in conjunction with the **snmp-server host** command. Use the **snmp-server host** command to specify which host or hosts receive SNMP notifications. In order to send notifications, you must configure at least one **snmp-server host** command.<br><br>Cisco IOS Configuration Fundamentals and Network Management Command Reference (2004), at 1034; *see also* Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at 535. | **snmp-server enable traps**<br><br>The **snmp-server enable traps** command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The **snmp-server host** command specifies the notification<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1990.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1918; Arista User Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista User Manual v. 4.8.2 (11/18/11), at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | ```Router# show interfaces atm 0/0/0```<br>ATM0/0/0 is up, line protocol is up<br>  Hardware is cyBus ATM<br>  Internet address is 10.1.1.1/24<br>  MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255<br>  Encapsulation ATM, loopback not set, keepalive set (10 sec)<br>  Encapsulation(s): AAL5, PVC mode<br>  256 TX buffers, 256 RX buffers,<br>  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs<br>  VC idle disconnect time: 300 seconds<br>  Last input never, output 00:00:05, output hang never<br>  Last clearing of "show interface" counters never<br>  Queueing strategy: fifo<br>  Output queue 0/40, 0 drops; input queue 0/75, 0 drops<br>  5 minute input rate 0 bits/sec, 1 packets/sec<br>  5 minute output rate 0 bits/sec, 1 packets/sec<br>    5 packets input, 560 bytes, 0 no buffer<br>    Received 0 broadcasts, 0 runts, 0 giants<br>    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort<br>    5 packets output, 560 bytes, 0 underruns<br>    0 output errors, 0 collisions, 0 interface resets<br>    0 output buffer failures, 0 output buffers swapped out<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at 476. | **Examples**<br>• These commands display interface counters, clear the counters, then display the counters again.<br><br>switch#**show interfaces ethernet 1**<br>Ethernet1 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)<br>  MTU 9212 bytes, BW 10000000 Kbit<br>  Full-duplex, 10Gb/s, auto negotiation: off<br>  Last clearing of "show interface" counters never<br>  5 minutes input rate 901 bps (0.0% with framing), 0 packets/sec<br>  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec<br>  228577085405 packets input, 225028582832583 bytes<br>  Received 29769609741 broadcasts, 3073437605 multicast<br>  113 runts, 1 giants<br>  118 input errors, 117 CRC, 0 alignment, 18 symbol<br>  27511409 PAUSE input<br>  335031607678 packets output, 278454131383830 bytes<br>  Sent 14282316688 broadcasts, 54045824072 multicast<br>  108 output errors, 0 collisions<br>  0 late collision, 0 deferred<br>  0 PAUSE output<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 514; Arista User Manual, v. 4.11.1 (1/11/13), at 413; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | **show vrrp**<br><br>To display a brief or detailed status of one or all configured Virtual Router Redundancy Protocol (VRRP) groups on the router, use the **show vrrp** command in privileged EXEC mode.<br><br>show vrrp [all | brief]<br><br>Cisco IOS IP Application Services Command Reference (2011), at 76. | 19.2.3.2   Verify VRRP IPv6 Configurations<br>    Use the following commands to display the VRRP configurations and status.<br><br>**Show VRRP Group**<br>    The show vrrp command displays the status of configured Virtual Router Redundancy Protocol (VRRP) groups on a specified interface.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 879.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 793; Arista User Manual v. 4.10.3 (10/22/12), at 548; Arista User Manual v. 4.9.3.2 (5/3/12), at 468. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration: 11/24/2014 | **Usage Guidelines**    Use the **ip multicast multipath** command to enable load splitting of IP multicast traffic across multiple equal-cost paths.<br><br>If two or more equal-cost paths from a source are available, unicast traffic will be load split across those paths. However, by default, multicast traffic is not load split across multiple equal-cost paths. In general, multicast traffic flows down from the reverse path forwarding (RPF) neighbor. According to the Protocol Independent Multicast (PIM) specifications, this neighbor must have the highest IP address if more than one neighbor has the same metric.<br><br>Configuring load splitting with the **ip multicast multipath** command causes the system to load split multicast traffic across multiple equal-cost paths based on source address using the S-hash algorithm. When the **ip multicast multipath** command is configured and multiple equal-cost paths exist, the path in which multicast traffic will travel is selected based on the source IP address. Multicast traffic from different sources will be load split across the different equal-cost paths. Load splitting will not occur across equal-cost paths for multicast traffic from the same source sent to different multicast groups.<br><br>Cisco IOS IP Multicast Command Reference (2011), at 293. | 23.3.2    Equal Cost Multipath Routing (ECMP) and Load Sharing<br><br>Multiple routes that have identical destinations and administrative distances comprise an Equal Cost Multi-Path (ECMP) route. The switch attempts to spread traffic to all ECMP route paths equally.<br><br>If two or more equal-cost paths from a source are available, unicast traffic is load split across those paths. By default, multicast traffic is not load split. Multicast traffic generally flows from the reverse path forwarding (RPF) neighbor and, according to Protocol Independent Multicast (PIM) specifications, the neighbor with the highest IP address has precedence when multiple neighbors have the same metric.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1191.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1042; Arista User Manual, v. 4.11.1 (1/11/13), at 398; Arista User Manual v. 4.10.3 (10/22/12), at 320. |
| Cisco IOS 15.2<br><br>Effective date of registration: 11/24/2014 | **Usage Guidelines**    Use the **ip multicast boundary command** to configure an administratively scoped boundary on an interface in order to filter source traffic coming into the interface and prevent mroute states from being created on the interface.<br><br>**Note**    An IP multicast boundary enables reuse of the same multicast group address in different administrative domains.<br><br>Cisco IOS IP Multicast Command Reference (2011), at 264. | **Multicast Boundary Configuration**<br><br>The multicast boundary specifies subnets where source traffic entering an interface is filtered to prevent the creation of mroute states on the interface. The interface is not included in the outgoing interface list (OIL). Multicast pim, igmp or data packets are not allowed to flow across the boundary from either direction. The boundary facilitates the use of a multicast group address in different administrative domains.<br><br>The ip multicast boundary command configures the multicast boundary. The multicast boundary can be specified through multiple IPv4 subnets or one standard IPv4 ACL.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1704.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1482; Arista User Manual, v. 4.11.1 (1/11/13), at 1184; Arista User Manual v. 4.10.3 (10/22/12), at 1018; Arista User Manual v. 4.9.3.2 (5/3/12), at 776. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.0<br><br>Effective Date of Registration: 11/28/2014 | **Usage Guidelines** Enabling PIM on an interface also enables Internet Group Management Protocol (IGMP) operation on that interface. An interface can be configured to be in dense mode, sparse mode, or sparse-dense mode. The mode describes how the Cisco IOS software populates its multicast routing table and how the software forwards multicast packets it receives from its directly connected LANs. Dense mode interfaces are always added to the table when the multicast routing table is populated. Sparse mode interfaces are added to the table only when periodic join messages are received from downstream routers, or there is a directly connected member on the interface.<br><br>Cisco IOS IP Multicast Command Reference (2008), at IMC-233–34 | 33.3.1    Enabling IGMP<br><br>Enabling PIM on an interface also enables IGMP on that interface. When the switch populates the multicast routing table. Interfaces are added to the table only when periodic join messages are received from downstream routers, or when there is a directly connected member on the interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1778.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1726; Arista User Manual v. 4.12.3 (7/17/13), at 1504; Arista User Manual, v. 4.11.1 (1/11/13), at 1204; Arista User Manual v. 4.10.3 (10/22/12), at 998; Arista User Manual v. 4.9.3.2 (5/3/12), at 756; Arista User Manual v. 4.8.2 at 578; Arista User Manual v. 4.7.3 (7/18/11), at 458; Arista User Manual v. 4.6.0 (12/22/2010), at 308 |
| Cisco IOS 15.2<br><br>Effective date of registration: 11/24/2014 | **Usage Guidelines** SNMP notifications can be sent as traps or inform requests. This command enables both traps and inform requests for the specified notification types. PIM notifications are defined in the CISCO-PIM-MIB.my and PIM-MIB.my files, available from Cisco.com at http://www.cisco.com/public/sw-center/netmgmt/cmtk/mibs.shtml .<br><br>Cisco IOS IP Multicast Command Reference (2011), at 742 | SNMP Commands                                          Chapter 37   SNMP<br><br>**snmp-server enable traps**<br><br>The **snmp-server enable traps** command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The **snmp-server host** command specifies the notification type (traps or informs). Sending notifications requires at least one **snmp-server host** command.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1990.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1918; Arista User Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista User Manual v. 4.8.2 at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration: 11/24/2014 | **Usage Guidelines**  The local proxy ARP feature allows the Multilayer Switching Feature Card (MSFC) to respond to ARP requests for IP addresses within a subnet where normally no routing is required. With the local proxy ARP feature enabled, the MSFC responds to all ARP requests for IP addresses within the subnet and forwards all traffic between hosts in the subnet. Use this feature only on subnets where hosts are intentionally prevented from communicating directly to the Catalyst 6500 series switch on which they are connected.<br><br>Before the local proxy ARP feature can be used, the IP proxy ARP feature must be enabled. The IP proxy ARP feature is enabled by default.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 394 | **ip local-proxy-arp**<br><br>The **ip local-proxy-arp** command enables local proxy ARP (Address Resolution Protocol) on the configuration mode interface. Local proxy ARP programs the switch to respond to ARP requests for IP addresses within a subnet where routing is not normally required. A typical local proxy arp application is supporting isolated private VLANs that communicate with each other by routing packets.<br><br>Arista User Manual  v. 4.14.3F - Rev. 2 (10/2/14), at 1276.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1231; Arista User Manual v. 4.12.3 (7/17/13), at 1073; Arista User Manual, v. 4.11.1 (1/11/13), at 856; Arista User Manual v. 4.10.3 (10/22/12), at 707. |
| Cisco IOS 15.2<br><br>Effective date of registration: 11/24/2014 | **Usage Guidelines**  IP uses a 32-bit mask that indicates which address bits belong to the network and subnetwork fields, and which bits belong to the host field. This is called a *netmask*. By default, **show** commands display an IP address and then its netmask in dotted decimal notation. For example, a subnet would be displayed as 10.108.11.0 255.255.255.0.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 452 | • *SUBNET_SIZE*    this functions as a sanity check to ensure it is not a network or broadcast network. Options include:<br>— **netmask** *ipv4_addr*    The network mask that indicates which address bits belong to the network and subnetwork fields and which bits belong to the host field. Specify the netmask of the network to which the pool addresses belong (dotted decimal notation).<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1233.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1075. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Route Target Extended Community Attribute**<br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin Extended Community Attribute**<br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if it are is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>**IP Extended Community-List Configuration Mode**<br>Named and numbered extended community lists can be configured in IP Extended community-list configuration mode. To enter IP Extended community-list configuration mode, enter the **ip extcommunity-list** command with either the **expanded** or **standard** keyword followed by the extended community list name. This configuration mode supports all of the functions that are available in global configuration mode. In addition, you can perform the following operations:<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IRP-118 | **ip extcommunity-list expanded**<br><br>The **ip extcommunity-list expanded** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). The command uses regular expressions to name the communities specified by the list.<br><br>• **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1590.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1540; Arista User Manual v. 4.12.3 (7/17/13), at 1364; Arista User Manual, v. 4.11.1 (1/11/13), at 1110; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 689; Arista User Manual v. 4.8.2 at 519. |
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Usage Guidelines**  Extended community attributes are used to configure, filter, and identify routes for virtual routing and forwarding instances (VRFs) and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>The **match extcommunity** command is used to configure match clauses that use extended community attributes in route maps. All of the standard rules of match and set clauses apply to the configuration of extended community attributes.<br><br>Cisco IOS IP Routing: EIGRP Command Reference (2011), at 92 | BGP extended communities configure, filter, and identify routes for virtual routing, forwarding instances (VRFs), and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>Extended community clauses provide route target and site of origin parameter options:<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1552.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1502; Arista User Manual v. 4.12.3 (7/17/13), at 1334; Arista User Manual, v. 4.11.1 (1/11/13), at 1083; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 668; Arista User Manual v. 4.8.2 (11/18/11) at 500. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Expanded Community Lists**<br><br>Expanded community lists are used to filter communities using a regular expression. Regular expressions are used to configure patterns to match community attributes. The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in.<br><br>Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it will match the earliest part first. For more information about configuring regular expressions, see the Regular Expressions appendix of the *Cisco IOS Terminal Services Configuration Guide.*<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IRP-113–14 | Chapter 3  Command-Line Interface                         Processing Commands<br><br>^rxy$<br>^ rxy  23<br>21 rxy<br>,rxy,<br>rxy<br>,rxy,<br><br>The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it matches the earliest part first.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 107.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 105; Arista User Manual v. 4.12.3 (7/17/13), at 95; Arista User Manual, v. 4.11.1 (1/11/13), at 65; Arista User Manual v. 4.10.3 (10/22/12), at 57; Arista User Manual v. 4.9.3.2 (5/3/12), at 53; Arista User Manual v. 4.8.2 (11/18/11), at 49. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | `Router# show ip route`<br><br>`Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP`<br>`       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area`<br>`       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2`<br>`       E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP`<br>`       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2`<br>`       ia - IS-IS inter area, * - candidate default, U - per-user static route`<br>`       o - ODR, P - periodic downloaded static route`<br><br>`Gateway of last resort is not set`<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553 | IPv4 Routing                                      Chapter 23  IPv4<br><br>Examples<br>•  This command displays IP routes learned through BGP.<br><br>`switch#show ip route bgp`<br>`Codes: C - connected, S - static, K - kernel,`<br>`       O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,`<br>`       E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,`<br>`       N2 - OSPF NSSA external type2, B - iBGP, B E - eBGP,`<br>`       R - RIP, A - Aggregate`<br><br>`B E   170.44.48.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.50.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.52.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.54.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.254.112/30 [20/0] via 170.44.254.78`<br>`B E   170.53.0.34/32 [1/0] via 170.44.254.78`<br>`B I   170.53.0.35/32 [1/0] via 170.44.254.13`<br>`                         via 170.44.254.20`<br>`                         via 170.44.254.67`<br>`                         via 170.44.254.35`<br>`                         via 170.44.254.98`<br><br>`switch>`<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1188.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1039; Arista User Manual, v. 4.11.1 (1/11/13), at 838; Arista User Manual v. 4.10.3 (10/22/12), at 685. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Usage Guidelines**  The **clear ip bgp** command can be used to initiate a hard reset or soft reconfiguration. A hard reset tears down and rebuilds the specified peering sessions and rebuilds the BGP routing tables. A soft reconfiguration uses stored prefix information to reconfigure and activate BGP routing tables without tearing down existing peering sessions. Soft reconfiguration uses stored update information at the cost of additional memory for storing the updates to allow you to apply new BGP policy without disrupting the network. Soft reconfiguration can be configured for inbound or outbound sessions.<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IRP-69 | **clear ip bgp**<br><br>The **clear ip bgp** command removes BGP IPv4 learned routes from the routing table, reads all routes from designated peers, and sends routes to those peers as required.<br><br>• a hard reset tears down and rebuilds the peering sessions and rebuilds BGP routing tables.<br><br>• a soft reset uses stored prefix information to reconfigure and activate BGP routing tables without tearing down existing peering sessions.<br><br>Soft resets use stored update information to apply new BGP policy without disrupting the network.<br><br>Routes that are read or sent are processed through modified route maps or AS-path access lists. The command can also clear the switch's BGP sessions with its peers.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014, at 1577.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1527; Arista User Manual v. 4.12.3 (7/17/13), at 1358; Arista User Manual, v. 4.11.1 (1/11/13), at1104; Arista User Manual v. 4.10.3 (10/22/12), at 916; Arista User Manual v. 4.9.3.2 (5/3/12), at 683; Arista User Manual v. 4.8.2 (11/18/11), at 513; Arista User Manual v. 4.7.3 (7/18/11), at 378. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **max-metric router-lsa**<br><br>To configure a router that is running the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command in router configuration mode. To disable the advertisement of a maximum metric, use the **no** form of this command.<br><br>**max-metric router-lsa [on-startup** {*seconds* \| **wait-for-bgp}]**<br><br>**no max-metric router-lsa [on-startup** {*seconds* \| **wait-for-bgp}]**<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-591 | Chapter 25  Open Shortest Path First – Version 2          OSPFv2 Commands<br><br>**max-metric router-lsa (OSPFv2)**<br><br>The **max-metric router-lsa** command allows the OSPF protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.<br><br>The **no max-metric router-lsa** and **default max-metric router-lsa** commands disable the advertisement of a maximum metric.<br><br>Platform        all<br>Command Mode    Router-OSPF Configuration<br><br>Command Syntax<br>   max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>   no max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>   default max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>     All parameters can be placed in any order.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1389. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration:<br>8/12/2005 | **adv-router** [*ip-address*] (Optional) Displays all the LSAs of the specified router. If no IP address is included, the information is about the local router itself (in this case, the same as **self-originate**).<br><br>*link-state-id* (Optional) Portion of the Internet environment that is being described by the advertisement. The value entered depends on the advertisement's LS type. It must be entered in the form of an IP address.<br><br>When the link state advertisement is describing a network, the *link-state-id* can take one of two forms:<br><br>The network's IP address (as in type 3 summary link advertisements and in autonomous system external link advertisements).<br><br>A derived address obtained from the link state ID. (Note that masking a network links advertisement's link state ID with the network's subnet mask yields the network's IP address.)<br><br>When the link state advertisement is describing a router, the link state ID is always the described router's OSPF router ID.<br><br>When an autonomous system external advertisement (LS Type = 5) is describing a default route, its link state ID is set to Default Destination (0.0.0.0).<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-613 | • *linkstate_id* Network segment described by the LSA (dotted decimal notation). Value depends on the LSA type.<br>— When the LSA describes a network, the *linkstate-id* argument is one of the following:<br>    The network IP address, as in Type 3 summary link advertisements and in autonomous system external link advertisements.<br>    A derived address obtained from the link state ID. Masking a network links advertisement link state ID with the network subnet mask yielding the network IP address.<br>— When the LSA describes a router, the link state ID is the OSPFv2 router ID of the router.<br>— When an autonomous system external advertisement (Type 5) describes a default route, its link state ID is set to the default destination (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1454.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1404; Arista User Manual v. 4.12.3 (7/17/13), at 1240; Arista User Manual, v. 4.11.1 (1/11/13), at 996; Arista User Manual v. 4.10.3 (10/22/12), at 825; Arista User Manual v. 4.9.3.2 (5/3/12), at 648; Arista User Manual v. 4.8.2 (11/18/11), at 483; Arista User Manual v. 4.7.3 (7/18/11), at 357; Arista User Manual v. 4.6.0 (12/22/2010), at 217. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco XE 3.5<br><br>Effective date of registration: 11/24/2014 | **area nssa translate**<br><br>To configure a not-so-stubby area ( NSSA) and to configure the OSPF Forwarding Address Suppression in Translated Type-5 LSAs feature, use the **area nssa translate** command in router address family topology or router configuration mode. To remove the NSSA distinction from the area, use the **no** form of this command.<br><br>**area nssa translate command**area *area-id* **nssa translate type7 [always]** **suppress-fa] [default-information-originate [metric** *ospf-metric*] **[metric-type** *ospf-link-state-type*] **[nssa-only]] [no-ext-capability] [no-redistribution] [no-summary]**<br><br>**no area** *area-id* **nssa translate type7 [always] [suppress-fa] [default-information-originate [metric** *ospf-metric*] **[metric-type** *ospf-link-state-type*] **[nssa-only] [no-ext-capability] [no-redistribution] [no-summary]**<br><br>Syntax Description<br><br>*area-id* — Identifier for the stub area or NSSA. The identifier can be specified as either a decimal value or an IP address.<br><br>**translate** — Translates one type of link-state advertisement (LSA) to another type of LSA. This keyword takes effect only on an NSSA Area Border Router (ABR) or an NSSA Autonomous System Boundary Router (ASBR).<br><br>**type7** — (Required) Translates a Type-7 LSA to a Type-5 LSA. This keyword takes effect only on an NSSA ABR or an NSSA ASBR.<br><br>**always** — (Optional) Configures an NSSA ABR router as a forced NSSA LSA translator. The NSSA ABR router unconditionally translates Type-7 LSAs to Type-5 LSAs. You can configure the **always** keyword only in router configuration mode, not in router address family topology configuration mode.<br><br>Cisco IOS IP Routing: OSPF Command Reference (2011), at 15 | Chapter 26　Open Shortest Path First – Version 3　　　OSPFv3 Commands<br><br>**area nssa translate type7 always** (OSPFv3)<br><br>The **area nssa translate type7 always** command translates Type-7 link-state advertisement (LSA) to Type-5 of LSAs.<br><br>The **no area nssa translate type7 always** command removes the NSSA distinction from the area.<br><br>Platform　　　all<br>Command Mode　Router-OSPF3 Configuration<br><br>Command Syntax<br>　　**area** *area_id* **nssa translate type7 always**<br>　　**no** *area_id* **nssa translate type7 always**<br>　　**default** *area_id* **nssa translate type7 always**<br><br>Parameters<br>• *area_id*　area number.<br>　　Valid formats: integer <1 to **4294967295** > or dotted decimal < **0.0.0.1** to 255.255.255.255><br>　　Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>　　*Running-config* stores value in dotted decimal notation.<br><br>Example<br>• This command configures an NSSA ABR router as a forced NSSA LSA translator. The NSSA ABR router unconditionally translates Type-7 LSAs to Type-5 LSAs.<br><br>　　switch(config)#ipv6 router ospf 3<br>　　switch(config-router-ospf3)#area 3 nssa translate type7 always<br>　　switch(config-router-ospf3)#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1501.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1451; Arista User Manual v. 4.12.3 (7/17/13), at 1286; Arista User Manual, v. 4.11.1 (1/11/13), at 1036. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **timers basic (RIP)**<br><br>To adjust Routing Information Protocol (RIP) network timers, use the **timers basic** command in router configuration mode. To restore the default timers, use the **no** form of this command.<br><br>**timers basic** *update invalid holddown flush*<br><br>**no timers basic**<br><br>Syntax Description<br><br>*update* — Rate (in seconds) at which updates are sent. This is the fundamental timing parameter of the routing protocol. The default is 30 seconds.<br><br>*invalid* — Interval of time (in seconds) after which a route is declared invalid; it should be at least three times the value of the *update* argument. A route becomes invalid when there is an absence of updates that refresh the route. The route then enters into a *holddown* state. The route is marked inaccessible and advertised as unreachable. However, the route is still used for forwarding packets. The default is 90 seconds.<br><br>*holddown* — Interval (in seconds) during which routing information regarding better paths is suppressed. It should be at least three times the value of *update* argument. A route enters into a *holddown* state when an update packet is received that indicates the route is unreachable. The route is marked inaccessible and advertised as unreachable. However, the route is still used for forwarding packets. When holddown expires, routes advertised by other sources are accepted and the route is no longer inaccessible. The default is 180 seconds.<br><br>*flush* — Amount of time (in seconds) that must pass before the route is removed from the routing table; the interval specified should be greater than the value of the *invalid* argument. If it is less than this sum, the proper *holddown* interval cannot elapse, which results in a new route being accepted before the *holddown* interval expires. The default is 240 seconds.<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IRP-811 | Chapter 28   Routing Information Protocol                        RIP Commands<br><br>**timers basic (RIP)**<br><br>The **timers basic** command configures the update interval, the expiration time, and the deletion time for routes received and sent through RIP. The command requires value declaration of all values.<br><br>• The update time is the interval between unsolicited route responses. The default is 30 seconds.<br><br>• The expiration time is initialized when a route is established and any time an update is received for the route. If the specified period elapses from the last time the route update was received, then the route is marked as inaccessible and advertised as unreachable. However, the route forwards packets until the deletion time expires. The default value is 180 seconds.<br><br>• The deletion time is initialized when the expiration time has elapsed. On initialization of the deletion time, the route is no longer valid; however, it is retained in the routing table for a short time so that neighbors can be notified that the route has been dropped. Upon expiration of the deletion time, the route is removed from the routing table. The default is 120 seconds.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1671,<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1621; Arista User Manual v. 4.12.3 (7/17/13), at 1433; Arista User Manual, v. 4.11.1 (1/11/13), at 1179; Arista User Manual v. 4.10.3 (10/22/12), at 989; Arista User Manual v. 4.9.3.2 (5/3/12), at 748; Arista User Manual v. 4.8.2 at 570. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | SNMP notifications can be sent as traps or inform requests. Traps are unreliable because the receiver does not send acknowledgments when it receives traps. The sender cannot determine if the traps were received. However, an SNMP entity that receives an inform request acknowledges the message with an SNMP response protocol data unit (PDU). If the sender never receives the response, the inform request can be sent again. Thus, informs are more likely than traps to reach their intended destination.<br><br>Compared to traps, informs consume more resources in the agent and in the network. Unlike a trap, which is discarded as soon as it is sent, an inform request must be held in memory until a response is received or the request times out. Also, traps are sent only once; an inform may be tried several times. The retries increase traffic and contribute to a higher overhead on the network.<br><br>If you do not enter an **snmp-server host** command, no notifications are sent. To configure the router to send SNMP notifications, you must enter at least one **snmp-server host** command. If you enter the command with no optional keywords, all trap types are enabled for the host.<br><br>To enable multiple hosts, you must issue a separate **snmp-server host** command for each host. You can specify multiple notification types in the command for each host.<br><br>Cisco IOS IP Switching Command Reference (2011), v. 15.2, at 542 | 37.2.2   SNMP Notifications<br><br>SNMP notifications are messages, sent by the agent, to inform managers of an event or a network condition. A *trap* is an unsolicited notification. An *inform* (or inform request) is a trap that includes a request for a confirmation that the message is received. Events that a notification can indicate include improper user authentication, restart, and connection losses.<br><br>Traps are less reliable than informs because the receiver does not send any acknowledgment. However, traps are often preferred because informs consume more switch and network resources. A trap is sent only once and is discarded as soon as it is sent. An inform request remains in memory until a response is received or the request times out. An inform may be retried several times, increasing traffic and contributing to higher network overhead.<br><br>Table 37-2 lists the SNMP traps that the switch supports.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1963.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1653; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco IOS 12.4<br><br>Effective date of registration:<br>8/12/2005 | SNMP notifications can be sent as traps or inform requests. Traps are unreliable because the receiver does not send acknowledgments when it receives traps. The sender cannot determine if the traps were received. However, an SNMP entity that receives an inform request acknowledges the message with an SNMP response protocol data unit (PDU). If the sender never receives the response, the inform request can be sent again. Thus, informs are more likely than traps to reach their intended destination.<br><br>Compared to traps, informs consume more resources in the agent and in the network. Unlike a trap, which is discarded as soon as it is sent, an inform request must be held in memory until a response is received or the request times out. Also, traps are sent only once; an inform may be tried several times. The retries increase traffic and contribute to a higher overhead on the network.<br><br>Cisco IOS Network Management Command Reference (2005), at 522 | 37.2.2   SNMP Notifications<br><br>SNMP notifications are messages, sent by the agent, to inform managers of an event or a network condition. A *trap* is an unsolicited notification. An *inform* (or inform request) is a trap that includes a request for a confirmation that the message is received. Events that a notification can indicate include improper user authentication, restart, and connection losses.<br><br>Traps are less reliable than informs because the receiver does not send any acknowledgment. However, traps are often preferred because informs consume more switch and network resources. A trap is sent only once and is discarded as soon as it is sent. An inform request remains in memory until a response is received or the request times out. An inform may be retried several times, increasing traffic and contributing to higher network overhead.<br><br>Table 37-2 lists the SNMP traps that the switch supports.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1963.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1653; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | Compared to traps, informs consume more resources in the agent and in the network. Unlike a trap, which is discarded as soon as it is sent, an inform request must be held in memory until a response is received or the request times out. Also, traps are sent only once; an inform may be tried several times. The retries increase traffic and contribute to a higher overhead on the network.<br><br>Cisco IOS IP Switching Command Reference (2011), v. XE 3.5, at 544. | SNMP notifications are messages, sent by the agent, to inform managers of an event or a network condition. A *trap* is an unsolicited notification. An *inform* (or inform request) is a trap that includes a request for a confirmation that the message is received. Events that a notification can indicate include improper user authentication, restart, and connection losses.<br><br>Traps are less reliable than informs because the receiver does not send any acknowledgment. However, traps are often preferred because informs consume more switch and network resources. A trap is sent only once and is discarded as soon as it is sent. An inform request remains in memory until a response is received or the request times out. An inform may be retried several times, increasing traffic and contributing to higher network overhead.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1963.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1653; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco IOS XE 2.1<br><br>Effective date of registration: 11/24/2014 | Compared to traps, informs consume more resources in the agent and in the network. Unlike a trap, which is discarded as soon as it is sent, an inform request must be held in memory until a response is received or the request times out. Also, traps are sent only once; an inform may be tried several times. The retries increase traffic and contribute to a higher overhead on the network.<br><br>Cisco IOS IP Switching Command Reference (2008), at ISW-344. | SNMP notifications are messages, sent by the agent, to inform managers of an event or a network condition. A *trap* is an unsolicited notification. An *inform* (or inform request) is a trap that includes a request for a confirmation that the message is received. Events that a notification can indicate include improper user authentication, restart, and connection losses.<br><br>Traps are less reliable than informs because the receiver does not send any acknowledgment. However, traps are often preferred because informs consume more switch and network resources. A trap is sent only once and is discarded as soon as it is sent. An inform request remains in memory until a response is received or the request times out. An inform may be retried several times, increasing traffic and contributing to higher network overhead.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1963.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1653; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | *Table 22*    *show ip bgp neighbors paths Field Descriptions*<br><br>| Field | Description |<br>| Address | Internal address where the path is stored. |<br>| Refcount | Number of routes using that path. |<br><br>| Field | Description |<br>| Metric | Multi Exit Discriminator (MED) metric for the path. (The name of this metric for BGP versions 2 and 3 is INTER_AS.) |<br>| Path | Autonomous system path for that route, followed by the origin code for that route. |<br><br>Cisco IOS Multiprotocol Label Switching Command Reference (2011), at 640-41. | **show ip bgp paths**<br><br>The **show ip bgp paths** command displays all BGP paths in the database.<br><br>**Platform**   all<br>**Command Mode**   EXEC<br><br>**Command Syntax**<br>show ip bgp paths [*VRF_INSTANCE*]<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— vrf *vrf_name*   displays routing table for the specified VRF.<br>— vrf all   displays routing table for all VRFs.<br>— vrf default   displays routing table for default VRF.<br><br>**Display Values**<br>• **Refcount**: Number of routes using a listed path.<br>• **Metric**: The Multi Exit Discriminator (MED) metric for this path.<br>• **Path**: The autonomous system path for that route, followed by the origin code for that route.<br><br>The MED, also known as the external metric of a route, provides information to external neighbors about the preferred path into an AS with multiple entry points. Lower MED values are preferred.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1638.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1588; Arista User Manual v. 4.12.3 (7/17/13), at 1405; Arista User Manual, v. 4.11.1 (1/11/13), at 1151; Arista User Manual v. 4.10.3 (10/22/12), at 962; Arista User Manual v. 4.9.3.2 (5/3/12), at 776; Arista User Manual v. 4.8.2 at 547; Arista User Manual v. 4.7.3 (7/18/11), at 401; Arista User Manual v. 4.6.0 (12/22/2010), at 249. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | *Table 28*  **show ip bgp neighbors paths** Field Descriptions<br><br>| **Field** | **Description** |<br>| Address | Internal address where the path is stored. |<br>| Refcount | Number of routes using that path. |<br>| Metric | Multi Exit Discriminator (MED) metric for the path. (The name of this metric for BGP versions 2 and 3 is INTER_AS.) |<br>| Path | Autonomous system path for that route, followed by the origin code for that route. |<br><br>Cisco IOS Multiprotocol Label Switching Command Reference (2008), at 475. | **show ip bgp paths**<br><br>The show ip bgp paths command displays all BGP paths in the database.<br><br>Platform        all<br>Command Mode        EXEC<br><br>**Command Syntax**<br>    show ip bgp paths [VRF_INSTANCE]<br><br>**Parameters**<br>•  *VRF_INSTANCE*   specifies VRF instances.<br>    — <no parameter>   displays routing table for context-active VRF.<br>    — vrf *vrf_name*   displays routing table for the specified VRF.<br>    — vrf all   displays routing table for all VRFs.<br>    — vrf default   displays routing table for default VRF.<br><br>**Display Values**<br>•  **Refcount**: Number of routes using a listed path.<br>•  **Metric**: The Multi Exit Discriminator (MED) metric for the path.<br>•  **Path**: The autonomous system path for that route, followed by the origin code for that route.<br><br>The MED, also known as the external metric of a route, provides information to external neighbors about the preferred path into an AS with multiple entry points. Lower MED values are preferred.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1638.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1588; Arista User Manual v. 4.12.3 (7/17/13), at 1405; Arista User Manual, v. 4.11.1 (1/11/13), at 1151; Arista User Manual v. 4.10.3 (10/22/12), at 962; Arista User Manual v. 4.9.3.2 (5/3/12), at 776; Arista User Manual v. 4.8.2 at 547; Arista User Manual v. 4.7.3 (7/18/11), at 401; Arista User Manual v. 4.6.0 (12/22/2010), at 249 |

Cisco IOS XE 2.1

Effective date of registration:

11/24/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Usage Guidelines** This command configures the HTTP server to request an X.509v3 certificate from the client in order to authenticate the client during the connection process.<br><br>In the default connection and authentication process, the client requests a certificate from the HTTP server, but the server does not attempt to authenticate the client. Authenticating the client provides more security than server authentication by itself, but not all web clients may be configured for certificate authority (CA) authentication.<br><br>Cisco IOS HTTP Services Configuration Guide (2011), at 49. | **protocol https certificate (API Management)**<br><br>The **protocol https certificate** command configures the HTTP secure server to request an X.509 certificate from the client to configure the server certificate. The client (usually a web browser), in turn, has a public key that allows it to authenticate the certificate.<br><br>The **no protocol https certificate** and **default protocol https certificate** commands restore default behavior by removing the **protocol https certificate** statement from *running-config*.<br><br>Platform        all<br>Command Mode    Mgmt-api Configuration<br><br>**Command Syntax**<br>    protocol https certificate<br>    no protocol https certificate<br>    default protocol https certificate<br><br>**Related Commands**<br>•  management api http-commands places the switch in Management-api configuration mode.<br><br>**Examples**<br>•  These commands configures the HTTP server to request an X.509 certificate from the client in order to authenticate the client during the connection process.<br><br>    switch(config)#management api http-commands<br>    switch(config-mgmt-api-http-cmds)#protocol https certificate<br>    switch(config-mgmt-api-http-cmds)#<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 85.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 75. |

16

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2

Effective date of registration:

11/24/2014 | **Usage Guidelines** To configure a remote user, specify the IP address or port number for the remote SNMP agent of the device where the user resides. Also, before you configure remote users for a particular agent, configure the SNMP engine ID, using the **snmp-server engineID** command with the **remote** keyword. The remote agent's

Cisco IOS SNMP Support Command Reference (2011), at 380 | **Configuring the Group**

An SNMP group is a table that maps SNMP users to SNMP views. The **snmp-server group** command configures a new SNMP group.

**Example**
• This command configures *normal_one* as an SNMPv3 group (authentication and encryption) that provides access to the *all-items* read view.

```
switch(config)#snmp-server group normal_one v3 priv read all-items
switch(config)#
```

**Configuring the User**

An SNMP user is a member of an SNMP group. The **snmp-server user** command adds a new user to an SNMP group and configures that user's parameters. To configure a remote user, specify the IP address or port number of the device where the user's remote SNMP agent resides.

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1966.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1894; Arista User Manual v. 4.12.3 (7/17/13), at 1656; Arista User Manual, v. 4.11.1 (1/11/13), at 1344; Arista User Manual v. 4.10.3 (10/22/12), at 1110; Arista User Manual v. 4.9.3.2 (5/3/12), at 865; Arista User Manual v. 4.8.2 (11/18/11), at 677; Arista User Manual v. 4.7.3 (7/18/11), at 533. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Usage Guidelines** The **show snmp host** command displays details such as IP address of the Network Management System (NMS), notification type, SNMP version, and the port number of the NMS.<br><br>To configure these details, use the **snmp-server host** command.<br><br>**Command Examples** The following is sample output from the **show snmp host** command.<br><br>`Router# show snmp host`<br>`Notification host: 10.2.28.6 udp-port: 162   type: inform`<br>`user: public   security model: v2c`<br>`traps: 00001000.00000000.00000000`<br><br>The table below describes the significant fields shown in the display.<br><br>*Table 5*     **show snmp host Field Descriptions** | SNMP Commands                                    Chapter 37  SNMP<br><br>**show snmp host**<br><br>The **show snmp host** command displays the recipient details for Simple Network Management Protocol (SNMP) notification operations. Details that the command displays include IP address and port number of the Network Management System (NMS), notification type, and SNMP version.<br><br>Platform          all<br>Command Mode      EXEC<br><br>**Command Syntax**<br>show snmp host<br><br>**Field Descriptions**<br>• **Notification host**   IP address of the host for which the notification is generated.<br>• **udp-port**   port number.<br>• **type**   notification type.<br>• **user**   access type of the user for which the notification is generated.<br>• **security model**   SNMP version used to send notifications.<br>• **traps**   details of the notification generated. |
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | | Arista User Manual v. 4.13.6F (4/14/2014), at 1908<br><br>*See also* Arista User Manual v.4.14.3F (Rev. 2) (10/2/2014), at 1980; Arista User Manual v. 4.12.3 (7/17/13), at 1670; Arista User Manual, v. 4.11.1 (1/11/13), at 1357; Arista User Manual v. 4.10.3 (10/22/12), at 1124; Arista User Manual v. 4.9.3.2 (5/3/12), at 880; Arista User Manual v. 4.8.2 (11/18/11), at 688; Arista User Manual v. 4.7.3 (7/18/11), at 544. |

Field descriptions table (Cisco):

| Field | Description |
|---|---|
| Notification host | Displays the IP address of the host for which the notification is generated. |
| udp-port | Displays the port number. |
| type | Displays the type of notification. |
| user | Displays the access type of the user for which the notification is generated. |
| security model | Displays the SNMP version used to send notifications. |
| traps | Displays details of the notification generated. |

Cisco IOS SNMP Support Command Reference (July 2011), at 108–09

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **show snmp view**<br><br>To display the family name, storage type, and status of a Simple Network Management Protocol (SNMP) configuration and associated MIB, use the **show snmp view** command in privileged EXEC mode.<br><br>Cisco IOS SNMP Support Command Reference (2011), at 140 | SNMP Commands                                    Chapter 37  SNMP<br><br>**show snmp view**<br><br>The **show snmp view** command displays the family name, storage type, and status of a Simple Network Management Protocol (SNMP) configuration and the associated MIB. SNMP views are configured with the **smmp-server view** command.<br><br>Platform        all<br>Command Mode    EXEC<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1986.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1914; Arista User Manual v. 4.12.3 (7/17/13), at 1676; Arista User Manual, v. 4.11.1 (1/11/13), at 1361; Arista User Manual v. 4.10.3 (10/22/12), at 1128; Arista User Manual v. 4.9.3.2 (5/3/12), at 884; Arista User Manual v. 4.8.2 (11/18/11), at 692; Arista User Manual v. 4.7.3 (7/18/11), at 548. |
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/20141 | **Usage Guidelines**  This command provides counter information for SNMP operations. It also displays the chassis ID string defined with the **snmp-server chassis-id** global configuration command.<br><br>**Command Examples**  The following is sample output from the **show snmp** command:<br><br>```
Router# show snmp
Chassis: 12161083
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output



    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
```<br><br>Cisco IOS SNMP Support Command Reference (2011), at 95-96 | Configuring SNMP                                 Chapter 37  SNMP<br><br>```
    8 SNMP packets input
        0 Bad SNMP version errors
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        8 Number of requested variables
        0 Number of altered variables
        4 Get-request PDUs
        4 Get-next PDUs
        0 Set-request PDUs
   21 SNMP packets output
        0 Too big errors
        0 No such name errors
        0 Bad value errors
        0 General errors
        8 Response PDUs
        0 Trap PDUs
SNMP logging: enabled
    Logging to tacacs.162
SNMP agent enabled
switch(config)#
```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1896; Arista User Manual v. 4.12.3 (7/17/13), at 1658; Arista User Manual, v. 4.11.1 (1/11/13), at 1345; Arista User Manual v. 4.10.3 (10/22/12), at 1091; Arista User Manual v. 4.9.3.2 (5/3/12), at 868; Arista User Manual v. 4.8.2 (11/18/11), at 678; Arista User Manual v. 4.7.3 (7/18/11), at 534. |

19

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | snmp-server engineID local through snmp trap link-status<br><br>■ snmp-server engineID local<br><br>and the local engine ID. The command line password is then destroyed, as required by RFC 2274. Because of this deletion, if the local value of engineID changes, the security digests of SNMPv3 users will be invalid, and the users will have to be reconfigured.<br><br>Similar restrictions require the reconfiguration of community strings when the engine ID changes. A remote engine ID is required when an SNMPv3 inform is configured. The remote engine ID is used to compute the security digest for authenticating and encrypting packets sent to a user on the remote host.<br><br>Cisco IOS SNMP Support Command Reference (2011), at 324. | **snmp-server engineID remote**<br><br>The snmp-server engineID remote command configures the name of a Simple Network Management Protocol (SNMP) engine located on a remote device. The switch generates a default engineID; use the show snmp engineID command to view the configured or default engineID.<br><br>A remote engine ID is required when configuring an SNMPv3 inform to compute the security digest for authenticating and encrypting packets sent to users on the remote host. SNMPv3 authenticates users through security digests (MD5 or SHA) that are based on user passwords and the engine ID. Passwords entered on the CLI are similarly converted, then compared to the user's security digest to authenticate the user.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1920.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1682; Arista User Manual, v. 4.11.1 (1/11/13), at 1367; Arista User Manual v. 4.10.3 (10/22/12), at 1134; Arista User Manual v. 4.9.3.2 (5/3/12), at 890; Arista User Manual v. 4.8.2 (11/18/11), at 698; Arista User Manual v. 4.7.3 (7/18/11), at 554. |
| Cisco IOS 12.4<br><br>Effective date of registration:<br>8/12/2005 | **aaa group server radius**<br><br>To group different RADIUS server hosts into distinct lists and distinct methods, enter the **aaa group server radius** command in global configuration mode. To remove a group server from the configuration list, enter the **no** form of this command.<br><br>aaa group server radius *group-name*<br><br>no aaa group server radius *group-name*<br><br>Cisco IOS Security Command Reference, Release 12.4 (2005), at SEC-74. | **aaa group server radius**<br><br>The aaa group server radius command enters the server-group-radius configuration mode for the specified group name. The command creates the specified group if it was not previously created. Commands are available to add servers to the group.<br><br>A server group is a collection of servers that are associated with a single label. Subsequent authorization and authentication commands access all servers in a group by invoking the group name. Server group members must be previously configured with a radius-server host command.<br><br>The no aaa group server radius and default aaa group server radius commands delete the specified server group from *running-config*.<br><br>Platform          all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>aaa group server radius *group_name*<br>no aaa group server radius *group_name*<br>default aaa group server radius *group_name*<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 224.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 217; Arista User Manual v. 4.12.3 (7/17/13), at 168; Arista User Manual, v. 4.11.1 (1/11/13), at 126; Arista User Manual v. 4.10.3 (10/22/12), at 118. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **aaa authentication dot1x**<br><br>To specify one or more authentication, authorization, and accounting (AAA) methods for use on interfaces running IEEE 802.1X, use the **aaa authentication dot1x** command in global configuration mode. To disable authentication, use the **no** form of this command<br><br>Cisco IOS Security Command Reference, Release 12.4 (2005), at SEC-32. | 11.3.1 Configuring an Authentication Method List for 802.1x<br><br>To use 802.1x port security, specify an authentication method to be used to authenticate clients. The switch supports RADIUS authentication with 802.1x port security. To use RADIUS authentication with 802.1x port security, you create an authentication method list for 802.1x and specify RADIUS as an authentication method, then configure communication between the switch and RADIUS server.<br><br>Example<br>• The **aaa authentication dot1x** command specifies one or more authentication, authorization, and accounting (AAA) methods for use on interfaces running IEEE 802.1X. The following example uses the **aaa authentication dot1x** command with RADIUS authentication.<br><br>`switch> enable`<br>`switchB configure terminal`<br>`switch(config)# aaa authentication dot1x default group radius`<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 551, |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **dot1x port-control**<br><br>To set an 802.1X port control value, use the **dot1x port-control** command in interface configuration mode. To disable the port-control value, use the **no** form of this command.<br><br>**dot1x port-control** {auto | force-authorized | force-unauthorized}<br><br>**no dot1x port-control** {auto | force-authorized | force-unauthorized}<br><br>Syntax Description<br><br>auto — Determines authentication status of the client PC by the authentication process. The port state will be set to AUTO.<br><br>force-authorized — Disables 802.1X on the interface and causes the port to change to the authorized state without any authentication exchange required. The port transmits and receives normal traffic without 802.1X-based authentication of the client. The **force-authorized** keyword is the default.<br><br>force-unauthorized — Denies all access through this interface by forcing the port to change to the unauthorized state, ignoring all attempts by the client to authenticate.<br><br>Cisco IOS Security Command Reference, Release 12.4 (2005), at SEC-457. | Example<br>• This command configures Ethernet 1 to immediately commence functioning as authenticator ports.<br><br>`switch(config)#interface ethernet 1`<br>`switch(config-if-Et1)#dot1x port-control auto`<br>`switch(config-if-Et1)#`<br><br>The **dot1x port-control force-authorized** command causes the port to transition to the authorized state without any authentication exchange required. The port transmits and receives normal traffic without 802.1X-based authentication of the client.<br><br>Example<br>• This example of the command designates Ethernet 1 as an authenticator port that is to continue to forward packets.<br><br>`switch(config)#interface ethernet 1`<br>`switch(config-if-Et1)#dot1x port-control force-authorized`<br>`switch(config-if-Et1)#`<br><br>Example<br>• The **dot1x port-control force-unauthorized** command places the specified ports in the state of unauthorized, denying any access requests from users of the ports.<br><br>`switch(config)#interface ethernet 1`<br>`switch(config-if-Et1)#dot1x port-control force-authorized`<br>`switch(config-if-Et1)#`<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 552, |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **dot1x max-reauth-req**<br><br>To set the maximum number of times the authenticator sends an Extensible Authentication Protocol (EAP) request/identity frame assuming that no response is received to the client, use the **dot1x max-reauth-req** command in interface configuration mode. To set the maximum number of times to the default setting of 2, use the **no** form of this command.<br><br>**dot1x max-reauth-req** *number*<br><br>**no dot1x max-reauth-req**<br><br>Cisco IOS Security Command Reference: Commands D to L (2011), at 164. | I1.3.5 Setting the Maximum Number of Times the Authenticator Sends EAP Request<br><br>The **dot1x max-reauth-req** command sets the maximum number of times that the switch restarts the authentication process before a port changes to the unauthorized state.<br><br>**Example**<br>• These commands set the maximum number of times the authenticator sends an Extensible Authentication Protocol (EAP) request/identity frame to the client.<br><br>`switch(config)#interface ethernet 1`<br>`switch(config-if-Et1)#dot1x max-reauth-req 4`<br>`switch(config-if-Et1)#`<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 553, |
| Cisco IOS 12.4<br><br>Effective date of registration:<br>8/12/2005 | **dot1x pae**<br><br>To set the Port Access Entity (PAE) type use the **dot1x pae** command in interface configuration mode. To disable the PAE type that was set, use the **no** form of this command.<br><br>**dot1x pae [supplicant | authenticator | both]**<br><br>**no dot1x pae [supplicant | authenticator | both]**<br><br>Syntax Description<br><br>supplicant — (Optional) The interface acts only as a supplicant and will not respond to messages that are meant for an authenticator.<br>authenticator — (Optional) The interface acts only as an authenticator and will not respond to any messages meant for a supplicant.<br>both — (Optional) The interface behaves both as a supplicant and as an authenticator and thus will respond to all dot1x messages.<br><br>Cisco IOS Security Command Reference, Release 12.4 (2005), at SEC-456. | **dot1x pae authenticator**<br><br>The **dot1x pae authenticator** command sets the Port Access Entity (PAE) type. The interface acts only as an authenticator and will not respond to any messages meant for a supplicant.<br><br>The **no dot1x pae authenticator** and **default dot1x pae authenticator** commands restore the switch default by deleting the corresponding **dot1x pae authenticator** command from *running-config*.<br><br>Platform      all<br>Command Mode   Interface-Ethernet Configuration<br>           Interface-Management Configuration<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 560. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4

Effective date of registration: 8/12/2005 | **dot1x timeout (EtherSwitch)**

To set the number of retry seconds between 802.1X authentication exchanges when an Ethernet switch network module is installed in the router, use the **dot1x timeout** command in global configuration mode. To return to the default setting, use the **no** form of this command.

**dot1x timeout** {quiet-period *seconds* | re-authperiod *seconds* | tx-period *seconds*}

no **dot1x timeout** {quiet-period *seconds* | re-authperiod *seconds* | tx-period *seconds*}

Syntax Description | quiet-period *seconds* | Specifies the time in seconds that the Ethernet switch network module remains in the quiet state following a failed authentication exchange with the client. The range is from 0 to 65535 seconds. The default is 60 seconds.

Cisco IOS Security Command Reference, Release 12.4 (2005), at SEC-466. | **dot1x timeout quiet-period**

The **dot1x timeout quiet-period** command sets the number of seconds that the switch remains in the quiet state following a failed authentication exchange with the client. The range is 1 to 65535 seconds; the default is 60.

When the switch cannot authenticate the client, the switch remains idle for a set period of time and then tries again. You can provide a faster response time to the user by entering a number smaller than the default.

The **no dot1x timeout quiet-period** and **default dot1x timeout quiet-period** commands restore the default advertisement interval of 60 seconds by removing the corresponding **dot1x timeout quiet-period** command from *running-config*.

Platform          all
Command Mode   Interface-Ethernet Configuration
                      Interface-Management Configuration

Arista User Manual v. 4.13.6F (4/14/2014), at 563, |
| Cisco IOS 12.4

Effective date of registration: 8/12/2005 | Usage Guidelines | The security passwords **min-length** command provides enhanced security access to the router by allowing you to specify a minimum password length, eliminating common passwords that are prevalent on most networks, such as "lab" and "cisco." This command affects user passwords, enable passwords and secrets, and line passwords. After this command is enabled, any password that is less than the specified length will fail.

Cisco IOS Security Command Reference, Release 12.4 (2005), at SEC-943. | **password minimum length (Security Management)**

The **password minimum length** command provides enhanced security access to the switch by allowing you to specify a minimum password length, eliminating common passwords that are prevalent on most networks. This command affects user passwords, enable passwords and secrets, and line passwords. After this command is enabled, any password that is less than the specified length will fail.

Applicable CC Requirements: The switch settings for secure passwords can be found under secure preparation. The password minimum length should be 15 characters and SHA-512 should be used as the hashing mechanism for all locally stored passwords.

Arista User Manual v. 4.13.6F (4/14/2014), at 152, |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Command Examples**  This example shows the output from the **show port-security** command when you do not enter any options.<br><br>```<br>Router# show port-security<br>Secure Port   MaxSecureAddr  CurrentAddr  SecurityViolation  Security<br>Action<br>               (Count)       (Count)      (Count)<br><br>Fa5/1          11            11           0                  Shutdown<br>Fa5/5          15            5            0                  Restrict<br>Fa5/11         5             4            0                  Protect<br>-----------------------------------------------------------------<br>Total Addresses in System: 21<br>Max Addresses limit in System: 128<br>Router#<br>```<br><br>Cisco IOS Security Command Reference Commands S to Z (July 2011), at 692. | **Example**<br>• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.<br><br>```<br>switch(config)#interface ethernet 7<br>switch(config-if-Et7)#switchport port-security<br>switch(config-if-Et7)#switchport port-security maximum 2<br>switch(config-if-Et7)#exit<br>switch(config)#mac address-table static 0034.24c2.8f11 vlan 10 interface ethernet 7<br>switch(config)#mac address-table static 4464.842d.17ce vlan 10 interface ethernet 7<br>switch(config)#clear mac address-table dynamic interface ethernet 7<br>switch(config)#show port-security<br>Secure Port     MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action<br>                (Count)        (Count)      (Count)<br>-----------------------------------------------------------------<br>Et7             2              2            0                  Shutdown<br>-----------------------------------------------------------------<br>```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 632.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405-06; Arista User Manual v. 4.10.3 (10/22/12), at 336. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | **Command Modes**  PTP clock configuration (config-ptp-clk)<br><br>**Command History**<br><br>| Release | Modification |<br>| 15.0(1)S | This command was introduced. |<br><br>**Usage Guidelines**  Slave devices use the priority1 value when selecting a master clock. The priority1 value has precedence over the priority2 value.<br><br>Cisco IOS Interface and Hardware Component Command Reference (2011), at 1018. | **ptp priority1**<br><br>The **ptp priority1** command configures the priority1 value to use when advertising the clock. This value overrides the default criteria for best master clock selection. Lower values take precedence. The range is from 0 to 255. To remove PTP settings, use the **no** form of this command.<br><br>Platform    FM6000<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br>    ptp priority1 *priority_rate*<br>    no ptp priority1<br>    default ptp priority1<br><br>**Parameters**<br>• *priority_rate*    The value to override the default criteria (clock quality, clock class, etc.) for best master clock selection. Lower values take precedence. Value ranges from 0 to 255. The default is 128.<br><br>**Examples**<br>• This command configures the preference level for a clock. slave devices use the priority1 value when selecting a master clock.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208. |

25

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **service sequence-numbers**<br><br>To enable visible sequence numbering of system logging messages, use the **service sequence-numbers** command in global configuration mode. To disable visible sequence numbering of logging messages, use the **no** form of this command.<br><br>    **service sequence-numbers**<br><br>    **no service sequence-numbers**<br><br>Syntax Description    This command has no arguments or keywords.<br><br>Defaults    Disabled.<br><br>Command Modes    Global configuration<br><br>Command History<br>Release      Modification<br>12.0      This command was introduced.<br><br>Usage Guidelines    Each system status messages logged in the system logging process have a sequence reference number applied. This command makes that number visible by displaying it with the message. The sequence number is displayed as the first part of the system status message. See the description of the **logging** commands for information on displaying logging messages.<br><br>Cisco IOS Configuration Fundamentals Command Reference Release 12.4T (2005), at CF-472. | **service sequence-numbers**<br><br>The **service sequence-numbers** command enables visible sequence numbering of system logging messages. Each system status messages logged in the system logging process have a sequence reference number applied. This command makes that number visible by displaying it with the message.<br><br>The **no service sequence-numbers** and **default service sequence-numbers** commands disable visible sequence numbering of system logging messages by removing the **service sequence-numbers** command from *running-config*.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 380.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 322; Arista User Manual, v. 4.11.1 (1/11/13), at 268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.1<br><br>Effective date of registration: 11/28/2014 | **Usage Guidelines** The command history function provides a record of EXEC commands that you have entered. This function is particularly useful for recalling long or complex commands or entries, including access lists.<br><br>To change the number of command lines that the system will record in its history buffer, use the **history** line configuration command.<br><br>The **history** command enables the history function with the last buffer size specified or, if there was not a prior setting, with the default of ten lines. The **no history** command disables the history function.<br><br>The **show history** EXEC command will list the commands you have entered, but you can also use your keyboard to display individual commands. Table 34 lists the keys you can use to recall commands from the command history buffer.<br><br>Table 34    History Keys<br><br>**Key(s)** / **Functions**<br>Ctrl-P or Up Arrow[1] / Recalls commands in the history buffer in a backward sequence, beginning with the most recent command. Repeat the key sequence to recall successively older commands.<br>Ctrl-N or Down Arrow[1] / Returns to more recent commands in the history buffer after recalling commands with Ctrl-P or the Up Arrow. Repeat the key sequence to recall successively more recent commands.<br><br>1.  The arrow keys function only with ANSI-compatible terminals.<br><br>Cisco IOS Configuration Fundamentals Command Reference (2010), at CF-237. | 3.2.4    History Substitution Keystrokes<br><br>The history buffer retains the last 20 entered commands. History substitution keystrokes that access previously entered commands include:<br><br>• **Ctrl-P** or the **Up Arrow** key: Recalls history buffer commands, beginning with the most recent command. Repeat the key sequence to recall older commands.<br>• **Ctrl-N** or the **Down Arrow** key: Returns to more recent commands after using the **Ctrl-P** or the **Up Arrow**. Repeat the key sequence to recall more recent commands.<br><br>The **show history** command in Privileged EXEC mode displays the history buffer contents.<br><br>```<br>switch#show history<br>  en<br>  config<br>  exit<br>  show history<br>```<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 103.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 93; Arista User Manual, v. 4.11.1 (1/11/13), at 63; Arista User Manual v. 4.10.3 (10/22/12), at 55; Arista User Manual v. 4.9.3.2 (5/3/12), at 51; Arista User Manual v. 4.8.2 (11/18/11), at 47; Arista User Manual v. 4.7.3 (7/18/11), at 44-45; Arista User Manual v. 4.6.0 (12/22/2010), at 38-39 |
| Cisco IOS 15.1<br><br>Effective date of registration: 11/28/2014 | Left Arrow[1] or Ctrl-B / Back character / Moves the cursor one character to the left. When you enter a command that extends beyond a single line, you can press the Left Arrow or Ctrl-B keys repeatedly to scroll back toward the system prompt and verify the beginning of the command entry.<br>Right Arrow[1] or Ctrl-F / Forward character / Moves the cursor one character to the right.<br>Esc, B / Back word / Moves the cursor back one word.<br>Esc, F / Forward word / Moves the cursor forward one word.<br>Ctrl-A / Beginning of line / Moves the cursor to the beginning of the line.<br>Ctrl-E / End of line / Moves the cursor to the end of the command line<br><br>Cisco IOS Configuration Fundamentals Command Reference (2010), at CF-189. | 3.2.3    Cursor Movement Keystrokes<br><br>EOS supports these cursor movement keystrokes:<br><br>• **Ctrl-B** or the **Left Arrow** key: Moves the cursor back one character.<br>• **Ctrl-F** or the **Right Arrow** key: Moves the cursor forward one character.<br>• **Ctrl-A**: Moves the cursor to the beginning of the command line.<br>• **Ctrl-E**: Moves the cursor to the end of the command line.<br>• **Esc-B**: Moves the cursor back one word.<br>• **Esc-F**: Moves the cursor forward one word.<br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 102.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 92; Arista User Manual, v. 4.11.1 (1/11/13), at 62; Arista User Manual v. 4.10.3 (10/22/12), at 54; Arista User Manual v. 4.9.3.2 (5/3/12), at 50; Arista User Manual v. 4.8.2 (11/18/11), at 46; Arista User Manual v. 4.7.3 (7/18/11), at 44; Arista User Manual v. 4.6.0 (12/22/2010), at 38. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | | Parameters<br>• *number* specifies a channel group ID. Values range from 1 through 1000.<br>• *LACP_MODE* specifies the interface LACP mode. Values include:<br>— mode on Configures interface as a static port channel, disabling LACP. The switch does not verify or negotiate port channel membership with other switches.<br>— mode active Enables LACP on the interface in active negotiating state. The port initiates negotiations with other ports by sending LACP packets.<br>— mode passive Enables LACP on the interface in a passive negotiating state. The port responds to LACP packets but cannot start LACP negotiations.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 403; Arista User Manual, v. 4.11.1 (1/11/13), at 336; Arista User Manual v. 4.10.3 (10/22/12), at 294; Arista User Manual v. 4.9.3.2 (5/3/12), at 278; Arista User Manual v. 4.8.2 (11/18/11), at 210; Arista User Manual v. 4.7.3 (7/18/11), at 424; Arista User Manual v. 4.6.0 (12/22/2010), at 271. |

Channel Mode / Description table:

| Channel Mode | Description |
|---|---|
| passive | LACP mode that places a port into a passive negotiating state, in which the port responds to LACP packets that it receives but does not initiate LACP negotiation. |
| active | LACP mode that places a port into an active negotiating state, in which the port initiates negotiations with other ports by sending LACP packets. |
| on | All static port channels, that is, that are not running LACP, remain in this mode. If you attempt to change the channel mode to active or passive before enabling LACP, the device returns an error message.<br>You enable LACP on each channel by configuring the interface in that channel for the channel mode as either **active** or **passive**. When an LACP attempts to negotiate with an interface in the **on** state, it does not receive any LACP packets and becomes an individual link with that interface; it does not join the LACP channel group.<br>The default port-channel mode is **on**. |

Cisco NX-OS Interfaces Configuration Guide (2008), Release 4.0, at 5-9.

| | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **encapsulation dot1Q**<br><br>To enable IEEE 802.1Q encapsulation of traffic on a specified subinterface in a virtual LAN (VLAN), use the encapsulation dot1q command in subinterface configuration mode. To disable encapsulation, use the **no** form of this command.<br><br>**encapsulation dot1Q** *vlan-id*<br><br>**no encapsulation dot1Q** *vlan-id*<br><br>Cisco NX-OS Interfaces Command Reference (2008), Release 4.0, at IF-8. | **encapsulation dot1q vlan**<br><br>The **encapsulation dot1q vlan** command enables Layer 2 802.1Q encapsulation of traffic on a specified subinterface in a VLAN. The default VLAN for all interfaces is VLAN 1.<br><br>The **no encapsulation dot1q** and **default encapsulation dot1q vlan** commands restore the default VLAN to the configuration mode interface by removing the corresponding **encapsulation dot1q vlan** command from *running-config*.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 774. |

28

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **switchport trunk native vlan**<br><br>To change the native VLAN ID when the interface is in trunking mode, use the **switchport trunk native vlan** command. To return the native VLAN ID to VLAN 1, use the **no** form of this command.<br><br>**switchport trunk native vlan** *vlan-id*<br><br>**no switchport trunk native vlan**<br><br>Cisco NX-OS Interfaces Command Reference (2008), Release 4.0, at IF-35. | **switchport trunk native vlan**<br><br>The switchport trunk native vlan command specifies the trunk mode native VLAN for the configuration mode interface. Interfaces in trunk mode associate untagged frames with the native VLAN. Trunk mode interfaces can also be configured to drop untagged frames. The default native VLAN for all interfaces is VLAN 1.<br><br>The no switchport trunk native vlan and default switchport trunk native vlan commands restore VLAN 1 as the trunk mode native VLAN to the configuration mode interface by removing the corresponding switchport trunk native vlan command from running-config.<br><br>Platform           all<br>Command Mode   Interface-Ethernet Configuration<br>                        Interface-Port-channel Configuration<br><br>Command Syntax<br>switchport trunk native vlan VLAN_ID<br>no switchport trunk native vlan<br>default switchport trunk native vlan<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 800.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 647; Arista User Manual, v. 4.11.1 (1/11/13), at 500; Arista User Manual v. 4.10.3 (10/22/12), at 418; Arista User Manual v. 4.9.3.2 (5/3/12), at 357. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration:<br>11/13/2014 | Rapid per VLAN Spanning Tree Plus (Rapid PVST+) and Multiple Spanning Tree (MST) have built-in compatibility mechanisms that allow them to interact properly with other versions of IEEE spanning tree or other regions. For example, a bridge running Rapid PVST+ can send 802.1D bridge protocol data units (BPDUs) on one of its ports when it is connected to a legacy bridge. An MST bridge can detect that a port is at the boundary of a region when it receives a legacy BPDU or an MST BPDU that is associated with a different region.<br><br>These mechanisms are not always able to revert to the most efficient mode. For example, a Rapid PVST+ bridge that is designated for a legacy 802.1D bridge stays in 802.1D mode even after the legacy bridge has been removed from the link. Similarly, an MST port assumes that it is a boundary port when the bridges to which it have joined the same region.<br><br>To force the MST port to renegotiate with the neighbors, enter the **clear spanning-tree detected-protocol** command.<br><br>If you enter the **clear spanning-tree detected-protocol** command with no arguments, the command is applied to every port of the device.<br><br>This command does not require a license.<br><br>Cisco NX-OS Layer 2 Switching Command Reference (2008), Release 4.0, at L2-5. | 20.2.1.4  **Version Interoperability**<br>A network can contain switches running different spanning tree versions. The common spanning tree (CST) is a single forwarding path the switch calculates for STP, RSTP, MSTP, and Rapid-PVST topologies in networks containing multiple spanning tree versions.<br><br>In multi-instance topologies, the following instances correspond to the CST:<br><br>• **Rapid-PVST** VLAN 1<br>• **MST**: IST (instance 0)<br><br>RSTP and MSTP are compatible with other spanning tree versions:<br><br>• An RSTP bridge sends 802.1D (original STP) BPDUs on ports connected to an STP bridge.<br>• RSTP bridges operating in 802.1D mode remain in 802.1D mode even after all STP bridges are removed from their links.<br>• An MST bridge can detect that a port is at a region boundary when it receives an STP BPDU or an MST BPDU from a different region.<br>• MST ports assume they are boundary ports when the bridges to which they connect join the same region.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 953.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 831; Arista User Manual, v. 4.11.1 (1/11/13), at 649; Arista User Manual v. 4.10.3 (10/22/12), at 563; Arista User Manual v. 4.9.3.2 (5/3/12), at 483; Arista User Manual v. 4.8.2 (11/18/11), at 357; Arista User Manual v. 4.7.3 (7/18/11), at 231. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration:<br>11/13/2014 | When you enable this BPDU Guard command globally, the command applies only to spanning tree edge ports. See **spanning-tree port type edge bpduguard default** for more information on the global command for BPDU Guard. However, when you enable this feature on an *interface*, it applies to that interface *regardless* of the spanning tree port type.<br><br>This command has three states:<br><br>• **spanning-tree bpduguard enable**—Unconditionally enables BPDU Guard on the interface.<br>• **spanning-tree bpduguard disable**—Unconditionally disables BPDU Guard on the interface.<br>• **no spanning-tree bpduguard**—Enables BPDU Guard on the interface if it is an operational spanning tree edge port and if the **spanning-tree port type edge bpduguard default** command is configured.<br><br>Cisco NX-OS Layer 2 Switching Command Reference (2008), Release 4.0, at L2-31. | The **spanning-tree bpduguard** interface configuration command controls BPDU guard on the configuration mode interface. This command takes precedence over the default setting configured by **spanning-tree portfast bpduguard default**.<br><br>• **spanning-tree bpduguard enable** enables BPDU guard on the interface.<br>• **spanning-tree bpduguard disable** disables BPDU guard on the interface.<br>• **no spanning-tree bpduguard** reverts the interface to the default BPDU guard setting.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 968.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 847; Arista User Manual, v. 4.11.1 (1/11/13), at 665; Arista User Manual v. 4.10.3 (10/22/12), at 579; Arista User Manual v. 4.9.3.2 (5/3/12), at 498; Arista User Manual v. 4.8.2 (11/18/11), at 372; Arista User Manual v. 4.7.3 (7/18/11), at 246. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **Understanding Loop Guard**<br><br>Loop Guard helps prevent bridging loops that could occur because of a unidirectional link failure on a point-to-point link.<br><br>Cisco NX-OS Layer 2 Switching Configuration Guide (2008), Release 4.0, at 7-6. | 20.3.3   Port Roles and Rapid Convergence<br><br>Spanning Tree provides the following options for controlling port configuration and operation:<br><br>• **PortFast:** Allows ports to skip the listening and learning states before entering forwarding state.<br>• **Port Type** and **Link Type:** Designates ports for rapid transitions to the forwarding state.<br>• **Root Guard:** Prevents a port from becoming root port or blocked port.<br>• **Loop Guard:** Prevents loops resulting from a unidirectional link failure on a point-to-point link.<br>• **Bridge Assurance:** Prevents loops caused by unidirectional links or a malfunctioning switch.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 964.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 842; Arista User Manual, v. 4.11.1 (1/11/13), at 660; Arista User Manual v. 4.10.3 (10/22/12), at 574; Arista User Manual v. 4.9.3.2 (5/3/12), at 494; Arista User Manual v. 4.8.2 (11/18/11), at 368; Arista User Manual v. 4.7.3 (7/18/11), at 242. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | Bridge Assurance is enabled by default and can only be disabled globally. Also, Bridge Assurance can be enabled only on spanning tree network ports that are point-to-point links. Finally, both ends of the link must have Bridge Assurance enabled. If the device on one side of the link has Bridge Assurance enabled and the device on the other side either does not support Bridge Assurance or does not have this feature enabled, the connecting port is blocked.<br><br>Cisco NX-OS Layer 2 Switching Configuration Guide (2008), Release 4.0, at 7-3. | **spanning-tree bridge assurance**<br><br>The **spanning-tree bridge assurance** command enables bridge assurance on all ports with a port type of *network*. Bridge assurance protects against unidirectional link failure, other software failure, and devices that quit running a spanning tree algorithm.<br><br>Bridge assurance is available only on spanning tree *network* ports on point-to-point links. Both ends of the link must have bridge assurance enabled. If the device on one side of the link has bridge assurance enabled and the device on the other side either does not support bridge assurance or does not have it enabled, the bridge assurance enabled port is blocked.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1002.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 880; Arista User Manual, v. 4.11.1 (1/11/13), at 698; Arista User Manual v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 531; Arista User Manual v. 4.8.2 (11/18/11), at 403; Arista User Manual v. 4.7.3 (7/18/11), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | A regular expression is entered as part of a command and is a pattern made up of symbols, letters, and numbers that represent an input string for matching (or sometimes not matching). Matching the string to the specified pattern is called pattern matching.<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at A-1. | 3.2.6    Regular Expressions<br>A regular expression is pattern of symbols, letters, and numbers that represent an input string for matching an input string entered as a CLI parameter. The switch uses regular expression pattern matching in several BGP commands.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 106.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 94; Arista User Manual, v. 4.11.1 (1/11/13), at 64; Arista User Manual v. 4.10.3 (10/22/12), at 56; Arista User Manual v. 4.9.3.2 (5/3/12), at 52; Arista User Manual v. 4.8.2 (11/18/11), at 48. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | | | Arista |
|---|---|---|---|---|
| | $ | Matches the character or null string at the end of an input string. | 123$ matches 0123, but not 1234 | ^ (caret)  matches the character or null string at the beginning of a string. |
| | | | | *Example*  ^read matches reader   ^read does not match bread. |
| | * | Matches zero or more sequences of the character preceding the asterisk. Also acts as a wildcard for matching any number of characters. | 5* matches any occurrence of the number 5 including none | * (asterisk)  matches zero or more sequences of character preceding the asterisk. |
| | | | | *Example*  12* matches 167, 1267, or 12267   it does not match 2x7 |
| | + | Matches one or more sequences of the character preceding the plus sign. | 8+ requires there to be at least one number 8 in the string to be match | + (plus sign)  matches one or more sequences of character preceding the plus sign. |
| | | | | *Example*  46+ matches 2467 or 24667   it does not match 247 |
| | ( ) [ ] | Nest characters for matching. Separate endpoints of a range with a dash (-). | (17)* matches any number of the two-character string 17 | $ (dollar sign)  dollar sign matches the character or null string at the end of an input string. |
| | | | | *Example*  read$ matches bread   read$ but not reads |
| | | | | [ ] (brackets)  matches characters or a character range separated by a hyphen. |
| | | | | *Example*  [0137abcr-y] matches 0, 1, 3,v   it does not match 2, 9, m, z |
| | | | | ? (question mark)  pattern matches zero or one instance. Entering Ctrl-V prior to the question mark prevents the CLI from interpreting ? as a help command. |
| | | Concatenates constructs. Matches one of the characters or character patterns on either side of the vertical bar. | A(B|C)D matches ABD and ACD, not AD, ABCD, ABBD, or ACCD | *Example*  x1?x matches xx and x1x |
| | | | | | (pipe)  pattern matches character patterns on either side of bar. |
| | | | | *Example*  B(E|A)D matches *BED* and *BAD*. It does not match BD, BEAD, BEED, or EAD |
| | _ | Replaces a long regular expression list by matching a comma (,), left brace ({), right brace (}), the beginning of the input string, the end of the input string, or a space. | The characters _1300_ can match of the following strings: | ()(parenthesis)  nests characters for matching. Endpoints of a range are separated with a dash (-). |
| | | | | *Example*  6(45)+ matches 645454523   it does not match 6443 |
| | | | | *Example*  ([A-Za-z][0-9])+ matches *C4* or *x9* |
| | | | • ^1300$ | _ (underscore)  Pattern replaces a long regular expression list by matching a comma (,), the beginning of the input string, the end of the input string, or a space. |
| | | | • ^1300space | *Example*  _rxy_ matches any of the following: |
| | | | • space1300 | |
| | | | • {1300, | |
| | | | • ,1300, | |
| | | | • {1300} | |
| | | | • ,1300, | |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at A-2. | | | Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 106.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 94; Arista User Manual, v. 4.11.1 (1/11/13), at 64; Arista User Manual v. 4.10.3 (10/22/12), at 56; Arista User Manual v. 4.9.3.2 (5/3/12), at 52; Arista User Manual v. 4.8.2 (11/18/11), at 48. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it will match the earlier part first.<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at A-3. | The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it matches the earliest part first.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 107.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 105; Arista User Manual v. 4.12.3 (7/17/13), at 95; Arista User Manual, v. 4.11.1 (1/11/13), at 65; Arista User Manual v. 4.10.3 (10/22/12), at 57; Arista User Manual v. 4.9.3.2 (5/3/12), at 53; Arista User Manual v. 4.8.2 (11/18/11), at 49. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **max-metric router-lsa (OSPF)**<br><br>To configure the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command. To disable the advertisement of a maximum metric, use the **no** form of this command.<br><br>max-metric router-lsa [on-startup [*seconds* \| wait-for bgp *tag*]]<br><br>no max-metric router-lsa [on-startup [*seconds* \| wait-for bgp *tag*]]<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at L3-272. | **max-metric router-lsa (OSPFv2)**<br><br>The **max-metric router-lsa** command allows the OSPF protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.<br><br>The **no max-metric router-lsa** and **default max-metric router-lsa** commands disable the advertisement of a maximum metric.<br><br>Platform    all<br>Command Mode    Router-OSPF Configuration<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1439. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | Syntax Description<br><br>**on-startup**    (Optional) Configures the router to advertise a maximum metric at startup.<br>*seconds*    (Optional) Maximum metric (in seconds) that is advertised for the specified time interval. The configurable range is from 5 to 86400 seconds. The default is 600 seconds.<br>**wait-for bgp** *tag*    (Optional) Advertises a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at L3-272. | — **on-startup wait-for-bgp**    Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br>— **on-startup** <5 to 86400>    Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.<br><br>**wait-for-bgp** or an **on-start** time value is not included in **no** and **default** commands.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1439. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | The **cluster-id** command is used to assign a cluster ID to a route reflector when the cluster has one or more route reflectors. Multiple route reflectors are deployed in a cluster to increase redundancy and avoid a single point of failure. When multiple route reflectors are configured in a cluster, the same cluster ID is assigned to all route reflectors. This allows all route reflectors in the cluster to recognize updates from peers in the same cluster and reduces the number of updates that need to be stored in BGP routing tables.<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at L3-564. | When using route reflectors, an AS is divided into clusters. A cluster consists of one or more route reflectors and a group of clients to which they re-advertise route information. Multiple route reflectors can be configured in the same cluster to increase redundancy and avoid a single point of failure. Each reflector has a cluster ID. If the cluster has a single route reflector, the cluster ID is its router ID. If a cluster has multiple route reflectors, a 4-byte cluster ID is assigned to all route reflectors in the cluster. All of them must be configured with the same cluster ID so that they can recognize updates from other route reflectors in the same cluster. The **bgp cluster-id** command configures the cluster ID in a cluster with multiple route reflectors.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1549.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1331; Arista User Manual, v. 4.11.1 (1/11/13), at 1081; Arista User Manual v. 4.10.3 (10/22/12), at 893; Arista User Manual v. 4.9.3.2 (5/3/12), at 665. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **timers basic**<br><br>To adjust the Routing Information Protocol (RIP) network timers, use the **timers basic** command in router address-family configuration mode. To restore the default timers, use the **no** form of this command.<br><br>**timers basic** *update invalid holddown flush*<br><br>**no timers basic**<br><br>**Syntax Description**<br><br>*update* — Rate (in seconds) at which updates are sent. The default is 30 seconds.<br>*invalid* — Interval of time (in seconds) after which a route is declared invalid; it should be at least three times the value of the *update* argument. A route becomes invalid when no updates refresh the route. The route then enters into a *holddown* state where it is marked as inaccessible and advertised as unreachable. However, the route is still used to forward packets. The default is 180 seconds.<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at L3-538. | **timers basic** (RIP)<br><br>The **timers basic** command configures the update interval, the expiration time, and the deletion time for routes received and sent through RIP. The command requires value declaration of all values.<br>• The update time is the interval between unsolicited route responses. The default is 30 seconds.<br>• The expiration time is initialized when a route is established and any time an update is received for the route. If the specified period elapses from the last time the route update was received, then the route is marked as inaccessible and advertised as unreachable. However, the route forwards packets until the deletion time expires. The default value is 180 seconds.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1671.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1621; Arista User Manual v. 4.12.3 (7/17/13), at 1433; Arista User Manual, v. 4.11.1 (1/11/13), at 1179; Arista User Manual v. 4.10.3 (10/22/12), at 989; Arista User Manual v. 4.9.3.2 (5/3/12), at 748; Arista User Manual v. 4.8.2 (11/18/11), at 570. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **isis hello-multiplier**<br><br>To specify the number of Intermediate System-to-Intermediate System (IS-IS) hello packets a neighbor must miss before the router should declare the adjacency as down, use the **isis hello-multiplier** command in interface configuration mode. To restore the default value, use the **no** form of this command.<br><br>**isis hello-multiplier** *multiplier* {**level-1** \| **level-2**}<br><br>no isis hello-multiplier {**level-1** \| **level-2**}<br><br>Cisco NX-OS Unicast Routing Command Reference (2008), Release 4.0, at L3-224. | **isis hello-multiplier**<br><br>The **isis hello-multiplier** command specifies the number of IS-IS hello packets a neighbor must miss before the device should declare the adjacency as down.<br><br>Each hello packet contains a hold time. The hold time informs the receiving devices how long to wait without seeing another hello from the sending device before considering the sending device down. The **isis hello-multiplier** command is used to calculate the hold time announced in hello packets by multiplying this number with the configured **isis hello-interval**.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1685.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1447. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **Local Proxy ARP**<br><br>You can use local Proxy ARP to enable a device to respond to ARP requests for IP addresses within a subnet where normally no routing is required. When you enable local Proxy ARP, ARP responds to all ARP requests for IP addresses within the subnet and forwards all traffic between hosts in the subnet. Use this feature only on subnets where hosts are intentionally prevented from communicating directly by the configuration on the device to which they are connected.<br><br>Cisco NX-OS Unicast Routing Configuration Guide (2008), Release 4.0, at 2-5. | **ip local-proxy-arp**<br><br>The **ip local-proxy-arp** command enables local proxy ARP (Address Resolution Protocol) on the configuration mode interface. Local proxy ARP programs the switch to respond to ARP requests for IP addresses within a subnet where routing is not normally required. A typical local proxy arp application is supporting isolated private VLANs that communicate with each other by routing packets.<br><br>Arista User Manual  v. 4.14.3F - Rev. 2 (10/2/14), at 1276.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1231; Arista User Manual v. 4.12.3 (7/17/13), at 1073; Arista User Manual, v. 4.11.1 (1/11/13), at 856; Arista User Manual v. 4.10.3 (10/22/12), at 707. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **IS-IS Overview**<br><br>IS-IS sends a *hello packet* out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, such as the authentication, area, and supported protocols, which the receiving interface uses to determine compatibility with the originating interface. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). By default, the router sends a periodic LSP refresh every 10 minutes and the LSPs remain in the link-state database for 20 minutes (the LSP lifetime). If the router does not receive an LSP refresh before the end of the LSP lifetime, the router deletes the LSP from the database.<br><br>The LSP interval must be less than the LSP lifetime or the LSPs time out before they are refreshed.<br><br>**IS-IS Areas**<br><br>You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers which establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured. These Level 1/Level 2 routers act as area border routers which route information from the local area to the Level 2 backbone area (see Figure 8-1).<br><br>Within a Level 1 area, routers know how to reach all other routers in that area. Between areas, routers know how to reach the area border router to get to the Level 2 area. The Level 2 routers know how to reach other area border routers and other Level 2 routers. Level 1/Level 2 routers straddle the boundary between two areas, routing traffic to and from the Level 1-2 devices means route.<br><br>Each IS-IS instance in Cisco NX-OS supports either a single Level 1 or Level 2 area, or one of each. By default, all IS-IS instances automatically support Level 1 and Level 2 routing.<br><br>Cisco NX-OS Unicast Routing Configuration Guide,  Release 4.0, at 8-2. | **29.2    IS-IS Description**<br><br>IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, which the receiving interface uses to determine compatibility with the originating interface. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). If the router does not receive an LSP refresh before the end of the LSP lifetime, the device deletes the LSP from the database.<br><br>**Terms of IS-IS Routing Protocol**<br><br>The following terms are used when configuring IS-IS.<br><br>• NET and System ID – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID.<br><br>• Designated Intermediate System – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>• IS-IS Areas – You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured.<br><br>• IS-IS Instances – Arista supports only one instance of the IS-IS protocol that run on the same node.<br><br>• LSP – Link state packet (LSP) can switch link state information. LSPs fall into two types: Level 1 LSPs and Level 2 LSPs. Level 2 devices transmit Level 2 LSPs; Level-1 devices transmit Level 1 LSPs; Level 1-2 devices transmit both Level 2 LSPs and Level 1 LSPs.<br><br>• Hello packets – Hello packets, can establish and maintain neighbor relationships.<br><br>• Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing routing destined for their local router. Possible conditions for setting the overload bit the device is in a critical condition.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **PIM Register Messages**<br><br>PIM register messages are unicast to the RP by designated routers (DRs) that are directly connected to multicast sources. The PIM register message has the following functions:<br><br>• To notify the RP that a source is actively sending to a multicast group.<br><br>• To deliver multicast packets sent by the source to the RP for delivery down the shared tree.<br><br>The DR continues to send PIM register messages to the RP until it receives a Register-Stop message from the RP. The RP sends a Register-Stop message in either of the following cases:<br><br>• The RP has no receivers for the multicast group being transmitted.<br><br>• The RP has joined the SPT to the source but has not started receiving traffic from the source.<br><br>Cisco NX-OS Multicast Routing Configuration Guide (2008), Release 4.0, at 3-7. | Anycast-RP<br>PIM Anycast-RP defines a single RP address that is configured on multiple routers. An anycast-RP set consists of the routers configured with the same anycast-RP address. Anycast-RP provides redundancy protection and load balancing. The anycast-RP set supports all multicast groups.<br>PIM register messages are unicast to the RP by designated routers (DRs) that are directly connected to multicast sources. The router which sends these messages and Join/prune messages to the anycast-RP set member specified in the anycast-RP command. In a typical configuration, one command is configured for each member of the anycast-RP set.<br>The PIM register message has the following functions:<br>• Notify the RP that a source is actively sending to a multicast group.<br>• Deliver multicast packets sent by the source to the RP for delivery down the shared tree.<br>The DR continues sending PIM register messages to the RP until it receives a Register-Stop message from the RP. The RP sends a Register-Stop message in either of the following cases:<br>• The RP has no receivers for the multicast group being transmitted.<br>• The RP has joined the SPT to the source but has not started receiving traffic from the source.<br>The ip pim anycast-rp command configures the switch as a member of an anycast-RP set and establishes a communication link with another member of the set.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1874.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1580; Arista User Manual, v. 4.11.1 (1/11/13), at 1274; Arista User Manual v. 4.10.3 (10/22/12), at 1005-06; Arista User Manual v. 4.9.3.2 (5/3/12), at 763-65; Arista User Manual v. 4.8.2 (11/18/11), at 639; Arista User Manual v. 4.7.3 (7/18/11), at 514. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | If the supplicant is successfully authenticated (receives an Accept frame from the authentication server), the port state changes to authorized, and all frames from the authenticated supplicant are allowed through the port. If the authentication fails, the port remains in the unauthorized state, but authentication can be retried. If the authentication server cannot be reached, the authenticator can retransmit the request. If no response is received from the server after the specified number of attempts, authentication fails, and the supplicant is not granted network access.<br><br>Cisco DCNM Security Configuration Guide (2008), Release 4.0, at 6-5. | 11.3.3    Designating Authenticator Ports<br><br>You have to designate ports as authenticator ports before you can configure their settings. There are three dot1x port-control commands for designating authenticator ports. The command you use is determined by whether or not the switch is part of an active network.<br><br>If the switch is not part of an active network or is not forwarding traffic, you can use the dot1x port-control auto command to designate the authenticator ports. This command designates ports such that they immediately begin to function as authenticator ports, blocking all traffic until supplicants log on to the RADIUS server.<br><br>If the client is successfully authenticated, the port state changes to authorized, and all frames from the authenticated client are allowed through the port. If the authentication fails, the port remains in the unauthorized state, but authentication can be retried. If the authentication server cannot be reached, the switch can retransmit the request. If no response is received from the server after the specified number of attempts, authentication fails, and network access is not granted.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 558. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **Changing Global 802.1X Authentication Timers**<br><br>The following global 802.1X authentication timers are supported on the device:<br><br>• Quiet-period timer—When the device cannot authenticate the supplicant, the device remains idle for a set period of time, and then tries again. The quiet-period timer value determines the idle period. An authentication failure might occur because the supplicant provided an invalid password. You can provide a faster response time to the user by entering a number smaller than the default. The default is 60 seconds. The range is from 1 to 65535.<br><br>Cisco DCNM Security Configuration Guide (2008), Release 4.0, at 6-14. | **dot1x timeout quiet-period**<br><br>The **dot1x timeout quiet-period** command sets the number of seconds that the switch remains in the quiet state following a failed authentication exchange with the client. The range is 1 to 65535 seconds; the default is 60.<br><br>When the switch cannot authenticate the client, the switch remains idle for a set period of time and then tries again. You can provide a faster response time to the user by entering a number smaller than the default.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 569. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **Enabling Periodic Reauthentication for an Interface**<br><br>You can enable periodic 802.1X reauthentication on an interface and specify how often it occurs. If you do not specify a time period before enabling reauthentication, the number of seconds between reauthentication defaults to the global value.<br><br>Cisco DCNM Security Configuration Guide (2008), Release 4.0, at 6-14 | **dot1x timeout reauth-period**<br><br>The **dot1x timeout reauth-period** command specifies the time interval for reauthentication of clients on an authenticator port. Re-authentication must be enabled on an authenticator port for the timer to work.<br><br>If you do not specify a time period before enabling re-authentication, the number of seconds between re-authentication attempts is 3600.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 570. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | If the supplicant is successfully authenticated (receives an Accept frame from the authentication server), the port state changes to authorized, and all frames from the authenticated supplicant are allowed through the port. If the authentication fails, the port remains in the unauthorized state, but authentication can be retried. If the authentication server cannot be reached, the authenticator can retransmit the request. If no response is received from the server after the specified number of attempts, authentication fails, and the supplicant is not granted network access.<br><br>Cisco NX-OS Security Configuration Guide (2008), Release 4.0, at 7-5. | 11.3.3    Designating Authenticator Ports<br><br>You have to designate ports as authenticator ports before you can configure their settings. There are three **dot1x port-control** commands for designating authenticator ports. The command you use is determined by whether or not the switch is part of an active network.<br><br>If the switch is not part of an active network or is not forwarding traffic, you can use the **dot1x port-control auto** command to designate the authenticator ports. This command designates ports such that they immediately begin to function as authenticator ports, blocking all traffic until supplicants log on to the RADIUS server.<br><br>If the client is successfully authenticated, the port state changes to authorized, and all frames from the authenticated client are allowed through the port. If the authentication fails, the port remains in the unauthorized state, but authentication can be retried. If the authentication server cannot be reached, the switch can retransmit the request. If no response is received from the server after the specified number of attempts, authentication fails, and network access is not granted.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 558. |

39

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **Changing Global 802.1X Authentication Timers**<br><br>The following global 802.1X authentication timers are supported on the NX-OS device:<br><br>• Quiet-period timer—When the NX-OS device cannot authenticate the supplicant, the NX-OS device remains idle for a set period of time, and then tries again. The quiet-period timer value determines the idle period. An authentication failure might occur because the supplicant provided an invalid password. You can provide a faster response time to the user by entering a number smaller than the default. The default is 60 seconds. The range is from 1 to 65535.<br><br>Cisco NX-OS Security Configuration Guide (2008), Release 4.0, at 7-18. | **dot1x timeout quiet-period**<br><br>The **dot1x timeout quiet-period** command sets the number of seconds that the switch remains in the quiet state following a failed authentication exchange with the client. The range is 1 to 65535 seconds; the default is 60.<br><br>When the switch cannot authenticate the client, the switch remains idle for a set period of time and then tries again. You can provide a faster response time to the user by entering a number smaller than the default.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 569. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **aaa group server radius**<br><br>To create a RADIUS server group and enter RADIUS server group configuration mode, use the **aaa group server radius** command. To delete a RADIUS server group, use the **no** form of this command.<br><br>aaa group server radius *group-name*<br><br>no aaa group server radius *group-name*<br><br>Cisco NX-OS Security Command Reference (2008), Release 4.0, at 17. | **aaa group server radius**<br><br>The **aaa group server radius** command enters the server-group-radius configuration mode for the specified group name. The command creates the specified group if it was not previously created. Commands are available to add servers to the group.<br><br>A server group is a collection of servers that are associated with a single label. Subsequent authorization and authentication commands access all servers in a group by invoking the group name. Server group members must be previously configured with a radius-server host command.<br><br>The **no aaa group server radius** and **default aaa group server radius** commands delete the specified server group from *running-config*.<br><br>Platform          all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>`aaa group server radius group_name`<br>`no aaa group server radius group_name`<br>`default aaa group server radius group_name`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 224.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 217; Arista User Manual, v. 4.11.1 (1/11/13), at 126; Arista User Manual v. 4.12.3 (7/17/13), at 168; Arista User Manual v. 4.10.3 (10/22/12), at 118. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **Usage Guidelines**  The 802.1X quiet-period timeout is the number of seconds that the switch remains in the quiet state following a failed authentication exchange with a supplicant.<br><br>You must use the **feature dot1x** command before you configure 802.1X.<br><br>Cisco NX-OS Security Command Reference (2008), Release 4.0, at 119. | **dot1x timeout quiet-period**<br><br>The **dot1x timeout quiet-period** command sets the number of seconds that the switch remains in the quiet state following a failed authentication exchange with the client. The range is 1 to 65535 seconds; the default is 60.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 569. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | **ip dhcp snooping information option**<br><br>To enable the insertion and removal of option-82 information for DHCP packets, use the **ip dhcp snooping information option** command. To disable the insertion and removal of option-82 information, use the **no** form of this command.<br><br>**ip dhcp snooping information option**<br>**no ip dhcp snooping information option**<br><br>Cisco NX-OS Security Command Reference (2008), Release 4.0, at 196. | **Command Syntax**<br>```ip dhcp snooping information option```<br>```no ip dhcp snooping information option```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1270. |
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco NX-OS System Management Configuration Guide (2008), Release 4.0, at 7-2, | SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1964.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1342; Arista User Manual v. 4.10.3 (10/22/12), at 1108; Arista User Manual v. 4.9.3.2 (5/3/12), at 864; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective Date of registration: 11/13/2014 | SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco NX-OS System Management Configuration Guide (2010), Release 5.0, at 10-2. | SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1964.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1342; Arista User Manual v. 4.10.3 (10/22/12), at 1108; Arista User Manual v. 4.9.3.2 (5/3/12), at 864; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco IOS XE 2.1<br><br>Effective Date of registration: 11/24/2014 | SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Configuring SNMP Support (2008), at 17. | SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1964.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1342; Arista User Manual v. 4.10.3 (10/22/12), at 1108; Arista User Manual v. 4.9.3.2 (5/3/12), at 864; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **snmp-server enable traps** atm pvc<br><br>…<br><br>**Usage Guidelines**  SNMP notifications can be sent as traps or inform requests. This command enables both traps and inform requests for the specified notification types. ATM notifications are defined in the CISCO-IETF-ATM2-PVCTRAP-MIB.my file, available from the Cisco FTP site at ftp://www.cisco.com/public/mibs/v2/.<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2013), at 526. | **snmp-server enable traps**<br><br>The snmp-server enable traps command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The snmp-server host command specifies the notification type (traps or informs). Sending notifications requires at least one snmp-server host command.<br><br>The snmp-server enable traps and no snmp-server enable traps commands, without an MIB parameter, specifies the default notification trap generation setting for all MIBs. These commands, when specifying an MIB, controls notification generation for the specified MIB. The default snmp-server enable traps command resets notification generation to the default setting for the specified MIB.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1990.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1918; Arista User Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista User Manual v. 4.8.2 at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | ```Router# show interface cbr 6/0```<br>```CBR6/0 is up, line protocol is up```<br>```  Hardware is DCU```<br>```  MTU 0 bytes, BW 1544 Kbit, DLY 0 usec, rely 255/255, load 248/255```<br>```  Encapsulation ET_ATMCES_T1, loopback not set```<br>```  Last input 00:00:00, output 00:00:00, output hang never```<br>```  Last clearing of "show interface" counters never```<br>```  Queueing strategy: fifo```<br>```  Output queue 0/0, 0 drops; input queue 0/75, 0 drops```<br>```  5 minute input rate 1507000 bits/sec, 3957 packets/sec```<br>```  5 minute output rate 1507000 bits/sec, 3955 packets/sec```<br>```     3025960 packets input, 142220120 bytes, 0 no buffer```<br>```     Received 0 broadcasts, 0 runts, 0 giants```<br>```     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort```<br>```     3030067 packets output, 142413149 bytes, 0 underruns```<br>```     0 output errors, 0 collisions, 0 interface resets```<br>```     0 output buffer failures, 0 output buffers swapped out```<br>The table below describes the fields shown in the display.<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2013), at 460. | ```switch#show interfaces ethernet 1```<br>```Ethernet1 is up, line protocol is up (connected)```<br>```  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)```<br>```  MTU 9212 bytes, BW 10000000 Kbit```<br>```  Full-duplex, 10Gb/s, auto negotiation: off```<br>```  Last clearing of "show interface" counters never```<br>```  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec```<br>```  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec```<br>```     2285370854005 packets input, 225028582832583 bytes```<br>```     Received 29769609741 broadcasts, 3073437605 multicast```<br>```     113 runts, 1 giants```<br>```     118 input errors, 117 CRC, 0 alignment, 18 symbol```<br>```     27511409 PAUSE input```<br>```     335031607678 packets output, 27845413138330 bytes```<br>```     Sent 14282316688 broadcasts, 54045824072 multicast```<br>```     108 output errors, 0 collisions```<br>```     0 late collision, 0 deferred```<br>```     0 PAUSE output```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 437.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | *severity-level*<br><br>(Optional) The number or name of the desired severity level at which messages should be logged. Messages at or numerically lower than the specified level are logged. Severity levels are as follows (enter the number or the keyword):<br><br>[0 \| **emergencies**]—System is unusable<br>[1 \| **alerts**]—Immediate action needed<br>[2 \| **critical**]—Critical conditions<br>[3 \| **errors**]—Error conditions<br>[4 \| **warnings**]—Warning conditions<br>[5 \| **notifications**]—Normal but significant conditions<br>[6 \| **informational**]—Informational messages<br>[7 \| **debugging**]—Debugging messages<br><br>Cisco IOS Cisco Networking Services Command Reference (2013), at 91. | • *CONDITION*    Specifies condition level. Options include:<br>— <no parameter>    Specifies default condition level.<br>— **severity** *<condition-level>*    Name of the severity level at which messages should be logged<br><br>Valid *condition-level* options include:<br>⁂ 0 or emergencies    System is unusable<br>⁂ 1 or alerts    Immediate action needed<br>⁂ 2 or critical    Critical conditions<br>⁂ 3 or errors    Error conditions<br>⁂ 4 or warnings    Warning conditions<br>⁂ 5 or notifications    Normal but significant conditions<br>⁂ 6 or informational    Informational messages<br>⁂ 7 or debugging    Debugging messages<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 155. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | **Command**         **Description**<br><br>show debugging    Displays information about the types of debugging that are enabled.<br><br>show dot1x        Displays 802.1x statistics, administrative status, and operational status for the router or for the specified interface.<br><br>Cisco IOS Debug Command Reference – Commands A through D (2013), at 635. | **show dot1x**<br><br>The show dot1x command displays the 802.1x statistics, administrative status, and operational status for the specified interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 572. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Command** — show ip igmp interface<br>**Description** — Displays multicast-related information about an interface.<br><br>Cisco IOS Debug Command Reference – Commands I through L (2013), at 297. | **show ip igmp interface**<br><br>The show ip igmp interface command displays multicast-related information about an interface.<br><br>• show ip igmp interface – displays all multicast information for all interfaces.<br>• show ip igmp interface *int-name* – displays multicast information for the specified interfaces.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1850.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1558; Arista User Manual, v. 4.11.1 (1/11/13), at 1253; Arista User Manual v. 4.10.3 (10/22/12), at 1038; Arista User Manual v. 4.9.3.2 (5/3/12), at 796; Arista User Manual v. 4.8.2 (11/18/11), at 614; Arista User Manual v. 4.7.3 (7/18/11), at 491; Arista User Manual v. 4.6.0 (12/22/2010), at 337. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | ```
Router# show interfaces
Ethernet0/0 is up, line protocol is up
  Hardware is AmdP2, address is aabb.cc03.6c00 (bia aabb.cc03.6c00)
  Internet address is 172.17.1.1/16
  MTU 1500 bytes, BW 10000 Kbit, DLY 1000 usec,
    reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output 00:00:06, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
     0 packets input, 0 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 input packets with dribble condition detected
     11 packets output, 1648 bytes, 0 underruns
     0 output errors, 0 collisions, 1 interface resets
     0 babbles, 0 late collision, 0 deferred
     0 lost carrier, 0 no carrier
     0 output buffer failures, 0 output buffers swapped out
```<br><br>Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 44. | ```
switch#show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
     2285370854005 packets input, 225028582832583 bytes
     Received 29769609741 broadcasts, 3073437605 multicast
     113 runts, 1 giants
     118 input errors, 117 CRC, 0 alignment, 18 symbol
     27511409 PAUSE input
     335031607678 packets output, 27845413138330 bytes
     Sent 14282316688 broadcasts, 54045824072 multicast
     108 output errors, 0 collisions
     0 late collision, 0 deferred
     0 PAUSE output
```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 437.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Use the **show** *interface* *interface-type interface-number* command to display the information and statistics for Ethernet 0 on R4.<br><br>R4> show interface ethernet 0<br>Ethernet0 is up, line protocol is up<br>  Hardware is Lance, address is 00e0.1eb8.eb0e (bia 00e0.1eb8.eb0e)<br>The MAC address for Ethernet 0 on R4 is 00e0.1eb8.eb0e. The format of the client identifier for this interface is nullcisco-00e0.1eb8.eb0e-et0.<br><br>Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 81. | This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>switch(config)#interface ethernet 7<br>switch(config-if-Et7)#mac-address 001c.2804.17e1<br>switch(config-if-Et7)#show interface ethernet 7<br>Ethernet3 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 437.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | <table><tr><th>Command</th><th>Description</th></tr><tr><td>show ip mfib</td><td>Displays the forwarding entries and interfaces in the IPv4 MFIB.</td></tr><tr><td>show ip mfib active</td><td>Displays information from the IPv4 MFIB about the rate at which active multicast sources are sending to multicast groups.</td></tr><tr><td>show ip mfib count</td><td>Displays a summary of traffic statistics from the IPv4 MFIB about multicast sources and groups.</td></tr></table><br>Cisco IOS Multicast Command Reference (2013), at 17. | The show ip mfib command displays the forwarding entries and interfaces in the IPv4 MFIB<br><br>• show ip mfib displays MFIB information for hardware forwarded routes.<br>• show ip mfib software displays MFIB information for software forwarded routes.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1755.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1484; Arista User Manual, v. 4.11.1 (1/11/13), at 1186; Arista User Manual v. 4.10.3 (10/22/12), at 1020; Arista User Manual v. 4.9.3.2 (5/3/12), at 778; Arista User Manual v. 4.8.2 (11/18/11), at 597; Arista User Manual v. 4.7.3 (7/18/11), at 477; Arista User Manual v. 4.6.0 (12/22/2010), at 324. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip igmp interface**<br><br>To display multicast-related information about an interface, use the **show ip igmp interface** command in user EXEC or privileged EXEC mode.<br><br>show ip igmp [vrf *vrf-name*] interface [*interface-type interface-number*]<br><br>If you omit the optional arguments, the **show ip igmp interface** command displays information about all interfaces.<br><br>Cisco IOS Multicast Command Reference at 618 (2013)<br><br>show ip igmp interface      Displays multicast-related information about an interface.<br><br>Cisco IOS Multicast Command Reference (2013), at 12. | **show ip igmp interface**<br><br>The show ip igmp interface command displays multicast-related information about an interface.<br><br>• show ip igmp interface – displays all multicast information for all interfaces<br>• show ip igmp interface *int-name* – displays multicast information for the specified interfaces.<br><br>When all arguments are omitted, the command displays information for all interfaces.<br><br>Platform    all<br>Command Mode    EXEC<br><br>Command Syntax<br>    show ip igmp interface [*INT_NAME*]<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1850.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1558; Arista User Manual, v. 4.11.1 (1/11/13), at 1253; Arista User Manual v. 4.10.3 (10/22/12), at 1038; Arista User Manual v. 4.9.3.2 (5/3/12), at 796; Arista User Manual v. 4.8.2 (11/18/11), at 614; Arista User Manual v. 4.7.3 (7/18/11), at 491; Arista User Manual v. 4.6.0 (12/22/2010), at 337. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip igmp query-interval** | **ip igmp query-interval** |

**Cisco column:**

**ip igmp query-interval**

Note    We recommend that you do not change the default IGMP query interval.

To configure the frequency at which the IGMP querier sends Internet Group Management Protocol (IGMP) host-query messages from an interface, use the **ip igmp query-interval** command in interface configuration mode. To restore the default IGMP query interval, use the **no** form of this command.

**ip igmp query-interval** *seconds*
**no ip igmp query-interval**

Use the **ip igmp query-interval** command to configure the frequency at which the IGMP querier sends IGMP host-query messages from an interface. The IGMP querier sends query-host messages to discover which multicast groups have members on the attached networks of the router.

Cisco IOS Multicast Command Reference (2013), at 118.

**Arista column:**

**ip igmp query-interval**

The ip igmp query-interval command configures the frequency at which the configuration mode interface, as an IGMP querier, sends host-query messages.

An IGMP querier sends query-host messages to discover the multicast groups that have members on networks attached to the interface. The switch implements a default query interval of 125 seconds.

The no ip igmp query-interval and default ip igmp query-interval commands reset the IGMP query interval to the default value of 125 seconds by removing the **ip igmp query-interval** command from *running-config*.

Platform          all
Command Mode      Interface-Ethernet Configuration
                  Interface-Port-Channel Configuration
                  Interface-VLAN Configuration

Command Syntax

    ip igmp query-interval *period*
    no ip igmp query-interval
    default ip igmp query-interval

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1802.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1522; Arista User Manual, v. 4.11.1 (1/11/13), at 1219; Arista User Manual v. 4.10.3 (10/22/12), at 1028; Arista User Manual v. 4.9.3.2 (5/3/12), at 786; Arista User Manual v. 4.8.2 (11/18/11), at 605; Arista User Manual v. 4.7.3 (7/18/11), at 485; Arista User Manual v. 4.6.0 (12/22/2010), at 331.

**Copyright Registration Information column:**

Cisco IOS 15.4

Effective date of registration: 11/26/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip msdp mesh-group**<br><br>To configure a Multicast Source Discovery Protocol (MSDP) peer to be a member of a mesh group, use the **ip msdp mesh-group** command in global configuration mode. To remove an MSDP peer from a mesh group, use the no form of this command.<br><br>**ip msdp** [**vrf** *vrf-name*] **mesh-group** *mesh-name* {*peer-address*\| *peer-name*}<br><br>**no ip msdp** [**vrf** *vrf-name*] **mesh-group** *mesh-name* {*peer-address*\| *peer-name*}<br><br>Cisco IOS Multicast Command Reference (2013), at 225<br><br>A mesh group is a group of MSDP speakers that have fully meshed MSDP connectivity among themselves. Source-Active (SA) messages received from a peer in a mesh group are not forwarded to other peers in the same mesh group.<br><br>Cisco IOS Multicast Command Reference (2013), at 226. | **ip msdp mesh-group**<br><br>The **ip msdp mesh-group** command configures the specified MSDP peer connection as an MSDP mesh group member. A peer can be assigned to multiple mesh groups. Multiple MSDP peers can be assigned to a common mesh group.<br><br>An MSDP mesh group is a network of MSDP speakers where each speaker is directly connected to every other speaker. Source-Active (SA) messages that are received from a peer in a mesh group are not forwarded to other peers in that mesh group.<br><br>The no ip msdp mesh-group and default ip msdp mesh-group commands delete the specified peer connection from a mesh group by remove the corresponding **ip msdp mesh-group** command from running-config. Commands that do not include a specific MSDP peer deletes all configured connections from the specified mesh group.<br><br>Platform          all<br>Command Mode      Global Configuration<br>Command Syntax<br>    **ip msdp mesh-group** *group_name peer_id*<br>    **no ip msdp mesh-group** *group_name* [*peer_id*]<br>    **default ip msdp mesh-group** *group_name* [*peer_id*]<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1928.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1634; Arista User Manual, v. 4.11.1 (1/11/13), at 1325. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Use the **ip multicast multipath** command to enable load splitting of IP multicast traffic across multiple equal-cost paths.<br><br>If two or more equal-cost paths from a source are available, unicast traffic will be load split across those paths. However, by default, multicast traffic is not load split across multiple equal-cost paths. In general, multicast traffic flows down from the reverse path forwarding (RPF) neighbor. According to the Protocol Independent Multicast (PIM) specifications, this neighbor must have the highest IP address if more than one neighbor has the same metric.<br><br>Configuring load splitting with the **ip multicast multipath** command causes the system to load split multicast traffic across multiple equal-cost paths based on source address using the S-hash algorithm. When the **ip multicast multipath** command is configured and multiple equal-cost paths exist, the path in which multicast traffic will travel is selected based on the source IP address. Multicast traffic from different sources will be load split across the different equal-cost paths. Load splitting will not occur across equal-cost paths for multicast traffic from the same source sent to different multicast groups.<br><br>Cisco IOS Multicast Command Reference (2013), at 284. | Equal Cost Multipath Routing (ECMP) and Load Sharing<br><br>Multiple routes that have identical destinations and administrative distances comprise an Equal Cost Multi-Path (ECMP) route. The switch attempts to spread traffic to all ECMP route paths equally.<br><br>If two or more equal-cost paths from a source are available, unicast traffic is load split across those paths. By default, multicast traffic is not load split. Multicast traffic generally flows from the reverse path forwarding (RPF) neighbor and, according to Protocol Independent Multicast (PIM) specifications, the neighbor with the highest IP address has precedence when multiple neighbors have the same metric.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1231.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1191; Arista User Manual v. 4.12.3 (7/17/13), at 1042; Arista User Manual, v. 4.11.1 (1/11/13), at 398; Arista User Manual v. 4.10.3 (10/22/12), at 330. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Enabling PIM on an interface also enables Internet Group Management Protocol (IGMP) operation on that interface. An interface can be configured to be in dense mode, passive mode, sparse mode, or sparse-dense mode. The mode describes how the Cisco IOS software populates its multicast routing table and how the software forwards multicast packets that it receives from its directly connected LANs. Dense mode interfaces are always added to the table when the multicast routing table is populated. Sparse mode interfaces are added to the table only when periodic join messages are received from downstream routers, or there is a directly connected member on the interface.<br><br>Cisco IOS Multicast Command Reference (2013), at 330. | Enabling IGMP<br><br>Enabling PIM on an interface also enables IGMP on that interface. When the switch populates the multicast routing table, interfaces are added to the table only when periodic join messages are received from downstream routers, or when there is a directly connected member on the interface.<br><br>By default, PIM and IGMP are disabled on an interface. The ip pim sparse-mode command enables PIM and IGMP on the configuration mode interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1778.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1726; Arista User Manual v. 4.12.3 (7/17/13), at 1504; Arista User Manual, v. 4.11.1 (1/11/13), at 1204; Arista User Manual v. 4.10.3 (10/22/12), at 998; Arista User Manual v. 4.9.3.2 (5/3/12), at 756; Arista User Manual v. 4.8.2 at 578; Arista User Manual v. 4.7.3 (7/18/11), at 458; Arista User Manual v. 4.6.0 (12/22/2010), at 308. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip pim sparse sg-expiry-timer**<br><br>To adjust the (S, G) expiry timer interval for Protocol Independent Multicast sparse mode (PIM-SM) (S, G) multicast routes (mroutes), use the **ip pim sparse sg-expiry-timer** command in global configuration mode. To restore the default setting with respect to this command, use the **no** form of this command.<br><br>**ip pim** [vrf *vrf-name*] sparse sg-expiry-timer *seconds* [sg-list *access-list*]<br>**no ip pim** [vrf *vrf-name*] sparse sg-expiry-timer<br><br>Cisco IOS Multicast Command Reference (2013), at 405.<br><br>Use the **ip pim sparse sg-expire-timer** command to adjust the expiry timer interval for PIM-SM (S, G) mroute entries to a time value greater than the default expiry timer interval of 180 seconds. This command can be used to lock down the shortest-path tree (SPT) for intermittent sources in PIM-SM network environments, such as sources in trading floor environments that sporadically send financial data streams to multicast groups during trading floor hours.<br><br>When a source stops sending traffic to a multicast group, the corresponding (S, G) mroute entry eventually times out and the (S, G) entry is removed. When the source resumes sending traffic to the group, the (S, G) entry is rebuilt. During the short time interval before the (S, G) entry is rebuilt, the traffic is forwarded on the (*, G) forwarding entry. There is a small window of time before the (S, G) entry is completely built in which packets may be dropped. The **ip pim sparse sg-expiry-timer** command can be used to maintain the (S, G) entry so that it will not be removed and the stream will not potentially suffer packet loss.<br><br>Cisco IOS Multicast Command Reference(2013), at 406. | **ip pim sparse-mode sg-expiry-timer**<br><br>The **ip pim sparse-mode sg-expiry-timer** command adjusts the (S, G) expiry timer interval for PIM-SM (S, G) multicast routes (mroutes). This command locks the shortest-path tree (SPT) for intermittent PIM-SM sources. The command does not apply to (*, G) mroutes.<br><br>When a source stops sending traffic to a multicast group, the corresponding (S, G) mroute is removed upon timer expiry. When the source resumes sending traffic to the group, the (S, G) entry is rebuilt. Before the (S, G) entry is rebuilt, traffic is forwarded on the (*, G) forwarding entry. Packets may be dropped before the (S, G) entry is completely built. The **ip pim sparse-mode sg-expiry-timer** command maintains the (S, G) entry, avoiding its removal and preventing packet loss.<br><br>The no ip pim sparse-mode sg-expiry-timer and default ip pim sparse-mode sg-expiry-timer commands restore the default setting of 210 seconds by deleting the **ip pim sparse-mode sg-expiry-timer** statement from *running-config*.<br><br>Platform          all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>`ip pim sparse-mode sg-expiry-timer period`<br>`no ip pim sparse-mode sg-expiry-timer`<br>`default ip pim sparse-mode sg-expiry-timer`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1896.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1602; Arista User Manual, v. 4.11.1 (1/11/13), at 1297; Arista User Manual v. 4.10.3 (10/22/12), at 1091; Arista User Manual v. 4.9.3.2 (5/3/12), at 848; Arista User Manual v. 4.8.2 (11/18/11), at 646; Arista User Manual v. 4.7.3 (7/18/11), at 516; Arista User Manual v. 4.6.0 (12/22/2010), at 361. |

52

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Command / Description table:**<br><br>ip host — Defines a static host name-to-address mapping in the host cache.<br><br>mls rp ip multicast — Enables IP multicast MLS (hardware switching) on an external or internal router in conjunction with Layer 3 switching hardware for the Catalyst 5000 switch.<br><br>show ip mroute — Displays the contents of the IP multicast routing table.<br><br>Cisco IOS Multicast Command Reference (2013), at 21. | **show ip mroute count**<br><br>The show ip mroute count command displays IP multicast routing table statistics, including number of packets, packets per second, average packet size, and bits per second.<br><br>The show ip mroute command displays the contents of the IP multicast routing table.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1773<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1500; Arista User Manual, v. 4.11.1 (1/11/13), at 1199; Arista User Manual v. 4.10.3 (10/22/12), at 1023; Arista User Manual v. 4.9.3.2 (5/3/12), at 781; Arista User Manual v. 4.8.2 (11/18/11), at 600; Arista User Manual v. 4.7.3 (7/18/11), at 479; Arista User Manual v. 4.6.0 (12/22/2010), at 326. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip igmp snooping**<br><br>To display the Internet Group Management Protocol (IGMP) snooping configuration of a device, use the show ip igmp snooping command in user EXEC or privileged EXEC mode.<br><br>show ip igmp snooping [groups [count| vlan *vlan-id* [*ip-address* | count]]| mrouter [[vlan *vlan-id*]| [bd *bd-id*]] | querier| vlan *vlan-id* bd *bd-id*]<br><br>Cisco IOS Multicast Command Reference at 625 (2013).<br><br>The following is sample output from the **show ip igmp snooping** command:<br><br>```<br>Router# show ip igmp snooping<br><br>Global IGMP Snooping configuration:<br>-----------------------------------<br>IGMP snooping          : Enabled<br>IGMPV3 snooping (minimal) : Enabled<br>Report suppression     : Enabled<br>TCN solicit query      : Disabled<br>TCN flood query count  : 2<br>Last Member Query Interval : 1000<br>```<br><br>IOS Multicast Command Reference (2013), at 625. | **IGMP Snooping Status**<br><br>The show ip igmp snooping command displays the Internet Group Management Protocol (IGMP) snooping configuration of a device.<br><br>**Example**<br>• This command displays the switch's IGMP snooping configuration.<br><br>```<br>switch>show ip igmp snooping<br>  Global IGMP Snooping configuration:<br>-----------------------------------------<br>  IGMP snooping          : Enabled<br>  Robustness variable    : 2<br>```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1785.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1511; Arista User Manual, v. 4.11.1 (1/11/13), at 1255; Arista User Manual v. 4.10.3 (10/22/12), at 1066; Arista User Manual v. 4.9.3.2 (5/3/12), at 824; Arista User Manual v. 4.8.2 (11/18/11), at 630; Arista User Manual v. 4.7.3 (7/18/11), at 505; Arista User Manual v. 4.6.0 (12/22/2010), at 351. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip igmp snooping mrouter**<br><br>Note: The documentation for this command has been integrated into the documentation for the **show ip igmp snooping** command. Please see the **show ip igmp snooping** command for complete and up-to-date information about displaying information for dynamically learned and manually configured multicast router ports.<br><br>To display information on dynamically learned and manually configured multicast router ports, use the **show ip igmp snooping mrouter** command in privileged EXEC mode.<br><br>**show ip igmp snooping mrouter** {**vlan** *vlan-id*\| **bd** *bd-id*}<br><br>Syntax Description:<br><br>| **vlan** *vlan-id* | Specifies a VLAN. Valid values are 1 to 1001. |<br>| **bd** *bd-id* | Specifies a bridge domain. Valid values are 1 to 16823. |<br><br>Cisco IOS Multicast Command Reference (2013), at 634. | **show ip igmp snooping mrouter**<br><br>The show ip igmp snooping mrouter command displays information on dynamically learned and manually configured multicast router ports. Command provides options to include only specific VLANs.<br><br>Platform          all<br>Command Mode    EXEC<br><br>Command Syntax<br><br>`show ip igmp snooping mrouter [VLAN_ID] [DATA]`<br><br>Parameters<br>• *VLAN_ID*   specifies VLAN for which command displays information. Options include:<br>  — <no parameter>   all VLANs.<br>  — vlan *v_num*   specified VLAN.<br>• *DATA*   specifies the type of information displayed. Options include:<br>  — <no parameter>   displays VLAN number and port-list for each group.<br>  — detail   displays port-specific data for each group; includes transmission times and expiration.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1859<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1567; Arista User Manual, v. 4.11.1 (1/11/13), at 1262; Arista User Manual v. 4.10.3 (10/22/12), at 1073; Arista User Manual v. 4.9.3.2 (5/3/12), at 830; Arista User Manual v. 4.8.2 (11/18/11), at 636; Arista User Manual v. 4.7.3 (7/18/11), at 511. |

54

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip mfib**<br><br>To display the forwarding entries and interfaces in the IPv4 Multicast Forwarding Information Base (MFIB), use the **show ip mfib** command in user EXEC or privileged EXEC mode.<br><br>**show ip mfib** [**vrf** {*vrf-name*| *\**}] [**all**| **linkscope**| *group-address/mask*| *group-address* [ *source-address* ]| *source-address group-address*] [**verbose**]<br><br>Cisco IOS Multicast Command Reference (2013) at 649. | **show ip mfib**<br><br>The **show ip mfib** command displays the forwarding entries and interfaces in the IPv4 Multicast Forwarding Information Base (MFIB) for hardware forwarded routes. Parameters options are available to filter output by group address or group and source addresses<br><br>Platform        all<br>Command Mode    EXEC<br><br>Command Syntax<br>`show ip mfib [ROUTE]`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1770<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1497; Arista User Manual, v. 4.11.1 (1/11/13), at 1196; Arista User Manual v. 4.10.3 (10/22/12), at 1020; Arista User Manual v. 4.9.3.2 (5/3/12), at 778; Arista User Manual v. 4.8.2 (11/18/11), at 597; Arista User Manual v. 4.7.3 (7/18/11), at 477; Arista User Manual v. 4.6.0 (12/22/2010), at 324. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **snmp-server enable traps pim**<br><br>To enable Protocol Independent Multicast (PIM) Simple Network Management Protocol (SNMP) notifications, use the **snmp-server enable traps pim** command in global configuration mode. To disable PIM-specific SNMP notifications, use the noform of this command.<br><br>snmp-server enable traps pim [neighbor-change| rp-mapping-change| invalid-pim-message]<br>no snmp-server enable traps pim<br><br>Cisco IOS Multicast Command Reference (2013), at 950.<br><br>SNMP notifications can be sent as traps or inform requests. This command enables both traps and inform requests for the specified notification types. PIM notifications are defined in the CISCO-PIM-MIB.my and PIM-MIB.my files, available from Cisco.com at http://www.cisco.com/public/sw-center/netmgmt/cmtk/mibs.shtml .<br><br>Cisco IOS Multicast Command Reference (2013), at 951. | **snmp-server enable traps**<br><br>The snmp-server enable traps command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The snmp-server host command specifies the notification type (traps or informs). Sending notifications requires at least one snmp-server host command.<br><br>The snmp-server enable traps and no snmp-server enable traps commands, without an MIB parameter specifies the default notification trap generation setting for all MIBs. These commands, when specifying an MIB, controls notification generation for the specified MIB. The default snmp-server enable traps command resets notification generation to the default setting for the specified MIB.<br><br>Platform          all<br>Command Mode   Global Configuration<br><br>Command Syntax<br>snmp-server enable traps [trap_type]<br>no snmp-server enable traps [trap_type]<br>default snmp-server enable traps [trap_type]<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1990.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1918; Arista User Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista User Manual v. 4.8.2 at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **lacp port-priority**<br><br>To set the priority for a physical interface, use the **lacp port-priority** command in interface configuration mode. To return to the default setting, use the **no** form of this command.<br><br>**lacp port-priority** *priority*<br><br>**no lacp port-priority**<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 690.<br><br>You may assign a port priority to each port on a device running Link Aggregation Control Protocol (LACP). You can specify the port priority by using the **lacp port-priority** command at the command-line interface (CLI) or use the default port priority (32768) that is carried as part of the LACP protocol data unit (PDU) exchanged with the partner. Port priority is used to decide which ports should be put in standby mode when a hardware limitation or the **lacp max-bundle** command configuration prevents all compatible ports from aggregating. Priority is supported only on port channels with LACP-enabled physical interfaces.<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 691. | **Configuring Port Priority**<br><br>LACP port priority determines the port that is active in a LAG in fallback mode. Numerically lower values have higher priority. Priority is supported on port channels with LACP-enabled physical interfaces.<br><br>The lacp port-priority command sets the aggregating port priority for the configuration mode interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 461.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 395; Arista User Manual, v. 4.11.1 (1/11/13), at 333; Arista User Manual v. 4.10.3 (10/22/12), at 291; Arista User Manual v. 4.9.3.2 (5/3/12), at 275; Arista User Manual v. 4.8.2 (11/18/11), at 207. |

57

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **priority1**<br><br>To set a preference level for a Precision Time Protocol clock, use the **priority1** command in PTP clock configuration mode. To remove a priority1 configuration, use the no form of this command.<br><br>**priority1** *priorityvalue*<br><br>**no priority1** *priorityvalue*<br><br>. . .<br><br>Usage Guidelines  Slave devices use the priority1 value when selecting a master clock. The priority1 value has precedence over the priority2 value.<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1003. | **ptp priority1**<br><br>The ptp priority1 command configures the priority1 value to use when advertising the clock. This value overrides the default criteria for best master clock selection. Lower values take precedence. The range is from 0 to 255. To remove PTP settings, use the no form of this command.<br><br>Platform          Arad, FM6000<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br>    ptp priority1 priority_rate<br>    no ptp priority1<br>    default ptp priority1<br><br>**Parameters**<br>•  *priority_rate*   The value to override the default criteria (clock quality, clock class, etc.) for best master clock selection. Lower values take precedence. Value ranges from 0 to 255. The default is 128.<br><br>**Examples**<br>•  This command configures the preference level for a clock; slave devices use the priority1 value when selecting a master clock. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | | Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 326.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | | Command | Description |<br>| --- | --- |<br>| link state track | Configures the link state tracking number. |<br>| link state group | Configures the link state group and interface, as either an upstream or downstream interface in the group. |<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1950. | **link state group**<br><br>The link state group command specifies a link state group and configures the interface as either an upstream or downstream interface in the group.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 659.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 527; Arista User Manual, v. 4.11.1 (1/11/13), at 422. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show interfaces transceiver** | **show interfaces transceiver** |
| | To display information about the optical transceivers that have digital optical monitoring (DOM) enabled, use the show interfaces transceiver command in privileged EXEC mode. | The show interfaces transceiver command displays operational transceiver data for the specified interfaces. |
| | **Catalyst 6500 Series Switches and Cisco 7600 Series Routers** | Platform        all |
| | show interfaces [*interface interface-number*] transceiver [threshold violations\| properties] [detail module number] | Command Mode    EXEC |
| | **Cisco 7200 VXR** | **Command Syntax** |
| | show interfaces [*interface interface-number*] transceiver | `show interfaces [INTERFACE] transceiver [DATA_FORMAT]` |
| | **Cisco ASR 901 Routers** | |
| | show interfaces [*interface interface-number*] transceiver [threshold {table \| violations} \| detail \| supported-list] | . . . |
| | | **Examples** |
| | Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1878. | • This command displays transceiver data on Ethernet interfaces 1 through 4. |
| | **Examples**   This example shows how to display transceiver information: | ```
switch>show interfaces ethernet 1-4 transceiver
If device is externally calibrated, only calibrated values are printed.
N/A: not applicable, Tx: transmit, Rx: receive.
mA: milliamperes, dBm: decibels (milliwatts).
                                    Bias     Optical   Optical
          Temp       Voltage  Current  Tx Power  Rx Power  Last Update
Port      (Celsius)  (Volts)  (mA)     (dBm)     (dBm)     (Date Time)
----      ---------  -------  -------  --------  --------  -----------
Et1       34.17      3.30     6.75     -2.41     -2.83     2011-12-02 16:18:48
Et2       35.08      3.30     6.75     -2.23     -2.06     2011-12-02 16:18:42
Et3       36.72      3.30     7.20     -2.02     -2.14     2011-12-02 16:18:49
Et4       35.91      3.30     6.92     -2.20     -2.23     2011-12-02 16:18:45
switch>
``` |
| | ```
Router# show interfaces transceiver
If device is externally calibrated, only calibrated values are printed.
++ : high alarm, + : high warning, - : low warning, -- : low alarm.
NA or N/A: not applicable, Tx: transmit, Rx: receive.
mA: milliamperes, dBm: decibels (milliwatts).
                                          Optical  Optical
         Temperature  Voltage  Current  Tx Power  Rx Power
Port     (Celsius)    (Volts)  (mA)     (dBm)     (dBm)
----     -----------  -------  -------  --------  --------
Gi1/1    40.6         5.09     0.4      -25.2     N/A
Gi2/1    35.5         5.05     0.1      -29.2     N/A
Gi2/2    49.5         3.30     0.0      7.1       -18.7
``` | |
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1879. | Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 451.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 385; Arista User Manual, v. 4.11.1 (1/11/13), at 326; Arista User Manual v. 4.10.3 (10/22/12), at 284; Arista User Manual v. 4.9.3.2 (5/3/12), at 266. |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **aaa authentication dot1x**<br><br>To specify one or more authentication, authorization, and accounting (AAA) methods for use on interfaces running IEEE 802.1X, use the **aaa authentication dot1x** command in global configuration mode. To disable authentication, use the **no** form of this command<br><br>**aaa authentication dot1x** {default | *listname*} *method1* [*method2* ...]<br><br>**no aaa authentication dot1x** {default | *listname*} *method1* [*method2* ...]<br><br>Cisco IOS Security Command Reference: Commands A to C (2013), at 54. | Example<br>• The **aaa authentication dot1x** command specifies one or more authentication, authorization, and accounting (AAA) methods for use on interfaces running IEEE 802.1X. The following example uses the **aaa authentication dot1x** command with RADIUS authentication.<br><br>`switch(config)# aaa authentication dot1x default group radius`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 557. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | Command | Description |<br>|---|---|<br>| **show dot1x** (EtherSwitch) | Displays 802.1X statistics, administrative status, and operational status for the switch or for the specified interface. |<br><br>Cisco IOS Security Command Reference: Commands A to C (2013), at 56. | **show dot1x**<br><br>The show dot1x command displays the 802.1x statistics, administrative status, and operational status for the specified interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 572. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Method lists are specific to the type of authorization being requested. AAA supports five different types of authorization:<br><br>• Commands --Applies to the EXEC mode commands a user issues. Command authorization attempts authorization for all EXEC mode commands, including global configuration commands, associated with a specific privilege level.<br>• EXEC --Applies to the attributes associated with a user EXEC terminal session.<br><br>Cisco IOS Security Command Reference: Commands A to C (2013), at 83. | The switch supports two types of accounting:<br><br>• EXEC: Provides information about user CLI sessions.<br>• Commands: Applies to the CLI commands a user issues. Command authorization attempts authorization for all commands, including configuration commands, associated with a specific privilege level.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 207.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 154; Arista User Manual, v. 4.11.1 (1/11/13), at 114; Arista User Manual v. 4.10.3 (10/22/12), at 106; Arista User Manual v. 4.9.3.2 (5/3/12), at 93; Arista User Manual v. 4.8.2 (11/18/11), at 87; Arista User Manual v. 4.7.3 (7/18/11), at 73. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **auto** — Enables port-based authentication and causes the port to begin in the unauthorized state, allowing only Extensible Authentication Protocol over LAN (EAPOL) frames to be sent and received through the port.<br><br>**force-authorized** — Disables IEEE 802.1X on the interface and causes the port to change to the authorized state without requiring any authentication exchange. The port transmits and receives normal traffic without 802.1X-based authentication of the client. The **force-authorized** keyword is the default.<br><br>**force-unauthorized** — Denies all access through this interface by forcing the port to change to the unauthorized state, ignoring all attempts by the client to authenticate.<br><br>Cisco IOS Security Command Reference: Commands A to C (2013), at 354. | The dot1x port-control force-authorized command causes the port to transition to the authorized state without any authentication exchange required. The port transmits and receives normal traffic without 802.1X-based authentication of the client.<br><br>Example<br>• This example of the command designates Ethernet 1 as an authenticator port that is to continue to forward packets.<br>```switch(config)#interface ethernet 1```<br>```switch(config-if-Et1)#dot1x port-control force-authorized```<br>```switch(config-if-Et1)#```<br><br>Example<br>• The dot1x port-control force-unauthorized command places the specified ports in the state of unauthorized, denying any access requests from users of the ports.<br>```switch(config)#interface ethernet 1```<br>```switch(config-if-Et1)#dot1x port-control force-authorized```<br>```switch(config-if-Et1)#```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 558. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **authentication port-control**<br><br>To configure the authorization state of a controlled port, use the **authentication port-control** command in interface configuration mode. To disable the port-control value, use the **no** form of this command.<br><br>✎ **Note** Effective with Cisco IOS Release 12.2(33)SXI, the **authentication port-control** command replaces the **dot1x port-control** command.<br><br>authentication port-control {auto\| force-authorized\| force-unauthorized}<br>no authentication port-control<br><br>**Syntax Description**<br><br>| auto | Enables port-based authentication and causes the port to begin in the unauthorized state, allowing only Extensible Authentication Protocol over LAN (EAPOL) frames to be sent and received through the port. |<br>| force-authorized | Disables IEEE 802.1X on the interface and causes the port to change to the authorized state without requiring any authentication exchange. The port transmits and receives normal traffic without 802.1X-based authentication of the client. The **force-authorized** keyword is the default. |<br>| force-unauthorized | Denies all access through this interface by forcing the port to change to the unauthorized state, ignoring all attempts by the client to authenticate. |<br><br>Cisco IOS Security Command Reference: Commands A to C (2013), at 354. | — **force-unauthorized**   places the specified or all ports in the state of unauthorized, denying any access requests from users of the ports.<br><br>**Examples**<br>• This command configures the switch to disable 802.1x authentication and directly put the port into the authorized state. This is the default setting.<br><br>  switch(config)#**interface Ethernet 1**<br>  switch(config-if-Et1)#**dot1x port-control force-authorized**<br>  switch(config-if-Et1)#<br><br>• This command configures the switch to disable 802.1x authentication and directly put the port to unauthorized state, ignoring all attempts by the client to authenticate.<br><br>  switch(config)#**interface Ethernet 1**<br>  switch(config-if-Et1)#**dot1x port-control force-unauthorized**<br>  switch(config-if-Et1)#<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 567. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Related Commands**<br><br>**Command / Description**<br>dot1x max-req — Sets the maximum number of times that the device sends an EAP-request/identity frame before restarting the authentication process.<br>dot1x re-authentication (EtherSwitch) — Enables periodic reauthentication of the client for the Ethernet switch network module.<br>show dot1x (EtherSwitch) — Displays the 802.1X statistics, administrative status, and operational status for the device or for the specified interface.<br><br>Cisco IOS Security Command Reference: Commands D to L (2013), at 219. | **dot1x max-reauth-req**<br><br>The dot1x max-reauth-req command sets the maximum number of times that the switch retransmits an Extensible Authentication Protocol(EAP)-Request frame of types other than EAP-Request/Identity to the client before restarting the authentication process. Value ranges from 1 to 10. Default value is 2.<br><br>The no dot1x max-reauth-req and default dot1x max-reauth-req commands restores the default value by deleting the corresponding dot1x max-reauth-req command from *running-config*.<br><br>Platform: all<br>Command Mode: Interface-Ethernet Configuration / Interface-Management Configuration<br><br>Command Syntax<br>dot1x max-reauth-req *attempts*<br>no dot1x max-reauth-req<br>default dot1x max-reauth-req<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 565. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **dot1x pae**<br><br>To set the Port Access Entity (PAE) type, use the **dot1x pae** command in interface configuration mode. To disable the PAE type that was set, use the **no** form of this command.<br><br>dot1x pae [supplicant| authenticator| both]<br>no dot1x pae [supplicant| authenticator| both]<br><br>**Syntax Description**<br>supplicant — (Optional) The interface acts only as a supplicant and will not respond to messages that are meant for an authenticator.<br>authenticator — (Optional) The interface acts only as an authenticator and will not respond to any messages meant for a supplicant.<br>both — (Optional) The interface behaves both as a supplicant and as an authenticator and thus will respond to all dot1x messages.<br><br>Cisco IOS Security Command Reference: Commands D to L (2013), at 195. | **dot1x pae authenticator**<br><br>The dot1x pae authenticator command sets the Port Access Entity (PAE) type. The interface acts only as an authenticator and will not respond to any messages meant for a supplicant.<br><br>The no dot1x pae authenticator and default dot1x pae authenticator commands restore the switch default by deleting the corresponding dot1x pae authenticator command from *running-config*.<br><br>Platform: all<br>Command Mode: Interface-Ethernet Configuration / Interface-Management Configuration<br><br>Command Syntax<br>dot1x pae authenticator<br>no dot1x pae authenticator<br>default dot1x pae authenticator<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 567. |

63

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **dot1x port-control**<br><br>Note: Effective with Cisco IOS Release 12.2(33)SXI, the **dot1x port-control** command is replaced by the **authentication port-control** command. See the **authentication port-control** command for more information.<br><br>To enable manual control of the authorization state of a controlled port, use the **dot1x port-control** command in interface configuration mode. To disable the port-control value, use the **no** form of this command.<br><br>**dot1x port-control [auto\| force-authorized\| force-unauthorized]**<br><br>no dot1x port-control<br><br>Syntax Description<br><br>| auto | Enables 802.1X port-based authentication and causes the port to begin in the unauthorized state, allowing only Extensible Authentication Protocol over LAN (EAPOL) frames to be sent and received through the port. |<br>| force-authorized | Disables 802.1X on the interface and causes the port to change to the authorized state without any authentication exchange required. The port transmits and receives normal traffic without 802.1X-based authentication of the client. The **force-authorized** keyword is the default. |<br>| force-unauthorized | Denies all access through this interface by forcing the port to change to the unauthorized state, ignoring all attempts by the client to authenticate. |<br><br>Cisco IOS Security Command Reference: Commands D to L (2013), at 197. | The **dot1x port-control force-authorized** command causes the port to transition to the authorized state without any authentication exchange required. The port transmits and receives normal traffic without 802.1X-based authentication of the client.<br><br>**Example**<br>• This example of the command designates Ethernet 1 as an authenticator port that is to continue to forward packets.<br>   switch(config)#interface ethernet 1<br>   switch(config-if-Et1)#dot1x port-control force-authorized<br>   switch(config-if-Et1)#<br><br>**Example**<br>• The **dot1x port-control force-unauthorized** command places the specified ports in the state of unauthorized, denying any access requests from users of the ports.<br>   switch(config)#interface ethernet 1<br>   switch(config-if-Et1)#dot1x port-control force-authorized<br>   switch(config-if-Et1)#<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 558. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | Command | Description |<br>| aaa authentication dot1x | Specifies one or more AAA methods for use on interfaces running IEEE 802.1X. |<br>| aaa new-model | Enables the AAA access-control model. |<br>| debug dot1x | Displays 802.1X debugging information. |<br><br>Cisco IOS Security Command Reference: Commands D to L (2013), at 211. | **Example**<br>• The **aaa authentication dot1x** command specifies one or more authentication, authorization, and accounting (AAA) methods for use on interfaces running IEEE 802.1X. The following example uses the **aaa authentication dot1x** command with RADIUS authentication.<br>   switch(config)# aaa authentication dot1x default group radius<br>   switch(config)#<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 557. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **dot1x timeout (EtherSwitch)**<br><br>To set the number of retry seconds between 802.1X authentication exchanges when an Ethernet switch network module is installed in the router, use the **dot1x timeout** command in global configuration mode. To return to the default setting, use the **no** form of this command.<br><br>**dot1x timeout** {**quiet-period** *seconds* | **re-authperiod** *seconds* | **tx-period** *seconds*}<br><br>no dot1x timeout {**quiet-period** *seconds* | **re-authperiod** *seconds* | **tx-period** *seconds*}<br><br>Syntax Description<br><br>**quiet-period** *seconds* — Specifies the time in seconds that the Ethernet switch network module remains in the quiet state following a failed authentication exchange with the client. The range is from 0 to 65535 seconds. The default is 60 seconds.<br><br>**re-authperiod** *seconds* — Specifies the number of seconds between reauthentication attempts. The range is from 1 to 4294967295. The default is 3600 seconds.<br><br>**tx-period** *seconds* — Time in seconds that the switch should wait for a response to an EAP-request/identity frame from the client before retransmitting the request. The range is from 1 to 65535 seconds. The default is 30 seconds.<br><br>Cisco IOS Security Command Reference: Commands D to L (2013), at 218. | **dot1x timeout quiet-period**<br><br>The dot1x timeout quiet-period command sets the number of seconds that the switch remains in the quiet state following a failed authentication exchange with the client. The range is 1 to 65535 seconds; the default is 60.<br><br>When the switch cannot authenticate the client, the switch remains idle for a set period of time and then tries again. You can provide a faster response time to the user by entering a number smaller than the default.<br><br>The no dot1x timeout quiet-period and default dot1x timeout quiet-period commands restore the default advertisement interval of 60 seconds by removing the corresponding dot1x timeout quiet-period command from *running-config*.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration / Interface-Management Configuration<br><br>Command Syntax<br>`dot1x timeout quiet-period quiet_time`<br>`no dot1x timeout quiet-period`<br>`default dot1x timeout quiet-period`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 569. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **dot1x max-reauth-req**<br><br>To set the maximum number of times the authenticator sends an Extensible Authentication Protocol (EAP) request/identity frame (assuming that no response is received) to the client , use the **dot1x max-reauth-req** command in interface configuration mode. To set the maximum number of times to the default setting of 2, use the **no** form of this command.<br><br>**dot1x max-reauth-req** *number*<br><br>no dot1x max-reauth-req<br><br>Cisco IOS Security Command Reference: Commands D to L (2013), at 185. | 11.3.5　Setting the Maximum Number of Times the Authenticator Sends EAP Request<br><br>The dot1x max-reauth-req command sets the maximum number of times that the switch restarts the authentication process before a port changes to the unauthorized state.<br><br>Example<br>• These commands set the maximum number of times the authenticator sends an Extensible Authentication Protocol (EAP) request/identity frame to the client.<br>`switch(config)#interface ethernet 1`<br>`switch(config-if-Et1)#dot1x max-reauth-req 4`<br>`switch(config-if-Et1)#`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 559. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Command** / **Description**<br><br>deny (IPv6) — Sets deny conditions for an IPv6 access list.<br><br>evaluate (IPv6) — Nests an IPv6 reflexive access list within an IPv6 access list.<br><br>ipv6 access-list — Defines an IPv6 access list and enters IPv6 access list configuration mode.<br><br>ipv6 traffic-filter — Filters incoming or outgoing IPv6 traffic on an interface.<br><br>show ipv6 access-list — Displays the contents of all current IPv6 access lists.<br><br>Cisco IOS Security Command Reference: Commands M to R at 440 (2013). | **show ipv6 access-lists**<br><br>The show ipv6 access-list command displays the contents of all IPv6 access control lists (ACLs) on the switch. Use the summary option to display only the name of the lists and the number of lines in each list.<br><br>Platform          all<br>Command Mode      Privileged EXEC<br><br>Command Syntax<br>    show ipv6 access-list [LIST] [SCOPE]<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 904.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 782; Arista User Manual, v. 4.11.1 (1/11/13), at 611; Arista User Manual v. 4.10.3 (10/22/12), at 525. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **security passwords min-length**<br><br>To ensure that all configured passwords are at least a specified length, use the security passwords min-length command in global configuration mode. To disable this functionality, use the no form of this command.<br><br>security passwords min-length *length*<br>no security passwords min-length *length*<br><br>. . .<br><br>The security passwords min-length command provides enhanced security access to the device by allowing you to specify a minimum password length, eliminating common passwords that are prevalent on most networks, such as "lab" and "cisco." This command affects user passwords, enable passwords and secrets, and line passwords. After this command is enabled, any password that is less than the specified length will not work.<br><br>Cisco IOS Security Command Reference: Commands S to Z at 37 (2013). | **password minimum length** (Security Management)<br><br>The password minimum length command provides enhanced security access to the switch by allowing you to specify a minimum password length, eliminating common passwords that are prevalent on most networks. This command affects user passwords, enable passwords and secrets, and line passwords. After this command is enabled, any password that is less than the specified length will fail.<br><br>. . .<br><br>**Command Syntax**<br>    password minimum length *characters*<br>    no password minimum length<br>    default password minimum length<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 158. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show aaa method-lists**<br><br>To display all the named method lists defined in the authentication, authorization, and accounting (AAA) subsystem, use the **show aaa method-lists** command in user EXEC or privileged EXEC mode.<br><br>**show aaa method-lists** {accounting\| all\| authentication\| authorization}<br><br>Syntax Description<br><table><tr><td>accounting</td><td>Displays method lists defined for accounting services.</td></tr><tr><td>all</td><td>Displays method lists defined for all services.</td></tr><tr><td>authentication</td><td>Displays method lists defined for authentication services.</td></tr><tr><td>authorization</td><td>Displays method lists defined for authorization services.</td></tr></table><br>Cisco IOS Security Command Reference: Commands S to Z at 185 (2013). | **show aaa method-lists**<br><br>The show aaa method-lists command displays all the named method lists defined in the specified authentication, authorization, and accounting (AAA) service.<br><br>Platform          all<br>Command Mode    Privileged EXEC<br><br>Command Syntax<br><br>**show aaa method-lists** *SERVICE_TYPE*<br><br>Parameters<br><br>• *SERVICE_TYPE*    the service type of the method lists that the command displays.<br>— accounting    accounting services.<br>— authentication    authentication services.<br>— authorization    authorization services.<br>— all    accounting, authentication, and authorization services.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 248.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 192; Arista User Manual, v. 4.11.1 (1/11/13), at 145; Arista User Manual v. 4.10.3 (10/22/12), at 137; Arista User Manual v. 4.9.3.2 (5/3/12), at 126; Arista User Manual v. 4.8.2 (11/18/11), at 115; Arista User Manual v. 4.7.3 (7/18/11), at 99. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | <table><tr><td>**Command**</td><td>**Description**</td></tr><tr><td>smnp-server community</td><td>Specifies the community access string to define the relationship between the SNMP manager and the SNMP agent to permit access to SNMP.</td></tr><tr><td>smnp-server host</td><td>Specifies the recipient (host) of an SNMP notification operation.</td></tr></table><br>Cisco IOS Security Command Reference: Commands S to Z at 1042 (2013). | **Configuring the Host**<br><br>The snmp-server host command specifies the recipient of a SNMP notification. An SNMP host is the recipient of an SNMP trap operation. The snmp-server host command sets the community string if it was not previously configured.<br><br>Arista User Manual v. 4.14.3F (Rev. 2)(10/2/2014), at 1967.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1686; Arista User Manual, v. 4.11.1 (1/11/13), at 1344; Arista User Manual v. 4.10.3 (10/22/12), at 1110; Arista User Manual v. 4.9.3.2 (5/3/12), at 866; Arista User Manual v. 4.8.2 (11/18/11), at 677; Arista User Manual v. 4.7.3 (7/18/11), at 533. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **snmp-server enable traps ipsec**<br><br>To enable the router to send IP Security (IPSec) Simple Network Management Protocol (SNMP) notifications, use the **snmp-server enable traps ipsec** command in global configuration mode. To disable IPSec SNMP notifications, use the **no** form of this command.<br><br>snmp-server enable traps ipsec [cryptomap [add] delete] attach] detach] tunnel [start] stop]] too-many-sas]<br>no snmp-server enable traps ipsec [cryptomap [add] delete] attach] detach] tunnel [start] stop]] too-many-sas]<br><br>. . .<br><br>SNMP notifications can be sent as traps or inform requests. This command enables both traps and inform requests.<br><br>Cisco IOS Security Command Reference: Commands S to Z at 1044 - 1045 (2013). | **snmp-server enable traps**<br><br>The snmp-server enable traps command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The snmp-server host command specifies the notification type (traps or informs). Sending notifications requires at least one snmp-server host command.<br><br>The snmp-server enable traps and no snmp-server enable traps commands, without an MIB parameter, specifies the default notification trap generation setting for all MIBs. These commands, when specifying an MIB, controls notification generation for the specified MIB. The default snmp-server enable traps command resets notification generation to the default setting for the specified MIB.<br><br>Platform          all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>snmp-server enable traps [trap_type]<br>no snmp-server enable traps [trap_type]<br>default snmp-server enable traps [trap_type]<br><br>Arista User Manual v. 4.14.3F (Rev. 2) at 1990 (October 2, 2014).<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1918; Arista Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista User Manual v. 4.8.2 at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | **show hosts**<br><br>The show hosts command displays the default domain name, name lookup service style, a list of name server hosts, and the static hostname-IP address maps.<br><br>Platform    all<br>Command Mode    EXEC<br><br>**Command Syntax**<br>`show hosts`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 342.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 276; Arista User Manual, v. 4.11.1 (1/11/13), at 222; Arista User Manual v. 4.10.3 (10/22/12), at 191; Arista User Manual v. 4.9.3.2 (5/3/12), at 177. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | This command configures the HTTP server to request an X.509v3 certificate from the client in order to authenticate the client during the connection process.<br><br>In the default connection and authentication process, the client requests a certificate from the HTTP server, but the server does not attempt to authenticate the client. Authenticating the client provides more security than server authentication by itself, but not all web clients may be configured for certificate authority (CA) authentication.<br><br>Cisco IOS HTTP Services Configuration Guide at 47 (2011). | **Examples**<br>• These commands configures the HTTP server to request an X.509 certificate from the client in order to authenticate the client during the connection process.<br><br>`switch(config)#management api http-commands`<br>`switch(config-mgmt-api-http-cmds)#protocol https certificate`<br>`switch(config-mgmt-api-http-cmds)#`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 87.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 75. |

The first Cisco cell contains the following command table:

| Command | Description |
|---|---|
| connect | Logs in to a host that supports Telnet, rlogin, or LAT. |
| kerberos clients mandatory | Causes the **rsh**, **rcp**, **rlogin**, and **telnet** commands to fail if they cannot negotiate the Kerberos Protocol with the remote server. |
| name connection | Assigns a logical name to a connection. |
| rlogin | Logs in to a UNIX host using rlogin. |
| show hosts | Displays the default domain name, the style of name lookup service, a list of name server hosts, and the cached list of hostnames and addresses. |
| show tcp | Displays the status of TCP connections. |

Cisco IOS Security Command Reference: Commands S to Z at 1192 (2013).

69

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | *start-ip*  Starting IP address that defines the range of addresses in the address pool.<br><br>*end-ip*  Ending IP address that defines the range of addresses in the address pool.<br><br>Cisco IOS IP Addressing Services Command Reference at 22 (2011). | *start_addr*  The starting IP address that defines the range of addresses in the address pool (IPv4 addresses in dotted decimal notation).<br><br>*end_addr*  The ending IP address that defines the range of addresses in the address pool (IPv4 addresses in dotted decimal notation).<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1278.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1075. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **clear arp-cache**<br><br>To refresh dynamically created entries from the Address Resolution Protocol (ARP) cache, use the **clear arp-cache** command in privileged EXEC mode.<br><br>**clear arp-cache** [interface *type number* | [vrf *vrf-name*] *ip-address*]<br><br>Cisco IOS IP Addressing Services Command Reference at 59 (2011). | **clear arp-cache**<br><br>The **clear arp-cache** command refreshes dynamic entries in the Address Resolution Protocol (ARP) cache. Refreshing the ARP cache updates IP address and MAC address mapping information in the ARP table and removes expired ARP entries not yet deleted by an internal, timer-driven process.<br><br>The command, without arguments, refreshes ARP cache entries for all enabled interfaces. With arguments, the command refreshes cache entries for the specified interface. Executing clear arp-cache for all interfaces can result in extremely high CPU usage while the tables are resolving.<br><br>Platform       all<br>Command Mode   Privileged EXEC<br><br>Command Syntax<br>`clear arp-cache` [VRF_INSTANCE] [INTERFACE_NAME]<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1255.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1060; Arista User Manual, v. 4.11.1 (1/11/13), at 846; Arista User Manual v. 4.10.3 (10/22/12), at 692. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip address**<br><br>To set a primary or secondary IP address for an interface, use the **ip address** command in interface configuration mode. To remove an IP address or disable IP processing, use the no form of this command.<br><br>**ip address** *ip-address mask* [**secondary** [**vrf** *vrf-name*]]<br><br>**no ip address** *ip-address mask* [**secondary** [**vrf** *vrf-name*]]<br><br>Cisco IOS IP Addressing Services Command Reference at 166 (2011)<br><br>An interface can have one primary IP address and multiple secondary IP addresses. Packets generated by the Cisco IOS software always use the primary IP address. Therefore, all routers and access servers on a segment should share the same primary network number.<br><br>Hosts can determine subnet masks using the Internet Control Message Protocol (ICMP) mask request message. Routers respond to this request with an ICMP mask reply message.<br><br>You can disable IP processing on a particular interface by removing its IP address with the **no ip address** command. If the software detects another host using one of its IP addresses, it will print an error message on the console.<br><br>The optional **secondary** keyword allows you to specify an unlimited number of secondary addresses. Secondary addresses are treated like primary addresses, except the system never generates datagrams other than routing updates with secondary source addresses. IP broadcasts and Address Resolution Protocol (ARP) requests are handled properly, as are interface routes in the IP routing table.<br><br>Cisco IOS IP Addressing Services Command Reference at 167 (2011). | **ip address**<br><br>The **ip address** command configures the IPv4 address and connected subnet on the configuration mode interface. Each interface can have one primary address and multiple secondary addresses.<br><br>The **no ip address** and **default ip address** commands remove the IPv4 address assignment from the configuration mode interface. Entering the command without specifying an address removes the primary and all secondary addresses from the interface. The primary address cannot be deleted until all secondary addresses are removed from the interface.<br><br>Removing all IPv4 address assignments from an interface disables IPv4 processing on that port.<br><br>Platform          all<br>Command Mode      Interface-Ethernet Configuration<br>                  Interface-Loopback Configuration<br>                  Interface-Management Configuration<br>                  Interface-Port-channel Configuration<br>                  Interface-VLAN Configuration<br><br>**Command Syntax**<br>`ip address ipv4_subnet [PRIORITY]`<br>`no ip address [ipv4_subnet] [PRIORITY]`<br>`default ip address [ipv4_subnet] [PRIORITY]`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1262.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1066; Arista User Manual, v. 4.11.1 (1/11/13), at 850; Arista User Manual v. 4.10.3 (10/22/12), at 696. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip nat inside destination**<br><br>To enable the Network Address Translation ( NAT) of a globally unique outside host address to multiple inside host addresses, use the **ip nat inside destination** command in global configuration mode. This command is primarily used to implement TCP load balancing by performing destination address rotary translation. To remove the dynamic association to a pool, use the **no** form of this command.<br><br>**ip nat inside destination list** {*access-list-number* \| *name*} **pool** *name* [**mapping-id** *map-id*]<br><br>**no ip nat inside destination list** {*access-list-number* \| *name*} **pool** *name* [**mapping-id** *map-id*]<br><br>Syntax Description<br><br>**list** *access-list-number* — Standard IP access list number. Packets with destination addresses that pass the access list are translated using global addresses from the named pool.<br><br>**list** *name* — Name of a standard IP access list. Packets with destination addresses that pass the access list are translated using global addresses from the named pool.<br><br>**pool** *name* — Name of the pool from which global IP addresses are allocated during dynamic translation.<br><br>Cisco IOS IP Addressing Services Command Reference at 405 (2011). | **ip nat pool**<br><br>The **ip nat pool** command defines a pool of addresses using start address, end address, and either netmask or prefix length. If its starting IP address and ending IP address are the same, there is only one address in the address pool.<br><br>During address translation, the NAT server selects an IP address from the address pool to be the translated source address.<br><br>The **no ip nat pool** removes the corresponding ip nat pool command from *running_config*.<br><br>Platform    FM6000<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br><br>`ip nat pool pool_name [ADDRESS_SPAN] SUBNET_SIZE`<br>`no ip nat pool pool_name`<br>`default ip nat pool pool_name`<br><br>**Parameters**<br>• *pool_name* — name of the pool from which global IP addresses are allocated.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1278.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1075. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip nat source**<br><br>To enable Network Address Translation (NAT) on a virtual interface without inside or outside specification, use the **ip nat source** command in global configuration mode.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 439.<br><br>**pool** *name*    Name of the pool from which global IP addresses are allocated dynamically.<br><br>**overload**    (Optional) Enables the router to use one global address for many local addresses. When overloading is configured, the TCP or User Datagram Protocol (UDP) port number of each inside host distinguishes between the multiple conversations using the same local IP address.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 440. | **ip nat source** dynamic<br><br>The ip nat source dynamic command enables Network Address Translation (NAT) of a specified source address for packets sent and received on the configuration mode interface. This command installs hardware translation entries for forward and reverse traffic. When the rule specifies a group, the command does not install the reverse path in hardware. The command may include an access control list to filter packets for translation.<br><br>. . .<br><br>**overload**    Enables the switch to use one global address for many local addresses. When overloading is configured, the TCP or User Datagram Protocol (UDP) port number of each inside host distinguishes between the multiple conversations using the same local IP address.<br><br>**pool** *pool_name*    The name of the pool from which global IP addresses are allocated dynamically.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/14), at 1279.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1076. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip nat pool** | **ip nat pool** |
| | To define a pool of IP addresses for Network Address Translation ( NAT), use the **ip nat pool** command in global configuration mode. To remove one or more addresses from the pool, use the **no** form of this command. | The **ip nat pool** command defines a pool of addresses using start address, end address, and either netmask or prefix length. If its starting IP address and ending IP address are the same, there is only one address in the address pool. |
| | **ip nat pool** *name start-ip end-ip* [**netmask** *netmask* \| **prefix-length** *prefix-length*] [**add-route**] [**type** {**match-host** \| **rotary**}] [**accounting** *list-name*] [**arp-ping**] [**nopreservation**]<br><br>**no ip nat pool** *name start-ip end-ip* [**netmask** *netmask* \| **prefix-length** *prefix-length*] [**add-route**] [**type** {**match-host** \| **rotary**}] [**accounting** *list-name*] [**arp-ping**] [**nopreservation**] | During address translation, the NAT server selects an IP address from the address pool to be the translated source address.<br><br>The **no ip nat pool** removes the corresponding **ip nat pool** command from *running_config*. |
| | **Syntax Description** | Platform        FM6000<br>Command Mode   Global Configuration |
| | *name* — Name of the pool. | **Command Syntax** |
| | *start-ip* — Starting IP address that defines the range of addresses in the address pool. | **ip nat pool** *pool_name* [*ADDRESS_SPAN*] *SUBNET_SIZE*<br>**no ip nat pool** *pool_name*<br>**default ip nat pool** *pool_name* |
| | *end-ip* — Ending IP address that defines the range of addresses in the address pool. | **Parameters** |
| | **netmask** *netmask* — Specifies the network mask that indicates which address bits belong to the network and subnetwork fields and which bits belong to the host field. Specify the netmask of the network to which the pool addresses belong. | • *pool_name*   name of the pool from which global IP addresses are allocated.<br>• *ADDRESS_SPAN*   Options include:<br>  — *start_addr*   The starting IP address that defines the range of addresses in the address pool (IPv4 addresses in dotted decimal notation). |
| | **prefix-length** *prefix-length* — Specifies the number that indicates how many bits of the netmask are ones (how many bits of the address indicate network). Specify the netmask of the network to which the pool addresses belong. |  — *end_addr*   The ending IP address that defines the range of addresses in the address pool. (IPv4 addresses in dotted decimal notation). |
| | Cisco IOS IP Addressing Services Command Reference (2011), at 422. | • *SUBNET_SIZE*   this functions as a sanity check to ensure it is not a network or broadcast network. Options include: |
| | This command defines a pool of addresses using start address, end address, and either netmask or prefix length. The pool could define an inside global pool, an outside local pool, or a rotary pool. | — **netmask** *ipv4_addr*   The network mask that indicates which address bits belong to the network and subnetwork fields and which bits belong to the host field. Specify the netmask of the network to which the pool addresses belong (dotted decimal notation). |
| Cisco IOS 15.4 | Cisco IOS IP Addressing Services Command Reference (2011), at 423. | — **prefix-length** *<0 to 32>*   The number that indicates how many bits of the netmask are ones (how many bits of the address indicate network). Specify the netmask of the network to which the pool addresses belong. |
| Effective date of registration: 11/26/2014 | | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1278.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1075. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip nat translation (timeout)**<br><br>To change the amount of time after which Network Address Translation (NAT) translations time out, use the **ip nat translation** command in global configuration mode. To disable the timeout, use the **no** form of this command.<br><br>ip nat translation {arp-ping-timeout | dns-timeout | finrst-timeout | icmp-timeout | port-timeout {tcp port-number | udp port-number} | pptp-timeout | routemap-entry-timeout | syn-timeout | tcp-timeout | timeout | udp-timeout} {seconds | never}<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 446.<br><br>seconds · · · · · Number of seconds after which the specified port translation times out.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 447. | Use the **ip nat translation tcp-timeout** or **ip nat translation udp-timeout** commands to change the amount of time after which Network Address Translation (NAT) translations time out.<br><br>**Example**<br>• This command globally sets the inactive timeout for TCP to 600 seconds.<br>  switch(config)# **ip nat translation tcp-timeout** 600<br>  switch(config)#<br>• This command globally sets the inactive timeout for UDP to 800 seconds.<br>  switch#(config)# **ip nat translation udp-timeout** 800<br>  switch#(config)#<br><br>Arista User Manual 4.14.3F (Rev. 2) (10/2/2014), at 1247.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1053.<br><br>period · · · The number of seconds after which the specified port translation times out. Value ranges from *0* to *4294967295*. Default value is 86400 (24 hours).<br><br>Arista User Manual 4.14.3F (Rev. 2) (10/2/2014), at 1284.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1079. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Command** · · · · · **Description**<br><br>show ip dhcp snooping · · · · · Displays the DHCP snooping configuration.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 311. | **show ip dhcp snooping**<br><br>The show ip dhcp snooping command displays the DHCP snooping configuration.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1302. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip dhcp snooping**<br><br>To display the DHCP snooping configuration, use the show **ip dhcp snooping** command in privileged EXEC mode.<br><br>show ip dhcp snooping<br><br>. . .<br><br>Command     Description<br>ip dhcp snooping     Globally enables DHCP snooping.<br>ip dhcp snooping binding     Sets up and generates a DHCP binding configuration to restore bindings across reboots.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 673.<br><br>ip dhcp snooping vlan     Enables DHCP snooping on a VLAN or a group of VLANs.<br><br>Cisco IOS IP Addressing Services Command Reference (2011), at 674. | **show ip dhcp snooping**<br><br>The show ip dhcp snooping command displays the DHCP snooping configuration.<br><br>Platform     Trident<br>Command Mode     EXEC<br><br>**Command Syntax**<br>show ip dhcp snooping<br><br>**Related Commands**<br>• ip dhcp snooping globally enables DHCP snooping.<br>• ip dhcp snooping vlan enables DHCP snooping on specified VLANs.<br>• ip dhcp snooping information option enables insertion of option-82 snooping data.<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1302. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Command     Description<br>dir     Displays a list of files on a file system.<br><br>Cisco IOS IP Application Services Command Reference (2013), at 283. | **dir**<br><br>The dir command displays a list of files on a file system.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 139<br><br>Arista User Manual v. 4.12.3 (7/17/13), at 115; Arista User Manual, v. 4.11.1 (1/11/13), at 55. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | show ip mroute ... Displays the contents of the IP multicast routing table.<br><br>Cisco IOS IP Switching Command Reference (2013), at 483. | The **show ip mroute** command displays the contents of the IP multicast routing table.<br>• show ip mroute    displays information for all routes in the table.<br>• show ip mroute *gp_addr*    displays information for the specified multicast group.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1757<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1485; Arista User Manual, v. 4.11.1 (1/11/13), at 1187; Arista User Manual v. 4.10.3 (10/22/12), at 1022; Arista User Manual v. 4.9.3.2 (5/3/12), at 780; Arista User Manual v. 4.8.2 (11/18/11), at 599. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | *community-string*    Password-like community string sent with the notification operation.<br>Note    You can set this string using the **snmp-server host** command by itself, but Cisco recommends that you define the string using the **snmp-server community** command prior to using the **snmp-server host** command.<br>Note    The "at" sign (@) is used for delimiting the context information.<br><br>Cisco IOS IP Switching Command Reference (2013), at 526. | • *comm_str*    community string (used as password) sent with the notification operation.<br>Although this string can be set with the **snmp-server host** command, the preferred method is defining it with the **snmp-server community** command prior to using this command.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1995.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1685; Arista User Manual, v. 4.11.1 (1/11/13), at 1370; Arista User Manual v. 4.10.3 (10/22/12), at 1137; Arista User Manual v. 4.9.3.2 (5/3/12), at 893; Arista User Manual v. 4.8.2 (11/18/11), at 700; Arista User Manual v. 4.7.3 (7/18/11), at 479. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | SNMP notifications can be sent as traps or inform requests. Traps are unreliable because the receiver does not send acknowledgments when it receives traps. The sender cannot determine if the traps were received. However, an SNMP entity that receives an inform request acknowledges the message with an SNMP response protocol data unit (PDU). If the sender never receives the response, the inform request can be sent again. Thus, informs are more likely to reach their intended destination than traps.<br><br>Compared to traps, informs consume more resources in the agent and in the network. Unlike a trap, which is discarded as soon as it is sent, an inform request must be held in memory until a response is received or the request times out. Also, traps are sent only once; an inform may be tried several times. The retries increase traffic and contribute to a higher overhead on the network.<br><br>Cisco IOS IP Switching Command Reference (2013), at 530. | 37.2.2    SNMP Notifications<br><br>SNMP notifications are messages, sent by the agent, to inform managers of an event or a network condition. A *inform* is an unsolicited notification. An *inform* (or inform request) is a trap that includes a request for a confirmation that the message is received. Events that a notification can indicate include improper user authentication, restart, and connection losses.<br><br>Traps are less reliable than informs because the receiver does not send any acknowledgment. However, traps are often preferred because informs consume more switch and network resources. A trap is sent only once and is discarded as soon as it is sent. An inform request remains in memory until a response is received or the request times out. An inform may be retried several times, increasing traffic and contributing to higher network overhead.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1963,<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1653; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | nssa-only    (Optional) Limits the default advertisement to this NSSA area by setting the propagate (P) bit in the type-7 LSA to zero.<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 9. | *TYPE*    area type. Values include:<br>—    <no parameter>    area is configured as a not-so-stubby area (NSSA).<br>—    nssa-only    limits the default advertisement to this NSSA area by setting the propagate (P) bit in the type-7 LSA to zero.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/14), at 1498.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1283; Arista User Manual, v. 4.11.1 (1/11/13), at 958. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **area nssa translate**<br><br>To configure a not-so-stubby area ( NSSA) and to configure the OSPF Forwarding Address Suppression in Translated Type-5 LSAs feature, use the **area nssa translate** command in router address family topology or router configuration mode. To remove the NSSA distinction from the area, use the no form of this command.<br><br>**area** *area-id* **nssa translate type7** [**always**] [**suppress-fa**]<br>[**default-information-originate** [**metric** *ospf-metric*] [**metric-type** *ospf-link-state-type*] [**nssa-only**]]<br>[**no-ext-capability**] [**no-redistribution**] [**no-summary**]<br><br>no **area** *area-id* **nssa translate type7** [**always**] [**suppress-fa**] [**default-information-originate** [**metric** *ospf-metric*] [**metric-type** *ospf-link-state-type*] [**nssa-only**]] [**no-ext-capability**] [**no-redistribution**] [**no-summary**]<br><br>Syntax Description: *area-id* — Identifier for the stub area or NSSA. The identifier can be specified as either a decimal value or an IP address.<br>**translate** — Translates one type of link-state advertisement (LSA) to another type of LSA. This keyword takes effect only on an NSSA Area Border Router (ABR) or an NSSA Autonomous System Boundary Router (ASBR).<br>**type7** — (Required) Translates a Type-7 LSA to a Type-5 LSA. This keyword takes effect only on an NSSA ABR or an NSSA ASBR.<br>**always** — (Optional) Configures an NSSA ABR router as a forced NSSA LSA translator. The NSSA ABR router unconditionally translates Type-7 LSAs to Type-5 LSAs. You can configure the always keyword only in router configuration mode, not in router address family topology configuration mode.<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 11. | **area nssa translate type7 always** (OSPFv3)<br><br>The area nssa translate type7 always command translates Type-7 link-state advertisement (LSA) to Type-5 of LSAs.<br><br>The no area nssa translate type7 always command removes the NSSA distinction from the area.<br><br>Platform          all<br>Command Mode    Router-OSPF3 Configuration<br><br>Command Syntax<br>**area** *area_id* **nssa translate type7 always**<br>**no** *area_id* **nssa translate type7 always**<br>default *area_id* nssa translate type7 always<br><br>Parameters<br>• *area_id*   area number.<br>  Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255><br>  Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>  *Running-config* stores value in dotted decimal notation.<br><br>Example<br>• This command configures an NSSA ABR router as a forced NSSA LSA translator. The NSSA ABR router unconditionally translates Type-7 LSAs to Type-5 LSAs.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1501.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1451; Arista User Manual v. 4.12.3 (7/17/13), at 1286; Arista User Manual, v. 4.11.1 (1/11/13), at 1036. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Command: **show ip route** — Description: Displays the current state of the routing table.<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 51. | **show ip route** age<br><br>The show ip route age command displays the current state of the routing table and specifies time the route was updated.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1313.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1102. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip ospf name-lookup**<br><br>To configure Open Shortest Path First (OSPF) to look up Domain Name System (DNS) names for use in all OSPF **show** EXEC command displays, use the **ip ospf name-lookup** command in global configuration mode. To disable this function, use the **no** form of this command.<br><br>**ip ospf name-lookup**<br>**no ip ospf name-lookup**<br><br>**Syntax Description** This command has no arguments or keywords.<br><br>**Command Default** This command is disabled by default.<br><br>**Command Modes** Global configuration<br><br>**Command History**<br><br>Release — Modification<br>10.0 — This command was introduced.<br>12.2(33)SRA — This command was integrated into Cisco IOS Release 12.2(33)SRA.<br>12.2SX — This command is supported in the Cisco IOS Release 12.2SX train. Support in a specific 12.2SX release of this train depends on your feature set, platform, and platform hardware.<br><br>**Usage Guidelines** This command makes it easier to identify a router because the router is displayed by name rather than by its router ID or neighbor ID.<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 109. | **ip ospf name-lookup**<br><br>The ip ospf name-lookup command causes the switch to display DNS names in place of numeric OSPFv2 router IDs in all subsequent OSPFv2 show commands, including:<br><br>• show ip ospf<br>• show ip ospf border-routers<br>• show ip ospf database <link state list><br>• show ip ospf database database-summary<br>• show ip ospf database <link-state details><br>• show ip ospf interface<br>• show ip ospf neighbor<br>• show ip ospf request-list<br>• show ip ospf retransmission-list<br><br>Although this command makes it easier to identify a router, the switch relies on a configured DNS server to respond to reverse DNS queries, which may be slower than displaying numeric router IDs.<br><br>The no ip ospf name-lookup and default ip ospf name-lookup commands remove the ip ospf name-lookup command from *running-config*, restoring the default behavior of displaying OSPFv2 router IDs by their numeric value.<br><br>Platform — all<br>Command Mode — Global Configuration<br><br>Command Syntax<br>`ip ospf name-lookup`<br>`no ip ospf name-lookup`<br>`default ip ospf name-lookup`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1431.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1218; Arista User Manual, v. 4.11.1 (1/11/13), at 975; Arista User Manual v. 4.10.3 (10/22/12), at 805; Arista User Manual v. 4.9.3.2 (5/3/12), at 628; Arista User Manual v. 4.8.2 (11/18/11), at 464; Arista User Manual v. 4.7.3 (7/18/11), at 337; Arista User Manual v. 4.6.0 (12/22/2010), at 200. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **log-adjacency-changes**<br><br>To configure the router to send a syslog message when an Open Shortest Path First (OSPF) neighbor goes up or down, use the **log-adjacency-changes** command in router configuration mode. To turn off this function, use the no form of this command.<br><br>log-adjacency-changes [detail]<br>no log-adjacency-changes [detail]<br><br>**Syntax Description**<br><br>| detail | (Optional) Sends a syslog message for each state change, not just when a neighbor goes up or down. |<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 131. | **log-adjacency-changes** (OSPFv3)<br><br>The **log-adjacency-changes** command configures the switch to send syslog messages when it detects a neighbor has gone up or down. Log message sending is disabled by default. Valid options include:<br><br>• **log-adjacency-changes**: switch sends syslog messages when a neighbor goes up or down (default).<br>• no log-adjacency-changes disables link state change syslog reporting.<br><br>The default option is active when *running-config* does not contain any form of the command. Entering the command in any form replaces the previous command state in *running-config*. The **default** log-adjacency-changes command restores the default state by removing the log-adjacency-changes statement from *running-config*.<br><br>Platform          all<br>Command Mode   Router-OSPF3 Configuration<br><br>Command Syntax<br><br>log-adjacency-changes [INFO_LEVEL]<br>no log-adjacency-changes<br>default log-adjacency-changes<br><br>Parameters<br>• INFO_LEVEL  specifies the type of information displayed. Options include<br><br>— <no parameter>  displays all log adjacency change messages<br>— detail   displays syslog message for each state change, not just when a neighbor goes up or down. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1518.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1303; Arista User Manual, v. 4.11.1 (1/11/13), at 1054; Arista User Manual v. 4.10.3 (10/22/12), at 811. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **max-metric router-lsa**<br><br>To configure a router that is running the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command in router address family topology or router configuration mode. To disable the advertisement of a maximum metric, use the **no** form of this command.<br><br>max-metric router-lsa [external-lsa [ *max-metric-value* ]] [include-stub] [on-startup {*seconds* wait-for-bgp}] [summary-lsa [ *max-metric-value* ]]<br><br>no max-metric router-lsa [external-lsa [ *max-metric-value* ]] [include-stub] [on-startup {*seconds* wait-for-bgp}] [summary-lsa [ *max-metric-value* ]] | **max-metric router-lsa** (OSPFv3)<br><br>The **max-metric router-lsa** command allows the OSPFv3 protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.<br><br>The **no max-metric router-lsa** and **default max-metric router-lsa** commands disable the advertisement of a maximum metric.<br><br>Platform    all<br>Command Mode    Router-OSPF3 Configuration<br><br>Command Syntax<br>max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>no max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>default max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br><br>All parameters can be placed in any order. |

**Cisco Syntax Description:**

| | |
|---|---|
| external-lsa | (Optional) Configures the router to override the external LSA metric with the maximum metric value. |
| max-metric-value | (Optional) Maximum metric value for LSAs. The configurable range is from 1 to 16777215. The default value is 16711680. |
| include-stub | (Optional) Configures the router to advertise the maximum metric for stub links in router LSAs. |
| on-startup | (Optional) Configures the router to advertise a maximum metric at startup. |
| seconds | (Optional) Maximum metric value for the specified time interval. The configurable range is from 5 to 86400 seconds. There is no default timer value for this configuration option. |
| wait-for-bgp | (Optional) Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds. |
| summary-lsa | (Optional) Configures the router to override the summary LSA metric with the maximum metric value. |

Cisco IOS IP Routing:OSPF Command Reference (2013), at 136.

**Arista Parameters:**

- *EXTERNAL*    advertised metric value. Values include:
  - <no parameter>    Metric is set to the default value of 1.
  - external-lsa    Configures the router to override the External LSA / NSSA-External metric with the maximum metric value.
  - external-lsa <1 to 16777215>    The configurable range is from 1 to 0xFFFFFF. The default value is 0xFF0000. This range can be used with external LSA, summary LSA extensions to indicate the respective metric you want with the LSA.
- *STUB*    advertised metric type. Values include:
  - <no parameter>    Metric type is set to the default value of 2.
  - include-stub    Advertises stub links in router-LSA with the max-metric (0xFFFF).
- *STARTUP*    limit scope of LSAs. Values include:
  - <no parameter>    LSA can be translated
  - on-startup    Configures the router to advertise a maximum metric at startup (only valid in no and default command formats).
  - on-startup wait-for-bgp    Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.
  - on-startup <5 to 86400>    Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.
  - wait-for-bgp or an on-start time value is not included in no and default commands.
- *SUMMARY*    advertised metric value. Values include:
  - <no parameter>    Metric is set to the default value of 1.
  - summary-lsa    Configures the router to override the summary LSA metric with the maximum metric value for both type 3 and type 4 Summary LSAs.
  - summary-lsa <1 to 16777215>    Metric is set to the specified value.

Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1519.

**Copyright Registration Information (left column):**

Cisco IOS 15.4

Effective date of registration: 11/26/2014

82

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | The following is sample output from the **show ip ospf** command when entered without a specific OSPF process ID:<br><br>Router# **show ip ospf**<br><br>Routing Process "ospf 201" with ID 10.0.0.1 and Domain ID 10.20.0.1<br>Supports only single TOS(TOS0) routes<br>Supports opaque LSA<br>SPF schedule delay 5 secs, Hold time between two SPFs 10 secs<br>Minimum LSA interval 5 secs. Minimum LSA arrival 1 secs<br>LSA group pacing timer 100 secs<br>Interface flood pacing timer 55 msecs<br>Retransmission pacing timer 100 msecs<br>Number of external LSA 0. Checksum Sum 0x0<br>Number of opaque AS LSA 0. Checksum Sum 0x0<br>Number of DCbitless external and opaque AS LSA 0<br>Number of DoNotAge external and opaque AS LSA 0<br>Number of areas in this router is 2. 2 normal 0 stub 0 nssa<br>External flood list length 0<br>    Area BACKBONE(0)<br>        Number of interfaces in this area is 2<br>        Area has message digest authentication<br>        SPF algorithm executed 4 times<br>        Area ranges are<br>        Number of LSA 4. Checksum Sum 0x29BEB<br>        Number of opaque link LSA 0. Checksum Sum 0x0<br>        Number of DCbitless LSA 3<br>        Number of indication LSA 0<br>        Number of DoNotAge LSA 0<br>        Flood list length 0<br>    Area 172.16.26.0<br>        Number of interfaces in this area is 0<br>        Area has no authentication<br>        SPF algorithm executed 1 times<br>        Area ranges are<br>        192.168.0.0/16 Passive Advertise<br>        Number of LSA 1. Checksum Sum 0x44FD<br>        Number of opaque link LSA 0. Checksum Sum 0x0<br>        Number of DCbitless LSA 1<br>        Number of indication LSA 0<br>        Number of DoNotAge LSA 0<br>        Flood list length 0<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 174. | switch# **show ip ospf**<br>Routing Process "ospf 1" with ID 10.168.103.1<br>Supports opaque LSA<br>Maximum number of LSA allowed 12000<br>  Threshold for warning message 75%<br>  Ignore-time 5 minutes, reset-time 5 minutes<br>  Ignore-count allowed 5, current 0<br>It is an area border router<br>Hold time between two consecutive SPFs 5000 msecs<br>SPF algorithm last executed 00:00:09 ago<br>Minimum LSA interval 5 secs<br>Minimum LSA arrival 1000 msecs<br>Number of external LSA 0. Checksum Sum 0x000000<br>Number of opaque AS LSA 0. Checksum Sum 0x000000<br><br>Number of LSA 27.<br>Number of areas in this router is 3. 3 normal 0 stub 0 nssa<br>  Area BACKBONE(0.0.0.0)<br>    Number of interfaces in this area is 2<br>    It is a normal area<br>    Area has no authentication<br>    SPF algorithm executed 153 times<br>    Number of LSA 8. Checksum Sum 0x03e13a<br>    Number of opaque link LSA 0. Checksum Sum 0x000000<br>  Area 0.0.0.2<br>    Number of interfaces in this area is 1<br>    It is a normal area<br>    Area has no authentication<br>    SPF algorithm executed 153 times<br>    Number of LSA 11. Checksum Sum 0x054e57<br>    Number of opaque link LSA 0. Checksum Sum 0x000000<br>  Area 0.0.0.3<br>    Number of interfaces in this area is 1<br>    It is a normal area<br>    Area has no authentication<br>    SPF algorithm executed 5 times<br>    Number of LSA 6. Checksum Sum 0x02a401<br>    Number of opaque link LSA 0. Checksum Sum 0x000000<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1391-1392. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
|  |  | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1180; Arista User Manual, v. 4.11.1 (1/11/13), at 939; Arista User Manual v. 4.10.3 (10/22/12), at 775; Arista User Manual v. 4.9.3.2 (5/3/12), at 645; Arista User Manual v. 4.8.2 (11/18/11), at 480; Arista User Manual v. 4.7.3 (7/18/11), at 353; Arista User Manual v. 4.6.0 (12/22/2010), at 213. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ip ospf database**<br><br>To display lists of information related to the Open Shortest Path First (OSPF) database for a specific router, use the **showipospfdatabase** command in EXEC mode.<br><br>**show ip ospf** [*process-id area-id*] **database**<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 184<br><br><table><tr><td>*link-state-id*</td><td>(Optional) Portion of the Internet environment that is being described by the advertisement. The value entered depends on the advertisement's LS type. It must be entered in the form of an IP address.<br><br>When the link state advertisement is describing a network, the *link-state-id* can take one of two forms:<br><br>The network's IP address (as in type 3 summary link advertisements and in autonomous system external link advertisements).<br><br>A derived address obtained from the link state ID. (Note that masking a network links advertisement's link state ID with the network's subnet mask yields the network's IP address.)<br><br>When the link state advertisement is describing a router, the link state ID is always the described router's OSPF router ID.<br><br>When an autonomous system external advertisement (LS Type = 5) is describing a default route, its link state ID is set to Default Destination (0.0.0.0).</td></tr></table><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 185. | **show ip ospf database** <link-state details><br><br>The **show ip ospf database** <link-state details> command displays details of the specified link state advertisements (LSAs). The switch can return link state data about a single area or for all areas on the switch.<br><br>Platform        all<br>Command Mode    EXEC<br><br>Command Syntax<br>**show ip ospf** [**AREA**] **database** *LINKSTATE_TYPE linkstate_id* [**ROUTER**] [**VRF_INSTANCE**<br><br>. . .<br><br>• *linkstate_id*    Network segment described by the LSA (dotted decimal notation).<br>Value depends on the LSA type.<br>— When the LSA describes a network, the *linkstate-id* argument is one of the following:<br>The network IP address, as in Type 3 summary link advertisements and in autonomous system external link advertisements.<br>A derived address obtained from the link state ID. Masking a network links advertisement link state ID with the network subnet mask yielding the network IP address.<br>— When the LSA describes a router, the link state ID is the OSPFv2 router ID of the router.<br>— When an autonomous system external advertisement (Type 5) describes a default route, its link state ID is set to the default destination (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1454.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1404; Arista User Manual v. 4.12.3 (7/17/13), at 1240; Arista User Manual, v. 4.11.1 (1/11/13), at 996; Arista User Manual v. 4.10.3 (10/22/12), at 825; Arista User Manual v. 4.9.3.2 (5/3/12), at 647; Arista User Manual v. 4.8.2 (11/18/11), at 483; Arista User Manual v. 4.7.3 (7/18/11), at 357; Arista User Manual v. 4.6.0 (12/22/2010), at 217. |

Cisco IOS 15.4

Effective date of registration: 11/26/2014

85

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip ospf interface**<br><br>To display interface information related to Open Shortest Path First (OSPF), use the **show ip ospf interface** command in user EXEC or privileged EXEC mode.<br><br>show ip [ospf] [ *process-id* ] **interface** [*type number*] [**brief**] [**multicast**] [**topology** {*topology-name*| base}]<br><br>Syntax Description<br><br><table><tr><td>*process-id*</td><td>(Optional) Process ID number. If this argument is included, only information for the specified routing process is included. The range is 1 to 65535.</td></tr><tr><td>*type*</td><td>(Optional) Interface type. If the *type* argument is included, only information for the specified interface type is included.</td></tr><tr><td>*number*</td><td>(Optional) Interface number. If the *number* argument is included, only information for the specified interface number is included.</td></tr><tr><td>**brief**</td><td>(Optional) Displays brief overview information for OSPF interfaces, states, addresses and masks, and areas on the device.</td></tr></table><br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 202. | **show ip ospf interface brief**<br><br>The show ip ospf interface brief command displays a summary of OSPFv2 interfaces, states, addresses and masks, and areas on the router..<br><br>Platform     all<br>Command Mode     EXEC<br><br>Command Syntax<br>`show ip ospf [PROCESS ID] interface brief [VRF_INSTANCE]`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1458.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1244; Arista User Manual, v. 4.11.1 (1/11/13), at 1000; Arista User Manual v. 4.10.3 (10/22/12), at 829; Arista User Manual v. 4.9.3.2 (5/3/12), at 653; Arista User Manual v. 4.8.2 (11/18/11), at 488; Arista User Manual v. 4.7.3 (7/18/11), at 360. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | **shutdown (router OSPF)**<br><br>To initiate a graceful shutdown of the Open Shortest Path First (OSPF) protocol under the current instance, use the **shutdown** command in router configuration mode. To restart the OSPF process, use the **no** form of this command.<br><br>shutdown<br>no shutdown<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Command Default**  OSPF stays active under the current instance.<br><br>**Command Modes**  Router configuration (config-router)<br><br>**Command History**<br><br>| Release | Modification |<br>|---|---|<br>| 12.2(33)SRC | This command was introduced. |<br>| 15.0(1)M | This command was integrated into Cisco IOS Release 15.0(1)M. |<br><br>**Usage Guidelines**  Use the **shutdown** command in router configuration mode to temporarily shut down a protocol in the least disruptive manner and to notify its neighbors that it is going away. All traffic that has another path through the network will be directed to that alternate path.<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 252 | **shutdown (OSPFv2)**<br><br>The shutdown command disables OSPFv2 on the switch. Neighbor routers are notified of the shutdown and all traffic that has another path through the network will be directed to an alternate path.<br><br>OSPFv2 is disabled on individual interfaces with the shutdown (OSPFv2) command.<br><br>The **no shutdown** and **default shutdown** commands enable the OSPFv2 instance by removing the shutdown statement from the OSPF block in *running-config*.<br><br>Platform          all<br>Command Mode     Router-OSPF Configuration<br><br>Command Syntax<br>shutdown<br>no shutdown<br>default shutdown<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1468<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1253; Arista User Manual, v. 4.11.1 (1/11/13), at 1005; Arista User Manual v. 4.10.3 (10/22/12), at 834; Arista User Manual v. 4.9.3.2 (5/3/12), at 658; Arista User Manual v. 4.8.2 (11/18/11), at 493; Arista User Manual v. 4.7.3 (7/18/11), at 365; Arista User Manual v. 4.6.0 (12/22/2010), at 224 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **timers lsa arrival**<br><br>To set the minimum interval at which the software accepts the same link-state advertisement (LSA) from Open Shortest Path First (OSPF) neighbors, use the **timers lsa arrival** command in router configuration mode. To restore the default value, use the **no** form of this command.<br><br>**timers lsa arrival** *milliseconds*<br>**no timers lsa arrival**<br><br>Syntax Description<br><br>*milliseconds* — Minimum delay in milliseconds that must pass between acceptance of the same LSA arriving from neighbors. The range is from 0 to 600,000 milliseconds. The default is 1000 milliseconds.<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 286. | **timers lsa arrival** (OSPFv2)<br><br>The timers lsa arrival command sets the minimum interval in which the switch accepts the same link-state advertisement (LSA) from OSPF neighbors.<br><br>The no timers lsa arrival and default timers lsa arrival commands restore the default maximum OSPFv2 path calculation interval to five seconds by removing the **timers lsa arrival** command from *running-config*.<br><br>Platform      all<br>Command Mode      Router-OSPF Configuration<br><br>Command Syntax<br>   `timers lsa arrival` *`lsa_time`*<br>   `no timers lsa arrival`<br>   `default timers lsa arrival`<br><br>Parameters<br>•  *lsa_time*    OSPFv2 minimum interval (seconds). Values range from 1 to 600000 milliseconds. Default is 1000 milliseconds.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1469. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **timers basic (RIP)**<br><br>To adjust Routing Information Protocol (RIP) network timers, use the **timers basic** command in router configuration mode. To restore the default timers, use the **no** form of this command.<br><br>timers basic *update invalid holdown flush*<br>no timers basic<br><br>Syntax Description<br><br>*update* — Rate (in seconds) at which updates are sent. This is the fundamental timing parameter of the routing protocol. The default is 30 seconds.<br><br>*invalid* — Interval of time (in seconds) after which a route is declared invalid; it should be at least three times the value of the *update* argument. A route becomes invalid when there is an absence of updates that refresh the route. The route then enters into a *holddown* state. The route is marked inaccessible and advertised as unreachable. However, the route is still used for forwarding packets. The default is 180 seconds.<br><br>Cisco IOS IP Routing:RIP Command Reference (2013), at 56. | **timers basic (RIP)**<br><br>The **timers basic** command configures the update interval, the expiration time, and the deletion time for routes received and sent through RIP. The command requires value declaration of all values.<br><br>• The update time is the interval between unsolicited route responses. The default is 30 seconds.<br><br>• The expiration time is initialized when a route is established and any time an update is received for the route. If the specified period elapses from the last time the route update was received, then the route is marked as inaccessible and advertised as unreachable. However, the route forwards packets until the deletion time expires. The default value is 180 seconds.<br><br>• The deletion time is initialized when the expiration time has elapsed. On initialization of the deletion time, the route is no longer valid; however, it is retained in the routing table for a short time so that neighbors can be notified that the route has been dropped. Upon expiration of the deletion time, the route is removed from the routing table. The default is 120 seconds.<br><br>The **no timers basic** and **default timers basic** commands return the timer values to their default values by removing the **timers-basic** command from *running-config*.<br><br>Platform — all<br>Command Mode — Router-RIP Configuration<br><br>Command Syntax<br><br>**timers basic** *update_time expire_time deletion_time*<br>**no timers basic**<br>**default timers basic**<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1671.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1621; Arista User Manual v. 4.12.3 (7/17/13), at 1433; Arista User Manual, v. 4.11.1 (1/11/13), at 1179; Arista User Manual v. 4.10.3 (10/22/12), at 989; Arista User Manual v. 4.9.3.2 (5/3/12), at 748; Arista User Manual v. 4.8.2 (11/18/11), at 570. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **distance** (IPv6 EIGRP)<br><br>To allow the use of two administrative distances--internal and external--that could be a better route to a node, use the **distance** command in router configuration mode. To reset these values to their defaults, use the **no** form of this command.<br><br>distance *internal-distance external-distance*<br>no distance<br><br>**Syntax Description**<br><br>| *internal-distance* | Administrative distance for Enhanced Internal Gateway Routing Protocol (EIGRP) for IPv6 internal routes. Internal routes are those that are learned from another entity within the same autonomous system. The distance can be a value from 1 to 255. |<br>| *external-distance* | Administrative distance for EIGRP for IPv6 external routes. External routes are those for which the best path is learned from a neighbor external to the autonomous system. The distance can be a value from 1 to 255. |<br><br>Cisco IOS IP Routing: EIGRP Command Reference (2013), at 42. | **distance** bgp<br><br>The **distance** bgp command assigns an administrative distance to routes that the switch learns through BGP. Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• **external:** External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br><br>• **internal:** Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br><br>• **local:** Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The **no distance** bgp and **default distance** bgp commands restore the default administrative distances by removing the **distance** bgp command from *running-config*.<br><br>Platform          all<br>Command Mode      Router-BGP Configuration<br><br>Command Syntax<br>`distance bgp external_dist [INTERNAL_LOCAL]`<br>`no distance bgp`<br>`default distance bgp`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Extended community attributes are used to configure, filter, and identify routes for virtual routing and forwarding instances (VRFs) and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>The **match extcommunity** command is used to configure match clauses that use extended community attributes in route maps. All of the standard rules of match and set clauses apply to the configuration of extended community attributes.<br><br>Cisco IOS IP Routing: EIGRP Command Reference (2013), at 130. | BGP extended communities configure, filter, and identify routes for virtual routing, forwarding instances (VRFs), and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>Extended community clauses provide route target and site of origin parameter options:<br><br>• **route targets (rt)**: This attribute identifies a set of sites and VRFs that may receive routes tagged with the configured route target. Configuring this attribute with a route allows that route to be placed in per-site forwarding tables that route traffic received from corresponding sites.<br><br>• **site of origin (soo)**: This attribute identifies the site from where the Provider Edge (PE) router learns the route. All routes learned from a specific site have the same SOO extended community attribute, whether a site is connected to a single or multiple PE routers. This attribute prevents routing loops resulting from multihomed sites. The SOO attribute is configured on the interface and propagated into a BGP domain by redistribution. The SOO is applied to routes learned from VRFs.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1552.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1502; Arista User Manual v. 4.12.3 (7/17/13), at 1334; Arista User Manual, v. 4.11.1 (1/11/13), at 1083-84; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 668; Arista User Manual v. 4.8.2 at 500. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **shutdown** (address-family)<br><br>To disable the Enhanced Interior Gateway Routing Protocol (EIGRP) address-family protocol for a specific routing instance without removing any existing address-family configuration parameters, use the **shutdown** command in the appropriate configuration mode. To reenable the EIGRP address-family protocol, use the no form of this command.<br><br>Cisco IOS IP Routing: EIGRP Command Reference (2013), at 276. | 29.3.4    Disabling IS-IS<br><br>The IS-IS protocol can be disabled globally on on individuall interfaces.<br><br>The shutdown (IS-IS) command disables the IS-IS protocol for a specific routing instance without removing any existing IS-IS configuration parameters.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1679.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1440. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | maximum-paths │ Controls the maximum number of parallel routes an IP routing protocol can support.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 375. | **maximum-paths** (OSPFv2)<br><br>The **maximum-paths** command controls the maximum number of parallel routes that OSPFv2 supports on the switch. The default maximum is 16 paths.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1440.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1226; Arista User Manual, v. 4.11.1 (1/11/13), at 983; Arista User Manual v. 4.10.3 (10/22/12), at 813; Arista User Manual v. 4.9.3.2 (5/3/12), at 637; Arista User Manual v. 4.8.2 (11/18/11), at 472. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | maximum-paths │ Controls the maximum number of parallel routes an IP routing protocol can support.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 146. | **maximum-paths** (OSPFv2)<br><br>The **maximum-paths** command controls the maximum number of parallel routes that OSPFv2 supports on the switch. The default maximum is 16 paths.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1440.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1226; Arista User Manual, v. 4.11.1 (1/11/13), at 983; Arista User Manual v. 4.10.3 (10/22/12), at 813; Arista User Manual v. 4.9.3.2 (5/3/12), at 637; Arista User Manual v. 4.8.2 (11/18/11), at 472. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Together, a route reflector and its clients form a *cluster* . When a single route reflector is deployed in a cluster, the cluster is identified by the router ID of the route reflector. The **bgp cluster-id command** is used to assign a cluster ID to a route reflector when the cluster has one or more route reflectors. Multiple route reflectors are deployed in a cluster to increase redundancy and avoid a single point of failure. When multiple route reflectors are configured in a cluster, the same cluster ID is assigned to all route reflectors. This allows all route reflectors in the cluster to recognize updates from peers in the same cluster and reduces the number of updates that need to be stored in BGP routing tables.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 74. | When using route reflectors, an AS is divided into clusters. A cluster consists of one or more route reflectors and a group of clients to which they re-advertise route information. Multiple route reflectors can be configured in the same cluster to increase redundancy and avoid a single point of failure. Each route reflector has a cluster ID. If the cluster has a single route reflector, the cluster ID is its router ID. If a cluster has multiple route reflectors, a 4-byte cluster ID is assigned to all route reflectors in the cluster. All of them must be configured with the same cluster ID so that they can recognize updates from other route reflectors in the same cluster. The **bgp cluster-id command** configures the cluster ID in a cluster with multiple route reflectors.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1549.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1331; Arista User Manual, v. 4.11.1 (1/11/13), at 1081; Arista User Manual v. 4.10.3 (10/22/12), at 893; Arista User Manual v. 4.9.3.2 (5/3/12), at 665. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | Together, a route reflector and its clients form a *cluster* . When a single route reflector is deployed in a cluster, the cluster is identified by the router ID of the route reflector. The **bgp cluster-id command** is used to assign a cluster ID to a route reflector when the cluster has one or more route reflectors. Multiple route reflectors are deployed in a cluster to increase redundancy and avoid a single point of failure. When multiple route reflectors are configured in a cluster, the same cluster ID is assigned to all route reflectors. This allows all route reflectors in the cluster to recognize updates from peers in the same cluster and reduces the number of updates that need to be stored in BGP routing tables.<br><br>Cisco IOS IP Routing Protocols Command Reference (July 16, 2005), at 25. | When using route reflectors, an AS is divided into clusters. A cluster consists of one or more route reflectors and a group of clients to which they re-advertise route information. Multiple route reflectors can be configured in the same cluster to increase redundancy and avoid a single point of failure. Each route reflector has a cluster ID. If the cluster has a single route reflector, the cluster ID is its router ID. If a cluster has multiple route reflectors, a 4-byte cluster ID is assigned to all route reflectors in the cluster. All of them must be configured with the same cluster ID so that they can recognize updates from other route reflectors in the same cluster. The **bgp cluster-id command** configures the cluster ID in a cluster with multiple route reflectors.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1549.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1331; Arista User Manual, v. 4.11.1 (1/11/13), at 1081; Arista User Manual v. 4.10.3 (10/22/12), at 893; Arista User Manual v. 4.9.3.2 (5/3/12), at 665. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | The **bgp confederation** identifier command is used to configure a single autonomous system number to identify a group of smaller autonomous systems as a single confederation.

A confederation can be used to reduce the internal BGP (iBGP) mesh by dividing a large single autonomous system into multiple subautonomous systems and then grouping them into a single confederation. The subautonomous systems within the confederation exchange routing information like iBGP peers. External peers interact with the confederation as if it were a single autonomous system.

Each subautonomous system is fully meshed within itself and has a few connections to other autonomous systems within the confederation. Next hop, Multi Exit Discriminator (MED), and local preference information is preserved throughout the confederation, allowing you to retain a single Interior Gateway Protocol (IGP) for all the autonomous systems.

Cisco IOS IP Routing: BGP Command Reference (2013), at 77 | BGP Confederations

BGP confederations allow you to break an autonomous system into multiple sub-autonomous systems, and then to group the sub-autonomous systems as a confederation.

The sub-autonomous systems exchange routing information as if they are iBGP peers. Specifically, routing updates between sub-autonomous systems include the next-hop, local-preference and MED attributes.

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1556.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1326. |
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | **bgp redistribute-internal**

To configure iBGP redistribution into an interior gateway protocol (IGP), such as IS-IS or OSPF, use the **bgp redistribute-internal** command in address family or router configuration mode. To stop iBGP redistribution into IGPs, use the no form of this command.

bgp redistribute-internal
no bgp redistribute-internal

Cisco IOS IP Routing: BGP Command Reference (2013), at 133 | **bgp redistribute-internal** (BGP)

The bgp redistribute-internal command enables iBGP redistribution into an interior gateway protocol (IGP), such as IS-IS or OSPF in address family or router BGP configuration mode.

The no bgp redistribute-internal and default bgp redistribute-internal commands disable route redistribution from the specified route domain by removing the corresponding bgp redistribute-internal command from *running-config*.

Platform        all
Command Mode    Router-BGP Configuration
                Router-BGP Configuration-Address-Family

Command Syntax
bgp redistribute internal
no bgp redistribute internal
default bgp redistribute internal

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1576.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1357. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **bgp router-id**<br><br>To configure a fixed router ID for the local Border Gateway Protocol (BGP) routing process, use the **bgp router-id** command in router or address family configuration mode. To remove the fixed router ID from the running configuration file and restore the default router ID selection, use the **no** form of this command.<br><br>**Router Configuration**<br>**bgp router-id** {*ip-address*| vrf auto-assign}<br>**no bgp router-id** [vrf auto-assign]<br><br>**Address Family Configuration**<br>bgp router-id {*ip-address*| auto-assign}<br>no bgp router-id<br><br>**Syntax Description**<br><br>| *ip-address* | Router identifier in the form of an IP address. |<br>| vrf | Configures a router identifier for a Virtual Routing and Forwarding (VRF) instance. |<br>| auto-assign | Automatically assigns a router identifier for each VRF. |<br><br>**Command Default**<br>The following behavior determines local router ID selection when this command is not enabled:<br>• If a loopback interface is configured, the router ID is set to the IP address of the loopback interface. If multiple loopback interfaces are configured, the router ID is set to the IP address of the loopback interface with the highest IP address.<br>• If no loopback interface is configured, the router ID is set to the highest IP address on a physical interface.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 142. | **router-id (BGP)**<br><br>The **router-id** command configures a fixed router ID for the local Border Gateway Protocol (BGP) routing process.<br><br>When the **router-id** command is not configured, the local router ID is set to the following:<br>• The loopback IP address when a loopback interface is configured.<br>• The loopback with the highest IP address is selected when multiple loopback interfaces are configured.<br>• The highest IP address on a physical interface when no loopback interfaces are configured.<br><br>**Important** The router-id must be specified if the switch has no IPv4 addresses configured.<br><br>The no router-id and default router-id commands remove the router-id command from *running-config*.<br><br>Platform        all<br>Command Mode    Router-BGP Configuration<br><br>**Command Syntax**<br>`router-id` *id_num*<br>`no router-id` [*id_num*]<br>`default router-id` [*id_num*]<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1625.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1397; Arista User Manual, v. 4.11.1 (1/11/13), at 1143; Arista User Manual v. 4.10.3 (10/22/12), at 954; Arista User Manual v. 4.9.3.2 (5/3/12), at 716. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **bgp router-id**<br><br>To configure a fixed router ID for the local Border Gateway Protocol (BGP) routing process, use the **bgp router-id** command in router configuration mode. To remove the fixed router ID from the running configuration file and restore the default router ID selection, use the **no** form of this command.<br><br>**bgp router-id** *ip-address*<br><br>**no bgp router-id** *ip-address*<br><br>Syntax Description    *ip-address*    IP address of the router.<br><br>Defaults    The following behavior determines local router ID selection when this command is not enabled:<br>• If a loopback interface is configured, the router ID is set to the IP address of the loopback. If multiple loopback interfaces are configured, the loopback with the highest IP address is used.<br>• If no loopback interface is configured, the router ID is set to the highest IP address on a physical interface. | **router-id (BGP)**<br><br>The **router-id** command configures a fixed router ID for the local Border Gateway Protocol (BGP) routing process.<br><br>When the **router-id** command is not configured, the local router ID is set to the following:<br>• The loopback IP address when a loopback interface is configured.<br>   The loopback with the highest IP address is selected when multiple loopback interfaces are configured.<br>• The highest IP address on a physical interface when no loopback interfaces are configured.<br><br>Important    The router-id must be specified if the switch has no IPv4 addresses configured.<br><br>The **no router-id** and **default router-id** commands remove the **router-id** command from *running-config*.<br><br>Platform        all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>**router-id** *id_num*<br>**no router-id** [*id_num*]<br>**default router-id** [*id_num*] |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | Cisco IOS IP Routing Protocols Command Reference (July 16, 2005), at 55. | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1625.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1397; Arista User Manual, v. 4.11.1 (1/11/13), at 1143; Arista User Manual v. 4.10.3 (10/22/12), at 954; Arista User Manual v. 4.9.3.2 (5/3/12), at 716. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | The **clear ip bgp** command can be used to initiate a hard reset or soft reconfiguration. A hard reset tears down and rebuilds the specified peering sessions and rebuilds the BGP routing tables. A soft reconfiguration uses stored prefix information to reconfigure and activate BGP routing tables without tearing down existing peering sessions. Soft reconfiguration uses stored update information, at the cost of additional memory for storing the updates, to allow you to apply new BGP policy without disrupting the network. Soft reconfiguration can be configured for inbound or outbound sessions.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 193 | **clear ip bgp**<br><br>The clear ip bgp command removes BGP IPv4 learned routes from the routing table, reads all routes from designated peers, and sends routes to those peers as required.<br><br>• a hard reset tears down and rebuilds the peering sessions and rebuilds BGP routing tables.<br><br>• a soft reset uses stored prefix information to reconfigure and activate BGP routing tables without tearing down existing peering sessions.<br><br>Soft resets use stored update information to apply new BGP policy without disrupting the network.<br><br>Routes that are read or sent are processed through modified route maps or AS-path access lists. The command can also clear the switch's BGP sessions with its peers.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) 10/2/2014), at 1577.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1527; Arista User Manual v. 4.12.3 (7/17/13), at 1358; Arista User Manual, v. 4.11.1 (1/11/13), at 1104; Arista User Manual v. 4.10.3 (10/22/12), at 916; Arista User Manual v. 4.9.3.2 (5/3/12), at 683; Arista User Manual v. 4.8.2 (11/18/11), at 513; Arista User Manual v. 4.7.3 (7/18/11), at 378. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | The clear ip bgp command can be used to initiate a hard reset or soft reconfiguration. A hard reset tears down and rebuilds the specified peering sessions and rebuilds the BGP routing tables. A soft reconfiguration uses stored prefix information to reconfigure and activate BGP routing tables without tearing down existing peering sessions. Soft reconfiguration uses stored update information, at the cost of additional memory for storing the updates, to allow you to apply new BGP policy without disrupting the network. Soft reconfiguration can be configured for inbound or outbound sessions.<br><br>Cisco IOS IP Routing Protocols Command Reference (July 16, 2005), at 72-73. | clear ip bgp<br><br>The clear ip bgp command removes BGP IPv4 learned routes from the routing table, reads all routes from designated peers, and sends routes to those peers as required.<br><br>• a hard reset tears down and rebuilds the peering sessions and rebuilds BGP routing tables.<br><br>• a soft reset uses stored prefix information to reconfigure and activate BGP routing tables without tearing down existing peering sessions.<br><br>• Soft resets use stored update information to apply new BGP policy without disrupting the network.<br><br>Routes that are read or sent are processed through modified route maps or AS-path access lists. The command can also clear the switch's BGP sessions with its peers.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) 10/2/2014), at 1577.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1527; Arista User Manual v. 4.12.3 (7/17/13), at 1358; Arista User Manual, v. 4.11.1 (1/11/13), at 1104; Arista User Manual v. 4.10.3 (10/22/12), at 916; Arista User Manual v. 4.9.3.2 (5/3/12), at 683; Arista User Manual v. 4.8.2 (11/18/11), at 513; Arista User Manual v. 4.7.3 (7/18/11), at 378. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **distance bgp**<br><br>To configure the administrative distance for BGP routes, use the **distance bgp** command in address family or router configuration mode. To return to the administrative distance to the default value, use the **no** form of this command.<br><br>**distance bgp** *external-distance internal-distance local-distance*<br>**no distance bgp**<br><br>Syntax Description<br><br>| external-distance | Administrative distance for external BGP routes. Routes are external when learned from an external autonomous system. The range of values for this argument are from 1 to 255. |<br>| internal-distance | Administrative distance for internal BGP routes. Routes are internal when learned from peer in the local autonomous system. The range of values for this argument are from 1 to 255. |<br>| local-distance | Administrative distance for local BGP routes. Local routes are those networks listed with a **network router** configuration command, often as back doors, for the router or for the networks that is being redistributed from another process. The range of values for this argument are from 1 to 255. |<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 271. | **distance bgp**<br><br>The **distance bgp** command assigns an administrative distance to routes that the switch learns through BGP. Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• **external**: External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br>• **internal**: Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br>• **local**: Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The no distance bgp and default distance bgp commands restore the default administrative distances by removing the distance bgp command from *running-config*.<br><br>Platform          all<br>Command Mode      Router-BGP Configuration<br><br>Command Syntax<br><br>`distance bgp external_dist |[INTERNAL_LOCAL]`<br>`no distance bgp`<br>`default distance bgp`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **distance bgp**<br><br>To configure the administrative distance for BGP routes, use the **distance bgp** command in address family or router configuration mode. To return to the administrative distance to the default value, use the **no** form of this command.<br><br>**distance bgp** *external-distance internal-distance local-distance*<br><br>**no distance bgp**<br><br>Syntax Description<br><br>*external-distance* — Administrative distance for external BGP routes. Routes are external when learned from an external autonomous system. The range of values for this argument are from 1 to 255.<br><br>*internal-distance* — Administrative distance for internal BGP routes. Routes are internal when learned from peer in the local autonomous system. The range of values for this argument are from 1 to 255.<br><br>*local-distance* — Administrative distance for local BGP routes. Local routes are those networks listed with a **network** router configuration command, often as back doors, for the router or for the networks that is being redistributed from another process. The range of values for this argument are from 1 to 255.<br><br>Cisco IOS IP Routing Protocols Command Reference (July 16, 2005), at 95. | **distance bgp**<br><br>The **distance bgp** command assigns an administrative distance to routes that the switch learns through BGP. Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• **external:** External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br><br>• **internal:** Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br><br>• **local:** Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The no distance bgp and default distance bgp commands restore the default administrative distances by removing the **distance bgp** command from *running-config*.<br><br>Platform          all<br>Command Mode     Router-BGP Configuration<br><br>Command Syntax<br>```
distance bgp external_dist [(INTERNAL_LOCAL)]
no distance bgp
default distance bgp
```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Expanded Community Lists**<br>Expanded community lists are used to filter communities using a regular expression. Regular expressions are used to configure patterns to match community attributes. The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it will match the earliest part first. For more information about configuring regular expressions, see the "Regular Expressions" appendix of the *Terminal Services Configuration Guide*.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 324. | The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it matches the earliest part first.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 107.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 105; Arista User Manual v. 4.12.3 (7/17/13), at 95; Arista User Manual, v. 4.11.1 (1/11/13), at 65; Arista User Manual v. 4.10.3 (10/22/12), at 57; Arista User Manual v. 4.9.3.2 (5/3/12), at 53; Arista User Manual v. 4.8.2 (11/18/11), at 49. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Expanded Community Lists**<br>Expanded community lists are used to filter communities using a regular expression. Regular expressions are used to configure patterns to match community attributes. The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it will match the earliest part first. For more information about configuring regular expressions, see the *Regular Expressions* appendix of the *Cisco IOS Terminal*<br><br>Cisco IOS IP Routing Protocols Command Reference (July 16, 2005), at 117-18. | The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it matches the earliest part first.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 107.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 105; Arista User Manual v. 4.12.3 (7/17/13), at 95; Arista User Manual, v. 4.11.1 (1/11/13), at 65; Arista User Manual v. 4.10.3 (10/22/12), at 57; Arista User Manual v. 4.9.3.2 (5/3/12), at 53; Arista User Manual v. 4.8.2 (11/18/11), at 49. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip extcommunity-list**<br><br>To create an extended community list to configure Virtual Private Network (VPN) route filtering, use the **ip extcommunity-list** command in global configuration mode. To delete the extended community list, use the no form of this command.<br><br>To enter IP Extended community-list configuration mode to create or configure an extended community-list, use the **ip extcommunity-list** command in global configuration mode. To delete the entire extended community list, use the no form of this command. To delete a single entry, use the no form in IP Extended community-list configuration mode.<br><br>**Global Configuration Mode CLI**<br><br>**ip extcommunity-list** {*expanded-list* [**permit**| **deny**] [ *regular-expression* ]| **expanded** *list-name* [**permit**| **deny**] [ *regular-expression* ]| *standard-list* [**permit**| **deny**] [**rt** *value*] [**soo** *value*]| **standard** *list-name* [**permit**| **deny**] [**rt** *value*] [**soo** *value*]}<br>**no ip extcommunity-list** {*expanded-list*| **expanded** *list-name*| *standard-list*| **standard** *list-name*}<br><br>**ip extcommunity-list** {*expanded-list*| **expanded** *list-name*| *standard-list*| **standard** *list-name*}<br>**no ip extcommunity-list** {*expanded-list*| **expanded** *list-name*| s *standard-list*| **standard** *list-name*}<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 326 | **ip extcommunity-list** standard<br><br>The ip extcommunity-list standard command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs).<br><br>• **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>The no ip extcommunity-list standard and default ip extcommunity-list standard commands delete the specified extended community list by removing the corresponding ip extcommunity-list standard statement from *running-config*.<br><br>Platform      all<br>Command Mode      Global Configuration<br><br>Command Syntax<br>**ip extcommunity-list standard** *listname* FILTER_TYPE COMM_1 [COMM_2...COMM_n]<br>**no ip extcommunity-list standard** *listname*<br>**default ip extcommunity-list standard** *listname*<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1591.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1541; Arista User Manual v. 4.12.3 (7/17/13), at 1365; Arista User Manual, v. 4.11.1 (1/11/13), at 1111; Arista User Manual v. 4.10.3 (10/22/12), at 923; Arista User Manual v. 4.9.3.2 (5/3/12), at 690; Arista User Manual v. 4.8.2 (11/18/11), at 520. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip extcommunity-list** <br><br> To create an extended community list to configure Virtual Private Network (VPN) route filtering, use the **ip extcommunity-list command** in global configuration mode. To delete the extended community list, use the **no** form of this command. <br><br> **Global Configuration Mode CLI** <br><br> **ip extcommunity-list** *expanded-list* / **expanded** *list-name* {**permit** \| **deny**} [*regular-expression*] / *standard-list* / **standard** *list-name* {**permit** \| **deny**} [**rt** *value*] [**soo** *value*] <br><br> **no ip extcommunity-list** *expanded-list* / **expanded** *list-name* \| *standard-list* \| **standard** *list-name* <br><br> To enter IP extended community-list configuration mode to create or configure an extended community-list, use the **ip extcommunity-list** command in global configuration mode. To delete the entire extended community list, use the **no** form of this command. To delete a single entry, use the **no** form in IP Extended community-list configuration mode. <br><br> **ip extcommunity-list** *expanded-list* / **expanded** *list-name* \| *standard-list* \| **standard** *list-name* <br><br> **no ip extcommunity-list** *expanded-list* / **expanded** *list-name* \| *standard-list* \| **standard** *list-name* <br><br> Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 116. | **ip extcommunity-list** standard <br><br> The **ip extcommunity-list standard** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). <br><br> • **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites. <br><br> • **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed. <br><br> The **no ip extcommunity-list standard** and **default ip extcommunity-list standard** commands delete the specified extended community list by removing the corresponding **ip extcommunity-list standard** statement from *running-config*. <br><br> Platform          all <br> Command Mode    Global Configuration <br><br> **Command Syntax** <br> **ip extcommunity-list standard** *listname* **FILTER_TYPE COMM_1** [**COMM_2...COMM_n**] <br> **no ip extcommunity-list standard** *listname* <br> **default ip extcommunity-list standard** *listname* |
| Cisco IOS 12.4 <br><br> Effective date of registration: 8/12/2005 | | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1591. <br><br> *See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1541; Arista User Manual v. 4.12.3 (7/17/13), at 1365; Arista User Manual, v. 4.11.1 (1/11/13), at 1111; Arista User Manual v. 4.10.3 (10/22/12), at 923; Arista User Manual v. 4.9.3.2 (5/3/12), at 690; Arista User Manual v. 4.8.2 (11/18/11), at 520. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip extcommunity-list** | **ip extcommunity-list** expanded |
| | To create an extended community list to configure Virtual Private Network (VPN) route filtering, use the **ip extcommunity-list command** in global configuration mode. To delete the extended community list, use the **no** form of this command.<br><br>To enter IP Extended community-list configuration mode to create or configure an extended community-list, use the **ip extcommunity-list** command in global configuration mode. To delete the entire extended community list, use the **no** form of this command. To delete a single entry, use the **no** form in IP Extended community-list configuration mode.<br><br>**Global Configuration Mode CLI**<br><br>ip extcommunity-list {*expanded-list* [**permit**| **deny**] [ *regular-expression* ]| **expanded** *list-name* [**permit**| **deny**] [ *regular-expression* ]| *standard-list* [**permit**| **deny**] [**rt** *value*] [**soo** *value*]| **standard** *list-name* [**permit**| **deny**] [**rt** *value*] [**soo** *value*]}<br><br>**ip extcommunity-list** {*expanded-list*| **expanded** *list-name*| *standard-list*| **standard** *list-name*}<br><br>**no ip extcommunity-list** {*expanded-list*| **expanded** *list-name*| s *tandard-list*| **standard** *list-name*}<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 326. | The **ip extcommunity-list expanded command creates an extended community list to configure Virtual Private Network (VPN) route filtering.** Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). The command uses regular expressions to name the communities specified by the list.<br><br>• **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>The **no ip extcommunity-list expanded** and **default ip extcommunity-list expanded** commands delete the specified extended community list by removing the corresponding **ip community-list expanded** statement from *running-config*.<br><br>Platform     all<br>Command Mode     Global Configuration<br><br>**Command Syntax**<br><br>`ip extcommunity-list expanded` *listname* `FILTER_TYPE R_EXP`<br>`no ip extcommunity-list` expanded *listname*<br>`default ip extcommunity-list expanded` *listname*<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1590.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1540; Arista User Manual v. 4.12.3 (7/17/13), at 1364; Arista User Manual, v. 4.11.1 (1/11/13), at 1110; Arista User Manual v. 4.10.3 (10/22/12), at 922; Arista User Manual v. 4.9.3.2 (5/3/12), at 689; Arista User Manual v. 4.8.2 (11/18/11), at 519. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **ip extcommunity-list**<br><br>To create an extended community list to configure Virtual Private Network (VPN) route filtering, use the **ip extcommunity-list command** in global configuration mode. To delete the extended community list, use the **no** form of this command.<br><br>**Global Configuration Mode CLI**<br><br>**ip extcommunity-list** *expanded-list* / **expanded** *list-name* {**permit** \| **deny**} *[regular-expression]* / *standard-list* / **standard** *list-name* {**permit** \| **deny**} {*rt value*} *[soo value]*<br><br>**no ip extcommunity-list** *expanded-list* / **expanded** *list-name* \| *standard-list* / **standard** *list-name*<br><br>To enter IP extended community-list configuration mode to create or configure an extended community-list, use the **ip extcommunity-list** command in global configuration mode. To delete the entire extended community-list, use the **no** form of this command. To delete a single entry, use the **no** form in IP Extended community-list configuration mode.<br><br>**ip extcommunity-list** *expanded-list* / **expanded** *list-name* \| *standard-list* / **standard** *list-name*<br><br>**no ip extcommunity-list** *expanded-list* / **expanded** *list-name* \| *standard-list* / **standard** *list-name*<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 116. | **ip extcommunity-list** expanded<br><br>The **ip extcommunity-list** expanded command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). The command uses regular expressions to name the communities specified by the list.<br><br>• Route Target (**rt**) attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• Site of Origin (**soo**) attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>The **no ip extcommunity-list** expanded and **default ip extcommunity-list** expanded commands delete the specified extended community list by removing the corresponding **ip community-list** expanded statement from *running-config*.<br><br>Platform        all<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br><br>**ip extcommunity-list** expanded *listname* **FILTER_TYPE R_EXP**<br>**no ip extcommunity-list** expanded *listname*<br>**default ip extcommunity-list** expanded *listname* |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1590.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1540; Arista User Manual v. 4.12.3 (7/17/13), at 1364; Arista User Manual, v. 4.11.1 (1/11/13), at 1110; Arista User Manual v. 4.10.3 (10/22/12), at 922; Arista User Manual v. 4.9.3.2 (5/3/12), at 689; Arista User Manual v. 4.8.2 (11/18/11), at 519. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Route Target Extended Community Attribute**<br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin Extended Community Attribute**<br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 330. | **ip extcommunity-list expanded**<br><br>The **ip extcommunity-list expanded** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). The command uses regular expressions to name the communities specified by the list.<br><br>• **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1590.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1540; Arista User Manual v. 4.12.3 (7/17/13), at 1364; Arista User Manual, v. 4.11.1 (1/11/13), at 1110; Arista User Manual v. 4.10.3 (10/22/12), at 922; Arista User Manual v. 4.9.3.2 (5/3/12), at 689; Arista User Manual v. 4.8.2 (11/18/11), at 519. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Route Target** Extended Community Attribute<br><br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin** Extended Community Attribute<br><br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 118. | **ip extcommunity-list expanded**<br><br>The **ip extcommunity-list expanded** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs). The command uses regular expressions to name the communities specified by the list.<br><br>• **Route Target (rt)** attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• **Site of Origin (soo)** attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1590.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1540; Arista User Manual v. 4.12.3 (7/17/13), at 1364; Arista User Manual, v. 4.11.1 (1/11/13), at 1110; Arista User Manual v. 4.10.3 (10/22/12), at 922; Arista User Manual v. 4.9.3.2 (5/3/12), at 689; Arista User Manual v. 4.8.2 (11/18/11), at 519. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Route Target** Extended Community Attribute<br><br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin** Extended Community Attribute<br><br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 330. | **ip extcommunity-list standard**<br><br>The **ip extcommunity-list standard** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs).<br><br>• Route Target (rt) attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• Site of Origin (soo) attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1591.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1541; Arista User Manual v. 4.12.3 (7/17/13), at 1365; Arista User Manual, v. 4.11.1 (1/11/13), at 1111; Arista User Manual v. 4.10.3 (10/22/12), at 923; Arista User Manual v. 4.9.3.2 (5/3/12), at 690; Arista User Manual v. 4.8.2 (11/18/11), at 520. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Route Target Extended Community Attribute**<br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin Extended Community Attribute**<br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 118. | **ip extcommunity-list standard**<br><br>The **ip extcommunity-list standard** command creates an extended community list to configure Virtual Private Network (VPN) route filtering. Extended community attributes filter routes for virtual routing and forwarding instances (VRFs).<br><br>• Route Target (rt) attribute identifies a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that route traffic received from corresponding sites.<br><br>• Site of Origin (soo) attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a specific site must be assigned the same site of origin attribute whether a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents the creation of routing loops when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1591.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1541; Arista User Manual v. 4.12.3 (7/17/13), at 1365; Arista User Manual, v. 4.11.1 (1/11/13), at 1111; Arista User Manual v. 4.10.3 (10/22/12), at 923; Arista User Manual v. 4.9.3.2 (5/3/12), at 690; Arista User Manual v. 4.8.2 (11/18/11), at 520. |

109

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Route Target** Extended Community Attribute<br><br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin** Extended Community Attribute<br><br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 330. | **route targets (rt):** This attribute identifies a set of sites and VRFs that may receive routes tagged with the configured route target. Configuring this attribute with a route allows that route to be placed in per-site forwarding tables that route traffic received from corresponding sites.<br><br>**site of origin (soo):** This attribute identifies the site from where the Provider Edge (PE) router learns the route. All routes learned from a specific site have the same SOO extended community attribute, whether a site is connected to a single or multiple PE routers. This attribute prevents routing loops resulting from multihomed sites. The SOO attribute is configured on the interface and propagated into a BGP domain by redistribution. The SOO is applied to routes learned from VRFs.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1552.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1502; Arista User Manual v. 4.12.3 (7/17/13), at 1334; Arista User Manual, v. 4.11.1 (1/11/13), at 1083-84; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 668; Arista User Manual v. 4.8.2 (11/18/11), at 500. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Route Target** Extended Community Attribute<br><br>The route target (RT) extended community attribute is configured with the **rt** keyword. This attribute is used to identify a set of sites and VRFs that may receive routes that are tagged with the configured route target. Configuring the route target extended attribute with a route allows that route to be placed in the per-site forwarding tables that are used for routing traffic that is received from corresponding sites.<br><br>**Site of Origin** Extended Community Attribute<br><br>The site of origin (SOO) extended community attribute is configured with the **soo** keyword. This attribute uniquely identifies the site from which the provider edge (PE) router learned the route. All routes learned from a particular site must be assigned the same site of origin extended community attribute, regardless if a site is connected to a single PE router or multiple PE routers. Configuring this attribute prevents routing loops from occurring when a site is multihomed. The SOO extended community attribute is configured on the interface and is propagated into BGP through redistribution. The SOO should not be configured for stub sites or sites that are not multihomed.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 118. | **route targets (rt):** This attribute identifies a set of sites and VRFs that may receive routes tagged with the configured route target. Configuring this attribute with a route allows that route to be placed in per-site forwarding tables that route traffic received from corresponding sites.<br><br>**site of origin (soo):** This attribute identifies the site from where the Provider Edge (PE) router learns the route. All routes learned from a specific site have the same SOO extended community attribute, whether a site is connected to a single or multiple PE routers. This attribute prevents routing loops resulting from multihomed sites. The SOO attribute is configured on the interface and propagated into a BGP domain by redistribution. The SOO is applied to routes learned from VRFs.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1552.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1502; Arista User Manual v. 4.12.3 (7/17/13), at 1334; Arista User Manual, v. 4.11.1 (1/11/13), at 1083-84; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 668; Arista User Manual v. 4.8.2 (11/18/11), at 500. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Extended community attributes are used to configure, filter, and identify routes for virtual routing and forwarding instances (VRFs) and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 359 | BGP extended communities configure, filter, and identify routes for virtual routing, forwarding instances (VRFs), and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/22014), at 1552.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1502; Arista User Manual v. 4.12.3 (7/17/13), at 1334; Arista User Manual, v. 4.11.1 (1/11/13), at 1083-84; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 668; Arista User Manual v. 4.8.2 (11/18/11), at 500. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | Extended community attributes are used to configure, filter, and identify routes for virtual routing and forwarding instances (VRFs) and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 135. | BGP extended communities configure, filter, and identify routes for virtual routing, forwarding instances (VRFs), and Multiprotocol Label Switching (MPLS) Virtual Private Networks (VPNs).<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/22014), at 1552.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1502; Arista User Manual v. 4.12.3 (7/17/13), at 1334; Arista User Manual, v. 4.11.1 (1/11/13), at 1083-84; Arista User Manual v. 4.10.3 (10/22/12), at 896; Arista User Manual v. 4.9.3.2 (5/3/12), at 668; Arista User Manual v. 4.8.2 (11/18/11), at 500. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **neighbor ebgp-multihop**<br><br>To accept and attempt BGP connections to external peers residing on networks that are not directly connected, use the **neighbor ebgp-multihop** command in router configuration mode. To return to the default, use the no form of this command.<br><br>**neighbor** {*ip-address*\| *ipv6-address*\| *peer-group-name*} **ebgp-multihop** [ *ttl* ]<br>**no neighbor** {*ip-address*\| *ipv6-address*\| *peer-group-name*} **ebgp-multihop**<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 423. | **neighbor ebgp-multihop**<br><br>The neighbor ebgp-multihop command programs the switch to accept and attempt BGP connections to the external peers residing on networks not directly connected to the switch. The command does not establish the multihop if the only route to the peer is the default route (0.0.0.0).<br><br>The no neighbor ebgp-multihop command applies the system default configuration.<br><br>The default neighbor ebgp-multihop command applies the system default configuration for individual neighbors, and applies the peer group's setting for neighbors that are members of a peer group.<br><br>The no neighbor command removes all configuration commands for the neighbor at the specified address.<br><br>Platform        all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>`neighbor NEIGHBOR ID ebgp-multihop [hop_number]`<br>`no neighbor NEIGHBOR_ID ebgp-multihop`<br>`default neighbor NEIGHBOR_ID ebgp-multihop`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1597.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1370; Arista User Manual, v. 4.11.1 (1/11/13), at 1116; Arista User Manual v. 4.10.3 (10/22/12), at 928; Arista User Manual v. 4.9.3.2 (5/3/12), at 693; Arista User Manual v. 4.8.2 (11/18/11), at 523; Arista User Manual v. 4.7.3 (7/18/11), at 383. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **neighbor ebgp-multihop**<br><br>To accept and attempt Border Gateway Protocol (BGP) connections to external peers residing on networks that are not directly connected, use the **neighbor ebgp-multihop** command in router configuration mode. To return to the default, use the **no** form of this command.<br><br>**neighbor** *ip-address* \| *peer-group-name* **ebgp-multihop** [*ttl*]<br><br>**no neighbor** *ip-address* \| *peer-group-name* **ebgp-multihop**<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 158. | **neighbor ebgp-multihop**<br><br>The neighbor ebgp-multihop command programs the switch to accept and attempt BGP connections to the external peers residing on networks not directly connected to the switch. The command does not establish the multihop if the only route to the peer is the default route (0.0.0.0).<br><br>The no neighbor ebgp-multihop command applies the system default configuration.<br><br>The default neighbor ebgp-multihop command applies the system default configuration for individual neighbors, and applies the peer group's setting for neighbors that are members of a peer group.<br><br>The no neighbor command removes all configuration commands for the neighbor at the specified address.<br><br>Platform          all<br>Command Mode      Router-BGP Configuration<br><br>Command Syntax<br>`neighbor NEIGHBOR ID ebgp-multihop [hop_number]`<br>`no neighbor NEIGHBOR ID ebgp-multihop`<br>`default neighbor NEIGHBOR_ID ebgp-multihop`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1597.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1370; Arista User Manual, v. 4.11.1 (1/11/13), at 1116; Arista User Manual v. 4.10.3 (10/22/12), at 928; Arista User Manual v. 4.9.3.2 (5/3/12), at 693; Arista User Manual v. 4.8.2 (11/18/11), at 523; Arista User Manual v. 4.7.3 (7/18/11), at 383. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **neighbor local-as**<br><br>To customize the AS_PATH attribute for routes received from an external Border Gateway Protocol (eBGP) neighbor, or to configure the BGP—Support for iBGP Local-As feature, use the **neighbor local-as** command in address family or router configuration mode. To disable AS_PATH attribute customization or iBGP Local-As support, use the **no** form of this command.<br><br>**neighbor** {*ip-address* | *ipv6-address* | *peer-group-name*} **local-as** [*autonomous-system-number* [**no-prepend** [**replace-as** [**dual-as**]]]]<br><br>**no neighbor** {*ip-address* | *ipv6-address* | *peer-group-name*} **local-as**<br><br>…<br><br>| **no-prepend** | (Optional) Does not prepend the local autonomous system number to any routes received from the eBGP neighbor. |<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 442. | **neighbor local-as**<br><br>The neighbor local-as command enables the modification of the AS_PATH attribute for routes received from an eBGP neighbor, allowing the switch to appear as a member of a different autonomous system (AS) to external peers. This switch does not prepend the local AS number to routes received from the eBGP neighbor. The AS number from the local BGP routing process is not prepended.<br><br>The no neighbor local-as command disables AS_PATH modification for the specified peer or peer group.<br><br>The default neighbor local-as command disables AS_PATH modification for invidual neighbors, and applies the peer group's setting for neighbors that are members of a peer group.<br><br>Platform     all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>neighbor *NEIGHBOR_ID* local-as *as_id* no-prepend replace-as<br>no neighbor *NEIGHBOR_ID* local-as<br>default neighbor *NEIGHBOR_ID* local-as<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1601.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1373; Arista User Manual, v. 4.11.1 (1/11/13), at 1119; Arista User Manual v. 4.10.3 (10/22/12), at 931; Arista User Manual v. 4.9.3.2 (5/3/12), at 696; Arista User Manual v. 4.8.2 (11/18/11), at 526; Arista User Manual v. 4.7.3 (7/18/11), at 386. |

114

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **neighbor local-as**<br><br>To customize the AS-path attribute for routes received from an external Border Gateway Protocol (eBGP) neighbor, use the **neighbor local-as** command in address family or router configuration mode. To disable AS-path attribute customization, use the **no** form of this command.<br><br>**neighbor** *ip-address* **local-as** *as-number* [**no-prepend** [**replace-as** [**dual-as**]]]<br><br>**no neighbor** *ip-address* **local-as** *as-number*<br><br>…<br><br>no-prepend                    (Optional) Does not prepend the local autonomous system number to any routes received from the eBGP neighbor.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 166. | **neighbor local-as**<br><br>The neighbor local-as command enables the modification of the AS_PATH attribute for routes received from an eBGP neighbor, allowing the switch to appear as a member of a different autonomous system (AS) to external peers. This switch does not prepend the local AS number to routes received from the eBGP neighbor. The AS number from the local BGP routing process is not prepended.<br><br>The no neighbor local-as command disables AS_PATH modification for the specified peer or peer group.<br><br>The default neighbor local-as command disables AS_PATH modification for invidual neighbors, and applies the peer group's setting for neighbors that are members of a peer group.<br><br>Platform            all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>    neighbor *NEIGHBOR_ID* local-as *as_id* no-prepend replace-as<br>    no neighbor *NEIGHBOR_ID* local-as<br>    default neighbor *NEIGHBOR_ID* local-as<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1601.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1373; Arista User Manual, v. 4.11.1 (1/11/13), at 1119; Arista User Manual v. 4.10.3 (10/22/12), at 931; Arista User Manual v. 4.9.3.2 (5/3/12), at 696; Arista User Manual v. 4.8.2 (11/18/11), at 526; Arista User Manual v. 4.7.3 (7/18/11), at 386. |

115

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **neighbor remove-private-as**<br><br>To remove private autonomous system numbers from the autonomous system path (a list of autonomous systems that a route passes through to reach a BGP peer) in eBGP outbound routing updates, use the **neighbor remove-private-as** command in router configuration, address family configuration, or peer-group template mode. To disable this function, use the **no** form of this command.<br><br>**neighbor** {*ip-address* \| *peer-group-name*} **remove-private-as** [**all** [**replace-as**]]<br>**no neighbor** {*ip-address* \| *peer-group-name*} **remove-private-as**<br><br>Syntax Description<br><br>| *ip-address* | IP address of the BGP-speaking neighbor. |<br>| *peer-group-name* | Name of a BGP peer group. |<br>| **all** | (Optional) Removes all private AS numbers from the AS path in outgoing updates. |<br>| **replace-as** | (Optional) As long as the **all** keyword is specified, the **replace-as** keyword causes all private AS numbers in the AS path to be replaced with the router's local AS number. |<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 479. | **neighbor remove-private-as**<br><br>The **neighbor remove-private-as** command removes private autonomous system numbers from outbound routing updates for external BGP (eBGP) neighbors. When the autonomous system path includes both private and public autonomous system numbers, the *REMOVAL* parameter specifies how the private autonomous system number is removed.<br><br>The no **neighbor remove-private-as** command applies the system default (preserves private AS numbers) for the specified peer.<br><br>The **default neighbor remove-private-as** command applies the system default for individual neighbors and applies the peer group's setting for neighbors that are members of a peer group.<br><br>The no **neighbor** command removes all configuration commands for the neighbor at the specified address.<br><br>Platform     all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>**neighbor** *NEIGHBOR_ID* remove-private-as [*REMOVAL*]<br>**no neighbor** *NEIGHBOR_ID* remove-private-as<br>default neighbor *NEIGHBOR_ID* remove-private-as<br><br>Parameters<br>• *NEIGHBOR_ID*   IP address or peer group name. Values include:<br>   — *ipv4_addr*   neighbor's IPv4 address.<br>   — *ipv6_addr*   neighbor's IPv6 address.<br>   — *group_name*   peer group name.<br>• *REMOVAL*   Specifies removal of private autonomous AS number when path includes both private and public numbers. Values include:<br>   — <no parameter>   private AS numbers are not removed.<br>   — *all*   removes all private AS numbers from AS path in outbound updates.<br>   — *all replace-as*   all private AS numbers in AS path are replaced with router's local AS number.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1612.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1384; Arista User Manual, v. 4.11.1 (1/11/13), at 1130. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **neighbor remove-private-as**<br><br>To remove private autonomous system numbers from the autonomous system path, a list of autonomous system numbers that a route passes through to reach a BGP peer, in outbound routing updates, use the **neighbor remove-private-as** command in router configuration mode. To disable this function, use the **no** form of this command.<br><br>**neighbor** {*ip-address* \| *peer-group-name*} **remove-private-as**<br><br>**no neighbor** {*ip-address* \| *peer-group-name*} **remove-private-as**<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 188. | **neighbor remove-private-as**<br><br>The **neighbor remove-private-as** command removes private autonomous system numbers from outbound routing updates for external BGP (eBGP) neighbors. When the autonomous system path includes both private and public autonomous system numbers, the *REMOVAL* parameter specifies how the private autonomous system number is removed.<br><br>The no **neighbor remove-private-as** command applies the system default (preserves private AS numbers) for the specified peer.<br><br>The **default neighbor remove-private-as** command applies the system default for individual neighbors and applies the peer group's setting for neighbors that are members of a peer group.<br><br>The **no neighbor** command removes all configuration commands for the neighbor at the specified address.<br><br>Platform          all<br>Command Mode    Router-BGP Configuration<br><br>**Command Syntax**<br>`neighbor NEIGHBOR_ID remove-private-as [REMOVAL]`<br>`no neighbor NEIGHBOR_ID remove-private-as`<br>`default neighbor NEIGHBOR_ID remove-private-as`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1612.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1384; Arista User Manual, v. 4.11.1 (1/11/13), at 1130. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **neighbor route-reflector-client**<br><br>To configure the router as a BGP route reflector and configure the specified neighbor as its client, use the **neighbor route-reflector-client** command in address family or router configuration mode. To indicate that the neighbor is not a client, use the **no** form of this command.<br><br>**neighbor** {*ip-address*\| *ipv6-address*\| *peer-group-name*} **route-reflector-client**<br><br>**no neighbor** {*ip-address*\| *ipv6-address*\| *peer-group-name*} **route-reflector-client**<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 486<br><br>By default, all internal BGP (iBGP) speakers in an autonomous system must be fully meshed, and neighbors do not readvertise iBGP learned routes to neighbors, thus preventing a routing information loop. When all the clients are disabled, the local router is no longer a route reflector.<br><br>If you use route reflectors, all iBGP speakers need not be fully meshed. In the route reflector model, an Internal BGP peer is configured to be a *route reflector* responsible for passing iBGP learned routes to iBGP neighbors. This scheme eliminates the need for each router to talk to every other router.<br><br>Use the **neighbor route-reflector-client** command to configure the local router as the route reflector and the specified neighbor as one of its clients. All the neighbors configured with this command will be members of the client group and the remaining iBGP peers will be members of the nonclient group for the local route reflector.<br><br>The **bgp client-to-client reflection** command controls client-to-client reflection.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 487. | **neighbor route-reflector-client**<br><br>Participating BGP routers within an AS communicate EBGP-learned routes to all of their peers, but to prevent routing loops they must not re-advertise IBGP-learned routes within the AS. To ensure that all members of the AS share the same routing information, a fully meshed network topology (in which each member router of the AS is connected to every other member) can be used, but this topology can result in high volumes of IBGP messages when it is scaled. Instead, in larger networks one or more routers can be configured as route reflectors.<br><br>A route reflector is configured to re-advertise routes learned through IBGP to a group of BGP neighbors within the AS (its clients), eliminating the need for a fully meshed topology.<br><br>The **neighbor route-reflector-client** command configures the switch to act as a route reflector and configures the specified neighbor as one of its clients. Additional clients can be specified by re-issuing the command.<br><br>The **bgp client-to-client reflection** command controls client-to-client reflection.<br><br>The no neighbor route-reflector-client and default neighbor route-reflector-client commands disable route refection by deleting the **neighbor route-reflector-client** command from *running-config*.<br><br>Platform        all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>**neighbor** *NEIGHBOR_ID* route-reflector-client<br>**no neighbor** *NEIGHBOR_ID* route-reflector-client<br>default neighbor *NEIGHBOR_ID* route-reflector-client<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1614.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1386; Arista User Manual, v. 4.11.1 (1/11/13), at 1132. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **neighbor route-reflector-client**<br><br>To configure the router as a BGP route reflector and configure the specified neighbor as its client, use the **neighbor route-reflector-client** command in address family or router configuration mode. To indicate that the neighbor is not a client, use the **no** form of this command.<br><br>**neighbor** *ip-address* **route-reflector-client**<br><br>**no neighbor** *ip address* **route-reflector-client**<br><br>**Usage Guidelines** By default, all internal BGP (iBGP) speakers in an autonomous system must be fully meshed, and neighbors do not readvertise iBGP learned routes to neighbors, thus preventing a routing information loop. When all the clients are disabled, the local router is no longer a route reflector.<br><br>If you use route reflectors, all iBGP speakers need not be fully meshed. In the route reflector model, an interior BGP peer is configured to be a *route reflector* responsible for passing iBGP learned routes to iBGP neighbors. This scheme eliminates the need for each router to talk to every other router.<br><br>Use the **neighbor route-reflector-client** command to configure the local router as the route reflector and the specified neighbor as one of its clients. All the neighbors configured with this command will be members of the client group and the remaining iBGP peers will be members of the nonclient group for the local route reflector.<br><br>The **bgp client-to-client reflection** command controls client-to-client reflection.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 192. | **neighbor route-reflector-client**<br><br>Participating BGP routers within an AS communicate EBGP-learned routes to all of their peers, but to prevent routing loops they must not re-advertise IBGP-learned routes within the AS. To ensure that all members of the AS share the same routing information, a fully meshed network topology (in which each member router of the AS is connected to every other member) can be used, but this topology can result in high volumes of IBGP messages when it is scaled. Instead, in larger networks one or more routers can be configured as route reflectors.<br><br>A route reflector is configured to re-advertise routes learned through IBGP to a group of BGP neighbors within the AS (its clients), eliminating the need for a fully meshed topology.<br><br>The **neighbor route-reflector-client** command configures the switch to act as a route reflector and configures the specified neighbor as one of its clients. Additional clients can be specified by re-issuing the command.<br><br>The **bgp client-to-client reflection** command controls client-to-client reflection.<br><br>The no neighbor route-reflector-client and default neighbor route-reflector-client commands disable route refection by deleting the **neighbor route-reflector-client** command from *running-config*.<br><br>Platform    all<br>Command Mode    Router-BGP Configuration<br><br>**Command Syntax**<br>**neighbor** *NEIGHBOR_ID* route-reflector-client<br>**no neighbor** *NEIGHBOR_ID* route-reflector-client<br>default neighbor *NEIGHBOR_ID* route-reflector-client<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1614.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1386; Arista User Manual, v. 4.11.1 (1/11/13), at 1132. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | neighbor ebgp-multihop — Accepts and attempts BGP connections to external peers residing on networks that are not directly connected.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 416. | **neighbor ebgp-multihop**<br><br>The neighbor ebgp-multihop command programs the switch to accept and attempt BGP connections to the external peers residing on networks not directly connected to the switch. The command does not establish the multihop if the only route to the peer is the default route (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1597.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1370; Arista User Manual, v. 4.11.1 (1/11/13), at 1116; Arista User Manual v. 4.10.3 (10/22/12), at 928; Arista User Manual v. 4.9.3.2 (5/3/12), at 693; Arista User Manual v. 4.8.2 (11/18/11), at 523; Arista User Manual v. 4.7.3 (7/18/11), at 383. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | neighbor ebgp-multihop — Accepts and attempts BGP connections to external peers residing on networks that are not directly connected.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 173. | **neighbor ebgp-multihop**<br><br>The neighbor ebgp-multihop command programs the switch to accept and attempt BGP connections to the external peers residing on networks not directly connected to the switch. The command does not establish the multihop if the only route to the peer is the default route (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1597.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1370; Arista User Manual, v. 4.11.1 (1/11/13), at 1116; Arista User Manual v. 4.10.3 (10/22/12), at 928; Arista User Manual v. 4.9.3.2 (5/3/12), at 693; Arista User Manual v. 4.8.2 (11/18/11), at 523; Arista User Manual v. 4.7.3 (7/18/11), at 383. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | neighbor route-map     Applies a route map to inbound or outbound routes<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 524. | **neighbor route-map** (BGP)<br><br>The **neighbor route-map** command applies a route map to inbound or outbound BGP routes. When a route map is applied to outbound routes, the switch will advertise only routes matching at least one section of the route map. Only one outbound route map and one inbound route map can be applied to a given neighbor. A new route map applied to a neighbor will replace the previous route map.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1613.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1385; Arista User Manual, v. 4.11.1 (1/11/13), at 1131; Arista User Manual v. 4.10.3 (10/22/12), at 943. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | neighbor route-map     Applies a route map to inbound or outbound routes.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 204. | **neighbor route-map** (BGP)<br><br>The **neighbor route-map** command applies a route map to inbound or outbound BGP routes. When a route map is applied to outbound routes, the switch will advertise only routes matching at least one section of the route map. Only one outbound route map and one inbound route map can be applied to a given neighbor. A new route map applied to a neighbor will replace the previous route map.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1613.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1385; Arista User Manual, v. 4.11.1 (1/11/13), at 1131; Arista User Manual v. 4.10.3 (10/22/12), at 943. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip bgp ipv4 multicast summary**<br><br>To display a summary of IP Version 4 multicast database-related information, use the show ip bgp ipv4 multicast summary command in EXEC mode.<br><br>show ip bgp ipv4 multicast summary<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 757<br><br>*Table 54: show ip bgp ipv4 multicast summary Field Descriptions*<br><br>See table below<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 758. | **show ip bgp summary**<br><br>The show ip bgp summary command displays BGP path, prefix, and attribute information for all BGP neighbors.<br><br>Platform    all<br>Command Mode    EXEC<br><br>Command Syntax<br>show ip bgp summary [VRF_INSTANCE]<br><br>Parameters<br>• *VRF_INSTANCE* specifies VRF instances.<br>— <no parameter> displays routing table for context-active VRF.<br>— vrf *vrf_name* displays routing table for the specified VRF.<br>— vrf all displays routing table for all VRFs.<br>— vrf default displays routing table for default VRF.<br><br>Display Values<br>**Header Row**<br>• BGP router identifier: The router identifier – loopback address or highest IP address.<br>• Local AS Number: AS number assigned to switch<br><br>**Neighbor Table Columns**<br>• (First) Neighbor: IP address of the neighbor.<br>• (Second) V: BGP version number spoken to the neighbor<br>• (Third) AS: Neighbor's Autonomous system number.<br>• (Fourth) MsgRcvd: Number of messages received from the neighbor.<br>• (Fifth) MsgSent: Number of messages sent to the neighbor.<br>• (Sixth) InQ: Number of messages queued to be processed from the neighbor.<br>• (Seventh) OutQ: Number of messages queued to be sent to the neighbor.<br>• (Eighth) Up/Down: Period the BGP session has been in Established state or its current status.<br>• (Ninth) State State of the BGP session and the number of routes received from a neighbor.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1641.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1407; Arista User Manual, v. 4.11.1 (1/11/13), at 1153; Arista User Manual v. 4.10.3 (10/22/12), at 964; Arista User Manual v. 4.9.3.2 (5/3/12), at 728; Arista User Manual v. 4.8.2 (11/18/11), at 549; Arista User Manual v. 4.7.3 (7/18/11), at 402. |

Table 54: show ip bgp ipv4 multicast summary Field Descriptions

| Field | Description |
|---|---|
| Neighbor | IP address of configured neighbor in the multicast routing table. |
| V | Version of multiprotocol BGP used. |
| AS | Autonomous system to which the neighbor belongs. |
| MsgRcvd | Number of messages received from the neighbor. |
| MsgSent | Number of messages sent to the neighbor. |
| TblVer | Number of the table version, which is incremented each time the table changes. |
| InQ | Number of messages received in the input queue. |
| OutQ | Number of messages ready to go in the output queue. |
| Up/Down | Days and hours that the neighbor has been up or down (no information in the State column means the connection is up). |
| State/PfxRcd | State of the neighbor/number of routes received. If no state is indicated, the state is up. |

122

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4

Effective date of registration: 8/12/2005 | **show ip bgp ipv4 multicast summary**

To display a summary of IP Version 4 multicast database-related information, use the **show ip bgp ipv4 multicast summary** command in EXEC mode.

**show ip bgp ipv4 multicast summary**

*Table 27*    **show ip bgp ipv4 multicast summary Field Descriptions**

| Field | Description |
|---|---|
| Neighbor | IP address of configured neighbor in the multicast routing table. |
| V | Version of multiprotocol BGP used. |
| AS | Autonomous system to which the neighbor belongs. |
| MsgRcvd | Number of messages received from the neighbor. |
| MsgSent | Number of messages sent to the neighbor. |
| TblVer | Number of the table version, which is incremented each time the table changes. |
| InQ | Number of messages received in the input queue. |
| OutQ | Number of messages ready to go in the output queue. |
| Up/Down | Days and hours that the neighbor has been up or down (no information in the State column means the connection is up). |
| State/PfxRcd | State of the neighbor/number of routes received. If no state is indicated, the state is up. |

Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 308. | **show ip bgp summary**

The show ip bgp summary command displays BGP path, prefix, and attribute information for all BGP neighbors.

Platform        all
Command Mode    EXEC

Command Syntax

**show ip bgp summary** [*VRF_INSTANCE*]

Parameters
• *VRF_INSTANCE*    specifies VRF instances.
   — <no parameter>    displays routing table for context-active VRF.
   — vrf *vrf_name*    displays routing table for the specified VRF.
   — vrf all    displays routing table for all VRFs.
   — vrf default    displays routing table for default VRF.

Display Values

**Header Row**
• BGP router identifier: The router identifier – loopback address or highest IP address.
• Local AS Number: AS number assigned to switch

**Neighbor Table Columns**
• (First) Neighbor: IP address of the neighbor.
• (Second) V: BGP version number spoken to the neighbor
• (Third) AS: Neighbor's Autonomous system number.
• (Fourth) MsgRcvd: Number of messages received from the neighbor.
• (Fifth) MsgSent: Number of messages sent to the neighbor.
• (Sixth) InQ: Number of messages queued to be processed from the neighbor.
• (Seventh) OutQ: Number of messages queued to be sent to the neighbor.
• (Eighth) Up/Down: Period the BGP session has been in Established state or its current status.
• (Ninth) State State of the BGP session and the number of routes received from a neighbor.

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1641.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1407; Arista User Manual, v. 4.11.1 (1/11/13), at 1153; Arista User Manual v. 4.10.3 (10/22/12), at 964; Arista User Manual v. 4.9.3.2 (5/3/12), at 728; Arista User Manual v. 4.8.2 (11/18/11), at 549; Arista User Manual v. 4.7.3 (7/18/11), at 402. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | The following is sample output from the `show ip bgp paths` command in privileged EXEC mode:<br><br>`Router# show ip bgp paths`<br><br>`Address   Hash Refcount Metric Path`<br>`0x60E5742C   0    1    0 1`<br>`0x60E3D7AC   2    1    0 ?`<br>`0x60E5C6C0   11   3    0 10 ?`<br>`0x60E577B0   35   2    40 10 ?`<br><br>The table below describes the significant fields shown in the display.<br><br>*Table 64: show ip bgp paths Field Descriptions*<br><br>| Field | Description |<br>|---|---|<br>| Address | Internal address where the path is stored. |<br>| Hash | Hash bucket where path is stored. |<br>| Refcount | Number of routes using that path. |<br>| Metric | The Multi Exit Discriminator (MED) metric for the path. (The name of this metric for BGP versions 2 and 3 is INTER_AS.) |<br>| Path | The autonomous system path for that route, followed by the origin code for that route. |<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 795. | **show ip bgp paths**<br><br>The show ip bgp paths command displays all BGP paths in the database.<br><br>Platform        all<br>Command Mode    EXEC<br><br>**Command Syntax**<br><br>`show ip bgp paths [VRF_INSTANCE]`<br><br>**Parameters**<br>• *VRF_INSTANCE*   specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— vrf *vrf_name*   displays routing table for the specified VRF.<br>— vrf all   displays routing table for all VRFs.<br>— vrf default   displays routing table for default VRF.<br><br>**Display Values**<br>• Refcount: Number of routes using a listed path.<br>• Metric: The Multi Exit Discriminator (MED) metric for the path.<br>• Path: The autonomous system path for that route, followed by the origin code for that route<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1638,<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1588; Arista User Manual v. 4.12.3 (7/17/13), at 1405; Arista User Manual, v. 4.11.1 (1/11/13), at 1151; Arista User Manual v. 4.10.3 (10/22/12), at 962; Arista User Manual v. 4.9.3.2 (5/3/12), at 725; Arista User Manual v. 4.8.2 at 547; Arista User Manual v. 4.8.2 (11/18/11), at 547; Arista User Manual v. 4.7.3 (7/18/11), at 401; Arista User Manual v. 4.6.0 (12/22/2010), at 249; Arista User Manual v. 4.6.0 (12/22/2010), at 249 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | The following is sample output from the **show ip bgp paths** command in privileged EXEC mode:<br><br>Router# `show ip bgp paths`<br><br>Address    Hash Refcount Metric Path<br>0x60B5742C    0        1        0 i<br>0x60B5D7AC    2        1        0 ?<br>0x60B5C6C0   11        3        0 10 ?<br>0x60B577B0   35        2       40 10 ?<br><br>Table 33 describes the significant fields shown in the display.<br><br>*Table 33    show ip bgp paths Field Descriptions*<br><br>| Field | Description |<br>|---|---|<br>| Address | Internal address where the path is stored. |<br>| Hash | Hash bucket where path is stored. |<br>| Refcount | Number of routes using that path. |<br>| Metric | The Multi Exit Discriminator (MED) metric for the path. (The name of this metric for BGP versions 2 and 3 is INTER_AS.) |<br>| Path | The autonomous system path for that route, followed by the origin code for that route. |<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 308. | **show ip bgp paths**<br><br>The show ip bgp paths command displays all BGP paths in the database.<br><br>Platform        all<br>Command Mode    EXEC<br><br>Command Syntax<br><br>`show ip bgp paths [VRF_INSTANCE]`<br><br>Parameters<br>• *VRF_INSTANCE*    specifies VRF instances.<br>  — <no parameter>    displays routing table for context-active VRF.<br>  — vrf *vrf_name*    displays routing table for the specified VRF.<br>  — vrf all    displays routing table for all VRFs.<br>  — vrf default    displays routing table for default VRF.<br><br>Display Values<br>• Refcount: Number of routes using a listed path.<br>• Metric: The Multi Exit Discriminator (MED) metric for the path.<br>• Path: The autonomous system path for that route, followed by the origin code for that route<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1638,<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1588; Arista User Manual v. 4.12.3 (7/17/13), at 1405; Arista User Manual, v. 4.11.1 (1/11/13), at 1151; Arista User Manual v. 4.10.3 (10/22/12), at 962; Arista User Manual v. 4.9.3.2 (5/3/12), at 725; Arista User Manual v. 4.8.2 at 547; Arista User Manual v. 4.8.2 (11/18/11), at 547 ; Arista User Manual v. 4.7.3 (7/18/11), at 401; Arista User Manual v. 4.6.0 (12/22/2010), at 249; Arista User Manual v. 4.6.0 (12/22/2010), at 249 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | The **show ip bgp summary** command is used to display BGP path, prefix, and attribute information for all connections to BGP neighbors.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 819. | **show ip bgp summary**<br><br>The show ip bgp summary command displays BGP path, prefix, and attribute information for all BGP neighbors.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1641.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1407; Arista User Manual, v. 4.11.1 (1/11/13), at 1153; Arista User Manual v. 4.10.3 (10/22/12), at 964; Arista User Manual v. 4.9.3.2 (5/3/12), at 728; Arista User Manual v. 4.8.2 (11/18/11), at 549; Arista User Manual v. 4.7.3 (7/18/11), at 402. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | The **show ip bgp summary** command is used to display BGP path, prefix, and attribute information for all connections to BGP neighbors.<br><br>Cisco IOS IP Routing Protocols Command Reference (July 16, 2005), at 323. | **show ip bgp summary**<br><br>The show ip bgp summary command displays BGP path, prefix, and attribute information for all BGP neighbors.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1641.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1407; Arista User Manual, v. 4.11.1 (1/11/13), at 1153; Arista User Manual v. 4.10.3 (10/22/12), at 964; Arista User Manual v. 4.9.3.2 (5/3/12), at 728; Arista User Manual v. 4.8.2 (11/18/11), at 549; Arista User Manual v. 4.7.3 (7/18/11), at 402. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Up/Down** — The length of time that the BGP session has been in the Established state, or the current status if not in Established state.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 821.<br><br>**State PfxRcd** — Current state of the BGP session, and the number of prefixes that have been received from a neighbor or peer group. When the maximum number (as set by the **neighbor maximum-prefix** command) is reached, the string "PfxRcd" appears in the entry, the neighbor is shut down, and the connection is set to Idle.<br><br>An (Admin) entry with Idle status indicates that the connection has been shut down using the **neighbor shutdown** command.<br><br>Cisco IOS IP Routing: BGP Command Reference (2013), at 822. | **Neighbor Table Columns**<br>• **(First) Neighbor:** IP address of the neighbor.<br>• **(Second) V:** BGP version number spoken to the neighbor<br>• **(Third) AS:** Neighbor's Autonomous system number.<br>• **(Fourth) MsgRcvd:** Number of messages received from the neighbor.<br>• **(Fifth) MsgSent:** Number of messages sent to the neighbor.<br>• **(Sixth) InQ:** Number of messages queued to be processed from the neighbor.<br>• **(Seventh) OutQ:** Number of messages queued to be sent to the neighbor.<br>• **(Eighth) Up/Down:** Period the BGP session has been in Established state or its current status.<br>• **(Ninth) State:**State of the BGP session and the number of routes received from a neighbor.<br>After the maximum number of routes are received (maximum paths (BGP)), the field displays PfxRcd, the neighbor is shut down, and the connection is set to Idle.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1641.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1407; Arista User Manual, v. 4.11.1 (1/11/13), at 1153; Arista User Manual v. 4.10.3 (10/22/12), at 964; Arista User Manual v. 4.9.3.2 (5/3/12), at 728. |
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | **Up/Down** — The length of time that the BGP session has been in the Established state, or the current state if it is not Established.<br>**State PfxRcd** — Current state of the BGP session/the number of prefixes the router has received from a neighbor or peer group. When the maximum number (as set by the **neighbor maximum-prefix** command) is reached, the string "PfxRcd" appears in the entry, the neighbor is shut down, and the connection is Idle.<br><br>An (Admin) entry with Idle status indicates that the connection has been shut down using the **neighbor shutdown** command.<br><br>Cisco IOS IP Routing Protocols Command Reference (June 10, 2005), at 318. | **Neighbor Table Columns**<br>• **(First) Neighbor:** IP address of the neighbor.<br>• **(Second) V:** BGP version number spoken to the neighbor<br>• **(Third) AS:** Neighbor's Autonomous system number.<br>• **(Fourth) MsgRcvd:** Number of messages received from the neighbor.<br>• **(Fifth) MsgSent:** Number of messages sent to the neighbor.<br>• **(Sixth) InQ:** Number of messages queued to be processed from the neighbor.<br>• **(Seventh) OutQ:** Number of messages queued to be sent to the neighbor.<br>• **(Eighth) Up/Down:** Period the BGP session has been in Established state or its current status.<br>• **(Ninth) State:**State of the BGP session and the number of routes received from a neighbor.<br>After the maximum number of routes are received (maximum paths (BGP)), the field displays PfxRcd, the neighbor is shut down, and the connection is set to Idle.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1641.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1407; Arista User Manual, v. 4.11.1 (1/11/13), at 1153; Arista User Manual v. 4.10.3 (10/22/12), at 964; Arista User Manual v. 4.9.3.2 (5/3/12), at 728. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **bfd**<br><br>To set the baseline Bidirectional Forwarding Detection (BFD) session parameters on an interface, use the **bfd** command in interface configuration mode. To remove the baseline BFD session parameters, use the **no** form of this command.<br><br>**bfd interval** *milliseconds* **min_rx** *milliseconds* **multiplier** *multiplier-value*<br>**no bfd interval** *milliseconds* **min_rx** *milliseconds* **multiplier** *multiplier-value*<br><br>**Syntax Description**<br><br>| **interval** *milliseconds* | Specifies the rate, in milliseconds, at which BFD control packets will be sent to BFD peers. The valid range for the *milliseconds* argument is from 50 to 999. |<br>| **min_rx** *milliseconds* | Specifies the rate, in milliseconds, at which BFD control packets will be expected to be received from BFD peers. The valid range for the *milliseconds* argument is from 50 to 999. |<br>| **multiplier** *multiplier-value* | Specifies the number of consecutive BFD control packets that must be missed from a BFD peer before BFD declares that the peer is unavailable and the Layer 3 BFD peer is informed of the failure. The valid range for the *multiplier-value* argument is from 3 to 50. |<br><br>Cisco IOS IP Routing: Protocol-Independent Command Reference (2013), at 9 | **bfd**<br><br>The **bfd** command configures BFD parameters for the configuration mode interface. All BFD sessions that pass through this interface will use these parameters. If custom parameters are not configured, the interface will use default values for BFD sessions passing through it.<br><br>For a BFD session to be established, BFD must be enabled for any routing protocol using BFD for failure detection.<br><br>The **no bfd** and **default bfd** commands return the BFD parameters on the configuration mode interface to default values by removing the corresponding **bfd** command from *running-config*.<br><br>Platform     all<br>Command Mode     Interface-Ethernet Configuration<br>     Interface-Loopback Configuration<br>     Interface-Management Configuration<br>     Interface-Port-channel Configuration<br>     Interface-VLAN Configuration<br><br>Command Syntax<br><br>**bfd interval** *transmit_rate* **min_rx** *receive_minimum* **multiplier** *factor*<br>**no bfd**<br>**default bfd**<br><br>Parameters<br><br>• *transmit_rate*     specifies the rate in milliseconds at which BFD control packets will be sent to BFD peers. Values range from 50 to 60000; the default value is 300.<br>• *receive_minimum*     specifies the rate in milliseconds at which BFD control packets will be expected from BFD peers. Values range from 50 to 60000.<br>• *factor*     specifies the number of consecutive missed BFD control packets from a BFD peer that will designate the peer as unavailable and indicate failure to the Layer 3 BFD peer. Values range from 3 to 50.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1741.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1471. |

128

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **ip route**<br><br>To establish static routes, use the ip route command in global configuration mode. To remove static routes, use the no form of this command.<br><br>ip route [vrf *vrf-name*] *prefix mask* {*ip-address* \| *interface-type interface-number* [ *ip-address* ]} [dhcp] [global] [ *distance* ] [multicast] [name *next-hop-name*] [permanent\| track *number*] [tag *tag*]<br><br>no ip route [vrf *vrf-name*] *prefix mask* {*ip-address* \| *interface-type interface-number* [ *ip-address* ]} [dhcp] [global] [ *distance* ] multicast [name *next-hop-name*] [permanent\| track *number*] [tag *tag*]<br><br>Cisco IOS IP Routing: Protocol-Independent Command Reference (2013), at 62<br><br>If you specify an administrative distance, you are flagging a static route that can be overridden by dynamic information. For example, routes derived with Enhanced Interior Gateway Routing Protocol (EIGRP) have a default administrative distance of 100. To have a static route that would be overridden by an EIGRP dynamic route, specify an administrative distance greater than 100. Static routes have a default administrative distance of 1.<br><br>Cisco IOS IP Routing: Protocol-Independent Command Reference (2013), at 63 | **ip route**<br><br>The **ip route** command creates a static route. The destination is a network segment; the nexthop address is either an IPv4 address or a routable port. When multiple routes exist to a destination prefix, the route with the lowest administrative distance takes precedence.<br><br>Static routes have a default administrative distance of 1. Assigning a higher administrative distance to a static route configures it to be overridden by dynamic routing data. For example, a static route with a distance value of 200 is overridden by OSPF intra-area routes with a default distance of 110.<br><br>. . .<br><br>Command Syntax<br>ip route [VRF_INSTANCE] *dest_net* NEXTHOP [DISTANCE] [TAG_OPTION] [RT_NAME]<br>no ip route [VRF_INSTANCE] *dest_net* [NEXTHOP] [DISTANCE]<br>default ip route [VRF_INSTANCE] *dest_net* [NEXTHOP] [DISTANCE]<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1287.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1082; Arista User Manual, v. 4.11.1 (1/11/13), at 860; Arista User Manual v. 4.10.3 (10/22/12), at 683. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | show ipv6 route summary  Displays the current contents of the IPv6 routing table in summary format.<br><br>Cisco IOS IP Routing: Protocol-Independent Command Reference (2013), at 284 | **show ipv6 route summary**<br><br>The show ipv6 route summary command displays the current contents of the IPv6 routing table in summary format.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1337.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1165. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Usage Guidelines**  Learn lists are a way to categorize learned traffic classes. In each learn list, different criteria for learning traffic classes including prefixes, application definitions, filters, and aggregation parameters can be configured. A traffic class is automatically learned by PfR based on each learn list criteria, and each learn list is configured with a sequence number. The sequence number determines the order in which learn list criteria are applied. Learn lists allow different PfR policies to be applied to each learn list; in previous releases the traffic classes could not be divided, and a PfR policy was applied to all the traffic classes profiled during one learning session.<br><br>Cisco IOS Performance Routing Command Reference (2010), at 131. | Route maps define conditions for redistributing routes between routing protocols. A route map clause is identified by a name, filter type (permit or deny) and sequence number. Clauses with the same name are components of a single route map; the sequence number determines the order in which the clauses are compared to a route.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 894.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 773; Arista User Manual, v. 4.11.1 (1/11/13), at 602; Arista User Manual v. 4.10.3 (10/22/12), at 516; Arista User Manual v. 4.9.3.2 (5/3/12), at 439; Arista User Manual v. 4.8.2 (11/18/11), at 316. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Usage Guidelines**  The **set interface** command is entered on a master controller in PfR map configuration mode. This command can be used for PfR black hole filtering if the border routers detect a denial-of-service (DoS) attack by directing packets to the null interface. The null interface is a virtual network interface that is similar to the loopback interface. Whereas traffic to the loopback interface is directed to the router itself, traffic sent to the null interface is discarded. This interface is always up and can never forward or receive traffic; encapsulation always fails. The null interface functions similarly to the null devices available on most operating systems. Null interfaces are used as a low-overhead method of discarding unnecessary network traffic.<br><br>Cisco IOS Performance Routing Command Reference (2010), at 226. | 14.4.6    Null0 Interface<br><br>The null0 interface is a virtual interface that drops all inbound packets. A null0 route is a network route whose destination is *null0 interface*. Inbound packets to a null0 interface are not forwarded to any valid address. Many interface configuration commands provide *null0* as an interface option.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 633.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 502; Arista User Manual, v. 4.11.1 (1/11/13), at 397; Arista User Manual v. 4.10.3 (10/22/12), at 329. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **snmp-server enable traps** pfr | **snmp-server enable traps** |

**Cisco:**

**snmp-server enable traps** pfr

To enable Performance Routing (PfR) Simple Network Management Protocol (SNMP) notifications (traps and informs), use the **snmp-server enable traps pfr** command in global configuration mode. To disable PfR notifications, use the **no** form of this command.

**snmp-server enable traps** pfr

**no snmp-server enable traps** pfr

**Syntax Description**   This command has no arguments or keywords.

**Command Default**   PfR SNMP notifications are disabled.

**Command Modes**   Global configuration (config)

**Command History**

| Release | Modification |
|---|---|
| Cisco IOS XE Release 3.7S | This command was introduced. |
| 15.3(2)T | This command was integrated into Cisco IOS Release 15.3(2)T. |

**Usage Guidelines**   Use this command to enable SNMP notifications for PfR activity.

**Examples**   This example shows how to enable PfR SNMP notifications:

```
Router(config)# snmp-server host 10.2.2.2 traps public pfr
Router(config)# snmp-server enable traps pfr
Router(config)# exit
```

Cisco IOS Performance Routing Command Reference (2010), at 372.

**Arista:**

**snmp-server enable traps**

The snmp-server enable traps command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The snmp-server host command specifies the notification type (traps or informs). Sending notifications requires at least one snmp-server host command.

The snmp-server enable traps and no snmp-server enable traps commands, without an MIB parameter, specifies the default notification trap generation setting for all MIBs. These commands, when specifying an MIB, controls notification generation for the specified MIB. The default snmp-server enable traps command resets notification generation to the default setting for the specified MIB.

| Platform | all |
|---|---|
| Command Mode | Global Configuration |

**Command Syntax**

```
snmp-server enable traps [trap_type]
no snmp-server enable traps [trap_type]
default snmp-server enable traps [trap_type]
```

**Parameters**

- *trap_type*   controls the generation of informs or traps for the specified MIB:
  - <no parameter>   controls notifications for MIBs not covered by specific commands.
  - entity   controls entity-MIB modification notifications.
  - lldp   controls LLDP notifications.
  - msdpBackwardTransition   controls msdpBackwardTransition notifications.
  - msdpEstablished   controls msdpEstablished notifications.
  - snmp   controls SNMP-v2 notifications.
  - switchover   controls switchover notifications.
  - snmpConfigManEvent   controls snmpConfigManEvent notifications.
  - test   controls test traps.

**Examples**

- These commands enables notification generation for all MIBs except spanning tree.

```
switch(config)#snmp-server enable traps
switch(config)#no snmp-server enable traps spanning-tree
switch(config)#
```

- This command enables spanning-tree MIB notification generation, regardless of the default setting.

```
switch(config)#snmp-server enable traps spanning-tree
switch(config)#
```

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1990.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista

**Copyright Registration Information:**

Cisco IOS 15.4

Effective date of registration: 11/26/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | User Manual v. 4.8.2 (11/18/11), at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | **no snmp-server**

To disable Simple Network Management Protocol (SNMP) agent operation, use the **no snmp-server** command in global configuration mode.

**no snmp-server**

Syntax Description    This command has no arguments or keywords.

Command Default    No default behavior or values.

Command Modes    Global configuration

Command History    

| Release | Modification |
|---|---|
| 10.0 | This command was introduced. |

Usage Guidelines    This command disables all running versions of SNMP (SNMPv1, SNMPv2C, and SNMPv3) on the device.

Examples    The following example disables the current running version of SNMP:

Router(config)# no snmp-server

Cisco IOS SNMP Support Command Reference (2013), at 52. | **no snmp-server**

The no snmp-server and default snmp-server commands disable Simple Network Management Protocol (SNMP) agent operation by removing all snmp-server commands from *running-config*. SNMP is enabled with any snmp-server community or snmp-server user command.

| Platform | all |
|---|---|
| Command Mode | Global Configuration |

Command Syntax

no snmp-server
default snmp-server

Example

• This command disables SNMP agent operation on the switch

switch(config)#no snmp-server
switch(config)#

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1973.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1663; Arista User Manual, v. 4.11.1 (1/11/13), at 1350; Arista User Manual v. 4.10.3 (10/22/12), at 1117; Arista User Manual v. 4.9.3.2 (5/3/12), at 873; Arista User Manual v. 4.8.2 (11/18/11), at 681; Arista User Manual v. 4.7.3 (7/18/11), at 537. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Examples**    The following is sample output from the **show snmp** command:<br><br>`Router# show snmp`<br>`Chassis: 12161083`<br>`0 SNMP packets input`<br>`    0 Bad SNMP version errors`<br>`    0 Unknown community name`<br>`    0 Illegal operation for community name supplied`<br>`    0 Encoding errors`<br>`    0 Number of requested variables`<br>`    0 Number of altered variables`<br>`    0 Get-request PDUs`<br>`    0 Get-next PDUs`<br>`    0 Set-request PDUs`<br>`0 Input queue packet drops (Maximum queue size 1000)`<br>`0 SNMP packets output`<br>`    0 Too big errors (Maximum packet size 1500)`<br>`    0 No such name errors`<br>`    0 Bad values errors`<br>`    0 General errors`<br>`    0 Response PDUs`<br>`    0 Trap PDUs`<br>`SNMP logging: enabled`<br>`    SNMP Trap Queue: 0 dropped due to resource failure.`<br><br>Cisco IOS SNMP Support Command Reference (2013), at 83. | **Example**<br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>`switch(config)#snmp-server chassis-id xyz-1234`<br>`switch(config)#show snmp`<br>`    Chassis: xyz-1234`       *<---chassis ID*<br><br>`8 SNMP packets input`<br>`    0 Bad SNMP version errors`<br>`    0 Unknown community name`<br>`    0 Illegal operation for community name supplied`<br>`    0 Encoding errors`<br>`    8 Number of requested variables`<br>`    0 Number of altered variables`<br>`    4 Get-request PDUs`<br>`    4 Get-next PDUs`<br>`    0 Set-request PDUs`<br>`21 SNMP packets output`<br>`    0 Too big errors`<br>`    0 No such name errors`<br>`    0 Bad value errors`<br>`    0 General errors`<br>`    8 Response PDUs`<br>`    0 Trap PDUs`<br>`SNMP logging: enabled`<br>`    Logging to taccon.162`<br>`SNMP agent enabled`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 1967-68.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1896; Arista User Manual v. 4.12.3 (7/17/13), at 1658; Arista User Manual, v. 4.11.1 (1/11/13), at 1344-45; Arista User Manual v. 4.10.3 (10/22/12), at 1111; Arista User Manual v. 4.9.3.2 (5/3/12), at 867; Arista User Manual v. 4.8.2 (11/18/11), at 678; Arista User Manual v. 4.7.3 (7/18/11), at 534. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show snmp engineID**<br><br>To display the identification of the local Simple Network Management Protocol (SNMP) engine and all remote engines that have been configured on the router, use the **show snmp engineID** command in EXEC mode.<br><br>show snmp engineID<br><br>Syntax Description    This command has no arguments or keywords.<br><br>Command Modes    EXEC<br><br>Command History<br><br>| Release | Modification |<br>|---|---|<br>| 12.0(3)T | This command was introduced. |<br>| 12.2(33)SRA | This command was integrated into Cisco IOS Release 12.2(33)SRA. |<br>| 12.2SX | This command is supported in the Cisco IOS Release 12.2SX train. Support in a specific 12.2SX release of this train depends on your feature set, platform, and platform hardware. |<br><br>Usage Guidelines    An SNMP engine is a copy of SNMP that can reside on a local or remote device.<br><br>Examples    The following example specifies 0000009020000000C025808 as the local engineID and 123456789ABCDEF000000000 as the remote engine ID, 172.16.37.61 as the IP address of the remote engine (copy of SNMP) and 162 as the port from which the remote device is connected to the local device:<br><br>Router# show snmp engineID<br>Local SNMP engineID: 0000009020000000C025808<br>Remote Engine ID          IP-addr        Port<br>123456789ABCDEF000000000   172.16.37.61   162<br>The table below describes the fields shown in the display.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 91. | **show snmp engineID**<br><br>The show snmp engineID command displays the identification of the local Simple Network Management Protocol (SNMP) engine and of all remote engines that are configured on the switch.<br><br>| Platform | all |<br>|---|---|<br>| Command Mode | EXEC |<br><br>Command Syntax<br><br>show snmp engineID<br><br>Example<br><br>• This command displays the ID of the local SNMP engine.<br><br>switch>show snmp engineid<br>Local SNMP EngineID: f5717f001c730436d700<br>switch><br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1978.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1668; Arista User Manual, v. 4.11.1 (1/11/13), at 1355; Arista User Manual v. 4.10.3 (10/22/12), at 1122; Arista User Manual v. 4.9.3.2 (5/3/12), at 878; Arista User Manual v. 4.8.2 (11/18/11), at 686; Arista User Manual v. 4.7.3 (7/18/11), at 542. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| smnp-server engineID local | Configures a name for either the local or remote SNMP engine on the router. |<br><br>Cisco IOS SNMP Support Command Reference (2013), at 92. | **Configuring the Engine ID**<br><br>The smnp-server engineID remote command configures the name for the local or remote Simple Network Management Protocol (SNMP) engine. An SNMP engine ID is a name for the local or remote SNMP engine.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1966.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1894; Arista User Manual v. 4.12.3 (7/17/13), at 1656; Arista User Manual, v. 4.11.1 (1/11/13), at 1343; Arista User Manual v. 4.10.3 (10/22/12), at 1109; Arista User Manual v. 4.9.3.2 (5/3/12), at 865; Arista User Manual v. 4.8.2 (11/18/11), at 676; Arista User Manual v. 4.7.3 (7/18/11), at 432. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | security model      The security model used by the group, either v1, v2c, or v3.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 92. | • *VERSION*   the security model used by the group.<br>  — v1   SNMPv1. Uses a community string match for authentication.<br>  — v2c   SNMPv2c. Uses a community string match for authentication.<br>  — v3 no auth   SNMPv3. Uses a username match for authentication.<br>  — v3 auth   SNMPv3. HMAC-MD5 or HMAC-SHA authentication.<br>  — v3 priv   SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1994.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1684; Arista User Manual, v. 4.11.1 (1/11/13), at 1369; Arista User Manual v. 4.10.3 (10/22/12), at 1136; Arista User Manual v. 4.9.3.2 (5/3/12), at 892; Arista User Manual v. 4.8.2 (11/18/11), at 699; Arista User Manual v. 4.7.3 (7/18/11), at 555. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show snmp host**<br><br>To display the recipient details for Simple Network Management Protocol (SNMP) notification operations, use the show snmp host command in privileged EXEC mode.<br><br>show snmp host<br><br>Syntax Description — This command has no arguments or keywords.<br><br>Command Default — The information configured for SNMP notification operation is displayed.<br><br>Command Modes — Privileged EXEC (#)<br><br>Command History<br><br>| Release | Modification |<br>|---|---|<br>| 12.4(12)T | This command was introduced. |<br>| 12.2(31)SB | This command was integrated into Cisco IOS Release 12.2(31)SB2. |<br>| 12.2SX | This command was integrated into Cisco IOS Release 12.2SX. |<br><br>Usage Guidelines — The show snmp host command displays details such as IP address of the Network Management System (NMS), notification type, SNMP version, and the port number of the NMS.<br>To configure these details, use the snmp-server host command.<br><br>Examples — The following is sample output from the show snmp host command.<br><br>Router# show snmp host<br>Notification host:10.0.0.0 udp-port: 162  type:inform<br>user: public  [security model: v2c]<br>traps: 00000000.00000400.00000000<br>The table below describes the significant fields shown in the display.<br><br>*Table 5: show snmp host Field Descriptions*<br><br>| Field | Description |<br>|---|---|<br>| Notification host | Displays the IP address of the host for which the notification is generated. |<br>| udp-port | Displays the port number |<br>| type | Displays the type of notification. |<br><br>| Field | Description |<br>|---|---|<br>| user | Displays the access type of the user for which the notification is generated. |<br>| security model | Displays the SNMP version used to send notifications. |<br>| traps | Displays details of the notification generated. |<br><br>Related Commands<br><br>| Command | Description |<br>|---|---|<br>| snmp-server host | Configures the recipient details for SNMP notification operations. |<br><br>Cisco IOS SNMP Support Command Reference (2013), at 95-96. | **show snmp host**<br><br>The show snmp host command displays the recipient details for Simple Network Management Protocol (SNMP) notification operations. Details that the command displays include IP address and port number of the Network Management System (NMS), notification type, and SNMP version.<br><br>Platform — all<br>Command Mode — EXEC<br><br>**Command Syntax**<br><br>show snmp host<br><br>**Field Descriptions**<br>• Notification host — IP address of the host for which the notification is generated.<br>• udp-port — port number.<br>• type — notification type.<br>• user — access type of the user for which the notification is generated.<br>• security model — SNMP version used to send notifications.<br>• traps — details of the notification generated.<br><br>Example<br>• This command displays the hosts configured on the switch.<br><br>switch>show snmp host<br>Notification host: 172.22.22.20    udp-port: 162    type: trap<br>user: public    security model: v2c<br><br>switch><br><br>Arista User Manual v.4.14.3F (Rev. 2) (10/2/2014), at 1980.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1908; Arista User Manual v. 4.12.3 (7/17/13), at 1670; Arista User Manual, v. 4.11.1 (1/11/13), at 1357; Arista User Manual v. 4.10.3 (10/22/12), at 1124; Arista User Manual v. 4.9.3.2 (5/3/12), at 880; Arista User Manual v. 4.8.2 (11/18/11), at 688; Arista User Manual v. 4.7.3 (7/18/11), at 544. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show snmp location**<br><br>To display the Simple Network Management Protocol (SNMP) system location string, use the show snmp location command in privileged EXEC mode.<br><br>show snmp location<br><br>Syntax Description | This command has no arguments or keywords.<br><br>Command Default | The SNMP system location information is displayed.<br><br>Command Modes | Privileged EXEC (#)<br><br>Command History<br><br>Release — Modification<br>12.4(12)T — This command was introduced.<br>12.2(31)SB — This command was integrated into Cisco IOS Release 12.2(31)SB2.<br>12.2SX — This command was integrated into Cisco IOS Release 12.2SX.<br><br>Usage Guidelines | To configure system location details, use the snmp-server location command.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 97. | **show snmp location**<br><br>The show snmp location command displays the Simple Network Management Protocol (SNMP) system location string. The snmp-server location command configures system location details. The command has no effect if a location string was not previously configured.<br><br>Platform — all<br>Command Mode — EXEC<br><br>Command Syntax<br><br>show snmp location<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1980.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1671; Arista User Manual, v. 4.11.1 (1/11/13), at 1358; Arista User Manual v. 4.10.3 (10/22/12), at 1125; Arista User Manual v. 4.9.3.2 (5/3/12), at 881; Arista User Manual v. 4.8.2 (11/18/11), at 689; Arista User Manual v. 4.7.3 (7/18/11), at 545. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | SNMP management information is viewed as a collection of managed objects, residing in a virtual information store, termed the Management Information Base (MIB). Collections of related objects are defined in MIB modules. These modules are written using a subset of OSIs Abstract Syntax Notation One (ASN.1), termed the Structure of Management Information (SMI).<br><br>Cisco IOS SNMP Support Command Reference (2013), at 98.. | • **Management Information Base (MIB):** The MIB stores network management information, which consists of collections of managed objects. Within the MIB are collections of related objects, defined in MIB modules.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1961.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1651; Arista User Manual, v. 4.11.1 (1/11/13), at 1339; Arista User Manual v. 4.10.3 (10/22/12), at 1105; Arista User Manual v. 4.9.3.2 (5/3/12), at 861; Arista User Manual v. 4.8.2 (11/18/11), at 673; Arista User Manual v. 4.7.3 (7/18/11), at 529. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | show snmp group     Displays the names of configured SNMP groups, the security model being used, the status of the different views, and the storage type of each group.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 123. | **show snmp group**<br><br>The show snmp group command displays the names of configured SNMP groups along with the security model, and view status of each group.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1971<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1669; Arista User Manual, v. 4.11.1 (1/11/13), at 1356; Arista User Manual v. 4.10.3 (10/22/12), at 1123; Arista User Manual v. 4.9.3.2 (5/3/12), at 879; Arista User Manual v. 4.8.2 (11/18/11), at 687; Arista User Manual v. 4.7.3 (7/18/11), at 543. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | show snmp view     Displays the family name, storage type, and status of an SNMP configuration and associated MIB.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 123. | **show snmp view**<br><br>The show snmp view command displays the family name, storage type, and status of a Simple Network Management Protocol (SNMP) configuration and the associated MIB. SNMP views are configured with the snmp-server view command.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1986.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1914; Arista User Manual v. 4.12.3 (7/17/13), at 1676; Arista User Manual, v. 4.11.1 (1/11/13), at 1361; Arista User Manual v. 4.10.3 (10/22/12), at 1128; Arista User Manual v. 4.9.3.2 (5/3/12), at 884; Arista User Manual v. 4.8.2 (11/18/11), at 692; Arista User Manual v. 4.7.3 (7/18/11), at 548. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | snmp-server group — Configures a new SNMP group or a table that maps SNMP users to SNMP views.<br><br>snmp-server trap authentication vrf — Controls VRF-specific SNMP authentication failure notifications.<br><br>snmp-server user — Configures a new user to an SNMP group.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 130. | **Configuring the Group**<br>An SNMP group is a table that maps SNMP users to SNMP views. The snmp-server group command configures a new SNMP group.<br><br>Example<br>• This command configures *normal_one* as an SNMPv3 group (authentication and encryption) that provides access to the *all-items* read view.<br><br>`switch(config)#snmp-server group normal_one v3 priv read all-items`<br>`switch(config)#`<br><br>**Configuring the User**<br>An SNMP user is a member of an SNMP group. The snmp-server user command adds a new user to an SNMP group and configures that user's parameters. To configure a remote user, specify the IP address or port number of the device where the user's remote SNMP agent resides.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1966.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1894; Arista User Manual v. 4.12.3 (7/17/13), at 1656; Arista User Manual, v. 4.11.1 (1/11/13), at 1343-44; Arista User Manual v. 4.10.3 (10/22/12), at 1109-10; Arista User Manual v. 4.9.3.2 (5/3/12), at 865; Arista User Manual v. 4.8.2 (11/18/11), at 677; Arista User Manual v. 4.7.3 (7/18/11), at 533. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **snmp trap link-status**<br><br>To enable Simple Network Management Protocol (SNMP) link trap generation, use the **snmp trap link-status** command in either interface configuration mode or service instance configuration mode. To disable SNMP link trap generation, use the **no** form of this command.<br><br>**snmp trap link-status** [permit duplicates]<br>**no snmp trap link-status** [permit duplicates]<br><br>Cisco IOS SNMP Support Command Reference (2013), at 130. | **snmp trap link-status**<br><br>The snmp trap link-status command enables Simple Network Management Protocol (SNMP) link-status trap generation on the configuration mode interface. The generation of link-status traps is enabled by default. If SNMP link-trap generation was previously disabled, this command removes the corresponding no snmp link-status statement from the configuration to re-enable link-trap generation.<br><br>The no snmp trap link-status command disables SNMP link trap generation on the configuration mode interface.<br><br>The snmp trap link-status and default snmp trap link-status commands restore the default behavior by removing the no snmp trap link-status command from *running-config*. Only the no form of this command is visible in *running-config*. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | | Platform      all<br>Command Mode   Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Management Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br>Interface-VXLAN Configuration<br><br>Command Syntax<br>snmp trap link-status<br>no snmp trap link-status<br>default snmp trap link-status<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1966.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1692; Arista User Manual, v. 4.11.1 (1/11/13), at 1377; Arista User Manual v. 4.10.3 (10/22/12), at 1144; Arista User Manual v. 4.9.3.2 (5/3/12), at 898; Arista User Manual v. 4.8.2 (11/18/11), at 705; Arista User Manual v. 4.7.3 (7/18/11), at 561. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | snmp-server host     Specifies the targeted recipient of an SNMP notification operation.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 191. | **Configuring the Host**<br>The snmp-server host command specifies the recipient of a SNMP notification. An SNMP host is the recipient of an SNMP trap operation. The snmp-server host command sets the community string if it was not previously configured.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1895; Arista User Manual v. 4.12.3 (7/17/13), at 1656; Arista User Manual, v. 4.11.1 (1/11/13), at 1344; Arista User Manual, v. 4.10.3 (10/22/12), at 1110; Arista User Manual v. 4.9.3.2 (5/3/12), at 866; Arista User Manual v. 4.8.2 (11/18/11), at 677; Arista User Manual v. 4.7.3 (7/18/11), at 533. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Usage Guidelines**     SNMP notifications can be sent as traps or inform requests. This command enables both traps and inform requests.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 216. | The snmp-server enable traps command enables the transmission of Simple Network Management Protocol (SNMP) notifications as traps or inform requests. This command enables both traps and inform requests for the specified notification types. The snmp-server host command specifies the notification type (traps or informs). Sending notifications requires at least one snmp-server host command.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1990.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1680; Arista User Manual, v. 4.11.1 (1/11/13), at 1365; Arista User Manual v. 4.10.3 (10/22/12), at 1132; Arista User Manual v. 4.9.3.2 (5/3/12), at 888; Arista User Manual v. 4.8.2 (11/18/11) at 696; Arista User Manual v. 4.7.3 (7/18/11), at 552. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **snmp-server engineID local**<br><br>To specify the Simple Network Management Protocol (SNMP) engine ID on the local device, use the **snmp-server engineID local command** in global configuration mode. To remove the configured engine ID, use the no form of this command.<br><br>**snmp-server engineID local** *engineid-string*<br>**no snmp-server engineID local** *engineid-string*<br><br>**Syntax Description**<br>*engineid-string* — String of a maximum of 24 characters that identifies the engine ID.<br><br>**Command Default** — An SNMP engine ID is generated automatically but is not displayed or stored in the running configuration. You can display the default or configured engine ID by using the **show snmp engineID command**.<br><br>**Command Modes** — Global configuration (config)<br><br>**Command History**<br>Release — Modification<br>12.0(3)T — This command was introduced.<br>12.2(33)SRA — This command was integrated into Cisco IOS Release 12.2(33)SRA.<br>12.2SX — This command is supported in the Cisco IOS Release 12.2SX train. Support in a specific 12.2SX release of this train depends on your feature set, platform, and platform hardware.<br><br>**Usage Guidelines** — The SNMP engine ID is a unique string used to identify the device for administrative purposes. You do not need to specify an engine ID for the device; a default string is generated using Cisco's enterprise number (1.3.6.1.4.1.9) and the MAC address of the first interface on the device. For further details on the SNMP engine ID, see RFC 2571.<br><br>If you specify your own ID, note that the entire 24-character engine ID is not needed if it contains trailing zeros. Specify only the portion of the engine ID up until the point where only zeros remain in the value. For example, to configure an engine ID of 123400000000000000000000, you can specify **snmp-server engineID local 1234**.<br><br>The value for the engine ID is displayed in hexadecimal value pairs. If the length of the input is an odd number, the last digit will be prepended with a zero ("0"). For example, if the engine ID is 12345, the ID is treated as 12:34:05 internally. Hence, the engine ID is displayed as 123405 in the **show running configuration** command output.<br><br>Changing the value of the SNMP engine ID has significant effects. A user's password (entered on the command line) is converted to a message digest algorithm (MD5) or Secure Hash Algorithm (SHA) security digest. This digest is based on both the password and the local engine ID. The command line password is then destroyed, as required by RFC 2274. Because of this deletion, if the local value of the engineID changes, the security digests of SNMPv3 users will become invalid, and the users will have to be reconfigured.<br><br>Similar restrictions require the reconfiguration of community strings when the engine ID changes. A remote engine ID is required when an SNMPv3 inform is configured. The remote engine ID is used to compute the security digest for authenticating and encrypting packets sent to a user on the remote host.<br><br>**Examples** — The following example specifies the local SNMP engine ID:<br><br>Router(config)# snmp-server engineID local<br><br>**Cisco IOS SNMP Support Command Reference (2013), at 339-340.** | **snmp-server engineID local**<br><br>The **snmp-server engineID local command** configures the name for the local Simple Network Management Protocol (SNMP) engine. The default SNMP engineID is generated by the switch and is used when an engineID is not configured with this command. The **show snmp engineID** command displays the default or configured engine ID.<br><br>SNMPv3 authenticates users through security digests (MD5 or SHA) that are based on user passwords and the local engine ID. Passwords entered on the CLI are similarly converted, then compared to the user's security digest to authenticate the user.<br><br>**Important** — Changing the local engineID value invalidates SNMPv3 security digests, requiring the reconfiguration of all user passwords.<br><br>The no snmp-server engineID and default snmp-server engineID commands restore the default engineID by removing the snmp-server engineID command from the configuration.<br><br>Platform — all<br>Command Mode — Global Configuration<br><br>Command Syntax<br>**snmp-server engineID local** *engine hex*<br>**no snmp-server engineID local**<br>**default snmp-server engineID**<br><br>Parameters<br>• *engine_hex* — the switch's name for the local SNMP engine (hex string).<br>  The string must consist of at least ten characters with a maximum of 64 characters.<br><br>**Example**<br>• This command configures DC945798CAB4 as the name of the local SNMP engine.<br>  switch(config)#snmp-server engineID local DC945798CAB4<br>  switch(config)#<br><br>**snmp-server engineID remote**<br><br>The snmp-server engineID remote command configures the name of a Simple Network Management Protocol (SNMP) engine located on a remote device. The switch generates a default engineID; use the show snmp engineID command to view the configured or default engineID.<br><br>A remote engine ID is required when configuring an SNMPv3 inform to compute the security digest for authenticating and encrypting packets sent to users on the remote host. SNMPv3 authenticates users through security digests (MD5 or SHA) that are based on user passwords and the engine ID. Passwords entered on the CLI are similarly converted, then compared to the user's security digest to authenticate the user.<br><br>**Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1991-92.** |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1681-82; Arista User Manual, v. 4.11.1 (1/11/13), at 1366-67; Arista User Manual v. 4.10.3 (10/22/12), at 1133-34; Arista User Manual v. 4.9.3.2 (5/3/12), at 889-890; Arista User Manual v. 4.8.2 (11/18/11), at 697-98; Arista User |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | Manual v. 4.7.3 (7/18/11), at 553-54. |
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | **Command** / **Description**

show snmp engineID / Displays the identification of the local SNMP engine and all remote engines that have been configured on the router.

Cisco IOS SNMP Support Command Reference (2013), at 340/ | **show snmp engineID**

The show snmp engineID command displays the identification of the local Simple Network Management Protocol (SNMP) engine and of all remote engines that are configured on the switch.

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1978.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1668; Arista User Manual, v. 4.11.1 (1/11/13), at 1355; Arista User Manual v. 4.10.3 (10/22/12), at 1122; Arista User Manual v. 4.9.3.2 (5/3/12), at 878; Arista User Manual v. 4.8.2 (11/18/11), at 686; Arista User Manual v. 4.7.3 (7/18/11), at 542. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | **snmp-server group**<br><br>To configure a new Simple Network Management Protocol (SNMP) group, use the **snmp-server group** command in global configuration mode. To remove a specified SNMP group, use the **no** form of this command.<br><br>**snmp-server group** *group-name* [v1 \| v2c \| v3 {auth \| noauth \| priv}] [context *context-name*] [read *read-view*] [write *write-view*] [notify *notify-view*] [access [ipv6 *named-access-list*] [*acl-number* \| *acl-name*]]<br><br>**no snmp-server group** *group-name* [v1 \| v2c \| v3 {auth \| noauth \| priv}] [context *context-name*]<br><br>**Syntax Description**<br><br>| *group-name* | Name of the group. |<br>| v1 | Specifies that the group is using the SNMPv1 security model. SNMPv1 is the least secure of the possible SNMP security models. |<br>| v2c | Specifies that the group is using the SNMPv2c security model.<br>The SNMPv2c security model allows informs to be transmitted and supports 64-character strings. |<br>| v3 | Specifies that the group is using the SNMPv3 security model.<br>SNMPv3 is the most secure of the supported security models. It allows you to explicitly configure authentication characteristics. |<br>| auth | Specifies authentication of a packet without encrypting it. |<br>| noauth | Specifies no authentication of a packet. |<br>| priv | Specifies authentication of a packet with encryption. |<br>| context | (Optional) Specifies the SNMP context to associate with this SNMP group and its views. |<br>| *context-name* | (Optional) Context name. |<br>| read | (Optional) Specifies a read view for the SNMP group. This view enables you to view only the contents of the agent. | | **snmp-server group**<br><br>The snmp-server group command configures a new Simple Network Management Protocol (SNMP) group or modifies an existing group. An SNMP group is a data structure that user statements reference to map SNMP users to SNMP contexts and views, providing a common access policy to the specified users.<br><br>An SNMP context is a collection of management information items accessible by an SNMP entity. Each item of may exist in multiple contexts. Each SNMP entity can access multiple contexts. A context is identified by the EngineID of the hosting device and a context name.<br><br>The no snmp-server group and default snmp-server group commands delete the specified group by removing the corresponding snmp-server group command from the configuration.<br><br>Platform      all<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br><br>**snmp-server group** *group_name* **VERSION** *[CNTX]* *[READ]* *[WRITE]* *[NOTIFY]*<br>**no snmp-server group** *group_name* **VERSION**<br>**default snmp-server group** *group_name* **VERSION**<br><br>**Parameters**<br><br>• *group_name*   the name of the group.<br>• *VERSION*   the security model used by the group.<br>  — v1  SNMPv1. Uses a community string match for authentication.<br>  — v2c  SNMPv2c. Uses a community string match for authentication.<br>  — v3 no auth  SNMPv3. Uses a username match for authentication.<br>  — v3 auth  SNMPv3. HMAC-MD5 or HMAC-SHA authentication.<br>  — v3 priv  SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.<br>• *CNTX*   associates the SNMP group to an SNMP context.<br>  — <no parameter>  command does not associate group with an SNMP context.<br>  — context *context_name*  associates group with context specified by *context_name*.<br>• *READ*   specifies read view for SNMP group.<br>  — <no parameter>  command does not specify read view.<br>  — read *read_name*  read view specified by *read_name* (string – maximum 64 characters).<br>• *WRITE*   specifies write view for SNMP group.<br>  — <no parameter>  command does not specify write view.<br>  — write *write_name*  write view specified by *write_name* (string – maximum 64 characters).<br>• *NOTIFY*   specifies notify view for SNMP group.<br>  — <no parameter>  command does not specify notify view.<br>  — notify *notify_name*  notify view specified by *notify_name* (string – maximum 64 characters). |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | | Arista |
|---|---|---|---|
| | *read-view* | (Optional) String of a maximum of 64 characters that is the name of the view.<br><br>The default is that the read-view is assumed to be every object belonging to the Internet object identifier (OID) space (1.3.6.1), unless the **read** option is used to override this state. | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1994.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1684; Arista User Manual, v. 4.11.1 (1/11/13), at 1369; Arista User Manual v. 4.10.3 (10/22/12), at 1136; Arista User Manual v. 4.9.3.2 (5/3/12), at 892; Arista User Manual v. 4.8.2 (11/18/11), at 699; Arista User Manual v. 4.7.3 (7/18/11), at 555. |
| | **write** | (Optional) Specifies a write view for the SNMP group. This view enables you to enter data and configure the contents of the agent. | |
| | *write-view* | (Optional) String of a maximum of 64 characters that is the name of the view.<br><br>The default is that nothing is defined for the write view (that is, the null OID). You must configure write access. | |
| | **notify** | (Optional) Specifies a notify view for the SNMP group. This view enables you to specify a notify, inform, or trap. | |
| | *notify-view* | (Optional) String of a maximum of 64 characters that is the name of the view.<br><br>By default, nothing is defined for the notify view (that is, the null OID) until the **snmp-server host** command is configured. If a view is specified in the **snmp-server group** command, any notifications in that view that are generated will be sent to all users associated with the group (provided a SNMP server host configuration exists for the user).<br><br>Cisco recommends that you let the software autogenerate the notify view. See the "Configuring Notify Views" section in this document. | |
| | **access** | (Optional) Specifies a standard access control list (ACL) to associate with the group. | |
| | **ipv6** | (Optional) Specifies an IPv6 named access list. If both IPv6 and IPv4 access lists are indicated, the IPv6 named access list must appear first in the list. | |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | *named-access-list* | (Optional) Name of the IPv6 access list. | |
| | *acl-number* | (Optional) The *acl-number* argument is an integer from 1 to 99 that identifies a previously configured standard access list. | |
| | Cisco IOS SNMP Support Command Reference (2013), at 343-44. | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | ■ **snmp-server host** | **snmp-server host**<br><br>The snmp-server host command specifies the recipient of Simple Network Management Protocol (SNMP) notifications. Recipients are denoted by host location and community string. The command also specifies the type of SNMP notifications that are sent: a *trap* is an unsolicited notification; an *inform* is a trap that includes a request for a confirmation that the message is received.<br><br>The configuration can contain multiple statements to the same host location with different community strings. For instance, a configuration can simultaneously contain all of the following:<br><br>• snmp-server host host-1 version 2c comm-1<br>• snmp-server host host-1 informs version 2c comm-2<br>• snmp-server host host-1 version 2c comm-3 udp-port 666<br>• snmp-server host host-1 version 3 auth comm-3<br><br>The no snmp-server host and default snmp-server host commands remove the specified host by deleting the corresponding snmp-server host statement from the configuration. When removing a statement, the host (address and port) and community string must be specified. |

| Release | Modification |
|---|---|
| Cisco IOS XE Release 2.1 | This command was integrated into Cisco IOS XE Release 2.1. |
| 15.2(1)S | This command was modified. The **p2mp-traffic-eng** notification-type keyword was added. |

**Usage Guidelines**

If you enter this command with no optional keywords, the default is to send all notification-type traps to the host. No informs will be sent to the host.

The **no snmp-server host** command with no keywords disables traps, but not informs, to the host. To disable informs, use the **no snmp-server host informs** command.

✎ Note   If a community string is not defined using the **snmp-server community** command prior to using this command, the default form of the **snmp-server community** command will automatically be inserted into the configuration. The password (community string) used for this automatic configuration of the **snmp-server community** command will be the same as that specified in the **snmp-server host** command. This automatic command insertion and use of passwords is the default behavior for Cisco IOS Release 12.0(3) and later releases. However, in Cisco IOS Release 12.2(33)SRE and later releases, you must manually configure the **snmp-server community** command. That is, the **snmp-server community** command will not be seen in the configuration.

Cisco IOS SNMP Support Command Reference (2013), at 354.

| | | Platform | all |
|---|---|---|---|
| | | Command Mode | Global Configuration |

Command Syntax

```
snmp-server host host_id [VRF_INST] [MESSAGE] [VERSION] comm_str [PORT]
no snmp-server host host_id [VRF_INST] [MESSAGE] [VERSION] comm_str [PORT]
default snmp-server host host_id [VRF_INST] [MESSAGE] [VERSION] comm_str [PORT]
```

Parameters

• *host_id*   hostname or IP address of the targeted recipient.

• *VRF_INST*   specifies the VRF instance being modified.
  — <no parameter>   changes are made to the default VRF.
  — vrf *vrf_name*   changes are made to the specified user-defined VRF.

• *MESSAGE*   message type that is sent to the host.
  — <no parameter>   sends SNMP traps to host (default).
  — informs   sends SNMP informs to host.
  — traps   sends SNMP traps to host.

• *VERSION*   SNMP version. Options include:
  — <no parameter>   SNMPv2c (default).
  — version 1   SNMPv1; option not available with informs.
  — version 2c   SNMPv2c.
  — version 3 noauth   SNMPv3; enables user-name match authentication.
  — version 3 auth   SNMPv3; enables MD5 and SHA packet authentication.
  — version 3 priv   SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.

• *comm_str*   community string (used as password) sent with the notification operation.

Although this string can be set with the snmp-server host command, the preferred method is defining it with the **snmp-server community** command prior to using this command.

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1995.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1685; Arista User

Cisco IOS 15.4

Effective date of registration: 11/26/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | Manual, v. 4.11.1 (1/11/13), at 1370; Arista User Manual v. 4.10.3 (10/22/12), at 1137; Arista User Manual v. 4.9.3.2 (5/3/12), at 893; Arista User Manual v. 4.8.2 (11/18/11), at 700; Arista User Manual v. 4.7.3 (7/18/11), at 556. |
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | SNMP notifications can be sent as traps or inform requests. Traps are unreliable because the receiver does not send acknowledgments when it receives traps. The sender cannot determine if the traps were received. However, an SNMP entity that receives an inform request acknowledges the message with an SNMP response protocol data unit (PDU). If the sender never receives the response, the inform request can be sent again. Thus, informs are more likely to reach their intended destination than traps.

Compared to traps, informs consume more resources in the agent and in the network. Unlike a trap, which is discarded as soon as it is sent, an inform request must be held in memory until a response is received or the request times out. Also, traps are sent only once; an inform may be tried several times. The retries increase traffic and contribute to a higher overhead on the network.

Cisco IOS SNMP Support Command Reference (2013), at 354. | SNMP notifications are messages, sent by the agent, to inform managers of an event or a network condition. A *trap* is an unsolicited notification. An *inform* (or inform request) is a trap that includes a request for a confirmation that the message is received. Events that a notification can indicate include improper user authentication, restart, and connection losses.

Traps are less reliable than informs because the receiver does not send any acknowledgment. However, traps are often preferred because informs consume more switch and network resources. A trap is sent only once and is discarded as soon as it is sent. An inform request remains in memory until a response is received or the request times out. An inform may be retried several times, increasing traffic and contributing to higher network overhead.

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1963.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1653; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **snmp-server source-interface**<br><br>To specify the interface from which a Simple Network Management Protocol (SNMP) trap originates the informs or traps, use the **snmp-server source-interface** command in global configuration mode. To remove the source designation, use the **no** form of this command.<br><br>snmp-server source-interface [traps| informs] *Interface*<br><br>no snmp-server source-interface [traps| informs] [ *Interface* ]<br><br>Cisco IOS SNMP Support Command Reference (2013), at 376. | **snmp-server source-interface**<br><br>The snmp-server source-interface command specifies the interface from which a Simple Network Management Protocol (SNMP) trap originates the informs or traps.<br><br>The no snmp-server source-interface and default snmp-server source-interface commands remove the inform or trap source assignment by removing the snmp-server source-interface command from running-config.<br><br>Platform       all<br>Command Mode   Global Configuration<br><br>Command Syntax<br>snmp-server source-interface *INTERFACE*<br>no snmp-server source-interface<br>default snmp-server source-interface<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1688; Arista User Manual, v. 4.11.1 (1/11/13), at 1373; Arista User Manual v. 4.10.3 (10/22/12), at 1140; Arista User Manual v. 4.9.3.2 (5/3/12), at 895; Arista User Manual v. 4.8.2 (11/18/11), at 702; Arista User Manual v. 4.7.3 (7/18/11), at 558. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **snmp-server user** | **snmp-server user** |
| | To configure a new user to a Simple Network Management Protocol (SNMP) group, use the **snmp-server user** command in global configuration mode. To remove a user from an SNMP group, use the **no** form of this command. | The snmp-server user command adds a user to a Simple Network Management Protocol (SNMP) group or modifies an existing user's parameters. |
| | snmp-server user *username group-name* [remote *host* [udp-port *port*] [vrf *vrf-name*]] [v1 | v2c | v3 [encrypted] [auth {md5 | sha} *auth-password*] [access [ipv6 *nacl*] [priv {des| 3des| aes {128| 192| 256}} *privpassword*] {*acl-number*| *acl-name*}] | To configure a remote user, specify the IP address or port number of the device where the user's remote SNMP agent resides. A remote agent's engine ID must be configured before remote users for that agent are configured. A user's authentication and privacy digests are derived from the engine ID and the user's password. The configuration command fails if the remote engine ID is not configured first. |
| | no snmp-server user *username group-name* [remote *host* [udp-port *port*] [vrf *vrf-name*]] [v1 | v2c | v3 [encrypted] [auth {md5 | sha} *auth-password*] [access [ipv6 *nacl*] [priv {des| 3des| aes {128| 192| 256}} *privpassword*] {*acl-number*| *acl-name*}] | The no snmp-server user and default snmp-server user commands remove the user from an SNMP group by deleting the user command from *running-config*. |
| | **Syntax Description** | Platform        all |
| | | Command Mode    Global Configuration |
| | | **Command Syntax** |
| | *username* — Name of the user on the host that connects to the agent. | snmp-server user *user_name group_name* [AGENT] VERSION [ENGINE] [SECURITY] |
| | *group-name* — Name of the group to which the user belongs. | no snmp-server user *user_name group_name* [AGENT] VERSION |
| | remote — (Optional) Specifies a remote SNMP entity to which the user belongs, and the hostname or IPv6 address or IPv4 IP address of that entity. If both an IPv6 address and IPv4 IP address are being specified, the IPv6 host must be listed first. | default snmp-server user *user_name* group_name [AGENT] VERSION |
| | | **Parameters** |
| | | • *user_name* — name of the user on the host that connects to the agent. |
| | *host* — (Optional) Name or IP address of the remote SNMP host. | • *group_name* — name of the group to which the user is associated. |
| | udp-port — (Optional) Specifies the User Datagram Protocol (UDP) port number of the remote host. | • AGENT — location of the host connecting to the SNMP agent. Configuration options include: |
| | *port* — (Optional) Integer value that identifies the UDP port. The default is 162. | — <no parameter> — local SNMP agent. |
| | | — remote *addr* [udp-port *p_num*] — remote SNMP agent location (IP address, udp port). |
| | vrf — (Optional) Specifies an instance of a routing table. | *addr* denotes the IP address; *p_num* denotes the udp port socket. (default port is 162). |
| | *vrf-name* — (Optional) Name of the Virtual Private Network (VPN) routing and forwarding (VRF) table to use for storing data. | • VERSION — SNMP version; options include: |
| | | — v1 — SNMPv1. |
| | v1 — Specifies that SNMPv1 should be used. | — v2c — SNMPv2c. |
| | v2c — Specifies that SNMPv2c should be used. | — v3 — SNMPv3; enables user-name match authentication. |
| | v3 — Specifies that SNMPv3 security model should be used. Allows the use of the encrypted keyword or auth keyword or both. | • ENGINE — engine ID used to localize passwords. Available only if VERSION is v3. |
| | | — <no parameter> — Passwords localized by SNMP copy specified by *agent*. |
| | | — localized *engineID* — octet string of engineID. |
| | | • SECURITY — Specifies authentication and encryption levels. Available only if VERSION is v3. Encryption is available only when authentication is configured. |
| | | — <no parameter> — no authentication or encryption. |
| | | — auth *a_meth a_pass* [priv *e_meth e_pass*] — authentication and encryption parameters. |
| | | a-meth   authentication method: options are md5 (HMAC-MD5-96) and sha (HMAC-SHA-96). |
| | | a-pass   authentication string for users receiving packets. |
| | | e-meth   encryption method: tions are aes (AES-128) and des (CBC-DES). |
| | | e-pass   encryption string for the users sending packets. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | Cisco IOS SNMP Support Command Reference (2013), at 394. | Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1999.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1689; Arista User Manual, v. 4.11.1 (1/11/13), at 1374; Arista User Manual v. 4.10.3 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | (10/22/12), at 1141; Arista User Manual v. 4.9.3.2 (5/3/12), at 896; Arista User Manual v. 4.8.2 (11/18/11), at 703; Arista User Manual v. 4.7.3 (7/18/11), at 559. |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **Usage Guidelines** To configure a remote user, specify the IP address or port number for the remote SNMP agent of the device where the user resides. Also, before you configure remote users for a particular agent, configure the SNMP engine ID, using the **snmp-server engineID** command with the **remote** keyword. The remote agent's SNMP engine ID is needed when computing the authentication and privacy digests from the password. If the remote engine ID is not configured first, the configuration command will fail.<br><br>For the *priv-password* and *auth-password* arguments, the minimum length is one character; the recommended length is at least eight characters, and should include both letters and numbers.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 396. | To configure a remote user, specify the IP address or port number of the device where the user's remote SNMP agent resides. A remote agent's engine ID must be configured before remote users for that agent are configured. A user's authentication and privacy digests are derived from the engine ID and the user's password. The configuration command fails if the remote engine ID is not configured first.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) 10/2/2014, at 1999.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1689; Arista User Manual, v. 4.11.1 (1/11/13), at 1374; Arista User Manual v. 4.10.3 (10/22/12), at 1141; Arista User Manual v. 4.9.3.2 (5/3/12), at 896; Arista User Manual v. 4.8.2 (11/18/11), at 703; Arista User Manual v. 4.7.3 (7/18/11), at 559. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **timers basic** (ISO CLNS)<br><br>To configure ISO IGRP timers, use the **timers basic** command in router configuration mode. To restore the default values, use the **no** form of this command.<br><br>**timers basic** *update-interval holddown-interval invalid-interval*<br><br>**no timers basic** *update-interval holddown-interval invalid-interval*<br><br>Syntax Description<br><br>*update-interval* — Time, in seconds, between the sending of routing updates.<br><br>*holddown-interval* — Time, in seconds, a system or area router is kept in holddown state, during which routing information regarding better paths is suppressed. (A router enters into a holddown state when an update packet is received that indicates the route is unreachable. The route is marked inaccessible and advertised as unreachable. However, the route is still used for forwarding packets.) When the holddown interval expires, routes advertised by other sources are accepted and the route is no longer inaccessible.<br><br>*invalid-interval* — Time, in seconds, that a route remains in the routing table after it has been determined that it is not reachable. After that length of time, the route is removed from the routing table.<br><br>Cisco IOS Interface and Hardware Component Command Reference (2011), at ISO-178. | **timers basic** (RIP)<br><br>The **timers basic** command configures the update interval, the expiration time, and the deletion time for routes received and sent through RIP. The command requires value declaration of all values.<br><br>• The update time is the interval between unsolicited route responses. The default is 30 seconds.<br><br>• The expiration time is initialized when a route is established and any time an update is received for the route. If the specified period elapses from the last time the route update was received, then the route is marked as inaccessible and advertised as unreachable. However, the route forwards packets until the deletion time expires. The default value is 180 seconds.<br><br>• The deletion time is initialized when the expiration time has elapsed. On initialization of the deletion time, the route is no longer valid; however, it is retained in the routing table for a short time so that neighbors can be notified that the route has been dropped. Upon expiration of the deletion time, the route is removed from the routing table. The default is 120 seconds.<br><br>The **no timers basic** and **default timers basic** commands return the timer values to their default values by removing the **timers-basic** command from *running-config*.<br><br>Platform — all<br>Command Mode — Router-RIP Configuration<br><br>**Command Syntax**<br><br>`timers basic update time expire_time deletion_time`<br>`no timers basic`<br>`default timers basic`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1671.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1621; Arista User Manual v. 4.12.3 (7/17/13), at 1433; Arista User Manual, v. 4.11.1 (1/11/13), at 1179; Arista User Manual v. 4.10.3 (10/22/12), at 989; Arista User Manual v. 4.9.3.2 (5/3/12), at 748; ; Arista User Manual v. 4.8.2 (11/18/11), at 570. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | **Display Values**<br>• Inst. ID    IS-IS Instance name.<br>• System ID    Identification value of the system listed in the Level 2 forwarding table.<br>• Type    Level 2 information.<br>• Interface    Interface through which the neighbor is reachable.<br>• SNPA    Subnetwork point of attachment (MAC address of the next hop).<br>• State    State of the adjacency: Up, Down, or INIT<br>• Hold time    Remaining hold time of the adjacency.<br>• Area Address    The address of the area.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1702.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1459. |

| Field | Description |
|---|---|
| Version 34 | Indicates version number of the Level 1 routing table. All Level 1 routes with a version number that does not match this number are flushed from the routing table. The router's version number increments when the configuration changes from Level 1 or Level 1-2 to Level 2 only. |
| System Id | Identification value of the system listed in Level 1 forwarding table. |
| Next-Hop | System ID of best-cost next-hop to listed address. |
| SNPA | SNPA of next-hop system. |
| Interface | Interface through which next-hop system is known. |
| Metric | IS-IS metric for the route. |
| State | Up (active) or Down (nonoperational). |

Cisco IOS Interface and Hardware Component Command Reference (2011), at ISO-137.

---

| | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Building the Address Table and Address Table Changes**<br>The device dynamically builds the address table by using the MAC source address of the frames received. When the device receives a frame for a MAC destination address not listed in its address table, it floods the frame to all LAN ports of the same VLAN except the port that received the frame. When the destination station replies, the device adds its relevant MAC source address and port ID to the address table. The device then forwards subsequent frames to a single LAN port without flooding all LAN ports.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 10. | **14.3    MAC Address Table**<br>The switch maintains an MAC address table for switching frames efficiently between ports. The MAC address table contains static and dynamic MAC addresses.<br>• Static MAC addresses are entered into the table through a CLI command.<br>• Dynamic MAC addresses are entered into the table when the switch receives a frame whose source address is not listed in the MAC address table. The switch builds the table dynamically by referencing the source address of frames it receives.<br>When the switch receives a frame, it associates the MAC address of the transmitting interface with the recipient VLAN. When a VLAN receives a frame for a MAC destination address not listed in the address table, the switch bridges the frame to all of the VLAN's ports except the recipient port. When the destination interface replies, the switch adds its MAC address to the MAC address table. The switch forwards subsequent frames with the destination address to the specified port.<br>A multicast address can be associated with multiple ports.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 624.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 494; Arista User Manual, v. 4.11.1 (1/11/13), at 396-97; Arista User Manual v. 4.10.3 (10/22/12), at 328; Arista User Manual v. 4.9.3.2 (5/3/12), at 306. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | • Community VLAN—A community VLAN is a secondary VLAN that carries upstream traffic from the community ports to the promiscuous port gateways and to other host ports in the same community. You can configure multiple community VLANs in a private VLAN domain. The ports within one community can communicate, but these ports cannot communicate with ports in any other community or isolated VLAN in the private VLAN.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 54. | — Community Community VLAN ports carry traffic from host ports to the primary VLAN ports and to other host ports in the same community VLAN.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 763.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 611; Arista User Manual, v. 4.11.1 (1/11/13), at 467; Arista User Manual v. 4.10.3 (10/22/12), at 387; Arista User Manual v. 4.9.3.2 (5/3/12), at 307. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | • Protocol migration—For backward compatibility with 802.1D devices, 802.1w selectively sends 802.1D configuration BPDUs and TCN BPDUs on a per-port basis.<br>  When a port is initialized, the migrate-delay timer is started (specifies the minimum time during which 802.1w BPDUs are sent), and 802.1w BPDUs are sent. While this timer is active, the device processes all BPDUs received on that port and ignores the protocol type.<br>  If the device receives an 802.1D BPDU after the port migration-delay timer has expired, it assumes that it is connected to an 802.1D device and starts using only 802.1D BPDUs. However, if the 802.1w device is using 802.1D BPDUs on a port and receives an 802.1w BPDU after the timer has expired, it restarts the timer and starts using 802.1w BPDUs on that port.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 100 | The clear spanning-tree detected-protocols command forces MST ports to renegotiate with their neighbors.<br>RSTP provides backward compatibility with 802.1D bridges as follows:<br>• RSTP selectively sends 802.1D-configured BPDUs and Topology Change Notification (TCN) BPDUs on a per-port basis.<br>• When a port initializes, the migration delay timer starts and RSTP BPDUs are transmitted. While the migration delay timer is active, the bridge processes all BPDUs received on that port.<br>• If the bridge receives an 802.1D BPDU after a port's migration delay timer expires, the bridge assumes it is connected to an 802.1D bridge and starts using only 802.1D BPDUs.<br>• When RSTP uses 802.1D BPDUs on a port and receives an RSTP BPDU after the migration delay expires, RSTP restarts the migration delay timer and resumes using RSTP BPDUs on that port.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 953.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 831; Arista User Manual, v. 4.11.1 (1/11/13), at 649; Arista User Manual v. 4.10.3 (10/22/12), at 563; Arista User Manual v. 4.9.3.2 (5/3/12), at 483; Arista User Manual v. 4.8.2 (11/18/11), at 357; Arista User Manual v. 4.7.3 (7/18/11), at 231. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Loop Guard**<br><br>Loop Guard helps prevent bridging loops that could occur because of a unidirectional link failure on a point-to-point link.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 176. | • Loop Guard: Prevents loops resulting from a unidirectional link failure on a point-to-point link.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 963.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 842; Arista User Manual, v. 4.11.1 (1/11/13), at 660; Arista User Manual v. 4.10.3 (10/22/12), at 574; Arista User Manual v. 4.9.3.2 (5/3/12), at 494; Arista User Manual v. 4.8.2 (11/18/11), at 368; Arista User Manual v. 4.7.3 (7/18/11), at 242. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Rapid PVST+ achieves rapid transition to the forwarding state only on edge ports and point-to-point links.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 90. | RSTP only achieves rapid transition to forwarding state on edge ports and point-to-point links.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 964.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 843; Arista User Manual, v. 4.11.1 (1/11/13), at 661; Arista User Manual v. 4.10.3 (10/22/12), at 575; Arista User Manual v. 4.9.3.2 (5/3/12), at 494; Arista User Manual v. 4.8.2 (11/18/11), at 368; Arista User Manual v. 4.7.3 (7/18/11), at 242. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Enabling Loop Guard on a root device has no effect but provides protection when a root device becomes a nonroot device.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 176. | Enabling loop guard on a root switch has no effect until the switch becomes a nonroot switch.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 966.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 844; Arista User Manual, v. 4.11.1 (1/11/13), at 662; Arista User Manual v. 4.10.3 (10/22/12), at 576; Arista User Manual v. 4.9.3.2 (5/3/12), at 496; Arista User Manual v. 4.8.2 (11/18/11), at 370; Arista User Manual v. 4.7.3 (7/18/11), at 244. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | • Enabling Loop Guard globally works only on point-to-point links.<br><br>• Enabling Loop Guard per interface works on both shared and point-to-point links.<br><br>• Root Guard forces a port to always be a designated port; it does not allow a port to become a root port. Loop Guard is effective only if the port is a root port or an alternate port. You cannot enable Loop Guard and Root Guard on a port at the same time.<br><br>• Loop Guard has no effect on a disabled spanning tree instance or a VLAN.<br><br>• Spanning tree always chooses the first operational port in the channel to send the BPDUs. If that link becomes unidirectional, Loop Guard blocks the channel, even if other links in the channel are functioning properly.<br><br>• If you group a set of ports that are already blocked by Loop Guard to form a channel, spanning tree loses all the state information for those ports and the new channel port may obtain the forwarding state with a designated role.<br><br>• If a channel is blocked by Loop Guard and the channel members go back to an individual link status, spanning tree loses all the state information. The individual physical ports may obtain the forwarding state with the designated role, even if one or more of the links that formed the channel are unidirectional.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 179. | Loop guard, when enabled globally, applies to all point-to-point ports. Loop guard is configurable on individual ports and applies to all STP instances of an enabled port. Loop-inconsistent ports transition to listening state when loop guard is disabled.<br><br>Enabling loop guard on a root switch has no effect until the switch becomes a nonroot switch.<br><br>When using loop guard:<br><br>•   Do not enable loop guard on portfast-enabled ports.<br>•   Loop guard is not functional on ports not connected to point-to-point links.<br>•   Loop guard has no effect on disabled spanning tree instances.<br><br>Loop guard aspects on port channels include:<br><br>•   BPDUs are sent over the channel's first operational port. Loop guard blocks the channel if that link becomes unidirectional even when other channel links function properly.<br><br>•   Creating a new channel destroys state information for its component ports; new channels with loop-guard-enabled ports can enter forwarding state as a DP.<br><br>•   Dissembling a channel destroys its state information; component ports from a blocked channel can enter the forwarding state as DPs, even if the channel contained unidirectional links.<br><br>•   A unidirectional link on any port of a loop-guard-enabled channel blocks the entire channel until the affected port is removed or the link resumes bidirectional operation.<br><br>Loop guard configuration commands include:<br><br>•   spanning-tree loopguard default command enables loop guard as a default on all switch ports.<br><br>•   spanning-tree guard control the loop guard setting on the configuration mode interface. This command overrides the default command for the specified interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 966.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 844; Arista User Manual, v. 4.11.1 (1/11/13), at 662; Arista User Manual v. 4.10.3 (10/22/12), at 576; Arista User Manual v. 4.9.3.2 (5/3/12), at 496; Arista User Manual v. 4.8.2 (11/18/11), at 370; Arista User Manual v. 4.7.3 (7/18/11), at 245. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **BPDU Guard**<br><br>Enabling BPDU Guard shuts down that interface if a BPDU is received.<br><br>You can configure BPDU Guard at the interface level. When configured at the interface level, BPDU Guard shuts the port down as soon as the port receives a BPDU, regardless of the port type configuration.<br><br>When you configure BPDU Guard globally, it is effective only on operational spanning tree edge ports. In a valid configuration, Layer 2 LAN edge interfaces do not receive BPDUs. A BPDU that is received by an edge<br><br>Layer 2 LAN interface signals an invalid configuration, such as the connection of an unauthorized device. BPDU Guard, when enabled globally, shuts down all spanning tree edge ports when they receive a BPDU.<br><br>BPDU Guard provides a secure response to invalid configurations, because you must manually put the Layer 2 LAN interface back in service after an invalid configuration.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 174-75. | 20.3.4.3   BPDU Guard<br><br>PortFast interfaces do not receive BPDUs in a valid configuration. BPDU Guard provides a secure response to invalid configurations by disabling ports when they receive a BPDU. Disabled ports differ from blocked ports in that they are re-enabled only through manual intervention.<br><br>• When configured globally, BPDU Guard is enabled on ports in the operational portfast state.<br>• When configured on an individual interface, BPDU Guard disables the port when it receives a BPDU, regardless of the port's portfast state.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 968.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 846; Arista User Manual, v. 4.11.1 (1/11/13), at 664-65; Arista User Manual v. 4.10.3 (10/22/12), at 578; Arista User Manual v. 4.9.3.2 (5/3/12), at 498; Arista User Manual v. 4.8.2 (11/18/11), at 372; Arista User Manual v. 4.7.3 (7/18/11), at 246. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **BPDU Filtering**<br><br>You use BPDU Filtering to prevent the device from sending or even receiving BPDUs on specified ports.<br><br>When configured globally, BPDU Filtering applies to all operational spanning tree edge ports. You should connect edge ports only to hosts, which typically drop BPDUs. If an operational spanning tree edge port receives a BPDU, it immediately returns to a normal spanning tree port type and moves through the regular transitions. In that case, BPDU Filtering is disabled on this port, and spanning tree resumes sending BPDUs on this port.<br><br>In addition, you can configure BPDU Filtering by the individual interface. When you explicitly configure BPDU Filtering on a port, that port does not send any BPDUs and drops all BPDUs that it receives. You can effectively override the global BPDU Filtering setting on individual ports by configuring the specific interface. This BPDU Filtering command on the interface applies to the entire interface, whether the interface is trunking or not.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 175. | 20.3.4.4   BPDU Filter<br><br>BPDU filtering prevents the switch from sending or receiving BPDUs on specified ports. BPDU filtering is configurable on Ethernet and port channel interfaces.<br><br>Ports with BPDU filtering enabled do not send BPDUs and drops inbound BPDUs. Enabling BPDU filtering on a port not connected to a host can result in loops as the port continues forwarding data while ignoring inbound BPDU packets.<br><br>The spanning-tree bpdufilter command controls BPDU filtering on the configuration mode interface. BPDU filtering is disabled by default.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 968.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 846-47; Arista User Manual, v. 4.11.1 (1/11/13), at 665; Arista User Manual v. 4.10.3 (10/22/12), at 579; Arista User Manual v. 4.9.3.2 (5/3/12), at 498; Arista User Manual v. 4.8.2 (11/18/11), at 372; Arista User Manual v. 4.7.3 (7/18/11), at 246. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Bridge Assurance**<br><br>You can use Bridge Assurance to protect against certain problems that can cause bridging loops in the network. Specifically, you use Bridge Assurance to protect against a unidirectional link failure or other software failure and a device that continues to forward data traffic when it is no longer running the spanning tree algorithm.<br><br>✎ Note   Bridge Assurance is supported only by Rapid PVST+ and MST.<br><br>Bridge Assurance is enabled by default and can only be disabled globally. Also, Bridge Assurance can be enabled only on spanning tree network ports that are point-to-point links. Finally, both ends of the link must have Bridge Assurance enabled. If the device on one side of the link has Bridge Assurance enabled and the device on the other side either does not support Bridge Assurance or does not have this feature enabled, the connecting port is blocked.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 175. | **spanning-tree bridge assurance**<br><br>The spanning-tree bridge assurance command enables bridge assurance on all ports with a port type of *network*. Bridge assurance protects against unidirectional link failure, other software failure, and devices that quit running a spanning tree algorithm.<br><br>Bridge assurance is available only on spanning tree *network* ports on point-to-point links. Both ends of the link must have bridge assurance enabled. If the device on one side of the link has bridge assurance enabled and the device on the other side either does not support bridge assurance or does not have it enabled, the bridge assurance enabled port is blocked.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1002.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 880; Arista User Manual, v. 4.11.1 (1/11/13), at 698; Arista User Manual v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 531; Arista User Manual v. 4.8.2 (11/18/11), at 403; Arista User Manual v. 4.7.3 (7/18/11), at 252. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | • Root Guard—Root Guard prevents the port from becoming the root in an STP topology.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 6. | • Root guard prevents a port from becoming a root or blocked port. A root guard port that receives a superior BPDU transitions to the root-inconsistent (blocked) state.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1005.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 883; Arista User Manual, v. 4.11.1 (1/11/13), at 701; Arista User Manual v. 4.10.3 (10/22/12), at 615; Arista User Manual v. 4.9.3.2 (5/3/12), at 534; Arista User Manual v. 4.8.2 (11/18/11), at 406; Arista User Manual v. 4.7.3 (7/18/11), at 268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Note  Do not disable spanning tree on a VLAN unless all switches and bridges in the VLAN have spanning tree disabled. You cannot disable spanning tree on some switches and bridges in a VLAN and leave it enabled on other switches and bridges in the VLAN. This action can have unexpected results because switches and bridges with spanning tree enabled will have incomplete information regarding the physical topology of the network.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Configuration Guide (2011), at 108. | Important  When disabling spanning tree on a VLAN, ensure that all switches and bridges in the network disable spanning tree for the same VLAN. Disabling spanning tree on a subset of switches and bridges in a VLAN may have unexpected results because switches and bridges running spanning tree will have incomplete information regarding the network's physical topology.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1023.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 901; Arista User Manual, v. 4.11.1 (1/11/13), at 719; Arista User Manual v. 4.10.3 (10/22/12), at 633; Arista User Manual v. 4.9.3.2 (5/3/12), at 550; Arista User Manual v. 4.8.2 (11/18/11), at 422; Arista User Manual v. 4.7.3 (7/18/11), at 264. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | The software elects a router as the IGMP querier on a subnet if it has the lowest IP address. As long as a router continues to receive query messages from a router with a lower IP address, it resets a timer that is based on its querier timeout value. If the querier timer of a router expires, it becomes the designated querier. If that router later receives a host query message from a router with a lower IP address, it drops its role as the designated querier and sets its querier timer again.<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 20 . | The router with the lowest IP address on a subnet sends membership queries as the IGMP querier. When a router receives a membership query from a source with a lower IP address, it resets its query response timer. Upon timer expiry, the router begins sending membership queries. If the router subsequently receives a membership query from a router with a lower IP address, it stops sending membership queries and resets the query response timer.<br><br>Arista User Manual v. 4v. 4.14.3F - Rev. 2 (10/2/14), at 1779.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1505; Arista User Manual, v. 4.11.1 (1/11/13), at 1205; Arista User Manual v. 4.10.3 (10/22/12), at 999; Arista User Manual v. 4.9.3.2 (5/3/12), at 757; Arista User Manual v. 4.8.2 (11/18/11), at 579; Arista User Manual v. 4.7.3 (7/18/11), at 459; Arista User Manual v. 4.6.0 (12/22/2010), at 309 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | IGMP version — 2<br>Startup query interval — 30 seconds<br>Startup query count — 2<br>Robustness value — 2<br>Querier timeout — 255 seconds<br>Query timeout — 255 seconds<br>Query max response time — 10 seconds<br>Query interval — 125 seconds<br>Last member query response interval — 1 second<br>Last member query count — 2<br>Group membership timeout — 260 seconds<br>Report link local multicast groups — Disabled<br>Enforce router alert — Disabled<br>Immediate leave — Disabled<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 24. | Current IGMP router version: 2<br>IGMP query interval: 125 seconds<br>IGMP max query response time: 100 deciseconds<br>Last member query response interval: 10 deciseconds<br>Last member query response count: 2<br>IGMP querier: 172.17.26.1<br>Robustness: 2<br>Require router alert: enabled<br>Startup query interval: 312 deciseconds<br>Startup query count: 2<br>General query timer expiry: 00:00:22<br>Multicast groups joined:<br>  239.255.255.250<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1850.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1558; Arista User Manual, v. 4.11.1 (1/11/13), at 1253; Arista User Manual v. 4.10.3 (10/22/12), at 1038; Arista User Manual v. 4.9.3.2 (5/3/12), at 796; Arista User Manual v. 4.8.2 (11/18/11), at 614; Arista User Manual v. 4.7.3 (7/18/11), at 491; Arista User Manual v. 4.6.0 (12/22/2010), at 337. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Anycast-RP**<br><br>Anycast-RP has two implementations: one uses Multicast Source Discovery Protocol (MSDP) and the other is based on *RFC 4610, Anycast-RP Using Protocol Independent Multicast (PIM)*. This section describes how to configure PIM Anycast-RP.<br><br>You can use PIM Anycast-RP to assign a group of routers, called the Anycast-RP set, to a single RP address that is configured on multiple routers. The set of routers that you configure as Anycast-RPs is called the Anycast-RP set. This method is the only RP method that supports more than one RP per multicast group, which allows you to load balance across all RPs in the set. The Anycast RP supports all multicast groups.<br><br>PIM register messages are sent to the closest RP and PIM join-prune messages are sent in the direction of the closest RP as determined by the unicast routing protocols. If one of the RPs goes down, unicast routing ensures these message will be sent in the direction of the next-closest RP.<br><br>You must configure PIM on the loopback interface that is used for the PIM Anycast RP.<br><br>For more information about Anycast-RP, see *RFC 4610*.<br><br>For information about configuring Anycast-RPs, see *Configuring a PIM Anycast-RP Set*.<br><br>**PIM Register Messages**<br><br>PIM register messages are unicast to the RP by designated routers (DRs) that are directly connected to multicast sources. The PIM register message has the following functions:<br><br>• To notify the RP that a source is actively sending to a multicast group.<br><br>• To deliver multicast packets sent by the source to the RP for delivery down the shared tree.<br><br>The DR continues to send PIM register messages to the RP until it receives a Register-Stop message from the RP. The RP sends a Register-Stop message in either of the following cases:<br><br>• The RP has no receivers for the multicast group being transmitted.<br><br>• The RP has joined the SPT to the source but has not started receiving traffic from the source.<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 68-69. | **Anycast-RP**<br><br>PIM Anycast-RP defines a single RP address that is configured on multiple routers. An anycast-RP set consists of the routers configured with the same anycast-RP address. Anycast-RP provides redundancy protection and load balancing. The anycast-RP set supports all multicast groups.<br><br>PIM register messages are unicast to the RP by designated routers (DRs) that are directly connected to multicast sources. The switch sends these messages and join-prune messages to the anycast-RP set member specified in the anycast-RP command. In a typical configuration, one command is required for each member of the anycast-RP set.<br><br>The PIM register message has the following functions:<br><br>• Notify the RP that a source is actively sending to a multicast group.<br>• Deliver multicast packets sent by the source to the RP for delivery down the shared tree.<br><br>The DR continues sending PIM register messages to the RP until it receives a Register-Stop message from the RP. The RP sends a Register-Stop message in either of the following cases:<br><br>• The RP has no receivers for the multicast group being transmitted.<br>• The RP has joined the SPT to the source but has not started receiving traffic from the source.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1874.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1580; Arista User Manual, v. 4.11.1 (1/11/13), at 1274; Arista User Manual v. 4.10.3 (10/22/12), at 1005-06; Arista User Manual v. 4.9.3.2 (5/3/12), at 763-64; Arista User Manual v. 4.8.2 (11/18/11), at 639; Arista User Manual v. 4.7.3 (7/18/11), at 514. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Note**  Use the show ip mroute command to display the statistics for multicast route and prefixes.<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 118 . | **Multicast Display Commands**<br><br>To display the information in the multicast routing table, use the show ip mroute command. To display the MFIB table information, use the show ip mfib command.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1758.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1486; Arista User Manual, v. 4.11.1 (1/11/13), at 1188; Arista User Manual v. 4.10.3 (10/22/12), at 1012; Arista User Manual v. 4.9.3.2 (5/3/12), at 770; Arista User Manual v. 4.8.2 (11/18/11), at 589; Arista User Manual v. 4.7.3 (7/18/11), at 469; Arista User Manual v. 4.6.0 (12/22/2010), at 319. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4

Effective date of registration: 8/12/2005 | **show ip mroute**    Displays the contents of the IP multicast routing table.

Cisco IOS IP Multicast Command Reference (July 16, 2005), at 12. | **Multicast Display Commands**

To display the information in the multicast routing table, use the show ip mroute command. To display the MFIB table information, use the show ip mfib command.

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1758

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1486; Arista User Manual, v. 4.11.1 (1/11/13), at 1188; Arista User Manual v. 4.10.3 (10/22/12), at 1012; Arista User Manual v. 4.9.3.2 (5/3/12), at 770; Arista User Manual v. 4.8.2 (11/18/11), at 589; Arista User Manual v. 4.7.3 (7/18/11), at 469; Arista User Manual v. 4.6.0 (12/22/2010), at 319 |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Command or Action** / **Purpose**

Step 4 | Option | Description | These **commands** configure IGMP snooping parameters.

**ip igmp snooping**
switch(config-vlan-config)#
ip igmp snooping | Enables IGMP snooping for the current VLAN. The default is enabled.

**ip igmp snooping explicit-tracking**
switch(config-vlan-config)#
ip igmp snooping explicit-tracking | Tracks IGMPv3 membership reports from individual hosts for each port on a per-VLAN basis. The default is enabled on all VLANs.

Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 139 | The **ip igmp snooping** command controls the global snooping setting. The **ip igmp snooping vlan** command enables snooping on individual VLANs if snooping is globally enabled. IGMP snooping is enabled on all VLANs by default.

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1780

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1506; Arista User Manual, v. 4.11.1 (1/11/13), at 1206; Arista User Manual v. 4.10.3 (10/22/12), at 998; Arista User Manual v. 4.9.3.2 (5/3/12), at 756; Arista User Manual v. 4.8.2 (11/18/11), at 581; Arista User Manual v. 4.7.3 (7/18/11), at 461. |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **ip igmp snooping mrouter interface** *interface*
switch(config-vlan-config)#
ip igmp snooping mrouter interface ethernet 2/1

Configures a static connection to a multicast router. The interface to the router must be in the selected VLAN. You can specify the interface by the type and the number, such as **ethernet** *slot/port*.

Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 140. | **Specifying a Static Multicast Router Connection**

The **ip igmp snooping vlan mrouter** command statically configures a port that connects to a multicast router to join all multicast groups. The port to the router must be in the specified VLAN range.

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1780

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1506; Arista User Manual, v. 4.11.1 (1/11/13), at 1206; Arista User Manual v. 4.10.3 (10/22/12), at 1003; Arista User Manual v. 4.9.3.2 (5/3/12), at 761; Arista User Manual v. 4.8.2 (11/18/11), at 584; Arista User Manual v. 4.7.3 (7/18/11), at 503; Arista User Manual v. 4.6.0 (12/22/2010), at 349. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Displaying IGMP Snooping Statistics**<br><br>Use the show ip igmp snooping statistics vlan command to display IGMP snooping statistics. You can see the virtual port channel (vPC) statistics in this output.<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 144 | **show ip igmp statistics**<br><br>The show ip igmp statistics command displays IGMP transmission statistics for the specified interface.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1867. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SA Messages and Caching**<br><br>MSDP peers exchange Source-Active (SA) messages to propagate information about active sources. SA messages contain the following information:<br><br>• Source address of the data source<br>• Group address that the data source uses<br>• IP address of the RP or the configured originator ID<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 148-49 | 35.2.2.1   Source Active Messages<br><br>A Source Active (SA) message is a message that an RP creates and sends to MSDP peers when it learns of a new multicast source through a PIM register message. RPs that intend to originate or receive SA messages must establish MSDP peering with other RPs, either directly or through intermediate MSDP peers. An RP that is not a DR on a shared network should only originate SAs in response to register messages it receives from the DR. It does not originate SA's for directly connected sources in its domain. SA messages contain the following fields:<br><br>• Source address of the data source.<br>• Group address that receives data sent by the source.<br>• IP address of the RP<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1912.<br><br>Arista User Manual v. 4.12.3 (7/17/13), at 1618; Arista User Manual, v. 4.11.1 (1/11/13), at 1310. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | RFC 5059    *Bootstrap Router (BSR) Mechanism for Protocol Independent Multicast (PIM)*<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 174. | **34.3   Configuring PIM**<br><br>The following sections describe the configuration of static RPs, dynamic RPs, and anycast-RPs. RP implementation is defined through the following RFCs:<br>• RFC 5059: Bootstrap Router (BSR) Mechanism for Protocol Independent Multicast (PIM).<br>• RFC 6226: PIM Group-to-Rendezvous-Point Mapping.<br>This section describes the following configuration tasks:<br>• Section 34.3.1: Enabling PIM<br>• Section 34.3.2: Rendezvous Points (RPs)<br>• Section 34.3.3: Hello Messages<br>• Section 34.3.4: Designated Router Election<br>• Section 34.3.5: Join-Prune Messages<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1872.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1578; Arista User Manual, v. 4.11.1 (1/11/13), at 1272; Arista User Manual v. 4.10.3 (10/22/12), at 1004; Arista User Manual v. 4.9.3.2 (5/3/12), at 762. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Audience**<br>This guide is for experienced network administrators who are responsible for configuring and maintaining the Cisco MDS 9000 Family of multilayer directors and fabric switches.<br><br>Cisco DCNM Fundamentals Guide, Release 6.x (2011), at lxi. | **Audience**<br>This guide is for experienced network administrators who are responsible for configuring and maintaining Arista switches.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 41.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 35; Arista User Manual, v. 4.11.1 (1/11/13), at 29; Arista User Manual v. 4.10.3 (10/22/12), at 27; Arista User Manual v. 4.9.3.2 (5/3/12), at 23; Arista User Manual v. 4.8.2 (11/18/11), at 19; Arista User Manual v. 4.7.3 (7/18/11), at 17; Arista User Manual v. 4.6.0 (12/22/2010), at 13 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Table 5-1    Channel Modes for Individual Links in a Port Channel**<br><br>**Channel Mode** / **Description**<br><br>**passive** — LACP mode that places a port into a passive negotiating state in which the port responds to LACP packets that it receives but does not initiate LACP negotiation.<br><br>**active** — LACP mode that places a port into an active negotiating state in which the port initiates negotiations with other ports by sending LACP packets.<br><br>**on** — All static port channels (that are not running LACP) remain in this mode. If you attempt to change the channel mode to active or passive before enabling LACP, the device displays an error message.<br><br>You enable LACP on each channel by configuring the interface in that channel for the channel mode as either **active** or **passive**. When an LACP attempts to negotiate with an interface in the **on** state, it does not receive any LACP packets and becomes an individual link with that interface; it does not join the LACP channel group.<br><br>The default port-channel mode is **on**.<br><br>Interfaces Configuration Guide, Cisco DCNM for LAN, Release 6.x (2012), at 5-10 | **Parameters**<br>• *number*    specifies a channel group ID. Values range from 1 through 1000.<br>• *LACP_MODE*    specifies the interface LACP mode. Values include:<br>    — mode **on**    Configures interface as a static port channel, disabling LACP. The switch does not verify or negotiate port channel membership with other switches.<br>    — mode **active**    Enables LACP on the interface in active negotiating state. The port initiates negotiations with other ports by sending LACP packets.<br>    — mode **passive**    Enables LACP on the interface in a passive negotiating state. The port responds to LACP packets but cannot start LACP negotiations.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 403; Arista User Manual, v. 4.11.1 (1/11/13), at 336; Arista User Manual v. 4.10.3 (10/22/12), at 294; Arista User Manual v. 4.9.3.2 (5/3/12), at 278; Arista User Manual v. 4.8.2 (11/18/11), at 210; Arista User Manual v. 4.7.3 (7/18/11), at 424; Arista User Manual v. 4.6.0 (12/22/2010), at 271 |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Table 6-1    Channel Modes for Individual Links in a Port Channel**<br><br>**Channel Mode** / **Description**<br><br>**passive** — LACP mode that places a port into a passive negotiating state in which the port responds to LACP packets that it receives but does not initiate LACP negotiation.<br><br>**active** — LACP mode that places a port into an active negotiating state in which the port initiates negotiations with other ports by sending LACP packets.<br><br>**on** — All static port channels (that are not running LACP) remain in this mode. If you attempt to change the channel mode to active or passive before enabling LACP, the device displays an error message.<br><br>You enable LACP on each channel by configuring the interface in that channel for the channel mode as either **active** or **passive**. When an LACP attempts to negotiate with an interface in the **on** state, it does not receive any LACP packets and becomes an individual link with that interface; it does not join the LACP channel group.<br><br>The default port-channel mode is **on**.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 6-10 | • *LACP_MODE*    specifies the interface LACP mode. Values include:<br>    — mode **on**    Configures interface as a static port channel, disabling LACP. The switch does not verify or negotiate port channel membership with other switches.<br>    — mode **active**    Enables LACP on the interface in active negotiating state. The port initiates negotiations with other ports by sending LACP packets.<br>    — mode **passive**    Enables LACP on the interface in a passive negotiating state. The port responds to LACP packets but cannot start LACP negotiations.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 403; Arista User Manual v. 4.11.1 (1/11/13), at 336; Arista User Manual v. 4.10.3 (10/22/12), at 294; Arista User Manual v. 4.9.3.2 (5/3/12), at 278; Arista User Manual v. 4.8.2 (11/18/11), at 210; Arista User Manual v. 4.7.3 (7/18/11), at 424; Arista User Manual v. 4.6.0 (12/22/2010), at 271 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | *Table 5-1     Channel Modes for Individual Links in a Port Channel*<br><br>**Channel Mode** / **Description**<br><br>passive — LACP mode that places a port into a passive negotiating state in which the port responds to LACP packets that it receives but does not initiate LACP negotiation.<br><br>active — LACP mode that places a port into an active negotiating state in which the port initiates negotiations with other ports by sending LACP packets.<br><br>on — All static port channels (that are not running LACP) remain in this mode. If you attempt to change the channel mode to active or passive before enabling LACP, the device displays an error message.<br><br>You enable LACP on each channel by configuring the interface in that channel for the channel mode as either **active** or **passive**. When an LACP attempts to negotiate with an interface in the **on** state, it does not receive any LACP packets and becomes an individual link with that interface; it does not join the LACP channel group.<br><br>The default port-channel mode is **on**.<br><br>Interfaces Configuration Guide, Cisco DCNM for LAN, Release 5.x (2010), at 6-9 | Parameters<br>• *number*   specifies a channel group ID. Values range from 1 through 1000.<br>• LACP_MODE   specifies the interface LACP mode. Values include:<br>— mode on   Configures interface as a static port channel, disabling LACP. The switch does not verify or negotiate port channel membership with other switches.<br>— mode active   Enables LACP on the interface in active negotiating state. The port initiates negotiations with other ports by sending LACP packets.<br>— mode passive   Enables LACP on the interface in a passive negotiating state. The port responds to LACP packets but cannot start LACP negotiations.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 403; Arista User Manual, v. 4.11.1 (1/11/13), at 336; Arista User Manual v. 4.10.3 (10/22/12), at 294; Arista User Manual v. 4.9.3.2 (5/3/12), at 278; Arista User Manual v. 4.8.2 (11/18/11), at 210; Arista User Manual v. 4.7.3 (7/18/11), at 424; Arista User Manual v. 4.6.0 (12/22/2010), at 271 |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | *Table 5-1     Channel Modes for Individual Links in a Port Channel*<br><br>**Channel Mode** / **Description**<br><br>passive — LACP mode that places a port into a passive negotiating state in which the port responds to LACP packets that it receives but does not initiate LACP negotiation.<br><br>active — LACP mode that places a port into an active negotiating state in which the port initiates negotiations with other ports by sending LACP packets.<br><br>on — All static port channels (that are not running LACP) remain in this mode. If you attempt to change the channel mode to active or passive before enabling LACP, the device displays an error message.<br><br>You enable LACP on each channel by configuring the interface in that channel for the channel mode as either **active** or **passive**. When an LACP attempts to negotiate with an interface in the **on** state, it does not receive any LACP packets and becomes an individual link with that interface; it does not join the LACP channel group.<br><br>The default port-channel mode is **on**.<br><br>Interfaces Configuration Guide, Cisco DCNM for LAN, Release 4.x (2008), at 5-9 | Parameters<br>• *number*   specifies a channel group ID. Values range from 1 through 1000.<br>• LACP_MODE   specifies the interface LACP mode. Values include:<br>— mode on   Configures interface as a static port channel, disabling LACP. The switch does not verify or negotiate port channel membership with other switches.<br>— mode active   Enables LACP on the interface in active negotiating state. The port initiates negotiations with other ports by sending LACP packets.<br>— mode passive   Enables LACP on the interface in a passive negotiating state. The port responds to LACP packets but cannot start LACP negotiations.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 403; Arista User Manual, v. 4.11.1 (1/11/13), at 336; Arista User Manual v. 4.10.3 (10/22/12), at 294; Arista User Manual v. 4.9.3.2 (5/3/12), at 278; Arista User Manual v. 4.8.2 (11/18/11), at 210; Arista User Manual v. 4.7.3 (7/18/11), at 424; Arista User Manual v. 4.6.0 (12/22/2010), at 271 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ✎ Note  For information about configuring port channels and the Link Aggregation Control Protocol (LACP), see Chapter 5, "Configuring Port Channels."<br><br>Interfaces Configuration Guide, Cisco DCNM for LAN, Release 6.x (2012), at 6-2 | # Port Channels and LACP<br><br>This chapter describes channel groups, port channels, port channel interfaces, and the Link Aggregation Control Protocol (LACP). This chapter contains the following sections:<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 391; Arista User Manual, v. 4.11.1 (1/11/13), at 329; Arista User Manual v. 4.10.3 (10/22/12), at 287; Arista User Manual v. 4.9.3.2 (5/3/12), at 271; Arista User Manual v. 4.8.2 (11/18/11), at 203. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ✎ Note  For information about configuring port channels and the Link Aggregation Control Protocol (LACP), see Chapter 5, "Configuring Port Channels."<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 7-1 | # Port Channels and LACP<br><br>This chapter describes channel groups, port channels, port channel interfaces, and the Link Aggregation Control Protocol (LACP). This chapter contains the following sections:<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 391; Arista User Manual, v. 4.11.1 (1/11/13), at 329; Arista User Manual v. 4.10.3 (10/22/12), at 287; Arista User Manual v. 4.9.3.2 (5/3/12), at 271; Arista User Manual v. 4.8.2 (11/18/11), at 203. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | ✎<br>Note   For information about configuring port channels and the Link Aggregation Control Protocol (LACP), see Chapter 5, "Configuring Port Channels."<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (2010), at 7-1 | # Port Channels and LACP<br><br>This chapter describes channel groups, port channels, port channel interfaces, and the Link Aggregation Control Protocol (LACP). This chapter contains the following sections:<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 469.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 391; Arista User Manual, v. 4.11.1 (1/11/13), at 329; Arista User Manual v. 4.10.3 (10/22/12), at 287; Arista User Manual v. 4.9.3.2 (5/3/12), at 271; Arista User Manual v. 4.8.2 (11/18/11), at 203. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Loopback Interfaces**<br><br>A loopback interface is a virtual interface with a single endpoint that is always up. Any packet transmitted over a loopback interface is immediately received by this interface. Loopback interfaces emulate a physical interface. You can configure up to 1024 loopback interfaces per VDC, numbered 0 to 1023.<br><br>Interfaces Configuration Guide, Cisco DCNM for LAN, Release 6.x (2012), at 4-4 . | 14.4.4   Loopback Ports<br><br>A loopback interface is a virtual network interface implemented in software and does not connect to any hardware. Traffic sent to the loopback interface is immediately received on the sending interface. The switch provides loopback configuration mode for creating loopback interfaces and modifying their operating parameters.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 631.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 500; Arista User Manual, v. 4.11.1 (1/11/13), at 397; Arista User Manual v. 4.10.3 (10/22/12), at 329. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Loopback Interfaces**<br><br>A loopback interface is a virtual interface with a single endpoint that is always up. Any packet transmitted over a loopback interface is immediately received by this interface. Loopback interfaces emulate a physical interface. You can configure up to 1024 loopback interfaces per VDC, numbered 0 to 1023.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 4-4 | 14.4.4   Loopback Ports<br><br>A loopback interface is a virtual network interface implemented in software and does not connect to any hardware. Traffic sent to the loopback interface is immediately received on the sending interface. The switch provides loopback configuration mode for creating loopback interfaces and modifying their operating parameters.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 631.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 500; Arista User Manual, v. 4.11.1 (1/11/13), at 397; Arista User Manual v. 4.10.3 (10/22/12), at 329. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0

Effective date of registration: 11/13/2014 | **Loopback Interfaces**

A loopback interface is a virtual interface with a single endpoint that is always up. Any packet transmitted over a loopback interface is immediately received by this interface. Loopback interfaces emulate a physical interface. You can configure up to 1024 loopback interfaces per VDC, numbered 0 to 1023.

Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (2010), at 4-4 | 14.4.4    Loopback Ports

A loopback interface is a virtual network interface implemented in software and does not connect to any hardware. Traffic sent to the loopback interface is immediately received on the sending interface. The switch provides loopback configuration mode for creating loopback interfaces and modifying their operating parameters.

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 631.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 500; Arista User Manual, v. 4.11.1 (1/11/13), at 397; Arista User Manual v. 4.10.3 (10/22/12), at 329. |
| Cisco NX-OS 4.0

Effective date of registration: 11/13/2014 | **Loopback Interfaces**

A loopback interface is a virtual interface with a single endpoint that is always up. Any packet transmitted over a loopback interface is immediately received by this interface. Loopback interfaces emulate a physical interface. You can configure up to 1024 loopback interfaces per VDC, numbered 0 to 1023.

Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 4.x (2010), at 4-3 | 14.4.4    Loopback Ports

A loopback interface is a virtual network interface implemented in software and does not connect to any hardware. Traffic sent to the loopback interface is immediately received on the sending interface. The switch provides loopback configuration mode for creating loopback interfaces and modifying their operating parameters.

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 631.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 500; Arista User Manual, v. 4.11.1 (1/11/13), at 397; Arista User Manual v. 4.10.3 (10/22/12), at 329. |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Configuring a Maximum Number of MAC Addresses**

You can configure the maximum number of MAC addresses that can be learned or statically configured on interfaces that belong to a port profile.

Interfaces Configuration Guide, Cisco DCNM for LAN, Release 6.x (2012), at 10-22 | **Port Security Configuration**

MAC security restricts input to a switched port by limiting the number and identity of MAC addresses that can access the port.

MAC address security is enabled by switchport port-security. Ports with MAC security enabled restrict traffic to a limited number of hosts, as determined by their MAC addresses. The maximum number of MAC addresses that can be assigned to an interface is configured by switchport port-security maximum. The default MAC address limit on an interface where port security is enabled is one.

Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 632.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405; Arista User Manual v. 4.10.3 (10/22/12), at 336. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | By default, an interface can have only one secure MAC address. You can configure the maximum number of MAC addresses permitted per interface or per VLAN on an interface. Maximums apply to secure MAC addresses learned by any method: dynamic, sticky, or static.<br><br>ICisco Nexus 7000 Series NX-OS Security Configuration Guide, Release 6.x (2013), at 507 | **Port Security Configuration**<br><br>MAC security restricts input to a switched port by limiting the number and identity of MAC addresses that can access the port.<br><br>MAC address security is enabled by switchport port-security. Ports with MAC security enabled restrict traffic to a limited number of hosts, as determined by their MAC addresses. The maximum number of MAC addresses that can be assigned to an interface is configured by switchport port-security maximum. The default MAC address limit on an interface where port security is enabled is one.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 632.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405; Arista User Manual v. 4.10.3 (10/22/12), at 336. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | By default, an interface can have only one secure MAC address. You can configure the maximum number of MAC addresses permitted per interface or per VLAN on an interface. Maximums apply to secure MAC addresses learned by any method: dynamic, sticky, or static.<br><br>Cisco Nexus 7000 Series NX-OS Security Configuration Guide, Release 5.x (2010), at 177 | **Port Security Configuration**<br><br>MAC security restricts input to a switched port by limiting the number and identity of MAC addresses that can access the port.<br><br>MAC address security is enabled by switchport port-security. Ports with MAC security enabled restrict traffic to a limited number of hosts, as determined by their MAC addresses. The maximum number of MAC addresses that can be assigned to an interface is configured by switchport port-security maximum. The default MAC address limit on an interface where port security is enabled is one.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 632.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405; Arista User Manual v. 4.10.3 (10/22/12), at 336. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to return to EXEC mode from global configuration mode:<br><br>`switch(config)# end`<br>`switch#`<br><br>This example shows how to return to EXEC mode from interface configuration mode:<br><br>`switch(config-if)# end`<br>`switch#`<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2013), at FND-44 | • To return to Privileged EXEC mode from any configuration mode, type end or Ctrl-Z.<br><br>`switch(config-if-Et24)#<Ctrl-z>`<br>`switch#`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 120.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 99; Arista User Manual, v. 4.11.1 (1/11/13), at 69; Arista User Manual v. 4.10.3 (10/22/12), at 61; Arista User Manual v. 4.9.3.2 (5/3/12), at 57; Arista User Manual v. 4.8.2 (11/18/11), at 52; Arista User Manual v. 4.7.3 (7/18/11), at 47; Arista User Manual v. 4.6.0 (12/22/2010), at 41 |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to return to EXEC mode from global configuration mode:<br><br>`switch(config)# end`<br>`switch#`<br><br>This example shows how to return to EXEC mode from interface configuration mode:<br><br>`switch(config-if)# end`<br>`switch#`<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2010), at FND-37 | • To return to Privileged EXEC mode from any configuration mode, type end or Ctrl-Z.<br><br>`switch(config-if-Et24)#<Ctrl-z>`<br>`switch#`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 120.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 99; Arista User Manual, v. 4.11.1 (1/11/13), at 69; Arista User Manual v. 4.10.3 (10/22/12), at 61; Arista User Manual v. 4.9.3.2 (5/3/12), at 57; Arista User Manual v. 4.8.2 (11/18/11), at 52; Arista User Manual v. 4.7.3 (7/18/11), at 47; Arista User Manual v. 4.6.0 (12/22/2010), at 41 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ✎ Note  The reload command does not save the running configuration. Use the copy running-config startup-config command to save the current configuration on the device.<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2013), at FND-105 | Step 8  Type write memory (or copy running-config startup-config) to save the new configuration to the *startup-config* file. See Section 3.5.4: Saving the Running Configuration Settings.<br><br>switch# **write memory**<br>switch#<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 60.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 52; Arista User Manual, v. 4.11.1 (1/11/13), at 44; Arista User Manual v. 4.10.3 (10/22/12), at 38; Arista User Manual v. 4.9.3.2 (5/3/12), at 34; Arista User Manual v. 4.8.2 (11/18/11), at 30; Arista User Manual v. 4.7.3 (7/18/11), at 28; Arista User Manual v. 4.6.0 (12/22/2010), at 25 |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | ✎ Note  The reload command does not save the running configuration. Use the copy running-config startup-config command to save the current configuration on the device.<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2010), at FND-84 | Step 8  Type write memory (or copy running-config startup-config) to save the new configuration to the *startup-config* file. See Section 3.5.4: Saving the Running Configuration Settings.<br><br>switch# **write memory**<br>switch#<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 60.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 52; Arista User Manual, v. 4.11.1 (1/11/13), at 44; Arista User Manual v. 4.10.3 (10/22/12), at 38; Arista User Manual v. 4.9.3.2 (5/3/12), at 34; Arista User Manual v. 4.8.2 (11/18/11), at 30; Arista User Manual v. 4.7.3 (7/18/11), at 28; Arista User Manual v. 4.6.0 (12/22/2010), at 25 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display commands related to Open Shortest Path First (OSPF) available in the loopback interface command mode:<br><br>`switch(config)# interface loopback 0`<br>`switch(config-if)# show cli list ospf`<br>`MODE if-loopback`<br>`no ip ospf network point-to-point`<br>`no ip ospf network`<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2013), at FND-126 | **Command Syntax**<br><br>`ip ospf network point-to-point`<br>`no ip ospf network`<br>`default ip ospf network`<br><br>**Examples**<br><br>• These commands configure Ethernet interface 10 as a point-to-point link.<br><br>`switch(config)#interface ethernet 10`<br>`switch(config-if-Et10)#ip ospf network point-to-point`<br>`switch(config-if-Et10)#`<br><br>• This command restores Ethernet interface 10 as a broadcast link.<br><br>`switch(config-if-Et10)#no ip ospf network`<br>`switch(config-if-Et10)#`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1432.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1219; Arista User Manual, v. 4.11.1 (1/11/13), at 976; Arista User Manual v. 4.10.3 (10/22/12), at 806; Arista User Manual v. 4.9.3.2 (5/3/12), at 692; Arista User Manual v. 4.8.2 (11/18/11), at 465; Arista User Manual v. 4.7.3 (7/18/11), at 338. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to display commands related to Open Shortest Path First (OSPF) available in the loopback interface command mode:<br><br>`switch(config)# interface loopback 0`<br>`switch(config-if)# show cli list ospf`<br>`MODE if-loopback`<br>`no ip ospf network point-to-point`<br>`no ip ospf network`<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2010), at FND-105 | **Command Syntax**<br><br>`ip ospf network point-to-point`<br>`no ip ospf network`<br>`default ip ospf network`<br><br>**Examples**<br><br>• These commands configure Ethernet interface 10 as a point-to-point link.<br><br>`switch(config)#interface ethernet 10`<br>`switch(config-if-Et10)#ip ospf network point-to-point`<br>`switch(config-if-Et10)#`<br><br>• This command restores Ethernet interface 10 as a broadcast link.<br><br>`switch(config-if-Et10)#no ip ospf network`<br>`switch(config-if-Et10)#`<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1432.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1219; Arista User Manual, v. 4.11.1 (1/11/13), at 976; Arista User Manual v. 4.10.3 (10/22/12), at 806; Arista User Manual v. 4.9.3.2 (5/3/12), at 692; Arista User Manual v. 4.8.2 (11/18/11), at 465; Arista User Manual v. 4.7.3 (7/18/11), at 338. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show startup-config**<br><br>To display the startup configuration use the show **startup-config** command.<br><br>**show startup-config** [exclude *component-list*]<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2013), at FND-154. | **Example**<br>• Type show startup-config to display the startup configuration file. The response in the example is truncated to display only the ip route configured in Admin Username (page 58).<br><br>```<br>switch>show startup-config<br>! Command: show startup-config<br>! Startup-config last modified at  Wed Feb 19 08:34:31 2014 by admin<br><br><------OUTPUT OMITTED FROM EXAMPLE-------><br>!<br>ip route 0.0.0.0/0 192.0.2.1<br>!<br><------OUTPUT OMITTED FROM EXAMPLE-------><br>end<br>switch#<br>```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 123.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 102; Arista User Manual, v. 4.11.1 (1/11/13), at 72; Arista User Manual v. 4.10.3 (10/22/12), at 65; Arista User Manual v. 4.9.3.2 (5/3/12), at 59; Arista User Manual v. 4.8.2 (11/18/11), at 54; Arista User Manual v. 4.7.3 (7/18/11), at 49. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show startup-config**<br><br>To display the startup configuration use the show **startup-config** command.<br><br>**show startup-config** [exclude *component-list*]<br><br>Cisco Nexus 7000 Series NX-OS Fundamentals Command Reference (2010), at FND-125. | **Example**<br>• Type show **startup-config** to display the startup configuration file. The response in the example is truncated to display only the ip route configured in Admin Username (page 58).<br><br>switch# **show startup-config**<br>! Command: show startup-config<br>! Startup-config last modified at  Wed Feb 19 08:34:31 2014 by admin<br>!<br><-------*OUTPUT OMITTED FROM EXAMPLE*-------><br>!<br>ip route 0.0.0.0/0 192.0.2.1<br>!<br><-------*OUTPUT OMITTED FROM EXAMPLE*-------><br>end<br>switch#<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 123.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 102; Arista User Manual, v. 4.11.1 (1/11/13), at 72; Arista User Manual v. 4.10.3 (10/22/12), at 65; Arista User Manual v. 4.9.3.2 (5/3/12), at 59; Arista User Manual v. 4.8.2 (11/18/11), at 54; Arista User Manual v. 4.7.3 (7/18/11), at 49. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Enabling the Error-Disable Detection**<br><br>You can enable error-disable detection in an application. As a result, when a cause is detected on an interface, the interface is placed in an error-disabled state, which is an operational state that is similar to the link-down state.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 2-24. | **14.5.2    Errdiabled Ports**<br><br>The switch places an Ethernet or management interface in *error-disabled* state when it detects an error on the interface. *Error-disabled* is an operational state that is similar to link-down state. Conditions that error-disables an interface includes:<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 123.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 503. |
| Cisco NX-OS 5.2<br><br>Effective date of registration: 11/13/2014 | **Enabling the Error-Disable Detection**<br><br>You can enable error-disable detection in an application. As a result, when a cause is detected on an interface, the interface is placed in an error-disabled state, which is an operational state that is similar to the link-down state.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (2011), at 2-22. | **14.5.2    Errdiabled Ports**<br><br>The switch places an Ethernet or management interface in *error-disabled* state when it detects an error on the interface. *Error-disabled* is an operational state that is similar to link-down state. Conditions that error-disables an interface includes:<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 123.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 503. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to configure a Layer 2 trunk interface, assign the native VLAN and the allowed VLANs, and configure the device to tag the native VLAN traffic on the trunk interface:<br><br>```switch# configure terminal
switch(config)# interface ethernet 2/35
switch(config-if)# switchport
switch(config-if)# switchport mode trunk
switch(config-if)# switchport trunk native vlan 10
switch(config-if)# switchport trunk allowed vlan 5, 10
switch(config-if)# exit
switch(config)# vlan dot1q tag native
switch(config)#```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 3-36. | The trunk group command is not additive to the allowed vlan command<br><br>```interface ethernet 1
   switchport mode trunk
   switchport trunk allowed vlan 10
   switchport trunk group trunk30```<br><br>Vlan 30 will not be permitted on the interface as it is not listed in the allowed vlan list.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 767. |
| Cisco NX-OS 5.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to configure a Layer 2 trunk interface, assign the native VLAN and the allowed VLANs, and configure the device to tag the native VLAN traffic on the trunk interface:<br><br>```switch# configure terminal
switch(config)# interface ethernet 2/35
switch(config-if)# switchport
switch(config-if)# switchport mode trunk
switch(config-if)# switchport trunk native vlan 10
switch(config-if)# switchport trunk allowed vlan 5, 10
switch(config-if)# exit
switch(config)# vlan dot1q tag native
switch(config)#```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (2011), at 3-23-24. | The trunk group command is not additive to the allowed vlan command<br><br>```interface ethernet 1
   switchport mode trunk
   switchport trunk allowed vlan 10
   switchport trunk group trunk30```<br><br>Vlan 30 will not be permitted on the interface as it is not listed in the allowed vlan list.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 767. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to configure a Layer 2 trunk interface, assign the native VLAN and the allowed VLANs, and configure the device to tag the native VLAN traffic on the trunk interface:<br><br>```switch# configure terminal
switch(config)# interface ethernet 2/35
switch(config-if)# switchport
switch(config-if)# switchport mode trunk
switch(config-if)# switchport trunk native vlan 10
switch(config-if)# switchport trunk allowed vlan 5, 10
switch(config-if)# exit
switch(config)# vlan dot1q tag native
switch(config)#```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (2010), at 3-19. | The trunk group command is not additive to the allowed vlan command<br><br>```interface ethernet 1
   switchport mode trunk
   switchport trunk allowed vlan 10
   switchport trunk group trunk30```<br><br>Vlan 30 will not be permitted on the interface as it is not listed in the allowed vlan list.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 767. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to configure a Layer 2 trunk interface, assign the native VLAN and the allowed VLANs, and configure the device to tag the native VLAN traffic on the trunk interface:<br><br>```<br>switch# configure terminal<br>switch(config)# interface ethernet 2/35<br>switch(config-if)# switchport<br>switch(config-if)# switchport mode trunk<br>switch(config-if)# switchport trunk native vlan 10<br>switch(config-if)# switchport trunk allowed vlan 5, 10<br>switch(config-if)# exit<br>switch(config)# vlan dot1q tag native<br>switch(config)#<br>```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (2008), at 3-17. | The trunk group command is not additive to the allowed vlan command<br><br>```<br>interface ethernet 1<br>  switchport mode trunk<br>  switchport trunk allowed vlan 10<br>  switchport trunk group trunk30<br>```<br><br>Vlan 30 will not be permitted on the interface as it is not listed in the allowed vlan list.<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 767. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ```<br>end<br><br>Example:<br>switch(config-router-af)# end<br>```<br>Exits address family configuration mode and returns to global configuration mode.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 5-30. | • This command exits server-failure configuration mode and returns to global configuration mode.<br>```<br>switch(config-server-failure)#exit<br>switch(config)#<br>```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 640.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 508. |
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | ```<br>end<br><br>Example:<br>switch(config-router-af)# end<br>```<br>Exits address family configuration mode and returns to global configuration mode.<br><br>Cisco IOS IP Multicast Configuration Guide (2009), at 289. | • This command exits server-failure configuration mode and returns to global configuration mode.<br>```<br>switch(config-server-failure)#exit<br>switch(config)#<br>```<br><br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 640.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 508. |
| | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Configuring the LACP Fast Timer Rate**<br><br>You can change the LACP timer rate to modify the duration of the LACP timeout. Use **the lacp rate** command to set the rate at which LACP control packets are sent to an LACP-supported interface. You can change the timeout rate from the default rate (30 seconds) to the fast rate (1 second). This command is supported only on LACP-enabled interfaces.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 6-38, | **lacp rate**<br><br>The lacp rate command configures the LACP transmission interval on the configuration mode interface. The LACP timeout sets the rate at which LACP control packets are sent to an LACP-supported interface.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 478.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 395; Arista User Manual, v. 4.11.1 (1/11/13), at 340; Arista User Manual v. 4.10.3 (10/22/12), at 298; Arista User Manual v. 4.9.3.2 (5/3/12), at 275; Arista User Manual v. 4.8.2 (11/18/11), at 213. |
| Cisco NX-OS 5.2<br><br>Effective date of registration: 11/13/2014 | **Configuring the LACP Fast Timer Rate**<br><br>You can change the LACP timer rate to modify the duration of the LACP timeout. Use **the lacp rate** command to set the rate at which LACP control packets are sent to an LACP-supported interface. You can change the timeout rate from the default rate (30 seconds) to the fast rate (1 second). This command is supported only on LACP-enabled interfaces.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (June 14, 2011), at 6-333. | **lacp rate**<br><br>The lacp rate command configures the LACP transmission interval on the configuration mode interface. The LACP timeout sets the rate at which LACP control packets are sent to an LACP-supported interface.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (October 2, 2014), at 478.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 395; Arista User Manual, v. 4.11.1 (1/11/13), at 340; Arista User Manual v. 4.10.3 (10/22/12), at 298; Arista User Manual v. 4.9.3.2 (5/3/12), at 275; Arista User Manual v. 4.8.2 (11/18/11), at 213. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Step 3** `lacp rate fast`<br>**Example:**<br>`switch(config-if)# lacp rate fast`<br><br>Configures the fast rate (one second) at which LACP control packets are sent to an LACP-supported interface.<br><br>To reset the timeout rate to its default, use the **no** form of the command.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 6.x (2013), at 6-38. | **lacp rate**<br><br>The lacp rate command configures the LACP transmission interval on the configuration mode interface. The LACP timeout sets the rate at which LACP control packets are sent to an LACP-supported interface. Supported values include:<br><br>• *normal*: 30 seconds with synchronized interfaces; one second while interfaces are synchronizing.<br>• *fast*: one second.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 478.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 395; Arista User Manual, v. 4.11.1 (1/11/13), at 340; Arista User Manual v. 4.10.3 (10/22/12), at 298; Arista User Manual v. 4.9.3.2 (5/3/12), at 275; Arista User Manual v. 4.8.2 (11/18/11), at 213. |
| Cisco NX-OS 5.2<br><br>Effective date of registration: 11/13/2014 | **Step 3** `lacp rate fast`<br>**Example:**<br>`switch(config-if)# lacp rate fast`<br><br>Configures the fast rate (one second) at which LACP control packets are sent to an LACP-supported interface.<br><br>To reset the timeout rate to its default, use the **no** form of the command.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Configuration Guide, Release 5.x (June 14, 2011), at 6-34. | **lacp rate**<br><br>The lacp rate command configures the LACP transmission interval on the configuration mode interface. The LACP timeout sets the rate at which LACP control packets are sent to an LACP-supported interface. Supported values include:<br><br>• *normal*: 30 seconds with synchronized interfaces; one second while interfaces are synchronizing.<br>• *fast*: one second.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 478.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 395; Arista User Manual, v. 4.11.1 (1/11/13), at 340; Arista User Manual v. 4.10.3 (10/22/12), at 298; Arista User Manual v. 4.9.3.2 (5/3/12), at 275; Arista User Manual v. 4.8.2 (11/18/11), at 213. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Syntax Description**<br><br>ipv4 — (Optional) Configures BFD session parameters for the IPv4 address.<br>ipv6 — (Optional) Configures BFD session parameters for the IPv6 address.<br>*mintx* — Rate at which BFD control packets are sent to BFD neighbors. The configurable range is from 50 to 999.<br>**min_rx** *msec* — Specifies the rate at which BFD control packets are expected to be received from BFD neighbors. The range is from 50 to 999.<br>**multiplier** *value* — Specifies the number of consecutive BFD control packets that must be missed from a BFD neighbor before BFD declares that the neighbor is unavailable and the BFD neighbor is informed of the failure. The range is from 1 to 50.<br><br>**Defaults**<br><br>BFD interval: 50 milliseconds<br>min_rx: 50 milliseconds<br>multiplier: 3<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 6.x (2013), at 1-12. | 31.3.1   Configuring BFD on an Interface<br><br>The transmission rate for BFD control packets, the minimum rate at which control packets are expected from the peer, and the multiplier (the number of packets that must be missed in succession before BFD declares the session to be down) are all configured per interface. These values apply to all BFD sessions that pass through the interface.<br><br>The default values for these parameters are:<br><br>• transmission rate      300 milliseconds<br>• minimum receive rate    300 milliseconds<br>• multiplier      3<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1737.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1467. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip pim bfd-instance**<br><br>To enable Bidirectional Forwarding Detection (BFD) for Protocol Independent Multicast (PIM) on an interface, use the **ip pim bfd-instance** command. To return to the default setting, use the no form of this command.<br><br>**ip pim bfd-instance [disable]**<br><br>**no ip pim bfd-instance [disable]**<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 6.x (2013), at 1-251. | 31.3.2   Configuring BFD for PIM<br><br>To enable or disable bidirectional forwarding detection (BFD) globally for all protocol independent multicast (PIM) neighbors, use the **ip pim bfd** command.<br><br>To enable or disable PIM BFD on a specific interface, use the **ip pim bfd-instance** command. The interface-level configuration supercedes the global setting.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 766.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1467. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **ip pim bfd-instance**<br><br>To enable Bidirectional Forwarding Detection (BFD) for Protocol Independent Multicast (PIM) on an interface, use the **ip pim bfd-instance** command. To return to the default setting, use the no form of this command.<br><br>**ip pim bfd-instance [disable]**<br><br>**no ip pim bfd-instance [disable]**<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 5.x (2010), at 66. | 31.3.2   Configuring BFD for PIM<br><br>To enable or disable bidirectional forwarding detection (BFD) globally for all protocol independent multicast (PIM) neighbors, use the **ip pim bfd** command.<br><br>To enable or disable PIM BFD on a specific interface, use the **ip pim bfd-instance** command. The interface-level configuration supercedes the global setting.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 766.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1467. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **switchport trunk native vlan**<br><br>To change the native VLAN ID when the interface is in trunking mode, use the **switchport trunk native vlan** command. To return the native VLAN ID to VLAN 1, use the **no** form of this command.<br><br>switchport trunk native vlan *vlan-id*<br><br>no switchport trunk native vlan<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 6.x (2013), at 1-253. | To specify the port's native VLAN, use the **switchport trunk native vlan** command.<br><br>**Example**<br>• These commands configure VLAN 12 as the native VLAN trunk for Ethernet interface 10.<br><br>switch(config)#**interface ethernet 10**<br>switch(config-if-Et10)#**switchport trunk native vlan 12**<br>switch(config-if-Et10)#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 766.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 614; Arista User Manual, v. 4.11.1 (1/11/13), at 470; Arista User Manual v. 4.10.3 (10/22/12), at 390; Arista User Manual v. 4.9.3.2 (5/3/12), at 310. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **switchport trunk native vlan**<br><br>i.switchport trunk native vlan command;<br><br>To change the native VLAN ID when the interface is in trunking mode, use the **switchport trunk native vlan** command. To return the native VLAN ID to VLAN 1, use the **no** form of this command.<br><br>**switchport trunk native vlan** *vlan-id*<br><br>no switchport trunk native vlan<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 5.x (2010), at 222. | To specify the port's native VLAN, use the **switchport trunk native vlan** command.<br><br>**Example**<br>• These commands configure VLAN 12 as the native VLAN trunk for Ethernet interface 10.<br><br>switch(config)#**interface ethernet 10**<br>switch(config-if-Et10)#**switchport trunk native vlan 12**<br>switch(config-if-Et10)#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 766.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 614; Arista User Manual, v. 4.11.1 (1/11/13), at 470; Arista User Manual v. 4.10.3 (10/22/12), at 390; Arista User Manual v. 4.9.3.2 (5/3/12), at 310. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **switchport trunk native vlan**<br><br>To change the native VLAN ID when the interface is in trunking mode, use the switchport trunk native vlan command. To return the native VLAN ID to VLAN 1, use the no form of this command.<br><br>switchport trunk native vlan *vlan-id*<br><br>no switchport trunk native vlan<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 4.0 (2008), at IF-35. | To specify the port's native VLAN, use the switchport trunk native vlan command.<br><br>**Example**<br>• These commands configure VLAN 12 as the native VLAN trunk for Ethernet interface 10.<br>switch(config)#**interface ethernet 10**<br>switch(config-if-Et10)#**switchport trunk native vlan 12**<br>switch(config-if-Et10)#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 766.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 614; Arista User Manual, v. 4.11.1 (1/11/13), at 470; Arista User Manual v. 4.10.3 (10/22/12), at 390; Arista User Manual v. 4.9.3.2 (5/3/12), at 310. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to clear all the dynamic Layer 2 entries from the MAC address table for VLAN 20 on port 2/20:<br><br>switch(config)# **clear mac address-table dynamic vlan 20 interface** ethernet 2/20<br>switch(config)#<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, (2013), at 3. | **Example**<br>• This command clears all dynamic mac address table entries for port channel 5 on VLAN 34.<br>switch#**clear mac address-table dynamic vlan 34 interface port-channel 5**<br>switch#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 648.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 516; Arista User Manual, v. 4.11.1 (1/11/13), at 402; Arista User Manual v. 4.10.3 (10/22/12), at 333; Arista User Manual v. 4.9.3.2 (5/3/12), at 316. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to clear all the dynamic Layer 2 entries from the MAC address table for VLAN 20 on port 2/20:<br><br>switch(config)# **clear mac address-table dynamic vlan 20 interface** ethernet 2/20<br>switch(config)#<br><br>Cisco NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-2-L2-3. | **Example**<br>• This command clears all dynamic mac address table entries for port channel 5 on VLAN 34.<br>switch#**clear mac address-table dynamic vlan 34 interface port-channel 5**<br>switch#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 648.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 516; Arista User Manual, v. 4.11.1 (1/11/13), at 402; Arista User Manual v. 4.10.3 (10/22/12), at 333; Arista User Manual v. 4.9.3.2 (5/3/12), at 316. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to clear all the dynamic Layer 2 entries from the MAC address table for VLAN 20 on port 2/20:<br><br>`switch(config)#` `clear mac address-table dynamic vlan 20 interface` `ethernet 2/20`<br>`switch(config)#`<br><br>Cisco NX-OS Layer 2 Switching Command Reference, Release 4.0 (2008), at L2-2-L2-3. | **Example**<br>• This command clears all dynamic mac address table entries for port channel 5 on VLAN 34.<br><br>`switch#` `clear mac address-table dynamic vlan 34 interface` `port-channel 5`<br>`switch#`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 648.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 516; Arista User Manual, v. 4.11.1 (1/11/13), at 402; Arista User Manual v. 4.10.3 (10/22/12), at 333; Arista User Manual v. 4.9.3.2 (5/3/12), at 316. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Usage Guidelines** Rapid per VLAN Spanning Tree Plus (Rapid PVST+) and Multiple Spanning Tree (MST) have built-in compatibility mechanisms that allow them to interact properly with other versions of IEEE spanning tree or other regions. For example, a bridge running Rapid PVST+ can send 802.1D bridge protocol data units (BPDUs) on one of its ports when it is connected to a legacy bridge. An MST bridge can detect that a port is at the boundary of a region when it receives a legacy BPDU or an MST BPDU that is associated with a different region.<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 6.x (2013), at 5. | 20.2.1.4   Version Interoperability<br>A network can contain switches running different spanning tree versions. The common spanning tree (CST) is a single forwarding path the switch calculates for STP, RSTP, MSTP, and Rapid-PVST topologies in networks containing multiple spanning tree variations.<br>In multi-instance topologies, the following instances correspond to the CST<br>• Rapid-PVST: VLAN 1<br>• MST: IST (instance 0)<br>RSTP and MSTP are compatible with other spanning tree versions:<br>• An RSTP bridge sends 802.1D (original STP) BPDUs on ports connected to an STP bridge.<br>• RSTP bridges operating in 802.1D mode remain in 802.1D mode even after all STP bridges are removed from their links.<br>• An MST bridge can detect that a port is at a region boundary when it receives an STP BPDU or an MST BPDU from a different region.<br>• MST ports assume they are boundary ports when the bridges to which they connect join the same region.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 953.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 831; Arista User Manual, v. 4.11.1 (1/11/13), at 649; Arista User Manual v. 4.10.3 (10/22/12), at 563; Arista User Manual v. 4.9.3.2 (5/3/12), at 483; Arista User Manual v. 4.8.2 (11/18/11), at 357; Arista User Manual v. 4.7.3 (7/18/11), at 231. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Usage Guidelines**   Rapid per VLAN Spanning Tree Plus (Rapid PVST+) and Multiple Spanning Tree (MST) have built-in compatibility mechanisms that allow them to interact properly with other versions of IEEE spanning tree or other regions. For example, a bridge running Rapid PVST+ can send 802.1D bridge protocol data units (BPDUs) on one of its ports when it is connected to a legacy bridge. An MST bridge can detect that a port is at the boundary of a region when it receives a legacy BPDU or an MST BPDU that is associated with a different region.<br><br>Cisco NX-OS Layer 2 Switching Command Reference, Release 5.0 (2010), at L2-5. | 20.2.1.4    Version Interoperability<br>A network can contain switches running different spanning tree versions. The common spanning tree (CST) is a single forwarding path the switch calculates for STP, RSTP, MSTP, and Rapid-PVST topologies in networks containing multiple spanning tree variations.<br><br>In multi-instance topologies, the following instances correspond to the CST<br>• Rapid-PVST: VLAN 1<br>• MST IST (instance 0)<br><br>RSTP and MSTP are compatible with other spanning tree versions:<br>• An RSTP bridge sends 802.1D (original STP) BPDUs on ports connected to an STP bridge.<br>• RSTP bridges operating in 802.1D mode remain in 802.1D mode even after all STP bridges are removed from their links.<br>• An MST bridge can detect that a port is at a region boundary when it receives an STP BPDU or an MST BPDU from a different region.<br>• MST ports assume they are boundary ports when the bridges to which they connect join the same region.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 953.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 831; Arista User Manual, v. 4.11.1 (1/11/13), at 649; Arista User Manual v. 4.10.3 (10/22/12), at 563; Arista User Manual v. 4.9.3.2 (5/3/12), at 483; Arista User Manual v. 4.8.2 (11/18/11), at 357; Arista User Manual v. 4.7.3 (7/18/11), at 231. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **Usage Guidelines** Rapid per VLAN Spanning Tree Plus (Rapid PVST+) and Multiple Spanning Tree (MST) have built-in compatibility mechanisms that allow them to interact properly with other versions of IEEE spanning tree or other regions. For example, a bridge running Rapid PVST+ can send 802.1D bridge protocol data units (BPDUs) on one of its ports when it is connected to a legacy bridge. An MST bridge can detect that a port is at the boundary of a region when it receives a legacy BPDU or an MST BPDU that is associated with a different region.<br><br>Cisco NX-OS Layer 2 Switching Command Reference, Release 4.0 (2008), at L2-5. | 20.2.1.4    Version Interoperability<br><br>A network can contain switches running different spanning tree versions. The common spanning tree (CST) is a single forwarding path the switch calculates for STP, RSTP, MSTP, and Rapid-PVST topologies in networks containing multiple spanning tree variations.<br><br>In multi-instance topologies, the following instances correspond to the CST<br><br>• Rapid-PVST: VLAN 1<br>• MST: IST (instance 0)<br><br>RSTP and MSTP are compatible with other spanning tree versions:<br><br>• An RSTP bridge sends 802.1D (original STP) BPDUs on ports connected to an STP bridge.<br>• RSTP bridges operating in 802.1D mode remain in 802.1D mode even after all STP bridges are removed from their links.<br>• An MST bridge can detect that a port is at a region boundary when it receives an STP BPDU or an MST BPDU from a different region.<br>• MST ports assume they are boundary ports when the bridges to which they connect join the same region.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 953.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 831; Arista User Manual, v. 4.11.1 (1/11/13), at 649; Arista User Manual v. 4.10.3 (10/22/12), at 563; Arista User Manual v. 4.9.3.2 (5/3/12), at 483; Arista User Manual v. 4.8.2 (11/18/11), at 357; Arista User Manual v. 4.7.3 (7/18/11), at 231. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to add a static entry to the MAC address table:<br><br>`switch(config)# mac address-table static 0050.3e8d.6400 vlan 3 interface ethernet 2/1`<br>`switch(config)#`<br><br>**Related Commands**    Command    Description<br><br>show mac address-table    Displays information about the MAC address table.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 20. | The mac address-table static command adds a static entry to the MAC address table.<br><br>Example<br><br>• This command adds a static entry for unicast MAC address 0012.3694.03ec to the MAC address table.<br><br>`switch(config)#mac address-table static 0012.3694.03ec vlan 3 interface Ethernet 7`<br>`switch(config)#show mac address-table static`<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 624.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 494; Arista User Manual, v. 4.11.1 (1/11/13), at 427-28; Arista User Manual, v. 4.11.1 (1/11/13), at; Arista User Manual v. 4.10.3 (10/22/12), at 331; Arista User Manual v. 4.9.3.2 (5/3/12), at 321-22. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to add a static entry to the MAC address table.<br>switch(config)# mac address-table static 0050.3e8d.6400 vlan 3 interface ethernet 2/1<br>switch(config)#<br><br>**Related Commands**  Command    Description<br>show mac address-table    Displays information about the MAC address table.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x  (2010), at L2-18. | The mac address-table static command adds a static entry to the MAC address table.<br><br>**Example**<br>• This command adds a static entry for unicast MAC address 0012.3694.03ec to the MAC address table.<br>switch(config)#mac address-table static 0012.3694.03ec vlan 3 interface Ethernet 7<br>switch(config)#show mac address-table static<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 624.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 494; Arista User Manual, v. 4.11.1 (1/11/13), at 427-28; Arista User Manual, v. 4.11.1 (1/11/13), at; Arista User Manual v. 4.10.3 (10/22/12), at 331; Arista User Manual v. 4.9.3.2 (5/3/12), at 321-22. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to add a static entry to the MAC address table.<br>switch(config)# mac address-table static 0050.3e8d.6400 vlan 3 interface ethernet 2/1<br>switch(config)#<br><br>**Related Commands**  Command    Description<br>show mac address-table    Displays information about the MAC address table.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.0 (2008), at L2-13. | The mac address-table static command adds a static entry to the MAC address table.<br><br>**Example**<br>• This command adds a static entry for unicast MAC address 0012.3694.03ec to the MAC address table.<br>switch(config)#mac address-table static 0012.3694.03ec vlan 3 interface Ethernet 7<br>switch(config)#show mac address-table static<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 624.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 494; Arista User Manual, v. 4.11.1 (1/11/13), at 427-28; Arista User Manual, v. 4.11.1 (1/11/13), at; Arista User Manual v. 4.10.3 (10/22/12), at 331; Arista User Manual v. 4.9.3.2 (5/3/12), at 321-22. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — show spanning-tree mst configuration — **Description** Displays information about the MST protocol.<br>spanning-tree mst configuration — Enters MST configuration submode.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 24. | **show spanning-tree mst configuration**<br><br>The show spanning-tree mst configuration command displays information about the MST region's VLAN-to-instance mapping. The command provides two display options:<br><br>• **default**  displays a table that lists the instance to VLAN map.<br>• **digest**  displays the configuration digest.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 991.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 869; Arista User Manual, v. 4.11.1 (1/11/13), at 687; Arista User Manual v. 4.10.3 (10/22/12), at 601; Arista User Manual v. 4.9.3.2 (5/3/12), at 520; Arista User Manual v. 4.8.2 (11/18/11), at 394; Arista User Manual v. 4.7.3 (7/18/11), at 283. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — show spanning-tree mst configuration — **Description** Displays information about the MST protocol.<br>spanning-tree mst configuration — Enters MST configuration submode.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-26. | **show spanning-tree mst configuration**<br><br>The show spanning-tree mst configuration command displays information about the MST region's VLAN-to-instance mapping. The command provides two display options:<br><br>• **default**  displays a table that lists the instance to VLAN map.<br>• **digest**  displays the configuration digest.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 991.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 869; Arista User Manual, v. 4.11.1 (1/11/13), at 687; Arista User Manual v. 4.10.3 (10/22/12), at 601; Arista User Manual v. 4.9.3.2 (5/3/12), at 520; Arista User Manual v. 4.8.2 (11/18/11), at 394; Arista User Manual v. 4.7.3 (7/18/11), at 283. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| show spanning-tree mst configuration | Displays information about the MST protocol. |<br>| spanning-tree mst configuration | Enters MST configuration submode. |<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-17. | **show spanning-tree mst configuration**<br><br>The show spanning-tree mst configuration command displays information about the MST region's VLAN-to-instance mapping. The command provides two display options:<br><br>• **default** displays a table that lists the instance to VLAN map.<br>• **digest** displays the configuration digest.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 991.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 869; Arista User Manual, v. 4.11.1 (1/11/13), at 687; Arista User Manual v. 4.10.3 (10/22/12), at 601; Arista User Manual v. 4.9.3.2 (5/3/12), at 520; Arista User Manual v. 4.8.2 (11/18/11), at 394; Arista User Manual v. 4.7.3 (7/18/11), at 283. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display VTP interface switchport information on the device:<br><br>```<br>switch# show interface switchport<br>Name: Ethernet8/11<br>  Switchport: Enabled<br>  Switchport Monitor: Not enabled<br>  Operational Mode: trunk<br>  Access Mode VLAN: 1 (default)<br>  Trunking Native Mode VLAN: 1 (default)<br>  Trunking VLANs Enabled: 1,10,20-30<br>  Pruning VLANs Enabled: 2-1001<br>  Administrative private-vlan primary host-association: none<br>  Administrative private-vlan secondary host-association: none<br>  Administrative private-vlan primary mapping: none<br>  Administrative private-vlan secondary mapping: none<br>  Administrative private-vlan trunk native VLAN: none<br>  Administrative private-vlan trunk encapsulation: dot1q<br>  Administrative private-vlan trunk normal VLANs: none<br>  Administrative private-vlan trunk private VLANs: none<br>  Operational private-vlan: none<br>switch#<br>```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 44. | **Example**<br><br>• These commands create the trunk mode allowed VLAN list of 6-10 for Ethernet interface 14, then verifies the VLAN list.<br><br>```<br>switch(config)#interface ethernet 14<br>switch(config-if-Et14)#switchport trunk allowed vlan 6-10<br>switch(config-if-Et14)#show interfaces ethernet 14 switchport<br>Name: Et14<br>  Switchport: Enabled<br>  Administrative Mode: trunk<br>  Operational Mode: trunk<br>  Access Mode VLAN: 1 (inactive)<br>  Trunking Native Mode VLAN: 1 (inactive)<br>  Administrative Native VLAN tagging: disabled<br>  Trunking VLANs Enabled: 6-10<br>  Trunk Groups:<br><br>switch(config-if-Et14)#<br>```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 798.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 645; Arista User Manual, v. 4.11.1 (1/11/13), at 498; Arista User Manual v. 4.10.3 (10/22/12), at 416; Arista User Manual v. 4.9.3.2 (5/3/12), at 355. |
|  |  |  |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples** This example shows how to display information about the specified VLAN. This command displays statistical information gathered on the VLAN at 1-minute intervals:<br><br>```<br>switch# show interface vlan 5<br>Vlan5 is administratively down, line protocol is down<br>  Hardware is EtherSVI, address is 0000.0000.0000<br>  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,<br>    reliability 255/255, txload 1/255, rxload 1/255<br>  Encapsulation ARPA, loopback not set<br>  Keepalive not supported<br>  ARP type: ARPA<br>  Last clearing of "show interface" counters 01:21:55<br>  1 minute input rate 0 bytes/sec, 0 packets/sec<br>  1 minute output rate 0 bytes/sec, 0 packets/sec<br>  L3 Switched:<br>    input: 0 pkts, 0 bytes - output: 0 pkts, 0 bytes<br>  L3 in Switched:<br>    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes<br>  L3 out Switched:<br>    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes<br>```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 49. | **Example**<br><br>• This command display configuration and status information for Ethernet interface 1 and 2.<br><br>```<br>switch>show interfaces ethernet 1-2<br>Ethernet1 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2481.7647 (bia 001c.2481.7647)<br>  Description: mkt.1<br>  MTU 9212 bytes, BW 10000000 Kbit<br>  Full-duplex, 10Gb/s, auto negotiation: off<br>  Last clearing of "show interface" counters never<br>  5 seconds input rate 93.5 Mbps (0.3% with framing), 846 packets/sec<br>  5 seconds output rate 180 kbps (0.0% with framing), 55 packets/sec<br>    76437268 packets input, 94280286608 bytes<br>    Received 2208 broadcasts, 73358 multicast<br>    0 runts, 0 giants<br>    0 input errors, 0 CRC, 0 alignment, 0 symbol<br>    0 PAUSE input<br>    6184281 packets output, 4071319140 bytes<br>    Sent 2209 broadcasts, 345754 multicast<br>    0 output errors, 0 collisions<br>    0 late collision, 0 deferred<br>    0 PAUSE output<br>```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 437.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Examples**<br>This example shows how to display information about the specified VLAN. This command displays statistical information gathered on the VLAN at 1-minute intervals:<br><br>```<br>switch# show interface vlan 5<br>Vlan5 is administratively down, line protocol is down<br>  Hardware is EtherSVI, address is 0000.0000.0000<br>  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,<br>    reliability 255/255, txload 1/255, rxload 1/255<br>  Encapsulation ARPA, loopback not set<br>  Keepalive not supported<br>  ARP type: ARPA<br>  Last clearing of "show interface" counters 01:21:55<br>  1 minute input rate 0 bytes/sec, 0 packets/sec<br>  1 minute output rate 0 bytes/sec, 0 packets/sec<br>  L3 Switched:<br>    input: 0 pkts, 0 bytes - output: 0 pkts, 0 bytes<br>  L3 in Switched:<br>    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes<br>  L3 out Switched:<br>    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes<br>```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at 46. | **Example**<br>• This command display configuration and status information for Ethernet interface 1 and 2.<br><br>```<br>switch#show interfaces ethernet 1-2<br>Ethernet1 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2481.7647 (bia 001c.2481.7647)<br>  Description: mkt.1<br>  MTU 9212 bytes, BW 10000000 Kbit<br>  Full-duplex, 10Gb/s, auto negotiation: off<br>  Last clearing of "show interface" counters never<br>  5 seconds input rate 93.5 Mbps (0.3% with framing), 846 packets/sec<br>  5 seconds output rate 180 kbps (0.0% with framing), 55 packets/sec<br>    76437268 packets input, 94280286608 bytes<br>    Received 2208 broadcasts, 73358 multicast<br>    0 runts, 0 giants<br>    0 input errors, 0 CRC, 0 alignment, 0 symbol<br>    0 PAUSE input<br>    6184281 packets output, 4071319140 bytes<br>    Sent 2209 broadcasts, 345754 multicast<br>    0 output errors, 0 collisions<br>    0 late collision, 0 deferred<br>    0 PAUSE output<br>```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 437.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show mac address-table**<br><br>To display the information about the MAC address table use the show mac address-table command.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 54. | **14.3.2    Displaying the MAC Address Table**<br><br>The show mac address-table command displays the specified MAC address table entries.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 626.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 496; Arista User Manual, v. 4.11.1 (1/11/13), at 402; Arista User Manual v. 4.10.3 (10/22/12), at 360; Arista User Manual v. 4.9.3.2 (5/3/12), at 333. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0 Effective date of registration: 11/13/2014 | **show mac address-table**<br><br>To display the information about the MAC address table use the show mac address-table command.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L-51. | 14.3.2    Displaying the MAC Address Table<br><br>The show mac address-table command displays the specified MAC address table entries.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 626.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 496; Arista User Manual, v. 4.11.1 (1/11/13), at 402; Arista User Manual v. 4.10.3 (10/22/12), at 360; Arista User Manual v. 4.9.3.2 (5/3/12), at 333. |
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **Command**     **Description**<br>mac address-table static    Adds static entries to the MAC address table or configures a static MAC address with IGMP snooping disabled for that address.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 40. | **mac address-table static**<br><br>The mac address-table static command adds a static entry to the MAC address table. Each table entry references a MAC address, a VLAN, and a list of layer 2 (Ethernet or pprt channel) ports. The table supports three entry types: unicast drop, unicast, and multicast.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 664<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 532; Arista User Manual, v. 4.11.1 (1/11/13), at 427. |
| Cisco NX-OS 5.0 Effective date of registration: 11/13/2014 | **Command**     **Description**<br>mac address-table static    Adds static entries to the MAC address table or configures a static MAC address with IGMP snooping disabled for that address.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2013), at L2-53. | **mac address-table static**<br><br>The mac address-table static command adds a static entry to the MAC address table. Each table entry references a MAC address, a VLAN, and a list of layer 2 (Ethernet or pprt channel) ports. The table supports three entry types: unicast drop, unicast, and multicast.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 664<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 532; Arista User Manual, v. 4.11.1 (1/11/13), at 427. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 5.1<br><br>Effective date of registration: 11/28/2014 | **Command** **Description**<br>mac address-table static    Adds static entries to the MAC address table or configures a static MAC address with IGMP snooping disabled for that address.<br><br>Cisco IOS Security Command Reference (2010), at SEC-2374. | **mac address-table static**<br><br>The mac address-table static command adds a static entry to the MAC address table. Each table entry references a MAC address, a VLAN, and a list of layer 2 (Ethernet or pport channel) ports. The table supports three entry types: unicast drop, unicast, and multicast.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 664<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 532; Arista User Manual, v. 4.11.1 (1/11/13), at 427. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Command** **Description**<br>mac address-table aging-time    Configures the aging time for entries in the Layer 2 table.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 57. | The mac address-table aging-time command configures the aging time for MAC address table dynamic entries. Aging time defines the period an entry is in the table, as measured from the most recent reception of a frame on the entry's VLAN from the specified MAC address. The switch removes entries when their presence in the MAC address table exceeds the aging time.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 662<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 496; Arista User Manual, v. 4.11.1 (1/11/13), at 426; Arista User Manual v. 4.10.3 (10/22/12), at 332; Arista User Manual v. 4.9.3.2 (5/3/12), at 320. |
| Cisco IOS 5.1<br><br>Effective date of registration: 11/28/201 | **Command** **Description**<br>mac address-table aging-time    Configures the aging time for entries in the Layer 2 table.<br><br>Cisco IOS Security Command Reference (2010), at SEC-2374. | The mac address-table aging-time command configures the aging time for MAC address table dynamic entries. Aging time defines the period an entry is in the table, as measured from the most recent reception of a frame on the entry's VLAN from the specified MAC address. The switch removes entries when their presence in the MAC address table exceeds the aging time.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 662<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 496; Arista User Manual, v. 4.11.1 (1/11/13), at 426; Arista User Manual v. 4.10.3 (10/22/12), at 332; Arista User Manual v. 4.9.3.2 (5/3/12), at 320. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Command**     **Description**<br>mac address-table aging-time    Configures the aging time for entries in the Layer 2 table.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L-54. | The mac address-table aging-time command configures the aging time for MAC address table dynamic entries. Aging time defines the period an entry is in the table, as measured from the most recent reception of a frame on the entry's VLAN from the specified MAC address. The switch removes entries when their presence in the MAC address table exceeds the aging time.<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 662<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 496; Arista User Manual, v. 4.11.1 (1/11/13), at 426; Arista User Manual v. 4.10.3 (10/22/12), at 332; Arista User Manual v. 4.9.3.2 (5/3/12), at 320. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to display STP when you are running Rapid PVST+:<br><br>```
switch# show spanning-tree

VLAN0001
Spanning tree enabled protocol rstp
Root ID    Priority    32769
           Address     0000.eca3.9f01
           Cost        4
           Port        4105 (port-channel10)
           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

Bridge ID  Priority    32769  (priority 32768 sys-id-ext 1)
           Address     0022.5579.7641
           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role Sts Cost       Prio.Nbr Type

Po10             Root FWD 2          128.4105 (VPC peer-link) P2p
Po20             Desg FWD 1          128.4115 (VPC) P2p
Po30             Root FWD 1          128.4125 (VPC) P2p
```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, (2013), at 63. | Show commands (such as show spanning-tree) displays the RSTP instance as MST0 (MST instance 0).<br><br>**Example**<br>• This command, while the switch is in RST mode, displays RST instance information.<br><br>```
switch(config)#show spanning-tree
MST0                                        <---RSTP mode indicator
Spanning tree enabled protocol rstp
Root ID    Priority    32768
           Address     001c.730c.1867
           This bridge is the root

Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)
           Address     001c.730c.1867
           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role       State      Cost      Prio.Nbr Type

Et51             designated forwarding 2000      128.51   P2p

switch(config)#
```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 960.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 838; Arista User Manual, v. 4.11.1 (1/11/13), at 656; Arista User Manual v. 4.10.3 (10/22/12), at 570; Arista User Manual v. 4.9.3.2 (5/3/12), at 490; Arista User Manual v. 4.8.2 (11/18/11), at 364; Arista User Manual v. 4.7.3 (7/18/11), at 238; Arista User Manual v. 4.6.0 (12/22/2010), at 268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration:<br>11/13/2014 | **Examples**   This example shows how to display STP when you are running Rapid PVST+:<br><br>`switch# show spanning-tree`<br><br>VLAN0001<br>Spanning tree enabled protocol rstp<br>Root ID    Priority    32769<br>           Address     000d.eca3.9f01<br>           Cost        4<br>           Port        4105 (port-channel10)<br>           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32769  (priority 32768 sys-id-ext 1)<br>           Address     0022.5579.7641<br>           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role Sts Cost      Prio.Nbr Type<br><br>Po10             Root FWD 2         128.4105 (VPC peer-link) P2p<br>Po20             Desg FWD 1         128.4115 (VPC) P2p<br>Po30             Root FWD 1         128.4125 (VPC) P2p<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L59-60. | Show commands (such as show spanning-tree) displays the RSTP instance as MST0 (MST instance 0).<br><br>**Example**<br>• This command, while the switch is in RST mode, displays RST instance information.<br><br>`switch(config)#show spanning-tree`<br>MST0<br>Spanning tree enabled protocol rstp        <---RSTP mode indicator<br>Root ID    Priority    32768<br>           Address     001c.730c.1867<br>           This bridge is the root<br><br>Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>           Address     001c.730c.1867<br>           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role      State      Cost     Prio.Nbr Type<br><br>Et51             designated forwarding 2000     128.51   P2p<br><br>switch(config)#<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 960.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 838; Arista User Manual, v. 4.11.1 (1/11/13), at 656; Arista User Manual v. 4.10.3 (10/22/12), at 570; Arista User Manual v. 4.9.3.2 (5/3/12), at 490; Arista User Manual v. 4.8.2 (11/18/11), at 364; Arista User Manual v. 4.7.3 (7/18/11), at 238; Arista User Manual v. 4.6.0 (12/22/2010), at 268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | This example shows how to display STP information when you are running MST:

```
switch# show spanning-tree

MST0000
  Spanning tree enabled protocol mstp
  Root ID    Priority    32768
             Address     0018.bad8.fc150
             Cost        0
             Port        258 (Ethernet 2/2)
             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority    32768 (priority 32768 sys-id-ext 0)
             Address     0018.bad8.239d
             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role Sts Cost      Prio.Nbr  Type
---------------- ---- --- --------- --------  --------------------
Eth2/1           Altn BKN 20000     128.257   Network, P2p  BA_inc.
Eth2/2           Root FWD 20000     128.258   Edge, P2p
Eth3/48          Desg FWD 20000     128.43228 P2p
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 64 | This command displays output from the show spanning-tree command:

```
Switch# show spanning-tree

MST0
  Spanning tree enabled protocol mstp
  Root ID    Priority    32768
             Address     0011.2201.0301
             This bridge is the root

  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)
             Address     0011.2201.0301
             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role       State       Cost      Prio.Nbr  Type
---------------- ---------- ----------- --------- --------  -----------
Et4                         designated  forwarding 2000     128.4     P2p
Et5                         designated  forwarding 2000     128.5     P2p
...
PEt4                        designated  forwarding 2000     128.31    P2p
PEt5                        designated  forwarding 2000     128.44    P2p
...
Po3                         designated  forwarding 1999     128.1003  P2p
```

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 861; Arista User Manual, v. 4.11.1 (1/11/13), at 679; Arista User Manual v. 4.10.3 (10/22/12), at 593; Arista User Manual v. 4.9.3.2 (5/3/12), at 512; Arista User Manual v. 4.8.2 (11/18/11), at 386; Arista User Manual v. 4.7.3 (7/18/11), at 275; Arista User Manual v. 4.6.0 (12/22/2010), at 295 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to display STP information when you are running MST:<br><br>`switch# show spanning-tree`<br><br>```<br>MST0000<br>  Spanning tree enabled protocol mstp<br>  Root ID    Priority    32768<br>             Address     0018.bad8.fc150<br>             Cost        0<br>             Port        258 (Ethernet 2/2)<br>             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>  Bridge ID  Priority    32768 (priority 32768 sys-id-ext 0)<br>             Address     0018.bad8.239d<br>             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface         Role Sts Cost      Prio.Nbr Type<br>---------------- ---- --- --------- -------- --------------------------<br>Eth2/1           Altn BKN 20000     128.257  Network, P2p    BA_Inc.<br>Eth2/2           Root FWD 20000     128.258  Edge, P2p<br>Eth3/48          Desg FWD 20000     128.43228 P2p<br>```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-59:L2-61 | This command displays output from the show spanning-tree command:<br><br>`Switch# show spanning-tree`<br><br>```<br>MST0<br>  Spanning tree enabled protocol mstp<br>  Root ID    Priority    32768<br>             Address     0011.2201.0301<br>             This bridge is the root<br><br>  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>             Address     0011.2201.0301<br>             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface         Role       State      Cost      Prio.Nbr Type<br>---------------- ---------- ---------- --------- -------- --------------------------<br>Et4                         designated forwarding 2000      128.4    P2p<br>Et5                         designated forwarding 2000      128.5    P2p<br>...<br>PEt4                        designated forwarding 2000      128.31   P2p<br>PEt5                        designated forwarding 2000      128.44   P2p<br>...<br>Po3                         designated forwarding 1999      128.1003 P2p<br>```<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 861; Arista User Manual, v. 4.11.1 (1/11/13), at 679; Arista User Manual v. 4.10.3 (10/22/12), at 593; Arista User Manual v. 4.9.3.2 (5/3/12), at 512; Arista User Manual v. 4.8.2 (11/18/11), at 386; Arista User Manual v. 4.7.3 (7/18/11), at 275; Arista User Manual v. 4.6.0 (12/22/2010), at 295 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | ```
Spanning tree enabled protocol rstp
Root ID    Priority    32770
           Address     000d.eca3.9f01
           Cost        4
           Port        4105 (port-channel10)
           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

Bridge ID  Priority    32770  (priority 32768 sys-id-ext 2)
           Address     0022.5579.7641
           Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role Sts Cost       Prio.Nbr Type
---------------- ---- --- ---------  -------- --------------------------
Po10             Root FWD 2          128.4105 (vPC peer-link) P2p
Po20             Desg FWD 1          128.4115 (vPC) P2p
Po30             Root FWD 1          128.4125 (vPC) P2p
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference at 67 | ```
Spanning tree enabled protocol rstp
Root ID    Priority    32768
           Address     001c.7301.07b9
           Cost        1999 (Ext) 0 (Int)
           Port        101 (Port-Channel12)
           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec

Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)
           Address     001c.7304.195b
           Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role     State       Cost      Prio.Nbr Type
---------------- -------- ----------- --------  -------- --------
Et4                       designated  forwarding 20000    128.4   P2p
Et5                       designated  forwarding 20000    128.5   P2p
Et6                       designated  forwarding 20000    128.6   P2p
Et23                      designated  forwarding 20000    128.23  P2p
Et26                      designated  forwarding 20000    128.26  P2p
Et32                      designated  forwarding 2000     128.32  P2p
```

Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 861; Arista User Manual, v. 4.11.1 (1/11/13), at 679; Arista User Manual v. 4.10.3 (10/22/12), at 593; Arista User Manual v. 4.9.3.2 (5/3/12), at 512; Arista User Manual v. 4.8.2 (11/18/11), at 386; Arista User Manual v. 4.7.3 (7/18/11), at 275; Arista User Manual v. 4.6.0 (12/22/2010), at 268 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | Spanning tree enabled protocol rstp<br>Root ID    Priority    32770<br>          Address     000d.eca3.9f01<br>          Cost        4<br>          Port        4105 (port-channel10)<br>          Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32770  (priority 32768 sys-id-ext 2)<br>          Address     0022.5579.7641<br>          Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface         Role Sts Cost      Prio.Nbr Type<br>---------------- ---- --- --------- -------- ----<br>Po10              Root FWD 2         128.4105 (vPC peer-link) P2p<br>Po20              Desg FWD 1         128.4115 (vPC) P2p<br>Po30              Root FWD 1         128.4125 (vPC) P2p<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-59:L2-64 | Spanning tree enabled protocol rstp<br>Root ID    Priority    32768<br>          Address     001c.7301.07b9<br>          Cost        1999 (Ext) 0 (Int)<br>          Port        101 (Port-Channel2)<br>          Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>          Address     001c.7304.195b<br>          Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface         Role      State      Cost      Prio.Nbr Type<br>---------------- -------- ---------- --------- -------- ----<br>Et4                designated forwarding 20000     128.4    P2p<br>Et5                designated forwarding 20000     128.5    P2p<br>Et6                designated forwarding 20000     128.6    P2p<br>Et23               designated forwarding 20000     128.23   P2p<br>Et26               designated forwarding 20000     128.26   P2p<br>Et32               designated forwarding 2000      128.32   P2p<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 861; Arista User Manual, v. 4.11.1 (1/11/13), at 679; Arista User Manual v. 4.10.3 (10/22/12), at 593; Arista User Manual v. 4.9.3.2 (5/3/12), at 512; Arista User Manual v. 4.8.2 (11/18/11), at 386; Arista User Manual v. 4.7.3 (7/18/11), at 275; Arista User Manual v. 4.6.0 (12/22/2010), at 268 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display detailed information about the STP configuration:<br><br>`switch(config)# show spanning-tree detail`<br><br>VLAN0001 is executing the rstp compatible Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 1, address 0022.5579.7641<br>  Configured hello time 2, max age 20, forward delay 15<br>  Current root has priority 32769, address 000d.eca3.9f01<br>  Root port is 4105 (port-channel10), cost of root path is 4<br>  Topology change flag not set, detected flag not set<br>  Number of topology changes 1 last change occurred 20:24:36 ago<br>          from port-channel10<br>  Times:   hold 1, topology change 35, notification 2<br>           hello 2, max age 20, forward delay 15<br>  Timers:  hello 0, topology change 0, notification 0<br><br>Port 4105 (port-channel10, vPC Peer-link) of VLAN0001 is root forwarding<br>   Port path cost 2, Port priority 128, Port Identifier 128.4105<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 0022.5579.7341<br>   Designated port id is 128.4105, designated path cost 2<br>   Timers: message age 16, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default<br><br>   BPDU: sent 36729, received 36739<br><br>Port 4115 (port-channel20, vPC) of VLAN0001 is designated forwarding<br>   Port path cost 1, Port priority 128, Port Identifier 128.4115<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 0022.5579.7341<br>   Designated port id is 128.4115, designated path cost 2<br>   Timers: message age 0, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 0<br>   Link type is point-to-point by default<br>   BPDU: sent 0, received 0<br><br>Port 4125 (port-channel30, vPC) of VLAN0001 is root forwarding<br>   Port path cost 1, Port priority 128, Port Identifier 128.4125<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 000d.eca3.9f01<br>   Designated port id is 128.4125, designated path cost 0<br>   Timers: message age 0, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default<br>   BPDU: sent 0, received 0<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 74-75Release 6.x (2013), at 73 | • This command displays STP data, including an information block for each interface running STP.<br><br>`switch>show spanning-tree vlan 1000 detail`<br>MST0 is executing the rstp Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 0, address 001c.7304.195b<br>  Configured hello time 2.000, max age 20, forward delay 15, transmit hold-count 6<br>  Current root has priority 32768, address 001c.7301.07b9<br>  Root port is 101 (Port-Channel2), cost of root path is 1999 (Ext) 0 (Int)<br>  Number of topology changes 4109 last change occurred 1292651 seconds ago<br>          from Ethernet13<br><br>Port 4 (Ethernet4) of MST0 is designated forwarding<br>   Port path cost 20000, Port priority 128, Port Identifier 128.4.<br>   Designated root has priority 32768, address 001c.7301.07b9<br>   Designated bridge has priority 32768, address 001c.7304.195b<br>   Designated port id is 128.4, designated path cost 1999 (Ext) 0 (Int)<br>   Timers: message age 1, forward delay 15, hold 20<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default, Internal<br>   BPDU: sent 452252, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>Port 5 (Ethernet5) of MST0 is designated forwarding<br>   Port path cost 20000, Port priority 128, Port Identifier 128.5.<br>   Designated root has priority 32768, address 001c.7301.07b9<br>   Designated bridge has priority 32768, address 001c.7304.195b<br>   Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)<br>   Timers: message age 1, forward delay 15, hold 20<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default, Internal<br>   BPDU: sent 1006266, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 984.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 862; Arista User Manual, v. 4.11.1 (1/11/13), at 680; Arista User Manual v. 4.10.3 (10/22/12), at 594; Arista User Manual v. 4.9.3.2 (5/3/12), at 513; Arista User Manual v. 4.8.2 (11/18/11), at 387; Arista User Manual v. 4.7.3 (7/18/11), at 276. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | This example shows how to display detailed information about the STP configuration:<br><br>`switch(config)# show spanning-tree detail`<br><br>VLAN0001 is executing the rstp compatible Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 1, address 0022.5579.7641<br>  Configured hello time 2, max age 20, forward delay 15<br>  Current root has priority 32769, address 000d.eca3.9f01<br>  Root port is 4105 (port-channel10), cost of root path is 4<br>  Topology change flag not set, detected flag not set<br>  Number of topology changes 1 last change occurred 20:24:36 ago<br>          from port-channel10<br>  Times:   hold 1, topology change 35, notification 2<br>           hello 2, max age 20, forward delay 15<br>  Timers: hello 0, topology change 0, notification 0<br><br>Port 4105 (port-channel10, vPC Peer-link) of VLAN0001 is root forwarding<br>   Port path cost 2, Port priority 128, Port Identifier 128.4105<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 0022.5579.7341<br>   Designated port id is 128.4105, designated path cost 2<br>   Timers: message age 16, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default<br><br>   BPDU: sent 36729, received 36739<br><br>Port 4115 (port-channel20, vPC) of VLAN0001 is designated forwarding<br>   Port path cost 1, Port priority 128, Port Identifier 128.4115<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 0022.5579.7341<br>   Designated port id is 128.4115, designated path cost 2<br>   Timers: message age 0, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 0<br>   Link type is point-to-point by default<br>   BPDU: sent 0, received 0<br><br>Port 4125 (port-channel30, vPC) of VLAN0001 is root forwarding<br>   Port path cost 1, Port priority 128, Port Identifier 128.4125<br>   Designated root has priority 32769, address 000d.eca3.9f01<br>   Designated bridge has priority 32769, address 000d.eca3.9f01<br>   Designated port id is 128.4125, designated path cost 0<br>   Timers: message age 0, forward delay 0, hold 0<br>   Number of transitions to forwarding state: 1<br>   Link type is point-to-point by default<br>   BPDU: sent 0, received 0<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L2-71:L2-72 | • This command displays STP data, including an information block for each interface running STP.<br><br>`switch>show spanning-tree vlan 1000 detail`<br>MST0 is executing the rstp Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 0, address 001c.7304.195b<br>  Configured hello time 2.000, max age 20, forward delay 15, transmit hold-count 6<br>  Current root has priority 32768, address 001c.7301.07b9<br>  Root port is 101 (Port-Channel2), cost of root path is 1999 (Ext) 0 (Int)<br>  Number of topology changes 4109 last change occurred 1292651 seconds ago<br>        from Ethernet13<br><br>  Port 4 (Ethernet4) of MST0 is designated forwarding<br>    Port path cost 20000, Port priority 128, Port Identifier 128.4.<br>    Designated root has priority 32768, address 001c.7301.07b9<br>    Designated bridge has priority 32768, address 001c.7304.195b<br>    Designated port id is 128.4, designated path cost 1999 (Ext) 0 (Int)<br>    Timers: message age 1, forward delay 15, hold 20<br>    Number of transitions to forwarding state: 1<br>    Link type is point-to-point by default, Internal<br>    BPDU: sent 452252, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>    Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>  Port 5 (Ethernet5) of MST0 is designated forwarding<br>    Port path cost 20000, Port priority 128, Port Identifier 128.5.<br>    Designated root has priority 32768, address 001c.7301.07b9<br>    Designated bridge has priority 32768, address 001c.7304.195b<br>    Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)<br>    Timers: message age 1, forward delay 15, hold 20<br>    Number of transitions to forwarding state: 1<br>    Link type is point-to-point by default, Internal<br>    BPDU: sent 1006266, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>    Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 984.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 862; Arista User Manual, v. 4.11.1 (1/11/13), at 680; Arista User Manual v. 4.10.3 (10/22/12), at 594; Arista User Manual v. 4.9.3.2 (5/3/12), at 513; Arista User Manual v. 4.8.2 (11/18/11), at 387; Arista User Manual v. 4.7.3 (7/18/11), at 276. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/2`<br><br>`Vlan         Role Sts Cost        Prio.Nbr Type`<br>`---------------- ---- --- --------- -------- --------------------------------`<br>`VLAN0001     Altn BLK 20000       128.1025 P2p`<br><br>`VLAN0002     Desg FWD 20000       128.1025 P2p`<br><br>This example shows how to display STP information about a specified interface when you are running MST:<br><br>`switch(config)# show spanning-tree interface ethernet 2/50`<br><br>`Mst Instance     Role Sts Cost        Prio.Nbr Type`<br>`---------------- ---- --- --------- -------- --------------------------------`<br>`MST0000      Desg FWD 20000       128.1281 P2p`<br><br>This example shows how to display detailed STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/1 detail`<br><br>`Port 1025 (Ethernet8/1) of VLAN0001 is alternate blocking`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.1025`<br>`   Designated root has priority 28672, address 0018.bad8.239d`<br>`   Designated bridge has priority 28672, address 0018.bad8.239d`<br>`   Designated port id is 128.1281, designated path cost 0`<br>`   Timers: message age 15, forward delay 0, hold 0`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default`<br>`   The port type is network by default.`<br>`   BPDU: sent 4657, received 188`<br><br>`Port 1025 (Ethernet8/1) of VLAN0002 is designated forwarding`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.1025`<br>`   Designated root has priority 32770, address 0018.bad7.fc15`<br>`   Designated bridge has priority 32770, address 0018.bad7.fc15`<br>`   Designated port id is 128.1025, designated path cost 0`<br>`   Timers: message age 0, forward delay 0, hold 0`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default`<br>`   The port type is network by default.`<br>`   BPDU: sent 4838, received 0`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 77. | **Examples**<br><br>• This command displays an STP table for Ethernet 5 interface.<br><br>`switch>show spanning-tree interface ethernet 5`<br>`Instance       Role        State       Cost       Prio.Nbr Type`<br>`---------------------------------------------------------------`<br>`MST0          designated  forwarding  20000      128.5    P2p`<br>`switch>`<br><br>• This command displays a data block for Ethernet interface 5.<br><br>`switch>show spanning-tree interface ethernet 5 detail`<br>`Port 5 (Ethernet5) of MST0 is designated forwarding`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.5.`<br>`   Designated root has priority 32768, address 001c.7301.07b9`<br>`   Designated bridge has priority 32768, address 001c.7304.195b`<br>`   Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)`<br>`   Timers: message age 1, forward delay 15, hold 20`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default, Internal`<br>`   BPDU: sent 1008766, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0`<br>`   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400`<br><br>`switch>`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 988.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 866; Arista User Manual, v. 4.11.1 (1/11/13), at 684; Arista User Manual v. 4.10.3 (10/22/12), at 598; Arista User Manual v. 4.9.3.2 (5/3/12), at 517; Arista User Manual v. 4.8.2 (11/18/11), at 391; Arista User Manual v. 4.7.3 (7/18/11), at 280. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | This example shows how to display STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/2`<br><br>`Vlan          Role Sts Cost       Prio.Nbr Type`<br>`---------------- ---- --- --------- -------- --------------------------------`<br>`VLAN0001      Altn BLK 20000     128.1025 P2p`<br><br>`VLAN0002      Desg FWD 20000     128.1025 P2p`<br><br>This example shows how to display STP information about a specified interface when you are running MST:<br><br>`switch(config)# show spanning-tree interface ethernet 2/50`<br><br>`Mst Instance      Role Sts Cost      Prio.Nbr Type`<br>`---------------- ---- --- --------- -------- --------------------------------`<br>`MST0000      Desg FWD 20000     128.1281 P2p`<br><br>This example shows how to display detailed STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/1 detail`<br><br>`Port 1025 (Ethernet8/1) of VLAN0001 is alternate blocking`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.1025`<br>`   Designated root has priority 28672, address 0018.bad8.239d`<br>`   Designated bridge has priority 28672, address 0018.bad8.239d`<br>`   Designated port id is 128.1281, designated path cost 0`<br>`   Timers: message age 15, forward delay 0, hold 0`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default`<br>`   The port type is network by default.`<br>`   BPDU: sent 4657, received 188`<br><br>`Port 1025 (Ethernet8/1) of VLAN0002 is designated forwarding`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.1025`<br>`   Designated root has priority 32770, address 0018.bad7.fc15`<br>`   Designated bridge has priority 32770, address 0018.bad7.fc15`<br>`   Designated port id is 128.1025, designated path cost 0`<br>`   Timers: message age 0, forward delay 0, hold 0`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default`<br>`   The port type is network by default.`<br>`   BPDU: sent 4838, received 0`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L2-74 | **Examples**<br><br>• This command displays an STP table for Ethernet 5 interface.<br><br>`switch> show spanning-tree interface ethernet 5`<br>`Instance         Role      State      Cost      Prio.Nbr Type`<br>`---------------- --------- ---------- --------- -------- -----`<br>`MST0          designated forwarding 20000     128.5    P2p`<br>`switch>`<br><br>• This command displays a data block for Ethernet interface 5.<br><br>`switch> show spanning-tree interface ethernet 5 detail`<br>`Port 5 (Ethernet5) of MST0 is designated forwarding`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.5.`<br>`   Designated root has priority 32768, address 001c.7301.07b9`<br>`   Designated bridge has priority 32768, address 001c.7304.195b`<br>`   Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)`<br>`   Timers: message age 1, forward delay 15, hold 20`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default, Internal`<br>`   BPDU: sent 1008766, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0`<br>`   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400`<br><br>`switch>`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 988.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 866; Arista User Manual, v. 4.11.1 (1/11/13), at 684; Arista User Manual v. 4.10.3 (10/22/12), at 598; Arista User Manual v. 4.9.3.2 (5/3/12), at 517; Arista User Manual v. 4.8.2 (11/18/11), at 391; Arista User Manual v. 4.7.3 (7/18/11), at 280. |

Cisco NX-OS 5.0

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | `switch# show spanning-tree mst`<br><br>`##### MST0    vlans mapped:   1-4094`<br>`Bridge      address 0018.bad7.fc15  priority   32768 (32768 sysid 0)`<br>`Root        this switch for the CIST`<br>`Regional Root this switch`<br>`Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6`<br>`Configured    hello time 2 , forward delay 15, max age 20, max hops   20`<br><br>`Interface       Role Sts Cost      Prio.Nbr Type`<br>`--------------- ---- --- --------- -------- --------------------------------`<br>`Eth8/1          Desg FWD 20000     128.1025 P2p`<br>`Eth8/2          Desg FWD 20000     128.1026 P2p`<br><br>This example shows how to display STP information about a specific MST instance:<br><br>`switch# show spanning-tree mst 0`<br><br>`##### MST0    vlans mapped:   1-4094`<br>`Bridge      address 0018.bad7.fc15  priority   32768 (32768 sysid 0)`<br>`Root        this switch for the CIST`<br>`Regional Root this switch`<br>`Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6`<br>`Configured    hello time 2 , forward delay 15, max age 20, max hops   20`<br><br>`Interface       Role Sts Cost      Prio.Nbr Type`<br>`--------------- ---- --- --------- -------- --------------------------------`<br>`Eth8/1          Desg FWD 20000     128.1025 P2p`<br>`Eth8/2          Desg FWD 20000     128.1026 P2p`<br><br>This example shows how to display detailed STP information about the MST protocol:<br><br>`switch# show spanning-tree mst detail`<br><br>`##### MST0    vlans mapped:   1-4094`<br>`Bridge      address 0018.bad7.fc15  priority   32768 (32768 sysid 0)`<br>`Root        this switch for the CIST`<br>`Regional Root this switch`<br>`Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6`<br>`Configured    hello time 2 , forward delay 15, max age 20, max hops   20`<br><br>`Eth8/1 of MST0 is designated forwarding`<br>`Port info          port id    128.1025 priority    128  cost   20000`<br>`Designated root    address 0018.bad7.fc15  priority  32768 cost    0`<br>`Design. regional root address 0018.bad7.fc15 priority 32768 cost   0`<br>`Designated bridge  address 0018.bad7.fc15  priority  32768 port id 128.1025`<br>`Timers: message expires in 0 sec, forward delay 0, forward transitions 1`<br>`Bpdus sent 1379, received 3`<br><br>`Eth8/2 of MST0 is designated forwarding`<br>`Port info          port id    128.1026 priority    128  cost   20000`<br>`Designated root    address 0018.bad7.fc15  priority  32768 cost    0`<br>`Design. regional root address 0018.bad7.fc15 priority 32768 cost   0`<br>`Designated bridge  address 0018.bad7.fc15  priority  32768 port id 128.1026`<br>`Timers: message expires in 0 sec, forward delay 0, forward transitions 1`<br>`Bpdus sent 1380, received 2` | **Examples**<br><br>• This command displays interface data blocks for MST instance 3.<br><br>`switch#show spanning-tree mst 3 detail`<br>`##### MST3    vlans mapped:    3`<br>`Bridge      address 0011.2233.4402 priority   32771 (32768 sysid 3)`<br>`Root        address 0011.2233.4401 priority   32768 (32768 sysid 3)`<br><br>`Ethernet1 of MST3 is root forwarding`<br>`Port info          port id         128.1 priority    128    cost   2000`<br>`Designated root    address 0011.2233.4401 priority 32768 cost      0`<br>`Designated bridge  address 0011.2233.4401 priority 32768 port id 128.1`<br><br>`Ethernet2 of MST3 is alternate discarding`<br>`Port info          port id         128.2 priority    128    cost   2000`<br>`Designated root    address 0011.2233.4401 priority 32768 cost      0`<br>`Designated bridge  address 0011.2233.4401 priority 32768 port id 128.2`<br><br>`Ethernet3 of MST3 is designated forwarding`<br>`Port info          port id         128.3 priority    128    cost   2000`<br>`Designated root    address 0011.2233.4401 priority 32768 cost      0`<br>`Designated bridge  address 0011.2233.4402 priority 32768 port id 128.3`<br><br>• This command displays interface tables for all MST instances.<br><br>`switch#show spanning-tree mst`<br>`##### MST0    vlans mapped:    1,4-4094`<br>`Bridge      address 0011.2233.4402 priority   32768 (32768 sysid 0)`<br>`Root        address 0011.2233.4401 priority   32768 (32768 sysid 0)`<br>`Regional Root address 0011.2233.4401 priority 32768 (32768 sysid 0)`<br><br>`Interface       Role    State     Cost    Prio.Nbr Type`<br>`--------------- ------- --------- ------- -------- ----`<br>`Et1             root    forwarding 2000   128.1    P2p`<br>`Et2             alternate discarding 2000 128.2    P2p`<br>`Et3             designated forwarding 2000 128.3   P2p`<br>`Et4             designated forwarding 2000 128.4   P2p`<br><br>`##### MST2 vlans mapped: 2`<br>`Bridge      address 0011.2233.4402 priority   8194 (8192 sysid 2)`<br>`Root        this switch for MST2`<br><br>`Interface       Role    State     Cost    Prio.Nbr Type`<br>`--------------- ------- --------- ------- -------- ----`<br>`Et1             designated forwarding 2000 128.1   P2p`<br>`Et2             designated forwarding 2000 128.2   P2p`<br>`Et3             designated forwarding 2000 128.3   P2p`<br>`Et4             designated forwarding 2000 128.4   P2p`<br><br>`##### MST3 vlans mapped: 3`<br>`Bridge      address 0011.2233.4402 priority   32771 (32768 sysid 3)`<br>`Root        address 0011.2233.4401 priority   32771 (32768 sysid 3)`<br><br>`Interface       Role    State     Cost    Prio.Nbr Type`<br>`--------------- ------- --------- ------- -------- ----`<br>`Et1             root    forwarding 2000   128.1    P2p`<br>`Et2             alternate discarding 2000 128.2    P2p`<br>`Et3             designated forwarding 2000 128.3   P2p`<br>`Et4             designated forwarding 2000 128.4   P2p` |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 80. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 990.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 867-68; Arista User Manual, v. 4.11.1 (1/11/13), at 685-86; Arista User Manual v. 4.10.3 (10/22/12), at 599-600; Arista User Manual v. 4.9.3.2 (5/3/12), at 518-19; Arista User Manual v. 4.8.2 (11/18/11), at 392-393; Arista User Manual |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | v. 4.7.3 (7/18/11), at; Arista User Manual v. 4.7.3 (7/18/11), at 281-82. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | `switch# show spanning-tree mst`<br><br>`##### MST0    vlans mapped:   1-4094`<br>`Bridge      address 0018.bad7.fc15  priority   32768 (32768 sysid 0)`<br>`Root        this switch for the CIST`<br>`Regional Root this switch`<br>`Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6`<br>`Configured    hello time 2 , forward delay 15, max age 20, max hops   20`<br><br>`Interface        Role Sts Cost      Prio.Nbr Type`<br>`---------------- ---- --- --------- -------- --------------------------------`<br>`Eth8/1           Desg FWD 20000     128.1025 P2p`<br>`Eth8/2           Desg FWD 20000     128.1026 P2p`<br><br>This example shows how to display STP information about a specific MST instance:<br><br>`switch# show spanning-tree mst 0`<br><br>`##### MST0    vlans mapped:   1-4094`<br>`Bridge      address 0018.bad7.fc15  priority   32768 (32768 sysid 0)`<br>`Root        this switch for the CIST`<br>`Regional Root this switch`<br>`Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6`<br>`Configured    hello time 2 , forward delay 15, max age 20, max hops   20`<br><br>`Interface        Role Sts Cost      Prio.Nbr Type`<br>`---------------- ---- --- --------- -------- --------------------------------`<br>`Eth8/1           Desg FWD 20000     128.1025 P2p`<br>`Eth8/2           Desg FWD 20000     128.1026 P2p`<br><br>This example shows how to display detailed STP information about the MST protocol:<br><br>`switch# show spanning-tree mst detail`<br><br>`##### MST0    vlans mapped:   1-4094`<br>`Bridge      address 0018.bad7.fc15  priority   32768 (32768 sysid 0)`<br>`Root        this switch for the CIST`<br>`Regional Root this switch`<br>`Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6`<br>`Configured    hello time 2 , forward delay 15, max age 20, max hops   20`<br><br>`Eth8/1 of MST0 is designated forwarding`<br>`Port info          port id         128.1025 priority     128  cost   20000`<br>`Designated root    address 0018.bad7.fc15 priority 32768  cost      0`<br>`Design. regional root address 0018.bad7.fc15 priority 32768  cost      0`<br>`Designated bridge  address 0018.bad7.fc15 priority 32768  port id 128.1025`<br>`Timers: message expires in 0 sec, forward delay 0, forward transitions 1`<br>`Bpdus sent 1379, received 3`<br><br>`Eth8/2 of MST0 is designated forwarding`<br>`Port info          port id         128.1026 priority     128  cost   20000`<br>`Designated root    address 0018.bad7.fc15 priority 32768  cost      0`<br>`Design. regional root address 0018.bad7.fc15 priority 32768  cost      0`<br>`Designated bridge  address 0018.bad7.fc15 priority 32768  port id 128.1026`<br>`Timers: message expires in 0 sec, forward delay 0, forward transitions 1`<br>`Bpdus sent 1380, received 2`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L2-77 | Examples<br>• This command displays interface data blocks for MST instance 3.<br>`switch>show spanning-tree mst 3 detail`<br>`##### MST3   vlans mapped:   3`<br>`Bridge      address 0011.2233.4402 priority   32771 (32768 sysid 3)`<br>`            address 0011.2233.4401 priority   32768 (32768 sysid 3)`<br><br>`Ethernet1 of MST3 is root forwarding`<br>`Port info          port id       128.1 priority    128  cost    2000`<br>`Designated root    address 0011.2233.4401 priority 32768  cost      0`<br>`Designated bridge  address 0011.2233.4401 priority 32768  port id 128.1`<br><br>`Ethernet2 of MST3 is alternate discarding`<br>`Port info          port id       128.2 priority    128  cost    2000`<br>`Designated root    address 0011.2233.4401 priority 32768  cost      0`<br>`Designated bridge  address 0011.2233.4401 priority 32768  port id 128.2`<br><br>`Ethernet3 of MST3 is designated forwarding`<br>`Port info          port id       128.3 priority    128  cost    2000`<br>`Designated root    address 0011.2233.4401 priority 32768  cost      0`<br>`Designated bridge  address 0011.2233.4402 priority 32768  port id 128.3`<br><br>• This command displays interface tables for all MST instances.<br>`switch>show spanning-tree mst`<br>`##### MST0   vlans mapped:   1,4-4094`<br>`Bridge      address 0011.2233.4402  priority   32768 (32768 sysid 0)`<br>`Root        address 0011.2233.4401  priority   32768 (32768 sysid 0)`<br>`Regional Root address 0011.2233.4401 priority   32768 (32768 sysid 0)`<br><br>`Interface        Role     State       Cost      Prio.Nbr Type`<br>`---------------- -------- ----------- --------- -------- -------`<br>`Et1              root     forwarding  2000      128.1    P2p`<br>`Et2              alternate discarding 2000      128.2    P2p`<br>`Et3              designated forwarding 2000     128.3    P2p`<br>`Et4              designated forwarding 2000     128.4    P2p`<br><br>`##### MST2 vlans mapped: 2`<br>`Bridge      address 0011.2233.4402 priority   8194 (8192 sysid 2)`<br>`Root        this switch for MST2`<br><br>`Interface        Role     State       Cost      Prio.Nbr Type`<br>`---------------- -------- ----------- --------- -------- -------`<br>`Et1              designated forwarding 2000     128.1    P2p`<br>`Et2              designated forwarding 2000     128.2    P2p`<br>`Et3              designated forwarding 2000     128.3    P2p`<br>`Et4              designated forwarding 2000     128.4    P2p`<br><br>`##### MST3 vlans mapped: 3`<br>`Bridge      address 0011.2233.4402 priority   32771 (32768 sysid 3)`<br>`Root        address 0011.2233.4401 priority   32771 (32768 sysid 3)`<br><br>`Interface        Role     State       Cost      Prio.Nbr Type`<br>`---------------- -------- ----------- --------- -------- -------`<br>`Et1              root     forwarding  2000      128.1    P2p`<br>`Et2              alternate discarding 2000      128.2    P2p`<br>`Et3              designated forwarding 2000     128.3    P2p`<br>`Et4              designated forwarding 2000     128.4    P2p`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 990.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 867-68; Arista User Manual, v. 4.11.1 (1/11/13), at 685-86; Arista User Manual v. 4.10.3 (10/22/12), at 599-600; Arista User Manual v. 4.9.3.2 (5/3/12), at 518-19; Arista User Manual v. 4.8.2 (11/18/11), at 392-393; Arista User Manual v. 4.7.3 (7/18/11), at; Arista User Manual v. 4.7.3 (7/18/11), at 281-82. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display information about the MST configuration:<br><br>```<br>switch)# show spanning-tree mst configuration<br><br>Name:        [mst-bldg-sj6/3]<br>Revision:    1        Instances Configured: 3<br>Instance    Vlans mapped<br>--------    ------------------------------------------<br>0           1<br>2000        2-2000<br>4094        2001-4094<br>--------------------------------------------------<br>```<br><br>This example shows how to display the MD5 digest included in the current MST configuration:<br><br>```<br>switch)# show spanning-tree mst configuration digest<br><br>Name      [mst-config]<br>Revision  10      Instances configured  25<br>Digest           0x40D5ECA178C657835C83BBCB16723192<br>Pre-std Digest   0x27BF112A75B72781ED928D9EC5BB4251<br>```<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 81. | Examples<br><br>• This command displays the MST region's VLAN-to-instance map.<br><br>```<br>switch>show spanning-tree mst configuration<br><br>Name      []<br>Revision  0        Instances configured 3<br><br>Instance  Vlans mapped<br>--------  ----------------------------------<br>0         1,4-4094<br>2         2<br>3         3<br>--------  ----------------------------------<br>switch><br>```<br><br>• This command displays the MST region's configuration digest.<br><br>```<br>switch>show spanning-tree mst configuration digest<br><br>Name      []<br>Revision  0        Instances configured  1<br>Digest           0xAC36177F50283CD4B83821D8AB26DE62<br>switch><br>```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 991.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 869; Arista User Manual, v. 4.11.1 (1/11/13), at 687; Arista User Manual v. 4.10.3 (10/22/12), at 601; Arista User Manual v. 4.9.3.2 (5/3/12), at 520; Arista User Manual v. 4.8.2 (11/18/11), at 394; Arista User Manual v. 4.7.3 (7/18/11), at 283. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to display information about the MST configuration:<br><br>`switch)# show spanning-tree mst configuration`<br><br>Name:      [mst-bldg-sj6/3]<br>Revision:  1     Instances Configured: 3<br>Instance    Vlans mapped<br>--------    --------------------------------<br>0           1<br>2000        2-2000<br>4094        2001-4094<br>--------------------------------------------<br><br>This example shows how to display the MD5 digest included in the current MST configuration:<br><br>`switch)# show spanning-tree mst configuration digest`<br><br>Name      [mst-config]<br>Revision  10    Instances configured 25<br>Digest          0x40D5ECA178C657835C83BBCB16723192<br>Pre-std Digest  0x27BF112A75B72781ED928D9EC5BB4251<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L2-78 | Examples<br><br>• This command displays the MST region's VLAN-to-instance map.<br><br>`switch>show spanning-tree mst configuration`<br><br>Name       []<br>Revision   0     Instances configured 3<br><br>Instance  Vlans mapped<br>--------  --------------------------------<br>0         1,4-4094<br>2         2<br>3         3<br>--------------------------------------------<br>switch><br><br>• This command displays the MST region's configuration digest.<br><br>`switch>show spanning-tree mst configuration digest`<br><br>Name       []<br>Revision   0     Instances configured 3<br>Digest           0xAC36177F50283CD4B83821D8AB26DE62<br>switch><br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 991.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 869; Arista User Manual, v. 4.11.1 (1/11/13), at 687; Arista User Manual v. 4.10.3 (10/22/12), at 601; Arista User Manual v. 4.9.3.2 (5/3/12), at 520; Arista User Manual v. 4.8.2 (11/18/11), at 394; Arista User Manual v. 4.7.3 (7/18/11), at 283. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Examples<br><br>This example shows how to display information for the root bridge:<br><br>`switch(config)# show spanning-tree root`<br><br>MST Instance    Root ID          Cost  Time Age Dly  Root Port<br>------------    --------         ----  ------------  -------------------<br>MST0000         32768  0018.bad7.fc15    0   2   20  15  This bridge is root<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 82-83. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 994.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 872; Arista User Manual, v. 4.11.1 (1/11/13), at 690; Arista User Manual v. 4.10.3 (10/22/12), at 604; Arista User Manual v. 4.9.3.2 (5/3/12), at 523; Arista User Manual v. 4.8.2 (11/18/11), at 397; Arista User Manual v. 4.7.3 (7/18/11), at 286. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0  Effective date of registration: 11/13/2014 | **Examples**    This example shows how to display information for the root bridge:  switch(config)# **show spanning-tree root**    MST Instance    Root ID    Cost  Time Age Dly  Root Port  MST0000    32768  0018.bad7.fc15    0    2    20    15    This bridge is root    Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L2-79:L2-80 | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 994.  *See also* Arista User Manual v. 4.12.3 (7/17/13), at 872; Arista User Manual, v. 4.11.1 (1/11/13), at 690; Arista User Manual v. 4.10.3 (10/22/12), at 604; Arista User Manual v. 4.9.3.2 (5/3/12), at 523; Arista User Manual v. 4.8.2 (11/18/11), at 397; Arista User Manual v. 4.7.3 (7/18/11), at 286. |
| Cisco NX-OS 6.2  Effective date of registration: 11/13/2014 | This example shows how to display information about the number of VLANs configured on the device:  switch# **show vlan summary**  Number of existing VLANs        : 9  Number of existing user VLANs    : 9  Number of existing extended VLANs : 0    Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 94. | **Example**  • This command displays the number of VLANs on the switch.    switch>show vlan summary  Number of existing VLANs        : 18    switch>    Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 791.  *See also* Arista User Manual v. 4.12.3 (7/17/13), at 638; Arista User Manual, v. 4.11.1 (1/11/13), at 492; Arista User Manual v. 4.10.3 (10/22/12), at 410; Arista User Manual v. 4.9.3.2 (5/3/12), at 345. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | This example shows how to display information about the number of VLANs configured on the device:<br><br>`switch# show vlan summary`<br><br>`Number of existing VLANs          : 9`<br>`  Number of existing user VLANs   : 9`<br>`  Number of existing extended VLANs : 0`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-90 | **Example**<br>• This command displays the number of VLANs on the switch.<br><br>`switch>show vlan summary`<br>`Number of existing VLANs          : 18`<br><br>`switch>`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 791.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 638; Arista User Manual, v. 4.11.1 (1/11/13), at 492; Arista User Manual v. 4.10.3 (10/22/12), at 410; Arista User Manual v. 4.9.3.2 (5/3/12), at 345. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to display information about all private VLANs on the device:<br><br>`switch(config)# show vlan private-vlan`<br><br>`Primary  Secondary  Type        Ports`<br>`-------  ---------  ----------  -----------------`<br>`200      201        isolated    Eth2/26, Eth2/27`<br>`200      202        community   Eth2/26, Eth2/28`<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 94. | **Example**<br>• This command displays the private VLANs.<br><br>`switch>show vlan private-vlan`<br>`Primary Secondary Type        Ports`<br>`------- --------- ----------- ------------`<br>`5       25        isolated`<br>`5       26        isolated`<br>`7       31        community`<br>`7       32        isolated`<br>`switch>`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 790.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 637; Arista User Manual, v. 4.11.1 (1/11/13), at 491; Arista User Manual v. 4.10.3 (10/22/12), at 409; Arista User Manual v. 4.9.3.2 (5/3/12), at 344. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Examples**     This example shows how to display information about all private VLANs on the device:<br><br>switch(config)# **show vlan private-vlan**<br><br>Primary  Secondary  Type       Ports<br>-------  ---------  ---------  ----------------<br>200      201        isolated   Eth2/26, Eth2/27<br>200      202        community  Eth2/26, Eth2/28<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2010), at L2-96 | **Example**<br><br>• This command displays the private VLANs.<br><br>switch>**show vlan private-vlan**<br>Primary Secondary Type        Ports<br>------- --------- ----------  ----------<br>5       25        isolated<br>5       26        isolated<br>                  community<br>7       31        isolated<br>                  community<br>7       32        isolated<br>switch><br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 790.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 637; Arista User Manual, v. 4.11.1 (1/11/13), at 491; Arista User Manual v. 4.10.3 (10/22/12), at 409; Arista User Manual v. 4.9.3.2 (5/3/12), at 344. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **spanning-tree bpdufilter**<br><br>To enable bridge protocol data unit (BPDU) Filtering on the interface, use the spanning-tree bpdufilter command. To return to the default settings, use the no form of this command.<br><br>spanning-tree bpdufilter {enable | disable}<br><br>no spanning-tree bpdufilter<br><br>**Syntax Description**   enable   Enables BPDU Filtering on this interface.<br>                         disable  Disables BPDU Filtering on this interface.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 111. | **spanning-tree bpdufilter**<br><br>The spanning-tree bpdufilter command controls bridge protocol data unit (BPDU) filtering on the configuration mode interface. BPDU filtering is disabled by default.<br><br>Ports with BPDU filtering enabled drop inbound BPDUs and do not send BPDUs. Enabling BPDU filtering on a port not connected to a host can result in loops as the port continues forwarding data while ignoring inbound BPDU packets.<br><br>• spanning-tree bpdufilter enabled enables BPDU filtering.<br>• spanning-tree bpdufilter disabled disables BPDU filtering by removing the spanning-tree bpdufilter command from *running-config*.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 996.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 874; Arista User Manual, v. 4.11.1 (1/11/13), at 692; Arista User Manual v. 4.10.3 (10/22/12), at 606; Arista User Manual v. 4.9.3.2 (5/3/12), at 525; Arista User Manual v. 4.8.2 (11/18/11), at 399; Arista User Manual v. 4.7.3 (7/18/11), at 265. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree bridge assurance** | **spanning-tree bridge assurance** |
| | To enable Bridge Assurance on the device, use the spanning-tree bridge assurance command. To disable Bridge Assurance, use the no form of this command. | The spanning-tree bridge assurance command enables bridge assurance on all ports with a port type of *network*. Bridge assurance protects against unidirectional link failure, other software failure, and devices that quit running a spanning tree algorithm. |
| | spanning-tree bridge assurance<br>no spanning-tree bridge assurance | Bridge assurance is available only on spanning tree *network* ports on point-to-point links. Both ends of the link must have bridge assurance enabled. If the device on one side of the link has bridge assurance enabled and the device on the other side either does not support bridge assurance or does not have it enabled, the bridge assurance enabled port is blocked. |
| | Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 115. | The no spanning-tree bridge assurance command disables bridge assurance.<br><br>The spanning-tree bridge assurance and default spanning-tree bridge assurance commands restore the default behavior by removing the no spanning-tree bridge assurance command from *running-config*. Only the no form of this command is visible in *running-config*. |
| | | Platform    all<br>Command Mode    Global Configuration |
| | | Command Syntax<br>spanning-tree bridge assurance<br>no spanning-tree bridge assurance<br>default spanning-tree bridge assurance |
| | | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 967. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 880; Arista User Manual, v. 4.11.1 (1/11/13), at 698; Arista User Manual v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 531; Arista User Manual v. 4.8.2 (11/18/11), at 403; Arista User Manual v. 4.7.3 (7/18/11), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree bridge assurance**<br><br>To enable Bridge Assurance on the device, use the spanning-tree bridge assurance command. To disable Bridge Assurance, use the no form of this command.<br><br>spanning-tree bridge assurance<br>no spanning-tree bridge assurance<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-106. | **spanning-tree bridge assurance**<br><br>The spanning-tree bridge assurance command enables bridge assurance on all ports with a port type of *network*. Bridge assurance protects against unidirectional link failure, other software failure, and devices that quit running a spanning tree algorithm.<br><br>Bridge assurance is available only on spanning tree *network* ports on point-to-point links. Both ends of the link must have bridge assurance enabled. If the device on one side of the link has bridge assurance enabled and the device on the other side either does not support bridge assurance or does not have it enabled, the bridge assurance enabled port is blocked.<br><br>The no spanning-tree bridge assurance command disables bridge assurance.<br><br>The spanning-tree bridge assurance and default spanning-tree bridge assurance commands restore the default behavior by removing the no spanning-tree bridge assurance command from *running-config*. Only the no form of this command is visible in *running-config*.<br><br>Platform          all<br>Command Mode   Global Configuration<br><br>Command Syntax<br>spanning-tree bridge assurance<br>no spanning-tree bridge assurance<br>default spanning-tree bridge assurance<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 967.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 880; Arista User Manual, v. 4.11.1 (1/11/13), at 698; Arista User Manual v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 531; Arista User Manual v. 4.8.2 (11/18/11), at 403; Arista User Manual v. 4.7.3 (7/18/11), at 252. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **spanning-tree bridge assurance**<br><br>To enable Bridge Assurance on the device, use the spanning-tree bridge assurance command. To disable Bridge Assurance, use the no form of this command.<br><br>spanning-tree bridge assurance<br>no spanning-tree bridge assurance<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-33. | **spanning-tree bridge assurance**<br><br>The spanning-tree bridge assurance command enables bridge assurance on all ports with a port type of *network*. Bridge assurance protects against unidirectional link failure, other software failure, and devices that quit running a spanning tree algorithm.<br><br>Bridge assurance is available only on spanning tree *network* ports on point-to-point links. Both ends of the link must have bridge assurance enabled. If the device on one side of the link has bridge assurance enabled and the device on the other side either does not support bridge assurance or does not have it enabled, the bridge assurance enabled port is blocked.<br><br>The no spanning-tree bridge assurance command disables bridge assurance.<br><br>The spanning-tree bridge assurance and default spanning-tree bridge assurance commands restore the default behavior by removing the no spanning-tree bridge assurance command from *running-config*. Only the no form of this command is visible in *running-config*.<br><br>Platform     all<br>Command Mode     Global Configuration<br><br>Command Syntax<br>spanning-tree bridge assurance<br>no spanning-tree bridge assurance<br>default spanning-tree bridge assurance<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 967.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 880; Arista User Manual, v. 4.11.1 (1/11/13), at 698; Arista User Manual v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 531; Arista User Manual v. 4.8.2 (11/18/11), at 403; Arista User Manual v. 4.7.3 (7/18/11), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree guard**<br><br>To enable or disable Loop Guard or Root Guard, use the spanning-tree guard command. To return to the default settings, use the no form of this command.<br><br>spanning-tree guard {loop \| root \| none}<br><br>no spanning-tree guard<br><br>**Syntax Description**<br>loop — Enables Loop Guard on the interface.<br>root — Enables Root Guard on the interface.<br>none — Sets the guard mode to none.<br><br>**Defaults** — Disabled<br><br>**Command Modes** — Interface configuration<br><br>**SupportedUserRoles** — network-admin / vdc-admin<br><br>**Command History** — Release 4.0 — This command was introduced.<br><br>**Usage Guidelines** — You cannot enable Loop Guard if Root Guard is enabled, although the device accepts the command to enable Loop Guard on spanning tree edge ports.<br>This command does not require a license.<br><br>**Examples** — This example shows how to enable Root Guard:<br>switch(config-if)# spanning-tree guard root<br>switch(config-if)#<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, (2013), at 119. | **spanning-tree guard**<br><br>The spanning-tree guard command enables root guard or loop guard on the configuration mode interface. The spanning-tree loopguard default command configures the global loop guard setting.<br>• Root guard prevents a port from becoming a root or blocked port. A root guard port that receives a superior BPDU transitions to the root-inconsistent (blocked) state.<br>• Loop guard protects against loops resulting from unidirectional link failures on point-to-point links by preventing non-designated ports from becoming designated ports. When loop guard is enabled, a root or blocked port transitions to loop-inconsistent (blocked) state if it stops receiving BPDUs from its designated port. The port returns to its prior state when it receives a BPDU.<br><br>The no spanning-tree guard and default spanning-tree guard commands sets the configuration mode interface to the global loop guard mode by removing the spanning-tree guard statement from running-config. The spanning-tree guard none command disables loop guard and root guard on the interface, overriding the global setting.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration / Interface-Port-Channel Configuration<br><br>**Command Syntax**<br>spanning-tree guard PORT_MODE<br>no spanning-tree guard<br>default spanning-tree guard<br><br>**Parameters**<br>• PORT_MODE — the port mode. Options include:<br>— loop — enables loop guard on the interface.<br>— root — enables root guard on the interface.<br>— none — disables root guard and loop guard.<br><br>**Examples**<br>• This command enables root guard on Ethernet 5 interface.<br>switch(config)#interface ethernet 5<br>switch(config-if-Et5)#spanning-tree guard root<br>switch(config-if-Et5)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1005.<br><br>See also Arista User Manual v. 4.12.3 (7/17/13), at 883; Arista User Manual, v. 4.11.1 (1/11/13), at 701; Arista User Manual v. 4.10.3 (10/22/12), at 615; Arista User Manual v. 4.9.3.2 (5/3/12), at 534; Arista User Manual v. 4.8.2 (11/18/11), at 406; Arista User Manual v. 4.7.3 (7/18/11), at 268. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **spanning-tree guard**<br><br>To enable or disable Loop Guard or Root Guard, use the spanning-tree guard command. To return to the default settings, use the no form of this command.<br><br>spanning-tree guard {loop \| root \| none}<br><br>no spanning-tree guard<br><br>**Syntax Description**<br>loop — Enables Loop Guard on the interface.<br>root — Enables Root Guard on the interface.<br>none — Sets the guard mode to none.<br><br>**Defaults** — Disabled<br><br>**Command Modes** — Interface configuration<br><br>**SupportedUserRoles** — network-admin, vdc-admin<br><br>**Command History**<br>Release — Modification<br>4.0 — This command was introduced.<br><br>**Usage Guidelines**<br>You cannot enable Loop Guard if Root Guard is enabled, although the device accepts the command to enable Loop Guard on spanning tree edge ports.<br><br>This command does not require a license.<br><br>**Examples**<br>This example shows how to enable Root Guard:<br>switch(config-if)# spanning-tree guard root<br>switch(config-if)#<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L-110. | **spanning-tree guard**<br><br>The spanning-tree guard command enables root guard or loop guard on the configuration mode interface. The spanning-tree loopguard default command configures the global loop guard setting.<br><br>• Root guard prevents a port from becoming a root or blocked port. A root guard port that receives a superior BPDU transitions to the root-inconsistent (blocked) state.<br>• Loop guard protects against loops resulting from unidirectional link failures on point-to-point links by preventing non-designated ports from becoming designated ports. When loop guard is enabled, a root or blocked port transitions to loop-inconsistent (blocked) state if it stops receiving BPDUs from its designated port. The port returns to its prior state when it receives a BPDU.<br><br>The no spanning-tree guard and default spanning-tree guard commands sets the configuration mode interface to the global loop guard mode by removing the spanning-tree guard statement from running-config. The spanning-tree guard none command disables loop guard and root guard on the interface, overriding the global setting.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration, Interface-Port-Channel Configuration<br><br>**Command Syntax**<br>spanning-tree guard PORT_MODE<br>no spanning-tree guard<br>default spanning-tree guard<br><br>**Parameters**<br>• PORT_MODE — the port mode. Options include:<br>— loop — enables loop guard on the interface.<br>— root — enables root guard on the interface.<br>— none — disables root guard and loop guard.<br><br>**Examples**<br>• This command enables root guard on Ethernet 5 interface.<br>switch(config)#interface ethernet 5<br>switch(config-if-Et5)#spanning-tree guard root<br>switch(config-if-Et5)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1005.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 883; Arista User Manual, v. 4.11.1 (1/11/13), at 701; Arista User Manual v. 4.10.3 (10/22/12), at 615; Arista User Manual v. 4.9.3.2 (5/3/12), at 534; Arista User Manual v. 4.8.2 (11/18/11), at 406; Arista User Manual v. 4.7.3 (7/18/11), at 268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree guard**<br><br>To enable or disable Loop Guard or Root Guard, use the spanning-tree guard command. To return to the default settings, use the no form of this command.<br><br>spanning-tree guard {loop \| root \| none}<br><br>no spanning-tree guard<br><br>**Syntax Description**<br><br>loop — Enables Loop Guard on the interface.<br>root — Enables Root Guard on the interface.<br>none — Sets the guard mode to none.<br><br>**Defaults**<br>Disabled<br><br>**Command Modes**<br>Interface configuration<br><br>**SupportedUserRoles**<br>network-admin<br>vdc-admin<br><br>**Command History**<br>Release — Modification<br>4.0 — This command was introduced.<br><br>**Usage Guidelines**<br>You cannot enable Loop Guard if Root Guard is enabled, although the device accepts the command to enable Loop Guard on spanning tree edge ports.<br><br>This command does not require a license.<br><br>**Examples**<br>This example shows how to enable Root Guard:<br>switch(config-if)# spanning-tree guard root<br>switch(config-if)#<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L-37. | **spanning-tree guard**<br><br>The spanning-tree guard command enables root guard or loop guard on the configuration mode interface. The spanning-tree loopguard default command configures the global loop guard setting.<br><br>• Root guard prevents a port from becoming a root or blocked port. A root guard port that receives a superior BPDU transitions to the root-inconsistent (blocked) state.<br><br>• Loop guard protects against loops resulting from unidirectional link failures on point-to-point links by preventing non-designated ports from becoming designated ports. When loop guard is enabled, a root or blocked port transitions to loop-inconsistent (blocked) state if it stops receiving BPDUs from its designated port. The port returns to its prior state when it receives a BPDU.<br><br>The no spanning-tree guard and default spanning-tree guard commands sets the configuration mode interface to the global loop guard mode by removing the spanning-tree guard statement from *running-config*. The spanning-tree guard none command disables loop guard and root guard on the interface, overriding the global setting.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration<br>Interface-Port-Channel Configuration<br><br>**Command Syntax**<br>spanning-tree guard *PORT_MODE*<br>no spanning-tree guard<br>default spanning-tree guard<br><br>**Parameters**<br>• *PORT_MODE* — the port mode. Options include:<br>— loop — enables loop guard on the interface.<br>— root — enables root guard on the interface.<br>— none — disables root guard and loop guard.<br><br>**Examples**<br>• This command enables root guard on Ethernet 5 interface.<br>switch(config)#interface ethernet 5<br>switch(config-if-Et5)#spanning-tree guard root<br>switch(config-if-Et5)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1005.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 883; Arista User Manual, v. 4.11.1 (1/11/13), at 701; Arista User Manual v. 4.10.3 (10/22/12), at 615; Arista User Manual v. 4.9.3.2 (5/3/12), at 534; Arista User Manual v. 4.8.2 (11/18/11), at 406; Arista User Manual v. 4.7.3 (7/18/11), at 268. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To enable Loop Guard as a default on all ports of a given bridge, use the spanning-tree loopguard default command. To disable Loop Guard, use the no form of this command.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, (2013), at 121. | • spanning-tree loopguard default command enables loop guard as a default on all switch ports.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 996.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 844; Arista User Manual, v. 4.11.1 (1/11/13), at 662; Arista User Manual v. 4.10.3 (10/22/12), 576; Arista User Manual v. 4.9.3.2 (5/3/12), at 496; Arista User Manual v. 4.8.2 (11/18/11), at 370; Arista User Manual v. 4.7.3 (7/18/11), at 255. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | To enable Loop Guard as a default on all ports of a given bridge, use the spanning-tree loopguard default command. To disable Loop Guard, use the no form of this command.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-112. | • spanning-tree loopguard default command enables loop guard as a default on all switch ports.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 996.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 844; Arista User Manual, v. 4.11.1 (1/11/13), at 662; Arista User Manual v. 4.10.3 (10/22/12), 576; Arista User Manual v. 4.9.3.2 (5/3/12), at 496; Arista User Manual v. 4.8.2 (11/18/11), at 370; Arista User Manual v. 4.7.3 (7/18/11), at 255. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | To enable Loop Guard as a default on all ports of a given bridge, use the spanning-tree loopguard default command. To disable Loop Guard, use the no form of this command.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-39. | • spanning-tree loopguard default command enables loop guard as a default on all switch ports.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 996.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 844; Arista User Manual, v. 4.11.1 (1/11/13), at 662; Arista User Manual v. 4.10.3 (10/22/12), 576; Arista User Manual v. 4.9.3.2 (5/3/12), at 496; Arista User Manual v. 4.8.2 (11/18/11), at 370; Arista User Manual v. 4.7.3 (7/18/11), at 255. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree loopguard default**<br><br>To enable Loop Guard as a default on all ports of a given bridge, use the spanning-tree loopguard default command. To disable Loop Guard, use the no form of this command.<br><br>spanning-tree loopguard default<br>no spanning-tree loopguard default<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, (2013), at 121. | **spanning-tree loopguard default**<br><br>The spanning-tree loopguard default command configures the global loop guard setting as *enabled*. Ports not covered by a spanning-tree guard command use the global loop guard setting. Loop guard prevents blocked or root ports from becoming a designated port due to failures resulting in a unidirectional link. The spanning-tree guard interface configuration statement overrides the global setting for a specified interface. The default global loop guard setting is *disabled*.<br><br>The no spanning-tree loopguard default and default spanning-tree loopguard default commands restore the global loop guard setting of *disabled* by removing the spanning-tree loopguard default command from *running-config*.<br><br>Platform          all<br>Command Mode     Global Configuration<br><br>Command Syntax<br>spanning-tree loopguard default<br>no spanning-tree loopguard default<br>default spanning-tree loopguard default<br><br>Examples<br>• This command enables loop guard as the default on all switch ports.<br><br>switch(config)#spanning-tree loopguard default<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1008.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 886; Arista User Manual, v. 4.11.1 (1/11/13), at 704; Arista User Manual v. 4.10.3 (10/22/12), at 618; Arista User Manual v. 4.9.3.2 (5/3/12), at 537; Arista User Manual v. 4.8.2 (11/18/11), at 409; Arista User Manual v. 4.7.3 (7/18/11), at 255. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree loopguard default**<br><br>To enable Loop Guard as a default on all ports of a given bridge, use the spanning-tree loopguard default command. To disable Loop Guard, use the no form of this command.<br><br>spanning-tree loopguard default<br><br>no spanning-tree loopguard default<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-112. | **spanning-tree loopguard default**<br><br>The spanning-tree loopguard default command configures the global loop guard setting as *enabled*. Ports not covered by a spanning-tree guard command use the global loop guard setting. Loop guard prevents blocked or root ports from becoming a designated port due to failures resulting in a unidirectional link. The spanning-tree guard interface configuration statement overrides the global setting for a specified interface. The default global loop guard setting is *disabled*.<br><br>The no spanning-tree loopguard default and default spanning-tree loopguard default commands restore the global loop guard setting of *disabled* by removing the spanning-tree loopguard default command from *running-config*.<br><br>Platform        all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>    spanning-tree loopguard default<br>    no spanning-tree loopguard default<br>    default spanning-tree loopguard default<br><br>Examples<br>• This command enables loop guard as the default on all switch ports.<br><br>    switch(config)#spanning-tree loopguard default<br>    switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1008.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 886; Arista User Manual, v. 4.11.1 (1/11/13), at 704; Arista User Manual v. 4.10.3 (10/22/12), at 618; Arista User Manual v. 4.9.3.2 (5/3/12), at 537; Arista User Manual v. 4.8.2 (11/18/11), at 409; Arista User Manual v. 4.7.3 (7/18/11), at 255. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree loopguard default**<br><br>To enable Loop Guard as a default on all ports of a given bridge, use the spanning-tree loopguard default command. To disable Loop Guard, use the no form of this command.<br><br>spanning-tree loopguard default<br>no spanning-tree loopguard default<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-39. | **spanning-tree loopguard default**<br><br>The spanning-tree loopguard default command configures the global loop guard setting as *enabled*. Ports not covered by a spanning-tree guard command use the global loop guard setting. Loop guard prevents blocked or root ports from becoming a designated port due to failures resulting in a unidirectional link. The spanning-tree guard interface configuration statement overrides the global setting for a specified interface. The default global loop guard setting is *disabled*.<br><br>The no spanning-tree loopguard default and default spanning-tree loopguard default commands restore the global loop guard setting of *disabled* by removing the spanning-tree loopguard default command from *running-config*.<br><br>Platform          all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>spanning-tree loopguard default<br>no spanning-tree loopguard default<br>default spanning-tree loopguard default<br><br>Examples<br>• This command enables loop guard as the default on all switch ports.<br><br>switch(config)#spanning-tree loopguard default<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1008.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 886; Arista User Manual, v. 4.11.1 (1/11/13), at 704; Arista User Manual v. 4.10.3 (10/22/12), at 618; Arista User Manual v. 4.9.3.2 (5/3/12), at 537; Arista User Manual v. 4.8.2 (11/18/11), at 409; Arista User Manual v. 4.7.3 (7/18/11), at 255. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree mst configuration** | **spanning-tree mst configuration** |
| | To enter the Multiple Spanning Tree (MST) configuration submode, use the spanning-tree mst configuration command. To return to the default settings, use the no form of this command.<br><br>spanning-tree mst configuration<br>no spanning-tree mst configuration<br><br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, (2013), , at 124. | The spanning-tree mst configuration command places the switch in MST-configuration mode, which is the group change mode where MST region parameters are configured.<br><br>Changes made in a group change mode are saved by leaving the mode through the exit command or by entering another configuration mode. To discard changes from the current edit session, leave the mode with the abort command.<br><br>These commands are available in MST-configuration mode:<br><br>• abort (mst-configuration mode)<br>• exit (mst-configuration mode)<br>• instance<br>• name (mst-configuration mode)<br>• revision (mst-configuration mode)<br>• show (mst-configuration mode)<br><br>The no spanning-tree mst configuration and default spanning-tree mst configuration commands restore the MST default configuration.<br><br>Platform     all<br>Command Mode   Global Configuration<br><br>Command Syntax<br>spanning-tree mst configuration<br>no spanning-tree mst configuration<br>default spanning-tree mst configuration |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1012.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 890; Arista User Manual, v. 4.11.1 (1/11/13), at 708; Arista User Manual v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 541; Arista User Manual v. 4.8.2 (11/18/11), at 413. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree mst configuration** | **spanning-tree mst configuration** |
| | To enter the Multiple Spanning Tree (MST) configuration submode, use the spanning-tree mst configuration command. To return to the default settings, use the no form of this command. | The spanning-tree mst configuration command places the switch in MST-configuration mode, which is the group change mode where MST region parameters are configured. |
| | spanning-tree mst configuration<br>no spanning-tree mst configuration | Changes made in a group change mode are saved by leaving the mode through the exit command or by entering another configuration mode. To discard changes from the current edit session, leave the mode with the abort command.<br><br>These commands are available in MST-configuration mode:<br><br>• abort (mst-configuration mode)<br>• exit (mst-configuration mode)<br>• instance<br>• name (mst-configuration mode)<br>• revision (mst-configuration mode)<br>• show (mst-configuration mode)<br><br>The no spanning-tree mst configuration and default spanning-tree mst configuration commands restore the MST default configuration.<br><br>Platform          all<br>Command Mode   Global Configuration<br><br>Command Syntax<br>spanning-tree mst configuration<br>no spanning-tree mst configuration<br>default spanning-tree mst configuration |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-115. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1012.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 890; Arista User Manual, v. 4.11.1 (1/11/13), at 708; Arista User Manual, v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 541; Arista User Manual v. 4.8.2 (11/18/11), at 413. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **spanning-tree mst configuration** | **spanning-tree mst configuration** |
| | To enter the Multiple Spanning Tree (MST) configuration submode, use the spanning-tree mst configuration command. To return to the default settings, use the no form of this command. | The spanning-tree mst configuration command places the switch in MST-configuration mode, which is the group change mode where MST region parameters are configured. |
| | spanning-tree mst configuration<br>no spanning-tree mst configuration | Changes made in a group change mode are saved by leaving the mode through the exit command or by entering another configuration mode. To discard changes from the current edit session, leave the mode with the abort command. |
| | | These commands are available in MST-configuration mode: |
| | | • abort (mst-configuration mode)<br>• exit (mst-configuration mode)<br>• instance<br>• name (mst-configuration mode)<br>• revision (mst-configuration mode)<br>• show (mst-configuration mode) |
| | Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-42. | The no spanning-tree mst configuration and default spanning-tree mst configuration commands restore the MST default configuration. |
| | | Platform          all<br>Command Mode   Global Configuration |
| | | Command Syntax |
| | | spanning-tree mst configuration<br>no spanning-tree mst configuration<br>default spanning-tree mst configuration |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1012.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 890; Arista User Manual, v. 4.11.1 (1/11/13), at 708; Arista User Manual, v. 4.10.3 (10/22/12), at 612; Arista User Manual v. 4.9.3.2 (5/3/12), at 541; Arista User Manual v. 4.8.2 (11/18/11), at 413. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** / **Description**<br>instance vlan / Maps a VLAN or a set of VLANs to an MST instance.<br>name (mst configuration) / Sets the name of an MST region.<br>revision / Sets the revision number for the MST configuration.<br>show spanning-tree mst / Displays information about the MST protocol.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 125. | The instance command inserts an entry into the VLAN-to-instance map that associates a set of VLANs to an MST instance. In addition to defining the MST topology, the VLAN-to-instance map is one of three parameters, along with the MST name and revision number, that identifies the switch's MST region.<br><br>The no instance command removes specified entries from the VLAN-to-instance map. If the command does not provide a VLAN list, all entries are removed for the specified instance. The no instance and default instance commands function identically.<br><br>Platform          all<br>Command Mode          MST-Configuration<br><br>**Command Syntax**<br>`instance mst_inst vlans v_range`<br>`no instance mst_inst [vlans v_range]`<br>`no default instance mst_inst [vlans v_range]`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 978.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 856; Arista User Manual, v. 4.11.1 (1/11/13), at 674; Arista User Manual v. 4.10.3 (10/22/12), at 588; Arista User Manual v. 4.9.3.2 (5/3/12), at 507; Arista User Manual v. 4.8.2 (11/18/11), at 381; Arista User Manual v. 4.7.3 (7/18/11), at 293. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| instance vlan | Maps a VLAN or a set of VLANs to an MST instance. |<br>| name (mst configuration) | Sets the name of an MST region. |<br>| revision | Sets the revision number for the MST configuration. |<br>| show spanning-tree mst | Displays information about the MST protocol. |<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x (2010), at L2-116. | The instance command inserts an entry into the VLAN-to-instance map that associates a set of VLANs to an MST instance. In addition to defining the MST topology, the VLAN-to-instance map is one of three parameters, along with the MST name and revision number, that identifies the switch's MST region.<br><br>The no instance command removes specified entries from the VLAN-to-instance map. If the command does not provide a VLAN list, all entries are removed for the specified instance. The no instance and default instance commands function identically.<br><br>Platform          all<br>Command Mode   MST-Configuration<br><br>**Command Syntax**<br>`instance mst_inst vlans v_range`<br>`no instance mst_inst [vlans v_range]`<br>`no default instance mst_inst [vlans v_range]`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 978.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 856; Arista User Manual, v. 4.11.1 (1/11/13), at 674; Arista User Manual v. 4.10.3 (10/22/12), at 588; Arista User Manual v. 4.9.3.2 (5/3/12), at 507; Arista User Manual v. 4.8.2 (11/18/11), at 381; Arista User Manual v. 4.7.3 (7/18/11), at 293. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| instance vlan | Maps a VLAN or a set of VLANs to an MST instance. |<br>| name (mst configuration) | Sets the name of an MST region. |<br>| revision | Sets the revision number for the MST configuration. |<br>| show spanning-tree mst | Displays information about the MST protocol. |<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-43. | The instance command inserts an entry into the VLAN-to-instance map that associates a set of VLANs to an MST instance. In addition to defining the MST topology, the VLAN-to-instance map is one of three parameters, along with the MST name and revision number, that identifies the switch's MST region.<br><br>The no instance command removes specified entries from the VLAN-to-instance map. If the command does not provide a VLAN list, all entries are removed for the specified instance. The no instance and default instance commands function identically.<br><br>Platform          all<br>Command Mode     MST-Configuration<br><br>Command Syntax<br>  **instance** *mst_inst* **vlans** *v_range*<br>  **no** instance *mst_inst* [**vlans** *v_range*]<br>  **no default** instance *mst_inst* [**vlans** *v_range*]<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 978.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 856; Arista User Manual, v. 4.11.1 (1/11/13), at 674; Arista User Manual v. 4.10.3 (10/22/12), at 588; Arista User Manual v. 4.9.3.2 (5/3/12), at 507; Arista User Manual v. 4.8.2 (11/18/11), at 381; Arista User Manual v. 4.7.3 (7/18/11), at 293. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.1<br><br>Effective date of registration: 11/28/2014 | **Related Commands**<br><br>| Command | Description |<br>| instance vlan | Maps a VLAN or a set of VLANs to an MST instance. |<br>| name (mst configuration) | Sets the name of an MST region. |<br>| revision | Sets the revision number for the MST configuration. |<br>| show spanning-tree mst | Displays information about the MST protocol. |<br><br>Cisco IOS Configuration Fundamentals Command Reference  (2010), at CF-488:CF-489. | The instance command inserts an entry into the VLAN-to-instance map that associates a set of VLANs to an MST instance. In addition to defining the MST topology, the VLAN-to-instance map is one of three parameters, along with the MST name and revision number, that identifies the switch's MST region.<br><br>The no instance command removes specified entries from the VLAN-to-instance map. If the command does not provide a VLAN list, all entries are removed for the specified instance. The no instance and default instance commands function identically.<br><br>Platform          all<br>Command Mode    MST-Configuration<br><br>**Command Syntax**<br>instance *mst_inst* **vlans** *v_range*<br>no instance *mst_inst* [**vlans** *v_range*]<br>no default instance *mst_inst* [**vlans** *v_range*]<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 978.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 856; Arista User Manual, v. 4.11.1 (1/11/13), at 674; Arista User Manual v. 4.10.3 (10/22/12), at 588; Arista User Manual v. 4.9.3.2 (5/3/12), at 507; Arista User Manual v. 4.8.2 (11/18/11), at 381; Arista User Manual v. 4.7.3 (7/18/11), at 293. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS XE 2.1

Effective date of registration: 11/24/2014 | **Related Commands**

| Command | Description |
|---|---|
| instance vlan | Maps a VLAN or a set of VLANs to an MST instance. |
| name (mst configuration) | Sets the name of an MST region. |
| revision | Sets the revision number for the MST configuration. |
| show spanning-tree mst | Displays information about the MST protocol. |

Cisco IOS Configuration Fundamentals Command Reference (2008), at CF-466:CF467. | The instance command inserts an entry into the VLAN-to-instance map that associates a set of VLANs to an MST instance. In addition to defining the MST topology, the VLAN-to-instance map is one of three parameters, along with the MST name and revision number, that identifies the switch's MST region.

The no instance command removes specified entries from the VLAN-to-instance map. If the command does not provide a VLAN list, all entries are removed for the specified instance. The no instance and default instance commands function identically.

| Platform | all |
|---|---|
| Command Mode | MST-Configuration |

**Command Syntax**
```
instance mst_inst vlans v_range
no instance mst_inst [vlans v_range]
no default instance mst_inst [vlans v_range]
```

Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 978.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 856; Arista User Manual, v. 4.11.1 (1/11/13), at 674; Arista User Manual v. 4.10.3 (10/22/12), at 588; Arista User Manual v. 4.9.3.2 (5/3/12), at 507; Arista User Manual v. 4.8.2 (11/18/11), at 381; Arista User Manual v. 4.7.3 (7/18/11), at 293. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | Related Commands | **spanning-tree bpduguard** |

**Cisco (column content):**

| | Command | Description |
|---|---|---|
| | show spanning-tree summary | Displays information about the spanning tree configuration. |
| | spanning-tree bpduguard | Enables BPDU Guard on the interface. |
| | spanning-tree port type edge | Configures an interface as a spanning tree edge port. |

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 148.

**Arista (column content):**

**spanning-tree bpduguard**

The spanning-tree bpduguard command controls BPDU guard on the configuration mode interface. A BPDU guard-enabled port is disabled when it receives a BPDU packet. Disabled ports differ from blocked ports in that they are re-enabled only through manual intervention.

The BPDU guard default setting for portfast ports is configured by the spanning-tree portfast bpduguard default command; BPDU guard is disabled by default on all non-portfast ports.

- spanning-tree bpduguard enable enables BPDU guard on the interface.
- spanning-tree bpduguard disable disables BPDU guard on the interface.

The no spanning-tree bpduguard and default spanning-tree bpduguard commands restore the global BPDU guard setting on the configuration mode interface by removing the corresponding spanning-tree bpduguard command from *running-config*.

| Platform | all |
|---|---|
| Command Mode | Interface-Ethernet Configuration |
| | Interface-Port-Channel Configuration |

**Command Syntax**

```
spanning-tree bpduguard GUARD_ACTION
no spanning-tree bpduguard
default spanning-tree bpduguard
```

**Parameters**

- *GUARD_ACTION*    BPDU guard setting. Options include:
    — enabled    BPDU guard is enabled on the interface.
    — disabled    BPDU guard is disabled on the interface.

**Examples**

- These commands enable BPDU guard on Ethernet interface 5.

```
switch(config)#interface ethernet 5
switch(config-if-Et5)#spanning-tree bpduguard enabled
switch(config-if-Et5)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 997.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 875; Arista User Manual, v. 4.11.1 (1/11/13), at 693; Arista User Manual v. 4.10.3 (10/22/12), at 607; Arista User Manual v. 4.9.3.2 (5/3/12), at 526; Arista User Manual v. 4.8.2 (11/18/11), at 400; Arista User Manual v. 4.7.3 (7/18/11), at 266.

**Copyright Registration Information (column content):**

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 5.x  (2010), at L2-138. | **spanning-tree bpduguard**<br><br>The spanning-tree bpduguard command controls BPDU guard on the configuration mode interface. A BPDU guard-enabled port is disabled when it receives a BPDU packet. Disabled ports differ from blocked ports in that they are re-enabled only through manual intervention.<br><br>The BPDU guard default setting for portfast ports is configured by the spanning-tree portfast bpduguard default command; BPDU guard is disabled by default on all non-portfast ports.<br><br>• spanning-tree bpduguard enable enables BPDU guard on the interface.<br>• spanning-tree bpduguard disable disables BPDU guard on the interface.<br><br>The no spanning-tree bpduguard and default spanning-tree bpduguard commands restore the global BPDU guard setting on the configuration mode interface by removing the corresponding spanning-tree bpduguard command from *running-config*.<br><br>Platform        all<br>Command Mode    Interface-Ethernet Configuration<br>                Interface-Port-Channel Configuration<br><br>Command Syntax<br>`spanning-tree bpduguard GUARD_ACTION`<br>`no spanning-tree bpduguard`<br>`default spanning-tree bpduguard`<br><br>Parameters<br>• *GUARD_ACTION*    BPDU guard setting. Options include:<br>    — enabled    BPDU guard is enabled on the interface.<br>    — disabled    BPDU guard is disabled on the interface.<br><br>Examples<br>• These commands enable BPDU guard on Ethernet interface 5.<br><br>    `switch(config)#interface ethernet 5`<br>    `switch(config-if-Et5)#spanning-tree bpduguard enabled`<br>    `switch(config-if-Et5)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 997.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 875; Arista User Manual, v. 4.11.1 (1/11/13), at 693; Arista User Manual v. 4.10.3 (10/22/12), at 607; Arista User Manual v. 4.9.3.2 (5/3/12), at 526; Arista User Manual v. 4.8.2 (11/18/11), at 400; Arista User Manual v. 4.7.3 (7/18/11), at 266. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | **spanning-tree bpduguard** |

**Cisco (left column):**

| Related Commands | Command | Description |
|---|---|---|
| | show spanning-tree summary | Displays information about the spanning tree configuration. |
| | spanning-tree bpduguard | Enables BPDU Guard on the interface. |
| | spanning-tree port type edge | Configures an interface as a spanning tree edge port. |

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x  (2008), at L2-65.

**Arista (right column):**

**spanning-tree bpduguard**

The spanning-tree bpduguard command controls BPDU guard on the configuration mode interface. A BPDU guard-enabled port is disabled when it receives a BPDU packet. Disabled ports differ from blocked ports in that they are re-enabled only through manual intervention.

The BPDU guard default setting for portfast ports is configured by the spanning-tree portfast bpduguard default command; BPDU guard is disabled by default on all non-portfast ports.

* spanning-tree bpduguard enable enables BPDU guard on the interface.
* spanning-tree bpduguard disable disables BPDU guard on the interface.

The no spanning-tree bpduguard and default spanning-tree bpduguard commands restore the global BPDU guard setting on the configuration mode interface by removing the corresponding spanning-tree bpduguard command from *running-config*.

| Platform | all |
|---|---|
| Command Mode | Interface-Ethernet Configuration |
| | Interface-Port-Channel Configuration |

**Command Syntax**

```
spanning-tree bpduguard GUARD_ACTION
no spanning-tree bpduguard
default spanning-tree bpduguard
```

**Parameters**

* *GUARD_ACTION*    BPDU guard setting. Options include:
  — enabled    BPDU guard is enabled on the interface.
  — disabled    BPDU guard is disabled on the interface.

**Examples**

* These commands enable BPDU guard on Ethernet interface 5.

```
switch(config)#interface ethernet 5
switch(config-if-Et5)#spanning-tree bpduguard enabled
switch(config-if-Et5)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 997.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 875; Arista User Manual, v. 4.11.1 (1/11/13), at 693; Arista User Manual v. 4.10.3 (10/22/12), at 607; Arista User Manual v. 4.9.3.2 (5/3/12), at 526; Arista User Manual v. 4.8.2 (11/18/11), at 400; Arista User Manual v. 4.7.3 (7/18/11), at 266.

**Copyright Registration Information (left column bottom):**

Cisco NX-OS 4.0

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (2013), at 159. | <br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1023.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 901; Arista User Manual, v. 4.11.1 (1/11/13), at 719; Arista User Manual v. 4.10.3 (10/22/12), at 633; Arista User Manual v. 4.9.3.2 (5/3/12), at 550; Arista User Manual v. 4.8.2 (11/18/11), at 422; Arista User Manual v. 4.7.3 (7/18/11), at 264. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | <br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 5.x (2010), at L2-150. | <br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1023.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 901; Arista User Manual, v. 4.11.1 (1/11/13), at 719; Arista User Manual v. 4.10.3 (10/22/12), at 633; Arista User Manual v. 4.9.3.2 (5/3/12), at 550; Arista User Manual v. 4.8.2 (11/18/11), at 422; Arista User Manual v. 4.7.3 (7/18/11), at 264. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | ⚠ Caution — When disabling spanning tree on a VLAN using the **no spanning-tree vlan** *vlan-id* command, ensure that all switches and bridges in the VLAN have spanning tree disabled. You cannot disable spanning tree on some switches and bridges in a VLAN and leave it enabled on other switches and bridges in the same VLAN because switches and bridges with spanning tree enabled have incomplete information about the physical topology of the network.<br><br>⚠ Caution — We do not recommend disabling spanning tree even in a topology that is free of physical loops. Spanning tree is a safeguard against misconfigurations and cabling errors. Do not disable spanning tree in a VLAN without ensuring that there are no physical loops present in the VLAN.<br><br>Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference, Release 4.x (2008), at L2-75. | Warning — Disabling spanning tree is not recommended, even in topologies free of physical loops. Spanning tree guards against configuration mistakes and cabling errors. When disabling VLAN, ensure that there are no physical loops in the VLAN.<br><br>Important — When disabling spanning tree on a VLAN, ensure that all switches and bridges in the network disable spanning tree for the same VLAN. Disabling spanning tree on a subset of switches and bridges in a VLAN may have unexpected results because switches and bridges running spanning tree will have incomplete information regarding the network's physical topology.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1023.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 901; Arista User Manual, v. 4.11.1 (1/11/13), at 719; Arista User Manual v. 4.10.3 (10/22/12), at 633; Arista User Manual v. 4.9.3.2 (5/3/12), at 550; Arista User Manual v. 4.8.2 (11/18/11), at 422; Arista User Manual v. 4.7.3 (7/18/11), at 264. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **switchport private-vlan trunk native vlan**<br><br>To set the native VLAN for private VLAN promiscuous and isolated trunk ports, use the switchport private-vlan trunk native vlan command. To return to the default value, use the no form of this command.<br><br>switchport private-vlan trunk native vlan *vlan-id*<br><br>no switchport private-vlan trunk native vlan *vlan-id*<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 5.x (2010), 177. | **switchport trunk native vlan**<br><br>The switchport trunk native vlan command specifies the trunk mode native VLAN for the configuration mode interface. Interfaces in trunk mode associate untagged frames with the native VLAN. Trunk mode interfaces can also be configured to drop untagged frames. The default native VLAN for all interfaces is VLAN 1.<br><br>The no switchport trunk native vlan and default switchport trunk native vlan commands restore VLAN 1 as the trunk mode native VLAN to the configuration mode interface by removing the corresponding switchport trunk native vlan command from *running-config*.<br><br>Platform          all<br>Command Mode      Interface-Ethernet Configuration<br>                  Interface-Port-channel Configuration<br><br>Command Syntax<br>switchport trunk native vlan *VLAN_ID*<br>no switchport trunk native vlan<br>default switchport trunk native vlan<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 800.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 647; Arista User Manual, v. 4.11.1 (1/11/13), at 500; Arista User Manual v. 4.10.3 (10/22/12), at 418; Arista User Manual v. 4.9.3.2 (5/3/12), at 357. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **switchport** private-vlan **trunk native vlan**<br><br>To set the native VLAN for private VLAN promiscuous and isolated trunk ports, use the **switchport private-vlan trunk native vlan** command. To return to the default value, use the no form of this command.<br><br>switchport private-vlan **trunk native vlan** *vlan-id*<br><br>no switchport private-vlan **trunk native vlan** *vlan-id*<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 5.x (2010), at L2-168. | **switchport trunk native vlan**<br><br>The switchport trunk native vlan command specifies the trunk mode native VLAN for the configuration mode interface. Interfaces in trunk mode associate untagged frames with the native VLAN. Trunk mode interfaces can also be configured to drop untagged frames. The default native VLAN for all interfaces is VLAN 1.<br><br>The no switchport trunk native vlan and default switchport trunk native vlan commands restore VLAN 1 as the trunk mode native VLAN to the configuration mode interface by removing the corresponding switchport trunk native vlan command from *running-config*.<br><br>Platform          all<br>Command Mode      Interface-Ethernet Configuration<br>                  Interface-Port-channel Configuration<br><br>Command Syntax<br>switchport trunk native vlan *VLAN_ID*<br>no switchport trunk native vlan<br>default switchport trunk native vlan<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 800.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 647; Arista User Manual, v. 4.11.1 (1/11/13), at 500; Arista User Manual v. 4.10.3 (10/22/12), at 418; Arista User Manual v. 4.9.3.2 (5/3/12), at 357. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Syntax Description<br><br>| add | (Optional) Adds a VLAN to the current list. |<br>| except | (Optional) Specifies all VLANs except a particular VLAN. |<br>| none | (Optional) Specifies no VLANs. |<br>| remove | (Optional) Removes the VLANs from the current list. |<br>| *vlan-id* | VLAN ID. The range is from 2 to 1001. |<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference, Release 6.x (2013), at 179. | Parameters<br>• *EDIT_ACTION*    modifications to the VLAN list.<br>— *v_range*    Creates VLAN list from *v_range*.<br>— add *v_range*    Adds specified VLANs to current list.<br>— all    VLAN list contains all VLANs.<br>— except *v_range*    VLAN list contains all VLANs except those specified.<br>— none    VLAN list is empty (no VLANs).<br>— remove *v_range*    Removes specified VLANs from current list.<br>Valid *v_range* formats include number (1 to 4094), range, or comma-delimited list of numbers and ranges.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 751.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 599; Arista User Manual, v. 4.11.1 (1/11/13), at 480; Arista User Manual v. 4.10.3 (10/22/12), at 399; Arista User Manual v. 4.9.3.2 (5/3/12), at 355. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **area stub (OSPF)**<br><br>To define an area as an Open Shortest Path First (OSPF) stub area, use the area stub command. To remove the area, use the no form of this command.<br><br>area *area-id* **stub** [no-summary]<br><br>no area *area-id* stub [no-summary]<br><br>Syntax Description  *area-id*   Identifier for the OSPF stub area. Specify as either a positive integer value or an IP address.<br><br>no-summary   (Optional) Prevents an Area Border Router (ABR) from sending summary link advertisements into the stub area.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 42. | **no area (OSPFv3)**<br><br>The no area command removes all area configuration commands for the specified OSPFv3 area. Commands removed by the no area command include:<br><br>• area<br>• nssa<br>• range<br>• stub<br><br>Area settings can be removed individually; refer to the command description page of the desired command for details.<br><br>Platform          all<br>Command Mode   Router-OSPF3 Configuration<br><br>Command Syntax<br>  no area *area_id* [TYPE]<br>  default area *area_id* [TYPE]<br><br>Parameters<br>• *area_id*   area number.<br>  Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255><br>      Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>      *Running-config* stores value in dotted decimal notation.<br>• *TYPE*   area type. Values include:<br>  — nssa<br>  — nssa translate type7 always   sets p-bit when sending type 7 LSAs<br>  — stub<br>  — stub no-summary   Prevents ABRs from sending summary link advertisements into the area. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.14.3F – Rev. 2 (10/24/2014), at 1521.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1305; Arista User Manual, v. 4.11.1 (1/11/13), at 1056; Arista User Manual v. 4.10.3 (10/22/12), at 781. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **area stub (OSPF)** | **no area (OSPFv3)** |

**Cisco column:**

**area stub (OSPF)**

To define an area as an Open Shortest Path First (OSPF) stub area, use the area stub command. To remove the area, use the no form of this command.

area *area-id* **stub** [no-summary]

no area *area-id* **stub** [no-summary]

Syntax Description | *area-id* | Identifier for the OSPF stub area. Specify as either a positive integer value or an IP address.

no-summary | (Optional) Prevents an Area Border Router (ABR) from sending summary link advertisements into the stub area.

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-34.

**Arista column:**

**no area (OSPFv3)**

The no area command removes all area configuration commands for the specified OSPFv3 area. Commands removed by the no area command include:

- area
- nssa
- range
- stub

Area settings can be removed individually; refer to the command description page of the desired command for details.

Platform          all
Command Mode      Router-OSPF3 Configuration

Command Syntax

no area *area_id* [TYPE]
default area *area_id* [TYPE]

Parameters

- *area_id*    area number.
  Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255>
       Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.
       *Running-config* stores value in dotted decimal notation.
- *TYPE*    area type. Values include:
  — nssa
  — nssa translate type7 always    sets p-bit when sending type 7 LSAs
  — stub
  — stub no-summary    Prevents ABRs from sending summary link advertisements into the area.

Arista User Manual v. 4.14.3F – Rev. 2 (10/24/2014), at 1521.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1305; Arista User Manual, v. 4.11.1 (1/11/13), at 1056; Arista User Manual v. 4.10.3 (10/22/12), at 781.

**Copyright Registration Information column (bottom):**

Cisco NX-OS 5.0

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **area stub (OSPF)**<br><br>To define an area as an Open Shortest Path First (OSPF) stub area, use the area stub command. To remove the area, use the no form of this command.<br><br>area *area-id* **stub [no-summary]**<br><br>no area *area-id* stub [no-summary]<br><br>**Syntax Description**  *area-id*   Identifier for the OSPF stub area. Specify as either a positive integer value or an IP address.<br><br>no-summary   (Optional) Prevents an Area Border Router (ABR) from sending summary link advertisements into the stub area.<br><br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-32. | **no area (OSPFv3)**<br><br>The no area command removes all area configuration commands for the specified OSPFv3 area. Commands removed by the no area command include:<br><br>• area<br>• nssa<br>• range<br>• stub<br><br>Area settings can be removed individually; refer to the command description page of the desired command for details.<br><br>Platform            all<br>Command Mode   Router-OSPF3 Configuration<br><br>**Command Syntax**<br>no area *area_id* [TYPE]<br>default area *area_id* [TYPE]<br><br>**Parameters**<br>• *area_id*   area number.<br>   Valid formats: integer <1 to 4294967295> or dotted decimal <0.0.0.1 to 255.255.255.255><br>      Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>      *Running-config* stores value in dotted decimal notation.<br>• *TYPE*   area type. Values include:<br>   — nssa<br>   — nssa translate type7 always   sets p-bit when sending type 7 LSAs<br>   — stub<br>   — stub no-summary   Prevents ABRs from sending summary link advertisements into the area.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/24/2014), at 1521.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1305; Arista User Manual, v. 4.11.1 (1/11/13), at 1056; Arista User Manual v. 4.10.3 (10/22/12), at 781. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to clear all OSPF neighbor details for all OSPF instances:<br><br>`switch# clear ip ospf neighbor *`<br><br>This example shows how to clear all OSPF neighbor details for all neighbors on Ethernet interface 1/2 for OSPF instance 202:<br><br>`switch# clear ip ospf 202 neighbor ethernet 1/2`<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 112. | **Examples**<br><br>• This command resets all OSPF neighbor statistics.<br><br>`switch#clear ip ospf neighbor *`<br>`switch#`<br><br>• This command resets the OSPF neighbor statistics for the specified Ethernet 3 interface.<br><br>`switch#clear ip ospf neighbor ethernet 3`<br>`switch##`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1420. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **default-information originate (OSPF)**<br><br>To generate a default external route into an Open Shortest Path First (OSPF) routing domain, use the **default-information originate** command. To disable this feature, use the **no** form of this command.<br><br>`default-information originate [always] [route-map map-name]`<br><br>`no default-information originate [always] [route-map map-name]`<br><br>**Syntax Description**<br><br>| always | (Optional) Specifies to always advertise the default route regardless of whether the route table has a default route. |<br>| route-map map-name | (Optional) Specifies to advertise the default route if the route map is satisfied. The map-name argument can be any alphanumeric string up to 63 characters. |<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 42. | **Examples**<br><br>• These commands will always advertise the OSPFv2 default route regardless of whether the switch has a default route configured.<br><br>`switch(config)#router ospf 1`<br>`switch(config-router-ospf)#default-information originate always`<br>`switch(config-router-ospf)#show active`<br>`router ospf 1`<br>`    default-information originate always`<br><br>• These commands advertise a default route with a metric of 100 and an external metric type of 1 if a default route is configured.<br><br>`switch(config)#router ospf 1`<br>`switch((config-router-ospf)#default-information originate metric 100 metric-type 1`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1423. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **default-information originate (OSPFv3)**<br><br>To generate a default external route into an Open Shortest Path First version 3 (OSPFv3) routing domain, use the **default-information originate** command. To disable this feature, use the **no** form of this command.<br><br>**default-information originate [always] [route-map** *map-name*]<br><br>**no default-information originate [always] [route-map** *map-name*]<br><br>Syntax Description<br><br>always — (Optional) Specifies to always advertise the default route regardless of whether the route table has a default route.<br><br>**route-map** *map-name* — (Optional) Specifies to advertise the default route if the route map is satisfied. The *map-name* argument can be any alphanumeric string up to 63 characters.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 44. | Examples<br><br>• These commands will always advertise the OSPFv3 default route regardless of whether the switch has a default route configured.<br><br>`switch(config)#ipv6 router ospf 1`<br>`switch(config-router-ospf3)#default-information originate always`<br>`switch(config-router-ospf3)#show active`<br>`ipv6 router ospf 1`<br>`    default-information originate always`<br><br>• These commands configures OSPF area 1 as metric of 100 for the default route with an external metric type of Type 1.<br><br>`switch(config)#ipv6 router ospf 1`<br>`switch(config-router-ospf3)#default-information originate metric 100 metric-type 1`<br>`switch(config-router-ospf3)#show active`<br>`ipv6 router ospf 1`<br>`    default-information originate metric 100 metric-type 1`<br>`switch(config-router-ospf3)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1506.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1291; Arista User Manual, v. 4.11.1 (1/11/13), at 1041. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **default-information originate (OSPFv3)**<br><br>To generate a default external route into an Open Shortest Path First version 3 (OSPFv3) routing domain, use the **default-information originate** command. To disable this feature, use the **no** form of this command.<br><br>default-information originate [always] [route-map *map-name*]<br><br>**no default-information originate [always] [route-map *map-name*]**<br><br>Syntax Description<br><br>always — (Optional) Specifies to always advertise the default route regardless of whether the route table has a default route.<br><br>route-map *map-name* — (Optional) Specifies to advertise the default route if the route map is satisfied. The *map-name* argument can be any alphanumeric string up to 63 characters.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-155. | Examples<br>• These commands will always advertise the OSPFv3 default route regardless of whether the switch has a default route configured.<br><br>`switch(config)#ipv6 router ospf 1`<br>`switch(config-router-ospf3)#default-information originate always`<br>`switch(config-router-ospf3)#show active`<br>`ipv6 router ospf 1`<br>`    default-information originate always`<br><br>• These commands configures OSPF area 1 as metric of 100 for the default route with an external metric type of Type 1.<br><br>`switch(config)#ipv6 router ospf 1`<br>`switch(config-router-ospf3)#default-information originate metric 100 metric-type 1`<br>`switch(config-router-ospf3)#show active`<br>`ipv6 router ospf 1`<br>`    default-information originate metric 100 metric-type 1`<br>`switch(config-router-ospf3)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1506.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1291; Arista User Manual, v. 4.11.1 (1/11/13), at 1041. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **default-information originate (OSPFv3)**<br><br>To generate a default external route into an Open Shortest Path First version 3 (OSPFv3) routing domain, use the **default-information originate** command. To disable this feature, use the **no** form of this command.<br><br>default-information originate [always] [route-map *map-name*]<br><br>no default-information originate [always] [route-map *map-name*]<br><br>Syntax Description:<br>always — (Optional) Specifies to always advertise the default route regardless of whether the route table has a default route.<br>route-map *map-name* — (Optional) Specifies to advertise the default route if the route map is satisfied. The *map-name* argument can be any alphanumeric string up to 63 characters.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-90. | Examples<br>• These commands will always advertise the OSPFv3 default route regardless of whether the switch has a default route configured.<br><br>`switch(config)#ipv6 router ospf 1`<br>`switch(config-router-ospf3)#default-information originate always`<br>`switch(config-router-ospf3)#show active`<br>`ipv6 router ospf 1`<br>`    default-information originate always`<br><br>• These commands configures OSPF area 1 as metric of 100 for the default route with an external metric type of Type 1.<br><br>`switch(config)#ipv6 router ospf 1`<br>`switch(config-router-ospf3)#default-information originate metric 100 metric-type 1`<br>`switch(config-router-ospf3)#show active`<br>`ipv6 router ospf 1`<br>`    default-information originate metric 100 metric-type 1`<br>`switch(config-router-ospf3)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1506.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1291; Arista User Manual, v. 4.11.1 (1/11/13), at 1041. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **distance (EIGRP)**<br><br>To allow the use of two administrative distances—internal and external—for the Enhanced Interior Gateway Routing Protocol (EIGRP) that could provide a better route to a node, use the **distance** command. To reset to default, use the **no** form of this command.<br><br>distance *internal-distance external-distance*<br><br>no distance<br><br>**Syntax Description**<br><br>*internal-distance* — Administrative distance for EIGRP internal routes. Internal routes are routes that are learned from another entity within the same autonomous system (AS). The distance can be a value from 1 to 255. The default value is 90.<br><br>*external-distance* — Administrative distance for EIGRP external routes. External routes are routes for which the best path is learned from a source external to this autonomous system. The distance can be a value from 1 to 255. The default value is 170.<br><br>**Defaults**<br>*internal-distance:* 90<br>*external-distance:* 170<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 61. | **distance bgp**<br><br>The distance bgp command assigns an administrative distance to routes that the switch learns through BGP Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• external: External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br><br>• internal: Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br><br>• local: Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The no distance bgp and default distance bgp commands restore the default administrative distances by removing the distance bgp command from *running-config*.<br><br>Platform        all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br>distance bgp external_dist [*INTERNAL_LOCAL*]<br>no distance bgp<br>default distance bgp<br><br>Parameters<br>• *external_dist*   distance assigned to external routes. Values range from 1 to 255.<br>• *INTERNAL_LOCAL*   distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br>  — <no parameter>  *external_dist* value is assigned to internal and local routes.<br>  — *internal_dist  local_dist*  values assigned to internal (*internal_dist*) and local (*local_dist*) routes.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **distance (EIGRP)**<br><br>To allow the use of two administrative distances—internal and external—for the Enhanced Interior Gateway Routing Protocol (EIGRP) that could provide a better route to a node, use the **distance** command. To reset to default, use the **no** form of this command.<br><br>distance *internal-distance external-distance*<br><br>no distance<br><br>**Syntax Description**<br><br>*internal-distance* — Administrative distance for EIGRP internal routes. Internal routes are routes that are learned from another entity within the same autonomous system (AS). The distance can be a value from 1 to 255. The default value is 90.<br><br>*external-distance* — Administrative distance for EIGRP external routes. External routes are routes for which the best path is learned from a source external to this autonomous system. The distance can be a value from 1 to 255. The default value is 170.<br><br>**Defaults**<br><br>*internal-distance:* 90<br>*external-distance:* 170<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-171. | **distance bgp**<br><br>The distance bgp command assigns an administrative distance to routes that the switch learns through BGP Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• external: External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br><br>• internal: Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br><br>• local: Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The no distance bgp and default distance bgp commands restore the default administrative distances by removing the distance bgp command from *running-config*.<br><br>Platform    all<br>Command Mode    Router-BGP Configuration<br><br>**Command Syntax**<br><br>distance bgp *external_dist* [*INTERNAL_LOCAL*]<br>no distance bgp<br>default distance bgp<br><br>**Parameters**<br><br>• *external_dist*    distance assigned to external routes. Values range from 1 to 255.<br>• *INTERNAL_LOCAL*    distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br>    — <no parameter>  *external_dist* value is assigned to internal and local routes.<br>    — *internal_dist local_dist*  values assigned to internal (*internal_dist*) and local (*local_dist*) routes.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration:<br>11/13/2014 | **distance (EIGRP)**<br><br>To allow the use of two administrative distances—internal and external—for the Enhanced Interior Gateway Routing Protocol (EIGRP) that could provide a better route to a node, use the **distance** command. To reset to default, use the **no** form of this command.<br><br>distance *internal-distance external-distance*<br><br>no distance<br><br>**Syntax Description**<br>*internal-distance* — Administrative distance for EIGRP internal routes. Internal routes are routes that are learned from another entity within the same autonomous system (AS). The distance can be a value from 1 to 255. The default value is 90.<br><br>*external-distance* — Administrative distance for EIGRP external routes. External routes are routes for which the best path is learned from a source external to this autonomous system. The distance can be a value from 1 to 255. The default value is 170.<br><br>**Defaults**<br>*internal-distance:* 90<br>*external-distance:* 170<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-104. | **distance bgp**<br><br>The distance bgp command assigns an administrative distance to routes that the switch learns through BGP Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• external: External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br><br>• internal: Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br><br>• local: Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The no distance bgp and default distance bgp commands restore the default administrative distances by removing the distance bgp command from *running-config*.<br><br>Platform          all<br>Command Mode   Router-BGP Configuration<br><br>**Command Syntax**<br>distance bgp external_dist [*INTERNAL_LOCAL*]<br>no distance bgp<br>default distance bgp<br><br>**Parameters**<br>• *external_dist*   distance assigned to external routes. Values range from 1 to 255.<br>• *INTERNAL_LOCAL*   distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br>  — <no parameter> *external_dist* value is assigned to internal and local routes.<br>  — *internal_dist  local_dist*  values assigned to internal (*internal_dist*) and local (*local_dist*) routes.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **distance (EIGRP)**<br><br>To allow the use of two administrative distances—internal and external—for the Enhanced Interior Gateway Routing Protocol (EIGRP) that could provide a better route to a node, use the **distance** command. To reset to default, use the **no** form of this command.<br><br>distance *internal-distance external-distance*<br><br>no distance<br><br>Syntax Description<br><br>*internal-distance* — Administrative distance for EIGRP internal routes. Internal routes are routes that are learned from another entity within the same autonomous system (AS). The distance can be a value from 1 to 255. The default value is 90.<br><br>*external-distance* — Administrative distance for EIGRP external routes. External routes are routes for which the best path is learned from a source external to this autonomous system. The distance can be a value from 1 to 255. The default value is 170.<br><br>Defaults<br><br>internal-distance: 90<br>external-distance: 170<br><br>Cisco IOS IP Routing: EIGRP Command Reference (2009), at IRE-33. | **distance bgp**<br><br>The distance bgp command assigns an administrative distance to routes that the switch learns through BGP Routers use administrative distances to select a route when two protocols provide routing information to the same destination. Distance values range from 1 to 255; lower distance values correspond to higher reliability. BGP routing tables do not include routes with a distance of 255.<br><br>The distance command assigns distance values to external, internal, and local BGP routes:<br><br>• external: External routes are routes for which the best path is learned from a neighbor external to the autonomous system. Default distance is 200.<br><br>• internal: Internal routes are routes learned from a BGP entity within the same autonomous system. Default distance is 200.<br><br>• local: Local routes are networks listed with a network router configuration command for that router or for networks that are redistributed from another process. Default distance is 200.<br><br>The no distance bgp and default distance bgp commands restore the default administrative distances by removing the distance bgp command from *running-config*.<br><br>Platform         all<br>Command Mode    Router-BGP Configuration<br><br>Command Syntax<br><br>distance bgp external_dist [*INTERNAL_LOCAL*]<br>no distance bgp<br>default distance bgp<br><br>Parameters<br><br>• *external_dist*    distance assigned to external routes. Values range from 1 to 255.<br><br>• *INTERNAL_LOCAL*    distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br><br>— <no parameter>  *external_dist* value is assigned to internal and local routes.<br>— *internal_dist*  *local_dist*  values assigned to internal (*internal_dist*) and local (*local_dist*) routes.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1583.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1360; Arista User Manual, v. 4.11.1 (1/11/13), at 1106; Arista User Manual v. 4.10.3 (10/22/12), at 918; Arista User Manual v. 4.9.3.2 (5/3/12), at 684; Arista User Manual v. 4.8.2 (11/18/11), at 514; Arista User Manual v. 4.7.3 (7/18/11), at 379. |
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | When you configure the **ip** command on an interface, the handling of proxy Address Resolution Protocol (ARP) requests changes (unless proxy ARP was disabled). Hosts send ARP requests to map an IP address to a MAC address. The GLBP gateway intercepts the ARP requests and replies to the ARP requests on behalf of the connected nodes. If a forwarder in the GLBP group is active, proxy ARP requests are answered using the MAC address of the first active forwarder in the group. If no forwarder is active, proxy ARP responses are suppressed.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 256. | **Displaying ARP Entries**<br><br>The show ip arp command displays ARP cache entries that map an IP address to a corresponding MAC address. The table displays addresses by their host names when the command includes the *resolve* argument.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1225.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1038; Arista User Manual, v. 4.11.1 (1/11/13), at 840; Arista User Manual v. 4.10.3 (10/22/12), at 687. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | When you configure the **ip** command on an interface, the handling of proxy Address Resolution Protocol (ARP) requests changes (unless proxy ARP was disabled). Hosts send ARP requests to map an IP address to a MAC address. The GLBP gateway intercepts the ARP requests and replies to the ARP requests on behalf of the connected nodes. If a forwarder in the GLBP group is active, proxy ARP requests are answered using the MAC address of the first active forwarder in the group. If no forwarder is active, proxy ARP responses are suppressed.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-236. | **Displaying ARP Entries**<br><br>The show ip arp command displays ARP cache entries that map an IP address to a corresponding MAC address. The table displays addresses by their host names when the command includes the *resolve* argument.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1225.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1038; Arista User Manual, v. 4.11.1 (1/11/13), at 840; Arista User Manual v. 4.10.3 (10/22/12), at 687. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | When you configure the **ip** command on an interface, the handling of proxy Address Resolution Protocol (ARP) requests changes (unless proxy ARP was disabled). Hosts send ARP requests to map an IP address to a MAC address. The GLBP gateway intercepts the ARP requests and replies to the ARP requests on behalf of the connected nodes. If a forwarder in the GLBP group is active, proxy ARP requests are answered using the MAC address of the first active forwarder in the group. If no forwarder is active, proxy ARP responses are suppressed.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-143. | **Displaying ARP Entries**<br><br>The show ip arp command displays ARP cache entries that map an IP address to a corresponding MAC address. The table displays addresses by their host names when the command includes the *resolve* argument.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1225.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1038; Arista User Manual, v. 4.11.1 (1/11/13), at 840; Arista User Manual v. 4.10.3 (10/22/12), at 687. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | Address Resolution Protocol (ARP) is an Internet protocol used to map an IP address to a MAC address. ARP finds the MAC address, also known as the hardware address, of an IP-routed host from its known IP address and maintains this mapping information in a table. The router uses this IP address and MAC address mapping information to send IP packets to the next-hop router in the network.<br><br>Cisco IOS IP Addressing Services Configuration Guide (2009), at CSl-CLl-00061623. | **Displaying ARP Entries**<br><br>The **show ip arp** command displays ARP cache entries that map an IP address to a corresponding MAC address. The table displays addresses by their host names when the command includes the *resolve* argument.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1225.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1038; Arista User Manual, v. 4.11.1 (1/11/13), at 840; Arista User Manual v. 4.10.3 (10/22/12), at 687. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Expanded Community Lists**<br>Expanded community lists are used to filter communities using a regular expression. Regular expressions are used to configure patterns to match community attributes. The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it will match the earliest part first.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 274. | The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it matches the earliest part first.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 107.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 105; Arista User Manual, v. 4.11.1 (1/11/13), at 65; Arista User Manual v. 4.12.3 (7/17/13), at 95; Arista User Manual v. 4.10.3 (10/22/12), at 57; Arista User Manual v. 4.9.3.2 (5/3/12), at 53; Arista User Manual v. 4.8.2 (11/18/11), at 49. |
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | **Expanded Community Lists**<br>Expanded community lists are used to filter communities using a regular expression. Regular expressions are used to configure patterns to match community attributes. The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it will match the earliest part first.<br><br>Cisco IOS IP Routing: BGP Command Reference, (2009), at 274. | The order for matching using the * or + character is longest construct first. Nested constructs are matched from the outside in. Concatenated constructs are matched beginning at the left side. If a regular expression can match two different parts of an input string, it matches the earliest part first.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 107.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 105; Arista User Manual, v. 4.11.1 (1/11/13), at 65; Arista User Manual v. 4.12.3 (7/17/13), at 95; Arista User Manual v. 4.10.3 (10/22/12), at 57; Arista User Manual v. 4.9.3.2 (5/3/12), at 53; Arista User Manual v. 4.8.2 (11/18/11), at 49. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Static routes have a default administrative distance of 1. If you want a dynamic routing protocol to take precidence over a static route, you must configure the static route preference argument to be greater than the administrative distance of the dynamic routing protocol. For example, routes derived with Enhanced Interior Gateway Routing Protocol (EIGRP) have a default administrative distance of 100. To have a static route that would be overridden by an EIGRP dynamic route, specify an administrative distance greater than 100.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 337. | Static routes have a default administrative distance of 1. Assigning a higher administrative distance to a static route configures it to be overridden by dynamic routing data. For example, a static route with a distance value of 200 is overridden by OSPF intra-area routes with a default distance of 110.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1226.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1082; Arista User Manual, v. 4.11.1 (1/11/13), at 860; Arista User Manual v. 4.10.3 (10/22/12), at 683. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | Static routes have a default administrative distance of 1. If you want a dynamic routing protocol to take precidence over a static route, you must configure the static route preference argument to be greater than the administrative distance of the dynamic routingprotocol. For example, routes derived with Enhanced Interior Gateway Routing Protocol (EIGRP) have a default administrative distance of 100. To have a static route that would be overridden by an EIGRP dynamic route, specify an administrative distance greater than 100.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-311. | Static routes have a default administrative distance of 1. Assigning a higher administrative distance to a static route configures it to be overridden by dynamic routing data. For example, a static route with a distance value of 200 is overridden by OSPF intra-area routes with a default distance of 110.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1226.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1082; Arista User Manual, v. 4.11.1 (1/11/13), at 860; Arista User Manual v. 4.10.3 (10/22/12), at 683. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **is-type**<br><br>To configure the routing level for an instance of the Intermediate System-to-Intermediate System (IS-IS) routing process, use the is-type command. To reset the default value, use the no form of this command.<br><br>is-type {level-1 | level-1-2 | level-2}<br><br>no is-type {level-1 | level-1-2 | level-2}<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 407. | **is-type**<br><br>The is-type command configures the routing level for an instance of the IS-IS routing instance.<br><br>Platform        all<br>Command Mode    Router-IS-IS Configuration<br><br>**Command Syntax**<br>is-type LAYER_VALUE<br><br>**Parameters**<br>• LAYER_VALUE    layer value. Options include:<br>  — level-1    The switch operates as a Level-1 (intra-area) router.<br>  — level-2    The switch operates as a Level-2 (inter-area) router.<br><br>**Example**<br>• These commands configure Level 2 routing on interface Ethernet 5.<br><br>  switch(config)#router isis Osiris<br>  switch(config-router-isis)#is-type level-2<br>  switch(config-router-isis)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1691.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1451. |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **is-type**<br><br>To configure the routing level for an instance of the Intermediate System-to-Intermediate System (IS-IS) routing process, use the is-type command. To reset the default value, use the no form of this command.<br><br>is-type {level-1 | level-1-2 | level-2}<br><br>no is-type {level-1 | level-1-2 | level-2}<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-373. | **is-type**<br><br>The is-type command configures the routing level for an instance of the IS-IS routing instance.<br><br>Platform          all<br>Command Mode     Router-IS-IS Configuration<br><br>**Command Syntax**<br>is-type *LAYER_VALUE*<br><br>**Parameters**<br>• *LAYER_VALUE*   layer value. Options include:<br>— level-1   The switch operates as a Level-1 (intra-area) router.<br>— level-2   The switch operates as a Level-2 (inter-area) router.<br><br>**Example**<br>• These commands configure Level 2 routing on interface Ethernet 5.<br><br>switch(config)#router isis Osiris<br>switch(config-router-isis)#is-type level-2<br>switch(config-router-isis)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1691.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1451. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **is-type**<br><br>To configure the routing level for an instance of the Intermediate System-to-Intermediate System (IS-IS) routing process, use the is-type command. To reset the default value, use the no form of this command.<br><br>is-type {level-1 | level-1-2 | level-2}<br><br>no is-type {level-1 | level-1-2 | level-2}<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-208. | **is-type**<br><br>The is-type command configures the routing level for an instance of the IS-IS routing instance.<br><br>Platform          all<br>Command Mode     Router-IS-IS Configuration<br><br>**Command Syntax**<br>is-type *LAYER_VALUE*<br><br>**Parameters**<br>• *LAYER_VALUE*  layer value. Options include:<br>— level-1    The switch operates as a Level-1 (intra-area) router.<br>— level-2    The switch operates as a Level-2 (inter-area) router.<br><br>**Example**<br>• These commands configure Level 2 routing on interface Ethernet 5.<br>switch(config)#router isis Osiris<br>switch(config-router-isis)#is-type level-2<br>switch(config-router-isis)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1691.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1451. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | **is-type**<br><br>To configure the routing level for an instance of the Intermediate System-to-Intermediate System IS-IS routing process, use the **is-type command** in router configuration mode. To reset the default value, use the **no** form of this command.<br><br>**is-type [level-1** \| level-1-2 \| **level-2** only]**<br><br>**no is-type [level-1 \| level-1-2 \| level-2-only]**<br><br>Cisco IOS IP Routing: ISIS Command Reference (2009), at IRS-73. | **is-type**<br><br>The is-type command configures the routing level for an instance of the IS-IS routing instance.<br><br>Platform          all<br>Command Mode      Router-IS-IS Configuration<br><br>**Command Syntax**<br>`is-type` *LAYER_VALUE*<br><br>**Parameters**<br>• *LAYER_VALUE*   layer value.Options include:<br>  — **level-1**   The switch operates as a Level-1 (intra-area) router.<br>  — **level-2**   The switch operates as a Level-2 (inter-area) router.<br><br>**Example**<br>• These commands configure Level 2 routing on interface Ethernet 5.<br>`switch(config)#router isis Osiris`<br>`switch(config-router-isis)#is-type level-2`<br>`switch(config-router-isis)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1691.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1451. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **isis hello-multiplier** | **isis hello-multiplier** |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | To specify the number of Intermediate System-to-Intermediate System (IS-IS) hello packets a neighbor must miss before the router should declare the adjacency as down, use the **isis hello-multiplier** command. To restore the default value, use the **no** form of this command.

**isis hello-multiplier** *multiplier* {**level-1** \| **level-2**}

**no isis hello-multiplier** {**level-1** \| **level-2**}

Syntax Description

*multiplier* — Integer value. Range: 3 to 1000. Default: 3.
**level-1** — Configures the hello multiplier independently for Level 1 adjacencies.
**level-2** — Configures the hello multiplier independently for Level 2 adjacencies.

Command Default

The default settings are as follows:
• *multiplier*: 3
• Level 1 and Level 2

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 423. | The **isis hello-multiplier command** specifies the number of IS-IS hello packets a neighbor must miss before the **device** should declare the adjacency as down.

Each hello packet contains a hold time. The hold time informs the receiving devices how long to wait without seeing another hello from the sending device before considering the sending device down. The isis **hello-multiplier** command is used to calculate the hold time announced in hello packets by multiplying this number with the configured isis **hello-interval**.

The no isis **hello-multiplier** and default isis **hello-multiplier** commands restore the default hello interval of 3 on the configuration mode interface by removing the isis **hello-multiplier** command from *running-config*.

Platform — all
Command Mode — Interface-Ethernet Configuration
Interface-Loopback Configuration
Interface-Port-channel Configuration
Interface-VLAN Configuration

Command Syntax

**isis hello-multiplier** *factor*
**no isis hello-multiplier**
**default isis hello-multiplier**

Parameters

• *factor* — hello multiplier. Values range from 3 to 100; default is 3

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1685.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1447. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **isis hello-multiplier**<br><br>To specify the number of Intermediate System-to-Intermediate System (IS-IS) hello packets a neighbor must miss before the router should declare the adjacency as down, use the **isis hello-multiplier** command. To restore the default value, use the **no** form of this command.<br><br>**isis hello-multiplier** *multiplier* {level-1 \| level-2}<br><br>**no isis hello-multiplier** {level-1 \| level-2}<br><br>Syntax Description<br>*multiplier* — Integer value. Range: 3 to 1000. Default: 3.<br>level-1 — Configures the hello multiplier independently for Level 1 adjacencies.<br>level-2 — Configures the hello multiplier independently for Level 2 adjacencies.<br><br>Command Default<br>The default settings are as follows:<br>• *multiplier*: 3<br>• Level 1 and Level 2<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-389. | **isis hello-multiplier**<br><br>The **isis hello-multiplier command** specifies the number of IS-IS hello packets a neighbor must miss before the **device** should declare the adjacency as down.<br><br>Each hello packet contains a hold time. The hold time informs the receiving devices how long to wait without seeing another hello from the sending device before considering the sending device down. The **isis hello-multiplier** command is used to calculate the hold time announced in hello packets by multiplying this number with the configured isis **hello-interval**.<br><br>The **no isis hello-multiplier** and **default isis hello-multiplier** commands restore the default hello interval of 3 on the configuration mode interface by removing the **isis hello-multiplier** command from *running-config*.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>Command Syntax<br>**isis hello-multiplier** *factor*<br>**no isis hello-multiplier**<br>**default isis hello-multiplier**<br><br>Parameters<br>• *factor* — hello multiplier. Values range from 3 to 100; default is 3<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1685.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1447. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0

Effective date of registration: 11/13/2014 | **isis hello-multiplier**

To specify the number of Intermediate System-to-Intermediate System (IS-IS) hello packets a neighbor must miss before the router should declare the adjacency as down, use the **isis hello-multiplier** command. To restore the default value, use the **no** form of this command.

**isis hello-multiplier** *multiplier* {**level-1** | **level-2**}

**no isis hello-multiplier** {**level-1** | **level-2**}

Syntax Description

| *multiplier* | Integer value. Range: 3 to 1000. Default: 3. |
| level-1 | Configures the hello multiplier independently for Level 1 adjacencies. |
| level-2 | Configures the hello multiplier independently for Level 2 adjacencies. |

Command Default

The default settings are as follows:
• *multiplier*: 3
• Level 1 and Level 2

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2008), at L3-224. | **isis hello-multiplier**

The **isis hello-multiplier command** specifies the number of IS-IS hello packets a neighbor must miss before the device should declare the adjacency as down.

Each hello packet contains a hold time. The hold time informs the receiving devices how long to wait without seeing another hello from the sending device before considering the sending device down. The **isis hello-multiplier** command is used to calculate the hold time announced in hello packets by multiplying this number with the configured isis **hello-interval**.

The **no isis hello-multiplier** and **default isis hello-multiplier** commands restore the default hello interval of 3 on the configuration mode interface by removing the isis **hello-multiplier** command from *running-config*.

| Platform | all |
| Command Mode | Interface-Ethernet Configuration |
| | Interface-Loopback Configuration |
| | Interface-Port-channel Configuration |
| | Interface-VLAN Configuration |

Command Syntax

**isis hello-multiplier** *factor*
**no isis hello-multiplier**
**default isis hello-multiplier**

Parameters
• *factor*   hello multiplier. Values range from 3 to 100; default is 3

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1685.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1447. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | **isis hello-multiplier**<br><br>To specify the number of Intermediate System-to-Intermediate System (IS-IS) hello packets a neighbor must miss before the router should declare the adjacency as down, use the **isis hello-multiplier** command. To restore the default value, use the **no** form of this command.<br><br>isis hello-multiplier *multiplier* {level-1 \| level-2}<br><br>no isis hello-multiplier {level-1 \| level-2}<br><br>Syntax Description<br>*multiplier*    Integer value. Range: 3 to 1000. Default: 3.<br>level-1    Configures the hello multiplier independently for Level 1 adjacencies.<br>level-2    Configures the hello multiplier independently for Level 2 adjacencies.<br><br>Command Default    The default settings are as follows:<br>• *multiplier*: 3<br>• Level 1 and Level 2<br><br>Cisco IOS IP Routing: ISIS Command Reference (2009), at IRS-54. | **isis hello-multiplier**<br><br>The **isis hello-multiplier** command specifies the number of IS-IS hello packets a neighbor must miss before the device should declare the adjacency as down.<br><br>Each hello packet contains a hold time. The hold time informs the receiving devices how long to wait without seeing another hello from the sending device before considering the sending device down. The **isis hello-multiplier** command is used to calculate the hold time announced in hello packets by multiplying this number with the configured **isis hello-interval**.<br><br>The **no isis hello-multiplier** and **default isis hello-multiplier** commands restore the default hello interval of 3 on the configuration mode interface by removing the **isis hello-multiplier** command from *running-config*.<br><br>Platform    all<br>Command Mode    Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>Command Syntax<br>**isis hello-multiplier** *factor*<br>**no isis hello-multiplier**<br>default isis hello-multiplier<br><br>Parameters<br>• *factor*    hello multiplier. Values range from 3 to 100; default is 3<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1685.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1447. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **isis priority**<br><br>To configure the priority of designated routers, use the **isis priority** command in interface configuration mode. To reset the default priority, use the **no** form of this command.<br><br>isis priority *number-value* [**level-1** \| **level-2**]<br><br>no isis priority [**level-1** \| **level-2**]<br><br>**Syntax Description**<br>*number-value* — Priority of a router and is a number from 0 to 127. The default value is 64.<br>**level-1** — (Optional) Sets the priority for Level 1 independently.<br>**level-2** — (Optional) Sets the priority for Level 2 independently.<br><br>**Defaults** — Priority of 64<br>Level 1 and Level 2<br><br>**Command Modes** — Interface configuration<br><br>**SupportedUserRoles** — network-admin<br>vdc-admin<br><br>**Command History**<br>Release — Modification<br>4.0(1) — This command was introduced.<br><br>**Usage Guidelines** — Priorities can be configured for Level 1 and Level 2 independently. Specifying the **level-1** or **level-2** keyword resets priority only for Level 1 or Level 2 routing, respectively.<br><br>The priority is used to determine which router on a LAN will be the designated router or Designated Intermediate System (DIS). The priorities are advertised in the hello packets. The router with the highest priority will become the DIS.<br><br>In Intermediate System-to-Intermediate System (IS-IS), there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a router with a higher priority comes on line, it will take over the role from the current DIS. In the case of equal priorities, the highest MAC address breaks the tie.<br><br>This command requires the Enterprise Services license.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 433. | **isis priority**<br><br>The isis priority command configures IS-IS router priority for the configuration mode interface.<br><br>The priority is used to determine which device will be the Designated Intermediate System (DIS). The device with the highest priority will become the DIS.<br><br>In IS-IS, there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a device with a higher priority comes on line, it will take over the role from the current DIS.<br><br>The no isis priority and default isis priority commands restore the default priority (64) on the configuration mode interface.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>Command Syntax<br>`isis priority` *priority_level*<br>`no isis priority`<br>`default isis priority`<br><br>Parameters<br>• *priority_level* — priority level. Value ranges from 0 to 127. Default value is 64.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1690.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1450. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **isis priority**<br><br>To configure the priority of designated routers, use the **isis priority** command in interface configuration mode. To reset the default priority, use the **no** form of this command.<br><br>isis priority *number-value* [**level-1** \| **level-2**]<br><br>no isis priority [**level-1** \| **level-2**]<br><br>**Syntax Description**<br>*number-value* — Priority of a router and is a number from 0 to 127. The default value is 64.<br>**level-1** — (Optional) Sets the priority for Level 1 independently.<br>**level-2** — (Optional) Sets the priority for Level 2 independently.<br><br>**Defaults** — Priority of 64<br>Level 1 and Level 2<br><br>**Command Modes** — Interface configuration<br><br>**SupportedUserRoles** — network-admin<br>vdc-admin<br><br>**Command History**<br>Release — Modification<br>4.0(1) — This command was introduced.<br><br>**Usage Guidelines** — Priorities can be configured for Level 1 and Level 2 independently. Specifying the **level-1** or **level-2** keyword resets priority only for Level 1 or Level 2 routing, respectively.<br>The priority is used to determine which router on a LAN will be the designated router or Designated Intermediate System (DIS). The priorities are advertised in the hello packets. The router with the highest priority will become the DIS.<br>In Intermediate System-to-Intermediate System (IS-IS), there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a router with a higher priority comes on line, it will take over the role from the current DIS. In the case of equal priorities, the highest MAC address breaks the tie.<br>This command requires the Enterprise Services license.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-397. | **isis priority**<br><br>The isis priority command configures IS-IS router priority for the configuration mode interface.<br><br>The priority is used to determine which device will be the Designated Intermediate System (DIS). The device with the highest priority will become the DIS.<br><br>In IS-IS, there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a device with a higher priority comes on line, it will take over the role from the current DIS.<br><br>The no isis priority and default isis priority commands restore the default priority (64) on the configuration mode interface.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>**Command Syntax**<br>isis priority *priority_level*<br>no isis priority<br>default isis priority<br><br>**Parameters**<br>• *priority_level*  priority level. Value ranges from 0 to 127. Default value is 64.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1690.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1450. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **isis priority**<br><br>To configure the priority of designated routers, use the **isis priority** command in interface configuration mode. To reset the default priority, use the **no** form of this command.<br><br>isis priority *number-value* [level-1 | level-2]<br><br>no isis priority [level-1 | level-2]<br><br>**Syntax Description**<br>*number-value* — Priority of a router and is a number from 0 to 127. The default value is 64.<br>level-1 — (Optional) Sets the priority for Level 1 independently.<br>level-2 — (Optional) Sets the priority for Level 2 independently.<br><br>**Defaults**<br>Priority of 64<br>Level 1 and Level 2<br><br>**Command Modes**<br>Interface configuration<br><br>**SupportedUserRoles**<br>network-admin<br>vdc-admin<br><br>**Command History**<br>Release — Modification<br>4.0(1) — This command was introduced.<br><br>**Usage Guidelines**<br>Priorities can be configured for Level 1 and Level 2 independently. Specifying the **level-1** or **level-2** keyword resets priority only for Level 1 or Level 2 routing, respectively.<br><br>The priority is used to determine which router on a LAN will be the designated router or Designated Intermediate System (DIS). The priorities are advertised in the hello packets. The router with the highest priority will become the DIS.<br><br>In Intermediate System-to-Intermediate System (IS-IS), there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a router with a higher priority comes on line, it will take over the role from the current DIS. In the case of equal priorities, the highest MAC address breaks the tie.<br><br>This command requires the Enterprise Services license.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-232. | **isis priority**<br><br>The **isis priority** command configures IS-IS router priority for the configuration mode interface.<br><br>The priority is used to determine which device will be the Designated Intermediate System (DIS). The device with the highest priority will become the DIS.<br><br>In IS-IS, there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a device with a higher priority comes on line, it will take over the role from the current DIS.<br><br>The no isis priority and default isis priority commands restore the default priority (64) on the configuration mode interface.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>**Command Syntax**<br>isis priority *priority_level*<br>no isis priority<br>default isis priority<br><br>**Parameters**<br>• *priority_level* — priority level. Value ranges from 0 to 127. Default value is 64.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1690.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1450. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.0<br><br>Effective date of registration: 11/28/2014 | **isis priority**<br><br>To configure the priority of designated routers, use the **isis priority** command in interface configuration mode. To reset the default priority, use the **no** form of this command.<br><br>isis priority *number-value* [**level-1** \| **level-2**]<br><br>no isis priority [**level-1** \| **level-2**]<br><br>**Syntax Description**<br>*number-value* — Priority of a router and is a number from 0 to 127. The default value is 64.<br>**level-1** — (Optional) Sets the priority for Level 1 independently.<br>**level-2** — (Optional) Sets the priority for Level 2 independently.<br><br>**Defaults** — Priority of 64. Level 1 and Level 2<br><br>**Command Modes** — Interface configuration<br><br>**SupportedUserRoles** — network-admin, vdc-admin<br><br>**Command History**<br>Release — Modification<br>4.0(1) — This command was introduced.<br><br>**Usage Guidelines** — Priorities can be configured for Level 1 and Level 2 independently. Specifying the **level-1** or **level-2** keyword resets priority only for Level 1 or Level 2 routing, respectively.<br>The priority is used to determine which router on a LAN will be the designated router or Designated Intermediate System (DIS). The priorities are advertised in the hello packets. The router with the highest priority will become the DIS.<br>In Intermediate System-to-Intermediate System (IS-IS), there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a router with a higher priority comes on line, it will take over the role from the current DIS. In the case of equal priorities, the highest MAC address breaks the tie.<br>This command requires the Enterprise Services license.<br><br>Cisco IOS IP Routing: ISIS Command Reference (2009), at IRS-63. | **isis priority**<br><br>The isis priority command configures IS-IS router priority for the configuration mode interface.<br><br>The priority is used to determine which device will be the Designated Intermediate System (DIS). The device with the highest priority will become the DIS.<br><br>In IS-IS, there is no backup designated router. Setting the priority to 0 lowers the chance of this system becoming the DIS, but does not prevent it. If a device with a higher priority comes on line, it will take over the role from the current DIS.<br><br>The no isis priority and default isis priority commands restore the default priority (64) on the configuration mode interface.<br><br>Platform — all<br>Command Mode — Interface-Ethernet Configuration<br>Interface-Loopback Configuration<br>Interface-Port-channel Configuration<br>Interface-VLAN Configuration<br><br>Command Syntax<br>`isis priority` *priority_level*<br>`no isis priority`<br>`default isis priority`<br><br>Parameters<br>• *priority_level* — priority level. Value ranges from 0 to 127. Default value is 64.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1690.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1450. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **log-adjacency-changes (IS-IS)**<br><br>To enable the router to send a syslog message when an Intermediate System-to-Intermediate System Intradomain Routing Protocol (IS-IS) neighbor goes up or down, use the log-adjacency-changes configuration mode command. To disable this function, use the no form of this command.<br><br>log-adjacency-changes<br><br>no log-adjacency-changes<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  This command is enabled by default.<br><br>**Command Modes**  Router configuration<br>VRF configuration<br><br>**SupportedUserRoles**  network-admin<br>vdc-admin<br><br>**Command History**<br>Release      Modification<br>4.0(1)        This command was introduced.<br><br>**Usage Guidelines**  The log-adjacency-changes command is on by default but only up/down (full/down) events are reported.<br><br>**Examples**  This example configures the router to send a syslog message when an IS-IS neighbor state changes:<br>switch(config)# router isis<br>switch(config-router)# log-adjacency-changes<br><br>**Related Commands**<br>Command          Description<br>feature isis      Enables IS-IS on the router.<br>router isis       Enables IS-IS.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 138. | **log-adjacency-changes (IS-IS)**<br><br>The log-adjacency-changes command configures the switch to send syslog messages either when it detects IS-IS link state changes or when it detects that a neighbor has gone up or down. Log message sending is disabled by default.<br><br>The default option is active when *running-config* does not contain any form of the command. Entering the command in any form replaces the previous command state in *running-config*.<br><br>Platform            all<br>Command Mode    Router-IS-IS Configuration<br><br>Command Syntax<br>log-adjacency-changes<br>no log-adjacency-changes<br>default log-adjacency-changes<br><br>Examples<br>•  These commands configure the switch to send a syslog message when a neighbor goes up or down.<br>switch(config)#router isis Osiris<br>switch(config-router-isis)#log-adjacency-changes<br>switch(config-router-isis)#<br><br>•  These commands configure not to log the peer changes.<br>switch(config)#router isis Osiris<br>switch(config-router-isis)#no log-adjacency-changes<br>switch(config-router-isis)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1692.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1452. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **log-adjacency-changes (IS-IS)** | **log-adjacency-changes (IS-IS)** |
| | To enable the router to send a syslog message when an Intermediate System-to-Intermediate System Intradomain Routing Protocol (IS-IS) neighbor goes up or down, use the **log-adjacency-changes** configuration mode command. To disable this function, use the no form of this command.<br><br>log-adjacency-changes<br><br>no log-adjacency-changes | The log-adjacency-changes command configures the switch to send syslog messages either when it detects IS-IS link state changes or when it detects that a neighbor has gone up or down. Log message sending is disabled by default.<br><br>The default option is active when *running-config* does not contain any form of the command. Entering the command in any form replaces the previous command state in *running-config*. |
| | Syntax Description    This command has no arguments or keywords. | Platform     all<br>Command Mode    Router-IS-IS Configuration |
| | Defaults    This command is enabled by default. | Command Syntax<br>log-adjacency-changes<br>no log-adjacency-changes<br>default log-adjacency-changes |
| | Command Modes    Router configuration<br>VRF configuration | Examples |
| | SupportedUserRoles    network-admin<br>vdc-admin | • These commands configure the switch to send a syslog message when a neighbor goes up or down.<br>switch(config)#router isis Osiris<br>switch(config-router-isis)#log-adjacency-changes<br>switch(config-router-isis)# |
| | Command History<br>Release    Modification<br>4.0(1)    This command was introduced. | • These commands configure not to log the peer changes.<br>switch(config)#router isis Osiris<br>switch(config-router-isis)#no log-adjacency-changes<br>switch(config-router-isis)# |
| | Usage Guidelines    The log-adjacency-changes command is on by default but only up/down (full/down) events are reported. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1692. |
| | Examples    This example configures the router to send a syslog message when an IS-IS neighbor state changes:<br>switch(config)# router isis<br>switch(config-router)# log-adjacency-changes | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1452. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | Related Commands<br>Command    Description<br>feature isis    Enables IS-IS on the router.<br>router isis    Enables IS-IS.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-403. | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **log-adjacency-changes (IS-IS)** | **log-adjacency-changes (IS-IS)** |

**Cisco column:**

**log-adjacency-changes (IS-IS)**

To enable the router to send a syslog message when an Intermediate System-to-Intermediate System Intradomain Routing Protocol (IS-IS) neighbor goes up or down, use the **log-adjacency-changes** configuration mode command. To disable this function, use the **no** form of this command.

log-adjacency-changes

no log-adjacency-changes

**Syntax Description**   This command has no arguments or keywords.

**Defaults**   This command is enabled by default.

**Command Modes**   Router configuration
VRF configuration

**SupportedUserRoles**   network-admin
vdc-admin

**Command History**

| Release | Modification |
|---|---|
| 4.0(1) | This command was introduced. |

**Usage Guidelines**   The **log-adjacency-changes** command is on by default but only up/down (full/down) events are reported.

**Examples**   This example configures the router to send a syslog message when an IS-IS neighbor state changes:

switch(config)# router isis
switch(config-router)# log-adjacency-changes

**Related Commands**

| Command | Description |
|---|---|
| feature isis | Enables IS-IS on the router. |
| router isis | Enables IS-IS. |

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-235.

**Arista column:**

**log-adjacency-changes (IS-IS)**

The **log-adjacency-changes** command configures the switch to send syslog messages either when it detects IS-IS link state changes or when it detects that a neighbor has gone up or down. Log message sending is disabled by default.

The default option is active when *running-config* does not contain any form of the command. Entering the command in any form replaces the previous command state in *running-config*.

Platform           all
Command Mode       Router-IS-IS Configuration

Command Syntax

log-adjacency-changes
no log-adjacency-changes
default log-adjacency-changes

Examples

• These commands configure the switch to send a syslog message when a neighbor goes up or down.

switch(config)#router isis Osiris
switch(config-router-isis)#log-adjacency-changes
switch(config-router-isis)#

• These commands configure not to log the peer changes.

switch(config)#router isis Osiris
switch(config-router-isis)#no log-adjacency-changes
switch(config-router-isis)#

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1692.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1452.

**Copyright Registration Information column:**

Cisco NX-OS 4.0

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **max-metric router-lsa (OSPF)**<br><br>To configure the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command. To disable the advertisement of a maximum metric, use the **no** form of this command.<br><br>max-metric router-lsa [external-lsa [*max-metric-value*]] [include-stub] [on-startup {*seconds* | wait-for bgp *tag*}] [summary-lsa [*max-metric-value*]]<br><br>no max-metric router-lsa [external-lsa [*max-metric-value*]] [include-stub] [on-startup {*seconds* | wait-for bgp *tag*}] [summary-lsa [*max-metric-value*]]<br><br>external-lsa — Specifies the external LSA's.<br>*max-metric-value* — (Optional) Specifies the max-metric values for external LSA's. The range is 1-65535.<br>inlcude-stub — Advertises the max-metric for stub links.<br>on-startup — (Optional) Configures the router to advertise a maximum metric at startup.<br>*seconds* — (Optional) Maximum metric (in seconds) that is advertised for the specified time interval. The configurable range is from 5 to 86400 seconds. The default is 600 seconds.<br>wait-for bgp *tag* — (Optional) Advertises a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br>summary-lsa — Specifies the summary LSA's.<br>*max-metric-value* — (Optional) Specifies the max-metric value for summary LSAs. The range is from 1-65535.<br><br>Defaults — Originates router link-state advertisements (LSAs) with normal link metrics.<br><br>Command Modes — Router configuration / Router VRF configuration<br><br>SupportedUserRoles — network-admin / vdc-admin<br><br>Command History<br>Release | Modification<br>4.0(1) | This command was introduced.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 194. | **max-metric router-lsa (OSPFv2)**<br><br>The max-metric router-lsa command allows the OSPF protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.<br><br>The no max-metric router-lsa and default max-metric router-lsa commands disable the advertisement of a maximum metric.<br><br>Platform      all<br>Command Mode   Router-OSPF Configuration<br><br>Command Syntax<br>max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>no max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>default max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br><br>All parameters can be placed in any order.<br><br>Parameters<br>• *EXTERNAL*    advertise metric value. Values include:<br>— <no parameter>    Metric is set to the default value of 1.<br>— external-lsa    Configures the router to override the External LSA / NSSA-External metric with the maximum metric value.<br>— external-lsa *<1 to 16777215>*    The configurable range is from 1 to 0xFFFFFF. The default value is 0xFF0000. This range can be used with external LSA, summary LSA extensions to indicate the respective metric you want with the LSA.<br>• *STUB*    advertised metric type. Values include:<br>— <no parameter>    Metric type is set to the default value of 2.<br>— include-stub    Advertises stubs links in router-LSA with the max-metric value (0xFFFF).<br>• *STARTUP*    limit scope of LSAs. Values include:<br>— <no parameter>    LSA can be translated<br>— on-startup    Configures the router to advertise a maximum metric at startup (only valid in no and default command formats).<br>— on-startup wait-for-bgp    Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br>— on-startup *<5 to 86400>*    Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.<br>— wait-for-bgp or an on-start time value is not included in no and default commands.<br>• *SUMMARY*    advertised metric value. Values include:<br>— <no parameter>    Metric is set to the default value of 1.<br>— summary-lsa    Configures the router to override the summary LSA metric with the maximum metric value for both type 3 and type 4 Summary LSAs.<br>— summary-lsa *<1 to 16777215>*    Metric is set to the specified value.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1439. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0

Effective date of registration: 11/13/2014 | **max-metric router-lsa (OSPF)**

To configure the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command. To disable the advertisement of a maximum metric, use the **no** form of this command.

**max-metric router-lsa** [**external**-lsa [*max-metric-value*]] [**include**-**stub**] [**on**-**startup** [*seconds* | **wait-for bgp** *tag*]] [**summary**-lsa [max-metric-value]]

no max-metric router-lsa [**external**-lsa [*max-metric-value*]] [**include**-**stub**] [**on**-**startup** [*seconds* | **wait-for bgp** *tag*]] [**summary**-lsa [max-metric-value]]]

| **external-lsa** | Specifies the external LSA's. |
| *max-metric-value* | (Optional) Specifies the max-metric values for external LSA's. The range is 1-65535. |
| **inlcude-stub** | Advertises the max-metric for stub links. |
| **on-startup** | (Optional) Configures the router to advertise a maximum metric at startup. |
| *seconds* | (Optional) Maximum metric (in seconds) that is advertised for the specified time interval. The configurable range is from 5 to 86400 seconds. The default is 600 seconds. |
| **wait-for bgp** *tag* | (Optional) Advertises a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds. |
| **summary-lsa** | Specifies the summary LSA's. |
| *max-metric-value* | (Optional) Specifies the max-metric value for summary LSAs. The range is from 1-65535. |

**Defaults**       Originates router link-state advertisements (LSAs) with normal link metrics.

**Command Modes**   Router configuration
              Router VRF configuration

**SupportedUserRoles**   network-admin
                vdc-admin

**Command History**   Release     Modification
                4.0(1)      This command was introduced.

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-457 | **max-metric router-lsa (OSPFv2)**

The **max-metric router-lsa** command allows the OSPF protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.

The no max-metric router-lsa and default max-metric router-lsa commands disable the advertisement of a maximum metric.

Platform       all
Command Mode   Router-OSPF Configuration

**Command Syntax**

**max-metric router-lsa** [**EXTERNAL**] [**STUB**] [**STARTUP**] [**SUMMARY**]
no max-metric router-lsa [**EXTERNAL**] [**STUB**] [**STARTUP**] [**SUMMARY**]
default max-metric router-lsa [**EXTERNAL**] [**STUB**] [**STARTUP**] [**SUMMARY**]

    All parameters can be placed in any order.

**Parameters**

- *EXTERNAL*    advertise metric value. Values include:
  - <no parameter>    Metric is set to the default value of 1.
  - **external-lsa**    Configures the router to override the External LSA / NSSA-External metric with the maximum metric value.
  - external-lsa *<1 to 16777215>*    The configurable range is from 1 to 0xFFFFFE. The default value is 0xFF0000. This range can be used with external LSA, summary LSA extensions to indicate the respective metric you want with the LSA.

- *STUB*    advertised metric type. Values include:
  - <no parameter>    Metric type is set to the default value of 2.
  - **include-stub**    Advertises stubs links in router-LSA with the max-metric value (0xFFFF).

- *STARTUP*    limit scope of LSAs. Values include:
  - <no parameter>    LSA can be translated
  - **on-startup**    Configures the router to advertise a maximum metric at startup (only valid in no and default command formats).
  - **on-startup wait-for-bgp**    Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.
  - on-startup *<5 to 86400>*    Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.
  - **wait-for-bgp** or an on-start time value is not included in no and default commands.

- *SUMMARY*    advertised metric value. Values include:
  - <no parameter>    Metric is set to the default value of 1.
  - **summary-lsa**    Configures the router to override the summary LSA metric with the maximum metric value for both type 3 and type 4 Summary LSAs.
  - summary-lsa *<1 to 16777215>*    Metric is set to the specified value.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1439. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **max-metric router-lsa (OSPF)**<br><br>To configure the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command. To disable the advertisement of a maximum metric, use the **no** form of this command.<br><br>max-metric router-lsa [external-lsa [*max-metric-value*]] [include-stub] [on-startup {*seconds* | wait-for bgp *tag*}] [summary-lsa [max-metric-value]]<br><br>no max-metric router-lsa [external-lsa [*max-metric-value*]] [include-stub] [on-startup {*seconds* | wait-for bgp *tag*}] [summary-lsa [max-metric-value]]<br><br>external-lsa    Specifies the external LSA's.<br><br>*max-metric-value*    (Optional) Specifies the max-metric values for external LSA's. The range is 1-65535.<br><br>inlcude-stub    Advertises the max-metric for stub links.<br><br>on-startup    (Optional) Configures the router to advertise a maximum metric at startup.<br><br>*seconds*    (Optional) Maximum metric (in seconds) that is advertised for the specified time interval. The configurable range is from 5 to 86400 seconds. The default is 600 seconds.<br><br>wait-for bgp *tag*    (Optional) Advertises a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br><br>summary-lsa    Specifies the summary LSA's.<br><br>*max-metric-value*    (Optional) Specifies the max-metric value for summary LSAs. The range is from 1-65535.<br><br>**Defaults**    Originates router link-state advertisements (LSAs) with normal link metrics.<br><br>**Command Modes**    Router configuration<br>    Router VRF configuration<br><br>**SupportedUserRoles**    network-admin<br>    vdc-admin<br><br>**Command History**<br>Release    Modification<br>4.0(1)    This command was introduced.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-272 | **max-metric router-lsa (OSPFv2)**<br><br>The max-metric router-lsa command allows the OSPF protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.<br><br>The no max-metric router-lsa and default max-metric router-lsa commands disable the advertisement of a maximum metric.<br><br>Platform    all<br>Command Mode    Router-OSPF Configuration<br><br>Command Syntax<br>max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>no max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br>default max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]<br><br>All parameters can be placed in any order.<br><br>Parameters<br>• *EXTERNAL*    advertise metric value. Values include:<br>— <no parameter>    Metric is set to the default value of 1.<br>— external-lsa    Configures the router to override the External LSA / NSSA-External metric with the maximum metric value.<br>— external-lsa *<1 to 16777215>*    The configurable range is from 1 to 0xFFFFFF. The default value is 0xFF0000. This range can be used with external LSA, summary LSA extensions to indicate the respective metric you want with the LSA.<br>• *STUB*    advertised metric type. Values include:<br>— <no parameter>    Metric type is set to the default value of 2.<br>— include-stub    Advertises stub links in router-LSA with the max-metric value (0xFFFF).<br>• *STARTUP*    limit scope of LSAs. Values include:<br>— <no parameter>    LSA can be translated<br>— on-startup    Configures the router to advertise a maximum metric at startup (only valid in no and default command formats).<br>— on-startup wait-for-bgp    Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br>— on-startup *<5 to 86400>*    Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.<br>— wait-for-bgp or an on-start time value is not included in no and default commands.<br>• *SUMMARY*    advertised metric value. Values include:<br>— <no parameter>    Metric is set to the default value of 1.<br>— summary-lsa    Configures the router to override the summary LSA metric with the maximum metric value for both type 3 and type 4 Summary LSAs.<br>— summary-lsa *<1 to 16777215>*    Metric is set to the specified value.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1439. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.0

Effective date of registration: 11/28/2014 | **max-metric router-lsa (OSPF)**

To configure the Open Shortest Path First (OSPF) protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their shortest path first (SPF) calculations, use the **max-metric router-lsa** command. To disable the advertisement of a maximum metric, use the **no** form of this command.

max-metric router-lsa [external-lsa [*max-metric-value*]] [include-stub] [on-startup {*seconds* | wait-for bgp *tag*}] [summary-lsa [max-metric-value]]

no max-metric router-lsa [external-lsa [*max-metric-value*]] [include-stub] [on-startup {*seconds* | wait-for bgp *tag*}] [summary-lsa [max-metric-value]]]

| external-lsa | Specifies the external LSA's. |
| *max-metric-value* | (Optional) Specifies the max-metric values for external LSA's. The range is 1-65535. |
| inlcude-stub | Advertises the max-metric for stub links. |
| on-startup | (Optional) Configures the router to advertise a maximum metric at startup. |
| *seconds* | (Optional) Maximum metric (in seconds) that is advertised for the specified time interval. The configurable range is from 5 to 86400 seconds. The default is 600 seconds. |
| wait-for bgp *tag* | (Optional) Advertises a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds. |
| summary-lsa | Specifies the summary LSA's. |
| *max-metric-value* | (Optional) Specifies the max-metric value for summary LSAs. The range is from 1-65535. |

**Defaults**   Originates router link-state advertisements (LSAs) with normal link metrics.

**Command Modes**   Router configuration
Router VRF configuration

**SupportedUserRoles**   network-admin
vdc-admin

**Command History**

| Release | Modification |
|---|---|
| 4.0(1) | This command was introduced. |

Cisco IOS IP Routing: OSPF Command Reference (2009), at IRO-88. | **max-metric router-lsa (OSPFv2)**

The max-metric router-lsa command allows the OSPF protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.

The no max-metric router-lsa and default max-metric router-lsa commands disable the advertisement of a maximum metric.

Platform        all
Command Mode    Router-OSPF Configuration

Command Syntax

max-metric router-lsa [*EXETRNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]
no max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]
default max-metric router-lsa [*EXTERNAL*] [*STUB*] [*STARTUP*] [*SUMMARY*]

    All parameters can be placed in any order.

Parameters
• *EXTERNAL*    advertise metric value. Values include:
  — <no parameter>   Metric is set to the default value of 1.
  — external-lsa   Configures the router to override the External LSA / NSSA-External metric with the maximum metric value.
  — external-lsa *<1 to 16777215>*    The configurable range is from 1 to 0xFFFFFF. The default value is 0xFF0000. This range can be used with external LSA, summary LSA extensions to indicate the respective metric you want with the LSA.
• *STUB*    advertised metric type. Values include:
  — <no parameter>   Metric type is set to the default value of 2.
  — include-stub   Advertises stub links in router-LSA with the max-metric value (0xFFFF).
• *STARTUP*    limit scope of LSAs. Values include:
  — <no parameter>   LSA can be translated
  — on-startup   Configures the router to advertise a maximum metric at startup (only valid in no and default command formats).
  — on-startup wait-for-bgp   Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.
  — on-startup *<5 to 86400>*   Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.
  — wait-for-bgp or an on-start time value is not included in no and default commands.
• *SUMMARY*    advertised metric value. Values include:
  — <no parameter>   Metric is set to the default value of 1.
  — summary-lsa   Configures the router to override the summary LSA metric with the maximum metric value for both type 3 and type 4 Summary LSAs.
  — summary-lsa *<1 to 16777215>*   Metric is set to the specified value.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1439. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ```
BGP table version is 10, local router ID is 3.3.3.3
Status: s-suppressed, x-deleted, S-stale, d-dampened, h-history, *-valid, >-best
Path type: i-internal, e-external, c-confed, l-local, a-aggregate, r-redist
Origin codes: i - IGP, e - EGP, ? - incomplete | - multipath

   Network          Next Hop         Metric    LocPrf    Weight Path
* i200.0.1.100/32   201.0.25.1                 100       6553601 i
*>e                 201.0.13.1                           0 6553601 i
* i200.0.2.100/32   201.0.25.1                 100       100 6553601 i
*>e                 201.0.13.1                           0 6553601 i
*>1200.0.3.100/32   0.0.0.0                    100       32768 i
```<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 401. | ```
switch>show ip bgp neighbors 10.14.4.4 advertised-routes regexp _64502_
BGP routing table information for VRF default
Router identifier 172.24.78.191, local AS number 64498
Route status codes: s - suppressed, * - valid, > - active, E - ECMP head, e - ECMP
                    S - Stale
Origin codes: i - IGP, e - EGP, ? - incomplete
AS Path Attributes: Or-ID - Originator ID, C-LST - Cluster List, LL Nexthop - Link
Local Nexthop

     Network          Next Hop       Metric   LocPref  Weight  Path
* >  10.99.31.0/24    10.88.202.1    333      100      -       (64502 64503) 99 i
* >  10.99.41.0/24    10.88.202.1    333      100      -       (64502 64503) 99 i
* >  10.99.99.0/24    10.88.202.1    333      100      -       (64502 64504) 99 i
```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1637. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ip bgp neighbors**<br><br>To display Border Gateway Protocol (BGP) neighbors, use the **show ip bgp neighbors** command<br><br>**show ip bgp neighbors** [*addr* [advertised-routes | flap-statistics | paths | received-routes | routes [advertised | dampened | received]] | *prefix*] [vrf [all | *vrf-name*]]<br><br>**Syntax Description**<br><br>| | |<br>|---|---|<br>| *addr* | IPv4 address. The format is x.x.x.x |<br>| **advertised-routes** | (Optional) Displays all the routes advertised to this neighbor. |<br>| **flap-statistics** | (Optional) Displays flap statistics for the routes received from this neighbor. |<br>| **paths** | (Optional) Displays AS paths learned from this neighbor. |<br>| **received-routes** | (Optional) Displays the routes received or advertised to or from this neighbor. |<br>| **routes** | (Optional) Displays the routes received or advertised to or from this neighbor. |<br>| **advertised** | (Optional) Displays all the routes advertised from this neighbor. |<br>| **dampened** | (Optional) Displays all dampened routes received from this neighbor. |<br>| **received** | (Optional) Displays all the routes received from this neighbor. |<br>| *prefix* | (Optional) IPv6 prefix. The format is x.x.x.x/length. |<br>| **vrf** *vrf-name* | (Optional) Specifies the virtual router context (VRF) name. The name can be any case-sensitive, alphanumeric string up to 63 characters. |<br>| **all** | (Optional) Specifies all VRF. |<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 466. | **show ip bgp neighbors**<br><br>The **show ip bgp neighbors** command displays Border Gateway Protocol (BGP) and TCP session data for a specified IPv4 BGP neighbor, or for all IPv4 BGP neighbors if an address is not included.<br><br>Platform         all<br>Command Mode     EXEC<br><br>**Command Syntax**<br><br>**show ip bgp neighbors** [*NEIGHBOR_ADDR*] [*VRF_INSTANCE*]<br><br>**Parameters**<br><br>• *NEIGHBOR_ADDR*   location of neighbors. Options include:<br><br>— <no parameter>   command displays information for all IPv4 BGP neighbors.<br>— *ipv4 addr*   command displays information for specified neighbor.<br><br>• *VRF_INSTANCE*   specifies VRF instances.<br><br>— <no parameter>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1632.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1402; Arista User Manual, v. 4.11.1 (1/11/13), at 1148; Arista User Manual v. 4.10.3 (10/22/12), at 959. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **show ip bgp neighbors**<br><br>To display Border Gateway Protocol (BGP) neighbors, use the **show ip bgp neighbors command**<br><br>show ip bgp neighbors [ *addr* [ advertised-routes \| flap-statistics \| paths \| received-routes \| routes [advertised \| dampened \| received]] \| *prefix*] [vrf [ all \| *vrf-name*]]<br><br>Syntax Description<br><br>*addr* — IPv4 address. The format is x.x.x.x<br>advertised-routes — (Optional) Displays all the routes advertised to this neighbor.<br>flap-statistics — (Optional) Displays flap statistics for the routes received from this neighbor.<br>paths — (Optional) Displays AS paths learned from this neighbor.<br>received-routes — (Optional) Displays all the routes received from this neighbor.<br>routes — (Optional) Displays the routes received or advertised to or from this neighbor.<br>advertised — (Optional) Displays all the routes advertised for this neighbor.<br>dampened — (Optional) Displays all dampened routes received from this neighbor.<br>received — (Optional) Displays all the routes received from this neighbor.<br>*prefix* — (Optional) IPv6 prefix. The format is x.x.x.x/length.<br>vrf *vrf-name* — (Optional) Specifies the virtual router context (VRF) name. The name can be any case-sensitive, alphanumeric string up to 63 characters.<br>all — (Optional) Specifies all VRF.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-686. | **show ip bgp neighbors**<br><br>The show ip bgp neighbors command displays Border Gateway Protocol (BGP) and TCP session data for a specified IPv4 BGP neighbor, or for all IPv4 BGP neighbors if an address is not included.<br><br>Platform       all<br>Command Mode       EXEC<br>**Command Syntax**<br>show ip bgp neighbors [*NEIGHBOR_ADDR*] [*VRF_INSTANCE*]<br>**Parameters**<br>• *NEIGHBOR_ADDR*   location of neighbors. Options include:<br>— <no parameter>   command displays information for all IPv4 BGP neighbors.<br>— *ipv4_addr*   command displays information for specified neighbor.<br>• *VRF_INSTANCE*   specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— vrf *vrf_name*   displays routing table for the specified VRF.<br>— vrf all   displays routing table for all VRFs.<br>— vrf default   displays routing table for default VRF.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1632.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1402; Arista User Manual, v. 4.11.1 (1/11/13), at 1148; Arista User Manual v. 4.10.3 (10/22/12), at 959. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Use the **ip ospf database** command to display information about different OSPF LSAs.<br><br>When the link state advertisement is describing a network, the *link-state-id* argument can take one of two forms:<br><br>• The network's IP address such as Type 3 summary link advertisements and autonomous system external link advertisements).<br>• A derived address obtained from the link state ID. (Note that masking a network links advertisement's link state ID with the network's subnet mask yields the network's IP address.)<br>• When the link state advertisement is describing a router, the link ID is always the described router's OSPF router ID.<br>• When an autonomous system external advertisement (LS Type = 5) is describing a default route, its link state ID is set to Default Destination (0.0.0.0).<br><br>This command requires the Enterprise Services license.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 520. | • *linkstate_id*   Network segment described by the LSA (dotted decimal notation).<br><br>Value depends on the LSA type.<br><br>— When the LSA describes a network, the *linkstate-id* argument is one of the following:<br><br>The network IP address, as in Type 3 summary link advertisements and in autonomous system external link advertisements.<br><br>A derived address obtained from the link state ID. Masking a network links the advertisement link state ID with the network subnet mask yielding the network IP address.<br><br>— When the LSA describes a router, the link state ID is the OSPFv2 router ID of the router.<br><br>— When an autonomous system external advertisement (Type 5) describes a default route, its link state ID is set to the default destination (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1454.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1404; Arista User Manual v. 4.12.3 (7/17/13), at 1240; Arista User Manual, v. 4.11.1 (1/11/13), at 996; Arista User Manual v. 4.10.3 (10/22/12), at 825; Arista User Manual v. 4.9.3.2 (5/3/12), at 648; Arista User Manual v. 4.8.2 at 483; Arista User Manual v. 4.7.3 (7/18/11), at 357; Arista User Manual v. 4.6.0 (12/22/2010), at 217 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | Use the **ip ospf database** command to display information about different OSPF LSAs.<br><br>When the link state advertisement is describing a network, the *link-state-id* argument can take one of two forms:<br><br>• The network's IP address such as Type 3 summary link advertisements and autonomous system external link advertisements).<br><br>• A derived address obtained from the link state ID. (Note that masking a network links advertisement's link state ID with the network's subnet mask yields the network's IP address.)<br><br>• When the link state advertisement is describing a router, the link ID is always the described router's OSPF router ID.<br><br>• When an autonomous system external advertisement (LS Type = 5) is describing a default route, its link state ID is set to Default Destination (0.0.0.0).<br><br>This command requires the Enterprise Services license.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L3-742. | • *linkstate_id*    Network segment described by the LSA (dotted decimal notation).<br><br>Value depends on the LSA type.<br><br>— When the LSA describes a network, the *linkstate-id* argument is one of the following:<br><br>The network IP address, as in Type 3 summary link advertisements and in autonomous system external link advertisements.<br><br>A derived address obtained from the link state ID. Masking a network links the advertisement link state ID with the network subnet mask yielding the network IP address.<br><br>— When the LSA describes a router, the link state ID is the OSPFv2 router ID of the router.<br><br>— When an autonomous system external advertisement (Type 5) describes a default route, its link state ID is set to the default destination (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1454.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1404; Arista User Manual v. 4.12.3 (7/17/13), at 1240; Arista User Manual, v. 4.11.1 (1/11/13), at 996; Arista User Manual v. 4.10.3 (10/22/12), at 825; Arista User Manual v. 4.9.3.2 (5/3/12), at 648; Arista User Manual v. 4.8.2 at 483; Arista User Manual v. 4.7.3 (7/18/11), at 357; Arista User Manual v. 4.6.0 (12/22/2010), at 217 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | Use the **ip ospf database** command to display information about different OSPF LSAs.<br><br>When the link state advertisement is describing a network, the *link-state-id* argument can take one of two forms:<br><br>• The network's IP address such as Type 3 summary link advertisements and autonomous system external link advertisements).<br><br>• A derived address obtained from the link state ID. (Note that masking a network links advertisement's link state ID with the network's subnet mask yields the network's IP address.)<br><br>• When the link state advertisement is describing a router, the link state ID is always the described router's OSPF router ID.<br><br>• When an autonomous system external advertisement (LS Type = 5) is describing a default route, its link state ID is set to Default Destination (0.0.0.0).<br><br>This command requires the Enterprise Services license.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L3-426. | • *linkstate_id* Network segment described by the LSA (dotted decimal notation).<br><br>Value depends on the LSA type.<br><br>— When the LSA describes a network, the *linkstate-id* argument is one of the following:<br><br>The network IP address, as in Type 3 summary link advertisements and in autonomous system external link advertisements.<br><br>A derived address obtained from the link state ID. Masking a network links the advertisement link state ID with the network subnet mask yielding the network IP address.<br><br>— When the LSA describes a router, the link state ID is the OSPFv2 router ID of the router.<br><br>— When an autonomous system external advertisement (Type 5 describes a default route, its link state ID is set to the default destination (0.0.0.0).<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1454.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1404; Arista User Manual v. 4.12.3 (7/17/13), at 1240; Arista User Manual, v. 4.11.1 (1/11/13), at 996; Arista User Manual v. 4.10.3 (10/22/12), at 825; Arista User Manual v. 4.9.3.2 (5/3/12), at 648; Arista User Manual v. 4.8.2 at 483; Arista User Manual v. 4.7.3 (7/18/11), at 357; Arista User Manual v. 4.6.0 (12/22/2010), at 217 |
|  |  |  |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **timers lsa-arrival (OSPF)** | **timers lsa arrival (OSPFv2)** |
| | To set the minimum interval in which the software accepts the same link-state advertisement (LSA) from Open Shortest Path First (OSPF) neighbors, use the **timers lsa-arrival** command. To return to default, use the **no** form of this command. | The **timers lsa arrival** command sets the minimum interval in which the switch accepts the same link-state advertisement (LSA) from OSPF neighbors. |
| | **timers lsa-arrival** *milliseconds* | The **no timers lsa arrival** and **default timers lsa arrival** commands restore the default maximum OSPFv2 path calculation interval to five seconds by removing the **timers lsa arrival** command from *running-config*. |
| | **no timers lsa-arrival** | Platform        all<br>Command Mode    Router-OSPF Configuration |
| | **Syntax Description** — *milliseconds*   Minimum delay (in milliseconds) that must pass between acceptance of the same LSA arriving from neighbors. The range is from 10 to 600,000 milliseconds. The default is 1000 milliseconds. | **Command Syntax**<br>**timers lsa arrival** *lsa_time*<br>**no timers lsa arrival**<br>**default timers lsa arrival** |
| | **Defaults** — 1000 milliseconds | **Parameters**<br>• *lsa_time*   OSPFv2 minimum interval (seconds). Values range from 1 to 600000 milliseconds. Default is 1000 milliseconds. |
| | **Command Modes** — Router configuration<br>VRF configuration | **Example**<br>• This command sets the minimum interval timer to ten milliseconds. |
| | **SupportedUserRoles** — network-admin<br>vdc-admin | switch(config)#**router ospf** 6<br>switch(config-router-ospf)#**timers lsa arrival** 10<br>switch(config-router-ospf)# |
| | **Command History**<br>Release        Modification<br>4.0(1)            This command was introduced. | |
| | **Usage Guidelines** — Use the **timers lsa arrival** command to configure the minimum interval for accepting the same LSA. The same LSA is an LSA instance that contains the same LSA ID number, LSA type, and advertising router ID. If an instance of the same LSA arrives sooner than the interval that is set, the software drops the LSA.<br><br>We recommend that you keep the *milliseconds* value of the **timers lsa-arrival** command less than or equal to the neighbors' *hold-interval* value of the **timers throttle lsa** command.<br><br>This command requires the Enterprise Services license. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1469. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **Examples** — This example shows how to set the minimum interval for accepting the same LSA at 2000 milliseconds:<br>switch(config)# **router ospf** 1<br>switch(config-router)# **timers lsa-arrival** 2000<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 1016. | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **timers lsa-arrival (OSPF)** | **timers lsa arrival (OSPFv2)** |

**Cisco column:**

To set the minimum interval in which the software accepts the same link-state advertisement (LSA) from Open Shortest Path First (OSPF) neighbors, use the **timers lsa-arrival** command. To return to the default, use the **no** form of this command.

timers lsa-arrival *milliseconds*

no timers lsa-arrival

**Syntax Description**

| *milliseconds* | Minimum delay (in milliseconds) that must pass between acceptance of the same LSA arriving from neighbors. The range is from 10 to 600,000 milliseconds. The default is 1000 milliseconds. |

**Defaults**     1000 milliseconds

**Command Modes**     Router configuration
VRF configuration

**SupportedUserRoles**     network-admin
vdc-admin

**Command History**

| Release | Modification |
|---|---|
| 4.0(1) | This command was introduced. |

**Usage Guidelines**     Use the **timers lsa arrival** command to configure the minimum interval for accepting the same LSA. The same LSA is an LSA instance that contains the same LSA ID number, LSA type, and advertising router ID. If an instance of the same LSA arrives sooner than the interval that is set, the software drops the LSA.

We recommend that you keep the *milliseconds* value of the **timers lsa-arrival** command less than or equal to the neighbors' *hold-interval* value of the **timers throttle lsa** command.

This command requires an Enterprise Services license.

**Examples**     This example shows how to set the minimum interval for accepting the same LSA at 2000 milliseconds:

```
switch(config)# router ospf 1
switch(config-router)# timers lsa-arrival 2000
```

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 4.x (2008), at L-540.

**Arista column:**

The **timers lsa arrival** command sets the minimum interval in which the switch accepts the same link-state advertisement (LSA) from OSPF neighbors.

The no timers lsa arrival and default timers lsa arrival commands restore the default maximum OSPFv2 path calculation interval to five seconds by removing the **timers lsa arrival** command from *running-config*.

Platform          all
Command Mode      Router-OSPF Configuration

**Command Syntax**

```
timers lsa arrival lsa_time
no timers lsa arrival
default timers lsa arrival
```

**Parameters**
- *lsa_time*    OSPFv2 minimum interval (seconds). Values range from 1 to 600000 milliseconds. Default is 1000 milliseconds.

**Example**
- This command sets the minimum interval timer to ten milliseconds.

```
switch(config)#router ospf 6
switch(config-router-ospf)#timers lsa arrival 10
switch(config-router-ospf)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1469.

**Copyright Registration Information column (bottom):**

Cisco NX-OS 4.0

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration:<br>11/13/2014 | **timers lsa-arrival (OSPF)**<br><br>To set the minimum interval in which the software accepts the same link-state advertisement (LSA) from Open Shortest Path First (OSPF) neighbors, use the **timers lsa-arrival** command. To return to the default, use the **no** form of this command.<br><br>timers lsa-arrival *milliseconds*<br><br>no timers lsa-arrival<br><br>**Syntax Description** *milliseconds* — Minimum delay (in milliseconds) that must pass between acceptance of the same LSA arriving from neighbors. The range is from 10 to 600,000 milliseconds. The default is 1000 milliseconds.<br><br>**Defaults** — 1000 milliseconds<br><br>**Command Modes** — Router configuration / VRF configuration<br><br>**SupportedUserRoles** — network-admin / vdc-admin<br><br>**Command History** — Release 4.0(1) — Modification: This command was introduced.<br><br>**Usage Guidelines** — Use the **timers lsa arrival** command to configure the minimum interval for accepting the same LSA. The same LSA is an LSA instance that contains the same LSA ID number, LSA type, and advertising router ID. If an instance of the same LSA arrives sooner than the interval that is set, the software drops the LSA.<br><br>We recommend that you keep the *milliseconds* value of the **timers lsa-arrival** command less than or equal to the neighbors' *hold-interval* value of the **timers throttle lsa** command.<br><br>This command requires the Enterprise Services license.<br><br>**Examples** — This example shows how to set the minimum interval for accepting the same LSA at 2000 milliseconds:<br>switch(config)# **router ospf** 1<br>switch(config-router)# **timers lsa-arrival** 2000<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference, Release 5.x (2010), at L-954. | **timers lsa arrival (OSPFv2)**<br><br>The timers lsa arrival command sets the minimum interval in which the switch accepts the same link-state advertisement (LSA) from OSPF neighbors.<br><br>The no timers lsa arrival and default timers lsa arrival commands restore the default maximum OSPFv2 path calculation interval to five seconds by removing the timers lsa arrival command from *running-config.*<br><br>Platform — all<br>Command Mode — Router-OSPF Configuration<br><br>Command Syntax<br>timers lsa arrival *lsa_time*<br>no timers lsa arrival<br>default timers lsa arrival<br><br>Parameters<br>• *lsa_time* — OSPFv2 minimum interval (seconds). Values range from 1 to 600000 milliseconds. Default is 1000 milliseconds.<br><br>Example<br>• This command sets the minimum interval timer to ten milliseconds.<br>switch(config)#**router ospf** 6<br>switch(config-router-ospf)#**timers lsa arrival** 10<br>switch(config-router-ospf)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1469. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**   This example shows how to configure a router configured with the start, hold, and maximum interval values for the **timers throttle spf** command set at 5, 1000, and 90,000 milliseconds:<br><br>switch(config)# **router ospf 1**<br><br>switch(config-router)# **timers throttle spf 5 1000** 90000<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 1033-34. | **Example**<br><br>• This command displays a switch configured with the start, hold, and maximum interval values for the timers throttle spf command set at 5, 1,000, and 20,000 milliseconds, respectively.<br><br>switch(config)#**router ospf** 6<br>switch(config-router-ospf)#**timers spf 5 100** 20000<br>switch(config-router-ospf)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1472. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | When using route reflectors, an AS is divided into clusters. A cluster consists of one or more route reflectors and a group of clients to which they re-advertise route information. Multiple route reflectors can be configured in the same cluster to increase redundancy and avoid a single point of failure. Each route reflector has a cluster ID. If the cluster has a single route reflector, the cluster ID is its router ID. If a cluster has multiple route reflectors, a 4-byte cluster ID is assigned to all route reflectors in the cluster. All of them must be configured with the same cluster ID so that they can recognize updates from other route reflectors in the same cluster. The bgp cluster-id command configures the cluster ID in a cluster with multiple route reflectors.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (2013), at 730. | **cluster-id** {*cluster-id* \| *cluster-ip-addr*}—Configures the Route Reflector Cluster-ID (router, vrf). Range: 1 to 4294967295. You can enter the cluster identification as a 32-bit quantity or as an IP address. To remove the cluster ID, use the **no** form of this command. Together, a route reflector and its clients form a cluster. When a single route reflector is deployed in a cluster, the cluster is identified by the router ID of the route reflector.<br><br>The **cluster-id** command is used to assign a cluster ID to a route reflector when the cluster has one or more route reflectors. Multiple route reflectors are deployed in a cluster to increase redundancy and avoid a single point of failure. When multiple route reflectors are configured in a cluster, the same cluster ID is assigned to all route reflectors. This allows all route reflectors in the cluster to recognize updates from peers in the same cluster and reduces the number of updates that need to be stored in BGP routing tables.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1549. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Local Proxy ARP**<br><br>You can use local Proxy ARP to enable a device to respond to ARP requests for IP addresses within a subnet where normally no routing is required. When you enable local Proxy ARP, ARP responds to all ARP requests for IP addresses within the subnet and forwards all traffic between hosts in the subnet. Use this feature only on subnets where hosts are intentionally prevented from communicating directly by the configuration on the device to which they are connected.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 2-5. | **ip local-proxy-arp**<br><br>The **ip local-proxy-arp** command enables local proxy ARP (Address Resolution Protocol) on the configuration mode interface. Local proxy ARP programs the switch to respond to ARP requests for IP addresses within a subnet where routing is not normally required. A typical local proxy arp application is supporting isolated private VLANs that communicate with each other by routing packets.<br><br>The **no ip local-proxy-arp** and **default ip local-proxy-arp** commands disable local proxy ARP on the configuration mode interface by removing the corresponding ip local-proxy-arp command from *running-config*.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1276.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1231; Arista User Manual v. 4.12.3 (7/17/13), at 1073; Arista User Manual, v. 4.11.1 (1/11/13), at 876; Arista User Manual v. 4.10.3 (10/22/12), at 707. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Local Proxy ARP**<br><br>You can use local Proxy ARP to enable a device to respond to ARP requests for IP addresses within a subnet where normally no routing is required. When you enable local Proxy ARP, ARP responds to all ARP requests for IP addresses within the subnet and forwards all traffic between hosts in the subnet. Use this feature only on subnets where hosts are intentionally prevented from communicating directly by the configuration on the device to which they are connected.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x (2010), at 2-5. | **ip local-proxy-arp**<br><br>The ip local-proxy-arp command enables local proxy ARP (Address Resolution Protocol) on the configuration mode interface. Local proxy ARP programs the switch to respond to ARP requests for IP addresses within a subnet where routing is not normally required. A typical local proxy arp application is supporting isolated private VLANs that communicate with each other by routing packets.<br><br>The no ip local-proxy-arp and default ip local-proxy-arp commands disable local proxy ARP on the configuration mode interface by removing the corresponding ip local-proxy-arp command from *running-config*.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1276.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1231; Arista User Manual v. 4.12.3 (7/17/13), at 1073; Arista User Manual, v. 4.11.1 (1/11/13), at 876; Arista User Manual v. 4.10.3 (10/22/12), at 707. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **Local Proxy ARP**<br><br>You can use local Proxy ARP to enable a device to respond to ARP requests for IP addresses within a subnet where normally no routing is required. When you enable local Proxy ARP, ARP responds to all ARP requests for IP addresses within the subnet and forwards all traffic between hosts in the subnet. Use this feature only on subnets where hosts are intentionally prevented from communicating directly by the configuration on the device to which they are connected.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 4.0 (2008), at 2-5. | **ip local-proxy-arp**<br><br>The ip local-proxy-arp command enables local proxy ARP (Address Resolution Protocol) on the configuration mode interface. Local proxy ARP programs the switch to respond to ARP requests for IP addresses within a subnet where routing is not normally required. A typical local proxy arp application is supporting isolated private VLANs that communicate with each other by routing packets.<br><br>The no ip local-proxy-arp and default ip local-proxy-arp commands disable local proxy ARP on the configuration mode interface by removing the corresponding ip local-proxy-arp command from *running-config*.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1276.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1231; Arista User Manual v. 4.12.3 (7/17/13), at 1073; Arista User Manual, v. 4.11.1 (1/11/13), at 876; Arista User Manual v. 4.10.3 (10/22/12), at 707. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | | Arista |
|---|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ipv6 nd managed-config-flag** | Sets the managed address configuration flag in IPv6 router advertisements. | **Router Advertisment Flag Configuration**<br><br>The ipv6 nd managed-config-flag command configures the switch to set the *managed address configuration* flag in IPv6 router advertisements transmitted from the configuration mode interface. This bit instructs receptive hosts to use stateful address autoconfiguration.<br><br>The ipv6 nd other-config-flag command configures the switch to set the *other stateful configuration* flag in IPv6 router advertisements transmitted from the configuration mode interface. This flag indicates the availability of autoconfiguration information, other than addresses, and that hosts should use stateful<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1329.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1119; Arista Manual, v. 4.11.1 (1/11/13), at 887; Arista User Manual v. 4.10.3 (10/22/12), at 733. |
| | ipv6 nd mtu | Sets the maximum transmission unit (MTU) size of IPv6 packets sent on an interface. | |
| | ipv6 nd ns-interval | Configures the interval between IPv6 neighbor solicitation retransmissions on an interface. | |
| | **ipv6 nd other-config-flag** | Configures the other stateful configuration flag in IPv6 router advertisements. | |
| | Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 3-24. | | |
| Cisco NX-OS 5.x<br><br>Effective date of registration: 11/13/2014 | **ipv6 nd managed-config-flag** | Sets the managed address configuration flag in IPv6 router advertisements. | **Router Advertisment Flag Configuration**<br><br>The ipv6 nd managed-config-flag command configures the switch to set the *managed address configuration* flag in IPv6 router advertisements transmitted from the configuration mode interface. This bit instructs receptive hosts to use stateful address autoconfiguration.<br><br>The ipv6 nd other-config-flag command configures the switch to set the *other stateful configuration* flag in IPv6 router advertisements transmitted from the configuration mode interface. This flag indicates the availability of autoconfiguration information, other than addresses, and that hosts should use stateful<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1329.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1119; Arista Manual, v. 4.11.1 (1/11/13), at 887; Arista User Manual v. 4.10.3 (10/22/12), at 733. |
| | ipv6 nd mtu | Sets the maximum transmission unit (MTU) size of IPv6 packets sent on an interface. | |
| | ipv6 nd ns-interval | Configures the interval between IPv6 neighbor solicitation retransmissions on an interface. | |
| | **ipv6 nd other-config-flag** | Configures the other stateful configuration flag in IPv6 router advertisements. | |
| | Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x (2010), at 3-22. | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **ipv6 nd managed-config-flag** Sets the managed address configuration flag in IPv6 router advertisements.<br>**ipv6 nd mtu** Sets the maximum transmission unit (MTU) size of IPv6 packets sent on an interface.<br>**ipv6 nd ns-interval** Configures the interval between IPv6 neighbor solicitation retransmissions on an interface.<br>**ipv6 nd other-config-flag** Configures the other stateful configuration flag in IPv6 router advertisements.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 4.0 (2008), at 3-22. | **Router Advertisement Flag Configuration**<br><br>The ipv6 nd managed-config-flag command configures the switch to set the *managed address configuration* flag in IPv6 router advertisements transmitted from the configuration mode interface. This bit instructs receptive hosts to use stateful address autoconfiguration.<br><br>The ipv6 nd other-config-flag command configures the switch to set the *other stateful configuration* flag in IPv6 router advertisements transmitted from the configuration mode interface. This flag indicates the availability of autoconfiguration information, other than addresses, and that hosts should use stateful<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1329.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1119; Arista User Manual, v. 4.11.1 (1/11/13), at 887; Arista User Manual v. 4.10.3 (10/22/12), at 733. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ipv6 nd reachable-time** Configures the amount of time that a remote IPv6 node is considered reachable after some reachability confirmation event has occurred.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 3-24. | **ipv6 nd reachable-time**<br><br>The ipv6 nd reachable-time command specifies the time period that the switch includes in the reachable time field of Router Advertisements (RAs) sent from the configuration mode interface. The reachable time defines the period that a remote IPv6 node is considered reachable after a reachability confirmation event.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1359.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1149. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **ipv6 nd reachable-time** Configures the amount of time that a remote IPv6 node is considered reachable after some reachability confirmation event has occurred.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x (2010), at 3-22. | **ipv6 nd reachable-time**<br><br>The ipv6 nd reachable-time command specifies the time period that the switch includes in the reachable time field of Router Advertisements (RAs) sent from the configuration mode interface. The reachable time defines the period that a remote IPv6 node is considered reachable after a reachability confirmation event.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1359.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1149. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0

Effective date of registration: 11/13/2014 | ipv6 nd reachable-time    Configures the amount of time that a remote IPv6 node is considered reachable after some reachability confirmation event has occurred.

Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 4.0 (2008), at 3-22. | **ipv6 nd reachable-time**

The ipv6 nd reachable-time command specifies the time period that the switch includes in the reachable time field of Router Advertisements (RAs) sent from the configuration mode interface. The reachable time defines the period that a remote IPv6 node is considered reachable after a reachability confirmation event.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1359.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1149. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | Step 3 `max-metric router-lsa` `external-lsa` `[max-metric-value]] [stub-prefix-lsa` `[on-startup [seconds] wait-for-bgp` `tag]] [inter-area-prefix-lsa` `[max-metric-sumlsa]]`<br><br>**Example:**<br>`switch(config-router)# max-metric` `router-lsa on-startup wait-for-bgp`<br><br>Configures a device that is running the OSPFv3 protocol to advertise a maximum metric so that other devices do not prefer the device as an intermediate hop in their SPF calculations.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 7-42. | **max-metric router-lsa (OSPFv3)**<br><br>The max-metric router-lsa command allows the OSPFv3 protocol to advertise a maximum metric so that other routers do not prefer the router as an intermediate hop in their SPF calculations.<br><br>The no max-metric router-lsa and default max-metric router-lsa commands disable the advertisement of a maximum metric.<br><br>Platform          all<br>Command Mode      Router-OSPF3 Configuration<br><br>Command Syntax<br>`max-metric router-lsa [EXTERNAL] [STUB] [STARTUP] [SUMMARY]`<br>`no max-metric router-lsa [EXTERNAL] [STUB] [STARTUP] [SUMMARY]`<br>`default max-metric router-lsa [EXTERNAL] [STUB] [STARTUP] [SUMMARY]`<br><br>    All parameters can be placed in any order.<br><br>Parameters<br>• *EXTERNAL*   advertised metric value. Values include:<br>  — <no parameter>   Metric is set to the default value of 1.<br>  — external-lsa   Configures the router to override the External LSA / NSSA-External metric with the maximum metric value.<br>  — external-lsa <1 to 16777215>   The configurable range is from 1 to 0xFFFFFE. The default value is 0xFF0000. This range can be used with external lsa, summary LSA extensions to indicate the respective metric you want with the LSA.<br>• *STUB*   advertised metric type. Values include:<br>  — <no parameter>   Metric type is set to the default value of 2.<br>  — include-stub   Advertises stub links in router-LSA with the max-metric value (0xFFFF).<br>• *STARTUP*   limit scope of LSAs. Values include:<br>  — <no parameter>   LSA can be translated<br>  — on-startup   Configures the router to advertise a maximum metric at startup (only valid in no and default command formats).<br>  — on-startup wait-for-bgp   Configures the router to advertise a maximum metric until Border Gateway Protocol (BGP) routing tables have converged or the default timer has expired. The default timer is 600 seconds.<br>  — on-startup <5 to 86400>   Sets the maximum metric temporarily after a reboot to originate router-LSAs with the max-metric value.<br>  wait-for-bgp or an on-start time value is not included in no and default commands.<br>• *SUMMARY*   advertised metric value. Values include:<br>  — <no parameter>   Metric is set to the default value of 1.<br>  — summary-lsa   Configures the router to override the summary LSA metric with the maximum metric value for both type 3 and type 4 Summary LSAs.<br>  — summary-lsa <1 to 16777215>   Metric is set to the specified value.<br><br>Example<br>• This command shows how to configure OSPFv3 to originate router LSAs with the maximum metric until BGP indicates that it has converged:.<br>`switch(config-router-ospf3)#max-metric router-lsa on-startup wait-for-bgp`<br>`switch(config-router-ospf3)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1519. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **IS-IS Overview** | **IS-IS Description** |
| | IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, such as the authentication, area, and supported protocols, which the receiving interface uses to determine compatibility with the originating interface. The hello packets are also padded to ensure that IS-IS establishes adjacencies only with interfaces that have matching maximum transmission unit (MTU) settings. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). By default, the router sends a periodic LSP refresh every 10 minutes and the LSPs remain in the link-state database for 20 minutes (the LSP lifetime). If the router does not receive an LSP refresh before the end of the LSP lifetime, the router deletes the LSP from the database. | IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, which the receiving interface uses to determine compatibility with the originating interface. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). If the router does not receive an LSP refresh before the end of the LSP lifetime, the device deletes the LSP from the database. |
| | The LSP interval must be less than the LSP lifetime or the LSPs time out before they are refreshed. | **Terms of IS-IS Routing Protocol** |
| | IS-IS sends periodic hellos packets to adjacent routers. If you configure transient mode for hello packets, these hello packets do not include the excess padding used before IS-IS establishes adjacencies. If the MTU on adjacent routers changes, IS-IS can detect this change and send padded hello packets for a period of time. IS-IS uses this feature to detect mismatched MTU values on adjacent routers. For more information, see the "Configuring the Transient Mode for Hello Padding" section on page 9-21. | The following terms are used when configuring IS-IS. |
| | | • NET and System ID – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID. |
| | **IS-IS Areas** | • Designated Intermediate System – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area. |
| | You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured. These Level 1/Level 2 routers act as area border routers that route information from the local area to the Level 2 backbone (see Figure 9-1). | • IS-IS Areas – You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured. |
| | Within a Level 1 area, routers know how to reach all other routers in that area. The Level 2 routers know how to reach other area border routers and other Level 2 routers. Level 1/Level 2 routers straddle the boundary between two areas, routing traffic to and from the Level 2 backbone area. Level1/Level2 routers use the attached (ATT) bit signal Level 1 routers to set a default route to this Level1/Level2 router to connect to other Level 2 area. | • IS-IS Instances – Arista supports only one instance of the IS-IS protocol that run on the same node. |
| | In some instances, such as when you have two or more Level1/Level 2 routers in an area, you may want to control which Level1/Level2 router that the Level 1 routers use as the default route to the Level 2 area. You can configure which Level1/Level2 router sets the attached bit. For more information, see the "Verifying the IS-IS Configuration" section on page 9-33. | • LSP – Link state packet (LSP) can switch link state information. LSPs fall into two types: Level 1 LSPs and Level 2 LSPs. Level 2 devices transmit Level 2 LSPs; Level-1 devices transmit Level 1 LSPs; Level 1-2 devices transmit both Level 2 LSPs and Level 1 LSPs. |
| | | • Hello packets – Hello packets, can establish and maintain neighbor relationships. |
| Cisco NX-OS 6.2 | Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 9-2. | • Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing traffic destined for that local router. Possible conditions for setting the overload bit the device is in a critical condition. |
| Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674. |
| | | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 5.0

Effective date of registration: 11/13/2014 | **IS-IS Overview**

IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, such as the authentication, area, and supported protocols, which the receiving interface uses to determine compatibility with the originating interface. The hello packets are also padded to ensure that IS-IS establishes adjacencies only with interfaces that have matching maximum transmission unit (MTU) settings. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). By default, the router sends a periodic LSP refresh every 10 minutes and the LSPs remain in the link-state database for 20 minutes (the LSP lifetime). If the router does not receive an LSP refresh before the end of the LSP lifetime, the router deletes the LSP from the database.

The LSP interval must be less than the LSP lifetime or the LSPs time out before they are refreshed.

IS-IS uses periodic hello packets to adjacent routers. If you configure transient mode for hello packets, these hello packets do not include the excess padding used before IS-IS establishes adjacencies. If the MTU on adjacent routers changes, IS-IS can detect this change and send padded hello packets for a period of time. IS-IS uses this feature to detect mismatched MTU values on adjacent routers. For more information, see the "Configuring the Transient Mode for Hello Padding" section on page 9-21.

**IS-IS Areas**

You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured. These Level 1/Level 2 routers act as area border routers that route information from the local area to the Level 2 backbone (see Figure 9-1).

Within a Level 1 area, routers know how to reach all other routers in that area. The Level 2 routers know how to reach other area border routers and other Level 2 routers. Level 1/Level 2 routers straddle the boundary between two areas, routing traffic to and from the Level 2 backbone area. Level1/Level2 routers use the attached (ATT) bit signal Level 1 routers to set a default route to this Level1/Level2 router to connect to the Level 2 area.

In some instances, such as when you have two or more Level1/Level2 routers in an area, you may want to control which Level1/Level2 router that the Level 1 routers use as the default route to the Level 2 area. You can configure which Level1/Level2 router sets the attached bit. For more information, see the "Verifying the IS-IS Configuration" section on page 9-33.

Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x (2010), at 9-2. | **IS-IS Description**

IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, which the receiving interface uses to determine compatibility with the originating interface. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). If the router does not receive an LSP refresh before the end of the LSP lifetime, the device deletes the LSP from the database.

**Terms of IS-IS Routing Protocol**

The following terms are used when configuring IS-IS.

• NET and System ID – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID.

• Designated Intermediate System – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.

• IS-IS Areas – You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured.

• IS-IS Instances – Arista supports only one instance of the IS-IS protocol that run on the same node.

• LSP – Link state packet (LSP) can switch link state information. LSPs fall into two types: Level 1 LSPs and Level 2 LSPs. Level 2 devices transmit Level 2 LSPs; Level-1 devices transmit Level 1 LSPs; Level 1-2 devices transmit both Level 2 LSPs and Level 1 LSPs.

• Hello packets – Hello packets, can establish and maintain neighbor relationships.

• Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing traffic destined for that local router. Possible conditions for setting the overload bit the device is in a critical condition.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **IS-IS Overview** | **IS-IS Description** |
| | IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, such as the authentication, area, and supported protocols, which the receiving interface uses to determine compatibility with the originating interface. The hello packets are also padded to ensure that IS-IS establishes adjacencies only with interfaces that have matching maximum transmission unit (MTU) settings. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). By default, the router sends a periodic LSP refresh every 10 minutes and the LSPs remain in the link-state database for 20 minutes (the LSP lifetime). If the router does not receive an LSP refresh before the end of the LSP lifetime, the router deletes the LSP from the database. | IS-IS sends a hello packet out every configured interface to discover IS-IS neighbor routers. The hello packet contains information, which the receiving interface uses to determine compatibility with the originating interface. Compatible interfaces form adjacencies, which update routing information in the link-state database through link-state update messages (LSPs). If the router does not receive an LSP refresh before the end of the LSP lifetime, the device deletes the LSP from the database. |
| | The LSP interval must be less than the LSP lifetime or the LSPs time out before they are refreshed. | **Terms of IS-IS Routing Protocol** |
| | IS-IS sends periodic hello packets to adjacent routers. If you configure transient mode for hello packets, these hello packets do not include the excess padding used before IS-IS establishes adjacencies. If the MTU value on adjacent routers changes, IS-IS can detect this change and send padded hello packets for a period of time. IS-IS uses this feature to detect mismatched MTU values on adjacent routers. For more information, see the "Configuring the Transient Mode for Hello Padding" section on page 9-21. | The following terms are used when configuring IS-IS. |
| | | • NET and System ID – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID. |
| | **IS-IS Areas** | • Designated Intermediate System – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area. |
| | You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured. These Level 1/Level 2 routers act as area border routers that route information from the local area to the Level 2 backbone (see Figure 9-1). | • IS-IS Areas – You can design IS-IS networks as a single area that includes all routers in the network or as multiple areas that connect into a backbone or Level 2 area. Routers in a nonbackbone area are Level 1 routers that establish adjacencies within a local area (intra-area routing). Level 2 area routers establish adjacencies to other Level 2 routers and perform routing between Level 1 areas (inter-area routing). A router can have both Level 1 and Level 2 areas configured. |
| | Within a Level 1 area, routers know how to reach all other routers in that area. The Level 2 routers know how to reach other area border routers and other Level 2 routers. Level 1/Level 2 routers straddle the boundary between two areas, routing traffic to and from the Level 2 backbone area. Level1/Level2 routers use the attached (ATT) bit signal Level 1 routers to set a default route to this Level1/Level2 router to connect to other Level 2 area. | • IS-IS Instances – Arista supports only one instance of the IS-IS protocol that run on the same node. |
| | In some instances, such as when you have two or more Level1/Level 2 routers in an area, you may want to control which Level1/Level2 router that the Level 1 routers use as the default route to the Level 2 area. You can configure which Level1/Level2 router sets the attached bit. For more information, see the "Verifying the IS-IS Configuration" section on page 9-33. | • LSP – Link state packet (LSP) can switch link state information. LSPs fall into two types: Level 1 LSPs and Level 2 LSPs. Level 2 devices transmit Level 2 LSPs; Level-1 devices transmit Level 1 LSPs; Level 1-2 devices transmit both Level 2 LSPs and Level 1 LSPs. |
| | | • Hello packets – Hello packets, can establish and maintain neighbor relationships. |
| | | • Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing traffic destined for that local router. Possible conditions for setting the overload bit the device is in a critical condition. |
| Cisco NX-OS 4.0 | Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 4.0 (2008), at 8-2. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674. |
| Effective date of registration: 11/13/2014 | | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **NET and System ID**<br><br>Each IS-IS instance has an associated network entity title (NET). The NET is comprised of the IS-IS system ID, which uniquely identifies this IS-IS instance in the area and the area ID. For example, if the NET is 47.0004.004d.0001.0001.0c11.1111.00, the system ID is 0000.0c11.1111.00 and the area is ID 47.0004.004d.0001.<br><br>**Designated Intermediate System**<br><br>IS-IS uses a designated intermediate system (DIS) in broadcast networks to prevent each router from forming unnecessary links with every other router on the broadcast network. IS-IS routers send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>Note   No DIS is required on a point-to-point network.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 9-3. | **Terms of IS-IS Routing Protocol**<br><br>The following terms are used when configuring IS-IS.<br><br>• **NET and System ID** – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID.<br><br>• **Designated Intermediate System** – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **NET and System ID**<br><br>Each IS-IS instance has an associated network entity title (NET). The NET is comprised of the IS-IS system ID, which uniquely identifies this IS-IS instance in the area and the area ID. For example, if the NET is 47.0004.004d.0001.0001.0c11.1111.00, the system ID is 0000.0c11.1111.00 and the area is ID 47.0004.004d.0001.<br><br>**Designated Intermediate System**<br><br>IS-IS uses a designated intermediate system (DIS) in broadcast networks to prevent each router from forming unnecessary links with every other router on the broadcast network. IS-IS routers send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>Note   No DIS is required on a point-to-point network.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x (2010), at 9-3. | **Terms of IS-IS Routing Protocol**<br><br>The following terms are used when configuring IS-IS.<br><br>• **NET and System ID** – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID.<br><br>• **Designated Intermediate System** – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **NET and System ID**<br><br>Each IS-IS instance has an associated network entity title (NET). The NET is comprised of the IS-IS system ID, which uniquely identifies this IS-IS instance in the area and the area ID. For example, if the NET is 47.0004.004d.0001.0001.0c11.1111.00, the system ID is 0000.0c11.1111.00 and the area is ID 47.0004.004d.0001.<br><br>**Designated Intermediate System**<br><br>IS-IS uses a designated intermediate system (DIS) in broadcast networks to prevent each router from forming unnecessary links with every other router on the broadcast network. IS-IS routers send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>✎ **Note**  No DIS is required on a point-to-point network.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 4.0 (2008), at 8-3. | **Terms of IS-IS Routing Protocol**<br><br>The following terms are used when configuring IS-IS.<br><br>• NET and System ID – Each IS-IS instance has an associated network entity title (NET). The NET consists of the IS-IS system ID, which uniquely identifies the IS-IS instance in the area and the area ID.<br><br>• Designated Intermediate System – IS-IS uses a Designated Intermediate System (DIS) in broadcast networks to prevent each device from forming unnecessary links with every other device on the broadcast network. IS-IS devices send LSPs to the DIS, which manages all the link-state information for the broadcast network. You can configure the IS-IS priority that IS-IS uses to select the DIS in an area.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Overload Bit**<br><br>IS-IS uses the overload bit to tell other routers not to use the local router to forward traffic but to continue routing traffic destined for that local router.<br><br>You may want to use the overload bit in these situations:<br>• The router is in a critical condition.<br>• Graceful introduction and removal of the router to/from the network.<br>• Other (administrative or traffic engineering) reasons such as waiting for BGP convergence.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 9-4. | • Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing traffic destined for that local router. Possible conditions for setting the overload bit the device is in a critical condition.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | **Overload Bit**<br><br>IS-IS uses the overload bit to tell other routers not to use the local router to forward traffic but to continue routing traffic destined for that local router.<br><br>You may want to use the overload bit in these situations:<br>• The router is in a critical condition.<br>• Graceful introduction and removal of the router to/from the network.<br>• Other (administrative or traffic engineering) reasons such as waiting for BGP convergence.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 5.x (2010), at 9-4. | • Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing traffic destined for that local router. Possible conditions for setting the overload bit the device is in a critical condition.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | **Overload Bit**<br><br>IS-IS uses the overload bit to tell other routers not to use the local router to forward traffic but to continue routing traffic destined for that local router.<br><br>You may want to use the overload bit in these situations:<br>• The router is in a critical condition.<br>• Graceful introduction and removal of the router to/from the network.<br>• Other (administrative or traffic engineering) reasons such as waiting for BGP convergence.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 4.0 (2008), at 8-4. | • Overload Bit – IS-IS uses the overload bit to tell other devices not to use the local router to forward traffic but to continue routing traffic destined for that local router. Possible conditions for setting the overload bit the device is in a critical condition.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1674.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1436. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | `isis hello-multiplier` *num* [`level-1` \| `level-2`]<br><br>**Example:**<br>`switch(config-if)# isis hello-multiplier`<br>`20`<br><br>Specifies the number of IS-IS hello packets that a neighbor must miss before the router tears down an adjacency. The range is from 3 to 1000. The default is 3.<br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 9-33. | **isis hello-multiplier**<br><br>The isis hello-multiplier command specifies the number of IS-IS hello packets a neighbor must miss before the device should declare the adjacency as down.<br><br>Each hello packet contains a hold time. The hold time informs the receiving devices how long to wait without seeing another hello from the sending device before considering the sending device down. The isis hello-multiplier command is used to calculate the hold time announced in hello packets by multiplying this number with the configured isis hello-interval.<br><br>The no isis hello-multiplier and default isis hello-multiplier commands restore the default hello interval of 3 on the configuration mode interface by removing the isis hello-multiplier command from *running-config*.<br><br>Platform      all<br>Command Mode    Interface-Ethernet Configuration<br>                 Interface-Loopback Configuration<br>                 Interface-Port-channel Configuration<br>                 Interface-VLAN Configuration<br><br>**Command Syntax**<br>`isis hello-multiplier` *factor*<br>`no isis hello-multiplier`<br>`default isis hello-multiplier`<br><br>**Parameters**<br>• *factor*    hello multiplier. Values range from 3 to 100; default is 3<br><br>**Examples**<br>• These commands configure a hello multiplier of 4 for VLAN 200.<br>     `switch(config)#interface vlan 200`<br>     `switch(config-if-V1200)#isis hello-multiplier 4`<br>     `switch(config-if-V1200)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1685.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1447. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | Step 9  `route-reflector-client`   Configures the device as a BGP route reflector and configures the neighbor as its client. This command triggers an automatic notification and session reset for the BGP neighbor sessions.

**Example:**
`switch(config-router)-neighbor-af)#`
`route-reflector-client`

Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 11-33. | A route reflector is configured to re-advertise routes learned through IBGP to a group of BGP neighbors within the AS (its clients), eliminating the need for a fully meshed topology. The neighbor route-reflector-client command configures the switch to act as a route reflector and configures the specified neighbor as one of its clients. The bgp client-to-client reflection command enables client-to-client reflection.

When using route reflectors, an AS is divided into clusters. A cluster consists of one or more route reflectors and a group of clients to which they re-advertise route information. Multiple route reflectors can be configured in the same cluster to increase redundancy and avoid a single point of failure. Each route reflector has a cluster ID. If the cluster has a single route reflector, the cluster ID is its router ID. If a cluster has multiple route reflectors, a 4-byte cluster ID is assigned to all route reflectors in the cluster. All of them must be configured with the same cluster ID so that they can recognize updates from other route reflectors in the same cluster. The bgp cluster-id command configures the cluster ID in a cluster with multiple route reflectors.

**Example**
- These commands configure the switch as a route reflector and the neighbor at 101.72.14.5 as one of its clients, and set the cluster ID to 172.22.30.101.
  `switch(config-router-bgp)#neighbor 101.72.14.5 route-reflector-client`
  `switch(config-router-bgp)#bgp cluster-id 172.22.30.101`
  `switch(config-router-bgp)#`

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1549.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1331; Arista User Manual, v. 4.11.1 (1/11/13), at 1081; Arista User Manual v. 4.10.3 (10/22/12), at 893; Arista User Manual v. 4.9.3.2 (5/3/12), at 665. |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | Static routes have a default administrative distance of 1. A router prefers a static route to a dynamic route because the router considers a route with a low number to be the shortest. If you want a dynamic route to override a static route, you can specify an administrative distance for the static route. For example, if you have two dynamic routes with an administrative distance of 120, you would specify an administrative distance that is greater than 120 for the static route if you want the dynamic route to override the static route.

Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide, Release 6.x (2013), at 13-2. | Static routes have a default administrative distance of 1. Static routes with a higher administrative distance may be overridden by dynamic routing. For example, a static route with a distance of 200 is overridden by default OSPF intra-area routes (distance of 110). Route maps use tags to filter routes.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1720.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1153; Arista User Manual, v. 4.11.1 (1/11/13), at 914; Arista User Manual v. 4.10.3 (10/22/12), at 683. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **clear ip igmp interface statistics** | **clear ip igmp statistics** |

**Cisco:**

### clear ip igmp interface statistics

To clear the IGMP statistics for an interface, use the **clear ip igmp interface statistics** command.

**clear ip igmp interface statistics** [*if-type if-number*]

| Syntax Description | | |
|---|---|---|
| | *if-type* | (Optional) Interface type. For more information, use the question mark (?) online help function. |
| | *if-number* | (Optional) Interface or subinterface number. For more information about the numbering syntax for your networking device, use the question mark (?) online help function. |

| Defaults | None |
|---|---|
| Command Modes | Any command mode |

| SupportedUserRoles | network-admin |
|---|---|
| | network-operator |
| | vdc-admin |
| | vdc-operator |

| Command History | Release | Modification |
|---|---|---|
| | 4.0(3) | This command was introduced. |

| Usage Guidelines | This command does not require a license. |
|---|---|

| Examples | This example shows how to clear IGMP statistics for an interface: |
|---|---|
| | switch# clear ip igmp interface statistics ethernet 2/1 |
| | switch# |

| Related Commands | Command | Description |
|---|---|---|
| | show ip igmp interface | Displays information about IGMP interfaces. |

Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (2013), at 6.

**Arista:**

### clear ip igmp statistics

The clear ip igmp statistics command resets IGMP transmission statistic counters for the specified interface.

| Platform | all |
|---|---|
| Command Mode | Privileged EXEC |

**Command Syntax**

clear ip igmp statistics [*INTF_ID*]

**Parameters**

- *INTF_ID*   interface name. Options include:
  — <no parameter>   all interfaces.
  — interface ethernet *e_num*   Ethernet interface specified by *e_num*.
  — interface loopback *l_num*   Loopback interface specified by *l_num*.
  — interface management *m_num*   Management interface specified by *m_num*.
  — interface port-channel *p_num*   Port-channel interface specified by *p_num*.
  — interface vlan *v_num*   VLAN interface specified by *v_num*.
  — interface xlan *vx_num*   VXLAN interface specified by *vx_num*.

**Examples**

- This command resets IGMP transmission statistic counters on Ethernet 1 interface.

  switch#clear ip igmp statistics interface ethernet 1
  switch#

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1794.

**Copyright Registration Information column:**

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip igmp snooping last-member-query-interval**<br><br>To configure a query interval in which the software removes a group, use the **ip igmp** snooping last-member-query-interval command. To reset the query interval to the default, use the no form of this command.<br><br>ip igmp snooping last-member-query-interval [*interval*]<br><br>no ip igmp snooping last-member-query-interval [*interval*]<br><br>**Syntax Description**    *interval*    Query interval in seconds. The range is from 1 to 25. The default is 1.<br><br>**Defaults**    The query interval is 1.<br><br>**Command Modes**    VLAN configuration (config-vlan) until Cisco NX-OS Release 5.1.<br><br>Configure VLAN (config-vlan-config) since Cisco NS-OS Release 5.1(1). You cannot configure this command in the VLAN configuration mode in Cisco Release NX-OS 5.1 and higher.<br><br>**SupportedUserRoles**    network-admin<br>vdc-admin<br><br>**Command History** <br>Release    Modification<br>NX-OS 5.1(1)    The mode to configure this command on a VLAN changed to the configure VLAN mode (config-vlan-config)#. You can no longer configure this command in the VLAN configuration mode (config-vlan)#.<br>4.0(1)    This command was introduced.<br><br>**Usage Guidelines**    This command does not require a license.<br><br>See the Layer2 Command Reference Guide for information on entering the Configure VLAN mode by using the vlan configuration command.<br><br>**Examples**    This example shows how to configure a query interval in which the software removes a group:<br>switch(config)# vlan configuration 10<br>switch(config-vlan-config)# ip igmp snooping last-member-query-interval 3<br>switch(config-vlan-config)#<br><br>This example shows how to reset a query interval to the default:<br>switch(config)# vlan configuration 10<br>switch(config-vlan-config)# no ip igmp snooping last-member-query-interval<br>switch(config-vlan-config)#<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (2013), at 86. | **ip igmp last-member-query-interval**<br><br>The **ip igmp last-member-query-interval** command configures the switch's transmission interval for sending group-specific or group-source-specific query messages from the configuration mode interface.<br><br>When a switch receives a message from a host that is leaving a group it sends query messages at intervals set by this command. The **ip igmp startup-query-count** specifies the number of messages that are sent before the switch stops forwarding packets to the host.<br><br>If the switch does not receive a response after this period, it stops forwarding traffic to the host on behalf of the group, source, or channel.<br><br>The **no ip igmp last-member-query-interval** and default **ip igmp last-member-query-interval** commands reset the query interval to the default value of one second by removing the **ip igmp last-member-query-interval** command from *running-config*.<br><br>Platform    all<br>Command Mode    Interface-Ethernet Configuration<br>   Interface-Port-Channel Configuration<br>   Interface-VLAN Configuration<br><br>**Command Syntax**<br>ip igmp last-member-query-interval *period*<br>no ip igmp last-member-query-interval<br>default ip igmp last-member-query-interval<br><br>**Parameters**<br>• *period*    transmission interval (deciseconds) between consecutive group-specific query messages.<br>   Value range: 10 (one second) to 317440 (8 hours, 49 minutes, 4 seconds). Default is 10 (one second).<br><br>**Example**<br>• This command configures the last member query interval of 6 seconds for VLAN interface 4.<br><br>switch(config)#interface vlan 4<br>switch(config-if-V14)#ip igmp last-member-query-interval 60<br>switch(config-if-V14)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1799.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1519; Arista User Manual, v. 4.11.1 (1/11/13), at 1216; Arista User Manual v. 4.10.3 (10/22/12), at 1000; Arista User Manual v. 4.9.3.2 (5/3/12), at 785. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **ip igmp snooping startup-query-count**<br><br>To configure the number of queries sent at startup, use the **ip igmp snooping startup-query-count** command. To return to the default settings, use the **no** form of this command.<br><br>ip igmp snooping startup-query-count *value*<br><br>no ip igmp snooping startup-query-count<br><br>**Syntax Description**  *value*          Count value. The range is from 1 to 10.<br><br>**Defaults**  None<br><br>**Command Modes**  VLAN configuration (config-vlan)<br><br>**SupportedUserRoles**  network-admin<br>vdc-admin<br><br>**Command History**  Release          Modification<br>NX-OS 5.1(1)     This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to configure the number of queries sent at startup:<br>switch(config)# vlan configuration 10<br>switch(config-vlan-config)# ip igmp snooping startup-query-count 4<br>switch(config-vlan-config)#<br><br>**Related Commands**  Command          Description<br>show ip igmp snooping   Displays IGMP snooping information.<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (2013), at 104. | **ip igmp snooping querier startup-query-count**<br><br>The ip igmp snooping querier startup-query-count command configures the global *startup query count* value. The *startup query count* specifies the number of query messages that the querier sends on a VLAN during the *startup query interval* ( ip igmp snooping querier startup-query-interval).<br><br>When snooping is enabled, the group state is more quickly established by sending query messages at a higher frequency. The *startup-query-interval* and *startup-query-count* parameters define the startup period by defining the number of queries to be sent and transmission frequency for these messages.<br><br>VLANs use the global *startup query count* value when they are not assigned a value ( ip igmp snooping vlan querier startup-query-count). VLAN commands take precedence over the global value. The default global value is specified by the robustness variable ( ip igmp snooping robustness-variable).<br><br>The no ip igmp snooping querier startup-query-count and default ip igmp snooping querier startup-query-count commands restore the default *startup-query-count* value by removing the corresponding ip igmp snooping querier startup-query-count command from *running-config*.<br><br>Platform       all<br>Command Mode   Global Configuration<br><br>**Command Syntax**<br>ip igmp snooping querier startup-query-count *number*<br>no ip igmp snooping querier startup-query-count<br>default ip igmp snooping querier startup-query-count<br><br>**Parameters**<br>• *number*   global startup query count. Value ranges from 1 to 3.<br><br>**Example**<br>• These commands configure the global startup query count value of 2, then displays the status of the snooping querier.<br>switch(config)#ip igmp snooping querier startup-query-count 2<br>switch(config)#show ip igmp snooping querier status<br>   Global IGMP Querier status<br>   --------------------------------------------------<br>   admin state                          : Disabled<br>   source IP address                    : 0.0.0.0<br>   query-interval (sec)                 : 125.0<br>   max-response-time (sec)              : 10.0<br>   querier timeout (sec)                : 255.0<br>   last-member-query-interval (sec) : 1.0<br>   last-member-query-count              : 2 (robustness)<br>   startup-query-interval (sec)         : 31.25 (query-interval/4)<br>   startup-query-count                  : 2<br><br>   Vlan Admin    IP          Query    Response Querier Operational Ver<br>        State                Interval Time    Timeout State<br>   --------------------------------------------------<br>   1    Disabled 0.0.0.0     125.0    10.0    255.0   Non-Querier v2<br>   100  Disabled 0.0.0.0     125.0    10.0    255.0   Non-Querier v2<br>   101  Disabled 0.0.0.0     125.0    10.0    255.0   Non-Querier v2<br>   switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/201), at 1813. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | |

**Cisco column:**

**ip igmp snooping startup-query-interval**

To configure the query interval at startup, use the **ip igmp snooping startup-query-interval** command. To return to the default settings, use the no form of this command.

**ip igmp snooping startup-query-interval** *sec*

**no ip igmp snooping startup-query-interval** *sec*

**Syntax Description**

| *sec* | Interval in seconds. The range is from 1 to 18000. |
|---|---|

**Defaults**    None

**Command Modes**    VLAN configuration (config-vlan)

**SupportedUserRoles**    network-admin
vdc-admin

**Command History**

| Release | Modification |
|---|---|
| NX-OS 5.1(1) | This command was introduced. |

**Usage Guidelines**    This command does not require a license.

**Examples**    This example shows how to configure the query interval at startup:

```
switch(config)# vlan configuration 10
switch(config-vlan-config)# ip igmp snooping startup-query-interval 4
switch(config-vlan-config)#
```

**Related Commands**

| Command | Description |
|---|---|
| show ip igmp snooping | Displays IGMP snooping information. |

Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (2013), at 105.

**Arista column:**

**ip igmp snooping querier startup-query-interval**

The **ip igmp snooping querier startup-query-interval** command configures the global startup query interval value. The *startup query interval* specifies the period between query messages that the querier sends upon startup.

When snooping is enabled, the group state is more quickly established by sending query messages at a higher frequency. The *startup-query-interval* and *startup-query-count* parameters define the startup period by defining the number of queries to be sent and transmission frequency for these messages.

VLANs use the global *startup query interval* value when they are not assigned a value (ip igmp snooping vlan querier startup-query-interval). VLAN commands take precedence over the global value. The default global value equals the query interval divded by four. (ip igmp snooping querier query-interval).

The no ip igmp snooping querier startup-query-interval and default ip igmp snooping querier startup-query-interval commands restore the default method of specifying the startup query interval by removing the corresponding ip igmp snooping querier startup-query-interval command from *running-config*.

| Platform | all |
|---|---|
| Command Mode | Global Configuration |

**Command Syntax**

```
ip igmp snooping querier startup-query-interval period
no ip igmp snooping querier startup-query-interval
default ip igmp snooping querier startup-query-interval
```

**Parameters**

• *period*    startup query interval (seconds). Value ranges from 1 to 3600 (1 hour).

**Example**

• This command configures the startup query count of one minute for VLAN interface 4.

```
switch(config)#ip igmp snooping querier startup-query-interval 40
switch(config)#show ip igmp snooping querier status
   Global IGMP Querier status
   --------------------------------------------------
   admin state                      : Enabled
   source IP address                : 0.0.0.0
   query-interval (sec)             : 125.0
   max-response-time (sec)          : 10.0
   querier timeout (sec)            : 255.0
   last-member-query-interval (sec) : 1.0
   last-member-query-count          : 2 (robustness)
   startup-query-interval (sec)     : 40.0
   startup-query-count              :

   Vlan Admin    IP          Query    Response Querier Operational Ver
        State                Interval Time     Timeout State
   --------------------------------------------------------------
   1    Enabled  0.0.0.0     125.0    10.0     255.0   Non-Querier v3
   100  Enabled  0.0.0.0     125.0    10.0     255.0   Non-Querier v3
   101  Enabled  0.0.0.0     125.0    10.0     255.0   Non-Querier v3
switch(config)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1813.

**Copyright column (bottom):**

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip igmp snooping version**<br><br>To configure the IGMP version number for VLAN, use the **ip igmp snooping version** command. To return to the default settings, use the **no** form of this command.<br><br>**ip igmp snooping version** *value*<br><br>**no ip igmp snooping version** *value*<br><br>Syntax Description    *value*    Version number value. The range is from 2 to 3.<br><br>Defaults    None<br><br>Command Modes    VLAN configuration (config-vlan)<br><br>SupportedUserRoles    network-admin<br>vdc-admin<br><br>Command History    Release    Modification<br>5.1(1)    This command was introduced.<br><br>Usage Guidelines    This command does not require a license.<br><br>Examples    This example shows how to configure IGMP version number for VLAN:<br>switch(config-vlan-config)# ip igmp snooping version 3<br>switch(config-vlan-config)#<br><br>Related Commands    Command    Description<br>show ip igmp snooping    Displays IGMP snooping information.<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (2013), at 108. | **ip igmp snooping querier version**<br><br>The ip igmp snooping querier version command configures the Internet Group Management Protocol (IGMP) snooping querier version on the configuration mode interfaces. Version 3 is the default IGMP version.<br><br>IGMP is enabled by the ip pim sparse-mode command. The ig igmp snooping querier version command does not affect the IGMP enabled status.<br><br>The no ip igmp snooping querier version and default ip igmp snooping querier version commands restore the configuration mode to IGMP version 3 by removing the ip igmp snooping querier version statement from *running-config*.<br><br>Platform    all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>**ip igmp snooping querier version** *version_number*<br>**no ip igmp snooping querier version**<br>default ip igmp snooping querier version<br><br>Parameters<br>• *version_number*    IGMP version number. Value ranges from 1 to 3. Default value is 3.<br><br>Example<br>• This command configures IGMP snooping querier version 2.<br>switch(config)#ip igmp snooping querier version 2<br>switch(config)#<br>• This command restores the IGMP snooping querier to version 2.<br>switch(config)# no ip igmp snooping querier version<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1815.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**     This example shows how to display information about IGMP snooping queriers:<br><br>```\nswitch(config)# show ip igmp snooping querier\nVlan  IP Address      Version   Port\n1     172.20.50.11    v3        fa2/1\n2     172.20.40.20    v2        Router\nswitch(config)#\n```<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (2013), at 50. | **Example**<br>• This command displays the querier IP address, version, and port servicing each VLAN.<br><br>```\nswitch>show ip igmp snooping querier\nVlan  IP Address       Version  Port\n-------------------------------------\n1     172.17.0.37      v2       Po1\n20    172.17.20.1      v2       Po1\n26    172.17.26.1      v2       Cpu\n2028  172.17.255.29    v2       Po1\nswitch>\n```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1860.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1568; Arista User Manual, v. 4.11.1 (1/11/13), at 1263; Arista User Manual v. 4.10.3 (10/22/12), at 1074; Arista User Manual v. 4.9.3.2 (5/3/12), at 831; Arista User Manual v. 4.8.2 (11/18/11), at 637. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **aaa group server tacacs+**<br><br>To create a TACACS+ server group and enter TACACS+ server group configuration mode, use the **aaa group server tacacs+** command. To delete a TACACS+ server group, use the **no** form of this command.<br><br>aaa group server tacacs+ *group-name*<br><br>no aaa group server tacacs+ *group-name*<br><br>**Syntax Description**<br>*group-name*   TACACS+ server group name. The name is alphanumeric and case-sensitive. The maximum length is 64 characters.<br><br>**Defaults**   None<br><br>**Command Modes**   Global configuration<br><br>**SupportedUserRoles**   network-admin<br>vdc-admin<br><br>**Command History**<br>Release   Modification<br>4.0(1)   This command was introduced.<br><br>**Usage Guidelines**   You must use the **feature tacacs+** command before you configure TACACS+.<br>This command does not require a license.<br><br>**Examples**   This example shows how to create a TACACS+ server group and enter TACACS+ server configuration mode:<br>switch# configure terminal<br>switch(config)# aaa group server tacacs+ TacServer<br>switch(config-radius)#<br><br>This example shows how to delete a TACACS+ server group:<br>switch# configure terminal<br>switch(config)# no aaa group server tacacs+ TacServer | **aaa group server tacacs+**<br><br>The **aaa group server tacacs+** command enters server-group-tacacs+ configuration mode for the specified group name. The command creates the specified group if it was not previously created. Commands are available to add servers to the group.<br><br>A server group is a collection of servers that are associated with a single label. Subsequent authorization and authentication commands access all servers in a group by invoking the group name. Server group members must be previously configured with a **tacacs-server host** command.<br><br>The **no aaa group server tacacs+** and **default aaa group server tacacs+** commands delete the specified server group from *running-config*.<br><br>Platform   all<br>Command Mode   Global Configuration<br><br>**Command Syntax**<br>aaa group server tacacs+ *group_name*<br>no aaa group server tacacs+ *group_name*<br>default aaa group server tacacs+ *group_name*<br><br>**Parameters**<br>• *group_name*  name (text string) assigned to the group. Cannot be identical to a name already assigned to a RADIUS server group.<br><br>**Commands Available in server-group-tacacs+ Configuration Mode**<br>• **server (server-group-TACACS+ configuration mode)**<br><br>**Related Commands**<br>• **aaa group server radius**<br><br>**Example**<br>• This command creates the TACACS+ server group named TAC-GR and enters server group configuration mode for the new group.<br>switch(config)#aaa group server tacacs+ TAC-GR<br>switch(config-sg-tacacs+-TAC-GR)# |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-34. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 225.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 169; Arista User Manual, v. 4.11.1 (1/11/13), at 127; Arista User Manual v. 4.10.3 (10/22/12), at 119. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **dot1x pae authenticator**<br><br>To create the 802.1X authenticator port access entity (PAE) role for an interface, use the **dot1x pae authenticator** command. To remove the 802.1X authenticator PAE role, use the **no** form of this command.<br><br>dot1x pae authenticator<br><br>no dot1x pae authenticator<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  802.1X automatically creates the authenticator PAE when you enable the feature on an interface.<br><br>**Command Modes**  Interface configuration<br><br>**SupportedUserRoles**  network-admin<br>vdc-admin<br><br>**Command History**<br>Release | Modification<br>4.2(1) | This command was introduced.<br><br>**Usage Guidelines**  You must use the **feature dot1x** command before you configure 802.1X.<br><br>When you enable 802.1X on an interface, the Cisco NX-OS software creates an authenticator port access entity (PAE) instance. An authenticator PAE is a protocol entity that supports authentication on the interface. When you disable 802.1X on the interface, the Cisco NX-OS software does not automatically clear the authenticator PAE instances. You can explicitly remove the authenticator PAE from the interface and then reapply it, as needed.<br><br>This command does not require a license.<br><br>**Examples**  This example shows how to create the 802.1X authenticator PAE role on an interface:<br><br>`switch# configure terminal`<br>`switch(config)# interface ethernet 2/4`<br>`switch(config-if)# dot1x pae authenticator`<br><br>This example shows how to remove the 802.1X authenticator PAE role from an interface:<br><br>`switch# configure terminal`<br>`switch(config)# interface ethernet 2/4`<br>`switch(config-if)# no dot1x pae authenticator`<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-191. | **dot1x pae authenticator**<br><br>The dot1x pae authenticator command sets the Port Access Entity (PAE) type. The interface acts only as an authenticator and will not respond to any messages meant for a supplicant.<br><br>The no dot1x pae authenticator and default dot1x pae authenticator commands restore the switch default by deleting the corresponding dot1x pae authenticator command from *running-config*.<br><br>Platform          all<br>Command Mode      Interface-Ethernet Configuration<br>                  Interface-Management Configuration<br><br>**Command Syntax**<br>dot1x pae authenticator<br>no dot1x pae authenticator<br>default dot1x pae authenticator<br><br>**Example**<br>• This command configures the port as an IEEE 802.1x port access entity (PAE) authenticator, which enables IEEE 802.1x on the port but does not allow clients connected to the port to be authorized, use the dot1x pae authenticator interface configuration command.<br><br>`switch(config-if-Et1)#interface ethernet 2`<br>`switch(config-if-Et1)#dot1x pae authenticator`<br>`switch(config-if-Et1)#`<br><br>• This example shows how to disable IEEE 802.1x authentication on the port.<br><br>`switch(config-if-Et1)#interface ethernet 2`<br>`switch(config-if-Et1)#no dot1x pae authenticator`<br>`switch(config-if-Et1)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 566. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **dot1x timeout quiet-period**<br><br>To configure the 802.1X quiet-period timeout globally or for an interface, use the **dot1x timeout quiet-period** command. To revert to the default, use the no form of this command.<br><br>dot1x timeout quiet-period *seconds*<br><br>no dot1x timeout quiet-period<br><br>**Syntax Description**  *seconds*  Number of seconds for the 802.1X quiet-period timeout. The range is from 1 to 65535.<br><br>**Defaults**  Global configuration: 60 seconds<br>Interface configuration: The value of the global configuration<br><br>**Command Modes**  Global configuration<br>Interface configuration<br><br>**SupportedUserRoles**  network-admin<br>vdc-admin<br><br>**Command History**  Release  Modification<br>4.0(1)  This command was introduced.<br><br>**Usage Guidelines**  The 802.1X quiet-period timeout is the number of seconds that the device remains in the quiet state following a failed authentication exchange with a supplicant.<br>You must use the **feature dot1x** command before you configure 802.1X.<br><br>**Note**  You should change the default value only to adjust for unusual circumstances, such as unreliable links or specific behavioral problems with certain supplicants and authentication servers.<br><br>This command does not require a license.<br><br>**Examples**  This example shows how to configure the global 802.1X quiet-period timeout:<br>`switch# configure terminal`<br>`switch(config)# dot1x timeout quiet-period 45`<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-200. | **dot1x timeout quiet-period**<br><br>The dot1x timeout quiet-period command sets the number of seconds that the switch remains in the quiet state following a failed authentication exchange with the client.The range is 1 to 65535 seconds; the default is 60.<br><br>When the switch cannot authenticate the client, the switch remains idle for a set period of time and then tries again. You can provide a faster response time to the user by entering a number smaller than the default.<br><br>The no dot1x timeout quiet-period and default dot1x timeout quiet-period commands restore the default advertisement interval of 60 seconds by removing the corresponding dot1x timeout quiet-period command from *running-config*.<br><br>Platform  all<br>Command Mode  Interface-Ethernet Configuration<br>Interface-Management Configuration<br><br>**Command Syntax**<br>dot1x timeout quiet-period *quiet_time*<br>no dot1x timeout quiet-period<br>default dot1x timeout quiet-period<br><br>**Parameters**<br>• *quiet_time*  advertisement interval (seconds). Values range from 1 to 65535. Default value is 60.<br><br>**Example**<br>• This command sets the number of seconds that an authenticator port waits after a failed authentication with a client before accepting authentication requests again.<br><br>`switch(config)#interface Ethernet 1`<br>`switch(config-if-Et1)#dot1x timeout quiet-period 600`<br>`switch(config-if-Et1)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 569. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To use this command, you must enable the DHCP snooping feature (see the **feature dhcp** command).<br><br>You can configure up to four DHCP server IP addresses on Layer 3 Ethernet interfaces and subinterfaces, VLAN interfaces, and Layer 3 port channels. In Cisco NX-OS Release 4.0.2 and earlier releases, you can configure only one DHCP server IP address on an interface.<br><br>When an inbound DHCP BOOTREQUEST packet arrives on the interface, the relay agent forwards the packet to all DHCP server IP addresses specified on that interface. The relay agent forwards replies from all DHCP servers to the host that sent the request.<br><br>This command does not require a license.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-309. | The **ip dhcp snooping information option** command enables the insertion of option-82 DHCP snooping information in DHCP packets on VLANs where DHCP snooping is enabled. DHCP snooping is a layer 2 switch process that allows relay agents to provide remote-ID and circuit-ID information to DHCP reply and request packets. DHCP servers use this information to determine the originating port of DHCP requests and associate a corresponding IP address to that port.<br><br>DHCP snooping uses information option (Option-82) to include the switch MAC address (router-ID) along with the physical interface name and VLAN number (circuit-ID) in DHCP packets. After adding the information to the packet, the DHCP relay agent forwards the packet to the DHCP server through DHCP protocol processes.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1270. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip dhcp relay information option**<br><br>To enable the device to insert and remove option-82 information on DHCP packets forwarded by the relay agent, use the **ip dhcp relay information option** command. To disable the insertion and removal of option-82 information, use the **no** form of this command.<br><br>**ip dhcp relay information option**<br><br>**no ip dhcp relay information option**<br><br>**Syntax Description**    This command has no arguments or keywords.<br><br>**Defaults**    By default, the device does not insert and remove option-82 information on DHCP packets forwarded by the relay agent.<br><br>**Command Modes**    Global configuration<br><br>**SupportedUserRoles**    network-admin<br>     vdc-admin<br><br>**Command History**    Release    Modification<br>     4.0(1)    This command was introduced.<br><br>**Usage Guidelines**    To use this command, you must enable the DHCP snooping feature (see the **feature dhcp** command). This command does not require a license.<br><br>**Examples**    This example shows how to enable the DHCP relay agent to insert and remove option-82 information to and from packets it forwards:<br>     switch# **configure terminal**<br>     switch(config)# **ip dhcp relay information option**<br>     switch(config)#<br><br>**Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| ip dhcp relay | Enables or disables the DHCP relay agent. |<br>| ip dhcp relay address | Configures the IP address of a DHCP server on an interface. |<br>| ip dhcp relay sub-option type cisco | Enables DHCP to use Cisco proprietary numbers 150, 152, and 151 when filling the link selection, server ID override, and VRF name/VPN ID relay agent option-82 suboptions. |<br>| ip dhcp snooping | Globally enables DHCP snooping on the device. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-311. | **ip dhcp relay information option** (Global)<br><br>The **ip dhcp relay information option** command configures the switch to attach tags to DHCP requests before forwarding them to the DHCP servers designated by **ip helper-address** commands. The **ip dhcp relay information option circuit-id** command specifies the tag contents for packets forwarded by the interface that it configures.<br><br>The no ip dhcp relay information option and default ip dhcp relay information option commands restore the switch's default setting of not attaching tags to DHCP requests by removing the **ip dhcp relay information option** command from *running-config*.<br><br>Platform      all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>     **ip dhcp relay information option**<br>     **no ip dhcp relay information option**<br>     **default ip dhcp relay information option**<br><br>Related Commands<br>These commands implement DHCP relay agent.<br><br>•    ip helper-address<br>•    ip dhcp relay always-on<br>•    ip dhcp relay information option circuit-id<br><br>Example<br>•    This command enables the attachment of tags to DHCP requests that are forwarded to DHCP server addresses.<br><br>     switch(config)#**ip dhcp relay information option**<br>     switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1264.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1068; Arista User Manual, v. 4.11.1 (1/11/13), at 852; Arista User Manual v. 4.10.3 (10/22/12), at 701. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **Related Commands** <br><br> ip dhcp relay — Enables or disables the DHCP relay agent. <br> ip dhcp relay address — Configures the IP address of a DHCP server on an interface. <br> ip dhcp relay sub-option type cisco — Enables DHCP to use Cisco proprietary numbers 150, 152, and 151 when filling the link selection, server ID override, and VRF name/VPN ID relay agent option-82 suboptions. <br> ip dhcp snooping — Globally enables DHCP snooping on the device. <br><br> Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-311. | **Related Commands** <br><br> • ip dhcp snooping globally enables DHCP snooping. <br> • ip dhcp snooping vlan enables DHCP snooping on specified VLANs. <br> • ip helper-address enables the DHCP relay agent on a configuration mode interface. <br><br> Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1270. |
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **Examples** <br><br> This example shows how to enable VRF support for the DHCP relay agent, which is dependent upon enabling Option-82 support for the DHCP relay agent, and how to configure a DHCP server address on a Layer 3 interface when the DHCP server is in a VRF named SiteA: <br><br> `switch# configure terminal` <br> `switch(config)# ip dhcp relay information option` <br> `switch(config)# ip dhcp relay information option vpn` <br> `switch(config)# interface ethernet 1/3` <br> `switch(config-if)# ip dhcp relay address 10.43.87.132 use-vrf SiteA` <br> `switch(config-if)#` <br><br> Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-314. | **Example** <br><br> • This command enables the attachment of tags to DHCP requests that are forwarded to DHCP server addresses. <br><br> `switch(config)#ip dhcp relay information option` <br> `switch(config)#` <br><br> Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1237. <br><br> *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1068; Arista User Manual, v. 4.11.1 (1/11/13), at 852; Arista User Manual v. 4.10.3 (10/22/12), at 688. |
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **Command — Description** <br><br> feature dhcp — Enables the DHCP snooping feature on the device. <br> ip dhcp relay — Enables the DHCP relay agent. <br> ip dhcp relay address — Configures an IP address of a DHCP server on an interface. <br> ip dhcp relay information option — Enables the insertion and removal of option-82 information from DHCP packets forwarded by the DHCP relay agent. <br> ip dhcp snooping — Globally enables DHCP snooping on the device. <br><br> Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-317. | **Example** <br><br> • This command enables the DHCP relay agent. <br><br> `switch(config)#ip dhcp relay always-on` <br> `switch(config)#` <br><br> Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1263. <br><br> *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1047; Arista User Manual, v. 4.11.1 (1/11/13), at 890; Arista User Manual v. 4.10.3 (10/22/12), at 688. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip dhcp smart-relay**<br><br>To enable Dynamic Host Configuration Protocol (DHCP) smart relay on a Layer 3 interface, use the **ip dhcp smart-relay** command. To disable DHCP smart relay on a Layer 3 interface, use the **no** form of this command.<br><br>ip dhcp smart-relay<br><br>no ip dhcp smart-relay<br><br>**Syntax Description**   This command has no arguments or keywords.<br><br>**Defaults**   Disabled<br><br>**Command Modes**   Interface configuration mode (config-if)<br><br>**SupportedUserRoles**   network-admin<br>vdc-admin<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-319. | **ip dhcp smart-relay**<br><br>The ip dhcp smart-relay command configures the DHCP smart relay status on the configuration mode interface. DHCP smart relay supports forwarding DHCP requests with a client's secondary IP addresses in the gateway address field. Enabling DHCP smart relay on an interface requires that DHCP relay is also enabled on that interface.<br><br>By default, an interface assumes the global DHCP smart relay setting as configured by the ip dhcp smart-relay global command. The ip dhcp smart-relay command, when configured, takes precedence over the global smart relay setting.<br><br>The no ip dhcp smart-relay command disables DHCP smart relay on the configuration mode interface. The default ip dhcp smart-relay command restores the interface's to the default DHCP smart relay setting, as configured by the ip dhcp smart-relay global command, by removing the corresponding ip dhcp smart-relay or no ip dhcp smart-relay statement from *running-config*.<br><br>Platform        all<br>Command Mode    Interface-Ethernet Configuration<br>               Interface-Port-channel Configuration<br>               Interface-VLAN Configuration<br><br>Command Syntax<br>   ip dhcp smart-relay<br>   no ip dhcp smart-relay<br>   default ip dhcp smart-relay<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1266. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| ip dhcp smart-relay | Enables DHCP smart relay on a Layer 3 interface. |<br>| ip dhcp relay | Enable the DHCP relay agent. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-322. | Related Commands<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br>• ip dhcp smart-relay enables the DHCP smart relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1268. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to globally enable DHCP snooping:<br><br>switch# **configure terminal**<br>switch(config)# **ip dhcp snooping**<br>switch(config)#<br><br>**Related Commands**<br><br>Command    Description<br>feature dhcp    Enables the DHCP snooping feature on the device.<br>ip dhcp relay    Enables or disables the DHCP relay agent.<br>ip dhcp snooping information option    Enables the insertion and removal of option-82 information for DHCP packets forwarded without the use of the DHCP relay agent.<br>ip dhcp snooping trust    Configures an interface as a trusted source of DHCP messages.<br>ip dhcp snooping vlan    Enables DHCP snooping on the specified VLANs.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-323. | Command Syntax<br>   ip dhcp snooping<br>   no ip dhcp snooping<br>   default ip dhcp snooping<br><br>Related Commands<br>• **ip dhcp snooping information option** enables insertion of option-82 snooping data.<br>• **ip dhcp snooping vlan** enables DHCP snooping on specified VLANs.<br>• **ip helper-address** enables the DHCP relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1269. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|

**Cisco column:**

## ip dhcp snooping information option

To enable the insertion and removal of option-82 information for DHCP packets, use the **ip dhcp snooping information option command**. To disable the insertion and removal of option-82 information, use the **no** form of this command.

```
ip dhcp snooping information option

no ip dhcp snooping information option
```

**Syntax Description**  This command has no arguments or keywords.

**Defaults**  By default, the device does not insert and remove option-82 information.

**Command Modes**  Global configuration

**SupportedUserRoles**  network-admin
vdc-admin

**Command History**

| Release | Modification |
|---|---|
| 4.0(1) | This command was introduced. |

**Usage Guidelines**  To use this command, you must enable the DHCP snooping feature (see the **feature dhcp** command).

This command does not require a license.

**Examples**  This example shows how to globally enable DHCP snooping:

```
switch# configure terminal
switch(config)# ip dhcp snooping information option
switch(config)#
```

**Related Commands**

| Command | Description |
|---|---|
| ip dhcp relay information option | Enables the insertion and removal of option-82 information from DHCP packets forwarded by the DHCP relay agent. |
| ip dhcp snooping | Globally enables DHCP snooping on the device. |
| ip dhcp snooping trust | Configures an interface as a trusted source of DHCP messages. |
| ip dhcp snooping vlan | Enables DHCP snooping on the specified VLANs. |

Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-325.

**Arista column:**

## ip dhcp snooping information option

The ip dhcp snooping information option command enables the insertion of option-82 DHCP snooping information in DHCP packets on VLANs where DHCP snooping is enabled. DHCP snooping is a layer 2 switch process that allows relay agents to provide remote-ID and circuit-ID information to DHCP reply and request packets. DHCP servers use this information to determine the originating port of DHCP requests and associate a corresponding IP address to that port.

DHCP snooping uses information option (Option-82) to include the switch MAC address (router-ID) along with the physical interface name and VLAN number (circuit-ID) in DHCP packets. After adding the information to the packet, the DHCP relay agent forwards the packet to the DHCP server through DHCP protocol processes.

VLAN snooping on a specified VLAN requires each of these conditions:

- DHCP snooping is globally enabled.
- Insertion of option-82 information in DHCP packets is enabled.
- DHCP snooping is enabled on the specified VLAN.
- DHCP relay is enabled on the corresponding VLAN interface.

When global DHCP snooping is not enabled, the ip dhcp snooping information option command persists in *running-config* without any operational effect.

The no ip dhcp snooping information option and default ip dhcp snooping information option commands disable the insertion of option-82 DHCP snooping information in DHCP packets by removing the ip dhcp snooping information option statement from *running-config*.

| Platform | Trident |
|---|---|
| Command Mode | Global Configuration |

**Command Syntax**

```
ip dhcp snooping information option
no ip dhcp snooping information option
default ip dhcp snooping information option
```

**Related Commands**

- ip dhcp snooping globally enables DHCP snooping.
- ip dhcp snooping vlan enables DHCP snooping on specified VLANs.
- ip helper-address enables the DHCP relay agent on a configuration mode interface.

**Example**

- These commands enable DHCP snooping on DHCP packets from ports on snooping-enabled VLANs. DHCP snooping was previously enabled on the switch.

```
switch(config)#ip dhcp snooping information option
switch(config)#show ip dhcp snooping
DHCP Snooping is enabled
DHCP Snooping is operational
DHCP Snooping is configured on following VLANs:
   100
DHCP Snooping is operational on following VLANs:
   100
Insertion of Option-82 is enabled
   Circuit-id format : Interface name:Vlan ID
   Remote-id: 00:1c:73:1f:b4:38 (Switch MAC)
switch(config)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1270.

**Copyright Registration Information column:**

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| ip dhcp snooping | Globally enables DHCP snooping on the device. |<br>| ip dhcp snooping information option | Enables the insertion and removal of Option-82 information for DHCP packets forwarded without the use of the DHCP relay agent. |<br>| ip dhcp snooping verify mac-address | Enables MAC address verification as part of DHCP snooping. |<br>| ip dhcp snooping vlan | Enables DHCP snooping on the specified VLANs. |<br>| show ip dhcp snooping | Displays general information about DHCP snooping. |<br>| show running-config dhcp | Displays DHCP snooping configuration, including IP Source Guard configuration. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-328. | **ip dhcp snooping vlan**<br><br>The ip dhcp snooping vlan command enables DHCP snooping on specified VLANs. DHCP snooping is a layer 2 process that allows relay agents to provide remote-ID and circuit-ID information in DHCP packets. DHCP servers use this data to determine the originating port of DHCP requests and associate a corresponding IP address to that port. DHCP snooping is configured on a global and VLAN basis.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1271. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Command | Description |<br>|---|---|<br>| ip dhcp snooping trust | Configures an interface as a trusted source of DHCP messages. |<br>| ip dhcp snooping vlan | Enables DHCP snooping on the specified VLANs. |<br>| show ip dhcp snooping | Displays general information about DHCP snooping. |<br>| show running-config dhcp | Displays DHCP snooping configuration, including IP Source Guard configuration. |<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-330. | **Related Commands**<br><br>• ip dhcp snooping globally enables DHCP snooping.<br>• ip dhcp snooping vlan enables DHCP snooping on specified VLANs.<br>• ip dhcp snooping information option enables insertion of option-82 snooping data.<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1302. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ip dhcp snooping vlan**<br><br>To enable DHCP snooping one or more VLANs, use the **ip dhcp snooping vlan command**. To disable DHCP snooping on one or more VLANs, use the **no** form of this command.<br><br>ip dhcp snooping vlan *vlan-list*<br><br>no ip dhcp snooping vlan *vlan-list*<br><br>**Syntax Description**<br>*vlan-list*    Range of VLANs on which to enable DHCP snooping. The *vlan-list* argument allows you to specify a single VLAN ID, a range of VLAN IDs, or comma-separated IDs and ranges (see the "Examples" section). Valid VLAN IDs are from 1 to 4096.<br><br>**Defaults**    By default, DHCP snooping is not enabled on any VLAN.<br><br>**Command Modes**    Global configuration<br><br>**SupportedUserRoles**    network-admin<br>vdc-admin<br><br>**Command History**<br>Release    Modification<br>4.0(1)    This command was introduced.<br><br>**Usage Guidelines**    To use this command, you must enable the DHCP snooping feature (see the **feature dhcp** command).<br>This command does not require a license.<br><br>**Examples**    This example shows how to enable DHCP snooping on VLANs 100, 200, and 250 through 252:<br>switch# configure terminal<br>switch(config)# ip dhcp snooping vlan 100,200,250-252<br>switch(config)#<br><br>**Related Commands**<br>Command    Description<br>ip dhcp snooping    Globally enables DHCP snooping on the device.<br>ip dhcp snooping information option    Enables the insertion and removal of option-82 information for DHCP packets forwarded without the use of the DHCP relay agent.<br>ip dhcp snooping trust    Configures an interface as a trusted source of DHCP messages.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-331. | **ip dhcp snooping vlan**<br><br>The **ip dhcp snooping vlan command** enables DHCP snooping on specified VLANs. DHCP snooping is a layer 2 process that allows relay agents to provide remote-ID and circuit-ID information in DHCP packets. DHCP servers use this data to determine the originating port of DHCP requests and associate a corresponding IP address to that port. DHCP snooping is configured on a global and VLAN basis.<br><br>VLAN snooping on a specified VLAN requires each of these conditions:<br><br>• DHCP snooping is globally enabled.<br>• Insertion of option-82 information in DHCP packets is enabled.<br>• DHCP snooping is enabled on the specified VLAN.<br>• DHCP relay is enabled on the corresponding VLAN interface.<br><br>When global DHCP snooping is not enabled, the ip dhcp snooping vlan command persists in *running-config* without any operational affect.<br><br>The **no ip dhcp snooping information option** and **default ip dhcp snooping information option** commands disable DHCP snooping operability by removing the ip dhcp snooping information option statement from *running-config*.<br><br>Platform    Trident<br>Command Mode    Global Configuration<br><br>**Command Syntax**<br>ip dhcp snooping vlan *v_range*<br>no ip dhcp snooping vlan *v_range*<br>default ip dhcp snooping vlan *v_range*<br><br>**Parameters**<br>• *v_range*    VLANs upon which snooping is enabled. Formats include a number, a number range, or a comma-delimited list of numbers and ranges. Numbers range from 1 to 4094.<br><br>**Related Commands**<br>• ip dhcp snooping globally enables DHCP snooping.<br>• ip dhcp snooping information option enables insertion of option-82 snooping data.<br>• ip helper-address enables the DHCP relay agent on a configuration mode interface.<br><br>**Example**<br>• These commands enable DHCP snooping globally, DHCP on VLAN interface100, and DHCP snooping on VLAN 100.<br><br>switch(config)#ip dhcp snooping<br>switch(config)#ip dhcp snooping information option<br>switch(config)#ip dhcp snooping vlan 100<br>is a layer 2 process that allows relay agents<br>switch(config)#interface vlan 100<br>switch(config-if-V1100)#ip helper-address 10.4.4.4<br>switch(config-if-V1100)#show ip dhcp snooping<br>DHCP Snooping is enabled<br>DHCP Snooping is operational<br>DHCP Snooping is configured on following VLANs:<br>  100<br>DHCP Snooping is operational on following VLANs:<br>  100<br>Insertion of Option-82 is enabled<br>  Circuit-id format: Interface name:Vlan ID<br>  Remote-id: 00:1c:73:1f:b4:38 (Switch MAC)<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1302. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **set-dscp-transmit** *dscp-value*  Specifies the differentiated services code point (DSCP) value for IPv4 and IPv6 packets. The range is from 0 to 63.<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-444. | **qos dscp**<br><br>The qos dscp command specifies the default differentiated services code point (DSCP) value of the configuration mode interface. The default DSCP determines the traffic class for non-IP packets that are inbound on DSCP trusted ports. DSCP trusted ports determine the traffic class for inbound packets as follows:<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1093.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 991; Arista User Manual, v. 4.11.1 (1/11/13), at 795; Arista User Manual v. 4.10.3 (10/22/12), at 646; Arista User Manual v. 4.9.3.2 (5/3/12), at 576; Arista User Manual v. 4.8.2 (11/18/11), at 666. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **policy-map type control-plane** | **policy-map type control-plane** |
| | To create or specify a control plane policy map and enter policy map configuration mode, use the **policy-map type control-plane** command. To delete a control plane policy map, use the **no** form of this command.<br><br>**policy-map type control-plane** *policy-map-name*<br><br>**no policy-map type control-plane** *policy-map-name* | The **policy-map type control-plane** command places the switch in Policy-Map (control plane) configuration mode, which is a group change mode that modifies a control-plane policy map. A policy map is a data structure that consists of class maps that identify a specific data stream and specify bandwidth and shaping parameters that controls its transmission. Control plane policy maps are applied to the control plane to manage traffic.<br><br>The **copp-system-policy** policy map is supplied with the switch and is always applied to the control plane. Copp-system-policy is the only valid control plane policy map.<br><br>The **exit** command saves pending policy map changes to *running-config* and returns the switch to global configuration mode. Policy map changes are also saved by entering a different configuration mode. The **abort** command discards pending changes, returning the switch to global configuration mode.<br><br>The **no policy-map type control-plane** and **default policy-map type control-plane** commands delete the specified policy map by removing the corresponding **policy-map type control-plane** command and its associated configuration. |
| | **Syntax Description**  *policy-map-name*   Name of the class map. The name is alphanumeric, case sensitive, and has a maximum of 64 characters. | Platform          FM6000, Petra, Trident<br>Command Mode       Global Configuration |
| | **Defaults**   None | **Command Syntax**<br>**policy-map type control-plane** copp-system-policy<br>**no policy-map type control-plane** copp-system-policy<br>**default policy-map type control-plane** copp-system-policy |
| | **Command Modes**   Global configuration | copp-system-policy is supplied with the switch and is the only valid control plane policy map. |
| | **SupportedUserRoles**   network-admin<br>vdc-admin | **Commands Available in Policy-Map Configuration Mode**<br>• class (policy-map (control-plane) – FM6000)<br>• class (policy-map (control-plane) – Trident) |
| | **Command History**   Release      Modification<br>4.0(1)       This command was introduced. | **Related Commands**<br>• class-map type control-plane enters control-plane class-map configuration mode. |
| | **Usage Guidelines**   You can use this command only in the default VDC.<br><br>This command does not require a license. | **Example**<br>• This command places the switch in policy-map configuration mode to edit the copp-system-policy policy map. |
| | **Examples**   This example shows how to specify a control plane policy map and enter policy map configuration mode:<br>switch# config t<br>switch(config)# policy-map type control-plane PolicyMapA<br>switch(config-pmap)#<br><br>This example shows how to delete a control plane policy map:<br>switch# config t<br>switch(config)# no policy-map type control-plane PolicyMapA | switch(config)#policy-map type control-plane copp-system-policy<br>switch(config-pmap-copp-system-policy)# |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-448. | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1194.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 980; Arista User Manual, v. 4.11.1 (1/11/13), at 784. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To view per-entry statistics, use the show access-lists command or the applicable following command:<br><br>• show ip access-lists<br>• show ipv6 access-lists<br>• show mac access-lists<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-517. | **Displaying Contents of an ACL**<br><br>These commands display ACL contents.<br><br>• show ip access-lists<br>• show ipv6 access-lists<br>• show mac access-lists<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 845.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 724; Arista User Manual, v. 4.11.1 (1/11/13), at 552; Arista User Manual v. 4.10.3 (10/22/12), at 466. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **Examples**     This example shows how to display control plane class map information:<br><br>`switch# show class-map type control-plane`<br><br>```class-map type control-plane match-any copp-system-class-critical\n    match access-grp name copp-system-acl-arp\n    match access-grp name copp-system-acl-msdp\n\nclass-map type control-plane match-any copp-system-class-important\n    match access-grp name copp-system-acl-gre\n    match access-grp name copp-system-acl-tacas\n\nclass-map type control-plane match-any copp-system-class-normal\n    match access-grp name copp-system-acl-icmp\n    match redirect dhcp-snoop\n    match redirect arp-inspect\n    match exception ip option\n    match exception ip icmp redirect\n    match exception ip icmp unreachable```<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-552. | **Example**<br><br>• This command displays all control plane class maps.<br><br>• This command displays the available control plane class maps.<br><br>`switch>show class-map type control-plane`<br>```  Class-map: CM-CP1 (match-any)\n    Match: ip access-group name LIST-CP1\n  Class-map: copp-system-acllog (match-any)\n  Class-map: copp-system-arp (match-any)\n  Class-map: copp-system-arpresolver (match-any)\n  Class-map: copp-system-bpdu (match-any)\n  Class-map: copp-system-glean (match-any)\n  Class-map: copp-system-igmp (match-any)\n  Class-map: copp-system-ipmcmiss (match-any)\n  Class-map: copp-system-ipmcrsvd (match-any)\n  Class-map: copp-system-l3destmiss (match-any)\n  Class-map: copp-system-l3slowpath (match-any)\n  Class-map: copp-system-l3ttl1 (match-any)\n  Class-map: copp-system-lacp (match-any)\n  Class-map: copp-system-lldp (match-any)\n  Class-map: copp-system-selfip (match-any)\n  Class-map: copp-system-selfip-tc6to7 (match-any)\n  Class-map: copp-system-sflow (match-any)\n  Class-map: copp-system-tc3to5 (match-any)\n  Class-map: copp-system-tc6to7 (match-any)\nswitch>```<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/20140), at 1212. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Examples     This example shows how to display the DHCP relay status and configured DHCP server addresses:<br><br>switch# **show ip dhcp relay**<br>DHCP relay service is enabled<br>Insertion of option 82 is enabled<br>Insertion of VPN suboptions is enabled<br>Helper addresses are configured on the following interfaces:<br>Interface        Relay Address    VRF Name<br>-----------      -------------    --------<br>Ethernet1/4      10.10.10.1       red<br>switch#<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-630. | **Example**<br>• This command displays the DHCP relay agent configuration status.<br><br>switch>**show ip dhcp relay**<br>DHCP servers: 172.22.22.11<br>Vlan1000:<br>    DHCP clients are permitted on this interface<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1237.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1047; Arista User Manual, v. 4.11.1 (1/11/13), at 868; Arista User Manual v. 4.10.3 (10/22/12), at 716. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Examples     This example shows how to display general status information about DHCP snooping:<br><br>switch# **show ip dhcp snooping**<br>DHCP snooping service is enabled<br>Switch DHCP snooping is enabled<br>DHCP snooping is configured on the following VLANs:<br>1,13<br>DHCP snooping is operational on the following VLANs:<br>1<br>Insertion of Option 82 is disabled<br>Verification of MAC address is enabled<br>DHCP snooping trust is configured on the following interfaces:<br>Interface        Trusted<br>-----------      -------<br>Ethernet2/3      Yes<br>switch#<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-634. | **Example**<br>• This command DHCP snooping hardware status.<br><br>switch>**show ip dhcp snooping hardware**<br>DHCP Snooping is enabled<br>DHCP Snooping is enabled on following VLANs:<br>    None<br>    Vlans enabled per Slice<br>        Slice:  FixedSystem<br>        None<br>switch><br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1304. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Examples** This example shows how to use the **show port-security** command to view the status of the port security feature on a device:

```
switch# show port-security

Total Secured Mac Addresses in System (excluding one mac per port)  : 0
Max Addresses limit in System (excluding one mac per port) : 8192

Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action
             (Count)        (Count)      (Count)
Ethernet1/4  5              1            0                  Shutdown
switch#
```

Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-661. | **Example**
• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.

```
switch(config)#interface ethernet 7
switch(config-if-Et7)#switchport port-security
switch(config-if-Et7)#switchport port-security maximum 2
switch(config-if-Et7)#exit
switch(config)#mac address-table static 0034.24c2.8f11 vlan 10 interface ethernet 7
switch(config)#mac address-table static 4464.842d.17ce vlan 10 interface ethernet 7
switch(config)#clear mac address-table dynamic interface ethernet 7
switch(config)#show port-security
Secure Port   MaxSecureAddr   CurrentAddr   SecurityViolation   Security Action
              (Count)         (Count)       (Count)
Et7           2               2             0                   Shutdown
Total Addresses in System: 1
switch(config)#show port-security address
              Secure Mac Address Table
Vlan   Mac Address     Type              Ports   Remaining Age
                                                 (mins)
----   -----------     ---------------   -----   ------------
10     0034.24c2.8f11  SecureConfigured  Et7     N/A
10     4464.842d.17ce  SecureConfigured  Et7     N/A
Total Mac Addresses for this criterion: 2
switch(config)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 632.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 624; Arista User Manual v. 4.12.3 (7/17/13), at 501; Arista User Manual, v. 4.11.1 (1/11/13), at 405-06; Arista User Manual v. 4.10.3 (10/22/12), at 336; Arista User Manual v. 4.9.3.2 (5/3/12), at 405-06. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-664. | <br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 698.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 562; Arista User Manual, v. 4.11.1 (1/11/13), at 446; Arista User Manual v. 4.10.3 (10/22/12), at 366; Arista User Manual v. 4.9.3.2 (5/3/12), at 338. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <br>Cisco Nexus 7000 Series NX-OS Security Command Reference (2013), at SEC-695. | **ip dhcp snooping**<br><br>The ip dhcp snooping command enables DHCP snooping globally on the switch. DHCP snooping is a set of layer 2 processes that can be configured on LAN switches and used with DHCP servers to control network access to clients with specific IP/MAC addresses. The swtich supports Option-82 insertion, which is a DHCP snooping process that allows relay agents to provide remote-ID and circuit-ID information to DHCP reply and request packets. DHCP servers use this information to determine the originating port of DHCP requests and associate a corresponding IP address to that port. DHCP servers use port information to track host location and IP address usage by authorized physical ports.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1269. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Usage Guidelines**   In order for LLDP to discover servers connected to your device, the servers must be running openLLDP software.<br><br>LLDP must be enabled on the device before you can enable or disable it on any interfaces.<br><br>**Note**   LLDP is supported only on physical interfaces. LLDP timers and type, length, and value (TLV) descriptions cannot be configured using Cisco DCNM.<br><br>LLDP can discover up to one device per port. LLDP can discover up to one server per port. LLDP can discover only Linux servers that are connected to your device. LLDP can discover Linux servers, if they are not using a converged network adapter (CNA); however, LLDP cannot discover other types of servers.<br><br>Make sure that you are in the correct virtual device context (VDC). To switch VDCs, use the **switchto vdc** command.<br><br>This command does not require a license.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 174. | 12.2.4   Guidelines and Limitations<br><br>LLDP has the following configuration guidelines and limitations:<br><br>• LLDP must be enabled on the device before you can enable or disable it on any interface.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 576.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 448; Arista User Manual, v. 4.11.1 (1/11/13), at 366. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **lldp holdtime**<br><br>To configure the amount of time that a receiving device should hold the information sent by your device before discarding it, use the **lldp holdtime** command. To remove the hold time configuration, use the no form of this command.<br><br>    **lldp holdtime** *seconds*<br><br>**Syntax Description**    *seconds*    Hold time in seconds. The range is from 10 to 255 seconds.<br><br>**Defaults**    120 seconds<br><br>**Command Modes**    Global configuration mode (config)<br><br>**SupportedUserRoles**    network-admin<br>     network-operator<br>     vdc-admin<br>     vdc-operator<br><br>**Command History**    **Release**    **Modification**<br>     5.0(1)    This command was introduced.<br><br>**Usage Guidelines**    Make sure that you are in the correct virtual device context (VDC). To switch VDCs, use the **switchto vdc** command.<br>     This command does not require a license.<br><br>**Examples**    This example shows how to configure the Link Layer Discovery Protocol (LLDP) hold time:<br>     `switch(config)# lldp holdtime 180`<br>     `switch(config)#`<br><br>     This example shows how to remove the LLDP hold time configuration:<br>     `switch(config)# no lldp holdtime 180`<br>     `switch(config)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 228. | **lldp holdtime**<br><br>The **lldp holdtime** command specifies the amount of time a receiving device should hold the information sent by the device before discarding it.<br><br>     Platform    all<br>     Command Mode    Global Configuration<br><br>**Command Syntax**<br>     **lldp holdtime** *period*<br>     no lldp holdtime<br>     default lldp holdtime<br><br>**Parameters**<br>• *period*    The amount of time a receiving device should hold the LLDPDU information sent before discarding it. Value ranges from 10 to 65535 second; default value is 120 seconds.<br><br>**Examples**<br>• This command sets the amount of time to 180 seconds before the receiving device discards the LLDPDU information.<br>     `switch(config)# lldp holdtime 180`<br>     `switch(config)#`<br>• This command removes the configured time before the receiving device discards the LLDPDU information.<br>     `switch(config)# no lldp holdtime 180`<br>     `switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 585.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 458; Arista User Manual, v. 4.11.1 (1/11/13), at 376. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**  **Command**  **Description**<br>lldp reinit  Specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 228. | **lldp reinit**<br><br>The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 462; Arista User Manual, v. 4.11.1 (1/11/13), at 380. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**  **Command**  **Description**<br>lldp transmit  Enables the transmission of LLDP packets on an interface.<br>show lldp interface ethernet  Displays the LLDP configuration on an interface.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 231. | **lldp transmit**<br><br>The lldp transmit command enables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 446; Arista User Manual, v. 4.11.1 (1/11/13), at 384. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**  **Command**  **Description**<br>lldp holdtime  Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 232. | 12.3.3.2  Setting the LLDP Hold Time<br>The lldp holdtime command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>lldp reint — Specifies the delay time in seconds for LLDP to initialize on any interface.<br>lldp holdtime — Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br>show lldp timers — Displays the LLDP holdtime, delay time, and update frequency configuration.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 235. | **lldp timer**<br><br>The lldp timer command specifies the amount of time a receiving device should hold the information sent by the device before discarding it. The no form of this command removes the configured LLDP timer.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 591.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 464; Arista User Manual, v. 4.11.1 (1/11/13), at 382. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **lldp tlv-select**<br><br>To configure the type, length, and value (TLV) descriptions to send and receive in Link Layer Discovery Protocol (LLDP) packets, use the lldp tlv-select command. To remove the TLV configuration, use the no form of this command.<br><br>lldp tlv-select [dcbxp \| management-address \| port-description \| port-vlan \| system-capabilities \| system-description \| system-name]<br><br>no lldp tlv-select [dcbxp \| management-address \| port-description \| port-vlan \| system-capabilities \| system-description \| system-name]<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 236. | 12.3.3.5  **Selecting the LLDP TLV**<br><br>The lldp tlv-select command configures the type, length, and value (TLV) descriptions to send and receive in Link Layer Discovery Protocol (LLDP) packets. Use the no form of this command to remove the TLV configuration.<br><br>**Example**<br>• This command enables the system descriptions to be included in the TLVs.<br>switch(config)# **lldp tlv-select** system-description<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 368-69. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **logging console**<br><br>To enable logging messages to the console session, use the **logging console** command. To disable logging messages to the console session, use the **no** form of this command.<br><br>`logging console [severity-level]`<br><br>`no logging console`<br><br>**Syntax Description** *severity-level* — (Optional) Number of the desired severity level at which messages should be logged. Messages at or numerically lower than the specified level are logged. Severity levels are as follows:<br><br>• 0—emergency: System unusable<br>• 1—alert: Immediate action needed<br>• 2—critical: Critical condition—default level<br>• 3—error: Error condition<br>• 4—warning: Warning condition<br>• 5—notification: Normal but significant condition<br>• 6—informational: Informational message only<br>• 7—debugging: Appears during debugging only<br><br>**Defaults** None<br><br>**Command Modes** Global configuration mode<br><br>**SupportedUserRoles** network-admin<br>vdc-admin<br><br>**Command History**<br>| Release | Modification |<br>| 4.0(1) | This command was introduced. |<br><br>**Usage Guidelines** This command does not require a license.<br><br>**Examples** This example shows how to enable logging messages with a severity level of 4 (warning) or higher to the console session:<br><br>`switch# configure terminal`<br>`switch(config)# logging console 4`<br>`switch(config)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 242. | **logging trap system**<br><br>The logging trap system command enables the logging of system messages to a remote server, or limits the syslog messages saved to a remote server based on severity. Use this command without a specified level to enable remote logging.<br><br>The no logging trap system and default logging trap system commands clear the specified method list by removing the corresponding logging trap system command from *running-config*.<br><br>| Platform | all |<br>| Command Mode | Global Configuration |<br><br>**Command Syntax**<br>`logging trap system [FACILITY_LEVEL] [CONDITION] [PROGRAM] [TEXT]`<br>`no logging trap system [FACILITY_LEVEL] [CONDITION] [PROGRAM] [TEXT]`<br>`default logging trap system [FACILITY_LEVEL] [CONDITION] [PROGRAM] [TEXT]`<br><br>The *TEXT* parameter, when present, is always last. All other parameters can be placed in any order.<br><br>**Parameters**<br>• *FACILITY_LEVEL* Defines the appropriate facility.<br>— &lt;no parameter&gt; Specifies default facility.<br>— facility *&lt;facility-name&gt;* Specifies named facility.<br>• *CONDITION* Specifies condition level. Options include:<br>— &lt;no parameter&gt; Specifies default condition level.<br>— severity *&lt;condition-level&gt;* Name of the severity level at which messages should be logged.<br><br>Valid *condition-level* options include:<br>※ 0 or emergencies   System is unusable<br>※ 1 or alerts   Immediate action needed<br>※ 2 or critical   Critical conditions<br>※ 3 or errors   Error conditions<br>※ 4 or warnings   Warning conditions<br>※ 5 or notifications   Normal but significant conditions<br>※ 6 or informational   Informational messages<br>※ 7 or debugging   Debugging messages<br><br>• *PROGRAM* Filters packets based on program name. Options include:<br>— &lt;no parameter&gt; All tags or program names.<br>— tag *program-name* Specific tag or program name.<br>• *TEXT* Specifies log message text. Options include:<br>— &lt;no parameter&gt; Specify text contained in log message.<br>— severity *reg-expression* Specify text contained in log message.<br><br>**Examples**<br>• This command enables the logging of system informational messages to a remote server.<br><br>`switch(config)#logging trap informational`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2015), at 155. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | To configure the interval between Precision Time Protocol (PTP) announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface, use the **ptp announce** command. To remove the interval configuration for PTP messages, use the **no** form of this command.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 330. | **Set the Peer Delay Request Interval**<br><br>To configure the minimum interval allowed between Precision Time Protocol (PTP) peer delay-request messages, use the **ptp pdelay-req interval** command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 273.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 216. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to configure the interval between PTP announce messages on an interface:<br>`switch# configure terminal`<br>`switch(config)# interface ethernet 5/1`<br>`switch(config-if)# ptp announce interval 1`<br>`switch(config-if)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 330. | **Examples**<br>• This command shows how to configure the interval between PTP announce messages on an interface.<br>`switch(config)# interface ethernet 5`<br>`switch(config-if-Et5)# ptp announce interval 1`<br>`switch(config-if-Et5)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 253; Arista User Manual, v. 4.11.1 (1/11/13), at 199. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| ptp | Enables or disables PTP on an interface. |<br>| ptp announce | Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface. |<br>| ptp sync interval | Configures the interval between PTP synchronization messages on an interface. |<br>| ptp vlan vlan | Configures the PTP VLAN value on an interface. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 333. | **ptp announce interval**<br><br>The ptp announce interval command configures the interval between PTP announcement messages on or the number of PTP intervals before a timeout occurs. To disable this feature, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 253; Arista User Manual, v. 4.11.1 (1/11/13), at 199. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp delay-request minimum interval**<br><br>To configure the minimum interval allowed between Precision Time Protocol (PTP) delay-request messages when the port is in the master state, use the **ptp delay-request minimum interval** command. To remove the minimum interval configuration for PTP delay-request messages, use the **no** form of this command.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 332. | **ptp delay-req interval**<br><br>The **ptp delay-req interval** command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the **no** form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| feature ptp | Enables or disables PTP on the device. |<br>| ptp source | Configures the source IP address for all PTP packets. |<br>| ptp priority1 | Configures the priority1 value to use when advertising this clock. |<br>| ptp priority2 | Configures the priority2 value to use when advertising this clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 334. | **ptp source ip**<br><br>The **ptp source ip** command configures the source IP address for all PTP packets. The IP address can be in IPv4 format. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 328.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 264; Arista User Manual, v. 4.11.1 (1/11/13), at 210. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp priority1**<br><br>To configure the priority1 value when advertising the Precision Time Protocol (PTP) clock, use the ptp priority1 command. To remove the priority1 value, use the no form of this command.<br><br>ptp priority1 *priority-number*<br><br>no ptp priority1 *priority-number*<br><br>**Syntax Description**<br>*priority-number*     Priority number. The range is from 0 to 255.<br><br>**Defaults**     255<br><br>**Command Modes**     Global configuration mode (config)<br><br>**SupportedUserRoles**     network-admin<br>vdc-admin<br><br>**Command History**<br>**Release**     **Modification**<br>5.2(1)          This command was introduced.<br><br>**Usage Guidelines**     This command does not require a license.<br><br>**Examples**     This example shows how to configure the priority1 value when advertising the PTP clock:<br>switch# configure terminal<br>switch(config)# ptp priority1 10<br><br>This example shows how to remove the priority1 value when advertising the PTP clock:<br>switch# configure terminal<br>switch(config)# no ptp priority1 10<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 336. | **Set the PTP Priority1**<br><br>To configure the priority1 value when advertising the clock, use the ptp priority1 command. This value overrides the default criteria for best master clock selection. Lower values take precedence.<br><br>• The ptp priority1 command configures the priority1 value of 120 to use when advertising the clock.<br>switch(config)# ptp priority1 120<br>switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 214-15. |

322

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>**Command** — **Description**<br>feature ptp — Enables or disables PTP on the device.<br>ptp source — Configures the source IP address for all PTP packets.<br>ptp domain — Configures the domain number to use for this clock.<br>ptp priority2 — Configures the priority2 value to use when advertising this clock.<br>show ptp brief — Displays the PTP status.<br>show ptp clock — Displays the properties of the local clock.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 336. | **ptp domain**<br><br>The **ptp domain** command configures the domain number to use for the clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 319.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 257; Arista User Manual, v. 4.11.1 (1/11/13), at 204. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp priority2**<br><br>To configure the priority2 value when advertising the Precision Time Protocol (PTP) clock, use the ptp priority2 command. To remove the priority2 value when advertising the PTP, use the no form of this command.<br><br>        ptp priority2 *priority-number*<br><br>        no ptp priority2 *priority-number*<br><br>Syntax Description | *priority-number* | Priority number. The range is from 0 to 255.<br><br>Defaults | 255<br><br>Command Modes | Global configuration mode (config)<br><br>SupportedUserRoles | network-admin<br>vdc-admin<br><br>Command History | Release | Modification<br>5.2(1) | This command was introduced.<br><br>Usage Guidelines | This command does not require a license.<br><br>Examples | This example shows how to configure the priority2 value when advertising the PTP clock:<br>`switch# configure terminal`<br>`switch(config)# ptp priority2 1`<br><br>This example shows how to remove the priority2 value configuration for use when advertising the PTP clock:<br>`switch# configure terminal`<br>`switch(config)# no ptp priority2 1`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 337. | **Set the PTP Prioriity2**<br><br>To configure the priority2 value when advertising this clock, use the ptp priority2 command. This value is used to decide between two devices that are otherwise equally matched in the default criteria.<br><br>•  The ptp priority2 command configures the priority2 value of 128 to use when advertising this clock.<br>`switch(config)# ptp priority2 128`<br>`switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 215. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| feature ptp | Enables or disables PTP on the device. |<br>| ptp source | Configures the source IP address for all PTP packets. |<br>| ptp domain | Configures the domain number to use for this clock. |<br>| ptp priority1 | Configures the priority1 value to use when advertising this clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 337. | **ptp source ip**<br><br>The ptp source ip command configures the source IP address for all PTP packets. The IP address can be in IPv4 format. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 10/2/2014), at 328.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 264; Arista User Manual, v. 4.11.1 (1/11/13), at 210. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>| feature ptp | Enables or disables PTP on the device. |<br>| ptp source | Configures the source IP address for all PTP packets. |<br>| ptp domain | Configures the domain number to use for this clock. |<br>| ptp priority1 | Configures the priority1 value to use when advertising this clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 337. | **ptp domain**<br><br>The ptp domain command configures the domain number to use for the clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. To remove PTP settings, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 319.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 257; Arista User Manual, v. 4.11.1 (1/11/13), at 204. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Command | Description |<br>| ptp priority1 | Configures the priority1 value to use when advertising this clock. |<br>| ptp priority2 | Configures the priority2 value to use when advertising this clock. |<br>| show ptp brief | Displays the PTP status. |<br>| show ptp clock | Displays the properties of the local clock. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 340. | **Set the PTP Priority1**<br><br>To configure the priority1 value when advertising the clock, use the ptp priority1 command. This value overrides the default criteria for best master clock selection. Lower values take precedence.<br><br>• The ptp priority1 command configures the priority1 value of 120 to use when advertising the clock.<br>  `switch(config)# ptp priority1 120`<br>  `switch(config)#`<br><br>**Set the PTP Priority2**<br><br>To configure the priority2 value when advertising this clock, use the ptp priority2 command. This value is used to decide between two devices that are otherwise equally matched in the default criteria.<br><br>• The ptp priority2 command configures the priority2 value of 128 to use when advertising the clock.<br>  `switch(config)# ptp priority2 128`<br>  `switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 214-15. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp sync interval**<br><br>To configure the interval between Precision Time Protocol (PTP) synchronization messages on an interface, use the **ptp sync interval** command. To remove the interval configuration for PTP messages synchronization, use the **no** form of this command.<br><br>ptp sync interval *seconds*<br><br>no ptp sync interval *seconds*<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 340. | **Set the Peer Delay Request Interval**<br><br>To configure the minimum interval allowed between Precision Time Protocol (PTP) peer delay-request messages, use the **ptp pdelay-req interval** command.<br><br>• The **ptp pdelay-req interval** command configures the minimum interval allowed between Precision Time Protocol (PTP) peer delay-request messages to 3.<br><br>switch(config-if-Et5)# **ptp pdelay-request interval 3**<br>switch(config-if-Et5)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 273.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 216. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **ptp sync interval**<br><br>To configure the interval between Precision Time Protocol (PTP) synchronization messages on an interface, use the **ptp sync interval** command. To remove the interval configuration for PTP messages synchronization, use the **no** form of this command.<br><br>ptp sync interval *seconds*<br><br>no ptp sync interval *seconds*<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 340. | **ptp delay-req interval**<br><br>The ptp delay-req interval command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.<br><br>Platform       Arad, FM6000<br>Command Mode   Interface-Ethernet Configuration<br>               Interface-Port Channel Configuration<br><br>Command Syntax<br>ptp delay-req interval *log_interval*<br>no ptp delay-req interval<br>default ptp delay-req interval<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| ptp | Enables or disables PTP on an interface. |<br>| ptp announce | Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface. |<br>| ptp delay-request minimum interval | Configures the minimum interval allowed between PTP delay-request messages when the port is in the master state. |<br>| ptp vlan vlan | Configures the PTP VLAN value on an interface. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 342. | **Examples**<br><br>• This command shows how to configure the minimum interval allowed between PTP delay-request messages.<br><br>   `switch(config)# interface ethernet 5`<br>   `switch(config-if-Et5)# ptp delay-request interval 3`<br>   `switch(config-if-Et5)#`<br><br>• This command removes the configured minimum interval allowed between PTP delay-request messages.<br><br>   `switch(config)# interface ethernet 5`<br>   `switch(config-if-Et5)# no ptp delay-request interval`<br>   `switch(config-if-Et5)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | Make sure that you have globally enabled PTP on the device and configured the source IP address for PTP communication.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 343. | The **ptp delay-req interval** command specifies the time recommended to the slave devices to send delay-request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Related Commands**<br><br>| Command | Description |<br>|---|---|<br>| ptp | Enables or disables PTP on an interface. |<br>| ptp announce | Configures the interval between PTP announce messages on an interface or the number of PTP intervals before a timeout occurs on an interface. |<br>| ptp delay-request minimum interval | Configures the minimum interval allowed between PTP delay-request messages when the port is in the master state. |<br>| ptp sync interval | Configures the interval between PTP synchronization messages on an interface. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 344. | **ptp announce interval**<br><br>The ptp announce interval command configures the interval between PTP announcement messages on or the number of PTP intervals before a timeout occurs. To disable this feature, use the no form of this command.<br><br>Platform          Arad, FM6000<br>Command Mode      Interface-Ethernet Configuration<br>Interface-Port Channel Configuration<br><br>Command Syntax<br>    ptp announce interval *log_interval*<br>    no ptp announce interval<br>    default ptp announce interval<br><br>Parameters<br>• *log_interval*   The number of log seconds between PTP announcement message (base 2 log (seconds)). Value ranges from 0 to 4; default value is 1.<br><br>Examples<br>• This command shows how to configure the interval between PTP announce messages on an interface.<br><br>    `switch(config)# interface ethernet 5`<br>    `switch(config-if-Et5)# ptp announce interval 1`<br>    `switch(config-if-Et5)#`<br><br>• This command removes the configured interval between PTP announce messages on interface Ethernet 5.<br><br>    `switch(config)# interface ethernet 5`<br>    `switch(config-if-Et5)# no ptp announce interval`<br>    `switch(config-if-Et5)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 315.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 253; Arista User Manual, v. 4.11.1 (1/11/13), at 199. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **snmp-server user** | **snmp-server user** |

**Cisco:**

To configure the Simple Network Management Protocol (SNMP) user information, use the **snmp-server user** command. To disable the configuration or to revert to factory defaults, use the **no** form of this command.

snmp-server user *username* [*group-name*] [auth {md5 | sha} *password* [priv [aes-128] *password* [localizedkey] [engineID *id*]

no snmp-server user *username* [*group-name*] [auth {md5 | sha} *password* [priv [aes-128] *password*] [localizedkey] [engineID *id*]

**Syntax Description**

| | |
|---|---|
| *username* | Name of the user. The name can be any case-sensitive, alphanumeric string up to 32 characters. |
| *group-name* | (Optional) Name of the group. The name can be any case-sensitive, alphanumeric string up to 32 characters. |
| auth | (Optional) Sets authentication parameters for the user. |
| md5 | Uses the MD5 algorithm for authentication. |
| sha | Uses the SHA algorithm for authentication. |
| *password* | User password. The password can be any case-sensitive, alphanumeric string up to 64 characters. If you configure the localizedkey keyword, the password can be any case-sensitive, alphanumeric string up to 130 characters. |
| priv | (Optional) Sets encryption parameters for the user. |
| aes-128 | (Optional) Sets the 128-byte AES algorithm for privacy. |
| localizedkey | (Optional) Sets passwords in the localized key format. If you configure this keyword, the password can be any case-sensitive, alphanumeric string up to 130 characters. |
| engineID *id* | (Optional) Configures the SNMP Engine ID for a notification target user. The engineID format is a 12-digit colon-separated decimal number. |

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 394.

**Arista:**

The snmp-server user command adds a user to a Simple Network Management Protocol (SNMP) group or modifies an existing user's parameters.

To configure a remote user, specify the IP address or port number of the device where the user's remote SNMP agent resides. A remote agent's engine ID must be configured before remote users for that agent are configured. A user's authentication and privacy digests are derived from the engine ID and the user's password. The configuration command fails if the remote engine ID is not configured first.

The no snmp-server user and default snmp-server user commands remove the user from an SNMP group by deleting the user command from *running-config*.

| | |
|---|---|
| Platform | all |
| Command Mode | Global Configuration |

**Command Syntax**

snmp-server user *user_name group_name* [*AGENT*] VERSION [*ENGINE*] [*SECURITY*]

no snmp-server user *user_name group_name* [*AGENT*] VERSION

default snmp-server user *user_name group_name* [*AGENT*] VERSION

**Parameters**

• *user_name*  name of the user on the host that connects to the agent.

• *group_name*  name of the group to which the user is associated.

• *AGENT*  location of the host connecting to the SNMP agent. Configuration options include:

  — <no parameter>  local SNMP agent.

  — remote *addr* [udp-port *p_num*]  remote SNMP agent location (IP address, udp port).

    *addr* denotes the IP address; *p_num* denotes the udp port socket. (default port is 162).

• *VERSION*  SNMP version; options include:

  — v1  SNMPv1.

  — v2c  SNMPv2c.

  — v3  SNMPv3; enables user-name match authentication.

• *ENGINE*  engine ID used to localize passwords. Available only if *VERSION* is v3.

  — <no parameter>  Passwords localized by SNMP copy specified by *agent*.

  — localized *engineID*  octet string of engineID.

• *SECURITY*  Specifies authentication and encryption levels. Available only if *VERSION* is v3. Encryption is available only when authentication is configured.

  — <no parameter>  no authentication or encryption.

  — auth *a_meth a_pass* [priv *e_meth e_pass*]  authentication and encryption parameters.

    *a-meth*  authentication method: options are md5 (HMAC-MD5-96) and sha (HMAC-SHA-96).

    *a-pass*  authentication string for users receiving packets.

    *e-meth*  encryption method: tions are aes (AES-128) and des (CBC-DES).

    *e-pass*  encryption string for the users sending packets.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1999.

**Copyright Registration Information:**

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | | *See also* Arista User Manual v. 4.12.3 (7/17/13), at 1689; Arista User Manual, v. 4.11.1 (1/11/13), at 1374; Arista User Manual v. 4.10.3 (10/22/12), at 1141; Arista User Manual v. 4.9.3.2 (5/3/12), at 896; Arista User Manual v. 4.8.2 (11/18/11), at 703; Arista User Manual v. 4.7.3 (7/18/11), at 559. |
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Examples**   This example shows how to display the EEE status on an interface:

```
switch# show interface ethernet2/6
Ethernet2/6 is down (Link not connected)
admin state is up, Dedicated Interface
  Hardware: 10000 Ethernet, address: 0022.5579.de41 (bia 001b.54c1.af5d)
  MTU 1500 bytes, BW 10000000 Kbit, DLY 10 usec
  reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, medium is broadcast
  auto-duplex, auto-speed, medium type is 10G
  Beacon is turned off
  Auto-Negotiation is turned off
  Auto-mdix is turned off
  Rate mode is shared
  Switchport monitor is off
  EtherType is 0x8100
  EEE (efficient-ethernet) : n/a
  Last link flapped never
  Last clearing of "show interface" counters never
  0 interface resets
  30 seconds input rate 0 bits/sec, 0 packets/sec
  30 seconds output rate 0 bits/sec, 0 packets/sec
  Load-Interval #2: 5 minute (300 seconds)
```

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 514. | **Example**   •  This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.

```
switch(config)#interface ethernet 7
switch(config-if-Et7)#mac-address 001c.2804.17e1
switch(config-if-Et7)#show interface ethernet 7
Ethernet3 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)
  Description: b.e45
  MTU 9212 bytes, BW 10000000 Kbit
  Pull-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 seconds input rate 7.84 kbps (0.0% with framing), 10 packets/sec
  5 seconds output rate 270 kbps (0.0% with framing), 24 packets/sec
    1363799 packets input, 222736140 bytes
    Received 0 broadcasts, 290904 multicast
    0 runts, 0 giants
    0 input errors, 0 CRC, 0 alignment, 0 symbol
    0 PAUSE input
    2264927 packets output, 2348747214 bytes
    Sent 0 broadcasts, 28573 multicast
    0 output errors, 0 collisions
    0 late collision, 0 deferred
    0 PAUSE output
switch(config-if-Et7)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 437.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 371; Arista User Manual, v. 4.11.1 (1/11/13), at 312; Arista User Manual v. 4.10.3 (10/22/12), at 270; Arista User Manual v. 4.9.3.2 (5/3/12), at 252. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>Command — Description<br>show lldp tlv-select — Displays the LLDP TLV configuration.<br>lldp tlv-select — Specifies the TLVs to send and receive in LLDP packets.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 515. | **lldp tlv-select**<br><br>The **lldp tlv-select** command allows the user to specify the TLVs to send and receive in LLDP packets. The available TLVs are management-address, port-description, port-vlan, system-capabilities, system-description, and system-name.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 592.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 383. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>Command — Description<br>show lldp traffic interface ethernet — Displays the number of LLDP packets sent and received on the interface.<br>show running-config lldp — Displays the global LLDP configuration.<br>lldp transmit — Enables the transmission of LLDP packets on an interface.<br>lldp receive — Enables the reception of LLDP packets on an interface.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 522. | **lldp transmit**<br><br>The **lldp transmit** command enables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 466; Arista User Manual, v. 4.11.1 (1/11/13), at 384. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>Command — Description<br>show lldp holdtime — Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br>lldp reinit — Specifies the delay time in seconds for LLDP to initialize on any interface.<br>lldp timer — Specifies the transmission frequency of LLDP updates in seconds.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 522. | 12.3.3.2    Setting the LLDP Hold Time<br>The **lldp holdtime** command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368 |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>Command / Description<br>show lldp holdtime — Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br>lldp reinit — Specifies the delay time in seconds for LLDP to initialize on any interface.<br>lldp timer — Specifies the transmission frequency of LLDP updates in seconds.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 522. | **lldp reinit**<br><br>The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 462; Arista User Manual, v. 4.11.1 (1/11/13), at 380. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Related Commands**<br><br>Command / Description<br>show lldp traffic interface ethernet — Displays the number of LLDP packets sent and received on the interface.<br>show running-config lldp — Displays the global LLDP configuration.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 527. | **show lldp traffic**<br><br>The show lldp traffic command displays LLDP counters, including the number of packets sent and received, and the number of packets discarded.<br><br>Platform        all<br>Command Mode    EXEC<br><br>Command Syntax<br>show lldp traffic [INTERFACE]<br><br>Parameters<br>• *INTERFACE*    Interface type and numbers. Options include:<br>— <no parameter>    Display information for all interfaces.<br>— ethernet *e_range*    Ethernet interface range specified by *e_range*.<br>— management *m_range*    Management interface range specified by *m_range*.<br>Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 599.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 472; Arista User Manual, v. 4.11.1 (1/11/13), at 390. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | **Related Commands** | **show lldp traffic** |

**Cisco column:**

| Command | Description |
|---|---|
| show lldp traffic | Displays the LLDP counters, including the number of LLDP packets sent and received by the device, the number of discarded packets, and the number of unrecognized TLVs. |
| show running-config lldp | Displays the global LLDP configuration. |

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 529.

**Arista column:**

### show lldp traffic

The show lldp traffic command displays LLDP counters, including the number of packets sent and received, and the number of packets discarded.

Platform     all
Command Mode   EXEC

**Command Syntax**

    show lldp traffic [INTERFACE]

**Parameters**

- *INTERFACE*   Interface type and numbers. Options include:
  - — <no parameter>   Display information for all interfaces.
  - — **ethernet** *e_range*   Ethernet interface range specified by *e_range*.
  - — **management** *m_range*   Management interface range specified by *m_range*.

    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 599.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 472; Arista User Manual, v. 4.11.1 (1/11/13), at 390.

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp clock**<br><br>To display the Precision Time Protocol (PTP) clock information, use the show ptp clock command.<br><br>    show ptp clock<br><br>**Syntax Description**<br>    This command has no arguments or keywords.<br><br>**Defaults**<br>    None<br><br>**Command Modes**<br>    Any command mode<br><br>**SupportedUserRoles**<br>    network-admin<br>    network-operator<br>    vdc-admin<br>    vdc-operator<br><br>**Command History**<br>Release    Modification<br>5.2(1)    This command was introduced.<br><br>**Usage Guidelines**<br>    This command does not require a license.<br><br>**Examples**<br>    This example shows how to display the PTP clock information:<br><br>`switch# show ptp clock`<br>`PTP Device Type: Boundary clock`<br>`Clock Identity :   0:18:ba:ff:ff:d8: e:17`<br>`Clock Domain: 0`<br>`Number of PTP ports: 2`<br>`Priority1: 255`<br>`Priority2: 255`<br>`Clock Quality:`<br>`       Class : 248`<br>`       Accuracy : 254`<br>`       offset (log variance) : 65535`<br>`Offset From Master : 0`<br>`Mean Path Delay : 0`<br>`Steps removed : 1`<br>`Local clock time:Sun Jan 15 20:57:29 2011`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 601. | **Show PTP Clock and Offset**<br><br>To display the Precision Time Protocol (PTP) local clock and offset, use the show ptp clock command.<br><br>• The show ptp clock command displays the Precision Time Protocol (PTP) local clock and offset.<br><br>`switch#show ptp clock`<br>`PTP Mode: Boundary Clock`<br>`Clock Identity: 0x00:1c:73:ff:ff:1e:83:24`<br>`Clock Domain: 1`<br>`Number of PTP ports: 24`<br>`Priority1: 128`<br>`Priority2: 128`<br>`Clock Quality:`<br>`     Class: 248`<br>`     Accuracy: 0x30`<br>`     OffsetScaledLogVariance: 0xffff`<br>`Offset From Master: 0`<br>`Mean Path Delay: 0`<br>`Steps Removed: 0`<br>`switch#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 217. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp clock foreign-masters-record**<br><br>To display information about the state of foreign masters known to the Precision Time Protocol (PTP) process, use the show ptp clocks foreign-masters-record command.<br><br>show ptp clock foreign-masters-record {interface [ethernet]}<br><br>**Syntax DescriptionT**<br>interface — Specifies an interface.<br>ethernet — (Optional) Specifies an Ethernet interface.<br><br>**Defaults** — None<br><br>**Command Modes** — Any command mode<br><br>**SupportedUserRoles** — network-admin, network-operator, vdc-admin, vdc-operator<br><br>**Command History**<br>Release — Modification<br>5.2(1) — This command was introduced.<br><br>**Usage Guidelines** — This command does not require a license.<br><br>**Examples** — This example shows how to display information about the state of foreign masters known to the PTP process:<br>switch# show ptp clock foreign-masters-record interface ethernet 7/1<br>RP/0/0/CPU0:demo#show ptp clocks foreign-masters<br>P1=Priority1, P2=Priority2, C=Class, A=Accuracy,<br>OSLV=Offset-Scaled-Log-Variance, SR=Steps-Removed<br>GM=Is grandmaster<br><br>--------- ---------------------- --- ---- ---- --- -------<br>Interface     Clock-ID     P1  P2   C    A   OSLV  SR<br>--------- ---------------------- --- ---- ---- --- -------<br>Eth7/10    0:18:ba:ff:ff:d8: e:16 255  248  254 65535 0   GM<br>Eth7/1     0:18:ba:ff:ff:d8: e:16 255  248  254 65535 0   GM<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 603. | Show PTP  Foreign Master<br><br>To display information about the state of foreign masters known to the Precision Time Protocol (PTP) process, use the show ptp foreign-master-record command.<br><br>• The show ptp foreign-master-records command displays information about the state of foreign masters known to the PTP process.<br><br>switch# show ptp clocks foreign-master-record<br>No Foreign Master Records<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 277.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 219-220. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display information about the state of foreign masters known to the PTP process:<br><br>`switch# show ptp clock foreign-masters-record interface ethernet 7/1`<br>`RP/0/0/CPU0:demo#show ptp clocks foreign-masters`<br>`P1=Priority1, P2=Priority2, C=Class, A=Accuracy,`<br>`OSLV=offset-Scaled-Log-Variance, SR=Steps-Removed`<br>`GM=Is grandmaster`<br><br>`--------  --------------------- --- --- --- --- ----- --------`<br>`Interface   Clock-ID              P1  P2  C   A   OSLV  SR`<br>`--------  --------------------- --- --- --- --- ----- --------`<br>`Eth7/10     0:18:ba:ff:ff:d8: e:16 255  255  248  254  65535 0    GM`<br>`Eth7/1      0:18:ba:ff:ff:d8: e:16 255  255  248  254  65535 0    GM`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 603. | **Examples**<br>• This command shows how to display information about the state of foreign masters known to the PTP process.<br><br>  `switch# show ptp clocks foreign-masters-record`<br>  `No Foreign Master Records`<br>  `switch#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 282; Arista User Manual, v. 4.11.1 (1/11/13), at 228. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>show ptp parent<br><br>Syntax Description  This command has no arguments or keywords.<br><br>Defaults  None<br><br>Command Modes  Any command mode<br><br>SupportedUserRoles  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>Command History  Release  Modification<br>5.2(1)  This command was introduced.<br><br>Usage Guidelines  This command does not require a license.<br><br>Examples  This example shows how to display information about the parent and grand master of the PTP clock:<br><br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:    0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 254<br>Offset (log variance): 65535<br>Priority1: 255<br>Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 607. | **Show PTP Parent Information**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>• The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br><br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 0x30<br>OffsetScaledLogVariance: 0xffff<br>Priority1: 128<br>Priority2: 128<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 217. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>show ptp parent<br><br>**Syntax Description**   This command has no arguments or keywords.<br><br>**Defaults**   None<br><br>**Command Modes**   Any command mode<br><br>**SupportedUserRoles**   network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**   Release   Modification<br>5.2(1)   This command was introduced.<br><br>**Usage Guidelines**   This command does not require a license.<br><br>**Examples**   This example shows how to display information about the parent and grand master of the PTP clock:<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:   0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 254<br>Offset (log variance): 65535<br>Priority1: 255<br>Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 607. | **show ptp parent**<br><br>The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br><br>Platform        Arad, FM6000<br>Command Mode    Privileged EXEC<br><br>Command Syntax<br>show ptp parent<br><br>Examples<br>• This command shows how to display information about the parent and master of the PTP clock.<br><br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 0x30<br>OffsetScaledLogVariance: 0xffff<br>Priority1: 128<br>Priority2: 128<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 352.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 285; Arista User Manual, v. 4.11.1 (1/11/13), at 231. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp time-property**<br><br>To display the Precision Time Protocol (PTP) clock properties, use the **show ptp time-property** command.<br><br>show ptp time-property<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  None<br><br>**Command Modes**  Any command mode<br><br>**SupportedUserRoles**  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>**Release**  **Modification**<br>5.2(1)  This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to display the PTP clock properties:<br><br>switch# show ptp time-property:<br>PTP CLOCK TIME PROPERTY:<br>  Current UTC Offset valid: 0<br>  Current UTC Offset: 33<br>Leap59: 0<br>Leap61: 0<br>Time Traceable: 0<br>Frequency Traceable: 0<br>PTP Timescale: 0<br>Time Source: 0xA0(internal Osccilator)<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 611. | Show PTP Clock Properties<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>• The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.<br><br>switch# show ptp time-property<br>  Current UTC offset valid: False<br>  Current UTC offset: 0<br>  Leap 59: False<br>  Leap 61: False<br>  Time Traceable: False<br>  Frequency Traceable: False<br>  PTP Timescale: False<br>  Time Source: 0x0<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275-76.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 218. |

Exhibit Copying-1—Evidence of Documentation Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **show ptp time-property**<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>show ptp time-property<br><br>Syntax Description — This command has no arguments or keywords.<br><br>Defaults — None<br><br>Command Modes — Any command mode<br><br>SupportedUserRoles — network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>Command History — Release / Modification<br>5.2(1) — This command was introduced.<br><br>Usage Guidelines — This command does not require a license.<br><br>Examples — This example shows how to display the PTP clock properties:<br><br>switch# show ptp time-property.<br>PTP CLOCK TIME PROPERTY:<br>  Current UTC Offset valid: 0<br>  Current UTC Offset: 33<br>Leap59: 0<br>Leap61: 0<br>Time Traceable: 0<br>Frequency Traceable: 0<br>PTP Timescale: 0<br>Time Source: 0xA0(internal Osccilator)<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 611. | **show ptp time-property**<br><br>The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.<br><br>Platform    Arad, FM6000<br>Command Mode    Privileged EXEC<br><br>Command Syntax<br><br>show ptp time-property<br><br>Examples<br><br>• This command shows the PTP clock properties.<br><br>switch# show ptp time-property<br>Current UTC offset valid: False<br>Current UTC offset: 0<br>Leap 59: False<br>Leap 61: False<br>Time Traceable: False<br>Frequency Traceable: False<br>PTP Timescale: False<br>Time Source: 0x0<br>switch#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 354.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 287; Arista User Manual, v. 4.11.1 (1/11/13), at 233. |

Exhibit Copying-1—Evidence of Documentation Copying



**Examples**

This example shows how to display the SNMP information:

```
switch(config)# show snmp
sys contact:
sys location: anyplace, Anywhere

0 SNMP packets input
    0 Bad SNMP versions
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
0 SNMP packets output
    0 Too big errors
    0 No such name errors
    0 Bad values errors
    0 General errors
```

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 634.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

**Example**

- This command configures *xyz-1234* as the chassis-ID string, then displays the result.

```
switch(config)#snmp-server chassis-id xyz-1234
switch(config)#show snmp
    Chassis: xyz-1234                              <---chassis ID

8 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    8 Number of requested variables
    0 Number of altered variables
    4 Get-request PDUs
    4 Get-next PDUs
    0 Set-request PDUs
21 SNMP packets output
    0 Too big errors
    0 No such name errors
    0 Bad value errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
    Logging to taccon.162
SNMP agent enabled
switch(config)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 354.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1657-58; Arista User Manual, v. 4.11.1 (1/11/13), at 1344-45; Arista User Manual v. 4.10.3 (10/22/12), at 1111; Arista User Manual v. 4.9.3.2 (5/3/12), at 867; Arista User Manual v. 4.8.2 (11/18/11), at 678; Arista User Manual v. 4.7.3 (7/18/11), at 549.

Exhibit Copying-1—Evidence of Documentation Copying



**show snmp engineID**

To display the Simple Network Management Protocol (SNMP) engine ID, use the show snmp engineID command.

show snmp engineID

| | |
|---|---|
| Syntax Description | This command has no arguments or keywords. |
| Defaults | None |
| Command Modes | Any command mode |
| SupportedUserRoles | network-admin<br>network-operator<br>vdc-admin<br>vdc-operator |

Command History

| Release | Modification |
|---|---|
| 4.0(1) | This command was introduced. |

| | |
|---|---|
| Usage Guidelines | This command does not require a license. |
| Examples | This example shows how to display the SNMP engine ID: |

switch(config)# show snmp engineID
Local SNMP engineID: [Hex] 8000000903000530A0B0C
                     [Dec] 128:000:000:009:003:000:005:048:010:011:012

Related Commands

| Command | Description |
|---|---|
| snmp-server user | Configures SNMP target notification users. |

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Command Reference (2013), at 639.

---

**show snmp engineID**

The show snmp engineID command displays the identification of the local Simple Network Management Protocol (SNMP) engine and of all remote engines that are configured on the switch.

| Platform | all |
|---|---|
| Command Mode | EXEC |

Command Syntax

show snmp engineID

Example

• This command displays the ID of the local SNMP engine.

switch>show snmp engineid
Local SNMP EngineID: f5717f001c730436d700
switch>

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1978.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1668; Arista User Manual, v. 4.11.1 (1/11/13), at 1355; Arista User Manual v. 4.10.3 (10/22/12), at 1122; Arista User Manual v. 4.9.3.2 (5/3/12), at 878; Arista User Manual v. 4.8.2 (11/18/11), at 686; Arista User Manual v. 4.7.3 (7/18/11), at 542.

---

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Precision Time Protocol**<br><br>The Precision Time Protocol (PTP) is a time synchronization protocol for nodes distributed across a network. Its hardware timestamp feature provides greater accuracy than other time synchronization protocols such as Network Time Protocol (NTP). For more information about PTP, see Chapter 4, "Configuring PTP."<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 1-3. | 5.3.2  Precision Time Protocol (PTP)<br><br>The Precision Time Protocol (PTP) can substantially enhance the accuracy of real-time clocks in networked devices by providing sub-microsecond clock synchronization. Inbound clock signals are organized into a master-slave hierarchy. PTP identifies the switch port that is connected to the device with the most precise clock. This clock is referred to as the master clock. All the other devices on the network synchronize their clocks with the master and are referred to as slaves.<br><br>The master clock sends out a sync message every second. The slave clock sends a delay request message to the master clock noting the time it was sent in order to measure and eliminate packet delays. The master clock then replies with the time stamp the delay message was received. The slave clock then computes the master clock time compensated for delays and finalizes synchronization. Constantly exchanged timing messages ensure continued synchronization.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 270.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 213; Arista User Manual, v. 4.11.1 (1/11/13), at 163. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SNMP**<br><br>The Simple Network Management Protocol (SNMP) is an application-layer protocol that provides a message format for communication between SNMP managers and agents. SNMP provides a standardized framework and a common language used for the monitoring and management of devices in a network. For more information, see Chapter 11, "Configuring SNMP."<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 1-5. | 37.2  **SNMP** Conceptual Overview<br><br>Simple Network Management Protocol (SNMP) is an application-layer protocol that provides a standardized framework and a common language to monitor and manage network devices.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1961.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1651; Arista User Manual, v. 4.11.1 (1/11/13), at 1338; Arista User Manual v. 4.10.3 (10/22/12), at 1105; Arista User Manual v. 4.9.3.2 (5/3/12), at 861; Arista User Manual v. 4.8.2 (11/18/11), at 673; Arista User Manual v. 4.7.3 (7/18/11), at 529. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SNMP**<br><br>The Simple Network Management Protocol (SNMP) is an application-layer protocol that provides a message format for communication between SNMP managers and agents. SNMP provides a standardized framework and a common language used for the monitoring and management of devices in a network. For more information, see Chapter 11, "Configuring SNMP."<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 1-5. | Chapter 37  SNMP      SNMP is an application-layer protocol that provides a standardized framework and a common language to monitor and manage network devices.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 43.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 37; Arista User Manual, v. 4.11.1 (1/11/13), at 31Arista User Manual v. 4.10.3 (10/22/12), at 28; Arista User Manual v. 4.9.3.2 (5/3/12), at 24; Arista User Manual v. 4.8.2 (11/18/11), at 20; Arista User Manual v. 4.7.3 (7/18/11), at 18. |

Exhibit Copying-1—Evidence of Documentation Copying



| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Configuring the NTP Source IP Address**<br><br>NTP sets the source IP address for all NTP packets based on the address of the interface through which the NTP packets are sent. You can configure NTP to use a specific source IP address.<br><br>To configure the NTP source IP address, use the following command in global configuration mode:<br><br>| Command | Purpose |<br>|---|---|<br>| [no] ntp source *ip-address*<br><br>**Example:**<br>switch(config)# ntp source 192.0.2.1 | Configures the source IP address for all NTP packets. The *ip-address* can be in IPv4 or IPv6 format. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 3-16. | **Configure the Source IP**<br><br>To configure the source IP address for all PTP packets, use the ptp source ip command.<br><br>• The ptp source ip command configures the source IP address of 10.0.2.1 for all PTP packets.<br><br>   switch(config)# ptp source ip 10.0.2.1<br>   switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 272.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 215. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Configuration Examples for NTP**<br><br>This example shows how to configure an NTP server and peer, enable NTP authentication, enable NTP logging, and then save the configuration in startup so that it is saved across reboots and restarts:<br><br>```<br>switch# config t<br>Enter configuration commands, one per line.  End with CNTL/Z.<br>switch(config)# ntp server 192.0.2.105 key 42<br>switch(config)# ntp peer 2001:0db8::4101<br>switch(config)# show ntp peers<br>--------------------------------------------------<br>  Peer IP Address           Serv/Peer<br>--------------------------------------------------<br>  2001:db8::4101            Peer (configured)<br>  192.0.2.105               Server (configured)<br>switch(config)# ntp authentication-key 42 md5 aNiceKey<br>switch(config)# show ntp authentication-keys<br>--------------------------------------------------<br>  Auth key         MD5 String<br>--------------------------------------------------<br>  42               aNicekey<br>switch(config)# ntp trusted-key 42<br>switch(config)# show ntp trusted-keys<br>Trusted Keys:<br>42<br>switch(config)# ntp authenticate<br>switch(config)# show ntp authentication-status<br>Authentication enabled.<br>switch(config)# ntp logging<br>switch(config)# show ntp logging<br>NTP logging enabled.<br>switch(config)# copy running-config startup-config<br>[########################################] 100%<br>switch(config)#<br>```<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 3-25. | **Example**<br><br>• These commands configure the switch to authenticate NTP packets using key 328 with the plaintext password "timeSync."<br><br>   switch(config)# ntp authentication-key 328 md5 timeSync<br>   switch(config)# ntp trusted key 328<br>   switch(config)# ntp authenticate<br>   switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 270. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | | |
|---|---|---|---|
| | Step 4 | `[no] ptp domain number`<br><br>**Example:**<br>`switch(config)# ptp domain 1` | (Optional) Configures the domain number to use for this clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. The range is from 0 to 128. |
| | Step 5 | `[no] ptp priority1 value`<br><br>**Example:**<br>`switch(config)# ptp priority1 10` | (Optional) Configures the priority1 value to use when advertising this clock. This value overrides the default criteria (clock quality, clock class, and so on) for best master clock selection. Lower values take precedence. The range is from 0 to 255. |
| | Step 6 | `[no] ptp priority2 value`<br><br>**Example:**<br>`switch(config)# ptp priority2 20` | (Optional) Configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255. |

Cisco NX-OS 6.2

Effective date of registration:
11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6.

## ptp domain

The ptp domain command configures the domain number to use for the clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. To remove PTP settings, use the no form of this command.

| Platform | Arad, FM6000 |
|---|---|
| Command Mode | Global Configuration |

**Command Syntax**

`ptp domain domain number`
`no ptp domain`
`default ptp domain`

**Parameters**

- *domain_number*    The domain number to use for the clock. Value ranges from 0 to 255.

**Examples**

- This command shows how to configure domain 1 for use with a clock.

  `switch(config)# ptp domain 1`
  `switch(config)#`

- This command removes the configured domain 1 for use with a clock.

  `switch(config)# no ptp domain 1`
  `switch(config)#`

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 319.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 257; Arista User Manual, v. 4.11.1 (1/11/13), at 204.

Exhibit Copying-1—Evidence of Documentation Copying

| Step 4 | `[no] ptp domain` number<br><br>**Example:**<br>switch(config)# ptp domain 1 | (Optional) Configures the domain number to use for this clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. The range is from 0 to 128. |
|--------|--------|--------|
| Step 5 | `[no] ptp priority1` value<br><br>**Example:**<br>switch(config)# ptp priority1 10 | (Optional) Configures the priority1 value to use when advertising this clock. This value overrides the default criteria (clock quality, clock class, and so on) for best master clock selection. Lower values take precedence. The range is from 0 to 255. |
| Step 6 | `[no] ptp priority2` value<br><br>**Example:**<br>switch(config)# ptp priority2 20 | (Optional) Configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255. |

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

---

## ptp priority1

The ptp priority1 command configures the priority1 value to use when advertising the clock. This value overrides the default criteria for best master clock selection. Lower values take precedence. The range is from 0 to 255. To remove PTP settings, use the no form of this command.

| Platform | Arad, FM6000 |
|----------|--------------|
| Command Mode | Global Configuration |

**Command Syntax**

```
ptp priority1 priority_rate
no ptp priority1
default ptp priority1
```

**Parameters**

- *priority_rate*    The value to override the default criteria (clock quality, clock class, etc.) for best master clock selection. Lower values take precedence. Value ranges from 0 to 255. The default is 128.

**Examples**

- This command configures the preference level for a clock; slave devices use the priority1 value when selecting a master clock.

```
switch(config)# ptp priority1 120
switch(config)#
```

- This command removes the configured the preference level for a clock.

```
switch(config)# no ptp priority1
switch(config)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 326.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| | Step 4 | [no] ptp domain *number*<br><br>**Example:**<br>switch(config)# ptp domain 1 | (Optional) Configures the domain number to use for this clock. PTP domains allow you to use multiple independent PTP clocking subdomains on a single network. The range is from 0 to 128. |

**ptp priority2**

The ptp priority2 command configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255. To remove PTP settings, use the no form of this command.

Platform          Arad, FM6000
Command Mode      Global Configuration

**Command Syntax**

    ptp priority2 *priority_rate*
    no ptp priority2
    default ptp priority2

**Parameters**

- *priority_rate*   Sets a secondary preference level for a clock; slave devices use the priority2 value when selecting a master clock. Value ranges from 0 to 255.

**Examples**

- This command sets a secondary preference level for a clock to 128.

      switch(config)# **ptp priority2** 128
      switch(config)#

- This command removes the secondary preference level for a clock.

      switch(config)# no ptp priority2
      switch(config)#

---

Step 5: [no] ptp priority1 *value*

**Example:**
switch(config)# ptp priority1 10

(Optional) Configures the priority1 value to use when advertising this clock. This value overrides the default criteria (clock quality, clock class, and so on) for best master clock selection. Lower values take precedence. The range is from 0 to 255.

Step 6: [no] ptp priority2 *value*

**Example:**
switch(config)# ptp priority2 20

(Optional) Configures the priority2 value to use when advertising this clock. This value is used to decide between two devices that are otherwise equally matched in the default criteria. For example, you can use the priority2 value to give a specific switch priority over other identical switches. The range is from 0 to 255.

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-6.

---

**Cisco NX-OS 6.2**

Effective date of registration: 11/13/2014

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 327.

*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 319; Arista User Manual v. 4.12.3 (7/17/13), at 263; Arista User Manual, v. 4.11.1 (1/11/13), at 209.

---

**Cisco NX-OS 6.2**

Effective date of registration: 11/13/2014

**BEFORE YOU BEGIN**

Make sure that you are in the correct VDC. To change the VDC, use the **switchto vdc** command.
Make sure that you have globally enabled PTP on the device and configured the source IP address for PTP communication.

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-7.

**ptp delay-req interval**

The ptp delay-req interval command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202.

Exhibit Copying-1—Evidence of Documentation Copying



Cisco NX-OS 6.2

Effective date of registration: 11/13/2014



**Cisco NX-OS 6.2**

**Effective date of registration:** 11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-8.

**ptp delay-req interval**

The ptp delay-req interval command specifies the time recommended to the slave devices to send delay request messages. You must enable PTP on the switch first and configure the source IP address for PTP communication. To remove the minimum interval configuration for PTP delay-request messages, use the no form of this command.

| | |
|---|---|
| Platform | Arad, FM6000 |
| Command Mode | Interface-Ethernet Configuration |
| | Interface-Port Channel Configuration |

**Command Syntax**

```
ptp delay-req interval  log_interval
no ptp delay-req interval
default ptp delay-req interval
```

**Parameters**

• log_interval    The range is -1 second to 8 seconds. The default is 5 log(seconds).

**Examples**

• This command shows how to configure the minimum interval allowed between PTP delay-request messages.

```
switch(config)# interface ethernet 5
switch(config-if-Et5)# ptp delay-request interval 3
switch(config-if-Et5)#
```

• This command removes the configured minimum interval allowed between PTP delay-request messages.

```
switch(config)# interface ethernet 5
switch(config-if-Et5)# no ptp delay-request interval
switch(config-if-Et5)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 318.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 256; Arista User Manual, v. 4.11.1 (1/11/13), at 202.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **Verifying the PTP Configuration**

To display the PTP configuration, perform one of the following tasks:

| Command | Purpose |
|---|---|
| show ptp brief | Displays the PTP status. |
| show ptp clock | Displays the properties of the local clock. |
| show ptp clock foreign-masters record [interface *interface slot/port*] | Displays the state of foreign masters known to the PTP process. For each foreign master, the output displays the clock identity, basic clock properties, and whether the clock is being used as a grandmaster. |
| show ptp corrections | Displays the last few PTP corrections. |
| show ptp parent | Displays the properties of the PTP parent. |
| show ptp port interface *interface slot/port* | Displays the status of the PTP port. |
| show ptp time-property | Displays the properties of the PTP clock. |

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 4-9. | **show ptp foreign-master-record**

The show ptp foreign-master-record command displays information about the state of foreign masters known to the Precision Time Protocol (PTP) process.

Platform          Arad, FM6000
Command Mode   EXEC

**Command Syntax**

show ptp foreign-master-record

**Examples**

• This command shows how to display information about the state of foreign masters known to the PTP process.

```
switch# show ptp clocks foreign-masters-record
No Foreign Master Records
switch#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 282; Arista User Manual, v. 4.11.1 (1/11/13), at 228. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **SNMP Functional Overview**<br><br>The SNMP framework consists of three parts:<br><br>• An SNMP manager—The system used to control and monitor the activities of network devices using SNMP.<br><br>• An SNMP agent—The software component within the managed device that maintains the data for the device and reports these data, as needed, to managing systems. Cisco NX-OS supports the agent and MIB. To enable the SNMP agent, you must define the relationship between the manager and the agent.<br><br>• A managed information base (MIB)—The collection of managed objects on the SNMP agent.<br><br>SNMP is defined in RFCs 3411 to 3418.<br><br>Cisco NX-OS supports SNMPv1, SNMPv2c, and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco NX-OS supports SNMP over IPv6.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-2. | 37.2.3   SNMP Versions<br><br>Arista switches support the following SNMP versions:<br><br>• SNMPv1: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• SNMPv2c: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• SNMPv3: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 5.0<br><br>Effective date of registration:<br>11/13/2014 | **SNMP Functional Overview**<br><br>The SNMP framework consists of three parts:<br><br>• An SNMP manager—The system used to control and monitor the activities of network devices using SNMP.<br><br>• An SNMP agent—The software component within the managed device that maintains the data for the device and reports these data, as needed, to managing systems. Cisco NX-OS supports the agent and MIB. To enable the SNMP agent, you must define the relationship between the manager and the agent.<br><br>• A managed information base (MIB)—The collection of managed objects on the SNMP agent.<br><br>SNMP is defined in RFCs 3411 to 3418.<br><br>Cisco NX-OS supports SNMPv1, SNMPv2c, and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco NX-OS supports SNMP over IPv6.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x (2010), at 10-2. | **37.2.3    SNMP Versions**<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1**: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• **SNMPv2c**: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• **SNMPv3**: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | Cisco NX-OS supports SNMPv1, SNMPv2c and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 4.0 (2008), at 10-2. | **37.2.3   SNMP Versions**<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br><br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br><br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>This section includes the following topics:<br><br>• Security Models and Levels for SNMPv1, v2, v3, page 11-4<br>• User-Based Security Model, page 11-5<br>• CLI and SNMP User Synchronization, page 11-5<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-3. | 37.2.3   SNMP Versions<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1**: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br><br>• **SNMPv2c**: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br><br>• **SNMPv3**: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br><br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| | **SNMPv3** | **37.2.3  SNMP Versions** |
| | SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows: | Arista switches support the following SNMP versions: |
| | • Message integrity—Ensures that a packet has not been tampered with while it was in-transit. | • **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings. |
| | • Authentication—Determines that the message is from a valid source. | • **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1. |
| | • Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources. | • **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets. |
| | SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet. | The security features provided in SNMPv3 are as follows: |
| | | — *Message integrity*: Ensures packets are not tampered with in transit. |
| | | — *Authentication*: Determines the message is received from a valid source. |
| | | — *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it. |
| | Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x (2010), at 10-2. | Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password. |
| | | SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type. |
| | | SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet. |
| | | Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | *See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| | **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 4.0 (2008), at 7-2. | 37.2.3  SNMP Versions<br><br>Arista switches support the following SNMP versions:<br>• **SNMPv1**: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c**: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3**: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br><br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. |
| Cisco NX-OS 4.0<br><br>Effective date of registration: 11/13/2014 | | |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | SNMPv3 uses contexts to distinguish between these multiple instances. An SNMP context is a collection of management information that you can access through the SNMP agent. A device can support multiple contexts for different logical network entities. An SNMP context allows the SNMP manager to access one of the multiple instances of a MIB module supported on the device for the different logical network entities.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-3. | An SNMP context is a collection of management information items accessible by an SNMP entity. Each item of may exist in multiple contexts. Each SNMP entity can access multiple contexts. A context is identified by the EngineID of the hosting device and a context name.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1994.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1684; Arista User Manual, v. 4.11.1 (1/11/13), at 1369; Arista User Manual v. 4.10.3 (10/22/12), at 1136; Arista User Manual v. 4.9.3.2 (5/3/12), at 892; Arista User Manual v. 4.8.2 (11/18/11), at 699; Arista User Manual v. 4.7.3 (7/18/11), at 555. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | | |
|---|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Step 2  **vlan** *vlan*<br><br>**Example:**<br>`switch(config)# vlan 901`<br>`switch(config-vlan)#` | Enters VLAN configuration mode for the VLAN specified.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 16-18. | **Example**<br><br>• This command creates VLAN 49 and enters VLAN configuration mode for the new VLAN:<br><br>`switch(config)#vlan 49`<br>`switch(config-vlan-49)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 803.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 650; Arista User Manual, v. 4.11.1 (1/11/13), at 502; Arista User Manual v. 4.10.3 (10/22/12), at 420; Arista User Manual v. 4.9.3.2 (5/3/12), at 359. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | To permit the discovery of non-Cisco devices, the switch also supports the *Link Layer Discovery Protocol (LLDP)*, a vendor-neutral device discovery protocol that is defined in the IEEE 802.1ab standard. LLDP allows network devices to advertise information about themselves to other devices on the network. This protocol runs over the data-link layer, which allows two systems running different network layer protocols to learn about each other.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-2. | Link Layer Discovery Protocol (LLDP) allows Ethernet network devices to advertise details about themselves, such as device configuration, capabilities and identification, to directly connected devices on the network that are also using LLDP.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 572.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 447; Arista User Manual, v. 4.11.1 (1/11/13), at 365. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | **Guidelines and Limitations**<br><br>LLDP has the following configuration guidelines and limitations:<br><br>• LLDP must be enabled on the device before you can enable or disable it on any interfaces.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br>• LLDP can discover Linux servers, provided they are not using a converged network adapter (CNA). LLDP cannot discover other types of servers.<br>• DCBXP incompatibility messages might appear when you change the network QoS policy, if a physical loopback connection is in the device. The incompatibility exists for only a short time and then clears.<br>• DCBXP is not supported for the Cisco Nexus 2000 Series Fabric Extender.<br>• Beginning with Cisco NX-OS Release 5.2, LLDP is supported for the Cisco Nexus 2000 Series Fabric Extender. LLDP packets can now be sent and received through the Fabric Extender ports for neighbor discovery.<br>  – All LLDP configuration on Fabric Extender ports occurs on the supervisor. LLDP configuration and show commands are not visible on the Fabric Extender console.<br>  – LLDP is not supported for a Fabric Extender-virtual port channel (vPC) connection.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-2. | 12.2.4   Guidelines and Limitations<br><br>LLDP has the following configuration guidelines and limitations:<br><br>• LLDP must be enabled on the device before you can enable or disable it on any interface.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 576.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 448; Arista User Manual, v. 4.11.1 (1/11/13), at 366. |

Exhibit Copying-1—Evidence of Documentation Copying



## Enabling or Disabling LLDP on an Interface

After you globally enable LLDP, it is enabled on all supported interfaces by default. However, you can enable or disable LLDP on individual interfaces or selectively configure an interface to only send or only receive LLDP packets.

Note    If the interface is configured as a tunnel port, LLDP is disabled automatically.

**BEFORE YOU BEGIN**

Make sure that you are in the correct VDC. To switch VDCs, use the **switchto vdc** command.

Make sure that you have globally enabled LLDP on the device.

**SUMMARY STEPS**

1. **config t**
2. **interface ethernet** *slot/port*
3. **[no] lldp transmit**
4. **[no] lldp receive**
5. (Optional) **show lldp interface ethernet** *slot/port*
6. (Optional) **copy running-config startup-config**

**DETAILED STEPS**

| | Command | Purpose |
|---|---|---|
| Step 1 | `config t`<br><br>**Example:**<br>`switch# config t`<br>`Enter configuration commands, one per`<br>`line. End with CNTL/Z.`<br>`switch(config)#` | Enters global configuration mode. |
| Step 2 | `interface ethernet` *slot/port*<br><br>**Example:**<br>`switch(config)# interface ethernet 7/1`<br>`switch(config-if)#` | Specifies the interface on which you are enabling LLDP and enters the interface configuration mode. |
| Step 3 | `[no] lldp transmit`<br><br>**Example:**<br>`switch(config-if)# lldp transmit` | Enables or disables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. |
| Step 4 | `[no] lldp receive`<br><br>**Example:**<br>`switch(config-if)# lldp receive` | Enables or disables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. |

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6.

---

12.3.2    Enabling LLDP on an Interface

After you globally enable LLDP, it is enabled on all supported interfaces by default. However, by using the **lldp transmit** and **lldp receive** commands, you can enable or disable LLDP on individual interfaces or selectively configure an interface to only send or only receive LLDP packets.

**Examples**

• These commands enable Ethernet port 3/1 to transmit LLDP packets.

```
switch(config)# interface ethernet 3/1
switch(config-if-Et3/1)# lldp transmit
switch(config-if-Et3/1)#
```

• These commands enable Ethernet port 3/1 to receive LLDP packets.

```
switch(config)# interface ethernet 3/1
switch(config-if-Et3/1)# lldp receive
switch(config-if-Et3/1)#
```

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 577.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 449; Arista User Manual, v. 4.11.1 (1/11/13), at 367.

Exhibit Copying-1—Evidence of Documentation Copying



Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 466; Arista User Manual, v. 4.11.1 (1/11/13), at 384.

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| | Step 4   **[no] lldp receive**<br><br>**Example:**<br>switch(config-if)# lldp receive    Enables or disables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6. | **lldp receive**<br><br>The lldp receive command enables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. The no form of the is command disables the reception of LLDP packets on an interface.<br><br>Platform      all<br>Command Mode    Interface-Ethernet configuration<br>                   Interface-Management configuration<br><br>**Command Syntax**<br>   lldp receive<br>   no lldp receive<br>   default lldp receive<br><br>**Examples**<br>• These commands enables the reception of LLDP packets on a specific interface.<br>   switch(config)#interface ethernet 4/1<br>   switch(config-if-Et4/1)#lldp receive<br>   switch(config-if-Et4/1)#<br>• These commands disables LLDP the reception of LLDP packets on a specific interface.<br>   switch(config)#interface ethernet 4/1<br>   switch(config-if-Et4/1)# no lldp receive<br>   switch(config-if-Et4/1)# |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 588.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 461; Arista User Manual, v. 4.11.1 (1/11/13), at 379. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Configuring Optional LLDP Parameters**<br><br>You can configure the frequency of LLDP updates, the amount of time for a receiving device to hold the information before discarding it, and the initialization delay time. You can also select the TLVs to include in LLDP packets.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-7. | 12.3.3   Optional LLDP Parameters<br><br>You can globally configure the frequency of LLDP updates, the amount of time for a receiving device to hold the information before discarding it, and the initialization delay time. You can also select the TLVs to include in LLDP packets.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 577.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 449; Arista User Manual, v. 4.11.1 (1/11/13), at 367. |

Exhibit Copying-1—Evidence of Documentation Copying

| | | |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Step 2** [no] `lldp holdtime` *seconds*<br><br>**Example:**<br>`switch(config)# lldp holdtime 200`<br><br>(Optional) Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.<br><br>The range is 10 to 255 seconds; the default is 120 seconds.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | 12.3.3.2  Setting the LLDP Hold Time<br><br>The `lldp holdtime` command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.<br><br>**Examples**<br>• This command specifies that the receiving device should retain the information for 180 seconds before discarding it.<br>    `switch(config)# lldp holdtime 180`<br>    `switch(config)#`<br>• This command reverts the LLDP hold time and to the default value of 120 seconds.<br>    `switch(config)# no lldp holdtime 180`<br>    `switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | [no] `lldp reinit` *seconds*<br><br>**Example:**<br>`switch(config)# lldp reinit 5`<br><br>(Optional) Specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>The range is 1 to 10 seconds; the default is 2 seconds.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | **lldp reinit**<br><br>The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Platform     all<br>Command Mode   Global Configuration<br><br>**Command Syntax**<br>    `lldp reinit` *delay*<br>    `no lldp reinit`<br>    `default lldp reinit`<br><br>**Parameters**<br>• *delay*   the amount of time the device should wait before re-initialization is attempted. Value ranges from 1 to 20 seconds; default value is 2 seconds.<br><br>**Examples**<br>• This command specifies that the switch should wait 10 seconds before attempting to re-initialize.<br>    `switch(config)# lldp reinit 10`<br>    `switch(config)#`<br>• This command removes the re-initialize timer.<br>    `switch(config)# no lldp reinit 10`<br>    `switch(config)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208. |

Exhibit Copying-1—Evidence of Documentation Copying



Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8.

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

**lldp tlv-select**

The lldp tlv-select command allows the user to specify the TLVs to send and receive in LLDP packets. The available TLVs are management-address, port-description, port-vlan, system-capabilities, system-description, and system-name.

| Platform | all |
| Command Mode | Global Configuration |

**Command Syntax**

    lldp tlv-select TLV_NAME
    no lldp tlv-select TLV_NAME
    default lldp tlv-select TLV_NAME

**Parameters**

- TLV_NAME    the TLV specifies the information to be sent or received in the LLDP packet: Options include:
    — link-aggregation    specifies the link aggregation TLV.
    — management-address    specifies the management address TLV.
    — max-frame-size    specifies the Frame size TLV.
    — port-description    specifies the port description TLV.
    — port-vlan    specifies the port VLAN ID TLV.
    — system-capabilities    specifies the system capabilities TLV.
    — system-description    specifies the system description TLV.
    — system-name    specifies the system name TLV.

**Example**

- This command enables the system description TLV:

        switch(config)# lldp tlv-select system-description
        switch(config)#

- This command disables the system description TLV:

        switch(config)# no lldp tlv-select system-description
        switch(config)#

- This command enables the max-frame-size TLV:

        switch(config)# lldp tlv-select max-frame-size
        switch(config)#

- This command disables the max-frame-size TLV:

        switch(config)# no lldp tlv-select max-frame-size
        switch(config)#

Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 592.

*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 383.

Exhibit Copying-1—Evidence of Documentation Copying

| Cisco NX-OS 6.2 Effective date of registration: 11/13/2014 | show lldp traffic | Displays the LLDP counters, including the number of LLDP packets sent and received by the device, the number of discarded packets, and the number of unrecognized TLVs. Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-9. | 12.3.5.4    Viewing LLDP Traffic The show lldp traffic command displays the LLDP counters, including the number of packets sent and received, and the number of packets discarded by the switch. Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 581. *See also* Arista User Manual v. 4.12.3 (7/17/13), at 454; Arista User Manual, v. 4.11.1 (1/11/13), at 372. |
| --- | --- | --- | --- |

Exhibit Copying-1—Evidence of Documentation Copying

# Exhibit Copying-2
## Filed Under Seal

**Exhibit Copying-2 – Evidence of Command Copying**

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▉▉▉▉ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 1. | aaa accounting | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | aaa accounting | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 206 | ▉▉▉ | I |
| 2. | aaa accounting dot1x | IOS XE 3.5; NX-OS 4.0 through 6.2 | aaa accounting dot1x | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 207 | ▉▉▉ | I |

---

[1]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

Exhibit Copying-2 -- Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 3. | aaa authentication login | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | aaa authentication login | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 210 | ▬▬▬ | I |
| 4. | aaa authorization config-commands | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | aaa authorization config-commands | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 214 | ▬▬▬ | I |
| 5. | aaa authorization console | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | aaa authorization console | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 215 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 6. | aaa group server radius | Cisco IOS 12.0 through 15.4; IOS XR 3.2 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | aaa group server radius | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 218 | ▮▮▮▮ | I |
| 7. | aaa group server tacacs+ | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | aaa group server tacacs+ | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 219 | ▮▮▮▮ | I |
| 8. | address-family | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | address-family | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 33, 1617, 1737 | ▮▮▮▮ | I |

3

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 9. | aggregate-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | aggregate-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 31, 1428, 1402, 1618 | ▆▆▆▆ | I |
| 10. | area default-cost | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | area default-cost (OSPFv3)[2] | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1553 | ▆▆▆▆ | I |
| 11. | area default-cost | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | area default-cost (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1470 | ▆▆▆▆ | I |

---

[2] The use of the qualifiers "OSPFv3" or "OSPFv2" in certain instances indicates the routing mode and does not change my opinions with respect to whether a command is identical or similar. I understand that these qualifiers are not part of the Arista command syntax, and thus do not impact my opinions that certain Cisco multi-word command expressions are identical to certain Arista multi-word command expressions. Unless otherwise noted, this analysis applies throughout my report.

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 12. | area nssa | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | area nssa (OSPFv2) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1472 | ▆▆▆▆ | I |
| 13. | area nssa | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | area nssa (OSPFv3) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1554 | ▆▆▆▆ | I |
| 14. | area nssa default- information- originate | Cisco IOS 11.0 through 15.4; NX-OS 4.0 through 6.2 | area nssa default- information- originate (OSPFv2) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1473 | ▆▆▆▆ | I |
| 15. | area nssa default- information- originate | Cisco IOS 11.0 through 15.4; NX-OS 4.0 through 6.2 | area nssa default- information- originate (OSPFv3) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F 4.15.3F, User Manual, p. 30, 1555 | ▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 16. | area nssa no-summary | Cisco IOS 11.0 through 15.4; NX-OS 4.0 through 6.2 | area nssa no-summary (OSPFv2) | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1475 | | I |
| 17. | area nssa translate type7 always | Cisco IOS 15.1 through 15.4; NX-OS 4.0 through 6.2 | area nssa translate type7 always (OSPFv2) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1476 | | I |
| 18. | area nssa translate type7 always | Cisco IOS 15.1 through 15.4; NX-OS 4.0 through 6.2 | area nssa translate type7 always (OSPFv3) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1556 | | I |
| 19. | area range | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | area range (OSPFv3) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1557 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 20. | area range | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | area range (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1477 | ▆▆▆▆ | I |
| 21. | area stub | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | area stub (OSPFv2) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1478 | ▆▆▆▆ | I |
| 22. | area stub | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | area stub (OSPFv3) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1558 | ▆▆▆▆ | I |
| 23. | arp timeout | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | arp timeout | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 26, 1315 | ▆▆▆▆ | I |

7

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 24. | banner login | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | banner login | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 280 | | I |
| 25. | banner motd | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | banner motd | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 281 | | I |
| 26. | bfd all-interfaces | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | bfd all-interfaces | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1796 | | I |
| 27. | bgp client-to-client reflection | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | bgp client-to-client reflection | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1621 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 28. | bgp cluster-id | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5 | bgp cluster-id | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1622 | ▬▬▬ | I |
| 29. | bgp confederation identifier | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5 | bgp confederation identifier | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1623 | ▬▬▬ | I |
| 30. | bgp confederation peers | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5; NX-OS 4.0 through 6.2 | bgp confederation peers | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1624 | ▬▬▬ | I |
| 31. | bgp listen limit | Cisco IOS 12.2 through 15.4; ; IOS XE 3.5 | bgp listen limit | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1628 | ▬▬▬ | I |

9

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 32. | bgp log-neighbor-changes | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 3.5; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | bgp log-neighbor-changes | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1630 | | I |
| 33. | bgp redistribute-internal | Cisco IOS 12.1 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5 | bgp redistribute-internal (BGP) | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1631 | | I |
| 34. | boot system | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | boot system | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 15, 376 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 35. | channel-group | Cisco IOS 11.3 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | channel-group | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 491 | ▬▬▬▬ | I |
| 36. | class-map type control-plane | NX-OS 4.0 through 6.2 | class-map type control-plane | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 26, 1235 | ▬▬▬▬ | I |
| 37. | clear arp-cache | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | clear arp-cache | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 26, 1316 | ▬▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▓▓▓▓▓ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 38. | clear counters | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | clear counters | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 670 | ▓▓▓▓ | I |
| 39. | clear ip arp | NX-OS 4.0 through 6.2 | clear ip arp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1317 | ▓▓▓▓ | I |
| 40. | clear ip bgp | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | clear ip bgp | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1632 | ▓▓▓▓ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | �â–ˆâ–ˆâ–ˆâ–ˆâ–ˆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 41. | clear ip igmp group | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | clear ip igmp group | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1847 | ███████ | I |
| 42. | clear ip mroute | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | clear ip mroute | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1814 | ███████ | I |
| 43. | clear ip msdp sa-cache | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | clear ip msdp sa-cache | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1976 | ███████ | I |
| 44. | clear ip nat translation | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | clear ip nat translation | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1320 | ███████ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 45. | clear ip ospf neighbor | Cisco IOS 11.1 through 15.4; NX-OS 4.0 through 6.2 | clear ip ospf neighbor | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1480 | ▆▆▆▆ | I |
| 46. | clear ipv6 neighbors | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | clear ipv6 neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1397 | ▆▆▆▆▆ | I |
| 47. | clear ipv6 ospf force-spf | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | clear ipv6 ospf force-spf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1559 | ▆▆▆▆▆ | I |
| 48. | clear lldp counters | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | clear lldp counters | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 625 | ▆▆▆▆ | I |

14

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 49. | clear lldp table | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | clear lldp table | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 626 | ██████ | I |
| 50. | clear mac-address-table dynamic | Cisco IOS 12.2 through 15.0; NX-OS 4.0 through 6.2 | clear mac address-table dynamic | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 672 | ██████ | I |
| 51. | clear spanning-tree counters | NX-OS 4.0 through 6.2 | clear spanning-tree counters | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 23, 1002 | ██████ | I |

15

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 52. | clock set | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | clock set | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 283 | ▇▇▇▇ | I |
| 53. | clock timezone | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | clock timezone | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 284 | ▇▇▇▇ | I |
| 54. | control-plane | Cisco IOS 12.2 through 15.4; IOS XR 3.5 through 5.2; IOS XE 2.1 through 3.5; NX-OS  6.2 | control-plane | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 674 | ▇▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 55. | default-information originate (OSPF) | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | default-information originate (OSPFv2) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1482 | | I |
| 56. | default-information originate (OSPFv3) | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | default-information originate (OSPFv3) | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1560 | | I |
| 57. | | | | | | |
| 58. | default-metric (OSPFv3) | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | default-metric (OSPFv3) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1561 | | I |

17

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 59. | distance bgp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | distance bgp | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1638 | | |
| 60. | domain-id | Cisco IOS 12.1 through 15.4; IOS XR 3.3 through 5.2; IOS XE 3.5 | domain-id | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 17, 558 | | I |
| 61. | dot1x max-reauth-req | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x max-reauth-req | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 589 | | I |
| 62. | dot1x pae authenticator | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | dot1x pae authenticator | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 590 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 63. | dot1x port-control | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x port-control | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 591 | ▬▬▬ | I |
| 64. | dot1x reauthentication | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x reauthentication | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 592 | ▬▬▬ | I |
| 65. | dot1x system-auth-control | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x system-auth-control | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 588 | ▬▬▬ | I |
| 66. | dot1x timeout quiet-period | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x timeout quiet-period | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 593 | ▬▬▬ | I |
| 67. | dot1x timeout reauth-period | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x timeout reauth-period | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 594 | ▬▬▬ | I |
| 68. | dot1x timeout tx-period | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x timeout tx-period | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 595 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 69. | enable secret | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | enable secret | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 13, 225 | ▆▆▆▆ | I |
| 70. | erase startup-config | Cisco IOS 11.0 through 15.4; IOS XE 2.1; | erase startup-config | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.15.3F,  User Manual, p. 15, 377 | ▆▆▆▆ | I |
| 71. | errdisable detect cause link- flap | Cisco IOS 12.2 through 15.4 | errdisable detect cause link- flap | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 677 | ▆▆▆▆ | I |

---

[3] ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 72. | errdisable recovery cause | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | errdisable recovery cause | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 679 | ▬▬▬▬▬ ▬▬ | I |
| 73. | errdisable recovery interval | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | errdisable recovery interval | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 680 | ▬▬▬▬▬ ▬▬ | I |
| 74. | flowcontrol receive | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | flowcontrol receive | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 452 | ▬▬▬▬▬ ▬▬ | I |
| 75. | flowcontrol send | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | flowcontrol send | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 453 | ▬▬▬▬▬ ▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 76. | interface ethernet | IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | interface ethernet | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 456 | | I |
| 77. | interface loopback | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | interface loopback | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 681 | | I |
| 78. | interface port-channel | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | interface port-channel | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 498 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 79. | interface vlan | Cisco IOS 11.3 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | interface vlan | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 803 | ▮▮▮▮▮ | I |
| 80. | ip access-group | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip access-group | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 899 | ▮▮▮▮▮ | I |
| 81. | ip access-list | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip access-list | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 900 | ▮▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▓▓▓▓▓ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 82. | ip access-list standard | Cisco IOS 11.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | ip access-list standard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 901 | ▓▓▓▓ | I |
| 83. | ip address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip address | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1322 | ▓▓▓▓ | I |
| 84. | ip as-path access-list | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip as-path access-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1641 | ▓▓▓▓ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 85. | ip community-list expanded | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip community-list expanded | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1643 | | I |
| 86. | ip community-list standard | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip community-list standard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1644 | | I |
| 87. | ip dhcp smart-relay | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | ip dhcp smart-relay | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1326-27 | | I |
| 88. | ip dhcp smart-relay global | IOS XE 3.5; NX-OS 5.2 through 6.2 | ip dhcp smart-relay global | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1328 | | I |
| 89. | ip dhcp snooping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip dhcp snooping | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 17, 1329 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 90. | ip dhcp snooping information option | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip dhcp snooping information option | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1330 | | I |
| 91. | ip dhcp snooping vlan | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip dhcp snooping vlan | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1331 | | I |
| 92. | ip domain lookup | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip domain lookup | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 295 | | I |
| 93. | ip domain name | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip domain-name | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 296 | | I |

26

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 94. | ip extcommunity-list expanded | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | ip extcommunity-list expanded | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1645 | | I |
| 95. | ip extcommunity-list standard | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | ip extcommunity-list standard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1646 | | I |
| 96. | ip helper-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ip helper-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1333 | | I |
| 97. | ip host | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip host | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 297 | | I |

27

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 98. | ip http client source-interface | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ip http client source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 12, 142 | ▆▆▆▆▆▆ ▆▆ | I |
| 99. | ip icmp redirect | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ip icmp redirect | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1334 | ▆▆▆▆▆▆ ▆▆ | I |
| 100. | ip igmp last-member-query-count | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp last-member-query-count | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1853 | ▆▆▆▆▆▆ ▆▆ | I |
| 101. | ip igmp last-member-query-interval | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | ip igmp last-member-query-interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1854 | ▆▆▆▆▆▆ ▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 102. | ip igmp query-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp query-interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1857 | ▬▬▬▬ | I |
| 103. | ip igmp query-max-response-time | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp query-max-response-time | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1858 | ▬▬▬▬ | I |
| 104. | ip igmp snooping | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp snooping | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1860 | ▬▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 105. | ip igmp snooping querier | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp snooping querier | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1862 | | I |
| 106. | ip igmp snooping vlan | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1875 | | I |
| 107. | ip igmp snooping vlan immediate-leave | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan immediate-leave | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1876 | | I |

30

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 108. | ip igmp snooping vlan mrouter | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan mrouter | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1878 | | I |
| 109. | ip igmp snooping vlan static | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan static | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1891 | | I |
| 110. | ip igmp startup-query- interval | NX-OS 4.0 through 6.2 | ip igmp startup-query- interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1893 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 111. | ip igmp startup-query-count | NX-OS 4.0 through 6.2 | ip igmp startup-query-count | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1892 | ▮▮▮▮▮ ▮▮ | I |
| 112. | ip igmp static-group | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip igmp static-group | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1894 | ▮▮▮▮▮ ▮▮ | I |
| 113. | ip igmp version | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp version | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 35, 1898 | ▮▮▮▮▮ ▮▮ | I |

32

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 114. | ip load-sharing | Cisco IOS 11.2 through 15.4; IOS XE 2.1 through 3.5 | ip load-sharing | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1335 | ▬▬▬ | I |
| 115. | ip local-proxy-arp | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip local-proxy-arp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1336 | ▬▬▬ | I |
| 116. | ip msdp cache-sa-state | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip msdp cache-sa-state | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1977 | ▬▬▬ | I |
| 117. | ip msdp default-peer | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip msdp default-peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1978 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 118. | ip msdp description | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp description | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1979 | | I |
| 119. | ip msdp group-limit | NX-OS 4.0 through 6.2 | ip msdp group-limit | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1980 | | I |
| 120. | ip msdp keepalive | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp keepalive | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1981 | | I |
| 121. | ip msdp mesh-group | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp mesh-group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1982 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 122. | ip msdp originator-id | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp originator-id | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1983 | ▬▬ | I |
| 123. | ip msdp peer | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1984 | ▬▬ | I |
| 124. | ip msdp sa-filter in | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip msdp sa-filter in | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1986 | ▬▬ | I |
| 125. | ip msdp sa-filter out | Cisco IOS 12.0 through 15.4; IOS XE 3.5; | ip msdp sa-filter out | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1987 | ▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 126. | ip msdp sa-limit | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp sa-limit | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1988 | | I |
| 127. | ip msdp shutdown | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp shutdown | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1989 | | I |
| 128. | ip msdp timer | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | ip msdp timer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 1990 | | I |
| 129. | ip multicast boundary | Cisco IOS 11.1 through 15.4; IOS XE 3.5 | ip multicast boundary | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1820-21 | | I |

36

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 130. | ip multicast-routing | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ip multicast-routing | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1823 | | I |
| 131. | ip name-server | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip name-server | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 298 | | I |
| 132. | ip nat pool | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip nat pool | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1338 | | I |
| 133. | ip nat translation tcp-timeout | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip nat translation tcp-timeout | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1344 | | I |

37

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 134. | ip nat translation udp-timeout | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip nat translation udp- timeout | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1345 | ▬▬▬▬ | I |
| 135. | ip ospf authentication | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf authentication | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1484 | ▬▬▬▬ | I |
| 136. | ip ospf authentication-key | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf authentication-key | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1485 | ▬▬▬▬ | I |
| 137. | ip ospf bfd | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ip ospf bfd | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1797 | ▬▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 138. | ip ospf cost | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf cost | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1486 | ▬▬▬ | I |
| 139. | ip ospf dead-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf dead-interval | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1487 | ▬▬▬ | I |
| 140. | ip ospf hello-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf hello-interval | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1488 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 141. | ip ospf message-digest-key | Cisco IOS 11.0 through 15.4; IOS XR 3.0; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf message-digest-key | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1489 | ▮▮▮▮▮▮ | I |
| 142. | ip ospf name-lookup | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | ip ospf name-lookup | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1490 | ▮▮▮▮▮▮ | I |
| 143. | ip ospf network | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf network | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. | ▮▮▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 144. | ip ospf priority | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf priority | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1492 | ▮▮▮▮ | I |
| 145. | ip ospf retransmit-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf retransmit-interval | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1493 | ▮▮▮▮ | I |
| 146. | ip ospf shutdown | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf shutdown | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1494 | ▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 147. | ip ospf transmit-delay | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf transmit-delay | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1495 | | I |
| 148. | ip pim anycast-rp | NX-OS 4.0 through 6.2 | ip pim anycast-rp | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1934 | | I |
| 149. | ip pim bfd | Cisco IOS 15.4; NX-OS 5.0 through 6.2 | ip pim bfd | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1798 | | I |
| 150. | ip pim bfd-instance | NX-OS 5.0 through 6.2 | ip pim bfd-instance | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1799 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 151. | ip pim bsr-border | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | ip pim bsr-border | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1936 | ▆▆▆▆ | I |
| 152. | ip pim bsr-candidate | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim bsr-candidate | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1937 | ▆▆▆▆ | I |
| 153. | ip pim dr-priority | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim dr-priority | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1940 | ▆▆▆▆ | I |
| 154. | ip pim log-neighbor-changes | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim log-neighbor-changes | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1942 | ▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 155. | ip pim neighbor-filter | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | ip pim neighbor-filter | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1943 | | I |
| 156. | ip pim query-interval | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; | ip pim query-interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1944 | 0 | I |
| 157. | ip pim register-source | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | ip pim register-source | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1945 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ██████ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 158. | ip pim rp-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim rp-address | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p., EOS v. 4.15.3F,  User Manual, p. 36, 1946 | ████████ | I |
| 159. | ip pim rp-candidate | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim rp-candidate | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1947-48 | ████████ | I |
| 160. | ip pim sparse-mode | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim sparse-mode | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1949 | ████████ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 161. | ip pim spt-threshold | Cisco IOS 11.1 through 15.4; IOS XR 3.0; IOS XE 3.5 | ip pim spt-threshold | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1951 | | I |
| 162. | ip pim spt-threshold group-list | Cisco IOS 11.1 through 15.4 | ip pim spt-threshold group-list | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1952 | | I |
| 163. | ip pim ssm range | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim ssm range | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 36, 1953 | | I |
| 164. | ip prefix-list | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip prefix-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 902 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 165. | ip protocol | Cisco IOS 12.0 through 15.4 | ip protocol (Monitor Reachability Probe Transmitter) | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 39, 2133 | | I |
| 166. | ip proxy-arp | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip proxy-arp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1346 | | I |
| 167. | ip radius source-interface | Cisco IOS 11.3 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ip radius source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 13, 226 | | I |
| 168. | ip rip v2-broadcast | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | ip rip v2-broadcast | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1720 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 169. | ip route | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip route | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1347-48 | | I |
| 170. | ip routing | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip routing | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 27, 1349 | | I |
| 171. | ip tacacs source-interface | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ip tacacs source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 13, 227 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 172. | ipv6 access-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ipv6 access-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 904 | | I |
| 173. | ipv6 address | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1398 | | I |
| 174. | ipv6 dhcp relay destination | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ipv6 dhcp relay destination | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1400 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 175. | ipv6 enable | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ipv6 enable | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1401 | | I |
| 176. | ipv6 host | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ipv6 host | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 14, 299 | | I |
| 177. | ipv6 access-group | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ipv6 access-group | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 903 | | I |
| 178. | ipv6 nd managed-config-flag | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd managed-config-flag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1406 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 179. | ipv6 nd ns-interval | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd ns-interval | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1407 | | I |
| 180. | ipv6 nd other-config-flag | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd other-config-flag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1408 | | I |
| 181. | ipv6 nd prefix | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.2 through 6.2 | ipv6 nd prefix | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1409 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 182. | ipv6 nd ra interval | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd ra interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1415 | | I |
| 183. | ipv6 nd ra lifetime | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd ra lifetime | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1416 | | I |
| 184. | ipv6 nd ra suppress | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ipv6 nd ra suppress | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1418 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 185. | ipv6 nd reachable-time | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd reachable-time | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1419 | | I |
| 186. | ipv6 nd router-preference | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ipv6 nd router-preference | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1420 | | I |
| 187. | ipv6 neighbor | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 neighbor | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1421 | | I |

53

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 188. | ipv6 ospf area | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf area | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1563 | | I |
| 189. | ipv6 ospf cost | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf cost | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1564 | | I |
| 190. | ipv6 ospf dead-interval | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf dead-interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1565 | | I |
| 191. | ipv6 ospf hello-interval | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf hello-interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1566 | | I |

54

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 192. | ipv6 ospf network | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf network | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1567 | | I |
| 193. | ipv6 ospf priority | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf priority | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1568 | | I |
| 194. | ipv6 ospf retransmit-interval | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf retransmit-interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1569 | | I |
| 195. | ipv6 ospf transmit-delay | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf transmit-delay | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1570 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 196. | ipv6 prefix-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 prefix-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 906 | ▮▮▮▮ | I |
| 197. | ipv6 route | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 route | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1423 | ▮▮▮▮ | I |
| 198. | ipv6 router ospf | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 router ospf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1571 | ▮▮▮▮ | I |
| 199. | ipv6 unicast-routing | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | ipv6 unicast-routing | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 28, 1425 | ▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 200. | isis hello-interval | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | isis hello-interval | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1739 | | I |
| 201. | isis hello-multiplier | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | isis hello-multiplier | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1740 | | I |
| 202. | isis lsp-interval | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | isis lsp-interval | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1741 | | I |
| 203. | isis metric | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | isis metric | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1742 | | I |
| 204. | isis passive | NX-OS 4.0 through 6.2 | isis passive | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1744 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 205. | isis passive interface | NX-OS 6.2 | passive-interface (IS-IS) | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1749 | | S |
| 206. | isis priority | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | isis priority | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1745 | | I |
| 207. | is-type | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | is-type | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1746 | | I |
| 208. | lacp port-priority | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | lacp port-priority | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 499 | | I |

58

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 209. | lacp rate | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | lacp rate | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 500 | | I |
| 210. | lacp system-priority | Cisco IOS 12.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | lacp system-priority | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 17, 501 | | I |
| 211. | link state group | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | link state group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 683 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 212. | link state track | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | link state track | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 684 | | I |
| 213. | lldp holdtime | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | lldp holdtime | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 627 | | I |
| 214. | lldp receive | Cisco IOS 12.2 through 15.4; NX-OS 5.0 through 6.2 | lldp receive | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 630 | | I |
| 215. | lldp reinit | Cisco IOS 12.2 through 15.4; IOS XR 5.2; NX-OS 5.0 through 6.2 | lldp reinit | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 631 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 216. | lldp run | Cisco IOS 12.2 through 15.4 | lldp run | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 632 | | I |
| 217. | lldp timer | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | lldp timer | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 633 | | I |
| 218. | lldp tlv-select | Cisco IOS 12.2 through 15.4; IOS XR 5.2; NX-OS 5.0 through 6.2 | lldp tlv-select | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 634 | | I |
| 219. | lldp transmit | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | lldp transmit | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 18, 635 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 220. | load interval | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.2 through 6.2 | load interval | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 686 | | I |
| 221. | log-adjacency-changes | Cisco IOS 12.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 5.2 | log-adjacency-changes (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 29, 1496 | | I |
| 222. | log-adjacency-changes (IS- IS) | IOS XR 3.0 through 5.2; NX-OS 4.0 through 6.2 | log-adjacency-changes (IS- IS) | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1747 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 223. | log-adjacency-changes (OSPFv3) | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | log-adjacency-changes (OSPFv3) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1572 | | I |
| 224. | logging host | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | logging host | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 12, 147 | | I |
| 225. | mac access-group | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | mac access-group | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 907 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 226. | mac access-list | NX-OS 4.0 through 6.2 | mac access-list | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 908 | | I |
| 227. | mac address-table aging-time | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | mac address-table aging-time | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 687 | | I |
| 228. | mac address-table static | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | mac address-table static | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 19, 688 | | I |

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 229. | mac-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 6.2 | mac-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 16, 459 | ▬▬▬ | I |
| 230. | maximum-paths | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | maximum-paths (OSPF) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. | ▬▬ | I |
| 231. | maximum-paths (OSPFv3) | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | maximum-paths (OSPFv3) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1574 | ▬▬ | I |

65

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 232. | neighbor activate | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5 | neighbor activate | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1648 | | I |
| 233. | neighbor allowas-in | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | neighbor allowas-in | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1649 | | I |
| 234. | neighbor default-originate | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor default-originate | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1650 | | I |
| 235. | neighbor description | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | neighbor description | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1651 | | I |

66

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 236. | neighbor ebgp-multihop | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 | neighbor ebgp-multihop | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1652 | | I |
| 237. | neighbor fall-over bfd | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | neighbor fall-over bfd | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 34, 1800 | | I |
| 238. | neighbor local-as | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | neighbor local-as | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 31, 1656 | | I |
| 239. | neighbor next-hop-self | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | neighbor next-hop-self | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1660 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 240. | neighbor password | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | neighbor password | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1662 | ▬▬ ▬ | I |
| 241. | neighbor peer-group (assigning members) | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor peer-group (neighbor assignment) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1665 | ▬▬ ▬ | I |
| 242. | neighbor peer-group (creating) | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor peer-group (create) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1663-34 | ▬▬ ▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 243. | neighbor remote-as | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | neighbor remote-as | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1666 | | I |
| 244. | neighbor remove-private-as | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor remove-private-as | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1667 | | I |
| 245. | neighbor route-map | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | neighbor route-map (BGP) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1668 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 246. | neighbor route-reflector- client | Cisco IOS 11.1 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | neighbor route-reflector- client | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1669 | | I |
| 247. | neighbor send-community | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 | neighbor send-community | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1670 | | I |
| 248. | neighbor shutdown | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | neighbor shutdown | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1671 | | I |
| 249. | neighbor soft-reconfiguration | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | neighbor soft-reconfiguration | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1672 | | I |

70

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 250. | neighbor timers | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | neighbor timers | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1673 | | I |
| 251. | neighbor transport connection-mode | Cisco IOS 12.4 through 15.4 | neighbor transport connection-mode | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1674 | | I |
| 252. | neighbor update-source | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 | neighbor update-source | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1675 | | I |
| 253. | neighbor weight | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | neighbor weight | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1676 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 254. | network area | Cisco IOS 11.0 through 15.4; IOS XR 3.0; IOS XE 3.5 | network area (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1500 | | I |
| 255. | no snmp-server | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5 | no snmp-server | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 37, 2026 | | I |
| 256. | ntp authenticate | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ntp authenticate | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 300 | | I |
| 257. | ntp authentication-key | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ntp authentication-key | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 301 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 258. | ntp server | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ntp server | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 304 | | I |
| 259. | ntp source | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ntp source | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 306 | | I |
| 260. | ntp trusted-key | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ntp trusted-key | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 307 | | I |
| 261. | passive-interface | Cisco IOS 11.0 through 15.4; NX-OS 5.2 through 6.2 | passive-interface <interface> (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1503 | | I |

73

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 262. | passive-interface (OSPFv3) | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | passive-interface (OSPFv3) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 30, 1576 | | I |
| 263. | passive-interface default | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | passive-interface default (OSPFv2) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1502 | | I |
| 264. | policy-map type control- plane | NX-OS 4.0 through 6.2 | policy-map type control- plane | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 26, 1248 | | I |
| 265. | policy-map type qos | IOS XR 5.2; NX-OS 4.0 through 6.2 | policy-map type qos | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 26, 1250 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 266. | port-channel load-balance | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | port-channel load-balance | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 17, 508 | | I |
| 267. | port-channel min-links | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | port-channel min-links | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 17, 517 | | I |
| 268. | priority1 | Cisco IOS 15.0 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.2 through 6.2 | ptp priority1 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 321 | | S  Addition of "ptp" is the only difference |
| 269. | priority2 | Cisco IOS 15.0 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.2 through 6.2 | ptp priority2 | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 322 | | S  Addition of "ptp" is the only difference |

75

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 270. | priority-flow-control mode | NX-OS 5.2 through 6.2 | priority-flow-control mode | EOS v. 4.4.0, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 608 | ▆▆▆▆▆ | I |
| 271. | private-vlan | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | private-vlan | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 21, 806 | ▆▆▆▆▆ | I |
| 272. | private-vlan mapping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | private-vlan mapping | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 21, 807 | ▆▆▆▆▆ | I |
| 273. | ptp domain | NX-OS 5.2 through 6.2 | ptp domain | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 314 | ▆▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 274. | ptp sync interval | NX-OS 5.2 through 6.2 | ptp sync interval | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 14, 324 | ▮▮▮ | I |
| 275. | radius-server deadtime | Cisco IOS 11.1 through 15.4; IOS XR 3.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | radius-server deadtime | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 230 | ▮▮▮ | I |
| 276. | radius-server host | Cisco IOS 11.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | radius-server host | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 231 | ▮▮▮ | I |

77

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 277. | radius-server key | Cisco IOS 11.1 through 15.4; IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | radius-server key | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 233 | ▆▆▆▆ | I |
| 278. | radius-server retransmit | Cisco IOS 11.1 through 15.4; IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | radius-server retransmit | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 234 | ▆▆▆▆ | I |
| 279. | radius-server timeout | Cisco IOS 11.1 through 15.4; IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | radius-server timeout | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 235 | ▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 280. | redundancy force-switchover | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | redundancy force-switchover | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 15, 380 | | I |
| 281. | route-map | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | route-map | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 22, 922 | | I |
| 282. | router bgp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | router bgp | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 32, 1681 | | I |

79

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 283. | router isis | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | router isis | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 33, 1751 | | I |
| 284. | router ospf | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | router ospf | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1507 | | I |
| 285. | router rip | Cisco IOS 11.0 through 15.4; IOS XR 3.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | router rip | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 33, 1723 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 286. | router-id | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | router-id (OSPFv2) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 29, 1506 | ▇▇▇ | I |
| 287. | router-id (OSPFv3) | Cisco IOS 15.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | router-id (OSPFv3) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 30, 1578 | ▇▇▇ | I |
| 288. | routing-context vrf | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | routing-context vrf | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 27, 1354 | ▇▇▇ | I |
| 289. | service sequence-numbers | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | service sequence-numbers | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 15, 384 | ▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 290. | set-overload-bit | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | set-overload-bit | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 33, 1752 | ▬▬▬▬ | I |
| 291. | show aaa method-lists | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show aaa method-lists | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 242 | ▬▬▬▬ | I |
| 292. | show aaa sessions | Cisco IOS 15.2 through 15.4; IOS XE 3.5 | show aaa sessions | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 13, 243 | ▬▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 293. | show arp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show arp | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 27, 1355 | | I |
| 294. | show bfd neighbors | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | show bfd neighbors | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 34, 1801 | | I |
| 295. | show clock | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show clock | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 15, 329 | | I |
| 296. | show dot1q-tunnel | Cisco IOS 12.2 through 15.4; NX-OS 5.0 through 6.2 | show dot1q-tunnel | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 21, 808 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 297. | show dot1x | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show dot1x | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 596 | | I |
| 298. | show dot1x all summary | Cisco IOS 12.1 through 15.4; NX-OS 4.0 through 6.2 | show dot1x all summary | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 598 | ▬▬▬ | I |
| 299. | show dot1x statistics | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show dot1x statistics | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 18, 597 | | I |
| 300. | show environment all | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 | show environment all | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 16, 425 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 301. | show environment cooling | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show environment cooling | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.3F, User Manual, p. 16, 426 | ▇▇▇▇ | I |
| 302. | show environment power | IOS XR 3.0 through 5.2; NX-OS 5.0 through 6.2 | show environment power | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 427 | ▇▇▇▇ | I |
| 303. | show environment temperature | Cisco IOS 11.2 through 12.1; IOS XR 3.0 through 5.2; IOS XE 2.1 | show environment temperature | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 428 | ▇▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 304. | show etherchannel | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | show etherchannel | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 518 | ▮▮▮▮ | I |
| 305. | show hostname | NX-OS 4.0 through 6.2 | show hostname | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 336 | ▮▮▮▮ | I |
| 306. | show hosts | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show hosts | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 337 | ▮▮▮▮ | I |
| 307. | show interfaces | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show interfaces | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 706 | ▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 308. | show interfaces capabilities | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show interfaces capabilities | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 462 | ▇▇▇ | I |
| 309. | show interfaces description | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces description | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 708 | ▇▇▇ | I |
| 310. | show interfaces flowcontrol | IOS 12.2 through 15.4; IOS XE 3.5 | show flowcontrol | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 460 | ▇▇▇ | S  Addition of "interfaces" only difference |

87

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 311. | show interfaces private-vlan mapping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces private-vlan mapping | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 809 | | I |
| 312. | show interfaces status | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | show interfaces status | EOS v. 4.0.1, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 471 | | I |
| 313. | show interfaces switchport | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces switchport | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 810 | | I |

88

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 314. | show interfaces switchport backup | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show interfaces switchport backup | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 811 | ▇▇▇▇▇ | I |
| 315. | show interfaces transceiver | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | show interfaces transceiver | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 16, 473 | ▇▇▇▇▇ | I |
| 316. | show interfaces trunk | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces trunk | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 812 | ▇▇▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 317. | show inventory | Cisco IOS 12.4 through 15.4; IOS XR 3.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show inventory | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 11, 75 | ▇▇▇▇▇▇ | I |
| 318. | show ip access-lists | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip access-lists | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 930 | ▇▇▇▇▇▇ | I |
| 319. | show ip arp | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip arp | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1358 | ▇▇▇▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 320. | show ip bgp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip bgp | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1684 | ▆▆▆▆ | I |
| 321. | show ip bgp community | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip bgp community | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1685 | ▆▆▆▆ | I |
| 322. | show ip bgp neighbors | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp neighbors (route type) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1688 | ▆▆▆▆ | I |

91

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 323. | show ip bgp neighbors | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip bgp neighbors | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1686 | | I |
| 324. | show ip bgp paths | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp paths | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1692 | | I |
| 325. | show ip bgp peer-group | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp peer-group | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1693 | | I |
| 326. | show ip bgp regexp | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp regexp | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1694 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 327. | show ip bgp summary | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp summary | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1695 | | I |
| 328. | show ip community-list | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip community-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1696 | | I |
| 329. | show ip dhcp snooping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip dhcp snooping | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1362 | | I |
| 330. | show ip extcommunity-list | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 6.2 | show ip extcommunity-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1697 | | I |

93

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▉▉▉▉▉▉ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 331. | show ip helper-address | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show ip helper-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1365 | ▉▉▉▉ | I |
| 332. | show ip igmp groups | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp groups | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1901 | ▉▉▉▉ | I |
| 333. | show ip igmp interface | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp interface | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1904 | ▉▉▉▉ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 334. | show ip igmp snooping | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp snooping | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1907 | | I |
| 335. | show ip igmp snooping groups | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp snooping groups | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1910 | | I |
| 336. | show ip igmp snooping mrouter | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp snooping mrouter | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 35, 1914 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 337. | show ip igmp snooping querier | Cisco IOS 12.4 through 15.4; NX-OS 4.0 through 6.2 | show ip igmp snooping querier | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1915 | ▬▬▬ | I |
| 338. | show ip interface | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1366 | ▬▬▬ | I |
| 339. | show ip interface brief | Cisco IOS 12.4 through 15.4; IOS XR 3.4 through 5.2; IOS XE 3.5 | show ip interface brief | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1367 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 340. | show ip mfib | Cisco IOS 15.0 through 15.4; IOS XE 2.1 through 3.5 | show ip mfib | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1824 | | I |
| 341. | show ip mroute | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip mroute | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1826 | | I |
| 342. | show ip mroute count | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip mroute count | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 34, 1827 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 343. | show ip msdp mesh-group | NX-OS 4.0 through 6.2 | show ip msdp mesh-group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1991 | | I |
| 344. | show ip msdp peer | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip msdp peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1992 | | I |
| 345. | show ip msdp rpf-peer | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show ip msdp rpf-peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1994 | | I |
| 346. | show ip msdp sa-cache | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip msdp sa-cache | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1995 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 347. | show ip msdp summary | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip msdp summary | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1997 | ▬▬▬▬ | I |
| 348. | show ip nat translations | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | show ip nat translations | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 27, 1370 | ▬▬▬▬ | I |
| 349. | show ip ospf | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip ospf | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1508 | ▬▬▬ | I |
| 350. | show ip ospf border-routers | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf border-routers | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1510 | ▬▬▬ | I |

99

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 351. | show ip ospf database database-summary | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf database database-summary | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1511 | ▆▆▆▆ | I |
| 352. | show ip ospf interface | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf interface | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1516 | ▆▆▆▆ | I |
| 353. | show ip ospf neighbor | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip ospf neighbor | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1519 | ▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 354. | show ip ospf request-list | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf request-list | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1523 | ▮▮▮▮ | I |
| 355. | show ip ospf retransmission- list | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf retransmission- list | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1524 | ▮▮▮▮ | I |
| 356. | show ip pim interface | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip pim interface | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1956 | ▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 357. | show ip pim neighbor | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip pim neighbor | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1957 | | I |
| 358. | show ip pim rp | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip pim rp | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1960 | | I |
| 359. | show ip pim rp-hash | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip pim rp-hash | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 36, 1962 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 360. | show ip prefix-list | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip prefix-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 931 | | I |
| 361. | show ip rip database | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | show ip rip database | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1724 | | I |
| 362. | show ip rip neighbors | Cisco IOS 15.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip rip neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1725 | | I |
| 363. | show ip route | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip route | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 1371 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 364. | show ip route summary | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip route summary | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1376 | | I |
| 365. | show ip route tag | Cisco IOS 15.2 through 15.4 | show ip route tag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1377 | | I |
| 366. | show ipv6 access-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | show ipv6 access-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 932 | | I |
| 367. | show ipv6 bgp | NX-OS 4.0 through 6.2 | show ipv6 bgp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1698 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 368. | show ipv6 bgp community | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | show ipv6 bgp community | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1699 | | I |
| 369. | show ipv6 bgp neighbors | NX-OS 4.0 through 6.2 | show ipv6 bgp neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1700 | | I |
| 370. | show ipv6 bgp summary | NX-OS 4.0 through 6.2 | show ipv6 bgp summary | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 32, 1706 | | I |
| 371. | show ipv6 interface | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1430 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 372. | show ipv6 neighbors | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1432 | ▆▆▆▆ | I |
| 373. | show ipv6 ospf | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show ipv6 ospf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1579 | ▆▆▆▆ | I |
| 374. | show ipv6 ospf border- routers | Cisco IOS 12.2; IOS XE 2.1 through 3.5 | show ipv6 ospf border- routers | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 30, 1580 | ▆▆▆▆ | I |
| 375. | show ipv6 ospf interface | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show ipv6 ospf interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1590 | ▆▆▆▆ | I |

106

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 376. | show ipv6 ospf neighbor | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show ipv6 ospf neighbor | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 31, 1591 | | I |
| 377. | show ipv6 prefix-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 prefix-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 933 | | I |
| 378. | show ipv6 route | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 route | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1433 | | I |
| 379. | show ipv6 route summary | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 5.2 | show ipv6 route summary | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1437 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 380. | show ipv6 route tag | Cisco IOS 15.2 through 15.4 | show ipv6 route tag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 29, 1438 | ▆▆▆▆ | I |
| 381. | show isis database | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show isis database | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1753 | ▆▆▆▆ | I |
| 382. | show isis interface | IOS XR 3.0 through 5.2; NX-OS 4.0 through 6.2 | show isis interface | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1755 | ▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 383. | show isis topology | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show isis topology | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 33, 1760 | | I |
| 384. | show lacp counters | IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show lacp counters | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 520 | | I |
| 385. | show lacp interface | NX-OS 4.0 through 6.2 | show lacp interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 521 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 386. | show lacp neighbor | NX-OS 4.0 through 6.2 | show lacp neighbor | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 524 | ▇▇▇▇ | I |
| 387. | show link state group | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | show link state group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 709 | ▇▇▇▇ | I |
| 388. | show lldp | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5 | show lldp | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 636 | ▇▇▇▇ | I |
| 389. | show lldp neighbors | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | show lldp neighbors | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 639 | ▇▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 390. | show lldp traffic | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | show lldp traffic | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 18, 641 | ▇▇▇▇ | I |
| 391. | show mac access-list | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac access-list | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 934 | ▇▇▇▇ | I |
| 392. | show mac address-table | Cisco IOS 11.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac address-table | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 710 | ▇▇▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 393. | show mac address-table aging time | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac address-table aging time | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 712 | | I |
| 394. | show mac address-table count | IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac address-table count | EOS v. 4.0.1, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 713 | | I |
| 395. | show module | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show module | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 167 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▇▇▇▇▇▇▇ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 396. | show monitor session | Cisco IOS 12.2 through 15.0; IOS XR 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | show monitor session | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 721 | ▇▇▇▇▇▇ ▇▇ | I |
| 397. | show ntp associations | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | show ntp associations | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 340 | ▇▇▇▇ ▇▇ | I |
| 398. | show ntp status | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | show ntp status | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 341 | ▇▇▇▇ ▇▇ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 399. | show policy-map control-plane | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show policy-map type control-plane | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1273 | | I |
| 400. | show policy-map interface | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 6.2 | show policy-map interface type qos | EOS v. 4.11.1.2, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1278 | | I |
| 401. | show policy-map interface control-plane | NX-OS 5.0 through 6.2 | show policy-map interface control-plane | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 26, 1277 | | I |
| 402. | show port-channel summary | NX-OS 4.0 through 6.2 | show port-channel summary | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 532 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 403. | show port-channel traffic | NX-OS 4.0 through 6.2 | show port-channel traffic | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 17, 533 | ▬▬▬ | I |
| 404. | show port-security | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show port-security | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 722 | ▬▬▬ | I |
| 405. | show port-security address | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show port-security address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 19, 723 | ▬▬▬ | I |
| 406. | show port-security interface | IOS XE 3.5; NX-OS 4.0 through 6.2 | show port-security interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 724 | ▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 407. | show privilege | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | show privilege | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 244 | | I |
| 408. | show ptp clock | NX-OS 5.2 through 6.2 | show ptp clock | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 343 | | I |
| 409. | show ptp parent | NX-OS 5.2 through 6.2 | show ptp parent | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 347 | | I |
| 410. | show ptp time-property | NX-OS 5.2 through 6.2 | show ptp time-property | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 349 | | I |

116

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▉▉▉▉ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 411. | show radius | IOS XR 3.2 through 5.2; NX-OS 4.0 through 6.2 | show radius | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 245 | ▉▉▉ | I |
| 412. | show redundancy states | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | show redundancy states | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 386 | ▉▉▉ | I |
| 413. | show reload | Cisco IOS 11.0 through 15.4; IOS XE 2.1 | show reload | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 15, 388 | ▉▉▉ | I |
| 414. | show role | NX-OS 4.0 through 6.2 | show role | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 246 | ▉▉▉ | I |

117

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 415. | show route-map | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show route-map | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 22, 935 | | I |
| 416. | show snmp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2027 | | I |
| 417. | show snmp chassis | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show snmp chassis | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2028 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 418. | show snmp community | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp community | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2029 | | I |
| 419. | show snmp contact | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show snmp contact | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2030 | | I |
| 420. | show snmp engineID | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp engineID | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2031 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 421. | show snmp group | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp group | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2032 | ▮▮▮▮▮ | I |
| 422. | show snmp host | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp host | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2033 | ▮▮▮▮▮ | I |
| 423. | show snmp location | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show snmp location | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2034 | ▮▮▮▮▮ | I |

120

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 424. | show snmp mib | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | show snmp mib | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2035 | | I |
| 425. | show snmp source-interface | NX-OS 5.0 through 6.2 | show snmp source-interface | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2036 | | I |
| 426. | show snmp trap | NX-OS 4.0 through 6.2 | show snmp trap | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2037 | | I |
| 427. | show snmp user | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp user | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2038 | | I |

121

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 428. | show snmp view | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | show snmp view | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2039 | | I |
| 429. | show spanning-tree | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show spanning-tree | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1010 | | I |
| 430. | show spanning-tree blockedports | NX-OS 6.2 | show spanning-tree blockedports | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1013 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ███████ ████████ ████████████ ██████ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 431. | show spanning-tree bridge | NX-OS 4.0 through 6.2 | show spanning-tree bridge | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1014 | ██████████ ████ | I |
| 432. | show spanning-tree interface | NX-OS 4.0 through 6.2 | show spanning-tree interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1016 | ██████████ ████ | I |
| 433. | show spanning-tree mst | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | show spanning-tree mst | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1017 | ██████████ ████ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 434. | show spanning-tree mst configuration | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | show spanning-tree mst configuration | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1019 | ▬▬▬▬ | I |
| 435. | show spanning-tree mst interface | IOS XR 4.3 through 5.2; NX-OS 6.2 | show spanning-tree mst interface | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1020 | ▬▬▬▬ | I |
| 436. | show spanning-tree root | NX-OS 4.0 through 6.2 | show spanning-tree root | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 1022 | ▬▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 437. | show storm-control | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show storm-control | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 725 | | I |
| 438. | show tacacs | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show tacacs | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 247 | | I |
| 439. | show track | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show track | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 20, 727 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 440. | show user-account | NX-OS 4.0 through 6.2 | show user-account | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 248 | ▆▆▆▆ | I |
| 441. | show users | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show users | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 13, 249 | ▆▆▆▆ | I |
| 442. | show version | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show version | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 12, 172 | ▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 443. | show vlan | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 814 | | I |
| 444. | show vlan private-vlan | NX-OS 4.0 through 6.2 | show vlan private-vlan | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 818 | | I |
| 445. | show vlan summary | NX-OS 6.2 | show vlan summary | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 819 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 446. | show vrf | Cisco IOS 12.2 through 15.4; IOS XR 3.5 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show vrf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1380 | | I |
| 447. | show vrrp | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show vrrp | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 961 | | I |
| 448. | snmp trap link-status | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5 | snmp trap link-status | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 38, 2055 | | I |

128

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 449. | snmp-server chassis-id | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | snmp-server chassis-id | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2040 | | I |
| 450. | snmp-server community | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server community | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2041 | | I |
| 451. | snmp-server contact | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | snmp-server contact | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 37, 2042 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 452. | snmp-server enable traps | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server enable traps | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 2043 | ▆▆▆▆▆ | I |
| 453. | snmp-server engineID local | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | snmp-server engineID local | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 2044 | ▆▆▆▆▆ | I |
| 454. | snmp-server engineID remote | Cisco IOS 12.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5 | snmp-server engineID remote | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 37, 2045 | ▆▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 455. | snmp-server group | Cisco IOS 11.3 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | snmp-server group | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 38, 2047 | ▮▮▮▮▮ | I |
| 456. | snmp-server host | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server host | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 38, 2048 | ▮▮▮▮▮ | I |
| 457. | snmp-server location | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server location | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 38, 2050 | ▮▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 458. | snmp-server source-interface | Cisco IOS 12.2 through 15.4; IOS XE 2.1; NX-OS 5.0 through 6.2 | snmp-server source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 38, 2051 | ▆▆▆▆▆ | I |
| 459. | snmp-server user | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server user | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 38, 2052 | ▆▆▆▆▆ | I |
| 460. | snmp-server view | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | snmp-server view | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 38, 2053 | ▆▆▆▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 461. | spanning-tree bpdufilter | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree bpdufilter | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 23, 1024 | ▬▬▬▬ | I |
| 462. | spanning-tree bpduguard | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree bpduguard | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 23, 1025 | ▬▬▬▬ | I |
| 463. | spanning-tree bridge assurance | NX-OS 4.0 through 6.2 | spanning-tree bridge assurance | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1030 | ▬▬▬▬ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▮▮▮▮▮ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 464. | spanning-tree cost | Cisco IOS 12.0 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree cost | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1031 | ▮▮▮▮ | I |
| 465. | spanning-tree guard | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree guard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1033 | ▮▮▮▮ | I |
| 466. | spanning-tree link-type | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree link-type | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1035 | ▮▮▮▮ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 467. | spanning-tree loopguard default | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree loopguard default | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1036 | | I |
| 468. | spanning-tree mode | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree mode | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1039 | | I |
| 469. | spanning-tree mst configuration | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | spanning-tree mst configuration | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1040 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 470. | spanning-tree portfast bpdufilter default | Cisco IOS 12.2 | spanning-tree portfast bpdufilter default | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1044 | | I |
| 471. | spanning-tree portfast bpduguard default | Cisco IOS 12.2 | spanning-tree portfast bpduguard default | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1045 | | I |
| 472. | spanning-tree port-priority | Cisco IOS 12.0 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree port-priority | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1047 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 473. | spanning-tree transmit hold-count | Cisco IOS 12.2 | spanning-tree transmit hold-count | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1050 | | I |
| 474. | spanning-tree vlan | Cisco IOS 12.0 through 15.4; IOS XE 2.1; NX-OS 4.0 through 6.2 | spanning-tree vlan | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1051 | | I |
| 475. | spf-interval | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | spf-interval | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1762 | | I |

137

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 476. | statistics per-entry | NX-OS 4.0 through 6.2 | statistics per-entry (ACL configuration modes) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 22, 936 | | I |
| 477. | storm-control | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | storm-control | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 20, 729 | | I |
| 478. | switchport access vlan | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | switchport access vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 822 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▬▬▬▬▬ ▬▬▬▬ ▬▬▬▬▬▬ ▬▬ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 479. | switchport backup interface | Cisco IOS 12.2 through 15.4 | switchport backup interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 24, 1052 | ▬▬▬▬ ▬▬ | I |
| 480. | switchport mode | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | switchport mode | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 823 | ▬▬▬▬▬ ▬▬ | I |
| 481. | switchport port-security | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | switchport port-security | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 20, 733 | ▬▬▬▬▬ ▬▬ | I |

139

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 482. | switchport port-security maximum | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | switchport port-security maximum | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 20, 734 | | I |
| 483. | switchport private-vlan mapping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | switchport private-vlan mapping | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 825 | | I |
| 484. | switchport trunk allowed vlan | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | switchport trunk allowed vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 826 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ▆▆▆▆▆▆ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 485. | switchport trunk native vlan | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | switchport trunk native vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 828 | ▆▆▆▆ ▆▆ | I |
| 486. | switchport vlan mapping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; | switchport vlan mapping | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 21, 829 | ▆▆▆▆ ▆▆ | I |
| 487. | tacacs-server host | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | tacacs-server host | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 13, 250-51 | ▆▆▆▆ ▆▆ | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 488. | tacacs-server key | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | tacacs-server key | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 13, 252 | | I |
| 489. | tacacs-server timeout | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | tacacs-server timeout | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 13, 254 | | I |
| 490. | terminal length | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | terminal length | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 12, 176 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 491. | terminal monitor | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | terminal monitor | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 12, 177 | | I |
| 492. | timers basic (RIP) | Cisco IOS 11.0 through 15.4; IOS XR 3.3 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | timers basic (RIP) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 33, 1727 | | I |
| 493. | timers bgp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | timers bgp | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 32, 1708 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 494. | timers lsa arrival | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | timers lsa arrival (OSPFv2) | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1527 | | I |
| 495. | timers throttle lsa all | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | timers throttle lsa all (OSPFv2) | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F,  User Manual, p. 30, 1528 | | I |
| 496. | timers throttle spf | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | timers throttle spf (OSPFv2) | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.15.3F, User Manual, p. | | I |
| 497. | username sshkey | NX-OS 4.0 through 6.2 | username sshkey | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 14, 257 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 498. | vlan internal allocation policy | Cisco IOS 12.2 | vlan internal allocation policy | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 21, 832 | | I |
| 499. | vrf definition | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | vrf definition | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1381 | | I |
| 500. | vrf forwarding | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | vrf forwarding | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 28, 1382 | | I |
| 501. | vrrp authentication | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | vrrp authentication | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 964 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 502. | vrrp delay reload | Cisco IOS 15.1 through 15.4; IOS XR 3.4 through 5.2; IOS XE 3.5 | vrrp delay reload | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 965 | | I |
| 503. | vrrp description | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | vrrp description | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 966 | | I |
| 504. | vrrp ip | Cisco IOS 12.0 through 15.4; IOS XR 5.2; IOS XE 3.5 | vrrp ip | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 967 | | I |
| 505. | vrrp ip secondary | IOS 12.0 through 15.4; IOS XE 3.5 | vrrp ip secondary | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 968 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 506. | vrrp preempt | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | vrrp preempt | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 972 | | I |
| 507. | vrrp priority | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | vrrp priority | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 975 | | I |
| 508. | vrrp shutdown | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | vrrp shutdown | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 976 | | I |

Exhibit Copying-2 – Evidence of Command Copying

| | Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Exemplary Infringing Work(s) in Which Command Expression Appears[1] | ███████████ ███████████ ███████████ ██████ | Identical (I) or Similar (S) |
|---|---|---|---|---|---|---|
| 509. | vrrp timers advertise | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | vrrp timers advertise | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F, EOS v. 4.15.3F, User Manual, p. 23, 977 | ████████ ████ | I |

**Arista User Manuals**

| Date | Manual | Bates Begin | Bates End |
|---|---|---|---|
| 4/8/2009 | Arista Networks EOS User Manual Version 4.0.1 | CSI-CLI-00007244 | CSI-CLI-00007472 |
| 3/31/2010 | Arista Networks EOS User Manual Version 4.4.0 | CSI-CLI-00007473 | CSI-CLI-00007840 |
| 3/28/2011 | Arista Networks EOS User Manual Version 4.6.2 | CSI-CLI-00006858 | CSI-CLI-00007243 |
| 7/19/2012 | Arista Networks EOS User Manual Version 4.10.0 | CSI-CLI-00007841 | CSI-CLI-00008984 |
| 1/22/2013 | Arista Networks EOS User Manual Version 4.11.1 - Rev. 2 | CSI-CLI-00010517 | CSI-CLI-00011972 |
| 3/1/2013 | Arista Networks EOS User Manual Version 4.11.2.1 | CSI-CLI-00008985 | CSI-CLI-00010516 |
| 9/16/2013 | Arista Networks EOS User Manual Version 4.12.4 | CSI-CLI-00014141 | CSI-CLI-00016000 |

Exhibit Copying-2 – Evidence of Command Copying

| | | | |
|---|---|---|---|
| 4/14/2014 | Arista Networks EOS User Manual Version 4.13.6F | CSI-CLI-00016001 | CSI-CLI-00018140 |
| 6/17/2014 | Arista Networks EOS User Manual Version 4.13.7M | CSI-CLI-00011973 | CSI-CLI-00014140 |
| 10/2/2014 | Arista Networks EOS User Manual Version 4.14.3F - Rev. 2 | CSI-CLI-00018146 | CSI-CLI-00020337 |
| 12/22/2014 | Arista Networks EOS User Manual Version 4.14.5F - Rev. 2 | CSI-CLI-00000084 | CSI-CLI-00002331 |
| 1/19/2015 | Arista Networks EOS User Manual Version 4.14.6M | CSI-CLI-00004616 | CSI-CLI-00006857 |
| 4/2015 | Arista Networks EOS User Manual Version 4.15.OF - Rev. 2.27 | CSI-CLI-00020575 | CSI-CLI-00022852 |
| 4/18/2015 | Arista Networks EOS User Manual Version 4.15.OF | CSI-CLI-00002332 | CSI-CLI-00004615 |
| 11/20/2015 | Arista Networks EOS User Manual Version 4.15.3F | CSI-CLI-06302874 | CSI-CLI-06305161 |

Exhibit Copying-2 – Evidence of Command Copying

# Exhibit Copying-3

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | ```
Router# show interfaces atm 0/0/0
ATM0/0/0 is up, line protocol is up
  Hardware is cyBus ATM
  Internet address is 10.1.1.1/24
MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255
  Encapsulation ATM, loopback not set, keepalive set (10 sec)
  Encapsulation(s): AAL5, PVC mode
  256 TX buffers, 256 RX buffers,
  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs
  VC idle disconnect time: 300 seconds
  Last input never, output 00:00:05, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/40, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 0 bits/sec, 1 packets/sec
  5 minute output rate 0 bits/sec, 1 packets/sec
      5 packets input, 560 bytes, 0 no buffer
      Received 0 broadcasts, 0 runts, 0 giants
      0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
      5 packets output, 560 bytes, 0 underruns
      0 output errors, 0 collisions, 0 interface resets
      0 output buffer failures, 0 output buffers swapped out
``` | Examples<br>• These commands display interface counters, clear the counters, then display the counters again.<br><br>```
switch#show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 01 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
  2285370854VU5 packets input, 225028582832583 bytes
  Received 29769609741 broadcasts, 3073437605 multicast
  113 runts, 1 giants
  118 input errors, 117 CRC, 0 alignment, 18 symbol
  27511409 PAUSE input
  335031607678 packets output, 27845413138330 bytes
  Sent 14282316688 broadcasts, 54045824072 multicast
  108 output errors, 0 collisions
  0 late collision, 0 deferred
  0 PAUSE output
``` |
| Cisco IOS XE 3.5<br><br>Effective date of registration: 11/24/2014 | Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at 476 | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 533.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 638.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 646.<br>Arista User Manual v. 4.14.5F – Rev 2 (12/22/2014), at 648.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 644.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 652.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 12.4<br><br>Effective date of registration: 8/12/2005 | `Router# show ip route`<br><br>`Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP`<br>`D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area`<br>`N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2`<br>`E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP`<br>`i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2`<br>`ia - IS-IS inter area, * - candidate default, U - per-user static route`<br>`o - ODR, P - periodic downloaded static route`<br><br>`Gateway of last resort is not set`<br><br>Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553 | IPv4 Routing                                    Chapter 23  IPv4<br><br>Examples<br>• This command displays IP routes learned through BGP.<br><br>`switch>show ip route bgp`<br>`Codes: C - connected, S - static, K - kernel,`<br>`       O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,`<br>`       E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,`<br>`       N2 - OSPF NSSA external type2, B I - IBGP, B E - eBGP,`<br>`       R - RIP, A - Aggregate`<br><br>`B E   170.44.48.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.50.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.54.0/23 [20/0] via 170.44.254.78`<br>`B E   170.44.56.112/30 [20/0] via 170.44.254.78`<br>`B E   170.53.0.34/32 [1/0] via 170.44.254.78`<br>`B I   170.53.0.35/32 [1/0] via 170.44.254.2`<br>`                              via 170.44.254.13`<br>`                              via 170.44.254.67`<br>`                              via 170.44.254.95`<br>`                              via 170.44.254.98`<br><br>`switch>`<br><br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 617.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 840.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 880.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1085.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1188.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1228.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1250.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1246.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1254.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1248.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1206. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | **Usage Guidelines**  This command provides counter information for SNMP operations. It also displays the chassis ID string defined with the **snmp-server chassis-id** global configuration command.<br><br>**Command Examples**  The following is sample output from the **show snmp** command:<br><br>```<br>Router# show snmp<br>Chassis: 12161083<br>0 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    0 Number of requested variables<br>    0 Number of altered variables<br>    0 Get-request PDUs<br>    0 Get-next PDUs<br>    0 Set-request PDUs<br>    0 Input queue packet drops (Maximum queue size 1000)<br>0 SNMP packets output<br><br>    0 Too big errors (Maximum packet size 1500)<br>    0 No such name errors<br>    0 Bad values errors<br>    0 General errors<br>    0 Response PDUs<br>    0 Trap PDUs<br>SNMP logging: enabled<br>```<br><br>Cisco IOS SNMP Support Command Reference (2011), at 95-96 | **Configuring SNMP**                                    **Chapter 37  SNMP**<br><br>```<br>8 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    8 Number of requested variables<br>    0 Number of altered variables<br>    4 Get-request PDUs<br>    4 Get-next PDUs<br>    0 Set-request PDUs<br>21 SNMP packets output<br>    0 Too big errors<br>    0 No such name errors<br>    0 Bad value errors<br>    0 General errors<br>    8 Response PDUs<br>    0 Trap PDUs<br>SNMP logging: enabled<br>    Logging to taccon.162<br>SNMP agent enabled<br>switch(config)#<br>```<br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 1043.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1353.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1433.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1924.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1968.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1982.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1986.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1980. |

3

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Command Examples** This example shows the output from the **show port-security** command when you do not enter any options.<br><br>`Router# show port-security`<br><br>Secure Port   MaxSecureAddr   CurrentAddr   SecurityViolation   Security Action<br>         (Count)      (Count)     (Count)<br><br>Fa5/1       11       11      0     Shutdown<br>Fa5/5       15       5      0     Restrict<br>Fa5/11     5       4      0     Protect<br><br>Total Addresses in System: 21<br>Max Addresses limit in System: 128<br>Router#<br><br>Cisco IOS Security Command Reference Commands S to Z (July 2011), at 692 | **Example**<br>• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.<br><br>`switch(config)#interface ethernet 7`<br>`switch(config-if-Et7)#switchport port-security`<br>`switch(config-if-Et7)#switchport port-security maximum 2`<br>`switch(config-if-Et7)#exit`<br>`switch(config)#mac address-table static 0034.24c2.8f11 vlan 10 interface ethernet 7`<br>`switch(config)#mac address-table static 4464.842d.17ce vlan 10 interface ethernet 7`<br>`switch(config)#clear mac address-table dynamic interface ethernet 7`<br>`switch(config)#show port-security`<br>Secure Port    MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action<br>           (Count)    (Count)     (Count)<br><br>Et7        2        2        0      Shutdown |
| Cisco IOS 15.2<br><br>Effective date of registration:<br><br>11/24/2014 | | Arista User Manual v. 4.10.0 (7/19/2012), at 318.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 405-406.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 439.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 520.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 624.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 624.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 632.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 634.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 630.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 638.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 630. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | ```<br>Router# show interface cbr 6/0<br>CBR6/0 is up, line protocol is up<br>  Hardware is DCU<br>  MTU 0 bytes, BW 1544 Kbit, DLY 0 usec, rely 255/255, load 248/255<br>  Encapsulation ET_ATMCES_T1, loopback not set<br>  Last input 00:00?00, output 00:00:00, output hang never<br>  Last clearing of "show interface" counters never<br>  Queueing strategy: fifo<br>  Output queue 0/0, 0 drops; input queue 0/75, 0 drops<br>  5 minute input rate 1507000 bits/sec, 3957 packets/sec<br>  5 minute output rate 1507000 bits/sec, 3955 packets/sec<br>    3025960 packets input, 142220120 bytes, 0 no buffer<br>    Received 0 broadcasts, 0 runts, 0 giants<br>    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort<br>    3030067 packets output, 142413149 bytes, 0 underruns<br>    0 output errors, 0 collisions, 0 interface resets<br>    0 output buffer failures, 0 output buffers swapped out<br>```<br>The table below describes the fields shown in the display.<br><br>Cisco IOS Asynchronous Transfer Mode Command Reference (2013), at 460 | ```<br>switch#show interfaces ethernet 1<br>Ethernet1 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)<br>  MTU 9212 bytes, BW 10000000 Kbit<br>  Full-duplex, 10Gb/s, auto negotiation: off<br>  Last clearing of "show interface" counters never<br>  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec<br>  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec<br>    2285370854005 packets input, 225028582832583 bytes<br>    Received 29769609741 broadcasts, 3073437605 multicast<br>    113 runts, 1 giants<br>    118 input errors, 117 CRC, 0 alignment, 18 symbol<br>    27511409 PAUSE input<br>    335031607678 packets output, 27845413138330 bytes<br>    Sent 14282316688 broadcasts, 54045824072 multicast<br>    108 output errors, 0 collisions<br>    0 late collision, 0 deferred<br>    0 PAUSE output<br>```<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 533.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 637.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 638.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 646<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 644.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 652.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | ```
Router# show interfaces
Ethernet0/0 is up, line protocol is up
  Hardware is AmdP2, address is aabb.cc03.6c00 (bia aabb.cc03.6c00)
  Internet address is 172.17.1.1/16
  MTU 1500 bytes, BW 10000 Kbit, DLY 1000 usec,
    reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output 00:00:06, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
     0 packets input, 0 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 input packets with dribble condition detected
     11 packets output, 1648 bytes, 0 underruns
     0 output errors, 0 collisions, 1 interface resets
     0 babbles, 0 late collision, 0 deferred
     0 lost carrier, 0 no carrier
     0 output buffer failures, 0 output buffers swapped out
``` | ```
switch#show interfaces ethernet 1
Ethernet1 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7302.2fff (bia 001c.7302.2fff)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Last clearing of "show interface" counters never
  5 minutes input rate 301 bps (0.0% with framing), 0 packets/sec
  5 minutes output rate 0 bps (0.0% with framing), 0 packets/sec
     2285370854005 packets input, 225028582832583 bytes
     Received 29769609741 broadcasts, 3073437605 multicast
     113 runts, 1 giants
     118 input errors, 117 CRC, 0 alignment, 18 symbol
     27511409 PAUSE input
     335031607678 packets output, 27845413138330 bytes
     Sent 14282316688 broadcasts, 54045824072 multicast
     108 output errors, 0 collisions
     0 late collision, 0 deferred
     0 PAUSE output
``` |
| | Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 44 | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 413.
Arista User Manual v. 4.11.2.1 (3/1/2013), at 447.
Arista User Manual v. 4.12.4 (9/16/2013), at 533.
Arista User Manual v. 4.13.6F (4/14/2014), at 637.
Arista User Manual v. 4.13.7M (6/17/2014), at 638.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/14), at 646.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 648.
Arista User Manual v. 4.14.6M (1/19/2015), at 644.
Arista User Manual v. 4.15.0F (4/18/2015), at 652.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 644. |
| Cisco IOS 15.4

Effective date of registration: 11/26/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | Use the **show interface** *interface-type interface-number* command to display the information and statistics for Ethernet 0 on R4.<br><br>R4> `show interface ethernet 0`<br>Ethernet0 is up, line protocol is up<br>  Hardware is Lance, address is 00e0.1eb8.eb0e (bia 00e0.1eb8.eb0e)<br>The MAC address for Ethernet 0 on R4 is 00e0.1eb8.eb0e. The format of the client identifier for this interface is null:cisco-00e0.1eb8.eb0e-et0.<br><br><br>Cisco Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 81 | This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>switch(config)#`interface ethernet 7`<br>switch(config-if-Et7)#`mac-address 001c.2804.17e1`<br>switch(config-if-Et7)#`show interface ethernet 7`<br>Ethernet3 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 312.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 342.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 390.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 429.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 429.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 437<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 439.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 435.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 443.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 435. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | **show ip igmp snooping**<br><br>To display the Internet Group Management Protocol (IGMP) snooping configuration of a device, use the **show ip igmp snooping** command in user EXEC or privileged EXEC mode.<br><br>**show ip igmp snooping** [groups [count| vlan *vlan-id* [*ip-address*] count]] mrouter [[vlan *vlan-id*] [bd *bd-id*]] | querier| vlan *vlan-id* bd *bd-id*]<br><br>Cisco IOS Multicast Command Reference at 625 (2013)<br><br>The following is sample output from the **show ip igmp snooping** command:<br><br>`Router# show ip igmp snooping`<br><br>`Global IGMP Snooping configuration:`<br>`-----------------------------------`<br>`IGMP snooping           : Enabled`<br>`IGMPV3 snooping (minimal) : Enabled`<br>`Report suppression      : Enabled`<br>`TCN solicit query       : Disabled`<br>`TCN flood query count   : 2`<br>`Last Member Query Interval : 1000`<br><br>IOS Multicast Command Reference (2013), at 625 | **IGMP Snooping Status**<br><br>The **show ip igmp snooping** command displays the Internet Group Management Protocol (IGMP snooping configuration of a device.<br><br>**Example**<br>• This command displays the switch's IGMP snooping configuration.<br><br>`switch>show ip igmp snooping`<br>`   Global IGMP Snooping configuration:`<br>`   -----------------------------------`<br>`   IGMP snooping          : Enabled`<br>`   Robustness variable    : 2`<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1263.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1339.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1559.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1733.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1810.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1785.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1799.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1794.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1803.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1797. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show interfaces transceiver**<br><br>To display information about the optical transceivers that have digital optical monitoring (DOM) enabled, use the showinterfacestransceiver command in privileged EXEC mode.<br><br>**Catalyst 6500 Series Switches and Cisco 7600 Series Routers**<br>show interfaces [*interface interface-number*] transceiver [threshold violations\| properties] [detail module number]<br><br>**Cisco 7200 VXR**<br>show interfaces [*interface interface-number*] transceiver<br><br>**Cisco ASR 901 Routers**<br>show interfaces [*interface interface-number*] transceiver [threshold {table \| violations} \| detail \| supported-list]<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1878<br><br>**Examples**     This example shows how to display transceiver information:<br><br>```<br>Router# show interfaces transceiver<br>If device is externally calibrated, only calibrated values are printed.<br>++ : high alarm, + : high warning, - : low warning, -- : low alarm.<br>NA or N/A: not applicable, Tx: transmit, Rx: receive.<br>mA: milliamperes, dBm: decibels (milliwatts).<br><br>                                                Optical  Optical<br>          Temperature  Voltage  Current  Tx Power  Rx Power<br>Port      (Celsius)    (Volts)  (mA)     (dBm)     (dBm)<br>-----     -----------  -------  -------  --------  --------<br>Gi1/1     40.6         5.09     0.4      -25.2     N/A<br>Gi2/1     35.5         5.05     0.1      -29.2     N/A<br>Gi2/2     49.5         3.30     0.0      7.1       -18.7<br>```<br><br>Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1879 | **show interfaces transceiver**<br><br>The show interfaces transceiver command displays operational transceiver data for the specified interfaces.<br><br>Platform          all<br>Command Mode      EXEC<br><br>Command Syntax<br>show interfaces [*INTERFACE*] transceiver [*DATA_FORMAT*]<br><br>. . .<br><br>Examples<br>• This command displays transceiver data on Ethernet interfaces 1 through 4.<br><br>```<br>switch>show interfaces ethernet 1-4 transceiver<br>If device is externally calibrated, only calibrated values are printed.<br>N/A: not applicable, Tx: transmit, Rx: receive.<br>mA: milliamperes, dBm: decibels (milliwatts).<br>                             Bias    Optical   Optical<br>          Temp     Voltage   Current Tx Power  Rx Power  Last Update<br>Port      (Celsius) (Volts)  (mA)    (dBm)     (dBm)     (Date Time)<br>-----     --------  -------  ------- --------  --------  ----------------<br>Et1       34.17     3.30     6.75    -2.41     -2.83     2011-12-02 16:18:48<br>Et2       35.08     3.30     6.75    -2.23     -2.06     2011-12-02 16:18:42<br>Et3       36.72     3.30     7.20    -2.02     -2.14     2011-12-02 16:18:49<br>Et4       35.91     3.30     6.92    -2.20     -2.23     2011-12-02 16:18:45<br>switch>``` |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 326.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 356.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 404.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 443.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 443.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 451.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 453.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 449.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 457.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 449. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | *start-ip*  Starting IP address that defines the range of addresses in the address pool.<br><br>*end-ip*  Ending IP address that defines the range of addresses in the address pool.<br><br><br>Cisco IOS IP Addressing Services Command Reference at 22 (2011) | *start_addr*  The starting IP address that defines the range of addresses in the address pool (IPv4 addresses in dotted decimal notation).<br><br>*end_addr*  The ending IP address that defines the range of addresses in the address pool. (IPv4 addresses in dotted decimal notation).<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 1121.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1233.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1251.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/2014), at 1278<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1299.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1295.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1303.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1297. |

Exhibit Copying-3 -- Evidence of Output Copying

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | The following is sample output from the **show ip ospf** command when entered without a specific OSPF process ID:<br><br>Router# `show ip ospf`<br><br>Routing Process "ospf 201" with ID 10.0.0.1 and Domain ID 10.20.0.1<br>Supports only single TOS(TOS0) routes<br>Supports opaque LSA<br>SPF schedule delay 5 secs, Hold time between two SPFs 10 secs<br>Minimum LSA interval 5 secs. Minimum LSA arrival 1 secs<br>LSA group pacing timer 100 secs<br>Interface flood pacing timer 55 msecs<br>Retransmission pacing timer 100 msecs<br>Number of external LSA 0. Checksum Sum 0x0<br>Number of opaque AS LSA 0. Checksum Sum 0x0<br>Number of DCbitless external and opaque AS LSA 0<br>Number of DoNotAge external and opaque AS LSA 0<br>Number of areas in this router is 2. 2 normal 0 stub 0 nssa<br>External flood list length 0<br>    Area BACKBONE(0)<br>        Number of interfaces in this area is 2<br>        Area has message digest authentication<br>        SPF algorithm executed 4 times<br>        Area ranges are<br>        Number of LSA 4. Checksum Sum 0x29BEB<br>        Number of opaque link LSA 0. Checksum Sum 0x0<br>        Number of DCbitless LSA 3<br>        Number of indication LSA 0<br>        Number of DoNotAge LSA 0<br>        Flood list length 0<br>    Area 172.16.26.0<br>        Number of interfaces in this area is 0<br>        Area has no authentication<br>        SPF algorithm executed 1 times<br>        Area ranges are<br>        192.168.0.0/16 Passive Advertise<br>        Number of LSA 1. Checksum Sum 0x44FD<br>        Number of opaque link LSA 0. Checksum Sum 0x0<br>        Number of DCbitless LSA 1<br>        Number of indication LSA 1<br>        Number of DoNotAge LSA 0<br>        Flood list length 0<br><br>Cisco IOS IP Routing:OSPF Command Reference (2013), at 174 | switch# `show ip ospf`<br>Routing Process "ospf 1" with ID 10.168.103.1<br>  Supports opaque LSA<br>  Maximum number of LSA allowed 12000<br>    Threshold for warning message 75%<br>    Ignore-time 5 minutes, reset-time 5 minutes<br>    Ignore-count allowed 5, current 0<br>  It is an area border router<br>  Hold time between two consecutive SPFs 5000 msecs<br>  SPF algorithm last executed 00:00:09 ago<br>  Minimum LSA interval 5 secs<br>  Minimum LSA arrival 1000 msecs<br>  Number of external LSA 0. Checksum Sum 0x000000<br>  Number of opaque AS LSA 0. Checksum Sum 0x000000<br><br>  Number of LSA 27.<br>  Number of areas in this router is 3. 3 normal 0 stub 0 nssa<br>    Area BACKBONE(0.0.0.0)<br>        Number of interfaces in this area is 2<br>        It is a normal area<br>        Area has no authentication<br>        SPF algorithm executed 153 times<br>        Number of LSA 8. Checksum Sum 0x03e13a<br>        Number of opaque link LSA 0. Checksum Sum 0x000000<br>    Area 0.0.0.2<br>        Number of interfaces in this area is 1<br>        It is a normal area<br>        Area has no authentication<br>        SPF algorithm executed 153 times<br>        Number of LSA 11. Checksum Sum 0x054e57<br>        Number of opaque link LSA 0. Checksum Sum 0x000000<br>    Area 0.0.0.3<br>        Number of interfaces in this area is 1<br>        It is a normal area<br>        Area has no authentication<br>        SPF algorithm executed 5 times<br>        Number of LSA 6. Checksum Sum 0x02a401<br>        Number of opaque link LSA 0. Checksum Sum 0x000000<br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 947.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 991.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1226.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1341-1342.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1359-1360.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1391-1392.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1413.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1409.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1417.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1411. |
| Cisco IOS 15.4<br><br>Effective date of registration:<br>11/26/2014 | 11 | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Examples**  The following is sample output from the **show snmp** command:<br><br>Router# show snmp<br>Chassis: 121A1083<br>0 SNMP packets input<br>    0 Bad SNMP version errors<br>    0 Unknown community name<br>    0 Illegal operation for community name supplied<br>    0 Encoding errors<br>    0 Number of requested variables<br>    0 Number of altered variables<br>    0 Get-request PDUs<br>    0 Get-next PDUs<br>    0 Set-request PDUs<br>0 Input queue packet drops (Maximum queue size 1000)<br>0 SNMP packets output<br>    0 Too big errors (Maximum packet size 1500)<br>    0 No such name errors<br>    0 Bad values errors<br>    0 General errors<br>    0 Response PDUs<br>    0 Trap PDUs<br>SNMP logging: enabled<br>    SNMP Trap Queue: 0 dropped due to resource failure.<br><br>Cisco IOS SNMP Support Command Reference (2013), at 83 | **Example**<br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>switch(config)#snmp-server chassis-id xyz-1234<br>switch(config)#show snmp<br>    Chassis: xyz-1234              <---*chassis ID*<br><br><br>    8 SNMP packets input<br>        0 Bad SNMP version errors<br>        0 Unknown community name<br>        0 Illegal operation for community name supplied<br>        0 Encoding errors<br>        8 Number of requested variables<br>        0 Number of altered variables<br>        4 Get-request PDUs<br>        4 Get-next PDUs<br>        0 Set-request PDUs<br>    21 SNMP packets output<br>        0 Too big errors<br>        0 No such name errors<br>        0 Bad value errors<br>        0 General errors<br>        8 Response PDUs<br>        0 Trap PDUs<br>    SNMP logging: enabled<br>        Logging to taccon.162<br>    SNMP agent enabled<br>    switch(config)# |
| Cisco IOS 15.4<br><br>Effective date of registration: 11/26/2014 | | Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1352-1353.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1432-1433.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1705-1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1895-1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1923-1924.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1981-82.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1977-1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1985-1986.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1979-1980 |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | <table><tr><td>IGMP version</td><td>2</td></tr><tr><td>Startup query interval</td><td>30 seconds</td></tr><tr><td>Startup query count</td><td>2</td></tr><tr><td>Robustness value</td><td>2</td></tr><tr><td>Querier timeout</td><td>255 seconds</td></tr><tr><td>Query timeout</td><td>255 seconds</td></tr><tr><td>Query max response time</td><td>10 seconds</td></tr><tr><td>Query interval</td><td>125 seconds</td></tr><tr><td>Last member query response interval</td><td>1 second</td></tr><tr><td>Last member query count</td><td>2</td></tr><tr><td>Group membership timeout</td><td>260 seconds</td></tr><tr><td>Report link local multicast groups</td><td>Disabled</td></tr><tr><td>Enforce router alert</td><td>Disabled</td></tr><tr><td>Immediate leave</td><td>Disabled</td></tr></table><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Configuration Guide (2012), at 24 | Current IGMP router version: 2<br>IGMP query interval: 125 seconds<br>IGMP max query response time: 100 deciseconds<br>Last member query response interval: 10 deciseconds<br>Last member query response count: 2<br>IGMP querier: 172.17.26.1<br>Robustness: 2<br>Require router alert: enabled<br>Startup query interval: 312 deciseconds<br>Startup query count: 2<br>General query timer expiry: 00:00:22<br>Multicast groups joined:<br>  239.255.255.250<br><br>Arista User Manual v. 4.10.0 (7/19/2012), at 970.<br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1261.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1337.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1606.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1780.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1808.<br>Arista User Manual v. 4.14.3F - Rev. 2 (10/2/14), at 1850.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1864.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1860.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1868.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1862. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display VTP interface switchport information on the device:<br><br>```<br>switch# show interface switchport<br>Name: Ethernet8/11<br>  Switchport: Enabled<br>  Switchport Monitor: Not enabled<br>  Operational Mode: trunk<br>  Access Mode VLAN: 1 (default)<br>  Trunking Native Mode VLAN: 1 (default)<br>  Trunking VLANs Enabled: 1,10,20-30<br>  Pruning VLANs Enabled: 2-1001<br>  Administrative private-vlan primary host-association: none<br>  Administrative private-vlan secondary host-association: none<br>  Administrative private-vlan primary mapping: none<br>  Administrative private-vlan secondary mapping: none<br>  Administrative private-vlan trunk native VLAN: none<br>  Administrative private-vlan trunk encapsulation: dot1q<br>  Administrative private-vlan trunk normal VLANs: none<br>  Administrative private-vlan trunk private VLANs: none<br>  Operational private-vlan: none<br>switch#<br>```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 44 | **Example**<br>• These commands create the trunk mode allowed VLAN list of 6-10 for Ethernet interface 14, then verifies the VLAN list.<br><br>```<br>switch(config)#interface ethernet 14<br>switch(config-if-Et14)#switchport trunk allowed vlan 6-10<br>switch(config-if-Et14)#show interfaces ethernet 14 switchport<br>Name: Et14<br>  Switchport: Enabled<br>  Administrative Mode: trunk<br>  Operational Mode: trunk<br>  Access Mode VLAN: 1 (inactive)<br>  Trunking Native Mode VLAN: 1 (inactive)<br>  Administrative Native VLAN tagging: disabled<br>  Trunking VLANs Enabled: 6-10<br>  Trunk Groups:<br><br>switch(config-if-Et14)#<br>```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 665.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 773.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 791.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 798.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 800.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 796.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 804.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 796. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**<br><br>This example shows how to display information about the specified VLAN. This command displays statistical information gathered on the VLAN at 1-minute intervals:<br><br>`switch# show interface vlan 5`<br>`Vlan5 is administratively down, line protocol is down`<br>`  Hardware is EtherSVI, address is 0000.0000.0000`<br>`  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,`<br>`    reliability 255/255, txload 1/255, rxload 1/255`<br>`  Encapsulation ARPA, loopback not set`<br>`  Keepalive not supported`<br>`  ARP type: ARPA`<br>`  Last clearing of "show interface" counters 01:21:55`<br>`  1 minute input rate 0 bytes/sec, 0 packets/sec`<br>`  1 minute output rate 0 bytes/sec, 0 packets/sec`<br>`  L3 Switched:`<br>`    input: 0 pkts, 0 bytes - output: 0 pkts, 0 bytes`<br>`  L3 in Switched:`<br>`    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes`<br>`  L3 out Switched:`<br>`    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes`<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 44 | **Example**<br><br>• This command display configuration and status information for Ethernet interface 1 and 2.<br><br>`switch>show interfaces ethernet 1-2`<br>`Ethernet1 is up, line protocol is up (connected)`<br>`  Hardware is Ethernet, address is 001c.2481.7647 (bia 001c.2481.7647)`<br>`  Description: mkt1`<br>`  MTU 9212 bytes, BW 10000000 Kbit`<br>`  Full-duplex, 10Gb/s, auto negotiation: off`<br>`  Last clearing of "show interface" counters never`<br>`  5 seconds input rate 83.5 Mbps (0.3% with framing), 840 packets/sec`<br>`  5 seconds output rate 180 kbps (0.0% with framing), 55 packets/sec`<br>`     76437268 packets input, 94280286608 bytes`<br>`     Received 2208 broadcasts, 73358 multicast`<br>`     0 runts, 0 giants`<br>`     0 input errors, 0 CRC, 0 alignment, 0 symbol`<br>`     0 PAUSE input`<br>`     6184281 packets output, 4071319140 bytes`<br>`     Sent 2209 broadcasts, 345754 multicast`<br>`     0 output errors, 0 collisions`<br>`     0 late collision, 0 deferred`<br>`     0 PAUSE output`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 567.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 672.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 673.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 681.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 683.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 679.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 687.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 679. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**  This example shows how to display STP when you are running Rapid PVST+:<br><br>`switch# show spanning-tree`<br><br>```<br>VLAN0001<br>  Spanning tree enabled protocol rstp<br>  Root ID    Priority    32769<br>             Address     000d.eca3.9f01<br>             Cost        4<br>             Port        4105 (port-channel10)<br>             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>  Bridge ID  Priority    32769  (priority 32768 sys-id-ext 1)<br>             Address     0022.5579.7641<br>             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role Sts Cost      Prio.Nbr Type<br>---------------- ---- --- --------- -------- ----<br>Po10             Root FWD 2         128.4105 (VPC peer-link) P2p<br>Po20             Desg FWD 1         128.4115 (VPC) P2p<br>Po30             Root FWD 1         128.4125 (VPC) P2p<br>```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 63 | Show commands (such as show spanning-tree) displays the RSTP instance as MST0 (MST instance 0).<br><br>**Example**<br>• This command, while the switch is in RST mode, displays RST instance information.<br><br>`switch(config)#show spanning-tree`<br>```<br>MST0<br>  Spanning tree enabled protocol rstp          <---RSTP mode indicator<br>  Root ID    Priority    32768<br>             Address     001c.730c.1867<br>             This bridge is the root<br><br>  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>             Address     001c.730c.1867<br>             Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role        State      Cost   Prio.Nbr Type<br>---------------- ----------- ---------- ------ -------- ----<br>Et51             designated  forwarding 2000   128.51   P2p<br>```<br>`switch(config)#`<br><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 860.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 924.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 942.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 960.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 962.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 958.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 966.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 958. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display STP information when you are running MST:<br><br>`switch# show spanning-tree`<br><br>MST0000<br>  Spanning tree enabled protocol mstp<br>  Root ID    Priority    32768<br>             Address     0018.bad8.fc150<br>             Cost        0<br>             Port        258 (Ethernet 2/2)<br>             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>  Bridge ID  Priority    32768 (priority 32768 sys-id-ext 0)<br>             Address     0018.bad8.239d<br>             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role Sts Cost      Prio.Nbr  Type<br>---------------- ---- --- --------- --------- --------------------<br>Eth2/1           Altn BKN 20000     128.257   Network, P2p  BA_Inc.<br>Eth2/2           Root FWD 20000     128.258   Edge, P2p<br>Eth3/48          Desg FWD 20000     128.43228 P2p<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 63 | This command displays output from the show spanning-tree command:<br><br>`Switch# show spanning-tree`<br>MST0<br>  Spanning tree enabled protocol mstp<br>  Root ID    Priority    32768<br>             Address     0011.2201.0301<br>             This bridge is the root<br><br>  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>             Address     0011.2201.0301<br>             Hello Time  2 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface        Role     State      Cost      Prio.Nbr Type<br>---------------- -------- ---------- --------- -------- --------------------<br>Et4                       designated forwarding 2000      128.4    P2p<br>Et5                       designated forwarding 2000      128.5    P2p<br>...<br>PEt4                      designated forwarding 2000      128.31   P2p<br>PEt5                      designated forwarding 2000      128.44   P2p<br>...<br>Po3                       designated forwarding 1999      128.1003 P2p<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 883.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 947.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 965.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 985.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 981.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 989.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 981. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Spanning tree enabled protocol rstp<br>Root ID    Priority    32770<br>      Address    000d.eca3.9f01<br>      Cost    4<br>      Port    4105 (port-channel10)<br>      Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32770  (priority 32768 sys-id-ext 2)<br>      Address    0022.5579.7641<br>      Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface      Role Sts Cost      Prio.Nbr Type<br>---------------- ---- --- -----    -------- ----<br>Po10          Root FWD 2      128.4105 (vPC peer-link) P2p<br>Po20          Desg FWD 1      128.4115 (vPC) P2p<br>Po30          Root FWD 1      128.4125 (vPC) P2p<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 73 | Spanning tree enabled protocol rstp<br>Root ID    Priority    32768<br>      Address    001c.7301.07b9<br>      Cost    1999 (Ext) 0 (Int)<br>      Port    101 (Port-Channel2)<br>      Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)<br>      Address    001c.7304.195b<br>      Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec<br><br>Interface      Role      State      Cost      Prio.Nbr Type<br>---------------- ---- ---------- -----    -------- ----<br>Et4            designated forwarding 20000      128.4  P2p<br>Et5            designated forwarding 20000      128.5  P2p<br>Et6            designated forwarding 20000      128.6  P2p<br>Et23          designated forwarding 20000      128.23  P2p<br>Et26          designated forwarding 20000      128.26  P2p<br>Et32          designated forwarding 2000      128.32  P2p<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 883.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 947.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 965.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 983.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 985.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 981.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 989.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 981. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | This example shows how to display detailed information about the STP configuration:<br><br>`switch(config)# show spanning-tree detail`<br><br>VLAN0001 is executing the rstp compatible Spanning Tree protocol<br>Bridge Identifier has priority 32768, sysid 1, address 0022.5579.7641<br>Configured hello time 2, max age 20, forward delay 15<br>Current root has priority 32768, address 000d.eca3.9f01<br>Root port is 4105 (port-channel10), cost of root path is 4<br>Topology change flag not set, detected flag not set<br>Number of topology changes 1 last change occurred 20:24:36 ago<br>  from port-channel10<br>Times:  hold 1, topology change 35, notification 2<br>       hello 2, max age 20, forward delay 15<br>Timers: hello 0, topology change 0, notification 0<br><br>Port 4105 (port-channel10, vPC Peer-link) of VLAN0001 is root forwarding<br>  Port path cost 2, Port priority 128, Port Identifier 128.4105<br>  Designated root has priority 32769, address 000d.eca3.9f01<br>  Designated bridge has priority 32769, address 0022.5579.7341<br>  Designated port id is 128.4105, designated path cost 2<br>  Timers: message age 16, forward delay 0, hold 0<br>  Number of transitions to forwarding state: 1<br>  Link type is point-to-point by default<br><br>  BPDU: sent 36729, received 36739<br><br>Port 4115 (port-channel20, vPC) of VLAN0001 is designated forwarding<br>  Port path cost 1, Port priority 128, Port Identifier 128.4115<br>  Designated root has priority 32769, address 000d.eca3.9f01<br>  Designated bridge has priority 32769, address 0022.5579.7341<br>  Designated port id is 128.4115, designated path cost 2<br>  Timers: message age 0, forward delay 0, hold 0<br>  Number of transitions to forwarding state: 0<br>  Link type is point-to-point by default<br>  BPDU: sent 0, received 0<br><br>Port 4125 (port-channel30, vPC) of VLAN0001 is root forwarding<br>  Port path cost 1, Port priority 128, Port Identifier 128.4125<br>  Designated root has priority 32769, address 000d.eca3.9f01<br>  Designated bridge has priority 32769, address 000d.eca3.9f01<br>  Designated port id is 128.4125, designated path cost 0<br>  Timers: message age 0, forward delay 0, hold 0<br>  Number of transitions to forwarding state: 0<br>  Link type is point-to-point by default<br>  BPDU: sent 0, received 0 | • This command displays STP data, including an information block for each interface running STP.<br><br>`switch>show spanning-tree vlan 1000 detail`<br>MST0 is executing the rstp Spanning Tree protocol<br>  Bridge Identifier has priority 32768, sysid 0, address 001c.7304.195b<br>  Configured hello time 2.000, max age 20, forward delay 15, transmit hold-count 6<br>  Current root has priority 32768, address 001c.7301.07b9<br>  Root port is 101(Port-Channel2), cost of root path is 1999 (Ext) 0 (Int)<br>  Number of topology changes 4109 last change occurred 1292651 seconds ago<br>    from Ethernet13<br><br>Port 4 (Ethernet4) of MST0 is designated forwarding<br>  Port path cost 20000, Port priority 128, Port Identifier 128.4.<br>  Designated root has priority 32768, address 001c.7301.07b9<br>  Designated bridge has priority 32768, address 001c.7304.195b<br>  Designated port id is 128.4, designated path cost 1999 (Ext) 0 (Int)<br>  Timers: message age 1, forward delay 15, hold 20<br>  Number of transitions to forwarding state: 1<br>  Link type is point-to-point by default, Internal<br>  BPDU: sent 452252, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>  Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br>Port 5 (Ethernet5) of MST0 is designated forwarding<br>  Port path cost 20000, Port priority 128, Port Identifier 128.5.<br>  Designated root has priority 32768, address 001c.7301.07b9<br>  Designated bridge has priority 32768, address 001c.7304.195b<br>  Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)<br>  Timers: message age 1, forward delay 15, hold 20<br>  Number of transitions to forwarding state: 1<br>  Link type is point-to-point by default, Internal<br>  BPDU: sent 1006266, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0<br>  Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400<br><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 884.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 948.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 966.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 984.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 986.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 982.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 990.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 982. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 73 | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/2`<br><br>`Vlan        Role Sts Cost    Prio.Nbr Type`<br>`--------------- ---- --- --------- -------- ---------------`<br>`VLAN0001    Altn BLK 20000    128.1025 P2p`<br><br>`VLAN0002    Desg FWD 20000    128.1025 P2p`<br><br>This example shows how to display STP information about a specified interface when you are running MST:<br><br>`switch(config)# show spanning-tree interface ethernet 2/50`<br><br>`Mst Instance    Role Sts Cost    Prio.Nbr Type`<br>`--------------- ---- --- --------- -------- ---------------`<br>`MST0000    Desg FWD 2000    128.1281 P2p`<br><br>This example shows how to display detailed STP information about a specified interface when you are running Rapid PVST+:<br><br>`switch(config)# show spanning-tree interface ethernet 8/1 detail`<br><br>`Port 1025 (Ethernet8/1) of VLAN0001 is alternate blocking`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.1025`<br>`   Designated root has priority 28672, address 0018.bad8.239d`<br>`   Designated bridge has priority 28672, address 0018.bad8.239d`<br>`   Designated port id is 128.1281, designated path cost 0`<br>`   Timers: message age 15, forward delay 0, hold 0`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default`<br>`   The port type is network by default.`<br>`   BPDU: sent 4657, received 188`<br><br>`Port 1025 (Ethernet8/1) of VLAN0002 is designated forwarding`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.1025`<br>`   Designated root has priority 32770, address 0018.bad7.fc15`<br>`   Designated bridge has priority 32770, address 0018.bad7.fc15`<br>`   Designated port id is 128.1025, designated path cost 0`<br>`   Timers: message age 0, forward delay 0, hold 0`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default`<br>`   The port type is network by default.`<br>`   BPDU: sent 4838, received 0`<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 77. | **Examples**<br><br>•  This command displays an STP table for Ethernet 5 interface.<br><br>`switch# show spanning-tree interface ethernet 5`<br>`Instance        Role    State    Cost    Prio.Nbr Type`<br>`--------------- ------- -------- --------- -------- -------`<br>`MST0        designated forwarding 20000    128.5    P2p`<br>`switch>`<br><br>•  This command displays a data block for Ethernet interface 5.<br><br>`switch# show spanning-tree interface ethernet 5 detail`<br>`Port 5 (Ethernet5) of MST0 is designated forwarding`<br>`   Port path cost 20000, Port priority 128, Port Identifier 128.5.`<br>`   Designated root has priority 32768, address 001c.7301.07b9`<br>`   Designated bridge has priority 32768, address 001c.7304.195b`<br>`   Designated port id is 128.5, designated path cost 1999 (Ext) 0 (Int)`<br>`   Timers: message age 1, forward delay 15, hold 20`<br>`   Number of transitions to forwarding state: 1`<br>`   Link type is point-to-point by default, Internal`<br>`   BPDU: sent 1008766, received 0, taggedErr 0, otherErr 0, rateLimiterCount 0`<br>`   Rate-Limiter: enabled, Window: 10 sec, Max-BPDU: 400`<br><br>`switch>`<br><br><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 888.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 952.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 970.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 988.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 990.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 986.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 994.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 986. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | (see code below) | (see code below) |

**Cisco:**

```
switch# show spanning-tree mst

##### MST0    vlans mapped:   1-4094
Bridge        address 0018.bad7.fc15   priority      32768 (32768 sysid 0)
Root          this switch for the CIST
Regional Root this switch
Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6
Configured    hello time 2 , forward delay 15, max age 20, max hops   20

Interface        Role Sts Cost    Prio.Nbr Type
---------------- ---- --- -------- -------- --------------------------------
Eth8/1           Desg FWD 20000     128.1025 P2p
Eth8/2           Desg FWD 20000     128.1026 P2p
```

This example shows how to display STP information about a specific MST instance:

```
switch# show spanning-tree mst 0

##### MST0    vlans mapped:   1-4094
Bridge        address 0018.bad7.fc15   priority      32768 (32768 sysid 0)
Root          this switch for the CIST
Regional Root this switch
Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6
Configured    hello time 2 , forward delay 15, max age 20, max hops   20

Interface        Role Sts Cost    Prio.Nbr Type
---------------- ---- --- -------- -------- --------------------------------
Eth8/1           Desg FWD 20000     128.1025 P2p
Eth8/2           Desg FWD 20000     128.1026 P2p
```

This example shows how to display detailed STP information about the MST protocol:

```
switch# show spanning-tree mst detail

##### MST0    vlans mapped:   1-4094
Bridge        address 0018.bad7.fc15   priority      32768 (32768 sysid 0)
Root          this switch for the CIST
Regional Root this switch
Operational   hello time 2 , forward delay 15, max age 20, txholdcount 6
Configured    hello time 2 , forward delay 15, max age 20, max hops   20

Eth8/1 of MST0 is designated forwarding
Port info          port id       128.1025 priority    128  cost   20000
Designated root    address 0018.bad7.fc15   priority  32768 cost      0
Design. regional root address 0018.bad7.fc15 priority 32768 cost      0
Designated bridge  address 0018.bad7.fc15   priority  32768 port id 128.1025
Timers: message expires in 0 sec, forward delay 0, forward transitions 1
Bpdus sent 1379, received 3

Eth8/2 of MST0 is designated forwarding
Port info          port id       128.1026 priority    128  cost   20000
Designated root    address 0018.bad7.fc15   priority  32768 cost      0
Design. regional root address 0018.bad7.fc15 priority 32768 cost      0
Designated bridge  address 0018.bad7.fc15   priority  32768 port id 128.1026
Timers: message expires in 0 sec, forward delay 0, forward transitions 1
Bpdus sent 1380, received 2
```

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 80.

**Arista:**

Examples
- This command displays interface data blocks for MST instance 3.

```
switch>show spanning-tree mst 3 detail
##### MST3    vlans mapped:   3
Bridge        address 0011.2233.4402   priority   32771 (32768 sysid 3)
Root          address 0011.2233.4401   priority   32771 (32768 sysid 3)

Ethernet1 of MST3 is root forwarding
Port info          port id       128.1 priority    128  cost   2000
Designated root    address 0011.2233.4401 priority 32768 cost      0
Designated bridge  address 0011.2233.4401 priority 32768 port id 128.1

Ethernet2 of MST3 is alternate discarding
Port info          port id       128.2 priority    128  cost   2000
Designated root    address 0011.2233.4401 priority 32768 cost      0
Designated bridge  address 0011.2233.4401 priority 32768 port id 128.2

Ethernet3 of MST3 is designated forwarding
Port info          port id       128.3 priority    128  cost   2000
Designated root    address 0011.2233.4401 priority 32768 cost      0
Designated bridge  address 0011.2233.4402 priority 32768 port id 128.3
```

- This command displays interface tables for all MST instances.

```
switch>show spanning-tree mst
##### MST0    vlans mapped:   1,4-4094
Bridge        address 0011.2233.4402   priority   32768 (32768 sysid 0)
Root          address 0011.2233.4401   priority   32768 (32768 sysid 0)
Regional Root address 0011.2233.4401   priority   32768 (32768 sysid 0)

Interface        Role     State      Cost     Prio.Nbr Type
---------------- -------- ---------- -------- -------- ----------------------
Et1              root     forwarding 2000     128.1    P2p
Et2              alternate discarding 2000    128.2    P2p
Et3              designated forwarding 2000   128.3    P2p
Et4              designated forwarding 2000   128.4    P2p

##### MST2 vlans mapped: 2
Bridge        address 0011.2233.4402   priority   8194 (8192 sysid 2)
Root          this switch for MST2

Interface        Role     State      Cost     Prio.Nbr Type
---------------- -------- ---------- -------- -------- ----------------------
Et1              designated forwarding 2000   128.1    P2p
Et2              designated forwarding 2000   128.2    P2p
Et3              designated forwarding 2000   128.3    P2p
Et4              designated forwarding 2000   128.4    P2p

##### MST3 vlans mapped: 3
Bridge        address 0011.2233.4402   priority   32771 (32768 sysid 3)
Root          address 0011.2233.4401   priority   32771 (32768 sysid 3)

Interface        Role     State      Cost     Prio.Nbr Type
---------------- -------- ---------- -------- -------- ----------------------
Et1              root     forwarding 2000     128.1    P2p
Et2              alternate discarding 2000    128.2    P2p
Et3              designated forwarding 2000   128.3    P2p
Et4              designated forwarding 2000   128.4    P2p
```

Arista User Manual v. 4.12.4 (9/16/2013), at 889-890.
Arista User Manual v. 4.13.6F (4/14/2014), at 953-954.
Arista User Manual v. 4.13.7M (6/17/2014), at 971-972.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 990.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 991-992.
Arista User Manual v. 4.14.6M (1/19/2015), at 987-988.
Arista User Manual v. 4.15.0F (4/18/2015), at 995-996.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 987-988.

21

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | This example shows how to display information about the MST configuration:

```
switch)# show spanning-tree mst configuration

Name:          [mst-bldg-sj6/3]
Revision:      1        Instances Configured: 3
Instance    Vlans mapped
--------    ---------------------------------------
0           1
2000        2-2000
4094        2001-4094
--------------------------------------------------
```

This example shows how to display the MD5 digest included in the current MST configuration:

```
switch)# show spanning-tree mst configuration digest

Name       [mst-config]
Revision  10   Instances configured 25
Digest         0x40D5ECA178C657835C83BBCB16723192
Pre-std Digest 0x27BF112A75B72781ED928D9EC5BB4251
```

Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 81. | Examples

• This command displays the MST region's VLAN-to-instance map.

```
switch>show spanning-tree mst configuration

Name        []
Revision  0     Instances configured 3

Instance  Vlans mapped
--------  ---------------------------------------
0         1,4-4094
2         2
3         3
--------------------------------------------------
switch>
```

• This command displays the MST region's configuration digest.

```
switch>show spanning-tree mst configuration digest

Name        []
Revision  0     Instances configured 3
Digest         0xAC36177F50283CD4B83821D8AB26DE62
switch>
```

Arista User Manual v. 4.12.4 (9/16/2013), at 891.
Arista User Manual v. 4.13.6F (4/14/2014), at 955.
Arista User Manual v. 4.13.7M (6/17/2014), at 973.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 991.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 993.
Arista User Manual v. 4.14.6M (1/19/2015), at 989.
Arista User Manual v. 4.15.0F (4/18/2015), at 997.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 989. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to display information for the root bridge:<br><br>`switch(config)# show spanning-tree root`<br><br>```
                                    Root ID            Cost Time Age Dly Root Port
MST Instance        Root ID      Cost  Time Age Dly  Root Port
-------------       ------------ ----  ---- --- ---  ---------
MST0000             32768 0018.bad7.fc15  0    2   20  15  This bridge is root
```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 82-83. | Examples<br>• This command displays a table of root bridge information.<br><br>```
switch>show spanning-tree root
                                          Root   Hello  Max  Fwd
Instance      Priority  MAC addr          Cost   Time   Age  Dly  Root Port
----------    --------  ----------------  -----  -----  ---  ---  ---------
MST0          32768     001c.7301.23de       0      2   20   15  Po937
MST101        32869     001c.7301.23de    3998      0    0    0  Po909
MST102        32870     001c.7301.23de    3998      0    0    0  Po911
switch>
```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 894.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 958.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 976.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 994.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 996.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 992.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1000.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 992. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | This example shows how to display information about the number of VLANs configured on the device:<br><br>```
switch# show vlan summary

Number of existing VLANs           : 9
   Number of existing user VLANs    : 9
   Number of existing extended VLANs : 0
```<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 94. | **Example**<br>• This command displays the number of VLANs on the switch.<br><br>```
switch>show vlan summary
Number of existing VLANs           : 18

switch>
```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 658.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 766.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 784.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 791.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 793.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 789.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 797.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 789. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**   This example shows how to display information about all private VLANs on the device:<br><br>`switch` `config)#` `show vlan private-vlan`<br><br>`Primary  Secondary  Type       Ports`<br>`-------  ---------  ---------  ---------------------`<br>`200      201        isolated   Eth2/26, Eth2/27`<br>`200      202        community  Eth2/26, Eth2/28`<br><br>Cisco Nexus 7000 Series NX-OS Interfaces Command Reference (August 2013), at 100. | **Example**<br>• This command displays the private VLANs.<br><br>`switch>show vlan private-vlan`<br>`Primary Secondary Type       Ports`<br>`------- --------- ---------  ----------`<br>`5       25        isolated`<br>`5       26        isolated`<br>`7       31        community`<br>`7       32        isolated`<br>`switch>`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 657.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 765.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 783.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 790.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 792.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 788.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 796.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 788. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | ```BGP table version is 10, local router ID is 3.3.3.3``` Status: s-suppressed, x-deleted, S-stale, d-dampened, h-history, *-valid, >-best<br>Path type: i-internal, e-external, c-confed, l-local, a-aggregate, r-redist<br>Origin codes: i - IGP, e - EGP, ? - incomplete \| - multipath<br><br><table><tr><td>Network</td><td>Next Hop</td><td>Metric</td><td>LocPrf</td><td>Weight Path</td></tr><tr><td>* i200.0.1.100/32</td><td>201.0.25.1</td><td></td><td>100</td><td>100 6553601 i</td></tr><tr><td>*>e</td><td>201.0.13.1</td><td></td><td></td><td>0 6553601 i</td></tr><tr><td>* i200.0.2.100/32</td><td>201.0.25.1</td><td></td><td>100</td><td>100 6553601 i</td></tr><tr><td>*>e</td><td>201.0.13.1</td><td></td><td></td><td>0 6553601 i</td></tr><tr><td>*>l200.0.3.100/32</td><td>0.0.0.0</td><td></td><td>100</td><td>32768 i</td></tr></table><br><br>Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (August 2013), at 401. | switch>**show ip bgp neighbors 10.14.4.4 advertised-routes regexp _64502_**<br>BGP routing table information for VRF default<br>Router identifier 172.24.78.191, local AS number 64498<br>Route status codes: s - suppressed, * - valid, > - active, E - ECMP head, e - ECMP<br>                    S - Stale<br>Origin codes: i - IGP, e - EGP, ? - incomplete<br>AS Path Attributes: Or-ID - Originator ID, C-LST - Cluster List, LL Nexthop - Link<br>Local Nexthop<br><br><table><tr><td></td><td>Network</td><td>Next Hop</td><td>Metric</td><td>LocPref</td><td>Weight Path</td></tr><tr><td>* ></td><td>10.99.31.0/24</td><td>10.88.202.1</td><td>333</td><td>100</td><td>- (64502 64503) 99 i</td></tr><tr><td>* ></td><td>10.99.41.0/24</td><td>10.88.202.1</td><td>333</td><td>100</td><td>- (64502 64503) 99 i</td></tr><tr><td>* ></td><td>10.99.99.0/24</td><td>10.88.202.1</td><td>333</td><td>100</td><td>- (64502 64504) 99 i</td></tr></table><br><br>Arista User Manual v. 4.13.6F (4/14/2014), at 1587.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1605.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1637.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1651.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1647.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1655.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1649. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | Examples     This example shows how to display information about IGMP snooping queriers:<br><br>`switch(config)# show ip igmp snooping querier`<br>`Vlan  IP Address        Version   Port`<br>`1     172.20.50.11      v3        fa2/1`<br>`2     172.20.40.20      v2        Router`<br>`switch(config)#`<br><br>Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (August 2013), at 50. | Example<br>• This command displays the querier IP address, version, and port servicing each VLAN.<br><br>`switch>show ip igmp snooping querier`<br>`Vlan  IP Address        Version  Port`<br>`------------------------------------------`<br>`1     172.17.0.37       v2       Po1`<br>`20    172.17.20.1       v2       Po1`<br>`26    172.17.26.1       v2       Cpu`<br>`2028  172.17.255.29     v2       Po1`<br>`switch>`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 1560.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1790.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1755.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 1860.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1874.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1870.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1878.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1872. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Examples** This example shows how to use the **show port-security** command to view the status of the port security feature on a device:<br><br>`switch# show port-security`<br><br>`Total Secured Mac Addresses in System (excluding one mac per port)    : 0`<br>`Max Addresses limit in System (excluding one mac per port) : 8192`<br><br>`Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action`<br>`             (Count)        (Count)      (Count)`<br>`Ethernet1/4      5             1              0              Shutdown`<br><br>`switch#`<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-661. | **Example**<br>• These commands enable MAC security on Ethernet interface 7, set the maximum number of assigned MAC addresses to 2, assigns two static MAC addresses to the interface, and clears the dynamic MAC addresses for the interface.<br><br>`switch(config)#interface ethernet 7`<br>`switch(config-if-Et7)#switchport port-security`<br>`switch(config-if-Et7)#switchport port-security maximum 2`<br>`switch(config-if-Et7)#exit`<br>`switch(config)#mac address-table static 0034.24c2.8f11 vlan 10 interface ethernet 7`<br>`switch(config)#mac address-table static 4464.842d.17ce vlan 10 interface ethernet 7`<br>`switch(config)#clear mac address-table dynamic interface ethernet 7`<br>`switch(config)#show port-security`<br>`Secure Port   MaxSecureAddr   CurrentAddr   SecurityViolation   Security Action`<br>`              (Count)         (Count)       (Count)`<br>`   Et7          2               2               0              Shutdown`<br><br>`Total Addresses in System: 1`<br>`switch(config)#show port-security address`<br>`              Secure Mac Address Table`<br><br>`Vlan   Mac Address     Type              Ports   Remaining Age`<br>`                                                   (mins)`<br>`----   -----------     ----              -----   -----------`<br>`10     0034.24c2.8f11  SecureConfigured  Et7     N/A`<br>`10     4464.842d.17ce  SecureConfigured  Et7     N/A`<br><br>`Total Mac Addresses for this criterion: 2`<br>`switch(config)#`<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 520.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 624.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 624.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 632.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 634.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 630.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 638.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 630. |
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | | |

27

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | Examples — This example shows how to use the **show port-security address** command to view information about all MAC addresses secured by port security:<br><br>switch# **show port-security address**<br><br>Total Secured Mac Addresses in System (excluding one mac per port)    : 0<br>Max Addresses limit in System (excluding one mac per port) : 8192<br><br>----------------------------------<br>Secure Mac Address Table<br><br>Vlan  Mac Address       Type      Ports    Remaining Age (mins)<br><br>  1   0054.AAB3.770F   STATIC    port-channel1  0<br>  1   00EE.378A.ABCE   STATIC    Ethernet1/4    0<br><br>switch#<br><br>This example shows how to use the **show port-security address** command to view the MAC addresses secured by the port security feature on the Ethernet 1/4 interface:<br><br>switch# **show port-security address interface ethernet 1/4**<br>Secure Mac Address Table<br><br>Vlan  Mac Address       Type      Ports    Remaining Age (mins)<br>----  -----------      ------    -----    -----------<br>  1   00EE.378A.ABCE   STATIC    Ethernet1/4    0<br>------------------------------<br>switch#<br><br>Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-664. | Example<br>• This command displays MAC addresses assigned to port-security protected interfaces.<br><br>switch>**show port-security address**<br>Secure Mac Address Table<br>-------------------------<br>Vlan  Mac Address       Type          Ports  Remaining Age (mins)<br><br>  10  164f.29ae.4e14   SecureConfigured   Et7  N/A<br>  10  164f.29ae.4f11   SecureConfigured   Et7  N/A<br>  10  164f.320a.3a11   SecureConfigured   Et7  N/A<br>-------------------------<br>Total Mac Addresses for this criterion: 3<br>switch><br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 581.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 686.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 690.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 698.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 700.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 696.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 704.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 696. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | **Examples**    This example shows how to display the EEE status on an interface:<br><br>```<br>switch# show interface ethernet2/6<br>Ethernet2/6 is down (Link not connected)<br>admin state is up, Dedicated Interface<br>  Hardware: 10000 Ethernet, address: 0022.5579.de41 (bia 001b.54c1.af5d)<br>  MTU 1500 bytes, BW 10000000 Kbit, DLY 10 usec<br>  reliability 255/255, txload 1/255, rxload 1/255<br>  Encapsulation ARPA, medium is broadcast<br>  auto-duplex, auto-speed, media type is 10G<br>  Beacon is turned off<br>  Auto-Negotiation is turned off<br>  Input flow-control is off, output flow-control is off<br>  Auto-mdix is turned off<br>  Rate mode is shared<br>  Switchport monitor is off<br>  EtherType is 0x8100<br>  EEE (efficient-ethernet) : n/a<br>  Last link flapped never<br>  Last clearing of "show interface" counters never<br>  0 interface resets<br>  30 seconds input rate 0 bits/sec, 0 packets/sec<br>  30 seconds output rate 0 bits/sec, 0 packets/sec<br>  Load-Interval #2: 5 minute (300 seconds)<br>```<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 514. | **Example**<br><br>• This command assigns the MAC address of 001c.2804.17e1 to Ethernet interface 7, then displays interface parameters, including the assigned address.<br><br>```<br>switch(config)#interface ethernet 7<br>switch(config-if-Et7)#mac-address 001c.2804.17e1<br>switch(config-if-Et7)#show interface ethernet 7<br>Ethernet3 is up, line protocol is up (connected)<br>  Hardware is Ethernet, address is 001c.2804.17e1 (bia 001c.7312.02e2)<br>  Description: b.e45<br>  MTU 9212 bytes, BW 10000000 Kbit<br>  Full-duplex, 10Gb/s, auto negotiation: off<br>  Last clearing of "show interface" counters never<br>  5 seconds input rate 7.84 kbps (0.0% with framing), 10 packets/sec<br>  5 seconds output rate 270 kbps (0.0% with framing), 24 packets/sec<br>     1363799 packets input, 222736140 bytes<br>     Received 0 broadcasts, 290904 multicast<br>     0 runts, 0 giants<br>     0 input errors, 0 CRC, 0 alignment, 0 symbol<br>     0 PAUSE input<br>     2264927 packets output, 2348747214 bytes<br>     Sent 0 broadcasts, 28573 multicast<br>     0 output errors, 0 collisions<br>     0 late collision, 0 deferred<br>     0 PAUSE output<br>switch(config-if-Et7)#<br>```<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 390.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 429.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 429.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 437.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 439.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 435.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 443.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 435. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ptp clock** | **Show PTP Clock and Offset** |

**Cisco column:**

To display the Precision Time Protocol (PTP) clock information, use the show ptp clock command.

show ptp clock

| Syntax Description | | This command has no arguments or keywords. |
| Defaults | | None |
| Command Modes | | Any command mode |
| SupportedUserRoles | | network-admin<br>network-operator<br>vdc-admin<br>vdc-operator |

| Command History | Release | Modification |
|---|---|---|
| | 5.2(1) | This command was introduced. |

Usage Guidelines    This command does not require a license.

Examples    This example shows how to display the PTP clock information:

```
switch# show ptp clock
PTP Device Type: Boundary clock
Clock Identity :  0:18:ba:ff:fd8: e:17
Clock Domain: 0
Number of PTP ports: 2
Priority1 : 255
Priority2 : 255
Clock Quality:
        Class : 248
        Accuracy : 254
        Offset (log variance) : 65535
Offset From Master : 0
Mean Path Delay : 0
Steps removed : 1
Local clock time:Sun Jan 15 20:57:29 2011
```

Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 601.

**Arista column:**

To display the Precision Time Protocol (PTP) local clock and offset, use the show ptp clock command.

• The show ptp clock command displays the Precision Time Protocol (PTP) local clock and offset.

```
switch#show ptp clock
PTP Mode: Boundary Clock
Clock Identity: 0x00:1c:73:ff:ff:1e:83:24
Clock Domain: 1
Number of PTP ports: 24
Priority1: 128
Priority2: 128
Clock Quality:
        Class: 248
        Accuracy: 0x30
        OffsetScaledLogVariance: 0xffff
Offset From Master: 0
Mean Path Delay: 0
Steps Removed: 0
switch#
```

Arista User Manual v. 4.12.4 (9/16/2013), at 233.
Arista User Manual v. 4.13.6F (4/14/2014), at 267.
Arista User Manual v. 4.13.7M (6/17/2014), at 267.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.
Arista User Manual v. 4.14.6M (1/19/2015), at 273.
Arista User Manual v. 4.15.0F (4/18/2015), at 257.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257.

**Copyright Registration Information column:**

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2<br><br>Effective date of registration:<br>11/13/2014 | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>     show ptp parent<br><br>Syntax Description    This command has no arguments or keywords.<br><br>Defaults    None<br><br>Command Modes    Any command mode<br><br>SupportedUserRoles    network-admin<br>    network-operator<br>    vdc-admin<br>    vdc-operator<br><br>Command History   Release    Modification<br>    5.2(1)    This command was introduced.<br><br>Usage Guidelines   This command does not require a license.<br><br>Examples    This example shows how to display information about the parent and grand master of the PTP clock:<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity:  0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:  0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>    Class: 248<br>    Accuracy: 254<br>    Offset (log variance): 65535<br>    Priority1: 255<br>    Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 607. | **Show PTP Parent Information**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>• The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>    Class: 248<br>    Accuracy: 0x30<br>    OffsetScaledLogVariance: 0xffff<br>    Priority1 128<br>    Priority2 128<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 233-234.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 267.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 267.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 275.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 273.<br><br>Arista User Manual v. 4.15.0F (4/18/2015), at 257.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ptp parent**<br><br>To display information about the parent and grand master of the Precision Time Protocol (PTP) clock, use the show ptp parent command.<br><br>show ptp parent<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  None<br><br>**Command Modes**  Any command mode<br><br>**SupportedUserRoles**  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**  Release  Modification<br>5.2(1)  This command was introduced.<br><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to display information about the parent and grand master of the PTP clock:<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0:18:ba:ff:ff:d8: e:16<br>Parent Port Number: 1546<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity:  0:18:ba:ff:ff:d8: e:16<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 254<br>Offset (log variance)  65535<br>Priority1: 255<br>Priority2: 255<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 607. | **show ptp parent**<br><br>The show ptp parent command displays information about the parent and grand master of the Precision Time Protocol (PTP) clock.<br><br>Platform  Arad, FM6000<br>Command Mode  Privileged EXEC<br><br>Command Syntax<br>show ptp parent<br><br>**Examples**<br>• This command shows how to display information about the parent and master of the PTP clock.<br>switch# **show ptp parent**<br>Parent Clock:<br>Parent Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Parent Port Number: 0<br>Parent IP Address: N/A<br>Observed Parent Offset (log variance): N/A<br>Observed Parent Clock Phase Change Rate: N/A<br><br>Grandmaster Clock:<br>Grandmaster Clock Identity: 0x00:1c:73:ff:ff:00:72:40<br>Grandmaster Clock Quality:<br>Class: 248<br>Accuracy: 0x30<br>OffsetScaledLogVariance: 0xffff<br>Priority1: 128<br>Priority2: 128<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 301.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 344.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 344.<br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 352.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 354.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 350.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 334.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 334. |

Cisco NX-OS 6.2

Effective date of registration: 11/13/2014

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show ptp time-property**<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>show ptp time-property<br><br>**Syntax Description**  This command has no arguments or keywords.<br><br>**Defaults**  None<br><br>**Command Modes**  Any command mode<br><br>**SupportedUserRoles**  network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br><table><tr><td>Release</td><td>Modification</td></tr><tr><td>5.2(1)</td><td>This command was introduced.</td></tr></table><br>**Usage Guidelines**  This command does not require a license.<br><br>**Examples**  This example shows how to display the PTP clock properties:<br>switch# show ptp time-property:<br>PTP CLOCK TIME PROPERTY:<br>Current UTC offset valid: 0<br>Current UTC offset: 33<br>Leap59: 0<br>Leap61: 0<br>Time Traceable: 0<br>Frequency Traceable: 0<br>PTP Timescale: 0<br>Time Source: 0xA0(internal Osccilator)<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 611. | Show PTP Clock Properties<br><br>To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.<br><br>• The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.<br>switch# show ptp time-property<br>Current UTC offset valid: False<br>Current UTC offset: 0<br>Leap 59: False<br>Leap 61: False<br>Time Traceable: False<br>Frequency Traceable: False<br>PTP Timescale: False<br>Time Source: 0x0<br>switch#<br><br>Arista User Manual v. 4.12.4 (9/16/2013), at 234.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 267-268.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 267-268.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 275-76.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 277.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 273.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 257.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 257. |
| Cisco NX-OS 6.2<br><br>Effective date of registration: 11/13/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| Cisco NX-OS 6.2

Effective date of registration: 11/13/2014 | **show ptp time-property**

To display the Precision Time Protocol (PTP) clock properties, use the show ptp time-property command.

show ptp time-property

**Syntax Description** — This command has no arguments or keywords.

**Defaults** — None

**Command Modes** — Any command mode

**SupportedUserRoles** — network-admin
network-operator
vdc-admin
vdc-operator

**Command History**

| Release | Modification |
|---|---|
| 5.2(1) | This command was introduced. |

**Usage Guidelines** — This command does not require a license.

**Examples** — This example shows how to display the PTP clock properties:

```
switch# show ptp time-property
PTP CLOCK TIME PROPERTY:
  Current UTC offset valid: 0
  Current UTC offset: 33
  Leap59: 0
  Leap61: 0
  Time Traceable: 0
  Frequency Traceable: 0
  PTP Timescale: 0
  Time Source: 0xA0(internal Osccilator)
```

Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 611. | **show ptp time-property**

The show ptp time-property command displays the Precision Time Protocol (PTP) clock properties.

| Platform | Arad, FM6000 |
| Command Mode | Privileged EXEC |

**Command Syntax**

show ptp time-property

**Examples**

• This command shows the PTP clock properties.

```
switch# show ptp time-property
Current UTC offset valid: False
Current UTC offset: 0
Leap 59: False
Leap 61: False
Time Traceable: False
Frequency Traceable: False
PTP Timescale: False
Time Source: 0x0
switch#
```

Arista User Manual v. 4.12.4 (9/16/2013), at 303.
Arista User Manual v. 4.13.6F (4/14/2014), at 346.
Arista User Manual v. 4.13.7M (6/17/2014), at 346.
Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 354.
Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 356.
Arista User Manual v. 4.14.6M (1/19/2015), at 352.
Arista User Manual v. 4.15.0F (4/18/2015), at 336.
Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 336. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **Examples**  This example shows how to display the SNMP information:<br><br>`switch(config)# show snmp`<br>`sys contact:`<br>`sys location: anyplace, Anywhere`<br><br>`0 SNMP packets input`<br>`        0 Bad SNMP versions`<br>`        0 Unknown community name`<br>`        0 Illegal operation for community name supplied`<br>`        0 Encoding errors`<br>`        0 Number of requested variables`<br>`        0 Number of altered variables`<br>`        0 Get-request PDUs`<br>`        0 Get-next PDUs`<br>`        0 Set-request PDUs`<br>`0 SNMP packets output`<br>`        0 Too big errors`<br>`        0 No such name errors`<br>`        0 Bad values errors`<br>`        0 General errors`<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 634. | **Example**<br>• This command configures *xyz-1234* as the chassis-ID string, then displays the result.<br><br>`switch(config)#snmp-server chassis-id xyz-1234`<br>`switch(config)#show snmp`<br>`    Chassis: xyz-1234`            *<---chassis ID*<br><br>`8 SNMP packets input`<br>`    0 Bad SNMP version errors`<br>`    0 Unknown community name`<br>`    0 Illegal operation for community name supplied`<br>`    0 Encoding errors`<br>`    8 Number of requested variables`<br>`    0 Number of altered variables`<br>`    4 Get-request PDUs`<br>`    4 Get-next PDUs`<br>`    0 Set-request PDUs`<br>`21 SNMP packets output`<br>`    0 Too big errors`<br>`    0 No such name errors`<br>`    0 Bad value errors`<br>`    0 General errors`<br>`    8 Response PDUs`<br>`    0 Trap PDUs`<br>`SNMP logging: enabled`<br>`    Logging to taccon.162`<br>`SNMP agent enabled`<br>`switch(config)#` |
| Cisco NX-OS 6.2  Effective date of registration: 11/13/2014 | | Arista User Manual v. 4.12.4 (9/16/2013), at 1705-1706.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1895-1896.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1923-1924.<br>Arista User Manual v. 4.14.3F (Rev. 2) (10/2/2014), at 1967-68<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1981-1982.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1977-1978.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1985-1986<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1979-1980. |

**Exhibit Copying-3 -- Evidence of Output Copying**

| Copyright Registration Information | Cisco | Arista |
|---|---|---|
| | **show snmp engineID**<br><br>To display the Simple Network Management Protocol (SNMP) engine ID, use the show snmp engineID command.<br><br>show snmp engineID<br><br>**Syntax Description**   This command has no arguments or keywords.<br><br>**Defaults**   None<br><br>**Command Modes**   Any command mode<br><br>**SupportedUserRoles**   network-admin<br>network-operator<br>vdc-admin<br>vdc-operator<br><br>**Command History**<br>Release   Modification<br>4.0(1)   This command was introduced.<br><br>**Usage Guidelines**   This command does not require a license.<br><br>**Examples**   This example shows how to display the SNMP engine ID:<br>switch(config)# show snmp engineID<br>Local SNMP engineID: [Hex] 80000009030005300A0B0C<br>[Dec] 128:000:000:009:003:000:005:048:010:011:012<br><br>**Related Commands**<br>Command   Description<br>snmp-server user   Configures SNMP target notification users.<br><br>Cisco Nexus 7000 Series NX-OS System Management Command Reference, Release 5.x (April 2010), at 533. | **show snmp engineID**<br><br>The show snmp engineID command displays the identification of the local Simple Network Management Protocol (SNMP) engine and of all remote engines that are configured on the switch.<br><br>Platform   all<br>Command Mode   EXEC<br><br>Command Syntax<br>show snmp engineID<br><br>Example<br>•  This command displays the ID of the local SNMP engine.<br>switch>show snmp engineid<br>Local SNMP EngineID: f5717f001c730436d700<br>switch><br><br>Arista User Manual v. 4.11.1 – Rev 2 (1/22/2013), at 1363.<br>Arista User Manual v. 4.11.2.1 (3/1/2013), at 1443.<br>Arista User Manual v. 4.12.4 (9/16/2013), at 1716.<br>Arista User Manual v. 4.13.6F (4/14/2014), at 1906.<br>Arista User Manual v. 4.13.7M (6/17/2014), at 1934.<br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1978.<br>Arista User Manual v. 4.14.5F – Rev. 2 (12/22/2014), at 1991.<br>Arista User Manual v. 4.14.6M (1/19/2015), at 1987.<br>Arista User Manual v. 4.15.0F (4/18/2015), at 1995.<br>Arista User Manual v. 4.15.0F – Rev. 2 (4/27/2015), at 1989. |
| Cisco NX-OS 5.0<br><br>Effective date of registration: 11/13/2014 | | |

**Exhibit Copying-3 -- Evidence of Output Copying**

Exhibit Copying-4

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| User EXEC | router> | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EXEC | switch> | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Privileged EXEC | router# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Global Configuration | router(config)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Global Configuration | switch(config)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.517, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Interface Configuration | router(config-if)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Interface Configuration | switch(config-if)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| User EXEC | switch> | NX-OS 4.0 | EXEC | switch> | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Privileged EXEC | switch# | NX-OS 4.0 through NX-OS 5.2 | Privileged EXEC | switch# | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| EXEC | switch# | NX-OS 5.0 through NX-OS 6.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Global Configuration | switch(config)# | NX-OS 4.0 through NX-OS 6.2 | Global Configuration | switch(config)# | EOS v. 4.0.1 EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Interface Configuration | switch(config-if)# | NX-OS 4.0 through NX-OS 6.2 | Interface Configuration | switch(config-if)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

# Exhibit Copying-5
## Filed Under Seal

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

**"aaa" hierarchies**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[1] | |
|---|---|---|---|---|
| aaa accounting | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | aaa accounting | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| aaa accounting dot1x | IOS XE 3.5; NX-OS 4.0 through 6.2 | aaa accounting dot1x | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

---

[1]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[1] | |
|---|---|---|---|---|
| aaa authentication login | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | aaa authentication login | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| aaa authorization config-commands | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | aaa authorization config-commands | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| aaa authorization console | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | aaa authorization console | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

2

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[1] | |
|---|---|---|---|---|
| aaa group server radius | Cisco IOS 12.0 through 15.4; IOS XR 3.2 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | aaa group server radius | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| aaa group server tacacs+ | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | aaa group server tacacs+ | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

## "bgp" hierarchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[2] | |
|---|---|---|---|---|
| bgp client-to-client reflection | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | bgp client-to-client reflection | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| bgp cluster-id | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5 | bgp cluster-id | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| bgp confederation identifier | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5 | bgp confederation identifier | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

---

[2]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[2] | ▮▮▮▮▮ |
|---|---|---|---|---|
| bgp confederation peers | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5; NX-OS 4.0 through 6.2 | bgp confederation peers | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |
| bgp listen limit | Cisco IOS 12.2 through 15.4; ; IOS XE 3.5 | bgp listen limit | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |
| bgp log-neighbor-changes | Cisco IOS 11.1 through 15.4; IOS XR 3.0 through 3.5; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | bgp log-neighbor-changes | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |
| bgp redistribute-internal | Cisco IOS 12.1 through 15.4; IOS XR 3.0 through 5.2; ; IOS XE 3.5 | bgp redistribute-internal (BGP) | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |

5

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

## "clear" hiearchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[3] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬<br>▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬<br>▬▬▬ |
| clear arp-cache | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | clear arp-cache | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬<br>▬▬ |
| clear counters | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | clear counters | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬<br>▬▬ |
| clear ip arp | NX-OS 4.0 through 6.2 | clear ip arp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬<br>▬▬ |

---

[3]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[3] | |
|---|---|---|---|---|
| | | | | ██████████ ████████ █ ███████████ ███████ ████████ |
| clear ip bgp | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | clear ip bgp | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ██ |
| clear ip igmp group | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | clear ip igmp group | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ██ |
| clear ip mroute | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | clear ip mroute | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ██ |
| clear ip msdp sa-cache | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | clear ip msdp sa-cache | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ██ |

7

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[3] | |
|---|---|---|---|---|
| | | | | ███████████ ███████████ ████████████ ██████████ ██████ |
| clear ip nat translation | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | clear ip nat translation | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| clear ip ospf neighbor | Cisco IOS 11.1 through 15.4; NX-OS 4.0 through 6.2 | clear ip ospf neighbor | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ███ |
| clear ipv6 neighbors | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | clear ipv6 neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | █████████ ██████ |
| clear ipv6 ospf force-spf | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | clear ipv6 ospf force-spf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | █████████ ████ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[3] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬<br>▬▬▬▬▬▬<br>▬▬▬▬▬▬▬<br>▬▬▬▬▬▬<br>▬▬▬ |
| clear lldp counters | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | clear lldp counters | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬<br>▬ |
| clear lldp table | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | clear lldp table | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬<br>▬ |
| clear mac-address-table dynamic | Cisco IOS 12.2 through 15.0; NX-OS 4.0 through 6.2 | clear mac address-table dynamic | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬<br>▬ |
| clear spanning-tree counters | NX-OS 4.0 through 6.2 | clear spanning-tree counters | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬<br>▬ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

## "dot1x" command hiearchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[4] | ███████ |
|---|---|---|---|---|
| dot1x max-reauth-req | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x max-reauth-req | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| dot1x pae authenticator | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | dot1x pae authenticator | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| dot1x port-control | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x port-control | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| dot1x reauthentication | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x reauthentication | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

---

[4]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[4] | |
|---|---|---|---|---|
| dot1x system-auth-control | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x system-auth-control | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| dot1x timeout quiet-period | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x timeout quiet-period | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| dot1x timeout reauth-period | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x timeout reauth-period | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| dot1x timeout tx-period | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | dot1x timeout tx-period | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

11

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

## "ip" hierarchy

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ██████████████ ██████████████ ████████████████ ████████████ |
| ip access-group | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip access-group | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ ████ |
| ip access-list | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip access-list | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ ████ |
| ip access-list standard | Cisco IOS 11.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | ip access-list standard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ ████ |

---

[5]   At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip address | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip as-path access-list | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip as-path access-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip community-list expanded | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip community-list expanded | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip community-list standard | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip community-list standard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

13

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip dhcp smart-relay | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.2 through 6.2 | ip dhcp smart-relay | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip dhcp smart-relay global | IOS XE 3.5; NX-OS 5.2 through 6.2 | ip dhcp smart-relay global | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip dhcp snooping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip dhcp snooping | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip dhcp snooping information option | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip dhcp snooping information option | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip dhcp snooping vlan | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip dhcp snooping vlan | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

14

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip domain lookup | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip domain lookup | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip domain name | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip domain-name | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip extcommunity-list expanded | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | ip extcommunity-list expanded | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip extcommunity-list standard | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 5.0 through 6.2 | ip extcommunity-list standard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

15

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | ██████████ ████████ █ ██████████████ ████████ ██████ | |
| ip helper-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ip helper-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |
| ip host | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip host | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ████ ███ |
| ip http client source-interface | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ip http client source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ███ |
| ip icmp redirect | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ip icmp redirect | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ███ |

16

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip igmp last-member-query-count | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp last-member-query-count | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip igmp last-member-query-interval | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | ip igmp last-member-query-interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip igmp query-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp query-interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip igmp query-max-response-time | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp query-max-response-time | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

17

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip igmp snooping | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp snooping | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip igmp snooping querier | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp snooping querier | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip igmp snooping vlan | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip igmp snooping vlan immediate-leave | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan immediate-leave | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ████████████<br>████████████<br>████████████████<br>████████████<br>██████ |
| ip igmp snooping vlan mrouter | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan mrouter | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████<br>███ |
| ip igmp snooping vlan static | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip igmp snooping vlan static | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████<br>███ |
| ip igmp startup-query- interval | NX-OS 4.0 through 6.2 | ip igmp startup-query- interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████<br>███ |
| ip igmp startup-query-count | NX-OS 4.0 through 6.2 | ip igmp startup-query-count | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████<br>███ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | |  |
| ip igmp static-group | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip igmp static-group | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| ip igmp version | Cisco IOS 11.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip igmp version | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| ip load-sharing | Cisco IOS 11.2 through 15.4; IOS XE 2.1 through 3.5 | ip load-sharing | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| ip local-proxy-arp | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip local-proxy-arp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |

20

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip msdp cache-sa-state | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip msdp cache-sa-state | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip msdp default-peer | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip msdp default-peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip msdp description | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp description | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip msdp group-limit | NX-OS 4.0 through 6.2 | ip msdp group-limit | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | |
| ip msdp keepalive | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp keepalive | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip msdp mesh-group | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp mesh-group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip msdp originator-id | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp originator-id | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip msdp peer | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

22

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | |  |
| ip msdp sa-filter in | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | ip msdp sa-filter in | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| ip msdp sa-filter out | Cisco IOS 12.0 through 15.4; IOS XE 3.5; | ip msdp sa-filter out | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| ip msdp sa-limit | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp sa-limit | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| ip msdp shutdown | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip msdp shutdown | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |

23

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip msdp timer | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | ip msdp timer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip multicast boundary | Cisco IOS 11.1 through 15.4; IOS XE 3.5 | ip multicast boundary | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip multicast-routing | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ip multicast-routing | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip name-server | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip name-server | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

24

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip nat pool | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip nat pool | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip nat translation tcp-timeout | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip nat translation tcp-timeout | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip nat translation udp-timeout | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | ip nat translation udp- timeout | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf authentication | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf authentication | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf authentication-key | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf authentication-key | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

25

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip ospf bfd | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ip ospf bfd | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf cost | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf cost | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf dead-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf dead-interval | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf hello-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf hello-interval | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

26

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| ip ospf message-digest-key | Cisco IOS 11.0 through 15.4; IOS XR 3.0; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf message-digest-key | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf name-lookup | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | ip ospf name-lookup | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf network | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf network | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip ospf priority | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf priority | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬ |
| ip ospf retransmit-interval | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf retransmit-interval | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬ |
| ip ospf shutdown | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf shutdown | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬ |
| ip ospf transmit-delay | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip ospf transmit-delay | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬ |
| ip pim anycast-rp | NX-OS 4.0 through 6.2 | ip pim anycast-rp | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | ▮▮▮ |
|---|---|---|---|---|
| ip pim bfd | Cisco IOS 15.4; NX-OS 5.0 through 6.2 | ip pim bfd | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip pim bfd-instance | NX-OS 5.0 through 6.2 | ip pim bfd-instance | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip pim bsr-border | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | ip pim bsr-border | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip pim bsr-candidate | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim bsr-candidate | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ip pim dr-priority | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim dr-priority | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

29

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬<br>▬▬▬ |
| ip pim log-neighbor-changes | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim log-neighbor-changes | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬ |
| ip pim neighbor-filter | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | ip pim neighbor-filter | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬ |
| ip pim query-interval | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; | ip pim query-interval | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬ |
| ip pim register-source | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | ip pim register-source | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬ |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇ | |
| ip pim rp-address | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim rp-address | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇▇ ▇▇ |
| ip pim rp-candidate | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim rp-candidate | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇▇▇ ▇▇ |
| ip pim sparse-mode | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim sparse-mode | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇▇ ▇▇ |
| ip pim spt-threshold | Cisco IOS 11.1 through 15.4; IOS XR 3.0; IOS XE 3.5 | ip pim spt-threshold | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇ ▇▇ |

31

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬ |
| ip pim spt-threshold group-list | Cisco IOS 11.1 through 15.4 | ip pim spt-threshold group-list | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| ip pim ssm range | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip pim ssm range | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬ |
| ip prefix-list | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 3.3; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip prefix-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.15.0F | ▬▬▬ |
| ip protocol | Cisco IOS 12.0 through 15.4 | ip protocol (Monitor Reachability Probe Transmitter) | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬ |
| ip proxy-arp | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | ip proxy-arp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ████████████ ████████████ ████████████████ ████████████ █████ |
| ip radius source-interface | Cisco IOS 11.3 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ip radius source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| ip rip v2-broadcast | Cisco IOS 12.1 through 15.4; IOS XE 3.5 | ip rip v2-broadcast | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |
| ip route | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip route | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| ip routing | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ip routing | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[5] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬ ▬▬▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬ ▬▬▬ |
| ip tacacs source-interface | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ip tacacs source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬ ▬▬ |
| ipv6 access-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ipv6 access-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬ ▬▬▬ |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

## "ipv6" hiearchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| ipv6 address | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 dhcp relay destination | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ipv6 dhcp relay destination | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 enable | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ipv6 enable | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

---

[6]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| | | | | ██████████ ██████████ ████████████ ████████ ████ |
| ipv6 host | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | ipv6 host | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ ██ |
| ipv6 ipv6 access-group | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | ipv6 access-group | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ████ |
| ipv6 nd managed-config-flag | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd managed-config-flag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| ipv6 nd ns-interval | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd ns-interval | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |

36

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬ <br> ▬▬▬ |
| ipv6 nd other-config-flag | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd other-config-flag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬ <br> ▬▬ |
| ipv6 nd prefix | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.2 through 6.2 | ipv6 nd prefix | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬ <br> ▬▬ |
| ipv6 nd ra interval | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd ra interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬ <br> ▬▬ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| | | | | ████████████ ████████████ ████████████ ████████████ █████████ |
| ipv6 nd ra lifetime | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd ra lifetime | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ████ |
| ipv6 nd ra suppress | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ipv6 nd ra suppress | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ████ |
| ipv6 nd reachable-time | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 nd reachable-time | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ████ |
| ipv6 nd router-preference | Cisco IOS 12.4 through 15.4; IOS XE 2.1 through 3.5 | ipv6 nd router-preference | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ████ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| ipv6 neighbor | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 neighbor | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 ospf area | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf area | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 ospf cost | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf cost | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 ospf dead-interval | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf dead-interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

39

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| ipv6 ospf hello-interval | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf hello-interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 ospf network | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf network | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 ospf priority | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf priority | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| ipv6 ospf retransmit-interval | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf retransmit-interval | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

40

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| | | | | ▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇ |
| ipv6 ospf transmit-delay | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 ospf transmit-delay | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇ ▇▇ |
| ipv6 prefix-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 prefix-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇ ▇▇ |
| ipv6 route | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | ipv6 route | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇ ▇▇ |
| ipv6 router ospf | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | ipv6 router ospf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▇▇▇▇ ▇▇ |

41

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[6] | |
|---|---|---|---|---|
| ipv6 unicast-routing | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | ipv6 unicast-routing | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

## "neighbor" hierarchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[7] | |
|---|---|---|---|---|
| neighbor activate | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5 | neighbor activate | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor allowas-in | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | neighbor allowas-in | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor default-originate | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor default-originate | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

---

[7]  At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[7] | |
|---|---|---|---|---|
| neighbor description | Cisco IOS 11.3 through 15.4; IOS XE 3.5 | neighbor description | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor ebgp-multihop | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 | neighbor ebgp-multihop | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor fall-over bfd | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | neighbor fall-over bfd | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor local-as | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | neighbor local-as | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[7] | |
|---|---|---|---|---|
| | | | | ████████████ ████████████ ██████████████ ████████████ ████████ |
| neighbor next-hop-self | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | neighbor next-hop-self | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| neighbor password | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | neighbor password | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| neighbor peer-group (assigning members) | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor peer-group (neighbor assignment) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.15.0F | ████████ ███ |
| neighbor peer-group (creating) | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor peer-group (create) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.15.0F | ████████ ███ |

45

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[7] | |
|---|---|---|---|---|
| neighbor remote-as | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | neighbor remote-as | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor remove-private-as | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | neighbor remove-private-as | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor route-map | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | neighbor route-map (BGP) | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor route-reflector- client | Cisco IOS 11.1 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | neighbor route-reflector- client | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

46

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[7] | |
|---|---|---|---|---|
| | | | |  |
| neighbor send-community | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 | neighbor send-community | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| neighbor shutdown | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5 | neighbor shutdown | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| neighbor soft-reconfiguration | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | neighbor soft-reconfiguration | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| neighbor timers | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | neighbor timers | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |

47

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[7] | |
|---|---|---|---|---|
| neighbor transport connection-mode | Cisco IOS 12.4 through 15.4 | neighbor transport connection-mode | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor update-source | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 | neighbor update-source | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| neighbor weight | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | neighbor weight | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

48

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

## "show" hierarchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | ▮▮▮▮▮ |
|---|---|---|---|---|
| show aaa method-lists | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show aaa method-lists | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |
| show aaa sessions | Cisco IOS 15.2 through 15.4; IOS XE 3.5 | show aaa sessions | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |
| show arp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show arp | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮ |

---

[8]   At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show bfd neighbors | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | show bfd neighbors | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show clock | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show clock | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show dot1q-tunnel | Cisco IOS 12.2 through 15.4; NX-OS 5.0 through 6.2 | show dot1q-tunnel | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show dot1x | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show dot1x | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show dot1x all summary | Cisco IOS 12.1 through 15.4; NX-OS 4.0 through 6.2 | show dot1x all summary | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

50

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | ██████ |
|---|---|---|---|---|
| show dot1x statistics | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show dot1x statistics | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show environment all | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 | show environment all | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████ |
| show environment cooling | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show environment cooling | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████ |
| show environment power | IOS XR 3.0 through 5.2; NX-OS 5.0 through 6.2 | show environment power | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████ |

51

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show environment temperature | Cisco IOS 11.2 through 12.1; IOS XR 3.0 through 5.2; IOS XE 2.1 | show environment temperature | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show etherchannel | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | show etherchannel | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show hostname | NX-OS 4.0 through 6.2 | show hostname | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show hosts | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show hosts | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

52

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▨▨▨ |
| show interfaces | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show interfaces | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show interfaces capabilities | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show interfaces capabilities | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show interfaces description | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces description | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

53

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮ |
| show interfaces flowcontrol | IOS 12.2 through 15.4; IOS XE 3.5 | show flowcontrol | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ ▮▮ |
| show interfaces private-vlan mapping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces private-vlan mapping | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮▮ ▮▮ |
| show interfaces status | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | show interfaces status | EOS v. 4.0.1, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ ▮▮ |
| show interfaces switchport | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces switchport | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮▮ ▮▮ |

54

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | ▊▊▊▊ |
|---|---|---|---|---|
| show interfaces switchport backup | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show interfaces switchport backup | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▊▊▊ |
| show interfaces transceiver | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 6.2 | show interfaces transceiver | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▊▊▊ |
| show interfaces trunk | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 6.2 | show interfaces trunk | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▊▊▊ |
| show inventory | Cisco IOS 12.4 through 15.4; IOS XR 3.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show inventory | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▊▊▊ |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ip access-lists | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip access-lists | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip arp | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip arp | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip bgp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 3.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip bgp | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip bgp community | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip bgp community | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ██████████ ██████████ ███████████ ████████ ████ |
| show ip bgp neighbors | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp neighbors (route type) | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |
| show ip bgp neighbors | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip bgp neighbors | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| show ip bgp paths | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp paths | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| show ip bgp peer-group | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp peer-group | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |

57

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ██████████ ██████████ █████████████ ████████ ████ |
| show ip bgp regexp | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp regexp | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |
| show ip bgp summary | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip bgp summary | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ██ |
| show ip community-list | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip community-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| show ip dhcp snooping | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip dhcp snooping | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ███ |
| show ip extcommunity-list | Cisco IOS 12.1 through 15.4; IOS XE 3.5; NX-OS 6.2 | show ip extcommunity-list | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ██ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ip helper-address | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show ip helper-address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip igmp groups | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp groups | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip igmp interface | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp interface | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip igmp snooping | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp snooping | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ip igmp snooping groups | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp snooping groups | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip igmp snooping mrouter | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip igmp snooping mrouter | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip igmp snooping querier | Cisco IOS 12.4 through 15.4; NX-OS 4.0 through 6.2 | show ip igmp snooping querier | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

60

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ip interface | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip interface brief | Cisco IOS 12.4 through 15.4; IOS XR 3.4 through 5.2; IOS XE 3.5 | show ip interface brief | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip mfib | Cisco IOS 15.0 through 15.4; IOS XE 2.1 through 3.5 | show ip mfib | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

61

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ████████ ████████ ██████████ ███████ ████ |
| show ip mroute | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip mroute | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |
| show ip mroute count | Cisco IOS 11.0 through 15.4; IOS XE 3.5 | show ip mroute count | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | █████████ ███ |
| show ip msdp mesh-group | NX-OS 4.0 through 6.2 | show ip msdp mesh-group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████ ███ |
| show ip msdp peer | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip msdp peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ███ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ip msdp rpf-peer | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show ip msdp rpf-peer | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip msdp sa-cache | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip msdp sa-cache | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip msdp summary | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip msdp summary | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip nat translations | Cisco IOS 11.2 through 15.4; IOS XE 3.5 | show ip nat translations | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ██████████ ██████████ ████████████ ██████████ ██████ |
| show ip ospf | Cisco IOS 11.0 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip ospf | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ████ |
| show ip ospf border-routers | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf border-routers | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ████ |
| show ip ospf database database-summary | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf database database-summary | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████ ████ |
| show ip ospf interface | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf interface | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████ ████ |

64

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ip ospf neighbor | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip ospf neighbor | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip ospf request-list | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf request-list | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip ospf retransmission- list | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip ospf retransmission- list | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ip pim interface | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip pim interface | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▪▪▪▪▪▪▪▪▪ |
| show ip pim neighbor | Cisco IOS 11.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip pim neighbor | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▪▪▪▪ |
| show ip pim rp | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip pim rp | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▪▪▪▪ |
| show ip pim rp-hash | Cisco IOS 11.3 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip pim rp-hash | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▪▪▪▪ |
| show ip prefix-list | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ip prefix-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▪▪▪▪ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆ |
| show ip rip database | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | show ip rip database | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆ ▆▆▆ |
| show ip rip neighbors | Cisco IOS 15.1 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip rip neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆ ▆▆▆ |
| show ip route | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip route | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆▆ ▆▆▆ |
| show ip route summary | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show ip route summary | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆ ▆▆▆ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ████████████████ ████████████ ██████████████████ ████████████ ██████ |
| show ip route tag | Cisco IOS 15.2 through 15.4 | show ip route tag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████████ ███ |
| show ipv6 access-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | show ipv6 access-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ██████████ ██████ |
| show ipv6 bgp | NX-OS 4.0 through 6.2 | show ipv6 bgp | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ ██████████ |
| show ipv6 bgp community | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | show ipv6 bgp community | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ ██████████ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ███████████ <br> ████████████ <br> ████████████████ <br> ██████████ <br> ███████ |
| show ipv6 bgp neighbors | NX-OS 4.0 through 6.2 | show ipv6 bgp neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | █████████ <br> ███████ |
| show ipv6 bgp summary | NX-OS 4.0 through 6.2 | show ipv6 bgp summary | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | █████████ <br> ███████ |
| show ipv6 interface | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | █████████ <br> ████ |
| show ipv6 neighbors | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 neighbors | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ███████████ <br> ████████ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ipv6 ospf | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show ipv6 ospf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ipv6 ospf border- routers | Cisco IOS 12.2; IOS XE 2.1 through 3.5 | show ipv6 ospf border- routers | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ipv6 ospf interface | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show ipv6 ospf interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ipv6 ospf neighbor | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5 | show ipv6 ospf neighbor | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

70

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show ipv6 prefix-list | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 prefix-list | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ipv6 route | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show ipv6 route | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ipv6 route summary | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 5.2 | show ipv6 route summary | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ipv6 route tag | Cisco IOS 15.2 through 15.4 | show ipv6 route tag | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▆▆▆▆▆▆▆▆▆▆<br>▆▆▆▆▆▆▆▆▆▆<br>▆▆▆▆▆▆▆▆▆▆▆<br>▆▆▆▆▆▆▆▆<br>▆▆▆▆▆ |
| show isis database | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show isis database | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆▆<br>▆▆▆ |
| show isis interface | IOS XR 3.0 through 5.2; NX-OS 4.0 through 6.2 | show isis interface | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆▆<br>▆▆▆ |
| show isis topology | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show isis topology | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆▆<br>▆▆▆ |
| show lacp counters | IOS XR 3.2 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show lacp counters | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆▆▆▆<br>▆▆▆ |

72

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮ |
| show lacp interface | NX-OS 4.0 through 6.2 | show lacp interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮▮ ▮▮▮ |
| show lacp neighbor | NX-OS 4.0 through 6.2 | show lacp neighbor | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮▮ ▮▮▮ |
| show link state group | Cisco IOS 15.1 through 15.4; IOS XE 3.5 | show link state group | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ ▮▮▮ |
| show lldp | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5 | show lldp | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮▮ ▮▮▮ |

73

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | |  |
| show lldp neighbors | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | show lldp neighbors | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| show lldp traffic | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 3.5; NX-OS 5.0 through 6.2 | show lldp traffic | EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| show mac access-list | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac access-list | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| show mac address-table | Cisco IOS 11.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac address-table | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |

74

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▮▮▮▮▮▮▮▮▮▮ |
| show mac address-table aging time | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac address-table aging time | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ |
| show mac address-table count | IOS XE 3.5; NX-OS 4.0 through 6.2 | show mac address-table count | EOS v. 4.0.1, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ |
| show module | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show module | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ |
| show monitor session | Cisco IOS 12.2 through 15.0; IOS XR 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | show monitor session | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▮▮▮▮▮ |

75

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | ▮▮▮▮▮▮▮▮▮▮▮ | |
| show ntp associations | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | show ntp associations | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ntp status | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 5.0 through 6.2 | show ntp status | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show policy-map control-plane | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show policy-map type control-plane | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show policy-map interface | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 6.2 | show policy-map interface type qos | EOS v. 4.11.1.2, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show policy-map interface control-plane | NX-OS 5.0 through 6.2 | show policy-map interface control-plane | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show port-channel summary | NX-OS 4.0 through 6.2 | show port-channel summary | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show port-channel traffic | NX-OS 4.0 through 6.2 | show port-channel traffic | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show port-security | Cisco IOS 12.2 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show port-security | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show port-security address | Cisco IOS 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show port-security address | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show port-security interface | IOS XE 3.5; NX-OS 4.0 through 6.2 | show port-security interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show privilege | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | show privilege | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show ptp clock | NX-OS 5.2 through 6.2 | show ptp clock | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬ |
| show ptp parent | NX-OS 5.2 through 6.2 | show ptp parent | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| show ptp time-property | NX-OS 5.2 through 6.2 | show ptp time-property | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| show radius | IOS XR 3.2 through 5.2; NX-OS 4.0 through 6.2 | show radius | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| show redundancy states | Cisco IOS 12.2 through 15.4; IOS XR 5.2; IOS XE 3.5 | show redundancy states | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬ ▬<br>▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬<br>▬▬▬▬▬ |
| show reload | Cisco IOS 11.0 through 15.4; IOS XE 2.1 | show reload | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬▬ |
| show role | NX-OS 4.0 through 6.2 | show role | EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬▬▬ |
| show route-map | Cisco IOS 11.0 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show route-map | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬▬<br>▬▬▬▬ |
| show snmp | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬▬▬<br>▬▬▬ |

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | |  |
| show snmp chassis | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show snmp chassis | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp community | Cisco IOS 12.4 through 15.4; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp community | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp contact | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show snmp contact | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp engineID | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp engineID | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show snmp group | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp group | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp host | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp host | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp location | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | show snmp location | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp mib | Cisco IOS 12.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | show snmp mib | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

82

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show snmp source-interface | NX-OS 5.0 through 6.2 | show snmp source-interface | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp trap | NX-OS 4.0 through 6.2 | show snmp trap | EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp user | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show snmp user | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show snmp view | Cisco IOS 12.4 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | show snmp view | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

83

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬<br>▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬<br>▬▬▬▬▬<br>▬▬▬ |
| show spanning-tree | Cisco IOS 12.0 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show spanning-tree | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬<br>▬▬ |
| show spanning-tree blockedports | NX-OS 6.2 | show spanning-tree blockedports | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬ |
| show spanning-tree bridge | NX-OS 4.0 through 6.2 | show spanning-tree bridge | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬<br>▬▬ |
| show spanning-tree interface | NX-OS 4.0 through 6.2 | show spanning-tree interface | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬▬<br>▬▬ |

84

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▀▀▀▀▀▀▀▀▀<br>▀▀▀▀▀▀▀▀▀▀<br>▀▀▀▀▀▀▀▀▀▀▀▀<br>▀▀▀▀▀▀▀▀▀<br>▀▀▀▀▀ |
| show spanning-tree mst | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | show spanning-tree mst | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▀▀▀▀▀▀▀<br>▀▀▀ |
| show spanning-tree mst configuration | Cisco IOS 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1; NX-OS 4.0 through 6.2 | show spanning-tree mst configuration | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▀▀▀▀▀▀▀▀▀<br>▀▀▀ |
| show spanning-tree mst interface | IOS XR 4.3 through 5.2; NX-OS 6.2 | show spanning-tree mst interface | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▀▀▀▀▀▀▀<br>▀▀▀ |
| show spanning-tree root | NX-OS 4.0 through 6.2 | show spanning-tree root | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▀▀▀▀▀▀<br>▀▀▀ |

85

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬ |
| show storm-control | Cisco IOS 12.2 through 15.4; IOS XE 3.5 | show storm-control | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| show tacacs | Cisco IOS 11.2 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show tacacs | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| show track | Cisco IOS 12.2 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show track | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |
| show user-account | NX-OS 4.0 through 6.2 | show user-account | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ |

86

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| | | | | ████████████ ████████████ ███████████████ ████████████ ███████ |
| show users | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show users | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ █████ |
| show version | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show version | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ █████ |
| show vlan | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show vlan | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ████████████ █████ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[8] | |
|---|---|---|---|---|
| show vlan private-vlan | NX-OS 4.0 through 6.2 | show vlan private-vlan | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show vlan summary | NX-OS 6.2 | show vlan summary | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show vrf | Cisco IOS 12.2 through 15.4; IOS XR 3.5 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | show vrf | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| show vrrp | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | show vrrp | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

88

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

Exhibit Copying-5 – Evidence of Hierarchy Copying

**"snmp-server" hierarchies**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| snmp-server chassis-id | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | snmp-server chassis-id | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| snmp-server community | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server community | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| snmp-server contact | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5; NX-OS 4.0 through 6.2 | snmp-server contact | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

---

[9]   At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| | | |  | |
| snmp-server enable traps | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server enable traps | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| snmp-server engineID local | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | snmp-server engineID local | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| snmp-server engineID remote | Cisco IOS 12.1 through 15.4; IOS XR 4.3 through 5.2; IOS XE 2.1 through 3.5 | snmp-server engineID remote | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |
| snmp-server group | Cisco IOS 11.3 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | snmp-server group | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F |  |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| snmp-server host | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server host | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| snmp-server location | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server location | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| snmp-server source-interface | Cisco IOS 12.2 through 15.4; IOS XE 2.1; NX-OS 5.0 through 6.2 | snmp-server source-interface | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| snmp-server user | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | snmp-server user | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| snmp-server view | Cisco IOS 11.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 2.1 through 3.5 | snmp-server view | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| spanning-tree bpdufilter | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree bpdufilter | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| spanning-tree bpduguard | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree bpduguard | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| spanning-tree bridge assurance | NX-OS 4.0 through 6.2 | spanning-tree bridge assurance | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| spanning-tree cost | Cisco IOS 12.0 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree cost | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| spanning-tree guard | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree guard | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| spanning-tree link-type | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree link-type | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

94

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬ ▬▬▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬ ▬▬▬ |
| spanning-tree loopguard default | Cisco IOS 12.2; NX-OS 4.0 through 6.2 | spanning-tree loopguard default | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ ▬▬ |
| spanning-tree mode | Cisco IOS 12.2 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree mode | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ ▬▬ |
| spanning-tree mst configuration | Cisco IOS 12.2 through 15.4; IOS XE 2.1 through 3.5; NX-OS 4.0 through 6.2 | spanning-tree mst configuration | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬ ▬▬ |
| spanning-tree portfast bpdufilter default | Cisco IOS 12.2 | spanning-tree portfast bpdufilter default | EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▬▬▬▬▬ ▬▬ |

95

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[9] | |
|---|---|---|---|---|
| spanning-tree portfast bpduguard default | Cisco IOS 12.2 | spanning-tree portfast bpduguard default | EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

96

"spanning-tree" hierarchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[10] | ▓▓▓▓▓ |
|---|---|---|---|---|
| spanning-tree port-priority | Cisco IOS 12.0 through 15.4; NX-OS 4.0 through 6.2 | spanning-tree port-priority | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▓▓▓ |
| spanning-tree transmit hold-count | Cisco IOS 12.2 | spanning-tree transmit hold-count | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▓▓▓ |
| spanning-tree vlan | Cisco IOS 12.0 through 15.4; IOS XE 2.1; NX-OS 4.0 through 6.2 | spanning-tree vlan | EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▓▓▓ |

---

[10]   At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

**Exhibit Copying-5 – Evidence of Hierarchy Copying**

"vrrp" hierarchies

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[11] | |
|---|---|---|---|---|
| vrrp authentication | Cisco IOS 12.0 through 15.4; IOS XE 3.5; NX-OS 6.2 | vrrp authentication | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆ |
| vrrp delay reload | Cisco IOS 15.1 through 15.4; IOS XR 3.4 through 5.2; IOS XE 3.5 | vrrp delay reload | EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆ |
| vrrp description | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | vrrp description | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▆▆▆▆▆ |

---

[11]    At the end of this table I have provided an index correlating the specific EOS version numbers listed in this column to their corresponding user manual.  My analysis is also based on my review of Arista source code, Cisco source code, documentation produced by the parties, deposition testimony, as well as testing of Cisco and Arista switches.

98

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[11] | ▉▉▉▉▉▉ |
|---|---|---|---|---|
| vrrp ip | Cisco IOS 12.0 through 15.4; IOS XR 5.2; IOS XE 3.5 | vrrp ip | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▉▉▉ |
| vrrp ip secondary | IOS 12.0 through 15.4; IOS XE 3.5 | vrrp ip secondary | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▉▉▉ |
| vrrp preempt | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | vrrp preempt | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▉▉▉ |
| vrrp priority | Cisco IOS 12.0 through 15.4; IOS XR 3.0 through 5.2; IOS XE 3.5 | vrrp priority | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | ▉▉▉ |

Exhibit Copying-5 – Evidence of Hierarchy Copying

| Cisco CLI Command Expression | Copyrighted Work(s) in Which Cisco's CLI Command Expression Appears | Substantially Similar Arista CLI Command Expression | Infringing Work(s) in Which Command Expression Appears[11] | |
|---|---|---|---|---|
| vrrp shutdown | Cisco IOS 12.4 through 15.4; IOS XE 3.5 | vrrp shutdown | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |
| vrrp timers advertise | Cisco IOS 12.0 through 15.4; IOS XE 3.5 | vrrp timers advertise | EOS v. 4.4.0, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | |

100

**Arista User Manuals**

| Date | Manual | Bates Begin | Bates End |
|---|---|---|---|
| 4/8/2009 | Arista Networks EOS User Manual Version 4.0.1 | CSI-CLI-00007244 | CSI-CLI-00007472 |
| 3/31/2010 | Arista Networks EOS User Manual Version 4.4.0 | CSI-CLI-00007473 | CSI-CLI-00007840 |
| 3/28/2011 | Arista Networks EOS User Manual Version 4.6.2 | CSI-CLI-00006858 | CSI-CLI-00007243 |
| 7/19/2012 | Arista Networks EOS User Manual Version 4.10.0 | CSI-CLI-00007841 | CSI-CLI-00008984 |
| 1/22/2013 | Arista Networks EOS User Manual Version 4.11.1 - Rev. 2 | CSI-CLI-00010517 | CSI-CLI-00011972 |
| 3/1/2013 | Arista Networks EOS User Manual Version 4.11.2.1 | CSI-CLI-00008985 | CSI-CLI-00010516 |
| 9/16/2013 | Arista Networks EOS User Manual Version 4.12.4 | CSI-CLI-00014141 | CSI-CLI-00016000 |
| 4/14/2014 | Arista Networks EOS User Manual Version 4.13.6F | CSI-CLI-00016001 | CSI-CLI-00018140 |
| 6/17/2014 | Arista Networks EOS User Manual Version 4.13.7M | CSI-CLI-00011973 | CSI-CLI-00014140 |
| 10/2/2014 | Arista Networks EOS User Manual Version 4.14.3F - Rev. 2 | CSI-CLI-00018146 | CSI-CLI-00020337 |
| 12/22/2014 | Arista Networks EOS User Manual Version 4.14.5F - Rev. 2 | CSI-CLI-00000084 | CSI-CLI-00002331 |
| 1/19/2015 | Arista Networks EOS User Manual Version 4.14.6M | CSI-CLI-00004616 | CSI-CLI-00006857 |
| 4/2015 | Arista Networks EOS User Manual Version 4.15.OF - Rev. 2.27 | CSI-CLI-00020575 | CSI-CLI-00022852 |
| 4/18/2015 | Arista Networks EOS User Manual Version 4.15.OF | CSI-CLI-00002332 | CSI-CLI-00004615 |
| 11/20/2015 | Arista Networks EOS User Manual Version 4.15.3F | CSI-CLI-06302874 | CSI-CLI-06305161 |

Exhibit Copying-5 – Evidence of Hierarchy Copying

# Exhibit Copying-6
## Filed Under Seal In Its Entirety

# Exhibit Copying-7

```
                                    arista.txt
localhost>show ?
  arp                    ARP table
  boot-extensions        Contents of boot extensions configuration
  clock                  Display the system clock
  diagnostic             Show diagnostic tests
  dot1q-tunnel           Show all enabled dot1q-tunnel ports
  environment            Show environment status
  errdisable             Show errdisable information
  error                  Show detailed information about an earlier error
  extensions             EOS extensions present on this device
  flowcontrol            Show interface flowcontrol information
  history                Display the session command history
  installed-extensions   Installed EOS extensions
  interfaces             Interface status and configuration
  inventory              Display hardware inventory with serial numbers
  ip                     IP information
  lacp                   Link Aggregation Control Protocol (LACP) status
  lldp                   Show Link Layer Discovery Protocol (LLDP) status
  logging                Show the contents of logging buffers
  mac-address-table      MAC forwarding table
  mlag                   MLAG status
  monitor                Mirroring information
  ntp                    Network Time Protocol
  port-channel           port-channel status
  privilege              Display the current privilege level
  processes              Show cpu and memory usage of running processes
  radius                 RADIUS server attributes
  reload                 Display system reload status
  sflow                  sFlow configuration
  snmp                   SNMP statistics
  spanning-tree          Spanning tree topology
  tacacs                 TACACS+ server attributes
  uptime                 Show how long the system has been running
  version                Show switch version information
  vlan                   Show VLAN status

localhost>show interface ?
  Ethernet       Ethernet interface
  Loopback       Loopback interface
  Management     Management interface
  Port-Channel   Port-Channel Interface
  Vlan           Vlan interface
  capabilities   Show interface capabilities information
  counters       Interface counters
  description    Show interface description
  flowcontrol    Show interface flowcontrol information
  negotiation    Show interface Auto-Negotiation status
  phy            Display low-level PHY status
  status         Show interface line status
  switchport     Show interface switchport information
  transceiver    Show interface transceiver
  vlans          Show interface VLAN information
  |              Output modifiers
  <cr>

localhost>show interface Ethernet ?
  $         end of range
  <1-52>   Ethernet Port number

localhost>show interface Ethernet

&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
For Cisco 3560
                                   Page 1
```

arista.txt

```
Switch>show ?
  aaa                 Show AAA values
  adjacency           Adjacent nodes
  arp                 ARP table
  auto                Show Automation Template
  cca                 CCA information
  class-map           Show QoS Class Map
  clock               Display the system clock
  cns                 CNS agents
  controllers         Interface controller status
  crypto              Encryption module
  dampening           Display dampening information
  diagnostic          Show command for diagnostic
  dot1q-tunnel        Display dot1q tunnel ports
  dot1x               Dot1x information
  eigrp               EIGRP show commands
  env                 Environmental facilities
  epm                 EPM information
  errdisable          Error disable
  etherchannel        EtherChannel information
  exception           exception informations
  flash:              display information about flash: file system
  flowcontrol         show flow control information
  format              Show format information
  history             Display the session command history
  hosts               IP domain-name, lookup style, nameservers, and host table
  idprom              show IDPROMs for interfaces
  if-mgr              if-mgr information
  inventory           Show the physical inventory
  ip                  IP information
  ipc                 Interprocess communications commands
  ipv6                IPv6 information
  kerberos            Show Kerberos Values
  kron                Kron Subsystem
  l2                  Layer 2
  l2protocol-tunnel   Display L2PT status and configurations
  lacp                Port channel information
  link                Show Link
  lldp                LLDP information
  location            Display the system location
  login               Display Secure Login Configurations and State
  mab                 MAB information
  mac                 MAC configuration
  macro               Show command macros
  memory              Memory statistics
  mls                 mls global commands
  monitor             Monitoring different system events
  network-policy      Network Policy profile information
  odm-format          Show the schema used for ODM input file
  pagp                Port channel information
  platform            platform specific show commands
  pm                  Show Port Manager commands
  policy-map          Show QoS Policy Map
  power               Switch Power
  queue               Show queue contents
  queueing            Show queueing configuration
  radius              Shows radius information
  resource            Resource group statistics
  rmon                rmon statistics
  sasl                show SASL information
  sessions            Information about Telnet connections
  shell               Display shell information
```

Page 2

```
                              arista.txt
snmp              snmp statistics
ssh               Status of SSH server connections
ssl               Show SSL command
storm-control     Show storm control configuration
table-map         Show Table Map
tacacs            Shows tacacs+ server statistics
template          Template information
terminal          Display terminal configuration parameters
time-range        Time range
udld              UDLD information
users             Display information about terminal lines
version           System hardware and software status
vlan              VTP VLAN status
vmps              VMPS version information
vrf               VPN Routing/Forwarding instance information
vstack            Vstack show commands
vtp               VTP information
xdr               Show details about XDR
xsd-format        Show the ODM XSD for the command

Switch>show interface ?
  Async             Async interface
  Auto-Template     Auto-Template interface
  BVI               Bridge-Group Virtual Interface
  CTunnel           CTunnel interface
  Dialer            Dialer interface
  FastEthernet      FastEthernet IEEE 802.3
  Filter            Filter interface
  Filtergroup       Filter Group interface
  GigabitEthernet   GigabitEthernet IEEE 802.3z
  GroupVI           Group Virtual interface
  Loopback          Loopback interface
  Null              Null interface
  Port-channel      Ethernet Channel of interfaces
  Portgroup         Portgroup interface
  Pos-channel       POS Channel of interfaces
  Tunnel            Tunnel interface
  Vif               PGM Multicast Host interface
  Virtual-Template  Virtual Template interface
  Virtual-TokenRing Virtual TokenRing
  Vlan              Catalyst Vlans
  accounting        Show interface accounting
  capabilities      Show interface capabilities information
  counters          Show interface counters
  crb               Show interface routing/bridging info
  dampening         Show interface dampening info
  debounce          Show interface debounce time info
  description       Show interface description
  etherchannel      Show interface etherchannel information
  fair-queue        Show interface Weighted Fair Queueing (WFQ) info
  fcpa              Fiber Channel
  flowcontrol       Show interface flowcontrol information
  irb               Show interface routing/bridging info
  mac-accounting    Show interface MAC accounting info
  mpls-exp          Show interface MPLS experimental accounting info
  mtu               Show interface mtu
  precedence        Show interface precedence accounting info
  private-vlan      Show interface private vlan information
  pruning           Show interface trunk VTP pruning information
  random-detect     Show interface Weighted Random Early Detection (WRED) info
  rate-limit        Show interface rate-limit info
  stats             Show interface packets & octets, in & out, by switching
                    path
                              Page 3
```

```
                              arista.txt
  status             Show interface line status
  summary            Show interface summary
  switchport         Show interface switchport information
  transceiver        Show interface transceiver
  trunk              Show interface trunk information
  |                  Output modifiers
  <cr>

Switch>show interface Ethernet ?
% Unrecognized command
Switch>show interface Fast
Switch>show interface FastEthernet ?
  <0-0>  FastEthernet interface number

Switch>show interface FastEthernet
```

```
                              arista-7010.txt
Aboot 4.0.4-2086886


Press Control-C now to enter Aboot shell
Booting flash:/EOS-4.14.9.1M.swi
[    7.229739] Starting new kernel
Switching rootfs

Welcome to Arista Networks EOS 4.14.9.1M
Mounting filesystems:  [  OK  ]
Starting udev: [  OK  ]
Setting hostname localhost:  [  OK  ]
Entering non-interactive startup
Starting ProcMgr: [  OK  ]
Starting EOS initialization stage 1: [  OK  ]
ip6tables: Applying firewall rules: [  OK  ]
iptables: Applying firewall rules: [  OK  ]
iptables: Loading additional modules: nf_conntrack_tftp [  OK  ]
Starting system logger: [  OK  ]
Starting NorCal initialization: [  OK  ]
Retrigger failed udev events[  OK  ]
Starting mcelog daemon
Starting EOS initialization stage 2: [  OK  ]
Starting Power On Self Test (POST): [  OK  ]
Starting crond: [  OK  ]
Completing EOS initialization (press ESC to skip): [FAILED]
EOS will continue to boot without waiting for full initialization.
You may not be able to login using normal accounts, but you may be
able to login as root.
Model: DCS-7010T-48
Serial Number: HSH16130550
System RAM: 3907136 kB
Flash Memory size:  3.3G

Arista Networks EOS 4.14.9.1M
localhost login: admin

localhost>
localhost>en
localhost#
localhost#show version
Arista DCS-7010T-48
Hardware version:    01.01
Serial number:       HSH16130550
System MAC address:  444c.a88f.f7f9

Software image version: 4.14.9.1M
Architecture:           i386
Internal build version: 4.14.9.1M-2714873.41491M
Internal build ID:      0c909198-32d7-4253-85d6-d0f013b47dbc

Uptime:                 3 minutes
Total memory:           3907136 kB
Free memory:            1642992 kB
```

```
                            arista-7010.txt
localhost#
localhost#
localhost#
localhost#show version detail
Arista DCS-7010T-48
Hardware version:    01.01
Deviations:
Serial number:       HSH16130550
System MAC address:  444c.a88f.f7f9

Software image version: 4.14.9.1M
Architecture:           i386
Internal build version: 4.14.9.1M-2714873.41491M
Internal build ID:      0c909198-32d7-4253-85d6-d0f013b47dbc

Uptime:              4 minutes
Total memory:        3907136 kB
Free memory:         1610028 kB

Installed software packages:

Package                  Version      Release
--------------------------------------------------
Aaa                      1.1.0        2714297.41491M
Aaa-cli                  1.1.0        2714297.41491M
Aaa-lib                  1.1.0        2714297.41491M
Aboot-utils              1.0.1        2713877.41491M
Acl                      1.0.1        2714297.41491M
Acl-cli                  1.0.1        2714297.41491M
Acl-lib                  1.0.1        2714297.41491M
AclSnmp                  1.0.0        2714297.41491M
Agent                    1.0.0        2713877.41491M
AgentMonitor             1.0.1        2714297.41491M
AgentMonitor-cli         1.0.1        2714297.41491M
AgentMonitor-lib         1.0.1        2714297.41491M
Ale                      1.0.0        2714297.41491M
AleCounters              1.0.0        2713877.41491M
AleFlow                  1.0.0        2714297.41491M
AleVxlan                 1.0.0        2714297.41491M
Altera                   1.0.2        2714297.41491M
Aom                      1.0.0        2714297.41491M
Aom-lib                  1.0.0        2714297.41491M
ArPyUtils                1.0.0        2713680.41491M
Arbus                    2.1.0        2714297.41491M
Arbus-lib                2.1.0        2714297.41491M
Aresolve                 1.0.1        2714297.41491M
Ark                      1.0.2        2713877.41491M
Arnet                    2.1.2        2714297.41491M
Arnet-cli                2.1.2        2714297.41491M
Arnet-lib                2.1.2        2714297.41491M
Arp                      1.0.1        2714297.41491M
Arp-cli                  1.0.1        2714297.41491M
Arp-lib                  1.0.1        2714297.41491M
Arsys                    1.5.2        2714297.41491M
Arsys-cli                1.5.2        2714297.41491M
Arsys-lib                1.5.2        2714297.41491M
Arsys-modular            1.5.2        2714297.41491M
Arsys-modular-lib        1.5.2        2714297.41491M
Artist                   1.0.1        2714297.41491M
Artist-lib               1.0.1        2714297.41491M
AsicPktTestLib           1.0.0        2714297.41491M
AsicUtils                1.0.0        2713877.41491M
Asu                      1.0.0        2714297.41491M
                            Page 2
```

```
                                  arista-7010.txt
Asu-cli                1.0.0          2714297.41491M
Asu-lib                1.0.0          2714297.41491M
BcmMdio                1.0.0          2714297.41491M
BcmMdio-lib            1.0.0          2714297.41491M
Bfd                    1.0.1          2714297.41491M
Bfd-cli                1.0.1          2714297.41491M
Bfd-lib                1.0.1          2714297.41491M
BfdTest                1.0.0          2714297.41491M
Bgp                    1.0.0          2714297.41491M
Brad                   1.0.1          2714297.41491M
Capi                   1.0.1          2714297.41491M
Capi-cli               1.0.1          2714297.41491M
Capi-lib               1.0.1          2714297.41491M
Cdp                    1.0.1          2714297.41491M
Cdp-lib                1.0.1          2714297.41491M
Cli                    1.13.2         2714297.41491M
Cli-lib                1.13.2         2714297.41491M
CliMode                1.0.0          2713877.41491M
CliSession             1.0.1          2714297.41491M
CliSession-lib         1.0.1          2714297.41491M
ConfigSession          1.0.0          2714297.41491M
ConfigSession-cli      1.0.0          2714297.41491M
ControllerCommon       1.0.0          2714297.41491M
ControllerCommon-lib   1.0.0          2714297.41491M
ControllerDebug        1.0.0          2714297.41491M
ControllerDebug-cli    1.0.0          2714297.41491M
ControllerDebug-lib    1.0.0          2714297.41491M
ControllerRegistration 1.0.0          2714297.41491M
ControllerRegistration-cli 1.0.0          2714297.41491M
ControllerRegistration-lib 1.0.0          2714297.41491M
Controllerdb           1.0.0          2714297.41491M
Controllerdb-cli       1.0.0          2714297.41491M
Controllerdb-lib       1.0.0          2714297.41491M
Cpld                   1.0.0          2714297.41491M
CpuComplex             1.0.1          2714297.41491M
CpuFabric              1.0.1          2714297.41491M
Dcb                    1.0.0          2714297.41491M
Debug                  1.0.1          2714297.41491M
DeltaPower             1.0.0          2714297.41491M
DhcpRelay              2.0.0          2714297.41491M
DhcpRelay-cli          2.0.0          2714297.41491M
DhcpRelay-lib          2.0.0          2714297.41491M
Diags                  2.2.3          2714297.41491M
Diags-cli              2.2.3          2714297.41491M
Diags-lib              2.2.3          2714297.41491M
DiagsTools             1.0.1          2714297.41491M
DiagsTools-lib         1.0.1          2714297.41491M
DirectFlow             1.0.0          2714297.41491M
Dos                    1.0.1          2714297.41491M
Dos-lib                1.0.1          2714297.41491M
DosBroadcom            1.0.0          2714873.41491M
DosFocalPoint          1.0.0          2714297.41491M
DosSystem              1.0.1          2714873.41491M
Dot1x                  1.0.0          2714297.41491M
Dot1x-cli              1.0.0          2714297.41491M
Dot1x-lib              1.0.0          2714297.41491M
Ebra                   2.0.6          2714297.41491M
Ebra-cli               2.0.6          2714297.41491M
Ebra-lib               2.0.6          2714297.41491M
EbraSnmp               1.0.1          2714297.41491M
EbraSnmp-cli           1.0.1          2714297.41491M
EbraSnmp-lib           1.0.1          2714297.41491M
EmersonPower           1.1.1          2714297.41491M
```

```
                                  arista-7010.txt
EntityMib               1.0.1        2714297.41491M
Environment             1.1.0        2713877.41491M
Eos                     4.14.3       2714873.41491M
Eos-initscripts         9.20.2       2713181.41491M
Eos-release             4.14.3       2713181.41491M
Eos-udev                167          8.fc14
EosInit                 1.0.1        2714297.41491M
EosInit-cli             1.0.1        2714297.41491M
EosInit-lib             1.0.1        2714297.41491M
EosKernel               3.4.43.Ar    2713181.41491M
EosUtils                1.1.0        2713877.41491M
EthIntf                 1.0.1        2714297.41491M
EthIntf-cli             1.0.1        2714297.41491M
EthIntfSnmp             1.0.0        2714297.41491M
EventMgr                1.0.1        2714297.41491M
EventMgr-cli            1.0.1        2714297.41491M
EventMgr-lib            1.0.1        2714297.41491M
EventMon                1.0.1        2714297.41491M
EventMon-cli            1.0.1        2714297.41491M
EventMon-lib            1.0.1        2714297.41491M
ExtEntity               1.0.0        2714297.41491M
ExtensionMgr            1.0.1        2714297.41491M
ExtensionMgr-cli        1.0.1        2714297.41491M
FastServerFailover      1.0.1        2714297.41491M
FastServerFailover-cli 1.0.1          2714297.41491M
FastServerFailover-lib 1.0.1          2714297.41491M
FaultInjection          1.0.1        2714297.41491M
FaultInjection-cli      1.0.1        2714297.41491M
Fhrp                    1.0.1        2714297.41491M
Fhrp-cli                1.0.1        2714297.41491M
Fhrp-lib                1.0.1        2714297.41491M
FhrpSnmp                1.1.0        2714297.41491M
FhrpSnmp-lib            1.1.0        2714297.41491M
FileCli                 1.0.0        2714297.41491M
FileCli-lib             1.0.0        2714297.41491M
FileSystems             1.0.0        2714297.41491M
FmApi                   1.1.1        2714297.41491M
Fru                     2.5.2        2714297.41491M
Fru-cli                 2.5.2        2714297.41491M
Fru-lib                 2.5.2        2714297.41491M
Fru-util                2.5.2        2714297.41491M
FruSnmp                 1.0.0        2714297.41491M
GatedSnmp               1.0.0        2714297.41491M
Gmp                     1.0.1        2714297.41491M
Gmp-IgmpHost            1.0.1        2714297.41491M
Gmp-cli                 1.0.1        2714297.41491M
HadoopTracer            1.0.0        2714297.41491M
Hardware                1.0.1        2714297.41491M
Hardware-cli            1.0.1        2714297.41491M
HostResourcesMib        1.0.1        2714297.41491M
Hsc                     1.0.1        2714873.41491M
Hsc-cli                 1.0.1        2714873.41491M
Igmp                    1.0.1        2714297.41491M
Igmp-cli                1.0.1        2714297.41491M
Igmp-lib                1.0.1        2714297.41491M
IgmpHostProxy           1.0.1        2714297.41491M
IgmpHostProxy-cli       1.0.1        2714297.41491M
IgmpSnmp                1.0.0        2714297.41491M
IgmpSnooping            1.0.1        2714297.41491M
IgmpSnooping-cli        1.0.1        2714297.41491M
IgmpSnooping-lib        1.0.1        2714297.41491M
Intf                    1.2.1        2714297.41491M
Intf-cli                1.2.1        2714297.41491M
```

```
                                 arista-7010.txt
IntfSnmp                1.0.1        2714297.41491M
IntfSnmp-cli            1.0.1        2714297.41491M
IntfSnmp-lib            1.0.1        2714297.41491M
IpEth-cli               1.0.1        2714297.41491M
IpEthTest               1.0.0        2714297.41491M
Ipv6NeighborDiscovery 1.0.1          2714297.41491M
Ipv6NeighborDiscovery-cli 1.0.1        2714297.41491M
Ipv6NeighborDiscovery-lib 1.0.1        2714297.41491M
Ira                     1.12.6       2714297.41491M
Ira-cli                 1.12.6       2714297.41491M
Ira-lib                 1.12.6       2714297.41491M
IraAcl                  1.0.0        2714297.41491M
IraAcl-lib              1.0.0        2714297.41491M
IraSnmp                 1.0.1        2714297.41491M
Isis                    1.0.1        2714297.41491M
Isis-cli                1.0.1        2714297.41491M
Jtag                    1.0.1        2714297.41491M
Kabini                  1.0.1        2714297.41491M
KernelFib               1.0.0        2714297.41491M
KernelMfib              1.0.0        2714297.41491M
Lag                     2.0.1        2714297.41491M
Lag-cli                 2.0.1        2714297.41491M
Lag-lib                 2.0.1        2714297.41491M
LagSnmp                 1.0.0        2714297.41491M
Lanz                    1.0.0        2714297.41491M
Lanz-cli                1.0.0        2714297.41491M
Lattice                 1.0.1        2714297.41491M
Launcher                1.3.3        2714297.41491M
Launcher-cli            1.3.3        2714297.41491M
Launcher-lib            1.3.3        2714297.41491M
Lldp                    1.0.0        2714297.41491M
Lm73                    1.0.2        2714297.41491M
LogMgr                  1.2.0        2714297.41491M
LogMgr-cli              1.2.0        2714297.41491M
LogMgr-lib              1.2.0        2714297.41491M
MacMon                  1.0.0        2714297.41491M
MacMon-cli              1.0.0        2714297.41491M
MacMon-lib              1.0.0        2714297.41491M
MacPhyConc              1.0.1        2714297.41491M
MacPhyConc-cli          1.0.1        2714297.41491M
Max6658                 1.0.1        2714297.41491M
McastBoundary           1.0.0        2714297.41491M
McastBoundary-cli       1.0.0        2714297.41491M
Mcp55                   1.0.1        2714297.41491M
Mendocino               1.0.0        2714873.41491M
Mendocino-firmware      1.0.0        2714873.41491M
MgmtSecurity            1.0.1        2714297.41491M
MgmtSecurity-cli        1.0.1        2714297.41491M
Mirroring               1.0.1        2714297.41491M
Mirroring-cli           1.0.1        2714297.41491M
Mirroring-lib           1.0.1        2714297.41491M
Mlag                    1.0.1        2714297.41491M
Mlag-cli                1.0.1        2714297.41491M
Mlag-lib                1.0.1        2714297.41491M
MlagVrrp                1.0.0        2714297.41491M
Mpls                    1.0.0        2714297.41491M
Mroute                  1.0.1        2714297.41491M
Mroute-cli              1.0.1        2714297.41491M
Mrp                     1.0.1        2714297.41491M
Msdp                    1.0.0        2714297.41491M
MsdpSnmp                1.0.0        2714297.41491M
Msrp                    1.0.5        2714297.41491M
Msrp-cli                1.0.5        2714297.41491M
```

```
                                    arista-7010.txt
Msrp-hw-lib              1.0.5        2714297.41491M
Msrp-lib                 1.0.5        2714297.41491M
Mvrp                     1.0.5        2714297.41491M
Mvrp-cli                 1.0.5        2714297.41491M
Mvrp-hw-lib              1.0.5        2714297.41491M
Mvrp-lib                 1.0.5        2714297.41491M
Napa                     1.0.0        2714873.41491M
Nat                      1.0.0        2714297.41491M
NetworkTools             1.0.2        2714297.41491M
NetworkTools-cli         1.0.2        2714297.41491M
NorCal                   2.4.0        2714873.41491M
NorCal-firmware          2.4.0        2714873.41491M
NorCalSys                1.2.0        2714297.41491M
Ntp                      1.3.2        2714297.41491M
Ntp-cli                  1.3.2        2714297.41491M
ObjectTracking           1.0.1        2714297.41491M
ObjectTracking-cli       1.0.1        2714297.41491M
ObjectTracking-lib       1.0.1        2714297.41491M
OpenFlow                 1.0.0        2714297.41491M
OpenStack                1.0.0        2714297.41491M
OpenStack-cli            1.0.0        2714297.41491M
OpenStack-lib            1.0.0        2714297.41491M
Ospf                     1.0.0        2714297.41491M
Ospf3                    1.0.0        2714297.41491M
Pbr                      1.0.0        2714297.41491M
Pca9555-lib              1.0.1        2714297.41491M
PciBus                   1.0.1        2714297.41491M
PciBus-cli               1.0.1        2714297.41491M
PciBus-lib               1.0.1        2714297.41491M
PhyAeluros               2.2.0        2714297.41491M
PhyAeluros-firmware      2.2.0        2714297.41491M
PhyAeluros-lib           2.2.0        2714297.41491M
PhyBcm                   1.0.1        2714297.41491M
PhyEee                   1.1.1        2714297.41491M
PhyEee-cli               1.1.1        2714297.41491M
PhyEthtool               2.6.1        2714297.41491M
PhyEthtool-lib           2.6.1        2714297.41491M
Picasso                  1.0.1        2714297.41491M
Picasso-lib              1.0.1        2714297.41491M
Pim                      2.0.1        2714297.41491M
Pim-cli                  2.0.1        2714297.41491M
PimBsr                   1.0.0        2714297.41491M
PimBsr-cli               1.0.0        2714297.41491M
PimReg                   1.0.0        2714297.41491M
PimReg-cli               1.0.0        2714297.41491M
PimSnmp                  1.0.0        2714297.41491M
Pimsm                    1.0.0        2714297.41491M
Pimsm-cli                1.0.0        2714297.41491M
PlxPex8600-lib           1.0.2        2714297.41491M
Pmbus                    1.0.1        2714297.41491M
Pmbus-cli                1.0.1        2714297.41491M
Pmbus-lib                1.0.1        2714297.41491M
PolicyMap                1.0.0        2714297.41491M
Power                    1.5.1        2714297.41491M
Power-cli                1.5.1        2714297.41491M
Power-lib                1.5.1        2714297.41491M
PowerOne                 1.0.1        2714297.41491M
PowerOne-lib             1.0.1        2714297.41491M
ProcMgr                  1.7.1        2713877.41491M
Psmi                     1.0.1        2714297.41491M
Psmi-cli                 1.0.1        2714297.41491M
Psmi-lib                 1.0.1        2714297.41491M
Ptp                      1.0.1        2714297.41491M
```

```
                              arista-7010.txt
Ptp-cli                 1.0.1     2714297.41491M
Ptp-lib                 1.0.1     2714297.41491M
PtpTimeSync             1.0.0     2714297.41491M
PyWrappers              1.0.0     2713680.41491M
PyWrappers-dnsmasq      1.0.0     2713680.41491M
PyWrappers-eos-initscripts 1.0.0        2713680.41491M
PyWrappers-fuse-zip     1.0.0     2713680.41491M
PyWrappers-iptables     1.0.0     2713680.41491M
PyWrappers-iptables-ipv6 1.0.0          2713680.41491M
PyWrappers-iputils      1.0.0     2713680.41491M
PyWrappers-lftp         1.0.0     2713680.41491M
PyWrappers-net-snmp     1.0.0     2713680.41491M
PyWrappers-net-snmp-utils 1.0.0         2713680.41491M
PyWrappers-ntp-udel     1.0.0     2713680.41491M
PyWrappers-openssh-clients 1.0.0        2713680.41491M
PyWrappers-openssh-server 1.0.0         2713680.41491M
PyWrappers-rsyslog      1.0.0     2713680.41491M
PyWrappers-tcpdump      1.0.0     2713680.41491M
PyWrappers-telnet       1.0.0     2713680.41491M
PyWrappers-telnet-server 1.0.0          2713680.41491M
PyWrappers-traceroute 1.0.0       2713680.41491M
PyWrappers-xinetd       1.0.0     2713680.41491M
Qos                     1.0.0     2714297.41491M
QosSnmp                 1.0.0     2714297.41491M
Radius                  1.0.2     2714297.41491M
Radius-cli              1.0.2     2714297.41491M
ReachabilityMonitor     1.0.0     2714297.41491M
RedSup                  1.7.5     2714297.41491M
RedSupSnmp              1.0.0     2714297.41491M
Rib                     2.0.3     2714297.41491M
Rib-cli                 2.0.3     2714297.41491M
Rib-lib                 2.0.3     2714297.41491M
Rip                     1.0.1     2714297.41491M
Rip-cli                 1.0.1     2714297.41491M
RouteMap                1.0.1     2714297.41491M
RouteMap-cli            1.0.1     2714297.41491M
Ruby-cli                1.0.1     2714297.41491M
Saguaro                 1.0.0     2714297.41491M
Scd                     1.0.2     2714297.41491M
Scd-lib                 1.0.2     2714297.41491M
ScdEmUtils              1.0.0     2713877.41491M
SchanAccel              1.0.1     2714297.41491M
SchanAccel-cli          1.0.1     2714297.41491M
SchanAccel-lib          1.0.1     2714297.41491M
Sflow                   1.0.1     2714297.41491M
Si5327                  1.0.0     2714297.41491M
Smash                   1.0.3     2713877.41491M
Snmp                    1.2.1     2714297.41491M
Snmp-cli                1.2.1     2714297.41491M
Snmp-lib                1.2.1     2714297.41491M
Sol                     1.0.1     2714297.41491M
Sol-lib                 1.0.1     2714297.41491M
StageMgr                1.0.0     2713877.41491M
StageMgr-lib            1.0.0     2713877.41491M
StandbyCpld             1.0.1     2714297.41491M
StorageDevices-cli      1.0.1     2714297.41491M
StormControl            1.0.0     2714297.41491M
Stp                     1.1.1     2714297.41491M
Stp-cli                 1.1.1     2714297.41491M
Stp-lib                 1.1.1     2714297.41491M
Strata                  1.3.1     2714873.41491M
StrataApi               1.0.1     2714297.41491M
StrataCentral           1.3.1     2714297.41491M
```

```
                                  arista-7010.txt
StrataCentral-agent   1.3.1         2714297.41491M
StrataCommon          1.0.1         2714297.41491M
StrataCommon-lib      1.0.1         2714297.41491M
StrataL2              1.0.0         2714873.41491M
StrataL3              1.0.0         2714873.41491M
StrataLag             1.0.1         2714297.41491M
StrataVlanTopo        1.0.0         2714873.41491M
SuperServer           1.0.1         2714873.41491M
SysMgr                2.6.0         2714297.41491M
SysMgr-cli            2.6.0         2714297.41491M
SysMgr-lib            2.6.0         2714297.41491M
SysMgrSnmp            1.0.1         2714297.41491M
Sysdb                 1.10.0        2713877.41491M
SysdbAgent            1.0.1         2714297.41491M
TacSmash              1.0.4         2713877.41491M
TacSmash-cli          1.0.4         2713877.41491M
Tacacs                1.0.1         2714297.41491M
Tacacs-cli            1.0.1         2714297.41491M
Tacacs-lib            1.0.1         2714297.41491M
TaccPyUtils           1.0.0         2713680.41491M
TapAggGui             1.0.0         2714297.41491M
ThermoMgr             1.7.1         2714297.41491M
ThermoMgr-cli         1.7.1         2714297.41491M
ThermoMgr-lib         1.7.1         2714297.41491M
Topology              1.0.1         2714297.41491M
Topology-cli          1.0.1         2714297.41491M
Topology-controller   1.0.1         2714297.41491M
Topology-controller-cli 1.0.1        2714297.41491M
Topology-lib          1.0.1         2714297.41491M
Tunnel                1.0.0         2714297.41491M
Units                 1.1.0         2713877.41491M
VirtualCable          1.0.1         2714297.41491M
VirtualCable-cli      1.0.1         2714297.41491M
Vm                    1.0.1         2714297.41491M
Vm-cli                1.0.1         2714297.41491M
VmTracer              1.0.1         2714297.41491M
VmwareVI              1.0.1         2714297.41491M
Vrf                   1.0.1         2714297.41491M
Vxlan                 1.0.1         2714297.41491M
Vxlan-cli             1.0.1         2714297.41491M
VxlanController       1.0.1         2714297.41491M
VxlanController-cli   1.0.1         2714297.41491M
VxlanController-formatlib 1.0.1      2714297.41491M
VxlanController-lib   1.0.1         2714297.41491M
VxlanTest             1.0.0         2714297.41491M
Wbem                  1.0.0         2714297.41491M
Xcvr                  1.2.1         2714297.41491M
Xcvr-cli              1.2.1         2714297.41491M
XcvrCtrl              1.0.2         2714297.41491M
Xilinx                1.0.1         2714297.41491M
Xmpp                  1.4.2         2714297.41491M
Xmpp-cli              1.4.2         2714297.41491M
Xmpp-lib              1.4.2         2714297.41491M
ZeroTouch             1.0.0         2714297.41491M
arista-bde            1.0.0         2714297.41491M
audit-libs            2.1.3         1.fc14
aufs2-util            1.git.Ar      2713181.41491M
authconfig            6.1.11        1.fc14
basesystem            10.0          3
bash                  4.1.16Ar      4.fc14
bcmaccel              1.0.1         2714297.41491M
bind-libs             9.7.4         0.3.b1.fc14
bind-utils            9.7.4         0.3.b1.fc14
                          Page 8
```

```
                              arista-7010.txt
bridge-utils        1.2             9.fc13
bzip2               1.0.6           1.fc14.1
bzip2-libs          1.0.6           1.fc14.1
ca-certificates     2011.78         1.fc14
chkconfig           1.3.49          1.fc14
compat-gsoap        2.7.13          2.fc14.2713181.41491M
conntrack-tools     0.9.14          1.fc14
coreutils           8.5             7.fc14
coreutils-libs      8.5             7.fc14
cpio                2.11            2.fc14
cracklib            2.8.16          4.fc14
cracklib-dicts      2.8.16          4.fc14
cronie              1.4.8           2.fc14
cronie-anacron      1.4.8           2.fc14
crontabs            1.11            1.20101115git.fc14
curl                7.32.0          2713680.41491M
cyrus-sasl          2.1.23          12.fc14
cyrus-sasl-lib      2.1.23          12.fc14
cyrus-sasl-md5      2.1.23          12.fc14
db4                 4.8.30          2.fc14
db4-utils           4.8.30          2.fc14
dbus-libs           1.4.0           3.fc14
device-mapper       1.02.63         2.fc14
device-mapper-libs  1.02.63         2.fc14
dhclient            4.2.0           2713181.41491M
diffutils           2.8.1           29.fc14
dmamem              1.0.1           2714297.41491M
dnsmasq             2.59            2713181.41491M
dosfstools          3.0.22          2.fc18
e2fsprogs           1.41.12         6.fc14
e2fsprogs-libs      1.41.12         6.fc14
ed                  1.4             2.fc14
eject               2.1.5           20.fc14
elfutils-libelf     0.152           1.fc14
esmtp               1.0             6.fc12
ethtool             2.6.39          1.fc14
expat               2.0.1           10.fc13
file-libs           5.04            17.fc14
filesystem          2.4.35          1.fc14
findutils           4.5.9           2.fc14
fipscheck           1.2.0           4.fc13
fipscheck-lib       1.2.0           4.fc13
fpdma               1.0.0.Ar        2714297.41491M
freeradius-client   1.1.6           2713181.41491M
freetype            2.4.2           5.fc14
fuse                2.8.5           5.fc14
fuse-libs           2.8.5           5.fc14
fuse-zip            0.2.11          1.fc13
gamin               0.1.10          8.fc14
gawk                3.1.8           3.fc14
gdb                 7.2             51.fc14
gdb-gdbserver       7.2             51.fc14
gdbm                1.8.3           8.fc14
gdisk               0.7.2           1.fc14
glib2               2.26.0          2.fc14
glibc               2.13            2
glibc-common        2.13            2
gmp                 4.3.1           7.fc14
gnupg2              2.0.16          3.fc14.1
gnutls              2.8.6           2.fc14
gpgme               1.2.0           3.fc14
grep                2.8             2.fc14
gzip                1.4             1.fc14
```

```
                                arista-7010.txt
hardlink            1.0             9.fc12
hdparm              9.27            1.fc13
hostname            3.04            2.fc14
hwdata              0.232           1.fc14
i2c-tools           3.0.2           4.fc12
info                4.13a           13.fc14
inotify-tools       3.14            1.fc14
iperf               2.0.5.Ar        2713181.41491M
iproute             3.0.Ar          2713181.41491M
iptables            1.4.9           1.fc14
iptables-ipv6       1.4.9           1.fc14
iputils             20100418        3.fc14
jansson             1.2             1.fc13
jsonrpclib          1.0.0           2713680.41491M
kbfd                1.0.0.Ar        2713680.41491M
keyutils-libs       1.2             6.fc12
krb5-libs           1.8.4           2.fc14
kvm-kmod            2.6.38.8        2713181.41491M
lcms-libs           1.19            2.fc14
less                436             11.fc14
lftp                4.0.9           3.fc14
libacl              2.2.49          9.fc14
libassuan           2.0.0           2.fc14
libattr             2.4.44          6.fc14
libblkid            2.18            4.8.fc14
libbsd              0.2.0           3.fc13
libcap              2.22            1.fc14
libcap-ng           0.6.5           1.fc14
libcom_err          1.41.12         6.fc14
libcurl             7.32.0          2713680.41491M
libedit             3.0             2713181.41491M
libesmtp            1.0.4           14.fc14
libevent            2.0.21          4.fc14
libffi              3.0.9           1.fc13
libgcc              4.5.1           4.fc14
libgcrypt           1.4.5           4.fc13
libgpg-error        1.9             1.fc14
libgssglue          0.1             8.fc12
libicu              4.4.1           6.fc14
libidn              1.18            1.fc14
libjpeg-turbo       1.1.1           1.fc14
libmount            2.18            4.8.fc14
libnet              1.1.6           4.fc18
libnetfilter_conntrack 0.9.1         1.fc14
libnfnetlink        1.0.0           1.fc13
libnih              1.0.2           2.fc14
libnl               1.1             14.fc14
libpcap             1.4.0           Ar2713181.41491M
libpciaccess        0.12.0          1.fc14
libselinux          2.0.96          6.fc14.1
libsepol            2.0.41          3.fc14
libss               1.41.12         6.fc14
libssh2             1.2.4           1.fc14
libstdc++           4.5.1           4.fc14
libtac              2.1.0           2713877.41491M
libtacutils         2.1.0           2713877.41491M
libtasn1            2.7             1.fc14
libtirpc            0.2.1           4.fc14
libudev             167             8.fc14
libusb              0.1.12          23.fc14
libuser             0.56.18         3.fc14
libutempter         1.1.5           4.fc12
libuuid             2.18            4.8.fc14
```

```
                              arista-7010.txt
libvirt                0.8.3           99.Ar.2713680.41491M
libvirt-client         0.8.3           99.Ar.2713680.41491M
libvirt-python         0.8.3           99.Ar.2713680.41491M
libxml2                2.7.7           3.fc14
libzip                 0.9.3           2.fc13
linux-atm-libs         2.5.1           1.fc14
logrotate              3.7.9           4.fc14
lrzsz                  0.12.20         27.fc12
lsof                   4.83            2.fc14
lua                    5.1.4           7.fc14
lzo                    2.03            3.fc12
lzop                   1.03            2.fc14
m2crypto               0.20.2          9.fc14
mcelog                 1.0             0.3.6e4e2a00.fc14
mingetty               1.08            6.fc14
module-init-tools      3.11.1          6.fc14
nano                   2.2.4           1.fc14
nc                     1.100           2.fc14
ncurses                5.7             9.20100703.fc14
ncurses-base           5.7             9.20100703.fc14
ncurses-libs           5.7             9.20100703.fc14
ndisc6                 2011.10.17.d6f66139cd84 2.fc14
net-snmp               5.7.2           2713680.41491M
net-snmp-libs          5.7.2           2713680.41491M
net-snmp-utils         5.7.2           2713680.41491M
net-tools              1.60            105.fc14.1
netns                  1.0.0           2713680.41491M
newt                   0.52.12         1.fc14
newt-python            0.52.12         1.fc14
nfs-utils              1.2.3           6.fc14
nfs-utils-lib          1.1.5           3.fc14
nginx                  1.6.2           2713680.41491M
nspr                   4.8.8           1.fc14
nss                    3.12.10         1.fc14
nss-softokn            3.12.10         1.fc14
nss-softokn-freebl     3.12.10         1.fc14
nss-sysinit            3.12.10         1.fc14
nss-util               3.12.10         1.fc14
nsutil                 1.0.0           2713181.41491M
ntp-udel               4.2.6p3         0.1.rc10.fc14
ntpdate                4.2.6p3         0.1.rc10.fc14
omi                    1.0.7           2713181.41491M
openldap               2.4.23          4.fc14
openssh                5.5p1           2713181.41491M
openssh-clients        5.5p1           2713181.41491M
openssh-server         5.5p1           2713181.41491M
openssl                1.0.0e.Ar       2713181.41491M
openvswitch            2.1.0.Ar        2713181.41491M
pam                    1.1.1           6.fc14
parted                 2.3             4.fc14
passwd                 0.78            1.fc14
pax                    3.4             10.fc12
pciutils               3.1.7           3.fc14
pciutils-libs          3.1.7           3.fc14
pcre                   8.10            1.fc14
pinentry               0.8.1           4.fc14
pkgconfig              0.25            2.fc14
plx-pcie-drivers       1.0.0           2714297.41491M
popt                   1.13            7.fc14
ppp                    2.4.5           12.fc14
procmail               3.22            25.fc12
procps                 3.2.8           2713181.41491M
protobuf               2.3.0           5.fc14
```

```
                                    arista-7010.txt
protobuf-python      2.3.0          5.fc14
psmisc               22.13          6.fc14
pth                  2.0.7          9
ptpd                 1.rc1          2713181.41491M
pygpgme              0.1            21.20101027bzr69.fc14
pylibpcap            0.5.1          2713680.41491M
pyserial             2.5            1.fc14
python               2.7            2713680.41491M
python-cjson         1.0.5.Ar       2713680.41491M
python-eunuchs       20070925.Ar.1  2713680.41491M
python-imaging       1.1.7          2.fc14
python-iniparse      0.4            2.fc14
python-libs          2.7            2713680.41491M
python-pip           1.5.2          2713181.41491M
python-ply           3.3            3.fc14
python-pycurl        7.19.0         7.fc14
python-requests      1.2.3          2713181.41491M
python-setuptools    0.6.14         3.fc14
python-simplejson    2.1.6          1.fc14.1
python-sleekxmpp     1.2.0.Ar       2713680.41491M
python-urlgrabber    3.9.1          7.fc14
qemu                 1.4.0          2713181.41491M
readline             6.1            2.fc14
rpcbind              0.2.0          8.fc14
rpm                  4.8.1          5.fc14
rpm-libs             4.8.1          5.fc14
rpm-python           4.8.1          5.fc14
rsync                3.0.8          1.fc14
rsyslog              5.6.4          3.fc14
sand-dma             1.0.1          2714297.41491M
scd-driver           2.0.0.Ar       2713680.41491M
scd-em               1.0.0.Ar       2713680.41491M
sed                  4.2.1          6.fc14
setup                2.8.28         1.fc14
shadow-utils         4.1.4.2        11.fc14
shared-mime-info     0.80           1.fc14
slang                2.2.3          1.fc14
sqlite               3.6.23.1       1.fc14
squashfs-tools       4.2.Ar         2713181.41491M
strace               4.6            1.fc14
strata-dma           1.0.0          2714873.41491M
sudo                 1.7.4p5        2713181.41491M
symlinks             1.4            2.fc13
sysvinit-tools       2.87           2713181.41491M
tar                  1.23           9.fc14
tcp_wrappers-libs    7.6            59.fc14
tcpdump              4.4.0.Ar       1.fc14
telnet               0.17.Ar        2713181.41491M
telnet-server        0.17.Ar        2713181.41491M
tftp                 0.49           7.fc14
time                 1.7            38.fc14
tmpwatch             2.10           1.fc14
traceroute           2.0.18         1.fc14
ttcp                 1.12           20.fc12
tzdata               2011i          1.fc14
uart-verilog         1.0.0.Ar       2713680.41491M
unzip                6.0            3.fc14
upstart              1.2            2.fc14
upstart-sysvinit     1.2            2.fc14
usbutils             0.90           1.fc14
usermode             1.106.1        1.fc14.1
util-linux-ng        2.18           4.8.fc14
uwsgi                2.0.2          2713680.41491M
```

```
                                      arista-7010.txt
vconfig              1.9              8.fc12
vim-minimal          7.3.056          1.fc14
wget                 1.12             4.fc14
which                2.19             5.fc12
xinetd               2.3.14           34.fc14
xz                   4.999.9          0.2.beta.20100401git.fc14
xz-libs              4.999.9          0.2.beta.20100401git.fc14
yum                  3.2.29           9.fc15
yum-metadata-parser  1.1.4            2.fc14
zile                 2.3.17           1.fc14
zip                  3.0              2.fc14
zlib                 1.2.5            2.fc14


Component  Version
---------- ---------------------------------------
Aboot      Aboot-norcal4-4.0.4-2086886
scd        0x65




localhost#
localhost#
localhost#
localhost#config
localhost(config)#snmp-server user tech-1 tech-sup v3
localhost(config)#exit
localhost#show snmp
Chassis: HSH16130550
0 SNMP packets input
      0 Bad SNMP version errors
      0 Unknown community name
      0 Illegal operation for community name supplied
      0 Encoding errors
      0 Number of requested variables
      0 Number of altered variables
      0 Get-request PDUs
      0 Get-next PDUs
      0 Set-request PDUs
0 SNMP packets output
      0 Too big errors
      0 No such name errors
      0 Bad value errors
      0 General errors
      0 Response PDUs
      0 Trap PDUs
Access Control
      0 Users
      1 Groups
      0 Views
SNMP logging: disabled
SNMP agent enabled in VRFs: default
1 warnings
! Group "tech-sup" of user "tech-1" is not configured
```

arista-7010.txt

```
localhost#
localhost#
localhost#
localhost#show ip route
Codes: C - connected, S - static, K - kernel,
       O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,
       E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,
       N2 - OSPF NSSA external type2, B I - iBGP, B E - eBGP,
       R - RIP, I - ISIS, A B - BGP Aggregate, A O - OSPF Summary,
       NG - Nexthop Group Static Route

Gateway of last resort is not set


! IP routing not enabled




localhost#
localhost#
localhost#show ip igmp snooping
   Global IGMP Snooping configuration:
-------------------------------------------
IGMP snooping               : Enabled
Robustness variable         : 2
Report flooding             : Disabled

Vlan 1 :
----------
IGMP snooping               : Enabled
IGMPv2 immediate leave      : Enabled
Multicast router learning mode : pim-dvmrp
IGMP max group limit        : No limit set
Recent attempt to exceed limit : No
Report flooding             : Disabled
IGMP snooping pruning active : False
Flooding traffic to VLAN    : True




localhost#
localhost#
localhost#
localhost#show interface ethernet 1
Ethernet1 is down, line protocol is down (notconnect)
   Hardware is Ethernet, address is 444c.a88f.f7fa (bia 444c.a88f.f7fa)
                              Page 14
```

```
                              arista-7010.txt
Ethernet MTU 9214 bytes
Auto-duplex, Auto-speed, auto negotiation: on, uni-link: unknown
Down 35 seconds
2 link status changes since last clear
Last clearing of "show interface" counters never
5 minutes input rate 0 bps (- with framing overhead), 0 packets/sec
5 minutes output rate 0 bps (- with framing overhead), 0 packets/sec
   0 packets input, 0 bytes
   Received 0 broadcasts, 0 multicast
   0 runts, 0 giants
   0 input errors, 0 CRC, 0 alignment, 0 symbol, 0 input discards
   0 PAUSE input
   0 packets output, 0 bytes
   Sent 0 broadcasts, 0 multicast
   0 output errors, 0 collisions
   0 late collision, 0 deferred, 0 output discards
   0 PAUSE output




localhost#
localhost#
localhost#
localhost#config
localhost(config)#router ospf 2
! IP routing not enabled
localhost(config-router-ospf)#network 10.0.0.0 0.255.255.255 area 0
localhost(config-router-ospf)#router-id 10.0.0.1
localhost(config-router-ospf)#exit
localhost(config)#show ip ospf
Routing Process "ospf 2"
Maximum number of LSA allowed 12000
  Threshold for warning message 75%
  Ignore-time 5 minutes, reset-time 5 minutes
  Ignore-count allowed 5, current 0




localhost(config)#
localhost(config)#
localhost(config)#
localhost(config)#show vlan 1
VLAN  Name                             Status    Ports
----- -------------------------------- --------- ------------------------------
1     default                          active
```

```
                            arista-7010.txt
localhost(config)#
localhost(config)#
localhost(config)#
localhost(config)#show vlan summary
Number of existing VLANs          : 1




localhost#
localhost#
localhost#
localhost#config
localhost(config)#interface Ethernet 1
localhost(config-if-Et1)#switchport port-security
localhost(config-if-Et1)#switchport port-security maximum 2
localhost(config-if-Et1)#exit
localhost(config)#show port-security
Secure Port  MaxSecureAddr   CurrentAddr  SecurityViolation  Security Action
              (Count)        (Count)       (Count)
-------------------------------------------------------------------------------
  Et1               2             0                0             Shutdown
-------------------------------------------------------------------------------
Total Addresses in System: 0




localhost(config)#
localhost(config)#
localhost(config)#
localhost(config)#show spanning-tree
MST0
   Spanning tree enabled protocol mstp
   Root ID    Priority    32768
              Address     444c.a88f.f7f9
              This bridge is the root

   Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)
              Address     444c.a88f.f7f9
              Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec

Interface         Role       State      Cost     Prio.Nbr Type
---------------- ---------- ---------- --------- -------- --------------------




localhost(config)#
localhost(config)#
localhost(config)#
localhost(config)#show spanning-tree vlan 1 detail
Spanning tree instance for vlan 1
                            Page 16
```

```
                          arista-7010.txt
MST0 is executing the mstp Spanning Tree protocol
 Bridge Identifier has priority 32768, sysid 0, address 444c.a88f.f7f9
 Configured hello time 2.000, max age 20, forward delay 15, transmit hold-count 6
 We are the root of the spanning tree
```

```
                              arista-7554.txt
Aboot 3.0.3-1262453


Press Control-C now to enter Aboot shell
Booting flash:EOS-4.14.5.1F-SSU.swi
[    9.601878] Starting new kernel
Switching rootfs

Welcome to Arista Networks EOS 4.14.5.1F-SSU
Mounting filesystems:  [  OK  ]
Starting udev: [  OK  ]
Setting hostname localhost:  [  OK  ]
Entering non-interactive startup
Starting ProcMgr: [  OK  ]
Starting EOS initialization stage 1: [  OK  ]
ip6tables: Applying firewall rules: [  OK  ]
iptables: Applying firewall rules: [  OK  ]
iptables: Loading additional modules: nf_conntrack_tftp [  OK  ]
Starting system logger: [  OK  ]
Starting NorCal initialization: [  OK  ]
Retrigger failed udev events[  OK  ]
Starting isshd: [  OK  ]
Starting mcelog daemon
Starting EOS initialization stage 2: [  OK  ]
Starting Power On Self Test (POST): [  OK  ]
Starting crond: [  OK  ]
Completing EOS initialization (press ESC to skip): [  OK  ]
Model: DCS-7500E-SUP
Serial Number: JPE14211632
System RAM: 16012348 kB
Flash Memory size:  3.4G
May 31 18:02:25 localhost ElectionMgr: %REDUNDANCY-2-OTHER_DISABLED: Other
supervisor became disabled



localhost login: admin
localhost(s1)>show version
Arista DCS-7554-CH
Hardware version:    02.01
Serial number:       HSH14525015
System MAC address:  001c.7374.c093

Software image version: 4.14.5.1F-SSU
Architecture:           i386
Internal build version: 4.14.5.1F-SSU-2384023.EOS41451FSSU
Internal build ID:      11a6d19e-4978-481d-abfc-968034d5b2d1

Uptime:                 1 minute
Total memory:           16012348 kB
Free memory:            13515668 kB

localhost(s1)>
localhost(s1)>
localhost(s1)>
localhost(s1)>
localhost(s1)>show version
Arista DCS-7554-CH
Hardware version:    02.01
Serial number:       HSH14525015
System MAC address:  001c.7374.c093
```

```
                               arista-7554.txt
Software image version: 4.14.5.1F-SSU
Architecture:           i386
Internal build version: 4.14.5.1F-SSU-2384023.EOS41451FSSU
Internal build ID:      11a6d19e-4978-481d-abfc-968034d5b2d1

Uptime:                 19 minutes
Total memory:           16012348 kB
Free memory:            12602500 kB




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show version detail
Arista DCS-7554-CH
Hardware version:   02.01
Serial number:      HSH14525015
System MAC address: 001c.7374.c093

Software image version: 4.14.5.1F-SSU
Architecture:           i386
Internal build version: 4.14.5.1F-SSU-2384023.EOS41451FSSU
Internal build ID:      11a6d19e-4978-481d-abfc-968034d5b2d1

Uptime:                 27 minutes
Total memory:           16012348 kB
Free memory:            12600392 kB

Installed software packages:

Package                  Version         Release
-----------------------------------------------
Aaa                      1.0.1           2384023.EOS41451FSSU
Aaa-cli                  1.0.1           2384023.EOS41451FSSU
Aaa-lib                  1.0.1           2384023.EOS41451FSSU
Aboot-utils              1.0.1           2384023.EOS41451FSSU
Acl                      1.0.1           2384023.EOS41451FSSU
Acl-cli                  1.0.1           2384023.EOS41451FSSU
Acl-lib                  1.0.1           2384023.EOS41451FSSU
AclSnmp                  1.0.0           2384023.EOS41451FSSU
Adt7462                  1.0.2           2384023.EOS41451FSSU
Adt7462-lib              1.0.2           2384023.EOS41451FSSU
Adt7483                  1.0.1           2384023.EOS41451FSSU
Adt7483-lib              1.0.1           2384023.EOS41451FSSU
Agent                    1.0.0           2384023.EOS41451FSSU
AgentMonitor             1.0.1           2384023.EOS41451FSSU
AgentMonitor-cli         1.0.1           2384023.EOS41451FSSU
AgentMonitor-lib         1.0.1           2384023.EOS41451FSSU
Ale                      1.0.0           2384023.EOS41451FSSU
AleCounters              1.0.0           2384023.EOS41451FSSU
AleFlow                  1.0.0           2384023.EOS41451FSSU
AleVxlan                 1.0.0           2384023.EOS41451FSSU
AltaLanz                 1.0.0           2384023.EOS41451FSSU
Altera                   1.0.2           2384023.EOS41451FSSU
Aom                      1.0.0           2384023.EOS41451FSSU
Aom-lib                  1.0.0           2384023.EOS41451FSSU
ArPyUtils                1.0.0           2383986.EOS41451FSSU
Arad                     1.0.0           2384023.EOS41451FSSU
Arbus                    2.1.0           2384023.EOS41451FSSU
```
Page 2

```
                                 arista-7554.txt
Arbus-lib              2.1.0        2384023.EOS41451FSSU
Aresolve               1.0.1        2384023.EOS41451FSSU
Ark                    1.0.2        2384023.EOS41451FSSU
Arnet                  2.1.2        2384023.EOS41451FSSU
Arnet-cli              2.1.2        2384023.EOS41451FSSU
Arnet-lib              2.1.2        2384023.EOS41451FSSU
Arp                    1.0.1        2384023.EOS41451FSSU
Arp-cli                1.0.1        2384023.EOS41451FSSU
Arp-lib                1.0.1        2384023.EOS41451FSSU
Arsys                  1.5.2        2384023.EOS41451FSSU
Arsys-cli              1.5.2        2384023.EOS41451FSSU
Arsys-lib              1.5.2        2384023.EOS41451FSSU
Arsys-modular          1.5.2        2384023.EOS41451FSSU
Arsys-modular-lib      1.5.2        2384023.EOS41451FSSU
Artist                 1.0.1        2384023.EOS41451FSSU
Artist-lib             1.0.1        2384023.EOS41451FSSU
AsicPktTestLib         1.0.0        2384023.EOS41451FSSU
AsicUtils              1.0.0        2384023.EOS41451FSSU
Asu                    1.0.2        2384023.EOS41451FSSU
Asu-cli                1.0.2        2384023.EOS41451FSSU
Asu-lib                1.0.2        2384023.EOS41451FSSU
BcmDmaAbort            1.0.0        2384023.EOS41451FSSU
BcmDmaAbort-lib        1.0.0        2384023.EOS41451FSSU
BcmMdio-lib            1.0.0        2384023.EOS41451FSSU
Bfd                    1.0.1        2384023.EOS41451FSSU
Bfd-cli                1.0.1        2384023.EOS41451FSSU
Bfd-lib                1.0.1        2384023.EOS41451FSSU
BfdTest                1.0.0        2384023.EOS41451FSSU
Bgp                    1.0.0        2384023.EOS41451FSSU
Bodega                 1.0.0        2384023.EOS41451FSSU
Bodega-diags           1.0.0        2384023.EOS41451FSSU
Bodega-firmware        1.0.0        2384023.EOS41451FSSU
Bodega-plugins         1.0.0        2384023.EOS41451FSSU
Brad                   1.0.1        2384023.EOS41451FSSU
Capi                   1.0.1        2384023.EOS41451FSSU
Capi-cli               1.0.1        2384023.EOS41451FSSU
Capi-lib               1.0.1        2384023.EOS41451FSSU
Cdp                    1.0.1        2384023.EOS41451FSSU
Cdp-lib                1.0.1        2384023.EOS41451FSSU
Chl822X                1.0.1        2384023.EOS41451FSSU
Chl822X-lib            1.0.1        2384023.EOS41451FSSU
Cli                    1.13.2       2384023.EOS41451FSSU
Cli-lib                1.13.2       2384023.EOS41451FSSU
CliMode                1.0.0        2384023.EOS41451FSSU
CliSession             1.0.1        2384023.EOS41451FSSU
CliSession-lib         1.0.1        2384023.EOS41451FSSU
ConfigSession          1.0.0        2384023.EOS41451FSSU
ConfigSession-cli      1.0.0        2384023.EOS41451FSSU
ControllerCommon       1.0.0        2384023.EOS41451FSSU
ControllerCommon-lib   1.0.0        2384023.EOS41451FSSU
ControllerDebug        1.0.0        2384023.EOS41451FSSU
ControllerDebug-cli    1.0.0        2384023.EOS41451FSSU
ControllerDebug-lib    1.0.0        2384023.EOS41451FSSU
ControllerRegistration 1.0.0        2384023.EOS41451FSSU
ControllerRegistration-cli 1.0.0        2384023.EOS41451FSSU
ControllerRegistration-lib 1.0.0        2384023.EOS41451FSSU
Controllerdb           1.0.0        2384023.EOS41451FSSU
Controllerdb-cli       1.0.0        2384023.EOS41451FSSU
Controllerdb-lib       1.0.0        2384023.EOS41451FSSU
Cpld                   1.0.0        2384023.EOS41451FSSU
CpuComplex             1.0.1        2384023.EOS41451FSSU
CpuFabric              1.0.1        2384023.EOS41451FSSU
Dcb                    1.0.0        2384023.EOS41451FSSU
```

```
                                    arista-7554.txt
Debug                  1.0.1           2384023.EOS41451FSSU
DeltaPower             1.0.0           2384023.EOS41451FSSU
DhcpRelay              2.0.0           2384023.EOS41451FSSU
DhcpRelay-cli          2.0.0           2384023.EOS41451FSSU
DhcpRelay-lib          2.0.0           2384023.EOS41451FSSU
Diags                  2.2.3           2384023.EOS41451FSSU
Diags-cli              2.2.3           2384023.EOS41451FSSU
Diags-lib              2.2.3           2384023.EOS41451FSSU
DiagsTools             1.0.1           2384023.EOS41451FSSU
DiagsTools-lib         1.0.1           2384023.EOS41451FSSU
DirectFlow             1.0.0           2384023.EOS41451FSSU
Dos                    1.0.1           2384023.EOS41451FSSU
Dos-lib                1.0.1           2384023.EOS41451FSSU
DosBroadcom            1.0.0           2384023.EOS41451FSSU
DosFocalPoint          1.0.0           2384023.EOS41451FSSU
DosSystem              1.0.1           2384023.EOS41451FSSU
Dot1x                  1.0.0           2384023.EOS41451FSSU
Dot1x-cli              1.0.0           2384023.EOS41451FSSU
Dot1x-lib              1.0.0           2384023.EOS41451FSSU
Ds125Br                1.0.1           2384023.EOS41451FSSU
Ds125Br-lib            1.0.1           2384023.EOS41451FSSU
Ebra                   2.0.6           2384023.EOS41451FSSU
Ebra-cli               2.0.6           2384023.EOS41451FSSU
Ebra-lib               2.0.6           2384023.EOS41451FSSU
EbraSnmp               1.0.1           2384023.EOS41451FSSU
EbraSnmp-cli           1.0.1           2384023.EOS41451FSSU
EbraSnmp-lib           1.0.1           2384023.EOS41451FSSU
EmersonPower           1.1.1           2384023.EOS41451FSSU
EntityMib              1.0.1           2384023.EOS41451FSSU
Environment            1.1.0           2384023.EOS41451FSSU
Eos                    4.14.4          2384023.EOS41451FSSU
Eos-initscripts        9.20.2          2383986.EOS41451FSSU
Eos-release            4.14.3          2383986.EOS41451FSSU
Eos-udev               167             8.fc14
EosInit                1.0.1           2384023.EOS41451FSSU
EosInit-cli            1.0.1           2384023.EOS41451FSSU
EosInit-lib            1.0.1           2384023.EOS41451FSSU
EosKernel              3.4.43.Ar       2383986.EOS41451FSSU
EosUtils               1.1.0           2384023.EOS41451FSSU
EthIntf                1.0.1           2384023.EOS41451FSSU
EthIntf-cli            1.0.1           2384023.EOS41451FSSU
EthIntfSnmp            1.0.0           2384023.EOS41451FSSU
EventMgr               1.0.1           2384023.EOS41451FSSU
EventMgr-cli           1.0.1           2384023.EOS41451FSSU
EventMgr-lib           1.0.1           2384023.EOS41451FSSU
EventMon               1.0.1           2384023.EOS41451FSSU
EventMon-cli           1.0.1           2384023.EOS41451FSSU
EventMon-lib           1.0.1           2384023.EOS41451FSSU
ExtEntity              1.0.0           2384023.EOS41451FSSU
ExtensionMgr           1.0.1           2384023.EOS41451FSSU
ExtensionMgr-cli       1.0.1           2384023.EOS41451FSSU
FastServerFailover     1.0.1           2384023.EOS41451FSSU
FastServerFailover-cli 1.0.1              2384023.EOS41451FSSU
FastServerFailover-lib 1.0.1              2384023.EOS41451FSSU
FaultInjection         1.0.1           2384023.EOS41451FSSU
FaultInjection-cli     1.0.1           2384023.EOS41451FSSU
Fhrp                   1.0.1           2384023.EOS41451FSSU
Fhrp-cli               1.0.1           2384023.EOS41451FSSU
Fhrp-lib               1.0.1           2384023.EOS41451FSSU
FhrpSnmp               1.1.0           2384023.EOS41451FSSU
FhrpSnmp-lib           1.1.0           2384023.EOS41451FSSU
FileCli                1.0.0           2384023.EOS41451FSSU
FileCli-lib            1.0.0           2384023.EOS41451FSSU
```

```
                                arista-7554.txt
FileSystems           1.0.0       2384023.EOS41451FSSU
FmApi                 1.1.1       2384023.EOS41451FSSU
FocalPointV2          1.0.1       2384023.EOS41451FSSU
Fru                   2.5.2       2384023.EOS41451FSSU
Fru-cli               2.5.2       2384023.EOS41451FSSU
Fru-lib               2.5.2       2384023.EOS41451FSSU
Fru-util              2.5.2       2384023.EOS41451FSSU
FruSnmp               1.0.0       2384023.EOS41451FSSU
GatedSnmp             1.0.0       2384023.EOS41451FSSU
Gmp                   1.0.1       2384023.EOS41451FSSU
Gmp-IgmpHost          1.0.1       2384023.EOS41451FSSU
Gmp-cli               1.0.1       2384023.EOS41451FSSU
Gn2405                1.0.1       2384023.EOS41451FSSU
HadoopTracer          1.0.0       2384023.EOS41451FSSU
Hardware              1.0.1       2384023.EOS41451FSSU
Hardware-cli          1.0.1       2384023.EOS41451FSSU
HostResourcesMib      1.0.1       2384023.EOS41451FSSU
Hsc                   1.0.1       2384023.EOS41451FSSU
Hsc-cli               1.0.1       2384023.EOS41451FSSU
Igmp                  1.0.1       2384023.EOS41451FSSU
Igmp-cli              1.0.1       2384023.EOS41451FSSU
Igmp-lib              1.0.1       2384023.EOS41451FSSU
IgmpHostProxy         1.0.1       2384023.EOS41451FSSU
IgmpHostProxy-cli     1.0.1       2384023.EOS41451FSSU
IgmpSnmp              1.0.0       2384023.EOS41451FSSU
IgmpSnooping          1.0.1       2384023.EOS41451FSSU
IgmpSnooping-cli      1.0.1       2384023.EOS41451FSSU
IgmpSnooping-lib      1.0.1       2384023.EOS41451FSSU
Inphi                 1.0.0       2384023.EOS41451FSSU
Intf                  1.2.1       2384023.EOS41451FSSU
Intf-cli              1.2.1       2384023.EOS41451FSSU
IntfSnmp              1.0.1       2384023.EOS41451FSSU
IntfSnmp-cli          1.0.1       2384023.EOS41451FSSU
IntfSnmp-lib          1.0.1       2384023.EOS41451FSSU
IpEth-cli             1.0.2       2384023.EOS41451FSSU
IpEthTest             1.0.0       2384023.EOS41451FSSU
Ipv6NeighborDiscovery 1.0.1      2384023.EOS41451FSSU
Ipv6NeighborDiscovery-cli 1.0.1       2384023.EOS41451FSSU
Ipv6NeighborDiscovery-lib 1.0.1       2384023.EOS41451FSSU
Ira                   1.12.6      2384023.EOS41451FSSU
Ira-cli               1.12.6      2384023.EOS41451FSSU
Ira-lib               1.12.6      2384023.EOS41451FSSU
IraAcl                1.0.0       2384023.EOS41451FSSU
IraAcl-lib            1.0.0       2384023.EOS41451FSSU
IraSnmp               1.0.1       2384023.EOS41451FSSU
Isis                  1.0.1       2384023.EOS41451FSSU
Isis-cli              1.0.1       2384023.EOS41451FSSU
Jtag                  1.0.1       2384023.EOS41451FSSU
Kabini                1.0.0       2384023.EOS41451FSSU
KernelFib             1.0.0       2384023.EOS41451FSSU
KernelMfib            1.0.0       2384023.EOS41451FSSU
Lag                   2.0.1       2384023.EOS41451FSSU
Lag-cli               2.0.1       2384023.EOS41451FSSU
Lag-lib               2.0.1       2384023.EOS41451FSSU
LagSnmp               1.0.0       2384023.EOS41451FSSU
Lanz                  1.0.0       2384023.EOS41451FSSU
Lanz-cli              1.0.0       2384023.EOS41451FSSU
Lattice               1.0.1       2384023.EOS41451FSSU
Launcher              1.3.3       2384023.EOS41451FSSU
Launcher-cli          1.3.3       2384023.EOS41451FSSU
Launcher-lib          1.3.3       2384023.EOS41451FSSU
Lldp                  1.0.0       2384023.EOS41451FSSU
Lm73                  1.0.2       2384023.EOS41451FSSU
```

```
                                    arista-7554.txt
Lm95234              1.0.1          2384023.EOS41451FSSU
LogMgr              1.2.0          2384023.EOS41451FSSU
LogMgr-cli          1.2.0          2384023.EOS41451FSSU
LogMgr-lib          1.2.0          2384023.EOS41451FSSU
MacMon              1.0.0          2384023.EOS41451FSSU
MacMon-cli          1.0.0          2384023.EOS41451FSSU
MacMon-lib          1.0.0          2384023.EOS41451FSSU
MacPhyConc          1.0.1          2384023.EOS41451FSSU
MacPhyConc-cli      1.0.1          2384023.EOS41451FSSU
Max6658             1.0.1          2384023.EOS41451FSSU
Max6697             1.0.1          2384023.EOS41451FSSU
McastBoundary       1.0.0          2384023.EOS41451FSSU
McastBoundary-cli   1.0.0          2384023.EOS41451FSSU
Mcp55               1.0.1          2384023.EOS41451FSSU
Mendocino           1.0.0          2384023.EOS41451FSSU
Mendocino-firmware  1.0.0          2384023.EOS41451FSSU
Mendocino-plugins   1.0.0          2384023.EOS41451FSSU
MgmtSecurity        1.0.1          2384023.EOS41451FSSU
MgmtSecurity-cli    1.0.1          2384023.EOS41451FSSU
Mirroring           1.0.1          2384023.EOS41451FSSU
Mirroring-cli       1.0.1          2384023.EOS41451FSSU
Mirroring-lib       1.0.1          2384023.EOS41451FSSU
Mlag                1.0.1          2384023.EOS41451FSSU
Mlag-cli            1.0.1          2384023.EOS41451FSSU
Mlag-lib            1.0.1          2384023.EOS41451FSSU
MlagVrrp            1.0.0          2384023.EOS41451FSSU
Mpls                1.0.0          2384023.EOS41451FSSU
Mroute              1.0.1          2384023.EOS41451FSSU
Mroute-cli          1.0.1          2384023.EOS41451FSSU
Mrp                 1.0.1          2384023.EOS41451FSSU
Msdp                1.0.0          2384023.EOS41451FSSU
MsdpSnmp            1.0.0          2384023.EOS41451FSSU
Msrp                1.0.5          2384023.EOS41451FSSU
Msrp-cli            1.0.5          2384023.EOS41451FSSU
Msrp-hw-lib         1.0.5          2384023.EOS41451FSSU
Msrp-lib            1.0.5          2384023.EOS41451FSSU
Mvrp                1.0.5          2384023.EOS41451FSSU
Mvrp-cli            1.0.5          2384023.EOS41451FSSU
Mvrp-hw-lib         1.0.5          2384023.EOS41451FSSU
Mvrp-lib            1.0.5          2384023.EOS41451FSSU
Napa                1.0.0          2384023.EOS41451FSSU
Nat                 1.0.0          2384023.EOS41451FSSU
NetworkTools        1.0.2          2384023.EOS41451FSSU
NetworkTools-cli    1.0.2          2384023.EOS41451FSSU
NorCal              2.4.1          2384023.EOS41451FSSU
NorCal-firmware     2.4.1          2384023.EOS41451FSSU
NorCalCard          1.0.0          2384023.EOS41451FSSU
NorCalSys           1.2.0          2384023.EOS41451FSSU
Ntp                 1.3.2          2384023.EOS41451FSSU
Ntp-cli             1.3.2          2384023.EOS41451FSSU
ObjectTracking      1.0.1          2384023.EOS41451FSSU
ObjectTracking-cli  1.0.1          2384023.EOS41451FSSU
ObjectTracking-lib  1.0.1          2384023.EOS41451FSSU
OpenFlow            1.0.0          2384023.EOS41451FSSU
OpenStack           1.0.0          2384023.EOS41451FSSU
OpenStack-cli       1.0.0          2384023.EOS41451FSSU
OpenStack-lib       1.0.0          2384023.EOS41451FSSU
Ospf                1.0.0          2384023.EOS41451FSSU
Ospf3               1.0.0          2384023.EOS41451FSSU
Pbr                 1.0.0          2384023.EOS41451FSSU
Pca9555             1.0.1          2384023.EOS41451FSSU
Pca9555-lib         1.0.1          2384023.EOS41451FSSU
PciBus              1.0.1          2384023.EOS41451FSSU
```

```
                                  arista-7554.txt
PciBus-cli             1.0.1        2384023.EOS41451FSSU
PciBus-lib             1.0.1        2384023.EOS41451FSSU
Petra                  1.0.0        2384023.EOS41451FSSU
Petra-debug            1.0.0        2384023.EOS41451FSSU
PhyAeluros             2.2.0        2384023.EOS41451FSSU
PhyAeluros-cli         2.2.0        2384023.EOS41451FSSU
PhyAeluros-firmware    2.2.0        2384023.EOS41451FSSU
PhyAeluros-lib         2.2.0        2384023.EOS41451FSSU
PhyBcm                 1.0.1        2384023.EOS41451FSSU
PhyBcm54980            1.0.1        2384023.EOS41451FSSU
PhyBcm54980-cli        1.0.1        2384023.EOS41451FSSU
PhyBcm54980-lib        1.0.1        2384023.EOS41451FSSU
PhyEee                 1.1.1        2384023.EOS41451FSSU
PhyEee-cli             1.1.1        2384023.EOS41451FSSU
PhyEthtool             2.6.1        2384023.EOS41451FSSU
PhyEthtool-lib         2.6.1        2384023.EOS41451FSSU
PhyTn                  1.0.1        2384023.EOS41451FSSU
PhyTn-cli              1.0.1        2384023.EOS41451FSSU
PhyTn-firmware         1.0.1        2384023.EOS41451FSSU
PhyTn-lib              1.0.1        2384023.EOS41451FSSU
Picasso                1.0.1        2384023.EOS41451FSSU
Picasso-lib            1.0.1        2384023.EOS41451FSSU
Pim                    2.0.1        2384023.EOS41451FSSU
Pim-cli                2.0.1        2384023.EOS41451FSSU
PimBsr                 1.0.0        2384023.EOS41451FSSU
PimBsr-cli             1.0.0        2384023.EOS41451FSSU
PimReg                 1.0.0        2384023.EOS41451FSSU
PimReg-cli             1.0.0        2384023.EOS41451FSSU
PimSnmp                1.0.0        2384023.EOS41451FSSU
Pimsm                  1.0.0        2384023.EOS41451FSSU
Pimsm-cli              1.0.0        2384023.EOS41451FSSU
PlxPex8600             1.0.2        2384023.EOS41451FSSU
PlxPex8600-lib         1.0.2        2384023.EOS41451FSSU
Pmbus                  1.0.1        2384023.EOS41451FSSU
Pmbus-cli              1.0.1        2384023.EOS41451FSSU
Pmbus-lib              1.0.1        2384023.EOS41451FSSU
PolicyMap              1.0.0        2384023.EOS41451FSSU
Power                  1.5.1        2384023.EOS41451FSSU
Power-cli              1.5.1        2384023.EOS41451FSSU
Power-lib              1.5.1        2384023.EOS41451FSSU
PowerOne               1.0.1        2384023.EOS41451FSSU
PowerOne-lib           1.0.1        2384023.EOS41451FSSU
ProcMgr                1.7.1        2384023.EOS41451FSSU
Psmi                   1.0.1        2384023.EOS41451FSSU
Psmi-cli               1.0.1        2384023.EOS41451FSSU
Psmi-lib               1.0.1        2384023.EOS41451FSSU
PsocFanController      1.0.1        2384023.EOS41451FSSU
PtReyes                1.0.0        2384023.EOS41451FSSU
PtReyes-firmware       1.0.0        2384023.EOS41451FSSU
PtReyes-plugins        1.0.0        2384023.EOS41451FSSU
Ptp                    1.0.1        2384023.EOS41451FSSU
Ptp-cli                1.0.1        2384023.EOS41451FSSU
Ptp-lib                1.0.1        2384023.EOS41451FSSU
PtpTimeSync            1.0.0        2384023.EOS41451FSSU
PyWrappers             1.0.0        2383986.EOS41451FSSU
PyWrappers-dnsmasq     1.0.0        2383986.EOS41451FSSU
PyWrappers-eos-initscripts 1.0.0        2383986.EOS41451FSSU
PyWrappers-fuse-zip    1.0.0        2383986.EOS41451FSSU
PyWrappers-iptables    1.0.0        2383986.EOS41451FSSU
PyWrappers-iptables-ipv6 1.0.0        2383986.EOS41451FSSU
PyWrappers-iputils     1.0.0        2383986.EOS41451FSSU
PyWrappers-lftp        1.0.0        2383986.EOS41451FSSU
PyWrappers-net-snmp    1.0.0        2383986.EOS41451FSSU
                                  Page 7
```

```
                                arista-7554.txt
PyWrappers-net-snmp-utils 1.0.0        2383986.EOS41451FSSU
PyWrappers-ntp-udel   1.0.0        2383986.EOS41451FSSU
PyWrappers-openssh-clients 1.0.0        2383986.EOS41451FSSU
PyWrappers-openssh-server 1.0.0        2383986.EOS41451FSSU
PyWrappers-rsyslog    1.0.0        2383986.EOS41451FSSU
PyWrappers-tcpdump    1.0.0        2383986.EOS41451FSSU
PyWrappers-telnet     1.0.0        2383986.EOS41451FSSU
PyWrappers-telnet-server 1.0.0        2383986.EOS41451FSSU
PyWrappers-traceroute 1.0.0        2383986.EOS41451FSSU
PyWrappers-xinetd     1.0.0        2383986.EOS41451FSSU
Qos                   1.0.0        2384023.EOS41451FSSU
QosSnmp               1.0.0        2384023.EOS41451FSSU
Radius                1.0.2        2384023.EOS41451FSSU
Radius-cli            1.0.2        2384023.EOS41451FSSU
ReachabilityMonitor   1.0.0        2384023.EOS41451FSSU
RedSup                1.7.5        2384023.EOS41451FSSU
RedSupSnmp            1.0.0        2384023.EOS41451FSSU
ReloadCause           1.0.0        2384023.EOS41451FSSU
ReloadCause-lib       1.0.0        2384023.EOS41451FSSU
Rib                   2.0.3        2384023.EOS41451FSSU
Rib-cli               2.0.3        2384023.EOS41451FSSU
Rib-lib               2.0.3        2384023.EOS41451FSSU
Rip                   1.0.1        2384023.EOS41451FSSU
Rip-cli               1.0.1        2384023.EOS41451FSSU
RouteMap              1.0.1        2384023.EOS41451FSSU
RouteMap-cli          1.0.1        2384023.EOS41451FSSU
Ruby                  1.0.1        2384023.EOS41451FSSU
Ruby-cli              1.0.1        2384023.EOS41451FSSU
Saguaro               1.0.0        2384023.EOS41451FSSU
Sand                  1.0.4        2384023.EOS41451FSSU
SandAcl               1.0.2        2384023.EOS41451FSSU
SandCounters          1.0.0        2384023.EOS41451FSSU
SandCounters-lib      1.0.0        2384023.EOS41451FSSU
SandDanz              1.0.0        2384023.EOS41451FSSU
SandFabric            1.0.0        2384023.EOS41451FSSU
SandFap               1.0.0        2384023.EOS41451FSSU
SandL3Unicast         1.0.0        2384023.EOS41451FSSU
SandLanz              1.0.0        2384023.EOS41451FSSU
SandLib               1.0.1        2384023.EOS41451FSSU
SandLib-lib           1.0.1        2384023.EOS41451FSSU
SandMact              1.0.0        2384023.EOS41451FSSU
SandMcast             1.0.0        2384023.EOS41451FSSU
SandTcam              1.0.0        2384023.EOS41451FSSU
SandTopo              1.0.0        2384023.EOS41451FSSU
SandTunnel            1.0.0        2384023.EOS41451FSSU
SandTunnel-cli        1.0.0        2384023.EOS41451FSSU
SandTunnel-lib        1.0.0        2384023.EOS41451FSSU
Sb820                 1.0.1        2384023.EOS41451FSSU
Scd                   1.0.2        2384023.EOS41451FSSU
Scd-lib               1.0.2        2384023.EOS41451FSSU
ScdEmUtils            1.0.0        2384023.EOS41451FSSU
SchanAccel            1.0.1        2384023.EOS41451FSSU
SchanAccel-cli        1.0.1        2384023.EOS41451FSSU
SchanAccel-lib        1.0.1        2384023.EOS41451FSSU
Sequoia               1.0.0        2384023.EOS41451FSSU
Sequoia-firmware      1.0.0        2384023.EOS41451FSSU
Sequoia-plugins       1.0.0        2384023.EOS41451FSSU
Sflow                 1.0.1        2384023.EOS41451FSSU
Si5327                1.0.0        2384023.EOS41451FSSU
Smash                 1.0.3        2384023.EOS41451FSSU
Snmp                  1.2.1        2384023.EOS41451FSSU
Snmp-cli              1.2.1        2384023.EOS41451FSSU
Snmp-lib              1.2.1        2384023.EOS41451FSSU
```

```
                              arista-7554.txt
Sol                  1.0.1      2384023.EOS41451FSSU
Sol-lib              1.0.1      2384023.EOS41451FSSU
StageMgr             1.0.1      2384023.EOS41451FSSU
StageMgr-lib         1.0.1      2384023.EOS41451FSSU
StandbyCpld          1.0.1      2384023.EOS41451FSSU
StorageDevices       1.0.1      2384023.EOS41451FSSU
StorageDevices-cli   1.0.1      2384023.EOS41451FSSU
StormControl         1.0.0      2384023.EOS41451FSSU
Stp                  1.1.1      2384023.EOS41451FSSU
Stp-cli              1.1.1      2384023.EOS41451FSSU
Stp-lib              1.1.1      2384023.EOS41451FSSU
Strata               1.3.1      2384023.EOS41451FSSU
StrataApi            1.0.1      2384023.EOS41451FSSU
StrataCentral        1.3.1      2384023.EOS41451FSSU
StrataCentral-agent  1.3.1      2384023.EOS41451FSSU
StrataCommon         1.0.1      2384023.EOS41451FSSU
StrataCommon-lib     1.0.1      2384023.EOS41451FSSU
StrataL2             1.0.0      2384023.EOS41451FSSU
StrataL3             1.0.0      2384023.EOS41451FSSU
StrataLag            1.0.1      2384023.EOS41451FSSU
StrataVlanTopo       1.0.0      2384023.EOS41451FSSU
Stratix              1.0.1      2384023.EOS41451FSSU
Stratix-cli          1.0.1      2384023.EOS41451FSSU
Stratix-lib          1.0.1      2384023.EOS41451FSSU
SuperServer          1.0.1      2384023.EOS41451FSSU
SysMgr               2.6.1      2384023.EOS41451FSSU
SysMgr-cli           2.6.1      2384023.EOS41451FSSU
SysMgr-lib           2.6.1      2384023.EOS41451FSSU
SysMgrSnmp           1.0.1      2384023.EOS41451FSSU
Sysdb                1.10.0     2384023.EOS41451FSSU
SysdbAgent           1.0.1      2384023.EOS41451FSSU
TacSmash             1.0.4      2384023.EOS41451FSSU
TacSmash-cli         1.0.4      2384023.EOS41451FSSU
Tacacs               1.0.1      2384023.EOS41451FSSU
Tacacs-cli           1.0.1      2384023.EOS41451FSSU
Tacacs-lib           1.0.1      2384023.EOS41451FSSU
TaccPyUtils          1.0.0      2383986.EOS41451FSSU
TapAggGui            1.0.0      2384023.EOS41451FSSU
ThermoMgr            1.7.1      2384023.EOS41451FSSU
ThermoMgr-cli        1.7.1      2384023.EOS41451FSSU
ThermoMgr-lib        1.7.1      2384023.EOS41451FSSU
Topology             1.0.1      2384023.EOS41451FSSU
Topology-cli         1.0.1      2384023.EOS41451FSSU
Topology-controller  1.0.1      2384023.EOS41451FSSU
Topology-controller-cli 1.0.1     2384023.EOS41451FSSU
Topology-lib         1.0.1      2384023.EOS41451FSSU
Tunnel               1.0.0      2384023.EOS41451FSSU
Ucd9012              1.0.1      2384023.EOS41451FSSU
Ucd9012-lib          1.0.1      2384023.EOS41451FSSU
Units                1.1.0      2384023.EOS41451FSSU
VirtualCable         1.0.1      2384023.EOS41451FSSU
VirtualCable-cli     1.0.1      2384023.EOS41451FSSU
Vm                   1.0.1      2384023.EOS41451FSSU
Vm-cli               1.0.1      2384023.EOS41451FSSU
VmTracer             1.0.1      2384023.EOS41451FSSU
VmwareVI             1.0.1      2384023.EOS41451FSSU
Vrf                  1.0.1      2384023.EOS41451FSSU
Vrm64                1.0.1      2384023.EOS41451FSSU
VrmIr                1.0.1      2384023.EOS41451FSSU
Vxlan                1.0.1      2384023.EOS41451FSSU
Vxlan-cli            1.0.1      2384023.EOS41451FSSU
VxlanController      1.0.1      2384023.EOS41451FSSU
VxlanController-cli  1.0.1      2384023.EOS41451FSSU
```

```
                               arista-7554.txt
VxlanController-formatlib 1.0.1      2384023.EOS41451FSSU
VxlanController-lib   1.0.1          2384023.EOS41451FSSU
VxlanTest             1.0.0          2384023.EOS41451FSSU
wbem                  1.0.0          2384023.EOS41451FSSU
Xcvr                  1.2.1          2384023.EOS41451FSSU
Xcvr-cli              1.2.1          2384023.EOS41451FSSU
XcvrCtrl              1.0.2          2384023.EOS41451FSSU
Xilinx                1.0.1          2384023.EOS41451FSSU
Xmpp                  1.4.2          2384023.EOS41451FSSU
Xmpp-cli              1.4.2          2384023.EOS41451FSSU
Xmpp-lib              1.4.2          2384023.EOS41451FSSU
Yosemite              1.0.0          2384023.EOS41451FSSU
Yosemite-firmware     1.0.0          2384023.EOS41451FSSU
ZeroTouch             1.0.0          2384023.EOS41451FSSU
Zuma                  1.0.1          2384023.EOS41451FSSU
Zuma-future           1.0.1          2384023.EOS41451FSSU
arista-bde            1.0.0          2384023.EOS41451FSSU
audit-libs            2.1.3          1.fc14
aufs2-util            1.git.Ar       2383986.EOS41451FSSU
authconfig            6.1.11         1.fc14
basesystem            10.0           3
bash                  4.1.16Ar       4.fc14
bcmaccel              1.0.1          2384023.EOS41451FSSU
bind-libs             9.7.4          0.3.b1.fc14
bind-utils            9.7.4          0.3.b1.fc14
bridge-utils          1.2            9.fc13
bzip2                 1.0.6          1.fc14.1
bzip2-libs            1.0.6          1.fc14.1
ca-certificates       2011.78        1.fc14
chkconfig             1.3.49         1.fc14
compat-gsoap          2.7.13         2.fc14.2383986.EOS41451FSSU
conntrack-tools       0.9.14         1.fc14
coreutils             8.5            7.fc14
coreutils-libs        8.5            7.fc14
cpio                  2.11           2.fc14
cracklib              2.8.16         4.fc14
cracklib-dicts        2.8.16         4.fc14
cronie                1.4.8          2.fc14
cronie-anacron        1.4.8          2.fc14
crontabs              1.11           1.20101115git.fc14
curl                  7.32.0         2384023.EOS41451FSSU
cyrus-sasl            2.1.23         12.fc14
cyrus-sasl-lib        2.1.23         12.fc14
cyrus-sasl-md5        2.1.23         12.fc14
db4                   4.8.30         2.fc14
db4-utils             4.8.30         2.fc14
dbus-libs             1.4.0          3.fc14
device-mapper         1.02.63        2.fc14
device-mapper-libs    1.02.63        2.fc14
dhclient              4.2.0          2383986.EOS41451FSSU
diffutils             2.8.1          29.fc14
dmamem                1.0.1          2384023.EOS41451FSSU
dnsmasq               2.59           2383986.EOS41451FSSU
dosfstools            3.0.22         2.fc18
e2fsprogs             1.41.12        6.fc14
e2fsprogs-libs        1.41.12        6.fc14
ed                    1.4            2.fc14
eject                 2.1.5          20.fc14
elfutils-libelf       0.152          1.fc14
esmtp                 1.0            6.fc12
ethtool               2.6.39         1.fc14
expat                 2.0.1          10.fc13
file-libs             5.04           17.fc14
```

arista-7554.txt

```
filesystem         2.4.35      1.fc14
findutils          4.5.9       2.fc14
fipscheck          1.2.0       4.fc13
fipscheck-lib      1.2.0       4.fc13
fpdma              1.0.0.Ar    2384023.EOS41451FSSU
freeradius-client  1.1.6       2383986.EOS41451FSSU
freetype           2.4.2       5.fc14
fuse               2.8.5       5.fc14
fuse-libs          2.8.5       5.fc14
fuse-zip           0.2.11      1.fc13
gamin              0.1.10      8.fc14
gawk               3.1.8       3.fc14
gdb                7.2         51.fc14
gdb-gdbserver      7.2         51.fc14
gdbm               1.8.3       8.fc14
gdisk              0.7.2       1.fc14
glib2              2.26.0      2.fc14
glibc              2.13        2
glibc-common       2.13        2
gmp                4.3.1       7.fc14
gnupg2             2.0.16      3.fc14.1
gnutls             2.8.6       2.fc14
gpgme              1.2.0       3.fc14
grep               2.8         2.fc14
gzip               1.4         1.fc14
hardlink           1.0         9.fc12
hdparm             9.27        1.fc13
hostname           3.04        2.fc14
hwdata             0.232       1.fc14
i2c-tools          3.0.2       4.fc12
info               4.13a       13.fc14
inotify-tools      3.14        1.fc14
iperf              2.0.5.Ar    2383986.EOS41451FSSU
iproute            3.0.Ar      2383986.EOS41451FSSU
iptables           1.4.9       1.fc14
iptables-ipv6      1.4.9       1.fc14
iputils            20100418    3.fc14
jansson            1.2         1.fc13
jsonrpclib         1.0.0       2383986.EOS41451FSSU
kbfd               1.0.0.Ar    2383986.EOS41451FSSU
keyutils-libs      1.2         6.fc12
krb5-libs          1.8.4       2.fc14
kvm-kmod           2.6.38.8    2383986.EOS41451FSSU
lcms-libs          1.19        2.fc14
less               436         11.fc14
lftp               4.0.9       3.fc14
libacl             2.2.49      9.fc14
libassuan          2.0.0       2.fc14
libattr            2.4.44      6.fc14
libblkid           2.18        4.8.fc14
libbsd             0.2.0       3.fc13
libcap             2.22        1.fc14
libcap-ng          0.6.5       1.fc14
libcom_err         1.41.12     6.fc14
libcurl            7.32.0      2384023.EOS41451FSSU
libedit            3.0         2383986.EOS41451FSSU
libesmtp           1.0.4       14.fc14
libevent           2.0.21      4.fc14
libffi             3.0.9       1.fc13
libgcc             4.5.1       4.fc14
libgcrypt          1.4.5       4.fc13
libgpg-error       1.9         1.fc14
libgssglue         0.1         8.fc12
```

```
                              arista-7554.txt
libicu                4.4.1          6.fc14
libidn                1.18           1.fc14
libjpeg-turbo         1.1.1          1.fc14
libmount              2.18           4.8.fc14
libnet                1.1.6          4.fc18
libnetfilter_conntrack 0.9.1          1.fc14
libnfnetlink          1.0.0          1.fc13
libnih                1.0.2          2.fc14
libnl                 1.1            14.fc14
libpcap               1.4.0          Ar2383986.EOS41451FSSU
libpciaccess          0.12.0         1.fc14
libselinux            2.0.96         6.fc14.1
libsepol              2.0.41         3.fc14
libss                 1.41.12        6.fc14
libssh2               1.2.4          1.fc14
libstdc++             4.5.1          4.fc14
libtac                2.1.0          2384023.EOS41451FSSU
libtacutils           2.1.0          2384023.EOS41451FSSU
libtasn1              2.7            1.fc14
libtirpc              0.2.1          4.fc14
libudev               167            8.fc14
libusb                0.1.12         23.fc14
libuser               0.56.18        3.fc14
libutempter           1.1.5          4.fc12
libuuid               2.18           4.8.fc14
libvirt               0.8.3          99.Ar.2383986.EOS41451FSSU
libvirt-client        0.8.3          99.Ar.2383986.EOS41451FSSU
libvirt-python        0.8.3          99.Ar.2383986.EOS41451FSSU
libxml2               2.7.7          3.fc14
libzip                0.9.3          2.fc13
linux-atm-libs        2.5.1          1.fc14
logrotate             3.7.9          4.fc14
lrzsz                 0.12.20        27.fc12
lsof                  4.83           2.fc14
lua                   5.1.4          7.fc14
lzo                   2.03           3.fc12
lzop                  1.03           2.fc14
m2crypto              0.20.2         9.fc14
mcelog                1.0            0.3.6e4e2a00.fc14
mingetty              1.08           6.fc14
module-init-tools     3.11.1         6.fc14
nano                  2.2.4          1.fc14
nc                    1.100          2.fc14
ncurses               5.7            9.20100703.fc14
ncurses-base          5.7            9.20100703.fc14
ncurses-libs          5.7            9.20100703.fc14
ndisc6                2011.10.17.d6f66139cd84 2.fc14
net-snmp              5.7.2          2383986.EOS41451FSSU
net-snmp-libs         5.7.2          2383986.EOS41451FSSU
net-snmp-utils        5.7.2          2383986.EOS41451FSSU
net-tools             1.60           105.fc14.1
netns                 1.0.0          2383986.EOS41451FSSU
newt                  0.52.12        1.fc14
newt-python           0.52.12        1.fc14
nfs-utils             1.2.3          6.fc14
nfs-utils-lib         1.1.5          3.fc14
nginx                 1.6.2          2383986.EOS41451FSSU
nspr                  4.8.8          1.fc14
nss                   3.12.10        1.fc14
nss-softokn           3.12.10        1.fc14
nss-softokn-freebl    3.12.10        1.fc14
nss-sysinit           3.12.10        1.fc14
nss-util              3.12.10        1.fc14
```

```
                              arista-7554.txt
nsutil                  1.0.0         2383986.EOS41451FSSU
ntp-udel                4.2.6p3       0.1.rc10.fc14
ntpdate                 4.2.6p3       0.1.rc10.fc14
omi                     1.0.7         2383986.EOS41451FSSU
openldap                2.4.23        4.fc14
openssh                 5.5p1         2383986.EOS41451FSSU
openssh-clients         5.5p1         2383986.EOS41451FSSU
openssh-server          5.5p1         2383986.EOS41451FSSU
openssl                 1.0.0e.Ar     2383986.EOS41451FSSU
openvswitch             2.1.0.Ar      2383986.EOS41451FSSU
pam                     1.1.1         6.fc14
parted                  2.3           4.fc14
passwd                  0.78          1.fc14
pax                     3.4           10.fc12
pciutils                3.1.7         3.fc14
pciutils-libs           3.1.7         3.fc14
pcre                    8.10          1.fc14
pinentry                0.8.1         4.fc14
pkgconfig               0.25          2.fc14
plx-pcie-drivers        1.0.0         2384023.EOS41451FSSU
popt                    1.13          7.fc14
ppp                     2.4.5         12.fc14
procmail                3.22          25.fc12
procps                  3.2.8         2383986.EOS41451FSSU
protobuf                2.3.0         5.fc14
protobuf-python         2.3.0         5.fc14
psmisc                  22.13         6.fc14
pth                     2.0.7         9
ptpd                    1.rc1         2383986.EOS41451FSSU
pygpgme                 0.1           21.20101027bzr69.fc14
pylibpcap               0.5.1         2383986.EOS41451FSSU
pyserial                2.5           1.fc14
python                  2.7           2384023.EOS41451FSSU
python-cjson            1.0.5.Ar      2383986.EOS41451FSSU
python-eunuchs          20070925.Ar.1 2383986.EOS41451FSSU
python-imaging          1.1.7         2.fc14
python-iniparse         0.4           2.fc14
python-libs             2.7           2384023.EOS41451FSSU
python-pip              1.5.2         2383986.EOS41451FSSU
python-ply              3.3           3.fc14
python-pycurl           7.19.0        7.fc14
python-requests         1.2.3         2383986.EOS41451FSSU
python-setuptools       0.6.14        3.fc14
python-simplejson       2.1.6         1.fc14.1
python-sleekxmpp        1.2.0.Ar      2383986.EOS41451FSSU
python-urlgrabber       3.9.1         7.fc14
qemu                    1.4.0         2383986.EOS41451FSSU
readline                6.1           2.fc14
rpcbind                 0.2.0         8.fc14
rpm                     4.8.1         5.fc14
rpm-libs                4.8.1         5.fc14
rpm-python              4.8.1         5.fc14
rsync                   3.0.8         1.fc14
rsyslog                 5.6.4         3.fc14
sand-dma                1.0.1         2384023.EOS41451FSSU
scd-driver              2.0.0.Ar      2383986.EOS41451FSSU
scd-em                  1.0.0.Ar      2383986.EOS41451FSSU
sed                     4.2.1         6.fc14
setup                   2.8.28        1.fc14
shadow-utils            4.1.4.2       11.fc14
shared-mime-info        0.80          1.fc14
slang                   2.2.3         1.fc14
sqlite                  3.6.23.1      1.fc14
```

```
                              arista-7554.txt
squashfs-tools      4.2.Ar           2383986.EOS41451FSSU
strace              4.6              1.fc14
strata-dma          1.0.0            2384023.EOS41451FSSU
sudo                1.7.4p5          2383986.EOS41451FSSU
symlinks            1.4              2.fc13
sysvinit-tools      2.87             2383986.EOS41451FSSU
tar                 1.23             9.fc14
tcp_wrappers-libs   7.6              59.fc14
tcpdump             4.4.0.Ar         1.fc14
telnet              0.17.Ar          2383986.EOS41451FSSU
telnet-server       0.17.Ar          2383986.EOS41451FSSU
tftp                0.49             7.fc14
time                1.7              38.fc14
tmpwatch            2.10             1.fc14
traceroute          2.0.18           1.fc14
ttcp                1.12             20.fc12
tzdata              2011i            1.fc14
uart-verilog        1.0.0.Ar         2383986.EOS41451FSSU
unzip               6.0              3.fc14
upstart             1.2              2.fc14
upstart-sysvinit    1.2              2.fc14
usbutils            0.90             1.fc14
usermode            1.106.1          1.fc14.1
util-linux-ng       2.18             4.8.fc14
uwsgi               2.0.2            2383986.EOS41451FSSU
vconfig             1.9              8.fc12
vim-minimal         7.3.056          1.fc14
wget                1.12             4.fc14
which               2.19             5.fc12
xinetd              2.3.14           34.fc14
xz                  4.999.9          0.2.beta.20100401git.fc14
xz-libs             4.999.9          0.2.beta.20100401git.fc14
yum                 3.2.29           9.fc15
yum-metadata-parser 1.1.4            2.fc14
zile                2.3.17           1.fc14
zip                 3.0              2.fc14
zlib                1.2.5            2.fc14


Component            Version
-------------------- ---------------------------------------
Fabric1-Ucd9012      SFT0017502A0
Fabric2-Ucd9012      SFT0017502A0
Fabric3-Ucd9012      SFT0017502A0
Fabric4-Ucd9012      SFT0017502A0
Fabric5-Ucd9012      SFT0017502A0
Fabric6-Ucd9012      SFT0017502A0
Linecard3-Ucd9012    SFT002020601
Linecard3-Ucd9012    SFT002010601
Linecard3-Ucd9012    SFT002030601
Linecard3-scd        0x4
Linecard3-scd        0x4
Linecard3-scd        0x4
Supervisor1-Aboot    Aboot-norcal3-3.0.3-1262453
Supervisor1-Ucd9012  SFT002120110
Supervisor1-Ucd9012  SFT002110110
Supervisor1-scd      0x7
```

```
                                arista-7554.txt
localhost(s1)>
localhost(s1)>en
localhost(s1)#config
localhost(s1)(config)#snmp-server user tech-1 tech-sup v3
localhost(s1)(config)#exit
localhost(s1)#show snmp
Chassis: HSH14525015
0 SNMP packets input
      0 Bad SNMP version errors
      0 Unknown community name
      0 Illegal operation for community name supplied
      0 Encoding errors
      0 Number of requested variables
      0 Number of altered variables
      0 Get-request PDUs
      0 Get-next PDUs
      0 Set-request PDUs
0 SNMP packets output
      0 Too big errors
      0 No such name errors
      0 Bad value errors
      0 General errors
      0 Response PDUs
      0 Trap PDUs
Access Control
      0 Users
      1 Groups
      0 Views
SNMP logging: disabled
SNMP agent enabled in VRFs: default
1 warnings
! Group "tech-sup" of user "tech-1" is not configured




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show ip route
Codes: C - connected, S - static, K - kernel,
       O - OSPF, IA - OSPF inter area, E1 - OSPF external type 1,
       E2 - OSPF external type 2, N1 - OSPF NSSA external type 1,
       N2 - OSPF NSSA external type2, B I - iBGP, B E - eBGP,
       R - RIP, I - ISIS, A B - BGP Aggregate, A O - OSPF Summary,
       NG - Nexthop Group Static Route

Gateway of last resort is not set


! IP routing not enabled





localhost(s1)#
localhost(s1)#
```

```
                              arista-7554.txt
localhost(s1)#
localhost(s1)#show ip igmp snooping
Global IGMP Snooping configuration:
-------------------------------------------
IGMP snooping                 : Enabled
Robustness variable           : 2
Report flooding               : Disabled

Vlan 1 :
----------
IGMP snooping                 : Enabled
IGMPv2 immediate leave        : Enabled
Multicast router learning mode : pim-dvmrp
IGMP max group limit          : No limit set
Recent attempt to exceed limit : No
Report flooding               : Disabled
IGMP snooping pruning active  : False
Flooding traffic to VLAN      : True




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show interfaces Ethernet 3/1/1
Ethernet3/1/1 is down, line protocol is down (notconnect)
  Hardware is Ethernet, address is 0000.0000.0000 (bia 001c.7348.6dac)
  Ethernet MTU 9214 bytes
  Unconfigured, Unconfigured, auto negotiation: off, uni-link: unknown
  0 link status changes since last clear
  Last clearing of "show interface" counters never
  5 minutes input rate 0 bps (- with framing overhead), 0 packets/sec
  5 minutes output rate 0 bps (- with framing overhead), 0 packets/sec
     0 packets input, 0 bytes
     Received 0 broadcasts, 0 multicast
     0 runts, 0 giants
     0 input errors, 0 CRC, 0 alignment, 0 symbol, 0 input discards
     0 PAUSE input
     0 packets output, 0 bytes
     Sent 0 broadcasts, 0 multicast
     0 output errors, 0 collisions
     0 late collision, 0 deferred, 0 output discards
     0 PAUSE output




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#config
localhost(s1)(config)#router ospf 2
localhost(s1)(config-router-ospf)#network 10.0.0.0 0.255.255.255 area 0
                                 Page 16
```

```
                              arista-7554.txt
localhost(s1)(config-router-ospf)#router-id 10.0.0.1
localhost(s1)(config-router-ospf)#exit
localhost(s1)(config)#exit
localhost(s1)#show ip ospf
Routing Process "ospf 2"
Maximum number of LSA allowed 12000
   Threshold for warning message 75%
   Ignore-time 5 minutes, reset-time 5 minutes
   Ignore-count allowed 5, current 0




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show vlan 1
VLAN  Name                             Status    Ports
----- -------------------------------- --------- ------------------------------
1     default                          active




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show vlan summary
Number of existing VLANs          : 1




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#config
localhost(s1)(config)#interface Ethernet 3/1/1
localhost(s1)(config-if-Et3/1/1)#switchport port-security
localhost(s1)(config-if-Et3/1/1)#switchport port-security maximum 2
localhost(s1)(config-if-Et3/1/1)#exit
localhost(s1)(config)#show port-security
Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action
             (Count)        (Count)      (Count)
----------------------------------------------------------------------------
  Et3/1/1         2              0               0            Shutdown
----------------------------------------------------------------------------

Total Addresses in System: 0
```

arista-7554.txt

```
localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show spanning-tree
MST0
  Spanning tree enabled protocol mstp
  Root ID    Priority    32768
             Address     001c.7374.c093
             This bridge is the root

  Bridge ID  Priority    32768  (priority 32768 sys-id-ext 0)
             Address     001c.7374.c093
             Hello Time  2.000 sec  Max Age 20 sec  Forward Delay 15 sec

Interface        Role       State      Cost      Prio.Nbr Type
---------------- ---------- ---------- --------- -------- --------------------




localhost(s1)#
localhost(s1)#
localhost(s1)#
localhost(s1)#show spanning-tree vlan 1 detail
Spanning tree instance for vlan 1
 MST0 is executing the mstp Spanning Tree protocol
  Bridge Identifier has priority 32768, sysid 0, address 001c.7374.c093
  Configured hello time 2.000, max age 20, forward delay 15, transmit hold-count 6
  We are the root of the spanning tree
```

```
                              cisco.txt
Switch>show ?
  aaa                   Show AAA values
  adjacency             Adjacent nodes
  arp                   ARP table
  auto                  Show Automation Template
  cca                   CCA information
  class-map             Show QoS Class Map
  clock                 Display the system clock
  cns                   CNS agents
  controllers           Interface controller status
  crypto                Encryption module
  dampening             Display dampening information
  diagnostic            Show command for diagnostic
  dot1q-tunnel          Display dot1q tunnel ports
  dot1x                 Dot1x information
  eigrp                 EIGRP show commands
  env                   Environmental facilities
  epm                   EPM information
  errdisable            Error disable
  etherchannel          EtherChannel information
  exception             exception informations
  flash:                display information about flash: file system
  flowcontrol           show flow control information
  format                Show format information
  history               Display the session command history
  hosts                 IP domain-name, lookup style, nameservers, and host table
  idprom                show IDPROMs for interfaces
  if-mgr                if-mgr information
  inventory             Show the physical inventory
  ip                    IP information
  ipc                   Interprocess communications commands
  ipv6                  IPv6 information
  kerberos              Show Kerberos Values
  kron                  Kron Subsystem
  l2                    Layer 2
  l2protocol-tunnel     Display L2PT status and configurations
  lacp                  Port channel information
  link                  Show Link
  lldp                  LLDP information
  location              Display the system location
  login                 Display Secure Login Configurations and State
  mab                   MAB information
  mac                   MAC configuration
  macro                 Show command macros
  memory                Memory statistics
  mls                   mls global commands
  monitor               Monitoring different system events
  network-policy        Network Policy profile information
  odm-format            Show the schema used for ODM input file
  pagp                  Port channel information
  platform              platform specific show commands
  pm                    Show Port Manager commands
  policy-map            Show QoS Policy Map
  power                 Switch Power
  queue                 Show queue contents
  queueing              Show queueing configuration
  radius                Shows radius information
  resource              Resource group statistics
  rmon                  rmon statistics
  sasl                  show SASL information
  sessions              Information about Telnet connections
  shell                 Display shell information
  snmp                  snmp statistics
                              Page 1
```

```
                              cisco.txt
ssh                  Status of SSH server connections
ssl                  Show SSL command
storm-control        Show storm control configuration
table-map            Show Table Map
tacacs               Shows tacacs+ server statistics
template             Template information
terminal             Display terminal configuration parameters
time-range           Time range
udld                 UDLD information
users                Display information about terminal lines
version              System hardware and software status
vlan                 VTP VLAN status
vmps                 VMPS version information
vrf                  VPN Routing/Forwarding instance information
vstack               Vstack show commands
vtp                  VTP information
xdr                  Show details about XDR
xsd-format           Show the ODM XSD for the command

Switch>show interface ?
Async                Async interface
Auto-Template        Auto-Template interface
BVI                  Bridge-Group Virtual Interface
CTunnel              CTunnel interface
Dialer               Dialer interface
FastEthernet         FastEthernet IEEE 802.3
Filter               Filter interface
Filtergroup          Filter Group interface
GigabitEthernet      GigabitEthernet IEEE 802.3z
GroupVI              Group Virtual interface
Loopback             Loopback interface
Null                 Null interface
Port-channel         Ethernet Channel of interfaces
Portgroup            Portgroup interface
Pos-channel          POS Channel of interfaces
Tunnel               Tunnel interface
Vif                  PGM Multicast Host interface
Virtual-Template     Virtual Template interface
Virtual-TokenRing    Virtual TokenRing
Vlan                 Catalyst Vlans
accounting           Show interface accounting
capabilities         Show interface capabilities information
counters             Show interface counters
crb                  Show interface routing/bridging info
dampening            Show interface dampening info
debounce             Show interface debounce time info
description          Show interface description
etherchannel         Show interface etherchannel information
fair-queue           Show interface Weighted Fair Queueing (WFQ) info
fcpa                 Fiber Channel
flowcontrol          Show interface flowcontrol information
irb                  Show interface routing/bridging info
mac-accounting       Show interface MAC accounting info
mpls-exp             Show interface MPLS experimental accounting info
mtu                  Show interface mtu
precedence           Show interface precedence accounting info
private-vlan         Show interface private vlan information
pruning              Show interface trunk VTP pruning information
random-detect        Show interface Weighted Random Early Detection (WRED) info
rate-limit           Show interface rate-limit info
stats                Show interface packets & octets, in & out, by switching
                     path
status               Show interface line status
                              Page 2
```

```
                              cisco.txt
  summary              Show interface summary
  switchport           Show interface switchport information
  transceiver          Show interface transceiver
  trunk                Show interface trunk information
  |                    Output modifiers
  <cr>

Switch>show interface Ethernet ?
% Unrecognized command
Switch>show interface Fast
Switch>show interface FastEthernet ?
  <0-0>  FastEthernet interface number

Switch>show interface FastEthernet
```

```
                              cisco-4948.txt
      ************************************************************
      *                                                          *
      * Welcome to Rom Monitor for      WS-C4948E System         *
      * Copyright (c) 2003-2013 by Cisco Systems, Inc.           *
      * All rights reserved.                                     *
      *                                                          *
      ************************************************************


      Checking the partition table and boot sector...
      Checking FAT, Files and Directories...
      Reclaiming unused space...
      Updating FAT...
       Primary Rom Monitor Version 12.2(44r)SG12
       CPU Rev: 2.1, Board Rev: 5, Board Type: 104, CPLD Hobgoblin Rev: 22
       Chassis: WS-C4948E

      Front Panel Phy is Bcm5482s
      Got Mac Address: c4:64:13:42:ef:bf

       MAC Address  : c4-64-13-42-ef-bf
       Ip Address   : Not set.
       Netmask      : Not set.
       Gateway      : Not set.
       TftpServer   : Not set.

       Peer supervisor not detected or is not running IOS
       Supervisor uplinks and all linecards have been reset


       ***** The system will autoboot in 5 seconds *****


       Type control-C to prevent autobooting.
       . . . . .

       ******** The system will autoboot now ********


       config-register = 0x2101

       Autobooting using the first file from bootflash.....


      Rommon reg: 0x00000780
      Reset2Reg: 0x00009EFF
      ##
      Fortooine controller 0x0B593D4F..0x0B6D4D98 original size:0x001ABAC1
      ###########################################################
                       Restricted Rights Legend

      Use, duplication, or disclosure by the Government is
      subject to restrictions as set forth in subparagraph
      (c) of the Commercial Computer Software - Restricted
      Rights clause at FAR sec. 52.227-19 and subparagraph
      (c) (1) (ii) of the Rights in Technical Data and Computer
      Software clause at DFARS sec. 252.227-7013.

               cisco Systems, Inc.
               170 West Tasman Drive
               San Jose, California 95134-1706

                              Page 1
```

cisco-4948.txt

Cisco IOS Software, Catalyst 4500 L3 Switch Software (cat4500e-IPBASE-M), Version
12.2(54)SG1, RELEASE SOFTWARE (fc1)
Technical Support: http://www.cisco.com/techsupport
Copyright (c) 1986-2011 by Cisco Systems, Inc.
Compiled Thu 27-Jan-11 12:13 by prod_rel_team
Image text-base: 0x10000000, data-base: 0x12A709B8

cisco WS-C4948E (MPC8548) processor (revision 5) with 1048576K bytes of memory.
Processor board ID CAT1552S66E
MPC8548 CPU at 1GHz, Cisco Catalyst 4948E
Last reset from PowerUp
1 Virtual Ethernet interface
48 Gigabit Ethernet interfaces
4 Ten Gigabit Ethernet interfaces
511K bytes of non-volatile configuration memory.
•


Press RETURN to get started!




Switch>show version
Cisco IOS Software, Catalyst 4500 L3 Switch Software (cat4500e-IPBASE-M), Version
12.2(54)SG1, RELEASE SOFTWARE (fc1)
Technical Support: http://www.cisco.com/techsupport
Copyright (c) 1986-2011 by Cisco Systems, Inc.
Compiled Thu 27-Jan-11 12:13 by prod_rel_team
Image text-base: 0x10000000, data-base: 0x12A709B8

ROM: 12.2(44r)SG12
Hobgoblin Revision 22, Fortooine Revision 1.22

Switch uptime is 1 minute
System returned to ROM by power-on
System image file is "bootflash:cat4500e-ipbase-mz.122-54.SG1.bin"

cisco WS-C4948E (MPC8548) processor (revision 5) with 1048576K bytes of memory.
Processor board ID CAT1552S66E
MPC8548 CPU at 1GHz, Cisco Catalyst 4948E
Last reset from PowerUp
1 Virtual Ethernet interface
48 Gigabit Ethernet interfaces
4 Ten Gigabit Ethernet interfaces
511K bytes of non-volatile configuration memory.
Configuration register is 0x2101

cisco-4948.txt

```
Switch>
Switch>
Switch>
Switch>en
Switch#config
Configuring from terminal, memory, or network [terminal]?
Enter configuration commands, one per line.  End with CNTL/Z.
Switch(config)#••snmp-server user tech-1 tech-sup v3
Switch(config)#exit
Switch#show snmp
Chassis: CAT1552S66E
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output
    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP global trap: disabled
SNMP agent enabled

SNMP logging: disabled




Switch#
Switch#
Switch#
Switch#show ip route
Codes: C - connected, S - static, R - RIP, M - mobile, B - BGP
       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
       E1 - OSPF external type 1, E2 - OSPF external type 2
       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
       ia - IS-IS inter area, * - candidate default, U - per-user static route
       o - ODR, P - periodic downloaded static route

Gateway of last resort is not set
```

cisco-4948.txt

```
Switch#
Switch#
Switch#
Switch#show ip igmp snooping
Global IGMP Snooping configuration:
-------------------------------------------
IGMP snooping               : Enabled
IGMPv3 snooping             : Enabled
Report suppression          : Enabled
TCN solicit query           : Disabled
TCN flood query count       : 2
Last Member Query Interval  : 1000

Vlan 1:
--------
IGMP snooping                        : Enabled
CAPWAP enabled                       : Disabled
IGMPv2 immediate leave               : Disabled
Explicit host tracking               : Enabled
Multicast router learning mode       : pim-dvmrp
CGMP interoperability mode           : IGMP_ONLY
Last Member Query Interval           : 1000




Switch#
Switch#
Switch#
Switch#show interfaces FastEthernet 1
FastEthernet1 is down, line protocol is down
  Hardware is Fast Ethernet for out of band management, address is c464.1342.efbf
(bia c464.1342.efbf)
  Internet address is 10.1.1.35/24
  MTU 1500 bytes, BW 100000 Kbit, DLY 100 usec,
     reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  Unknown duplex, Unknown Speed, 100BaseTX/FX
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output never, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
     0 packets input, 0 bytes
     Received 0 broadcasts (0 IP multicasts)
     0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 watchdog
     0 input packets with dribble condition detected
     0 packets output, 0 bytes, 0 underruns
                             Page 4
```

```
                              cisco-4948.txt
     0 output errors, 0 collisions, 2 interface resets
     0 babbles, 0 late collision, 0 deferred
     0 lost carrier, 0 no carrier
     0 output buffer failures, 0 output buffers swapped out




Switch#
Switch#
Switch#
Switch#config
Configuring from terminal, memory, or network [terminal]?
Enter configuration commands, one per line.  End with CNTL/Z.
Switch(config)#router ospf 2
Switch(config-router)#network 10.0.0.0 255.0.0.0 area 0
Switch(config-router)#router-id 10.0.0.1
Switch(config-router)#exit
Switch(config)#exit
Switch#show ip ospf
 Routing Process "ospf 2" with ID 10.0.0.1
 Start time: 00:02:36.830, Time elapsed: 00:00:16.972
 Supports only single TOS(TOS0) routes
 Supports opaque LSA
 Supports Link-local Signaling (LLS)
 Supports area transit capability
 Router is not originating router-LSAs with maximum metric
 Initial SPF schedule delay 5000 msecs
 Minimum hold time between two consecutive SPFs 10000 msecs
 Maximum wait time between two consecutive SPFs 10000 msecs
 Incremental-SPF disabled
 Minimum LSA interval 5 secs
 Minimum LSA arrival 1000 msecs
 LSA group pacing timer 240 secs
 Interface flood pacing timer 33 msecs
 Retransmission pacing timer 66 msecs
 Number of external LSA 0. Checksum Sum 0x000000
 Number of opaque AS LSA 0. Checksum Sum 0x000000
 Number of DCbitless external and opaque AS LSA 0
 Number of DoNotAge external and opaque AS LSA 0
 Number of areas in this router is 1. 1 normal 0 stub 0 nssa
 Number of areas transit capable is 0
 External flood list length 0
 IETF NSF helper support enabled
 Cisco NSF helper support enabled
 Reference bandwidth unit is 100 mbps
    Area BACKBONE(0) (Inactive)
        Number of interfaces in this area is 0
        Area has no authentication
        SPF algorithm last executed 00:00:00.168 ago
        SPF algorithm executed 1 times
        Area ranges are
        Number of LSA 1. Checksum Sum 0x00B07C
        Number of opaque link LSA 0. Checksum Sum 0x000000
        Number of DCbitless LSA 0
        Number of indication LSA 0
        Number of DoNotAge LSA 0
        Flood list length 0
```

cisco-4948.txt

```
Switch#
Switch#
Switch#
Switch#show interface vlan 1
Vlan1 is down, line protocol is down
  Hardware is Ethernet SVI, address is c464.1342.efbf (bia c464.1342.efbf)
  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,
     reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive not supported
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output never, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
  L3 in Switched: ucast: 0 pkt, 0 bytes - mcast: 0 pkt, 0 bytes
  L3 out Switched: ucast: 0 pkt, 0 bytes - mcast: 0 pkt, 0 bytes
  IPv6 L3 in Switched: ucast: 0 pkt, 0 bytes - mcast: 0 pkt, 0 bytes
  IPv6 L3 out Switched: ucast: 0 pkt, 0 bytes - mcast: 0 pkt, 0 bytes
     0 packets input, 0 bytes, 0 no buffer
     Received 0 broadcasts (0 IP multicasts)
     0 runts, 0 giants, 0 throttles
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
     0 packets output, 0 bytes, 0 underruns
     0 output errors, 0 interface resets
     0 output buffer failures, 0 output buffers swapped out




Switch#
Switch#
Switch#
Switch#show vlan summary
Number of existing VLANs             : 5
 Number of existing VTP VLANs        : 5
 Number of existing extended VLANS   : 0
```

Page 6

copyright-arista.txt

`[Klocalhost(s1)#show version ▯ license`

```
++++++++
/usr/share/doc/python-requests-1.2.3/LICENSE
++++++++
```

Copyright 2013 Kenneth Reitz

    Licensed under the Apache License, Version 2.0 (the "License");
    you may not use this file except in compliance with the License.
    You may obtain a copy of the License at

        http://www.apache.org/licenses/LICENSE-2.0

    Unless required by applicable law or agreed to in writing, software
    distributed under the License is distributed on an "AS IS" BASIS,
    WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
    See the License for the specific language governing permissions and
    limitations under the License.


```
++++++++
/usr/share/doc/python-iniparse-0.4/LICENSE-PSF
++++++++
```

`[7m --More-- `[27m`[K
`[KA. HISTORY OF THE SOFTWARE
==========================

Python was created in the early 1990s by Guido van Rossum at Stichting
Mathematisch Centrum (CWI, see http://www.cwi.nl) in the Netherlands
as a successor of a language called ABC.  Guido remains Python's
principal author, although it includes many contributions from others.

In 1995, Guido continued his work on Python at the Corporation for
National Research Initiatives (CNRI, see http://www.cnri.reston.va.us)
in Reston, Virginia where he released several versions of the
software.

In May 2000, Guido and the Python core development team moved to
BeOpen.com to form the BeOpen PythonLabs team.  In October of the same
year, the PythonLabs team moved to Digital Creations (now Zope
Corporation, see http://www.zope.com).  In 2001, the Python Software
Foundation (PSF, see http://www.python.org/psf/) was formed, a
non-profit organization created specifically to own Python-related
Intellectual Property.  Zope Corporation is a sponsoring member of
the PSF.

All Python releases are Open Source (see http://www.opensource.org for
`[7m --More-- `[27m`[K
`[Kthe Open Source Definition).  Historically, most, but not all, Python
releases have also been GPL-compatible; the table below summarizes
the various releases.

| Release | Derived from | Year | Owner | GPL-compatible? (1) |
|---------|--------------|------|-------|---------------------|
| 0.9.0 thru 1.2 | | 1991-1995 | CWI | yes |
| 1.3 thru 1.5.2 | 1.2 | 1995-1999 | CNRI | yes |
| 1.6 | 1.5.2 | 2000 | CNRI | no |
| 2.0 | 1.6 | 2000 | BeOpen.com | no |
| 1.6.1 | 1.6 | 2001 | CNRI | yes (2) |

Page 1

```
                                copyright-arista.txt
2.1             2.0+1.6.1       2001        PSF             no
2.0.1           2.0+1.6.1       2001        PSF             yes
2.1.1           2.1+2.0.1       2001        PSF             yes
2.2             2.1.1           2001        PSF             yes
2.1.2           2.1.1           2002        PSF             yes
2.1.3           2.1.2           2002        PSF             yes
2.2.1           2.2             2002        PSF             yes
2.2.2           2.2.1           2002        PSF             yes
2.2.3           2.2.2           2003        PSF             yes
2.3             2.2.2           2002-2003   PSF             yes
2.3.1           2.3             2002-2003   PSF             yes
←[7m --More-- ←[27m←[K
←[K   2.3.2           2.3.1       2002-2003   PSF             yes
2.3.3           2.3.2           2002-2003   PSF             yes
```

Footnotes:

(1) GPL-compatible doesn't mean that we're distributing Python under
    the GPL.  All Python licenses, unlike the GPL, let you distribute
    a modified version without making your changes open source.  The
    GPL-compatible licenses make it possible to combine Python with
    other software that is released under the GPL; the others don't.

(2) According to Richard Stallman, 1.6.1 is not GPL-compatible,
    because its license has a choice of law clause.  According to
    CNRI, however, Stallman's lawyer has told CNRI's lawyer that 1.6.1
    is "not incompatible" with the GPL.

Thanks to the many outside volunteers who have worked under Guido's
direction to make these releases possible.


B. TERMS AND CONDITIONS FOR ACCESSING OR OTHERWISE USING PYTHON
===============================================================

←[7m --More-- ←[27m←[K
←[KPSF LICENSE AGREEMENT FOR PYTHON 2.3
------------------------------------

1. This LICENSE AGREEMENT is between the Python Software Foundation
("PSF"), and the Individual or Organization ("Licensee") accessing and
otherwise using Python 2.3 software in source or binary form and its
associated documentation.

2. Subject to the terms and conditions of this License Agreement, PSF
hereby grants Licensee a nonexclusive, royalty-free, world-wide
license to reproduce, analyze, test, perform and/or display publicly,
prepare derivative works, distribute, and otherwise use Python 2.3
alone or in any derivative version, provided, however, that PSF's
License Agreement and PSF's notice of copyright, i.e., "Copyright (c)
2001, 2002, 2003 Python Software Foundation; All Rights Reserved" are
retained in Python 2.3 alone or in any derivative version prepared by
Licensee.

3. In the event Licensee prepares a derivative work that is based on
or incorporates Python 2.3 or any part thereof, and wants to make
the derivative work available to others as provided herein, then
Licensee hereby agrees to include in any such work a brief summary of
the changes made to Python 2.3.
←[7m --More-- ←[27m←[K
←[K
4. PSF is making Python 2.3 available to Licensee on an "AS IS"
basis.  PSF MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR

Page 2

copyright-arista.txt
IMPLIED.  BY WAY OF EXAMPLE, BUT NOT LIMITATION, PSF MAKES NO AND
DISCLAIMS ANY REPRESENTATION OR WARRANTY OF MERCHANTABILITY OR FITNESS
FOR ANY PARTICULAR PURPOSE OR THAT THE USE OF PYTHON 2.3 WILL NOT
INFRINGE ANY THIRD PARTY RIGHTS.

5. PSF SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER USERS OF PYTHON
2.3 FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OR LOSS AS
A RESULT OF MODIFYING, DISTRIBUTING, OR OTHERWISE USING PYTHON 2.3,
OR ANY DERIVATIVE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY THEREOF.

6. This License Agreement will automatically terminate upon a material
breach of its terms and conditions.

7. Nothing in this License Agreement shall be deemed to create any
relationship of agency, partnership, or joint venture between PSF and
Licensee.  This License Agreement does not grant permission to use PSF
trademarks or trade name in a trademark sense to endorse or promote
products or services of Licensee, or any third party.

8. By copying, installing or otherwise using Python 2.3, Licensee
←[7m --More-- ←[27m←[K
←[Kagrees to be bound by the terms and conditions of this License
Agreement.


BEOPEN.COM LICENSE AGREEMENT FOR PYTHON 2.0
-------------------------------------------

BEOPEN PYTHON OPEN SOURCE LICENSE AGREEMENT VERSION 1

1. This LICENSE AGREEMENT is between BeOpen.com ("BeOpen"), having an
office at 160 Saratoga Avenue, Santa Clara, CA 95051, and the
Individual or Organization ("Licensee") accessing and otherwise using
this software in source or binary form and its associated
documentation ("the Software").

2. Subject to the terms and conditions of this BeOpen Python License
Agreement, BeOpen hereby grants Licensee a non-exclusive,
royalty-free, world-wide license to reproduce, analyze, test, perform
and/or display publicly, prepare derivative works, distribute, and
otherwise use the Software alone or in any derivative version,
provided, however, that the BeOpen Python License is retained in the
Software, alone or in any derivative version prepared by Licensee.

←[7m --More-- ←[27m←[K
←[K3. BeOpen is making the Software available to Licensee on an "AS IS"
basis.  BEOPEN MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR
IMPLIED.  BY WAY OF EXAMPLE, BUT NOT LIMITATION, BEOPEN MAKES NO AND
DISCLAIMS ANY REPRESENTATION OR WARRANTY OF MERCHANTABILITY OR FITNESS
FOR ANY PARTICULAR PURPOSE OR THAT THE USE OF THE SOFTWARE WILL NOT
INFRINGE ANY THIRD PARTY RIGHTS.

4. BEOPEN SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER USERS OF THE
SOFTWARE FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OR LOSS
AS A RESULT OF USING, MODIFYING OR DISTRIBUTING THE SOFTWARE, OR ANY
DERIVATIVE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY THEREOF.

5. This License Agreement will automatically terminate upon a material
breach of its terms and conditions.

6. This License Agreement shall be governed by and interpreted in all
respects by the law of the State of California, excluding conflict of
law provisions.  Nothing in this License Agreement shall be deemed to

copyright-arista.txt
create any relationship of agency, partnership, or joint venture
between BeOpen and Licensee.  This License Agreement does not grant
permission to use BeOpen trademarks or trade names in a trademark
sense to endorse or promote products or services of Licensee, or any
third party.  As an exception, the "BeOpen Python" logos available at
←[7m --More-- ←[27m←[K
←[Khttp://www.pythonlabs.com/logos.html may be used according to the
permissions granted on that web page.


7. By copying, installing or otherwise using the software, Licensee
agrees to be bound by the terms and conditions of this License
Agreement.


CNRI LICENSE AGREEMENT FOR PYTHON 1.6.1
---------------------------------------

1. This LICENSE AGREEMENT is between the Corporation for National
Research Initiatives, having an office at 1895 Preston White Drive,
Reston, VA 20191 ("CNRI"), and the Individual or Organization
("Licensee") accessing and otherwise using Python 1.6.1 software in
source or binary form and its associated documentation.

2. Subject to the terms and conditions of this License Agreement, CNRI
hereby grants Licensee a nonexclusive, royalty-free, world-wide
license to reproduce, analyze, test, perform and/or display publicly,
prepare derivative works, distribute, and otherwise use Python 1.6.1
alone or in any derivative version, provided, however, that CNRI's
License Agreement and CNRI's notice of copyright, i.e., "Copyright (c)
←[7m --More-- ←[27m←[K
←[K1995-2001 Corporation for National Research Initiatives; All Rights
Reserved" are retained in Python 1.6.1 alone or in any derivative
version prepared by Licensee.  Alternately, in lieu of CNRI's License
Agreement, Licensee may substitute the following text (omitting the
quotes): "Python 1.6.1 is made available subject to the terms and
conditions in CNRI's License Agreement.  This Agreement together with
Python 1.6.1 may be located on the Internet using the following
unique, persistent identifier (known as a handle): 1895.22/1013.  This
Agreement may also be obtained from a proxy server on the Internet
using the following URL: http://hdl.handle.net/1895.22/1013".

3. In the event Licensee prepares a derivative work that is based on
or incorporates Python 1.6.1 or any part thereof, and wants to make
the derivative work available to others as provided herein, then
Licensee hereby agrees to include in any such work a brief summary of
the changes made to Python 1.6.1.

4. CNRI is making Python 1.6.1 available to Licensee on an "AS IS"
basis.  CNRI MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR
IMPLIED.  BY WAY OF EXAMPLE, BUT NOT LIMITATION, CNRI MAKES NO AND
DISCLAIMS ANY REPRESENTATION OR WARRANTY OF MERCHANTABILITY OR FITNESS
FOR ANY PARTICULAR PURPOSE OR THAT THE USE OF PYTHON 1.6.1 WILL NOT
INFRINGE ANY THIRD PARTY RIGHTS.
←[7m --More-- ←[27m←[K
←[K
5. CNRI SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER USERS OF PYTHON
1.6.1 FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OR LOSS AS
A RESULT OF MODIFYING, DISTRIBUTING, OR OTHERWISE USING PYTHON 1.6.1,
OR ANY DERIVATIVE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY THEREOF.

6. This License Agreement will automatically terminate upon a material
breach of its terms and conditions.

Page 4

copyright-arista.txt
7. This License Agreement shall be governed by the federal
intellectual property law of the United States, including without
limitation the federal copyright law, and, to the extent such
U.S. federal law does not apply, by the law of the Commonwealth of
Virginia, excluding Virginia's conflict of law provisions.
Notwithstanding the foregoing, with regard to derivative works based
on Python 1.6.1 that incorporate non-separable material that was
previously distributed under the GNU General Public License (GPL), the
law of the Commonwealth of Virginia shall govern this License
Agreement only as to issues arising under or with respect to
Paragraphs 4, 5, and 7 of this License Agreement.  Nothing in this
License Agreement shall be deemed to create any relationship of
agency, partnership, or joint venture between CNRI and Licensee.  This
License Agreement does not grant permission to use CNRI trademarks or
←[7m --More-- ←[27m←[K
←[Ktrade name in a trademark sense to endorse or promote products or
services of Licensee, or any third party.

8. By clicking on the "ACCEPT" button where indicated, or by copying,
installing or otherwise using Python 1.6.1, Licensee agrees to be
bound by the terms and conditions of this License Agreement.

        ACCEPT


CWI LICENSE AGREEMENT FOR PYTHON 0.9.0 THROUGH 1.2
--------------------------------------------------

Copyright (c) 1991 - 1995, Stichting Mathematisch Centrum Amsterdam,
The Netherlands.  All rights reserved.

Permission to use, copy, modify, and distribute this software and its
documentation for any purpose and without fee is hereby granted,
provided that the above copyright notice appear in all copies and that
both that copyright notice and this permission notice appear in
supporting documentation, and that the name of Stichting Mathematisch
Centrum or CWI not be used in advertising or publicity pertaining to
distribution of the software without specific, written prior
←[7m --More-- ←[27m←[K
←[Kpermission.

STICHTING MATHEMATISCH CENTRUM DISCLAIMS ALL WARRANTIES WITH REGARD TO
THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND
FITNESS, IN NO EVENT SHALL STICHTING MATHEMATISCH CENTRUM BE LIABLE
FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT
OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.


++++++++
/usr/share/doc/sed-4.2.1/COPYING
++++++++

                GNU GENERAL PUBLIC LICENSE
                 Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

←[7m --More-- ←[27m←[K
                        Page 5

                              copyright-arista.txt
←[K                              Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
←[7m --More-- ←[27m←[K
←[Kcertain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

  For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

  Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
←[7m --More-- ←[27m←[K
←[Kpattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

  Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

  The precise terms and conditions for copying, distribution and
                                Page 6

                       copyright-arista.txt
modification follow.

                    TERMS AND CONDITIONS

  0. Definitions.

  "This License" refers to version 3 of the GNU General Public License.

←[7m --More-- ←[27m←[K
←[K  "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

  To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
←[7m --More-- ←[27m←[K
←[Kparties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

←[7m --More-- ←[27m←[K
←[K  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
                            Page 7

copyright-arista.txt
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.
←[7m --More-- ←[27m←[K
←[K
  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

  The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

  All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
←[7m --More-- ←[27m←[K
←[Kthe terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

  Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

  No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

  When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
                              Page 8

copyright-arista.txt

the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
←[7m --More-- ←[27m←[K
←[Kusers, your or third parties' legal rights to forbid circumvention of
technological measures.

    4. Conveying Verbatim Copies.

    You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

    You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

    5. Conveying Modified Source Versions.

    You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
←[7m --More-- ←[27m←[K
←[K    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

    A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
←[7m --More-- ←[27m←[K
←[Kin or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

    6. Conveying Non-Source Forms.

    You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,

copyright-arista.txt

in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
(including a physical distribution medium), accompanied by the
Corresponding Source fixed on a durable physical medium
customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
(including a physical distribution medium), accompanied by a
written offer, valid for at least three years and valid for as
long as you offer spare parts or customer support for that product
←[7m --More-- ←[27m←[K
←[K    model, to give anyone who possesses the object code either (1) a
copy of the Corresponding Source for all the software in the
product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
only if you received the object code with such an offer, in accord
with subsection 6b.

    d) Convey the object code by offering access from a designated
place (gratis or for a charge), and offer equivalent access to the
Corresponding Source in the same way through the same place at no
further charge.  You need not require recipients to copy the
Corresponding Source along with the object code.  If the place to
copy the object code is a network server, the Corresponding Source
may be on a different server (operated by you or a third party)
that supports equivalent copying facilities, provided you maintain
clear directions next to the object code saying where to find the
←[7m --More-- ←[27m←[K
←[K    Corresponding Source.  Regardless of what server hosts the
Corresponding Source, you remain obligated to ensure that it is
available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
you inform other peers where the object code and Corresponding
Source of the work are being offered to the general public at no
charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
←[7m --More-- ←[27m←[K
←[Kcommercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

copyright-arista.txt
"Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

The requirement to provide Installation Information does not include a
←[7m --More-- ←[27m←[K
←[Krequirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

"Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.
←[7m --More-- ←[27m←[K
←[K
  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or
                              Page 11

copyright-arista.txt

    c) Prohibiting misrepresentation of the origin of that material, or
requiring that modified versions of such material be marked in
reasonable ways as different from the original version; or

←[7m --More-- ←[27m←[K
←[K    d) Limiting the use for publicity purposes of names of licensors or
authors of the material; or

    e) Declining to grant rights under trademark law for use of some
trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
material by anyone who conveys the material (or modified versions of
it) with contractual assumptions of liability to the recipient, for
any liability that these contractual assumptions directly impose on
those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
←[7m --More-- ←[27m←[K
←[Kmust place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

←[7m --More-- ←[27m←[K
←[K  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
Page 12

copyright-arista.txt

this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.
←[7m --More-- ←[27m←[K
←[K
  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
←[7m --More-- ←[27m←[K
←[Kany patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.
←[7m --More-- ←[27m←[K
                        Page 13

copyright-arista.txt

←[K
   In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

   If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

   If, pursuant to or in connection with a single transaction or
←[7m --More-- ←[27m←[K
←[Karrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

   A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

   Nothing in this License shall be construed as excluding or limiting
←[7m --More-- ←[27m←[K
←[Kany implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

   12. No Surrender of Others' Freedom.

   If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

copyright-arista.txt

13. Use with the GNU Affero General Public License.

  Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
←[7m --More-- ←[27m←[K
←[Ksection 13, concerning interaction through a network will apply to the
combination as such.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.
←[7m --More-- ←[27m←[K
←[K
  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
←[7m --More-- ←[27m←[K
←[KUSE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

copyright-arista.txt
17. Interpretation of Sections 15 and 16.

  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

←[7m --More-- ←[27m←[K
←[K  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation, either version 3 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

←[7m --More-- ←[27m←[K
←[K  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

    <program>  Copyright (C) <year>  <name of author>
    This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
                              Page 16

copyright-arista.txt

Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.
←[7m --More-- ←[27m←[K
←[K


++++++++
/usr/share/doc/krb5-libs-1.8.4/NOTICE
++++++++

Copyright (C) 1985-2010 by the Massachusetts Institute of Technology.

All rights reserved.

Export of this software from the United States of America may require
a specific license from the United States Government.  It is the
responsibility of any person or organization contemplating export to
obtain such a license before exporting.

WITHIN THAT CONSTRAINT, permission to use, copy, modify, and
distribute this software and its documentation for any purpose and
without fee is hereby granted, provided that the above copyright
notice appear in all copies and that both that copyright notice and
this permission notice appear in supporting documentation, and that
the name of M.I.T. not be used in advertising or publicity pertaining
to distribution of the software without specific, written prior
←[7m --More-- ←[27m←[K
←[Kpermission.  Furthermore if you modify this software you must label
your software as modified and not distribute it in such a
fashion that it might be confused with the original MIT software.
M.I.T. makes no representations about the suitability of this software
for any purpose.  It is provided "as is" without express or implied
warranty.

THIS SOFTWARE IS PROVIDED "AS IS" AND WITHOUT ANY EXPRESS OR
IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE IMPLIED
WARRANTIES OF MERCHANTIBILITY AND FITNESS FOR A PARTICULAR PURPOSE.

Individual source code files are copyright MIT, Cygnus Support,
Novell, OpenVision Technologies, Oracle, Red Hat, Sun Microsystems,
FundsXpress, and others.

Project Athena, Athena, Athena MUSE, Discuss, Hesiod, Kerberos, Moira,
and Zephyr are trademarks of the Massachusetts Institute of Technology
(MIT).  No commercial use of these trademarks may be made without
prior written permission of MIT.

"Commercial use" means use of a name in a product or other for-profit
manner.  It does NOT prevent a commercial firm from referring to the
MIT trademarks in order to convey information (although in doing so,
←[7m --More-- ←[27m←[K
←[Krecognition of their trademark status should be given).

--------------------

Portions of src/lib/crypto have the following copyright:

  Copyright (C) 1998 by the FundsXpress, INC.

  All rights reserved.

  Export of this software from the United States of America may require
  a specific license from the United States Government.  It is the

Page 17

copyright-arista.txt

responsibility of any person or organization contemplating export to
obtain such a license before exporting.

WITHIN THAT CONSTRAINT, permission to use, copy, modify, and
distribute this software and its documentation for any purpose and
without fee is hereby granted, provided that the above copyright
notice appear in all copies and that both that copyright notice and
this permission notice appear in supporting documentation, and that
the name of FundsXpress. not be used in advertising or publicity pertaining
to distribution of the software without specific, written prior
permission.  FundsXpress makes no representations about the suitability of
←[7m --More-- ←[27m←[K
←[K  this software for any purpose.  It is provided "as is" without express
or implied warranty.

THIS SOFTWARE IS PROVIDED "AS IS" AND WITHOUT ANY EXPRESS OR
IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE IMPLIED
WARRANTIES OF MERCHANTIBILITY AND FITNESS FOR A PARTICULAR PURPOSE.


                    --------------------


The following copyright and permission notice applies to the
OpenVision Kerberos Administration system located in kadmin/create,
kadmin/dbutil, kadmin/passwd, kadmin/server, lib/kadm5, and portions
of lib/rpc:

Copyright, OpenVision Technologies, Inc., 1996, All Rights Reserved

WARNING: Retrieving the OpenVision Kerberos Administration system
source code, as described below, indicates your acceptance of the
following terms.  If you do not agree to the following terms, do not
retrieve the OpenVision Kerberos administration system.

You may freely use and distribute the Source Code and Object Code
←[7m --More-- ←[27m←[K
←[K  compiled from it, with or without modification, but this Source
Code is provided to you "AS IS" EXCLUSIVE OF ANY WARRANTY,
INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTY, WHETHER
EXPRESS OR IMPLIED.  IN NO EVENT WILL OPENVISION HAVE ANY LIABILITY
FOR ANY LOST PROFITS, LOSS OF DATA OR COSTS OF PROCUREMENT OF
SUBSTITUTE GOODS OR SERVICES, OR FOR ANY SPECIAL, INDIRECT, OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THIS AGREEMENT, INCLUDING,
WITHOUT LIMITATION, THOSE RESULTING FROM THE USE OF THE SOURCE
CODE, OR THE FAILURE OF THE SOURCE CODE TO PERFORM, OR FOR ANY
OTHER REASON.

OpenVision retains all copyrights in the donated Source Code. OpenVision
also retains copyright to derivative works of the Source Code, whether
created by OpenVision or by a third party. The OpenVision copyright
notice must be preserved if derivative works are made based on the
donated Source Code.

OpenVision Technologies, Inc. has donated this Kerberos
Administration system to MIT for inclusion in the standard
Kerberos 5 distribution.  This donation underscores our
commitment to continuing Kerberos technology development
and our gratitude for the valuable work which has been
←[7m --More-- ←[27m←[K
←[K  performed by MIT and the Kerberos community.
                    --------------------
                        Page 18

copyright-arista.txt

Portions contributed by Matt Crawford <crawdad@fnal.gov> were
work performed at Fermi National Accelerator Laboratory, which is
operated by Universities Research Association, Inc., under
contract DE-AC02-76CHO3000 with the U.S. Department of Energy.

--------------------

The implementation of the Yarrow pseudo-random number generator in
src/lib/crypto/yarrow has the following copyright:

Copyright 2000 by Zero-Knowledge Systems, Inc.

Permission to use, copy, modify, distribute, and sell this software
and its documentation for any purpose is hereby granted without fee,
provided that the above copyright notice appear in all copies and that
both that copyright notice and this permission notice appear in
supporting documentation, and that the name of Zero-Knowledge Systems,
Inc. not be used in advertising or publicity pertaining to
distribution of the software without specific, written prior
←[7m --More-- ←[27m←[K
←[K permission.  Zero-Knowledge Systems, Inc. makes no representations
about the suitability of this software for any purpose.  It is
provided "as is" without express or implied warranty.

ZERO-KNOWLEDGE SYSTEMS, INC. DISCLAIMS ALL WARRANTIES WITH REGARD TO
THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND
FITNESS, IN NO EVENT SHALL ZERO-KNOWLEDGE SYSTEMS, INC. BE LIABLE FOR
ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTUOUS ACTION, ARISING OUT
OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

--------------------

The implementation of the AES encryption algorithm in
src/lib/crypto/aes has the following copyright:

Copyright (c) 2001, Dr Brian Gladman <brg@gladman.uk.net>, Worcester, UK.
All rights reserved.

LICENSE TERMS

The free distribution and use of this software in both source and binary
←[7m --More-- ←[27m←[K
←[K form is allowed (with or without changes) provided that:

    1. distributions of this source code include the above copyright
       notice, this list of conditions and the following disclaimer;

    2. distributions in binary form include the above copyright
       notice, this list of conditions and the following disclaimer
       in the documentation and/or other associated materials;

    3. the copyright holder's name is not used to endorse products
       built using this software without specific written permission.

DISCLAIMER

This software is provided 'as is' with no explcit or implied warranties
in respect of any properties, including, but not limited to, correctness
and fitness for purpose.

Page 19

copyright-arista.txt
--------------------

Portions contributed by Red Hat, including the pre-authentication
plug-ins framework, contain the following copyright:

←[7m --More-- ←[27m←[K
←[K  Copyright (c) 2006 Red Hat, Inc.
  Portions copyright (c) 2006 Massachusetts Institute of Technology
  All Rights Reserved.

  Redistribution and use in source and binary forms, with or without
  modification, are permitted provided that the following conditions
  are met:

  * Redistributions of source code must retain the above copyright
    notice, this list of conditions and the following disclaimer.

  * Redistributions in binary form must reproduce the above
    copyright notice, this list of conditions and the following
    disclaimer in the documentation and/or other materials provided
    with the distribution.

  * Neither the name of Red Hat, Inc., nor the names of its
    contributors may be used to endorse or promote products derived
    from this software without specific prior written permission.

  THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS
  IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED
  TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A
←[7m --More-- ←[27m←[K
←[K  PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER
  OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL,
  EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO,
  PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR
  PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF
  LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING
  NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS
  SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.


                    --------------------

The implementations of GSSAPI mechglue in GSSAPI-SPNEGO in
src/lib/gssapi, including the following files:

     lib/gssapi/generic/gssapi_err_generic.et
     lib/gssapi/mechglue/g_accept_sec_context.c
     lib/gssapi/mechglue/g_acquire_cred.c
     lib/gssapi/mechglue/g_canon_name.c
     lib/gssapi/mechglue/g_compare_name.c
     lib/gssapi/mechglue/g_context_time.c
     lib/gssapi/mechglue/g_delete_sec_context.c
     lib/gssapi/mechglue/g_dsp_name.c
     lib/gssapi/mechglue/g_dsp_status.c
←[7m --More-- ←[27m←[K
←[K  lib/gssapi/mechglue/g_dup_name.c
     lib/gssapi/mechglue/g_exp_sec_context.c
     lib/gssapi/mechglue/g_export_name.c
     lib/gssapi/mechglue/g_glue.c
     lib/gssapi/mechglue/g_imp_name.c
     lib/gssapi/mechglue/g_imp_sec_context.c
     lib/gssapi/mechglue/g_init_sec_context.c
     lib/gssapi/mechglue/g_initialize.c
     lib/gssapi/mechglue/g_inquire_context.c
                              Page 20

```
                         copyright-arista.txt
   lib/gssapi/mechglue/g_inquire_cred.c
   lib/gssapi/mechglue/g_inquire_names.c
   lib/gssapi/mechglue/g_process_context.c
   lib/gssapi/mechglue/g_rel_buffer.c
   lib/gssapi/mechglue/g_rel_cred.c
   lib/gssapi/mechglue/g_rel_name.c
   lib/gssapi/mechglue/g_rel_oid_set.c
   lib/gssapi/mechglue/g_seal.c
   lib/gssapi/mechglue/g_sign.c
   lib/gssapi/mechglue/g_store_cred.c
   lib/gssapi/mechglue/g_unseal.c
   lib/gssapi/mechglue/g_userok.c
   lib/gssapi/mechglue/g_utils.c
   lib/gssapi/mechglue/g_verify.c
←[7m --More-- ←[27m←[K
←[K  lib/gssapi/mechglue/gssd_pname_to_uid.c
   lib/gssapi/mechglue/mglueP.h
   lib/gssapi/mechglue/oid_ops.c
   lib/gssapi/spnego/gssapiP_spnego.h
   lib/gssapi/spnego/spnego_mech.c

and the initial implementation of incremental propagation, including
the following new or changed files:

   include/iprop_hdr.h
   kadmin/server/ipropd_svc.c
   lib/kdb/iprop.x
   lib/kdb/kdb_convert.c
   lib/kdb/kdb_log.c
   lib/kdb/kdb_log.h
   lib/krb5/error_tables/kdb5_err.et
   slave/kpropd_rpc.c
   slave/kproplog.c

and marked portions of the following files:

   lib/krb5/os/hst_realm.c

←[7m --More-- ←[27m←[K
←[Kare subject to the following license:

   Copyright (c) 2004 Sun Microsystems, Inc.

   Permission is hereby granted, free of charge, to any person obtaining a
   copy of this software and associated documentation files (the
   "Software"), to deal in the Software without restriction, including
   without limitation the rights to use, copy, modify, merge, publish,
   distribute, sublicense, and/or sell copies of the Software, and to
   permit persons to whom the Software is furnished to do so, subject to
   the following conditions:

   The above copyright notice and this permission notice shall be included
   in all copies or substantial portions of the Software.

   THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS
   OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF
   MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.
   IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY
   CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT,
   TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE
   SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

←[7m --More-- ←[27m←[K
                         Page 21
```

```
                              copyright-arista.txt
←[K
                           --------------------

MIT Kerberos includes documentation and software developed at the
University of California at Berkeley, which includes this copyright
notice:

   Copyright (C) 1983 Regents of the University of California.
   All rights reserved.

   Redistribution and use in source and binary forms, with or without
   modification, are permitted provided that the following conditions
   are met:

   1. Redistributions of source code must retain the above copyright
      notice, this list of conditions and the following disclaimer.

   2. Redistributions in binary form must reproduce the above
      copyright notice, this list of conditions and the following
      disclaimer in the documentation and/or other materials provided
      with the distribution.

   3. Neither the name of the University nor the names of its
      contributors may be used to endorse or promote products derived
←[7m --More-- ←[27m←[K
←[K      from this software without specific prior written permission.

   THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS "AS IS" AND
   ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
   IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
   ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE
   FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
   DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
   OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
   HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
   LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
   OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
   SUCH DAMAGE.

                           --------------------

Portions contributed by Novell, Inc., including the LDAP database
backend, are subject to the following license:

   Copyright (c) 2004-2005, Novell, Inc.
   All rights reserved.

   Redistribution and use in source and binary forms, with or without
←[7m --More-- ←[27m←[K
←[K  modification, are permitted provided that the following conditions are met:

      * Redistributions of source code must retain the above copyright notice,
        this list of conditions and the following disclaimer.
      * Redistributions in binary form must reproduce the above copyright
        notice, this list of conditions and the following disclaimer in the
        documentation and/or other materials provided with the distribution.
      * The copyright holder's name is not used to endorse or promote products
        derived from this software without specific prior written permission.

   THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS"
   AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
   IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
   ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE
   LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR
```

Page 22

copyright-arista.txt

CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF
SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS
INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN
CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE)
ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE
POSSIBILITY OF SUCH DAMAGE.

                    --------------------

←[7m --More-- ←[27m←[K
←[K
Portions funded by Sandia National Laboratory and developed by the
University of Michigan's Center for Information Technology
Integration, including the PKINIT implementation, are subject to the
following license:

    COPYRIGHT (C) 2006-2007
    THE REGENTS OF THE UNIVERSITY OF MICHIGAN
    ALL RIGHTS RESERVED

    Permission is granted to use, copy, create derivative works
    and redistribute this software and such derivative works
    for any purpose, so long as the name of The University of
    Michigan is not used in any advertising or publicity
    pertaining to the use of distribution of this software
    without specific, written prior authorization.  If the
    above copyright notice or any other identification of the
    University of Michigan is included in any copy of any
    portion of this software, then the disclaimer below must
    also be included.

    THIS SOFTWARE IS PROVIDED AS IS, WITHOUT REPRESENTATION
    FROM THE UNIVERSITY OF MICHIGAN AS TO ITS FITNESS FOR ANY
←[7m --More-- ←[27m←[K
←[K  PURPOSE, AND WITHOUT WARRANTY BY THE UNIVERSITY OF
    MICHIGAN OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING
    WITHOUT LIMITATION THE IMPLIED WARRANTIES OF
    MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE
    REGENTS OF THE UNIVERSITY OF MICHIGAN SHALL NOT BE LIABLE
    FOR ANY DAMAGES, INCLUDING SPECIAL, INDIRECT, INCIDENTAL, OR
    CONSEQUENTIAL DAMAGES, WITH RESPECT TO ANY CLAIM ARISING
    OUT OF OR IN CONNECTION WITH THE USE OF THE SOFTWARE, EVEN
    IF IT HAS BEEN OR IS HEREAFTER ADVISED OF THE POSSIBILITY OF
    SUCH DAMAGES.

                    --------------------

The pkcs11.h file included in the PKINIT code has the following
license:

    Copyright 2006 g10 Code GmbH
    Copyright 2006 Andreas Jellinghaus

    This file is free software; as a special exception the author gives
    unlimited permission to copy and/or distribute it, with or without
    modifications, as long as this notice is preserved.

←[7m --More-- ←[27m←[K
←[K  This file is distributed in the hope that it will be useful, but
    WITHOUT ANY WARRANTY, to the extent permitted by law; without even
    the implied warranty of MERCHANTABILITY or FITNESS FOR A PARTICULAR
    PURPOSE.

                    --------------------
                      Page 23

copyright-arista.txt

Portions contributed by Apple Inc. are subject to the following license:

Copyright 2004-2008 Apple Inc.  All Rights Reserved.

Export of this software from the United States of America may require
a specific license from the United States Government.  It is the
responsibility of any person or organization contemplating export to
obtain such a license before exporting.

WITHIN THAT CONSTRAINT, permission to use, copy, modify, and
distribute this software and its documentation for any purpose and
without fee is hereby granted, provided that the above copyright
notice appear in all copies and that both that copyright notice and
this permission notice appear in supporting documentation, and that
the name of Apple Inc. not be used in advertising or publicity pertaining
to distribution of the software without specific, written prior
←[7m --More-- ←[27m←[K
←[Kpermission.  Apple Inc. makes no representations about the suitability of
this software for any purpose.  It is provided "as is" without express
or implied warranty.

THIS SOFTWARE IS PROVIDED ``AS IS'' AND WITHOUT ANY EXPRESS OR
IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE IMPLIED
WARRANTIES OF MERCHANTIBILITY AND FITNESS FOR A PARTICULAR PURPOSE.

                    --------------------

The implementations of strlcpy and strlcat in
src/util/support/strlcat.c have the following copyright and permission
notice:

Copyright (c) 1998 Todd C. Miller <Todd.Miller@courtesan.com>

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS" AND THE AUTHOR DISCLAIMS ALL WARRANTIES
WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR
←[7m --More-- ←[27m←[K
←[KANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF
OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

                    --------------------

The implementations of UTF-8 string handling in src/util/support and
src/lib/krb5/unicode are subject to the following copyright and
permission notice:

The OpenLDAP Public License
   Version 2.8, 17 August 2003

Redistribution and use of this software and associated documentation
("Software"), with or without modification, are permitted provided
that the following conditions are met:

1. Redistributions in source form must retain copyright statements
   and notices,

Page 24

copyright-arista.txt
2. Redistributions in binary form must reproduce applicable copyright
   statements and notices, this list of conditions, and the following
←[7m --More-- ←[27m←[K
←[K   disclaimer in the documentation and/or other materials provided
   with the distribution, and

3. Redistributions must contain a verbatim copy of this document.

The OpenLDAP Foundation may revise this license from time to time.
Each revision is distinguished by a version number.  You may use
this Software under terms of this license revision or under the
terms of any subsequent revision of the license.

THIS SOFTWARE IS PROVIDED BY THE OPENLDAP FOUNDATION AND ITS
CONTRIBUTORS ``AS IS'' AND ANY EXPRESSED OR IMPLIED WARRANTIES,
INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY
AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED.  IN NO EVENT
SHALL THE OPENLDAP FOUNDATION, ITS CONTRIBUTORS, OR THE AUTHOR(S)
OR OWNER(S) OF THE SOFTWARE BE LIABLE FOR ANY DIRECT, INDIRECT,
INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING,
BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER
CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN
ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE
POSSIBILITY OF SUCH DAMAGE.
←[7m --More-- ←[27m←[K
←[K
The names of the authors and copyright holders must not be used in
advertising or otherwise to promote the sale, use or other dealing
in this Software without specific, written prior permission.  Title
to copyright in this Software shall at all times remain with copyright
holders.

OpenLDAP is a registered trademark of the OpenLDAP Foundation.

Copyright 1999-2003 The OpenLDAP Foundation, Redwood City,
California, USA.  All Rights Reserved.  Permission to copy and
distribute verbatim copies of this document is granted.

                     --------------------

Marked test programs in src/lib/krb5/krb have the following copyright:

Copyright (c) 2006 Kungliga Tekniska Högskolan
(Royal Institute of Technology, Stockholm, Sweden).
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
←[7m --More-- ←[27m←[K
←[Kare met:

1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.

3. Neither the name of KTH nor the names of its contributors may be
   used to endorse or promote products derived from this software without
   specific prior written permission.
                           Page 25

copyright-arista.txt

THIS SOFTWARE IS PROVIDED BY KTH AND ITS CONTRIBUTORS ``AS IS'' AND ANY
EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL KTH OR ITS CONTRIBUTORS BE
LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR
CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF
SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR
BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY,
WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR
OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF
←[7m --More-- ←[27m←[K
←[KADVISED OF THE POSSIBILITY OF SUCH DAMAGE.


                         --------------------


++++++++
/usr/share/doc/pth-2.0.7/COPYING
++++++++


   | ___\| | _| |_\           ``Ian Fleming was a UNIX fan!
   | |_) | | __| |_\           How do I know? Well, James Bond
   | __/| |_| | |              had the (license to kill) number 007,
   |_| \__|_| |_|              i.e., he could execute anyone!''

   GNU Pth - The GNU Portable Threads

   LICENSE
   =======

   This library is free software; you can redistribute it and/or modify
   it under the terms of the GNU Lesser General Public License as
   published by the Free Software Foundation; either version 2.1 of the
←[7m --More-- ←[27m←[K
←[K  License, or (at your option) any later version.

   For some people, it is not clear, what is the real intention of the
   author by using the GNU Lesser General Public License (LGPL) as the
   distribution license for GNU Pth. This is, because the LGPL and the
   GPL can be (and are often) interpreted very differently and some
   interpretations seem to be not compatible with others. So an explicit
   clarification for the use of the LGPL for GNU Pth from the authors
   point of view might be useful.

   The author places this library under the LGPL to make sure that it
   can be used both commercially and non-commercially provided that
   modifications to the code base are always donated back to the official
   code base under the same license conditions. Please keep in mind that
   especially using this library in code not staying under the GPL or
   the LGPL _is_ allowed and that any taint or license creap into code
   that uses the library is not the authors intention. It is just the
   case that _including_ this library into the source tree of other
   applications is a little bit more inconvinient because of the LGPL.
   But it has to be this way for good reasons. And keep in mind that
   inconvinient doesn't mean not allowed or even impossible.

   Even if you want to use this library in some BSD-style licensed
←[7m --More-- ←[27m←[K
←[K  packages, this _is_ possible as long as you are a little bit
   carefully. Usually this means you have to make sure that the code is
   still clearly separated into the source tree and that modifications to
                              Page 26

copyright-arista.txt

this source area are done under the conditions of the LGPL. Read below
for more details on the conditions. Contact the author if you have
more questions.

The license text of the GNU Lesser General Public License follows:
_____

                    GNU LESSER GENERAL PUBLIC LICENSE
                       Version 2.1, February 1999

 Copyright (C) 1991, 1999 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
 as the successor of the GNU Library Public License, version 2, hence
 the version number 2.1.]

                            Preamble
←[7m --More-- ←[27m←[K
←[K
  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
this license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations below.

  When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
you have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.

  To protect your rights, we need to make restrictions that forbid
distributors to deny you these rights or to ask you to surrender these
←[7m --More-- ←[27m←[K
←[Krights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

  We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

  To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
                            Page 27

copyright-arista.txt

that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
introduced by others.

   Finally, software patents pose a constant threat to the existence of
←[7m --More-- ←[27m←[K
←[Kany free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
consistent with the full freedom of use specified in this license.

   Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
is quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
libraries into non-free programs.

   When a program is linked with a library, whether statically or using
a shared library, the combination of the two is legally speaking a
combined work, a derivative of the original library.  The ordinary
General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.

   We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
←[7m --More-- ←[27m←[K
←[KPublic License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
special circumstances.

   For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it becomes
a de-facto standard.  To achieve this, non-free programs must be
allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
case, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

   In other cases, permission to use a particular library in non-free
programs enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
operating system, as well as its variant, the GNU/Linux operating
system.

   Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
←[7m --More-- ←[27m←[K
←[Klinked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

   The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.

Page 28

copyright-arista.txt
GNU LESSER GENERAL PUBLIC LICENSE
TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
this Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

   A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

   The "Library", below, refers to any such software library or work
←[7m --More-- ←[27m←[K
←[Kwhich has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
←[7m --More-- ←[27m←[K
←[Kyou conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.

   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) The modified work must itself be a software library.

    b) You must cause the files modified to carry prominent notices
    stating that you changed the files and the date of any change.

    c) You must cause the whole of the work to be licensed at no
    charge to all third parties under the terms of this License.

←[7m --More-- ←[27m←[K
                              Page 29

copyright-arista.txt

←[K    d) If a facility in the modified Library refers to a function or a
      table of data to be supplied by an application program that uses
      the facility, other than as an argument passed when the facility
      is invoked, then you must make a good faith effort to ensure that,
      in the event an application does not supply such function or
      table, the facility still operates, and performs whatever part of
      its purpose remains meaningful.

      (For example, a function in a library to compute square roots has
      a purpose that is entirely well-defined independent of the
      application.  Therefore, Subsection 2d requires that any
      application-supplied function or table used by this function must
      be optional: if the application does not supply it, the square
      root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
←[7m --More-- ←[27m←[K
←[Kentire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.

  Once this change is made in a given copy, it is irreversible for
←[7m --More-- ←[27m←[K
←[Kthat copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the

Page 30

copyright-arista.txt

source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

    5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
←[7m --More-- ←[27m←[K
←[Ktherefore falls outside the scope of this License.

    However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

    When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

    If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

    Otherwise, if the work is a derivative of the Library, you may
←[7m --More-- ←[27m←[K
←[Kdistribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.

    6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

    You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
←[7m --More-- ←[27m←[K
←[K    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
Page 31

copyright-arista.txt
to use the modified definitions.)

b) Use a suitable shared library mechanism for linking with the
Library.  A suitable mechanism is one that (1) uses at run time a
copy of the library already present on the user's computer system,
rather than copying library functions into the executable, and (2)
will operate properly with a modified version of the library, if
the user installs one, as long as the modified version is
interface-compatible with the version that the work was made with.

c) Accompany the work with a written offer, valid for at
least three years, to give the same user the materials
specified in Subsection 6a, above, for a charge no more
than the cost of performing this distribution.

d) If distribution of the work is made by offering access to copy
from a designated place, offer equivalent access to copy the above
←[7m --More-- ←[27m←[K
←[K    specified materials from the same place.

e) Verify that the user has already received a copy of these
materials or that you have already sent this user a copy.

 For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the materials to be distributed need not include anything that is
normally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

 It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.

 7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
←[7m --More-- ←[27m←[K
←[Klibrary, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

a) Accompany the combined library with a copy of the same work
based on the Library, uncombined with any other library
facilities.  This must be distributed under the terms of the
Sections above.

b) Give prominent notice with the combined library of the fact
that part of it is a work based on the Library, and explaining
where to find the accompanying uncombined form of the same work.

 8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

copyright-arista.txt

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kdistribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.

  11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
⌐[7m --More-- ⌐[27m⌐[K
⌐[Klicense would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.
Page 33

copyright-arista.txt

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.

   14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
←[7m --More-- ←[27m←[K
←[Kwrite to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                            NO WARRANTY

   15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

   16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
←[7m --More-- ←[27m←[K
←[KCONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                    END OF TERMS AND CONDITIONS


++++++++
/usr/share/doc/rsync-3.0.8/COPYING
++++++++

                    GNU GENERAL PUBLIC LICENSE
                       Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble
←[7m --More-- ←[27m←[K
←[K
   The GNU General Public License is a free, copyleft license for
software and other kinds of works.
                            Page 34

copyright-arista.txt

   The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

   When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

   To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
←[7m --More-- ←[27m←[K
←[Kyou modify it: responsibilities to respect the freedom of others.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

   Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

   For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

   Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
←[7m --More-- ←[27m←[K
←[Kuse, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

   Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

   The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS

                         Page 35

copyright-arista.txt

0. Definitions.

   "This License" refers to version 3 of the GNU General Public License.

   "Copyright" also means copyright-like laws that apply to other kinds of
←[7m --More-- ←[27m←[K
←[Kworks, such as semiconductor masks.

   "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

   To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

   A "covered work" means either the unmodified Program or a work based
on the Program.

   To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
←[7m --More-- ←[27m←[K
←[Ka computer network, with no transfer of a copy, is not conveying.

   An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

   1. Source Code.

   The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

   A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

   The "System Libraries" of an executable work include anything, other
←[7m --More-- ←[27m←[K
←[Kthan the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

copyright-arista.txt

The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

←[7m --More-- ←[27m←[K
←[K  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

   The Corresponding Source for a work in source code form is that
same work.

   2. Basic Permissions.

   All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

   You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
←[7m --More-- ←[27m←[K
←[Knot control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
←[7m --More-- ←[27m←[K

copyright-arista.txt
←[Ktechnological measures.

    4. Conveying Verbatim Copies.

    You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

    You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

    5. Conveying Modified Source Versions.

    You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.
←[7m --More-- ←[27m←[K
←[K
    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

    A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
←[7m --More-- ←[27m←[K
←[K"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

    6. Conveying Non-Source Forms.

    You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
                              Page 38

copyright-arista.txt
Corresponding Source fixed on a durable physical medium
customarily used for software interchange.

  b) Convey the object code in, or embodied in, a physical product
  (including a physical distribution medium), accompanied by a
  written offer, valid for at least three years and valid for as
  long as you offer spare parts or customer support for that product
  model, to give anyone who possesses the object code either (1) a
←[7m --More-- ←[27m←[K
←[K    copy of the Corresponding Source for all the software in the
  product that is covered by this License, on a durable physical
  medium customarily used for software interchange, for a price no
  more than your reasonable cost of physically performing this
  conveying of source, or (2) access to copy the
  Corresponding Source from a network server at no charge.

  c) Convey individual copies of the object code with a copy of the
  written offer to provide the Corresponding Source.  This
  alternative is allowed only occasionally and noncommercially, and
  only if you received the object code with such an offer, in accord
  with subsection 6b.

  d) Convey the object code by offering access from a designated
  place (gratis or for a charge), and offer equivalent access to the
  Corresponding Source in the same way through the same place at no
  further charge.  You need not require recipients to copy the
  Corresponding Source along with the object code.  If the place to
  copy the object code is a network server, the Corresponding Source
  may be on a different server (operated by you or a third party)
  that supports equivalent copying facilities, provided you maintain
  clear directions next to the object code saying where to find the
  Corresponding Source.  Regardless of what server hosts the
←[7m --More-- ←[27m←[K
←[K    Corresponding Source, you remain obligated to ensure that it is
  available for as long as needed to satisfy these requirements.

  e) Convey the object code using peer-to-peer transmission, provided
  you inform other peers where the object code and Corresponding
  Source of the work are being offered to the general public at no
  charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
←[7m --More-- ←[27m←[K
←[Kthe only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
Page 39

copyright-arista.txt

suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

   If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

   The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
←[7m --More-- ←[27m←[K
←[Kfor a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

   Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

   7. Additional Terms.

   "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

←[7m --More-- ←[27m←[K
←[K  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

Page 40

copyright-arista.txt

     d) Limiting the use for publicity purposes of names of licensors or
←[7m --More-- ←[27m←[K
←[K    authors of the material; or

     e) Declining to grant rights under trademark law for use of some
     trade names, trademarks, or service marks; or

     f) Requiring indemnification of licensors and authors of that
     material by anyone who conveys the material (or modified versions of
     it) with contractual assumptions of liability to the recipient, for
     any liability that these contractual assumptions directly impose on
     those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
←[7m --More-- ←[27m←[K
←[Kadditional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
←[7m --More-- ←[27m←[K
←[Kreinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

                              Page 41

copyright-arista.txt

9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

←[7m --More-- ←[27m←[K
←[K  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
←[7m --More-- ←[27m←[K
←[Ksale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

←[7m --More-- ←[27m←[K
←[K  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
Page 42

copyright-arista.txt

sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

    If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

    If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
←[7m --More-- ←[27m←[K
←[Kcovered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

    A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

    Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
←[7m --More-- ←[27m←[K
←[Kotherwise be available to you under applicable patent law.

    12. No Surrender of Others' Freedom.

    If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

    13. Use with the GNU Affero General Public License.

    Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
Page 43

copyright-arista.txt

under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
←[7m --More-- ←[27m←[K
←[Kcombination as such.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

←[7m --More-- ←[27m←[K
←[K  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
←[7m --More-- ←[27m←[K
←[KDATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
Page 44

copyright-arista.txt
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                  END OF TERMS AND CONDITIONS

           How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
←[7m --More-- ←[27m←[K
←[Kto attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software: you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation, either version 3 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

        You should have received a copy of the GNU General Public License
        along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

    If the program does terminal interaction, make it output a short
←[7m --More-- ←[27m←[K
←[Knotice like this when it starts in an interactive mode:

        <program>  Copyright (C) <year>  <name of author>
        This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
        This is free software, and you are welcome to redistribute it
        under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

    You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

    The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.

←[7m --More-- ←[27m←[K
                       Page 45

copyright-arista.txt
←[K
+++++++
/usr/share/doc/diffutils-2.8.1/COPYING
+++++++

                GNU GENERAL PUBLIC LICENSE
                   Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
←[7m --More-- ←[27m←[K
←[Kyour programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.
←[7m --More-- ←[27m←[K
←[K
  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

  The precise terms and conditions for copying, distribution and
                          Page 46

copyright-arista.txt
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
     TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
←[7m --More-- ←[27m←[K
←[Krefers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
←[7m --More-- ←[27m←[K
←[Kyou may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
←[7m --More-- ←[27m←[K
←[K    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
                              Page 47

copyright-arista.txt

themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

←[7m --More-- ←[27m←[K
←[K  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
←[7m --More-- ←[27m←[K
←[Kcode means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such

Page 48

copyright-arista.txt
parties remain in full compliance.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
⌐[7m --More-- ⌐[27m⌐[K
⌐[KLicense and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

⌐[7m --More-- ⌐[27m⌐[K
⌐[KThis section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
⌐[7m^L⌐[27m
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

   9. The Free Software Foundation may publish revised and/or new versions
Page 49

copyright-arista.txt
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.
←[7m --More-- ←[27m←[K
←[K
  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                          NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
←[7m --More-- ←[27m←[K
←[KREDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                  END OF TERMS AND CONDITIONS
←[7m^L←[27m
             How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>
←[7m --More-- ←[27m←[K
←[K
    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
                          Page 50

copyright-arista.txt
the Free Software Foundation; either version 2 of the License, or
(at your option) any later version.

This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year  name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
←[7m --More-- ←[27m←[K
←[K    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.
←[7m --More-- ←[27m←[K
←[K


++++++++
/usr/share/doc/e2fsprogs-libs-1.41.12/COPYING
++++++++

This package, the EXT2 filesystem utilities, are made available under
the GNU Public License version 2, with the exception of the lib/ext2fs
and lib/e2p libraries, which are made available under the GNU Library
General Public License Version 2, the lib/uuid library which is made
available under a BSD-style license and the lib/et and lib/ss
libraries which are made available under an MIT-style license.  Please
see lib/uuid/COPYING for more details for the license for the files
comprising the libuuid library, and the source file headers of the
libet and libss libraries for more information.

The most recent officially distributed version can be found at
http://e2fsprogs.sourceforge.net.  If you need to make a distribution,
                              Page 51

copyright-arista.txt
that's the one you should use.  If there is some reason why you'd like
a more recent version that is still in ALPHA testing (i.e., either
using the "WIP" test distributions or one from the hg or git
repository from the development branch, please contact me
(tytso@mit.edu) before you ship.  The release schedules for this
←[7m --More-- ←[27m←[K
←[Kpackage are flexible, if you give me enough lead time.


                                    Theodore Ts'o
                                    23-June-2007


--------------------------------------------------------------------

                 GNU GENERAL PUBLIC LICENSE
                    Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                         Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
←[7m --More-- ←[27m←[K
←[KFoundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

←[7m --More-- ←[27m←[K
←[K  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
                            Page 52

copyright-arista.txt
authors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

←[7m --More-- ←[27m←[K
←[K  0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
←[7m --More-- ←[27m←[K
←[Kalong with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
←[7m --More-- ←[27m←[K
                        Page 53

copyright-arista.txt
←[K    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
←[7m --More-- ←[27m←[K
←[Ka storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)
←[7m --More-- ←[27m←[K
←[K
The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
Page 54

copyright-arista.txt
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
←[7m --More-- ←[27m←[K
←[Kthis License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
←[7m --More-- ←[27m←[K
←[Kotherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
←[7m --More-- ←[27m←[K
←[Kto distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
                            Page 55

copyright-arista.txt

8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
←[7m --More-- ←[27m←[K
←[KSoftware Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                              NO WARRANTY

11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.
←[7m --More-- ←[27m←[K
←[K
12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
              How to Apply These Terms to Your New Programs

If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
                              Page 56

copyright-arista.txt
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.
←[7m --More-- ←[27m←[K
←[K
      <one line to give the program's name and a brief idea of what it does.>
      Copyright (C) <year>  <name of author>

      This program is free software; you can redistribute it and/or modify
      it under the terms of the GNU General Public License as published by
      the Free Software Foundation; either version 2 of the License, or
      (at your option) any later version.

      This program is distributed in the hope that it will be useful,
      but WITHOUT ANY WARRANTY; without even the implied warranty of
      MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      GNU General Public License for more details.

      You should have received a copy of the GNU General Public License
      along with this program; if not, write to the Free Software
      Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:
←[7m --More-- ←[27m←[K
←[K
      Gnomovision version 69, Copyright (C) year  name of author
      Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
      This is free software, and you are welcome to redistribute it
      under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
←[7m --More-- ←[27m←[K
←[Kconsider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.

        --------------------------------------------------------------------

                    GNU LIBRARY GENERAL PUBLIC LICENSE
                          Version 2, June 1991

Copyright (C) 1991 Free Software Foundation, Inc.
                   59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
                          Page 57

copyright-arista.txt
of this license document, but changing it is not allowed.

[This is the first released version of the library GPL.  It is
 numbered 2 because it goes with version 2 of the ordinary GPL.]

                        Preamble

   The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.
←[7m --More-- ←[27m←[K
←[K
   This license, the Library General Public License, applies to some
specially designated Free Software Foundation software, and to any
other libraries whose authors decide to use it.  You can use it for
your libraries, too.

   When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

   To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if
you distribute copies of the library, or if you modify it.

   For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link a program with the library, you must provide
complete object files to the recipients so that they can relink them
←[7m --More-- ←[27m←[K
←[Kwith the library, after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

   Our method of protecting your rights has two steps: (1) copyright
the library, and (2) offer you this license which gives you legal
permission to copy, distribute and/or modify the library.

   Also, for each distributor's protection, we want to make certain
that everyone understands that there is no warranty for this free
library.  If the library is modified by someone else and passed on, we
want its recipients to know that what they have is not the original
version, so that any problems introduced by others will not reflect on
the original authors' reputations.
←[7m^L←[27m
   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that companies distributing free
software will individually obtain patent licenses, thus in effect
transforming the program into proprietary software.  To prevent this,
we have made it clear that any patent must be licensed for everyone's
free use or not licensed at all.

   Most GNU software, including some libraries, is covered by the ordinary
GNU General Public License, which was designed for utility programs.  This
←[7m --More-- ←[27m←[K
←[Klicense, the GNU Library General Public License, applies to certain
designated libraries.  This license is quite different from the ordinary
one; be sure to read it in full, and don't assume that anything in it is
                        Page 58

copyright-arista.txt
the same as in the ordinary license.

   The reason we have a separate public license for some libraries is that
they blur the distinction we usually make between modifying or adding to a
program and simply using it.  Linking a program with a library, without
changing the library, is in some sense simply using the library, and is
analogous to running a utility program or application program.  However, in
a textual and legal sense, the linked executable is a combined work, a
derivative of the original library, and the ordinary General Public License
treats it as such.

   Because of this blurred distinction, using the ordinary General
Public License for libraries did not effectively promote software
sharing, because most developers did not use the libraries.  We
concluded that weaker conditions might promote sharing better.

   However, unrestricted linking of non-free programs would deprive the
users of those programs of all benefit from the free status of the
libraries themselves.  This Library General Public License is intended to
permit developers of non-free programs to use free libraries, while
-[7m --More-- -[27m-[K
-[Kpreserving your freedom as a user of such programs to change the free
libraries that are incorporated in them.  (We have not seen how to achieve
this as regards changes in header files, but we have achieved it as regards
changes in the actual functions of the Library.)  The hope is that this
will lead to faster development of free libraries.

   The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, while the latter only
works together with the library.

   Note that it is possible for a library to be covered by the ordinary
General Public License rather than by this special one.
-[7m^L-[27m
                GNU LIBRARY GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License Agreement applies to any software library which
contains a notice placed by the copyright holder or other authorized
party saying it may be distributed under the terms of this Library
General Public License (also called "this License").  Each licensee is
addressed as "you".
-[7m --More-- -[27m-[K
-[K
   A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

   The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.
                          Page 59

copyright-arista.txt

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
←[7m --More-- ←[27m←[K
←[Kon the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) The modified work must itself be a software library.

←[7m --More-- ←[27m←[K
←[K    b) You must cause the files modified to carry prominent notices
    stating that you changed the files and the date of any change.

    c) You must cause the whole of the work to be licensed at no
    charge to all third parties under the terms of this License.

    d) If a facility in the modified Library refers to a function or a
    table of data to be supplied by an application program that uses
    the facility, other than as an argument passed when the facility
    is invoked, then you must make a good faith effort to ensure that,
    in the event an application does not supply such function or
    table, the facility still operates, and performs whatever part of
    its purpose remains meaningful.

    (For example, a function in a library to compute square roots has
    a purpose that is entirely well-defined independent of the
    application.  Therefore, Subsection 2d requires that any
    application-supplied function or table used by this function must
    be optional: if the application does not supply it, the square
    root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
←[7m --More-- ←[27m←[K
←[Kand can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Page 60

copyright-arista.txt

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
←[7m --More-- ←[27m←[K
←[Kinstead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
←[7m --More-- ←[27m←[K
←[Kcompelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

  However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

  When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

  If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
←[7m --More-- ←[27m←[K
                    Page 61

copyright-arista.txt
←[Kfunctions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

  Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
  6. As an exception to the Sections above, you may also compile or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

  You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
←[7m --More-- ←[27m←[K
←[Kof these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Accompany the work with a written offer, valid for at
    least three years, to give the same user the materials
    specified in Subsection 6a, above, for a charge no more
    than the cost of performing this distribution.

    c) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.

←[7m --More-- ←[27m←[K
←[K    d) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the source code distributed need not include anything that is normally
distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
                          Page 62

copyright-arista.txt

use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
    7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
←[7m --More-- ←[27m←[K
←[Kpermitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

    8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

    9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
←[7m --More-- ←[27m←[K
←[Kmodifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

    10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
←[7m^L←[27m
    11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
←[7m --More-- ←[27m←[K
←[Kthe only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.
                                Page 63

copyright-arista.txt

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
⎯[7m --More-- ⎯[27m⎯[K
⎯[Koriginal copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Library General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
⎯[7m^L⎯[27m
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
⎯[7m --More-- ⎯[27m⎯[K
⎯[KSoftware Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                            NO WARRANTY

  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
                            Page 64

copyright-arista.txt
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
←[7m --More-- ←[27m←[K
←[KRENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m^L←[27m
             How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

   To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

    <one line to give the library's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

←[7m --More-- ←[27m←[K
←[K    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Library General Public
    License as published by the Free Software Foundation; either
    version 2 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Library General Public License for more details.

    You should have received a copy of the GNU Library General Public
    License along with this library; if not, write to the Free Software
    Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library 'Frob' (a library for tweaking knobs) written by James Random Hacker.

←[7m --More-- ←[27m←[K
←[K  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!


++++++++
/usr/share/doc/protobuf-2.3.0/COPYING.txt
++++++++

Copyright 2008, Google Inc.
All rights reserved.
                          Page 65

copyright-arista.txt

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions are
met:

     * Redistributions of source code must retain the above copyright
notice, this list of conditions and the following disclaimer.
     * Redistributions in binary form must reproduce the above
copyright notice, this list of conditions and the following disclaimer
in the documentation and/or other materials provided with the
distribution.
←[7m --More-- ←[27m←[K
←[K      * Neither the name of Google Inc. nor the names of its
contributors may be used to endorse or promote products derived from
this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS
"AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT
LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR
A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT
OWNER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL,
SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT
LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE,
DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY
THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
(INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE
OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

Code generated by the Protocol Buffer compiler is owned by the owner
of the input file used when generating it.  This code is not
standalone and requires a support library to be linked with it.  This
support library is itself covered by the above license.


++++++++
←[7m --More-- ←[27m←[K
←[K/usr/share/doc/util-linux-ng-2.18/COPYING.GPL
++++++++

                  GNU GENERAL PUBLIC LICENSE
                     Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                    675 Mass Ave, Cambridge, MA 02139, USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

←[7m --More-- ←[27m←[K
←[K  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
                          Page 66

copyright-arista.txt

this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

   To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

   We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
←[7m --More-- ←[27m←[K
←[Kthat everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
              GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
←[7m --More-- ←[27m←[K
←[Kthat is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License

copyright-arista.txt
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

←[7m --More-- ←[27m←[K
←[K  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

    3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
←[7m --More-- ←[27m←[K
←[KSections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
Page 68

copyright-arista.txt
```
       machine-readable copy of the corresponding source code, to be
       distributed under the terms of Sections 1 and 2 above on a medium
       customarily used for software interchange; or,

       c) Accompany it with the information you received as to the offer
       to distribute corresponding source code.  (This alternative is
       allowed only for noncommercial distribution and only if you
       received the program in object code or executable form with such
       an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
←[7m --More-- ←[27m←[K
←[Kcontrol compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
←[7m --More-- ←[27m←[K
←[Kdistribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
←[7m --More-- ←[27m←[K
```
                              Page 69

copyright-arista.txt
←[Klicense would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
←[7m --More-- ←[27m←[K
←[Kprograms whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
                            Page 70

copyright-arista.txt

TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
←[7m --More-- ←[27m←[K
←[KOUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                END OF TERMS AND CONDITIONS
←[7m^L←[27m
            Appendix: How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) 19yy  <name of author>

    This program is free software; you can redistribute it and/or modify
←[7m --More-- ←[27m←[K
←[K    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) 19yy name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

←[7m --More-- ←[27m←[K
←[KThe hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
                                Page 71

copyright-arista.txt
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
←[7m --More-- ←[27m←[K
←[K/usr/share/doc/libtacplus/LICENSE
++++++++

/*-
 * Copyright (c) 1998, 2001, Juniper Networks, Inc.
 * All rights reserved.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 * 1. Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in the
 *    documentation and/or other materials provided with the distribution.
 *
 * THIS SOFTWARE IS PROVIDED BY THE AUTHOR AND CONTRIBUTORS ``AS IS'' AND
 * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
 * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
 * ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE
 * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
 * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
 * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
←[7m --More-- ←[27m←[K
←[K * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
 * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
 * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
 * SUCH DAMAGE.
 */


++++++++
/usr/share/doc/bind-libs-9.7.4/COPYRIGHT
++++++++

Copyright (C) 2004-2011  Internet Systems Consortium, Inc. ("ISC")
Copyright (C) 1996-2003  Internet Software Consortium.

Permission to use, copy, modify, and/or distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS" AND ISC DISCLAIMS ALL WARRANTIES WITH
REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY
AND FITNESS.  IN NO EVENT SHALL ISC BE LIABLE FOR ANY SPECIAL, DIRECT,
                              Page 72

copyright-arista.txt
INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM
LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE
←[7m --More-- ←[27m←[K
←[KOR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR
PERFORMANCE OF THIS SOFTWARE.

$Id: COPYRIGHT,v 1.15.188.3 2011-02-22 06:36:35 marka Exp $

         Portions of this code release fall under one or more of the
         following Copyright notices.  Please see individual source
         files for details.

         For binary releases also see: OpenSSL-LICENSE.

Copyright (C) 1996-2001  Nominum, Inc.

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS" AND NOMINUM DISCLAIMS ALL WARRANTIES
WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL NOMINUM BE LIABLE FOR
ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT
←[7m --More-- ←[27m←[K
←[KOF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

 --------------------------------------------------------------------------

Copyright (C) 1995-2000 by Network Associates, Inc.

Permission to use, copy, modify, and/or distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS" AND ISC AND NETWORK ASSOCIATES DISCLAIMS
ALL WARRANTIES WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED
WARRANTIES OF MERCHANTABILITY AND FITNESS.  IN NO EVENT SHALL ISC BE LIABLE
FOR ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR
IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

 --------------------------------------------------------------------------

Copyright (C) 2002 Stichting NLnet, Netherlands, stichting@nlnet.nl.

Permission to use, copy, modify, and distribute this software for any
←[7m --More-- ←[27m←[K
←[Kpurpose with or without fee is hereby granted, provided that the
above copyright notice and this permission notice appear in all
copies.

THE SOFTWARE IS PROVIDED "AS IS" AND STICHTING NLNET
DISCLAIMS ALL WARRANTIES WITH REGARD TO THIS SOFTWARE INCLUDING ALL
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL
STICHTING NLNET BE LIABLE FOR ANY SPECIAL, DIRECT, INDIRECT, OR
CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS
OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE
OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE
USE OR PERFORMANCE OF THIS SOFTWARE.
                              Page 73

copyright-arista.txt

The development of Dynamically Loadable Zones (DLZ) for Bind 9 was
conceived and contributed by Rob Butler.

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the
above copyright notice and this permission notice appear in all
copies.

THE SOFTWARE IS PROVIDED "AS IS" AND ROB BUTLER
DISCLAIMS ALL WARRANTIES WITH REGARD TO THIS SOFTWARE INCLUDING ALL
←[7m --More-- ←[27m←[K
←[KIMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL
ROB BUTLER BE LIABLE FOR ANY SPECIAL, DIRECT, INDIRECT, OR
CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS
OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE
OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE
USE OR PERFORMANCE OF THIS SOFTWARE.

 ----------------------------------------------------------------------------

Copyright (c) 1987, 1990, 1993, 1994
        The Regents of the University of California.  All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:
1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.
2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.
3. All advertising materials mentioning features or use of this software
   must display the following acknowledgement:
     This product includes software developed by the University of
←[7m --More-- ←[27m←[K
←[K     California, Berkeley and its contributors.
4. Neither the name of the University nor the names of its contributors
   may be used to endorse or promote products derived from this software
   without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS ``AS IS'' AND
ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
SUCH DAMAGE.

 ----------------------------------------------------------------------------

Copyright (C) The Internet Society 2005.  This version of
this module is part of RFC 4178; see the RFC itself for
full legal notices.

←[7m --More-- ←[27m←[K
←[K(The above copyright notice is per RFC 3978 5.6 (a), q.v.)

 ----------------------------------------------------------------------------

copyright-arista.txt

Copyright (c) 2004 Masarykova universita
(Masaryk University, Brno, Czech Republic)
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions are met:

1. Redistributions of source code must retain the above copyright notice,
   this list of conditions and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.

3. Neither the name of the University nor the names of its contributors may
   be used to endorse or promote products derive from this software
   without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS"
←[7m --More-- ←[27m←[K
←[KAND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE
LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR
CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF
SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS
INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN
CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE)
ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE
POSSIBILITY OF SUCH DAMAGE.

        --------------------------------------------------------------------------

Copyright (c) 1997 - 2003 Kungliga Tekniska H←[7m<F6>←[27mgskolan
(Royal Institute of Technology, Stockholm, Sweden).
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:

1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.
←[7m --More-- ←[27m←[K
←[K
2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.

3. Neither the name of the Institute nor the names of its contributors
   may be used to endorse or promote products derived from this software
   without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE INSTITUTE AND CONTRIBUTORS ``AS IS'' AND
ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE INSTITUTE OR CONTRIBUTORS BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
                                Page 75

copyright-arista.txt
OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
SUCH DAMAGE.

 ---------------------------------------------------------------------------

←[7m --More-- ←[27m←[K
←[KCopyright (c) 1998 Doug Rabson
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:
1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.
2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.

THIS SOFTWARE IS PROVIDED BY THE AUTHOR AND CONTRIBUTORS ``AS IS'' AND
ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
SUCH DAMAGE.
←[7m --More-- ←[27m←[K
←[K
 ---------------------------------------------------------------------------

Copyright ((c)) 2002, Rice University
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions are
met:

    * Redistributions of source code must retain the above copyright
    notice, this list of conditions and the following disclaimer.

    * Redistributions in binary form must reproduce the above
    copyright notice, this list of conditions and the following
    disclaimer in the documentation and/or other materials provided
    with the distribution.

    * Neither the name of Rice University (RICE) nor the names of its
    contributors may be used to endorse or promote products derived
    from this software without specific prior written permission.

←[7m --More-- ←[27m←[K
←[KThis software is provided by RICE and the contributors on an "as is"
basis, without any representations or warranties of any kind, express
or implied including, but not limited to, representations or
warranties of non-infringement, merchantability or fitness for a
particular purpose. In no event shall RICE or contributors be liable
for any direct, indirect, incidental, special, exemplary, or
consequential damages (including, but not limited to, procurement of
substitute goods or services; loss of use, data, or profits; or
business interruption) however caused and on any theory of liability,
Page 76

copyright-arista.txt
whether in contract, strict liability, or tort (including negligence
or otherwise) arising in any way out of the use of this software, even
if advised of the possibility of such damage.

  ----------------------------------------------------------------------------

Copyright (c) 1993 by Digital Equipment Corporation.

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies, and that
the name of Digital Equipment Corporation not be used in advertising or
publicity pertaining to distribution of the document or software without
specific, written prior permission.
←[7m --More-- ←[27m←[K
←[K
THE SOFTWARE IS PROVIDED "AS IS" AND DIGITAL EQUIPMENT CORP. DISCLAIMS ALL
WARRANTIES WITH REGARD TO THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES
OF MERCHANTABILITY AND FITNESS.   IN NO EVENT SHALL DIGITAL EQUIPMENT
CORPORATION BE LIABLE FOR ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL
DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR
PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS
ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS
SOFTWARE.

  ----------------------------------------------------------------------------

Copyright 2000 Aaron D. Gifford.  All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:
1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.
2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.
3. Neither the name of the copyright holder nor the names of contributors
←[7m --More-- ←[27m←[K
←[K   may be used to endorse or promote products derived from this software
   without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE AUTHOR(S) AND CONTRIBUTOR(S) ``AS IS'' AND
ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR(S) OR CONTRIBUTOR(S) BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
SUCH DAMAGE.

  ----------------------------------------------------------------------------

Copyright (c) 1998 Doug Rabson.
Copyright (c) 2001 Jake Burkholder.
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
←[7m --More-- ←[27m←[K
                              Page 77

copyright-arista.txt
←[Kare met:
1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.
2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.

THIS SOFTWARE IS PROVIDED BY THE AUTHOR AND CONTRIBUTORS ``AS IS'' AND
ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
SUCH DAMAGE.

 ----------------------------------------------------------------------------

Copyright (C) 1995, 1996, 1997, and 1998 WIDE Project.
All rights reserved.
←[7m --More-- ←[27m←[K
←[K
Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:
1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.
2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in the
   documentation and/or other materials provided with the distribution.
3. Neither the name of the project nor the names of its contributors
   may be used to endorse or promote products derived from this software
   without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE PROJECT AND CONTRIBUTORS ``AS IS'' AND
ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE PROJECT OR CONTRIBUTORS BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
←[7m --More-- ←[27m←[K
←[KSUCH DAMAGE.

 ----------------------------------------------------------------------------

Copyright (c) 1999-2000 by Nortel Networks Corporation

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS" AND NORTEL NETWORKS DISCLAIMS
ALL WARRANTIES WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES
OF MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL NORTEL NETWORKS
BE LIABLE FOR ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES
OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS,

copyright-arista.txt
WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION,
ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS
SOFTWARE.

 ----------------------------------------------------------------------------

Copyright (c) 2000-2002 Japan Network Information Center.  All rights reserved.

←[7m --More-- ←[27m←[K
←[KBy using this file, you agree to the terms and conditions set forth bellow.

                    LICENSE TERMS AND CONDITIONS

The following License Terms and Conditions apply, unless a different
license is obtained from Japan Network Information Center ("JPNIC"),
a Japanese association, Kokusai-Kougyou-Kanda Bldg 6F, 2-3-4 Uchi-Kanda,
Chiyoda-ku, Tokyo 101-0047, Japan.

1. Use, Modification and Redistribution (including distribution of any
   modified or derived work) in source and/or binary forms is permitted
   under this License Terms and Conditions.

2. Redistribution of source code must retain the copyright notices as they
   appear in each source code file, this License Terms and Conditions.

3. Redistribution in binary form must reproduce the Copyright Notice,
   this License Terms and Conditions, in the documentation and/or other
   materials provided with the distribution.  For the purposes of binary
   distribution the "Copyright Notice" refers to the following language:
   "Copyright (c) 2000-2002 Japan Network Information Center.  All rights
   reserved."

←[7m --More-- ←[27m←[K
←[K4. The name of JPNIC may not be used to endorse or promote products
   derived from this Software without specific prior written approval of
   JPNIC.

5. Disclaimer/Limitation of Liability: THIS SOFTWARE IS PROVIDED BY JPNIC
   "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT
   LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A
   PARTICULAR PURPOSE ARE DISCLAIMED.  IN NO EVENT SHALL JPNIC BE LIABLE
   FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR
   CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF
   SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR
   BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY,
   WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR
   OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF
   ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

 ----------------------------------------------------------------------------

Copyright (C) 2004  Nominet, Ltd.

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.
←[7m --More-- ←[27m←[K
←[K
THE SOFTWARE IS PROVIDED "AS IS" AND NOMINET DISCLAIMS ALL WARRANTIES WITH
REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY
AND FITNESS.  IN NO EVENT SHALL ISC BE LIABLE FOR ANY SPECIAL, DIRECT,
INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM
LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE
                            Page 79

copyright-arista.txt
OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR
PERFORMANCE OF THIS SOFTWARE.

    ---------------------------------------------------------------------------

Portions Copyright RSA Security Inc.

License to copy and use this software is granted provided that it is
identified as "RSA Security Inc. PKCS #11 Cryptographic Token Interface
(Cryptoki)" in all material mentioning or referencing this software.

License is also granted to make and use derivative works provided that
such works are identified as "derived from the RSA Security Inc. PKCS #11
Cryptographic Token Interface (Cryptoki)" in all material mentioning or
referencing the derived work.

RSA Security Inc. makes no representations concerning either the
←[7m --More-- ←[27m←[K
←[Kmerchantability of this software or the suitability of this software for
any particular purpose. It is provided "as is" without express or implied
warranty of any kind.

    ---------------------------------------------------------------------------

Copyright (c) 1996, David Mazieres <dm@uun.org>
Copyright (c) 2008, Damien Miller <djm@openbsd.org>

Permission to use, copy, modify, and distribute this software for any
purpose with or without fee is hereby granted, provided that the above
copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS" AND THE AUTHOR DISCLAIMS ALL WARRANTIES
WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR
ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF
OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

    ---------------------------------------------------------------------------

←[7m --More-- ←[27m←[K
←[KCopyright (c) 2000-2001 The OpenSSL Project.  All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:

1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright
   notice, this list of conditions and the following disclaimer in
   the documentation and/or other materials provided with the
   distribution.

3. All advertising materials mentioning features or use of this
   software must display the following acknowledgment:
   "This product includes software developed by the OpenSSL Project
   for use in the OpenSSL Toolkit. (http://www.OpenSSL.org/)"

4. The names "OpenSSL Toolkit" and "OpenSSL Project" must not be used to
   endorse or promote products derived from this software without

copyright-arista.txt
        prior written permission. For written permission, please contact
        licensing@OpenSSL.org.
←[7m --More-- ←[27m←[K
←[K
5. Products derived from this software may not be called "OpenSSL"
   nor may "OpenSSL" appear in their names without prior written
   permission of the OpenSSL Project.

6. Redistributions of any form whatsoever must retain the following
   acknowledgment:
   "This product includes software developed by the OpenSSL Project
   for use in the OpenSSL Toolkit (http://www.OpenSSL.org/)"

THIS SOFTWARE IS PROVIDED BY THE OpenSSL PROJECT ``AS IS'' AND ANY
EXPRESSED OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE ARE DISCLAIMED.  IN NO EVENT SHALL THE OpenSSL PROJECT OR
ITS CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL,
SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT
NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT,
STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE)
ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED
OF THE POSSIBILITY OF SUCH DAMAGE.

←[7m --More-- ←[27m←[K
←[K


++++++++
/usr/share/doc/gnupg2-2.0.16/COPYING
++++++++


                GNU GENERAL PUBLIC LICENSE
                 Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                        Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
←[7m --More-- ←[27m←[K
←[Ksoftware for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

                        Page 81

copyright-arista.txt
   To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

←[7m --More-- ←[27m←[K
←[K  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

   For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

   Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

   Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
←[7m --More-- ←[27m←[K
←[Ksoftware on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

   The precise terms and conditions for copying, distribution and
modification follow.

                       TERMS AND CONDITIONS

   0. Definitions.

   "This License" refers to version 3 of the GNU General Public License.

   "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

   "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

   To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
←[7m --More-- ←[27m←[K
←[Kexact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

                              Page 82

copyright-arista.txt

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
[7m --More-- [27m[K
[Kthe interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
[7m --More-- [27m[K
[Kproduce the work, or an object code interpreter used to run it.

  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

Page 83

copyright-arista.txt

The Corresponding Source for a work in source code form is that same work.

  2. Basic Permissions.
←[7m --More-- ←[27m←[K
←[K
  All rights granted under this License are granted for the term of copyright on the Program, and are irrevocable provided the stated conditions are met.  This License explicitly affirms your unlimited permission to run the unmodified Program.  The output from running a covered work is covered by this License only if the output, given its content, constitutes a covered work.  This License acknowledges your rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not convey, without conditions so long as your license otherwise remains in force.  You may convey covered works to others for the sole purpose of having them make modifications exclusively for you, or provide you with facilities for running those works, provided that you comply with the terms of this License in conveying all material for which you do not control copyright.  Those thus making or running the covered works for you must do so exclusively on your behalf, under your direction and control, on terms that prohibit them from making any copies of your copyrighted material outside their relationship with you.

  Conveying under any other circumstances is permitted solely under the conditions stated below.  Sublicensing is not allowed; section 10 makes it unnecessary.
←[7m --More-- ←[27m←[K
←[K
  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

  No covered work shall be deemed part of an effective technological measure under any applicable law fulfilling obligations under article 11 of the WIPO copyright treaty adopted on 20 December 1996, or similar laws prohibiting or restricting circumvention of such measures.

  When you convey a covered work, you waive any legal power to forbid circumvention of technological measures to the extent such circumvention is effected by exercising rights under this License with respect to the covered work, and you disclaim any intention to limit operation or modification of the work as a means of enforcing, against the work's users, your or third parties' legal rights to forbid circumvention of technological measures.

  4. Conveying Verbatim Copies.

  You may convey verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice; keep intact all notices stating that this License and any
←[7m --More-- ←[27m←[K
←[Knon-permissive terms added in accord with section 7 apply to the code; keep intact all notices of the absence of any warranty; and give all recipients a copy of this License along with the Program.

  You may charge any price or no price for each copy that you convey, and you may offer support or warranty protection for a fee.

  5. Conveying Modified Source Versions.

copyright-arista.txt

You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
←[7m --More-- ←[27m←[K
←[K    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

  A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

←[7m --More-- ←[27m←[K
←[K  You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
    Corresponding Source fixed on a durable physical medium
    customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the
    product that is covered by this License, on a durable physical
    medium customarily used for software interchange, for a price no
    more than your reasonable cost of physically performing this
    conveying of source, or (2) access to copy the
    Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
←[7m --More-- ←[27m←[K
Page 85

copyright-arista.txt
←[K    written offer to provide the Corresponding Source.  This
        alternative is allowed only occasionally and noncommercially, and
        only if you received the object code with such an offer, in accord
        with subsection 6b.

        d) Convey the object code by offering access from a designated
        place (gratis or for a charge), and offer equivalent access to the
        Corresponding Source in the same way through the same place at no
        further charge.  You need not require recipients to copy the
        Corresponding Source along with the object code.  If the place to
        copy the object code is a network server, the Corresponding Source
        may be on a different server (operated by you or a third party)
        that supports equivalent copying facilities, provided you maintain
        clear directions next to the object code saying where to find the
        Corresponding Source.  Regardless of what server hosts the
        Corresponding Source, you remain obligated to ensure that it is
        available for as long as needed to satisfy these requirements.

        e) Convey the object code using peer-to-peer transmission, provided
        you inform other peers where the object code and Corresponding
        Source of the work are being offered to the general public at no
        charge under subsection 6d.

←[7m --More-- ←[27m←[K
←[K  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

   A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

   "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
←[7m --More-- ←[27m←[K
←[Kmodification has been made.

   If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

   The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
Page 86

copyright-arista.txt

for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

   Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
←[7m --More-- ←[27m←[K
←[Kdocumented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

   7. Additional Terms.

   "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

   When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
←[7m --More-- ←[27m←[K
←[Kadd to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
←[7m --More-- ←[27m←[K
←[K    any liability that these contractual assumptions directly impose on
    those licensors and authors.

   All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
                              Page 87

copyright-arista.txt

governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

   If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

   Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

   8. Termination.
←[7m --More-- ←[27m←[K
←[K
   You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

   However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

   Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

   Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
←[7m --More-- ←[27m←[K
←[Kthis License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

   9. Acceptance Not Required for Having Copies.

   You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

   10. Automatic Licensing of Downstream Recipients.

   Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.
                                Page 88

copyright-arista.txt

An "entity transaction" is a transaction transferring control of an
⌐[7m --More-- ⌐[27m⌐[K
⌐[Korganization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

⌐[7m --More-- ⌐[27m⌐[K
⌐[K A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

If you convey a covered work, knowingly relying on a patent license,
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kand the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.
                                Page 89

copyright-arista.txt

    If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

    A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
←[7m --More-- ←[27m←[K
←[Kconditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

    Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

    12. No Surrender of Others' Freedom.

    If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
←[7m --More-- ←[27m←[K
←[KLicense and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

    13. Use with the GNU Affero General Public License.

    Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

    14. Revised Versions of this License.

    The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.
←[7m --More-- ←[27m←[K
←[K
    Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Page 90

copyright-arista.txt

Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
←[7m --More-- ←[27m←[K
←[KAPPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

  If the disclaimer of warranty and limitation of liability provided
←[7m --More-- ←[27m←[K
←[Kabove cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

           How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.
                            Page 91

copyright-arista.txt

```
    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
←[7m --More-- ←[27m←[K
←[K   it under the terms of the GNU General Public License as published by
    the Free Software Foundation, either version 3 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

    <program>  Copyright (C) <year>  <name of author>
    This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
←[7m --More-- ←[27m←[K
←[Kparts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


++++++++
/usr/share/doc/rsyslog-5.6.4/COPYING
++++++++
                    GNU GENERAL PUBLIC LICENSE
                      Version 3, 29 June 2007
←[7m --More-- ←[27m←[K
←[K
 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.
```

copyright-arista.txt

The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

    When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
←[7m --More-- ←[27m←[K
←[Kwant it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

    To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

    For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

    Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

    For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.
←[7m --More-- ←[27m←[K
←[K
    Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

    Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

    The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS
←[7m --More-- ←[27m←[K
                      Page 93

copyright-arista.txt
←[K
  0. Definitions.

  "This License" refers to version 3 of the GNU General Public License.

  "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

  To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
←[7m --More-- ←[27m←[K
←[Kcomputer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

←[7m --More-- ←[27m←[K
←[K  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.
Page 94

copyright-arista.txt

   The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
←[7m --More-- ←[27m←[K
←[Kincludes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

   The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

   The Corresponding Source for a work in source code form is that
same work.

   2. Basic Permissions.

   All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

←[7m --More-- ←[27m←[K
←[K  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

←[7m --More-- ←[27m←[K
←[K  When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
Page 95

                              copyright-arista.txt
technological measures.

    4. Conveying Verbatim Copies.

    You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

    You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

    5. Conveying Modified Source Versions.

←[7m --More-- ←[27m←[K
←[K  You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
←[7m --More-- ←[27m←[K
←[K    work need not make them do so.

    A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

    6. Conveying Non-Source Forms.

    You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
                                  Page 96

copyright-arista.txt
Corresponding Source fixed on a durable physical medium
customarily used for software interchange.
←[7m --More-- ←[27m←[K
←[K
    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the
    product that is covered by this License, on a durable physical
    medium customarily used for software interchange, for a price no
    more than your reasonable cost of physically performing this
    conveying of source, or (2) access to copy the
    Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
    written offer to provide the Corresponding Source.  This
    alternative is allowed only occasionally and noncommercially, and
    only if you received the object code with such an offer, in accord
    with subsection 6b.

    d) Convey the object code by offering access from a designated
    place (gratis or for a charge), and offer equivalent access to the
    Corresponding Source in the same way through the same place at no
    further charge.  You need not require recipients to copy the
←[7m --More-- ←[27m←[K
←[K    Corresponding Source along with the object code.  If the place to
    copy the object code is a network server, the Corresponding Source
    may be on a different server (operated by you or a third party)
    that supports equivalent copying facilities, provided you maintain
    clear directions next to the object code saying where to find the
    Corresponding Source.  Regardless of what server hosts the
    Corresponding Source, you remain obligated to ensure that it is
    available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
    you inform other peers where the object code and Corresponding
    Source of the work are being offered to the general public at no
    charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
←[7m --More-- ←[27m←[K
←[Kproduct received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must

copyright-arista.txt

suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

   If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
←[7m --More-- ←[27m←[K
←[Kif neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

   The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

   Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

   7. Additional Terms.

   "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
←[7m --More-- ←[27m←[K
←[Kbe treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

   When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

     a) Disclaiming warranty or limiting liability differently from the
     terms of sections 15 and 16 of this License; or

     b) Requiring preservation of specified reasonable legal notices or
     author attributions in that material or in the Appropriate Legal
     Notices displayed by works containing it; or
←[7m --More-- ←[27m←[K
←[K
     c) Prohibiting misrepresentation of the origin of that material, or
     requiring that modified versions of such material be marked in
                              Page 98

copyright-arista.txt

reasonable ways as different from the original version; or

d) Limiting the use for publicity purposes of names of licensors or
authors of the material; or

e) Declining to grant rights under trademark law for use of some
trade names, trademarks, or service marks; or

f) Requiring indemnification of licensors and authors of that
material by anyone who conveys the material (or modified versions of
it) with contractual assumptions of liability to the recipient, for
any liability that these contractual assumptions directly impose on
those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
 [7m --More-- [27m [K
 [KLicense, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
 [7m --More-- [27m [K
 [Kprovisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

copyright-arista.txt

9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
←[7m --More-- ←[27m←[K
←[Kto receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

←[7m --More-- ←[27m←[K
←[K  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.
←[7m --More-- ←[27m←[K
←[K
  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
Page 100

copyright-arista.txt

sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

     If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
←[7m --More-- ←[27m←[K
←[Kcovered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

     If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

     A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
←[7m --More-- ←[27m←[K
←[Kfor and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

     Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

     12. No Surrender of Others' Freedom.

     If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

     13. Use with the GNU Affero General Public License.

     Notwithstanding any other provision of this License, you have
←[7m --More-- ←[27m←[K

copyright-arista.txt
←[Kpermission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.
←[7m --More-- ←[27m←[K
←[K
  If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.
←[7m --More-- ←[27m←[K
←[K
  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,

copyright-arista.txt
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs
←[7m --More-- ←[27m←[K
←[K
  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software: you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation, either version 3 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

←[7m --More-- ←[27m←[K
←[K    You should have received a copy of the GNU General Public License
        along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

        <program>  Copyright (C) <year>  <name of author>
        This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
        This is free software, and you are welcome to redistribute it
        under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
←[7m --More-- ←[27m←[K
←[Kinto proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.

                            Page 103

copyright-arista.txt

```
++++++++
/usr/share/doc/ed-1.4/COPYING
++++++++
```

                    GNU GENERAL PUBLIC LICENSE
                     Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

  The GNU General Public License is a free, copyleft license for
←[7m --More-- ←[27m←[K
←[Ksoftware and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

←[7m --More-- ←[27m←[K
←[K  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

  For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

  Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
                          Page 104

copyright-arista.txt
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kproducts.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

   Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

   The precise terms and conditions for copying, distribution and
modification follow.

                        TERMS AND CONDITIONS

   0. Definitions.

   "This License" refers to version 3 of the GNU General Public License.

   "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

   To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

   A "covered work" means either the unmodified Program or a work based
on the Program.

   To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

   1. Source Code.

   The "source code" for a work means the preferred form of the work
                              Page 105

copyright-arista.txt

for making modifications to it.  "Object code" means any non-source
form of a work.

   A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

   The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
⇐[7m --More-- ⇐[27m⇐[K
⇐[KComponent, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

   The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

   The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
⇐[7m --More-- ⇐[27m⇐[K
⇐[KSource.

   The Corresponding Source for a work in source code form is that
same work.

   2. Basic Permissions.

   All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

   You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
⇐[7m --More-- ⇐[27m⇐[K
⇐[Kand control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

Page 106

copyright-arista.txt

Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

3. Protecting Users' Legal Rights From Anti-Circumvention Law.

No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

←[7m --More-- ←[27m←[K
←[K  4. Conveying Verbatim Copies.

You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

5. Conveying Modified Source Versions.

You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
←[7m --More-- ←[27m←[K
←[K    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

A compilation of a covered work with other separate and independent
Page 107

copyright-arista.txt
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
←[7m --More-- ←[27m←[K
←[Kbeyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

  You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
    Corresponding Source fixed on a durable physical medium
    customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the
    product that is covered by this License, on a durable physical
←[7m --More-- ←[27m←[K
←[K    medium customarily used for software interchange, for a price no
    more than your reasonable cost of physically performing this
    conveying of source, or (2) access to copy the
    Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
    written offer to provide the Corresponding Source.  This
    alternative is allowed only occasionally and noncommercially, and
    only if you received the object code with such an offer, in accord
    with subsection 6b.

    d) Convey the object code by offering access from a designated
    place (gratis or for a charge), and offer equivalent access to the
    Corresponding Source in the same way through the same place at no
    further charge.  You need not require recipients to copy the
    Corresponding Source along with the object code.  If the place to
    copy the object code is a network server, the Corresponding Source
    may be on a different server (operated by you or a third party)
    that supports equivalent copying facilities, provided you maintain
    clear directions next to the object code saying where to find the
    Corresponding Source.  Regardless of what server hosts the
    Corresponding Source, you remain obligated to ensure that it is
    available for as long as needed to satisfy these requirements.
←[7m --More-- ←[27m←[K
←[K    e) Convey the object code using peer-to-peer transmission, provided
    you inform other peers where the object code and Corresponding
    Source of the work are being offered to the general public at no
    charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.
                           Page 108

copyright-arista.txt

A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

←[7m --More-- ←[27m←[K
←[K  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
←[7m --More-- ←[27m←[K
←[Knetwork may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

7. Additional Terms.

"Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
←[7m --More-- ←[27m←[K
Page 109

copyright-arista.txt

←[Kit.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

←[7m --More--  ←[27m←[K
←[K    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.
←[7m --More--  ←[27m←[K
←[K
  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
                              Page 110

copyright-arista.txt
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
←[7m --More-- ←[27m←[K
←[Kreceived notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

←[7m --More-- ←[27m←[K
←[K  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

←[7m --More-- ←[27m←[K
←[K  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".
                              Page 111

copyright-arista.txt
    A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

    Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

    In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
←[7m --More-- ←[27m←[K
←[K(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

    If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

    If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
←[7m --More-- ←[27m←[K
←[K(or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

    A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

    Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
Page 112

copyright-arista.txt
otherwise be available to you under applicable patent law.

←[7m --More-- ←[27m←[K
←[K  12. No Surrender of Others' Freedom.

   If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

   13. Use with the GNU Affero General Public License.

   Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

←[7m --More-- ←[27m←[K
←[K  14. Revised Versions of this License.

   The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

   Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

   If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

   Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
←[7m --More-- ←[27m←[K
←[Kauthor or copyright holder as a result of your choosing to follow a
later version.

   15. Disclaimer of Warranty.

   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF

copyright-arista.txt
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

    16. Limitation of Liability.

    IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
‹[7m --More-- ‹[27m‹[K
‹[KEVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

    17. Interpretation of Sections 15 and 16.

    If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

              How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
‹[7m --More-- ‹[27m‹[K
‹[Kthe "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software: you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation, either version 3 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

        You should have received a copy of the GNU General Public License
        along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

    If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

‹[7m --More-- ‹[27m‹[K
‹[K    <program>  Copyright (C) <year>  <name of author>
        This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
        This is free software, and you are welcome to redistribute it
                              Page 114

copyright-arista.txt
under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


←[7m --More-- ←[27m←[K
←[K++++++++
/usr/share/doc/sudo-1.7.4p5/LICENSE
++++++++

Sudo is distributed under the following ISC-style license:

    Copyright (c) 1994-1996, 1998-2010
        Todd C. Miller <Todd.Miller@courtesan.com>

    Permission to use, copy, modify, and distribute this software for any
    purpose with or without fee is hereby granted, provided that the above
    copyright notice and this permission notice appear in all copies.

    THE SOFTWARE IS PROVIDED "AS IS" AND THE AUTHOR DISCLAIMS ALL WARRANTIES
    WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF
    MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR
    ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
    WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
    ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF
    OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

    Sponsored in part by the Defense Advanced Research Projects
    Agency (DARPA) and Air Force Research Laboratory, Air Force
←[7m --More-- ←[27m←[K
←[K    Materiel Command, USAF, under agreement number F39502-99-1-0512.

Additionally, fnmatch.c, fnmatch.h, getcwd.c, glob.c, glob.h and snprintf.c
bear the following UCB license:

    Copyright (c) 1987, 1989, 1990, 1991, 1992, 1993, 1994
        The Regents of the University of California.  All rights reserved.

    Redistribution and use in source and binary forms, with or without
    modification, are permitted provided that the following conditions
    are met:
    1. Redistributions of source code must retain the above copyright
       notice, this list of conditions and the following disclaimer.
    2. Redistributions in binary form must reproduce the above copyright
       notice, this list of conditions and the following disclaimer in the
       documentation and/or other materials provided with the distribution.
    3. Neither the name of the University nor the names of its contributors
       may be used to endorse or promote products derived from this software
                              Page 115

copyright-arista.txt
        without specific prior written permission.

    THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS ``AS IS'' AND
    ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
    IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
←[7m --More-- ←[27m←[K
←[K    ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE
    FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
    DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
    OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
    HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
    LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
    OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
    SUCH DAMAGE.

nonunix.h and vasgroups.c bear the following license:

    Copyright (c) 2006 Quest Software, Inc.  All rights reserved.

    Redistribution and use in source and binary forms, with or without
    modification, are permitted provided that the following conditions are met:

    1. Redistributions of source code must retain the above copyright notice,
       this list of conditions and the following disclaimer.
    2. Redistributions in binary form must reproduce the above copyright
       notice, this list of conditions and the following disclaimer in the
       documentation and/or other materials provided with the distribution.
    3. Neither the name of Quest Software, Inc. nor the names of its
       contributors may be used to endorse or promote products derived from
←[7m --More-- ←[27m←[K
←[K        this software without specific prior written permission.

    THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS"
    AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
    IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
    ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE
    LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR
    CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF
    SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS
    INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN
    CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE)
    ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE
    POSSIBILITY OF SUCH DAMAGE.


++++++++
/usr/share/doc/lua-5.1.4/COPYRIGHT
++++++++

Lua License
-----------

Lua is licensed under the terms of the MIT license reproduced below.
←[7m --More-- ←[27m←[K
←[KThis means that Lua is free software and can be used for both academic
and commercial purposes at absolutely no cost.

For details and rationale, see http://www.lua.org/license.html .

===============================================================================

Copyright (C) 1994-2008 Lua.org, PUC-Rio.

                            Page 116

copyright-arista.txt
Permission is hereby granted, free of charge, to any person obtaining a copy
of this software and associated documentation files (the "Software"), to deal
in the Software without restriction, including without limitation the rights
to use, copy, modify, merge, publish, distribute, sublicense, and/or sell
copies of the Software, and to permit persons to whom the Software is
furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in
all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR
IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.  IN NO EVENT SHALL THE
AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER
←[7m --More-- ←[27m←[K
←[KLIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM,
OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN
THE SOFTWARE.


==============================================================================

(end of COPYRIGHT)


++++++++
/usr/share/doc/eject-2.1.5/COPYING
++++++++
                   GNU GENERAL PUBLIC LICENSE
                      Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                    675 Mass Ave, Cambridge, MA 02139, USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

←[7m --More-- ←[27m←[K
←[K  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

   When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

   To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

   For example, if you distribute copies of such a program, whether
←[7m --More-- ←[27m←[K
                        Page 117

copyright-arista.txt
←[Kgratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

   We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
←[7m --More-- ←[27m←[K
←[Kmodification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
←[7m --More-- ←[27m←[K
←[Ksource code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

copyright-arista.txt

a) You must cause the modified files to carry prominent notices
stating that you changed the files and the date of any change.

b) You must cause any work that you distribute or publish, that in
whole or in part contains or is derived from the Program or any
part thereof, to be licensed as a whole at no charge to all third
parties under the terms of this License.

←[7m --More-- ←[27m←[K
←[K    c) If the modified program normally reads commands interactively
when run, you must cause it, when started running for such
interactive use in the most ordinary way, to print or display an
announcement including an appropriate copyright notice and a
notice that there is no warranty (or else, saying that you provide
a warranty) and that users may redistribute the program under
these conditions, and telling the user how to view a copy of this
License.  (Exception: if the Program itself is interactive but
does not normally print such an announcement, your work based on
the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
←[7m --More-- ←[27m←[K
←[Kexercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

←[7m --More-- ←[27m←[K
←[K    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

Page 119

copyright-arista.txt
The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
←[7m --More-- ←[27m←[K
←[Kthis License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
Page 120

copyright-arista.txt
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
←[7m --More-- ←[27m←[K
←[Kintegrity of the free software distribution system, which is
implemented by public license practices. Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.
←[7m --More-- ←[27m←[K
←[K
Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
←[7m --More-- ←[27m←[K
←[KOR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY

copyright-arista.txt
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m^L←[27m
        Appendix: How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.
←[7m --More-- ←[27m←[K
←[K
   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) 19yy  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.

←[7m --More-- ←[27m←[K
←[KAlso add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) 19yy name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
←[7m --More-- ←[27m←[K
←[K  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
                              Page 122

copyright-arista.txt
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/nano-2.2.4/COPYING
++++++++


                    GNU GENERAL PUBLIC LICENSE
                     Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

←[7m --More-- ←[27m←[K
←[K  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.
←[7m --More-- ←[27m←[K
←[K
  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

  For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

  Some devices are designed to deny users access to install or run
                          Page 123

copyright-arista.txt

modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
←[7m --More-- ←[27m←[K
←[Khave designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

   Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

   The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS

   0. Definitions.

   "This License" refers to version 3 of the GNU General Public License.

   "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.
←[7m --More-- ←[27m←[K
←[K
   "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

   To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

   A "covered work" means either the unmodified Program or a work based
on the Program.

   To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.
←[7m --More-- ←[27m←[K
←[K
   An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

                            Page 124

copyright-arista.txt

1. Source Code.

The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
←[7m --More-- ←[27m←[K
←[Kpackaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

The Corresponding Source need not include anything that users
←[7m --More-- ←[27m←[K
←[Kcan regenerate automatically from other parts of the Corresponding
Source.

The Corresponding Source for a work in source code form is that
same work.

2. Basic Permissions.

All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
←[7m --More-- ←[27m←[K

copyright-arista.txt
←[Kfor you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.
←[7m --More-- ←[27m←[K
←[K
   4. Conveying Verbatim Copies.

   You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

   5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

     a) The work must carry prominent notices stating that you modified
     it, and giving a relevant date.

←[7m --More-- ←[27m←[K
←[K     b) The work must carry prominent notices stating that it is
     released under this License and any conditions added under section
     7.  This requirement modifies the requirement in section 4 to
     "keep intact all notices".

     c) You must license the entire work, as a whole, under this
     License to anyone who comes into possession of a copy.  This
     License will therefore apply, along with any applicable section 7
     additional terms, to the whole of the work, and all its parts,
     regardless of how they are packaged.  This License gives no
     permission to license the work in any other way, but it does not
     invalidate such permission if you have separately received it.

     d) If the work has interactive user interfaces, each must display
     Appropriate Legal Notices; however, if the Program has interactive
                                Page 126

copyright-arista.txt
     interfaces that do not display Appropriate Legal Notices, your
     work need not make them do so.

  A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
←[7m --More-- ←[27m←[K
←[Kused to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

  You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

     a) Convey the object code in, or embodied in, a physical product
     (including a physical distribution medium), accompanied by the
     Corresponding Source fixed on a durable physical medium
     customarily used for software interchange.

     b) Convey the object code in, or embodied in, a physical product
     (including a physical distribution medium), accompanied by a
     written offer, valid for at least three years and valid for as
     long as you offer spare parts or customer support for that product
     model, to give anyone who possesses the object code either (1) a
     copy of the Corresponding Source for all the software in the
←[7m --More-- ←[27m←[K
←[K     product that is covered by this License, on a durable physical
     medium customarily used for software interchange, for a price no
     more than your reasonable cost of physically performing this
     conveying of source, or (2) access to copy the
     Corresponding Source from a network server at no charge.

     c) Convey individual copies of the object code with a copy of the
     written offer to provide the Corresponding Source.  This
     alternative is allowed only occasionally and noncommercially, and
     only if you received the object code with such an offer, in accord
     with subsection 6b.

     d) Convey the object code by offering access from a designated
     place (gratis or for a charge), and offer equivalent access to the
     Corresponding Source in the same way through the same place at no
     further charge.  You need not require recipients to copy the
     Corresponding Source along with the object code.  If the place to
     copy the object code is a network server, the Corresponding Source
     may be on a different server (operated by you or a third party)
     that supports equivalent copying facilities, provided you maintain
     clear directions next to the object code saying where to find the
     Corresponding Source.  Regardless of what server hosts the
     Corresponding Source, you remain obligated to ensure that it is
←[7m --More-- ←[27m←[K
←[K     available for as long as needed to satisfy these requirements.

     e) Convey the object code using peer-to-peer transmission, provided
     you inform other peers where the object code and Corresponding
     Source of the work are being offered to the general public at no
     charge under subsection 6d.
                          Page 127

copyright-arista.txt

A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.
←[7m --More-- ←[27m←[K
←[K
   "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
←[7m --More-- ←[27m←[K
←[Kthe User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

7. Additional Terms.

"Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

Page 128

copyright-arista.txt

   When you convey a copy of a covered work, you may at your option
←[7m --More-- ←[27m←[K
←[Kremove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

      a) Disclaiming warranty or limiting liability differently from the
      terms of sections 15 and 16 of this License; or

      b) Requiring preservation of specified reasonable legal notices or
      author attributions in that material or in the Appropriate Legal
      Notices displayed by works containing it; or

      c) Prohibiting misrepresentation of the origin of that material, or
      requiring that modified versions of such material be marked in
      reasonable ways as different from the original version; or

      d) Limiting the use for publicity purposes of names of licensors or
      authors of the material; or
←[7m --More-- ←[27m←[K
←[K
      e) Declining to grant rights under trademark law for use of some
      trade names, trademarks, or service marks; or

      f) Requiring indemnification of licensors and authors of that
      material by anyone who conveys the material (or modified versions of
      it) with contractual assumptions of liability to the recipient, for
      any liability that these contractual assumptions directly impose on
      those licensors and authors.

   All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

   If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
←[7m --More-- ←[27m←[K
←[Kwhere to find the applicable terms.

   Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

   8. Termination.

   You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
Page 129

copyright-arista.txt
paragraph of section 11).

   However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

   Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
←[7m --More-- ←[27m←[K
←[Kviolation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

   Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

   9. Acceptance Not Required for Having Copies.

   You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

   10. Automatic Licensing of Downstream Recipients.
←[7m --More-- ←[27m←[K
←[K
   Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

   An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

   You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.
←[7m --More-- ←[27m←[K
←[K
   11. Patents.

                              Page 130

copyright-arista.txt

    A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

    A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

    Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

    In the following three paragraphs, a "patent license" is any express
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kagreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

    If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

    If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kreceiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

    A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
Page 131

copyright-arista.txt
or that patent license was granted, prior to 28 March 2007.

    Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.
←[7m --More-- ←[27m←[K
←[K
    12. No Surrender of Others' Freedom.

    If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

    13. Use with the GNU Affero General Public License.

    Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.
←[7m --More-- ←[27m←[K
←[K
    14. Revised Versions of this License.

    The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

    Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

    If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

    Later license versions may give you additional or different
←[7m --More-- ←[27m←[K
←[Kpermissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

    15. Disclaimer of Warranty.

    THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY

copyright-arista.txt

OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
←[7m --More-- ←[27m←[K
←[KPARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                     END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
←[7m --More-- ←[27m←[K
←[Kstate the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation, either version 3 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:
←[7m --More-- ←[27m←[K
                     Page 133

copyright-arista.txt
←[K
    <program>  Copyright (C) <year>  <name of author>
    This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

   You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

   The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


←[7m --More-- ←[27m←[K
←[K
++++++++
/usr/share/doc/python-libs-2.7/LICENSE
++++++++

A. HISTORY OF THE SOFTWARE
==========================

Python was created in the early 1990s by Guido van Rossum at Stichting
Mathematisch Centrum (CWI, see http://www.cwi.nl) in the Netherlands
as a successor of a language called ABC.  Guido remains Python's
principal author, although it includes many contributions from others.

In 1995, Guido continued his work on Python at the Corporation for
National Research Initiatives (CNRI, see http://www.cnri.reston.va.us)
in Reston, Virginia where he released several versions of the
software.

In May 2000, Guido and the Python core development team moved to
BeOpen.com to form the BeOpen PythonLabs team.  In October of the same
year, the PythonLabs team moved to Digital Creations (now Zope
Corporation, see http://www.zope.com).  In 2001, the Python Software
Foundation (PSF, see http://www.python.org/psf/) was formed, a
←[7m --More-- ←[27m←[K
←[Knon-profit organization created specifically to own Python-related
Intellectual Property.  Zope Corporation is a sponsoring member of
the PSF.

All Python releases are Open Source (see http://www.opensource.org for
the Open Source Definition).  Historically, most, but not all, Python
releases have also been GPL-compatible; the table below summarizes
the various releases.

| Release | Derived from | Year | Owner | GPL-compatible? (1) |
|---|---|---|---|---|
| 0.9.0 thru 1.2 |  | 1991-1995 | CWI | yes |
| 1.3 thru 1.5.2 | 1.2 | 1995-1999 | CNRI | yes |
| 1.6 | 1.5.2 | 2000 | CNRI | no |

Page 134

```
                                copyright-arista.txt
2.0             1.6             2000        BeOpen.com  no
1.6.1           1.6             2001        CNRI        yes (2)
2.1             2.0+1.6.1       2001        PSF         no
2.0.1           2.0+1.6.1       2001        PSF         yes
2.1.1           2.1+2.0.1       2001        PSF         yes
2.2             2.1.1           2001        PSF         yes
2.1.2           2.1.1           2002        PSF         yes
2.1.3           2.1.2           2002        PSF         yes
←[7m --More-- ←[27m←[K
←[K  2.2.1             2.2           2002        PSF           yes
2.2.2           2.2.1           2002        PSF         yes
2.2.3           2.2.2           2003        PSF         yes
2.3             2.2.2           2002-2003   PSF         yes
2.3.1           2.3             2002-2003   PSF         yes
2.3.2           2.3.1           2002-2003   PSF         yes
2.3.3           2.3.2           2002-2003   PSF         yes
2.3.4           2.3.3           2004        PSF         yes
2.3.5           2.3.4           2005        PSF         yes
2.4             2.3             2004        PSF         yes
2.4.1           2.4             2005        PSF         yes
2.4.2           2.4.1           2005        PSF         yes
2.4.3           2.4.2           2006        PSF         yes
2.4.4           2.4.3           2006        PSF         yes
2.5             2.4             2006        PSF         yes
2.5.1           2.5             2007        PSF         yes
2.5.2           2.5.1           2008        PSF         yes
2.5.3           2.5.2           2008        PSF         yes
2.6             2.5             2008        PSF         yes
2.6.1           2.6             2008        PSF         yes
2.6.2           2.6.1           2009        PSF         yes
2.6.3           2.6.2           2009        PSF         yes
2.6.4           2.6.3           2009        PSF         yes
←[7m --More-- ←[27m←[K
←[K  2.6.5             2.6.4         2010        PSF           yes
2.7             2.6             2010        PSF         yes
```

Footnotes:

(1) GPL-compatible doesn't mean that we're distributing Python under
    the GPL.  All Python licenses, unlike the GPL, let you distribute
    a modified version without making your changes open source.  The
    GPL-compatible licenses make it possible to combine Python with
    other software that is released under the GPL; the others don't.

(2) According to Richard Stallman, 1.6.1 is not GPL-compatible,
    because its license has a choice of law clause.  According to
    CNRI, however, Stallman's lawyer has told CNRI's lawyer that 1.6.1
    is "not incompatible" with the GPL.

Thanks to the many outside volunteers who have worked under Guido's
direction to make these releases possible.


B. TERMS AND CONDITIONS FOR ACCESSING OR OTHERWISE USING PYTHON
===============================================================

←[7m --More-- ←[27m←[K
←[KPYTHON SOFTWARE FOUNDATION LICENSE VERSION 2
--------------------------------------------

1. This LICENSE AGREEMENT is between the Python Software Foundation
("PSF"), and the Individual or Organization ("Licensee") accessing and
otherwise using this software ("Python") in source or binary form and

copyright-arista.txt
its associated documentation.

2. Subject to the terms and conditions of this License Agreement, PSF hereby
grants Licensee a nonexclusive, royalty-free, world-wide license to reproduce,
analyze, test, perform and/or display publicly, prepare derivative works,
distribute, and otherwise use Python alone or in any derivative version,
provided, however, that PSF's License Agreement and PSF's notice of copyright,
i.e., "Copyright (c) 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010
Python Software Foundation; All Rights Reserved" are retained in Python alone or
in any derivative version prepared by Licensee.

3. In the event Licensee prepares a derivative work that is based on
or incorporates Python or any part thereof, and wants to make
the derivative work available to others as provided herein, then
Licensee hereby agrees to include in any such work a brief summary of
the changes made to Python.

←[7m --More-- ←[27m←[K
←[K4. PSF is making Python available to Licensee on an "AS IS"
basis.  PSF MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR
IMPLIED.  BY WAY OF EXAMPLE, BUT NOT LIMITATION, PSF MAKES NO AND
DISCLAIMS ANY REPRESENTATION OR WARRANTY OF MERCHANTABILITY OR FITNESS
FOR ANY PARTICULAR PURPOSE OR THAT THE USE OF PYTHON WILL NOT
INFRINGE ANY THIRD PARTY RIGHTS.

5. PSF SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER USERS OF PYTHON
FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OR LOSS AS
A RESULT OF MODIFYING, DISTRIBUTING, OR OTHERWISE USING PYTHON,
OR ANY DERIVATIVE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY THEREOF.

6. This License Agreement will automatically terminate upon a material
breach of its terms and conditions.

7. Nothing in this License Agreement shall be deemed to create any
relationship of agency, partnership, or joint venture between PSF and
Licensee.  This License Agreement does not grant permission to use PSF
trademarks or trade name in a trademark sense to endorse or promote
products or services of Licensee, or any third party.

8. By copying, installing or otherwise using Python, Licensee
agrees to be bound by the terms and conditions of this License
←[7m --More-- ←[27m←[K
←[KAgreement.


BEOPEN.COM LICENSE AGREEMENT FOR PYTHON 2.0
-------------------------------------------

BEOPEN PYTHON OPEN SOURCE LICENSE AGREEMENT VERSION 1

1. This LICENSE AGREEMENT is between BeOpen.com ("BeOpen"), having an
office at 160 Saratoga Avenue, Santa Clara, CA 95051, and the
Individual or Organization ("Licensee") accessing and otherwise using
this software in source or binary form and its associated
documentation ("the Software").

2. Subject to the terms and conditions of this BeOpen Python License
Agreement, BeOpen hereby grants Licensee a non-exclusive,
royalty-free, world-wide license to reproduce, analyze, test, perform
and/or display publicly, prepare derivative works, distribute, and
otherwise use the Software alone or in any derivative version,
provided, however, that the BeOpen Python License is retained in the
Software, alone or in any derivative version prepared by Licensee.
Page 136

copyright-arista.txt

3. BeOpen is making the Software available to Licensee on an "AS IS"
←[7m --More-- ←[27m←[K
←[Kbasis.  BEOPEN MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR
IMPLIED.  BY WAY OF EXAMPLE, BUT NOT LIMITATION, BEOPEN MAKES NO AND
DISCLAIMS ANY REPRESENTATION OR WARRANTY OF MERCHANTABILITY OR FITNESS
FOR ANY PARTICULAR PURPOSE OR THAT THE USE OF THE SOFTWARE WILL NOT
INFRINGE ANY THIRD PARTY RIGHTS.

4. BEOPEN SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER USERS OF THE
SOFTWARE FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OR LOSS
AS A RESULT OF USING, MODIFYING OR DISTRIBUTING THE SOFTWARE, OR ANY
DERIVATIVE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY THEREOF.

5. This License Agreement will automatically terminate upon a material
breach of its terms and conditions.

6. This License Agreement shall be governed by and interpreted in all
respects by the law of the State of California, excluding conflict of
law provisions.  Nothing in this License Agreement shall be deemed to
create any relationship of agency, partnership, or joint venture
between BeOpen and Licensee.  This License Agreement does not grant
permission to use BeOpen trademarks or trade names in a trademark
sense to endorse or promote products or services of Licensee, or any
third party.  As an exception, the "BeOpen Python" logos available at
http://www.pythonlabs.com/logos.html may be used according to the
←[7m --More-- ←[27m←[K
←[Kpermissions granted on that web page.

7. By copying, installing or otherwise using the software, Licensee
agrees to be bound by the terms and conditions of this License
Agreement.


CNRI LICENSE AGREEMENT FOR PYTHON 1.6.1
---------------------------------------

1. This LICENSE AGREEMENT is between the Corporation for National
Research Initiatives, having an office at 1895 Preston White Drive,
Reston, VA 20191 ("CNRI"), and the Individual or Organization
("Licensee") accessing and otherwise using Python 1.6.1 software in
source or binary form and its associated documentation.

2. Subject to the terms and conditions of this License Agreement, CNRI
hereby grants Licensee a nonexclusive, royalty-free, world-wide
license to reproduce, analyze, test, perform and/or display publicly,
prepare derivative works, distribute, and otherwise use Python 1.6.1
alone or in any derivative version, provided, however, that CNRI's
License Agreement and CNRI's notice of copyright, i.e., "Copyright (c)
1995-2001 Corporation for National Research Initiatives; All Rights
←[7m --More-- ←[27m←[K
←[KReserved" are retained in Python 1.6.1 alone or in any derivative
version prepared by Licensee.  Alternately, in lieu of CNRI's License
Agreement, Licensee may substitute the following text (omitting the
quotes): "Python 1.6.1 is made available subject to the terms and
conditions in CNRI's License Agreement.  This Agreement together with
Python 1.6.1 may be located on the Internet using the following
unique, persistent identifier (known as a handle): 1895.22/1013.  This
Agreement may also be obtained from a proxy server on the Internet
using the following URL: http://hdl.handle.net/1895.22/1013".

3. In the event Licensee prepares a derivative work that is based on
or incorporates Python 1.6.1 or any part thereof, and wants to make

Page 137

copyright-arista.txt

the derivative work available to others as provided herein, then
Licensee hereby agrees to include in any such work a brief summary of
the changes made to Python 1.6.1.

4. CNRI is making Python 1.6.1 available to Licensee on an "AS IS"
basis.  CNRI MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR
IMPLIED.  BY WAY OF EXAMPLE, BUT NOT LIMITATION, CNRI MAKES NO AND
DISCLAIMS ANY REPRESENTATION OR WARRANTY OF MERCHANTABILITY OR FITNESS
FOR ANY PARTICULAR PURPOSE OR THAT THE USE OF PYTHON 1.6.1 WILL NOT
INFRINGE ANY THIRD PARTY RIGHTS.

←[7m --More-- ←[27m←[K
←[K5. CNRI SHALL NOT BE LIABLE TO LICENSEE OR ANY OTHER USERS OF PYTHON
1.6.1 FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES OR LOSS AS
A RESULT OF MODIFYING, DISTRIBUTING, OR OTHERWISE USING PYTHON 1.6.1,
OR ANY DERIVATIVE THEREOF, EVEN IF ADVISED OF THE POSSIBILITY THEREOF.

6. This License Agreement will automatically terminate upon a material
breach of its terms and conditions.

7. This License Agreement shall be governed by the federal
intellectual property law of the United States, including without
limitation the federal copyright law, and, to the extent such
U.S. federal law does not apply, by the law of the Commonwealth of
Virginia, excluding Virginia's conflict of law provisions.
Notwithstanding the foregoing, with regard to derivative works based
on Python 1.6.1 that incorporate non-separable material that was
previously distributed under the GNU General Public License (GPL), the
law of the Commonwealth of Virginia shall govern this License
Agreement only as to issues arising under or with respect to
Paragraphs 4, 5, and 7 of this License Agreement.  Nothing in this
License Agreement shall be deemed to create any relationship of
agency, partnership, or joint venture between CNRI and Licensee.  This
License Agreement does not grant permission to use CNRI trademarks or
trade name in a trademark sense to endorse or promote products or
←[7m --More-- ←[27m←[K
←[Kservices of Licensee, or any third party.

8. By clicking on the "ACCEPT" button where indicated, or by copying,
installing or otherwise using Python 1.6.1, Licensee agrees to be
bound by the terms and conditions of this License Agreement.

        ACCEPT


CWI LICENSE AGREEMENT FOR PYTHON 0.9.0 THROUGH 1.2
--------------------------------------------------

Copyright (c) 1991 - 1995, Stichting Mathematisch Centrum Amsterdam,
The Netherlands.  All rights reserved.

Permission to use, copy, modify, and distribute this software and its
documentation for any purpose and without fee is hereby granted,
provided that the above copyright notice appear in all copies and that
both that copyright notice and this permission notice appear in
supporting documentation, and that the name of Stichting Mathematisch
Centrum or CWI not be used in advertising or publicity pertaining to
distribution of the software without specific, written prior
permission.
←[7m --More-- ←[27m←[K
←[K
STICHTING MATHEMATISCH CENTRUM DISCLAIMS ALL WARRANTIES WITH REGARD TO
THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND

copyright-arista.txt
FITNESS, IN NO EVENT SHALL STICHTING MATHEMATISCH CENTRUM BE LIABLE
FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT
OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.


++++++++
/usr/share/doc/slang-2.2.3/COPYING
++++++++

                GNU GENERAL PUBLIC LICENSE
                   Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble
←[7m --More-- ←[27m←[K
←[K
  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

←[7m --More-- ←[27m←[K
←[K  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
                          Page 139

copyright-arista.txt
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

←[7m --More-- ←[27m←[K
←[K  The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
      TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

←[7m --More-- ←[27m←[K
←[K  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.
←[7m --More-- ←[27m←[K
←[K
    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
                          Page 140

copyright-arista.txt
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
←[7m --More-- ←[27m←[K
←[Kyour rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

    3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,
←[7m --More-- ←[27m←[K
←[K
    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m --More-- ←[27m←[K
                        Page 141

copyright-arista.txt
←[K←[7m^L←[27m

  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
←[7m --More-- ←[27m←[K
←[KYou are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
←[7m --More-- ←[27m←[K
←[Ksuch claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
                              Page 142

copyright-arista.txt

may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
←[7m --More-- ←[27m←[K
←[Kaddress new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
←[7m --More-- ←[27m←[K
←[KPROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m^L←[27m
                How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
←[7m --More-- ←[27m←[K
←[Kfree software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.
                            Page 143

copyright-arista.txt

```
<one line to give the program's name and a brief idea of what it does.>
Copyright (C) 19yy  <name of author>

This program is free software; you can redistribute it and/or modify
it under the terms of the GNU General Public License as published by
the Free Software Foundation; either version 2 of the License, or
(at your option) any later version.

This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
```
⇐[7m --More-- ⇐[27m⇐[K
⇐[K
Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

```
Gnomovision version 69, Copyright (C) 19yy name of author
Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
This is free software, and you are welcome to redistribute it
under certain conditions; type `show c' for details.
```

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

```
Yoyodyne, Inc., hereby disclaims all copyright interest in the program
`Gnomovision' (which makes passes at compilers) written by James Hacker.
```

⇐[7m --More-- ⇐[27m⇐[K
⇐[K  <signature of Ty Coon>, 1 April 1989
```
Ty Coon, President of Vice
```

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/pciutils-3.1.7/COPYING
++++++++
                   GNU GENERAL PUBLIC LICENSE
                      Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.,
51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.
                        Page 144

copyright-arista.txt

Preamble
←[7m --More-- ←[27m←[K
←[K
 The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Lesser General Public License instead.)  You can apply it to
your programs, too.

 When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

 To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

←[7m --More-- ←[27m←[K
←[K For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

 We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

 Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

 Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

←[7m --More-- ←[27m←[K
←[K The precise terms and conditions for copying, distribution and
modification follow.

           GNU GENERAL PUBLIC LICENSE
 TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

 0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,

Page 145

copyright-arista.txt
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".


Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.


←[7m --More-- ←[27m←[K
←[K  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.


You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.


   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:


    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.


    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.
←[7m --More-- ←[27m←[K
←[K
    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)


These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.


Thus, it is not the intent of this section to claim rights or contest
←[7m --More-- ←[27m←[K
←[Kyour rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.
                    Page 146

copyright-arista.txt

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

    3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,
←[7m --More-- ←[27m←[K
←[K
    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m --More-- ←[27m←[K
←[K
    4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

    5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

                              Page 147

copyright-arista.txt

    6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
←[7m --More-- ←[27m←[K
←[KYou are not responsible for enforcing compliance by third parties to
this License.


    7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
←[7m --More-- ←[27m←[K
←[Ksuch claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.


    8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

    9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
←[7m --More-- ←[27m←[K
←[Kaddress new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

                                 Page 148

copyright-arista.txt

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                             NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
←[7m --More-- ←[27m←[K
←[KPROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
←[7m --More-- ←[27m←[K
←[Kfree software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License along
    with this program; if not, write to the Free Software Foundation, Inc.,
    51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA.
←[7m --More-- ←[27m←[K
                             Page 149

copyright-arista.txt
←[K
Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

←[7m --More-- ←[27m←[K
←[K  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.


++++++++
/usr/share/doc/hostname-3.04/COPYRIGHT
++++++++

hostname -- set the host name or show the host/domain name

Copyright (C) 1994-1997 Peter Tobias <tobias@et-inf.fho-emden.de>

This program is free software; you can redistribute it and/or modify
it under the terms of the GNU General Public License as published by
the Free Software Foundation; either version 2, or (at your option)
any later version.

←[7m --More-- ←[27m←[K
←[KThis program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.


++++++++
/usr/share/doc/iproute-3.0.Ar/COPYING
++++++++
                GNU GENERAL PUBLIC LICENSE
                    Page 150

copyright-arista.txt
Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                      51 Franklin St, Fifth Floor, Boston, MA  02110-1301  USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

                          Preamble
←[7m --More-- ←[27m←[K
←[K
  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

←[7m --More-- ←[27m←[K
←[K  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

←[7m --More-- ←[27m←[K
←[K  The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                   GNU GENERAL PUBLIC LICENSE
     TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

                          Page 151

copyright-arista.txt
    0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

←[7m --More-- ←[27m←[K
←[K  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

    2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.
←[7m --More-- ←[27m←[K
←[K
    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.
                                Page 152

copyright-arista.txt

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

     a) Accompany it with the complete corresponding machine-readable
     source code, which must be distributed under the terms of Sections
     1 and 2 above on a medium customarily used for software interchange; or,

     b) Accompany it with a written offer, valid for at least three
     years, to give any third party, for a charge no more than your
     cost of physically performing source distribution, a complete
     machine-readable copy of the corresponding source code, to be
     distributed under the terms of Sections 1 and 2 above on a medium
     customarily used for software interchange; or,

     c) Accompany it with the information you received as to the offer
     to distribute corresponding source code.  (This alternative is
     allowed only for noncommercial distribution and only if you
     received the program in object code or executable form with such
     an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.

   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
Page 153

copyright-arista.txt
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
←[7m --More-- ←[27m←[K
←[KYou are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
←[7m --More-- ←[27m←[K
←[Ksuch claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
←[7m --More-- ←[27m←[K
←[Kaddress new problems or concerns.

Each version is given a distinguishing version number.  If the Program
                            Page 154

copyright-arista.txt
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

   11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
←[7m --More-- ←[27m←[K
←[KPROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
            How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
←[7m --More-- ←[27m←[K
←[Kfree software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

      <one line to give the program's name and a brief idea of what it does.>
      Copyright (C) <year>  <name of author>

      This program is free software; you can redistribute it and/or modify
      it under the terms of the GNU General Public License as published by
      the Free Software Foundation; either version 2 of the License, or
      (at your option) any later version.

      This program is distributed in the hope that it will be useful,
      but WITHOUT ANY WARRANTY; without even the implied warranty of
      MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
                            Page 155

copyright-arista.txt
GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 51 Franklin St, Fifth Floor, Boston, MA  02110-1301  USA
←[7m --More-- ←[27m←[K
←[K
Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.
←[7m --More-- ←[27m←[K
←[K
  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/fipscheck-1.2.0/COPYING
++++++++

Copyright 2008 Red Hat, Inc. All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions are met:

1. Redistributions of source code must retain the above copyright notice,
this list of conditions and the following disclaimer.
2. Redistributions in binary form must reproduce the above copyright notice,
←[7m --More-- ←[27m←[K
←[Kthis list of conditions and the following disclaimer in the documentation
and/or other materials provided with the distribution.

THIS SOFTWARE IS PROVIDED BY RED HAT, INC. ''AS IS'' AND ANY EXPRESS OR
IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO
EVENT SHALL THE FREEBSD PROJECT OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT,
INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING,
BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE,
Page 156

copyright-arista.txt

DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF
LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE
OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF
ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

The views and conclusions contained in the software and documentation are those
of the authors and should not be interpreted as representing official policies,
either expressed or implied, of Red Hat, Inc.


++++++++
/usr/share/doc/bzip2-libs-1.0.6/LICENSE
++++++++

←[7m --More-- ←[27m←[K
←[K
------------------------------------------------------------------------

This program, "bzip2", the associated library "libbzip2", and all
documentation, are copyright (C) 1996-2010 Julian R Seward.  All
rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions
are met:

1. Redistributions of source code must retain the above copyright
   notice, this list of conditions and the following disclaimer.

2. The origin of this software must not be misrepresented; you must
   not claim that you wrote the original software.  If you use this
   software in a product, an acknowledgment in the product
   documentation would be appreciated but is not required.

3. Altered source versions must be plainly marked as such, and must
   not be misrepresented as being the original software.

4. The name of the author may not be used to endorse or promote
←[7m --More-- ←[27m←[K
←[K    products derived from this software without specific prior written
   permission.

THIS SOFTWARE IS PROVIDED BY THE AUTHOR ``AS IS'' AND ANY EXPRESS
OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED
WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR ANY
DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE
GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS
INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY,
WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING
NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS
SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

Julian Seward, jseward@bzip.org
bzip2/libbzip2 version 1.0.6 of 6 September 2010

------------------------------------------------------------------------


++++++++
/usr/share/doc/fuse-2.8.5/COPYING
←[7m --More-- ←[27m←[K
Page 157

copyright-arista.txt

←[K++++++++

GNU GENERAL PUBLIC LICENSE
Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.
  59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
←[7m --More-- ←[27m←[K
←[Kprice.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
←[7m --More-- ←[27m←[K
←[Ksoftware.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

  The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
GNU GENERAL PUBLIC LICENSE
Page 158

copyright-arista.txt
TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
←[7m --More-- ←[27m←[K
←[Keither verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
←[7m --More-- ←[27m←[K
←[Kof it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[KThese requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
                              Page 159

copyright-arista.txt
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:
←[7m --More-- ←[27m←[K
←[K
    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
←[7m --More-- ←[27m←[K
←[Kspecial exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
Page 160

copyright-arista.txt
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
←[7m --More-- ←[27m←[K
←[Kprohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
←[7m --More-- ←[27m←[K
←[Kall those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.
                          Page 161

copyright-arista.txt

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
←[7m --More-- ←[27m←[K
←[Kto ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
←[7m --More-- ←[27m←[K
←[KTO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
               How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
←[7m --More-- ←[27m←[K
←[K    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

                              Page 162

copyright-arista.txt
This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year  name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

←[7m --More-- ←[27m←[K
←[KThe hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
←[7m --More-- ←[27m←[K
←[K/usr/share/doc/xz-4.999.9/COPYING.GPLv2
++++++++
           GNU GENERAL PUBLIC LICENSE
              Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.,
 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                    Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
                    Page 163

copyright-arista.txt

Foundation's software and to any other program whose authors commit to using it.  (Some other Free Software Foundation software is covered by the GNU Lesser General Public License instead.)  You can apply it to your programs, too.

←[7m --More-- ←[27m←[K
←[K  When we speak of free software, we are referring to freedom, not price.  Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

    To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

    For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have.  You must make sure that they, too, receive or can get the source code.  And you must show them these terms so they know their rights.

    We protect your rights with two steps: (1) copyright the software, and (2) offer you this license which gives you legal permission to copy, distribute and/or modify the software.

    Also, for each author's protection and ours, we want to make certain
←[7m --More-- ←[27m←[K
←[Kthat everyone understands that there is no warranty for this free software.  If the software is modified by someone else and passed on, we want its recipients to know that what they have is not the original, so that any problems introduced by others will not reflect on the original authors' reputations.

    Finally, any free program is threatened constantly by software patents.  We wish to avoid the danger that redistributors of a free program will individually obtain patent licenses, in effect making the program proprietary.  To prevent this, we have made it clear that any patent must be licensed for everyone's free use or not licensed at all.

    The precise terms and conditions for copying, distribution and modification follow.

                    GNU GENERAL PUBLIC LICENSE
     TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

    0. This License applies to any program or other work which contains a notice placed by the copyright holder saying it may be distributed under the terms of this General Public License.  The "Program", below, refers to any such program or work, and a "work based on the Program" means either the Program or any derivative work under copyright law:
←[7m --More-- ←[27m←[K
←[Kthat is to say, a work containing the Program or a portion of it, either verbatim or with modifications and/or translated into another language.  (Hereinafter, translation is included without limitation in the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not covered by this License; they are outside its scope.  The act of running the Program is not restricted, and the output from the Program is covered only if its contents constitute a work based on the
                              Page 164

copyright-arista.txt
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

←[7m --More-- ←[27m←[K
←[K  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m --More-- ←[27m←[K
←[K
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
←[7m --More-- ←[27m←[K
                              Page 165

```
                         copyright-arista.txt
←[KSections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
←[7m --More-- ←[27m←[K
←[Kcontrol compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.

    4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

    5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
←[7m --More-- ←[27m←[K
←[Kdistribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

    6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
```

Page 166

copyright-arista.txt

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
←[7m --More-- ←[27m←[K
←[Klicense would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m --More-- ←[27m←[K
←[K
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

   9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
←[7m --More-- ←[27m←[K
←[Kprograms whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.
                              Page 167

copyright-arista.txt

NO WARRANTY

   11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
←[7m --More-- ←[27m←[K
←[KOUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

      <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
←[7m --More-- ←[27m←[K
←[K    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License along
    with this program; if not, write to the Free Software Foundation, Inc.,
    51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
                              Page 168

copyright-arista.txt
     under certain conditions; type `show c' for details.

←[7m --More-- ←[27m←[K
←[KThe hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

   Yoyodyne, Inc., hereby disclaims all copyright interest in the program
   `Gnomovision' (which makes passes at compilers) written by James Hacker.

   <signature of Ty Coon>, 1 April 1989
   Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.


++++++++
←[7m --More-- ←[27m←[K
←[K/usr/share/doc/wget-1.12/COPYING
++++++++
                 GNU GENERAL PUBLIC LICENSE
                   Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                       Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.
←[7m --More-- ←[27m←[K
←[K
  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.
                       Page 169

copyright-arista.txt

    For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

    Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

←[7m --More-- ←[27m←[K
←[K  For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

    Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

    Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.
←[7m --More-- ←[27m←[K
←[K
    The precise terms and conditions for copying, distribution and
modification follow.

                        TERMS AND CONDITIONS

    0. Definitions.

    "This License" refers to version 3 of the GNU General Public License.

    "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

    "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

    To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

    A "covered work" means either the unmodified Program or a work based
←[7m --More-- ←[27m←[K
←[Kon the Program.

    To "propagate" a work means to do anything with it that, without
                               Page 170

copyright-arista.txt

permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

   An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

   1. Source Code.
←[7m --More-- ←[27m←[K
←[K
   The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

   A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

   The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

   The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
←[7m --More-- ←[27m←[K
←[Kwork) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

   The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

   The Corresponding Source for a work in source code form is that
same work.

copyright-arista.txt

2. Basic Permissions.

All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
←[7m --More-- ←[27m←[K
←[Kpermission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

3. Protecting Users' Legal Rights From Anti-Circumvention Law.

No covered work shall be deemed part of an effective technological
←[7m --More-- ←[27m←[K
←[Kmeasure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

4. Conveying Verbatim Copies.

You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

←[7m --More-- ←[27m←[K
←[K  You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

5. Conveying Modified Source Versions.

You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

Page 172

copyright-arista.txt

a) The work must carry prominent notices stating that you modified
it, and giving a relevant date.

b) The work must carry prominent notices stating that it is
released under this License and any conditions added under section
7.  This requirement modifies the requirement in section 4 to
"keep intact all notices".

c) You must license the entire work, as a whole, under this
License to anyone who comes into possession of a copy.  This
License will therefore apply, along with any applicable section 7
additional terms, to the whole of the work, and all its parts,
regardless of how they are packaged.  This License gives no
permission to license the work in any other way, but it does not
←[7m --More-- ←[27m←[K
←[K    invalidate such permission if you have separately received it.

d) If the work has interactive user interfaces, each must display
Appropriate Legal Notices; however, if the Program has interactive
interfaces that do not display Appropriate Legal Notices, your
work need not make them do so.

A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

6. Conveying Non-Source Forms.

You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:
←[7m --More-- ←[27m←[K
←[K    a) Convey the object code in, or embodied in, a physical product
(including a physical distribution medium), accompanied by the
Corresponding Source fixed on a durable physical medium
customarily used for software interchange.

b) Convey the object code in, or embodied in, a physical product
(including a physical distribution medium), accompanied by a
written offer, valid for at least three years and valid for as
long as you offer spare parts or customer support for that product
model, to give anyone who possesses the object code either (1) a
copy of the Corresponding Source for all the software in the
product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
only if you received the object code with such an offer, in accord
with subsection 6b.
←[7m --More-- ←[27m←[K
Page 173

copyright-arista.txt
←[K
    d) Convey the object code by offering access from a designated
    place (gratis or for a charge), and offer equivalent access to the
    Corresponding Source in the same way through the same place at no
    further charge.  You need not require recipients to copy the
    Corresponding Source along with the object code.  If the place to
    copy the object code is a network server, the Corresponding Source
    may be on a different server (operated by you or a third party)
    that supports equivalent copying facilities, provided you maintain
    clear directions next to the object code saying where to find the
    Corresponding Source.  Regardless of what server hosts the
    Corresponding Source, you remain obligated to ensure that it is
    available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
    you inform other peers where the object code and Corresponding
    Source of the work are being offered to the general public at no
    charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

←[7m --More-- ←[27m←[K
←[K  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
←[7m --More-- ←[27m←[K
←[Kpart of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
                              Page 174

copyright-arista.txt
protocols for communication across the network.

   Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

←[7m --More-- ←[27m←[K
←[K  7. Additional Terms.

   "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

   When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
←[7m --More-- ←[27m←[K
←[K    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.

   All other non-permissive additional terms are considered "further
←[7m --More-- ←[27m←[K
←[Krestrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
                              Page 175

copyright-arista.txt

of that license document, provided that the further restriction does
not survive such relicensing or conveying.

   If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

   Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

   8. Termination.

   You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
←[7m --More-- ←[27m←[K
←[Kthis License (including any patent licenses granted under the third
paragraph of section 11).

   However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

   Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

   Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

←[7m --More-- ←[27m←[K
←[K  9. Acceptance Not Required for Having Copies.

   You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

   10. Automatic Licensing of Downstream Recipients.

   Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

   An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered

Page 176

copyright-arista.txt

work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
←[7m --More-- ←[27m←[K
←[Klicenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

    You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

    11.  Patents.

    A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

    A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
←[7m --More-- ←[27m←[K
←[Kbut do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

    Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

    In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

    If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
←[7m --More-- ←[27m←[K
←[Kavailable, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

    If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties

                                Page 177

copyright-arista.txt

receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

   A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
⸳[7m --More-- ⸳[27m⸳[K
⸳[Kto the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

   Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

   12. No Surrender of Others' Freedom.

   If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
⸳[7m --More-- ⸳[27m⸳[K
⸳[KLicense would be to refrain entirely from conveying the Program.

   13. Use with the GNU Affero General Public License.

   Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

   14. Revised Versions of this License.

   The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

   Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
⸳[7m --More-- ⸳[27m⸳[K
⸳[Koption of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the

copyright-arista.txt
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

   If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

   Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

   15. Disclaimer of Warranty.

   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
←[7m --More-- ←[27m←[K
←[KPURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

   16. Limitation of Liability.

   IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

   17. Interpretation of Sections 15 and 16.

   If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
←[7m --More-- ←[27m←[K
←[Kcopy of the Program in return for a fee.

                      END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

                              Page 179

copyright-arista.txt
       This program is free software: you can redistribute it and/or modify
       it under the terms of the GNU General Public License as published by
       the Free Software Foundation, either version 3 of the License, or
       (at your option) any later version.

←[7m --More-- ←[27m←[K
←[K    This program is distributed in the hope that it will be useful,
       but WITHOUT ANY WARRANTY; without even the implied warranty of
       MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       GNU General Public License for more details.

       You should have received a copy of the GNU General Public License
       along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

       <program>  Copyright (C) <year>  <name of author>
       This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
       This is free software, and you are welcome to redistribute it
       under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

  You should also get your employer (if you work as a programmer) or school,
←[7m --More-- ←[27m←[K
←[Kif any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


++++++++
/usr/share/doc/coreutils-8.5/COPYING
++++++++

                   GNU GENERAL PUBLIC LICENSE
                    Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

←[7m --More-- ←[27m←[K
←[K                          Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
                            Page 180

copyright-arista.txt
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

   When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

   To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
←[7m --More-- ←[27m←[K
←[Kcertain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

   Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

   For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

   Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
←[7m --More-- ←[27m←[K
←[Kpattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

   Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

   The precise terms and conditions for copying, distribution and
modification follow.

                      TERMS AND CONDITIONS

   0. Definitions.

   "This License" refers to version 3 of the GNU General Public License.

←[7m --More-- ←[27m←[K
                            Page 181

copyright-arista.txt
←[K  "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

   "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

   To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

   A "covered work" means either the unmodified Program or a work based
on the Program.

   To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
←[7m --More-- ←[27m←[K
←[Kparties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

   An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

   1. Source Code.

   The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

   A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

←[7m --More-- ←[27m←[K
←[K  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

   The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
Page 182

copyright-arista.txt

System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.
←[7m --More-- ←[27m←[K
←[K
  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

  The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

  All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
←[7m --More-- ←[27m←[K
←[Kthe terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

  Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

  No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

  When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
←[7m --More-- ←[27m←[K
←[Kusers, your or third parties' legal rights to forbid circumvention of
technological measures.

  4. Conveying Verbatim Copies.

  You may convey verbatim copies of the Program's source code as you
Page 183

copyright-arista.txt

receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

   5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

   a) The work must carry prominent notices stating that you modified
←[7m --More-- ←[27m←[K
←[K    it, and giving a relevant date.

   b) The work must carry prominent notices stating that it is
   released under this License and any conditions added under section
   7.  This requirement modifies the requirement in section 4 to
   "keep intact all notices".

   c) You must license the entire work, as a whole, under this
   License to anyone who comes into possession of a copy.  This
   License will therefore apply, along with any applicable section 7
   additional terms, to the whole of the work, and all its parts,
   regardless of how they are packaged.  This License gives no
   permission to license the work in any other way, but it does not
   invalidate such permission if you have separately received it.

   d) If the work has interactive user interfaces, each must display
   Appropriate Legal Notices; however, if the Program has interactive
   interfaces that do not display Appropriate Legal Notices, your
   work need not make them do so.

   A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
←[7m --More-- ←[27m←[K
←[Kin or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

   6. Conveying Non-Source Forms.

   You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

   a) Convey the object code in, or embodied in, a physical product
   (including a physical distribution medium), accompanied by the
   Corresponding Source fixed on a durable physical medium
   customarily used for software interchange.

   b) Convey the object code in, or embodied in, a physical product
   (including a physical distribution medium), accompanied by a
                              Page 184

copyright-arista.txt
written offer, valid for at least three years and valid for as
long as you offer spare parts or customer support for that product
⌐[7m --More-- ⌐[27m⌐[K
⌐[K    model, to give anyone who possesses the object code either (1) a
copy of the Corresponding Source for all the software in the
product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
only if you received the object code with such an offer, in accord
with subsection 6b.

    d) Convey the object code by offering access from a designated
place (gratis or for a charge), and offer equivalent access to the
Corresponding Source in the same way through the same place at no
further charge.  You need not require recipients to copy the
Corresponding Source along with the object code.  If the place to
copy the object code is a network server, the Corresponding Source
may be on a different server (operated by you or a third party)
that supports equivalent copying facilities, provided you maintain
clear directions next to the object code saying where to find the
⌐[7m --More-- ⌐[27m⌐[K
⌐[K    Corresponding Source.  Regardless of what server hosts the
Corresponding Source, you remain obligated to ensure that it is
available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
you inform other peers where the object code and Corresponding
Source of the work are being offered to the general public at no
charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kcommercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
Page 185

copyright-arista.txt

specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
←[7m --More-- ←[27m←[K
←[Krequirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.
←[7m --More-- ←[27m←[K
←[K
  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

←[7m --More-- ←[27m←[K
←[K    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

Page 186

copyright-arista.txt

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
←[7m --More-- ←[27m←[K
←[Kmust place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

←[7m --More-- ←[27m←[K
←[K  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
                              Page 187

copyright-arista.txt
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.
←[7m --More-- ←[27m←[K
←[K
  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
←[7m --More-- ←[27m←[K
←[Kany patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.
←[7m --More-- ←[27m←[K
←[K
  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
Page 188

copyright-arista.txt

and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

   If, pursuant to or in connection with a single transaction or
←[7m --More-- ←[27m←[K
←[Karrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

   A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

   Nothing in this License shall be construed as excluding or limiting
←[7m --More-- ←[27m←[K
←[Kany implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

   12. No Surrender of Others' Freedom.

   If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

   13. Use with the GNU Affero General Public License.

   Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
←[7m --More-- ←[27m←[K
                       Page 189

copyright-arista.txt

←[Ksection 13, concerning interaction through a network will apply to the combination as such.

14. Revised Versions of this License.

The Free Software Foundation may publish revised and/or new versions of the GNU General Public License from time to time.  Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Program specifies that a certain numbered version of the GNU General Public License "or any later version" applies to it, you have the option of following the terms and conditions either of that numbered version or of any later version published by the Free Software Foundation.  If the Program does not specify a version number of the GNU General Public License, you may choose any version ever published by the Free Software Foundation.

If the Program specifies that a proxy can decide which future versions of the GNU General Public License can be used, that proxy's public statement of acceptance of a version permanently authorizes you to choose that version for the Program.
←[7m --More-- ←[27m←[K
←[K
Later license versions may give you additional or different permissions.  However, no additional obligations are imposed on any author or copyright holder as a result of your choosing to follow a later version.

15. Disclaimer of Warranty.

THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

16. Limitation of Liability.

IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
←[7m --More-- ←[27m←[K
←[KUSE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

17. Interpretation of Sections 15 and 16.

If the disclaimer of warranty and limitation of liability provided above cannot be given local legal effect according to their terms, reviewing courts shall apply local law that most closely approximates an absolute waiver of all civil liability in connection with the Program, unless a warranty or assumption of liability accompanies a copy of the Program in return for a fee.

Page 190

```
                          copyright-arista.txt
                    END OF TERMS AND CONDITIONS

              How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

       <one line to give the program's name and a brief idea of what it does.>
       Copyright (C) <year>  <name of author>

       This program is free software: you can redistribute it and/or modify
       it under the terms of the GNU General Public License as published by
       the Free Software Foundation, either version 3 of the License, or
       (at your option) any later version.

       This program is distributed in the hope that it will be useful,
       but WITHOUT ANY WARRANTY; without even the implied warranty of
       MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       GNU General Public License for more details.

       You should have received a copy of the GNU General Public License
       along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

       <program>  Copyright (C) <year>  <name of author>
       This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
       This is free software, and you are welcome to redistribute it
       under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

    You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

    The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.
⌐[7m --More-- ⌐[27m⌐[K
⌐[K

++++++++
/usr/share/doc/cronie-1.4.8/COPYING
++++++++
                              Page 191
```

```
                            copyright-arista.txt
/*
 * Copyright (c) 2004 by Internet Systems Consortium, Inc. ("ISC")
 * Copyright (c) 1997,2000 by Internet Software Consortium, Inc.
 *
 * Permission to use, copy, modify, and distribute this software for any
 * purpose with or without fee is hereby granted, provided that the above
 * copyright notice and this permission notice appear in all copies.
 *
 * THE SOFTWARE IS PROVIDED "AS IS" AND ISC DISCLAIMS ALL WARRANTIES
 * WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF
 * MERCHANTABILITY AND FITNESS.  IN NO EVENT SHALL ISC BE LIABLE FOR
 * ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
 * WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
 * ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT
 * OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.
 */
/*
←[7m --More-- ←[27m←[K
←[K * Copyright (c) 1988, 1993, 1994
 *      The Regents of the University of California.  All rights reserved.
 *
 * This code is derived from software written by Ken Arnold and
 * published in UNIX Review, Vol. 6, No. 8.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 * 1. Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in the
 *    documentation and/or other materials provided with the distribution.
 *
 * THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS ``AS IS'' AND
 * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
 * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
 * ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE
 * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
 * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
 * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
 * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
←[7m --More-- ←[27m←[K
←[K * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
 * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
 * SUCH DAMAGE.
 *
 */
/*
 * Copyright (c) 1989, 1993
 *      The Regents of the University of California.  All rights reserved.
 *
 * This code is derived from software contributed to Berkeley by
 * Paul Vixie.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 * 1. Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in the
 *    documentation and/or other materials provided with the distribution.
 * 3. Neither the name of the University nor the names of its contributors
```

```
                              copyright-arista.txt
   *     may be used to endorse or promote products derived from this software
   *     without specific prior written permission.
←[7m --More-- ←[27m←[K
←[K *
   * THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS ``AS IS'' AND
   * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
   * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
   * ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE
   * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
   * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
   * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
   * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
   * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
   * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
   * SUCH DAMAGE.
   *
   *       @(#)bitstring.h 8.1 (Berkeley) 7/19/93
   */


++++++++
/usr/share/doc/passwd-0.78/COPYING
++++++++

 Copyright Red Hat, Inc., 1998, 1999, 2001, 2002.

←[7m --More-- ←[27m←[K
←[K Redistribution and use in source and binary forms, with or without
 modification, are permitted provided that the following conditions
 are met:
 1. Redistributions of source code must retain the above copyright
    notice, and the entire permission notice in its entirety,
    including the disclaimer of warranties.
 2. Redistributions in binary form must reproduce the above copyright
    notice, this list of conditions and the following disclaimer in the
    documentation and/or other materials provided with the distribution.
 3. The name of the author may not be used to endorse or promote
    products derived from this software without specific prior
    written permission.

 ALTERNATIVELY, this product may be distributed under the terms of
 the GNU Public License, in which case the provisions of the GPL are
 required INSTEAD OF the above restrictions.  (This clause is
 necessary due to a potential bad interaction between the GPL and
 the restrictions contained in a BSD-style copyright.)

 THIS SOFTWARE IS PROVIDED ``AS IS'' AND ANY EXPRESS OR IMPLIED
 WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES
 OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE
 DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR ANY DIRECT,
←[7m --More-- ←[27m←[K
←[K INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES
 (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR
 SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
 HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT,
 STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE)
 ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED
 OF THE POSSIBILITY OF SUCH DAMAGE.

 The full text of the GNU GENERAL PUBLIC LICENSE Version 2 is included
 below.

-------------------------------------------------------------------------
                                  Page 193
```

copyright-arista.txt

GNU GENERAL PUBLIC LICENSE
Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.
   51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

Preamble
←[7m --More-- ←[27m←[K
←[K
  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

←[7m --More-- ←[27m←[K
←[K For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

←[7m --More-- ←[27m←[K
←[K The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                              Page 194

copyright-arista.txt
GNU GENERAL PUBLIC LICENSE
TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

←[7m --More-- ←[27m←[K
←[K  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.
←[7m --More-- ←[27m←[K
←[K
    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
Page 195

copyright-arista.txt

on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
←[7m --More-- ←[27m←[K
←[Kyour rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

     a) Accompany it with the complete corresponding machine-readable
     source code, which must be distributed under the terms of Sections
     1 and 2 above on a medium customarily used for software interchange; or,

     b) Accompany it with a written offer, valid for at least three
     years, to give any third party, for a charge no more than your
     cost of physically performing source distribution, a complete
     machine-readable copy of the corresponding source code, to be
     distributed under the terms of Sections 1 and 2 above on a medium
     customarily used for software interchange; or,
←[7m --More-- ←[27m←[K
←[K
     c) Accompany it with the information you received as to the offer
     to distribute corresponding source code.  (This alternative is
     allowed only for noncommercial distribution and only if you
     received the program in object code or executable form with such
     an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

                              Page 196

copyright-arista.txt

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
←[7m --More-- ←[27m←[K
←[KYou are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
←[7m --More-- ←[27m←[K
←[Ksuch claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
←[7m --More-- ←[27m←[K
                        Page 197

copyright-arista.txt
←[Kaddress new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                          NO WARRANTY

   11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
←[7m --More-- ←[27m←[K
←[KPROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
               How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
←[7m --More-- ←[27m←[K
←[Kfree software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

       <one line to give the program's name and a brief idea of what it does.>
       Copyright (C) <year>  <name of author>

       This program is free software; you can redistribute it and/or modify
       it under the terms of the GNU General Public License as published by
       the Free Software Foundation; either version 2 of the License, or
       (at your option) any later version.

                            Page 198

copyright-arista.txt
This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

You should have received a copy of the GNU General Public License
along with this program; if not, write to the Free Software
Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  U ⌐
[7m --More-- ⌐[27m⌐[K
⌐[KSA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

Gnomovision version 69, Copyright (C) year  name of author
Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
This is free software, and you are welcome to redistribute it
under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

Yoyodyne, Inc., hereby disclaims all copyright interest in the program
⌐[7m --More-- ⌐[27m⌐[K
⌐[K `Gnomovision' (which makes passes at compilers) written by James Hacker.

<signature of Ty Coon>, 1 April 1989
Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/libvirt-client-0.8.3/COPYING.LIB
++++++++

GNU LESSER GENERAL PUBLIC LICENSE
Version 2.1, February 1999

Copyright (C) 1991, 1999 Free Software Foundation, Inc.
59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
Everyone is permitted to copy and distribute verbatim copies
⌐[7m --More-- ⌐[27m⌐[K
⌐[K of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
as the successor of the GNU Library Public License, version 2, hence
the version number 2.1.]

Page 199

copyright-arista.txt
Preamble

   The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

   This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
this license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations
below.

   When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
←[7m --More-- ←[27m←[K
←[Kyou have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.

   To protect your rights, we need to make restrictions that forbid
distributors to deny you these rights or to ask you to surrender these
rights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

   For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

   We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

←[7m --More-- ←[27m←[K
←[K  To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
introduced by others.
^L
   Finally, software patents pose a constant threat to the existence of
any free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
consistent with the full freedom of use specified in this license.

   Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
is quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
libraries into non-free programs.

Page 200

copyright-arista.txt

     When a program is linked with a library, whether statically or using
a shared library, the combination of the two is legally speaking a
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kcombined work, a derivative of the original library.  The ordinary
General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.

     We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
Public License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
special circumstances.

     For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it
becomes a de-facto standard.  To achieve this, non-free programs must
be allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
case, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

     In other cases, permission to use a particular library in non-free
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kprograms enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
operating system, as well as its variant, the GNU/Linux operating
system.

     Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
linked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

     The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.
^L
                GNU LESSER GENERAL PUBLIC LICENSE
     TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

     0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kthis Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

     A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

     The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
                              Page 201

copyright-arista.txt
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control
compilation and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
←[7m --More-- ←[27m←[K
←[Krunning a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

←[7m --More-- ←[27m←[K
←[K    a) The modified work must itself be a software library.

    b) You must cause the files modified to carry prominent notices
    stating that you changed the files and the date of any change.

    c) You must cause the whole of the work to be licensed at no
    charge to all third parties under the terms of this License.

    d) If a facility in the modified Library refers to a function or a
    table of data to be supplied by an application program that uses
    the facility, other than as an argument passed when the facility
    is invoked, then you must make a good faith effort to ensure that,
    in the event an application does not supply such function or
    table, the facility still operates, and performs whatever part of
    its purpose remains meaningful.

    (For example, a function in a library to compute square roots has
    a purpose that is entirely well-defined independent of the
    application.  Therefore, Subsection 2d requires that any
    application-supplied function or table used by this function must
    be optional: if the application does not supply it, the square
    root function must still compute square roots.)

←[7m --More-- ←[27m←[K
←[KThese requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
                              Page 202

copyright-arista.txt

themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
←[7m --More-- ←[27m←[K
←[Kthis, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
^L
  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
←[7m --More-- ←[27m←[K
←[Ksource code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

  However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

  When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
Page 203

copyright-arista.txt

derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

←[7m --More-- ←[27m←[K
←[K  If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

   Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
^L
   6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

   You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
←[7m --More-- ←[27m←[K
←[Kcopyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Use a suitable shared library mechanism for linking with the
    Library.  A suitable mechanism is one that (1) uses at run time a
    copy of the library already present on the user's computer system,
    rather than copying library functions into the executable, and (2)
    will operate properly with a modified version of the library, if
    the user installs one, as long as the modified version is
    interface-compatible with the version that the work was made with.
←[7m --More-- ←[27m←[K
←[K
    c) Accompany the work with a written offer, valid for at least
    three years, to give the same user the materials specified in
    Subsection 6a, above, for a charge no more than the cost of
    performing this distribution.

    d) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.

Page 204

copyright-arista.txt

    e) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the materials to be distributed need not include anything that is
normally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
←[7m --More-- ←[27m←[K
←[Krestrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
^L
  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
←[7m --More-- ←[27m←[K
←[Kattempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.
^L
←[7m --More-- ←[27m←[K

                              Page 205

copyright-arista.txt

←[K  11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply, and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
←[7m --More-- ←[27m←[K
←[Kgenerous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License
may add an explicit geographical distribution limitation excluding those
countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
←[7m --More-- ←[27m←[K
←[Kspecifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
^L
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

copyright-arista.txt

NO WARRANTY

   15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
←[7m --More-- ←[27m←[K
←[KIMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

   16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

            END OF TERMS AND CONDITIONS
^L
         How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
←[7m --More-- ←[27m←[K
←[Kredistribution under these terms (or, alternatively, under the terms
of the ordinary General Public License).

   To apply these terms, attach the following notices to the library.
It is safest to attach them to the start of each source file to most
effectively convey the exclusion of warranty; and each file should
have at least the "copyright" line and a pointer to where the full
notice is found.

        <one line to give the library's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This library is free software; you can redistribute it and/or
        modify it under the terms of the GNU Lesser General Public
        License as published by the Free Software Foundation; either
        version 2.1 of the License, or (at your option) any later version.

        This library is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
        Lesser General Public License for more details.

←[7m --More-- ←[27m←[K
←[K    You should have received a copy of the GNU Lesser General Public
        License along with this library; if not, write to the Free Software
        Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA 02111-1307  USA

Also add information on how to contact you by electronic and paper mail.

Page 207

copyright-arista.txt
You should also get your employer (if you work as a programmer) or
your school, if any, to sign a "copyright disclaimer" for the library,
if necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library `Frob' (a library for tweaking knobs) written by James
  Random Hacker.

  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!


++++++++
/usr/share/doc/gdb-7.2/COPYING.LIB
++++++++
←[7m --More-- ←[27m←[K
←[K
                GNU LIBRARY GENERAL PUBLIC LICENSE
                     Version 2, June 1991

 Copyright (C) 1991 Free Software Foundation, Inc.
 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301, USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the library GPL.  It is
 numbered 2 because it goes with version 2 of the ordinary GPL.]

                         Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Library General Public License, applies to some
specially designated Free Software Foundation software, and to any
other libraries whose authors decide to use it.  You can use it for
your libraries, too.
←[7m --More-- ←[27m←[K
←[K
  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if
you distribute copies of the library, or if you modify it.

  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link a program with the library, you must provide
complete object files to the recipients so that they can relink them
with the library, after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

                         Page 208

copyright-arista.txt
     Our method of protecting your rights has two steps: (1) copyright
the library, and (2) offer you this license which gives you legal
←[7m --More-- ←[27m←[K
←[Kpermission to copy, distribute and/or modify the library.

     Also, for each distributor's protection, we want to make certain
that everyone understands that there is no warranty for this free
library.  If the library is modified by someone else and passed on, we
want its recipients to know that what they have is not the original
version, so that any problems introduced by others will not reflect on
the original authors' reputations.
←[7m^L←[27m
     Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that companies distributing free
software will individually obtain patent licenses, thus in effect
transforming the program into proprietary software.  To prevent this,
we have made it clear that any patent must be licensed for everyone's
free use or not licensed at all.

     Most GNU software, including some libraries, is covered by the ordinary
GNU General Public License, which was designed for utility programs.  This
license, the GNU Library General Public License, applies to certain
designated libraries.  This license is quite different from the ordinary
one; be sure to read it in full, and don't assume that anything in it is
the same as in the ordinary license.

←[7m --More-- ←[27m←[K
←[K  The reason we have a separate public license for some libraries is that
they blur the distinction we usually make between modifying or adding to a
program and simply using it.  Linking a program with a library, without
changing the library, is in some sense simply using the library, and is
analogous to running a utility program or application program.  However, in
a textual and legal sense, the linked executable is a combined work, a
derivative of the original library, and the ordinary General Public License
treats it as such.

     Because of this blurred distinction, using the ordinary General
Public License for libraries did not effectively promote software
sharing, because most developers did not use the libraries.  We
concluded that weaker conditions might promote sharing better.

     However, unrestricted linking of non-free programs would deprive the
users of those programs of all benefit from the free status of the
libraries themselves.  This Library General Public License is intended to
permit developers of non-free programs to use free libraries, while
preserving your freedom as a user of such programs to change the free
libraries that are incorporated in them.  (We have not seen how to achieve
this as regards changes in header files, but we have achieved it as regards
changes in the actual functions of the Library.)  The hope is that this
will lead to faster development of free libraries.
←[7m --More-- ←[27m←[K
←[K
     The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, while the latter only
works together with the library.

     Note that it is possible for a library to be covered by the ordinary
General Public License rather than by this special one.
←[7m^L←[27m
            GNU LIBRARY GENERAL PUBLIC LICENSE
  TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION
                         Page 209

copyright-arista.txt

   0. This License Agreement applies to any software library which
contains a notice placed by the copyright holder or other authorized
party saying it may be distributed under the terms of this Library
General Public License (also called "this License").  Each licensee is
addressed as "you".

   A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

←[7m --More-- ←[27m←[K
←[K  The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
←[7m --More-- ←[27m←[K
←[Kcomplete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

      a) The modified work must itself be a software library.

      b) You must cause the files modified to carry prominent notices
      stating that you changed the files and the date of any change.

      c) You must cause the whole of the work to be licensed at no
      charge to all third parties under the terms of this License.
←[7m --More-- ←[27m←[K
←[K
      d) If a facility in the modified Library refers to a function or a
      table of data to be supplied by an application program that uses
                              Page 210

copyright-arista.txt

the facility, other than as an argument passed when the facility
is invoked, then you must make a good faith effort to ensure that,
in the event an application does not supply such function or
table, the facility still operates, and performs whatever part of
its purpose remains meaningful.

(For example, a function in a library to compute square roots has
a purpose that is entirely well-defined independent of the
application.  Therefore, Subsection 2d requires that any
application-supplied function or table used by this function must
be optional: if the application does not supply it, the square
root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
←[7m --More-- ←[27m←[K
←[Kthis License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not

Page 211

copyright-arista.txt
compelled to copy the source along with the object code.

   5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
←[7m --More-- ←[27m←[K
←[Kwork, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

   However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

   When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

   If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

←[7m --More-- ←[27m←[K
←[K Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
   6. As an exception to the Sections above, you may also compile or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

   You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

   a) Accompany the work with the complete corresponding
   machine-readable source code for the Library including whatever
   changes were used in the work (which must be distributed under
←[7m --More-- ←[27m←[K
←[K    Sections 1 and 2 above); and, if the work is an executable linked
   with the Library, with the complete machine-readable "work that
   uses the Library", as object code and/or source code, so that the
   user can modify the Library and then relink to produce a modified
   executable containing the modified Library.  (It is understood
   that the user who changes the contents of definitions files in the
   Library will not necessarily be able to recompile the application
   to use the modified definitions.)

                              Page 212

copyright-arista.txt

b) Accompany the work with a written offer, valid for at
least three years, to give the same user the materials
specified in Subsection 6a, above, for a charge no more
than the cost of performing this distribution.

c) If distribution of the work is made by offering access to copy
from a designated place, offer equivalent access to copy the above
specified materials from the same place.

d) Verify that the user has already received a copy of these
materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
←[7m --More-- ←[27m←[K
←[Kreproducing the executable from it.  However, as a special exception,
the source code distributed need not include anything that is normally
distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

a) Accompany the combined library with a copy of the same work
based on the Library, uncombined with any other library
facilities.  This must be distributed under the terms of the
←[7m --More-- ←[27m←[K
←[K    Sections above.

b) Give prominent notice with the combined library of the fact
that part of it is a work based on the Library, and explaining
where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

←[7m --More-- ←[27m←[K

copyright-arista.txt
←[K  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
←[7m^L←[27m
    11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
←[7m --More-- ←[27m←[K
←[Kand the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

    12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.
←[7m --More-- ←[27m←[K
←[K
    13. The Free Software Foundation may publish revised and/or new
versions of the Library General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
←[7m^L←[27m
    14. If you wish to incorporate parts of the Library into other free
                            Page 214

copyright-arista.txt
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

←[7m --More-- ←[27m←[K
←[K                         NO WARRANTY

   15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

   16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

←[7m --More-- ←[27m←[K
←[K                 END OF TERMS AND CONDITIONS
←[7m^L←[27m
        Appendix: How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

   To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

        <one line to give the library's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This library is free software; you can redistribute it and/or
        modify it under the terms of the GNU Library General Public
        License as published by the Free Software Foundation; either
        version 2 of the License, or (at your option) any later version.

←[7m --More-- ←[27m←[K
←[K    This library is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
        Library General Public License for more details.

        You should have received a copy of the GNU Library General Public
                                Page 215

```
                         copyright-arista.txt
    License along with this library; if not, write to the Free
    Software Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston,
    MA 02110-1301, USA

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library 'Frob' (a library for tweaking knobs) written by James Random Hacker.

  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!
←[7m --More-- ←[27m←[K
←[K


++++++++
/usr/share/doc/uwsgi-2.0.2/LICENSE
++++++++

----------------------------------------------------------------------

LINKING EXCEPTION

  In addition to the permissions in the GNU General Public License,
  the authors give you unlimited permission to link the compiled
  version of this library into combinations with other programs,
  and to distribute those combinations without any restriction
  coming from the use of this file. (The General Public License
  restrictions do apply in other respects; for example, they cover
  modification of the file, and distribution when not linked into
  a combined executable.)

----------------------------------------------------------------------


              GNU GENERAL PUBLIC LICENSE
←[7m --More-- ←[27m←[K
←[K          Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.,
 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Lesser General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
                            Page 216
```

copyright-arista.txt
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kif you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

    To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

    For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

    We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

    Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kauthors' reputations.

    Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

    The precise terms and conditions for copying, distribution and
modification follow.

                    GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

    0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".
⌐[7m --More-- ⌐[27m⌐[K
⌐[K
Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

    1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
                              Page 217

copyright-arista.txt
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:
←[7m --More-- ←[27m←[K
←[K
        a) You must cause the modified files to carry prominent notices
        stating that you changed the files and the date of any change.

        b) You must cause any work that you distribute or publish, that in
        whole or in part contains or is derived from the Program or any
        part thereof, to be licensed as a whole at no charge to all third
        parties under the terms of this License.

        c) If the modified program normally reads commands interactively
        when run, you must cause it, when started running for such
        interactive use in the most ordinary way, to print or display an
        announcement including an appropriate copyright notice and a
        notice that there is no warranty (or else, saying that you provide
        a warranty) and that users may redistribute the program under
        these conditions, and telling the user how to view a copy of this
        License.  (Exception: if the Program itself is interactive but
        does not normally print such an announcement, your work based on
        the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
←[7m --More-- ←[27m←[K
←[Kthemselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

        a) Accompany it with the complete corresponding machine-readable
        source code, which must be distributed under the terms of Sections
←[7m --More-- ←[27m←[K
←[K    1 and 2 above on a medium customarily used for software interchange; or,

        b) Accompany it with a written offer, valid for at least three
                              Page 218

copyright-arista.txt

years, to give any third party, for a charge no more than your
cost of physically performing source distribution, a complete
machine-readable copy of the corresponding source code, to be
distributed under the terms of Sections 1 and 2 above on a medium
customarily used for software interchange; or,

c) Accompany it with the information you received as to the offer
to distribute corresponding source code.  (This alternative is
allowed only for noncommercial distribution and only if you
received the program in object code or executable form with such
an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
←[7m --More-- ←[27m←[K
←[Koperating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.

   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
←[7m --More-- ←[27m←[K
←[Kall its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you

copyright-arista.txt

may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.
←[7m --More-- ←[27m←[K
←[K
If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
←[7m --More-- ←[27m←[K
←[Kmay add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
←[7m --More-- ←[27m←[K
←[Kof preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                              NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
                               Page 220

copyright-arista.txt
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
←[7m --More-- ←[27m←[K
←[KPOSSIBILITY OF SUCH DAMAGES.

             END OF TERMS AND CONDITIONS

         How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

       <one line to give the program's name and a brief idea of what it does.>
       Copyright (C) <year>  <name of author>

       This program is free software; you can redistribute it and/or modify
       it under the terms of the GNU General Public License as published by
       the Free Software Foundation; either version 2 of the License, or
       (at your option) any later version.

←[7m --More-- ←[27m←[K
←[K    This program is distributed in the hope that it will be useful,
       but WITHOUT ANY WARRANTY; without even the implied warranty of
       MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       GNU General Public License for more details.

       You should have received a copy of the GNU General Public License along
       with this program; if not, write to the Free Software Foundation, Inc.,
       51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

       Gnomovision version 69, Copyright (C) year name of author
       Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
       This is free software, and you are welcome to redistribute it
       under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.
←[7m --More-- ←[27m←[K
                         Page 221

copyright-arista.txt
←[K
You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.


++++++++
/usr/share/doc/cyrus-sasl-lib-2.1.23/COPYING
++++++++

/* CMU libsasl
←[7m --More-- ←[27m←[K
←[K * Tim Martin
 * Rob Earhart
 * Rob Siemborski
 */
/*
 * Copyright (c) 1998-2003 Carnegie Mellon University.  All rights reserved.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 *
 * 1. Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 *
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in
 *    the documentation and/or other materials provided with the
 *    distribution.
 *
 * 3. The name "Carnegie Mellon University" must not be used to
 *    endorse or promote products derived from this software without
 *    prior written permission. For permission or any other legal
 *    details, please contact
←[7m --More-- ←[27m←[K
←[K *      Office of Technology Transfer
 *      Carnegie Mellon University
 *      5000 Forbes Avenue
 *      Pittsburgh, PA  15213-3890
 *      (412) 268-4387, fax: (412) 268-7395
 *      tech-transfer@andrew.cmu.edu
 *
 * 4. Redistributions of any form whatsoever must retain the following
 *    acknowledgment:
 *    "This product includes software developed by Computing Services
 *     at Carnegie Mellon University (http://www.cmu.edu/computing/)."
 *
 * CARNEGIE MELLON UNIVERSITY DISCLAIMS ALL WARRANTIES WITH REGARD TO
 * THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY
 * AND FITNESS, IN NO EVENT SHALL CARNEGIE MELLON UNIVERSITY BE LIABLE
Page 222

```
                           copyright-arista.txt
  * FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
  * WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN
  * AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING
  * OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.
  */


++++++++
←[7m --More-- ←[27m←[K
←[K/usr/share/doc/rpm-4.8.1/COPYING
++++++++

RPM and it's source code are covered under two separate licenses.

The entire code base may be distributed under the terms of the GNU General
Public License (GPL), which appears immediately below.  Alternatively,
all of the source code in the lib subdirectory of the RPM source code
distribution as well as any code derived from that code may instead be
distributed under the GNU Library General Public License (LGPL), at the
choice of the distributor. The complete text of the LGPL appears
at the bottom of this file.

This alternatively is allowed to enable applications to be linked against
the RPM library (commonly called librpm) without forcing such applications
to be distributed under the GPL.

Any questions regarding the licensing of RPM should be addressed to
marc@redhat.com and ewt@redhat.com.


------------------------------------------------------------------------

                  GNU GENERAL PUBLIC LICENSE
←[7m --More-- ←[27m←[K
←[K                  Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                     675 Mass Ave, Cambridge, MA 02139, USA
  Everyone is permitted to copy and distribute verbatim copies
  of this license document, but changing it is not allowed.

                            Preamble

   The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

   When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
←[7m --More-- ←[27m←[K
←[Kif you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

   To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
```

Page 223

copyright-arista.txt
distribute copies of the software, or if you modify it.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

   We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
←[7m --More-- ←[27m←[K
←[Kauthors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                  GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".
←[7m --More-- ←[27m←[K
←[K
Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
                              Page 224

copyright-arista.txt
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:
←[7m --More-- ←[27m←[K
←[K
    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
←[7m --More-- ←[27m←[K
←[Kthemselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

    3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
←[7m --More-- ←[27m←[K
←[K    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
                                Page 225

```
                        copyright-arista.txt
        received the program in object code or executable form with such
        an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
←[7m --More-- ←[27m←[K
←[Koperating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
←[7m --More-- ←[27m←[K
←[Kall its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.
←[7m --More-- ←[27m←[K
←[K
If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
                              Page 226
```

copyright-arista.txt
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
⎯[7m^L⎯[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
⎯[7m --More-- ⎯[27m⎯[K
⎯[Kmay add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
⎯[7m --More-- ⎯[27m⎯[K
⎯[Kof preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
                            Page 227

copyright-arista.txt
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
←[7m --More-- ←[27m←[K
←[KPOSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m^L←[27m
              How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) 19yy  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

←[7m --More-- ←[27m←[K
←[K    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) 19yy name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.
←[7m --More-- ←[27m←[K
←[K
You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
                            Page 228

copyright-arista.txt

Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.

--------------------------------------------------------------------------

                   GNU LIBRARY GENERAL PUBLIC LICENSE
                        Version 2, June 1991

 Copyright (C) 1991 Free Software Foundation, Inc.
←[7m --More-- ←[27m←[K
←[K                675 Mass Ave, Cambridge, MA 02139, USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the library GPL.  It is
 numbered 2 because it goes with version 2 of the ordinary GPL.]

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Library General Public License, applies to some
specially designated Free Software Foundation software, and to any
other libraries whose authors decide to use it.  You can use it for
your libraries, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
←[7m --More-- ←[27m←[K
←[Kif you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if
you distribute copies of the library, or if you modify it.

  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link a program with the library, you must provide
complete object files to the recipients so that they can relink them
with the library, after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

  Our method of protecting your rights has two steps: (1) copyright
the library, and (2) offer you this license which gives you legal
permission to copy, distribute and/or modify the library.

  Also, for each distributor's protection, we want to make certain
that everyone understands that there is no warranty for this free
library.  If the library is modified by someone else and passed on, we
←[7m --More-- ←[27m←[K
                            Page 229

copyright-arista.txt
←[Kwant its recipients to know that what they have is not the original
version, so that any problems introduced by others will not reflect on
the original authors' reputations.
←[7m^L←[27m
   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that companies distributing free
software will individually obtain patent licenses, thus in effect
transforming the program into proprietary software.  To prevent this,
we have made it clear that any patent must be licensed for everyone's
free use or not licensed at all.

   Most GNU software, including some libraries, is covered by the ordinary
GNU General Public License, which was designed for utility programs.  This
license, the GNU Library General Public License, applies to certain
designated libraries.  This license is quite different from the ordinary
one; be sure to read it in full, and don't assume that anything in it is
the same as in the ordinary license.

   The reason we have a separate public license for some libraries is that
they blur the distinction we usually make between modifying or adding to a
program and simply using it.  Linking a program with a library, without
changing the library, is in some sense simply using the library, and is
analogous to running a utility program or application program.  However, in
←[7m --More-- ←[27m←[K
←[Ka textual and legal sense, the linked executable is a combined work, a
derivative of the original library, and the ordinary General Public License
treats it as such.

   Because of this blurred distinction, using the ordinary General
Public License for libraries did not effectively promote software
sharing, because most developers did not use the libraries.  We
concluded that weaker conditions might promote sharing better.

   However, unrestricted linking of non-free programs would deprive the
users of those programs of all benefit from the free status of the
libraries themselves.  This Library General Public License is intended to
permit developers of non-free programs to use free libraries, while
preserving your freedom as a user of such programs to change the free
libraries that are incorporated in them.  (We have not seen how to achieve
this as regards changes in header files, but we have achieved it as regards
changes in the actual functions of the Library.)  The hope is that this
will lead to faster development of free libraries.

   The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, while the latter only
←[7m --More-- ←[27m←[K
←[Kworks together with the library.

   Note that it is possible for a library to be covered by the ordinary
General Public License rather than by this special one.
←[7m^L←[27m
                GNU LIBRARY GENERAL PUBLIC LICENSE
    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License Agreement applies to any software library which
contains a notice placed by the copyright holder or other authorized
party saying it may be distributed under the terms of this Library
General Public License (also called "this License").  Each licensee is
addressed as "you".

   A "library" means a collection of software functions and/or data
                             Page 230

copyright-arista.txt
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

   The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
←[7m --More-- ←[27m←[K
←[Kstraightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
←[7m --More-- ←[27m←[K
←[KLibrary.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

     a) The modified work must itself be a software library.

     b) You must cause the files modified to carry prominent notices
     stating that you changed the files and the date of any change.

     c) You must cause the whole of the work to be licensed at no
     charge to all third parties under the terms of this License.

     d) If a facility in the modified Library refers to a function or a
     table of data to be supplied by an application program that uses
     the facility, other than as an argument passed when the facility
     is invoked, then you must make a good faith effort to ensure that,
←[7m --More-- ←[27m←[K
←[K    in the event an application does not supply such function or
     table, the facility still operates, and performs whatever part of
     its purpose remains meaningful.

     (For example, a function in a library to compute square roots has
     a purpose that is entirely well-defined independent of the
                              Page 231

copyright-arista.txt

```
        application.  Therefore, Subsection 2d requires that any
        application-supplied function or table used by this function must
        be optional: if the application does not supply it, the square
        root function must still compute square roots.)
```

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
←[7m --More-- ←[27m←[K
←[Kyour rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
←[7m --More-- ←[27m←[K
←[Kthe Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

copyright-arista.txt
    However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
←[7m --More-- ←[27m←[K
←[Kcontains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

    When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

    If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

    Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K  6. As an exception to the Sections above, you may also compile or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

    You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
←[7m --More-- ←[27m←[K
←[K    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Accompany the work with a written offer, valid for at
    least three years, to give the same user the materials
    specified in Subsection 6a, above, for a charge no more
    than the cost of performing this distribution.

    c) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.
                              Page 233

copyright-arista.txt

    d) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.


  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the source code distributed need not include anything that is normally
distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
←[7m --More-- ←[27m←[K
←[Kthe executable.


  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.
←[7m --More-- ←[27m←[K
←[K
  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
←[7m --More-- ←[27m←[K
←[KYou are not responsible for enforcing compliance by third parties to
this License.
←[7m^L←[27m
                        Page 234

copyright-arista.txt

   11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
←[7m --More-- ←[27m←[K
←[Kintegrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

   12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

   13. The Free Software Foundation may publish revised and/or new
versions of the Library General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.
←[7m --More-- ←[27m←[K
←[K
Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
←[7m^L←[27m
   14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                              Page 235

copyright-arista.txt
NO WARRANTY

  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
←[7m --More-- ←[27m←[K
←[KOTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

              END OF TERMS AND CONDITIONS
←[7m^L←[27m
        Appendix: How to Apply These Terms to Your New Libraries

  If you develop a new library, and you want it to be of the greatest
←[7m --More-- ←[27m←[K
←[Kpossible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

  To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

    <one line to give the library's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Library General Public
    License as published by the Free Software Foundation; either
    version 2 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Library General Public License for more details.

←[7m --More-- ←[27m←[K
←[K    You should have received a copy of the GNU Library General Public
    License along with this library; if not, write to the Free
    Software Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
necessary.  Here is a sample; alter the names:
                            Page 236

copyright-arista.txt

Yoyodyne, Inc., hereby disclaims all copyright interest in the
library `Frob' (a library for tweaking knobs) written by James Random Hacker.

<signature of Ty Coon>, 1 April 1990
Ty Coon, President of Vice

That's all there is to it!


++++++++
/usr/share/doc/jansson-1.2/LICENSE
++++++++

[7m --More-- [27m[K
[KCopyright (c) 2009 Petri Lehtinen <petri@digip.org>

Permission is hereby granted, free of charge, to any person obtaining a copy
of this software and associated documentation files (the "Software"), to deal
in the Software without restriction, including without limitation the rights
to use, copy, modify, merge, publish, distribute, sublicense, and/or sell
copies of the Software, and to permit persons to whom the Software is
furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in
all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR
IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE
AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER
LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM,
OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN
THE SOFTWARE.


++++++++
/usr/share/doc/m2crypto-0.20.2/LICENCE
[7m --More-- [27m[K
[K++++++++

Copyright (c) 1999-2004 Ng Pheng Siong. All rights reserved.

Portions copyright (c) 2004-2006 Open Source Applications Foundation.
All rights reserved.

Portions copyright (c) 2005-2006 Vrije Universiteit Amsterdam.
All rights reserved.

Permission to use, copy, modify, and distribute this software and its
documentation for any purpose and without fee is hereby granted,
provided that the above copyright notice appear in all copies and that
both that copyright notice and this permission notice appear in
supporting documentation.

THE AUTHOR PROVIDES THIS SOFTWARE ``AS IS'' AND ANY EXPRESSED OR
IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES
OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED.
IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR ANY DIRECT, INDIRECT,
INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT
NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE,
DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY
[7m --More-- [27m[K
Page 237

copyright-arista.txt
←[KTHEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
(INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE
OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.


++++++++
/usr/share/doc/procmail-3.22/COPYING
++++++++

                GNU GENERAL PUBLIC LICENSE
                   Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                        Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
←[7m --More-- ←[27m←[K
←[KGeneral Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.
←[7m --More-- ←[27m←[K
←[K
  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
                        Page 238

copyright-arista.txt
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
      TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION
←[7m --More-- ←[27m←[K
←[K
   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
←[7m --More-- ←[27m←[K
←[Kand give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

      a) You must cause the modified files to carry prominent notices
      stating that you changed the files and the date of any change.

      b) You must cause any work that you distribute or publish, that in
      whole or in part contains or is derived from the Program or any
      part thereof, to be licensed as a whole at no charge to all third
      parties under the terms of this License.

      c) If the modified program normally reads commands interactively
      when run, you must cause it, when started running for such
      interactive use in the most ordinary way, to print or display an
      announcement including an appropriate copyright notice and a
←[7m --More-- ←[27m←[K
←[K    notice that there is no warranty (or else, saying that you provide
      a warranty) and that users may redistribute the program under
      these conditions, and telling the user how to view a copy of this
      License.  (Exception: if the Program itself is interactive but
      does not normally print such an announcement, your work based on
      the Program is not required to print an announcement.)
                              Page 239

copyright-arista.txt

←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
←[7m --More-- ←[27m←[K
←[Kwith the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
←[7m --More-- ←[27m←[K
←[K    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
                          Page 240

copyright-arista.txt

otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
⊢[7m --More-- ⊢[27m⊢[K
⊢[KHowever, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
⊢[7m --More-- ⊢[27m⊢[K
⊢[Kconditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
⊢[7m --More-- ⊢[27m⊢[K
⊢[Ksystem; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
⊢[7m^L⊢[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
                              Page 241

copyright-arista.txt

countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
←[7m --More-- ←[27m←[K
←[Keither of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                      NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
←[7m --More-- ←[27m←[K
←[KREPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                  END OF TERMS AND CONDITIONS
←[7m^L←[27m
              How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
←[7m --More-- ←[27m←[K
←[Kthe "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
                      Page 242

```
                            copyright-arista.txt
Copyright (C) <year>        <name of author>

   This program is free software; you can redistribute it and/or modify
   it under the terms of the GNU General Public License as published by
   the Free Software Foundation; either version 2 of the License, or
   (at your option) any later version.

   This program is distributed in the hope that it will be useful,
   but WITHOUT ANY WARRANTY; without even the implied warranty of
   MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
   GNU General Public License for more details.

   You should have received a copy of the GNU General Public License
   along with this program; if not, write to the Free Software
   Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kwhen it starts in an interactive mode:

   Gnomovision version 69, Copyright (C) year name of author
   Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
   This is free software, and you are welcome to redistribute it
   under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kproprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/gdisk-0.7.2/COPYING
++++++++
                    GNU GENERAL PUBLIC LICENSE
                      Version 2, June 1991

  Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  USA
  Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Page 243
```

copyright-arista.txt
Preamble

   The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
←[7m --More-- ←[27m←[K
←[Ksoftware--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

   When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

   To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
←[7m --More-- ←[27m←[K
←[Krights.

   We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
←[7m --More-- ←[27m←[K
←[K    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
                              Page 244

copyright-arista.txt
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
←[7m --More-- ←[27m←[K
←[Knotices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
←[7m --More-- ←[27m←[K
←[K    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

←[7m --More-- ←[27m←[K
Page 245

copyright-arista.txt
←[KIn addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

      a) Accompany it with the complete corresponding machine-readable
      source code, which must be distributed under the terms of Sections
      1 and 2 above on a medium customarily used for software interchange; or,

      b) Accompany it with a written offer, valid for at least three
      years, to give any third party, for a charge no more than your
      cost of physically performing source distribution, a complete
      machine-readable copy of the corresponding source code, to be
      distributed under the terms of Sections 1 and 2 above on a medium
      customarily used for software interchange; or,

      c) Accompany it with the information you received as to the offer
      to distribute corresponding source code.  (This alternative is
      allowed only for noncommercial distribution and only if you
←[7m --More-- ←[27m←[K
←[K    received the program in object code or executable form with such
      an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
←[7m --More-- ←[27m←[K
←[Kvoid, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Page 246

copyright-arista.txt

Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
←[7m --More-- ←[27m←[K
←[Kinfringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
←[7m --More-- ←[27m←[K
←[Kthrough that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

   9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
←[7m --More-- ←[27m←[K
←[Klater version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

                                Page 247

copyright-arista.txt

10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                              NO WARRANTY

11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
←[7m --More-- ←[27m←[K
←[KPROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                      END OF TERMS AND CONDITIONS
←[7m^L←[27m
                How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
←[7m --More-- ←[27m←[K
←[Kconvey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software; you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation; either version 2 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

        You should have received a copy of the GNU General Public License
        along with this program; if not, write to the Free Software
        Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  U␀SA

                              Page 248

copyright-arista.txt

Also add information on how to contact you by electronic and paper mail.
←[7m --More-- ←[27m←[K
←[K
If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year  name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice
←[7m --More-- ←[27m←[K
←[K
This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/pinentry-0.8.1/COPYING
++++++++

                GNU GENERAL PUBLIC LICENSE
                   Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                      675 Mass Ave, Cambridge, MA 02139, USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                        Preamble

  The licenses for most software are designed to take away your
←[7m --More-- ←[27m←[K
←[Kfreedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
                        Page 249

copyright-arista.txt
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

    To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

    For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
←[7m --More-- ←[27m←[K
←[Kyou have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

    We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

    Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

    Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

    The precise terms and conditions for copying, distribution and
modification follow.
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
                   GNU GENERAL PUBLIC LICENSE
    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

    0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

    1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
←[7m --More-- ←[27m←[K
←[Kconspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
                              Page 250

                              copyright-arista.txt
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
←[7m --More-- ←[27m←[K
←[K    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
←[7m --More--  ←[27m←[K
←[Kcollective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
                              Page 251

copyright-arista.txt
distributed under the terms of Sections 1 and 2 above on a medium
customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
←[7m --More-- ←[27m←[K
←[K    to distribute corresponding source code.  (This alternative is
allowed only for noncommercial distribution and only if you
received the program in object code or executable form with such
an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
    4. You may not copy, modify, sublicense, or distribute the Program
←[7m --More-- ←[27m←[K
←[Kexcept as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

    5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

    6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
←[7m --More-- ←[27m←[K
←[K
    7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
                              Page 252

copyright-arista.txt
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
←[7m --More-- ←[27m←[K
←[Kimplemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

←[7m --More-- ←[27m←[K
←[KEach version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                              NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
←[7m --More-- ←[27m←[K
←[KMERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
                              Page 253

copyright-arista.txt

TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

    12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.


            END OF TERMS AND CONDITIONS


++++++++
/usr/share/doc/device-mapper-1.02.63/COPYING
++++++++

            GNU GENERAL PUBLIC LICENSE
←[7m --More-- ←[27m←[K
←[K                Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
←[7m --More-- ←[27m←[K
←[Kif you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
                Page 254

copyright-arista.txt
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
←[7m --More-- ←[27m←[K
←[Kauthors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".
←[7m --More-- ←[27m←[K
←[K
Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:
←[7m --More-- ←[27m←[K
←[K
    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
                              Page 255

copyright-arista.txt
parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
←[7m --More-- ←[27m←[K
←[Kthemselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

    3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
←[7m --More-- ←[27m←[K
←[K    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
Page 256

copyright-arista.txt
form) with the major components (compiler, kernel, and so on) of the
←[7m --More-- ←[27m←[K
←[Koperating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
←[7m --More-- ←[27m←[K
←[Kall its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.
←[7m --More-- ←[27m←[K
←[K
If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
Page 257

copyright-arista.txt

system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
-[7m^L-[27m
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
-[7m --More-- -[27m-[K
-[Kmay add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

   9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
-[7m --More-- -[27m-[K
-[Kof preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

   11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
-[7m --More-- -[27m-[K
-[KPOSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
-[7m^L-[27m
                            Page 258

```
                        copyright-arista.txt
              How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software; you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation; either version 2 of the License, or
        (at your option) any later version.

←[7m --More-- ←[27m←[K
←[K    This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

        You should have received a copy of the GNU General Public License
        along with this program; if not, write to the Free Software
        Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

        Gnomovision version 69, Copyright (C) year  name of author
        Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
        This is free software, and you are welcome to redistribute it
        under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
←[7m --More-- ←[27m←[K
←[Kmouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

    Yoyodyne, Inc., hereby disclaims all copyright interest in the program
    `Gnomovision' (which makes passes at compilers) written by James Hacker.

    <signature of Ty Coon>, 1 April 1989
    Ty Coon, President of Vice


This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.

                              Page 259
```

copyright-arista.txt
++++++++
/usr/share/doc/gpgme-1.2.0/COPYING
++++++++

←[7m --More-- ←[27m←[K
←[K                    GNU GENERAL PUBLIC LICENSE
                        Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
      59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                              Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
←[7m --More-- ←[27m←[K
←[Kthis service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
←[7m --More-- ←[27m←[K
←[Kthat any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

  The precise terms and conditions for copying, distribution and

copyright-arista.txt
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
     TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
←[7m --More-- ←[27m←[K
←[Kthe term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
←[7m --More-- ←[27m←[K
←[Kabove, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
←[7m --More-- ←[27m←[K
←[Kand can be reasonably considered independent and separate works in
                             Page 261

copyright-arista.txt
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

   a) Accompany it with the complete corresponding machine-readable
←[7m --More-- ←[27m←[K
←[K    source code, which must be distributed under the terms of Sections
   1 and 2 above on a medium customarily used for software interchange; or,

   b) Accompany it with a written offer, valid for at least three
   years, to give any third party, for a charge no more than your
   cost of physically performing source distribution, a complete
   machine-readable copy of the corresponding source code, to be
   distributed under the terms of Sections 1 and 2 above on a medium
   customarily used for software interchange; or,

   c) Accompany it with the information you received as to the offer
   to distribute corresponding source code.  (This alternative is
   allowed only for noncommercial distribution and only if you
   received the program in object code or executable form with such
   an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
←[7m --More-- ←[27m←[K
←[Kform) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such

copyright-arista.txt
parties remain in full compliance.

    5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
←[7m --More-- ←[27m←[K
←[KProgram), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

    6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

    7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
←[7m --More-- ←[27m←[K
←[Krefrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
    8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
←[7m --More-- ←[27m←[K
←[Koriginal copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

    9. The Free Software Foundation may publish revised and/or new versions
                              Page 263

copyright-arista.txt

of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
←[7m --More-- ←[27m←[K
←[Kmake exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
←[7m --More-- ←[27m←[K
←[KPROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m^L←[27m
            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software; you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation; either version 2 of the License, or
                            Page 264

copyright-arista.txt
          (at your option) any later version.
←[7m --More-- ←[27m←[K
←[K
          This program is distributed in the hope that it will be useful,
          but WITHOUT ANY WARRANTY; without even the implied warranty of
          MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
          GNU General Public License for more details.

          You should have received a copy of the GNU General Public License
          along with this program; if not, write to the Free Software
          Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

          Gnomovision version 69, Copyright (C) year  name of author
          Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
          This is free software, and you are welcome to redistribute it
          under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
←[7m --More-- ←[27m←[K
←[Kbe called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/openldap-2.4.23/LICENSE
++++++++
←[7m --More-- ←[27m←[K
←[K
The OpenLDAP Public License
  Version 2.8, 17 August 2003

Redistribution and use of this software and associated documentation
("Software"), with or without modification, are permitted provided
that the following conditions are met:

1. Redistributions in source form must retain copyright statements
   and notices,

2. Redistributions in binary form must reproduce applicable copyright
   statements and notices, this list of conditions, and the following
                              Page 265

```
                       copyright-arista.txt
     disclaimer in the documentation and/or other materials provided
     with the distribution, and

3. Redistributions must contain a verbatim copy of this document.

The OpenLDAP Foundation may revise this license from time to time.
Each revision is distinguished by a version number.  You may use
this Software under terms of this license revision or under the
terms of any subsequent revision of the license.


↵[7m --More-- ↵[27m↵[K
↵[KTHIS SOFTWARE IS PROVIDED BY THE OPENLDAP FOUNDATION AND ITS
CONTRIBUTORS ``AS IS'' AND ANY EXPRESSED OR IMPLIED WARRANTIES,
INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY
AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED.  IN NO EVENT
SHALL THE OPENLDAP FOUNDATION, ITS CONTRIBUTORS, OR THE AUTHOR(S)
OR OWNER(S) OF THE SOFTWARE BE LIABLE FOR ANY DIRECT, INDIRECT,
INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING,
BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER
CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN
ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE
POSSIBILITY OF SUCH DAMAGE.

The names of the authors and copyright holders must not be used in
advertising or otherwise to promote the sale, use or other dealing
in this Software without specific, written prior permission.  Title
to copyright in this Software shall at all times remain with copyright
holders.

OpenLDAP is a registered trademark of the OpenLDAP Foundation.

Copyright 1999-2003 The OpenLDAP Foundation, Redwood City,
↵[7m --More-- ↵[27m↵[K
↵[KCalifornia, USA.  All Rights Reserved.  Permission to copy and
distribute verbatim copies of this document is granted.


++++++++
/usr/share/doc/glib2-2.26.0/COPYING
++++++++

                 GNU LIBRARY GENERAL PUBLIC LICENSE
                      Version 2, June 1991

 Copyright (C) 1991 Free Software Foundation, Inc.
                 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the library GPL.  It is
 numbered 2 because it goes with version 2 of the ordinary GPL.]

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
↵[7m --More-- ↵[27m↵[K
↵[KLicenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Library General Public License, applies to some
                            Page 266
```

copyright-arista.txt
specially designated Free Software Foundation software, and to any
other libraries whose authors decide to use it.  You can use it for
your libraries, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if
you distribute copies of the library, or if you modify it.

  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
←[7m --More-- ←[27m←[K
←[Kcode.  If you link a program with the library, you must provide
complete object files to the recipients so that they can relink them
with the library, after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

  Our method of protecting your rights has two steps: (1) copyright
the library, and (2) offer you this license which gives you legal
permission to copy, distribute and/or modify the library.

  Also, for each distributor's protection, we want to make certain
that everyone understands that there is no warranty for this free
library.  If the library is modified by someone else and passed on, we
want its recipients to know that what they have is not the original
version, so that any problems introduced by others will not reflect on
the original authors' reputations.
←[7m∧L←[27m
  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that companies distributing free
software will individually obtain patent licenses, thus in effect
transforming the program into proprietary software.  To prevent this,
we have made it clear that any patent must be licensed for everyone's
free use or not licensed at all.

←[7m --More-- ←[27m←[K
←[K  Most GNU software, including some libraries, is covered by the ordinary
GNU General Public License, which was designed for utility programs.  This
license, the GNU Library General Public License, applies to certain
designated libraries.  This license is quite different from the ordinary
one; be sure to read it in full, and don't assume that anything in it is
the same as in the ordinary license.

  The reason we have a separate public license for some libraries is that
they blur the distinction we usually make between modifying or adding to a
program and simply using it.  Linking a program with a library, without
changing the library, is in some sense simply using the library, and is
analogous to running a utility program or application program.  However, in
a textual and legal sense, the linked executable is a combined work, a
derivative of the original library, and the ordinary General Public License
treats it as such.

  Because of this blurred distinction, using the ordinary General
Public License for libraries did not effectively promote software
sharing, because most developers did not use the libraries.  We
                           Page 267

copyright-arista.txt
concluded that weaker conditions might promote sharing better.

  However, unrestricted linking of non-free programs would deprive the
users of those programs of all benefit from the free status of the
←[7m --More-- ←[27m←[K
←[Klibraries themselves.  This Library General Public License is intended to
permit developers of non-free programs to use free libraries, while
preserving your freedom as a user of such programs to change the free
libraries that are incorporated in them.  (We have not seen how to achieve
this as regards changes in header files, but we have achieved it as regards
changes in the actual functions of the Library.)  The hope is that this
will lead to faster development of free libraries.

  The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, while the latter only
works together with the library.

  Note that it is possible for a library to be covered by the ordinary
General Public License rather than by this special one.
←[7m^L←[27m
                GNU LIBRARY GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License Agreement applies to any software library which
contains a notice placed by the copyright holder or other authorized
party saying it may be distributed under the terms of this Library
←[7m --More-- ←[27m←[K
←[KGeneral Public License (also called "this License").  Each licensee is
addressed as "you".

  A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

  The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

  "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

  Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
←[7m --More-- ←[27m←[K
←[Krunning a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

  1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
                             Page 268

copyright-arista.txt
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

←[7m --More-- ←[27m←[K
←[K    a) The modified work must itself be a software library.

     b) You must cause the files modified to carry prominent notices
     stating that you changed the files and the date of any change.

     c) You must cause the whole of the work to be licensed at no
     charge to all third parties under the terms of this License.

     d) If a facility in the modified Library refers to a function or a
     table of data to be supplied by an application program that uses
     the facility, other than as an argument passed when the facility
     is invoked, then you must make a good faith effort to ensure that,
     in the event an application does not supply such function or
     table, the facility still operates, and performs whatever part of
     its purpose remains meaningful.

     (For example, a function in a library to compute square roots has
     a purpose that is entirely well-defined independent of the
     application.  Therefore, Subsection 2d requires that any
     application-supplied function or table used by this function must
     be optional: if the application does not supply it, the square
     root function must still compute square roots.)

←[7m --More-- ←[27m←[K
←[KThese requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
←[7m --More-- ←[27m←[K
←[Kthis, you must alter all the notices that refer to this License, so
                               Page 269

copyright-arista.txt
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
   Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

   This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

   4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

   If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
←[7m --More-- ←[27m←[K
←[Ksource code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

   5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

   However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

   When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

←[7m --More-- ←[27m←[K
←[K  If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

   Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
   6. As an exception to the Sections above, you may also compile or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
                              Page 270

copyright-arista.txt
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

  You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
←[7m --More-- ←[27m←[K
←[Kcopyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Accompany the work with a written offer, valid for at
    least three years, to give the same user the materials
    specified in Subsection 6a, above, for a charge no more
    than the cost of performing this distribution.

    c) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
←[7m --More-- ←[27m←[K
←[K    specified materials from the same place.

    d) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the source code distributed need not include anything that is normally
distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
←[7m --More-- ←[27m←[K
←[Klibrary, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
                              Page 271

copyright-arista.txt

Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
←[7m --More-- ←[27m←[K
←[Kdistribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
←[7m^L←[27m
  11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
←[7m --More-- ←[27m←[K
←[Klicense would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
                              Page 272

copyright-arista.txt

←[7m --More-- ←[27m←[K
←[K  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Library General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
←[7m^L←[27m
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
←[7m --More-- ←[27m←[K
←[Kwrite to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                           NO WARRANTY

  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
←[7m --More-- ←[27m←[K
←[KCONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                   END OF TERMS AND CONDITIONS
←[7m^L←[27m
            How to Apply These Terms to Your New Libraries

  If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
                            Page 273

copyright-arista.txt

everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

  To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

    <one line to give the library's name and a brief idea of what it does.>
⌐[7m --More-- ⌐[27m⌐[K
⌐[K    Copyright (C) <year>  <name of author>

    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Library General Public
    License as published by the Free Software Foundation; either
    version 2 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Library General Public License for more details.

    You should have received a copy of the GNU Library General Public
    License along with this library; if not, write to the
    Free Software Foundation, Inc., 59 Temple Place - Suite 330,
    Boston, MA  02111-1307  USA.

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
necessary.  Here is a sample; alter the names:

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library `Frob' (a library for tweaking knobs) written by James Random Hacker.

  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!


++++++++
/usr/share/doc/libidn-1.18/COPYING.LIB
++++++++

            GNU LESSER GENERAL PUBLIC LICENSE
                Version 2.1, February 1999

 Copyright (C) 1991, 1999 Free Software Foundation, Inc.
    51 Franklin St, Fifth Floor, Boston, MA  02110-1301  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
 as the successor of the GNU Library Public License, version 2, hence
⌐[7m --More-- ⌐[27m⌐[K
⌐[K the version number 2.1.]

                    Preamble

                    Page 274

copyright-arista.txt
     The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

     This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
this license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations below.

     When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
you have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.
←[7m --More-- ←[27m←[K
←[K
     To protect your rights, we need to make restrictions that forbid
distributors to deny you these rights or to ask you to surrender these
rights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

     For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

     We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

     To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
←[7m --More-- ←[27m←[K
←[Kintroduced by others.
←[7m^L←[27m
     Finally, software patents pose a constant threat to the existence of
any free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
consistent with the full freedom of use specified in this license.

     Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
is quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
libraries into non-free programs.

     When a program is linked with a library, whether statically or using
a shared library, the combination of the two is legally speaking a
combined work, a derivative of the original library.  The ordinary
                              Page 275

copyright-arista.txt

General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.
←[7m --More-- ←[27m←[K
←[K
  We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
Public License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
special circumstances.

  For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it becomes
a de-facto standard.  To achieve this, non-free programs must be
allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
case, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

  In other cases, permission to use a particular library in non-free
programs enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
operating system, as well as its variant, the GNU/Linux operating
system.
←[7m --More-- ←[27m←[K
←[K
  Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
linked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

  The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.
←[7m^L←[27m
            GNU LESSER GENERAL PUBLIC LICENSE
  TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
this Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

  A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
←[7m --More-- ←[27m←[K
←[K(which use some of those functions and data) to form executables.

  The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

                            Page 276

copyright-arista.txt
     "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

     Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.
←[7m --More-- ←[27m←[K
←[K
     1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

     You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
     2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

     a) The modified work must itself be a software library.

     b) You must cause the files modified to carry prominent notices
     stating that you changed the files and the date of any change.

←[7m --More-- ←[27m←[K
←[K     c) You must cause the whole of the work to be licensed at no
     charge to all third parties under the terms of this License.

     d) If a facility in the modified Library refers to a function or a
     table of data to be supplied by an application program that uses
     the facility, other than as an argument passed when the facility
     is invoked, then you must make a good faith effort to ensure that,
     in the event an application does not supply such function or
     table, the facility still operates, and performs whatever part of
     its purpose remains meaningful.

     (For example, a function in a library to compute square roots has
     a purpose that is entirely well-defined independent of the
     application.  Therefore, Subsection 2d requires that any
     application-supplied function or table used by this function must
     be optional: if the application does not supply it, the square
     root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
←[7m --More-- ←[27m←[K
←[Kdistribute the same sections as part of a whole which is a work based
                              Page 277

copyright-arista.txt

on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
←[7m --More-- ←[27m←[K
←[Kthese notices.
←[7m^L←[27m
  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
←[7m --More-- ←[27m←[K
←[KLibrary, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

  However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

  When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
                              Page 278

copyright-arista.txt
threshold for this to be true is not precisely defined by law.

   If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
←[7m --More-- ←[27m←[K
←[KLibrary will still fall under Section 6.)

   Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
   6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

   You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

   a) Accompany the work with the complete corresponding
←[7m --More-- ←[27m←[K
←[K    machine-readable source code for the Library including whatever
   changes were used in the work (which must be distributed under
   Sections 1 and 2 above); and, if the work is an executable linked
   with the Library, with the complete machine-readable "work that
   uses the Library", as object code and/or source code, so that the
   user can modify the Library and then relink to produce a modified
   executable containing the modified Library.  (It is understood
   that the user who changes the contents of definitions files in the
   Library will not necessarily be able to recompile the application
   to use the modified definitions.)

   b) Use a suitable shared library mechanism for linking with the
   Library.  A suitable mechanism is one that (1) uses at run time a
   copy of the library already present on the user's computer system,
   rather than copying library functions into the executable, and (2)
   will operate properly with a modified version of the library, if
   the user installs one, as long as the modified version is
   interface-compatible with the version that the work was made with.

   c) Accompany the work with a written offer, valid for at
   least three years, to give the same user the materials
   specified in Subsection 6a, above, for a charge no more
   than the cost of performing this distribution.
←[7m --More-- ←[27m←[K
←[K    d) If distribution of the work is made by offering access to copy
   from a designated place, offer equivalent access to copy the above
   specified materials from the same place.

   e) Verify that the user has already received a copy of these
   materials or that you have already sent this user a copy.
Page 279

copyright-arista.txt

For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the materials to be distributed need not include anything that is
normally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.
←[7m --More-- ←[27m←[K
←[K
  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.
←[7m^L←[27m
  11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
Page 280

copyright-arista.txt
excuse you from the conditions of this License.  If you cannot
←[7m --More-- ←[27m←[K
←[Kdistribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

←[7m --More-- ←[27m←[K
←[KThis section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                           NO WARRANTY

  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
                           Page 281

copyright-arista.txt
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
⌐[7m --More-- ⌐[27m⌐[K
⌐[KWRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                      END OF TERMS AND CONDITIONS
⌐[7m^L⌐[27m
              How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

   To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
⌐[7m --More-- ⌐[27m⌐[K
⌐[K"copyright" line and a pointer to where the full notice is found.

     <one line to give the library's name and a brief idea of what it does.>
     Copyright (C) <year>  <name of author>

     This library is free software; you can redistribute it and/or
     modify it under the terms of the GNU Lesser General Public
     License as published by the Free Software Foundation; either
     version 2.1 of the License, or (at your option) any later version.

     This library is distributed in the hope that it will be useful,
     but WITHOUT ANY WARRANTY; without even the implied warranty of
     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
     Lesser General Public License for more details.

     You should have received a copy of the GNU Lesser General Public
     License along with this library; if not, write to the Free Software
     Foundation, Inc., 51 Franklin St, Fifth Floor, Boston, MA  02110-1301  USA

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
⌐[7m --More-- ⌐[27m⌐[K
⌐[Knecessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library `Frob' (a library for tweaking knobs) written by James Random Hacker.
                              Page 282

copyright-arista.txt

```
  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!



++++++++
/usr/share/doc/ptpd-1.rc1/COPYRIGHT
++++++++

COPYRIGHT notice for PTPd

The following copyright notice applies to all files which compose the
PTPd. This notice applies as if the text was explicitly included each
file.

←[7m --More-- ←[27m←[K
←[KCopyright (c) 2005-2007 Kendall Correll

Permission is hereby granted to use, copy, modify, and distribute this software
for any purpose and without fee, provided that this notice appears in all
copies. The authors make no representations about the suitability of this
software for any purpose. This software is provided "as is" without express or
implied warranty.



++++++++
/usr/share/doc/setup-2.8.28/COPYING
++++++++

Setup package is public domain.

You are free to use, copy, distribute or modify included files
without restrictions.



++++++++
/usr/share/doc/curl-7.32.0/COPYING
++++++++
←[7m --More-- ←[27m←[K
←[K
COPYRIGHT AND PERMISSION NOTICE

Copyright (c) 1996 - 2013, Daniel Stenberg, <daniel@haxx.se>.

All rights reserved.

Permission to use, copy, modify, and distribute this software for any purpose
with or without fee is hereby granted, provided that the above copyright
notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR
IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT OF THIRD PARTY RIGHTS. IN
NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM,
DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR
OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE
OR OTHER DEALINGS IN THE SOFTWARE.
```

copyright-arista.txt

Except as contained in this notice, the name of a copyright holder shall not
be used in advertising or otherwise to promote the sale, use or other dealings
in this Software without prior written authorization of the copyright holder.

←[7m --More-- ←[27m←[K
←[K
++++++++
/usr/share/doc/openssh-5.5p1/LICENCE
++++++++

This file is part of the OpenSSH software.

The licences which components of this software fall under are as
follows.  First, we will summarize and say that all components
are under a BSD licence, or a licence more free than that.

OpenSSH contains no GPL code.

1)
        * Copyright (c) 1995 Tatu Ylonen <ylo@cs.hut.fi>, Espoo, Finland
        *                     All rights reserved
        *
        * As far as I am concerned, the code I have written for this software
        * can be used freely for any purpose.  Any derived versions of this
        * software must be clearly marked as such, and if the derived work is
        * incompatible with the protocol description in the RFC file, it must be
        * called by a name other than "ssh" or "Secure Shell".

←[7m --More-- ←[27m←[K
←[K    [Tatu continues]
        *  However, I am not implying to give any licenses to any patents or
        * copyrights held by third parties, and the software includes parts that
        * are not under my direct control.  As far as I know, all included
        * source code is used in accordance with the relevant license agreements
        * and can be used freely for any purpose (the GNU license being the most
        * restrictive); see below for details.

        [However, none of that term is relevant at this point in time.  All of
        these restrictively licenced software components which he talks about
        have been removed from OpenSSH, i.e.,

        - RSA is no longer included, found in the OpenSSL library
        - IDEA is no longer included, its use is deprecated
        - DES is now external, in the OpenSSL library
        - GMP is no longer used, and instead we call BN code from OpenSSL
        - Zlib is now external, in a library
        - The make-ssh-known-hosts script is no longer included
        - TSS has been removed
        - MD5 is now external, in the OpenSSL library
        - RC4 support has been replaced with ARC4 support from OpenSSL
        - Blowfish is now external, in the OpenSSL library

←[7m --More-- ←[27m←[K
←[K    [The licence continues]

        Note that any information and cryptographic algorithms used in this
        software are publicly available on the Internet and at any major
        bookstore, scientific library, and patent office worldwide.  More
        information can be found e.g. at "http://www.cs.hut.fi/crypto".

        The legal status of this program is some combination of all these
        permissions and restrictions.  Use only at your own responsibility.
        You will be responsible for any legal consequences yourself; I am not

Page 284

```
                              copyright-arista.txt
making any claims whether possessing or using this is legal or not in
your country, and I am not taking any responsibility on your behalf.


                            NO WARRANTY

BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
←[7m --More-- ←[27m←[K
←[K    PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

2)
    The 32-bit CRC compensation attack detector in deattack.c was
    contributed by CORE SDI S.A. under a BSD-style license.

      * Cryptographic attack detector for ssh - source code
      *
      * Copyright (c) 1998 CORE SDI S.A., Buenos Aires, Argentina.
      *
      * All rights reserved. Redistribution and use in source and binary
      * forms, with or without modification, are permitted provided that
←[7m --More-- ←[K
←[K      * this copyright notice is retained.
      *
      * THIS SOFTWARE IS PROVIDED ``AS IS'' AND ANY EXPRESS OR IMPLIED
      * WARRANTIES ARE DISCLAIMED. IN NO EVENT SHALL CORE SDI S.A. BE
      * LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY OR
      * CONSEQUENTIAL DAMAGES RESULTING FROM THE USE OR MISUSE OF THIS
      * SOFTWARE.
      *
      * Ariel Futoransky <futo@core-sdi.com>
      * <http://www.core-sdi.com>

3)
    ssh-keyscan was contributed by David Mazieres under a BSD-style
    license.

      * Copyright 1995, 1996 by David Mazieres <dm@lcs.mit.edu>.
      *
      * Modification and redistribution in source and binary forms is
      * permitted provided that due credit is given to the author and the
      * OpenBSD project by leaving this copyright notice intact.

4)
    The Rijndael implementation by Vincent Rijmen, Antoon Bosselaers
←[7m --More-- ←[27m←[K
←[K    and Paulo Barreto is in the public domain and distributed
                              Page 285
```

```
                          copyright-arista.txt
with the following license:

  * @version 3.0 (December 2000)
  *
  * Optimised ANSI C code for the Rijndael cipher (now AES)
  *
  * @author Vincent Rijmen <vincent.rijmen@esat.kuleuven.ac.be>
  * @author Antoon Bosselaers <antoon.bosselaers@esat.kuleuven.ac.be>
  * @author Paulo Barreto <paulo.barreto@terra.com.br>
  *
  * This code is hereby placed in the public domain.
  *
  * THIS SOFTWARE IS PROVIDED BY THE AUTHORS ''AS IS'' AND ANY EXPRESS
  * OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED
  * WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
  * ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHORS OR CONTRIBUTORS BE
  * LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR
  * CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF
  * SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR
  * BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY,
  * WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE
  * OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE,
←[7m --More-- ←[27m←[K
←[K     * EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

5)
    One component of the ssh source code is under a 3-clause BSD license,
    held by the University of California, since we pulled these parts from
    original Berkeley code.

  * Copyright (c) 1983, 1990, 1992, 1993, 1995
  *       The Regents of the University of California.  All rights reserved.
  *
  * Redistribution and use in source and binary forms, with or without
  * modification, are permitted provided that the following conditions
  * are met:
  * 1. Redistributions of source code must retain the above copyright
  *    notice, this list of conditions and the following disclaimer.
  * 2. Redistributions in binary form must reproduce the above copyright
  *    notice, this list of conditions and the following disclaimer in the
  *    documentation and/or other materials provided with the distribution.
  * 3. Neither the name of the University nor the names of its contributors
  *    may be used to endorse or promote products derived from this software
  *    without specific prior written permission.
  *
  * THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS ``AS IS'' AND
←[7m --More-- ←[27m←[K
←[K     * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
  * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOS☐E
  * ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE
  * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIA☐L
  * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
  * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
  * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRIC☐T
  * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
  * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
  * SUCH DAMAGE.

6)
    Remaining components of the software are provided under a standard
    2-term BSD licence with the following names as copyright holders:

    Markus Friedl
                          Page 286
```

```
                        copyright-arista.txt
        Theo de Raadt
        Niels Provos
        Dug Song
        Aaron Campbell
←[7m --More-- ←[27m←[K
←[K        Damien Miller
        Kevin Steves
        Daniel Kouril
        Wesley Griffin
        Per Allansson
        Nils Nordman
        Simon Wilkinson

    Portable OpenSSH additionally includes code from the following copyright
    holders, also under the 2-term BSD license:

        Ben Lindstrom
        Tim Rice
        Andre Lucas
        Chris Adams
        Corinna Vinschen
        Cray Inc.
        Denis Parker
        Gert Doering
        Jakob Schlyter
        Jason Downs
        Juha Yrj-[7m<F6>←[27ml-[7m<E4>←[27m
        Michael Stone
←[7m --More-- ←[27m←[K
←[K        Networks Associates Technology, Inc.
        Solar Designer
        Todd C. Miller
        Wayne Schroeder
        William Jones
        Darren Tucker
        Sun Microsystems
        The SCO Group
        Daniel Walsh

    * Redistribution and use in source and binary forms, with or without
    * modification, are permitted provided that the following conditions
    * are met:
    * 1. Redistributions of source code must retain the above copyright
    *    notice, this list of conditions and the following disclaimer.
    * 2. Redistributions in binary form must reproduce the above copyright
    *    notice, this list of conditions and the following disclaimer in the
    *    documentation and/or other materials provided with the distribution.
    *
    * THIS SOFTWARE IS PROVIDED BY THE AUTHOR ``AS IS'' AND ANY EXPRESS OR
    * IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES
    * OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED.
    * IN NO EVENT SHALL THE AUTHOR BE LIABLE FOR ANY DIRECT, INDIRECT,
←[7m --More-- ←[27m←[K
←[K    * INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT
    * NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE,
    * DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY
    * THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
    * (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF
    * THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

8) Portable OpenSSH contains the following additional licenses:

    a) md5crypt.c, md5crypt.h
                        Page 287
```

copyright-arista.txt

```
     * "THE BEER-WARE LICENSE" (Revision 42):
     * <phk@login.dknet.dk> wrote this file.  As long as you retain this
     * notice you can do whatever you want with this stuff. If we meet
     * some day, and you think this stuff is worth it, you can buy me a
     * beer in return.    Poul-Henning Kamp

   b) snprintf replacement

     * Copyright Patrick Powell 1995
     * This code is based on code written by Patrick Powell
     * (papowell@astart.com) It may be used for any purpose as long as this
     * notice remains intact on all source code distributions
←[7m --More-- ←[27m←[K
←[K
    c) Compatibility code (openbsd-compat)

        Apart from the previously mentioned licenses, various pieces of code
        in the openbsd-compat/ subdirectory are licensed as follows:

        Some code is licensed under a 3-term BSD license, to the following
        copyright holders:

         Todd C. Miller
         Theo de Raadt
         Damien Miller
         Eric P. Allman
         The Regents of the University of California
         Constantin S. Svintsoff

        * Redistribution and use in source and binary forms, with or without
        * modification, are permitted provided that the following conditions
        * are met:
        * 1. Redistributions of source code must retain the above copyright
        *    notice, this list of conditions and the following disclaimer.
        * 2. Redistributions in binary form must reproduce the above copyright
        *    notice, this list of conditions and the following disclaimer in the
←[7m --More-- ←[27m←[K
←[K        *    documentation and/or other materials provided with the distribution
▯.
        * 3. Neither the name of the University nor the names of its contributor ▯s
        *    may be used to endorse or promote products derived from this softwa ▯re
        *    without specific prior written permission.
        *
        * THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS ``AS IS'' AN ▯D
        * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
        * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PUR
▯POSE
        * ARE DISCLAIMED.  IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIAB ▯LE
        * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUEN
▯TIAL
        * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOOD ▯S
        * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
        * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, ST
▯RICT
        * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY  ▯←
[7m --More-- ←[27m←[K
←[KWAY
        * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
        * SUCH DAMAGE.

        Some code is licensed under an ISC-style license, to the following
        copyright holders:
```

Page 288

copyright-arista.txt

```
          Internet Software Consortium.
          Todd C. Miller
          Reyk Floeter
          Chad Mynhier

          * Permission to use, copy, modify, and distribute this software for any
          * purpose with or without fee is hereby granted, provided that the above
          * copyright notice and this permission notice appear in all copies.
          *
          * THE SOFTWARE IS PROVIDED "AS IS" AND TODD C. MILLER DISCLAIMS ALL
          * WARRANTIES WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTI ☐ES
          * OF MERCHANTABILITY AND FITNESS. IN NO EVENT SHALL TODD C. MILLER BE LI
☐ABLE
          * FOR ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAM
☐AGES
←[7m --More-- ←[27m←[K
←[K       * WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
☐ACTION
          * OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN
          * CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

          Some code is licensed under a MIT-style license to the following
          copyright holders:

          Free Software Foundation, Inc.

          * Permission is hereby granted, free of charge, to any person obtaining ☐a
*
          * copy of this software and associated documentation files (the          ☐
*
          * "Software"), to deal in the Software without restriction, including    ☐
*
          * without limitation the rights to use, copy, modify, merge, publish,    ☐
*
          * distribute, distribute with modifications, sublicense, and/or sell     ☐
*
          * copies of the Software, and to permit persons to whom the Software is   ☐
*
          * furnished to do so, subject to the following conditions:               ☐←
[7m --More-- ←[27m←[K
←[K    *
                                                                                   ☐
*
          * The above copyright notice and this permission notice shall be include ☐d
*
          * in all copies or substantial portions of the Software.                 ☐
*
          *                                                                        ☐
*
          * THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRES ☐S
*
          * OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF             ☐
*
          * MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. ☐
*
          * IN NO EVENT SHALL THE ABOVE COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, ☐
*
          * DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR  ☐
*
          * OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR  ☐
*
          * THE USE OR OTHER DEALINGS IN THE SOFTWARE.                             ☐
                                    Page 289
```

copyright-arista.txt
*
←[7m --More-- ←[27m←[K
←[K          *
▯    *
        * Except as contained in this notice, the name(s) of the above copyright ▯
*
        * holders shall not be used in advertising or otherwise to promote the   ▯
*
        * sale, use or other dealings in this Software without prior written     ▯
*
        * authorization.                                                         ▯
*
        ********************************************************************** 
▯****/


------
$OpenBSD: LICENCE,v 1.19 2004/08/30 09:18:08 markus Exp $


++++++++
/usr/share/doc/libvirt-python-0.8.3/COPYING.LIB
++++++++


←[7m --More-- ←[27m←[K
←[K            GNU LESSER GENERAL PUBLIC LICENSE
                    Version 2.1, February 1999

 Copyright (C) 1991, 1999 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
 as the successor of the GNU Library Public License, version 2, hence
 the version number 2.1.]

                    Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
←[7m --More-- ←[27m←[K
←[Kthis license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations
below.

  When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
you have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.

  To protect your rights, we need to make restrictions that forbid

copyright-arista.txt

distributors to deny you these rights or to ask you to surrender these
rights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

   For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
←[7m --More-- ←[27m←[K
←[Kit.  And you must show them these terms so they know their rights.

   We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

   To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
introduced by others.
^L
   Finally, software patents pose a constant threat to the existence of
any free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
consistent with the full freedom of use specified in this license.

   Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
←[7m --More-- ←[27m←[K
←[Kis quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
libraries into non-free programs.

   When a program is linked with a library, whether statically or using
a shared library, the combination of the two is legally speaking a
combined work, a derivative of the original library.  The ordinary
General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.

   We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
Public License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
special circumstances.

   For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it
becomes a de-facto standard.  To achieve this, non-free programs must
←[7m --More-- ←[27m←[K
←[Kbe allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
case, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

copyright-arista.txt

   In other cases, permission to use a particular library in non-free
programs enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
operating system, as well as its variant, the GNU/Linux operating
system.

   Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
linked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

   The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.
^L
←[7m --More-- ←[27m←[K
←[K                   GNU LESSER GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
this Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

   A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

   The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
←[7m --More-- ←[27m←[K
←[Kall the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control
compilation and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.
Page 292

copyright-arista.txt

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

   a) The modified work must itself be a software library.

   b) You must cause the files modified to carry prominent notices
   stating that you changed the files and the date of any change.

   c) You must cause the whole of the work to be licensed at no
   charge to all third parties under the terms of this License.

   d) If a facility in the modified Library refers to a function or a
   table of data to be supplied by an application program that uses
   the facility, other than as an argument passed when the facility
   is invoked, then you must make a good faith effort to ensure that,
   in the event an application does not supply such function or
   table, the facility still operates, and performs whatever part of
   its purpose remains meaningful.

   (For example, a function in a library to compute square roots has
←[7m --More-- ←[27m←[K
←[K    a purpose that is entirely well-defined independent of the
   application.  Therefore, Subsection 2d requires that any
   application-supplied function or table used by this function must
   be optional: if the application does not supply it, the square
   root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
←[7m --More-- ←[27m←[K
←[Kwith the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
                              Page 293

copyright-arista.txt
that version instead if you wish.)  Do not make any other change in
these notices.
^L
   Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

   This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

   4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
←[7m --More-- ←[27m←[K
←[Kit with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

   If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

   5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

   However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

   When a "work that uses the Library" uses material from a header file
←[7m --More-- ←[27m←[K
←[Kthat is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

   If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

   Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
^L
   6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
←[7m --More-- ←[27m←[K
←[Kengineering for debugging such modifications.
                          Page 294

copyright-arista.txt

You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Use a suitable shared library mechanism for linking with the
←[7m --More-- ←[27m←[K
←[K    Library.  A suitable mechanism is one that (1) uses at run time a
    copy of the library already present on the user's computer system,
    rather than copying library functions into the executable, and (2)
    will operate properly with a modified version of the library, if
    the user installs one, as long as the modified version is
    interface-compatible with the version that the work was made with.

    c) Accompany the work with a written offer, valid for at least
    three years, to give the same user the materials specified in
    Subsection 6a, above, for a charge no more than the cost of
    performing this distribution.

    d) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.

    e) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the materials to be distributed need not include anything that is
←[7m --More-- ←[27m←[K
←[Knormally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
^L
  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise

copyright-arista.txt
permitted, and provided that you do these two things:

   a) Accompany the combined library with a copy of the same work
   based on the Library, uncombined with any other library
   facilities.  This must be distributed under the terms of the
   Sections above.

←[7m --More-- ←[27m←[K
←[K     b) Give prominent notice with the combined library of the fact
      that part of it is a work based on the Library, and explaining
      where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
←[7m --More-- ←[27m←[K
←[Koriginal licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.
^L
  11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply, and the section as a whole is intended to apply in other
circumstances.
←[7m --More-- ←[27m←[K
←[K
It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed

copyright-arista.txt

through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License
may add an explicit geographical distribution limitation excluding those
countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

←[7m --More-- ←[27m←[K
←[K  13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
^L
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                      NO WARRANTY

←[7m --More-- ←[27m←[K
←[K
  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                      Page 297

copyright-arista.txt
END OF TERMS AND CONDITIONS
←[7m --More-- ←[27m←[K
←[K^L
          How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms
of the ordinary General Public License).

   To apply these terms, attach the following notices to the library.
It is safest to attach them to the start of each source file to most
effectively convey the exclusion of warranty; and each file should
have at least the "copyright" line and a pointer to where the full
notice is found.


     <one line to give the library's name and a brief idea of what it does.>
     Copyright (C) <year>  <name of author>

     This library is free software; you can redistribute it and/or
     modify it under the terms of the GNU Lesser General Public
     License as published by the Free Software Foundation; either
     version 2.1 of the License, or (at your option) any later version.
←[7m --More-- ←[27m←[K
←[K
     This library is distributed in the hope that it will be useful,
     but WITHOUT ANY WARRANTY; without even the implied warranty of
     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
     Lesser General Public License for more details.

     You should have received a copy of the GNU Lesser General Public
     License along with this library; if not, write to the Free Software
     Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA 02111-1307  USA

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or
your school, if any, to sign a "copyright disclaimer" for the library,
if necessary.  Here is a sample; alter the names:

   Yoyodyne, Inc., hereby disclaims all copyright interest in the
   library 'Frob' (a library for tweaking knobs) written by James
   Random Hacker.

   <signature of Ty Coon>, 1 April 1990
   Ty Coon, President of Vice

←[7m --More-- ←[27m←[K
←[KThat's all there is to it!


++++++++
/usr/share/doc/cpio-2.11/COPYING
++++++++


                  GNU GENERAL PUBLIC LICENSE
                   Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
                        Page 298

```
                          copyright-arista.txt
of this license document, but changing it is not allowed.

                              Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kshare and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.
⌐[7m --More-- ⌐[27m⌐[K
⌐[K
  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

  For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

  Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

  Finally, every program is threatened constantly by software patents.
⌐[7m --More-- ⌐[27m⌐[K
⌐[KStates should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
                              Page 299
```

copyright-arista.txt
patents cannot be used to render the program non-free.

  The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS

  0. Definitions.

  "This License" refers to version 3 of the GNU General Public License.

  "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

  To "modify" a work means to copy from or adapt all or part of the work
←[7m --More-- ←[27m←[K
←[Kin a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
←[7m --More-- ←[27m←[K
←[Kwork under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
                         Page 300

copyright-arista.txt
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
←[7m --More-- ←[27m←[K
←[K(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

  The Corresponding Source for a work in source code form is that
same work.

←[7m --More-- ←[27m←[K
←[K  2. Basic Permissions.

  All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

  Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
←[7m --More-- ←[27m←[K
←[Kmakes it unnecessary.

  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

  No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

Page 301

copyright-arista.txt
    When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

    4. Conveying Verbatim Copies.

    You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
←[7m --More-- ←[27m←[K
←[Kkeep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

    You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

    5. Conveying Modified Source Versions.

    You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
←[7m --More-- ←[27m←[K
←[K    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

    A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

    6. Conveying Non-Source Forms.
←[7m --More-- ←[27m←[K
←[K

Page 302

copyright-arista.txt
     You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

     a) Convey the object code in, or embodied in, a physical product
     (including a physical distribution medium), accompanied by the
     Corresponding Source fixed on a durable physical medium
     customarily used for software interchange.

     b) Convey the object code in, or embodied in, a physical product
     (including a physical distribution medium), accompanied by a
     written offer, valid for at least three years and valid for as
     long as you offer spare parts or customer support for that product
     model, to give anyone who possesses the object code either (1) a
     copy of the Corresponding Source for all the software in the
     product that is covered by this License, on a durable physical
     medium customarily used for software interchange, for a price no
     more than your reasonable cost of physically performing this
     conveying of source, or (2) access to copy the
     Corresponding Source from a network server at no charge.

←[7m --More-- ←[27m←[K
←[K     c) Convey individual copies of the object code with a copy of the
     written offer to provide the Corresponding Source.  This
     alternative is allowed only occasionally and noncommercially, and
     only if you received the object code with such an offer, in accord
     with subsection 6b.

     d) Convey the object code by offering access from a designated
     place (gratis or for a charge), and offer equivalent access to the
     Corresponding Source in the same way through the same place at no
     further charge.  You need not require recipients to copy the
     Corresponding Source along with the object code.  If the place to
     copy the object code is a network server, the Corresponding Source
     may be on a different server (operated by you or a third party)
     that supports equivalent copying facilities, provided you maintain
     clear directions next to the object code saying where to find the
     Corresponding Source.  Regardless of what server hosts the
     Corresponding Source, you remain obligated to ensure that it is
     available for as long as needed to satisfy these requirements.

     e) Convey the object code using peer-to-peer transmission, provided
     you inform other peers where the object code and Corresponding
     Source of the work are being offered to the general public at no
     charge under subsection 6d.
←[7m --More-- ←[27m←[K
←[K
     A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

     A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
                              Page 303

copyright-arista.txt
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
←[7m --More-- ←[27m←[K
←[Kcode is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
←[7m --More-- ←[27m←[K
←[Kin accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

←[7m --More-- ←[27m←[K
←[K  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

Page 304

copyright-arista.txt

b) Requiring preservation of specified reasonable legal notices or
author attributions in that material or in the Appropriate Legal
Notices displayed by works containing it; or

c) Prohibiting misrepresentation of the origin of that material, or
requiring that modified versions of such material be marked in
reasonable ways as different from the original version; or

d) Limiting the use for publicity purposes of names of licensors or
authors of the material; or

e) Declining to grant rights under trademark law for use of some
trade names, trademarks, or service marks; or

f) Requiring indemnification of licensors and authors of that
material by anyone who conveys the material (or modified versions of
⌐[7m --More-- ⌐[27m⌐[K
⌐[K    it) with contractual assumptions of liability to the recipient, for
any liability that these contractual assumptions directly impose on
those licensors and authors.

   All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

   If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

   Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  8. Termination.

   You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

   However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

   Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

copyright-arista.txt

Termination of your rights under this section does not terminate the
←[7m --More-- ←[27m←[K
←[Klicenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

←[7m --More-- ←[27m←[K
←[K  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".
←[7m --More-- ←[27m←[K
←[K
  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
Page 306

copyright-arista.txt

make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

   In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

␛[7m --More-- ␛[27m␛[K
␛[K  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

   If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

   A patent license is "discriminatory" if it does not include within
␛[7m --More-- ␛[27m␛[K
␛[Kthe scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

   Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

   12. No Surrender of Others' Freedom.

   If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
␛[7m --More-- ␛[27m␛[K
␛[Kcovered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
                              Page 307

copyright-arista.txt

the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

  13. Use with the GNU Affero General Public License.

  Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
←[7m --More-- ←[27m←[K
←[Kaddress new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

←[7m --More-- ←[27m←[K
←[K  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
Page 308

copyright-arista.txt

SUCH DAMAGES.

   17. Interpretation of Sections 15 and 16.

←[7m --More-- ←[27m←[K
←[K  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

←[7m --More-- ←[27m←[K
←[K    This program is free software: you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation, either version 3 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

        You should have received a copy of the GNU General Public License
        along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

   If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

        <program>  Copyright (C) <year>  <name of author>
        This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
        This is free software, and you are welcome to redistribute it
        under certain conditions; type `show c' for details.

←[7m --More-- ←[27m←[K
←[KThe hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

   You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

   The GNU General Public License does not permit incorporating your program
                                Page 309

copyright-arista.txt

into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


++++++++
/usr/share/doc/libuser-0.56.18/COPYING
++++++++

                GNU LIBRARY GENERAL PUBLIC LICENSE
←[7m --More-- ←[27m←[K
←[K                        Version 2, June 1991

 Copyright (C) 1991 Free Software Foundation, Inc.
               59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the library GPL.  It is
 numbered 2 because it goes with version 2 of the ordinary GPL.]

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Library General Public License, applies to some
specially designated Free Software Foundation software, and to any
other libraries whose authors decide to use it.  You can use it for
your libraries, too.

  When we speak of free software, we are referring to freedom, not
←[7m --More-- ←[27m←[K
←[Kprice.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if
you distribute copies of the library, or if you modify it.

  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link a program with the library, you must provide
complete object files to the recipients so that they can relink them
with the library, after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

  Our method of protecting your rights has two steps: (1) copyright
the library, and (2) offer you this license which gives you legal
permission to copy, distribute and/or modify the library.

←[7m --More-- ←[27m←[K
←[K  Also, for each distributor's protection, we want to make certain
                            Page 310

copyright-arista.txt

that everyone understands that there is no warranty for this free
library.  If the library is modified by someone else and passed on, we
want its recipients to know that what they have is not the original
version, so that any problems introduced by others will not reflect on
the original authors' reputations.
←[7m^L←[27m
  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that companies distributing free
software will individually obtain patent licenses, thus in effect
transforming the program into proprietary software.  To prevent this,
we have made it clear that any patent must be licensed for everyone's
free use or not licensed at all.

  Most GNU software, including some libraries, is covered by the ordinary
GNU General Public License, which was designed for utility programs.  This
license, the GNU Library General Public License, applies to certain
designated libraries.  This license is quite different from the ordinary
one; be sure to read it in full, and don't assume that anything in it is
the same as in the ordinary license.

  The reason we have a separate public license for some libraries is that
they blur the distinction we usually make between modifying or adding to a
←[7m --More-- ←[27m←[K
←[Kprogram and simply using it.  Linking a program with a library, without
changing the library, is in some sense simply using the library, and is
analogous to running a utility program or application program.  However, in
a textual and legal sense, the linked executable is a combined work, a
derivative of the original library, and the ordinary General Public License
treats it as such.

  Because of this blurred distinction, using the ordinary General
Public License for libraries did not effectively promote software
sharing, because most developers did not use the libraries.  We
concluded that weaker conditions might promote sharing better.

  However, unrestricted linking of non-free programs would deprive the
users of those programs of all benefit from the free status of the
libraries themselves.  This Library General Public License is intended to
permit developers of non-free programs to use free libraries, while
preserving your freedom as a user of such programs to change the free
libraries that are incorporated in them.  (We have not seen how to achieve
this as regards changes in header files, but we have achieved it as regards
changes in the actual functions of the Library.)  The hope is that this
will lead to faster development of free libraries.

  The precise terms and conditions for copying, distribution and
←[7m --More-- ←[27m←[K
←[Kmodification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, while the latter only
works together with the library.

  Note that it is possible for a library to be covered by the ordinary
General Public License rather than by this special one.
←[7m^L←[27m
                 GNU LIBRARY GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License Agreement applies to any software library which
contains a notice placed by the copyright holder or other authorized
party saying it may be distributed under the terms of this Library
General Public License (also called "this License").  Each licensee is
addressed as "you".
                            Page 311

copyright-arista.txt

   A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

   The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
←[7m --More-- ←[27m←[K
←[KLibrary" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
←[7m --More-- ←[27m←[K
←[Kappropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

     a) The modified work must itself be a software library.

     b) You must cause the files modified to carry prominent notices
     stating that you changed the files and the date of any change.

     c) You must cause the whole of the work to be licensed at no
     charge to all third parties under the terms of this License.

     d) If a facility in the modified Library refers to a function or a
←[7m --More-- ←[27m←[K
←[K    table of data to be supplied by an application program that uses
     the facility, other than as an argument passed when the facility
     is invoked, then you must make a good faith effort to ensure that,
     in the event an application does not supply such function or
     table, the facility still operates, and performs whatever part of
     its purpose remains meaningful.

copyright-arista.txt
```
        (For example, a function in a library to compute square roots has
        a purpose that is entirely well-defined independent of the
        application.  Therefore, Subsection 2d requires that any
        application-supplied function or table used by this function must
        be optional: if the application does not supply it, the square
        root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
←[7m --More-- ←[27m←[K
←[Kit.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
←[7m --More-- ←[27m←[K
←[Ksubsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
```
Page 313

copyright-arista.txt
therefore falls outside the scope of this License.
←[7m --More-- ←[27m←[K
←[K
    However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

    When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

    If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

    Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
←[7m --More-- ←[27m←[K
←[KAny executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
    6. As an exception to the Sections above, you may also compile or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

    You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
←[7m --More-- ←[27m←[K
←[K    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Accompany the work with a written offer, valid for at
    least three years, to give the same user the materials
    specified in Subsection 6a, above, for a charge no more
    than the cost of performing this distribution.

    c) If distribution of the work is made by offering access to copy
Page 314

copyright-arista.txt
from a designated place, offer equivalent access to copy the above
specified materials from the same place.

    d) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

   For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the source code distributed need not include anything that is normally
←[7m --More-- ←[27m←[K
←[Kdistributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

   It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
   7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

←[7m --More-- ←[27m←[K
←[K    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

   8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

   9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

   10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
←[7m --More-- ←[27m←[K
←[Koriginal licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
                           Page 315

copyright-arista.txt

this License.
←[7m^L←[27m
   11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

←[7m --More-- ←[27m←[K
←[KIt is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

   12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

   13. The Free Software Foundation may publish revised and/or new
←[7m --More-- ←[27m←[K
←[Kversions of the Library General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
←[7m^L←[27m
   14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing

copyright-arista.txt
and reuse of software generally.

NO WARRANTY

←[7m --More-- ←[27m←[K
←[K  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

END OF TERMS AND CONDITIONS
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K            How to Apply These Terms to Your New Libraries

  If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

  To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

    <one line to give the library's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Library General Public
    License as published by the Free Software Foundation; either
    version 2 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
←[7m --More-- ←[27m←[K
←[K    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Library General Public License for more details.

    You should have received a copy of the GNU Library General Public
    License along with this library; if not, write to the
    Free Software Foundation, Inc., 59 Temple Place - Suite 330,
    Boston, MA  02111-1307  USA.

Also add information on how to contact you by electronic and paper mail.

Page 317

copyright-arista.txt
You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library 'Frob' (a library for tweaking knobs) written by James Random Hacker.

  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!


←[7m --More-- ←[27m←[K
←[K++++++++
/usr/share/doc/libassuan-2.0.0/COPYING
++++++++


                  GNU GENERAL PUBLIC LICENSE
                   Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                       Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
←[7m --More-- ←[27m←[K
←[Kany other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
←[7m --More-- ←[27m←[K
←[Kgiving you legal permission to copy, distribute and/or modify it.
                       Page 318

copyright-arista.txt

For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
←[7m --More-- ←[27m←[K
←[Kmake it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS

  0. Definitions.

  "This License" refers to version 3 of the GNU General Public License.

  "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

  To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.
←[7m --More-- ←[27m←[K
←[K
  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
                          Page 319

copyright-arista.txt
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.
←[7m --More-- ←[27m←[K
←[K
  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

←[7m --More-- ←[27m←[K
←[K  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

  The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

  All rights granted under this License are granted for the term of
←[7m --More-- ←[27m←[K
←[Kcopyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

copyright-arista.txt
You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

    Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

    3. Protecting Users' Legal Rights From Anti-Circumvention Law.
←[7m --More-- ←[27m←[K
←[K
    No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

    When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

    4. Conveying Verbatim Copies.

    You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
←[7m --More-- ←[27m←[K
←[Krecipients a copy of this License along with the Program.

    You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

    5. Conveying Modified Source Versions.

    You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
                            Page 321

copyright-arista.txt

additional terms, to the whole of the work, and all its parts,
←[7m --More-- ←[27m←[K
←[K    regardless of how they are packaged.  This License gives no
permission to license the work in any other way, but it does not
invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
Appropriate Legal Notices; however, if the Program has interactive
interfaces that do not display Appropriate Legal Notices, your
work need not make them do so.

A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
←[7m --More-- ←[27m←[K
←[Kmachine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
(including a physical distribution medium), accompanied by the
Corresponding Source fixed on a durable physical medium
customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
(including a physical distribution medium), accompanied by a
written offer, valid for at least three years and valid for as
long as you offer spare parts or customer support for that product
model, to give anyone who possesses the object code either (1) a
copy of the Corresponding Source for all the software in the
product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
←[7m --More-- ←[27m←[K
←[K    only if you received the object code with such an offer, in accord
with subsection 6b.

    d) Convey the object code by offering access from a designated
place (gratis or for a charge), and offer equivalent access to the
Corresponding Source in the same way through the same place at no
further charge.  You need not require recipients to copy the
Corresponding Source along with the object code.  If the place to
copy the object code is a network server, the Corresponding Source
may be on a different server (operated by you or a third party)
that supports equivalent copying facilities, provided you maintain
clear directions next to the object code saying where to find the
Corresponding Source.  Regardless of what server hosts the

Page 322

copyright-arista.txt
Corresponding Source, you remain obligated to ensure that it is
available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
    you inform other peers where the object code and Corresponding
    Source of the work are being offered to the general public at no
    charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kincluded in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kunpacking, reading or copying.

  7. Additional Terms.

                              Page 323

copyright-arista.txt

"Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:
←[7m --More-- ←[27m←[K
←[K
    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.
←[7m --More-- ←[27m←[K
←[K
  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

copyright-arista.txt

8. Termination.

   You may not propagate or modify a covered work except as expressly
←[7m --More-- ←[27m←[K
←[Kprovided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

   However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

   Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

   Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
←[7m --More-- ←[27m←[K
←[Kmaterial under section 10.

   9. Acceptance Not Required for Having Copies.

   You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

   10. Automatic Licensing of Downstream Recipients.

   Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

   An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
←[7m --More-- ←[27m←[K
←[Kwork results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

   You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
Page 325

copyright-arista.txt

rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
←[7m --More-- ←[27m←[K
←[Khereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
←[7m --More-- ←[27m←[K
←[Kpublicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

  If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

  A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
←[7m --More-- ←[27m←[K
←[Kwork if you are a party to an arrangement with a third party that is
                              Page 326

copyright-arista.txt
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

    Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

    12. No Surrender of Others' Freedom.

    If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
-[7m --More-- -[27m-[K
-[Kto collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

    13. Use with the GNU Affero General Public License.

    Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

    14. Revised Versions of this License.

    The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

    Each version is given a distinguishing version number.  If the
-[7m --More-- -[27m-[K
-[KProgram specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

    If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

    Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
Page 327

copyright-arista.txt

later version.

    15. Disclaimer of Warranty.

    THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
←[7m --More-- ←[27m←[K
←[KOF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

    16. Limitation of Liability.

    IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

    17. Interpretation of Sections 15 and 16.

    If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
←[7m --More-- ←[27m←[K
←[Kan absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                    END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software: you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation, either version 3 of the License, or
←[7m --More-- ←[27m←[K
←[K    (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

                            Page 328

copyright-arista.txt
```
      You should have received a copy of the GNU General Public License
      along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

      <program>  Copyright (C) <year>  <name of author>
      This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
      This is free software, and you are welcome to redistribute it
      under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".
←[7m --More-- ←[27m←[K
←[K
  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


++++++++
/usr/share/doc/dnsmasq-2.59/COPYING
++++++++
                GNU GENERAL PUBLIC LICENSE
                   Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
←[7m --More-- ←[27m←[K
←[K             59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                        Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.
```
                        Page 329

copyright-arista.txt

⎷[7m --More-- ⎷[27m⎷[K
⎷[K  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

   We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

   Finally, any free program is threatened constantly by software
⎷[7m --More-- ⎷[27m⎷[K
⎷[Kpatents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
⎷[7m^L⎷[27m
                     GNU GENERAL PUBLIC LICENSE
    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
⎷[7m --More-- ⎷[27m⎷[K
⎷[Krunning the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

                              Page 330

copyright-arista.txt
You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.
←[7m --More-- ←[27m←[K
←[K
    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m∧L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
←[7m --More-- ←[27m←[K
←[Kon the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
←[7m --More-- ←[27m←[K
←[K     years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
                              Page 331

copyright-arista.txt
customarily used for software interchange; or,

c) Accompany it with the information you received as to the offer
to distribute corresponding source code.  (This alternative is
allowed only for noncommercial distribution and only if you
received the program in object code or executable form with such
an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

←[7m --More-- ←[27m←[K
←[KIf distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

←[7m --More-- ←[27m←[K
←[K  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
Page 332

copyright-arista.txt
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
←[7m --More-- ←[27m←[K
←[Kapply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
←[7m --More-- ←[27m←[K
←[Kthe limitation as if written in the body of this License.

   9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

←[7m --More-- ←[27m←[K
←[K                              NO WARRANTY

   11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,

copyright-arista.txt
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
             How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) 19yy  <name of author>

        This program is free software; you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation; either version 2 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
←[7m --More-- ←[27m←[K
←[K     GNU General Public License for more details.

        You should have received a copy of the GNU General Public License
        along with this program; if not, write to the Free Software
        Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

        Gnomovision version 69, Copyright (C) 19yy name of author
        Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
        This is free software, and you are welcome to redistribute it
        under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
←[7m --More-- ←[27m←[K
←[Kschool, if any, to sign a "copyright disclaimer" for the program, if
                                Page 334

copyright-arista.txt
necessary.  Here is a sample; alter the names:

    Yoyodyne, Inc., hereby disclaims all copyright interest in the program
    `Gnomovision' (which makes passes at compilers) written by James Hacker.

    <signature of Ty Coon>, 1 April 1989
    Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/libnl-1.1/COPYING
++++++++


            GNU LESSER GENERAL PUBLIC LICENSE
                Version 2.1, February 1999
←[7m --More-- ←[27m←[K
←[K
 Copyright (C) 1991, 1999 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
 as the successor of the GNU Library Public License, version 2, hence
 the version number 2.1.]

                Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
this license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations
←[7m --More-- ←[27m←[K
←[Kbelow.

  When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
you have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.

  To protect your rights, we need to make restrictions that forbid
distributors to deny you these rights or to ask you to surrender these
rights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

  For example, if you distribute copies of the library, whether gratis
                    Page 335

copyright-arista.txt
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.


←[7m --More-- ←[27m←[K
←[K  We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

   To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
introduced by others.
←[7m^L←[27m
   Finally, software patents pose a constant threat to the existence of
any free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
consistent with the full freedom of use specified in this license.

   Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
is quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
←[7m --More-- ←[27m←[K
←[Klibraries into non-free programs.

   When a program is linked with a library, whether statically or using
a shared library, the combination of the two is legally speaking a
combined work, a derivative of the original library.  The ordinary
General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.

   We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
Public License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
special circumstances.

   For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it
becomes a de-facto standard.  To achieve this, non-free programs must
be allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
←[7m --More-- ←[27m←[K
←[Kcase, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

   In other cases, permission to use a particular library in non-free
programs enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
                              Page 336

copyright-arista.txt

operating system, as well as its variant, the GNU/Linux operating
system.

   Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
linked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

   The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.
←[7m^L←[27m
             GNU LESSER GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION
←[7m --More-- ←[27m←[K
←[K
   0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
this Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

   A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

   The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control
←[7m --More-- ←[27m←[K
←[Kcompilation and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
                              Page 337

copyright-arista.txt
   2. You may modify your copy or copies of the Library or any portion
←[7m --More-- ←[27m←[K
←[Kof it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

   a) The modified work must itself be a software library.

   b) You must cause the files modified to carry prominent notices
   stating that you changed the files and the date of any change.

   c) You must cause the whole of the work to be licensed at no
   charge to all third parties under the terms of this License.

   d) If a facility in the modified Library refers to a function or a
   table of data to be supplied by an application program that uses
   the facility, other than as an argument passed when the facility
   is invoked, then you must make a good faith effort to ensure that,
   in the event an application does not supply such function or
   table, the facility still operates, and performs whatever part of
   its purpose remains meaningful.

   (For example, a function in a library to compute square roots has
   a purpose that is entirely well-defined independent of the
   application.  Therefore, Subsection 2d requires that any
←[7m --More-- ←[27m←[K
←[K   application-supplied function or table used by this function must
   be optional: if the application does not supply it, the square
   root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
←[7m --More-- ←[27m←[K
←[Kthe scope of this License.

   3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
   Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
                              Page 338

copyright-arista.txt
subsequent copies and derivative works made from that copy.

   This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

   4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
←[7m --More-- ←[27m←[K
←[Kmedium customarily used for software interchange.

   If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

   5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

   However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

   When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
←[7m --More-- ←[27m←[K
←[KWhether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

   If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

   Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
   6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

←[7m --More-- ←[27m←[K
←[K  You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
Page 339

copyright-arista.txt
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Use a suitable shared library mechanism for linking with the
    Library.  A suitable mechanism is one that (1) uses at run time a
    copy of the library already present on the user's computer system,
←[7m --More-- ←[27m←[K
←[K    rather than copying library functions into the executable, and (2)
    will operate properly with a modified version of the library, if
    the user installs one, as long as the modified version is
    interface-compatible with the version that the work was made with.

    c) Accompany the work with a written offer, valid for at least
    three years, to give the same user the materials specified in
    Subsection 6a, above, for a charge no more than the cost of
    performing this distribution.

    d) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.

    e) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the materials to be distributed need not include anything that is
normally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
←[7m --More-- ←[27m←[K
←[Kwhich the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m^L←[27m
  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
                              Page 340

copyright-arista.txt

Sections above.

    b) Give prominent notice with the combined library of the fact
that part of it is a work based on the Library, and explaining
←[7m --More-- ←[27m←[K
←[K    where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

  9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

  10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
←[7m --More-- ←[27m←[K
←[Krestrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.
←[7m^L←[27m
  11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply, and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
←[7m --More-- ←[27m←[K
←[Kpatents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

copyright-arista.txt
This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

   12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License
may add an explicit geographical distribution limitation excluding those
countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

   13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
←[7m --More-- ←[27m←[K
←[KSuch new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
←[7m^L←[27m
   14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                      NO WARRANTY

   15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
←[7m --More-- ←[27m←[K
←[KWARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

   16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                  END OF TERMS AND CONDITIONS


←[7m --More-- ←[27m←[K
←[K++++++++
                      Page 342

copyright-arista.txt
/usr/share/doc/openssl-1.0.0e.Ar/LICENSE
++++++++


    LICENSE ISSUES
    ==============

    The OpenSSL toolkit stays under a dual license, i.e. both the conditions of
    the OpenSSL License and the original SSLeay license apply to the toolkit.
    See below for the actual license texts. Actually both licenses are BSD-style
    Open Source licenses. In case of any license issues related to OpenSSL
    please contact openssl-core@openssl.org.

    OpenSSL License
    ---------------

/* ====================================================================
 * Copyright (c) 1998-2011 The OpenSSL Project.  All rights reserved.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
←[7m --More-- ←[27m←[K
←[K *
 * 1. Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 *
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in
 *    the documentation and/or other materials provided with the
 *    distribution.
 *
 * 3. All advertising materials mentioning features or use of this
 *    software must display the following acknowledgment:
 *    "This product includes software developed by the OpenSSL Project
 *    for use in the OpenSSL Toolkit. (http://www.openssl.org/)"
 *
 * 4. The names "OpenSSL Toolkit" and "OpenSSL Project" must not be used to
 *    endorse or promote products derived from this software without
 *    prior written permission. For written permission, please contact
 *    openssl-core@openssl.org.
 *
 * 5. Products derived from this software may not be called "OpenSSL"
 *    nor may "OpenSSL" appear in their names without prior written
 *    permission of the OpenSSL Project.
 *
←[7m --More-- ←[27m←[K
←[K * 6. Redistributions of any form whatsoever must retain the following
 *    acknowledgment:
 *    "This product includes software developed by the OpenSSL Project
 *    for use in the OpenSSL Toolkit (http://www.openssl.org/)"
 *
 * THIS SOFTWARE IS PROVIDED BY THE OpenSSL PROJECT ``AS IS'' AND ANY
 * EXPRESSED OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
 * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
 * PURPOSE ARE DISCLAIMED.  IN NO EVENT SHALL THE OpenSSL PROJECT OR
 * ITS CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL,
 * SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT
 * NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
 * LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
 * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT,
 * STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE)
 * ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED
                                Page 343

copyright-arista.txt
```
 * OF THE POSSIBILITY OF SUCH DAMAGE.
 * ================================================================
 *
 * This product includes cryptographic software written by Eric Young
 * (eay@cryptsoft.com).  This product includes software written by Tim
 * Hudson (tjh@cryptsoft.com).
```
←[7m --More-- ←[27m←[K
←[K */

Original SSLeay License
-----------------------

```
/* Copyright (C) 1995-1998 Eric Young (eay@cryptsoft.com)
 * All rights reserved.
 *
 * This package is an SSL implementation written
 * by Eric Young (eay@cryptsoft.com).
 * The implementation was written so as to conform with Netscapes SSL.
 *
 * This library is free for commercial and non-commercial use as long as
 * the following conditions are aheared to.  The following conditions
 * apply to all code found in this distribution, be it the RC4, RSA,
 * lhash, DES, etc., code; not just the SSL code.  The SSL documentation
 * included with this distribution is covered by the same copyright terms
 * except that the holder is Tim Hudson (tjh@cryptsoft.com).
 *
 * Copyright remains Eric Young's, and as such any Copyright notices in
 * the code are not to be removed.
 * If this package is used in a product, Eric Young should be given attribution
 * as the author of the parts of the library used.
```
←[7m --More-- ←[27m←[K
←[K * This can be in the form of a textual message at program startup or
```
 * in documentation (online or textual) provided with the package.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 * 1. Redistributions of source code must retain the copyright
 *    notice, this list of conditions and the following disclaimer.
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in the
 *    documentation and/or other materials provided with the distribution.
 * 3. All advertising materials mentioning features or use of this software
 *    must display the following acknowledgement:
 *    "This product includes cryptographic software written by
 *     Eric Young (eay@cryptsoft.com)"
 *    The word 'cryptographic' can be left out if the rouines from the library
 *    being used are not cryptographic related :-).
 * 4. If you include any Windows specific code (or a derivative thereof) from
 *    the apps directory (application code) you must include an acknowledgement:
 *    "This product includes software written by Tim Hudson (tjh@cryptsoft.com)"
 *
 * THIS SOFTWARE IS PROVIDED BY ERIC YOUNG ``AS IS'' AND
 * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
```
←[7m --More-- ←[27m←[K
←[K * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
```
 * ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE
 * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
 * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
 * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
 * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
 * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
```

copyright-arista.txt

```
 * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
 * SUCH DAMAGE.
 *
 * The licence and distribution terms for any publically available version or
 * derivative of this code cannot be changed.  i.e. this code cannot simply be
 * copied and put under another distribution licence
 * [including the GNU Public Licence.]
 */
```

```
++++++++
/usr/share/doc/ethtool-2.6.39/COPYING
++++++++
                  GNU GENERAL PUBLIC LICENSE
←[7m --More-- ←[27m←[K
←[K                     Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
←[7m --More-- ←[27m←[K
←[Kif you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
```

Page 345

copyright-arista.txt
that any problems introduced by others will not reflect on the original
←[7m --More-- ←[27m←[K
←[Kauthors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
                    GNU GENERAL PUBLIC LICENSE
    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".
←[7m --More-- ←[27m←[K
←[K
Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:
←[7m --More-- ←[27m←[K
←[K
    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
                              Page 346

copyright-arista.txt
         notice that there is no warranty (or else, saying that you provide
         a warranty) and that users may redistribute the program under
         these conditions, and telling the user how to view a copy of this
         License.  (Exception: if the Program itself is interactive but
         does not normally print such an announcement, your work based on
         the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
←[7m --More-- ←[27m←[K
←[Kthemselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

     a) Accompany it with the complete corresponding machine-readable
     source code, which must be distributed under the terms of Sections
←[7m --More-- ←[27m←[K
←[K    1 and 2 above on a medium customarily used for software interchange; or,

     b) Accompany it with a written offer, valid for at least three
     years, to give any third party, for a charge no more than your
     cost of physically performing source distribution, a complete
     machine-readable copy of the corresponding source code, to be
     distributed under the terms of Sections 1 and 2 above on a medium
     customarily used for software interchange; or,

     c) Accompany it with the information you received as to the offer
     to distribute corresponding source code.  (This alternative is
     allowed only for noncommercial distribution and only if you
     received the program in object code or executable form with such
     an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
←[7m --More-- ←[27m←[K
←[Koperating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
                              Page 347

copyright-arista.txt
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
    4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

    5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
←[7m --More-- ←[27m←[K
←[Kall its terms and conditions for copying, distributing or modifying
the Program or works based on it.

    6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

    7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.
←[7m --More-- ←[27m←[K
←[K
If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
                                Page 348

copyright-arista.txt
←[7m^L←[27m
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
←[7m --More-- ←[27m←[K
←[Kmay add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

   9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
←[7m --More-- ←[27m←[K
←[Kof preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                              NO WARRANTY

   11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
←[7m --More-- ←[27m←[K
←[KPOSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
            How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

                              Page 349

copyright-arista.txt
```
    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

←[7m --More-- ←[27m←[K
←[K    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year  name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
←[7m --More-- ←[27m←[K
←[Kmouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/logrotate-3.7.9/COPYING
++++++++

←[7m --More-- ←[27m←[K
←[K              GNU GENERAL PUBLIC LICENSE
                        Page 350
```

copyright-arista.txt
Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.
                675 Mass Ave, Cambridge, MA 02139, USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

                      Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
⎺[7m --More-- ⎺[27m⎺[K
⎺[Kthis service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
⎺[7m --More-- ⎺[27m⎺[K
⎺[Kthat any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

  The precise terms and conditions for copying, distribution and
modification follow.
⎺[7m^L⎺[27m
                GNU GENERAL PUBLIC LICENSE
  TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License applies to any program or other work which contains
                      Page 351

copyright-arista.txt

a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kthe term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kabove, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
⌐[7m^L⌐[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kand can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.
                             Page 352

copyright-arista.txt

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
←[7m --More-- ←[27m←[K
←[K    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
←[7m --More-- ←[27m←[K
←[Kform) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
                              Page 353

copyright-arista.txt
modifying or distributing the Program (or any work based on the
←[7m --More-- ←[27m←[K
←[KProgram), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
←[7m --More-- ←[27m←[K
←[Krefrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
←[7m --More-- ←[27m←[K
←[Koriginal copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
                              Page 354

copyright-arista.txt

later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
←[7m --More-- ←[27m←[K
←[Kmake exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

  12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
←[7m --More-- ←[27m←[K
←[KPROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
              How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) 19yy  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.
←[7m --More-- ←[27m←[K
←[K
    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
                            Page 355

copyright-arista.txt
GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) 19yy name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
←[7m --More-- ←[27m←[K
←[Kmouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/findutils-4.5.9/COPYING
++++++++

←[7m --More-- ←[27m←[K
←[K
                    GNU GENERAL PUBLIC LICENSE
                     Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                          Preamble

  The GNU General Public License is a free, copyleft license for
software and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
                          Page 356

copyright-arista.txt

any other work released this way by its authors.  You can apply it to
your programs, too.

   When we speak of free software, we are referring to freedom, not
←[7m --More-- ←[27m←[K
←[Kprice.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

   To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

   Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

   For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
←[7m --More-- ←[27m←[K
←[Kauthors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

   Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
products.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

   Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

   The precise terms and conditions for copying, distribution and
←[7m --More-- ←[27m←[K
←[Kmodification follow.

                    TERMS AND CONDITIONS

   0. Definitions.

   "This License" refers to version 3 of the GNU General Public License.

   "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.
                          Page 357

copyright-arista.txt

   "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

   To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

   A "covered work" means either the unmodified Program or a work based
on the Program.

←[7m --More-- ←[27m←[K
←[K  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

   To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

   An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

   1. Source Code.

   The "source code" for a work means the preferred form of the work
←[7m --More-- ←[27m←[K
←[Kfor making modifications to it.  "Object code" means any non-source
form of a work.

   A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

   The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

   The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
←[7m --More-- ←[27m←[K
←[KSystem Libraries, or general-purpose tools or generally available free
                               Page 358

copyright-arista.txt
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

   The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

   The Corresponding Source for a work in source code form is that
same work.

   2. Basic Permissions.

   All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
←[7m --More-- ←[27m←[K
←[Kcontent, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

   You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
←[7m --More-- ←[27m←[K
←[Ksimilar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

   4. Conveying Verbatim Copies.

   You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
Page 359

copyright-arista.txt
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.
←[7m --More-- ←[27m←[K
←[K
   5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

       a) The work must carry prominent notices stating that you modified
       it, and giving a relevant date.

       b) The work must carry prominent notices stating that it is
       released under this License and any conditions added under section
       7.  This requirement modifies the requirement in section 4 to
       "keep intact all notices".

       c) You must license the entire work, as a whole, under this
       License to anyone who comes into possession of a copy.  This
       License will therefore apply, along with any applicable section 7
       additional terms, to the whole of the work, and all its parts,
       regardless of how they are packaged.  This License gives no
       permission to license the work in any other way, but it does not
       invalidate such permission if you have separately received it.

←[7m --More-- ←[27m←[K
←[K    d) If the work has interactive user interfaces, each must display
       Appropriate Legal Notices; however, if the Program has interactive
       interfaces that do not display Appropriate Legal Notices, your
       work need not make them do so.

   A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

   6. Conveying Non-Source Forms.

   You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

       a) Convey the object code in, or embodied in, a physical product
←[7m --More-- ←[27m←[K
←[K    (including a physical distribution medium), accompanied by the
       Corresponding Source fixed on a durable physical medium
       customarily used for software interchange.

       b) Convey the object code in, or embodied in, a physical product
       (including a physical distribution medium), accompanied by a
       written offer, valid for at least three years and valid for as
                                 Page 360

copyright-arista.txt

long as you offer spare parts or customer support for that product
model, to give anyone who possesses the object code either (1) a
copy of the Corresponding Source for all the software in the
product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
only if you received the object code with such an offer, in accord
with subsection 6b.

    d) Convey the object code by offering access from a designated
⌐[7m --More-- ⌐[27m⌐[K
⌐[K    place (gratis or for a charge), and offer equivalent access to the
Corresponding Source in the same way through the same place at no
further charge.  You need not require recipients to copy the
Corresponding Source along with the object code.  If the place to
copy the object code is a network server, the Corresponding Source
may be on a different server (operated by you or a third party)
that supports equivalent copying facilities, provided you maintain
clear directions next to the object code saying where to find the
Corresponding Source.  Regardless of what server hosts the
Corresponding Source, you remain obligated to ensure that it is
available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
you inform other peers where the object code and Corresponding
Source of the work are being offered to the general public at no
charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kor household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
Page 361

copyright-arista.txt

User Product is transferred to the recipient in perpetuity or for a
←[7m --More-- ←[27m←[K
←[Kfixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

   The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

   Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

   7. Additional Terms.

←[7m --More-- ←[27m←[K
←[K  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

   When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

     a) Disclaiming warranty or limiting liability differently from the
     terms of sections 15 and 16 of this License; or

←[7m --More-- ←[27m←[K
←[K     b) Requiring preservation of specified reasonable legal notices or
     author attributions in that material or in the Appropriate Legal
     Notices displayed by works containing it; or

     c) Prohibiting misrepresentation of the origin of that material, or
     requiring that modified versions of such material be marked in
     reasonable ways as different from the original version; or

     d) Limiting the use for publicity purposes of names of licensors or
     authors of the material; or

     e) Declining to grant rights under trademark law for use of some
     trade names, trademarks, or service marks; or
                              Page 362

copyright-arista.txt

   f) Requiring indemnification of licensors and authors of that
material by anyone who conveys the material (or modified versions of
it) with contractual assumptions of liability to the recipient, for
any liability that these contractual assumptions directly impose on
those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
←[7m --More-- ←[27m←[K
←[Kgoverned by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).
←[7m --More-- ←[27m←[K
←[K
  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

←[7m --More-- ←[27m←[K
←[K  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
Page 363

copyright-arista.txt

nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
[7m --More-- [27m[K
[KCorresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
[7m --More-- [27m[K
[Kpurposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a

Page 364

copyright-arista.txt
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
←[7m --More-- ←[27m←[K
←[Kconsistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

    If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

    A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
←[7m --More-- ←[27m←[K
←[Kparties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

    Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

    12. No Surrender of Others' Freedom.

    If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

←[7m --More-- ←[27m←[K
←[K  13. Use with the GNU Affero General Public License.

    Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

Page 365

copyright-arista.txt

14. Revised Versions of this License.

The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
←[7m --More-- ←[27m←[K
←[KFoundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

15. Disclaimer of Warranty.

THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
←[7m --More-- ←[27m←[K
←[KALL NECESSARY SERVICING, REPAIR OR CORRECTION.

16. Limitation of Liability.

IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

17. Interpretation of Sections 15 and 16.

If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

←[7m --More-- ←[27m←[K
←[K                     END OF TERMS AND CONDITIONS
                                Page 366

copyright-arista.txt

How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation, either version 3 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
←[7m --More-- ←[27m←[K
←[K    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

   If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:

    <program>  Copyright (C) <year>  <name of author>
    This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

   You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
←[7m --More-- ←[27m←[K
←[K<http://www.gnu.org/licenses/>.

   The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


++++++++
/usr/share/doc/ndisc6-2011.10.17.d6f66139cd84/COPYING
++++++++

            GNU GENERAL PUBLIC LICENSE
                 Page 367

copyright-arista.txt
Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc.,
51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

←[7m --More-- ←[27m←[K
←[K                          Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Lesser General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.
←[7m --More-- ←[27m←[K
←[K
  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.
←[7m --More-- ←[27m←[K
←[K
  The precise terms and conditions for copying, distribution and
modification follow.

              GNU GENERAL PUBLIC LICENSE
  TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

                          Page 368

copyright-arista.txt

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.
←[7m --More-- ←[27m←[K
←[K
   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
←[7m --More-- ←[27m←[K
←[K    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.
                              Page 369

copyright-arista.txt

←[7m --More-- ←[27m←[K
←[KThus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

      a) Accompany it with the complete corresponding machine-readable
      source code, which must be distributed under the terms of Sections
      1 and 2 above on a medium customarily used for software interchange; or,

      b) Accompany it with a written offer, valid for at least three
      years, to give any third party, for a charge no more than your
      cost of physically performing source distribution, a complete
      machine-readable copy of the corresponding source code, to be
      distributed under the terms of Sections 1 and 2 above on a medium
←[7m --More-- ←[27m←[K
←[K      customarily used for software interchange; or,

      c) Accompany it with the information you received as to the offer
      to distribute corresponding source code.  (This alternative is
      allowed only for noncommercial distribution and only if you
      received the program in object code or executable form with such
      an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
←[7m --More-- ←[27m←[K
←[Kcompelled to copy the source along with the object code.

   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
                              Page 370

copyright-arista.txt
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

    6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
⌐[7m --More-- ⌐[27m⌐[K
⌐[Krestrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

    7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kpatents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

    8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

    9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kbe similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
                            Page 371

copyright-arista.txt

specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

    10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

    11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
←[7m --More-- ←[27m←[K
←[KOTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

    12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS

              How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
←[7m --More-- ←[27m←[K
←[Kpossible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software; you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation; either version 2 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
                            Page 372

copyright-arista.txt
GNU General Public License for more details.

    You should have received a copy of the GNU General Public License along
    with this program; if not, write to the Free Software Foundation, Inc.,
←[7m --More-- ←[27m←[K
←[K    51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA.

Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.
←[7m --More-- ←[27m←[K
←[K
  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.


++++++++
/usr/share/doc/hwdata-0.232/LICENSE
++++++++

This data is licenced under 2 different licenses

1) GNU General Public License, version 2 or later
2) XFree86 1.0 license

This data can be used freely under either license.


←[7m --More-- ←[27m←[K
←[K++++++++
/usr/share/doc/libssh2-1.2.4/COPYING
++++++++

/* Copyright (c) 2004-2007 Sara Golemon <sarag@libssh2.org>
 * Copyright (c) 2006-2007 The Written Word, Inc.
 * Copyright (c) 2009 Daniel Stenberg
 * Copyright (C) 2008, 2009 Simon Josefsson
 * All rights reserved.
 *
                            Page 373

copyright-arista.txt
```
 * Redistribution and use in source and binary forms,
 * with or without modification, are permitted provided
 * that the following conditions are met:
 *
 *   Redistributions of source code must retain the above
 *   copyright notice, this list of conditions and the
 *   following disclaimer.
 *
 *   Redistributions in binary form must reproduce the above
 *   copyright notice, this list of conditions and the following
 *   disclaimer in the documentation and/or other materials
 *   provided with the distribution.
 *
```
←[7m --More-- ←[27m←[K
←[K *   Neither the name of the copyright holder nor the names
```
 *   of any other contributors may be used to endorse or
 *   promote products derived from this software without
 *   specific prior written permission.
 *
 * THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND
 * CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES,
 * INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES
 * OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
 * ARE DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER OR
 * CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL,
 * SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING,
 * BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR
 * SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS
 * INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY,
 * WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING
 * NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE
 * USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY
 * OF SUCH DAMAGE.
 */
```


←[7m --More-- ←[27m←[K
←[K++++++++
/usr/share/doc/libvirt-0.8.3/COPYING.LIB
++++++++

                  GNU LESSER GENERAL PUBLIC LICENSE
                       Version 2.1, February 1999

 Copyright (C) 1991, 1999 Free Software Foundation, Inc.
      59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
 as the successor of the GNU Library Public License, version 2, hence
 the version number 2.1.]

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.
←[7m --More-- ←[27m←[K
←[K
                        Page 374

copyright-arista.txt
    This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
this license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations
below.

    When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
you have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.

    To protect your rights, we need to make restrictions that forbid
distributors to deny you these rights or to ask you to surrender these
rights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

    For example, if you distribute copies of the library, whether gratis
←[7m --More-- ←[27m←[K
←[Kor for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

    We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

    To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
introduced by others.
^L
    Finally, software patents pose a constant threat to the existence of
any free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
←[7m --More-- ←[27m←[K
←[Kconsistent with the full freedom of use specified in this license.

    Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
is quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
libraries into non-free programs.

    When a program is linked with a library, whether statically or using
a shared library, the combination of the two is legally speaking a
combined work, a derivative of the original library.  The ordinary
General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.

                              Page 375

copyright-arista.txt

    We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
Public License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
←[7m --More-- ←[27m←[K
←[Kspecial circumstances.

    For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it
becomes a de-facto standard.  To achieve this, non-free programs must
be allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
case, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

    In other cases, permission to use a particular library in non-free
programs enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
operating system, as well as its variant, the GNU/Linux operating
system.

    Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
linked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

    The precise terms and conditions for copying, distribution and
←[7m --More-- ←[27m←[K
←[Kmodification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.
^L
                GNU LESSER GENERAL PUBLIC LICENSE
    TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

    0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
this Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

    A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

    The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
←[7m --More-- ←[27m←[K
←[Kstraightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

    "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control
                              Page 376

copyright-arista.txt
compilation and installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
←[7m --More-- ←[27m←[K
←[KLibrary.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

   a) The modified work must itself be a software library.

   b) You must cause the files modified to carry prominent notices
   stating that you changed the files and the date of any change.

   c) You must cause the whole of the work to be licensed at no
   charge to all third parties under the terms of this License.

   d) If a facility in the modified Library refers to a function or a
   table of data to be supplied by an application program that uses
   the facility, other than as an argument passed when the facility
   is invoked, then you must make a good faith effort to ensure that,
←[7m --More-- ←[27m←[K
←[K    in the event an application does not supply such function or
   table, the facility still operates, and performs whatever part of
   its purpose remains meaningful.

   (For example, a function in a library to compute square roots has
   a purpose that is entirely well-defined independent of the
   application.  Therefore, Subsection 2d requires that any
   application-supplied function or table used by this function must
   be optional: if the application does not supply it, the square
   root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

                              Page 377

copyright-arista.txt
Thus, it is not the intent of this section to claim rights or contest
←[7m --More-- ←[27m←[K
←[Kyour rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
^L
   Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

   This option is useful when you wish to copy part of the code of
←[7m --More-- ←[27m←[K
←[Kthe Library into a program that is not a library.

   4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

   If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

   5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

   However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
←[7m --More-- ←[27m←[K
←[Kcontains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

   When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

   If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
                              Page 378

copyright-arista.txt
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

  Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
^L
←[7m --More-- ←[27m←[K
←[K  6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

  You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
←[7m --More-- ←[27m←[K
←[K    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Use a suitable shared library mechanism for linking with the
    Library.  A suitable mechanism is one that (1) uses at run time a
    copy of the library already present on the user's computer system,
    rather than copying library functions into the executable, and (2)
    will operate properly with a modified version of the library, if
    the user installs one, as long as the modified version is
    interface-compatible with the version that the work was made with.

    c) Accompany the work with a written offer, valid for at least
    three years, to give the same user the materials specified in
    Subsection 6a, above, for a charge no more than the cost of
    performing this distribution.

    d) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.

    e) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.
←[7m --More-- ←[27m←[K
←[K
  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
Page 379

copyright-arista.txt
the materials to be distributed need not include anything that is
normally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

   It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
^L
   7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

←[7m --More-- ←[27m←[K
←[K    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

   8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

   9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
←[7m --More-- ←[27m←[K
←[Kall its terms and conditions for copying, distributing or modifying
the Library or works based on it.

   10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.
^L
   11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
                              Page 380

copyright-arista.txt
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.
←[7m --More-- ←[27m←[K
←[K
If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply, and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License
←[7m --More-- ←[27m←[K
←[Kmay add an explicit geographical distribution limitation excluding those
countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
the Free Software Foundation.
^L
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
←[7m --More-- ←[27m←[K
←[Kdecision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                        NO WARRANTY

  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
                        Page 381

copyright-arista.txt
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.


  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
←[7m --More-- ←[27m←[K
←[KFAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                    END OF TERMS AND CONDITIONS
^L
            How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms
of the ordinary General Public License).

   To apply these terms, attach the following notices to the library.
It is safest to attach them to the start of each source file to most
effectively convey the exclusion of warranty; and each file should
have at least the "copyright" line and a pointer to where the full
notice is found.


    <one line to give the library's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>
←[7m --More-- ←[27m←[K
←[K
    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Lesser General Public
    License as published by the Free Software Foundation; either
    version 2.1 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Lesser General Public License for more details.

    You should have received a copy of the GNU Lesser General Public
    License along with this library; if not, write to the Free Software
    Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA 02111-1307  USA

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or
your school, if any, to sign a "copyright disclaimer" for the library,
if necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library `Frob' (a library for tweaking knobs) written by James
←[7m --More-- ←[27m←[K
←[K  Random Hacker.
                            Page 382

copyright-arista.txt

    <signature of Ty Coon>, 1 April 1990
    Ty Coon, President of Vice

That's all there is to it!


++++++++
/usr/share/doc/parted-2.3/COPYING
++++++++

                    GNU GENERAL PUBLIC LICENSE
                       Version 3, 29 June 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

  The GNU General Public License is a free, copyleft license for
←[7m --More-- ←[27m←[K
←[Ksoftware and other kinds of works.

  The licenses for most software and other practical works are designed
to take away your freedom to share and change the works.  By contrast,
the GNU General Public License is intended to guarantee your freedom to
share and change all versions of a program--to make sure it remains free
software for all its users.  We, the Free Software Foundation, use the
GNU General Public License for most of our software; it applies also to
any other work released this way by its authors.  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  To protect your rights, we need to prevent others from denying you
these rights or asking you to surrender the rights.  Therefore, you have
certain responsibilities if you distribute copies of the software, or if
you modify it: responsibilities to respect the freedom of others.

←[7m --More-- ←[27m←[K
←[K  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must pass on to the recipients the same
freedoms that you received.  You must make sure that they, too, receive
or can get the source code.  And you must show them these terms so they
know their rights.

  Developers that use the GNU GPL protect your rights with two steps:
(1) assert copyright on the software, and (2) offer you this License
giving you legal permission to copy, distribute and/or modify it.

  For the developers' and authors' protection, the GPL clearly explains
that there is no warranty for this free software.  For both users' and
authors' sake, the GPL requires that modified versions be marked as
changed, so that their problems will not be attributed erroneously to
authors of previous versions.

                            Page 383

copyright-arista.txt

    Some devices are designed to deny users access to install or run
modified versions of the software inside them, although the manufacturer
can do so.  This is fundamentally incompatible with the aim of
protecting users' freedom to change the software.  The systematic
pattern of such abuse occurs in the area of products for individuals to
use, which is precisely where it is most unacceptable.  Therefore, we
have designed this version of the GPL to prohibit the practice for those
←[7m --More-- ←[27m←[K
←[Kproducts.  If such problems arise substantially in other domains, we
stand ready to extend this provision to those domains in future versions
of the GPL, as needed to protect the freedom of users.

    Finally, every program is threatened constantly by software patents.
States should not allow patents to restrict development and use of
software on general-purpose computers, but in those that do, we wish to
avoid the special danger that patents applied to a free program could
make it effectively proprietary.  To prevent this, the GPL assures that
patents cannot be used to render the program non-free.

    The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS

    0. Definitions.

    "This License" refers to version 3 of the GNU General Public License.

    "Copyright" also means copyright-like laws that apply to other kinds of
works, such as semiconductor masks.

←[7m --More-- ←[27m←[K
←[K  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

    To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

    A "covered work" means either the unmodified Program or a work based
on the Program.

    To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

    To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

←[7m --More-- ←[27m←[K
←[K An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
                    Page 384

copyright-arista.txt
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
←[7m --More-- ←[27m←[K
←[KComponent, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
←[7m --More-- ←[27m←[K
←[KSource.

  The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

  All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
Page 385

copyright-arista.txt
for you must do so exclusively on your behalf, under your direction
←[7m --More-- ←[27m←[K
←[Kand control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

   3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

←[7m --More-- ←[27m←[K
←[K  4. Conveying Verbatim Copies.

   You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

   5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

     a) The work must carry prominent notices stating that you modified
     it, and giving a relevant date.

     b) The work must carry prominent notices stating that it is
←[7m --More-- ←[27m←[K
←[K    released under this License and any conditions added under section
     7.  This requirement modifies the requirement in section 4 to
     "keep intact all notices".

     c) You must license the entire work, as a whole, under this
     License to anyone who comes into possession of a copy.  This
     License will therefore apply, along with any applicable section 7
     additional terms, to the whole of the work, and all its parts,
     regardless of how they are packaged.  This License gives no
     permission to license the work in any other way, but it does not
     invalidate such permission if you have separately received it.

     d) If the work has interactive user interfaces, each must display
Page 386

copyright-arista.txt
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

  A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
←[7m --More-- ←[27m←[K
←[Kbeyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

  You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
    Corresponding Source fixed on a durable physical medium
    customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the
    product that is covered by this License, on a durable physical
←[7m --More-- ←[27m←[K
←[K    medium customarily used for software interchange, for a price no
    more than your reasonable cost of physically performing this
    conveying of source, or (2) access to copy the
    Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
    written offer to provide the Corresponding Source.  This
    alternative is allowed only occasionally and noncommercially, and
    only if you received the object code with such an offer, in accord
    with subsection 6b.

    d) Convey the object code by offering access from a designated
    place (gratis or for a charge), and offer equivalent access to the
    Corresponding Source in the same way through the same place at no
    further charge.  You need not require recipients to copy the
    Corresponding Source along with the object code.  If the place to
    copy the object code is a network server, the Corresponding Source
    may be on a different server (operated by you or a third party)
    that supports equivalent copying facilities, provided you maintain
    clear directions next to the object code saying where to find the
    Corresponding Source.  Regardless of what server hosts the
    Corresponding Source, you remain obligated to ensure that it is
    available for as long as needed to satisfy these requirements.
←[7m --More-- ←[27m←[K
←[K    e) Convey the object code using peer-to-peer transmission, provided
    you inform other peers where the object code and Corresponding
    Source of the work are being offered to the general public at no
                              Page 387

copyright-arista.txt

charge under subsection 6d.

A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

←[7m --More-- ←[27m←[K
←[K  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
←[7m --More-- ←[27m←[K
←[Knetwork may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

7. Additional Terms.

"Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by

Page 388

copyright-arista.txt
this License without regard to the additional permissions.

   When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
←[7m --More-- ←[27m←[K
←[Kit.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

   Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

     a) Disclaiming warranty or limiting liability differently from the
     terms of sections 15 and 16 of this License; or

     b) Requiring preservation of specified reasonable legal notices or
     author attributions in that material or in the Appropriate Legal
     Notices displayed by works containing it; or

     c) Prohibiting misrepresentation of the origin of that material, or
     requiring that modified versions of such material be marked in
     reasonable ways as different from the original version; or

     d) Limiting the use for publicity purposes of names of licensors or
     authors of the material; or

←[7m --More-- ←[27m←[K
←[K    e) Declining to grant rights under trademark law for use of some
     trade names, trademarks, or service marks; or

     f) Requiring indemnification of licensors and authors of that
     material by anyone who conveys the material (or modified versions of
     it) with contractual assumptions of liability to the recipient, for
     any liability that these contractual assumptions directly impose on
     those licensors and authors.

   All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further
restriction, you may remove that term.  If a license document contains
a further restriction but permits relicensing or conveying under this
License, you may add to a covered work material governed by the terms
of that license document, provided that the further restriction does
not survive such relicensing or conveying.

   If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.
←[7m --More-- ←[27m←[K
←[K
   Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

   8. Termination.

   You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
                              Page 389

copyright-arista.txt

this License (including any patent licenses granted under the third
paragraph of section 11).

   However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

   Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
←[7m --More-- ←[27m←[K
←[Kreceived notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

   Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

   9. Acceptance Not Required for Having Copies.

   You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

   10. Automatic Licensing of Downstream Recipients.

←[7m --More-- ←[27m←[K
←[K  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

   An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

   You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

←[7m --More-- ←[27m←[K
←[K  11. Patents.
                    Page 390

copyright-arista.txt

A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
←[7m --More-- ←[27m←[K
←[K(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
←[7m --More-- ←[27m←[K
←[Kor convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that

Page 391

copyright-arista.txt
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

   Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

←[7m --More-- ←[27m←[K
←[K  12. No Surrender of Others' Freedom.

   If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

   13. Use with the GNU Affero General Public License.

   Notwithstanding any other provision of this License, you have
permission to link or combine any covered work with a work licensed
under version 3 of the GNU Affero General Public License into a single
combined work, and to convey the resulting work.  The terms of this
License will continue to apply to the part which is the covered work,
but the special requirements of the GNU Affero General Public License,
section 13, concerning interaction through a network will apply to the
combination as such.

←[7m --More-- ←[27m←[K
←[K  14. Revised Versions of this License.

   The Free Software Foundation may publish revised and/or new versions of
the GNU General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

   Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU General
Public License "or any later version" applies to it, you have the
option of following the terms and conditions either of that numbered
version or of any later version published by the Free Software
Foundation.  If the Program does not specify a version number of the
GNU General Public License, you may choose any version ever published
by the Free Software Foundation.

   If the Program specifies that a proxy can decide which future
versions of the GNU General Public License can be used, that proxy's
public statement of acceptance of a version permanently authorizes you
to choose that version for the Program.

   Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
←[7m --More-- ←[27m←[K
←[Kauthor or copyright holder as a result of your choosing to follow a
later version.

   15. Disclaimer of Warranty.

   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
Page 392

copyright-arista.txt

HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
⌐[7m --More-- ⌐[27m⌐[K
⌐[KEVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

  If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                     END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kthe "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation, either version 3 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If the program does terminal interaction, make it output a short
notice like this when it starts in an interactive mode:
                            Page 393

copyright-arista.txt

←[7m --More-- ←[27m←[K
←[K    <program>  Copyright (C) <year>  <name of author>
    This program comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, your program's commands
might be different; for a GUI interface, you would use an "about box".

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU GPL, see
<http://www.gnu.org/licenses/>.

  The GNU General Public License does not permit incorporating your program
into proprietary programs.  If your program is a subroutine library, you
may consider it more useful to permit linking proprietary applications with
the library.  If this is what you want to do, use the GNU Lesser General
Public License instead of this License.  But first, please read
<http://www.gnu.org/philosophy/why-not-lgpl.html>.


++++++++
←[7m --More-- ←[27m←[K
←[K/usr/share/doc/nginx-1.6.2/LICENSE
++++++++

/*
 * Copyright (C) 2002-2014 Igor Sysoev
 * Copyright (C) 2011-2014 Nginx, Inc.
 * All rights reserved.
 *
 * Redistribution and use in source and binary forms, with or without
 * modification, are permitted provided that the following conditions
 * are met:
 * 1. Redistributions of source code must retain the above copyright
 *    notice, this list of conditions and the following disclaimer.
 * 2. Redistributions in binary form must reproduce the above copyright
 *    notice, this list of conditions and the following disclaimer in the
 *    documentation and/or other materials provided with the distribution.
 *
 * THIS SOFTWARE IS PROVIDED BY THE AUTHOR AND CONTRIBUTORS ``AS IS'' AND
 * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
 * IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE
 * ARE DISCLAIMED.  IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE
 * FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
 * DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS
←[7m --More-- ←[27m←[K
←[K * OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION)
 * HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT
 * LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY
 * OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF
 * SUCH DAMAGE.
 */


++++++++
/usr/share/doc/fuse-libs-2.8.5/COPYING.LIB
++++++++
            GNU LIBRARY GENERAL PUBLIC LICENSE
                   Page 394

copyright-arista.txt
Version 2, June 1991

Copyright (C) 1991 Free Software Foundation, Inc.
59 Temple Place - Suite 330, Boston, MA 02111-1307, USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

[This is the first released version of the library GPL.  It is
 numbered 2 because it goes with version 2 of the ordinary GPL.]

←[7m --More-- ←[27m←[K
←[K                          Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Library General Public License, applies to some
specially designated Free Software Foundation software, and to any
other libraries whose authors decide to use it.  You can use it for
your libraries, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if
you distribute copies of the library, or if you modify it.
←[7m --More-- ←[27m←[K
←[K
  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link a program with the library, you must provide
complete object files to the recipients so that they can relink them
with the library, after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

  Our method of protecting your rights has two steps: (1) copyright
the library, and (2) offer you this license which gives you legal
permission to copy, distribute and/or modify the library.

  Also, for each distributor's protection, we want to make certain
that everyone understands that there is no warranty for this free
library.  If the library is modified by someone else and passed on, we
want its recipients to know that what they have is not the original
version, so that any problems introduced by others will not reflect on
the original authors' reputations.
←[7m^L←[27m
  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that companies distributing free
software will individually obtain patent licenses, thus in effect
←[7m --More-- ←[27m←[K
←[Ktransforming the program into proprietary software.  To prevent this,
we have made it clear that any patent must be licensed for everyone's
free use or not licensed at all.

                           Page 395

copyright-arista.txt
    Most GNU software, including some libraries, is covered by the ordinary
GNU General Public License, which was designed for utility programs.  This
license, the GNU Library General Public License, applies to certain
designated libraries.  This license is quite different from the ordinary
one; be sure to read it in full, and don't assume that anything in it is
the same as in the ordinary license.

    The reason we have a separate public license for some libraries is that
they blur the distinction we usually make between modifying or adding to a
program and simply using it.  Linking a program with a library, without
changing the library, is in some sense simply using the library, and is
analogous to running a utility program or application program.  However, in
a textual and legal sense, the linked executable is a combined work, a
derivative of the original library, and the ordinary General Public License
treats it as such.

    Because of this blurred distinction, using the ordinary General
Public License for libraries did not effectively promote software
sharing, because most developers did not use the libraries.  We
⎼[7m --More-- ⎼[27m⎼[K
⎼[Kconcluded that weaker conditions might promote sharing better.

    However, unrestricted linking of non-free programs would deprive the
users of those programs of all benefit from the free status of the
libraries themselves.  This Library General Public License is intended to
permit developers of non-free programs to use free libraries, while
preserving your freedom as a user of such programs to change the free
libraries that are incorporated in them.  (We have not seen how to achieve
this as regards changes in header files, but we have achieved it as regards
changes in the actual functions of the Library.)  The hope is that this
will lead to faster development of free libraries.

    The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, while the latter only
works together with the library.

    Note that it is possible for a library to be covered by the ordinary
General Public License rather than by this special one.
⎼[7m^L⎼[27m
                GNU LIBRARY GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION
⎼[7m --More-- ⎼[27m⎼[K
⎼[K
    0. This License Agreement applies to any software library which
contains a notice placed by the copyright holder or other authorized
party saying it may be distributed under the terms of this Library
General Public License (also called "this License").  Each licensee is
addressed as "you".

    A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

    The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

                              Page 396

copyright-arista.txt
   "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
←[7m --More-- ←[27m←[K
←[Kand installation of the library.

   Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

   1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

   You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.
←[7m^L←[27m
   2. You may modify your copy or copies of the Library or any portion
←[7m --More-- ←[27m←[K
←[Kof it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

   a) The modified work must itself be a software library.

   b) You must cause the files modified to carry prominent notices
   stating that you changed the files and the date of any change.

   c) You must cause the whole of the work to be licensed at no
   charge to all third parties under the terms of this License.

   d) If a facility in the modified Library refers to a function or a
   table of data to be supplied by an application program that uses
   the facility, other than as an argument passed when the facility
   is invoked, then you must make a good faith effort to ensure that,
   in the event an application does not supply such function or
   table, the facility still operates, and performs whatever part of
   its purpose remains meaningful.

   (For example, a function in a library to compute square roots has
   a purpose that is entirely well-defined independent of the
   application.  Therefore, Subsection 2d requires that any
←[7m --More-- ←[27m←[K
←[K  application-supplied function or table used by this function must
   be optional: if the application does not supply it, the square
   root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
                          Page 397

copyright-arista.txt

on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
←[7m --More-- ←[27m←[K
←[Kthe scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.
←[7m^L←[27m
  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
←[7m --More-- ←[27m←[K
←[Kmedium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

  However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

  When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
←[7m --More-- ←[27m←[K
←[KWhether this is true is especially significant if the work can be
Page 398

copyright-arista.txt
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

   If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

   Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.
←[7m^L←[27m
   6. As an exception to the Sections above, you may also compile or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

←[7m --More-- ←[27m←[K
←[K  You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
of these things:

      a) Accompany the work with the complete corresponding
      machine-readable source code for the Library including whatever
      changes were used in the work (which must be distributed under
      Sections 1 and 2 above); and, if the work is an executable linked
      with the Library, with the complete machine-readable "work that
      uses the Library", as object code and/or source code, so that the
      user can modify the Library and then relink to produce a modified
      executable containing the modified Library.  (It is understood
      that the user who changes the contents of definitions files in the
      Library will not necessarily be able to recompile the application
      to use the modified definitions.)

      b) Accompany the work with a written offer, valid for at
      least three years, to give the same user the materials
      specified in Subsection 6a, above, for a charge no more
←[7m --More-- ←[27m←[K
←[K      than the cost of performing this distribution.

      c) If distribution of the work is made by offering access to copy
      from a designated place, offer equivalent access to copy the above
      specified materials from the same place.

      d) Verify that the user has already received a copy of these
      materials or that you have already sent this user a copy.

   For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the source code distributed need not include anything that is normally
distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
Page 399

copyright-arista.txt

the executable.

   It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.
←[7m --More-- ←[27m←[K
←[K←[7m^L←[27m
   7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

     a) Accompany the combined library with a copy of the same work
     based on the Library, uncombined with any other library
     facilities.  This must be distributed under the terms of the
     Sections above.

     b) Give prominent notice with the combined library of the fact
     that part of it is a work based on the Library, and explaining
     where to find the accompanying uncombined form of the same work.

   8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
or rights, from you under this License will not have their licenses
←[7m --More-- ←[27m←[K
←[Kterminated so long as such parties remain in full compliance.

   9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

   10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
←[7m^L←[27m
   11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
←[7m --More-- ←[27m←[K
←[Kexcuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
                                Page 400

copyright-arista.txt
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.
←[7m --More-- ←[27m←[K
←[K
This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

  12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

  13. The Free Software Foundation may publish revised and/or new
versions of the Library General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by
←[7m --More-- ←[27m←[K
←[Kthe Free Software Foundation.
←[7m^L←[27m
  14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                            NO WARRANTY

  15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

copyright-arista.txt

←[7m --More-- ←[27m←[K
←[K  16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                    END OF TERMS AND CONDITIONS
←[7m^L←[27m
        Appendix: How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

   To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
←[7m --More-- ←[27m←[K
←[Kconvey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

    <one line to give the library's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Library General Public
    License as published by the Free Software Foundation; either
    version 2 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Library General Public License for more details.

    You should have received a copy of the GNU Library General Public
    License along with this library; if not, write to the Free
    Software Foundation, Inc., 59 Temple Place - Suite 330, Boston,
    MA 02111-1307, USA

Also add information on how to contact you by electronic and paper mail.

←[7m --More-- ←[27m←[K
←[KYou should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the
  library 'Frob' (a library for tweaking knobs) written by James Random Hacker.

  <signature of Ty Coon>, 1 April 1990
  Ty Coon, President of Vice

That's all there is to it!

                            Page 402

copyright-arista.txt
++++++++
/usr/share/doc/usermode-1.106.1/COPYING
++++++++

                GNU GENERAL PUBLIC LICENSE
                   Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  USA
 Everyone is permitted to copy and distribute verbatim copies
←[7m --More-- ←[27m←[K
←[K of this license document, but changing it is not allowed.

                        Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
←[7m --More-- ←[27m←[K
←[KThese restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
←[7m --More-- ←[27m←[K
←[Kprogram proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

  The precise terms and conditions for copying, distribution and
                         Page 403

                              copyright-arista.txt
modification follow.
←[7m^L←[27m
                     GNU GENERAL PUBLIC LICENSE
       TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
←[7m --More-- ←[27m←[K
←[KProgram (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

  1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
←[7m --More-- ←[27m←[K
←[K    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
                              Page 404

copyright-arista.txt
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
←[7m --More-- ←[27m←[K
←[Kentire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

   3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
←[7m --More-- ←[27m←[K
←[K    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
←[7m --More-- ←[27m←[K
←[Kaccess to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
←[7m^L←[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
Page 405

copyright-arista.txt
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
←[7m --More-- ←[27m←[K
←[Koriginal licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

   7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.
←[7m --More-- ←[27m←[K
←[K
It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
   8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

←[7m --More-- ←[27m←[K
←[K  9. The Free Software Foundation may publish revised and/or new versions
                              Page 406

copyright-arista.txt

of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

   10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

←[7m --More-- ←[27m←[K
←[K  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                     END OF TERMS AND CONDITIONS
←[7m^L←[27m
                How to Apply These Terms to Your New Programs
←[7m --More-- ←[27m←[K
←[K
   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

       <one line to give the program's name and a brief idea of what it does.>
       Copyright (C) <year>  <name of author>

       This program is free software; you can redistribute it and/or modify
       it under the terms of the GNU General Public License as published by
       the Free Software Foundation; either version 2 of the License, or
                            Page 407

copyright-arista.txt
(at your option) any later version.

This program is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
GNU General Public License for more details.

←[7m --More-- ←[27m←[K
←[K    You should have received a copy of the GNU General Public License
     along with this program; if not, write to the Free Software
     Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  U ▯SA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year  name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
←[7m --More-- ←[27m←[K
←[Knecessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/python-requests-1.2.3/NOTICE
++++++++

Requests includes some vendorized python libraries to ease installation.

Urllib3 License
===============
←[7m --More-- ←[27m←[K
←[K
This is the MIT license: http://www.opensource.org/licenses/mit-license.php

Copyright 2008-2011 Andrey Petrov and contributors (see CONTRIBUTORS.txt),
Modifications copyright 2012 Kenneth Reitz.

Permission is hereby granted, free of charge, to any person obtaining a copy of
▯this

copyright-arista.txt

software and associated documentation files (the "Software"), to deal in the Sof
tware
without restriction, including without limitation the rights to use, copy, modif y,
merge,
publish, distribute, sublicense, and/or sell copies of the Software, and to perm it
persons
to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all c
opies or
substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLI
ED,
INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PA
[7m --More-- [27m[K
[KRTICULAR
PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS  BE
LIABLE
FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TOR OR T
OR
OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR
OTHER
DEALINGS IN THE SOFTWARE.

Charade License
===============

This library is free software; you can redistribute it and/or
modify it under the terms of the GNU Lesser General Public
License as published by the Free Software Foundation; either
version 2.1 of the License, or (at your option) any later version.

This library is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
Lesser General Public License for more details.

You should have received a copy of the GNU Lesser General Public
[7m --More-- [27m[K
[KLicense along with this library; if not, write to the Free Software
Foundation, Inc., 51 Franklin St, Fifth Floor, Boston, MA
02110-1301  USA


Bundle of CA Root Certificates
==============================

This library is free software; you can redistribute it and/or
modify it under the terms of the GNU Lesser General Public
License as published by the Free Software Foundation; either
version 2.1 of the License, or (at your option) any later version.

This library is distributed in the hope that it will be useful,
but WITHOUT ANY WARRANTY; without even the implied warranty of
MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
Lesser General Public License for more details.

You should have received a copy of the GNU Lesser General Public
License along with this library; if not, write to the Free Software
Foundation, Inc., 51 Franklin St, Fifth Floor, Boston, MA
02110-1301

copyright-arista.txt
←[7m --More-- ←[27m←[K
←[K

OAuthlib
========

Copyright (c) 2011 Idan Gazit and contributors
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that the following conditions are met:

   1. Redistributions of source code must retain the above copyright notice,
      this list of conditions and the following disclaimer.

   2. Redistributions in binary form must reproduce the above copyright
      notice, this list of conditions and the following disclaimer in the
      documentation and/or other materials provided with the distribution.

   3. Neither the name of this project nor the names of its contributors may
      be used to endorse or promote products derived from this software without
      specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS"
←[7m --More-- ←[27m←[K
←[KAND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE
DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE LIABLE
FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL
DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR
SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER
CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY,
OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE
OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.


++++++++
/usr/share/doc/dhclient-4.2.0/LICENSE
++++++++

# Copyright (c) 2004-2010 by Internet Systems Consortium, Inc. ("ISC")
# Copyright (c) 1995-2003 by Internet Software Consortium
#
# Permission to use, copy, modify, and distribute this software for any
# purpose with or without fee is hereby granted, provided that the above
# copyright notice and this permission notice appear in all copies.
#
# THE SOFTWARE IS PROVIDED "AS IS" AND ISC DISCLAIMS ALL WARRANTIES
←[7m --More-- ←[27m←[K
←[K# WITH REGARD TO THIS SOFTWARE INCLUDING ALL IMPLIED WARRANTIES OF
# MERCHANTABILITY AND FITNESS.  IN NO EVENT SHALL ISC BE LIABLE FOR
# ANY SPECIAL, DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES
# WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN
# ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT
# OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.
#
#   Internet Systems Consortium, Inc.
#   950 Charter Street
#   Redwood City, CA 94063
#   <info@isc.org>
#   https://www.isc.org/

Page 410

copyright-arista.txt

```
++++++++
/usr/share/doc/xinetd-2.3.14/COPYRIGHT
++++++++

ORIGINAL LICENSE:
This software is

(c) Copyright 1992 by Panagiotis Tsirigotis

←[7m --More-- ←[27m←[K
←[KThe author (Panagiotis Tsirigotis) grants permission to use, copy,
and distribute this software and its documentation for any purpose
and without fee, provided that the above copyright notice extant in
files in this distribution is not removed from files included in any
redistribution and that this copyright notice is also included in any
redistribution.

Modifications to this software may be distributed, either by distributing
the modified software or by distributing patches to the original software,
under the following additional terms:

1. The version number will be modified as follows:
        a. The first 3 components of the version number
           (i.e <number>.<number>.<number>) will remain unchanged.
        b. A new component will be appended to the version number to indicate
           the modification level. The form of this component is up to the
           author of the modifications.

2. The author of the modifications will include his/her name by appending it
   along with the new version number to this file and will be responsible for
   any wrong behavior of the modified software.

The author makes no representations about the suitability of this
←[7m --More-- ←[27m←[K
←[Ksoftware for any purpose.  It is provided "as is" without any express
or implied warranty.


Modifications:
Version: 2.1.8.7-current
Copyright 1998-2001 by Rob Braun

Sensor Addition
Version: 2.1.8.9pre14a
Copyright 2001 by Steve Grubb

This is an exerpt from an email I recieved from the original author, allowing
xinetd as maintained by me, to use the higher version numbers:

I appreciate your maintaining the version string guidelines as specified
in the copyright. But I did not mean them to last as long as they did.

So, if you want, you may use any 2.N.* (N >= 3) version string for future
xinetd versions that you release. Note that I am excluding the 2.2.* line;
using that would only create confusion. Naming the next release 2.3.0
would put to rest the confusion about 2.2.1 and 2.1.8.*.

←[7m --More-- ←[27m←[K
←[K

++++++++
/usr/share/doc/libffi-3.0.9/LICENSE
++++++++
```

copyright-arista.txt

libffi - Copyright (c) 1996-2009  Anthony Green, Red Hat, Inc and others.
See source files for details.

Permission is hereby granted, free of charge, to any person obtaining
a copy of this software and associated documentation files (the
``Software''), to deal in the Software without restriction, including
without limitation the rights to use, copy, modify, merge, publish,
distribute, sublicense, and/or sell copies of the Software, and to
permit persons to whom the Software is furnished to do so, subject to
the following conditions:

The above copyright notice and this permission notice shall be included
in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED ``AS IS'', WITHOUT WARRANTY OF ANY KIND,
EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF
MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.
←[7m --More-- ←[27m←[K
←[KIN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY
CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT,
TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE
SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.


++++++++
/usr/share/doc/openldap-2.4.23/COPYRIGHT
++++++++

Copyright 1998-2010 The OpenLDAP Foundation
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted only as authorized by the OpenLDAP
Public License.

A copy of this license is available in the file LICENSE in the
top-level directory of the distribution or, alternatively, at
<http://www.OpenLDAP.org/license.html>.

OpenLDAP is a registered trademark of the OpenLDAP Foundation.

←[7m --More-- ←[27m←[K
←[KIndividual files and/or contributed packages may be copyright by
other parties and/or subject to additional restrictions.

This work is derived from the University of Michigan LDAP v3.3
distribution.  Information concerning this software is available
at <http://www.umich.edu/~dirsvcs/ldap/ldap.html>.

This work also contains materials derived from public sources.

Additional information about OpenLDAP can be obtained at
<http://www.openldap.org/>.

---

Portions Copyright 1998-2008 Kurt D. Zeilenga.
Portions Copyright 1998-2006 Net Boolean Incorporated.
Portions Copyright 2001-2006 IBM Corporation.
All rights reserved.

Redistribution and use in source and binary forms, with or without
Page 412

```
                        copyright-arista.txt
modification, are permitted only as authorized by the OpenLDAP
Public License.

←[7m --More-- ←[27m←[K
←[K---

Portions Copyright 1999-2008 Howard Y.H. Chu.
Portions Copyright 1999-2008 Symas Corporation.
Portions Copyright 1998-2003 Hallvard B. Furuseth.
Portions Copyright 2008-2009 Gavin Henry.
Portions Copyright 2008-2009 Suretec Systems Ltd.
All rights reserved.

Redistribution and use in source and binary forms, with or without
modification, are permitted provided that this notice is preserved.
The names of the copyright holders may not be used to endorse or
promote products derived from this software without their specific
prior written permission.  This software is provided ``as is''
without express or implied warranty.


---

Portions Copyright (c) 1992-1996 Regents of the University of Michigan.
All rights reserved.

Redistribution and use in source and binary forms are permitted
provided that this notice is preserved and that due credit is given
←[7m --More-- ←[27m←[K
←[Kto the University of Michigan at Ann Arbor.  The name of the
University may not be used to endorse or promote products derived
from this software without specific prior written permission.  This
software is provided ``as is'' without express or implied warranty.



++++++++
/usr/share/doc/lzop-1.03/COPYING
++++++++

                    GNU GENERAL PUBLIC LICENSE
                       Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
      59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
←[7m --More-- ←[27m←[K
←[KLicense is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
                            Page 413
```

copyright-arista.txt

this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

   To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

   For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
←[7m --More-- ←[27m←[K
←[Ksource code.  And you must show them these terms so they know their
rights.

   We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m^L←[27m
←[7m --More-- ←[27m←[K
←[K                   GNU GENERAL PUBLIC LICENSE
     TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
conspicuously and appropriately publish on each copy an appropriate
←[7m --More-- ←[27m←[K
←[Kcopyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;

Page 414

copyright-arista.txt
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

  2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
    parties under the terms of this License.

    c) If the modified program normally reads commands interactively
    when run, you must cause it, when started running for such
←[7m --More-- ←[27m←[K
←[K    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)
←[7m^L←[27m
These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Program.
←[7m --More-- ←[27m←[K
←[K
In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
                              Page 415

copyright-arista.txt
machine-readable copy of the corresponding source code, to be
distributed under the terms of Sections 1 and 2 above on a medium
customarily used for software interchange; or,

c) Accompany it with the information you received as to the offer
to distribute corresponding source code.  (This alternative is
⌐[7m --More-- ⌐[27m⌐[K
⌐[K     allowed only for noncommercial distribution and only if you
received the program in object code or executable form with such
an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
⌐[7m^L⌐[27m
   4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
⌐[7m --More-- ⌐[27m⌐[K
⌐[Kotherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

   5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

   6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

⌐[7m --More-- ⌐[27m⌐[K
⌐[K  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
                                Page 416

copyright-arista.txt

license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
implemented by public license practices.  Many people have made
←[7m --More-- ←[27m←[K
←[Kgenerous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.
←[7m^L←[27m
  8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

  9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

Each version is given a distinguishing version number.  If the Program
←[7m --More-- ←[27m←[K
←[Kspecifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

  10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                            NO WARRANTY

  11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
                            Page 417

copyright-arista.txt
←[7m --More-- ←[27m←[K
←[KTO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

   12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                 END OF TERMS AND CONDITIONS
←[7m^L←[27m
              How to Apply These Terms to Your New Programs

   If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

   To do so, attach the following notices to the program.  It is safest
←[7m --More-- ←[27m←[K
←[Kto attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) 19yy  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.
←[7m --More-- ←[27m←[K
←[K
If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) 19yy name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

                              Page 418

copyright-arista.txt
You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

   Yoyodyne, Inc., hereby disclaims all copyright interest in the program
   `Gnomovision' (which makes passes at compilers) written by James Hacker.

   <signature of Ty Coon>, 1 April 1989
   Ty Coon, President of Vice
←[7m --More-- ←[27m←[K
←[K
This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.


++++++++
/usr/share/doc/libnih-1.0.2/COPYING
++++++++

                    GNU GENERAL PUBLIC LICENSE
                       Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.,
 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

  The licenses for most software are designed to take away your
←[7m --More-- ←[27m←[K
←[Kfreedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Lesser General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
←[7m --More-- ←[27m←[K
←[Kyou have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
                            Page 419

copyright-arista.txt
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

   Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

   Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

   The precise terms and conditions for copying, distribution and
modification follow.
←[7m --More-- ←[27m←[K
←[K
                    GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

   0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
the term "modification".)  Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of
running the Program is not restricted, and the output from the Program
is covered only if its contents constitute a work based on the
Program (independent of having been made by running the Program).
Whether that is true depends on what the Program does.

   1. You may copy and distribute verbatim copies of the Program's
source code as you receive it, in any medium, provided that you
←[7m --More-- ←[27m←[K
←[Kconspicuously and appropriately publish on each copy an appropriate
copyright notice and disclaimer of warranty; keep intact all the
notices that refer to this License and to the absence of any warranty;
and give any other recipients of the Program a copy of this License
along with the Program.

You may charge a fee for the physical act of transferring a copy, and
you may at your option offer warranty protection in exchange for a fee.

   2. You may modify your copy or copies of the Program or any portion
of it, thus forming a work based on the Program, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) You must cause the modified files to carry prominent notices
    stating that you changed the files and the date of any change.

    b) You must cause any work that you distribute or publish, that in
    whole or in part contains or is derived from the Program or any
    part thereof, to be licensed as a whole at no charge to all third
                              Page 420

copyright-arista.txt
parties under the terms of this License.

    c) If the modified program normally reads commands interactively
←[7m --More-- ←[27m←[K
←[K    when run, you must cause it, when started running for such
    interactive use in the most ordinary way, to print or display an
    announcement including an appropriate copyright notice and a
    notice that there is no warranty (or else, saying that you provide
    a warranty) and that users may redistribute the program under
    these conditions, and telling the user how to view a copy of this
    License.  (Exception: if the Program itself is interactive but
    does not normally print such an announcement, your work based on
    the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Program,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Program, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
←[7m --More-- ←[27m←[K
←[Kcollective works based on the Program.

In addition, mere aggregation of another work not based on the Program
with the Program (or with a work based on the Program) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

    3. You may copy and distribute the Program (or a work based on it,
under Section 2) in object code or executable form under the terms of
Sections 1 and 2 above provided that you also do one of the following:

    a) Accompany it with the complete corresponding machine-readable
    source code, which must be distributed under the terms of Sections
    1 and 2 above on a medium customarily used for software interchange; or,

    b) Accompany it with a written offer, valid for at least three
    years, to give any third party, for a charge no more than your
    cost of physically performing source distribution, a complete
    machine-readable copy of the corresponding source code, to be
    distributed under the terms of Sections 1 and 2 above on a medium
    customarily used for software interchange; or,

    c) Accompany it with the information you received as to the offer
←[7m --More-- ←[27m←[K
←[K    to distribute corresponding source code.  (This alternative is
    allowed only for noncommercial distribution and only if you
    received the program in object code or executable form with such
    an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
Page 421

copyright-arista.txt
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.

  4. You may not copy, modify, sublicense, or distribute the Program
←[7m --More-- ←[27m←[K
←[Kexcept as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.
←[7m --More-- ←[27m←[K
←[K
  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under
any particular circumstance, the balance of the section is intended to
apply and the section as a whole is intended to apply in other
circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system, which is
←[7m --More-- ←[27m←[K
←[Kimplemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
                           Page 422

copyright-arista.txt
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

    8. If the distribution and/or use of the Program is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Program under this License
may add an explicit geographical distribution limitation excluding
those countries, so that distribution is permitted only in or among
countries not thus excluded.  In such case, this License incorporates
the limitation as if written in the body of this License.

    9. The Free Software Foundation may publish revised and/or new versions
of the General Public License from time to time.  Such new versions will
be similar in spirit to the present version, but may differ in detail to
address new problems or concerns.

⌐[7m --More-- ⌐[27m⌐[K
⌐[KEach version is given a distinguishing version number.  If the Program
specifies a version number of this License which applies to it and "any
later version", you have the option of following the terms and conditions
either of that version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number of
this License, you may choose any version ever published by the Free Software
Foundation.

    10. If you wish to incorporate parts of the Program into other free
programs whose distribution conditions are different, write to the author
to ask for permission.  For software which is copyrighted by the Free
Software Foundation, write to the Free Software Foundation; we sometimes
make exceptions for this.  Our decision will be guided by the two goals
of preserving the free status of all derivatives of our free software and
of promoting the sharing and reuse of software generally.

                                NO WARRANTY

    11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
⌐[7m --More-- ⌐[27m⌐[K
⌐[KMERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION.

    12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

                    END OF TERMS AND CONDITIONS

                            Page 423

```
                          copyright-arista.txt
                How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

←[7m --More-- ←[27m←[K
←[K  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software; you can redistribute it and/or modify
        it under the terms of the GNU General Public License as published by
        the Free Software Foundation; either version 2 of the License, or
        (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU General Public License for more details.

        You should have received a copy of the GNU General Public License along
        with this program; if not, write to the Free Software Foundation, Inc.,
        51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA.●
←[Klocalhost(s1)#
localhost(s1)#
```

```
                        help-Cisco 4948E.txt
Switch>help
Help may be requested at any point in a command by entering
a question mark '?'.  If nothing matches, the help list will
be empty and you must backup until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)
```

```
                              help-EOS 4.4.0.txt
localhost#help
Help may be requested at any point in a command by entering
a question mark '?'.  If nothing matches, the help list will
be empty and you must backup until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)

localhost#
```

IOS Copyright.txt

Rommon reg: 0x00000780
Reset2Reg: 0x00009EFF
##
Fortooine controller 0x0B593D4F..0x0B6D4D98 original size:0x001ABAC1
################################################################
                    Restricted Rights Legend

Use, duplication, or disclosure by the Government is
subject to restrictions as set forth in subparagraph
(c) of the Commercial Computer Software - Restricted
Rights clause at FAR sec. 52.227-19 and subparagraph
(c) (1) (ii) of the Rights in Technical Data and Computer
Software clause at DFARS sec. 252.227-7013.

            cisco Systems, Inc.
            170 West Tasman Drive
            San Jose, California 95134-1706


Cisco IOS Software, Catalyst 4500 L3 Switch Software (cat4500e-IPBASE-M), Version
12.2(54)SG1, RELEASE SOFTWARE (fc1)
Technical Support: http://www.cisco.com/techsupport
Copyright (c) 1986-2011 by Cisco Systems, Inc.
Compiled Thu 27-Jan-11 12:13 by prod_rel_team
Image text-base: 0x10000000, data-base: 0x12A709B8

cisco WS-C4948E (MPC8548) processor (revision 5) with 1048576K bytes of memory.
Processor board ID CAT1552S66E
MPC8548 CPU at 1GHz, Cisco Catalyst 4948E
Last reset from PowerUp
1 Virtual Ethernet interface
48 Gigabit Ethernet interfaces
4 Ten Gigabit Ethernet interfaces
511K bytes of non-volatile configuration memory.


Press RETURN to get started!


Switch>

Page 1

```
                         show ip ospf -Cisco 4948E.txt
Switch>show ip ospf ?
  <1-65535>         Process ID number
  border-routers    Border and Boundary Router Information
  database          Database summary
  interface         Interface information
  max-metric        Max-metric origination information
  mpls              MPLS related information
  neighbor          Neighbor list
  sham-links        Sham link information
  statistics        Various OSPF Statistics
  summary-address   Summary-address redistribution Information
  timers            OSPF timers information
  traffic           Traffic related statistics
  virtual-links     Virtual link information
  |                 Output modifiers
  <cr>
```

show output.txt

```
localhost#show ?
  aaa                   Show AAA values
  arp                   ARP table
  boot-config           Show boot configuration
  boot-extensions       Contents of boot extensions configuration
  clock                 Display the system clock
  diagnostic            Show diagnostic tests
  dot1q-tunnel          Show all enabled dot1q-tunnel ports
  environment           Show environment status
  errdisable            Show errdisable information
  error                 Show detailed information about an earlier error
  extensions            EOS extensions present on this device
  file                  Show filesystem information
  flowcontrol           Show interface flowcontrol information
  history               Display the session command history
  installed-extensions  Installed EOS extensions
  interfaces            Interface status and configuration
  inventory             Display hardware inventory with serial numbers
  ip                    IP information
  lacp                  Link Aggregation Control Protocol (LACP) status
  lldp                  Show Link Layer Discovery Protocol (LLDP) status
  logging               Show the contents of logging buffers
  mac-address-table     MAC forwarding table
  mlag                  MLAG status
  monitor               Mirroring information
  ntp                   Network Time Protocol
  platform              Platform-specific functions
  port-channel          port-channel status
  privilege             Display the current privilege level
  processes             Show cpu and memory usage of running processes
  radius                RADIUS server attributes
  reload                Display system reload status
  running-config        Current operating configuration
  sflow                 sFlow configuration
  snmp                  SNMP statistics
  spanning-tree         Spanning tree topology
  startup-config        Contents of startup configuration
  tacacs                TACACS+ server attributes
  tech-support          Show aggregated status and configuration details
  trace                 Show trace settings
  uptime                Show how long the system has been running
  users                 Display information about terminal lines
  version               Show switch version information
  vlan                  Show VLAN status
```