Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**DECLARATION OF JUDITH A. CHEVALIER IN SUPPORT OF CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Judith A. Chevalier, declare as follows:

1. I am the William S. Beinecke Professor of Economics and Finance at the Yale University School of Management. I also hold a joint courtesy appointment at the Yale Department of Economics. I received my undergraduate degree in Economics from Yale University in 1989 and my Ph.D. in Economics from the Massachusetts Institute of Technology in 1993. I submit this declaration in support of Plaintiff Cisco Systems, Inc.'s ("Cisco") Motion for Partial Summary Judgment. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I have been retained to provide economic analysis related to Arista Networks, Inc.'s ("Arista") alleged infringement of Cisco's asserted copyrighted works and patent and related damages.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of my June 17, 2016 Rebuttal Expert Report on Fair Use ("Chevalier Rebuttal Report") which is a true and correct expression of my opinions based on the facts I currently know. In the Chevalier Rebuttal Report, I comment on the fair use opinions offered by Arista's expert witnesses related to "the effect of the use upon the potential market for or value of the copyrighted work" with respect to Arista's infringement of Cisco's copyrighted works, as set forth in the Expert Report and Disclosure of Cate M. Elsten and the Opening Expert Report of William M. Seifert, both dated June 3, 2016. The Chevalier Rebuttal Report also provides a more detailed description of my qualifications and experience, including a CV which is attached thereto as Exhibit 1.

1   I declare under penalty of perjury that the foregoing is true and correct, and that this
2   declaration was executed in New Haven, Connecticut on June 30, 2016.

*Judith A. Chevalier*

Judith A. Chevalier