Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG) <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:   Hon. Beth Labson Freeman |

1     The Court, having considered the written submissions of the parties, argument, and all
2 evidence submitted to the Court for purposes of Plaintiff's ("Cisco") Motion for Partial Summary
3 Judgment, hereby ORDERS THAT:

4     (1) Cisco owns a valid copyright in Cisco CLI (a set of original expressions related to
5 Cisco's unique command-line interface, including original multi-word command line expressions;
6 original hierarchies, modes, prompts, command responses, screen displays, and help screens in
7 its user interface; and original technical documentation like user guides and manuals available to
8 those who use its command-line interface) which is copyrightable as original to Cisco ;

9     (2) Defendant ("Arista") infringed Cisco's copyright by copying Cisco CLI; and

10     (3) Arista cannot establish a fair-use defense to its copying of Cisco CLI.

12 DATED: _____       _____

13     Hon. Beth Labson Freeman
14     U.S. District Judge

99998-77952/8117359.1     1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO
SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 5:14-cv-05344-BLF