Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF AMY H. CANDIDO IN SUPPORT OF CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Amy H. Candido, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action. I make this declaration in support of Cisco's Motion for Partial Summary Judgment. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a June 19, 2014 Arista document entitled "Development Environment AID 9," bearing Bates numbers ANI-ITC-944_945-0152061 through ANI-ITC-944_945-0152068.

3. Attached hereto as Exhibit 2 is a true and correct copy of June 7, 2012 Arista document entitled "Arastra CLI AID149," bearing Bates numbers ANI-ITC-944_945-1365311 through ANI-ITC-944_945-1365316.

4. Attached hereto as Exhibit 3 is a true and correct copy of a March 4, 2014 email from Suneel Venati to Richard Whitney, Anshul Sadana, Amanda Wheaton and others with thread bearing Bates numbers ANI-ITC-944_945-3351165 through ANI-ITC-944_945-3351170.

5. Attached hereto as Exhibit 4 is a true and correct copy of May 7, 2009 email from Andreas Bechtolsheim to Kenneth Duda, Anshul Sadana, and David Cheriton with thread bearing Bates numbers ANI-ITC-944_945-3468759 through ANI-ITC-944_945-3468761.

6. Attached hereto as Exhibit 5 is a true and correct copy of a March 30, 2010 email from Anshul Sadana to eng@aristanetworks.com, ce@aristanetworks.com, and Mike Francini bearing Bates number ANI-ITC-944_945-3473603.

7. Attached hereto as Exhibit 6 is a true and correct copy of a July 12, 2010 email from Adam Sweeney to Kenneth Duda with thread bearing Bates numbers ANI-ITC-944_945-3599339 to ANI-ITC-944_945-3599340.

1

DECLARATION OF AMY H. CANDIDO IN SUPPORT OF
CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 5:14-cv-05344-BLF

8.    Attached hereto as Exhibit 7 is a true and correct copy of a July 13, 2009 email from Jayshree Ullal to Kenneth Duda, Andreas Bechtolsheim, and David Cheriton with thread bearing Bates numbers ANI-ITC-944_945-3927203 through ANI-ITC-944_945-3927206.

9.    Attached hereto as Exhibit 8 is a true and correct copy of a July 24, 2008 email from Sean Hafeez to Andre Pech, Lorenz Redlefsen, sw@arastra.com, and tac@arastra.com with thread bearing Bates numbers ANI-ITC-944_945-3937682 to ANI-ITC-944_945-3937685.

10.    Attached hereto as Exhibit 9 is a true and correct copy of a November 2, 2015 Arista document entitled, "Arista Response to Sourcing Event for Leaf; Addendum A: Arista Executive Summary," bearing Bates numbers ARISTANDCA_SW_10599829 through ARISTANDCA_SW_10599849.

11.    Attached hereto as Exhibit 10 is a true and correct copy of June 20, 2012 email from Lincoln Dale to Ariff Premji, Kenneth Duda, Anshual Sadana, and Nathan Kitchen with thread bearing Bates numbers ARISTANDCA10113782 through ARISTANDCA10113783.

12.    Attached hereto as Exhibit 11 is a true and correct copy of a February 20, 2014 email thread including Benoit Sigoure, Jacopo Cesareo, and others bearing Bates number ARISTANDCA10193553.

13.    Attached hereto as Exhibit 12 is a true and correct copy of September 11, 2013 email thread between Adam Sweeney and Bill Fenner bearing Bates number ARISTANDCA10384101.

14.    Attached hereto as Exhibit 13 is a true and correct copy of an April 18, 2011 email from Adam Sweeney to Suneel Venati, Anshul Sadana, and others with thread bearing Bates number ARISTANDCA10443784.

15.    Attached hereto as Exhibit 14 is a true and correct copy of a May 17, 2011 email from Adam Sweeney to Kalyan Nidumolu, Michael Greenwald, Greg Joyce, and others with thread bearing Bates numbers ARISTANDCA10446381 through ARISTANDCA10446382.

1    16.    Attached hereto as Exhibit 15 is a true and correct copy of a July 21, 2009 email from Kenneth Duda to Anshul Sadana, Sean Hafeez, Adam Sweeney, and 'Software' email alias with thread bearing Bates numbers ARISTANDCA10499890 to ARISTANDCA10499894.

17.    Attached hereto as Exhibit 16 is a true and correct copy of a June 16, 2010 email from Adam Sweeney to Matthew Murray, Kenneth Duda, Daniel Imfeld, and Saurabh Abichandani with thread bearing Bates numbers ARISTANDCA10525014 through ARISTANDCA10525015.

18.    Attached hereto as Exhibit 17 is a true and correct copy of an August 24, 2010 email from Adam Sweeney to Hua Zhong, Bill Fenner, Fred Xia, and Sankaraman Janakiraman with thread bearing Bates numbers ARISTANDCA10537469 through ARISTANDCA10537470.

19.    Attached hereto as Exhibit 18 is a true and correct copy of a September 7, 2006 email from bugzilla-daemon@arastra.com to asadana@arastra.com bearing Bates number ARISTANDCA11406349.

20.    Attached hereto as Exhibit 19 is a true and correct copy of a September 30, 2008 email from Anshul Sadana to Jayshree Ullal, Sean Hafeez, and Dave Heyman with thread bearing Bates numbers ARISTANDCA11417372 through ARISTANDCA11417374.

21.    Attached hereto as Exhibit 20 is a true and correct copy of an August 12, 2010 email from Kenneth Duda to Aaron Bawcom and Mike Wronksi with thread bearing Bates numbers ARISTANDCA11992998 through ARISTANDCA11992999.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a November 21, 2011 email from amod@aristanetworks.com to Kenneth Duda and Dave Heyman bearing Bates numbers ARISTANDCA11996919 through ARISTANDCA11996921.

23.    Attached hereto as Exhibit 22 is a true and correct copy of a January 28, 2009 email from Sean Hafeez to Adam Sweeney and others and thread bearing Bates number ARISTANDCA12060827.

3

DECLARATION OF AMY H. CANDIDO IN SUPPORT OF
CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 5:14-cv-05344-BLF

1      24.     Attached hereto as Exhibit 23 is a true and correct copy of a March 23, 2010 email
2 from Kenneth Duda to Jayshree Ullal, Mansour Karam, and Anshul Sadana and thread bearing
3 Bates numbers ARISTANDCA12063725 through ARISTANDCA12063726.

4      25.     Attached hereto as Exhibit 24 is a true and correct copy of a January 21, 2014 email
5 with attachments from Donna Overstreet to Mark Foss bearing Bates numbers
6 ARISTANDCA12228912 through ARISTANDCA12228928.

7      26.     Attached hereto as Exhibit 25 is a true and correct copy of a January 15, 2009 email
8 from Mark Foss to danieljw@gmail.com and thread bearing Bates number
9 ARISTANDCA12260617.

10     27.     Attached hereto as Exhibit 26 is a true and correct copy of an April 14, 2006 email
11 from James Lingard to eng bearing Bates number ARISTANDCA12426192.

12     28.     Attached hereto as Exhibit 27 is a true and correct copy of a March 20, 2014
13 Fortune magazine article entitled, "An ex-Cisco exec reflects," bearing Bates numbers CSI-CLI-
14 00356028 through CSI-CLI-00356033.

15     29.     Attached hereto as Exhibit 28 is a true and correct copy of a February 22, 2013
16 NetworkWorld article entitled, "How Arista Networks got out in front of the SDN craze," bearing
17 Bates numbers CSI-ANI-00381280 through CSI-ANI-00381283.

18     30.     Attached hereto as Exhibit 29 is a true and correct copy of the December 9, 2014
19 transcript of a Arista Networks presentation featuring Arista CEO Jayshree Ullal entitled, "Anet –
20 Arista Networks Inc. Arista Networks Inc at Barclays Global Tech Conference," bearing Bates
21 numbers CSI-CLI-00357842 through CSI-CLI-00357855.

22     31.     Attached hereto as Exhibit 30 is a true and correct copy of a November 5, 2013
23 internet posting by Kenneth Duda entitled "Linux as a Switch Operating System: Five Lessons
24 Learned," bearing Bates numbers CSI-CLI-00540078 through CSI-CLI-00540079.

25
26
27
28

4

DECLARATION OF AMY H. CANDIDO IN SUPPORT OF
CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 5:14-cv-05344-BLF

1    32.    Attached hereto as Exhibit 31 is a true and correct copy of an April 7, 2004 email from Adam Sweeney to Scott Lennartz and others and thread bearing Bates numbers CSI-CLI-00608716 through CSI-CLI-00608719.

33.    Attached hereto as Exhibit 32 is a true and correct copy of a February 2015 Arista Networks presentation slides entitled, "2014 Highlights," bearing Bates number CSI-CLI-00355093 (as produced natively).

34.    Attached hereto as Exhibit 33 is a true and correct copy of a March 2015 Arista Presentation slides entitled, "2014 Highlights," bearing Bates numbers CSI-CLI-00355164 through CSI-CLI-00355185.

35.    Attached hereto as Exhibit 34 is a true and correct copy of a June 2015 Arista Presentation slides entitled, "2015 Highlights," bearing Bates numbers CSI-CLI-02099053 through CSI-CLI-02099065.

36.    Attached hereto as Exhibit 35 is a true and correct copy of an August 2015 Arista Presentation slides entitled, "2015 Highlights," bearing Bates number CSI-CLI-01300636 (as produced natively).

37.    Attached hereto as Exhibit 36 is a true and correct copy of a May 2015 Arista Presentation slides entitled, "2015 Highlight," bearing Bates numbers CSI-CLI-00358000 through CSI-CLI-00358022.

38.    Attached hereto as Exhibit 37 is a true and correct copy of Arista Networks, Inc. Form 10-K/A (Amended Annual Report) filed on May 14, 2015 bearing Bates numbers ARISTANDCA000010068 through ARISTANDCA000010166.

39.    Attached hereto as Exhibit 38 is a true and correct copy of Cisco Systems, Inc., Annual Report (Form 10-K) (Sep. 8, 2015) (available at http://d1lge852tjjqow.cloudfront.net/CIK-0000858877/f0c5c834-4ac6-42d4-89f3-596b952a3e5b.pdf?noexit=true).

40. Attached hereto as Exhibit 39 is a true and correct copy of Arista Networks, Inc., Annual Report (Form 10-K) (Feb. 25, 2016) (available at http://d1lge852tjjqow.cloudfront.net/CIK-0001596532/65a300e3-08e8-4b07-b8db-9954ef4c14b8.pdf?noexit=true).

41. Attached hereto as Exhibit 40 is a true and correct copy of an August 28, 2012 email from kartik@aristanetworks.com to kduda@aristanetworks.com, networktools-dev@aristanetworks.com, and hcm@aristanetworks.com bearing the Bates number ARISTANDCA12002592.

42. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the June 3, 2016 expert report of John R. Black, Jr.

43. Attached hereto as Exhibit 42 is a true and correct copy of Arista Networks presentation slides from the 2013 QuestNet conference, presented by Lincoln Dale bearing Bates numbers CSI-CLI-01715053 through CSI-CLI-01715108.

44. Attached hereto as Exhibit 43 is a true and correct copy of an Arista presentation slides bearing Bates numbers CSI-CLI-01715053 through CSI-CLI-01715108.

45. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the November 20, 2015 deposition transcript of Kirk Lougheed.

46. Attached hereto as Exhibit 45 is a true and correct copy of Sadana Deposition Exhibit 382, and Arista presentation slides, "Startup, Configuration, and Troubleshooting".

47. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the March 17, 2016 deposition transcript of Anshul Sadana.

48. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the January 29, 2016 deposition transcript of Adam Sweeney.

49. Attached hereto as Exhibit 48 is a true and correct copy of Defendant Arista Networks, Inc.'s Further Supplemental Responses to Plaintiff Cisco Systems, Inc.'s  First, Third and Fourth Set of Interrogatories (Nos. 10-12, 13, 15-18, & 21).

50. Attached hereto as Exhibit 49 is a true and correct copy of cisco Systems ASM/AGS User Manual and Configuration Guide, Version 5.2, dated July 20, 1986 bearing Bates numbers CSI-CLI-00358622 through CSI-CLI-00358654.

51. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the May 2, 2016 deposition transcript of Balaji Venkatraman.

52. Attached hereto as Exhibit 51 is a true and correct copy of an October 15, 2009 email from  Mark Foss to Theresa Ende and luke@aristanetworks.com with  thread bearing Bates numbers ARISTANDCA12265213 through ARISTANDCA12265217

53. Attached hereto as Exhibit 52 is a true and correct copy of a July 8, 2015 email with attachments from Ashwin Kohli to Tony Bauman and others bearing Bates numbers ARISTANDCA13004347 through ARISTANDCA13004370.

54. Attached hereto as Exhibit 53 is a true and correct copy of a October 9, 2012 email from David McLeod to Lincoln Dale and others and thread bearing BATES numbers ARISTANDCA10120802 through ARISTANDCA10120803.

55. Attached hereto as Exhibit 54 is a true and correct copy of Amended Exhibit F to Cisco's Eighth Supplemental Response to Interrogatory No. 16 and Response to Interrogatory No. 19, served on April 3, 2016.

56. Attached hereto as Exhibit 55 is a true and correct copy of Plaintiff Cisco Systems, Inc.'s  Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s Interrogatory Nos. 2-10, served on May 27, 2016.

57. Attached hereto as Exhibit 56 is a true and correct copy of Copyright Table and Registrations.

1  58. Attached hereto as Exhibit 57 is a true and correct copy of Interrogatories 16 and
2  19 of Defendant Arista Networks, Inc.'s Further Supplemental Responses to Plaintiff Cisco
3  Systems, Inc.'s First, Third and Fourth Set of Interrogatories (Nos. 10-12, 13, 15-18, & 21) ,
4  served on May 27, 2016.

5  59. Attached hereto as Exhibit 58 is a true and correct copy of Plaintiff Cisco Systems
6  Inc.'s Corrected Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s
7  Interrogatory Nos. 21, 24 & 25, served June 3, 2016.

8  60. Attached hereto as Exhibit 59 is a true and correct copy of of 3Com Switch 4500
9  Quick Reference Guide, published January 2007 available at
10 http://h10032.www1.hp.com/ctg/Manual/c02608750.

11 61. Attached hereto as Exhibit 60 is a true and correct copy of a product data sheet
12 entitled, "Avaya Ethernet Routing Switch 3500 Series," available at
13 https://www.avaya.com/usa/documents/avaya-ethernet-routing-switch-3500-series-lb7028.pdf.

14 62. Attached hereto as Exhibit 61 is a true and correct copy of an article from Cyber
15 Smashup entitled, "First Steps with Arista Networks," dated January 20, 2014 and available at
16 https://cybermashup.com/2014/01/20/first-steps-with-arista-networks/.

17 63. Exhibit 62 has been intentionally left blank.

18 64. Exhibit 63 has been intentionally left blank.

19 65. Attached hereto as Exhibit 64 is a true and correct copy of excerpts from the
20 deposition transcript of Andreas Bechtolsheim reported on May 25, 2016.

21 66. Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the
22 deposition transcript of Mark Edward Berly reported on April 5, 2016.

23 67. Attached hereto as Exhibit 66 is a true and correct copy Attached hereto as Exhibit
24 66 is a true and correct copy of excerpts from the deposition transcript of Lincoln Dale reported
25 on January 21, 2016.

26
27
28

1  68. Attached hereto as Exhibit 67 is a true and correct copy of excerpts from the deposition transcript of Kenneth Duda reported on February 12, 2016.

69. Attached hereto as Exhibit 68 is a true and correct copy of excerpts from the deposition transcript of Mark Foss reported on February 4, 2016.

70. Attached hereto as Exhibit 69 is a true and correct copy of excerpts from the deposition transcript of Sean Hafeez reported on April 21, 2016.

71. Attached hereto as Exhibit 70 is a true and correct copy of excerpts from the deposition transcript of Hugh Holbrook reported on February 19, 2016.

72. Attached hereto as Exhibit 71 is a true and correct copy of excerpts from the deposition transcript of Devadas Patil reported on February 21, 2016.

73. Attached hereto as Exhibit 72 is a true and correct copy of excerpts from the deposition transcript of Lorenz Redlefsen reported on April 15, 2016.

74. Attached hereto as Exhibit 73 is a true and correct copy of excerpts from the deposition transcript of Abhay Roy reported on December 18, 2015.

75. Attached hereto as Exhibit 74 is a true and correct copy of excerpts from the deposition transcript of Jayshree Ullal reported on February 25, 2016.

76. Attached hereto as Exhibit 75 is a true and correct copy of excerpts from the deposition transcript of Jayshree Ullal reported on August 12, 2015, in connection with the U.S. International Trade Commission Investigation Nos. 337-TA-944 and 337-TA-945.

77. Attached hereto as Exhibit 76 is a true and correct copy of excerpts from the deposition transcript of Mike Volpi reported on June 22, 2016.

78. Attached hereto as Exhibit 77 is a true and correct copy of a July 7, 2009 document entitled, "Arista Usability Comparison Study: EOS and NX-OS from the IOS User Perspective," bearing Bates numbers ANI-ITC-944_945-3452526 through ANI-ITC-944_945-3452598.

9

DECLARATION OF AMY H. CANDIDO IN SUPPORT OF
CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 5:14-cv-05344-BLF

79. Attached hereto as Exhibit 78 is a true and correct copy of a July 21, 2009 email from Jayshree Ullal to Anshul Sadana and others with thread bearing Bates numbers ANI-ITC-944 945-3453648 through ANI-ITC-944 945-3453650.

80. Attached hereto as Exhibit 79 is a true and correct copy of a September 17, 2012 email from Adam Sweeney to Nathan Kitchen, Teague Bick and others bearing Bates number ARISTANDCA10549782.

81. Attached hereto as Exhibit 80 is a true and correct copy of a July 21, 2009 email from Kenneth Duda to Anshul Sadana, Adam Sweeney, and 'Software' email alias with thread bearing Bates numbers ANI-ITC-944_945-3461154 through ANI-ITC-944_945-3461157.

82. Attached hereto as Exhibit 81 is a true and correct copy of a February 14, 2014 email from Jayshree Ullal to Mark Smith and Mark Foss with thread bearing Bates numbers ARISTANDCA12229610 through ARISTANDCA12229612.

83. Attached hereto as Exhibit 82 is a true and correct copy of a March 2, 2015 email from Jeff Raymond to Martin Hull with thread bearing Bates numbers ARISTANDCA11975291 through ARISTANDCA11975295.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, on June 30, 2016.

*/s/ Amy H. Candido*
Amy H. Candido