# EXHIBIT 33



2014 Highlights
**March 2015**

CSI-CLI-00355164



# Safe Harbor

This presentation and the accompanying oral presentation contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to management.  Forward-looking statements include all statements other than statements of historical fact contained in this presentation, including information concerning our business plans and objectives, total addressable market, potential growth opportunities, market potential by speed, trends relating to increase in storage, competitive position, benefits of Arista platform, industry environment and potential market opportunities.

Forward-looking statements are subject to known and unknown risks, uncertainties, assumptions and other factors that could cause actual results, performance or achievements to differ materially from those anticipated in or implied by the forward looking statements including: Arista Network's limited operating history; risks associated with Arista Networks' rapid growth; Arista Networks' customer concentration; requests for more favorable terms and conditions from our large end customers; declines in the sales prices of our products and services; changes in customer order patterns or customer mix; increased competition in our products and service markets, including the data center market; dependence on the introduction and market acceptance of new product offerings and standards; rapid technological and market change; the dispute with Cisco Systems, Inc. and OptumSoft, Inc., the evolution of the cloud networking market and the adoption by end customers of Arista Networks' cloud networking solutions; and general market, political, economic and business conditions. Additional risks and uncertainties that could affect Arista Networks can be found in Arista's Quarterly Report on Form 10-Q for the period ended September 30, 2014 filed with the SEC on November 6, 2014, , Arista's Annual Report on Form 10-K for the period ended December 31, 2014 that will be filed with the SEC, and other filings that the company makes to the SEC from time to time. You can locate these reports through our website at http://investors.arista.com and on the SEC's website at www.sec.gov.

You should not rely upon forward-looking statements as predictions of future events. Although our management believes that the expectations reflected in our forward-looking statements are reasonable, we cannot guarantee that the future results, levels of activity, performance or events and circumstances described in the forward-looking statements will be achieved or occur.  Moreover, neither we, nor any other person, assume responsibility for the accuracy and completeness of the forward-looking statements.

This presentation is being provided as of March 6, 2015 and the forward looking statements and any other statements contained herein speak only as of the date of this presentation, and we undertake no obligation to publicly update any forward-looking statements or any other statements in this presentation for any reason after the date of this presentation to conform these statements to actual results or to changes in our expectations, except as required by law.

In addition to GAAP financial information, this presentation includes certain non-GAAP financial measures. The non-GAAP measures have limitations, and you should not consider them in isolation or as a substitute for our GAAP financial information.  There are limitations to the use of non-GAAP measures. Non-GAAP gross margins, non-GAAP operating income and adjusted EBITDA exclude the impact of stock-based compensation expense, which is a recurring expense for us.  See the Appendix for a reconciliation of all non-GAAP financial measures to their nearest GAAP equivalent.

CSI-CLI-00355165



3

CSI-CLI-00355166

# ARISTA

## Arista's Served and Total Addressable Market

### Switching Market Size ($Bn)



Data Center Switching (10/25/40/50/100GbE) Market Size [1]    Remaining Ethernet Switching Market [2]

**Note**
1. High-speed data center switching market, excluding Blade, based on Crehan Research, 2015
2. Overall switching market data based on Dell'Oro Research, 2015

4

CSI-CLI-00355167

# 2014 Market Share

High Speed Data Center Switching Market Share in Ports (10/40/100GbE)

- Increasing market share from EOS and timely productization of merchant silicon



**Source**   Arista 2011 revenue based on management estimates. All other information based on Crehan Research 4Q14 Data Center Switch Report

**Note**
1. Market share excludes blade switches

| Calendar Year | 2013 | 2014 |
|---|---|---|
| Arista Port Share | 6.7% | 9.3% |
| Arista Revenue Share | 5.4% | 7.7% |
| Cisco Port Share | 70.8% | 66.1% |
| Cisco Revenue Share | 74.2% | 69.3% |

5

CSI-CLI-00355168

# ARISTA

## Market Potential by Speed
### Switching Market Aggregate Revenue ($Bn)



**Notes**
1. Dell'Oro, 2015:  1GbE aggregate revenue from 1997-2019; 10GbE aggregate revenue from 2001-2019; 25GbE aggregate revenue from 2018-2019; 40GbE aggregate revenue from 2011-2019; 50GbE aggregate revenue from 2018-2019; 100GbE aggregate revenue from 2012-2019

2. Notes: We recognize that servers with 25/50 Gbps ports will connect to 100 Gbps switch ports with a splitter cable.  Our 25/50 Gbps port shipments are only native 25/50 Gbps.  We count all ports at the highest speed they can support and not what they can be split to and do not double count ports in our segmentation.

3. Excludes standalone software revenue

6

CSI-CLI-00355169

ARISTA

# Arista Platform Delivers Software Driven Cloud Networking



## Accelerates Time to Service and Reduces TCO
## Higher Feature Velocity

7

CSI-CLI-00355170

ARISTA

# Arista Key Differentiators of Software Driven Cloud Networks



CSI-CLI-00355171

ARISTA

## Arista Portfolio



Single-Image Arista EOS Across All Platforms

9

CSI-CLI-00355172

# ARISTA

## Arista's Ecosystem: Open and Programmable



CSI-CLI-00355173

# ARISTA

## Broad Customer Adoption



End Customers (Cumulative)

- 500+ (FY10)
- 1000+ (FY11)
- 1600+ (FY12)
- 2300+ (FY13)
- 3000+ (FY14)

CSI-CLI-00355174

# ARISTA

## Pace of Cloud Networking Adoption



¹ Includes Cloud Titans. Note: By Billings.

CSI-CLI-00355175



CSI-CLI-00355176

ARISTA



**Average: All Customers** (1)(2)(3)

11.9x

1.0x

Initial Sale | Additional Purchases Over Lifetime

**All Customers Excluding Top 10** (1) (2)(3)

6.7x

1.0x

Initial Sale | Additional Purchases Over Lifetime

**Notes**
1. Analysis based on Billings Initial sale represents first two quarters of purchasing history.
2. Includes all customers that have been Arista customers for 8 or more quarters, as of Dec. 31, 2014.
3. Represents a customer set of 1,602 customers, including the Top 10.

Initial Sale
Additional Purchases
Did Not Purchase

14

CSI-CLI-00355177

# ARISTA

# Arista in 2014

## Compelling Attributes

| Talented team, technology and results |
| Large and expanding market opportunity |
| Sustainable software advantage |
| Disruptive technology enabling customer innovation |

## Financial Results (non-GAAP)[1]

| Q4'14 Revenue: $173.5M<br>FY14 Revenue: $584.1M |
| FY13-FY14 Revenue YOY Growth: 61.7%<br>FY10-FY14 Revenue CAGR: 68.9% |
| Q4'14 Gross Margin: 67.4%<br>FY14 Gross Margin: 67.4% |
| Q4'14 Operating Margin: 27.1%<br>FY14 Operating Margin: 26.2% |

### _Mission:_
Deliver the best cloud networking solutions to address the needs of
large-scale Internet companies and next-generation data centers for enterprises.

[1] Amounts are non-GAAP except for Revenue; refer to reconciliation between non-GAAP and GAAP in the appendix.

15

CSI-CLI-00355178

ARISTA

# Strong Revenue Growth

## Annual Revenue
$M



## Quarterly Revenue
$M



16

CSI-CLI-00355179

ARISTA

# 2013-2014 Financial Highlights[1]









[1] Amounts are non-GAAP except for Revenue; refer to reconciliation between non-GAAP and GAAP in the appendix.

17

CSI-CLI-00355180

# ARISTA

# Cash Flow and Balance Sheet

| ($ In Ms) | Q1'14 | Q2'14 | Q3'14 | Q4'14 |
|---|---|---|---|---|
| Cash and Cash Equivalents | $129.5 | $397.2 | $408.6 | $240.0 |
| Marketable Securities | | | | $209.4 |
| Cash Flow From Operations | $17.7 | $46.3 | $34.8 | $15.8 |
| Accounts Receivable | $63.0 | $67.9 | $84.1 | $97.0 |
| *DSO* | *48* | *45* | *50* | *51* |
| Inventories | $79.0 | $71.1 | $62.6 | $80.5 |
| *Turns* | *1.92x* | *2.38x* | *3.17x* | *2.87x* |
| Deferred Revenue Balance | $56.1 | $61.7 | $77.7 | $106.5 |

CSI-CLI-00355181

ARISTA

# Arista vs. Select Peers – GAAP

## ARISTA

| (In 000s except per share data) | Q1'14 | Q2'14 | Q3'14 | Q4'14 |
|---|---|---|---|---|
| **Revenue** | 117,207 | 137,947 | 155,463 | 173,489 |
| *qoq%* | 2.1% | 17.7% | 12.7% | 11.6% |
| *yoy%* | 91.1% | 65.2% | 53.0% | 51.2% |
| **Gross Profit** | 81,314 | 93,380 | 100,957 | 116,440 |
| *Gross Margin %* | 69.4% | 67.7% | 64.9% | 67.1% |
| **Operating Income (Loss)** | 21,982 | 30,655 | 33,874 | 39,002 |
| *Operating Margin %* | 18.8% | 22.2% | 21.8% | 22.5% |
| **Net Income (Loss)** | 12,329 | 21,618 | 21,866 | 31,037 |
| Share Count – Diluted | 33,816 | 44,057 | 69,737 | 70,219 |
| **EPS - Diluted** | $0.20 | $0.34 | $0.30 | $0.43 |
| Closing Stock Price (at Q/E) | - | $62.39 | $88.33 | $60.76 |

## palo alto NETWORKS

| (In 000s except per share data) | Q/E Jan 2014 | Q/E Apr 2014 | Q/E Jul 2014 | Q/E Oct 2014 |
|---|---|---|---|---|
| **Revenue** | 141,068 | 150,700 | 178,231 | 192,346 |
| *qoq%* | 10.1% | 6.8% | 18.3% | 7.9% |
| *yoy%* | 46.2% | 48.8% | 58.6% | 50.1% |
| **Gross Profit** | 103,564 | 110,990 | 129,624 | 138,885 |
| *Gross Margin %* | 73.4% | 73.6% | 72.7% | 72.2% |
| **Operating Income (Loss)** | (37,156) | (145,732) | (25,448) | (23,763) |
| *Operating Margin %* | (26.3%) | (96.7%) | (14.3%) | (12.4%) |
| **Net Income (Loss)** | (39,946) | (146,587) | (32,058) | (30,068) |
| Share Count – Diluted | 72,854 | 74,967 | 77,859 | 79,388 |
| **EPS - Diluted** | ($0.55) | ($1.96) | ($0.41) | ($0.38) |
| Closing Stock Price (at Q/E) | $59.45 | $63.58 | $80.86 | $105.70 |

## servicenow

| (In 000s except per share data) | Q1'14 | Q2'14 | Q3'14 | Q4'14 |
|---|---|---|---|---|
| **Revenue** | 139,090 | 166,757 | 178,712 | 198,004 |
| *qoq%* | 11.1% | 19.9% | 7.2% | 10.8% |
| *yoy%* | 61.8% | 63.1% | 60.6% | 58.1% |
| **Gross Profit** | 85,976 | 107,819 | 112,626 | 127,366 |
| *Gross Margin %* | 61.8% | 64.7% | 63.0% | 64.3% |
| **Operating Income (Loss)** | (36,181) | (44,471) | (34,499) | (36,684) |
| *Operating Margin %* | (26.0%) | (26.7%) | (19.3%) | (18.5%) |
| **Net Loss** | (43,311) | (50,363) | (41,050) | (44,663) |
| Share Count – Diluted | 142,060 | 144,457 | 146,336 | 148,666 |
| **EPS - Diluted** | ($0.30) | ($0.35) | ($0.28) | ($0.30) |
| Closing Stock Price (at Q/E) | $59.92 | $61.96 | $58.78 | $67.85 |

## splunk >

| (In 000s except per share data) | Q/E Jan 2014 | Q/E Apr 2014 | Q/E Jul 2014 | Q/E Oct 2014 |
|---|---|---|---|---|
| **Revenue** | 99,910 | 85,907 | 101,547 | 116,029 |
| *qoq%* | 27.1% | (14.0%) | 18.2% | 14.3% |
| *yoy%* | 53.2% | 50.2% | 51.9% | 47.6% |
| **Gross Profit** | 88,712 | 71,720 | 86,476 | 98,449 |
| *Gross Margin %* | 88.8% | 83.5% | 85.2% | 84.8% |
| **Operating Income (Loss)** | (32,484) | (50,103) | (60,357) | (48,251) |
| *Operating Margin %* | (32.5%) | (58.3%) | (59.4%) | (41.6%) |
| **Net Loss** | (32,631) | (50,755) | (60,782) | (48,551) |
| Share Count – Diluted | 108,047 | 117,290 | 119,012 | 120,331 |
| **EPS - Diluted** | ($0.30) | ($0.43) | ($0.51) | ($0.40) |
| Closing Stock Price (at Q/E) | $77.03 | $54.57 | $47.02 | $66.08 |

19

CSI-CLI-00355182



## Arista Evolution

**ARISTA**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **People** | 6 | 100 | 250 | 500 | 750+ | 1,000+ | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Products** | EOS 7100S | 7500 Best of Interop | VXLAN 7050 Best of VMworld | 7150 | 7500E Best of Interop | 7300 7000X | EOS+ 7280E |

| | | | | |
|---|---|---|---|---|
| **Customers** | Financial 50+% | 1000+ | High Tech Enterprise Web SP/Cloud Financial | 3000+ |

| | | | | |
|---|---|---|---|---|
| **Company** | Founded | UK India Japan Australia Singapore Korea | Germany Hong Kong Netherlands Malaysia Canada | Sweden France Taiwan |

Profitable
Positive Free Cash Flow

IPO

| 2004 | 2008 | 2010 | 2011 | 2012 | 2013 | 2014 |

20

CSI-CLI-00355183

ARISTA

## 2014 Summary

- Strong revenue and market share growth driven by broad customer adoption

- Visibility from deep customer engagement

- Diverse and growing customer base across key verticals

- Proven land and expand model

- Good margins supported by differentiated technology advantage

21

CSI-CLI-00355184

ARISTA

# Appendix: GAAP to Non-GAAP Reconciliation

| In 000's except per share data | Q1'13 | Q2'13 | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 |
|---|---|---|---|---|---|---|---|---|
| GAAP gross profit | $ 42,128 | $ 53,901 | $ 65,036 | $ 77,473 | $ 81,314 | $ 93,380 | $ 100,957 | $ 116,440 |
| Stock compensation | 67 | 83 | 107 | 151 | 211 | 301 | 480 | 543 |
| Non-GAAP gross profit | $ 42,195 | $ 53,984 | $ 65,143 | $ 77,624 | $ 81,525 | $ 93,681 | $ 101,437 | $ 116,983 |
| Non-GAAP gross margin | 68.8% | 64.7% | 64.1% | 67.6% | 69.6% | 67.9% | 65.2% | 67.4% |
| | | | | | | | | |
| GAAP income from operations | $ 8,743 | $ 16,264 | $ 18,636 | $ 22,505 | $ 21,982 | $ 30,655 | $ 33,874 | $ 39,002 |
| Stock compensation | 1,742 | 2,073 | 2,584 | 3,760 | 4,782 | 6,705 | 8,082 | 8,050 |
| Non-GAAP income from operations | $ 10,485 | $ 18,337 | $ 21,220 | $ 26,265 | $ 26,764 | $ 37,360 | $ 41,956 | $ 47,052 |
| Non-GAAP operating margin | 17.1% | 22.0% | 20.9% | 22.9% | 22.8% | 27.1% | 27.0% | 27.1% |
| | | | | | | | | |
| GAAP net income attributable to common stockholders, diluted | $ 3,233 | $ 5,159 | $ 6,128 | $ 7,415 | $ 6,816 | $ 14,851 | $ 21,255 | $ 30,328 |
| Net income attributable to participating securities | 3,378 | 5,092 | 5,728 | 6,327 | 5,513 | 6,767 | 611 | 709 |
| Stock compensation | 1,742 | 2,073 | 2,584 | 3,760 | 4,782 | 6,705 | 8,082 | 8,050 |
| Gain on note receivable | - | - | - | - | - | (4,000) | - | - |
| Tax effect of non-GAAP exclusions | - | - | - | - | (705) | (600) | (1,876) | (1,750) |
| Non-GAAP net income | $ 8,353 | $ 12,324 | $ 14,440 | $ 17,502 | $ 16,406 | $ 23,723 | $ 28,072 | $ 37,337 |
| | | | | | | | | |
| GAAP weighted diluted Shares | 28,044 | 29,252 | 30,412 | 32,470 | 33,816 | 44,057 | 69,737 | 70,219 |
| Additional dilutive shares (1) | 32,282 | 32,282 | 32,282 | 32,282 | 32,282 | 23,413 | | |
| Non-GAAP weighted diluted shares | 60,326 | 61,534 | 62,694 | 64,752 | 66,098 | 67,470 | 69,737 | 70,219 |
| | | | | | | | | |
| GAAP diluted income per share attributable to common stockholders | $ 0.12 | $ 0.18 | $ 0.20 | $ 0.23 | $ 0.20 | $ 0.34 | $ 0.30 | $ 0.43 |
| Net income per share attributable to participating | 0.12 | 0.17 | 0.19 | 0.19 | 0.16 | 0.15 | 0.01 | 0.01 |
| Non-GAAP adjustments to net income per share | 0.06 | 0.07 | 0.08 | 0.12 | 0.12 | 0.05 | 0.09 | 0.09 |
| Non-GAAP adjustments to diluted shares | (0.16) | (0.22) | (0.24) | (0.27) | (0.24) | (0.19) | - | - |
| Non-GAAP diluted income per share | $ 0.14 | $ 0.20 | $ 0.23 | $ 0.27 | $ 0.25 | $ 0.35 | $ 0.40 | $ 0.53 |

(1) Includes weighted shares from the issuance of shares upon our IPO and the assumed conversion of preferred stock and notes payable at the beginning of each quarter.

CSI-CLI-00355185