# EXHIBIT 34



# 2015 Highlights
June 2015

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                     CSI-CLI-02099053

# Safe Harbor

ARISTA

This presentation and the accompanying oral presentation contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to management. Forward-looking statements include all statements other than statements of historical fact contained in this presentation, including information concerning our business plans and objectives, total addressable market, potential growth opportunities, market potential by speed, trends relating to increase in storage, competitive position, benefits of Arista platform, industry environment and potential market opportunities.

Forward-looking statements are subject to known and unknown risks, uncertainties, assumptions and other factors that could cause actual results, performance or achievements to differ materially from those anticipated in or implied by the forward looking statements including: Arista Network's limited operating history; risks associated with Arista Networks' rapid growth; Arista Networks' customer concentration; requests for more favorable terms and conditions from our large end customers; declines in the sales prices of our products and services; changes in customer order patterns or customer mix; increased competition in our products and service markets, including the data center market; dependence on the introduction and market acceptance of new product offerings and standards; rapid technological and market change; the dispute with Cisco Systems, Inc. and OptumSoft, Inc., the evolution of the cloud networking market and the adoption by end customers of Arista Networks' cloud networking solutions; and general market, political, economic and business conditions. Additional risks and uncertainties that could affect Arista Networks can be found in Arista's Quarterly Report on Form 10-Q for the period ended March 31, 2015 filed with the SEC on May 14, 2015, Arista's Annual Report on Form 10-K for the period ended December 31, 2014 filed with the SEC on March 12, 2015, and other filings that the company makes to the SEC from time to time. You can locate these reports through our website at http://investors.arista.com and on the SEC's website at www.sec.gov.

You should not rely upon forward-looking statements as predictions of future events. Although our management believes that the expectations reflected in our forward-looking statements are reasonable, we cannot guarantee that the future results, levels of activity, performance or events and circumstances described in the forward-looking statements will be achieved or occur. Moreover, neither we, nor any other person, assume responsibility for the accuracy and completeness of the forward-looking statements.

This presentation is being provided as of June 10, 2015 and the forward looking statements and any other statements contained herein speak only as of the date of this presentation, and we undertake no obligation to publicly update any forward-looking statements or any other statements in this presentation for any reason after the date of this presentation to conform these statements to actual results or to changes in our expectations, except as required by law.

In addition to GAAP financial information, this presentation includes certain non-GAAP financial measures. The non-GAAP measures have limitations, and you should not consider them in isolation or as a substitute for our GAAP financial information. There are limitations to the use of non-GAAP measures. Non-GAAP gross margins, non-GAAP operating income and adjusted EBITDA exclude the impact of stock-based compensation expense, which is a recurring expense for us. See the Appendix for a reconciliation of all non-GAAP financial measures to their nearest GAAP equivalent.

# Arista in Q1'15

ARISTA

## Compelling Attributes

| |
|---|
| Talented team, technology and results |
| Large and expanding market opportunity |
| Sustainable software advantage |
| Disruptive technology enabling customer innovation |

## Financial Results (non-GAAP)[1]

| |
|---|
| Q1'15 Revenue: $179.0M |
| Q1'14-Q1'15 YOY Revenue Growth: 52.8% |
| Q1'15 Gross Margin: 66.1% |
| Q1'15 Operating Margin: 28.6% |

**_Mission:_**
Deliver the best cloud networking solutions to address the needs of large-scale Internet companies and next-generation data centers for enterprises.

[1] Amounts are non-GAAP except for Revenue.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     CSI-CLI-02099055

# ARISTA

## Experienced Leadership Team

### Executive Team


**Jayshree Ullal**
President and CEO
cisco  Crescendo


**Andy Bechtolsheim**
Founder, Chief Development Officer and Chairman
Sun  granite  cisco


**Kenneth Duda**
Founder, Chief Technology Officer and SVP, Software Engineering
granite  cisco


**Ita Brennan**
Chief Financial Officer
infinera  Maxtor


**Mark Foss**
SVP, International Field Operations
cisco


**Anshul Sadana**
SVP Customer Engineering
cisco


**Mark Smith**
SVP, Worldwide Sales Operations
Juniper
Infoblox

### Vice Presidents


**Isabelle Bertin-Bailly**
VP, Global Human Resources
 granite  cisco


**Ed Chapman**
VP, Business Development and Alliances
cisco  riverbed


**Jeffrey Hirschman**
VP, Hardware Engineering
 granite  cisco


**Hugh Holbrook**
VP, Software Engineering
granite  cisco


**Cristophe Metivier**
VP, Manufacturing and Platform Engineering
 granite  cisco


**Jeff Raymond**
VP, EOS Software & Services
cisco


**Adam Sweeney**
VP, Software Engineering
 granite  cisco


**Marc Taxay**
VP and General Counsel
 MedeAnalytics

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Arista's Cloud Networking Opportunity

## Server Shipments



Source: Dell'Oro Group Server Forecast, January 2015

## Data Center Ethernet Switch Revenue



Source: Dell'Oro Group Ethernet Switch Forecast, January 2015

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        CSI-CLI-02099057

## Arista Market Share vs Cisco

High Speed Data Center Switching Market Share in Ports (10/40/100GbE)



Source: Crehan Research Datacenter Switch Market Share Report Q1'2015

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY CSI-CLI-02099058



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY CSI-CLI-02099059



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    CSI-CLI-02099060

# Cloud-Class Converged Networking

ARISTA

| Level | Examples | Classic | Cloud Class |
|---|---|---|---|
| EOS | Publish-Subscribe Live Patching, SFC/SFR | ◔ | ● |
| Spine/Fabric | Virtual Output Queing Ingress, Egress Buffers | ◑ | ● |
| Topology | Active-Active | ◔ | ● |
| Control | Boot time, Convergence | ◔ | ● |
| Network | Accelerated System Upgrade | ◑ | ● |
| Workflow | Smart System Upgrade & Rollback | ◔ | ● |

9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  CSI-CLI-02099061



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    CSI-CLI-02099062



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     CSI-CLI-02099063



**Source:** Gartner May 2015

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   CSI-CLI-02099064



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           CSI-CLI-02099065