# EXHIBIT 36



# ARISTA

## 2015 Highlights
May 2015

CSI-CLI-00358000

ARISTA

# Safe Harbor

This presentation and the accompanying oral presentation contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to management. Forward-looking statements include all statements other than statements of historical fact contained in this presentation, including information concerning our business plans and objectives, total addressable market, potential growth opportunities, market potential by speed, trends relating to increase in storage, competitive position, benefits of Arista platform, industry environment and potential market opportunities.

Forward-looking statements are subject to known and unknown risks, uncertainties, assumptions and other factors that could cause actual results, performance or achievements to differ materially from those anticipated in or implied by the forward looking statements including: Arista Network's limited operating history; risks associated with Arista Networks' rapid growth; Arista Networks' customer concentration; requests for more favorable terms and conditions from our large end customers; declines in the sales prices of our products and services; changes in customer order patterns or customer mix; increased competition in our products and service markets, including the data center market; dependence on the introduction and market acceptance of new product offerings and standards; rapid technological and market change; the dispute with Cisco Systems, Inc. and OptumSoft, Inc., the evolution of the cloud networking market and the adoption by end customers of Arista Networks' cloud networking solutions; and general market, political, economic and business conditions. Additional risks and uncertainties that could affect Arista Networks can be found in Arista's Quarterly Report on Form 10-Q for the period ended March 31, 2015 filed with the SEC on May 14, 2015, Arista's Annual Report on Form 10-K for the period ended December 31, 2014 filed with the SEC on March 12, 2015, and other filings that the company makes to the SEC from time to time. You can locate these reports through our website at http://investors.arista.com and on the SEC's website at www.sec.gov.

You should not rely upon forward-looking statements as predictions of future events. Although our management believes that the expectations reflected in our forward-looking statements are reasonable, we cannot guarantee that the future results, levels of activity, performance or events and circumstances described in the forward-looking statements will be achieved or occur. Moreover, neither we, nor any other person, assume responsibility for the accuracy and completeness of the forward-looking statements.

This presentation is being provided as of May 14, 2015 and the forward looking statements and any other statements contained herein speak only as of the date of this presentation, and we undertake no obligation to publicly update any forward-looking statements or any other statements in this presentation for any reason after the date of this presentation to conform these statements to actual results or to changes in our expectations, except as required by law.

In addition to GAAP financial information, this presentation includes certain non-GAAP financial measures. The non-GAAP measures have limitations, and you should not consider them in isolation or as a substitute for our GAAP financial information. There are limitations to the use of non-GAAP measures. Non-GAAP gross margins, non-GAAP operating income and adjusted EBITDA exclude the impact of stock-based compensation expense, which is a recurring expense for us. See the Appendix for a reconciliation of all non-GAAP financial measures to their nearest GAAP equivalent.

CSI-CLI-00358001

ARISTA

# Paradigm Shift – Data Center Moving to the Cloud



CSI-CLI-00358002



# Arista's Cloud Networking Opportunity

## Server Shipments

## Data Center Ethernet Switch Revenue



Source: Dell'Oro Group Server Forecast, January 2015

Source: Dell'Oro Group Ethernet Switch Forecast, January 2015

4

CSI-CLI-00358003



# Arista Market Share vs Cisco

High Speed Data Center Switching Market Share in Ports (10/40/100GbE)



Source: Crehan Research Datacenter Switch Market Share Report Q4'2014

5

CSI-CLI-00358004



# Market Potential by Speed
Data Center Revenue ($Bn)



Source: Dell'Oro, Ethernet Switch Deployment Location April 2015

**Notes:**
1. Dell'Oro recognizes that servers with 25/50 Gbps ports will connect to 100 Gbps switch ports with a splitter cable. Our 25/50 Gbps port shipments are only native 25/50 Gbps. We count all ports at the highest speed they can support and not what they can be split to and do not double count ports in our segmentation.

6

CSI-CLI-00358005



# Gartner Magic Quadrant 2015

Data Center Networking



**Source:** Gartner May 2015

7

CSI-CLI-00358006

ARISTA

# Arista Platform Delivers Software Driven Cloud Networking



Accelerates Time to Service and Reduces TCO
Higher Feature Velocity

8

CSI-CLI-00358007

# Arista Key Differentiators of Software Driven Cloud Networks

ARISTA



CSI-CLI-00358008

**ARISTA**

## Arista Portfolio

7300 Series

7500E Series

Spline/Spine





7050 Series

7150 & 7280 Series

Leaf






Volume

Value

### Single-Image Arista EOS Across All Platforms

10

CSI-CLI-00358009

**ARISTA**

# Arista's Ecosystem: Open and Programmable



CSI-CLI-00358010



# Broad Customer Adoption



CSI-CLI-00358011

**ARISTA**

# Pace of Cloud Networking Adoption



¹ Includes Cloud Titans.  Note: By Billings. Only selected verticals shown.

13

CSI-CLI-00358012

**ARISTA**

# Illustrative Customer Purchase Pattern



CSI-CLI-00358013



# Proven Land-and-Expand Model

- EOS software drives repeat purchases

- EOS software organically enables additional use-cases





**Notes**
1. Analysis based on billings. Initial sale represents first two quarters of purchasing history. Lifetime value is incremental to initial sale.
2. Includes all customers that have been Arista customers for 8 or more quarters, as of 2013 and 2014 year-end.
3. Represents a customer set of 1,078 customers in 2013 and 1,602 customers in 2014, including the Top 10.

CSI-CLI-00358014

**ARISTA**

# Arista in Q1'15

## Compelling Attributes

Talented team, technology and results

Large and expanding market opportunity

Sustainable software advantage

Disruptive technology enabling customer innovation

## Financial Results (non-GAAP)[1]

Q1'15 Revenue: $179.0M

Q1'14-Q1'15 YOY Revenue Growth: 52.8%

Q1'15 Gross Margin: 66.1%

Q1'15 Operating Margin: 28.6%

### *Mission:*
Deliver the best cloud networking solutions to address the needs of large-scale Internet companies and next-generation data centers for enterprises.

[1] Amounts are non-GAAP except for Revenue; refer to reconciliation between non-GAAP and GAAP in the appendix.

16



# Strong Revenue Growth





CSI-CLI-00358016

ARISTA

# Financial Highlights[1]









[1] Amounts are non-GAAP except for Revenue; refer to reconciliation between non-GAAP and GAAP in the appendix.

18

CSI-CLI-00358017

ARISTA

# Cash Flow and Balance Sheet

| ($ In Ms) | Q1'14 | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|---|---|---|---|---|---|
| **Cash and Cash Equivalents** | $129.5 | $397.2 | $408.6 | $240.0 | $275.2 |
| **Marketable Securities** | $0.0 | $0.0 | $0.0 | $209.4 | $209.2 |
| **Cash Flow From Operations** | $17.7 | $46.3 | $34.8 | $33.2 | $20.8 |
| **Accounts Receivable** | $63.0 | $67.9 | $84.1 | $97.0 | $113.1 |
| *DSO* | *48* | *45* | *50* | *51* | *57* |
| **Inventories** | $79.0 | $71.1 | $62.6 | $80.5 | $91.2 |
| *Turns* | *1.92x* | *2.38x* | *3.17x* | *2.87x* | *2.54x* |
| **Deferred Revenue Balance** | $56.1 | $61.7 | $77.7 | $106.5 | $132.8 |

CSI-CLI-00358018

# Arista vs. Select Peers – GAAP



### ARISTA

| (In 000s except per share data) | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|---|---|---|---|---|
| **Revenue** | 137,947 | 155,463 | 173,489 | 179,045 |
| *qoq%* | *17.7%* | *12.7%* | *11.6%* | *3.2%* |
| *yoy%* | *65.2%* | *53.0%* | *51.2%* | *52.8%* |
| **Gross Profit** | 93,380 | 100,957 | 116,440 | 117,753 |
| *Gross Margin %* | *67.7%* | *64.9%* | *67.1%* | *65.8%* |
| **Operating Income (Loss)** | 30,655 | 33,874 | 39,002 | 35,755 |
| *Operating Margin %* | *22.2%* | *21.8%* | *22.5%* | *20.0%* |
| **Net Income (Loss)** | 21,618 | 21,866 | 31,037 | 24,492 |
| Share Count – Diluted | 44,057 | 69,737 | 70,219 | 70,722 |
| **EPS - Diluted** | $0.34 | $0.30 | $0.43 | $0.34 |
| Closing Stock Price (at Q/E) | $62.39 | $88.33 | $60.76 | $70.53 |
| **Market Cap[1]** | 4,016,040 | 5,688,800 | 3,914,490 | 4,672,230 |



| (In 000s except per share data) | Q/E Apr 2014 | Q/E Jul 2014 | Q/E Oct 2014 | Q/E Jan 2015 |
|---|---|---|---|---|
| **Revenue** | 150,700 | 178,231 | 192,346 | 217,655 |
| *qoq%* | *6.8%* | *18.3%* | *7.9%* | *13.2%* |
| *yoy%* | *48.8%* | *58.6%* | *50.1%* | *54.3%* |
| **Gross Profit** | 110,990 | 129,624 | 138,885 | 158,330 |
| *Gross Margin %* | *73.6%* | *72.7%* | *72.2%* | *72.7%* |
| **Operating Income (Loss)** | (145,732) | (25,448) | (23,763) | (38,516) |
| *Operating Margin %* | *(96.7%)* | *(14.3%)* | *(12.4%)* | *(17.7%)* |
| **Net Income (Loss)** | (146,587) | (32,058) | (30,068) | (43,008) |
| Share Count – Diluted | 74,967 | 77,859 | 79,388 | 80,824 |
| **EPS - Diluted** | ($1.96) | ($0.41) | ($0.38) | ($0.53) |
| Closing Stock Price (at Q/E) | $63.58 | $80.86 | $105.70 | $125.11 |
| **Market Cap[1]** | 4,709,040 | 6,232,480 | 8,494,870 | 10,180,200 |

### servicenow

| (In 000s except per share data) | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|---|---|---|---|---|
| **Revenue** | 166,757 | 178,712 | 198,004 | 211,964 |
| *qoq%* | *19.9%* | *7.2%* | *10.8%* | *7.1%* |
| *yoy%* | *63.1%* | *60.6%* | *58.1%* | *52.4%* |
| **Gross Profit** | 107,819 | 112,626 | 127,366 | 135,065 |
| *Gross Margin %* | *64.7%* | *63.0%* | *64.3%* | *63.7%* |
| **Operating Income (Loss)** | (44,471) | (34,499) | (36,684) | (54,232) |
| *Operating Margin %* | *(26.7%)* | *(19.3%)* | *(18.5%)* | *(25.6%)* |
| **Net Loss** | (50,363) | (41,050) | (44,663) | (58,093) |
| Share Count – Diluted | 144,457 | 146,336 | 148,666 | 151,602 |
| **EPS - Diluted** | ($0.35) | ($0.28) | ($0.30) | ($0.38) |
| Closing Stock Price (at Q/E) | $61.96 | $58.78 | $67.85 | $78.78 |
| **Market Cap[1]** | 8,925,980 | 8,564,250 | 10,062,160 | 11,856,390 |

### splunk>

| (In 000s except per share data) | Q/E Apr 2014 | Q/E Jul 2014 | Q/E Oct 2014 | Q/E Jan 2015 |
|---|---|---|---|---|
| **Revenue** | 85,907 | 101,547 | 116,029 | 147,392 |
| *qoq%* | *(14.0%)* | *18.2%* | *14.3%* | *27.0%* |
| *yoy%* | *50.2%* | *51.9%* | *47.6%* | *47.5%* |
| **Gross Profit** | 71,720 | 86,476 | 98,449 | 125,852 |
| *Gross Margin %* | *83.5%* | *85.2%* | *84.8%* | *85.4%* |
| **Operating Income (Loss)** | (50,103) | (60,357) | (48,251) | (57,099) |
| *Operating Margin %* | *(58.3%)* | *(59.4%)* | *(41.6%)* | *(38.7%)* |
| **Net Loss** | (50,755) | (60,782) | (48,551) | (57,028) |
| Share Count – Diluted | 117,290 | 119,012 | 120,331 | 122,385 |
| **EPS - Diluted** | ($0.43) | ($0.51) | ($0.40) | ($0.47) |
| Closing Stock Price (at Q/E) | $54.57 | $47.02 | $66.08 | $53.35 |
| **Market Cap[1]** | 6,451,040 | 5,575,130 | 7,924,100 | 6,263,220 |

[1] Source: Bloomberg

CSI-CLI-00358019

**ARISTA**

# Arista Evolution



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **People** | 6 | 100 | 250 | 500 | 750+ | 1,000+ | | |

| **Products** | EOS 7100S | 7500 Best of Interop | VXLAN 7050 Best of VMworld | 7150 | 7500E Best of Interop | 7300 7000X | EOS+ 7280E | EaaS |

**Customers**
Financial 50+%   1000+   High Tech Enterprise / Web / SP/Cloud / Financial   3000+

**Company**  Founded
Ireland   UK India Japan Australia Singapore Korea   Germany Hong Kong Netherlands Malaysia Canada   China France Taiwan   Sweden   Cyprus

Profitable
Positive Free Cash Flow   →   IPO   Gartner Magic Quadrant Leader

| 2004 | 2008 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |

21



# 2015 Summary

- Strong revenue and market share growth driven by broad customer adoption

- Visibility from deep customer engagement

- Diverse and growing customer base across key verticals

- Proven land and expand model

- Good margins supported by differentiated technology advantage

CSI-CLI-00358021

ARISTA

# Appendix: GAAP to Non-GAAP Reconciliation

| In 000's except per share data | Q2'13 | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|---|---|---|---|---|---|---|---|---|
| GAAP gross profit | $ 53,901 | $ 65,036 | $ 77,473 | $ 81,314 | $ 93,380 | $ 100,957 | $ 116,440 | $ 117,754 |
| GAAP gross margin | 64.6% | 64.0% | 67.5% | 69.4% | 67.7% | 64.9% | 67.1% | 65.8% |
| Stock compensation | 83 | 107 | 151 | 211 | 301 | 480 | 543 | 636 |
| Non-GAAP gross profit | $ 53,984 | $ 65,143 | $ 77,624 | $ 81,525 | $ 93,681 | $ 101,437 | $ 116,983 | $ 118,390 |
| Non-GAAP gross margin | 64.7% | 64.1% | 67.6% | 69.6% | 67.9% | 65.2% | 67.4% | 66.1% |
| | | | | | | | | |
| GAAP income from operations | $ 16,264 | $ 18,636 | $ 22,505 | $ 21,982 | $ 30,655 | $ 33,874 | $ 39,002 | $ 35,755 |
| Stock compensation | 2,073 | 2,584 | 3,760 | 4,782 | 6,705 | 8,082 | 8,050 | 8,839 |
| Litigation expense (1) | - | - | - | - | - | - | - | 6,670 |
| Non-GAAP income from operations | $ 18,337 | $ 21,220 | $ 26,265 | $ 26,764 | $ 37,360 | $ 41,956 | $ 47,052 | $ 51,264 |
| Non-GAAP operating margin | 22.0% | 20.9% | 22.9% | 22.8% | 27.1% | 27.0% | 27.1% | 28.6% |
| | | | | | | | | |
| GAAP net income to common stockholders, diluted | $ 5,159 | $ 6,128 | $ 7,415 | $ 6,816 | $ 14,851 | $ 21,255 | $ 30,328 | $ 24,071 |
| Net income attributable to participating securities | 5,092 | 5,728 | 6,327 | 5,513 | 6,767 | 611 | 709 | 421 |
| Stock compensation | 2,073 | 2,584 | 3,760 | 4,782 | 6,705 | 8,082 | 8,050 | 8,839 |
| Gain on note receivable | - | - | - | - | (4,000) | - | - | - |
| Litigation expense (1) | - | - | - | - | - | - | - | 6,670 |
| Tax effect of non-GAAP exclusions | - | - | - | (705) | (600) | (1,876) | (1,750) | (4,469) |
| Non-GAAP net income | $ 12,324 | $ 14,440 | $ 17,502 | $ 16,406 | $ 23,723 | $ 28,072 | $ 37,337 | $ 35,532 |
| | | | | | | | | |
| GAAP weighted diluted Shares | 29,252 | 30,412 | 32,470 | 33,816 | 44,057 | 69,737 | 70,219 | 70,722 |
| Additional dilutive shares (2) | 32,282 | 32,282 | 32,282 | 32,282 | 23,413 | - | - | - |
| Non-GAAP weighted diluted shares | 61,534 | 62,694 | 64,752 | 66,098 | 67,470 | 69,737 | 70,219 | 70,722 |
| | | | | | | | | |
| GAAP diluted income per share to common stockholders | $ 0.18 | $ 0.20 | $ 0.23 | $ 0.20 | $ 0.34 | $ 0.30 | $ 0.43 | $ 0.34 |
| Net income per share attributable to participating securities | 0.17 | 0.19 | 0.19 | 0.16 | 0.15 | 0.01 | 0.01 | - |
| Non-GAAP adjustments to net income per share | 0.07 | 0.08 | 0.12 | 0.12 | 0.05 | 0.09 | 0.09 | 0.16 |
| Non-GAAP adjustments to diluted shares | (0.22) | (0.24) | (0.27) | (0.23) | (0.19) | - | - | - |
| Non-GAAP diluted income per share | $ 0.20 | $ 0.23 | $ 0.27 | $ 0.25 | $ 0.35 | $ 0.40 | $ 0.53 | $ 0.50 |

(1) Includes legal expenses associated with our Optumsoft and Cisco litigation.
(2) Includes weighted shares from the issuance of shares upon our IPO and the assumed conversion of preferred stock and notes payable at the beginning of each quarter.

CSI-CLI-00358022