# EXHIBIT 42

# EOS – Industry Standard CLI

**Common CLI tools**

Arista CLI commands same as cisco IOS

**Benefits:**

Seamless integration into network

Engineering awareness

Less time spent in operational training

**Extensions:**

EOS extensibility

LANZ

ZTP

.......

```
[ltd@spam ~]$ ssh ltd@203.9.111.10
Password:
Last login: Wed Jul  3 03:56:59 2013 from 203.9.111.4
switch> enable
switch# conf t
switch(config)#int et17
switch(config-if-Et17)#switchport
switch(config-if-Et17)#switchport access vlan 10
! Access VLAN does not exist.  Creating vlan 10
switch(config-if-Et17)#sh int et17
Ethernet17 is up, line protocol is up (connected)
  Hardware is Ethernet, address is 001c.7319.f657 (bia 001c.7319.f657)
  MTU 9212 bytes, BW 10000000 Kbit
  Full-duplex, 10Gb/s, auto negotiation: off
  Up 95 days, 16 hours, 28 minutes, 52 seconds
  Last clearing of "show interface" counters never
  5 seconds input rate 6 bps (0.0% with framing), 0 packets/sec
  5 seconds output rate 702 bps (0.0% with framing), 1 packets/sec
     275559 packets input, 68614191 bytes
     Received 0 broadcasts, 275559 multicast
     0 runts, 0 giants
     0 input errors, 0 CRC, 0 alignment, 0 symbol
     0 PAUSE input
     10360263 packets output, 1564326788 bytes
     Sent 2396053 broadcasts, 7958401 multicast
     0 output errors, 0 collisions
     0 late collision, 0 deferred
     0 PAUSE output
switch(config-if-Et17)#
```

