# EXHIBIT 56

# EXHIBIT 56

| | OS VERSION | REGISTRATION DATE | FIRST DATE OF PUBLICATION OR CREATION | DOCKET NO. | EXHIBIT 87 PAGE CITE |
|---|---|---|---|---|---|
| | | | **FIRST DATE OF PUBLICATION OR CREATION UNDER 5 YEARS** | | |
| 1 | IOS 12.0 | 6/14/2002 | 1998* | 64-9 (Exhibit 7A to Second Amended Complaint) | 4 - 7 |
| 2 | IOS 12.1 | 6/14/2002 | 2000* | 64-11 (Exhibit 8A to Second Amended Complaint) | 8 - 11 |
| 3 | IOS 12.2 | 6/14/2002 | 2001* | 64-13 (Exhibit 9A to Second Amended Complaint) | 12 - 15 |
| 4 | IOS 12.3 | 7/26/2004 | 2003* | 64-15 (Exhibit 10 to Second Amended Complaint) | 16 - 19 |
| 5 | IOS 12.4 | 8/12/2005 | 2005* | 64-16 (Exhibit 11 to Second Amended Complaint) | 20 - 23 |
| 6 | IOS 15.0 | 11/28/2014 | 10/1/2009 | 64-17 (Exhibit 12 to Second Amended Complaint) | 24 - 27 |
| 7 | IOS 15.1 | 11/28/2014 | 3/26/2010 | 64-18 (Exhibit 13 to Second Amended Complaint) | 28 - 31 |
| 8 | IOS 15.2 | 11/24/2014 | 7/22/2011 | 64-19 (Exhibit 14 to Second Amended Complaint) | 32 - 35 |
| 9 | IOS 15.4 | 11/26/2014 | 11/24/2013 | 64-20 (Exhibit 15 to Second Amended Complaint) | 36 - 39 |

Exhibit 56-Page 1

| | OS VERSION | REGISTRATION DATE | FIRST DATE OF PUBLICATION OR CREATION | DOCKET NO. | EXHIBIT 87 PAGE CITE |
|---|---|---|---|---|---|
| 10 | XR 3.0 | 4/29/2005 | 2004* | 64-21 (Exhibit 16 to Second Amended Complaint) | 40 - 43 |
| 11 | XR 3.2 | 10/19/2005 | 2005* | 64-22 (Exhibit 17 to Second Amended Complaint) | 44 - 47 |
| 12 | XR 3.3 | 7/19/2006 | 2006* | 64-22 (Exhibit 18 to Second Amended Complaint) | 48 - 51 |
| 13 | XR 3.4 | 3/2/2007 | 2006* | 64-24 (Exhibit 19 to Second Amended Complaint) | 52 - 55 |
| 14 | XR 3.5 | 7/17/2007 | 2007* | 64-25 (Exhibit 20 to Second Amended Complaint) | 56 - 59 |
| 15 | XR 4.3 | 11/14/2014 | 12/21/2012 | 64-26 (Exhibit 21 to Second Amended Complaint) | 60 - 63 |
| 16 | XR 5.2 | 11/14/2014 | 7/5/2014 | 64-27 (Exhibit 22to Second Amended Complaint) | 64 - 67 |
| 17 | XE 3.5 | 11/24/2014 | 11/28/2011 | 64-29 (Exhibit 24 to Second Amended Complaint) | 68 - 71 |
| 18 | NX-OS 5.0 | 11/13/2014 | 5/24/2010 | 64-31 (Exhibit 26 to Second Amended Complaint) | 72 - 75 |
| 19 | NX-OS 5.2 | 11/13/2014 | 7/29/2011 | 64-32 (Exhibit 27 to Second Amended Complaint) | 76 - 79 |

Exhibit 56-Page 2

| | OS VERSION | REGISTRATION DATE | FIRST DATE OF PUBLICATION OR CREATION | DOCKET NO. | EXHIBIT 87 PAGE CITE |
|---|---|---|---|---|---|
| 20 | NX-OS 6.2 | 11/13/2014 | 8/22/2013 | 64-33 (Exhibit 28 to Second Amended Complaint) | 80 - 83 |
| **FIRST DATE OF PUBLICATION OR CREATION OVER 5 YEARS** | | | | | |
| 21 | IOS 11.0 | 6/14/2002 | 1995* | 64-3 (Exhibit 3 to Second Amended Complaint) | 84 - 87 |
| 22 | IOS 11.1 | 6/14/2002 | 2/28/1996 | 64-1 (Exhibit 4A to Second Amended Complaint) | 88 - 91 |
| 23 | IOS 11.2 | 6/14/2002 | 1996* | 64-6 (Exhibit 5 to Second Amended Complaint) | 92 - 95 |
| 24 | IOS 11.3 | 6/14/2002 | 1997* | 64-7 (Exhibit 6A to Second Amended Complaint) | 96 - 99 |
| 25 | XE 2.1 | 11/24/2014 | 5/2/2008 | 64-28 (Exhibit 23 to Second Amended Complaint) | 100 - 103 |
| 26 | NX-OS 4.0 | 11/13/2014 | 4/2/2008 | 64-30 (Exhibit 25 to Second Amended Complaint) | 104 - 107 |

*Work completed date is listed where publication date is not included on copyright registration.

Exhibit 56-Page 3

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL


TXu 1-036-064
*TXu001036064*

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Cisco IOS 12.0

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 12.0; Cisco IOS Version 12.0; Cisco Internetwork Operating System 12.0; Cisco Internetwork Operating System Release 12.0; Cisco Internetwork Operating System Version 12.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Cisco Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By agreement

APPLICATION RECEIVED
JUN 1 4 2002
ONE DEPOSIT RECEIVED
JUN 1 4 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 4

CSI-CLI-00356516

| EXAMINED BY    *TMS'* | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ **Pending**    Year of Registration ▶ **2002**

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior works by claimant and preexisting third party computer code

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised computer code and accompanying documentation

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶ (650) 858-7696    Fax number ▶ (650) 494-1417

Email ▶ ttsao@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **Cisco Technology, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert A. Barr, Worldwide Patent Counsel    Date ▶

☞ Handwritten signature (X) ▼

X _~Barr~_

**Certificate will be mailed in window envelope to this address:**

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ⊕ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

WEB REV: June 1999

Exhibit 56-Page 5

CSI-CLI-00356517

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM ____ TX ____ /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1-036-064

*T.U-00103606.4*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|-----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

JUN 1 4 2002

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Cisco IOS 12.0

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

Exhibit 56-Page 6

CSI-CLI-00356518

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**

Continuation of other Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Adecco Employment Services | Yes | United States | Yes | No | Computer code |
| Avnisoft Corporation | Yes | United States | Yes | No | Computer code |
| HCL Consulting Limited | Yes | India | Yes | No | Computer code |
| HCL America, Inc. | Yes | United States | Yes | No | Computer code |
| H.L. Yoh Company LLC | Yes | United States | Yes | No | Computer code |
| Aquas | Yes | United States | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Rapidigm | Yes | India | Yes | No | Computer code |
| Wipro Limited | Yes | United States | Yes | No | Documentation |
| Lasselle-Ramsay | | | | | |
| Oakhill Publications/ Computer Education Consulting | Yes | United States | Yes | No | Documentation |
| Rick Barron | No | United States | Yes | No | Documentation |
| On-Call Consultants, Inc. | Yes | United States | Yes | No | Documentation |
| Judy Melanson | No | United States | Yes | No | Documentation |

Certificate will be mailed in window envelope to this address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

Exhibit 56-Page 7

CSI-CLI-00356519

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-036-066**



EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002,
Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Cisco IOS 12.1

PREVIOUS OR ALTERNATIVE TITLES ▼ Cisco IOS Release 12.1; Cisco IOS Version 12.1; Cisco Internetwork Operating System 12.1; Cisco Internetwork Operating System Release 12.1; Cisco Internetwork Operating System Version 12.1

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼
Cisco Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2000  ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶
◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By agreement

APPLICATION RECEIVED
JUN. 1 4. 2002
ONE DEPOSIT RECEIVED
JUN 1 4 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

Exhibit 56-Page 8

CSI-CLI-00356572

| EXAMINED BY   *TMS* | FORM TX |
|---|---|
| CHECKED BY | |

| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶     Pending     Year of Registration ▶     2002

**5**

---

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior works by claimant and preexisting third party computer code

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised computer code and accompanying documentation

**b**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶ (650) 858-7696      Fax number ▶    (650) 494-1417

Email ▶   ttsao@fenwick.com

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Cisco Technology, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert A. Barr, Worldwide Patent Counsel        Date ▶

Handwritten signature (X) ▼

X _____

---

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Susanne S. Morales, Paralegal / Fenwick & West LLP | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼<br>2 Palo Alto Square | **SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order<br>payable to Register of Copyrights<br>3. Deposit material | As of<br>July 1,<br>1999,<br>the<br>filing |
| | City/State/ZIP ▼<br>Palo Alto, CA 94306 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | fee for<br>Form TX<br>is $30. |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1999—200,000    ✿ PRINTED ON RECYCLED PAPER          ✿U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

Exhibit 56-Page 9

CSI-CLI-00356573

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1-036-066

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002

(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

JUN 1 4 2002

Page  3  of  4  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is not applicable to Short forms.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  Cisco IOS 12.1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

Exhibit 56-Page 10

CSI-CLI-00356574

CONTINUATION OF  (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| ABE Staffing Services, Inc. | Yes | United States | Yes | No | Computer code |
| Adecco Employment Services | Yes | United States | Yes | No | Computer code |
| A.S.K. Office Personnel Solutions | Yes | Australia | Yes | No | Computer code |
| Computer People | Yes | United States | Yes | No | Computer code |
| Cotelligent | Yes | United States | Yes | No | Computer code |
| Devsoft Corporation | Yes | United States | Yes | No | Computer code |
| HCL America, Inc. | Yes | United States | Yes | No | Computer code |
| HCL Consulting Limited | Yes | India | Yes | No | Computer code |
| IT & E Corporation | Yes | United States | Yes | No | Computer code |
| Ma Foi Management Consultants Limited | Yes | India | Yes | No | Computer code |
| Maprik Holdings Pty Ltd | Yes | Australia | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Pipelink | Yes | United States | Yes | No | Computer code |
| Rapidigm | Yes | United States | Yes | No | Computer code |
| Softsol Resources, Inc. | | India | | | |
| Wipro Limited | Yes | United States | Yes | No | Computer code |
| Lasselle-Ramsay | Yes | United States | Yes | No | Documentation |
| Oakhill Publications/ Computer Education Consulting | Yes | United States | Yes | No | Documentation |
| Essential Solutions | Yes | United States | Yes | No | Documentation |
| Rick Barron | No | United States | Yes | No | Documentation |

Continuation of other Spaces

**D**

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Susanne S. Morales, Paralegal / Fenwick & West LLP | |
| | Number/Street/Apt ▼  2 Palo Alto Square | |
| | City/State/ZIP ▼  Palo Alto, CA 94306 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

✦U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/78

Exhibit 56-Page 11

CSI-CLI-00356575

**CERTIFICATE OF REGISTRATION**




**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TXu 1-036-065**

*TXu010360650*

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 4 2002
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼
Cisco IOS 12.2

PREVIOUS OR ALTERNATIVE TITLES ▼ Cisco IOS Release 12.2; Cisco IOS Version 12.2; Ciso Internetwork Operating System 12.2; Cisco Internetwork Operating System Release 12.2; Cisco Internetwork Operating System Version 12.2

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼
**a**  Cisco Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in    United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**b**  NAME OF AUTHOR ▼
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2001  ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By agreement

APPLICATION RECEIVED
JUN 1 4 2002
ONE DEPOSIT RECEIVED
JUN 1 4 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 56-Page 12

CSI-CLI-00356568

EXAMINED BY _TMS_        FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶    Pending    Year of Registration ▶  2002

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior works by claimant and preexisting third party computer code

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**6**
a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼            Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

b

Area code and daytime telephone number ▶ **(650) 858-7696**        Fax number ▶   **(650) 494-1417**

Email ▶   ttsao@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cisco Technology, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert A. Barr, Worldwide Patent Counsel        Date ▶

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLp

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000           ⊕ PRINTED ON RECYCLED PAPER           ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

Exhibit 56-Page 13

CSI-CLI-00356569

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only.
  Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use
  this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable
  to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on
  the basic application or for the continuation of Space 1 on any of the three Short Forms
  PA, TX, or VA.

**FORM ___TX___ /CON**
UNITED STATES COPYRIGHT OFFICE

**TXu 1-036-065**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|-----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002
(Month)　　　(Day)　　　(Year)

CONTINUATION SHEET RECEIVED

JUN 1 4 2002

Page _3_ of _4_ pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Cisco IOS 12.2

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼　　　Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE
a work made for hire"?　　Name of Country

☐ Yes　　　　　　　OR { Citizen of ▶ _____
☐ No　　　　　　　　　　{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes ☐ No　If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?　☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

_____

DATES OF BIRTH AND DEATH
Year Born▼　　　Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE
a work made for hire"?　　Name of Country

☐ Yes　　　　　　　OR { Citizen of ▶ _____
☐ No　　　　　　　　　　{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes ☐ No　If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?　☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

_____

DATES OF BIRTH AND DEATH
Year Born▼　　　Year Died▼

Was this contribution to the work AUTHOR'S NATIONALITY OR DOMICILE
a work made for hire"?　　Name of Country

☐ Yes　　　　　　　OR { Citizen of ▶ _____
☐ No　　　　　　　　　　{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?　☐ Yes ☐ No　If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?　☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

Exhibit 56-Page 14

CSI-CLI-00356570

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**
Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudonymous | Nature of Contribution |
|---|---|---|---|---|---|
| ABE Staffing Services, Inc. | Yes | United States | Yes | No | Computer code and documentation |
| Adecco Employment Services | Yes | United States | Yes | No | Computer code and documentation |
| Acionyx, Incorporated | Yes | United States | Yes | No | Computer code |
| Greenwood Group, dba Manpower Technical Services | Yes | United States | Yes | No | Computer code and documentation |
| HCL America, Inc. | Yes | United States | Yes | No | Computer code |
| HCL Consulting Limited | Yes | United States | Yes | No | Computer code |
| H.L. Yoh Company LLC | Yes | United States | Yes | No | Computer code |
| Hughes Software Systems USA | Yes | United States | Yes | No | Computer code |
| InfoSys Technologies Limited | Yes | United States | Yes | No | Computer code |
| Insight Solutions, Inc. | Yes | United States | Yes | No | Computer code |
| IT & E Corporation | Yes | United States | Yes | No | Computer code |
| Ma Foi Management Consultants Limited | Yes | United States | Yes | No | Computer code |
| Metalogic, S.A.R.L. | Yes | United States | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Rapidign, | Yes | United States | Yes | No | Computer code |
| Savvy System Consultants | Yes | United States | Yes | No | Computer code |
| Ultimate Technology, Inc. | Yes | United States | Yes | No | Computer code |
| Wipro Limited | Yes | United States | Yes | No | Documentation |
| Lasselle-Ramsay | Yes | United States | Yes | No | Documentation |
| Oakhill Publications/ Computer Education Consulting | Yes | United States | Yes | No | Documentation |
| Rick Barron | No | United States | Yes | No | Documentation |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/78
WEB REV: June 1999

Exhibit 56-Page 15

CSI-CLI-00356571

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TXu 1-188-975**

TXu001188975

EFFECTIVE DATE OF REGISTRATION

Month JUL  Day 26  Year 04

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Cisco IOS 12 3

PREVIOUS OR ALTERNATIVE TITLES ▼ Cisco IOS Release 12 3  Cisco IOS Version 12 3  Cisco Internetwork Operating System 12 3  Cisco Internetwork Operating System Release 12 3  Cisco Internetwork Operating System Version 12 3

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Cisco Systems Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ United States

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
2003

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ _____ Day ▶ _____ Year ▶ _____    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cisco Technology Inc
170 West Tasman Drive
San Jose, CA 95134

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By agreement

APPLICATION RECEIVED
JUL 26 2004
ONE DEPOSIT RECEIVED
JUL 26 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 16

CSI-CLI-00356542

| | |
|---|---|
| EXAMINED BY [signature] | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▶   TXu 1 036 065      Year of Registration ▶   2002

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and preexisting third party computer code

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and documentation

**6**
a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                              Account Number ▼
Cisco Technology  Inc                               DA92785

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Jason Schroth
Cisco Technology  Inc
170 West Tasman Drive
San Jose  CA 95134

Area code and daytime telephone number ▶ (408) 853 7972        Fax number ▶ (408) 853 7972
Email ▶  jschroth@cisco com

**7**
a
b

**CERTIFICATION*** I the undersigned  hereby certify that I am the
Check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cisco Technology, Inc
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Robert Barr VP Intellectual Property                              Date ▶ 7/21/2004

Handwritten signature (X) ▼
X [signature]

**8**

| Certificate will be mailed in window envelope to this address | Name ▼  Jason Schroth  Intellectual Property Department / Cisco Technology  Inc |
|---|---|
| | Number/Street/Apt ▼  170 West Tasman Drive |
| | City/State/ZIP ▼  San Jose  CA 95134 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev June 2002   ⊕ Printed on recycled paper                          U S Government Printing Office  2000-461 113/20 021

Exhibit 56-Page 17
CSI-CLI-00356543

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form TX/CON**
UNITED STATES COPYRIGHT OFFICE

**TXu 1 - 188 - 975**

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA **only** Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
Space B is a continuation of Space 2 on the basic application
Space B is not applicable to Short Forms
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

**EFFECTIVE DATE OF REGISTRATION**

JUN 26 04
(Month)  (Day)  (Year)

**CONTINUATION SHEET RECEIVED**
JUL 26 2004

Page **3** of **4** pages

---

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- **TITLE** (Give the title as given under the heading Title of this Work  in Space 1 of the basic form )

Cisco IOS 12 3

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA )

Cisco Technology Inc  170 West Tasman Drive  San Jose  CA 95134

---

**B**
Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**
(See Space C)

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a   work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ┌ Citizen of ▶ _____
   └ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a   work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ┌ Citizen of ▶ _____
   └ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a   work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ┌ Citizen of ▶ _____
   └ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1  4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA  TX  or VA*

Exhibit 56-Page 18

CSI-CLI-00356544

CONTINUATION OF  (Check which)    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Avnisoft Corp | Yes | United States | Yes | No | Computer Code |
| Bryson Technologies Inc | Yes | United States | Yes | No | Documentation |
| Cisco Technology  Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| Data Connection Ltd | Yes | United States | Yes | No | Computer Code |
| HarveyCom | Yes | United States | Yes | No | Documentation |
| HCL America  Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| HCL Consulting Limited | Yes | India | Yes | No | Computer Code |
| Infosys | Yes | India | Yes | No | Documentation |
| Lasselle Ramsay | Yes | United States | Yes | No | Documentation |
| Oakhill Publications | Yes | United States | Yes | No | Computer Code |
| ODI HCL | Yes | India | Yes | No | Documentation |
| Preferred International | Yes | United Kingdom | Yes | No | Documentation |
| Red Oak Technologies | Yes | United States | Yes | No | Documentation |
| Richard Barron and Assoc | Yes | United States | Yes | No | Computer Code |
| Tata Elxsi Limited | Yes | India | Yes | No | Computer Code |
| Technology Solutions | Yes | India | Yes | No | Computer Code |
| WIPRO | Yes | India | Yes | No | Computer Code |

Continuation of other Spaces

---

| Certificate will be mailed in window envelope to this address | Name ▼ <br> Jason Schroth  Intellectual Property Department / Cisco Technology  Inc <br> Number/Street/Apt ▼ <br> 170 West Tasman Drive <br> City/State/ZIP ▼ <br> San Jose  CA 95134 |
|---|---|

**D**

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

September 2003 — 20 000   Web Rev  September 2003   ⊛ Printed on recycled paper                    U S Government Printing Office  2003-499-605/60 034

Exhibit 56-Page 19

CSI-CLI-00356545

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 1 – 259 – 162**


*TXU001259162*

EFFECTIVE DATE OF REGISTRATION

8 / 12 / 2005
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Cisco IOS 12 4

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 12 4  Cisco IOS Version 12 4  Cisco Internetwork Operating System 12 4  Cisco Internetwork Operating System Release 12 4  Cisco Internetwork Operating System Version 12 4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Cisco Systems Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☒ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
New and revised computer code and documentation

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is 'Yes' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cisco Technology Inc
170 West Tasman Drive
San Jose, CA 95134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By agreement

**APPLICATION RECEIVED**
AUG 1 2 2005
**ONE DEPOSIT RECEIVED**
AUG 1 2 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 20

CSI-CLI-00356705

| EXAMINED BY    *SJM* | FORM TX |
|---|---|
| CHECKED BY | |

| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is  Yes   give  Previous Registration Number ▶ TXu1 188 975       Year of Registration ▶ 2004

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior works by claimant and preexisting third party computer code

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and documentation

**a**
**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                                    Account Number ▼
Cisco Technology  Inc                     DA92785

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼
Jason Schroth
Cisco Technology  Inc
170 West Tasman Drive
San Jose  CA 95134
Area code and daytime telephone number ▶ (408) 853 7972        Fax number ▶ (408) 853 7972
Email ▶ jschroth@cisco com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cisco Technology, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Mallun Yen  Managing Director  Worldwide Intellectual Property       Date ▶ *2005 - Aug - 04*

Handwritten signature (X) ▼
X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Jason Schroth  Intellectual Property Department / Cisco Technology  Inc | |
|---|---|---|
| | Number/Street/Apt ▼<br>170 West Tasman Drive | |
| | City/State/ZIP ▼<br>San Jose  CA 95134 | |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S.E.
Washington  D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev June 2002   ⊛ Printed on recycled paper                    U S  Government Printing Office  2000-461 113/20 021

Exhibit 56-Page 21

CSI-CLI-00356706

# CONTINUATION SHEET
# FOR APPLICATION FORMS

 Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1–259–162

*TXU001259162*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION



8          12          2005
(Month)   (Day)      (Year)

CONTINUATION SHEET RECEIVED
AUG 1 2 2005

- This Continuation Sheet is used in conjunction with Forms CA  PA  SE  SR  TX  and VA  only  Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible  try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form  use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet  clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
- Space B is a continuation of Space 2 on the basic application
- Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1  4  or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA  TX  or VA

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE  (Give the title as given under the heading  Title of this Work  in Space 1 of the basic form )

    Cisco IOS 12 4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA  TX  or VA )

    Cisco Technology  Inc  170 West Tasman Drive  San Jose  CA 95134

---

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1  4  or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA  TX  or VA*

Exhibit 56-Page 22

CSI-CLI-00356707

CONTINUATION OF  (Check which)  ☐ Space 1  ☐ Space 4  ☐ Space 6  ☑ Space 2b

**C**

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution | Continuation of other Spaces |
|---|---|---|---|---|---|---|
| Bryson Technologies Inc | Yes | United States | Yes | No | Documentation | |
| Cisco Technology Inc | Yes | United States | Yes | No | Computer Code & Documentation | |
| Data Connection Ltd | Yes | United States | Yes | No | Computer Code | |
| HCL | Yes | India | Yes | No | Computer Code & Documentation | |
| Infosys | Yes | India | Yes | No | Computer Code | |
| Lasselle Ramsay | Yes | United States | Yes | No | Documentation | |
| Manpower | Yes | United States | Yes | No | Computer Code | |
| Mindtree Consulting | Yes | India | Yes | No | Computer Code | |
| Oak Hill Corporation | Yes | United States | Yes | No | Documentation | |
| Oakhill Publications | Yes | United States | Yes | No | Documentation | |
| PD Communications | Yes | United States | Yes | No | Documentation | |
| Preferred International | Yes | United Kingdom | Yes | No | Computer Code | |
| QSolv Inc | Yes | United States | Yes | No | Computer Code | |
| Red Oak Technologies | Yes | United States | Yes | No | Documentation | |
| Second Foundation Inc | Yes | United States | Yes | No | Computer Code | |
| Tata Elxsi Limited | Yes | India | Yes | No | Computer Code | |
| Technology Solutions | Yes | India | Yes | No | Computer Code | |
| Vante Inc | Yes | United States | Yes | No | Computer Code | |
| WIPRO | Yes | India | Yes | No | Computer Code | |

Certificate will be mailed in window envelope to this address

Name ▼
Jason Schroth  Intellectual Property Department / Cisco Technology Inc
Number/Street/Apt ▼
170 West Tasman Drive
City/State/ZIP ▼
San Jose  CA 95134

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

Library of Congress  Copyright Office
101 Independence Avenue, S E
Washington  D C  20559-6000

**D**

Fees are subject to change
For current fees, check the Copyright Office website at www.copyright.gov write to the Copyright Office or call (202) 707-3000

September 2003 — 20 000  Web Rev September 2003  ♻ Printed on recycled paper

U S Government Printing Office  2003-496-605/60 034

Exhibit 56-Page 23

CSI-CLI-00356708

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-938-524**

**Effective date of
registration:**

November 28, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS 15.0 |
| **Previous or Alternative Title:** | Cisco IOS Release 15.0 |
| | Cisco IOS Version 15.0 |
| | Cisco Internetwork Operating System 15.0 |
| | Cisco Internetwork Operating System Release 15.0 |
| | Cisco Internetwork Operating System Version 15.0 |
| | Cisco Internetwork Operating System Software Release 15.0 |
| | Cisco IOS Software Release 15.0 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | October 1, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ■ **Author:** | AAP3, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United Kingdom | **Domiciled in:** | United Kingdom |

Page 1 of 3

Exhibit 56-Page 24

CSI-CLI-00356564

■ **Author:** Aerotek, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

■ **Author:** HCL Technologies Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India    **Domiciled in:** India

■ **Author:** Infobahn Softworld Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

■ **Author:** Infosys Technologies Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India    **Domiciled in:** India

■ **Author:** KForce Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

■ **Author:** Ma Foi Management Consultants Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India    **Domiciled in:** India

■ **Author:** Randstad

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

■ **Author:** Wipro Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India    **Domiciled in:** India



**Copyright claimant** ——————————————————————

Page 2 of 3

Exhibit 56-Page 25

CSI-CLI-00356565

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim ─────────────────

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant and preexisting third party computer code |
| **Previous registration and year:** | TXu1-259-162    2005 |
| **New material included in claim:** | New and revised computer code and accompanying documentation |

## Certification ─────────────────

| | |
|---|---|
| **Name:** | Joshua L. Simmons, Esq. |
| **Date:** | November 12, 2014 |
| **Applicant's Tracking Number:** | 41593-0036 |

Exhibit 56-Page 26

CSI-CLI-00356566

**Registration #:**   TX0007938524

**Service Request #:**   1-1840007632



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 27

CSI-CLI-00356567

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-938-525

**Effective date of registration:**

November 28, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS 15.1 |
| **Previous or Alternative Title:** | Cisco IOS Release 15.1 |
| | Cisco IOS Version 15.1 |
| | Cisco Internetwork Operating System 15.1 |
| | Cisco Internetwork Operating System Release 15.1 |
| | Cisco Internetwork Operating System Version 15.1 |
| | Cisco IOS Software Release 15.1 |
| | Cisco Internetwork Operating System Software Release 15.1 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | March 26, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| **Author:** | Aerotek, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

Page 1 of 3

Exhibit 56-Page 28

CSI-CLI-00356532

■    **Author:**    HCL Technologies Limited

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    India                    **Domiciled in:**    India

■    **Author:**    Infosys Technologies Ltd.

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    India                    **Domiciled in:**    India

■    **Author:**    KForce Inc.

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    United States            **Domiciled in:**    United States

■    **Author:**    Larsen & Toubro Infotech Ltd.

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    India                    **Domiciled in:**    India

■    **Author:**    Prolific Minds Inc.

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    United States            **Domiciled in:**    United States

■    **Author:**    Simplion Technologies Inc.

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    United States            **Domiciled in:**    United States

■    **Author:**    Wipro Limited

**Author Created:**    computer program

**Work made for hire:**    Yes

**Citizen of:**    India                    **Domiciled in:**    India

■    **Author:**    Cisco Technology, Inc.

**Author Created:**    text, computer program

**Work made for hire:**    Yes

**Citizen of:**    United States            **Domiciled in:**    United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━



Exhibit 56-Page 29

CSI-CLI-00356533

| Copyright Claimant: | Cisco Technology, Inc. |
| --- | --- |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| Transfer Statement: | By written agreement |

## Limitation of copyright claim

| Material excluded from this claim: | Prior works by claimant and preexisting third party computer code |
| --- | --- |
| Previous registration and year: | Pending          2014 |
| New material included in claim: | New and revised computer code and accompanying documentation |

## Certification

| Name: | Joshua L. Simmons, Esq. |
| --- | --- |
| Date: | November 12, 2014 |
| Applicant's Tracking Number: | 41593-0036 |

Page  3 of 3

Exhibit 56-Page 30

CSI-CLI-00356534

**Registration #:**  TX0007938525
**Service Request #:**  1-1842583852



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 31

CSI-CLI-00356535

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-937-159

**Effective date of
registration:**

November 24, 2014

---

## Title

**Title of Work:** Cisco IOS 15.2

**Previous or Alternative Title:** Cisco IOS Release 15.2

Cisco IOS Version 15.2

Cisco Internetwork Operating System 15.2

Cisco Internetwork Operating System Release 15.2

Cisco Internetwork Operating System Version 15.2

Cisco IOS Software Release 15.2

Cisco Internetwork Operating System Software Release 15.2

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** July 22, 2011     **Nation of 1st Publication:** United States

## Author

■     **Author:** Cisco Systems, Inc.

**Author Created:** text, computer program

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

■     **Author:** Bard na nGleann

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** Ireland     **Domiciled in:** Ireland

■     **Author:** Aerotek, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

Page 1 of 3

Exhibit 56-Page 32

CSI-CLI-00356697



■ **Author:** Aricent Technologies Mauritius Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** Mauritius                    **Domiciled in:** Mauritius

■ **Author:** HCL Technologies Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                    **Domiciled in:** India

■ **Author:** Infosys Technologies Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                    **Domiciled in:** India

■ **Author:** KForce Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

■ **Author:** Prolific Minds Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

■ **Author:** Randstad

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

■ **Author:** Tata Consultancy Services Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                    **Domiciled in:** India

■ **Author:** Wipro Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                    **Domiciled in:** India

Exhibit 56-Page 33

CSI-CLI-00356698

■          Author:   Cisco Technology, Inc.

Author Created:   text, computer program

Work made for hire:   Yes

Citizen of:   United States                    Domiciled in:   United States

## Copyright claimant

Copyright Claimant:   Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

Transfer Statement:   By written agreement

## Limitation of copyright claim

Material excluded from this claim:   Prior works by claimant and preexisting third party computer code

Previous registration and year:   Pending          2014

New material included in claim:   New and revised computer code and accompanying documentation

## Certification

Name:   Joshua L. Simmons, Esq.

Date:   November 12, 2014

Applicant's Tracking Number:   41593-0036

Exhibit 56-Page 34                                    CSI-CLI-00356699

Registration #:   TX0007937159
Service Request #:   1-1842634112



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 35

CSI-CLI-00356700

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-938-341**

**Effective date of
registration:**

November 26, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS 15.4 |
| **Previous or Alternative Title:** | Cisco IOS Release 15.4 |
| | Cisco IOS Version 15.4 |
| | Cisco Internetwork Operating System 15.4 |
| | Cisco Internetwork Operating System Release 15.4 |
| | Cisco Internetwork Operating System Version 15.4 |
| | Cisco IOS Software Release 15.4 |
| | Cisco Internetwork Operating System Software Release 15.4 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2013 | | |
| **Date of 1st Publication:** | November 24, 2013 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Aricent Technologies Mauritius Limited | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Mauritius | **Domiciled in:** | Mauritius |
| ■ **Author:** | China International Intellectech Corporation | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | China | **Domiciled in:** | China |

Exhibit 56-Page 36

CSI-CLI-00356653



**Author:** embedUR Systems (I) Private Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                          **Domiciled in:** India

**Author:** Ensoft Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United Kingdom              **Domiciled in:** United Kingdom

**Author:** Gemtek Technology Co., Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** Chinese Taipei (Taiwan)     **Domiciled in:** Chinese Taipei (Taiwan)

**Author:** HCL Technologies Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                          **Domiciled in:** India

**Author:** Infosys Technologies Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                          **Domiciled in:** India

**Author:** Paxterra Solutions Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States               **Domiciled in:** United States

**Author:** Randstad

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States               **Domiciled in:** United States

**Author:** Scarlet Wireless India Private Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                          **Domiciled in:** India

Page 2 of 3

Exhibit 56-Page 37

CSI-CLI-00356654

| | | |
|---|---|---|
| ■ **Author:** | Tata Consultancy Services Ltd. | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | India | **Domiciled in:** India |
| ■ **Author:** | Wipro Limited | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | India | **Domiciled in:** India |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant and preexisting third party computer code |
| **Previous registration and year:** | Pending        2014 |
| **New material included in claim:** | New and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| **Name:** | Joshua L. Simmons, Esq. |
| **Date:** | November 12, 2014 |
| **Applicant's Tracking Number:** | 41593-0036 |

Exhibit 56-Page 38

CSI-CLI-00356655

**Registration #:**  TX0007938341
**Service Request #:**  1-1842848742



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 39

CSI-CLI-00356656

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 237 – 896**

*TXU891237896*

EFFECTIVE DATE OF REGISTRATION

04 / 29 / 2005
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Cisco IOS XR version 3.0

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS release 3.0; Cisco Internetwork Operating System XR version 3.0; Cisco Internetwork Operating System XR release 3.0; IOX version 3.0; IOX release 3.0; HFROS version 3.0; HFROS release 3.0; ENA version 3.0; ENA release 3.0;

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Cisco Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and documentation.

**b** **NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By agreement

APR 29 2005 APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
APR 29 2005 TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 7 pages

Exhibit 56-Page 40

CSI-CLI-00356618

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                    **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior works by claimant and preexisting third party computer code.

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised computer code and documentation

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                           Account Number ▼

Cisco Technology, Inc.                           DA92785

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jason Schroth
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

**b**

Area code and daytime telephone number ▶ (408) 853-7972                    Fax number ▶ (408) 853-7972

Email ▶ jschroth@cisco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cisco Technology, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert Barr VP Intellectual Property                              Date ▶ 04/25/2005

Handwritten signature (X) ▼

X _Robert Barr_ - - - - - - - - - - - - - - - -

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Jason Schroth, Intellectual Property Department / Cisco Technology, Inc. |
|---|---|
| | Number/Street/Apt ▼<br>170 West Tasman Drive |
| | City/State/ZIP ▼<br>San Jose, CA 95134 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Exhibit 56-Page 41

CSI-CLI-00356619

# CONTINUATION SHEET
# FOR APPLICATION FORMS




**Form TX /CON**
UNITED STATES COPYRIGHT OFFICE

TXu 1-237-896

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

04    29    2005
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED
APR 29 2005

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Cisco IOS XR version 3.0

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼  (See Space C)

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?  ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶_____ Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?  ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶_____ Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?  ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶_____ Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

Exhibit 56-Page 42
CSI-CLI-00356620

**CONTINUATION OF** (Check which):    ❑ Space 1    ❑ Space 4    ❑ Space 6    ☑ Space 2b

**C**

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution | Continuation of other Spaces |
|---|---|---|---|---|---|---|
| Cisco Technology, Inc. | Yes | United States | Yes | No | Computer Code & Documentation | |
| Adecco/Tad Tech* | Yes | United States | Yes | No | Computer Code | |
| Alliance of Professionals | Yes | United States | Yes | No | Computer Code | |
| Americas Global | Yes | United States | Yes | No | Computer Code | |
| APC, Inc. | Yes | United States | Yes | No | Computer Code | |
| Calian Technologies | Yes | Canada | Yes | No | Documentation | |
| Conoscenti | Yes | Canada | Yes | No | Computer Code | |
| Duet Technologies | Yes | United States | Yes | No | Computer Code | |
| Eclipse | Yes | United States | Yes | No | Computer Code | |
| Ensoft Ltd | Yes | United States | Yes | No | Computer Code | |
| Harrington Informatics | Yes | Canada | Yes | No | Computer Code | |
| HCL | Yes | India | Yes | No | Computer Code | |
| Insight Solutions, Inc. | Yes | United States | Yes | No | Computer Code | |
| Introtronix International | Yes | United States | Yes | No | Computer Code | |
| J. Arthur Group | Yes | United States | Yes | No | Documentation | |
| MetaData | Yes | Canada | Yes | No | Computer Code | |
| Migration Software | Yes | United States | Yes | No | Computer Code | |
| NSA** | Yes | United States | Yes | No | Documentation | |
| Oakhill Publications | Yes | United States | Yes | No | Documentation | |
| ODI-HCL | Yes | India | Yes | No | Computer Code | |
| Pipelink | Yes | United States | Yes | No | Computer Code | |
| Pure Solutions | Yes | United States | Yes | No | Computer Code | |
| Rnsoft Limited | Yes | United States | Yes | No | Computer Code | |
| Silver | Yes | United States | Yes | No | Computer Code | |
| SNMP Research | Yes | United States | Yes | No | Computer Code | |
| SoftSol Resources | Yes | United States | Yes | No | Computer Code | |
| TechOne | Yes | United States | Yes | No | Computer Code | |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jason Schroth, Intellectual Property Department / Cisco Technology, Inc.

Number/Street/Apt ▼
170 West Tasman Drive

City/State/ZIP ▼
San Jose, CA 95134

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**D**

September 2003 — 20,000    Web Rev: September 2003    ® Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,034

Exhibit 56-Page 43

CSI-CLI-00356621

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 270 – 592**



EFFECTIVE DATE OF REGISTRATION

| 10 | 19 | 05 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Cisco IOS XR version 3 2

PREVIOUS OR ALTERNATIVE TITLES ▼ Cisco IOS release 3 2  Cisco Internetwork Operating System XR version 3 2  Cisco Internetwork Operating System XR release 3 2  IOX version 3 2  IOX release 3 2  HFROS version 3 2  HFROS release 3 2  ENA version 3 2  ENA release 3 2

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Cisco Systems Inc

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of County
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of County
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of County
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

---

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cisco Technology Inc
170 West Tasman Drive
San Jose, CA 95134

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By agreement

APPLICATION RECEIVED
OCT 1 9 2005
ONE DEPOSIT RECEIVED
OCT 1 9 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE / USE ONLY

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of        pages

Exhibit 56-Page 44

CSI-CLI-00356701

| EXAMINED BY _MN_ | FORM TX |
|---|---|
| CHECKED BY _MN_ | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

**5**

☑ Yes  ☐ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶  TXu1 237 896    Year of Registration ▶  2005

**DERIVATIVE WORK OR COMPILATION**

**a  6**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and preexisting third party computer code

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

New and revised computer code and documentation

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a  7**

Name ▼                                    Account Number ▼

Cisco Technology  Inc                    DA92785

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

**b**

Jason Schroth
Cisco Technology  Inc
170 West Tasman Drive
San Jose  CA 95134

Area code and daytime telephone number ▶ (408) 853-7972          Fax number ▶ (408) 853 7972

Email ▶  jschroth@cisco com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Cisco Technology, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Mallun Yen  Managing Director  Worldwide Intellectual Property          Date▶ 14-Oct 2005

Handwritten signature (X) ▼

X _____

| | | |
|---|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Jason Schroth, Intellectual Property Department / Cisco Technology  Inc | **9** |
| | Number/Street/Apt ▼<br>170 West Tasman Drive | |
| | City/State/ZIP ▼<br>San Jose  CA 95134 | |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington  D C 20559-6000

Fees are subject to change  For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office, or call (202) 707-3000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev June 2002    Printed on recycled paper                    U S Government Printing Office 2000-461 113/20 021

Exhibit 56-Page 45

CSI-CLI-00356702

# CONTINUATION SHEET
# FOR APPLICATION FORMS

 **Form** ~~TX~~ **/CON**
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 270 – 592**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

10        19        05
(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

**OCT 1 9 2005**

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

Page___3___of___4___pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form )

  Cisco IOS XR version 3 2

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Cisco Technology Inc  170 West Tasman Drive, San Jose CA 95134

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No    "Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No    "Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No    "Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA*

Exhibit 56-Page 46

CSI-CLI-00356703

CONTINUATION OF (Check which)     ☐ Space 1     ☐ Space 4     ☐ Space 6     ☑ Space 2b

**C**

Continuation
of other
Spaces

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Cisco Technology Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| Calian Technologies | Yes | Canada | Yes | No | Documentation |
| Ensoft Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| HCL | Yes | India | Yes | No | Computer Code |
| MetaData | Yes | Canada | Yes | No | Computer Code |
| Oak Hill Corporation | Yes | United States | Yes | No | Documentation |
| Rnsoft Limited | Yes | United Kingdom | Yes | No | Computer Code |
| SQLink | Yes | Israel | Yes | No | Computer Code |
| TechOne | Yes | United States | Yes | No | Computer Code |

| Certificate will be mailed in window envelope to this address | Name ▼ Jason Schroth Intellectual Property Department / Cisco Technology Inc |
|---|---|
| | Number/Street/Apt ▼ 170 West Tasman Drive |
| | City/State/ZIP ▼ San Jose CA 95134 |

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**D**

Fees are subject to change
For current fees check in Copyright Office website at www.copyright.gov write to Copyright Office or call (202) 707-3000

September 2003 — 20 000  Web Rev September 2003  ♻ Printed on recycled paper                    U S Government Printing Office  2003-496-605/60 034

Exhibit 56-Page 47

CSI-CLI-00356704

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TXu 1 – 336 – 997**

EFFECTIVE DATE OF REGISTRATION

July 19, 2006
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**
Cisco IOS XR version 3 3

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS XR release 3 3  Cisco Internetwork Operating System XR version 3 3  Cisco Internetwork Operating System XR release 3 3, IOX version 3 3  IOX release 3 3  IOS NG version 3 3  IOS NG release 3 3  HFROS version 3 3  HFROS release 3 3, ENA version 3 3, ENA release 3 3, Cisco Q version 3 3, Cisco Q release 3 3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

### a
**NAME OF AUTHOR ▼**
Cisco Systems  Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR  ☐ Citizen of ▶
☐ Domiciled in ▶ United States

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

### b
**NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR  ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

### c
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR  ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Cisco Technology  Inc
170 West Tasman Drive
San Jose, CA 95134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

*See instructions before completing this space*

APPLICATION RECEIVED
JUL 19 2006
ONE DEPOSIT RECEIVED
JUL 19 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 48
CSI-CLI-00356642

EXAMINED BY _____  FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ TXu 1 270 592    Year of Registration ▶ 2005

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and preexisting third party computer code

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and documentation

**6**

a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Cisco Technology Inc          Account Number ▼ DA92785

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Jason Schroth
Cisco Technology Inc
170 West Tasman Drive
San Jose CA 95134

Area code and daytime telephone number ▶ (408) 853 7972    Fax number ▶ (408) 853 7972

Email ▶ jschroth@cisco com

**7**

a

b

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶  ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☑ authorized agent of  Cisco Technology, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Mallun Yen Managing Director Worldwide Intellectual Property    Date ▶ 17 Jul 2006

Handwritten signature (X) ▼

X _____

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼ Jason Schroth/Intellectual Property Department / Cisco Technology Inc

Number/Street/Apt ▼ 170 West Tasman Drive

City/State/ZIP ▼ San Jose CA 95134

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—30 000  Web Rev June 2002  Printed on recycled paper    U S Government Printing Office 2000-461 113/20 021

Exhibit 56-Page 49

CSI-CLI-00356643

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form TX/CON**
UNITED STATES COPYRIGHT OFFICE

REGI **TXu 1–336–997**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|----|

EFFECTIVE DATE OF REGISTRATION

July 19, 2006
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

JUL 19 2006

Page ___3___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA.

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

  Cisco IOS XR version 3 3

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)

  Cisco Technology Inc  170 West Tasman Drive  San Jose  CA 95134

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
   ☐ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
   ☐ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
   ☐ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA*

Exhibit 56-Page 50

CSI-CLI-00356644

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C** Continuation of other Spaces

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Cisco Technology Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| Calian Technologies | Yes | Canada | Yes | No | Documentation |
| Data Connection Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| Ensoft Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| Fujitsu Japan | Yes | Japan | Yes | No | Computer Code |
| HCL | Yes | India | Yes | No | Computer Code |
| MetaData | Yes | Canada | Yes | No | Computer Code |
| Oak Hill Corporation | Yes | United States | Yes | No | Documentation |
| Pure Solutions | Yes | United States | Yes | No | Computer Code |
| QNX Software | Yes | United States | Yes | No | Computer Code |
| SQLink | Yes | Israel | Yes | No | Computer Code |

Certificate will be mailed in window envelope to this address

Name ▼
Jason Schroth  Intellectual Property Department / Cisco Technology Inc

Number/Street/Apt ▼
170 West Tasman Drive

City/State/ZIP ▼
San Jose  CA 95134

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

**D**

Fees are subject to change
For current fee check the Copyright Office website at www.copyright.gov
or call (202) 707-3000

September 2003 — 20 000   Web Rev. September 2003   ℗ Printed on recycled paper          U S Government Printing Office 2003-490-605/60 034

Exhibit 56-Page 51

CSI-CLI-00356645

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC **TXu 1 – 344 – 750**

TXU001344750

EFFECTIVE DATE OF REGISTRATION

Mar 02 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
Cisco IOS XR version 3 4

**PREVIOUS OR ALTERNATIVE TITLES** Cisco IOS XR release 3 4  Cisco Internetwork Operat g Sy tem XR version 3 4  Cisco Internetwork Operating System XR release 3 4 IOX ersion 3 4 IOX release 3 4 IOS NG version 3 4 IOS NG release 3 4 HFROS version 3 4 HFROS releas 3 4 ENA ers on 3 4 ENA release 3 4 Cisco Q version 3 4 Cisco Q release 3 4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

## 2
**a**  **NAME OF AUTHOR ▼**
Cisco Systems Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {  Citizen of ▶
      Domiciled in▶  United States

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NOTE**
Under the law the author of a work made for hire is gene ally the employer not the employee (see instruc ions) For any pa t of this work that was made for h re check Yes n the space provided g e the employer (or other pe son to whom the wo k was prepa ed) as A tho of that pa t and lea e the space for dates of birth and death bla k

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and documentation

**b**  **NAME OF AUTHOR ▼**
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Wa thi contribution to the work a wo k made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {  Citizen of ▶
      Domiciled in▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly descr be nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {  Citizen of ▶
      Domiciled in▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly de cr be nature of material created by this author in which copyright is claimed ▼

## 3
**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be give in all cases
2006 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Cisco Technology Inc
170 West Tasman Drive
San Jose, CA 95134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

APPLICATION RECEIVED
MAR 0 2 2007
ONE DEPOSIT RECEIVED
MAR 0 2 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instruction before completing this space

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5 9) on the e e se side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

Exhibit 56-Page 52
CSI-CLI-00356638

EXAMINED BY [signature]                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                                           FOR
   Yes                                                     COPYRIGHT
                                                           OFFICE
                                                           USE
                                                           ONLY

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box.) ▼

a ☐ ☑ This is the first published edition of a work previously registered in unpublished form

b ☐ ☑ This is the first application submitted by this author as copyright claimant

c ☐ ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ Pending    Year of Registration ▼ 2006

**5**

---

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and preexisting third party computer code

**a**    **6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and documentation

**b**

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                                    Account Number ▼

Cisco Technology Inc              DA92785

**a**    **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Jason Schroth
Cisco Technology Inc
170 West Tasman Drive
San Jose CA 95134

**b**

Area code and daytime telephone number ( ) (408) 853 7972          Fax number ( ) (408) 853 7972

Email ▼ jschroth@cisco.com

---

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    Cisco Technology, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date.

Dan Lang Sr Corporate Counsel Worldwide Intellectual Property          Date ▼ 27 Feb 2007

Handwritten signature (X) ▼

X _____ [signature] _____

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Jason Schroth Intellectual Property Department / Cisco Technology Inc

Number/Street/Apt ▼
170 West Tasman Drive

City/State/ZIP ▼
San Jose CA 95134

**9**

[instruction box]
Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

---

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Rev June 2002—20,000   Web Rev July 2002   ⊕ Printed on recycled paper                        U S Government Printing Office 2000-461 113/20 021

Exhibit 56-Page 53

CSI-CLI-00356639

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Ⓒ Form** ☒ **/CON**
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 344 – 750**

‖‖‖‖‖‖‖‖‖‖‖‖

TXu 001 344 750

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

Mar    02    2007
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

Mar    02    2007

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
- Space B is a continuation of Space 2 on the basic application
- Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading 'Title of this Work  in Space 1 of the basic form )

  Cisco IOS XR version 3 4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA )

  Cisco Technology Inc  170 West Tasman Drive  San Jose  CA 95134

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work  a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?    ☐ Yes ☐ No    'Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work  a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous?    ☐ Yes ☐ No    'Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work  a  work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the  nswer to either of these questions is
Pseudonymous?    ☐ Yes ☐ No    'Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA TX or VA*

Exhibit 56-Page 54

CSI-CLI-00356640

CONTINUATION OF (Check which)     ☐ Space 1     ☐ Space 4     ☐ Space 6     ☑ Space 2b

**C**

Continuation of other Spaces

| Name of Author | Work For Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Cisco Technology, Inc | Yes | United States | Yes | No | Computer Code & Documentation |
| Calian Technologies | Yes | Canada | Yes | No | Documentation |
| Cyber Professionals Inc | Yes | United States | Yes | No | Computer Code |
| Data Connection Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| Digital X Inc | Yes | United States | Yes | No | Computer Code |
| Ensoft Ltd | Yes | United Kingdom | Yes | No | Computer Code |
| Fujitsu Japan | Yes | Japan | Yes | No | Computer Code |
| HCL | Yes | India | Yes | No | Computer Code |
| Jaypar | Yes | United States | Yes | No | Computer Code |
| MetaData | Yes | Canada | Yes | No | Computer Code |
| Oak Hill Corporation | Yes | United States | Yes | No | Documentation |
| ONE ANS | Yes | Italy | Yes | No | Computer Code |
| Piepeople Consulting Inc | Yes | United States | Yes | No | Computer Code |
| Pure Solutions | Yes | United States | Yes | No | Computer Code |
| QNX Software | Yes | United States | Yes | No | Computer Code |
| QSolv Inc | Yes | United States | Yes | No | Computer Code |
| SQLink | Yes | Israel | Yes | No | Computer Code |
| TechOne | Yes | United States | Yes | No | Computer Code |

**D**

Certificate will be mailed in window envelope to this address

Name ▼
Jason Schroth  Intellectual Property Department / Cisco Technology  Inc
Number/Street/Apt ▼
170 West Tasman Drive
City/State/ZIP ▼
San Jose  CA 95134

Exhibit 56-Page 55

CSI-CLI-00356641

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-592-305

**Effective date of registration:**

July 17, 2007

## Title

**Title of Work:** Cisco IOS XR version 3.5

**Previous or Alternative Title:** Cisco IOS XR release 3.5; Cisco Internetwork Operating System version XR version 3.5, Cisco Internetwork Operating System XR release 3.5; IOX version 3 5, IOS NG version 3.5, IOS NG release 3. 5; IIFROS version 3.5, HFROS release 3.5, ENA version 3 5, ENA release 3.5; Cisco Q version 3.5, Cisco Q release 3.5

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** Cisco Systems, Inc

  **Author Created:** New and revised computer code and documentation

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** No        **Pseudonymous:** No

- **Author:** Abacus

  **Author Created:** Computer Code

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** Yes        **Pseudonymous:** No

- **Author:** Cisco Technology, Inc

  **Author Created:** Computer Code & Documentation

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** Yes        **Pseudonymous:** No

Page 1 of 4

Exhibit 56-Page 56

CSI-CLI-00356614

- **Author:** Cyber Professionals, Inc
- **Author Created:** Computer Code

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** Yes          **Pseudonymous:** No

- **Author:** Data Connection Ltd
- **Author Created:** Computer Code

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

**Anonymous:** Yes          **Pseudonymous:** No

- **Author:** Digital-X, Inc
- **Author Created:** Computer Code

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** Yes          **Pseudonymous:** No

- **Author:** Ensoft Ltd.
- **Author Created:** Computer Code

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

**Anonymous:** Yes          **Pseudonymous:** No

- **Author:** Fujitsu Japan
- **Author Created:** Computer code

**Work made for hire:** Yes

**Domiciled in:** Japan

**Anonymous:** Yes          **Pseudonymous:** No

- **Author:** HCL
- **Author Created:** Computer code

**Work made for hire:** Yes

**Domiciled in:** India

**Anonymous:** Yes          **Pseudonymous:** No

- **Author:** MetaData
- **Author Created:** Computer code

**Work made for hire:** Yes

**Domiciled in:** Canada

**Anonymous:** Yes          **Pseudonymous:** No

Exhibit 56-Page 57

CSI-CLI-00356615

■      **Author:**   ONE-ANS

    **Author Created:**   Computer code

   **Work made for hire:**   Yes

     **Domiciled in:**   Italy

      **Anonymous:**   Yes            **Pseudonymous:**   No

■      **Author:**   Pure Solutions

    **Author Created:**   Computer Code

   **Work made for hire:**   Yes

     **Domiciled in:**   United States

      **Anonymous:**   Yes            **Pseudonymous:**   No

■      **Author:**   QNX Software

    **Author Created:**   Computer Code

   **Work made for hire:**   Yes

     **Domiciled in:**   United States

      **Anonymous:**   Yes            **Pseudonymous:**   No

■      **Author:**   Sapphire InfoTech, Inc.

    **Author Created:**   Computer Code

   **Work made for hire:**   Yes

     **Domiciled in:**   United States

      **Anonymous:**   Yes            **Pseudonymous:**   No

■      **Author:**   Stivant

    **Author Created:**   Computer Code

   **Work made for hire:**   Yes

     **Domiciled in:**   United States

      **Anonymous:**   Yes            **Pseudonymous:**   No

■      **Author:**   TechOne

    **Author Created:**   Computer Code

   **Work made for hire:**   Yes

     **Domiciled in:**   United States

      **Anonymous:**   Yes            **Pseudonymous:**   No

## Copyright claimant

   **Copyright Claimant:**   Cisco Technology, Inc

                           170 West Tasman Drive, San Jose, CA, 95134

    **Transfer Statement:**   By written agreement

Exhibit 56-Page 58

CSI-CLI-00356616

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previously registered:** Yes

**Previous registration and year:** TXu 1-344-750   2007

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** New and revised computer code and documentation

## Certification

**Name:** Dan Lang

**Date:** July 17, 2007

Page 4 of 4

Exhibit 56-Page 59

CSI-CLI-00356617

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-933-364

**Effective date of
registration:**

November 14, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS XR version 4.3 |
| **Previous or Alternative Title:** | Cisco IOS XR 4.3 |
| | Cisco IOS XR Release 4.3 |
| | Cisco IOS XR Software Release 4.3 |
| | Cisco IOS XR Software Version 4.3 |
| | Cisco Internetwork Operating System version XR version 4.3 |
| | Cisco Internetwork Operating System XR release 4.3 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | December 21, 2012 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ▪ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ▪ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ▪ **Author:** | HCL Technologies Limited | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | India | **Domiciled in:** | India |

Exhibit 56-Page 60

CSI-CLI-00356649

■     **Author:**  Nichepro Consulting Private Limited

**Author Created:**  text

**Work made for hire:**  Yes

**Citizen of:**  India                                **Domiciled in:**  India

■     **Author:**  Innovatia, Inc.

**Author Created:**  text

**Work made for hire:**  Yes

**Citizen of:**  Canada                              **Domiciled in:**  Canada

■     **Author:**  Abacus Business Solutions, Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States                       **Domiciled in:**  United States

■     **Author:**  Aricent Technologies Mauritius Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  Mauritius                            **Domiciled in:**  Mauritius

■     **Author:**  Ensoft Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United Kingdom                 **Domiciled in:**  United Kingdom

■     **Author:**  Infosys Technologies Ltd.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India                                **Domiciled in:**  India

■     **Author:**  Wipro Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India                                **Domiciled in:**  India

■     **Author:**  Tech Mahindra Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India                                **Domiciled in:**  India



Exhibit 56-Page 61

CSI-CLI-00356650

- **Author:** QNX Software Systems Co.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** Canada                        **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** TXu1-592-305    2007

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 12, 2014

**Applicant's Tracking Number:** 41593-0036

Exhibit 56-Page 62

CSI-CLI-00356651

**Registration #:**   TX0007933364
**Service Request #:**   1-1879984622



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 63

CSI-CLI-00356652

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-933-353**

**Effective date of
registration:**

November 14, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco IOS XR version 5.2 |
| **Previous or Alternative Title:** | Cisco IOS XR 5.2 |
| | Cisco IOS XR Release 5.2 |
| | Cisco IOS XR Software Release 5.2 |
| | Cisco IOS XR Software Version 5.2 |
| | Cisco Internetwork Operating System version XR version 5.2 |
| | Cisco Internetwork Operating System XR release 5.2 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2014 | | |
| **Date of 1st Publication:** | July 5, 2014 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ▪ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ▪ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ▪ **Author:** | HCL Technologies Limited | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | India | **Domiciled in:** | India |

Exhibit 56-Page 64

CSI-CLI-00356602

■        **Author:** Nichepro Consulting Private Limited

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** India                    **Domiciled in:** India

■        **Author:** Innovatia, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** Canada                   **Domiciled in:** Canada

■        **Author:** Abacus Business Solutions, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States             **Domiciled in:** United States

■        **Author:** Aricent Technologies Mauritius Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** Mauritius                 **Domiciled in:** Mauritius

■        **Author:** Ensoft Limited

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United Kingdom           **Domiciled in:** United Kingdom

■        **Author:** Infosys Technologies Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** India                    **Domiciled in:** India

■        **Author:** KForce Inc

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States             **Domiciled in:** United States

■        **Author:** Paxterra Solutions Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States             **Domiciled in:** United States



Exhibit 56-Page 65

CSI-CLI-00356603

- **Author:** Tech Mahindra Limited

    **Author Created:** computer program

    **Work made for hire:** Yes

    **Citizen of:** India                          **Domiciled in:** India

- **Author:** Wipro Limited

    **Author Created:** computer program

    **Work made for hire:** Yes

    **Citizen of:** India                          **Domiciled in:** India

## Copyright claimant

**Copyright Claimant:** Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and preexisting third party computer code

**Previous registration and year:** Pending          2014

**New material included in claim:** New and revised computer code and accompanying documentation

## Certification

**Name:** Joshua L. Simmons, Esq.

**Date:** November 12, 2014

**Applicant's Tracking Number:** 41593-0036

Exhibit 56-Page 66                                    CSI-CLI-00356604

**Registration #:**  TX0007933353
**Service Request #:**  1-1879984863



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 67

CSI-CLI-00356605

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-937-234**

**Effective date of
registration:**

November 24, 2014

## Title

|  |  |
|---|---|
| **Title of Work:** | Cisco IOS XE 3.5 |
| **Previous or Alternative Title:** | Cisco IOS XE Release 3.5 |
|  | Cisco IOS XE Version 3.5 |
|  | Cisco Internetwork Operating System XE 3.5 |
|  | Cisco Internetwork Operating System XE Release 3.5 |
|  | Cisco Internetwork Operating System XE Version 3.5 |
|  | Cisco IOS XE Software Release 3.5 |
|  | Cisco Internetwork Operating System XE Software Release 3.5 |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | November 28, 2011 | **Nation of 1st Publication:** | United States |

## Author

|  |  |  |  |
|---|---|---|---|
| **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| **Author:** | Adecco USA, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

Exhibit 56-Page 68

CSI-CLI-00356630



| | | |
|---|---|---|
| **Author:** | Aerotek, Inc. | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | United States | **Domiciled in:** United States |
| **Author:** | Aricent Technologies Mauritius Limted | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | Mauritius | **Domiciled in:** Mauritius |
| **Author:** | HCL Technologies Limited | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | India | **Domiciled in:** India |
| **Author:** | Infosys Technologies Ltd. | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | India | **Domiciled in:** India |
| **Author:** | KForce Inc. | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | United States | **Domiciled in:** United States |
| **Author:** | Randstad | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | United States | **Domiciled in:** United States |
| **Author:** | Tata Consultancy Services Ltd. | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | India | **Domiciled in:** India |
| **Author:** | Unilink Ltd. | |
| **Author Created:** | computer program | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | Israel | **Domiciled in:** Israel |

Page 2 of 3

Exhibit 56-Page 69

CSI-CLI-00356631

|  | **Author:** | Vircon, Inc. | | |
|---|---|---|---|---|
|  | **Author Created:** | computer program | | |
|  | **Work made for hire:** | Yes | | |
|  | **Citizen of:** | United States | **Domiciled in:** | United States |
|  | **Author:** | WIPRO Limited | | |
|  | **Author Created:** | computer program | | |
|  | **Work made for hire:** | Yes | | |
|  | **Citizen of:** | India | **Domiciled in:** | India |
|  | **Author:** | Cisco Technology, Inc. | | |
|  | **Author Created:** | text, computer program | | |
|  | **Work made for hire:** | Yes | | |
|  | **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by claimant and preexisting third party computer code |
| **Previous registration and year:** | Pending          2014 |
| **New material included in claim:** | New and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| **Name:** | Joshua L. Simmons, Esq. |
| **Date:** | November 13, 2014 |
| **Applicant's Tracking Number:** | 41593-0036 |

Exhibit 56-Page 70

CSI-CLI-00356632

**Registration #:**  TX0007937234
**Service Request #:**  1-1874302659



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 71

CSI-CLI-00356633

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-718**

**Effective date of registration:**

November 13, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco NX-OS 5.0 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 5.0 |
| | Cisco NX-OS Release 5.0 |
| | Cisco NXOS 5.0 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | May 24, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Cisco Technology, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | | |
|---|---|---|
| **Material excluded from this claim:** | previously published material and preexisting third party computer code | |
| **Previous registration and year:** | Pending | 2014 |
| **New material included in claim:** | New and revised computer code and accompanying documentation | |

Exhibit 56-Page 72

CSI-CLI-00356677

## Certification

|  |  |
|---|---|
| **Name:** | Joshua L. Simmons, Esq. |
| **Date:** | November 13, 2014 |
| **Applicant's Tracking Number:** | 41593-0036 |

**Correspondence:**  Yes



Exhibit 56-Page 73

CSI-CLI-00356678

Exhibit 56-Page 74

CSI-CLI-00356679

**Registration #:**   TX0007940718
**Service Request #:**   1-1814995944

Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 75

CSI-CLI-00356680

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-727**

**Effective date of registration:**

November 13, 2014

## Title

| | |
|---|---|
| Title of Work: | Cisco NX-OS 5.2 |
| Previous or Alternative Title: | Cisco NX-OS Software Release 5.2 |
| | Cisco NX-OS Release 5.2 |
| | Cisco NXOS 5.2 |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2011 | | |
| Date of 1st Publication: | July 29, 2011 | Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ■ Author: | Cisco Systems, Inc. |
| Author Created: | text, computer program |
| Work made for hire: | Yes |
| Citizen of: | United States |   Domiciled in: United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| Transfer Statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | previously published material and preexisting third party computer code |
| Previous registration and year: | Pending    2014 |
| New material included in claim: | New and revised computer code and accompanying documentation |

## Certification

| | |
|---|---|
| Name: | Joshua L. Simmons, Esq. |
| Date: | November 13, 2014 |
| Applicant's Tracking Number: | 41593-0036 |

Exhibit 56-Page 76

CSI-CLI-00356673

**Correspondence:**   Yes



Exhibit 56-Page 77

CSI-CLI-00356674

Exhibit 56-Page 78

CSI-CLI-00356675

**Registration #:** TX0007940727

**Service Request #:** 1-1814996028



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 79

CSI-CLI-00356676

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-940-722

**Effective date of registration:**

November 13, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco NX-OS 6.2 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 6.2 |
| | Cisco NX-OS Release 6.2 |
| | Cisco NXOS 6.2 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2013 | | |
| **Date of 1st Publication:** | August 22, 2013 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ▪ **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ▪ **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| ▪ **Author:** | Trilyon Inc. | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

Exhibit 56-Page 80

CSI-CLI-00356669

## Limitation of copyright claim ────────────────────────

**Material excluded from this claim:**   previously  published material and preexisting third party computer code

**Previous registration and year:**   Pending        2014

**New material included in claim:**   new and revised computer code and accompanying documentation

## Certification ────────────────────────

**Name:**   Joshua L. Simmons, Esq.

**Date:**   November 13, 2014

**Applicant's Tracking Number:**   41593-0036

────────────────────────

**Correspondence:**   Yes



Page  2 of 2

Exhibit 56-Page 81

CSI-CLI-00356670

Exhibit 56-Page 82

CSI-CLI-00356671

**Registration #:**  TX0007940722

**Service Request #:**  1-1815054342



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 83

CSI-CLI-00356672

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**



**TXu 1-036-057**

*TXu-001036057*

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Cisco IOS 11.0

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 11.0; Cisco IOS Version 11.0; Cisco Internetwork Operating System 11.0; Cisco Internetwork Operating System Release 11.0; Cisco Internetwork Operating System Version 11.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Cisco Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
See Attached Form TX/CON for Additional Authors

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1995    ◄ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By agreement

**APPLICATION RECEIVED**
JUN 14 2002
**ONE DEPOSIT RECEIVED**
JUN 14 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.            • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 84

CSI-CLI-00356395

| EXAMINED BY _TMb_ | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶      Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior works by claimant and preexisting third party computer code

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised computer code and accompanying documentation

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶ **(650) 858-7696**      Fax number ▶ **(650) 494-1417**

Email ▶   ttsao@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Cisco Technology, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert A. Barr, Worldwide Patent Counsel      Date ▶

☞ Handwritten signature (X) ▼

X _[signature]_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Susanne S. Morales, Paralegal / Fenwick & West LLP | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼<br>2 Palo Alto Square | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order<br>   payable to Register of Copyrights | As of<br>July 1,<br>1999,<br>the<br>filing |
| | City/State/ZIP ▼<br>Palo Alto, CA 94306 | 3. Deposit material<br>MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | fee for<br>Form TX<br>is $30. |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1999—200,000   ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

Exhibit 56-Page 85

CSI-CLI-00356396

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM TX___ /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1-036-057

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|-----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002

(Month)     (Day)     (Year)

CONTINUATION SHEET RECEIVED

JUN. 1 4. 2002

Page  3  of  4  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Cisco IOS 11.0
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

---

## B
Continuation of Space 2

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a"work made for hire"?   AUTHOR'S NATIONALITY OR DOMICILE
Name of Country

☐ Yes
☐ No
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No    If the answer to either
Pseudonymous?  ☐ Yes  ☐ No   of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a"work made for hire"?   AUTHOR'S NATIONALITY OR DOMICILE
Name of Country

☐ Yes
☐ No
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No    If the answer to either
Pseudonymous?  ☐ Yes  ☐ No   of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a"work made for hire"?   AUTHOR'S NATIONALITY OR DOMICILE
Name of Country

☐ Yes
☐ No
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No    If the answer to either
Pseudonymous?  ☐ Yes  ☐ No   of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the

Exhibit 56-Page 86

CSI-CLI-00356397

CONTINUATION OF  (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**

Continuation of other Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| ABE Staffing, Inc. | Yes | United States | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Nano Solutions | Yes | United States | Yes | No | Documentation |
| Bev Talbott | No | United States | Yes | No | Documentation |

---

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-531-435

*TX0005531435*

| TX | TAU |

EFFECTIVE DATE OF REGISTRATION

JUN 14 2002

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Cisco IOS 11.1

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 11.1; Cisco IOS Version 11.1; Cisco Internetwork Operating System 11.1; Cisco Internetwork Operating System Release 11.1; Cisco Internetwork Operating System Version 11.1

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Cisco Systems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 28    Year ▶ 1996
United States    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By agreement

APPLICATION RECEIVED
JUN 14 2002    July 16, 2002
ONE DEPOSIT RECEIVED
JUN 14 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 88

CSI-CLI-00356588

| EXAMINED BY    *TMS* | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶     Pending     Year of Registration ▶     2002

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a 6**

Prior works by claimant and preexisting third party computer code

*See instructions before completing this space.*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

New and revised computer code

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

To T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ **(650) 858-7696**     Fax number ▶ **(650) 494-1417**

Email ▶   ttsao@fenwick.com

**CERTIFICATION**° I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **Cisco Technology, Inc.**

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert A. Barr, Worldwide Patent Counsel     Date ▶

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Susanne S. Morales, Paralegal / Fenwick & West LLP | **9** |
|---|---|---|
| | Number/Street/Apt ▼<br>2 Palo Alto Square | |
| | City/State/ZIP ▼<br>Palo Alto, CA 94306 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

@ Printed on recycled paper     ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Exhibit 56-Page 89

CSI-CLI-00356589

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** TX /CON
UNITED STATES COPYRIGHT OFFICE
R

TX 5-531-435

*1X00055314354*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002

(Month)    (Day)    (Year)

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 of the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

CONTINUATION SHEET RECEIVED

JUN 1 4 2002

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Cisco IOS 11.1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

Exhibit 56-Page 90

CSI-CLI-00356590

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

# C

Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Energetic Systems | Yes | United States | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Nano Solutions | Yes | United States | Yes | No | Documentation |
| Bev Talbott | No | United States | Yes | No | Documentation |

Certificate will be mailed in window envelope to this address:

Name ▼
**Susanne S. Morales, Paralegal / Fenwick & West LLP**

Number/Street/Apt ▼
**2 Palo Alto Square**

City/State/ZIP ▼
**Palo Alto, CA 94306**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# D

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R

**TXu 1-036-063**

*TXu001036063*

EFFECTIVE DATE OF REGISTRATION

**JUN 1 4 2002**

Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

Cisco IOS 11.2

**PREVIOUS OR ALTERNATIVE TITLES ▼** Cisco IOS Release 11.2; Cisco IOS Version 11.2; Cisco Internetwork Operating System 11.2; Cisco Internetwork Operating System Release 11.2; Cisco Internetwork Operating System Version 11.2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

## 2

**a** NAME OF AUTHOR ▼

Cisco Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1996 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶      Day ▶      Year ▶
ONLY if this work has been published.      ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By agreement

APPLICATION RECEIVED
JUN 1 4 2002
ONE DEPOSIT RECEIVED
JUN 1 4 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

Exhibit 56-Page 92

CSI-CLI-00356496

| EXAMINED BY _TMS_ | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ Pending    Year of Registration ▶ 2002

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Prior works by claimant and preexisting third party computer code

See Instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

New and revised computer code and accompanying documentation

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

**b**

Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7696    Fax number ▶ (650) 494-1417
Email ▶ ttsao@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Cisco Technology, Inc.**

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert A. Barr, Worldwide Patent Counsel    Date ▶

Handwritten signature (X) ▼
X _[signature]_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Susanne S. Morales, Paralegal / Fenwick & West LLP | **9** |
|---|---|---|
| | Number/Street/Apt ▼<br>2 Palo Alto Square | |
| | City/State/ZIP ▼<br>Palo Alto, CA 94306 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ⊕ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

Exhibit 56-Page 93

CSI-CLI-00356497

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** TX **/CON**
UNITED STATES COPYRIGHT OFFICE

TXu 1-036-063
*TXu1036063*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 4 2002

| (Month) | (Day) | (Year) |

**CONTINUATION SHEET RECEIVED**

JUN 1 4 2002

Page _3_ of _4_ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Cisco IOS 11.2

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the*

Exhibit 56-Page 94

CONTINUATION OF  (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C**

Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| ABE Staffing Services, Inc. | Yes | United States | Yes | No | Computer code |
| HCL America, Inc. | Yes | United States | Yes | No | Computer code |
| HCL Consulting Limited | Yes | India | Yes | No | Computer code |
| Network Aware, Inc. | Yes | United States | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Nano Solutions | Yes | United States | Yes | No | Documentation |
| NSA | Yes | United States | Yes | No | Documentation |
| Oakhill Publications/ Computer Education Consulting | Yes | United States | Yes | No | Documentation |
| Rick Barron | No | United States | Yes | No | Documentation |
| Bev Talbott | No | United States | Yes | No | Documentation |

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000   ⊗ PRINTED ON RECYCLED PAPER                    ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

Exhibit 56-Page 95

CSI-CLI-00356499



**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TXu 1-036-062

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Cisco IOS 11.3

PREVIOUS OR ALTERNATIVE TITLES ▼ Cisco IOS Release 11.3; Cisco IOS Version 11.3; Cisco Internetwork Operating System 11.3; Cisco Internetwork Operating System Release 11.3; Cisco Internetwork Operating System Version 11.3

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a** NAME OF AUTHOR ▼
Cisco Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised computer code and accompanying documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
See Attached Form TX/CON for Additional Authors

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cisco Technology, Inc.
170 West Tasman Drive
San Jose, CA 95134

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By agreement

APPLICATION RECEIVED
JUN 1 4 2002
ONE DEPOSIT RECEIVED
JUN 1 4 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  4  pages

Exhibit 56-Page 96

CSI-CLI-00356546

EXAMINED BY ___TMS___    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶  Pending    Year of Registration ▶  2002

**6**

DERIVATIVE WORK OR COMPILATION
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼    **a**

Prior works by claimant and preexisting third party computer code

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**
New and revised computer code and accompanying documentation

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **a**
Name ▼                                    Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼    **b**
Tu T. Tsao, Esq.
Fenwick & West LLP
2 Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7696    Fax number ▶  (650) 494-1417

Email ▶  ttsao@fenwick.com

**8**

CERTIFICATION*  I, the undersigned, hereby certify that I am the
                                                    ☐ author
Check only one ▶                                    ☐ other copyright claimant
                                                    ☐ owner of exclusive right(s)
                                                    ☑ authorized agent of  Cisco Technology, Inc.
of the work identified in this application and that the statements made        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert A. Barr, Worldwide Patent Counsel                          Date ▶

☞  Handwritten signature (X) ▼
    X _/s/ Robert Barr_____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999        ♺ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

Exhibit 56-Page 97

CSI-CLI-00356547

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM TX /CON
UNITED STATES COPYRIGHT OFFICE

TXu 1-036-062

*TXU001036062*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

JUN 1 4 2002
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

JUN 1 4 2002

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Cisco IOS 11.3
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Cisco Technology, Inc., 170 West Tasman Drive, San Jose, CA 95134

## B
**Continuation of Space 2**

### d
NAME OF AUTHOR ▼
(See Space C)

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### e
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

Exhibit 56-Page 98

CSI-CLI-00356548

CONTINUATION OF (Check which): ☐ Space 1    ☐ Space 4    ☐ Space 6    ☑ Space 2b

**C**
Continuation of other Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| HCL America, Inc. | Yes | United States | Yes | No | Computer code |
| HCL Consulting Limited | Yes | India | Yes | No | Computer code |
| Metaplex, Inc. | Yes | United States | Yes | No | Computer code |
| Technosoft Corp. | Yes | United States | Yes | No | Computer code |
| Nano Solutions | Yes | United States | Yes | No | Documentation |
| Oakhill Publications/ Computer Education Consulting | Yes | United States | Yes | No | Documentation |
| ABE Staffing Services, Inc. | Yes | United States | Yes | No | Documentation |
| Lasselle-Ramsay | Yes | United States | Yes | No | Documentation |
| Kevin Shafer | No | United States | Yes | No | Documentation |
| Rick Barron | No | United States | Yes | No | Documentation |

**D**

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Susanne S. Morales, Paralegal / Fenwick & West LLP |
| Number/Street/Apt ▼ | 2 Palo Alto Square |
| City/State/ZIP ▼ | Palo Alto, CA 94306 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999–30,000      ♻ PRINTED ON RECYCLED PAPER      ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

Exhibit 56-Page 99

CSI-CLI-00356549

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-937-240

**Effective date of registration:**

November 24, 2014

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Cisco IOS XE 2.1 |
| **Previous or Alternative Title:** | Cisco IOS XE Release 2.1 |
|  | Cisco IOS XE Version 2.1 |
|  | Cisco Internetwork Operating System XE 2.1 |
|  | Cisco Internetwork Operating System XE Release 2.1 |
|  | Cisco Internetwork Operating System XE Version 2.1 |
|  | Cisco IOS XE Software Release 2.1 |
|  | Cisco Internetwork Operating System XE Software Release 2.1 |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | May 2, 2008 | **Nation of 1st Publication:** | United States |

## Author

|  |  |  |  |
|---|---|---|---|
| **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Author:** | Bard na nGleann | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | Ireland | **Domiciled in:** | Ireland |
| **Author:** | Adecco USA, Inc. | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

Exhibit 56-Page 100                                    CSI-CLI-00356606

■          **Author:**  Aerotek, Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■          **Author:**  HCL Technologies Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India          **Domiciled in:**  India

■          **Author:**  Infobahn Softworld Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■          **Author:**  KForce Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■          **Author:**  Data Connection Limited dba Metaswitch Networks

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United Kingdom          **Domiciled in:**  United Kingdom

■          **Author:**  Solectron Corporation

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

■          **Author:**  WIPRO Limited

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  India          **Domiciled in:**  India

■          **Author:**  Zenaide Technologies, Inc.

**Author Created:**  computer program

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States



Page 2 of 3

Exhibit 56-Page 101

CSI-CLI-00356607

■                    **Author:**  Cisco Technology, Inc.

**Author Created:**  text, computer program

**Work made for hire:**  Yes

**Citizen of:**  United States                    **Domiciled in:**  United States

## Copyright claimant

**Copyright Claimant:**  Cisco Technology, Inc.

170 W. Tasman Drive, San Jose, CA, 95134, United States

**Transfer Statement:**  By written agreement

## Limitation of copyright claim

**Material excluded from this claim:**  Prior works by claimant and preexisting third party computer code

**New material included in claim:**  New and revised computer code and accompanying documentation

## Certification

**Name:**  Joshua L. Simmons, Esq.

**Date:**  November 13, 2014

**Applicant's Tracking Number:**  41593-0036

Exhibit 56-Page 102

CSI-CLI-00356608

**Registration #:** TX0007937240

**Service Request #:** 1-1863956851



Kirkland & Ellis LLP
Joshua L. Simmons
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 103

CSI-CLI-00356609

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-940-713**

**Effective date of
registration:**

November 13, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Cisco NX-OS 4.0 |
| **Previous or Alternative Title:** | Cisco NX-OS Software Release 4.0 |
| | Cisco NX-OS Release 4.0 |
| | Cisco NXOS 4.0 |
| | Cisco SAN-OS 4.0 |
| | Cisco SAN-OS Software Release 4.0 |
| | Cisco SAN-OS Release 4.0 |
| | Cisco SANOS 4.0 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | April 2, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■    **Author:** | Cisco Systems, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■    **Author:** | Cisco Technology, Inc. | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Cisco Technology, Inc. |
| | 170 W. Tasman Drive, San Jose, CA, 95134, United States |
| **Transfer Statement:** | By written agreement |

Page 1 of 2

Exhibit 56-Page 104

CSI-CLI-00356622

## Limitation of copyright claim ─────────────────────────

**Material excluded from this claim:**  previously published material and preexisting third party computer code

**New material included in claim:**  new and revised computer code and accompanying documentation

## Certification ─────────────────────────

| | |
|---:|:---|
| **Name:** | Joshua L. Simmons, Esq. |
| **Date:** | November 13, 2014 |
| **Applicant's Tracking Number:** | 41593-0036 |

─────────────────────────

**Correspondence:**  Yes



Exhibit 56-Page 105

CSI-CLI-00356623

Exhibit 56-Page 106

CSI-CLI-00356624

**Registration #:**  TX0007940713
**Service Request #:**  1-1786586481



Kirkland & Ellis LLP
Joshua L. Simmons
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  United States

Exhibit 56-Page 107

CSI-CLI-00356625