# EXHIBIT 59

3com

# 3COM® SWITCH 4500 QUICK REFERENCE GUIDE

## About the Web Interface

This guide details the commands available on the Web and the Command Line Interfaces. The tables contained in this document reference the CLI commands and the equivalent Web Interface menu items that allow the same configuration to be made using the web interface.

## About the Command Line Interface

To use the command line interface (CLI) of your unit, please refer to the following points for assistance:

- When initially accessing the CLI, press Enter when prompted. The User View displays. This is indicated by the chevron brackets around the name of the unit at the prompt, for example, `<4500>`.
- In System View, square brackets appear around the name of the unit at the prompt, for example, `[4500]`.
- You must be in the System View menu to access the configurable CLI commands.
- Some commands can be entered directly at any prompt from anywhere in the interface.
- If you enter part of a command followed by a **?** (with no space between), the CLI will show you all the commands that begin in that way.
- **To display command parameters:**
  At the prompt, enter the name of the command followed by a space and **?**. For example:

  ```
  <4500>boot ?
  ```

  The following parameters are displayed:

  ```
  boot-loader
  bootrom
  ```

  ```
  <4500>
  ```

  To specify boot loader, enter the command as follows:

  ```
  <4500>boot boot-loader ?
  ```

  You only need to enter **?** if parameters exist for the command.
- **To display parent menus:**
  At the prompt, enter **`quit`**.
- **To display the User View menu:**
  Press <CTRL+Z>.
- **To obtain help:**
  At the prompt, enter **?**.
- The term 'view' may be used interchangeably with the term 'menu'.
- The **`undo`** command is placed before the command you wish to undo, for example, **`undo set authentication`** password.
- <CTRL+A> places the cursor back to the start of the command line.
- Enter the first few characters of a command and press TAB to enter the full command without having to input the entire command (where there is only one command that starts with the entered characters).
- Use the Up Arrow key at the prompt to repeat the previous command string.
- Use Delete to delete the character after the cursor; Backspace deletes the character before the cursor.
- When entering physical port numbers, Enter the port number as **`x/0/z`**, where x is the unit number and z is the physical port number.

## Further Information

For further information about how to use the command line interface, refer to the Command Reference Guide and the Configuration Guide, which are both available as PDF documents on the CD that accompanied the unit.

## Menus

This section provides a summary of menus and commands supported by the agent for each of the supported hardware platform variants. Any matching web commands available in the web interface are also shown.

Commands marked with '*' are available on the Switch 4500 PWR only.

**Table 1** Command Line Editing

| | |
|---|---|
| **<Ctrl+A>** | Moves the cursor to the start of the command line |
| **<Tab>** | Command completion |

**Table 2** Commands Available in Any View

| Command | Description | Web Command |
|---|---|---|
| **?** | Help | |
| **display** | Display current system information | |
| **display acl** | View detailed configuration information about the ACL | |
| **display am** | View the status of access management function | |
| **display arp** | View the ARP mapping table | |
| **display arp timer aging** | View the current setting of the dynamic ARP map aging timer | |
| **display boot-loader** | View the APP file used for this boot and the one that will be used at next boot | |
| **display channel** | View details about the information channel | |
| **display clock** | View the date and time | |
| **display config-agent** | View statistics of the configuration agent | |
| **display connection** | View the connection information of all or specified users | |
| **display cpu** | Display the occupancy of the CPU | |
| **display current-configuration** | Display the current configuration parameters | |
| **display debugging** | View the enabled debugging process | |
| **display device** | Display device information | |
| **display dhcp client** | View detailed information about address allocation to DHCP client | |
| **display dhcp-server** | View information about DHCP server group | |
| **display dhcp-server interface vlan-interface** | View information about the DHCP server group corresponding to the VLAN interface | |
| **display diagnostic-information** | View the current configuration information about all running modules | |
| **display domain** | View the configuration of ISP domains | |
| **display dot1x** | View the relevant information of 802.1x | |
| **display fan** | View the working state of the built-in fans | |
| **display fib** | View the summary of the Forwarding Information Base | |
| **display fib ip_address** | View the FIB entries matching a destination IP address (range) | |
| **display fib acl** | View the FIB entries matching a specific ACL | |
| **display fib ip-prefix** | View the FIB entries matching a specific prefix list | |
| **display fib statistics** | View the total number of FIB entries | |
| **display ftm route** | Display Fabric topology management route | |
| **display ftm information** | Display Fabric topology management information | |
| **display ftm topology database** | Display Fabric topology management database | |
| **display ftp-server** | View the parameters of the current FTP server | |
| **display ftp-user** | View the parameters of current FTP user | |

| Command | Description | Web Command |
|---|---|---|
| **display history-command** | View the saved history of commands | |
| **display icmp statistics** | View the statistics information about ICMP packets | |
| **display igmp-snooping configuration** | View IGMP snooping configuration information | |
| **display igmp-snooping group** | View IP multicast groups and MAC multicast groups | |
| **display igmp-snooping statistics** | View the statistics information on IGMP snooping | |
| **display info-center** | View the configuration of system log and the information recorded in the memory buffer | |
| **display interface** | View port configuration information | **Port -> Statistics** |
| **display interface vlan-interface** | View the information about specified or all VLAN interfaces | |
| **display ip host** | View all the host names and the corresponding IP addresses | |
| **display ip interface vlan-interface** | View the information of an IP interface | |
| **display ip ip-prefix** | View the IP address prefix list | |
| **display ip socket** | Display the information about the sockets in the current system | |
| **display ip statistics** | View the statistics information about IP packets | |
| **display ip routing-table** | View the routing table summary | |
| **display ip routing-table X.X.X.X** | View the routing information of the specified destination address | |
| **display ip routing-table X.X.X.X X.X.X.X** | View the routing information in the specified destination address range | |
| **display ip routing-table acl** | View the route filtered through specified basic access control list (ACL) | |
| **display ip routing-table ip-prefix** | View the route information that passed the filtering rule according the input ip prefix list name | |
| **display ip routing-table protocol** | View the route information of specified protocol | |
| **display ip routing-table radix** | View radix tree of routing table | |
| **display ip routing-table statistics** | Summary statistics of all routes | |
| **display ip routing-table verbose** | Detail information of routing table | |
| **display isolate port** | View port isolation information | |
| **display lacp system-id** | View actor system ID | |
| **display link-aggregation interface** | View detailed link aggregation information at a designated port | |
| **display link-aggregation summary** | View summary information of all aggregation groups | |
| **display link-aggregation verbose** | View detailed information of a designated port | |
| **display local-user** | View the relevant information of all (or specified) local users | |
| **display local-server statistics** | View the configuration information of local RADIUS server group | |
| **display loopback-detection** | View if port loopback detection has been enabled and details | |
| **display mac-address** | View MAC address table information | |
| **display mac-address aging-time** | View the aging time of the dynamic entry in the MAC address table | |
| **display mac-authentication** | Display the global information on centralized MAC address authentication | |
| **display memory** | Display memory information | |
| **display mirror** | View port mirroring configuration | |

| Command | Description | Web Command |
| --- | --- | --- |
| **display ntp sessions** | NTP connection | |
| **display ntp status** | NTP status and configuration information | |
| **display ntp trace** | Trace the time synchronization information | |
| **display packet-filter interface** | View active ACL interface information | |
| **display packet-filter unit id** | View active ACL unit identifier | |
| **display password-control** | Display password-control information | |
| **display password-control blacklist** | Display blacklist information | |
| **display password-control super** | Display super user's password-control information | |
| **display poe disconnect*** | Display PoE Disconnect Mode | |
| **display poe interface*** | Specify interface e1, 0, n | |
| **display poe powersupply*** | Display PoE Power Supply Status | |
| **display port** | View ports where link type is Hybrid, Trunk, or a combination | |
| **display power** | View the working state of the built-in power supply | |
| **display qos cos-local-precedence-map** | View "COS->Local-precedence" map | |
| **display qos-interface [x]** | View QoS setting information of all interfaces. X = unit number or interface information (E1,0,1) | |
| **display qos-interface [x] line-rate** | View the parameter setting of traffic rate limitation in the interface output direction. X = unit number or interface information (E1,0,1) | |
| **display qos-interface [x] mirrored-to** | View the settings of the traffic mirro X= unit number or interface information (E1, 0, 1)r | |
| **display qos-interface [x] traffic-limit** | View the settings of traffic limit. X= unit number or interface information (E1,0,1) | |
| **display radius** | View the configuration information of all RADIUS server groups or a specified one | |
| **display radius statistics** | View the statistics information of RADIUS packet | |
| **display remote ping** | Display the remote-ping test historay and the latest test results. | |
| **display remote-ping history** | Display remote-ping history table | |
| **display remote-ping results** | Display remote-ping results table | |
| **display rip** | View the current RIP running state | |
| **display rmon alarm** | View RMON alarm information | |
| **display rmon event** | View RMON events | |
| **display rmon eventlog** | View RMON event log | |
| **display rmon history** | View the latest RMON history sampling information | |
| **display rmon prialarm** | Display alarm information about extended RMON | |
| **display rmon statistics** | View RMON statistics | |
| **display route-policy** | View the configured route policy | |
| **display router id** | Display the router's ID | |
| **display rsa local-key-pair public** | Display local key pair and public key of the server | |
| **display rsa peer-public-key** | Display a designated RSA public key | |
| **display saved-configuration** | View configuration files stored in flash memory of the Switch | |
| **display schedule reboot** | Display the configuration of the schedule reboot terminal service parameters of the current router | |
| **display snmp-agent** | View information about the SNMP-agent engine ID of current device | |
| **display snmp-agent community** | View the currently configured community names | |

| Command | Description | Web Command |
|---|---|---|
| **display snmp-agent group** | View group name, safe mode, state of various views and storage modes | |
| **display snmp-agent mib-view** | View the MIB view configuration information of the Switch | |
| **display snmp-agent statistics** | View current state of SNMP communication | |
| **display snmp-agent sys-info** | View the system information of SNMP configuration | |
| **display snmp-agent usm-user** | View information of all the SNMP usernames in the group username list | |
| **display ssh server status** | Display the SSH server status information | |
| **display ssh server session** | Display SSH server session information | |
| **display ssh server-info** | Display SSH Server information | |
| **display ssh user-information** | Display information of about the user, including username, corresponding key, and authentication type | |
| **display startup** | Display configuration filenames used for system start-up. | |
| **display stop-accounting-buffer radius-scheme** | View the stop accounting buffer radius-scheme requests | |
| **display stop-accounting-buffer session id** | Display the stop accounting session identifier | |
| **display stop-accounting-buffer time-range** | View the stop accounting time range | |
| **display stop-accounting-buffer user-name** | Display the stop accounting user name | |
| **display tcp statistics** | View the statistics information about TCP packets | |
| **display tcp status** | View the TCP connection state | |
| **display this** | Display the running configuration of the current view | |
| **display udp-helper server** | View the information of destination Helper server corresponding to a VLAN interface | |
| **display udp statistics** | View UDP traffic statistic information | |
| **display unit** | View information about the port in a specific unit. Specify unit number and interface. | |
| **display user-interface** | View information about the user interface | |
| **display users** | View information about the current user interface | |
| **display version** | Display software version, issue date and the basic hardware configurations | |
| **display voice vlan oui** | Display the OUI address supported by the current system | |
| **display voice vlan status** | Display information about Voice VLAN features | |
| **display vlan** | View information about the specified or all VLANs | |
| **display xrn-fabric** | View the information of the entire xrn fabric | |
| **quit** | Exit from current command view | |
| **super** | Assign user a higher user level. | |
| **return** | Return to user view from any view other than user view | |
| **tracert** | Check the network routes and troubleshoot the network | |

**Table 3** User View

<4500>

| Command | Description | Web Command |
|---|---|---|
| **boot boot-loader** | Specify the application file (.app) used for booting the Switch | |
| **boot bootrom** | Upgrade bootrom | |
| **cd** | Change the current directory | |
| **clock datetime** | Configure the current date and time | |
| **clock summer-time** | Configure summer time on the Switch | |

| Command | Description | Web Command |
| --- | --- | --- |
| **clock timezone** | Configure local timezone | |
| **copy** | Copy from one file to another | |
| **debugging** | Enable system debugging functions | |
| **debugging arp packet** | Enable ARP debugging | |
| **debugging dhcp client** | Enable DHCP client debugging | |
| **debugging dhcp-relay** | Enable DHCP relay debugging | |
| **debugging lacp packet** | Enable LACP packets debugging at a designated port or ports | |
| **debugging lacp state** | Enable LACP state machines debugging on a designated port or ports | |
| **debugging link-aggregation error** | Enable link aggregation errors debugging | |
| **debugging link-aggregation event** | Enable link aggregation events debugging | |
| **debugging mac-authentication event** | Enable the centralized MAC address authentication debugging switch | |
| **debugging ssh server** | Display debugging information in running SSH | |
| **debugging udp-helper** | Enable UDP Helper debugging | |
| **delete** | Delete a file | |
| **dir** | List files on a file system | |
| **display snmp-agent local-engineid** | Display the engine ID of the local SNMP entity | |
| **display system-guard** | Display system-guard module options | |
| **fabric save-unit-id** | Save Unit ID | |
| **format** | Format the storage device on the Switch | |
| **free user-interface** | Reset a specified user interface | |
| **ftp** | Establish control connection with the remote FTP Server and enter FTP Client View (See Table 10, "FTP Client View," on page 13) | |
| **language-mode** | Specify the language environment | |
| **lock** | Lock current user terminal interface | |
| **mkdir** | Create a new directory | |
| **more** | Display the contents of a file | |
| **move** | Move the file | |
| **ping** | ping another station | |
| **pwd** | Display current working directory | |
| **reboot** | Reset switch | **Administration -> Reboot** |
| **rename** | Rename a file | |
| **reset acl counter** | Clear ACL statistics | |
| **reset arp** | Reset ARP mapping entries | |
| **reset counters interface** | Reset statistical information on the port | |
| **reset dot1x statistics** | Reset 802.1x statistics information | |
| **reset igmp-snooping statistics** | Reset IGMP Snooping statistics information | |
| **reset ip statistics** | Clear IP statistics information | |
| **reset lacp statistics** | Clear LACP statistics at a designated port or all ports | |
| **reset logbuffer** | Reset information in log buffer | |
| **reset password-control history-record** | Reset password history record | |
| **reset password-control history-record super** | Reset the super user's password controls | |
| **reset password-control blacklist** | Delete infomation in blacklist | |

| Command | Description | Web Command |
|---|---|---|
| **reset radius statistics** | Clear the statistic information related to the RADIUS protocol | |
| **reset recycle-bin** | Delete contents of recycle bin | |
| **reset saved-configuration** | Delete configuration files | **Administration -> Initialize** |
| **reset stop-accounting-buffer** | Delete the stopping accounting requests from the buffer according to the specified RADIUS server name | |
| **reset stp** | Clear statistics for STP | |
| **reset tcp statistics** | Clear TCP statistics information | |
| **reset trapbuffer** | Reset information in trap buffer | |
| **reset udp statistics** | Clear UDP statistics information | |
| **rmdir** | Delete an existing directory | |
| **save** | Save current configuration | **Save Configuration** |
| **schedule reboot at** | Schedule a reboot of the Switch at specified time | |
| **schedule reboot delay** | Configure the Switch to be rebooted after a specified time delay | |
| **send** | Send information to other user terminal interface | |
| **startup bootrom-access enable** | Enable BOOTROM access | |
| **startup saved-configuration** | Configure the configuration file used for starting the system | **Administration -> Restore Configuration** |
| **system-view** | Enter the system view (See Table 4, "System View," on page 7) | |
| **telnet** | Establish one Telnet connection | |
| **terminal debugging** | Configure to display the debugging information on the terminal | |
| **terminal logging** | Enable terminal log information display | |
| **terminal monitor** | Enable the log debugging/log/trap on the terminal monitor | |
| **terminal trapping** | Enable terminal trap information display | |
| **tftp get** | Download a file from the specified directory of the TFTP server | **Administration -> Restore Configuration** |
| **tftp put** | Upload a file from the Switch to the specified directory on the TFTP server | **Administration -> Backup Configuration** |
| **undelete** | Recover a deleted file | |
| **undo** | Cancel the current setting | |
| **xmodem** | Establish an xmodem connnection | |

**Table 4** System View

<4500>**sys**

| Command | Description | Web Command |
|---|---|---|
| **acl number** | Define ACL identified by a number or a name, and then enter the corresponding ACL view (See Table , "[4500]rip ," on page 17) | **Device -> ACL**<br>**Security-> Authorized IP** |
| **am enable** | Enable the access management function | |
| **am trap enable** | Enable the access management trap | |
| **arp check enable** | Enable the checking of ARP entries | |
| **arp static** | Configure the static ARP mapping entries in an ARP mapping table | |
| **arp timer aging** | Configure the dynamic ARP aging timer | |
| **change unit-id** | Change the ID of the Switch | |
| **change self-unit** | Change the ID of the Switch | |
| **command-privilege level** | Specify the command level | |
| **copy configuration** | Copy source port configuration to destination port | |
| **cut connection** | Disconnect a user or a category of users by force | |

| Command | Description | Web Command |
|---|---|---|
| **delete static-routes all** | Delete all the static routes | **Device -> IP Route** |
| **dhcp-server [x] ip** | Configure the IP address of the DHCP Server used by the DHCP Server group. X= group number | |
| **domain** | Configure an ISP domain or enter the view of an existing ISP domain | |
| **dot1x** | Specify 802.1x configuration information | |
| **dot1x authentication-method** | Specify authentication method for 802.1x users | |
| **dot1x dhcp-launch** | Trigger system authentication when receiving DHCP packet(s) | |
| **dot1x max-user** | Specify maximal on-line user number per port | |
| **dot1x port-control** | Specify port authenticated status | |
| **dot1x port-method** | Specify port controlled method | |
| **dot1x quiet-period** | Enable quiet period timer | |
| **dot1x retry** | Specify maximal request times | |
| **dot1x supp-proxy-check** | Check whether user(s) access the networks by proxy or not | |
| **dot1x timer** | Specify timer parameters | |
| **dot1x timer handshake-period** | Set the handshake period of 802.1x | |
| **end-station polling ip-address** | Configure the Switch to periodically test specified end-stations by sending PING packets | |
| **execute** | Run the batch file | |
| **fabric-port [x] enable** | Specify the fabric port of the Switch. Specify x = Gig interface | **Port -> Administration** |
| **file prompt** | Modify prompt modes of file operations | |
| **ftm stacking-vlan** | Specify the stacking VLAN of the Switch | **Device -> XRN Fabric** |
| **ftp server** | Start or shutdown the FTP server | |
| **ftp timeout** | Configure the FTP connection timeout interval | |
| **header** | Define the login banner | |
| **igmp-snooping enable** | IGMP snooping enable | **Device -> IGMP Snooping** |
| **igmp-snooping disable** | IGMP snooping disable | |
| **igmp-snooping host-aging-time** | Configure the port aging time of the multicast group members | |
| **igmp-snooping max-response-time** | Configure the maximum response time for a query | |
| **igmp-snooping router-aging-time** | Configure the router port aging time of IGMP Snooping | |
| **info-center channel name** | Rename a channel | |
| **info-center console channel** | Configure the channel through which log information is output to the console | |
| **info-center enable** | Enable the system log | |
| **info-center logbuffer** | Configure to output information to the memory buffer | |
| **info-center monitor channel** | Configure the channel to output the log information to the user terminal | |
| **info-center snmp channel** | Specify new channel for transmitting the SNMP information | |
| **info-center source** | Add or delete a record to the information channel | |
| **info-center switch-on** | Turn on the information synchronization on the specified Switch | |
| **info-center timestamp** | Configure the timestamp output format in debugging/trap information | |
| **info-center trapbuffer** | Output information to the trap buffer | |
| **interface Gig Ethernet** | Enter Ethernet Port View (See Table 15, “Ethernet Port View,” on page 15) | |
| **interface vlan-interface** | Enable VLAN interface and enter VLAN interface view (See Table 14, “VLAN Inteface View,” on page 14) | **Device -> VLAN Interface Administration -> IP Setup** |
| **ip host** | Configure the host name and the host IP address | |

| Command | Description | Web Command |
| --- | --- | --- |
| **ip http** | Configure HTTP | **Security -> Authorized IP** |
| **ip ip-prefix** | Configure an address prefix list or one of its items | |
| **ip route-static** | Configure a static route | **Device -> IP Route** |
| **lacp system-priority** | Configure LACP system priority value | **Port -> LACP** |
| **link-aggregation group [x] description** | Configure a descriptor for an aggregation group | **Port -> Link Aggregation** |
| **link-aggregation group [x] mode** | Create a manual or static aggregation group. X=1-32 | **Port -> Link Aggregation** |
| **local-server** | Specify local RADIUS server configuration information | |
| **local-user** | Specify local user configuration and enter local-user view (See Table 5, "Local-user View," on page 11) | **Administration -> System Access** |
| **local-user password-display-mode** | Specify password display mode | |
| **loopback-detection enable** | Enable port loopback detection | |
| **loopback-detection interval-time** | Configure the detection interval for the external loopback condition of each port | |
| **mac-address** | Configure MAC address | |
| **mac-address timer** | Configure the aging time of the Layer-2 dynamic address table entry | |
| **mac-authentication** | Enable the centralized MAC address authentication feature on a specified port or globally | |
| **mac-authentication authmode** | Specify MAC authenticate authmode config | |
| **mac-authentication authpassword** | Specify the fixed password | |
| **mac-authentication authusername** | Specify the fixed username | |
| **mac-authentication domain** | Configure the ISP domain used by the centralized MAC address authentication user | |
| **mac-authentication timer** | Configure timer parameters of the centralized MAC address authentication | |
| **memory auto-establish** | Free memory for routing protocols to run normally | |
| **memory limit** | Specify the memory limit | |
| **memory safety** | Display memory safety | |
| **ntp-service access** | NTP access control | |
| **ntp-service authentication** | Authenticate NTP timie source | |
| **ntp-service authentication-keyid** | Specify NTP authentication keyid | |
| **ntp-service max-dynamic-sessions** | Specify the maximum connections | |
| **ntp-service reliable** | Specify trusted keyid of NTP | |
| **ntp-service source-interface** | The interface correcponding to the sending NTP packet | |
| **ntp-service unicast-peer** | Specify the NTP peer | |
| **ntp-service unicast-server** | Specify the NTP server | |
| **password-control** | Specify password controls | |
| **password-control super** | Super user's password controls | |
| **poe disconnect*** | Set PoE disconnect mode | |
| **poe legacy enable*** | Enable Legacy detection | |
| **poe power-management*** | Power Management | |
| **poe update*** | Update PoE firmware | |
| **private-group-id** | Tunnel Private Group ID attribute description mode | |
| **qos cos-local-precedence-map** | Configure "CoS Local-precedence" mapping table | |
| **radius nas-ip** | Specify the source address of the RADIUS packet sent from NAS | |

| Command | Description | Web Command |
|---|---|---|
| **radius scheme** | Specify RADIUS configuration information and enter the RADIUS view (See Table 11, "RADIUS Server Group View," on page 13) | |
| **remote-ping** | Specify the remote-ping test class | |
| **remote-ping-agent enable** | Enable a remote-ping client | |
| **return** | Return to user view from any view other than user view | |
| **rip** | Enable RIP and enter RIP view (See Table 17, "RIP View," on page 17) | |
| **rmon alarm** | Add an entry to the alarm table | |
| **rmon event** | Add an entry to the event table | |
| **rmon prialarm** | Add an entry to the extended RMON alarm table | |
| **route-policy** | Specify a route policy and enter route policy view (See Table 16, "Route Policy View," on page 16) | |
| **rsa local-key-pair create** | Create local RSA host key pair and server key pair | |
| **rsa local-key-pair destroy** | Remove all RSA key pairs at the server, including host key pair and Server key pair | |
| **rsa peer-public-key** | Enter the public key view (See Table 8, "Public Key Edit View," on page 12) | |
| **set unit "[name]"** | Set the unit number name. "[name]"= text string | |
| **sftp server enable** | Enable SFTP Server | |
| **snmp-agent community** | Configure community access name and access to SNMP | **Administration -> SNMP -> Community String** |
| **snmp-agent group** | Configure an SNMP group | **Administration -> SNMP -> Group** |
| **snmp-agent local-engineid** | Configure a name for a local or remote SNMP engine on the Switch | |
| **snmp-agent mib-view** | Create or update the view information | |
| **snmp-agent packet max-size** | Specify the size of an SNMP packet | |
| **snmp-agent sys-info** | Configure system information of running SNMP | |
| **snmp-agent target-host** | Configure destination of SNMP notification | **Administration -> SNMP -> Traps** |
| **snmp-agent trap enable** | Enable/disable the device to send Trap messages | **Administration -> SNMP -> Traps** |
| **snmp-agent trap life** | Configure the timeout of Trap packets | |
| **snmp-agent trap queue-size** | Configure the information queue length of Trap packets sent to the destination host | |
| **snmp-agent trap source** | Configure the source address for sending Trap packets | |
| **snmp-agent usm-user** | Configure users in an SNMP group | **Administration -> SNMP -> Users** |
| **ssh2** | Establish one telnet connection | |
| **ssh client (SSH server IP address or name) assign rsa-key (key name)** | Assign the SSH client an RSA Key | |
| **ssh client first-time enable** | Set SSH client attribute of authenticating user for the first time access | |
| **ssh server authentication-retries (number of retries, 1-5)** | Define SSH authentication retry times value | |
| **ssh server timeout (value in seconds, 1-120)** | Define timeout value for SSH registration authentication | |
| **ssh user (username) service-type sftp** | Set SSH User service types, either stelnet, sft, or all. All is both stelnet and sftp. | |
| **ssh user (sername) assign rsakey (key name)** | Associate an existing public key with a designated user | |

| Command | Description | Web Command |
|---|---|---|
| **ssh user (username) authentication-type (authenticaltion type)** | Define an authentication type for a designated user; either password, RSA, or public key. | |
| **stp** | Enable Spanning Tree Protocol | **Device -> Spanning Tree** |
| **stp bpdu-protection** | Enable BPDU protection | **Device -> Spanning Tree** |
| **stp mcheck** | Force the port to work in RSTP mode | |
| **stp mode** | Configure the RSTP running mode | **Device -> Spanning Tree** |
| **stp pathcost-standard** | Standard to be used for calculating the default Path Cost | |
| **stp priority** | Configure the bridge priority of the Switch | **Device -> Spanning Tree** |
| **stp root primary** | Configure the current switch as the primary root of a spanning tree | **Device -> Spanning Tree** |
| **stp root secondary** | Configure the current switch as a secondary root of a specified spanning tree | **Device -> Spanning Tree** |
| **stp timeout-factor** | Configure multiple of hello time | |
| **stp timer forward-delay** | Configure the time of forward delay | **Device -> Spanning Tree** |
| **stp timer hello** | Configure hello time for Switch | **Device -> Spanning Tree** |
| **stp timer max-age** | Configure the max age of the Switch for judging stp packets | **Device -> Spanning Tree** |
| **super password level** | Configure a password for changing the user from a lower user level to a higher user level | |
| **sysname** | Specify the name of the Switch | **Administration -> SNMP -> Setup** |
| **system-guard** | Configure the System-guard feature | |
| **tcp timer fin-timeout** | Configure the TCP finwait timer | |
| **tcp timer syn-timeout** | Configure the TCP synwait timer | |
| **tcp window** | Configure size of transmission and receiving buffers of connection-oriented socket | |
| **tftp-server** | Configure the TFTP server | |
| **udp-helper enable** | Enable UDP Helper function | |
| **udp-helper port** | Configure the UDP port with relay function | |
| **user-interface** | Configure the user terminal interface and enter the view (See Table 6, "User-interface view," on page 12) | |
| **vlan** | Configure VLAN and enter VLAN view (See Table 13, "VLAN View," on page 14) | **Device -> VLAN** |
| **voice vlan** | Globally enable the Voice VLAN features of one VLAN | **Device -> Voice VLAN** |
| **voice vlan aging** | Configure the aging time of Voice VLAN | **Device -> Voice VLAN** |
| **voice vlan mac_address** | Set the MAC address that the Voice VLAN can control | **Device -> Voice VLAN** |
| **voice vlan mode auto** | Set the Voice VLAN in auto mode | **Device -> Voice VLAN** |
| **voice vlan security enable** | Enable the Voice VLAN security mode | **Device -> Voice VLAN** |
| **web set-package** | Change the default web source file name | |
| **xrn-fabric authentication-mode** | Configure authentication mode of the fabric | **Device->XRN Fabric** |

**Table 5** Local-user View

```
[4500]local-user admin
```

| Command | Description | Web Command |
|---|---|---|
| **attribute** | Configure some attributes for specified local user | **Administration -> System Access** |
| **level** | Configure user priority level | **Administration -> System Access** |
| **password password-control aging** | Specify password aging | **Administration -> System Access** |
| **password-control length** | Specify password length | |

| Command | Description | Web Command |
|---|---|---|
| **service-type** | Configure a service type for a particular user | |
| **state** | Configure the state of the current user | |

**Table 6** User-interface view

[4500]**user-interface 1**

| Command | Description | Web Command |
|---|---|---|
| **acl** | Reference ACL and implement the ACL control to the TELNET users | **Security -> Authorized IP** |
| **authentication-mode** | Configure local password authentication method | |
| **auto-execute command** | Configure to automatically run a specified command after a user logs on | |
| **databits** | Configure the data bits for AUX (Console) port | |
| **flow-control** | Configure the flow control mode on AUX (Console) port | |
| **history-command max-size** | Configure the size of the history command buffer | |
| **idle-timeout** | Configure the timeout function | |
| **parity** | Configure the parity mode on AUX (Console) port | |
| **protocol** | Set user interface protocol | |
| **screen-length** | Configure how many lines can be displayed on a screen of the terminal | |
| **set authentication password** | Configure the password for local authentication | **Administration -> System Access** |
| **shell** | Enable terminal service of a user interface | |
| **speed** | Specify the transmission rate on the AUX (Console) port in bit/s | |
| **stopbits** | Configure the stop bits on the AUX (Console) port | |
| **user privilege level** | Configure which level of command a user can use after logon from a specific user interface | |

**Table 7** VTY User-interface View

[4500]**user-interface 1 integer (0-12)**

[4500]**user-interface 1 aux**

[4500]**user-interface 1 vty**

| Command | Description | Web Command |
|---|---|---|
| **protocol inbound** | Configure the protocols supported by a designated user interface | |

**Table 8** Public Key Edit View

[4500]**rsa peer-public-key switchxxx**
(where **xxx** is the Switch number)

| Command | Description | Web Command |
|---|---|---|
| **public-key-code begin** | Enter public key edit view (See Table 8, "Public Key Edit View," on page 12) | |
| **public-key-code end** | Save the configured public key and return to the public key view | |

**Table 9** Public Key View

| Command | Description | Web Command |
|---|---|---|
| **peer-public-key end** | Finish editing peer public key and quit from public key view to system view | |

**Table 10** FTP Client View

`<4500>`**`ftp xxx.xxx.xxx.xxx`**
(where **`xxx.xxx.xxx.xxx`** is the IP address of the FTP server)

| Command | Description | Web Command |
|---|---|---|
| **ascii** | Configure FTP data transmission mode as ASCII mode | |
| **binary** | Configure FTP data transmission mode as binary mode | |
| **bye** | Disconnect with the remote FTP Server and return to user view | |
| **cd** | Change the working path on the remote FTP server | |
| **cdup** | change working path on the FTP server to the next level up in the directory structure | |
| **close** | Terminate the control connection and data connection with the FTP Server and remain in FTP client view | |
| **debugging** | Enable the system debugging functions | |
| **delete** | Delete a file on the FTP server | |
| **dir** | Query a file or display the contents of current working directory | |
| **disconnect** | Disconnect FTP client side from FTP server side without exiting FTP client view | |
| **get** | Download a remote file and save it locally | |
| **lcd** | View local working path of FTP client | |
| **ls** | Query a file or display the contents of current working directory | |
| **mkdir** | Create a directory on the FTP server | |
| **open** | Open FTP connection | |
| **passive** | Configure the data transmission mode as passive mode (passive mode is the default data transmission mode) | |
| **put** | Upload a local file to the FTP server | |
| **pwd** | View the current directory on the FTP server | |
| **quit** | Terminate the connection with the FTP server and return to user view | |
| **remotehelp** | View help text about FTP commands | |
| **rmdir** | Delete a specified directory from the FTP server | |
| **user** | Register an FTP user | |
| **verbose** | Enable verbose (verbose is enabled by default) | |

**Table 11** RADIUS Server Group View

`[4500]`**`radius scheme 1`**

| Command | Description | Web Command |
|---|---|---|
| **accounting optional** | Enable the selection of RADIUS accounting option | |
| **data-flow-format** | Configure the unit of data flow that send to RADIUS Server | |
| **key** | Configure encryption key for RADIUS authentication/ authorization or accounting packet | **Security -> RADIUS Client** |
| **nas-ip** | Set the source IP address of the network access server (NAS, i.e: the Switch), so that all packets destined for the RADIUS server carry the same source IP address | |
| **primary accounting** | Configure the IP address and port number for the primary accounting server | |
| **primary authentication** | Configure the IP address and port number for the primary RADIUS authentication/authorization | |
| **retry** | Configure retransmission times of RADIUS request packet | |
| **retry realtime-accounting** | Configure the maximum times of real-time accounting request failing to be responded | |

| Command | Description | Web Command |
|---|---|---|
| **retry stop-accounting** | Configure the maximal retransmission times after stopping accounting request | |
| **secondary accounting** | Configure the IP address and port number for the second RADIUS accounting server | |
| **secondary authentication** | Configure the IP address and port number for the second RADIUS authentication/authorization | **Security -> RADIUS Client** |
| **server-type** | Configure the supported RADIUS server types | |
| **state** | Configure the state of RADIUS server | |
| **stop-accounting-buffer enable** | Configure to save the stopping accounting requests without response in the Switch system buffer | |
| **timer** | Configure RADIUS server response timer | |
| **timer quiet** | Specify the wait time for re-activating primary server | |
| **timer realtime-accounting** | Configure the real-time accounting interval | |
| **timer response-timeout** | Configure the RADIUS server response timer | |
| **user-name-format** | Configure the username format sent to RADIUS server | |

**Table 12** ISP Domain View

[4500]**domain test**

| Command | Description | Web Command |
|---|---|---|
| **access-limit** | Configure a limit to the amount of supplicants in the current ISP domain | |
| **accounting optional** | Enable the selection of RADIUS accounting option | |
| **idle-cut** | Configure the user template in the current ISP domain | |
| **messenger** | Specify messenger service of domain | |
| **radius-scheme** | Configure the RADIUS server group used by the current ISP domain | |
| **scheme** | Configure the AAA scheme to be referenced by the current ISP domain | |
| **self-service-url** | Specify self-service URL (Uniform Resource Locator) of domain | |
| **state** | Configure the state of the current ISP domain | |

**Table 13** VLAN View

[4500]**vlan 2**

| Command | Description | Web Command |
|---|---|---|
| **description** | Configure a description for the current VLAN or VLAN interface | **Device -> VLAN** |
| **igmp-snooping** | IGMP snooping | |
| **port** | Add ports to or delete ports from VLAN | **Device -> VLAN** |

**Table 14** VLAN Inteface View

[4500]**interface vlan 2**

| Command | Description | Web Command |
|---|---|---|
| **description** | Configure a description for the current VLAN or VLAN interface | |
| **dhcp-server** | Configure corresponding DHCP Server Group of a VLAN Interface | |
| **enable snmp trap** | Enable SNMP traps on an interface | |
| **ip address** | Configure an IP address for VLAN interface | **Administration -> IP Setup -> Device -> VLAN Interface** |

| Command | Description | Web Command |
|---|---|---|
| **ip address dhcp-alloc** | Configure a VLAN interface to obtain IP address using DHCP | **Administration -> IP Setup -> Device -> VLAN Interface** |
| **rip authentication-mode** | Configure RIP-2 authentication mode and its parameters | |
| **rip input** | Allow an interface to receive RIP packets | |
| **rip metricin** | Configure the additional route metric added to the route when an interface receives RIP packets | |
| **rip metricout** | Configure the additional route metric to the route when an interface transmits RIP packets | |
| **rip output** | Allow an interface to transmit RIP packets to the network | |
| **rip split-horizon** | Configure an interface to use split horizon when transmitting RIP packets | |
| **rip version** | Configure the RIP version of RIP packets on an interface | |
| **rip work** | Enable the running of RIP on an interface | |
| **shutdown** | Disable the VLAN interface | **Device -> VLAN Interface** |
| **udp-helper server** | Configure the relay destination server | |

**Table 15** Ethernet Port View

[4500]**interface ethernet 1/0/1**

| Command | Description | Web Command |
|---|---|---|
| **am ip-pool** | Configure the IP address pool for access management on a port | |
| **arp static** | Configure the static ARP mapping entries in an ARP mapping table | |
| **broadcast-suppression** | Configure the broadcast traffic size enabled on port | **Port -> Administration** |
| **description** | Configure name for a port | |
| **dot1x max-user** | Specify maximal on-line user number per port | |
| **dot1x port-control** | Specify port authenticated status | |
| **dot1x port-method** | Specify port controlled method | |
| **dot1x supp-proxy-check** | Check whether user(s) access the networks by proxy or not | |
| **duplex** | Configure the duplex mode of the port | **Port -> Administration** |
| **enable snmp trap** | Enable/disable current port to transmit the LINK UP and LINK DOWN trap information | |
| **flow-control** | Enable flow control on the Ethernet port | **Port -> Administration** |
| **lacp enable** | Enable LACP | **Port -> LACP** |
| **lacp port-priority** | Configure port priority value | **Port -> LACP** |
| **line-rate** | Limit the total rate of the packets delivered by interfaces | |
| **loopback** | Configure the Ethernet port to perform the loopback test | **Tools -> Loopback** |
| **loopback-detection control enable** | Enable loopback detection control function on a trunk or hybrid port | |
| **loopback-detection enable** | Enable port loopback detection | |
| **loopback-detection per-vlan enable** | Configure loopback detection on all VLANs on trunk and hybrid ports | |
| **mac-address blackhole** | Backhole entry, no age, can be added or deleted, and is saved to the configuration file | |
| **mac-address dynamic** | Dynamic entry, age, can be added or deleted, and is lost after reset | |
| **mac-address max-mac-count** | Limit the number of MAC addresses to be learned by an Ethernet port | **Port -> Administration** |
| **mac-address static** | Static entry, no age can be added or deleted, and is saved to the configuration file | |
| **mac-authentication** | Enable the centralized MAC address authentication feature on a specified port or globally | |

| Command | Description | Web Command |
|---|---|---|
| **mdi** | Configure the network cable type of the Ethernet ports | **Port -> Administration** |
| **mirrored-to** | Enable ACL traffic identification and perform traffic mirror | |
| **mirroring-port** | Configure a monitored port | **Port -> Mirroring** |
| **monitor-port** | Configure a monitor port | **Port -> Mirroring** |
| **multicast-suppression** | Configure the multicast traffic size enabled on port | |
| **packet-filter** | Activate ACL | |
| **poe enable*** | Enable PoE | |
| **poe max-power*** | Maximum Power | **Device -> PoE** |
| **poe mode*** | Port Mode | |
| **poe priority*** | Port Priority | |
| **port access vlan** | Join the access port to a specified VLAN | **Port -> Administration** |
| **port hybrid pvid vlan** | Configure the default VLAN ID of the hybrid port | **Port -> Administration** |
| **port hybrid vlan** | Join the hybrid port to specified existing VLAN | **Port -> Administration** |
| **port isolate** | Add a port to an isolation group | **Port -> Administration** |
| **port link-aggregation group** | Add an Ethernet port into a manual or static aggregation group | |
| **port link-type** | Configure the link type of Ethernet port | **Port -> Administration** |
| **port trunk permit vlan** | Join trunk port to specified VLAN | |
| **port trunk pvid vlan** | Configure the default VLAN ID of trunk port | |
| **priority** | Configure the priority of Ethernet port | |
| **priority trust** | Configure system trusting the packet 802.1p priority and not replacing the 802.1p priorities carried by the packets with the port priority | |
| **rmon history** | Add an entry to the history control table | |
| **rmon statistics** | Add an entry to the statistic table | |
| **shutdown** | Disable the port | **Port -> Administration** |
| **speed** | Configure the port speed | **Port -> Administration** |
| **stp** | Enable Spanning Tree Protocol | **Port -> Spanning Tree Per Port** |
| **stp cost** | Configure the path cost on a spanning tree for the current Ethernet port | **Port -> Spanning Tree Per Port** |
| **stp disable** | Disable spanning tree protocol on the port | |
| **stp edged-port** | Configure the current port as an edge port | **Port -> Spanning Tree Per Port** |
| **stp loop-protection** | Enable loop protection function | **Port -> Spanning Tree Per Port** |
| **stp mcheck** | Force the port to work in RSTP mode | **Port -> Spanning Tree Per Port** |
| **stp point-to-point** | Configure the link to the current port as point-to-point link or not point-to-point link | **Port -> Spanning Tree Per Port** |
| **stp port priority** | Configure the priority of the current Ethernet port | **Port -> Spanning Tree Per Port** |
| **stp root-protection** | Enable Root protection | **Port -> Spanning Tree Per Port** |
| **stp transmit-limit** | Set the maximum number of STP packets the current port can send within one Hello time | **Port -> Spanning Tree Per Port** |
| **unicast-suppression** | Configure the limit to unknown unicast flooding | |
| **voice vlan enable** | Enable the Voice VLAN features on the port | |
| **wred** | Configure WRED parameters | |

**Table 16** Route Policy View

[4500]**route-policy policy 1 permit node 1** Specify name, action and node to see the options below

| Command | Description | Web Command |
|---|---|---|
| **apply cost** | Configure the route cost value of route information | |
| **apply tag** | Set a tag field of the matched route | |

| Command | Description | Web Command |
|---|---|---|
| **if-match acl** | Configure the IP address range to match the acl | |
| **if-match IP** | Configure the IP address range to match the IP | |
| **if-match IP-prefix** | Configure the IP address range to match the IP prefix | |
| **if-match tag** | Configure the IP address range to match the tag | |
| **if-match cost** | Configure one of the match rules of route-policy to match the cost of the routing information | |
| **if-match interface** | Set to match route whose next hop is designated interface | |
| **if-match ip next-hop** | Configure one of the match rules of route-policy on the next hop address of the routing information | |

**Table 17** RIP View

[4500]**rip**

| Command | Description | Web Command |
|---|---|---|
| **checkzero** | Perform the checkzero operation in the zero field of RIP-1 | |
| **default cost** | default routing cost of an imported route | |
| **host-route** | Enable receiving host-routes | |
| **filter-policy** | Spcify a route filtering policy | |
| **import-route** | Import routes from other protocols into RIP | |
| **network** | Enable routing protocol on the related network or interface | |
| **peer** | Specify a peer route | |
| **preference** | Specify an RIP route preference | |
| **reset** | Reset RIP configuration | |
| **summary** | Enable RIP-2 automatic route summarization | |
| **timers** | Config RIP timers | |

**Table 18** ACL View

[4500]**acl number xxxx**
(where **xxxx** is the acl number)

| Command | Description | Web Command |
|---|---|---|
| **description** | Specify the ACL description | |
| **rule** | Add a subrule to an ACL | **Device -> ACL**<br>**Security -> Authorized IP** |

Copyright © 2007, 3Com Corporation. All rights reserved.
www.3Com.com
Part Number: 10015872 Rev. AA
Published: January, 2007