# EXHIBIT 60



# Avaya Ethernet Routing Switch 3500 Series

### Highlights

- Cost effective Fast Ethernet and Gigabit Ethernet switches available in 10, 24 and 48-port model variants.
- Enterprise class features at SME price points with 100+ enterprise class features at price points that fit into tight capital budgets.
- Fanless models for silent operation in open areas – ideal for classrooms, boardrooms and retail shops.
- Resilient stacking that provides pay as you grow scaling with up to 80 Gbps of virtual backplane capacity in a stack of 8 units.
- PoE/PoE+ models for powered connection of IP Phones and other devices.
- Simplified operations including 1-minute plug-and-play capabilities for IP Phones, automatic QoS provisioning and intuitive management options.
- Unique quick set-up utility that simplifies installation with IP Office.

The Avaya Ethernet Routing Switch (ERS) 3500 is a series of eight high-performance compact Ethernet switches specifically designed for Mid-Market, SMEs, branches and open environments outside the wiring closet.

A cost-effective, feature-rich solution, the ERS 3500 Series provides both standalone and stackable Ethernet switching perfectly suited to the unique requirements of Mid-Market and SME customers, as well as enterprise branch offices.



*Figure 1: The ERS 3500 product family*

The Avaya Ethernet Routing Switch 3500 is a reliable, low-cost solution that provides converged services within single or multiple sites typically of 300 users or less.

It offers three models which can operate in fanless mode to provide silent operation for classrooms, hospitality suites, retail sites or other noise sensitive environments – outside of the wiring closet.

It also supports IEEE 802.3at Power-over-Ethernet Plus (PoE+) which can power IP Phones, Wireless Access Points, surveillance cameras and other devices. PoE+ with its 32-watt power budget ensures investment protection for current as well as future high-powered end-points.

For environments that need upside capacity, all ERS 3500 24-port and 48-port models support Avaya's Stackable Chassis architecture. This allows up to eight ERS 3500 units to be cabled together to form a single logical chassis with up to 384 user ports and 80 Gigabits of virtual backplane capacity. The ERS 3500 Stackable Chassis architecture can also improve network availability and resiliency through hot-swap and link aggregation capabilities across the system.

Delivering high performance Layer 2 switching, Layer 3 local and static routing, advanced convergence and a range of security features, the ERS 3500 provides enterprise class features at an SME price. It also can automate many of today's manual processes to simplify operations and reduce costs for the cost conscious enterprise.

## Simplified Operations

The ERS 3500 is well suited for smaller environments where there might be little or no local IT staff. It is designed to be simple to install, manage and operate. And when deployed in conjunction with an Avaya IP Office system the ERS 3500 offers increased operational simplicity over third party switching solutions through features that both simplify the initial deployment as well as ongoing adds, moves and changes.

## Automated switch set up with Avaya IP Office

For deployment scenarios where there may not be a data networking support specialist on site, the ERS 3500 provides an automated script to enable fast, error free installation when deployed with IP Office. An installation script automates the entire set up process on the ERS 3500 switch by utilizing LLDP or ADAC functionality to automatically set up voice and data VLANs, QoS and policies on the IP Phones, meaning that IP Office and IP Phones are ready to be connected immediately. This helps ensure fast setup and error free deployment according to Avaya best practices and consistency between different locations for large rollouts in multiple Branch Offices.



*Figure 2: ERS 3500 with IP Office, the Avaya Flare® Communicator for iPad Device and an Avaya 9600 handset*

## Validated interoperability with Avaya IP Office

Avaya has also validated interoperability between the ERS 3500 and the IP Office system to ensure the two products work together seamlessly. This eliminates any complexities associated with having to provision, manage and troubleshoot a third party Switch with the Avaya voice / unified communications infrastructure. A Technical Solutions Guide, available to partners and end customers, showcases best practice configurations, ensuring optimal performance of the solution.

## Certified 1-minute plug-and-play for IP Phones

Plug-and-play means that as soon as an IP Phone is plugged into an Avaya Ethernet Switch, the IP Phone is automatically recognized and configured. This feature can dramatically simplify the roll out of IP Phones and simplify ongoing adds, moves and changes; empowering employees to move their own phones without the assistance of an outside contractor. To enable this plug-and-play capability, Avaya offers IEEE 802.1AB Link Layer Discovery Protocol and LLDP-Media Endpoint Discovery (LLDP-MED) as well as the

## The ERS 3500 Series models

Fast Ethernet Models

| | |
|---|---|
| **ERS 3526T** | 24 x 10/100Mbps + 2 Combo 10/100/1000 or SFP ports + 2 SFP / 2.5G rear ports. Fanless. |
| **ERS 3526T-PWR+** | 24 x 10/100Mbps PoE+ ports + 2 Combo 10/100/1000 or SFP ports + 2 SFP / 2.5G rear ports. PoE budget 370W. |
| **ERS 3550T** | 48 x 10/100Mbps ports plus 2 Combo SFP ports (with ports 47-48) + 2 SFP / 2.5G rear ports. |
| **ERS 3550T-PWR+** | 48 x 10/100Mbps PoE+ ports plus 2 Combo SFP ports (with 47-48) + 2 SFP / 2.5G rear ports. PoE budget 370W. |

Gigabit Ethernet Models

| | |
|---|---|
| **ERS 3510GT** | 8 x 10/100/1000Mbps + 2 SFP ports. Standalone and Fanless. |
| **ERS 3510GT-PWR+** | 8 x 10/100/1000Mbps PoE+ ports + 2 SFP ports. Standalone. Fanless mode @ 60W PoE budget, Fan operation mode @ 170W PoE budget. |
| **ERS 3524GT** | 24 x 10/100/1000Mbps with 4 Combo SFP ports (with ports 21-24) + 2 SFP / 2.5G rear ports |
| **ERS 3524GT-PWR+** | 24 x 10/100/1000Mbps PoE+ ports with 4 Combo SFP ports (with ports 21-24) + 2 SFP / 2.5G rear ports. PoE budget 370W. |
| **ERS 3549GTS** | 48 x 10/100/1000 ports, plus 2 Combo SFP ports (with ports 47-48), plus 1 SFP+ uplink port, plus 2 SFP / 2.5G rear ports. |
| **ERS 3549GTS-PWR+** | 48 x 10/100/1000 PoE+ ports, plus 2 Combo SFP ports (with ports 47-48), plus 1 SFP+ uplink port, plus 2 SFP / 2.5G rear ports. |

Avaya Auto Discovery and Auto Configuration (ADAC) feature.

With LLDP enabled, the ERS 3500 learns the identification of neighboring devices and provides these details to the network management system. This enables the system to have the most up-to-date physical view of the network. In addition, ERS 3500 can dynamically apply voice VLANs and QoS to both the IP Phone and the attached Edge Switch port. When the IP Phone is moved to another location, the configuration is automatically updated. QoS is also automatically provisioned on the ERS 3500 uplink ensuring voice is given top priority into the Core. With one of the most comprehensive implementations of LLDP in the industry, Avaya offers enhancements for standards based provisioning of Avaya IP Phones via integrated and customizable TLV support.

These features not only save network operators time, they can virtually eliminate the likelihood of a provisioning error during a large IP Phone deployment. Third-party testing conducted by Miercom[1] validated that when IP Phones were plugged into an Avaya Ethernet Switch, they were operational in just over 1 minute.

### Intuitive Management

ERS 3500 Series offers flexible options for managing, troubleshooting and operating your devices.

- For customers more comfortable using the Command Line Interface (CLI), the ERS 3500 offers an industry-aligned CLI that is intuitive and requires little to no formal training for individuals with networking backgrounds.

- For customers who are looking for a simple Graphical User Interface (GUI) for management and provisioning, Avaya's Enterprise Device Manager (EDM) is an embedded web-based element management and configuration tool that enables set-up, configuration and monitoring of a single device using either HTTP or HTTPS (Secure Web). The on-box embedded version of EDM is available at no extra charge with every switch and can be accessed by a standard web browser. There is also an off-box version available as a free downloadable software plug-in that can be installed on Avaya's Configuration and Orchestration Manager (COM) application.

- For customers rolling out many ERS 3500 devices, the Avaya Configuration and Orchestration Manager (COM) application, simplifies multi-element configuration via wizards and templates – increasing consistency and reducing the chances of error during configuration changes. COM also provides network discovery, device backup, bulk configuration management and audits of configuration changes.

- SNMP-based management (SNMP v1, v2 and v3) provides an alternative standards-based management approach as well as an interface for Configuration and Orchestration Manager.

The Avaya ERS 3500 supports secure management via IPv4 or IPv6 through features such as Secure Shell (SSHv1/2), Secure Sockets Layer (SSL), Simple Network Management Protocol (SNMPv1,2,3), IP Manager Lists, and administrative authentication via RADIUS or TACACS+ when connecting to the switch or stack.

## Convergence-ready for Unified Communications, High-Definition Video and more

For businesses looking to consolidate all forms of communication – voice, video and data – on a single infrastructure, the Avaya ERS 3500 Series delivers functionality that simplifies convergence of these technologies.

### Support for IEEE 802.3at PoE+ to power your Converged Device

Through support for IEEE 802.3at PoE+ which delivers up to 32 Watts of power per port to end-devices, ERS 3500s are able to power IP Phones, Wireless LAN Access Points, networked high-definition CCTV cameras and other devices. This eliminates the need for separate power supplies for each unit, enabling reduced cabling and management costs for adds, moves, or changes.

The higher power budget delivered by the PoE+ standard ensures that customers have the added flexibility

avaya.com | 3

of converging video surveillance traffic over the network, since pan, tilt and zoom cameras are one of the end devices that require the additional power provided by PoE+. It also ensures investment protection for future end points, such as new Wireless LAN Access Points (3x3 802.11n Access Points and emerging 802.11ac Access Points) as well as next-generation video phones.

The 24-port and 48-port PoE+ enabled products (ERS 3526T-PWR+, ERS 3550T-PWR+, 3524GT-PWR+ and ERS 3549GTS-PWR+) support a maximum power budget of 370 Watts. And the 10-port Gigabit Ethernet model (ERS 3510-PWR+) supports a maximum power budget of 170 Watts – dramatically higher than competitive switches in its class – enabling it to deliver a concurrent average of 20 Watts of power to each of the eight PoE+ enabled access ports.

### Comprehensive QoS capabilities

The ERS 3500 series delivers unsurpassed control for networks supporting a wide range of different application types. The ERS 3500 classifies, prioritizes and marks LAN IP traffic using up to four hardware queues on every port – including the rear SFP ports.

Classification can be based on MAC address, IP ToS/DSCP marking, IP source/destination address or subnets, TCP/UDP source/destination port/port range, IEEE 802.1p user priority bits, ingress source port, IP Protocol ID (e.g., TCP, UDP, IGMP), EtherType (e.g., IP, IPX) or the IEEE



*Figure 3: ERS 3500 deployment scenario*

802.1Q VLAN ID. Comprehensive traffic policing and traffic shaping are also supported.

### Intelligent stacking solution delivering scalability, flexibility, resilience and performance

No one knows stacking like Avaya. We introduced our first Stackable Chassis product in 1998 and have been perfecting the technology ever since. We were the first and only vendor to break the Terabit boundary with our ERS 5600 Series products and we have differentiated ourselves in the industry by ensuring that our Stackable Chassis perform like a traditional modular chassis implementation. We offer genuine chassis-like features including true pay-as-you-grow scaling and in service maintenance and restoration. From a management perspective, our Stackable Chassis looks like a single network entity – utilizing only a single IP address.

Up to eight ERS 3500 units can be stacked – combining 24 or 48-port models – to deliver up to 80Gbps stacking throughput and up to 384 x 10/100/1000 user ports. Stacking is supported on ERS 3526T/3526T-PWR+, ERS 3550T/3550T-PWR+, ERS 3524GT/3524GT-PWR+ and ERS 3549 GTS/3549 GTS-PWR+ models.

### High performance architecture with true pay-as-you grow scaling

Our Stackable Chassis products combine non-blocking internal switching fabrics with high-speed virtual backplane architecture for a high performance solution that scales proportionally as new switches are

added. The ERS 3500 series scales to a maximum of 80Gbps of virtual backplane throughput by simply cabling up 8 units together. Avaya's Stackable Chassis architecture simplifies stack management. Customers do not have to worry about different software versions on different products, since all ERS 3500 units run the same software image. The software image is loaded onto the base unit of the stack which then loads the image to all the other Switches in the stack. As new units are added to the stack, the ERS 3500 automates the software image and configuration download process. Third party testing[1] has validated that new ERS 3500 units can become operational in just over 2 minutes of being cabled into the stack.

To ensure wire-speed performance, our Stackable Chassis architecture is based on a shortest-path forwarding algorithm for optimal data flow across the stack. Unlike competitive solutions that use unwieldy logical ring or token technology, Avaya allows traffic to flow upstream and downstream simultaneously from every Switch connected to the virtual backplane, optimizing performance, resiliency, and resource utilization. Avaya has an additional advantage in that Quality-of-Service settings are honored as traffic passes over the stacking connections – providing applications with optimal performance, and a positive user experience.

All ERS 3500 24 and 48-port models come with two in-built Stackable Chassis interfaces for simple, cost-effective and efficient connectivity. Unlike comparative offerings which daisy chain low-speed interfaces, this design frees uplink ports for dedicated connectivity to the backbone. In addition to the stacking cables, a return cable is also used to provide full virtual chassis resiliency and to protect against any stack port, Switch unit or cable failures.

Unlike competitive solutions which charge large premiums for stacking, the ERS 3500 offers the ability for customers to utilize its Stackable Chassis architecture without incurring any licensing or hardware costs.



### In-service maintenance and restoration

Virtual hot swap, a critical serviceability and operability capability, helps ensure that failure in any stacked unit is quickly and easily rectified. Pioneered in modular switches, virtual hot swap is available in Avaya Stackable Chassis solutions where, without complex engineering, it enables immediate like-for-like unit replacement with no impact on other functionality and traffic, empowering operators to deploy our solutions just as they would a chassis. If a failure occurs, neighboring switches automatically wrap their fabric connections to help ensure that other Switches in the stack are not impacted. The failed unit is simply disconnected from the fabric and, without pre-staging of software or configuration, a like unit is inserted, cabled, and powered-up. The Automatic Unit Replacement (AUR) process self-manages the software and configuration downloads to the new Switch then brings it online, without the need for an engineer to manage the process.

Further complementing the Avaya ERS 3500 solution, Avaya supports standards-based 802.3ad Link Aggregation as well as its own Multi-Link Trunking technology that allows grouping of ports to form high-speed trunks/aggregations. These bundles or groups of ports can be distributed across different units in the same stack, delivering higher levels of resilience in case of link or switch failure to help ensure that traffic gets to its destination.

Stack health-check monitoring, a real-time, at-a-glance view of stack operational status and health, further enhances operational and management simplicity.

### Centralized Management

From a management perspective, an ERS 3500 Stackable Chassis solution appears as a single networking entity – utilizing only a single IP Address. This can significantly reduce the number of Switches to be managed within the network as a stack of up to 8 Switches can be managed just as easily as a single device.

## Increasing access security at the Edge

The Ethernet Routing Switch 3500 offers a high level of security with authenticated network access that leverages IEEE 802.1X Extensible Authentication Protocol (EAP) with multiple extensions including support for Multi-Host Multi-Authentication mode (MHMA), Multi-Host Single-Authentication mode (MHSA), non EAP device support (i.e. printers, etc.) and RADIUS based MAC authentication support. Up to 32 host devices per switch port are supported in these modes.

Based on the IEEE 802.1X standard, EAP limits access to the network based on user credentials. A user is required to login to the network using a username/password; the user database is maintained on the authentication server (not the Switch). Additionally MAC-address based security limits access to only network-authorized and trusted personnel, including full tracking of network connections. Network access is granted or denied via proper MAC-address identification (up to a maximum of 448).

When advanced, policy-based and centralized user/device authentication is required, the Avaya ERS 3500 can be used in conjunction with the innovative Avaya Identity Engines portfolio solution. This easy-to-deploy, policy-based solution assigns network access rights and permissions based on user role, where the user connects (local or remote) and how the user connects (wired or wireless). In this way, each connected device and user are known and are governed by device-specific security policies. For example, based on their network credentials, an employee using a corporate owned device will be granted full corporate access however, while using a non-corporate-owned device, they will be granted limited access.

As the number of employee-owned devices increases, Identity Engines can help network operators retain control by running device health checks and verifying user and device credentials. Identity Engines can enforce network access permission levels without undue effort on the part of the IT staff. It can also apply consistent access and security policies to all end points – whether they be wired or wireless.

In addition, the Avaya ERS 3500 offers security features that help protect against malicious network attacks. These include increased protection from snooping of DHCP services, verification and filtering of ARP traffic via in-hardware processing (Dynamic ARP inspection), restriction of IP traffic to registered end devices (IP Source Guard), and control of the flow of Spanning Tree BPDUs within the network (BPDU Filtering).

## Compact Form Factors with Flexible Installation Options

The 10 port ERS 3500 models (3510GT & 3510GT-PWR+), which are 1U tall, 8.75" wide and 8" and 11" deep (44.5mm x 220mm x 200mm and 280mm) respectively, can be installed on a table or shelf using rubber feet (included), or can be wall mounted using the wall mount screws and anchors (also included). Additionally, optional rack accessory kits are available allowing the ERS 3510GT and ERS 3510GT-PWR+ to be mounted either alone or with two units side-by-side in a standard 19" rack.

The 24 and 48-port ERS 3500 models can be installed on a table or shelf or wall mounted using the included rack mount brackets mounted at 90 degrees, or in a standard 19" equipment rack.

## Energy Efficiency

New regulations and rising awareness of the ever-increasing cost of electrical power keep energy efficiency top of mind. An innovator in this area, Avaya has built energy efficiency into many of its hardware products. In fact, independent testing indicates that Avaya LAN Switches, Call Servers, Gateways, Unified Messaging Servers and Gigabit IP Phones are typically more energy efficient than competitive equipment. The ERS 3500 is based on highly efficient power supplies – delivering over 80% efficiency.[2] The ERS 3500 also supports dynamic power management where each port can be configured to limit the power delivered to a device and for power priority level—low, high, and critical.

The ERS 3500 also supports Avaya Energy Saver which can further conserve energy by turning down port speeds during designated off-peak hours.

## Lifetime Warranty

Avaya includes industry-leading warranty services for our portfolio of Stackable Chassis Switches, including Avaya ERS 3500 Series products. The Lifetime Hardware Warranty Offer includes complimentary next-business-day shipment of replacement units for the life of the product (including fans and power supplies) and technical support as follows: Basic technical support for the supported lifecycle of the product and full technical support for the first 90 days after purchase. Products sold on or after July 1, 2015 are supported by the Lifetime Software Warranty Offer. This provides our Customers with access to software if and when

published, so that the product's conformity to published specifications and capabilities may be maintained. For products sold prior to July 1, 2015, Avaya also offers a very cost-effective option to purchase the Software Release Service, providing access to new feature releases and additional hardware support programs. Detailed information on Avaya's Lifetime Warranty Offers is available online.

## Summary

Avaya is positioned to provide an end-to-end solution for converged networks. The Ethernet Routing Switch 3500 Series, along with other Avaya products, can increase profitability and productivity, streamline business operations, lower costs and help your business gain a competitive edge.

## Model Specifications

**ERS 3526T** 

| Switch Details: | 24 10/100BASE-TX ports, plus 2 Combo 10/100/1000BASE-T or SFP ports |
|---|---|
| | 2 rear SFP ports can be used as additional ports in Standalone Mode, or, 2 rear ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode |
| | Fanless operation |
| | System CPU speed: 400MHz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte): 12.8Gbps / 9.5Mpps |
| | MTBF: 645,510 hrs |
| Dimensions: | Height: 1U or 44.5mm / 1.75" |
| | Width: 440mm / 17.5" |
| | Depth: 280mm / 11" |
| Weight: | 3.60kg / 8lb |
| Power and Thermal: | Input voltage: 100 to 240 VAC@ 47 to 63 HZ |
| | Input current (max): 0.28A@100VAC |
| | Power consumption: 28.5 Watts max |
| | Thermal rating (output): 65 BTU/hr max |

**ERS 3526T-PWR+** 

| Switch Details: | 24 10/100BASE-TX ports with support for IEEE 802.3af PoE or IEEE 802.3at PoE+, plus 2 Combo 10/100/1000BASE-T or SFP ports |
|---|---|
| | 2 rear SFP ports can be used as additional ports in Standalone Mode, or, 2 rear ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode |
| | System CPU speed: 400MHz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte): 12.8Gbps / 9.5Mpps |
| | MTBF: 332,778 |
| Dimensions: | Height: 1U or 44.5mm / 1.75" |
| | Width: 440mm / 17.5" |
| | Depth: 280mm / 11" |
| Weight: | 4.50kg / 10lb |
| Power and Thermal: | Input voltage: 100 to 240 VAC@ 47 to 63 HZ |
| | Input current (max): 5.0A@100VAC |
| | Power consumption: 500Watts max |
| | Thermal rating (output): 360 BTU/hr max |
| | Maximum power budget: 370 Watts |

# Model Specifications



**ERS 3550T**

| | |
|---|---|
| **Switch Details:** | 48 x 10/100BASE-TX ports, plus 2 Combo 10/100/1000BASE-T or SFP ports |
| | 2 rear SFP ports can be used as additional ports in Standalone Mode, or 2 rear ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode |
| | Stacking, up to 8 units with 10Gbps throughput per Switch |
| | System CPU speed:  400Mhz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte):  17.6Gbps / 13.1Mpps |
| | MTBF: 446,323 |
| **Dimensions:** | Weight: 1U or 445mm / 1.75" |
| | Width: 440mm / 17.5" |
| | Depth: 280mm / 11" |
| **Weight:** | 4.6kg / 10.2lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC @ 47 to 63 Hz |
| | Input current (max): 0.83 Amps @ 100 VAC |
| | Power consumption: 35 Watts max |
| | Thermal rating (output): 118 BTU/hr max |



**ERS 3550T-PWR+**

| | |
|---|---|
| **Switch Details:** | 48 x 10/100BASE-TX ports with support for IEEE 802.3ad PoE or IEEE 802.at PoE+, plus 2 Combo 10/100/1000BASE-T or SFP ports |
| | 2 rear SFP ports can be used as additional ports in Standalone Mode, or 2 rear ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode |
| | Stacking, up to 8 units with 10Gbps throughput per Switch |
| | System CPU speed: 400Mhz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte):  17.6Gbps / 13.1Mpps |
| | MTBF: 237,581 |
| **Dimensions:** | Weight: 1U or 445mm / 1.75" |
| | Width: 440mm / 17.5" |
| | Depth: 280mm / 11" |
| **Weight:** | 5.6kg / 12.7lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC @ 47 to 63 Hz |
| | Input current (max): 6.8 Amps @ 100 VAC |
| | Power consumption: 504 Watts max |
| | Thermal rating (output): 456 BTU/hr max |

## Model Specifications



**ERS 3510GT**

| Switch Details: | 8 10/100/1000BASE-T ports with 2 SFP ports |
| --- | --- |
| | Fanless operation |
| | Standalone |
| | System CPU speed: 400MHz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte): 20Gbps / 14.9Mpps |
| | MTBF: 892,667 hrs |
| **Dimensions:** | Height: 1U 44.5mm / 1.75" |
| | Width: 220mm / 8.75" |
| | Depth: 200mm / 8" |
| **Weight:** | 1.75kg / 3.9lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC@ 47 to 63 HZ |
| | Input current (max): 0.18A @ 100VAC, |
| | Power consumption: 18 Watts max |
| | Thermal rating (output): 61 BTU/hr max |



**ERS 3510GT-PWR+**

| Switch Details: | 8 10/100/1000BASE-T ports with support for IEEE 802.3af PoE or IEEE 802.3at PoE+ with 2 SFP ports |
| --- | --- |
| | Standalone |
| | Dual power modes - fanless operation in Low Power Budget mode @ 60W max PoE budget, or normal fan operation in High Power Budget mode @ 170W max PoE budget. |
| | System CPU speed: 400MHz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte): 20Gbps / 14.9Mpps |
| | MTBF: 673,452 hrs |
| **Dimensions:** | Height: 1U 44.5mm / 1.75" |
| | Width: 220mm / 8.75" |
| | Depth: 280mm / 11" |
| **Weight:** | 2.70kg / 6lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC@ 47 to 63 HZ |
| | Input current (max): 2.1A @ 100VAC |
| | Power consumption: 210 Watts |
| | Thermal rating (output): 156 BTU/hr max |
| | Maximum power budget: 170 Watts |

## Model Specifications

**ERS 3524GT** 

| | |
|---|---|
| **Switch Details:** | 24 10/100/1000BASE-T ports, with 4 Combo SFP ports (with ports 21-24) |
| | 2 rear SFP ports can be used as additional ports in Standalone Mode, or, 2 rear ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode |
| | System CPU speed: 400MHz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte): 52Gbps / 38.7Mpps |
| | MTBF: 657,619 hrs |
| **Dimensions:** | Height: 1U 44.5mm / 1.75" |
| | Width: 440mm / 17.5" |
| | Depth: 280mm / 11" |
| **Weight:** | 3.55kg / 7.8lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC@ 47 to 63 HZ |
| | Input current (max): 0.28A @ 100VAC |
| | Power consumption: 28.5 Watts max |
| | Thermal rating (output): 95 BTU/hr max |

**ERS 3524GT-PWR+**

| | |
|---|---|
| **Switch Details:** | 24 10/100/1000BASE-T ports with support for IEEE 802.3af PoE or IEEE 802.3at PoE+, with 4 Combo SFP ports (with ports 21-24) |
| | 2 rear SFP ports can be used as additional ports in Standalone Mode, or, as 2 rear HiStack ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode |
| | System CPU speed: 400MHz |
| | System memory: 32MB Flash, 128MB DRAM |
| | RJ-45 Console port provides industry standard serial port connectivity |
| | Switch capacity and forwarding rate (64-byte): 52Gbps / 38.7Mpps |
| | MTBF: 336,357 hrs |
| **Dimensions:** | Height: 1U or 44.5mm / 1.75" |
| | Width: 440mm / 17.5" |
| | Depth: 280mm / 11" |
| **Weight:** | 4.61kg / 10.2lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC@ 47 to 63 HZ |
| | Input current (max): 5.0A@100VAC |
| | Power consumption: 500 Watts max |
| | Thermal rating (output): 357 BTU/hr max |
| | Maximum power budget: 370 Watts |

# Model Specifications

### ERS 3549GTS

| | |
|---|---|
| **Switch Details:** | 48 10/100/1000BASE-T ports, with 2 Combo SFP ports (with ports 47-48)<br>1 SFP+ (1Gig or 10Gig) uplink port<br>2 rear SFP ports can be used as additional ports in Standalone Mode, or, 2 rear ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode<br>System CPU speed:  400 MHz<br>System memory: 32MB Flash, 128MB DRAM<br>RJ-45 Console port provides industry standard serial port onnectivity<br>Switch Capacity and forwarding rate (64-byte): 120Gbps/89.3Mpps<br>MTBF: 471,289 hours |
| **Dimensions:** | Height: 1U 44.5mm / 1.75"<br>Width: 440mm / 17.5"<br>Depth: 405mm / 15.75" |
| **Weight:** | 6.15kg / 13.55lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC@ 50 to 60 HZ<br>Input current (max): 0.71A @ 100VAC<br>Power consumption: 65 Watts max<br>Thermal rating (output): 223 BTU/hr max |



### ERS 3549GTS-PWR+

| | |
|---|---|
| **Switch Details:** | 48 10/100/1000BASE-T ports with support for IEEE 802.3af PoE or IEEE 802.3at PoE+, with 2 Combo SFP ports (with ports 47-48)<br>1 SFP+ (1Gig or 10Gig) uplink port<br>2 rear SFP ports can be used as additional ports in Standalone Mode, or, 2 rear HiStack ports delivering up to 10Gbps (FDX) of Stackable Chassis throughput per Switch in Stacking Mode<br>System CPU speed:  400 MHz<br>System memory: 32MB Flash, 128MB DRAM<br>RJ-45 Console port provides industry standard serial port onnectivity<br>Switch Capacity and forwarding rate (64-byte): 120Gbps/89.3Mpps<br>MTBF: 259,615 hours |
| **Dimensions:** | Height: 1U 44.5mm / 1.75"<br>Width: 440mm / 17.5"<br>Depth: 405mm / 15.75" |
| **Weight:** | 6.15kg / 13.55lb |
| **Power and Thermal:** | Input voltage: 100 to 240 VAC@ 47 to 63 HZ<br>Input current (max): 5.0A @ 100VAC<br>Power consumption: 484 Watts max<br>Thermal rating (output): 424 BTU/hr max<br>Maximum power budget: 370 watts |

## Avaya Ethernet Routing Switch 3500 Series Ordering Information

| ERS 3500 Series Models | |
|---|---|
| AL3500?01-E6* | **ERS 3526T** featuring 24 x 10/100 ports, plus 2 Combo 10/100/1000/SFP ports, plus 2 SFP / 2.5G rear ports. Fanless. |
| AL3500?11-E6* | **ERS 3526T-PWR+** featuring 24 x 10/100 PoE+ ports, plus 2 Combo 10/100/1000/SFP ports, plus 2 SFP / 2.5G rear ports. PoE budget 370W. |
| AL3500?02-E6* | **ERS 3550T** featuring 48 x 10/100 ports, plus 2 Combo 10/100/1000/SFP ports, plus 2 SFP / 2.5G rear ports. Fanless. |
| AL3500?12-E6* | **ERS 3550T-PWR+** featuring 48 x 10/100 PoE+ ports, plus 2 Combo 10/100/1000/SFP ports, plus 2 SFP / 2.5G rear ports. PoE budget 370W. |
| AL3500?04-E6* | **ERS 3510GT** featuring 8 x 10/100/1000 ports, plus 2 SFP ports. Standalone. Fanless. |
| AL3500?14-E6* | **ERS 3510GT-PWR+** featuring 8 x 10/100/1000 PoE+ ports, plus 2 SFP ports. Standalone. Fanless mode @ 60W PoE budget, Fan operation mode @ 170W PoE budget. |
| AL3500?05-E6* | **ERS 3524GT** featuring 24 x 10/100/1000Mbps ports, plus 4 Combo SFP ports (with ports 21-24) + 2 SFP / 2.5G rear ports. |
| AL3500?15-E6* | **ERS 3524GT-PWR+** featuring 24 x 10/100/1000 PoE+ ports, plus 4 Combo SFP ports (with ports 21-24), plus 2 SFP / 2.5G rear ports. PoE budget 370W. |
| AL3500?06-E6 | **ERS 3549GTS** featuring 48 x 10/100/1000 ports, plus 2 Combo SFP ports (with ports 47-48), plus 1 SFP+ uplink port, plus 2 SFP / 2.5G rear ports. |

**Notes:**
- Each switch ships with Base software license.
- Stacking cables are not included and must be ordered separately for ERS 3500 24-port and 48-port models.
- The seventh character (?) of the order number must be replaced with the proper letter to indicate desired product nationalization.

| ERS 3500 Series Stacking Cables | |
|---|---|
| AL3518001-E6 | ERS 3500 46cm SFP direct connect stack cable |
| AL3518002-E6 | ERS 3500 1.5 meter SFP direct connect stack cable |
| AL3518003-E6 | ERS 3500 3 meter SFP direct connect stack cable |

| ERS 3500 Series Accessories | |
|---|---|
| AL3511001-E6 | Standard set of 19" rack mount brackets - spare |
| AL3511002-E6 | Optional accessory kit for joining two ERS 3510GT / ERS 3510GT-PWR+ switches together (side-by-side) to mount in a 19" rack |
| AL3511003-E6 | Optional accessory kit for mounting one ERS 3510GT or ERS 3510GT-PWR+ switch in a 19" rack. |

# Technical Specifications

| Avaya Ethernet Routing Switch 3500 Standards Compliance ||
|---|---|
| IEEE 802.1D Spanning Tree Protocol | RFC 2660 HTTPS - Secure Web |
| IEEE 802.1w Rapid Spanning Tree | RFC 2665 / RFC 1643 Ethernet MIB |
| IEEE 802.1s Multiple Spanning Tree | RFC 2674 Q-BRIDGE-MIB |
| IEEE 802.1p Prioritizing | RFC 2819 RMON |
| IEEE 802.1t 802.1D Maintenance | RFC 2851 Textual Conventions for Internet network addresses |
| IEEE 802.1v VLAN Classification by Protocol and Port | RFC 2863 Interfaces Group MIB |
| IEEE 802.1Q VLAN Tagging | RFC 2865 RADIUS |
| IEEE 802.1AB Link Layer Discovery Protocol | RFC 2866 RADIUS Accounting |
| IEEE 802.1X Ethernet Authentication Protocol | RFC 2869 RADIUS Extensions - Interim updates |
| IEEE 802.3 Ethernet | RFC 2933 IGMP MIB |
| IEEE 802.3af Power over Ethernet | RFC 3046 DHCP Relay Agent Information Option 82 |
| IEEE 802.3at Power over Ethernet Plus | RFC 3058 RADIUS Authentication |
| IEEE 802.3ab Gigabit Ethernet over Copper | RFC 3140 Per-Hop Behavior Identification codes |
| IEEE 802.3ad Link Aggregation Control Protocol (LACP) | RFC 3162 IPv6 RADIUS Client |
| IEEE 802.3ae 10Gbps Ethernet | RFC 3246 Expedited Forwarding Per-Hop Behavior |
| IEEE 802.3i 10Base-T | RFC 3260 Architecture for Differentiated Services |
| IEEE 802.3u Fast Ethernet | RFC 3361 DHCP Option 120 for SIP Servers |
| IEEE 802.3x Flow Control | RFC 3289 DiffServ MIBs |
| IEEE 802.3z Gigabit Ethernet | RFC 3410 SNMPv3 |
| RFC 768 UDP | RFC 3411 SNMP Frameworks |
| RFC 783 TFTP | RFC 3412 SNMP Message Processing |
| RFC 792 ICMP | RFC 3413 SNMPv3 Applications |
| RFC 793 TCP | RFC 3414 SNMPv3 USM |
| RFC 826 ARP | RFC 3415 SNMPv3 VACM |
| RFC 854 Telnet | RFC 3416 SNMP |
| RFC 894 IP over Ethernet | RFC 3417 SNMP Transport Mappings |
| RFC 903 Reverse ARP | RFC 3418 SNMPv2 MIB |
| RFC 950 / RFC 791 IP | RFC 3484 Default Address Selection for IPv6 |
| RFC 1112 IGMPv1 | RFC 3513 IPv6 Addressing Architecture |
| RFC 1122 Requirements for Internet hosts | RFC 3579 RADIUS support for EAP |
| RFC 1155 SMI | RFC 3584 Co-existence of SNMP v1/v2/v3 |
| RFC 1156 MIB for management of TCP/IP | RFC 3587 IPv6 Global Unicast Format |
| RFC 1157 SNMP | RFC 3596 DNS extensions to support IPv6 |
| RFC 1212 Concise MIB definitions | RFC 3621 Power over Ethernet MIB |
| RFC 1213 MIB-II | RFC 3635 Definitions of Managed Objects for the Ethernet-like Interface Types |
| RFC 1215 SNMP Traps Definition | RFC 3826 AES for the SNMP User-based Security Model |
| RFC 1340 Assigned Numbers | RFC 3879 Deprecating Site Local Addresses |
| RFC 1350 TFTP | RFC 3993 DHCP Subscriber-ID sub-option |
| RFC 1354 IP Forwarding Table MIB | RFC 4007 Scoped Address Architecture |
| RFC 1398 Ethernet MIB | RFC 4022 TCP MIB |
| RFC 1442 SMI for SNMPv2 | RFC 4113 UDP MIB |
| RFC 1450 MIB for SNMPv2 | RFC 4133 Entity MIB |
| RFC 1493 Bridge MIB | RFC 4193 Unique Local IPv6 Unicast Addresses |
| RFC 1519 Classless Inter-Domain Routing (CIDR) | RFC 4250 SSH Protocol Assigned Numbers |
| RFC 1542 BootP | RFC 4251 SSH Protocol Architecture |
| RFC 1591 DNS Client | RFC 4252 SSH Authentication Protocol |
| RFC 1650 Definitions of Managed Objects for Ethernet-like Interfaces | RFC 4253 SSH Transport Layer Protocol |
| RFC 1908 Coexistence between SNMPv1 & v2 | RFC 4254 SSH Connection Protocol |
| RFC 1945 HTTP v1.0 | RFC 4291 IPv6 Addressing Architecture |
| RFC 1981 Path MTU Discovery for IPv6 | RFC 4293 IPv6 MIB |
| RFC 2011 SNMP v2 MIB for IP | RFC 4301 Security Architecture for the Internet Protocol |
| RFC 2012 SNMP v2 MIB for TDP | RFC 4344 SSH Transport layer Encryption Modes |
| RFC 2013 SNMP v2 MIB for UDP | RFC 4345 Improved Arcfour Modes for SSH |
| RFC 2096 IP Forwarding Table MIB | RFC 4432 SSHv2 RSA |
| RFC 2131 Dynamic Host Configuration Protocol (DHCP) | RFC 4443 ICMPv6 for IPv6 |
| RFC 2132 DHCP Option 6, 43 & 60 | RFC 4541 Considerations for IGMP and MLD snooping switches |
| RFC 2138 RADIUS Authentication | RFC 4604 IGMPv3 |
| RFC 2139 RADIUS Accounting | RFC 4673 RADIUS Dynamic Authorization Server MIB |
| RFC 2236 IGMPv2 | RFC 4675 RADIUS Attributes for VLAN and Priority Support |
| RFC 2454 IPv6 UDP MIB | RFC 4716 SSH Public Key File Format |
| RFC 2460 IPv6 Specification | RFC 4789 SNMP over IEEE 802 Networks |
| RFC 2464 Transmission of IPv6 packets over Ethernet | RFC 4861 Neighbor Discovery for IPv6 |
| RFC 2474 Differentiated Services (DiffServ) | RFC 4862 IPv6 Stateless Address Auto-Configuration |
| RFC 2541 Secure Shell protocol architecture | RFC 5010 DHCPv4 Relay Agent Flags Suboption |
| RFC 2597 Assured Forwarding PHB Group | RFC 5095 Deprecation of Type 0 Routing Headers in IPv6 |
| RFC 2598 Expedited Forwarding PHB Group | RFC 5176 Dynamic Authorization Extensions to RADIUS |
| RFC 2616 HTTP 1.1 | RFC 5859 TFTP Server DHCP Option |

### General Performance

Switch Fabric performance: 12.8Gbps to 120Gbps

Frame forwarding rate: 9.5 to 89.3Mpps

Latency (64 byte packet LIFO): 2.4 to 3.6 microseconds (all GbE ports) and 7.9 microseconds (FE access ports)

Frame length: 1522 bytes (including Q tag)

Jumbo Frame support: up to 9216 octets

MLT / 802.3ad LACP: 6 groups with 4 active trunks

Concurrently configured VLANs: 256

Egress queues: 4

Multiple Spanning Tree Groups: 8

MAC Address: up to 16,000

DHCP Snooping: up to 512 entries

802.1X Clients per port: 32

ARP Entries: up to 512

IP Interfaces: up to 32

RMON entries per port: 4 groups

ADAC (IP Phones): 32 per port

QoS filters per precedence: 256

QoS precedence: 4

QoS filters per switch: 1024

### Pluggable Interfaces

100BASE-FX SFP up to 2km reach over MMF (Duplex LC)

1000BASE-T SFP up to 100m over CAT5E or better UTP Cable (RJ-45)

1000BASE-SX SFP up to 550m reach on MMF (Duplex LC)

1000BASE-LX SFP up to 550m reach on MMF, and up to 10 km on SMF (Duplex LC)

1000BASE-XD CDWM SFP up to 40 km reach on SMF (Duplex LC)

1000BASE-ZX CDWM SFP up to 70 km reach on SMF (Duplex LC)

1000BASE-EX SFP up to 120 km reach on SMF (Duplex LC)

1000BASE-BX SFP up to 10 and 40 km reach variants on SMF (LC)

10GBASE-SR SFP+ up to 300m reach over MMF (Duplex LC)

10GBASE-LRM SFP+ up to 220m over FDDI-grade MMF (Duplex LC)

10GBASE-LR SFP+ up to 10km reach over SMF (Duplex LC)

10GBASE-ER SFP+ up to 40km reach over SMF (Duplex LC)

10GBASE-X SFP+ Direct Attach Cables, in 3, 5, & 10m lengths

### Environmental Specifications

- Operating temperature: 32° and 122° F (0° and 50° C)
- Operating altitude: 10,000 ft.
- Storage temperature: -40C to 70C
- Storage altitude: 10,000 ft
- Acoustic noise (dB): up to 58 (0 for Fanless models)
- Operating humidity: 95% RH non-condensing
- Storage humidity: 95% RH non-condensing
- No nearby heat sources such as hot air vents or direct sunlight
- No nearby sources of severe electromagnetic noise
- No excessive dust
- Adequate power source within six feet; one 15-Amp circuit required for each power supply.
- At least 5cm (2") on each side of the switch unit for ventilation

### Safety Agency Approvals

- IEC 60950 International CB Certification
- EN 60950 European Certification
- UL60950 US certification
- CSA22.2, #60950 Canadian Certification
- NOM Mexican Certification

### Electromagnetic Emissions and Immunity

- CISPR22, Class A/CISPR24 International
- EN55022, Class A/EN55024 European
- FCC, Part 15, Class A US Certification
- ICES-003, Class A Canadian Certification
- AN/NZS 3548 Australian/NZ Certification
- BSMI - Taiwan - CNS 13438, Class A
- MIC - Korea - MIC, No. 2001-116
- VCCI Class A Japanese Certification

---

[1]Miercom Lab Testing Summary Report "Plug and Play" Switches Aug.2011.

[2]Based on Avaya testing

### About Avaya

Avaya is a leading, global provider of customer and team engagement solutions and services available in a variety of flexible on-premise and cloud deployment options. Avaya's fabric-based networking solutions help simplify and accelerate the deployment of business critical applications and services. For more information, please visit **www.avaya.com.**

14 | avaya.com

© 2015 Avaya Inc. All Rights Reserved.
Avaya and the Avaya logo are trademarks of Avaya Inc. and are registered in the United States and other countries. All other trademarks identified by ®, TM, or SM are registered marks, trademarks, and service marks, respectively, of Avaya Inc.
09/15 • LB7028-09

