# EXHIBIT 62 INTENTIONALLY LEFT BLANK