# EXHIBIT 63
# INTENTIONALLY LEFT BLANK