# EXHIBIT 66
# FILED UNDER SEAL