# EXHIBIT 71

CONFIDENTIAL

1    UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4    _____
5    CISCO SYSTEMS, INC.,           )
6             Plaintiff,            )
7        vs.                        )Civil Action No.:
8    ARISTA NETWORKS, INC.,         )5:14-cv-05344-BLF(PSG)
9             Defendant.            )
10   _____)
11
12                  CONFIDENTIAL
13
14       VIDEOTAPED DEPOSITION OF DEVADAS PATIL
15              Palo Alto, California
16           Sunday, February 21, 2016
17                   Volume 1
18
19
20
21   Reported by:
22   RACHEL FERRIER, CSR No. 6948
23   Job No. 2223126
24
25   PAGES 1 - 234

Page 1

| | | |
|---|---|---|
| 1 | Do you see that? | 01:56PM |
| 2 | A   Yes. | 01:56PM |
| 3 | Q   What are "MIB tables"? | 01:56PM |
| 4 | A   So "MIB tables" are the -- the storage that make | 01:56PM |
| 5 | SNMP queries possible, so MIBs are -- essentially | 01:56PM |
| 6 | support information for SNMP. | 01:56PM |
| 7 | Q   And so are -- are the tables different from the | 01:56PM |
| 8 | MIBs themselves? | 01:56PM |
| 9 | A   MIBs -- MIB tables are like the blueprint for the | 01:56PM |
| 10 | actual tables -- I'm sorry, MIB tables are the blueprint | 01:56PM |
| 11 | for the actual MIB data, if that makes sense. | 01:56PM |
| 12 | Q   MIB tables -- I'm sorry, can you explain that? | 01:56PM |
| 13 | So let me -- let me ask the question again. | 01:57PM |
| 14 | How -- strike that. | 01:57PM |
| 15 | Are tables different from the MIBs themselves? | 01:57PM |
| 16 | A   In -- in the -- and I have not used this language | 01:57PM |
| 17 | for a long time, and I've not used SNMP in a long time, | 01:57PM |
| 18 | but my understanding is that the language of SNMP -- in | 01:57PM |
| 19 | the language of SNMP, the MIB table is like a blueprint. | 01:57PM |
| 20 | It's called the data that is housed in the MIB. | 01:57PM |
| 21 | Q   And the -- the term "MIB table," that -- is that | 01:57PM |
| 22 | a term that is familiar to those in networking industry? | 01:57PM |
| 23 | MR. CANNON:   Objection; vague, lacks foundation, | 01:57PM |
| 24 | calls for improper opinion testimony. | 01:57PM |
| 25 | THE WITNESS:   Yes. | 01:57PM |

Page 160

```
1    BY MR. WONG:                                                01:57PM
2        Q   And you certainly know what a "MIB table" is if     01:57PM
3    you heard that term used; correct?                          01:58PM
4        A   Yes.                                                01:58PM
5        Q   And you would understand what a "MIB table" is      01:58PM
6    based upon your experience working in the networking        01:58PM
7    industry; correct?                                          01:58PM
8        A   Yes.                                                01:58PM
9        Q   What was the process at Cisco for selecting a       01:58PM
10   command syntax?  And we can talk specifically about the     01:58PM
11   commands listed on Exhibit 316 --                           01:58PM
12       A   Mm-hmm.                                             01:58PM
13       Q   -- but -- so let me just rephrase the question,     01:58PM
14   actually.                                                   01:58PM
15           For the commands listed in Exhibit 316, what was    01:58PM
16   the process at Cisco for selecting the command syntax?      01:58PM
17           MR. CANNON:  Objection; vague, lacks foundation,    01:58PM
18   calls for speculation.                                      01:58PM
19           THE WITNESS:  Well, there is -- the -- the          01:58PM
20   product owner, which is me, lead developer for the          01:58PM
21   product, comes up with initial proposal, and it is,         01:58PM
22   essentially, reviewed by a group of people that are         01:58PM
23   highly experienced for -- for usability and                 01:59PM
24   extensibility, and so on, so there are certain criteria     01:59PM
25   that they look -- look at, including usability,             01:59PM
```

Page 161

| | | |
|---|---|---|
| 1 | extensibility, aesthetics, etc. | 01:59PM |
| 2 | BY MR. WONG: | 01:59PM |
| 3 | Q   And have you heard of the term "parser-police"? | 01:59PM |
| 4 | A   Yes. | 01:59PM |
| 5 | Q   Is the group of people that you are referring to | 01:59PM |
| 6 | in your prior answer -- is that the parser-police? | 01:59PM |
| 7 | A   That's the -- that's the main one, yes. | 01:59PM |
| 8 | Q   Are there other groups of people at Cisco that | 01:59PM |
| 9 | review proposed command syntaxes? | 01:59PM |
| 10 | A   Yes, there are. | 01:59PM |
| 11 | Q   Who are the other groups of people besides the | 01:59PM |
| 12 | parser-police that review proposed command syntaxes? | 02:00PM |
| 13 | A   That -- | 02:00PM |
| 14 | MR. CANNON:  Objection; vague, calls for | 02:00PM |
| 15 | speculation. | 02:00PM |
| 16 | THE WITNESS:  That would be the functional | 02:00PM |
| 17 | specification and design specification reviewers. | 02:00PM |
| 18 | BY MR. WONG: | 02:00PM |
| 19 | Q   Are those the same reviewers that are listed on | 02:00PM |
| 20 | the -- the cover page of the functional specification | 02:00PM |
| 21 | that we were looking at earlier? | 02:00PM |
| 22 | A   Yes. | 02:00PM |
| 23 | Q   Okay.  And were those individuals listed on the | 02:00PM |
| 24 | cover page of Exhibit 317 involved in reviewing the | 02:00PM |
| 25 | command syntaxes for the commands listed on Exhibit 316? | 02:00PM |

1      A    Yes.                                                          02:00PM

2      Q    How were those individuals listed on the cover                02:00PM

3  page of Exhibit 317 involved in coming up with the                     02:00PM

4  syntaxes for the commands listed on Exhibit 316?                       02:01PM

5      A    Well, they -- they -- they're also quite                      02:01PM

6  experienced in developing these -- these -- these types                02:01PM

7  of commands, and they give an initial opinion on whether               02:01PM

8  to take it to the next level and get it -- get it                      02:01PM

9  reviewed by parser-police, so there were initial --                    02:01PM

10 initial -- there would basically be an initial                         02:01PM

11 verification of the usability and extensibility criteria               02:01PM

12 that we talked about earlier.                                          02:01PM

13     Q    Looking at the cover page of Exhibit 317 --                   02:01PM

14     A    Yes.                                                          02:02PM

15     Q    -- was Mr. Deepak Kumar involved in creating the              02:02PM

16 command syntaxes for the commands listed on Exhibit 316?               02:02PM

17          MR. CANNON:  Objection; vague.                                02:02PM

18          THE WITNESS:  I mean, in -- in all as a reviewer,             02:02PM

19 yes, but I came up with the initial proposal.                          02:02PM

20 BY MR. WONG:                                                           02:02PM

21     Q    Is that true for each of the individuals listed               02:02PM

22 on the cover of Exhibit 317?                                           02:02PM

23          MR. CANNON:  Objection; vague.                                02:02PM

24          THE WITNESS:  For Exhibit 317, these --                       02:02PM

25 these were -- these were engineers in my immediate                     02:02PM

Page 163

| | | |
|---|---|---|
| 1 | Q   What do you mean by that? | 02:36PM |
| 2 | A   What I mean by that is whatever syntax we are | 02:36PM |
| 3 | using at the global level, let's keep it similar at the | 02:37PM |
| 4 | interface level so that we have -- we have consistency | 02:37PM |
| 5 | and, naturally, the skills transfer associated with | 02:37PM |
| 6 | consistency. | 02:37PM |
| 7 | Q   So similar to what we were talking about with | 02:37PM |
| 8 | respect to Exhibit 320, the prior e-mail that we were | 02:37PM |
| 9 | talking about? | 02:37PM |
| 10 | A   Yes. | 02:37PM |
| 11 | Q   Further on in this paragraph on Exhibit 321, | 02:37PM |
| 12 | after "c," you say, "there aren't many org-specific | 02:37PM |
| 13 | commands belonging to MED, IEEE, IETF to warrant a | 02:37PM |
| 14 | strict hierarchy." | 02:37PM |
| 15 | Do you see that? | 02:37PM |
| 16 | A   Yes. | 02:37PM |
| 17 | Q   What do you mean by a "strict hierarchy" there? | 02:37PM |
| 18 | A   I -- I -- I think the contention was between | 02:37PM |
| 19 | creating a middle order node and listing all the options | 02:38PM |
| 20 | below or to create whole -- whole commands for each | 02:38PM |
| 21 | option, and I was -- I don't recall exactly what | 02:38PM |
| 22 | position I took, but I -- I was always inclined to | 02:38PM |
| 23 | support the usability story and the consistency story, | 02:38PM |
| 24 | and there aren't many -- many aren't specific commands | 02:38PM |
| 25 | belonging to MED, IEEE, and IETF to warrant strict | 02:38PM |

Veritext Legal Solutions
866 299-5127

```
1    hierarchy.                                                      02:38PM
2         If you want a strict hierarchy, you would have an          02:38PM
3    intermediate node and list all the specific options, but        02:38PM
4    since there aren't any, I might have taken this                 02:38PM
5    position; although, it's -- it's -- it may seem a little        02:38PM
6    bit weak for in terms of future-proofing things.                02:38PM
7         So there's a -- there's a -- there's a balance             02:39PM
8    between future-proofing and -- and verbosity, and -- and        02:39PM
9    the more you try to feature-proof, the more verbose you         02:39PM
10   can become, so it's more of a subjective column how you         02:39PM
11   design, keeping all of these in mind, yeah.                     02:39PM
12        Q    Thank you.                                            02:39PM
13             And after letter "d" on Exhibit 321, you say,         02:39PM
14   quote:  It is more intuitive for first-time users, end          02:39PM
15   quote.                                                          02:39PM
16             Do you see that?                                      02:39PM
17        A    Yes.                                                  02:39PM
18        Q    What did you mean by that?                            02:39PM
19        A    This means that -- that user interface should         02:39PM
20   flow naturally in a sense that if I've never used               02:39PM
21   anything similar, I should be pretty much able to -- I          02:39PM
22   should be able to come in and type in a reasonable              02:39PM
23   keyword for things and get help on it and be able to            02:40PM
24   complete a configuration within a reasonable amount of          02:40PM
25   time rather than going through hours of research on it.         02:40PM
```

```
 1      Q    And that approach that you just described, did       02:40PM
 2   you apply that approach for the commands that are listed     02:40PM
 3   in Exhibit 316?                                              02:40PM
 4           MR. CANNON:  Objection; vague.                       02:40PM
 5           THE WITNESS:  The -- what is 316?  This is the       02:40PM
 6   one -- okay.  This -- it -- it certainly influenced our     02:40PM
 7   structure for these commands.  Yeah, so intuitiveness,      02:40PM
 8   extensibility, usability, aesthetics are all factors        02:40PM
 9   that we considered.                                          02:40PM
10   BY MR. WONG:                                                 02:41PM
11      Q    Let's look at Exhibit 316 now, Mr. Patil.            02:41PM
12      A    Yeah.                                                02:41PM
13      Q    Starting with the first command, you were            02:41PM
14   associated with "clear lldp counters."                       02:41PM
15           Do you see that?                                     02:41PM
16      A    Yes.                                                 02:41PM
17      Q    What function does the "clear lldp counters"         02:41PM
18   command perform?                                             02:41PM
19      A    It's basically a reset, if you will, of all the      02:41PM
20   statistics that have been accumulated over a period of       02:41PM
21   time, and if you want to start off on a clean slate          02:41PM
22   again at a certain period of time on a -- on a certain       02:41PM
23   router or switch, then you could issue that command and     02:42PM
24   it will clear all the statistics.                            02:42PM
25      Q    And how long did it take you, approximately, to     02:42PM
```

```
 1   come up with the syntax of "clear lldp counters"?              02:42PM
 2          MR. CANNON:  Objection; vague.                          02:42PM
 3          THE WITNESS:  Oh, just that one command?                02:42PM
 4          MR. WONG:  Mm-hmm.                                      02:42PM
 5          THE WITNESS:  I don't know, 15 minutes.                 02:42PM
 6   BY MR. WONG:                                                   02:42PM
 7      Q   Okay.  How long did it take you, approximately,         02:42PM
 8   to do the source code writing to implement the                 02:42PM
 9   functionality for the "clear lldp counters" command?           02:42PM
10          MR. CANNON:  Objection; vague, assumes facts not        02:42PM
11   in evidence.                                                   02:42PM
12          THE WITNESS:  Okay.  That would be, again,              02:42PM
13   15 minutes, and I have to add that this is a easiest one       02:42PM
14   to implement.                                                  02:42PM
15   BY MR. WONG:                                                   02:42PM
16      Q   For the "clear lldp table" command --                   02:42PM
17      A   Mm-hmm.                                                 02:42PM
18      Q   -- what functionality does that perform?                02:43PM
19      A   That is, again, a reset, but more at the enable         02:43PM
20   level in the sense that, let's say, a device comes up          02:43PM
21   and it discovers ten neighbors and we want to come in          02:43PM
22   and manually reset the table by making it forget all           02:43PM
23   those ten neighbors instantly, then we would use that          02:43PM
24   command.                                                       02:43PM
25      Q   And approximately how long did it take you to           02:43PM
```

Veritext Legal Solutions
866 299-5127