Case 5:14-cv-05344-BLF    Document 346-14    Filed 07/01/16    Page 1 of 1

# EXHIBIT 74
# FILED UNDER SEAL