# EXHIBIT 78
# FILED UNDER SEAL