# EXHIBIT 79
# FILED UNDER SEAL