# EXHIBIT 81
# FILED UNDER SEAL