# EXHIBIT 82
# FILED UNDER SEAL