KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (BLF)<br><br>**LOCAL RULE 79-5(e)(2) REQUEST AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE SEALING DECLARATION RE: CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 331**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

LOCAL RULE 79-5(e)(2) REQUEST FOR ADDITIONAL TIME TO FILE SEALING DECLARATION RE:
CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 331
Case No. 5:14-cv-05344-BLF (NC)

1074078.01

Defendant Arista Networks, Inc. hereby requests that the Court extend the four-day time period provided by Civil Local Rule 79-5(e)(1) for filing a declaration in support of sealing material filed by Plaintiff Cisco Systems, Inc.  In light of the significant number and volume of exhibits filed by Cisco today in connection with its Motion for Partial Summary Judgment, ECF Nos. 331–348, a large number of which were designated by Arista as Highly Confidential pursuant to the parties' Stipulated Protective Order, Arista believes good cause exists for the Court to delay the public docketing of any Arista-designated materials until Arista has an adequate opportunity to evaluate the confidentiality of the materials filed by Cisco.  *See* Civil L.R. 79-5(e)(2).  Arista hereby requests an additional three days to file its declaration in support of sealing, making the declaration due on Friday, July 8, 2016.  The parties have met and conferred, and Cisco does not object to this request.[1]

Dated:  July 1, 2016                                             KEKER & VAN NEST LLP

                                                                 By:  */s/ Brian L. Ferrall*
                                                                      BRIAN L. FERRALL

                                                                      Attorney for Defendant
                                                                      ARISTA NETWORKS, INC.

---

[1] Separately, Arista does not object to the timing of the filing of Cisco's Motion for Partial Summary Judgment, ECF Nos. 331–348, and agrees that, subject to the timing for Arista's review of sealed materials associated with that filing, as addressed herein, Arista is not prejudiced by that timing.

1

LOCAL RULE 79-5(e)(2) REQUEST FOR ADDITIONAL TIME TO FILE SEALING DECLARATION RE: CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 331
Case No. 5:14-cv-05344-BLF (NC)

1074078.01

1  In light of the foregoing, the Court finds that Arista has shown good cause to extend the
2  time for it to file a declaration in support of sealing material that Cisco has moved to file under
3  seal in connection with its Motion for Partial Summary Judgment.  ECF No. 331 (Admin. Mot. to
4  File Under Seal).  Arista's request is hereby GRANTED.  Arista shall file its declaration in
5  support of sealing by no later than July 8, 2016.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                                        HON. BETH LABSON FREEMAN

2
LOCAL RULE 79-5(e)(2) REQUEST FOR ADDITIONAL TIME TO FILE SEALING DECLARATION RE:
CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 331
Case No. 5:14-cv-05344-BLF (NC)

1074078.01