**IRELL & MANELLA LLP**
Jonathan Kagan (70446)
JKagan@Irell.com
Joshua Glucoft (301249)
JGlucoft@Irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

*Attorneys for Non-party*
Juniper Networks, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (PSG) |
| Plaintiff, | **DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF NONPARTY JUNIPER NETWORKS, INC. IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | Judge: Hon. Beth Labson Freeman |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO CISCO'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

**DECLARATION OF JOSHUA GLUCOFT**

I, Joshua Glucoft, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for non-party Juniper Networks, Inc. ("Juniper") with respect to the third-party subpoena served by defendant Arista Networks, Inc. ("Arista") in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. Where indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Cisco Systems, Inc.'s ("Cisco") Administrative Motion to File Documents Under Seal (Docket No. 331), which moves the Court for an order to file under seal the following item related to non-party Juniper:

- Pages 178-79 of Exhibit 48 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment.

In this declaration, I explain why the material cited above is sealable pursuant to Civil Local Rule 79-5 and provide additional facts in support of Cisco's Administrative Motion to File Documents Under Seal to the extent that the administrative motion pertains to Juniper.

3. Pages 178-79 of Exhibit 48 contain direct citations of and references to the deposition of Phil Kasten as Juniper's corporate designee pursuant to a subpoena served on Juniper by Arista. The transcript reflects substantive discussion of the technical development of Juniper's highly proprietary software and source code—which contains much information that Juniper maintains as trade secrets. Juniper expends significant effort in maintaining the secrecy of its software and source code development, including, for example, implementing strict screening procedures for visitors to its engineering campus. Public disclosure of essential nonpublic facts about Juniper's software and source code development could materially impair Juniper's intellectual property rights and could cause serious competitive consequences to Juniper's business positioning.

4. For these reasons, there are compelling reasons to seal pages 178-79 of Exhibit 48. [*Signature page follows*]

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO CISCO'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

Executed on July 1, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*/s/ Joshua Glucoft*
Joshua Glucoft
IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF NON-PARTY JUNIPER ISO CISCO'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)