Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff Cisco Systems, Inc.*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendant Arista Networks, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>         Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER RE: EXPERT DISCOVERY**<br><br>Judge:   Hon. Beth Labson Freeman |

1  WHEREAS, the Court has previously set a deadline of September 9, 2016, for the hearing
2  on any *Daubert* motions (*see* Docket No. 277 at 2);

3  WHEREAS, the parties' stipulation herein does *not* change the September 9, 2016, date for
4  *Daubert* motions;

5  WHEREAS, the parties' stipulation herein does *not* change the date by which the parties'
6  briefing will be completed on *Daubert* motions (meaning the Court will have the same amount of
7  time as previously scheduled to review the parties' completed briefing before hearing argument on
8  *Daubert* motions);

9  WHEREAS, with respect to ***expert disclosures and discovery***:

- The Court has previously scheduled that rebuttal damages expert reports are due on July 8, 2016, sur-rebuttal damages expert reports are due on July 15, 2016, expert discovery must close by July 22, 2016, and *Daubert* motions must be filed by August 5, 2016 (*see* Docket No. 277 at 2);
- The parties agree to extend the deadline for rebuttal damages expert reports to July 13, 2016, given recent discovery on damages-related subject matter;
- The parties agree to extend the deadline for sur-rebuttal damages expert reports to July 21, 2016;
- The parties agree to move the close of damages expert discovery to July 28, 2016; and
- The parties do not seek to change the deadline for filing *Daubert* motions (August 5, 2016), nor for opposition briefs, nor for reply briefs for *Daubert* motions.

**THEREFORE IT IS HEREBY STIPULATED** by and between Cisco and Arista that:

- The deadline for rebuttal damages expert reports shall be July 13, 2016 (rather than July 8, 2016);
- The deadline for sur-rebuttal damages expert reports shall be July 21, 2016 (rather than July 15, 2016);

**Error! Unknown document property name.**

- The hearing dates for *Daubert* motions (September 9, 2016), shall not change;
- Any other deadlines not addressed in this stipulation shall remain unchanged.

The following table shows the effect of this stipulation as compared to previously ordered deadlines:

| Event | Current Schedule (ECF No. 277) | Amendments to Current Schedule |
|---|---|---|
| Last day to disclose advice of counsel (Patent L.R. 3-7) | 50 days after claim construction ruling | |
| Last day to exchange rebuttal damages expert reports | July 8, 2016 | July 13, 2016 |
| Last day to exchange sur-rebuttal damages expert reports | July 15, 2016 | July 21, 2016 |
| Close of damages expert discovery | July 22, 2016 | July 28, 2016 |
| Last day to hear dispositive motions | August 4, 2016 | |
| Last day to file Daubert motions | August 5, 2016 | |
| Daubert opposition briefs due | August 19, 2016 | |
| Daubert reply briefs due | August 26, 2016 | |
| Daubert hearing | September 9, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions in limine (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Oppositions to Motions in limine (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions in limine | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

| | |
|---|---|
| DATED: July 1, 2016 | Respectfully submitted, |
| | */s/ John M. Neukom* |
| | Kathleen Sullivan (SBN 242261) |
| | kathleensullivan@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | |
| | Sean S. Pak (SBN 219032) |
| | seanpak@quinnemanuel.com |
| | John M. Neukom (SBN 275887) |
| | johnneukom@quinnemanuel.com. |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| | |
| | Steven Cherny *(admission pro hac vice pending)* |
| | steven.cherny@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | |
| | Adam R. Alper (SBN 196834) |
| | adam.alper@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | |
| | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| | KIRKLAND & ELLIS LLP |

|   |   |
|---|---|
|   | 333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>*Attorneys for Plaintiff Cisco Systems, Inc.* |
| DATED: July 1, 2016 | Respectfully submitted,<br><br>*/s/ David Silbert*<br><br>KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID J. SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - # 198945<br>mkwun@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>*Attorneys for Defendant Arista Networks, Inc.* |

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of David Silbert within this e-filed document.

*/s/ John Neukom*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___July 1___, 2016

_____
Hon. Beth Labson Freeman

United States District Judge