KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Judge:     Hon. Nathanael Cousins<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following document:

- Highlighted Portions of Arista's Reply in Support of Arista's Motion to Strike Late Contentions

The highlighted portions of Arista's Reply in Support of Arista's Motion to Strike Late Contentions discuss information that was designated Highly Confidential—Attorneys' Eyes Only by Cisco. Arista takes no position on whether the foregoing documents should be filed under seal. Arista files this administrative motion only in order to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Arista submits, along with this administrative motion, the declaration of Eduardo E. Santacana, which attaches unredacted versions of Arista's Reply in Support of Arista's Motion to Strike Late Contentions. Arista will also file a public, redacted version of its Reply in Support of Arista's Motion to Strike Late Contentions.

Dated: July 5, 2016                                      KEKER & VAN NEST LLP

                                                                           By:  */s/ Brian L. Ferrall*
                                                                                   BRIAN L. FERRALL

                                                                                   Attorney for Defendant
                                                                                   ARISTA NETWORKS, INC.