KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **PROOF OF SERVICE** <br><br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

1066350

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 5, 2016, I served the following document(s):

- **DEFENDANT ARISTA NETWORKS, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE LATE CONTENTIONS OR ALTERNATIVELY TO CONTINUE CASE SCHEDULE (UNREDACTED VERSION)**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Sean Sang-Chul Pak
John M. Neukom
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:     (415) 875-6320
Fax:     (415) 875-6700
seanpak@quinnemanuel.com
johnneukom@quinnemanuel.com
Cisco-Arista@quinnemanuel.com

Adam R. Alper
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Tel:     (415) 439-1476
Fax:     (415) 439-1500
aalper@kirkland.com

Kathleen Marie Sullivan
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10022
Tel:     (212) 849-7000
Fax:     (212) 869-7100
kathleensullivan@quinnemanuel.com

Mark Yeh-Kai Tung
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel:     (650) 801-5000
Fax:     (650) 801-5100
marktung@quinnemanuel.com

1066350

| | |
|---|---|
| Michael W. De Vries | Steven C. Cherny |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 333 South Hope Street, 29th Floor | 601 Lexington Avenue |
| Los Angeles, CA  90071 | New York, NY  10022 |
| Tel:    (213) 680-8590 | Tel:    (212) 446-4800 |
| Fax:    (213) 680-8500 | Fax:    (212) 446-6460 |
| michael.devries@kirkland.com | Steven.cherny@kirkland.com |
| Cisco-AristaCopyrightTeam@kirkland.com | |
| | |
| Matthew Powers | John M. Desmarais |
| William Nelson | Paul A. Bondor |
| Tensegrity Law Group LLP | Desmarais LLP |
| 555 Twin Dolphin Drive, Suite 650 | 230 Park Avenue |
| Redwood Shores, CA  94065 | New York, NY  10169 |
| Tel:    (650) 802-6000 | Tel:    (212) 351-3400 |
| Fax:    (650) 802-6001 | Fax:    (212) 351-3401 |
| matthew.powers@tensegritylawgroup.com | jdesmarais@desmaraisllp.com |
| william.nelson@tensegritylawgroup.com | pbondor@desmaraisllp.com |
| | ciscoaristaservice@desmaraisllp.com |

Executed on July 5, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ALISA THOMPSON

PROOF OF SERVICE
Case No. 5:14-cv-05344-BLF (NC)

1066350