| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:     (212) 849-7000<br>Facsimile:      (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397 7188<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:     (212) 999-5800<br><br><br><br><br>[Additional counsel listed on signature page]<br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT DISCOVERY; [PROPOSED] ORDER**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:   November 21, 2016 |

JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT
DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (NC)

1  WHEREAS, the Court entered a stipulated schedule to trial on June 2, 2016, ECF No. 277; and

2  WHEREAS, fact discovery closed on June 10, 2016; and

3  WHEREAS, Arista Networks, Inc. ("Arista") disclosed Mr. Mazen Rawashdeh, Chief Infrastructure and Architecture Officer at eBay, Inc. ("eBay"), in Arista's Fourth Supplemental Initial Disclosures served on May 26, 2016; and

4  WHEREAS, Cisco Systems, Inc. ("Cisco") thereafter subpoenaed Mr. Rawashdeh on June 3, 2016, with a noticed deposition date of June 10, 2016, and an accompanying document production; and

5  WHEREAS, Counsel for Mr. Rawashdeh responded to Cisco's subpoena on June 8, 2016, and thereafter Cisco's counsel and Mr. Rawashdeh's counsel met and conferred over several weeks regarding the scope of Cisco's document requests and the timing of Mr. Rawashdeh's deposition in light of his schedule as a high-level officer at eBay; and

6  WHEREAS, the parties have met and conferred, and have agreed that Cisco will depose Mr. Rawashdeh on July 15, 2016, pursuant to Cisco's agreement with Mr. Rawashdeh's counsel; and

7  THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that, subject to the approval of the Court, Cisco will depose Mr. Rawashdeh on July 15, 2016.

DATED: July 11, 2016              Respectfully submitted,

                                  By: */s/ Brian Paul Gearing*
                                  Kathleen Sullivan (SBN 242261)
                                  kathleensullivan@quinnemanuel.com
                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN LLP
                                  51 Madison Avenue, 22nd Floor
                                  New York, NY 10010
                                  Telephone: (212) 849-7000
                                  Facsimile: (212) 849-7100

                                  Sean S. Pak (SBN 219032)

seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
Brian Paul Gearing (*pro hac vice*)
brian.gearing@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

|   |   |   |
|---|---|---|
| 1 |   | Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. |

DATED: July 11, 2016                              Respectfully submitted,

By: */s/ Brian L. Ferrall*
KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
Facsimile: (415) 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817

4
JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT
DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (NC)

Telephone: (202) 973-8800

Attorneys for Defendant
ARISTA NETWORKS, INC.

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Brian L. Ferrall within this e-filed document.

                */s/ Brian Paul Gearing*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016          By:_____

                                                                            Hon. Beth Labson Freeman
                                                                            United States District Court Judge