Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Steven Cherny (admitted pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - #198945
mkwun@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397 7188

JONATHAN M. JACOBSON, NY # 1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:    (212) 999-5800

[Additional counsel listed on signature page]

[Additional counsel listed on signature page]

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

Attorneys for Defendant
ARISTA NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT DISCOVERY; [~~PROPOSED~~] ORDER**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1   WHEREAS, the Court entered a stipulated schedule to trial on June 2, 2016, ECF No.

2   277; and

3   WHEREAS, fact discovery closed on June 10, 2016; and

4   WHEREAS, Arista Networks, Inc. ("Arista") disclosed Mr. Mazen Rawashdeh, Chief

5   Infrastructure and Architecture Officer at eBay, Inc. ("eBay"), in Arista's Fourth Supplemental

6   Initial Disclosures served on May 26, 2016; and

7   WHEREAS, Cisco Systems, Inc. ("Cisco") thereafter subpoenaed Mr. Rawashdeh on June

8   3, 2016, with a noticed deposition date of June 10, 2016, and an accompanying document

9   production; and

10  WHEREAS, Counsel for Mr. Rawashdeh responded to Cisco's subpoena on June 8, 2016,

11  and thereafter Cisco's counsel and Mr. Rawashdeh's counsel met and conferred over several

12  weeks regarding the scope of Cisco's document requests and the timing of Mr. Rawashdeh's

13  deposition in light of his schedule as a high-level officer at eBay; and

14  WHEREAS, the parties have met and conferred, and have agreed that Cisco will depose

15  Mr. Rawashdeh on July 15, 2016, pursuant to Cisco's agreement with Mr. Rawashdeh's counsel;

16  and

17  THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that,

18  subject to the approval of the Court, Cisco will depose Mr. Rawashdeh on July 15, 2016.

19

20  DATED:  July 11, 2016                    Respectfully submitted,

21                                          By:  /s/ Brian Paul Gearing
                                            Kathleen Sullivan (SBN 242261)
22                                          kathleensullivan@quinnemanuel.com
                                            QUINN EMANUEL URQUHART &
23                                          SULLIVAN LLP
                                            51 Madison Avenue, 22nd Floor
24                                          New York, NY 10010
                                            Telephone: (212) 849-7000
25                                          Facsimile: (212) 849-7100

26
                                            Sean S. Pak (SBN 219032)
27

28

1    seanpak@quinnemanuel.com
     Amy H. Candido (SBN 237829)
2    amycandido@quinnemanuel.com
     John M. Neukom (SBN 275887)
3    johnneukom@quinnemanuel.com.
     QUINN EMANUEL URQUHART &
4    SULLIVAN LLP
     50 California Street, 22nd Floor
5    San Francisco, CA 94111
     Telephone: (415) 875-6600
6    Facsimile: (415) 875-6700

7
     Mark Tung (SBN 245782)
8    marktung@quinnemanuel.com
     QUINN EMANUEL URQUHART &
9    SULLIVAN LLP
     555 Twin Dolphin Drive, 5th Floor
10   Redwood Shores, CA 94065
     Telephone: (650) 801-5000
11   Facsimile: (650) 801-5100

12
     Steven Cherny (pro hac vice)
13   steven.cherny@kirkland.com
     Brian Paul Gearing (pro hac vice)
14   brian.gearing@kirkland.com
     KIRKLAND & ELLIS LLP
15   601 Lexington Avenue
     New York, New York 10022
16   Telephone: (212) 446-4800
     Facsimile: (212) 446-4900
17

18
     Adam R. Alper (SBN 196834)
19   adam.alper@kirkland.com
     KIRKLAND & ELLIS LLP
20   555 California Street
     San Francisco, California 94104
21   Telephone: (415) 439-1400
     Facsimile: (415) 439-1500
22

23   Michael W. De Vries (SBN 211001)
     michael.devries@kirkland.com
24   KIRKLAND & ELLIS LLP
     333 South Hope Street
25   Los Angeles, California 90071
     Telephone: (213) 680-8400
26   Facsimile: (213) 680-8500

27

28
                                    3
     JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT
                       DISCOVERY; [PROPOSED] ORDER
                       Case No. 5:14-cv-05344-BLF (NC)

1

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

2

3

4

DATED: July 11, 2016

5

Respectfully submitted,

6

By: /s/ Brian L. Ferrall
KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
Facsimile: (415) 397 7188

7

8

9

10

11

12

13

14

JONATHAN M. JACOBSON, NY #
1350495
jjacobson@wsgr.com
CHUL PAK (pro hac vice)
cpak@wsgr.com
DAVID H. REICHENBERG (pro hac vice)
dreichenberg@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800

15

16

17

18

19

20

21

22

SUSAN CREIGHTON, SBN 135528
screighton@wsgr.com
SCOTT A. SHER, SBN 190053
ssher@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817

23

24

25

26

27

28

4
JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT
DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (NC)

Telephone: (202) 973-8800

Attorneys for Defendant
ARISTA NETWORKS, INC.

### ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Brian L. Ferrall within this e-filed document.

*/s/ Brian Paul Gearing*

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
Dated: July 11_____, 2016          By: _Beth Labson Freeman_
3

4                                          Hon. Beth Labson Freeman
                                           United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
JOINT STIPULATION TO HOLD DEPOSITION OF MAZEN RAWASHDEH AFTER CLOSE OF FACT
DISCOVERY; [PROPOSED] ORDER
Case No. 5:14-cv-05344-BLF (NC)