Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (*pro hac vice*)
steven.cherny@kirkland.com
Brian Paul Gearing (*pro hac vice*)
brian.gearing @kirkland.com
Joshua Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CISCO SYSTEMS, INC., | ) | CASE NO. 5:14-5344 |
| Plaintiff, | ) ) ) | |
| v. | ) | **NOTICE OF APPEARANCE OF MICHAEL A. WUESTE** |
| ARISTA NETWORKS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael A. Wueste of Kirkland & Ellis LLP hereby appears as counsel of record for Plaintiff Cisco Systems, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>Michael A. Wueste (CA Bar No. 300764)
>michael.wueste@kirkland.com
>3330 Hillview Avenue
>Palo Alto, California 94304
>Telephone: (650) 859-7036
>Facsimile: (650) 859-7500

DATED:  July 11, 2016                                    Respectfully submitted,

>*/s/ Michael A. Wueste*
>
>Kathleen Sullivan (SBN 242261)
>kathleensullivan@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>Sean S. Pak (SBN 219032)
>seanpak@quinnemanuel.com
>Amy H. Candido (SBN 237829)
>amycandido@quinnemanuel.com
>John M. Neukom (SBN 275887)
>johnneukom@quinnemanuel.com.
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700
>
>Mark Tung (SBN 245782)
>marktung@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN LLP
>555 Twin Dolphin Drive, 5th Floor
>Redwood Shores, CA 94065
>Telephone: (650) 801-5000
>Facsimile: (650) 801-5100
>
>Steven Cherny *(pro hac vice)*

steven.cherny@kirkland.com
Brian Paul Gearing (*pro hac vice*)
brian.gearing @kirkland.com
Joshua Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Michael A. Wueste (SBN 300764)
michael.wueste@kirkland.com
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7036
Facsimile: (650) 859-7500

*Attorneys for Plaintiff Cisco Systems, Inc.*