1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11
12
13
14

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2   documents filed in connection with Cisco's Opposition to Arista Networks, Inc.'s ("Arista")
3   Motion for Partial Summary Judgment.
4   Having considered Cisco's motion, and good cause having been shown, the Court
5   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Cisco's Opposition to Arista's Motion for Partial Summary Judgment ("Opposition") | Highlighted Portions |
| Exhibits 1-4; 36-37; 51-53 to the Declaration of John M. Neukom in Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment ("Neukom Declaration") | Entire |
| Exhibit 46 to the Neukom Declaration | Highlighted Portions |
| Exhibit 6 to the Neukom Declaration | Highlighted Portions |
| Exhibit 9 to the Neukom Declaration | Entire |
| Exhibit 1 to the Declaration of Kevin Almeroth in Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment ("Almeroth Declaration") | Highlighted Portions |
| Exhibit 2 to the Almeroth Declaration | Highlighted Portions |
| Exhibit 3 to the Almeroth Declaration | Entire |

| Exhibit 1 to the Declaration of Kevin Jeffay in Support of Cisco's Opposition to Arista's Motion for Partial Summary Judgment<br><br>("Jeffay Declaration") | Entire |
|---|---|

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                                    Hon. Judge Beth Labson Freeman