# EXHIBIT 53
# FILED ENTIRELY
# UNDER SEAL