# EXHIBIT 5

# EXHIBIT 5

|   | OS VERSION | REGISTRATION DATE | FIRST DATE OF PUBLICATION OR CREATION | DOCKET NO. | REGISTRATION NO. |
|---|---|---|---|---|---|
| | **FIRST DATE OF PUBLICATION OR CREATION UNDER 5 YEARS** | | | | |
| 1 | XR 3.0 | 4/29/2005 | 2004* | 64-21 (Exhibit 16 to Second Amended Complaint) | TXu1-237-896 |
| 2 | XR 3.2 | 10/19/2005 | 2005* | 64-22 (Exhibit 17 to Second Amended Complaint) | TXu1-270-592 |
| 3 | XR 3.3 | 7/19/2006 | 2006* | 64-22 (Exhibit 18 to Second Amended Complaint) | TXu1-336-997 |
| 4 | XR 3.4 | 3/2/2007 | 2006* | 64-24 (Exhibit 19 to Second Amended Complaint) | TXu1-344-750 |
| 5 | XR 3.5 | 7/17/2007 | 2007* | 64-25 (Exhibit 20 to Second Amended Complaint) | TXu1-592-305 |
| 6 | XR 4.3 | 11/14/2014 | 12/21/2012 | 64-26 (Exhibit 21 to Second Amended Complaint) | TX 7-933-364 |
| 7 | XR 5.2 | 11/14/2014 | 7/5/2014 | 64-27 (Exhibit 22 to Second Amended Complaint) | TX 7-933-353 |
| 8 | XE 2.1 | 11/24/2014 | 5/2/2008† | 64-28 (Exhibit 23 to Second Amended Complaint) | TX 7-937-240 |
| 9 | XE 3.5 | 11/24/2014 | 11/28/2011 | 64-29 (Exhibit 24 to Second Amended Complaint) | TX 7-937-234 |

Federal Rule of Evidence 1006 Summary of Evidence Prepared by Counsel for Cisco
Page 1 of 3

|    | OS VERSION | REGISTRATION DATE | FIRST DATE OF PUBLICATION OR CREATION | DOCKET NO. | REGISTRATION NO. |
|----|------------|-------------------|---------------------------------------|------------|------------------|
| 10 | NX-OS 4.0  | 11/13/2014        | 4/2/2008†                             | 64-30 (Exhibit 25 to Second Amended Complaint) | TX 7-940-713 |
| 11 | NX-OS 5.0  | 11/13/2014        | 5/24/2010                             | 64-31 (Exhibit 26 to Second Amended Complaint) | TX 7-940-718 |
| 12 | NX-OS 5.2  | 11/13/2014        | 7/29/2011                             | 64-32 (Exhibit 27 to Second Amended Complaint) | TX 7-940-727 |
| 13 | NX-OS 6.2  | 11/13/2014        | 8/22/2013                             | 64-33 (Exhibit 28 to Second Amended Complaint) | TX 7-940-722 |
| 14 | IOS 11.0   | 6/14/2002         | 1995*†                                | 64-3 (Exhibit 3 to Second Amended Complaint)   | TXu 1-036-057 |
| 15 | IOS 11.1   | 6/14/2002         | 2/28/1996†                            | 64-1 (Exhibit 4A to Second Amended Complaint)  | TX 5-531-435 |
| 16 | IOS 11.2   | 6/14/2002         | 1996*†                                | 64-6 (Exhibit 5 to Second Amended Complaint)   | TXu1-036-063 |
| 17 | IOS 11.3   | 6/14/2002         | 1997*†                                | 64-7 (Exhibit 6A to Second Amended Complaint)  | TXu1-036-062 |
| 18 | IOS 12.0   | 6/14/2002         | 1998*                                 | 64-9 (Exhibit 7A to Second Amended Complaint)  | TXu1-036-064 |
| 19 | IOS 12.1   | 6/14/2002         | 2000*                                 | 64-11 (Exhibit 8A to Second Amended Complaint) | TXu1-036-066 |

|    | OS VERSION | REGISTRATION DATE | FIRST DATE OF PUBLICATION OR CREATION | DOCKET NO. | REGISTRATION NO. |
|----|------------|-------------------|---------------------------------------|------------|------------------|
| 20 | IOS 12.2   | 6/14/2002         | 2001*                                 | 64-13 (Exhibit 9A to Second Amended Complaint) | TXu1-036-065 |
| 21 | IOS 12.3   | 7/26/2004         | 2003*                                 | 64-15 (Exhibit 10 to Second Amended Complaint) | TXu1-188-975 |
| 22 | IOS 12.4   | 8/12/2005         | 2005*                                 | 64-16 (Exhibit 11 to Second Amended Complaint) | TXu1-259-162 |
| 23 | IOS 15.0   | 11/28/2014        | 10/1/2009                             | 64-17 (Exhibit 12 to Second Amended Complaint) | TX 7-938-524 |
| 24 | IOS 15.1   | 11/28/2014        | 3/26/2010                             | 64-18 (Exhibit 13 to Second Amended Complaint) | TX 7-938-525 |
| 25 | IOS 15.2   | 11/24/2014        | 7/22/2011                             | 64-19 (Exhibit 14 to Second Amended Complaint) | TX 7-937-159 |
| 26 | IOS 15.4   | 11/26/2014        | 11/24/2013                            | 64-20 (Exhibit 15 to Second Amended Complaint) | TX 7-938-341 |

*Work completed date is listed where publication date is not included on copyright registration.

†First date of publication or creation over five years