# EXHIBIT 10

From:      tgleeson@cisco.com ("Timothy Gleeson \(tgleeson\)")
Subject:   New command: ipv6 nd router-preference {High|Medium|Low}
Received(Date):     Wed, 12 May 2004 05:54:43 GMT

Please review the following new command:

----------------------
  ipv6 nd router-preference {High|Medium|Low}
  no ipv6 nd router-preference

  If this command is not applied, RAs are sent with the default preference
of
  "medium".
  Use the "no" version of the command to return to the default value,
  which is "Medium".

  Example configuration:
  interface Gigabitethernet0/1
    ipv6 nd router-preference High
------------------------

This will be used to implement the "default router preference" functionality
as specified in the Internet Draft draft-ietf-ipv6-router-selection-xx.txt.
The func spec / design spec can be found as EDCS-368251.

Historical note:
This command was previously submitted for review with the proposed syntax
"ipv6 nd ra-preference". Following suggestions from this list, that poposed
syntax has been dropped. Further, existing usages of "ipv6 nd ra-X" (there
are 3 of them) will be updated to "ipv6 nd ra X" on the introduction of a
new "ipv6 nd ra" submode: CSCee54026 will track the creation of the new
submode. The new submode will be reserved for the use of commands affecting
the emission and handling of RAs (router advertisements) themselves;
currently only the 3 existing "ipv6 nd ra-X" commands fall in this category.
The new command here does not fall in this category and will not be placed
under the new submode.

Thanks.

------
Tim Gleeson          Cisco Systems K.K.
tgleeson@cisco.com  Mitsu Building, 2-1-1 Nishi-Shinjuku
                    Tokyo 163-0409, Japan

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    CSI-CLI-00608720