# EXHIBIT 11

**From:** jnduncan@cisco.com (Jim Duncan)
**Subject:** Re: "logging linecard/hostname" commands (CSCdk86749)
**Received(Date):** 20 Jul 1999 09:08:36 -0700
**To:** ytsai@cisco.com
**Cc:** parser-police@cisco.com

> This is in regards to CSCdk86749.
>
> In short, the namespace for the command "logging [hostname|IP_address]"
> collides with other logging commands.
> [...]
> Proposal:
> 1) Hide the command "logging 'hostname'|IP adress".
> 2) Add new command "logging server 'hostname'|IP address".

I suggest "logging host 'hostname|IPaddress'".

Even when it's a "server", it's still a "host" in internet parlance.  It's also shorter to type, and it meshes nicely with the typical CNAME for a syslog host on a network, "loghost", i.e.,

    logging host loghost

would send syslog data to the site's default syslog server.

This is obvious to me, but it might not be so obvious to other users.

    Jim


--
Jim Duncan, Product Security Incident Manager, Cisco Systems, Inc.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      CSI-CLI-00608661