# EXHIBIT 12

```
From:          ivanhoec@cisco.com (Ilse Van Hoeck)
Subject:       added commands for ospfv3
Received(Date):   Tue, 25 Jun 2002 12:08:05 +0000 (UTC)
```

Can you please review following commands which will be added in order to implement ospfv3 ? Funcional spec of this project is ENG-112494, ddts is CSCdx74714. Most of these commands are copies of the corresponding ospfv2 commands.

Interface commands:
-------------------
* ipv6 ospf <Process ID> area {<OSPF area ID as a decimal value> | <OSPF area ID in IP address format>} [instance <0-255>]: Enable OSPF on this interface
* ipv6 ospf cost <1-65535>: Interface cost
* ipv6 ospf database-filter all out: Filter OSPF LSA during synchronization and flooding
* ipv6 ospf dead-interval <1-65535>: Interval after which a neighbor is declared dead
* ipv6 ospf demand-circuit: OSPF demand circuit
* ipv6 ospf flood-reduction: OSPF Flood Reduction
* ipv6 ospf hello-interval <1-65535>: Time between HELLO packets
* ipv6 ospf mtu-ignore : Ignores the MTU in DBD packets
* ipv6 ospf neighbor <Neighbor IPv6 address> [ cost <1-65535> | database-filter all out | poll-interval <0-4294967295> | priority <0-255> ]: OSPF neighbor
* ipv6 ospf network { broadcast | non-broadcast | point-to-multipoint [non-broadcast] | point-to-point }: Network type
* ipv6 ospf priority <0-255>: Router priority
* ipv6 ospf retransmit-interval <1-65535>: Time between retransmitting lost link state advertisements
* ipv6 ospf transmit-delay <1-65535>: Link state transmit delay

ipv6 router ospf <Process ID> sub-commands:
-------------------------------------------
* area {<OSPF area ID as a decimal value> | <OSPF area ID in IP address format>} {default-cost <0-16777215> | nssa [default-information-originate [metric <0-16777214> | metric-type <1-2> | no-summary] | no-redistribution | no-summary] | range <IPv6 prefix> [advertise | not-advertise [cost <0-16777215>]] | stub [no-summary] | virtual-link <RouterID of virtual link neighbor> [dead-interval <1-8192> | hello-interval <1-8192> | retransmit-interval <1-8192> | transmit-delay <1-8192>]}: OSPF area parameters
* auto-cost [reference-bandwidth <1-4294967>]: Calculate OSPF interface cost according to bandwidth
* compatible rfc1583: OSPF compatibility list
* default-information originate [always | metric <0-16777214> | metric-type <1-2> | route-map <map>]: Distribution of default information
* default-metric <1-4294967295>: Set metric of redistributed routes
* discard-route {external | internal}: Enable or disable discard-route installation
* distance [<1-254> | ospf {external <1-254> | inter-area <1-254> | intra-area <1-254>}]: Administrative distance
* distribute-list prefix-list <list> {in [<interface>] | out {<protocol>}}: Filter networks in routing updates
* ignore lsa mospf: Do not complain about specific event
* log-adjacency-changes [detail]: Log changes in adjacency state
* maximum-paths <1-64>: Forward packets over multiple paths
* passive-interface [<interface>]: Suppress routing updates on an interface

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          CSI-CLI-00608702

* redistribute <protocol> [metric <0-16777214> | metric-type <1-2> | route-map <map> | tag <0-4294967295>]: Redistribute IPv6 prefixes from another routing protocol
* router-id <OSPF router-id in IP address format>: router-id for this OSPF process
* summary-prefix <IPv6 prefix> [not-advertise | tag <0-4294967295>]: Configure IPv6 summary prefix
* timers {pacing {flood <5-100> | lsa-group <10-1800> | retransmission <5-200>} | spf <Delay between receiving a change to SPF calculation> <Hold time between consecutive SPF calculations>}: Adjust routing timers

Ilse

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          CSI-CLI-00608703