# EXHIBIT 14

```
From:      mynam@cisco.com (Satish Mynam)
Subject:   Please review new CLI for BGP feature: CSCek5535 - BGP Dynamic neighbor subnet-range provision
Received(Date):   Mon, 12 Feb 2007 08:22:33 GMT
```

Hi,

The following is a new CLI that will be added for the new BGP feature:
CSCek55355: BGP Dynamic neighbor subnet-range provision
EDCS-544373

Please review it and let me know if you have any comments.

```
R1(config)#router bgp 1
R1(config-router)#bgp listen ?
  limit  Set the max limit for the dynamic subnet range neighbors
  range  subnet network range
  <cr>

----
R1(config-router)#bgp listen range ?
  A.B.C.D  subnet range <network>/<length>, e.g., 10.0.0.0/24

R1(config-router)#bgp listen range 10.0.1.0/12 ?
  peer-group  Member of the peer-group


R1(config-router)#bgp listen range 10.0.1.0/12 peer-group ?
  WORD  peer-group name

R1(config-router)#bgp listen range 10.0.1.0/12 peer-group FOO

----
R3(config-router)#bgp listen  limit ?
  <1-1000>  max number
```

Thanks
Satish

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    CSI-CLI-00608738