# EXHIBIT 15

```
From:           ahh@cisco.com (Andy Heffernan)
To:             parser-police@cisco.com
Subject:        NAT commands for California
Received(Date): 9 Apr 96 19:39:14 GMT
```

Here are the commands for working with NAT on the router (aka RAT):

4.1 Interface Configuration Commands

   o Interface config commands:

     ip nat { inside | outside }

     Interfaces need to be marked whether they are on the inside or the
     outside.  Only packets arriving on a marked interface will be
     subject to translation.

4.2 Global Configuration Commands

   o Defining a pool

     ip nat pool <name> <start-ip> <end-ip> { netmask <netmask> |
                                              prefix-length <prefix-length> }
                     [ type { rotary } ]

     Defines a pool of addresses using start address, end address, and
     netmask or prefix length.  These address will be allocated as needed.

   o Enabling translation of inside source addresses

     ip nat inside source { list <acl> pool <name> [ overload ] |
                            static <local-ip> <global-ip> }

     The first form enables dynamic translation.  Packets from
     addresses that match the simple access-list will get translated
     using global addresses allocated from the named pool.  The
     optional keyword "overload" enables port translation for UDP
     and TCP.  The second form of the command sets up a single
     static translation.

   o Enabling translation of inside destination addresses

     ip nat inside destination { list <acl> pool <name> |
                                 static <global-ip> <local-ip> }

     This command is similar to the source translation command.  For
     dynamic destination translation to make any sense, the pool should
     be a rotary-type pool.

   o Enabling translation of outside source addresses

     ip nat outside source { list <acl> pool <name> |
                             static <global-ip> <local-ip> }

     The first form enables dynamic translation.  Packets from
     addresses that match the simple access-list will get translated

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                           CSI-CLI-00608588

using local addresses allocated from the named pool. The second
form of the command sets up a single static translation.

o Configuring translation timeouts

ip nat translation timeout <seconds>

Dynamic translations time out after some time of non-use. When
port translation is not configured, translation entries time out
after 24 hours. This time can be adjusted with the above command.

ip nat translation udp-timeout <seconds>
ip nat translation dns-timeout <seconds>
ip nat translation tcp-timeout <seconds>
ip nat translation finrst-timeout <seconds>

When port translation is configured, there is finer control over
translation entry timeouts since each entry contains more context
about the traffic that is using it. Non-DNS UDP translations time
out after 5 minutes, while DNS times out in 1 minute. TCP
translations time out in 24 hours, unless a RST or FIN is seen on
the stream, in which case it will time out in 1 minute.

4.3 Exec Commands

o Showing active translations

show ip nat translations [ verbose ]

o Showing translation statistics

show ip nat statistics

o Clearing dynamic translations

clear ip nat translation *
clear ip nat translation <global-ip>
clear ip nat translation <global-ip> <local-ip> <proto> <global-port>
  <local-port>

All dynamic translations can be cleared with the first command.
The second command clears a simple translation, while the third
clears an extended translation.

o Debugging

debug ip nat [ <list> ] [ detailed ]

4.4 Example Configurations

The following configuration would translate between inside hosts
addressed from either the 192.168.1.0 or 192.168.2.0 nets to the
globally-unique 171.69.233.208/28 network.

ip nat pool net-208 171.69.233.208 171.69.233.223 prefix-length 28
ip nat inside source list 1 pool net-208

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    CSI-CLI-00608589

```
!
interface Ethernet0
  ip address 171.69.232.182 255.255.255.240
  ip nat outside
!
interface Ethernet1
  ip address 192.168.1.94 255.255.255.0
  ip nat inside
!
access-list 1 permit 192.168.1.0 0.0.0.255
access-list 1 permit 192.168.2.0 0.0.0.255
```

The following configuration would translate between inside hosts addressed from the 9.114.11.0 net to the globally-unique 171.69.233.208/28 network. Further, packets from outside hosts addressed from the 9.114.11.0 net (the "true" 9.114.11.0 net) will be translated to appear to be from net 10.0.1.0/24.

```
ip nat pool net-208 171.69.233.208 171.69.233.223 prefix-length 28
ip nat pool net-10 10.0.1.0 10.0.1.255 prefix-length 24
ip nat inside source list 1 pool net-208
ip nat outside source list 1 pool net-10
!
interface Ethernet0
  ip address 171.69.232.182 255.255.255.240
  ip nat outside
!
interface Ethernet1
  ip address 9.114.11.39 255.255.255.0
  ip nat inside
!
access-list 1 permit 9.114.11.0 0.0.0.255
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                           CSI-CLI-00608590