# EXHIBIT 19

**Subject:** proposed syntax for setting LACP bpdu rate.
**From:** djhall@cisco.com ("Dan Hall \(djhall\)")
**Received(Date):** Tue, 18 Oct 2005 18:05:18 GMT

Hi,

Please take a look at this proposed new cli for LACP. The cli (pagp rate fast || normal) already exists for PAgP and I am extending this functionality to LACP.

Proposed syntax for LACP:

```
djhall-6500(config-if)#lacp rate ?
  fast    Request LACP packets to be ingressed at the fast rate for this
          interface
  normal  Request LACP packets to be ingressed at the slow rate once the link
          is established
```

Thankyou,
Dan Hall

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      CSI-CLI-00608733