# EXHIBIT 20

**From:** vithal@cisco.com (Vithal Shirodkar)
**Subject:** Parser-Police: New "mac access-group" command
**Received(Date):** 5 Sep 2001 20:00:46 -0700

Hi,

There is a requirement to apply MAC named access-lists on layer 2 interfaces in the upcoming release of Catalyst 2950 switches (Calhoun II). To achieve this, we are proposing a new command and request it's review. The syntax is as follows -

mac access-group <name> in|out

The <name> parameter points to a named mac access list. The "in" and "out" are keywords which specify that the access-list needs to be applied for ingress and egress respectively. This command will be available in the interface configuration mode.

To display the configured access-group we need a show command. The syntax is as follows -

show mac access-group [interface <interface-number>]

The interface keyword and the <interface-number> parameter are optional. If this option is not specified, access-group information pertaining to all the interfaces will be displayed. This command will be available in the exec mode.

I would appreciate it if you could send in your review comments within seven days.

Thanks
Vithal

Vithal Shirodkar
Software Engineer
Desktop Switching Business Unit
Cisco Systems
(408) 8530875

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      CSI-CLI-00608696