# EXHIBIT 23

**From:** djhall@cisco.com (Daniel Hall)
**Subject:** Request for review on port channel CLI syntax additions.
**Received(Date):** Fri, 23 Jul 2004 18:50:10 GMT

Hi,

Please review the following CLI change request applicable to all (fec, pagp and lacp) port channels in cat6k platform. This would be an addition only.

Thanks in advance.

Dan Hall

Description:
As per ddts issue CSCee68070, a customer enhancement to aggregation in cat6k platform is proposed. Currently the first port to bundle in a port channel creates a
link-up condition for that port channel. With this other subsystems (such as STP)
can then do operations on this aggregate. When the last port leaves the port channel
this creates the link-down condition for the port channel.

This enhancement would delay the link-up indication on the port channel to PM until the
number of bundled ports equals this configured value, min-links. Given the condition
when a port unbundles and reduces the number of bundled ports
to below this amount, all ports would unbundle and a link-down condition will be issued
by PM.

This CLI to a port channel is applied to the primary and all existing secondary port
channels.

Also,
-Lack of MIB entries for this would make this doable only from CLI until added.
-Would provide some show capabilities for this configuration.
-Cat6k only but easy hook available for other platforms to support
-Default would cause the familiar behavior of link-up (down) with the first (last) port bundled.

Timeframe:
Please provide input before 7/30/04.

Proposed Syntax:
[no] port-channel min-links <1-8>

Example:
djhall-6500(config)#int po200
djhall-6500(config-if)#port-channel min-links ?
    <1-8>  The min number of bundled ports needed before this port channel can
        come up.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                        CSI-CLI-00608721