# EXHIBIT 27

**From:** nchandik@cisco.com (Nagarani Chandika)
**Subject:** Review: New CLIs for IGMP snooping
**Received(Date):** Thu, 27 Feb 2003 17:56:47 +0000 (UTC)

hi All,

I am planning to introduce the following two new options for the already existing 'show ip igmp snooping' CLI. Please let me know your comments.

OLD
====

```
Switch#show ip igmp snooping ?
show ip igmp snooping ?
  mrouter  Show routers on Catalyst Vlans
  vlan     Snooping info in a Catalyst Vlan
  |        Output modifiers
  <cr>
```

NEW
===

```
Switch#show ip igmp snooping ?
show ip igmp snooping ?
  mrouter  Show multicast router port information
  vlan     Show IGMP snooping information
  group    Show IGMP snooping membership information   <=====
  querier  Show IGMP snooping querier information      <=====
  |        Output modifiers
  <cr>
```

The complete syntax of the CLI is as follows:

```
show ip igmp snooping querier [vlan ]
show ip igmp snooping group [vlan ]
```

Note: I modified the description for other options. I am wondering if that is ok. I am not sure if Catalyst Vlans is the right description.
Please comment.

```
Switch>show ip igmp snooping querier
Vlan    IP Address    IGMP Version    Port
---------------------------------------------------
2       10.1.1.1      v3              Fa2/1
3       13.1.1.1      v2              Fa2/2

Switch>show ip igmp snooping group vlan 1
Vlan    Group       Version   Filter mode   Port set
------------------------------------------------------
1       229.2.3.4   v3        include       fa2/1,fa2/3
1       224.1.1.1   v2        exclude       fa6/2
Switch>
```

For future extension purposes, I am thinking the group command can be extended to display some detailed information for a specific group such as #include hosts, #exclude hosts, last reporter,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    CSI-CLI-00608707

uptime, etc.

Switch>show ip igmp snooping group <group_address>

thanks
-Naga

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          CSI-CLI-00608708