# EXHIBIT 29

Date printed:                              VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457



| Document Number | EDCS-517457, PRT # 23066 |
|---|---|
| Based on Template | EDCS-189230 Rev 16 |
| Created By | Sobha Kondaveeti |
| Author | Prasad Nune, Shilpi Saran, Sobha Kondaveeti, Atul Kumar |

# GSR VPLS Phase3
# Software Functional Specification

# Reviewers

| Department | Name/Title |
|---|---|
| Development Engineering | Ravi Amanaganti, Padmaja Penumarthy, Russell Gardo, Sam Henderson, Vinit Bansal, Rama Paduvalli, Vijay Kulkarni |
| DevTest Engineering | Sriram Chandrasekaran, Manoj Devnani, Jyoti Khera, Krishna Eranti |
| Marketing | Rama Sekhar |
| | |
| | |

# Modification History

| Revision | Date | Modifier | Comments |
|---|---|---|---|
| 1 | 05/05/2006 | Sobha Kondaveeti | Initial version |
| 2 | 05/09/2006 | Atul Kumar, Prasad Nune, Shilpi Saran, Sobha Kondaveeti | Updated sections based on internal review on 05/08/06 |
| 3 | 05/22/2006 | VPLS SW team | Updated sections based on external review on 05/11/06, PRT # 23066 |
| 4 | 06/26/2006 | Sobha Kondaveeti | Updated sections based on external review comments |
| 5 | 06/27/2006 | Sobha Kondaveeti | Modifying document approvers list |
| 6 | 01/15/2007 | Atul Kumar | Add information for L2 ACL and update bridge-domain section |

Copyright 2005 Cisco Systems.                    1                    Company Confidential
A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              CSI-CLI-01508948

# *Table of Contents*

*GSR VPLS Phase3 Software Functional Specification*..............................................................*1*

*Reviewers* ....................................................................................................................*1*

*Modification History* ....................................................................................................*1*

*1    Problem Definition* ................................................................................................*4*

*2    H-VPLS Overview* .................................................................................................*5*

*3    Features Description* ............................................................................................*6*

   **3.1    H-VPLS using Access PW** ..............................................................................**6**
      3.1.1    Linecard generation limitations in a H-VPLS box..................................................6

   **3.2    QoS Enhancements** .........................................................................................**6**
      3.2.1    Access PW QoS.....................................................................................6
      3.2.2    Match VLAN with VPLS mac classification ........................................................9

   **3.3    MAC table management enhancements** ..........................................................**11**
      3.3.1    Static mac address addition .....................................................................11
      3.3.2    Limit on number of MAC addresses per AC .......................................................12
      3.3.3    Shut VFI/AC with MAC table limit...............................................................12

   **3.4    Layer 2 ACL for E5** .......................................................................................**12**
      3.4.1    Limitations for L2 ACL ........................................................................13

*4    Software Architecture* .......................................................................................*13*

*5    Software Requirements* ......................................................................................*14*

   **5.1    H-VPLS using PW Access** ..............................................................................**14**
      5.1.1    CLI Changes ....................................................................................15
      5.1.2    MTU considerations .............................................................................15
      5.1.3    Shut/Un-shut bridge domain .....................................................................15
      5.1.4    Control Plane...................................................................................15
      5.1.5    GSR Platform Changes ...........................................................................16
      5.1.6    Data Plane......................................................................................16
      5.1.7    Restriction ....................................................................................18

*6    Summary of features* .........................................................................................*19*

*7    Scalability* .......................................................................................................*20*

*8    Memory and Performance Impact* ......................................................................*21*

*9    Packaging Considerations* .................................................................................*21*

*10    End User Interface* ...........................................................................................*21*

   **10.1    Access PW Configuration** .............................................................................**21**

   **10.2    Shut configuration under bridge domain** .......................................................**22**

   **10.3    MAC Table options configuration** .................................................................**22**

   **10.4    Layer 2 ACLs** .............................................................................................**23**
      10.4.1    Show command for layer 2 ACL.................................................................24

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        CSI-CLI-01508949

*11    Configuration and Restrictions* .......................................................................24

*12    Testing Considerations* ..................................................................................25

*13    Patentability Considerations* ..........................................................................25

*14    Architecture Baseline Requirements* ...............................................................25

*15    Accessibility Requirements* ............................................................................25

*16    Product Evolution Program, PEP* ....................................................................26

*17    Requirements Traceability Considerations* ......................................................26

*18    References* ....................................................................................................26

*19    Glossary* .......................................................................................................26

*20    Attachments* .................................................................................................27

  **20.1    Review Action Items** ................................................................................27

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508950

Date printed:                          VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

# 1   Problem Definition

GSR VPLS phase 3 development is targeted to enrich the VPLS solution on GSR by adding new features that will accelerate VPLS solution deployment. The release vehicle for these enhancements is IOS 12.0(33)S and it will encompass the following new features on top of existing VPLS feature-set:

- Hierarchical–VPLS (hence after, referred to as H-VPLS) capability using Access Pseudo-Wire.

- Quality of Service enhancements: The following new QoS features will be added:

  o  Access PseudoWire QoS

  o  'match vlan' functionality for VFI AC interfaces

- MAC table management enhancements

- Layer 2 Access Control List support on Engine 5 for fugu-based Ethernet SPAs.

The below 'Features/usability matrix' table shows 'what feature lies where'. VPLS phase 3 enhancements target H-VPLS solution addition as well as support few new features that will make GSR VPLS solution more competitive.

*Table 1: Features/Usability Matrix*

| | Needed to support H-VPLS | Enhancements for VPLS in general | Orthogonal to VPLS functionality |
|---|---|---|---|
| H-VPLS forwarding | ☑ | | |
| Access-PW QoS | ☑ | | |
| "match-vlan" for VFI AC intfs | | ☑ | |
| MAC table enhancements | | ☑ | |
| E5 L2 ACL | | | ☑ |

Copyright 2005 Cisco Systems.                    4                        Company Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508951

# 2  H-VPLS Overview

Virtual Private LAN Services (VPLS) (See EDCS-261721 for functional details for GSR VPLS) is an extension to the MARTINI-ENCAP draft and provides a mechanism for transporting Ethernet/802.3, VLAN [802.1Q] and VLAN-in-VLAN [Q-in-Q] traffic across multiple sites that belong to the same L2 broadcast domain. VPLS is a simple way to offer Virtual LAN services, including the appropriate flooding of Broadcast, Multicast and unknown unicast destination traffic over MPLS pseudo wires (LSPs), without the need for address resolution servers or other external servers.

Existing VPLS solution requires a full mesh of tunnel LSPs between all the PE routers that participate in the VPLS service. For each VPLS service, n*(n-1)/2 PWs must be setup between the PE routers. While this creates signaling overhead, the real detriment to large scale deployment is the packet replication requirements for each provisioned VCs on a PE router.

H-VPLS is a network topology proposal to reduce the number of pseudo wires within the MPLS network. H-VPLS reduces signaling and replication overhead to allow large scale deployment. The VPLS core PWs (Hub) are augmented with access PWs (Spoke) to form a two tier Hierarchical VPLS (H-VPLS). PW access to VPLS bridge domain is a predominant way of achieving hierarchical VPLS.  One of the main features this project to support H-VPLS using non ethernet Access Networks. Please refer to Section 10 in http://www.ietf.org/internet-drafts/draft-ietf-l2vpn-vpls-ldp-07.txt for a complete discussion on H-VPLS and concepts of using access PW for doing H-VPLS.

*Fig. 1: H-VPLS topology*



A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    CSI-CLI-01508952

# 3  Features Description

## 3.1 H-VPLS using Access PW

As noted earlier in the overview section, one of the preliminary ways to achieve H-VPLS is to use PseudoWire as an access type. It entails that layer 2 frames that need to be carried over the service providers' MPLS cloud transparently can arrive on a MPLS-enabled interface which starts to act as an attachment circuit interface. The decision as to which MPLS-enabled interface becomes the PW-access interface will be made automatically by the 'neighbor' configuration command options in the 'l2 vfi' configuration (explained in more details in the CLI section). Please note that with access PW implementation, a VFI domain can have a combination of Ethernet attachments circuits (port/dot1q/QinQ) and a PseudoWire attachment circuit.

### 3.1.1 Linecard generation limitations in a H-VPLS box

Access PW will be supported on GSR Engine5-based line cards and ***partially on Engine3 Gigabit Ethernet (Tetra) line cards***.  Both Engine5 and Engine3 line cards will be supported as ingress of access PW. But only Engine5 linecards will be supported as egress line card for H-VPLS functionality.  Because of multicast MGID limitations, Engine3 will not be supported as an egress card in H-VPLS solution. Software will always force access PW establishment through Engine5 line card for access PWs. Access PW will not come up if no LDP path exists through Engine5 cards.

To reiterate the engine 3 linecards limited role for access PW:

- Engine 3 linecards (tetra) interfaces can receive tagged traffic (i.e. ingress access-PW traffic). This traffic will undergo then destination MAC lookup (i.e. the usual tasks for VPLS forwarding) BUT

- Engine 3 linecards interfaces can ***NOT*** act as the egress point of this kind of traffic

The above restriction translates to forcing the core-PW establishment through an E5 linecard ONLY for PW-access traffic. Needless to say, the behavior carries over to the case when traffic egresses out of a tunnel (the underlying interface for the tunnel needs to be an E5 interface and *not* an E3 interface).

Also, Engine3 cannot be a back up FRR path. This is an existing limitation for Core PWs and will still be the limitation for spoke PWs as well.

## 3.2 QoS Enhancements

### 3.2.1 Access PW QoS

With access PW, the MPLS-enabled interface (that now acts as an attachment-circuit interface) can receive traffic corresponding to many access PWs (i.e. traffic with different VC labels arrive

Copyright 2005 Cisco Systems.                    6                              Company Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              CSI-CLI-01508953

at the same (sub)interface). A mechanism is desired to identify traffic corresponding to a particular VC label and apply QoS policies on that stream. Currently, the only 'match' criterion available for ingress MPLS traffic classification is the 'match' based on MPLS EXP bits. Clearly, this is not good enough to isolate different PW access traffic.

The access-PW QoS enhancements in 33S will introduce a new 'match' criterion under class-map to classify access pseudo-wire traffic. This will enable QoS per access-VC. This new match criterion is not supported on egress interface.

An ideal approach to implement per PW QOS would be to attach a QoS policy to an individual PW rather than to an interface (that will receive traffic corresponding to multiple PWs). This would require non-trivial infrastructure changes in the pseudowire template and QoS. Given the timeline of 12.0(33)S release, it has been ruled out to make those changes in the existing 12.0 infra. (apparently, development to this effect is underway in 12.2S train).

To fit in the existing model of attaching a QoS policy to an interface (in this context, interface refers to all kinds of interface: untagged [main] and tagged [802.1Q and 802.1 Q-in-Q]), hierarchical policy and class-maps with new match criterion will be applied to the interface. To identify per PW traffic, the new 'match' criterion would be based on *[neighbor-id, vc-id] tuple* as it uniquely identifies one access-PW.

A sample configuration would look like something similar to what is in example below (caveat: this is not finalized yet and is subject to MQC team and parser police approval):

a) **Parent Class Map Definition**:
   This would use the new match-criterion to isolate per VC label traffic:

       class-map *hvpls-pw-1*
         match pseudowire *1.1.1.1* vcid *101*   ← *New 'match' criterion*
       class-map *hvpls-pw-2*
         match pseudowire *1.1.1.1* vcid *102*
       .
       .
       class-map *hvpls-pw-256*
         match pseudowire *100.1.2.3* vcid *5*

b) **Child Class Map Definition:**
   This would use the existing VPLS match-criteria to isolate the kind of traffic (e.g. known/unknown etc):

       class-map *unicast*
         match destination-address mac vpls-known
       class-map *multicast*
         match destination-address mac vpls-unkown

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                CSI-CLI-01508954

### c) Child Policy Definition:
This would associate actions with the filter-class identified by the child class-maps. Eg:

```
policy police-pw-1
        class unicast
                police <rate1>
        class class-def
                police <rate2>


policy police-pw-2
        class multicast
                set exp <val1>
                set qos-group <val2>
        class class-def
                police <rate3>
.....
.....
policy police-pw-256
        class unicast
                police <rate>
        class class-def
                police <>
```

Please note that the possible actions associated with these class-maps primarily limited to only these actions:
- 2-rate color-blind policing
- Set MPLS exp
- Set QoS group id


### d) Parent Policy Definition:
This would serve as the hierarchy policy definition tying-in the child policy with parent class-map definition:

```
policy hvpls-access-pw
        class hvpls-pw-1          ← identifies a unique access-PW traffic
                service-policy police-pw-1      ← identifies different traffic flows and actions
        class hpvls-pw-2
                service-policy police-pw-2
        .....
        .....
        class hpvls-pw-256
                service-policy police-pw-256
        class class-default
                <>
```

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      CSI-CLI-01508955

Date printed:                                    VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

e) **Associating with an interface:**
The parent policy formed above would then be finally applied to an interface. This interface **has to be an ingress access-PW interface** for the policy to make sense.

```
int gig1/1/0.1
        service-policy input hvpls-access-pw
....
....
int gig 1/1/1.1
        service-policy input hvpls-access-pw
```

## 3.2.1.1 Constraints and Scope of implementation of PW-QoS

The following constraints need to be imposed on the class-map, policy definition in this context:

- Hierarchical parent class can have **only** [vcid, neighbor-id] match, no other match types allowed. Also, match on [neighbor, vcid] is allowed only with parent class in hierarchical policy. Child class cannot have match [neighbor, vcid].
- Hierarchical child class can have only match EXP, match vpls-known and match vpls-unknown as the match criterion.
- In the parent policy, parent classes should have no actions other than service policy
- This new match criterion [vcid, neighbor-id] would be supported only on input policy
- The possible actions associated with the policy are primarily limited to policing, setting mpls EXP and qos-group
- The pseudowire policy is only allowed on Engine5 MPLS tag enabled interfaces
- Psuedowire policies works for only Engine5 spoke pseudowire traffic

## 3.2.1.2 Scalability limitations

There are two system-wide limitations for GSR QoS in 12.0S:
- 256 class maps under policy
- 1024 class maps in a router

Effectively, the total QOS supported access PWs are limited to 256 per router if user configuration hits the first limit. Otherwise then 1K class maps would be the next limitation.

First limitation is currently the soft limitation only. We will try to increase the number of class maps per policy in testing and assess the system performance. But it's a best effort.

## 3.2.2 Match VLAN with VPLS mac classification

A printed copy of this document is considered uncontrolled. Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CSI-CLI-01508956

Date printed:                              VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

Match VLAN or subinterface grouping allows the user to group together multiple vlans (either a range or individual different vlans) so that they can share the same policy. The match vlan support for non vpls matches already exists in 32sy itself. Support for 'match vpls known, unknown, multicast' with 'match-vlan' feature will be added in 33s release for Engine5 attachment circuit interfaces. Here's an example of a policy map for a sub interface group.

### a) Class Map Definition:

This would use the existing VPLS match-criteria to isolate the kind of traffic (e.g. known/unknown etc):

```
class-map unicast
    match destination-address mac vpls-known
class-map multicast
    match destination-address mac vpls-unkown
```

### b) 'match-vlan' Class Map Definition:

```
class-map customer1
    match vlan 1 2 3      ← where 1,2,3 belong to VPLS bridge domain.
                            All vlan-ids included should be configured with bridge-domain.
class-map customer2
    match vlan 4 10-15 20
```

### c) Child policy Definition:

Associate policy with the traffic type:

```
policy customer1 child policy
    class unicast
        police <>
        bandwidth <>
    class multicast
        police <>
        bandwidth <>
    class class-def
        <>


policy customer2 child policy
    class unicast
        police<>
        bandwidth <>
    class multicast
        police <>
    class class-def
        <>
```

### d) Parent policy Definition:

Copyright 2005 Cisco Systems.                    10                        Company Confidential
A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    CSI-CLI-01508957

```
policy vpls-policy
    class customer1
        service-policy customer1_child_policy
    class customer2
        service-policy customer2_child_policy
    …..
```

c) **Associating with an interface:**

This hierarchical policy containing the "match-vlan" can **_ONLY_** be applied to a main interface. It will match on those vlan-ids off that main interface (since vlan-ids are unique for a main interface only).

```
interface gig x/y/z    ← applied on a main interface
    service-policy input vpls-policy
```

# 3.3 MAC table management enhancements

Following MAC table enhancements will be done in this phase.

- Ability to add static MAC address to DMATM table
- Provide global configuration command to set per AC MAC limit (VFI limit is already available)
- A configuration option to shut VFI/AC when MAC table limit reaches

## 3.3.1 Static mac address addition

As per the EFT feedback from VPLS phase1 and 2 (documented in ddts# CSCsc22123), GSR needs a way to add statically a mac address in the mac address table (DMATM) for vpls. This will be done via a configuration command. Following are some of the main properties w.r.t these static mac addresses/CLI.

- The command should be nvgened.
- Static mac addresses should not age out.
- *"clear mac address-table ..."* should not clear these static entries.
- *"show mac address-table ..."* should show these address as static.
- Limit this command to Ethernet Access Circuit interfaces only (and not access-PW) for this release.

The syntax for this command is detailed in the CLI section later in the document.

A printed copy of this document is considered uncontrolled. Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    CSI-CLI-01508958

Date printed:                                    VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

## 3.3.2 Limit on number of MAC addresses per AC

As per the EFT feedback from VPLS phase1 and 2 (documented in ddts# CSCsb53185), GSR needs a way to limit the number of MAC addresses per attachment circuit. As in 12.0(32)S release, the ability to limit the number of MAC addresses per VFI is already available. This new command enhances the capability by having a

- command to set global AC limit. With this, all the ACs will get this configured limit.
- command to set per VFI AC limit. All ACs that belong to that VFI will get this limit.

   If both global and VFI AC limits are set, then the VFI AC limit should take precedence. These commands should be nvgened.

## 3.3.3 Shut VFI/AC with MAC table limit

As per the EFT feedback from VPLS phase1 and 2 (documented in ddts# CSCsb53185), GSR needs a way to shut down the AC interface or the bridge-domain when the MAC address table limit for that AC/BD has reached. The existing command *"mac address-table limit ..."* will be enhanced to add another option to support this feature. Some things to consider for this operation:

- Should generate syslog for 'shut' operation.
- Should keep the VFI/interface in 'shut' state until the user manually does a "no shut".
- Show bridge domain should display this state.
- Provide this command only for bridge-domain and AC interfaces.

Please note that the requirements for this option are still under investigation.

## 3.4 Layer 2 ACL for E5

With the wide deployment of GSR Ethernet linecards in the metro Ethernet space, there are customer demands to have security tools at each level. Layer 2 access control lists provide a mechanism to have a layer of control and security at the frame entry-door level.

Layer 2 ACL allows to permit/deny a layer 2 ethernet frame based on the source MAC address on a per-interface level (an interface can be a main intf/dot1q/qinq). Note that even though this feature is targeted to go along with other VPLS enhancements, it is orthogonal to VPLS or L2VPN technology. However, it is expected that L2VPN deployed topology are the early adapters of this feature.

Salient points to consider for this feature:

Copyright 2005 Cisco Systems.                    12                        Company Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508959

- This feature can be applied to the granular level of main port, vlan, or a QinQ interface.
- The default catch all entry behavior of all L2-ACL is deny. This can be changed to permit by explicitly configuring "permit any" ACE at the end of an ACL.
- Deny all packets with broadcast or multicast MAC addresses as source MAC address.
- Both L2 and L3 ACL can be applied on the same interface.
- When port tunnel is enabled on the main interface then the L2ACL applied on the interface should be applicable to all the incoming traffic on that port.

In general, the feature support and functionality scope of L2 ACL implementation should match or exceed the existing implementation on E3 tetra linecards.

## 3.4.1 Limitations for L2 ACL

- This feature will be implemented in the layer 2 tcam present on fugu spa. It is **not** supported on gila-based versions of Ethernet SPAs.
- Support up to 5K order independent MAC ACEs per SPA (the limitation comes from the size of [port, SA] l2-tcam).
- Maximum number of distinct ACL lists that can be configured is 100. Ranges from 700-799.
- No MAC address mask support. So, it is basically a match on all the 48-bits and not section of bits as identified by a mask.
- Only Source MAC ACLs support. Destination mac-filtering is enabled by default in Ethernet broadcast medium for layer 3 packets.
- Only ingress ACLs support.
- No CAR or QOS support using these ACLs.

# 4  Software Architecture

Following figure shows a high level diagram of VPLS functional blocks. In the diagram, shaded modules will be extended to support access PW.

*Figure 2 VPLS Modules*

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                CSI-CLI-01508960



# 5  Software Requirements

## 5.1 H-VPLS using PW Access

The core PWs implements split horizon forwarding (i.e. packet received from MPLS network are not sent back into the MPLS network) towards the MPLS network to prevent loops.  But access PW will operate in non split horizon mode since is used as an AC to the VFI. That is the packet received from access PW is sent to all ACs including other access PWs and core PWs except the

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508961

same access PW itself. So, from the user configuration perspective, the only difference between core PW and access PW is the split horizon mode.

## 5.1.1 CLI Changes

A **'no-split-horizon'** keyword with *neighbor* command will be enabled under VFI configuration to differentiate the access PWs. This will enable the PW to operate in non split horizon mode. A sample output of an access PW configuration will look like this.

> *l2 vfi* VPLSA *manual*
>      *vpn id* 100
>      *bridge-domain* 10
>      *neighbor* 9.9.9.9 *encapsulation mpls*
>      *neighbor* 12.12.12.12 *encapsulation mpls*
>      *neighbor* 33.33.33.33 101 *encapsulation mpls no-split-horizon* ← Access PW1
>      *neighbor* 33.33.33.33 102 *encapsulation mpls no-split-horizon* ← Access PW2

## 5.1.2 MTU considerations

With the introduction of access PW to VFI there is a need to support "AC-less VFI", i.e. a VFI without Ethernet AC. In existing implementation, the MTU for bridge domain is derived from AC interface. In order to support MTU configuration for AC less VFI, a new 'mtu <value>' CLI will be introduced by PI code under 'l2 vfi' command chain.

An output of sample l2 vfi MTU configuration is given below.

> *Router(config)# l2 vfi <name> manual*
> *Router(config-vfi)# mtu <1500-9180>*

## 5.1.3 Shut/Un-shut bridge domain

A new place holder for per bridge-domain specific attributes is being introduced for GSR platform. There is also a request to provide the ability to shut or unshut a specific bridge domain either explicitly or as a result of MAC table limit breach. In 12.0(33)S, only [no] shut command is supported under this global bridge-domain command.

> *Router(config)# bridge-domain 10*
> *Router(config-bd)# [no] shut*

## 5.1.4 Control Plane

Existing ITD code in futurama branch supports 'no-split-horizon' key word. Following is the brief summary of changes in ITD code to support access PW.

A printed copy of this document is considered uncontrolled. Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CSI-CLI-01508962

Date printed:                              VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

- ITD platform code will provide an API to get MTU from vfi and provide notifications to MTU change. It will also query GSR bridge-domain specific code to see if a MTU change is allowed or not.
- An API to get the status of the bridge domain as well as the notification when it changes
- ITD code to bring up VFI without having an AC. Bring up the VFI only if bridge domain is configured under l2vfi. Bridge-domain has to be UP in that case.

## 5.1.5  GSR Platform Changes

- RP and LC code changes to force access PW through Engine5 line cards
- Extend VPLS HAL to process new AC bind/unbind requests of PW Access type
- Extend Engine5 Multicast driver to support access PW and FRR with access PWs.
- Extend Engine3/Engine5 unicast drivers to setup forwarding for Access PW
- Changes to Engine5 net flow driver code to have support for new learning profile and lookup.
- Changes to bridge domain code to have support for MTU configuration. In existing VPLS model, bridge domain configuration is allowed under an interface only. A new 'bridge-domain' command with shut/no shut options under main configuration will be introduced to configure MTU for bridge domain.

## 5.1.6  Data Plane

The packet arriving on access PW will be of the following format:

```
[4B VC label][Optional 4B control word][Ethernet L2 header]
```

The figure below shows the data plane forwarding architecture. What follows after is a brief description of the packet forwarding in H-VPLS paradigm. Please note that this is not a complete description of packet forwarding which is beyond the scope of this document, but this serves mainly to highlight the salient features and bring out the differences in H-VPLS forwarding.

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CSI-CLI-01508963

*Fig. 3: H-VPLS Forwarding Architecture*



## 5.1.6.1 Unicast Forwarding and MAC Address Learning

Access PW unicast packet processing is very similar to the packet process done in current Rx Disposition path. The key difference would be the way the source MAC addresses are learnt for the packets received from Core PW and going out on Access PW. Note that in existing VPLS implementation, we always learn MAC addresses on edge facing cards (Rx Imposition, Tx Disposition). But with an access PW introduction, to minimize the code changes and simplify the packet processing for access PW, it is decided to do MAC learning on Rx cards (i.e. the card that first receives the packet in the box). If the packet is received from Access PW learning happens on Rx Imposition card and if the packet is received from core PW and going out on access PW, learning happens on Rx Disposition card. In both the cases, the rewrite is imposed on Rx side and Tx path takes regular MPLS code path. There will not be any changes to learning for existing AC and core PW packets.

Copyright 2005 Cisco Systems.                    17                         Company Confidential
A printed copy of this document is considered uncontrolled. Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508964

It is possible to have packets arriving on access PW and going out on another access PW. This case is no different from regular unicast path.

There are no changes expected in Tx Imposition/Tx Disposition forwarding.

## 5.1.6.2 Multicast Forwarding

Current multicast implementation uses interface number check on Tx card to make sure that the packet does not arrive and go out on the same access circuit. But we cannot use interface number for access PWs since multiple VCs can go through the same interface. So we need to store incoming VC label in the replicord in order to achieve AC split horizon. But replicord does not have space to store VC label or some other form of id.

There are multiple options explored to implement this. Here is the brief summary of each one of them.

a) Increase the current replicord size from 48 bytes to 64 bytes. But this would be an approximate15% hit to an existing performance

b) Reduce the number of tags supported by one. But this would impair the FRR solution requires 4 tags

c) Existing multicast does not use PLU TCAM. Introduce a lookup using PLU TCAM to get VC label for split horizon check. This solution does not have any performance impact as such, but will involve significant driver and Prep ucode stage changes.

The final decision is to go with option (c) as this causes least impact on the existing functionality and performance.

In addition to the above mentioned change, an existing ucode in Prep/Mip/PoP stages will be extended to support access PW.

## 5.1.6.3 Explicit-null support

It is possible that the n-PE GSR device needs to advertise explicit null label also as part of access pseudowire setup. In that scenario, incoming packet on an access PW will have explicit-NULL on top of the VC label.

[4B Explicit-Null label] [4B VC label] [Optional 4B control word] [Ethernet L2 header]

GSR would need to pop off two labels in that case and do the mac forwarding based on the destination mac address further buried down in the frame.

## 5.1.7 Restriction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508965

Following are few of the high-level restriction for H-VPLS software functionality:

- Multicast packet sub interface counters does not work for packets dropped on access PW because of design limitations
- Access PW establishment will be forced through Engine 5 linecards.  There will be not be any configuration restriction for this but PW will not come up if the LSP path does not go through Engine5 card. Please refer to section 3.1.1 "Linecard Generation Limitations for a H-VPLS box'

# 6  Summary of features

*Table 2: Summary of features*

| Feature | Engine5 | Engine3 | Comments |
|---|---|---|---|
| Access PW | YES | NO | Only ingress support on Engine3 cards. |
| Access PW FRR | YES | NO | Engine3 cannot be a backup FRR path for spoke PWs. |
| Link Bundling | NO | NO | |
| Access PW QOS | YES | NO | for unicast traffic only<br>supported on ingress traffic only |
| Match VLAN | YES | NO | |
| Static MAC Address | YES | YES | Capability to add static MAC address to MAC table on a given bridge domain for given inter face. This is not supported for access PWs and core PWs as well. |
| AC MAC limit | YES | YES | Capability to limit number of MAC addresses learnt on AC. This is a global configuration for all ACs in the router. |
| shut option for VFI/AC when MAC table limit | YES | YES | Option to shut the VFI or AC when MAC ta ble limit reaches and informs the user through syslog. The VFI/AC remains in shut state until the user manually enables it. |
| PW redundancy | YES | YES | This feature is available in 32sy. test only effort. There are no software changes required. |
| L2 ACL | YES | YES | |
| Mechanism to disable | NO | NO | |

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    CSI-CLI-01508966

| Feature | Engine5 | Engine3 | Comments |
|---|---|---|---|
| forwarding between PW spokes | | | |
| H-VPLS with L2TPV3 edge | NO | NO | |
| nPE Core Optimization | NO | NO | |
| IGMP and PIM snooping support for VPLS | NO | NO | |
| Auto Discovery | NO | NO | |

# 7  Scalability

The current scale target is tabulated below.

## Table 3: Scalability Limits

| Scalability | Engine5 | | Engine3 | |
|---|---|---|---|---|
| | LC Limit | System Limit | LC Limit | System Limit |
| Access PW | 2k | 8K including both access and core PWs | | |
| Core PW | 5K | 8K including both access and core PWs | | |
| Access Circuits | 2K | 4K | 1K | |
| Number of VFIs | 2K | 4K | 1K | 4K |
| Max MAC table limit | 128K total (also per direction) | 320K | 64K (32K per direction) | 320K |
| L2 ACL(1) | 5K per SPA | | 5K | |

(1) L2 ACL shares the MAC L2 TCAM with mac accounting feature. The total size of that tcam is 5120 entries. Hence the scalability number of L2 ACL feature also depends on the number of mac entries present for src mac accounting feature.

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   CSI-CLI-01508967

# 8  Memory and Performance Impact

Existing Engine5 multicast implementation itself is already beyond the ucode cycle limit to achieve line rate performance. Access PW implementation would further drops the multicast performance by an approximate 15%. More accurate numbers will be documented in the design document.

# 9  Packaging Considerations

No new hardware packaging consideration is involved in this project.

**Software packaging consideration:**

IOS 12.0(33)S image will be the release vehicle for these planned features. VPLS phase3 development will be based on futurama branch that contains the ITD changes related to access PW.

# 10 End User Interface

## 10.1  Access PW Configuration

A key word 'no-split-horizon' will be added to the 'neighbor' command in VFI configuration. This will enable the PW to operate in non split horizon mode.

1. [no] l2 vfi *name* manual
2. [no] vpn id *vpn id*
3. [no] neighbor *remote router id [vc-id]* {encapsulation {mpls} [no-split-horizon]
4. [no] shutdown

**Table 4: Access PW configuration example**

| Command | Description |
|---|---|
| Router(config)#l2 vfi vpls1 manual | configures vfi |
| Router(config-vfi)#vpn id 10 | assigns a vpn id |
| Router(config-vfi)#neighbor 4.4.4.4 100 encapsulation mpls no-split-horizon | access PW configuration with vcid 100 |
| PE1(config-vfi)#bridge-domain 10 | adding bridge domain to VFI |
|  |  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      CSI-CLI-01508968

## 10.2  Shut configuration under bridge domain

A new CLI to configure MTU under bridge domain will be introduced to support "AC-less" bridge domain.

1. [no] bridge-domain *bridge-domain-id*
2. [no]shut

### Table 5: Configuring shut for bridge domain

| Command | Description |
|---|---|
| Router(config)#bridge-domain <id>  Router(config)#[no] shut | configures shut/no shut for bridge domain |

## 10.3  MAC Table options configuration

### Table 6:  Static MAC address configuration example

| Command | Description |
|---|---|
| Router#(config) [no] mac adress-table static <H.H.H> interface GigabitEthernet <if num> bridge-domain <id> | Adds static MAC address into MAC table  for a given bridge domain on given interface. |

### Table 7: AC MAC limit configuration

| Command | Description |
|---|---|
| Router#(config) [no] mac adress-table limit bridge-domain <id> intf <name>  maximum <number> | sets the limit on number of MAC addresses learnt on AC |

### Table 8: VFI shut configuration

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          CSI-CLI-01508969

Date printed:                              VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

| Command | Description |
|---------|-------------|
| Router#(config) [no] mac adress-table limit action <limit <flood |no-flood> | shutdown recover-interval #> | This sets global MAC table limit action and will be applied to all VFIs and ACs in the router. VFI will come to no shut state automatically after recover-interval time. |
| Router#(config) [no] mac adress-table limit <bridge-domain #> action <limit <flood|no-flood> shutdown recover-interval #> | This sets MAC table limit action for a given bridge domain or AC. VFI will come to no shut state automatically after recover-interval time. |

## 10.4  Layer 2 ACLs

The CLI for Layer 2 ACL feature is given below. The CLI is same as for E3 linecards.

### Table 9:  L2 ACL configuration command

| Command | Description |
|---------|-------------|
| Router#(config) [no] access-list <700-799> {permit | deny} <address> | To create an access list based on MAC address. |

### Table 10: Command to apply L2 ACL to an interface

| Command | Description |
|---------|-------------|
| Router(config)# interface gig3/0/4.1 | Enter the interface configuration mode |
| Router(config-subif)# [no] mac access-group <access-list number> | Apply MAC ACL to an interface |

- ▪ Layer 2 ACL access list number is between 700-799
- ▪ All the ACEs are configured separately e.g.
    - o access-list 701 deny 0.0.44
    - o access-list 701 deny 0.0.45
    - o access-list 701 permit 0.0.44      ← This becomes the backup ACL
    - o access-list 701 permit 0.cccc.bbb5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              CSI-CLI-01508970

Date printed:                                        VPLS: GSR VPLS Phase3 Software Functional Specification: EDCS-517457

        o   access-list 701 permit any
    ▪ Sample configuration example:
        *Router# config t*
        *Router (config)# access-list permit 700  0003.fd1b.8700*
        *Router (config)# access-list permit 700  0003.fd1b.8701*
        *Router (config)# access-list permit 700  0003.fd1b.870a*
        *Router (config)# access-list deny any        <------- This is optional. Default is deny.*

        *Router (config)# int gig 6/1/0.1*
        *Router(config-subif)# mac access-group 700 in*
        *Router(config-subif)# end*

    By default "deny any" entry will be added to the end of each ACL (all packets with no
    ACE entry in the ACL will be dropped). User can change this behavior by explicitly
    configuring the "any permit" entry in the acl.

## 10.4.1 Show command for layer 2 ACL

**Table 11: Show command to display L2 ACL information**

| Command | Description |
|---|---|
| Router# show mac access-lists [<acl_num>] | Displays all the aces configured for all interfaces across every LC and the cumulative ace counters. When executed on the LC, it displays the information corresponding to that linecard only.<br><br>When acl_number is specified, it displays the information for the ACEs of that acl number only. |

# 11 Configuration and Restrictions

The configuration and restrictions applicable to each section is mentioned in the corresponding
section itself. Because of the nature of contents, it helps in understanding if the constraints are
listed along with the features other descriptions. It is deliberately avoided to lump them together
and reproduce here to avoid information mismatch in the future.

Copyright 2005 Cisco Systems.                    24                    Company Confidential
A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CSI-CLI-01508971

# 12 Testing Considerations

Separate documents for unit testing and integration testing will be developed as the project progresses.

# 13 Patentability Considerations

None

# 14 Architecture Baseline Requirements

N/A

# 15 Accessibility Requirements

*The specific Accessibility Design Requirements (ADRs) for this program were captured in ADR checklists in the System Function Spec (SFS). The checklists contain both the accessibility requirements that will be met by this program along with accessibility requirements that were met by an earlier release of this product. This program is responsible for meeting both the new requirements and assuring that the previously met requirements continue to be met.*

*The ADR checklists in the SFS contain the ADR identifiers (ADR IDs) that should be listed/cited here for ease of reference during development to obtain more detailed guidance from the ADR knowledgebase on accessibility design, implementation, and testing. This information can be obtained by following the hyperlink inserted in the ADR ID. The ADR IDs that are labeled as "MUST" are required to comply with the accessibility laws. If a program drops a "MUST" requirement during development, seek guidance from Corporate Compliance Accessibility Group to determine the legal ramifications.*

*For more information on design for the accessibility requirements, refer to the detailed information for an ADR ID located in the ADR knowledgebase at http://wwwin.cisco.com/accessibility/requirements/. For more information on accessibility design see http://wwwin.cisco.com/accessibility/design_testing/. For more information on adding ADR IDs into the SFS, see the SFS template at EDCS-189226. Training on designing accessible software and other accessibility courses can be found at http://wwwin.cisco.com/accessibility/training/.*

The list of ADRs that this Software Functional Specification addresses is the following:
*<List the applicable ADR IDs from the program's System Functional Specification.>*

A printed copy of this document is considered uncontrolled. Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CSI-CLI-01508972

# 16 Product Evolution Program, PEP

N/A

# 17 Requirements Traceability Considerations

**<<TL 9000: ADDITIONAL REQUIREMENT FOR TL 9000 COMPLIANCE>>**

*Requirements traceability is required for TL 9000 registration. Traceability may be performed manually, or with assistance of automated software tools.*

*If the requirements in the SFS are not of sufficient detail to support traceability to test cases, you may need to trace the product requirements to the more detailed functional requirements specified in this SW functional specification. In this situation, provide unique identifiers for all functional requirements and trace product requirements to functional requirements consistent with your organization's strategy for requirements traceability. If the project has a separate traceability matrix provide a link to that document.*

*Refer to Common Requirements Traceability Process Handbook EDCS-400506 for a thorough description of traceability and some examples of a manual implementation*

<body>

# 18 References

1. GSR VPLS Phase 2 Product Requirements Document, EDCS-476923
2. ITD VPLS Product Requirements Document, EDCS-461551
3. VPLS Software Functional Specification, EDCS-261721
4. GSR Engine5 VPLS Software Design Specification, EDCS-405965

# 19 Glossary

The following list describes acronyms and definitions for terms used throughout this document:

AC          Access Circuit

A printed copy of this document is considered uncontrolled. Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                CSI-CLI-01508973

| CE | Customer Edge Router/Switch |
|---|---|
| DA | Destination MAC Address |
| H-VPLS | Heirarchical VPLS |
| GSR | Gigabit Switch Router |
| LDP | Label Distribution Protocol |
| MPLS | Multi Protocol Label Switching |
| MTU | Maximum Transfer Unit |
| P | Provider Router/Switch |
| PE | Provider Edge Router/Switch |
| PW | Psuedo Wire |
| QOS | Quality of Service |
| VC | Virtual Circuit |
| VLAN | Virtual Local Area Network |
| VPLS | Virtual Private LAN Services |
| VFI | Virtual Forwarding Instance |

# 20 Attachments

## 20.1  Review Action Items

Action items are tracked using PRT # 23066.

## End of Document

A printed copy of this document is considered uncontrolled.  Refer to the online version for the controlled revision.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         CSI-CLI-01508974