# EXHIBIT 32

**From:** lol@cisco.com (Lol Grant)
**To:** parser-police@cisco.com
**Subject:** Proposed changes to tacacs commands for T+
**Received(Date):** 10 Feb 96 03:26:41 GMT

1). The "tacacs-server host <hostname>" command is to be extended by adding optional arguments, viz:

tacacs-server host <hostname> [ single-session ] [port <integer> ]
    [timeout <integer> ]  [ key <string> ]

This supports per-server encryption keys, port numbers and timeouts. The keyword "single-session" indicates a server capable of multiplexing T+ sessions over a single tcp connection (CiscoSecure only).

2). The introduction of

    "debug tacacs events"

to show debugging output from the Tacacs+ "helper" process

3). The introduction of a

    "show tacacs"

command, to show various interesting statistics about T+ servers, e.g.

Server: 171.69.60.90 port 49: closes=0 opens=0 errors=0
    packets in=0 packets out=0
    no connection

Server: 171.69.60.15 port 49: closes=0 opens=0 errors=0
    packets in=0 packets out=0
    no connection

Server: 171.69.58.104 port 53: closes=1 opens=2 errors=0
    packets in=4 packets out=5
    connection 49BBD0 state=CLOSEWAIT

Cheers,

__
Lol

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    CSI-CLI-00608587