# EXHIBIT 33

**From:**     wengchan@cisco.com (Weng Hong Chan)
**Subject:**  Review request of new show vlan commands
**Received(Date):**    15 Nov 2001 16:37:47 -0800

Hi,

Thanks for all the comments.
------------ Begin Forwarded Message ------------

Date: Tue, 13 Nov 2001 10:40:13 -0800 (PST)
From: Weng Hong Chan <wengchan@cisco.com>
Subject: New show vlan commands
To: ios-switch-coders@cisco.com, aegal@cisco.com, sbsardar@cisco.com
Cc: wengchan@cisco.com
MIME-Version: 1.0
Content-MD5: WKqT4cpC6qMRYT8V0giNLQ==

In Cat6k hubble release, we're going to add two new 'show vlan' commands.
'show vlan internal usage' will display the internal VLAN usage. The
usage field context is provided by the application when it requests for
an internal VLAN.

In Cat6k hubble release, we're going to add two new 'show vlan' commands.
'show vlan internal usage' will display the internal VLAN usage. The
usage field context is provided by the application when it requests for
an internal VLAN.

'show vlan summary' will display the total number of L2 VLANs, number of
VTP vlan, and as well as the number of exteneded range VLANs in the system.

Thanks,
- weng

### show vlan internal usage

Router#show vlan internal usage
VLAN Usage
---- ---------------
1025 EARL5 L2
1026 FastEthernet5/2
1027 FastEthernet5/3
1028 WANInterface


### show vlan id {vlan-id} intenral usage

Router#show vlan id 1026 internal usage
VLAN Usage
---- ---------------
1026 FastEthernet5/2


### show vlan summary

Router#show vlan summary
Number of existing VLANs          : 17

Number of existing VTP VLANs     : 7
Number of existing extended VLANs : 10


------------- End Forwarded Message -------------

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-00608700