# EXHIBIT 34

**Subject:**   Last call for multi-AF VRF CLI review comments
**From:**      lrevarde@cisco.com ("Luc Revardel \(lrevarde\)")
**Received(Date):**      Tue, 31 Aug 2004 11:59:23 GMT

Hello,

Here is the finalized CLI for VRF supporting multiple address-families (ipv4 and ipv6). This is part of 6VPE project (see EDCS-274057 & EDCS-357882) targeted to 12.2S RLS7.
Please provide feedback as soon as possible.

Thanks
Luc

A- The following describes what has been changed versus existing vrf CLI for ipv4.

1- vrf configuration command:
router(config)#vrf ?
  definition   VRF definition mode
  selection    selection criteria
  upgrade-cli  upgrade cli

2- Entering VRF definition mode (equivalent to "ip vrf <name>" command):
router(config)#vrf definition <name>

3- Activating an address family inside a given VRF and enter AF configuration mode:
router(config-vrf)#address-family {ipv4 | ipv6}

4- Interface mode vrf command (equivalent to "ip vrf ..."):
router(config-if)#vrf ?
  forwarding  Configure forwarding table
  receive     Add Interface Address into VRF Table
  select      Enable VRF selection
  sitemap     Configure route-map for routes received from this site

5- Displaying VRFs (equivalent to "show ip vrf ...")
router#show vrf [ipv4 | ipv6] ...
All the following keywords are unchanged.

6- Configuration template:
vrf definition <name>
  rd <xx:yy>
  vpn id <id>
  context <name>
  route-target import <xxx:x>
  route-target export xxx:x
  import route-map <name>
  export route-map <name>
!
  address-family ipv4
    route-target import xxx:x
    route-target export xxx:x
    import map <name>
    export map <name>

```
    exit-address-family
!
  address-family ipv6
    route-target import xxx:x
    route-target export xxx:x
    import map <name>
    export map <name>
    exit-address-family
!
interface <name>
 vrf forwarding <name>
```

B- Migration considerations
The old CLI mode for IPv4 (ip vrf <name>) will be supported and never migrated or deprecated until new decision.
To force the CLI migration ("ip vrf <name>" to "vrf definition <name>" + "address-family ipv4"), a new command is defined (similar to "bgp upgrade-cli"):
router(config)#vrf upgrade-cli

Some backward compatibility rules:
Both old and new CLI can coexist.
A vrf created with old style (ip vrf) can only be activated using "ip vrf forwarding".
A vrf created with new style can only be activated using "vrf forwarding".