# EXHIBIT 35

**From:**      ftallet@cisco.com (Francois Tallet)  
**Subject:**   Re: two new STP commands  
**Received(Date):**      Fri, 18 Feb 2005 20:32:35 GMT

That was a transmit hold-count (not time).  
So unless further proposal, I'll implement:

(config)#[no] spanning-tree transmit hold-count [<value>]  
and  
(config-if)#[no] spanning-tree pre-standard

Thanks and regards,  
   Francois

> Francois Tallet wrote:  
>  
>> Bruce Pinsky wrote:  
>>  
>>> -----BEGIN PGP SIGNED MESSAGE-----  
>>> Hash: SHA1  
>>>  
>>> Francois Tallet wrote:  
>>> | Hi Bruce,  
>>> | See inline,  
>>> |  
>>> | Bruce Pinsky wrote:  
>>> |  
>>> | Francois Tallet wrote:  
>>> | | Hi all,  
>>> | |  
>>> | | As part of IEEE standard MST development (ENG-410245), I'm  
>>> introducing  
>>> | | the two following spanning tree configuration commands:  
>>> | |  
>>> | | A global config command:  
>>> | |  
>>> | | (config)#[no] spanning-tree txholdcount [<seconds>]  
>>> | |  
>>> |  
>>> | Are there other types of hold counts?  Are there other transmit  
>>> values?  
>>> |  
>>> |  
>>> |> Nope, only one. No other transmit values either.  
>>> |  
>>>  
>>> Still might be better as "transmit hold-count".  
>>  
>>  
>>  
>> The IEEE specification itself does use this txholdcount terminology  
>> everywhere... Else, I would not have anything against that, or even  
>> "transmit hold count" while we're at it (except that it become long  
>> to type for lazy engineers). All the stp timing parameters have very  
>> different name (hello-time, forward-delay, max-age etc...), the IEEE  
>> definitely does not help summarizing our CLI...

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              CSI-CLI-00608730

```
>
>
> Ignore the IEEE specification and break it up. They don't
> have a parse tree to worry about.
>
> Thanks,
>
> Rick
>
>>
>>>
>>>
>>> |
>>> | | This command allows the user to set the "txholdcount" spanning tree
>>> | | parameter. This parameter is spelled this way in the IEEE
>>> specification
>>> | | (it's actually TxHoldCount), so I'm not trying to avoid
>>> "transmit hold
>>> | | count";-). The no form of the command, as usual, resets to the
>>> default
>>> | | and does not need specifying a value.
>>> | |
>>> | | An interface command:
>>> | |
>>> | | (config-if)#[no] spanning-tree pre-standard
>>> | |
>>> |
>>> | pre-standard is too vague.  pre-standard of what?
>>> |
>>> |
>>> |> @#%^#^% made a typo: this is
>>> |>               "spanning-tree mst pre-standard"
>>> |> Sorry about that. I think it clearly says that the interface is
>>> to run
>>> |> in pre-standard mst mode.
>>>
>>>
>>> Ok.
>>>
>>> Should it be "spanning-tree mst transmit hold-count <x>"  as well then?
>>
>>
>>
>> No, this time it was not a typo;-) The txholdcount parameter is not
>> mstp specific, it shared with another spanning-tree mode.
>> Thanks and regards,
>>    Francois
>>
>>>
>>> - --
>>> =========
>>> bep
>>>
>>> -----BEGIN PGP SIGNATURE-----
>>> Version: GnuPG v1.4.0 (MingW32)
>>>
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          CSI-CLI-00608731

```
>>> iD8DBQFCE9FoE1XcgMgrtyYRAoF+AJoDCEb1c/xaxdwRxR3lw/fEhcW/dwCaA2cW
>>> A9g3anbcrnZZDOfGQSI57Yk=
>>> =6sbB
>>> -----END PGP SIGNATURE-----
>>
>>
>>
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    CSI-CLI-00608732