# EXHIBIT 38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS, INC.,        )
                                 )
 6              Plaintiff,       )
                                 ) Case No.
 7         vs.                   ) 5:14-cv-05344-BLF (PSG)
                                 )
 8    ARISTA NETWORKS, INC.,     )
                                 )
 9              Defendant.       )
     _____    )

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15   VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16            Palo Alto, California

17          Friday, November 20, 2015

18                 Volume I

19

20

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908

24   Job No. 2187110

25   Pages 1 - 189
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Could you explain to me what you mean by      11:09:26

 2   "parser"?

 3        Q    Do you know what a parser is?

 4        A    I know in a generic sense what a parser

 5   is.                                                      11:09:45

 6        Q    What's a parser in your -- based on your

 7   understanding?

 8        A    A parser is something that takes a string

 9   of text and divides it up into a sequence of tokens,

10   and then takes some action based on those sequence      11:10:09

11   of tokens.

12        Q    Based upon that understanding, do you know

13   whether EXEC had a parser?

14        A    Yes.

15        Q    It did?                                        11:10:25

16        A    It did.

17        Q    How do you know that it had a parser?

18        A    Because it had the behavior that I

19   described.

20        Q    Had you ever seen the EXEC source code?       11:11:03

21        A    Yes.

22        Q    And had you seen the parser code of EXEC?

23        A    I had seen parts of it.

24        Q    How did you come to see that code?

25        A    It was -- Stanford had a source license to    11:11:33
```

Page 54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1      that software.                                    11:11:38

2          Q    So you saw the EXEC source sometime during

3      your time at Stanford?

4          A    Yes.

5          Q    Why did you look at the EXEC source code?   11:12:02

6          A    To apply patches, fix bugs.

7          Q    How often would you have to fix bugs in

8      the TOPS-20 code, do you recall?

9          A    I do not recall -- recall the frequency.

10         Q    Do you understand whether there was a       11:13:26

11     privileged mode in TOPS-20?

12         A    Yes.  There is -- there is a privileged

13     mode.

14         Q    And what distinguishes a privileged mode

15     from any other mode?                                11:13:50

16         A    The -- assuming that you had access to the

17     privileged mode or the privileged -- to additional

18     privileges, it would change the -- change the prompt

19     character.

20         Q    Do you know what the prompt character was   11:14:29

21     in the privileged mode?

22         A    Yes.

23         Q    What was it?

24         A    Stanford used an exclamation mark.  DEC

25     had a character -- a different character that I     11:14:49
```

Page 55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    don't remember.                                                    11:14:51

2        Q   Did privileged mode allow you a different

3    set of commands than in a non-privileged mode?

4        A   There were a -- yes.

5        Q   What are some of the examples of different    11:15:27

6    commands you could get in privileged mode as opposed

7    to non-privileged mode?

8        A   One of the things was you could control a

9    printer, a printer software.

10       Q   How would one get into privileged mode in     11:15:53

11   TOPS-20?

12       A   Assuming your user ID had the privileges,

13   you could give a command called "enable."

14       Q   Is that all, just "enable"?  Yes?

15       A   Yes.                                          11:16:34

16       Q   Okay.  So "enable" combined with your user

17   ID could get you into privileged mode?

18       A   Correct.

19       Q   Are you familiar with the syntax of

20   TOPS-20 commands?                                     11:17:00

21       A   In a -- yes.

22       Q   Can you explain what it is?

23       A   There are many commands.  I do not

24   remember all of them.

25       Q   Was there a general format for TOPS-20        11:17:37

                                                           Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    commands, to your recollection?                    11:17:42

2        A    Yes.

3        Q    What was that format?

4        A    Again, there are many commands, and I

5    don't remember all the details of those commands.   11:18:10

6        Q    Okay.  Do you -- I was trying to get

7    beyond that by asking you a general question about

8    the format that might be applicable to a range of

9    commands.

10           Is there such a thing, to your knowledge?   11:18:27

11           MR. NEUKOM:  Objection to form.  Vague.

12           THE WITNESS:  The -- the EXEC -- the

13   number of such commands was large and varied.  And

14   DEC appeared to have a standard way of doing things,

15   but I don't remember all the details.               11:18:55

16   BY MR. FERRALL:

17       Q    Okay.  Can you tell me anything you

18   remember about the way TOPS-20 commands were

19   formatted as a general matter?

20           MR. NEUKOM:  Objection to form.             11:19:20

21           THE WITNESS:  There would be a leading

22   keyword, perhaps one or two leading keywords.  There

23   was -- to help people along, you could hit an

24   "escape" key.  You would complete -- it might print

25   out something called a guide word.                  11:20:05
```

Page 57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    different modes are there?                          14:23:20

 2         A    A lot.

 3         Q    Do you know how many?

 4         A    No, not at present.

 5         Q    More than five?                           14:23:44

 6         A    Yes.

 7         Q    More than ten?

 8         A    Probably.

 9         Q    Were there different modes in the

10    original -- actually, strike that.                  14:24:04

11              Let me ask terminology.

12              What did you call the original Cisco

13    software before it became known as IOS?

14         A    The gateway software.  The router

15    software.  The terminal server software.  The AGS   14:24:25

16    software.  There was no branding.

17         Q    This Exhibit 37 refers to "AGS User

18    Manual."

19              What does AGS stand for?

20         A    Advanced gateway server.                  14:24:45

21         Q    Okay.  At the time of Version 6 of the

22    Cisco software, how many different modes were there,

23    do you know?

24         A    So I don't understand how you're using the

25    word "mode."                                        14:25:21
```

Page 107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          Q    Did Cisco use the word "mode" in          14:25:27

 2   describing its functionality of its software?

 3          A    We had -- there would be -- the phrase

 4   "configuration mode" was certainly being used at

 5   this time.                                             14:25:46

 6          Q    Okay.  And how did -- how did

 7   "configuration mode" differ from any other mode of

 8   operation?

 9          A    It allowed you to type in command

10   expressions that affected the configuration of the    14:26:04

11   system.

12          Q    And if you weren't in configuration mode,

13   how would you describe whatever mode you were in?

14          A    You were -- at this time you would have

15   said you are at the EXEC.                              14:26:32

16          Q    What does "EXEC" mean?

17          A    It was the term that I chose to refer to

18   the -- all the stuff that wasn't the configuration

19   mode.

20          Q    Give me an example of what that stuff is   14:27:08

21   or was.

22          A    The commands for connecting to other

23   computers on the network, the class of command

24   expressions that we call the "show" commands.

25               Basically the set of commands that did not 14:27:48
```

Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    reveal -- basically mostly status commands and ones                14:27:53

2    for handling connections over the network to other

3    hosts, sort of a subset of the -- of the terminal

4    server commands.

5          Q    And you said you chose the term "EXEC,"                 14:28:26

6    that's E-X-E-C; is that right?

7          A    Yes.

8          Q    You chose that term, yes?

9          A    Yes.

10         Q    How did you come up with that term?                     14:28:39

11         A    Well, I had a number of possible ways of

12   describing it.  I could have used "shell" after

13   the -- modeling it along the UNIX way of -- UNIX

14   equivalent.

15              From -- I decided EXEC in sort of -- you               14:29:15

16   know, inspired by the TOPS-20 command processor.

17   You know, calling it the command processor would

18   have been another possibility.

19              There was a number of possibilities that I

20   could have called it, what I could have called that            14:29:38

21   particular part of the software, and I ended up

22   choosing EXEC.

23         Q    Now, were you responsible for determining

24   the prompt symbol on the interface?

25              I'm sorry.  Let me be clear.                          14:30:26

Page 109

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              I'm talking about on the interface line,        14:30:28

2     there are symbols that precede the input point, such

3     as a hash sign, for example, right?

4         A    So for -- I was responsible for choosing

5     the prompts for the command line interface, for the    14:30:45

6     CLI.

7         Q    Okay.  And tell me what those prompts are,

8     the various prompts that the Cisco CLI uses.

9         A    There are many right now.  But at the time

10    there was the -- the unprivileged EXEC commands, and   14:31:09

11    that was the host name of the -- of the router or --

12    of the router, followed by a close angle bracket.

13              There was a privileged mode, and it

14    changed that prompt to a hash mark.

15              And in the initial implementation of         14:31:55

16    configuration mode, there was no prompt.

17        Q    Okay.  How did you choose the hash prompt

18    for the privileged mode?

19        A    It was visually large and different than

20    the -- different -- just different than the            14:32:25

21    unprivileged EXEC prompt.

22        Q    Okay.  How did you use the unprivileged

23    close angle bracket prompt?

24        A    I don't understand your question.

25        Q    Did you choose to use the close angle         14:32:59
```

Page 110

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A    He worked for IBM.                              15:34:52

2       Q    What was Mr. Rekhter's contribution to the

3   BGP RFC?  The first one?

4       A    We were co-designers.

5       Q    Are you able to describe what he              15:35:28

6   contributed as opposed to what you contributed?

7       A    No.  We worked closely together.

8       Q    Do you know whether you ever made any

9   declarations to the IETF concerning copyrights that

10  Cisco claimed in any of the language in the first       15:35:57

11  BGP RFC?

12          MR. NEUKOM:  Objection.  Vague, compound.

13          THE WITNESS:  To the best of my

14  recollection, we made no copyright claims in the

15  first BGP RFC.                                          15:36:17

16  BY MR. FERRALL:

17      Q    Did Cisco make any disclosures to the IETF

18  regarding copyright claims in any of the BGP RFCs?

19          MR. NEUKOM:  Objection.  Compound, vague.

20          THE WITNESS:  Not to my knowledge.             15:36:35

21  BY MR. FERRALL:

22      Q    Did you ever make a disclosure to the

23  Internet Architecture Board of any intellectual

24  property rights in BGP, to your knowledge?

25      A    To my knowledge --                            15:36:57

                                                   Page 127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            MR. NEUKOM:  Objection.  Compound, vague.    15:37:00

 2            THE WITNESS:  -- we did not make any such

 3    assertions.

 4            MR. NEUKOM:  And foundation.

 5    BY MR. FERRALL:                                      15:37:08

 6        Q   Did you ever have an agreement with

 7    Mr. Rekhter about the right to use any of his

 8    contributions to the BGP work that you guys did?

 9            MR. NEUKOM:  Vague, compound, calls for a

10    legal conclusion --                                 15:37:44

11            THE WITNESS:  Could you --

12            MR. NEUKOM:  -- and mischaracterizes prior

13    testimony.

14            THE WITNESS:  Could you repeat the

15    question, please?                                   15:37:59

16    BY MR. FERRALL:

17        Q   Sure.  I'll ask a slightly different

18    question.

19            Did you ever ask permission from

20    Mr. Rekhter to use any of his contributions to the  15:38:09

21    BGP project?

22            MR. NEUKOM:  Objection.  Vague, compound,

23    calls for a legal conclusion.

24            THE WITNESS:  We did not seek permission

25    from one another for our individual contributions.  15:38:26
```

Page 128

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. FERRALL:                                          15:38:30

2        Q    Okay.   IBM didn't ask you for permission,

3    either, correct?

4        A    No.

5        Q    One of the CLI terms in this case is the        15:39:20

6    term "IP address."

7             Are you familiar with that?

8        A    I'm familiar with the command expression

9    "IP address."

10       Q    Did you come up with the phrase "IP             15:39:33

11   address"?

12       A    When Cisco came out of Stanford, we were

13   shipping an IP -- an Internet protocol only router.

14   And there was a command "address" that took some

15   arguments.                                               15:40:12

16            And after -- after a while, we started

17   adding other protocols to the software.   The first

18   one was "DECnet."   And since "address" was already

19   taken to refer to IP functionality, Internet

20   protocol functionality, we came up with "DECnet        15:40:44

21   address," and then had a DECnet address after it.

22            That "DECnet address" command could have

23   very well have said "address," and then DECnet

24   addresses look different than IP addresses, and we

25   could have had the software figure out which type of    15:41:11

Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    address we were referring to.  But we chose "DECnet          15:41:13

2    address."

3          It became clear that much more -- that we

4    were becoming a multi-protocol router.  We were

5    adding other protocols into the box, into the          15:41:27

6    software.

7          And I had -- I value -- I value the

8    aesthetic of having a symmetric-looking command line

9    expression, symmetric hierarchy.  It was clear we

10   were heading towards a hierarchy.          15:41:52

11         So at some point after DECnet and perhaps

12   a few other protocols to make things look very

13   similar, we started prefacing our IP-only commands

14   with "IP."  And that gave a very -- what I thought

15   was a very elegant, symmetric, elegant way of          15:42:16

16   referring to different protocols within a

17   multi-protocol router.

18         So that is the history of the "IP address"

19   command.

20   Q    Okay.  My question was simpler.  I          15:42:36

21   appreciate that answer.  But my question was a

22   little simpler than that, but let me ask it a

23   different way.

24         You had heard of the term "IP address"

25   before you joined Cisco, hadn't you?          15:42:51

Page 130

1            MR. NEUKOM:   Objection.   Vague and asked          15:42:59

2     and answered.

3            THE WITNESS:   I suppose I had.   When one

4     is talking about different networking protocols, one

5     needs to clarify which networking protocol one is          15:43:10

6     talking about.   So it was probably terminology that

7     was in the air.

8     BY MR. FERRALL:

9        Q   Does the same go for "IP host," also?   You

10    had heard that before you joined Cisco?                     15:43:29

11            MR. NEUKOM:   Objection.   Misstates prior

12    testimony.

13            THE WITNESS:   The original form of the

14    "host" command was just "host command."   It was

15    another one that had to distinguish, in a                   15:43:41

16    multi-protocol world, in a multi-protocol piece of

17    software, what you were talking about.

18            It would have looked very odd in a

19    multi-protocol router that there was one protocol

20    that wasn't prefaced by a -- some descriptive               15:44:03

21    keyword.

22    BY MR. FERRALL:

23       Q   Following up on that, the purpose of your

24    use of "IP" as the first keyword in that command "IP

25    host" was to distinguish the protocol that it's             15:44:33

Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  referring to?                                          15:44:36

2        A    That was the aesthetic choice I made.

3              MR. NEUKOM:    Objection.    Mischaracterizes

4  prior testimony.

5              THE WITNESS:    There were many possible      15:44:49

6  ways of doing it.    As I indicated, I could perhaps

7  take a look at an address and then infer what it

8  was.    But that was not the choice that I made at the

9  time.

10  BY MR. FERRALL:                                         15:45:07

11        Q    What were the alternative commands that

12  you considered for "IP host"?

13        A    "Name."    "Name" was certainly one of the

14  possible candidates.    "Network system" or

15  "system" -- there are many, many words that one       15:45:51

16  could use to refer to all sorts of different things.

17        Q    Okay.    But now you're talking about

18  alternatives for the word "host," right?

19        A    Um-hum.

20        Q    Okay.    You didn't -- you're not the first   15:46:08

21  one to use the word "host," are you?

22        A    No.

23        Q    I mean, "host" had been used for -- well

24  before you joined Cisco to refer to a computer host.

25  It's a conventional term, right?                       15:46:29

Page 132

1          MR. NEUKOM:  Objection.  Vague, compound,          15:46:31

2    foundation, and calls for opinion testimony.

3          THE WITNESS:  It was one of the

4    possibilities that I had -- that I had.

5    BY MR. FERRALL:                                          15:46:46

6       Q    And "host" was the term that was used in

7    the commands in the software that came from

8    Stanford; is that right?

9          MR. NEUKOM:  Objection.  Mischaracterizes

10    prior testimony.                                        15:47:13

11          THE WITNESS:  I had implemented the "host"

12    command while I was at Stanford.

13    BY MR. FERRALL:

14       Q    Okay.  And what did you -- so did you

15    decide to use the word "host" for the command on the    15:47:27

16    software you worked at while you were employed by

17    Stanford?

18          MR. NEUKOM:  Objection.  Vague.

19          THE WITNESS:  Could you restate that

20    question?                                               15:47:50

21    BY MR. FERRALL:

22       Q    Sure.

23          For the software that -- strike that.

24          For the gateway TIP software that you

25    worked on while you were employed at Stanford, was      15:48:02

Page 133

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    it you who decided to use the word "host" for that          15:48:06

2    command?

3          A    It was -- it was my decision.

4          Q    Okay.

5          A    I believe it was.  I believe I -- yes, it        15:48:16

6    was my decision.

7          Q    And do you know how you came to choose

8    that word?

9          A    It was -- it was terminology that was in

10   the air at the time.                                        15:48:42

11         Q    And at some later point -- let me ask you,

12   so when did you decide to append "IP" to the "host"

13   command?

14              MR. NEUKOM:  Objection.  Mischaracterizes

15   prior testimony.                                            15:49:08

16              THE WITNESS:  Sometime after we had left

17   Stanford and after we had started putting support

18   for other protocols into the system.

19   BY MR. FERRALL:

20         Q    Can you provide a more specific date?           15:49:37

21         A    Not --

22              MR. NEUKOM:  Objection.  Asked and

23   answered.

24              THE WITNESS:  Sometime within the 1987 to

25   1988 time frame.                                            15:50:03

Page 134

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. FERRALL:                                          15:50:10

2        Q    Okay.  And the purpose of using the "IP"

3    keyword before "host" was to distinguish this

4    command from a "host" command that might pertain to,

5    for example, the DECnet protocol instead?            15:50:31

6            MR. NEUKOM:  Objection.  Asked and

7    answered and mischaracterizes prior testimony.

8            THE WITNESS:  I felt that symmetry and

9    consistency within the command set was something

10    that would be -- was desirable, and we adopted the   15:50:59

11    convention of finding a -- an initial keyword that

12    would describe the basic protocol that we were

13    configuring.

14    BY MR. FERRALL:

15        Q    So do all of the commands in the Cisco CLI    15:52:22

16    that begin with "IT" -- sorry.  Strike that.

17            Do all of the Cisco CLI commands that

18    begin with the keyword "IP" indicate that those

19    commands are for the IP protocol as opposed to some

20    other protocol?                                       15:52:46

21            MR. NEUKOM:  Objection.  Compound.

22            THE WITNESS:  That is the generally

23    understood convention.

24    BY MR. FERRALL:

25        Q    Are you aware of pre-1986 RFCs that           15:53:38

                                                    Page 135

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   discuss the term "IP host"?                        15:53:44

 2       A   No, I'm not.

 3       Q   Had you ever heard of Internet datagrams?

 4       A   Yes.

 5       Q   What are Internet datagrams?               15:55:48

 6       A   IP packets is the more modern terminology.

 7       Q   Are you familiar with -- we talked this

 8   morning about Jeffrey Mogul from Stanford.

 9       A   I recall that.

10       Q   Okay.  Are you aware that he submitted an  15:56:27

11   RFC regarding Internet datagrams?

12       A   The vast bulk of the IETF RFCs are about

13   Internet datagrams.  So he could very well have done

14   so.

15       Q   Are you familiar with a person from        15:57:42

16   Stanford by the last name Deering?

17       A   Yes, I know of him.

18       Q   First name is Steve, right?

19       A   Correct.

20       Q   Do you know what he -- what area he worked  15:58:03

21   in?

22       A   In what time frame are you referring?

23       Q   1986.

24       A   No, I don't know what he was doing in

25   1986.                                              15:58:24
```

Page 136

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q   Were there CLI commands that were        16:06:14

2   implemented as a result of the software that

3   Mr. Hedrick provided back to you?

4      A   Yes.

5          MR. NEUKOM:  Objection.  Vague, compound.   16:06:32

6   BY MR. FERRALL:

7      Q   Can you give me some examples?

8      A   I don't remember the details of his

9   command line interface into it.

10     Q   Are there records of what Mr. Hedrick      16:06:55

11  provided to Cisco?

12     A   I'm not aware of any records.

13     Q   What happened to them, do you know?

14     A   Cisco didn't keep records at that stage in

15  its development.                                   16:07:07

16     Q   Who did Mr. Hedrick interact with at

17  Cisco?

18     A   Myself, Len Bosack.  Over time, some of

19  the other engineers.

20     Q   Did you receive the software back from     16:07:45

21  Mr. Hedrick personally?

22         MR. NEUKOM:  Objection.  Vague.

23         THE WITNESS:  I have no memory of that

24  transaction.

25  ///                                                16:08:04

Page 140

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. FERRALL:                                    16:08:17

 2        Q   Okay.  Do you have any other recollection

 3   as to who actually received the software from

 4   Mr. Hedrick?

 5        A   No.                                        16:08:22

 6        Q   Tell me how -- strike that.

 7            Do you believe that you created the

 8   command "IP access list"?

 9            MR. NEUKOM:  Objection.  Vague.

10            THE WITNESS:  I -- yes.                    16:10:20

11   BY MR. FERRALL:

12        Q   What functionality does that implement?

13        A   It -- the "access list" command, which I

14   implemented at Stanford, the original form at

15   Stanford was a sequence of addresses and subnet     16:10:51

16   masks or -- in a mask, not a subnet mask but a mask,

17   saying which bits to ignore in the address.

18            And you provide a list of these items and

19   give it a number.  I chose -- I chose 1, 2, 3, 4, up

20   to 99, or something like that.                      16:11:35

21            And then if you assigned it to a terminal

22   line, it could restrict what computers -- what

23   addresses somebody could connect to from that

24   particular terminal line.

25            You could also assign it to a network      16:11:59
```

Page 141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    interface, and it would -- as a packet that was                16:12:12

2    being sent -- sent out that interface, it could

3    either be permitted or denied going through that

4    interface.

5            Those were the two original uses of the               16:12:29

6    "access list" command expression.

7        Q    Do you believe that you coined the term

8    "access list"?

9        A    It was my choice to use that description.

10       Q    Well, I'm asking you if you coined that          16:12:56

11   term, or had you ever heard that term before in the

12   context of networking?

13           MR. NEUKOM:    Objection.    Vague, compound,

14   asked and answered.

15           THE WITNESS:    I do not believe that I had        16:13:13

16   heard the term before.

17   BY MR. FERRALL:

18       Q    Had you heard the term "IP access group"

19   before?

20       A    Yes.                                             16:13:25

21       Q    Who coined that term, to your knowledge,

22   do you know?

23       A    I did.

24       Q    Under what circumstances?    Or for what

25   purpose, I should say?                                    16:13:39

Page 142

1        A    I don't remember the exact details, but it        16:13:52

2    is -- either assigns an access list to an interface

3    or -- I think it assigns an interface to a -- an

4    access list to an interface.   I believe it's access

5    class or something like that that assigns it to an        16:14:07

6    interface or to a line number.

7        Q    The term "domain name" is not a term that

8    you made up, is it?

9        A    No, I didn't make -- I -- no, I did not.

10       Q    "Domain name" is a term that goes back to        16:15:38

11   the ARPANET, actually.   Are you aware of that?

12            MR. NEUKOM:   Objection.   Foundation.

13            THE WITNESS:   I would be unsurprised if it

14   went back that far.

15            Are you referring to ARPANET protocols or        16:16:02

16   ARPANET network?

17   BY MR. FERRALL:

18       Q    The ARPANET network.

19       A    I believe the concept was introduced while

20   the ARPANET network was still running.        16:16:15

21       Q    What about the words "domain lookup"?   Did

22   you coin that term "domain lookup"?

23            MR. NEUKOM:   Objection.   Vague.

24            THE WITNESS:   It's a parallel construction

25   to terms like "address lookup" or "host lookup" or        16:16:52

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the like, or "database lookup" or...                    16:16:59

2    BY MR. FERRALL:

3        Q   Did you coin the term "domain lookup"?

4        A   I decided to use that as a command

5    expression within the software, yes.                    16:17:21

6        Q   I'll ask the question one more time.  I'm

7    asking you if you coined the term "domain lookup."

8            MR. NEUKOM:  Objection.  Asked and

9    answered and vague.

10           THE WITNESS:  I did not.                         16:17:43

11   BY MR. FERRALL:

12       Q   Do you know who did?

13       A   No idea.

14       Q   When was -- to your knowledge, when was

15   the term "routing" ever used in conjunction with the    16:18:41

16   Internet protocol?

17           MR. NEUKOM:  Objection.  Vague and

18   foundation.

19           THE WITNESS:  I don't know when the term

20   "routing" was used.                                     16:19:05

21   BY MR. FERRALL:

22       Q   Were people in the field talking about

23   routing in connection with IP before you joined

24   Cisco?

25           MR. NEUKOM:  Objection.  Vague, compound.        16:19:24

                                             Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  Yes.                        16:19:27

 2      BY MR. FERRALL:

 3          Q    Tell me what, if anything, was creative

 4      about your decision to use the term "IP routing" as

 5      a CLI command.                                    16:19:51

 6              MR. NEUKOM:   Objection.   Calls for opinion

 7      testimony.

 8              THE WITNESS:   At Stanford where we had

 9      terminal servers and gateways in the same software,

10      there were times when it was convenient -- just    16:20:26

11      because something had multiple interfaces, it could

12      still perhaps be a terminal server.  So I needed a

13      way of turning off, disabling routing functionality.

14              And I used the command -- I chose the

15      keyword -- configuration keyword command expression   16:21:07

16      "routing."  Then "no routing" would turn off routing

17      functionality in whatever software was running at

18      the time despite its hardware configuration.

19              And then later on at Cisco, to keep the --

20      keep the form of the hierarchy of commands, we added   16:21:35

21      the -- we added our choice of -- we added "IP" in

22      front of it because you could potentially turn off

23      other sorts of routing, or at least that was the --

24      that was the -- that was a possibility for other

25      network protocols.                                 16:22:02
```

Page 145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. FERRALL:                                   16:22:10

 2        Q   So you mentioned the term "hierarchy" a

 3    couple of times now.  So let me ask you to explain

 4    the best you can, what is the hierarchy of the Cisco

 5    CLI command?                                       16:22:38

 6        A   I can give you examples.  There aren't

 7    many.

 8            There's -- on the EXEC commands, you can

 9    have things like "show" as a root of all the

10    commands that -- the root keyword for all the       16:23:15

11    commands that show status of the system.

12            And then at the next level in the

13    hierarchy, you can say, for example, "show

14    interface," or I could say, "show routing."  Or I

15    could also say -- if I wanted to examine stuff that 16:23:40

16    was specific to -- specific to some IP-related

17    component of the system, my next keyword would be

18    "show IP," and then I would specify something like

19    "interface."  And it would show me -- it would show

20    me the information about -- all the IP information   16:24:08

21    about all the interfaces.

22            And then I can extend that command to be

23    something like an interface name.  So "show IP

24    interface," and then I specify an interface,

25    "Ethernet zero," and I see all the information      16:24:25
```

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    such things.                                       16:35:35

 2         Q    Prior to your joining Cisco, were you

 3    aware of any operating systems that had two or more

 4    commands that began with the same first word?

 5              MR. NEUKOM:  Objection.  Vague.           16:36:02

 6              THE WITNESS:  Two or more commands that

 7    began with the same word.  I can't recall any.

 8              MR. FERRALL:  Let's mark this as the next

 9    exhibit.

10              (Exhibit 39 was marked for identification 16:48:10

11         and is attached hereto.)

12    BY MR. FERRALL:

13         Q    Exhibit 39 is a document entitled "Cisco's

14    Response to Arista's Interrogatory No. 16 amended

15    Exhibit D-1 (IOS Release 11.0)."                    16:37:09

16              And I assume, Mr. Lougheed, that you

17    haven't seen the cover page, but tell me if you've

18    seen any of the inside to Exhibit 39.

19         A    I've not seen the inside of this.

20         Q    You've never seen these images?          16:37:35

21         A    I don't recall having seen them before.

22         Q    Okay.  So if you look at -- if you go a

23    couple of pages in, let's just take an example of

24    the "clear" command set --

25         A    I'd like to page through the rest of this 16:38:14
```

Page 152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    before I offer a --                              16:38:18

 2           MR. NEUKOM:  Which page are you currently

 3    looking at, Brian?

 4           MR. FERRALL:  The page that begins with

 5    the "clear" command.  It's number 5, I guess.  I   16:38:24

 6    didn't realize there were pages on here.

 7           MR. NEUKOM:  Mr. Simmons has helpfully

 8    reminded me that we've now been on the record for an

 9    hour and 15 minutes.  I'm open-minded on timing, but

10    when we get to a good spot, it would be nice to take  16:38:49

11    a short break.

12           MR. FERRALL:  Okay.  Let me just finish

13    some questions about this.

14           THE WITNESS:  Okay.  I've scanned it

15    briefly.                                          16:39:32

16    BY MR. FERRALL:

17       Q   Okay.  If you could turn to page 5, which

18    is where the "clear" command set begins.

19           Are you there?

20       A   Yes, I am.                                 16:39:39

21       Q   Okay.  At Cisco, do you have a terminology

22    for the different levels of the hierarchy?

23       A   No, no particular terminology for the

24    hierarchy.  There would be a top level command, top

25    level commands and sub commands.                  16:40:14
```

Page 153

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    So in this case, there's a command, for                16:40:25

2    example, "clear ARP-cache," right?

3        A    Yes.

4        Q    In that command, is that the ARP cache

5    that's being cleared?                                        16:40:55

6        A    I believe that command clears -- clears

7    all address resolution caches.    There's more than

8    one address resolution protocol in the system, or at

9    least there was when we were a primarily

10   multi-protocol router.                                       16:41:19

11       Q    Okay.    If you go to page 6, the next page,

12   now, for this, "interface Ethernet," is that a

13   hierarchy?

14       A    It is --

15           MR. NEUKOM:    Objection.    Calls for opinion        16:42:27

16   testimony.

17           THE WITNESS:    It is the leading element of

18   a hierarchy.

19           One of the choices that I made at Stanford

20   actually in introducing the "interface" command was          16:42:49

21   that it assumed a block structure where I could say

22   things like "interface Ethernet zero," and then I

23   could say -- I could have a bunch of -- at Stanford

24   I had a bunch of what we called interface sub

25   commands that would follow on subsequent lines.              16:43:17

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I could very well have made the choice to    16:43:21

2    write that as, on one line, for example, "interface

3    Ethernet zero address," an IP address, a subnet

4    mask, and you would have a hierarchy of

5    configuration stuff.    16:43:44

6    Going outside into Cisco, you could have

7    "interface Ethernet zero."  I could have "IP" and

8    then a bunch of IP keywords after that.  I could

9    have "interface Ethernet zero DECnet" and have a

10    bunch of DECnet keywords underneath that.  And that    16:44:00

11    would very clearly demonstrate a hierarchy.

12    I made the aesthetic choice of saying --

13    of turning the word "interface" -- which I could

14    have chosen something like "IF" or "net-in" or

15    something like that, but I chose "interface" -- I    16:44:23

16    like writing words out -- I chose as a typing

17    shorthand to say this is the front end of all -- of

18    the hierarchy for all the rest of these commands.

19    So this does -- it is a hierarchy,

20    especially in the Cisco multi-protocol world that it    16:44:47

21    evolved into.

22    BY MR. FERRALL:

23    Q   So I'm trying to understand the nature of

24    your hierarchy.

25    You said, for example, you could have used    16:45:50

Page 155

1    "IF" instead of "interface."                          16:45:51

2         A    It was just an example of choice of --

3    choice of word.

4              But under discussion was rather what was a

5    hierarchy here.  And these are the -- "interface"      16:46:05

6    with an argument after it is the first part of a

7    hierarchy.

8              You could draw this in a tree shape, and

9    it would be -- the hierarchy would be very obvious.

10        Q    So is it still -- would it still be using    16:46:36

11   your hierarchy if this command were "IF Ethernet"?

12             MR. NEUKOM:  Objection.  Calls for

13   speculation, vague.

14             THE WITNESS:  There's many other pieces to

15   the -- there are many other pieces to the hierarchy.   16:47:00

16   This is -- I was aiming for a hierarchical,

17   symmetric, aesthetically pleasing set of

18   configuration command expressions.

19   BY MR. FERRALL:

20        Q    Tell me about -- what's aesthetically        16:47:28

21   pleasing about this command expression "interface

22   Ethernet"?

23             MR. NEUKOM:  Objection.  Calls for opinion

24   testimony.

25             THE WITNESS:  This is a command fragment.    16:47:44

Page 156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          Q    Which one do you think is the Yeager          17:22:20

 2    gateway code that you threw away?

 3          A    All these header files.

 4               MR. NEUKOM:  I think he needs you to

 5    identify the exhibit number that you have in mind.   17:22:29

 6               THE WITNESS:  Exhibit 41.

 7    BY MR. FERRALL:

 8          Q    Why do you think that?

 9          A    Because at Cisco I hired a contractor to

10    implement Chaosnet.                                  17:22:50

11               I've already testified that Chuck Hedrick

12    implemented DECnet and we adopted it.

13               And we came out of Stanford without XNS

14    support.  That was implemented by a Cisco employee.

15    And this looks like more than one file concatenated  17:23:41

16    together.

17          Q    Okay.  Well, this was a document --

18    Exhibit 41 was most certainly a document produced by

19    Cisco.  Do you have any idea where it came from?

20          A    I suspect that it was part of the original 17:24:08

21    Yeager code.

22          Q    I'll just represent -- and we'll probably

23    have to follow up with this after the deposition,

24    but you're listed as the custodian for this document

25    in the metadata that was produced with it.           17:24:33
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          I don't know -- does that help you at all?     17:24:37

2          A   That doesn't help me at all.  This is

3     not -- I don't recognize this.

4          Q   In any event, were you familiar with the

5     DEC loopback prior to your joining Cisco?           17:25:09

6          A   What's the DEC loopback?

7          Q   What's referred to here as Exhibit 41.  It

8     refers to a DEC loopback packet, for example.

9          A   No, I was not familiar with the DEC

10    loopback packet.                                    17:25:43

11         Q   Turning back to other Cisco CLI commands,

12    you weren't the first to use the words "terminal

13    length," were you, in the context of networking?

14         A   I don't know.

15         Q   Did you think you were when you chose to    17:26:34

16    implement that command?

17         A   When I implemented that command, I was

18    looking for a way to tell the terminal server

19    software, the Ethertip software, how many lines

20    there was on a -- on a screen, what the length of   17:27:00

21    the terminal was.

22         Q   And were you inspired by TOPS-20 commands

23    when you chose that "terminal length" command?

24              MR. NEUKOM:  Objection.  Vague.

25              THE WITNESS:  I don't remember.           17:27:33

                                                    Page 165

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. FERRALL:                                    17:28:02

 2        Q   There are many "show" commands in the

 3    Cisco CLI, correct?

 4        A   There's a large hierarchy of "show"

 5    commands, yes.                                     17:28:19

 6        Q   When did you first learn of any operating

 7    system command set that used the term "show" as a

 8    command?

 9            MR. NEUKOM:  Objection.  Vague.

10            THE WITNESS:  I don't recall an operating   17:29:29

11    system that used "show."  That may be my memory.  I

12    don't remember.

13            I remember TOPS-20 used "information" for

14    a lot of stuff.  I don't think UNIX had a

15    convention.  I don't remember if there was an      17:30:14

16    operating system that used "show."  All sorts of --

17    BY MR. FERRALL:

18        Q   Have you ever heard of any other operating

19    system that uses the word "show" as a command now?

20            MR. NEUKOM:  Objection.  Vague.            17:30:45

21            THE WITNESS:  No, I do not recall at this

22    point anyone that uses "show" other than Cisco IOS.

23    BY MR. FERRALL:

24        Q   When did you determine to use the word

25    "show" as a keyword to CLI commands?               17:31:10
```

Page 166

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          MR. NEUKOM:  Objection.  Misstates prior          17:31:18

2    testimony.

3          THE WITNESS:  To the best of my

4    recollection, soon after I acquired the copy of the

5    Yeager software.                                        17:31:42

6          I didn't like his lack of hierarchy, so I

7    started grouping commands that displayed the status

8    of data structures.  I started putting them under --

9    I started building a hierarchy under "show."  It was

10   not a very deep hierarchy at the time.                  17:32:07

11   BY MR. FERRALL:

12       Q   So was "show" the first hierarchy that you

13   built?

14          MR. NEUKOM:  Objection.  Vague.

15          THE WITNESS:  I don't know if it was the        17:32:27

16   first.  It was an early one.

17   BY MR. FERRALL:

18       Q   And tell me about the process whereby you

19   selected the word "show."

20       A   I considered the function that I wanted.        17:32:44

21   I wanted to see what the contents of data structures

22   were inside the software.

23          And I had a number of possibilities.

24   There was "show," there was "display," there was

25   "print," there was "list," there was "dump."  All      17:33:08

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    sorts of reasonable possibilities.                      17:33:12

2         And the one that appealed to me was

3    "show."

4         Q    Why did "show" appeal to you?

5         A    Because in my mind, I said I want to tell    17:33:31

6    the software, show me your -- show me your data

7    structures.

8         Q    Why was that better in your mind than the

9    alternatives?  Why was "show" better than the

10   alternatives?                                           17:33:51

11        A    It appealed to me aesthetically.  I had to

12   pick something, and that one -- that one appealed to

13   me at that time.

14        Q    Had you ever heard of someone using the

15   two words "show users" together before you decided     17:34:37

16   to use that as a command?

17             MR. NEUKOM:  Objection.  Vague.

18             THE WITNESS:  I don't have a memory of

19   that at this point.

20   BY MR. FERRALL:                                         17:35:30

21        Q    What about the term "show hosts"?  Can you

22   tell me the creative process that went into choosing

23   that command?

24        A    So I wanted to see the names of the

25   computers that were on the network.                    17:36:09

Page 168

1    There were -- possibilities included                     17:36:24

2    something like "who," or -- that wouldn't go

3    anywhere because I wanted to start building things

4    into a hierarchy.  And I'd already started -- okay,

5    if I'm going to be showing some internal data           17:36:41

6    structure which showed -- show host would show that,

7    so I was already constrained by the choice of that

8    keyword to -- for displaying internal data

9    information.

10    I could have said something like                         17:37:01

11    "computers."  I could have said something like

12    "names," "systems," "network systems."

13    Some people thought "end systems" was a

14    good thing to call -- to distinguish between

15    computers and routers.  "Host" was what I ended up       17:37:27

16    choosing.

17    Q   Okay.  Were you using the word "host" in

18    the command "show hosts" differently than how that

19    word had been used in networking for years before

20    that?                                                    17:39:24

21    MR. NEUKOM:  Okay.  Foundation, vague,

22    calls for opinion.

23    THE WITNESS:  I'm not familiar with the

24    years before, but I was using the term as I

25    understood it at that time.                              17:39:43

Page 169

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. FERRALL:                                    17:39:52

 2         Q   Well, you were aware that others in the

 3    computer field used the word "host," right, before

 4    you did?

 5             MR. NEUKOM:  Objection.  Foundation and     17:40:02

 6    vague.

 7             THE WITNESS:  I was not aware of anybody

 8    that was using that term in a command expression in

 9    a router or gateway, as we called it then.

10    BY MR. FERRALL:                                    17:40:25

11         Q   That wasn't my question.  My question was,

12    you were aware of people in the field of computing

13    using the word "host," right, before you used it?

14             MR. NEUKOM:  Same objections and asked and

15    answered.                                          17:40:46

16             THE WITNESS:  I was aware of people using

17    the word "host" in the computer field.

18    BY MR. FERRALL:

19         Q   Before you used it?

20         A   Yes.                                      17:41:04

21         Q   Now, according to your counsel, the

22    command "show host name" was created substantially

23    later; is that -- am I right about that?

24             MR. NEUKOM:  Objection to form.

25             THE WITNESS:  Are you asking me or my        17:41:41
```

Page 170

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. FERRALL:                                      17:55:19

 2        Q   Mr. Lougheed, this is a document that

 3   appears to be your work, according to the copyright

 4   notice on the front.

 5            Do you see that?                            17:55:29

 6        A   Yes, I see that.

 7        Q   Okay.  Do you know when -- do you

 8   recognize it?

 9        A   Yes, I do.

10        Q   What is it?                                 17:55:36

11        A   It's a file called "globs.h."  It is

12   declaring a set of variables that are used in the

13   software.

14        Q   And when did you compose what's

15   Exhibit 42?                                          17:56:02

16        A   Is there a question?

17        Q   Yes.  I asked when did you compose

18   Exhibit 42?

19        A   Apparently June of 1985.

20        Q   And you were employed by Stanford at that   17:56:28

21   time, right?

22        A   Correct.

23        Q   We had talked earlier about the ARP,

24   address resolution protocol.

25            Do you remember that?                       17:56:57
```

Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Yes.                                      17:56:58

 2        Q    Okay.

 3        A    I remember you asked questions about that.

 4        Q    Are you familiar with there being a

 5   provision for time-outs in the ARP protocol?        17:57:15

 6             MR. NEUKOM:  Objection.  Vague and

 7   compound.

 8             THE WITNESS:  There is the -- ARP entries

 9   can become stale.  If you unplug the computer or you

10   move the computer somewhere else or you replace the  17:57:43

11   network interface, entries will become stale.

12   Implementing a time-out is a way of making sure the

13   cache isn't stale.

14   BY MR. FERRALL:

15        Q    Are you aware of there being a provision   17:58:10

16   for time-outs in the RFC for ARP?

17             MR. NEUKOM:  Objection.  Vague and

18   compound, asked and answered.

19             THE WITNESS:  I'm not -- I don't remember

20   such language right now.                             17:58:38

21   BY MR. FERRALL:

22        Q    Did you create the term "distance BGP"?

23        A    Yes.

24        Q    How did you come up with that term?

25        A    The Cisco IOS started supporting multiple 17:59:11
```

Page 179

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    interior routing protocols.  And customer networks,          17:59:19

2    especially in the early days when they were attached

3    to the -- they had campus networks running one

4    routing protocol, they'd be attached to the NSFNET

5    backbone as well running a different routing          17:59:39

6    protocol.

7              And since routing protocols would give

8    incommensurate metrics, metrics that could not be

9    compared, I developed a concept of distance that

10   says if one routing protocol says it knows a route          18:00:08

11   to one destination and another routing protocol says

12   it knows a route to that same destination, which --

13   the routing protocol with the smallest

14   administrative distance would be the one that would

15   be entered into the routing table.          18:00:24

16              And so that was the problem, and my

17   solution was the administrative distance mechanism

18   that I described.

19              And when I implemented BGP, that was a

20   natural extension to include for BGP as well to be          18:00:49

21   able to configure an administrative distance to

22   determine the believability of BGP.

23              If no routing protocol -- if only one

24   routing protocol knew the destination, you would

25   believe that.  If there are two or more,          18:01:10

Page 180

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       administrative distance was the tie-breaker.                    18:01:16

2           Q    Sorry.  I'm going to jump back to ARP.

3                There's a term you use associated with

4       ARP, "ARP cache."  We talked about that earlier in

5       looking at one of the "clear" commands, right?            18:01:52

6                Where did the term "ARP cache" come from?

7           A    The cache is a -- logically a list of

8       items.  An ARP cache would be a list of ARP requests

9       that have been satisfied, including their MAC

10      addresses and how long since the last time we'd seen      18:02:37

11      a -- the router had seen an ARP request go by for

12      that particular source address.

13               That sort of computer science concept of a

14      cache is found all over.

15          Q    One of the commands that is indicated that        18:03:14

16      you authored is the command "boot system."

17               Had you ever heard someone use the words

18      "boot system" together before you joined Cisco?

19               MR. NEUKOM:   Objection.   Vague.

20               THE WITNESS:   I had heard phrases like           18:03:45

21      "boot the system up," "reboot the system," "reload

22      the system," "start the system," "restart the

23      system."

24               (Exhibit 43 was marked for identification

25               and is attached hereto.)                          16:48:10

                                                                Page 181

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. FERRALL:                                     18:04:06

 2       Q   We've marked as Exhibit 43 a document

 3   entitled "DECbrouter 90 Products Configuration and

 4   Reference Volume 2."  It bears control numbers

 5   CSI-ANI-00081683 to 81683.000344.                   18:04:25

 6           Have you ever seen Exhibit 43 before?

 7       A   No.

 8       Q   According to the metadata of this

 9   document, you are the custodian.

10           Do you have any idea why that's the case?   18:05:03

11       A   No, I don't.  I haven't seen it before.

12       Q   Let me turn to another question.

13           Were you -- have you ever tracked the

14   extent to which other companies have used Cisco CLI

15   commands?                                           18:05:45

16       A   No, I have not.

17       Q   Are you aware of other companies using

18   Cisco CLI commands?

19       A   I'm aware of Arista using Cisco CLI

20   commands.                                           18:06:07

21       Q   Are you aware of any other company using

22   Cisco CLI commands?

23       A   No, I'm not.

24       Q   When did you first become aware of Arista

25   using Cisco CLI commands?                           18:06:16
```

Page 182

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          A    When Cisco announced the -- actually, it        18:06:22

 2     was in the Mercury News in the morning, and then

 3     later through internal email at Cisco.

 4          Q    When the suit was filed?

 5          A    When the suit was filed.                        18:06:38

 6          Q    Okay.  Not before?

 7          A    Not before.

 8          Q    Did you have any involvement in the

 9     litigation between Cisco and Huawei?

10          MR. NEUKOM:  That's a "yes" or "no" due to          18:06:49

11     privilege concerns.

12          THE WITNESS:  No, I was not involved with

13     Huawei.

14     BY MR. FERRALL:

15          Q    Are you able to -- sorry.  Strike that.        18:07:26

16          Were you involved at all in composing any

17     of the commands that begin with "AAA"?

18          A    No.

19          Q    Can you tell me how the "clock set"

20     command was composed?                                    18:08:07

21          A    No, I cannot.  I wasn't involved.

22          Q    Can you tell me how any of the IPv6

23     commands were composed?

24          A    Yes.

25          Q    Which ones?                                     18:08:30
```

Page 183

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        A    IPv6 address.   IPv6 route.                    18:08:37

2        Q    What was your role in composing IPv6

3    address?

4        A    I was creating a prototype IPv6

5    implementation.                                         18:09:03

6        Q    Did you come up with that command, "IPv6

7    address"?

8        A    Yes.

9        Q    When did you do that?

10       A    I believe it was 1996.                         18:09:21

11       Q    Did you work with anyone else on that?

12       A    Yes.

13       Q    Who?

14       A    Dino Farinacci and Rand Atkinson, and

15   later Pedro Marquez.                                    18:09:42

16       Q    The other one you said was IPv6 route?

17       A    That may have been Dino.

18            MR. FERRALL:  Let me go off the record for

19   a second.

20            THE VIDEO OPERATOR:  Going off the record,     18:10:11

21   the time is 6:10 p.m.

22            (Recess, 6:10 p.m. - 6:11 p.m.)

23            THE VIDEO OPERATOR:  Back on the record.

24   The time is 6:11 p.m.

25   ///                                                     18:11:34
```

Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. FERRALL:                                    18:11:36

 2         Q   Did you compose the command "timers basic

 3    RIP"?

 4         A   I believe I did.

 5         Q   Prior to your joining Cisco, are you      18:11:55

 6    familiar with any commands that use the word

 7    "timers"?

 8             MR. NEUKOM:  Objection.  Vague.

 9             THE WITNESS:  No, I was not aware of any

10    operating system, general purpose or network       18:12:13

11    specific, that used -- had a "timers" command.

12    BY MR. FERRALL:

13         Q   How did you come up with the command

14    "timers basic RIP"?  Describe that creative process

15    for me.                                            18:12:30

16         A   There developed a need or a desire to

17    change some of the fundamental timing constants

18    of -- I think first was the IGRP routing protocol,

19    and I implemented a command that allowed those

20    timers to be user-configured.                      18:12:59

21             And later on I or someone else extended

22    that to the RIP timers so customers could speed up

23    or slow down the pulse of routing updates.

24         Q   And when did that occur?

25         A   1988 or 1989.                             18:13:36
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q   How did you choose the term -- the words      18:13:39

2    "timers basic" for this function?

3      A   I don't remember where "basic" came from.

4    But using the keyword "timers" was my -- was my

5    introduction, was my creation.                     18:14:00

6           MR. NEUKOM:  Counsel, I believe we're now

7    beyond seven hours.

8           MR. FERRALL:  Okay.  Well, I -- given

9    Mr. Lougheed's tenure at Cisco, I thank him for his

10   time, but I will say I think we deserve some more   18:14:22

11   time with him.

12          But I understand seven hours is up and

13   you're going to say enough is enough for today I

14   take it; is that right?

15          MR. NEUKOM:  Certainly for today for the     18:14:31

16   sake of the witness.  And we will respectfully

17   disagree with the idea that counsel needs more than

18   seven hours --

19          MR. FERRALL:  Okay.

20          MR. NEUKOM:  -- needs more than today.       18:14:41

21   But we can discuss that for another day.

22          In the meantime, I should note for the

23   record the witness reserves the right to review the

24   transcript and make corrections.

25          Brian, I'm not sure I did that for           18:14:51

Page 186

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    Mr. Tjong.  If you're okay with it, I'd like to just      18:14:53

 2    do a stipulation across the case that both sides

 3    have the 30-day review and errata right for all

 4    transcripts regardless whether counsel puts it on

 5    the record at the depo as a two-way street.             18:15:04

 6              MR. FERRALL:  That's fine.  I thought it

 7    existed as a matter of procedure anyway.  So that's

 8    fine.

 9              MR. NEUKOM:  I hope you're right, but glad

10    to have the stipulation, even if it's unnecessary.      18:15:17

11              MR. FERRALL:  Okay.

12              MR. NEUKOM:  Thanks very much.

13              THE VIDEO OPERATOR:  This concludes

14    today's videotaped deposition of Mr. Kirk Lougheed.

15    We're off the record at 6:15 p.m.  Thank you.           18:15:25

16                   (TIME NOTED:  6:15 p.m.)

17                        --o0o--

18

19

20

21

22

23

24

25
```

Page 187