# EXHIBIT 40

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

5    _____

                                  )

6    CISCO SYSTEMS, INC.,         )

7            Plaintiff,           )

8        vs.                      ) Case No.:

                                  ) 5:14-cv-05344-BLF(PSG)

9    ARISTA NETWORKS, INC.,       )

                                  )

10           Defendant.           )

     _____)

11

12

13      ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14        VIDEOTAPED DEPOSITION OF ABHAY ROY

15             Palo Alto, California

16          Friday, December 18, 2015

17                  Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER

23   CSR No. 6948

24   Job No. 2200521

25   PAGES 1 - 232

                                        Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Obviously we are not going to stop the deposition | 09:47AM |
| 2 | so that this witness can review a 600-page document, but | 09:47AM |
| 3 | given that he and counsel are looking at it and at | 09:47AM |
| 4 | particular pages you want us to look at it one point in | 09:48AM |
| 5 | time out of context, we will object to all questions on | 09:48AM |
| 6 | that basis. | 09:48AM |
| 7 | MR. SILBERT:  Okay.  Well, it's a Cisco document, | 09:48AM |
| 8 | and I'm about to ask him about a command listed here | 09:48AM |
| 9 | that he purports to be the author of. | 09:48AM |
| 10 | Q   So if you look at page 29, do you have that in | 09:48AM |
| 11 | front of you? | 09:48AM |
| 12 | A   Yeah, I have. | 09:48AM |
| 13 | Q   Do you see, at the top of that page, there's a | 09:48AM |
| 14 | listing for "bfd all-interfaces," and then it says, in | 09:48AM |
| 15 | capitals, "IRI, RIP, IPV6"? | 09:48AM |
| 16 | A   Yes, I do. | 09:48AM |
| 17 | Q   My question is:  What do those letters in | 09:48AM |
| 18 | capitals signify? | 09:48AM |
| 19 | A   IRI, I can't tell you.  RIP is -- is routing | 09:48AM |
| 20 | protocol.  I think it's routing information protocol. | 09:48AM |
| 21 | IP Version 6 is probably Internet Protocol Version 6. | 09:49AM |
| 22 | Q   Do you have an understanding as to why these | 09:49AM |
| 23 | indications are in all capitals? | 09:49AM |
| 24 | A   So a lot of times we try to abbreviate things so | 09:49AM |
| 25 | that if the reader is reading the document and | 09:49AM |

Page 22

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | encounters a shorter version, they can expand it, and if | 09:49AM |
| 2 | RIP is used further down the document, you can keep | 09:49AM |
| 3 | saying router information protocol or you can shorthand | 09:49AM |
| 4 | it, and, typically, at the first documents, you will | 09:49AM |
| 5 | have both versions, which this is the shorthand for | 09:49AM |
| 6 | that. | 09:49AM |
| 7 | Q   Are these capitalized letters actually part of | 09:49AM |
| 8 | the CLI command or are they there for some different | 09:49AM |
| 9 | reason? | 09:49AM |
| 10 | MR. NEUKOM:  Objection; vague and compound. | 09:49AM |
| 11 | THE WITNESS:  I mean, just looking at this, it's | 09:49AM |
| 12 | hard to say.  There's probably a more detailed document | 09:49AM |
| 13 | on this command that can probably tell us more.  Just by | 09:49AM |
| 14 | looking at it, it's hard to say what it's trying to say. | 09:50AM |
| 15 | BY MR. SILBERT: | 09:50AM |
| 16 | Q   You claim to be the person who authored the | 09:50AM |
| 17 | command "bfd all-interfaces"; correct? | 09:50AM |
| 18 | MR. NEUKOM:  Objection; misstates prior | 09:50AM |
| 19 | statements and calls for a legal conclusion. | 09:50AM |
| 20 | THE WITNESS:  So bfd all-interfaces is -- is -- | 09:50AM |
| 21 | looks like a broader implication for various protocols. | 09:50AM |
| 22 | My involvement has been on OSPF site, and I have written | 09:50AM |
| 23 | some code on OSPF, which makes use of bfd | 09:50AM |
| 24 | all-interfaces. | 09:50AM |
| 25 | Is that what you are asking? | 09:50AM |

Page 23

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. SILBERT: | 09:50AM |
| 2 | Q   Okay.  Well, let me just understand. | 09:50AM |
| 3 | Did -- is it true that you did not author the | 09:50AM |
| 4 | command "bfd all-interfaces"? | 09:50AM |
| 5 | MR. NEUKOM:  Objection; calls for a legal | 09:50AM |
| 6 | conclusion. | 09:50AM |
| 7 | THE WITNESS:  So bfd all-interfaces code I have | 09:50AM |
| 8 | written for OSPF. | 09:50AM |
| 9 | BY MR. SILBERT: | 09:51AM |
| 10 | Q   Okay.  I'm sorry, did I -- were you finished? | 09:51AM |
| 11 | A   Yes. | 09:51AM |
| 12 | Q   Okay.  Did you come up with the phrase | 09:51AM |
| 13 | "bfd all-interfaces" or did someone else do that? | 09:51AM |
| 14 | A   So this is -- this is quite dated.  My best | 09:51AM |
| 15 | recollection is we actually looked at a variety of IPv6 | 09:51AM |
| 16 | protocols, and we were trying to figure out what could | 09:51AM |
| 17 | be one of the -- one of the best ways to express this. | 09:51AM |
| 18 | So this is more of a collaborative effort.  I cannot | 09:51AM |
| 19 | take credit of coming up with it.  It's a team of | 09:51AM |
| 20 | engineers actually who looked into it, how this fits | 09:51AM |
| 21 | into the bigger -- bigger piece of organization of | 09:51AM |
| 22 | commands, what makes sense, what is more aesthetically | 09:51AM |
| 23 | correct in the -- in the correct scope and with the | 09:51AM |
| 24 | choices we had and the team of engineers, I believe, who | 09:51AM |
| 25 | came up with this. | 09:51AM |

Page  24

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    Q    Okay.  So if you can't take credit for coming up        09:51AM

2    with the phrase "bfd all-interfaces," who, to your        09:51AM

3    knowledge, on the team of engineers came up with that        09:52AM

4    phrase?        09:52AM

5         MR. NEUKOM:  Objection; misstates prior        09:52AM

6    testimony.        09:52AM

7         THE WITNESS:  Can't recollect exactly, was it one        09:52AM

8    engineer or was it a bunch of proposals we had and we        09:52AM

9    collectively said this -- this is the best thing to go        09:52AM

10   with.        09:52AM

11   BY MR. SILBERT:        09:52AM

12   Q    Okay.  So you don't know who came up with the        09:52AM

13   phrase "bfd all-interfaces"?        09:52AM

14   A    I can't at this point, yeah.        09:52AM

15   Q    Okay.  But you do know, I believe you said, that        09:52AM

16   when the team of engineers was working, doing the work        09:52AM

17   that resulted in that phrase, they were consulting        09:52AM

18   protocols or industry standards; correct?        09:52AM

19        MR. NEUKOM:  Objection; misstates prior        09:52AM

20   testimony.        09:52AM

21        THE WITNESS:  So it's a team of engineers are        09:52AM

22   typically looking at what is the best way to express a        09:52AM

23   certain functionality, right?  And they are trying to        09:52AM

24   come up with the best possible command-line interface,        09:52AM

25   and -- and we can get into sort of why and -- and what        09:52AM

Page 25

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | is the process and so on, right? | 09:53AM |
| 2 | In Cisco, there is -- there is a team of people | 09:53AM |
| 3 | who are part of alias called "parser police." What they | 09:53AM |
| 4 | do is if you want to write a new command, you send them | 09:53AM |
| 5 | your proposal. They review it. They will tell you that | 09:53AM |
| 6 | you are not going in the right direction, because they | 09:53AM |
| 7 | are guiding the overall architecture purity. They are | 09:53AM |
| 8 | giving you the overall choice on how to sort of design | 09:53AM |
| 9 | such things. | 09:53AM |
| 10 | What I was trying to say is the team of engineers | 09:53AM |
| 11 | write proposals, send it to parser police, for example, | 09:53AM |
| 12 | for their governance, and what finally gets decided, | 09:53AM |
| 13 | again, among engineers and the governance party, is what | 09:53AM |
| 14 | developers implement at the end of the day. | 09:53AM |
| 15 | (Discussion off the stenographic record.) | 09:53AM |
| 16 | BY MR. SILBERT: | 09:53AM |
| 17 | Q    Okay.  Understanding that you didn't come up with | 09:54AM |
| 18 | the phrase bfd all-interfaces, you are familiar with | 09:54AM |
| 19 | that CLI command; correct? | 09:54AM |
| 20 | A    Yes, I am. | 09:54AM |
| 21 | MR. NEUKOM:  Objection; compound. | 09:54AM |
| 22 | BY MR. SILBERT: | 09:54AM |
| 23 | Q    Would a -- strike that. | 09:54AM |
| 24 | Is it -- I just want to use the correct | 09:54AM |
| 25 | terminology. | 09:54AM |

Page 26

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Would you say that it's system administrators who | 09:54AM |
| 2 | are entering CLI commands?  Should we call them "users"? | 09:54AM |
| 3 | What would make the most sense? | 09:54AM |
| 4 | MR. NEUKOM:  Objection to form. | 09:55AM |
| 5 | THE WITNESS:  I mean, any person who wants to | 09:55AM |
| 6 | configure a device, so you could choose any language. | 09:55AM |
| 7 | You could choose a "user."  You could choose "operator." | 09:55AM |
| 8 | MR. SILBERT:  Okay. | 09:55AM |
| 9 | THE WITNESS:  You could choose variety of | 09:55AM |
| 10 | different titles. | 09:55AM |
| 11 | BY MR. SILBERT: | 09:55AM |
| 12 | Q   Okay.  If an operator wanted to enter this | 09:55AM |
| 13 | command, what would he or she actually type into the | 09:55AM |
| 14 | interface? | 09:55AM |
| 15 | A   So -- so when you -- | 09:55AM |
| 16 | MR. NEUKOM:  Objection; vague. | 09:55AM |
| 17 | THE WITNESS:  -- when you said "this command," | 09:55AM |
| 18 | you will have to be a little bit more explicit, right? | 09:55AM |
| 19 | because the document clearly says this command is | 09:55AM |
| 20 | applicable for variety of different technologies. | 09:55AM |
| 21 | So, first, you have to get to which technology | 09:55AM |
| 22 | are you talking about, and then how do you configure | 09:55AM |
| 23 | that, and how do you type in the right place.  It's | 09:55AM |
| 24 | quite -- quite a bit to get to the question you are | 09:55AM |
| 25 | asking, that what will he type. | 09:55AM |

Page 27

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | BY MR. SILBERT: | 11:19AM |
| 2 | Q   What was your personal involvement, if any, in | 11:19AM |
| 3 | naming the "bfd all-interfaces" command? | 11:19AM |
| 4 | A   So I remember the implementation part of the | 11:19AM |
| 5 | command where I was a developer writing the code and | 11:19AM |
| 6 | implementing the command. | 11:19AM |
| 7 | In the naming part, as I said, I don't quite | 11:19AM |
| 8 | recollect was it my idea or was it a collaborative idea | 11:19AM |
| 9 | which finally came to these exact choice of words, yeah, | 11:19AM |
| 10 | so I don't recall.  Probably participated in the | 11:19AM |
| 11 | discussion of coming to this exact command syntax. | 11:19AM |
| 12 | Q   Okay.  Where you say "probably participated in | 11:19AM |
| 13 | the discussion," do you have any recollection of | 11:20AM |
| 14 | participating in a discussion that came to this exact | 11:20AM |
| 15 | command syntax? | 11:20AM |
| 16 | A   Yeah, so no specific recollection. | 11:20AM |
| 17 | Q   Do you have a general recollection of | 11:20AM |
| 18 | participating in that discussion? | 11:20AM |
| 19 | A   The general recollection is, again, based on some | 11:20AM |
| 20 | of the earlier comments I made.  The -- the way we | 11:20AM |
| 21 | actually design a new command is the team talks about | 11:20AM |
| 22 | it.  The team brainstorms about it, and I was part of | 11:20AM |
| 23 | the team working at that time, so it will be hard to | 11:20AM |
| 24 | believe that I was hiding under the table not really | 11:20AM |
| 25 | doing anything, so I was probably participating.  That's | 11:20AM |

Page 71

```
 1    where the "probably" comes from.                    11:20AM

 2       Q    Okay.  But you don't have any actual image in  11:20AM

 3    your head of those discussions; is that right?       11:20AM

 4       A    That's correct.                              11:20AM

 5       Q    Okay.  Why don't you go back to -- let's -- let's  11:20AM

 6    look again at Exhibit 54, this table, and would you  11:20AM

 7    please turn to page 12.                              11:20AM

 8            Do you see, a little more than midway down the  11:21AM

 9    page, the Command Expression in the left-hand column  11:21AM

10    "ip ospf authentication"?                            11:21AM

11       A    Yeah, I see that.                            11:21AM

12       Q    Okay.  And do you see the next column with the  11:21AM

13    heading "Author/Originator Information"?  It says    11:21AM

14    "Cisco" and then your name?                          11:21AM

15       A    Yes, I see that.                             11:21AM

16       Q    Did you come up with the expression "ip ospf  11:21AM

17    authentication"?                                     11:21AM

18       A    I'll probably give you a similar answer; that I  11:21AM

19    was part of the team who were working on it.  Was this  11:21AM

20    purely me or was it a combined brainstorming with the  11:21AM

21    team, I don't have specific recollection.           11:21AM

22       Q    Okay.  And similar to the "bfd all-interfaces"  11:22AM

23    command that we discussed, do you have any knowledge of  11:22AM

24    what person or persons actually came up with the     11:22AM

25    expression "ip ospf authentication"?                 11:22AM
```

Page 72

| | | |
|---|---|---|
| 1 | MR. NEUKOM:  Objection; asked and answered. | 11:22AM |
| 2 | THE WITNESS:  Yeah, no specific names I can cite, | 11:22AM |
| 3 | but, again, this is similar to what I said.  The team | 11:22AM |
| 4 | talks about it and comes up with the name.  Who -- who | 11:22AM |
| 5 | seeded the word or part of the word and how we arrived | 11:22AM |
| 6 | at the final word, no specific recollection. | 11:22AM |
| 7 | BY MR. SILBERT: | 11:22AM |
| 8 | Q   Okay.  And, again, I -- I'm assuming this is | 11:22AM |
| 9 | true, but correct me if I'm wrong. | 11:22AM |
| 10 | You -- you have no image in your head of any | 11:22AM |
| 11 | discussions surrounding this particular term with | 11:22AM |
| 12 | respect to coming up with this expression? | 11:23AM |
| 13 | A   That's correct, no specific recollection. | 11:23AM |
| 14 | Q   Okay.  What is the function of the command | 11:23AM |
| 15 | "ip ospf authentication"? | 11:23AM |
| 16 | A   This command is at a -- at a interface level, if | 11:23AM |
| 17 | I remember, and what this does is if -- if two devices | 11:23AM |
| 18 | are talking OSPF, you can configure both devices to -- | 11:23AM |
| 19 | to do some level of encoding in the packets so that they | 11:23AM |
| 20 | can validate each other.  There are different types of | 11:23AM |
| 21 | authentication.  There is -- if I remember, again, | 11:23AM |
| 22 | correctly, there is a clear text authentication.  There | 11:23AM |
| 23 | is a message digest -- digest authentication, and I | 11:23AM |
| 24 | think those are the -- those are the additional keywords | 11:23AM |
| 25 | associated with this command. | 11:24AM |

Page  73

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Okay.   What's the significance of the term "ip" | 11:24AM |
| 2 | at the start of this command? | 11:24AM |
| 3 | A   IP -- I think we -- we kept "ip" as the top-level | 11:24AM |
| 4 | keyword for things which were related to IP before, so | 11:24AM |
| 5 | "ip" really implies IP Version 4. | 11:24AM |
| 6 | Q   Okay.   And just to back up for a second, IP | 11:24AM |
| 7 | stands for Internet protocol; correct? | 11:24AM |
| 8 | A   That is correct. | 11:24AM |
| 9 | Q   And IPv4 stands for -- or refers to Version 4 of | 11:24AM |
| 10 | the Internet protocol; is that correct? | 11:24AM |
| 11 | A   That is correct.   That is correct. | 11:24AM |
| 12 | Q   And the Internet protocol is specified in a | 11:24AM |
| 13 | standard published by the IETF; correct? | 11:24AM |
| 14 | A   That it's correct. | 11:24AM |
| 15 | Q   And IPv4 is specified in a standard published by | 11:24AM |
| 16 | the IP -- IETF; correct? | 11:25AM |
| 17 | A   Yes, that's correct. | 11:25AM |
| 18 | Q   Okay.   The acronym IP was used by the industry to | 11:25AM |
| 19 | refer to Internet protocol before Cisco used it in CLI | 11:25AM |
| 20 | commands; correct? | 11:25AM |
| 21 | MR. NEUKOM:   Objection; foundation. | 11:25AM |
| 22 | THE WITNESS:   So the term "IP," just like we | 11:25AM |
| 23 | discussed for BFD -- right? -- when you write Internet | 11:25AM |
| 24 | standard, you try to abbreviate technologies, and, | 11:25AM |
| 25 | again, we can look at that document and confirm that's | 11:25AM |

Page  74

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | true or not.  I'm guessing it says Internet protocol and | 11:25AM |
| 2 | that abbreviates it as "IP," and the document refers to | 11:25AM |
| 3 | that so that you don't have to keep saying "Internet | 11:25AM |
| 4 | protocol" or "Internet Protocol Version 4." | 11:25AM |
| 5 | MR. NEUKOM:  By the way, David, while you are | 11:26AM |
| 6 | getting a new document, just as a housekeeping matter, | 11:26AM |
| 7 | 30 minutes or so ago I objected to a question you asked | 11:26AM |
| 8 | the witness on the basis of attorney-client privilege, | 11:26AM |
| 9 | and I meant to have objected on the basis of attorney | 11:26AM |
| 10 | work product. | 11:26AM |
| 11 | MR. SILBERT:  Okay. | 11:26AM |
| 12 | MR. NEUKOM:  So. | 11:26AM |
| 13 | BY MR. SILBERT: | 11:26AM |
| 14 | Q    This is -- let me show you a document that's | 11:26AM |
| 15 | already been marked as Exhibit 29 in this case. | 11:26AM |
| 16 | Do you recognize this document? | 11:26AM |
| 17 | A    Yes, I do. | 11:27AM |
| 18 | Q    What is it? | 11:27AM |
| 19 | A    This is an RFC which details the Internet | 11:27AM |
| 20 | protocol. | 11:27AM |
| 21 | Q    And the publication date shown here is | 11:27AM |
| 22 | September 1981; correct? | 11:27AM |
| 23 | A    Yes, that is correct. | 11:27AM |
| 24 | Q    And was this, to your knowledge, the first | 11:27AM |
| 25 | version of the Internet protocol that's described in | 11:27AM |

Page 75

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | this document, Exhibit 29? | 11:27AM |
| 2 | MR. NEUKOM:  Objection; foundation. | 11:27AM |
| 3 | THE WITNESS:  So I'm just reading page 1 -- or | 11:27AM |
| 4 | what you have in your bottom as 1557.  Just below the | 11:27AM |
| 5 | RFC 791, it says, Replaces RFC 760, which generally | 11:27AM |
| 6 | implies there was prior work, which -- which his | 11:27AM |
| 7 | supersedes. | 11:27AM |
| 8 | BY MR. SILBERT: | 11:28AM |
| 9 | Q    Okay.  And forgive me if I've asked you this -- | 11:28AM |
| 10 | (Discussion off the stenographic record.) | 11:28AM |
| 11 | BY MR. SILBERT: | 11:28AM |
| 12 | Q    I apologize if I've asked you this already, but | 11:28AM |
| 13 | have -- have you heard the Internet protocol abbreviated | 11:28AM |
| 14 | IP outside the context of Cisco? | 11:29AM |
| 15 | A    As in what are the other possible abbreviations? | 11:29AM |
| 16 | For example, intellectual property we use "IP" term all | 11:29AM |
| 17 | the time. | 11:29AM |
| 18 | Q    We do that too.  No. | 11:29AM |
| 19 | My question is:  Have you heard the abbreviation | 11:29AM |
| 20 | IP used to refer to the Internet protocol outside the | 11:29AM |
| 21 | context of Cisco? | 11:29AM |
| 22 | MR. NEUKOM:  Objection; vague. | 11:29AM |
| 23 | THE WITNESS:  So in -- in IETF -- as part of my | 11:29AM |
| 24 | role in IETF, people do loosely refer Internet Protocol | 11:29AM |
| 25 | Version 6 as "IP," as -- as one -- one of the variants. | 11:29AM |

Page 76

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | sit here today, of who else was on the team that came up | 12:35PM |
| 2 | with the command "ip ospf authentication"? | 12:35PM |
| 3 | A   Yes. | 12:35PM |
| 4 | Q   Okay.  Who else was on the team that came up with | 12:35PM |
| 5 | the command "bfd all-interfaces"? | 12:35PM |
| 6 | A   That was on page 3? | 12:35PM |
| 7 | Q   Correct. | 12:35PM |
| 8 | MR. NEUKOM:  Page 3 of Exhibit 54. | 12:35PM |
| 9 | THE WITNESS:  This is actually much later than | 12:36PM |
| 10 | that, so this -- I'm just going with the date, which is | 12:36PM |
| 11 | also listed here, 2004 to 2005.  We had different | 12:36PM |
| 12 | engineers around that time on those PF [phonetic] team. | 12:36PM |
| 13 | Couple names I can recollect.  One was Liem, L-i-e-m, | 12:36PM |
| 14 | and Nguyen, N-g-y-u-e-n, I think.  Last name may have | 12:36PM |
| 15 | spelled incorrectly.  Another engineer was Peter, | 12:36PM |
| 16 | P-e-t-e-r, Psenak, P-s-e-n-a-k.  There are probably more | 12:36PM |
| 17 | names, but those are a couple of names. | 12:37PM |
| 18 | BY MR. SILBERT: | 12:37PM |
| 19 | Q   Okay.  Are you able to tell me any other names of | 12:37PM |
| 20 | people who are on the team who named the command | 12:37PM |
| 21 | "bfd all-interfaces"? | 12:37PM |
| 22 | A   Yeah, I don't recall any more specific names.  I | 12:37PM |
| 23 | mean, there are people around that time, but I want to | 12:37PM |
| 24 | make sure that they were in Cisco at that time. | 12:37PM |
| 25 | For example, there is one engineer called Acee, | 12:37PM |

Page 95

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A-c-e-e, Lindem, L-i-n-d-e-m, but I'm not 100 percent | 12:37PM |
| 2 | sure if he was still on that team or he left Cisco by | 12:37PM |
| 3 | that time. | 12:37PM |
| 4 | Q    Okay.  Can you remember any other names of people | 12:37PM |
| 5 | who were on the team? | 12:37PM |
| 6 | A    Nothing is coming to my head. | 12:37PM |
| 7 | Q    Okay.  Referring back to Exhibit 54, would you | 12:38PM |
| 8 | please turn to page 12. | 12:38PM |
| 9 | A    Yeah, I'm there. | 12:38PM |
| 10 | Q    In the bottom third of the page, do you see the | 12:38PM |
| 11 | command expression "ip ospf bfd"? | 12:38PM |
| 12 | A    Yes. | 12:38PM |
| 13 | Q    Okay.  And then in the next column with the | 12:38PM |
| 14 | heading "Author/Originator Information," it says "Cisco" | 12:38PM |
| 15 | and your name; correct? | 12:38PM |
| 16 | A    Yes. | 12:38PM |
| 17 | Q    Did you come up with the expression "ip ospf | 12:38PM |
| 18 | bfd"? | 12:38PM |
| 19 | A    Yeah, so BFD -- I was the lead implementer of it | 12:38PM |
| 20 | and very likely I proposed the -- the command. | 12:39PM |
| 21 | Q    Okay.  And you say very likely you proposed the | 12:39PM |
| 22 | command. | 12:39PM |
| 23 | Do you have any recollection of doing that? | 12:39PM |
| 24 | A    I don't remember anybody else worked on it, so | 12:39PM |
| 25 | I -- I proposed the command.  Yeah, I think I proposed | 12:39PM |

Page 96

1    the command.  I don't think there was anybody else on    12:39PM

2    this project.    12:39PM

3        Q    Okay.  And I appreciate your reasons for saying    12:39PM

4    that, but my question is:  Do you have any recollection    12:39PM

5    of proposing this command "ip ospf bfd"?    12:39PM

6        A    Yes.    12:39PM

7            MR. NEUKOM:  Objection; asked and answered.    12:39PM

8    BY MR. SILBERT:    12:39PM

9        Q    What's your recollection?    12:39PM

10       A    I remember the document which described this, and    12:39PM

11   I think I was -- I was the author of the document.  It's    12:39PM

12   a small amount of work.  And generally what happens is    12:39PM

13   if there is large project, you have a larger group of    12:39PM

14   people who work on the project.  For smaller ones, you    12:40PM

15   are the sole implementer, so you pretty much do most of    12:40PM

16   the work, all the way from designing the command and the    12:40PM

17   implementation.  This was another smaller features.    12:40PM

18       Q    Okay.  The term "ip" in the command "ip ospf bfd"    12:40PM

19   refers to the Internet protocol standard that's    12:40PM

20   specified by the IETF; correct?    12:40PM

21       A    "ip" in this command refers to Internet Protocol    12:40PM

22   Version 4, which is documented in RFC 791, and there    12:40PM

23   might be further revisions of it, if not.    12:40PM

24       Q    Okay.  And the term "ospf" in the command    12:40PM

25   "ip ospf bfd" refers to the OSPF standard that's    12:40PM

Page 97

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    specified by the IETF; correct?                     12:40PM

 2      A    Yes.                                          12:40PM

 3           MR. NEUKOM:  Objection; misstates prior       12:41PM

 4    testimony, calls for opinion.                        12:41PM

 5           THE WITNESS:  The OSPF acronym we have used is 12:41PM

 6    for Open Shortest Path First protocol, which is also 12:41PM

 7    described and captured in RFC.                        12:41PM

 8    BY MR. SILBERT:                                       12:41PM

 9      Q    Okay.  And the -- the term "bfd" in the command 12:41PM

10    "ip ospf bfd" refers to the BFD standard that's      12:41PM

11    specified by the IETF; correct?                      12:41PM

12      A    BFD acronym stands for Bidirectional Forwarding 12:41PM

13    Detection, which is -- which is, yes, also captured in 12:41PM

14    IETF RFC.                                            12:41PM

15      Q    And the BFD standard itself describes using BFD 12:41PM

16    with OSPF; is that correct?                          12:41PM

17           MR. NEUKOM:  Objection; document calls for its -- 12:41PM

18    pardon me.  Document speaks for itself, calls for    12:42PM

19    opinion testimony.                                   12:42PM

20           THE WITNESS:  BFD spec -- again, my recollection 12:42PM

21    is BFD spec was written in a more generic sense.  It may 12:42PM

22    or may not have explicitly called out how and which  12:42PM

23    protocols you can -- you can make use of it, but, again, 12:42PM

24    if you have some more text, I can look into it.      12:42PM

25    //                                                   12:42PM
```

                                                    Page 98

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay.  I mean, from -- I mean, this | 12:48PM |
| 2 | is probably a more broader comment.  I don't recall | 12:48PM |
| 3 | seeing any specifics of what command somebody should | 12:48PM |
| 4 | implement.  They typically talk about the customer wants | 12:48PM |
| 5 | to get this functionality, not how Cisco should | 12:48PM |
| 6 | implement from the CLI perspective.  That will be rare | 12:48PM |
| 7 | if somebody even ventures into that. | 12:48PM |
| 8 | BY MR. SILBERT: | 12:48PM |
| 9 | Q   Are you aware of Cisco customers providing any | 12:49PM |
| 10 | feedback on CLI commands? | 12:49PM |
| 11 | MR. NEUKOM:  Same objections; vague, compound. | 12:49PM |
| 12 | THE WITNESS:  I'm not aware of anything in | 12:49PM |
| 13 | particular. | 12:49PM |
| 14 | BY MR. SILBERT: | 12:49PM |
| 15 | Q   Are you aware of anything in general? | 12:49PM |
| 16 | A   We do something called "early field trial," which | 12:49PM |
| 17 | typically happens if a new product goes out or a new | 12:49PM |
| 18 | software release goes out.  Customers will typically try | 12:49PM |
| 19 | your functionality and give you feedback in terms of how | 12:49PM |
| 20 | they want to change the functionality, if it is not | 12:49PM |
| 21 | meeting their exact functional needs.  So we get | 12:49PM |
| 22 | feedbacks on -- on that type of thing; that, "I asked | 12:49PM |
| 23 | you to do this, but your thing is doing slightly | 12:49PM |
| 24 | different.  Can you change the behavior of that?" | 12:49PM |
| 25 | Command line kind of thing, customers don't care. | 12:49PM |

Page 102

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | They don't want to get into.  Cisco does what Cisco | 12:49PM |
| 2 | does. | 12:50PM |
| 3 |    Q   Okay.  Let's go back to Exhibit 54, and could you | 12:50PM |
| 4 | please turn to page 16. | 12:50PM |
| 5 |       Do you see the command "IPv6 ospf area"?  It's | 12:50PM |
| 6 | third from the bottom. | 12:50PM |
| 7 |    A   Yes. | 12:50PM |
| 8 |    Q   And you are indicated as the author, slash, | 12:50PM |
| 9 | originator with respect to that command; is that | 12:50PM |
| 10 | correct? | 12:50PM |
| 11 |    A   Yes. | 12:50PM |
| 12 |    Q   Did you come up with the expression "IPv6 ospf | 12:50PM |
| 13 | area"? | 12:50PM |
| 14 |    A   Yes.  So -- yes.  I mean, the answer is yes. | 12:50PM |
| 15 |    Q   You, personally, did that, or you were part of a | 12:50PM |
| 16 | team that did that? | 12:50PM |
| 17 |    A   So that's what I was thinking.  It was -- it was | 12:51PM |
| 18 | a set of people, but I was the lead developer, so I | 12:51PM |
| 19 | wrote the initial functional spec, initial design and | 12:51PM |
| 20 | initial user interface, but there were different | 12:51PM |
| 21 | implementer -- implementers who were part of the | 12:51PM |
| 22 | project, so they helped code it, basically. | 12:51PM |
| 23 |    Q   Okay.  And do you know whether, in the initial | 12:51PM |
| 24 | functional spec and design and user interface, the | 12:51PM |
| 25 | command that you proposed was "IPv6 ospf area" versus | 12:51PM |

Page 103

1    some other command?                                    12:51PM

2         MR. NEUKOM:  Objection; vague and compound.      12:51PM

3         THE WITNESS:  I don't recall if we -- if we ever  12:51PM

4    had multiple iterations on this particular command.  In  12:51PM

5    the slightly longer context is OSPF Version 3 was       12:52PM

6    inspired and seeded with some of the same concepts we   12:52PM

7    had in OSPF Version 2, so when we designed the CLI, it  12:52PM

8    was actually more to align how OSPF Version 2 things are  12:52PM

9    structured and -- yeah.                                 12:52PM

10   BY MR. SILBERT:                                         12:52PM

11      Q   So -- right.                                     12:52PM

12          What -- tell me why you are referring to OSPF    12:52PM

13   Version 3?                                              12:52PM

14      A   So IPv6 OSPF is -- is what is referred to as OSPF  12:52PM

15   Version 3.  So, again, the longer story there is OSPF   12:52PM

16   had a first version -- I should say second version, OSPF  12:52PM

17   second -- Version 2 was the real version which most     12:52PM

18   people actually implemented and deployed.  That only    12:52PM

19   supported IP Version 4 prefix routing.                  12:52PM

20          When IP Version 6 became popular, OSPF had to    12:53PM

21   reinvent itself, and OSPF Version 3 came along, which is  12:53PM

22   a separate Internet -- Internet RFC, right?             12:53PM

23          So if you look at RFC OSPF Version 3, it came    12:53PM

24   later when IPv6 work was happening.  So if you see      12:53PM

25   things which are referred to IPv6 OSPF, they are        12:53PM

                                              Page 104

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | referring to OSPF Version 3.  We could have chosen to | 12:53PM |
| 2 | call it OSPFv3, or OSPF Version 3.  We chose to call it | 12:53PM |
| 3 | IPv6 OSPF in our command syntax. | 12:53PM |
| 4 | Q   So before you named the IPv6 OSPF area command, | 12:53PM |
| 5 | Cisco already used a command with a name "ip ospf area"; | 12:53PM |
| 6 | correct? | 12:53PM |
| 7 | A   That is correct. | 12:53PM |
| 8 | Q   Okay. | 12:53PM |
| 9 | A   And "ip ospf" there referred to OSPF Version 2. | 12:53PM |
| 10 | Q   Right. | 12:53PM |
| 11 | And IPv6 refers to Version 6 of the IP protocol; | 12:53PM |
| 12 | correct? | 12:54PM |
| 13 | A   IP version -- yes.  IPv6 refers to Version 6 of | 12:54PM |
| 14 | the IP protocol, which is a different Internet RFC. | 12:54PM |
| 15 | Q   Right. | 12:54PM |
| 16 | And -- and in that RFC -- and I'm happy to show | 12:54PM |
| 17 | it to you if you want -- the -- it uses -- that RFC uses | 12:54PM |
| 18 | the acronym IPv6; correct? | 12:54PM |
| 19 | A   I don't recall if it does or does not. | 12:54PM |
| 20 | (Exhibit 58 was marked for | 12:54PM |
| 21 | identification by the Court Reporter.) | 12:54PM |
| 22 | BY MR. SILBERT: | 12:54PM |
| 23 | Q   Mr. Roy, would you please look at Exhibit 58 and | 12:55PM |
| 24 | tell me if you recognize it. | 12:55PM |
| 25 | A   Yes, I do. | 12:55PM |

Page 105

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    different RFC, which is the OSPF Version 3 RFC, but if        12:57PM

2    you just told me "OSPF," I would have interpreted it as       12:57PM

3    you mean OSPF Version 2, which is a different RFC, just       12:57PM

4    for semantics.                                                12:57PM

5        Q    Understood, and you explained to me previously       12:57PM

6    that the reason OSPF Version 3 was developed was to           12:57PM

7    accommodate IPv6; correct?                                    12:57PM

8        A    That's correct.                                      12:57PM

9        Q    Okay.  And we may have discussed this earlier,       12:57PM

10    but area is a parameter that's introduced in the OSPF        12:57PM

11    specification; correct?                                      12:57PM

12        A    Area is a collection or a cluster of devices.       12:57PM

13    That concept does exist in -- in the RFCs, yes.              12:57PM

14        Q    Okay.  And the RFCs refer to it as "area"; right?   12:57PM

15        A    RFC documents does use the word "area," yes.        12:57PM

16        Q    Okay.  Is it a fair statement that when you came    12:58PM

17    up with the command "ipv6 ospf area," what you did was       12:58PM

18    refer to the pre-existing command "ip ospf area" and         12:58PM

19    changed the "ip" to "ipv6" because you were now dealing       12:58PM

20    with the IP Version 6?                                        12:58PM

21           MR. NEUKOM:  Objection; vague and compound.           12:58PM

22           THE WITNESS:  So we looked at -- we looked at         12:58PM

23    what is existing in -- in Cisco IOS implementation, and      12:58PM

24    that, generally, is one of the overriding things; that       12:58PM

25    don't reinvent the wheel.  If there is something which       12:58PM

                                                     Page 107

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | is done, go with it. | 12:58PM |
| 2 | Some of the other ways to do that could be, you | 12:58PM |
| 3 | could just say "ospfv3 area."  We chose to call it "ipv6 | 12:58PM |
| 4 | ospf area." | 12:59PM |
| 5 | BY MR. SILBERT: | 12:59PM |
| 6 | Q   And -- and did you model the command "ipv6 ospf | 12:59PM |
| 7 | area" on the pre-existing command "ip ospf area"? | 12:59PM |
| 8 | MR. NEUKOM:  Objection; vague. | 12:59PM |
| 9 | THE WITNESS:  The pre-existence of "ip ospf area" | 12:59PM |
| 10 | was a strong motivator for us to converge on this | 12:59PM |
| 11 | choice. | 12:59PM |
| 12 | BY MR. SILBERT: | 12:59PM |
| 13 | Q   Okay.  Who else was on the team that -- I mean, I | 12:59PM |
| 14 | understand you are saying you -- you did come up with | 12:59PM |
| 15 | this command, but who else was on the team with you at | 12:59PM |
| 16 | the time you came up with this command?  And by "this | 12:59PM |
| 17 | command," I'm referring to "ipv6 ospf area." | 12:59PM |
| 18 | A   I think there were multiple engineers.  I can't | 12:59PM |
| 19 | recollect the exact names at this point. | 01:00PM |
| 20 | Q   Okay.  Let's move on. | 01:00PM |
| 21 | Do you still have page 16 of Exhibit 54 in front | 01:00PM |
| 22 | of you? | 01:00PM |
| 23 | A   Yes, I do. | 01:00PM |
| 24 | Q   Next is "ipv6 ospf cost." | 01:00PM |
| 25 | Do you see that, second from the bottom? | 01:00PM |

Page 108

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1       A   Yes, I do.                                          01:00PM

2       Q   And, again, you are indicated as the author,       01:00PM

3   slash, originator with respect to that command            01:00PM

4   expression.                                               01:00PM

5           Do you see that?                                  01:00PM

6       A   Yes.                                              01:00PM

7           MR. NEUKOM:   Objection; misstates --             01:00PM

8   mischaracterizes the document.                            01:01PM

9   BY MR. SILBERT:                                           01:01PM

10      Q   Okay.   You and Cisco are indicated as the author, 01:01PM

11  slash, originator; is that correct?                       01:01PM

12      A   Yeah, that's correct.                             01:01PM

13      Q   And did you come up with the expression "ipv6     01:01PM

14  ospf cost"?                                               01:01PM

15      A   Yeah, it's the same.   If you see the document,   01:01PM

16  which it lists the EK number, it's part of the same      01:01PM

17  document, so this and anything which talks about IPv6     01:01PM

18  OSPF is all part of sort of one development deferred,     01:01PM

19  and all those commands pretty much follow the same       01:01PM

20  paradigm.                                                01:01PM

21          But to answer your specific question, yes, I      01:01PM

22  wrote that document and pretty much came up with the     01:01PM

23  whole IPv6 OSPF command set.                             01:01PM

24      Q   And we can go through these one by one, and I     01:01PM

25  suspect we will, but isn't it true that for every        01:01PM

Page 109

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | command for which your name appears in the | 01:01PM |
| 2 | author/originator column that starts with "ipv6," that | 01:02PM |
| 3 | command is identical to a pre-existing command, with the | 01:02PM |
| 4 | only difference that the pre-existing command used "ip" | 01:02PM |
| 5 | instead of "ipv6"? | 01:02PM |
| 6 | MR. NEUKOM:  Objection; vague, compound. | 01:02PM |
| 7 | THE WITNESS:  So I'll have to see the -- the | 01:02PM |
| 8 | complete list of commands to make that statement.  I'm | 01:02PM |
| 9 | not sure if this has the complete list, but if you have | 01:02PM |
| 10 | the both -- the command set -- | 01:02PM |
| 11 | BY MR. SILBERT: | 01:02PM |
| 12 | Q   Well, you do have it in front of you in this | 01:02PM |
| 13 | large document, but I don't know that it's the best use | 01:02PM |
| 14 | of our collective time to -- for you to go point by | 01:02PM |
| 15 | point. | 01:02PM |
| 16 | A   Sure. | 01:02PM |
| 17 | Q   With respect to specifically the command "ipv6 | 01:02PM |
| 18 | ospf cost," did you model that on a pre-existing command | 01:02PM |
| 19 | used at Cisco, "ip ospf cost"? | 01:02PM |
| 20 | A   Yes, that is correct. | 01:03PM |
| 21 | Q   Okay.  And in the command, "ipv6" refers to | 01:03PM |
| 22 | Version 6 of the IP standard that's specified by the | 01:03PM |
| 23 | IETF; correct? | 01:03PM |
| 24 | A   Correct.  "ipv6" refers to Internet Protocol | 01:03PM |
| 25 | Version 6 as specified in the RFC. | 01:03PM |

Page 110

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    that.                                               01:28PM

 2       Q    Was it one of the main reasons or the dominant    01:28PM

 3    reason?                                            01:28PM

 4       A    Main reason, dominant reason, same thing in my    01:28PM

 5    mind.                                              01:28PM

 6       Q    Okay.  But was it one of, or was it the dominant  01:28PM

 7    reason?                                            01:28PM

 8          MR. NEUKOM:  Objection; asked and answered.   01:28PM

 9          THE WITNESS:  Yeah, this was the dominant reason.   01:28PM

10    BY MR. SILBERT:                                    01:28PM

11       Q    Okay.  And in the command "ipv6 ospf         01:28PM

12    transmit-delay," "ipv6" refers to Internet Protocol    01:28PM

13    Version 6 as specified by IETF; correct?           01:28PM

14       A    That is correct.                           01:29PM

15       Q    And in the command "IPv6 ospf transmit-delay,"   01:29PM

16    "ospf" refers to OSPF Version 3 as specified by the    01:29PM

17    IETF; correct?                                     01:29PM

18       A    That is correct.                           01:29PM

19       Q    And transmit delay is a parameter that's    01:29PM

20    described in the OSPF standard; is that correct?   01:29PM

21       A    So I found you the text in the Exhibit 56.  Just   01:29PM

22    below the Rxmt, there is something called InfTransDelay.   01:29PM

23    This transmit delay refers to that.                01:29PM

24          MR. SILBERT:  Right.                         01:29PM

25          Okay.  Why don't we take a break.            01:29PM
```

                                                    Page 127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1                                                      01:29PM

 2          THE VIDEOGRAPHER:  Going off the record, the time  01:29PM

 3   is 1:29.                                          01:29PM

 4          (Recess taken.)                            01:30PM

 5          THE VIDEOGRAPHER:  Back on the record, the time  01:41PM

 6   is 1:41.                                          01:41PM

 7          Please continue.                           01:41PM

 8   BY MR. SILBERT:                                   01:41PM

 9      Q   Mr. Roy, would you please turn to page 19 of  01:41PM

10   Exhibit 54.                                       01:41PM

11          Do you see, about midway down that page, the  01:41PM

12   command expression "log-adjacency-changes"?       01:41PM

13      A   Yes, I do.                                 01:41PM

14      Q   Did you come up with that command expression?  01:41PM

15      A   Yes, I did.                                01:41PM

16      Q   What is the function of this command?      01:42PM

17      A   So OSPF protocol, one part of the protocol  01:42PM

18   machinery is trying to figure out if two devices are  01:42PM

19   talking to each other.  We can discover, find each  01:42PM

20   other, and if something goes wrong, there is a state  01:42PM

21   machine which describes how we become what is known as  01:42PM

22   "adjacent."  It's a term in the RFC.              01:42PM

23          The log-adjacency-changes is trying to log any  01:42PM

24   and all events which leads to a successful adjacency or  01:42PM

25   peering formation.  If you enable this command, you  01:42PM
```

Page 128

1    will -- you will see things which are getting logged on    01:42PM

2    a console or other ways you can collect logs, so that is    01:42PM

3    that functionality.    01:42PM

4    Q    And -- thank you.    That's helpful.    01:42PM

5        In prior versions of this document, Exhibit 54,    01:43PM

6    Cisco said that somebody named Valerie Swisher came up    01:43PM

7    with this command expression.    01:43PM

8        Do you know Valerie Swisher?    01:43PM

9    A    I don't remember.    01:43PM

10    Q    Don't remember ever meeting her?    01:43PM

11    A    I mean, the name rings a bell, but I don't know    01:43PM

12    who this person is.  Again, this is probably quite    01:43PM

13    dated.    01:43PM

14    Q    Did she work on your team at any time?    01:43PM

15    A    Not in the OSPF team I was, not to the best of my    01:43PM

16    recollection.    01:43PM

17    Q    Did you model the "log-adjacency-changes" command    01:43PM

18    on a pre-existing command?    01:43PM

19    A    To the best of my recollection, there was nothing    01:43PM

20    similar to this.  This was very specific requirement for    01:44PM

21    link-state protocols, and I don't believe there was    01:44PM

22    any -- any other protocol which was making use of this.    01:44PM

23    Again, to the best of my recollection.    01:44PM

24    Q    Okay.  And -- still looking at Exhibit 54, do you    01:44PM

25    see the column "Date of Earliest Known Document," and it    01:44PM

Page 129

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    says "October 12, 1998."                                    01:44PM

2        Do you see that?                                        01:44PM

3    A    Yes, I do.                                             01:44PM

4    Q    Is that -- to the best of your recollection,           01:44PM

5    coincide with approximately the time that you came up       01:44PM

6    with this command expression?                               01:44PM

7    A    Yes, that's roughly when it was.                       01:44PM

8        MR. SILBERT:  Okay.  Let me show you the document       01:44PM

9    I was referring to and see if you can shed any light on     01:44PM

10   it, my prior question.                                      01:44PM

11       (Exhibit 59 was marked for                              01:45PM

12       identification by the Court Reporter.)                  01:45PM

13       MR. NEUKOM:  What exhibit number is this one?           01:45PM

14       MR. SILBERT:  59.                                       01:45PM

15       THE WITNESS:  59.                                       01:45PM

16   BY MR. SILBERT:                                             01:45PM

17   Q    Mr. Roy, have you seen Exhibit 59 before?              01:45PM

18   A    I have seen some version of OSPF command               01:45PM

19   reference.  I don't know which version this refers to,      01:45PM

20   but I've seen some version of OSPF command reference,       01:45PM

21   yes.                                                        01:45PM

22   Q    Okay.  And whether or not you saw this specific        01:45PM

23   version before, what -- what is this document, to the       01:45PM

24   best of your understanding?                                 01:45PM

25   A    This document lists -- lists some of the OSPF          01:45PM

Page 130

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | thing that the operator typed with the command that we | 02:06PM |
| 2 | have just been talking about that you implemented in | 02:06PM |
| 3 | 1998; correct? | 02:06PM |
| 4 | MR. NEUKOM:  Objection; vague. | 02:06PM |
| 5 | THE WITNESS:  Those are two different contexts. | 02:06PM |
| 6 | The previous command we were talking about was in | 02:06PM |
| 7 | router OSPF Version 2 routing context. | 02:06PM |
| 8 | The OSPF Version 3 one is in router OSPFv3 | 02:06PM |
| 9 | routing context. | 02:06PM |
| 10 | Those are two different contexts, but they are | 02:06PM |
| 11 | both global routing contexts for two different protocols | 02:06PM |
| 12 | called OSPF Version 2 and OSPF Version 3, if that makes | 02:06PM |
| 13 | sense. | 02:06PM |
| 14 | MR. SILBERT:  Yeah, I think it does. | 02:06PM |
| 15 | Q    So your -- what you determined in 2001 was to use | 02:06PM |
| 16 | the same command for OSPF Version 3 that was already | 02:06PM |
| 17 | being used for OSPF Version 2; is that right? | 02:06PM |
| 18 | A    Yes.  I think we have discussed this a few times. | 02:06PM |
| 19 | We try to keep it as aligned as close to our | 02:07PM |
| 20 | prior work.  OSPF Version 2 was our prior work, and we | 02:07PM |
| 21 | were working on OSPF Version 3.  We kept that as the | 02:07PM |
| 22 | dominant guiding force for most of the stuff, unless | 02:07PM |
| 23 | there was really a need to depart from it, so this will | 02:07PM |
| 24 | fall under the same premise. | 02:07PM |
| 25 | Q    All right.  So this was another example where you | 02:07PM |

Page 144

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    modeled the command "log-adjacency-changes" for OSPF        02:07PM

 2    Version 3 on the pre-existing "log-adjacency-changes"       02:07PM

 3    command that was used with OSPF Version 2?                  02:07PM

 4        A    That is correct.                                   02:07PM

 5        Q    Okay.  We are getting through it.                  02:07PM

 6             Could you go to the next page, please.             02:07PM

 7        A    20?                                                02:07PM

 8        Q    Yes, page 20.                                      02:07PM

 9             Okay.  Do you see the command "maximum-paths" and  02:08PM

10    then, parentheses, OSPF Version 3?                          02:08PM

11        A    Yes.                                               02:08PM

12        Q    Okay.  And did you come up with that command       02:08PM

13    expression in around 2001?                                 02:08PM

14        A    Yes.                                               02:08PM

15        Q    Okay.  And, again, the -- the parentheses here     02:08PM

16    indicate that the operator enters this command in the --   02:08PM

17    is it OSPF router configuration context?  Is that          02:08PM

18    correct?                                                   02:08PM

19        A    OSPF Version 3 router configuration context.      02:08PM

20        Q    Thank you.                                        02:08PM

21             Now, if I look immediately above that row in --    02:08PM

22    on page 20, there's the command expression               02:08PM

23    "maximum-paths" without the OSPFv3 in parentheses.        02:08PM

24             Do you see that?                                   02:08PM

25        A    Yes, I see.                                        02:08PM
```

Page 145

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    Q   And was that a command that was used in the OSPF   02:08PM

2   Version 2 context?                                      02:09PM

3    A   I mean, without looking at specific context, it's  02:09PM

4   hard to say.                                            02:09PM

5    Q   Okay.                                              02:09PM

6    A   It doesn't imply which context this might be.      02:09PM

7   This might be multiple contexts.                        02:09PM

8    Q   Okay.  According to this document, you were not    02:09PM

9   the person who came up with the "maximum-paths" command 02:09PM

10   that doesn't have the OSPFv3 in parentheses; correct?  02:09PM

11   A   Right.  The one prior to the OSPFv3 one was not    02:09PM

12   created by me.                                         02:09PM

13   Q   It was created, according to this document, by     02:09PM

14  someone named Anthony Li in or around July of 1995; is  02:09PM

15  that right?                                             02:09PM

16   A   That's what this document seems to imply, yes.     02:09PM

17   Q   Okay.  Do you know Mr. Li?                         02:09PM

18   A   Yes, Tony, Tony Li.                                02:10PM

19   Q   Do you know, is he still at Cisco?                 02:10PM

20   A   Tony is no longer with Cisco.                      02:10PM

21   Q   Okay.  When you came up with the expression        02:10PM

22  "maximum-paths" in the OSPFv3 context, did you model it 02:10PM

23  after the pre-existing command "maximum-paths" that was 02:10PM

24  used since approximately 1995?                          02:10PM

25   A   Yes.  That was the dominant decision-maker.        02:10PM

                                                     Page 146

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Okay.  Again, I think some of these your | 02:10PM |
| 2 | testimony may be similar, but we'll -- we'll go through | 02:10PM |
| 3 | all of them. | 02:10PM |
| 4 | Could you please turn to page 22 of Exhibit 54. | 02:10PM |
| 5 | A    Yes. | 02:11PM |
| 6 | Q    Okay.  And, again, just below -- halfway down the | 02:11PM |
| 7 | page, do you see the entry for "passive-interface | 02:11PM |
| 8 | (OSPFv3)"? | 02:11PM |
| 9 | A    Yes, I do. | 02:11PM |
| 10 | Q    And did you come up with that expression around | 02:11PM |
| 11 | August of 2001? | 02:11PM |
| 12 | A    Yes, I did. | 02:11PM |
| 13 | Q    And, again, if you look immediately above that | 02:11PM |
| 14 | row on the table, there's the expression | 02:11PM |
| 15 | "passive-interface." | 02:11PM |
| 16 | Do you see that? | 02:11PM |
| 17 | A    Yes. | 02:11PM |
| 18 | Q    And according to this document, the | 02:11PM |
| 19 | author/originator was Cisco, slash, Kirk -- is it | 02:11PM |
| 20 | pronounced "Lougheed" or -- | 02:11PM |
| 21 | A    "Lougheed." | 02:11PM |
| 22 | Q    "Lougheed"? | 02:11PM |
| 23 | A    Mm-hmm. | 02:11PM |
| 24 | MR. NEUKOM:  "Lougheed." | 02:11PM |
| 25 | MR. SILBERT:  "Lougheed"? | 02:11PM |

Page 147

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q    -- in around April of 1989. | 02:11PM |
| 2 |      Do you see that? | 02:11PM |
| 3 | A    Yes, I do. | 02:11PM |
| 4 | Q    So when you came up with the expression | 02:11PM |
| 5 | "passive-interface" in the OSPFv3 context, did you model | 02:12PM |
| 6 | it after the pre-existing command "passive-interface" | 02:12PM |
| 7 | that was used, apparently, since approximately 1989? | 02:12PM |
| 8 | A    Yeah, that was, again, the dominant | 02:12PM |
| 9 | decision-maker for us. | 02:12PM |
| 10 | Q    Okay.  And if you would turn, please, to page 24 | 02:12PM |
| 11 | of Exhibit 54, do you see the command expression | 02:12PM |
| 12 | "router-id (OSPFv3)"? | 02:12PM |
| 13 | A    Yes, I do. | 02:12PM |
| 14 | Q    Did you come up with that expression in around | 02:12PM |
| 15 | July of 2007 -- excuse me, 2011? | 02:12PM |
| 16 | A    2011.  Do we have -- do we have any document | 02:13PM |
| 17 | which has that date?  Do we have anything, or is that a | 02:13PM |
| 18 | typo? | 02:13PM |
| 19 | Q    Oh, versus 2001? | 02:13PM |
| 20 | A    Yeah, possibly. | 02:13PM |
| 21 | Q    Yeah, I'll just -- I don't know the answer, but | 02:14PM |
| 22 | since you are questioning it, I'll just point out that | 02:14PM |
| 23 | on page 22, for "passive-interface" that we were just | 02:14PM |
| 24 | looking at, it appears to be the same earliest-known | 02:14PM |
| 25 | document.  It's got the same Bates number, and the date | 02:14PM |

Page 148

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | there is August 31, 2001.  Here it's July 25, 2011.  I | 02:14PM |
| 2 | don't know the significance of that, but -- | 02:14PM |
| 3 | A  So for -- for dates like this, I think the | 02:14PM |
| 4 | best -- best way to find out is EDCS has a history of | 02:14PM |
| 5 | when the documents are checked in, and that's probably | 02:14PM |
| 6 | the most reliable source to say what is exact date. | 02:15PM |
| 7 | Q  Okay.  So leaving aside the date, did you come up | 02:15PM |
| 8 | with the command expression "router-id" in the OSPFv3 | 02:15PM |
| 9 | context? | 02:15PM |
| 10 | A  Yes, I did. | 02:15PM |
| 11 | Q  And, again, if you look immediately above that | 02:15PM |
| 12 | entry in the table, there's the command expression | 02:15PM |
| 13 | "router-id" that's not in the OSPFv3 context; correct? | 02:15PM |
| 14 | A  Yes, I see that. | 02:15PM |
| 15 | Q  And according to this document, at least, that | 02:15PM |
| 16 | command expression was authored or originated by | 02:15PM |
| 17 | someone -- Cisco and someone named James Gibson in | 02:15PM |
| 18 | around March of 1999. | 02:15PM |
| 19 | Do you see that? | 02:15PM |
| 20 | A  Yes. | 02:15PM |
| 21 | MR. NEUKOM:  Objection; document speaks for | 02:15PM |
| 22 | itself. | 02:15PM |
| 23 | BY MR. SILBERT: | 02:15PM |
| 24 | Q  And do you know Mr. Gibson? | 02:15PM |
| 25 | A  I know James, yes. | 02:15PM |

Page 149

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   Is he still at Cisco? | 02:15PM |
| 2 | A   I don't know for sure. | 02:16PM |
| 3 | Q   Okay.  When you came up with a command expression | 02:16PM |
| 4 | "router-id" in the OSPFv3 context, did you model it on | 02:16PM |
| 5 | the pre-existing command expression "router-id"? | 02:16PM |
| 6 | A   Yes.  That was our dominant reason for the | 02:16PM |
| 7 | choice. | 02:16PM |
| 8 | Q   Okay.  And router-id is a parameter that exists | 02:16PM |
| 9 | in the OSPF standard; is that correct? | 02:16PM |
| 10 | MR. NEUKOM:  Objection; vague, calls for opinion. | 02:16PM |
| 11 | THE WITNESS:  Do you have anything you can point | 02:16PM |
| 12 | to? | 02:16PM |
| 13 | MR. SILBERT:  Yeah. | 02:16PM |
| 14 | Q   Do you have Exhibit 56, the OSPF specification? | 02:16PM |
| 15 | A   Yeah.  Yeah. | 02:16PM |
| 16 | Q   Can you look at the Bates page that -- the page | 02:16PM |
| 17 | that ends in Bates No. 6 -- 602. | 02:16PM |
| 18 | A   602, yes. | 02:17PM |
| 19 | Q   Do you see -- are you on that page? | 02:17PM |
| 20 | A   Yes, I am. | 02:17PM |
| 21 | Q   Do you see the bolded term "Router ID"? | 02:17PM |
| 22 | A   Yes, I see that. | 02:17PM |
| 23 | Q   And it says, "A 32-bit number assigned to each | 02:17PM |
| 24 | router running the OSPF protocol," and then it goes on. | 02:17PM |
| 25 | Do you see that? | 02:17PM |

Page 150

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | A Yeah, I see that. | 02:17PM |
| 2 | Q And the command "router-id," is that implementing | 02:17PM |
| 3 | the same feature that's described in the OSPF | 02:17PM |
| 4 | specification as "Router ID"? | 02:17PM |
| 5 | A Yes. The router, dash -- router, hyphen, id | 02:17PM |
| 6 | implements the functionality provided by the router, | 02:17PM |
| 7 | space, ID in this RFC. | 02:18PM |
| 8 | Q Okay. Okay. Let's go to page 30 of Exhibit 54. | 02:18PM |
| 9 | Do you see, on the lower half of the page, the | 02:18PM |
| 10 | command expression "show ipv6 interface"? | 02:18PM |
| 11 | A Yes, I do. | 02:18PM |
| 12 | Q And did you come up with that command expression | 02:18PM |
| 13 | in around June of 2001? | 02:19PM |
| 14 | A Would you have a copy of the document which is in | 02:19PM |
| 15 | the next row, the 112494? | 02:19PM |
| 16 | MR. SILBERT: In the next row. We may. | 02:19PM |
| 17 | Do you want to look, Lizzie? It would be in that | 02:19PM |
| 18 | box. No, he's talking about the next row down. It | 02:19PM |
| 19 | would have the Bates numbers that end at 769 on the last | 02:19PM |
| 20 | page. | 02:19PM |
| 21 | Q We can look, but are you questioning the date? | 02:19PM |
| 22 | Is that the reason you're -- | 02:19PM |
| 23 | A The date is fine. I was expecting the same ENG | 02:20PM |
| 24 | number up here also. If it is missing, I don't know why | 02:20PM |
| 25 | it's missing. | 02:20PM |

Page 151

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1      Q   Do you mean for the --                      02:20PM

 2      A   The whole -- the whole "show ipv6 ospf" is all   02:20PM

 3  sort of done together as part of that project, and I was  02:20PM

 4  expecting that to show the same ENG number.            02:20PM

 5      Q   Okay.  So as you sit here today, do you not know  02:20PM

 6  whether you came up with the command expression "show   02:20PM

 7  ipv6 ospf" or not?                                     02:20PM

 8      A   So the whole "show IPv6 ospf" and all         02:20PM

 9  sub-commands under that, all of that I came up with.   02:20PM

10      Q   Okay.  You are just questioning whether there   02:20PM

11  should be a different document listed in the --        02:20PM

12      A   I was expecting --                            02:20PM

13      Q   -- document column?                           02:20PM

14      A   -- that same document pointing --             02:20PM

15      Q   Okay.                                         02:20PM

16      A   -- and that's throwing me off a bit.          02:20PM

17      Q   Okay.  And do you believe you came up with that  02:20PM

18  command "show ipv6 ospf" sometime in 2001, around     02:21PM

19  June 2001?                                            02:21PM

20      A   In 2001.                                      02:21PM

21      Q   Okay.                                         02:21PM

22      A   Somewhere, yeah.                              02:21PM

23      Q   And --                                        02:21PM

24          MR. NEUKOM:  David, we have a copy of that    02:21PM

25  document, if you would like it.                       02:21PM
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1          MR. SILBERT:  Okay.                                    02:21PM

2          MR. NEUKOM:  We've got -- again, I don't want to      02:21PM

3    get in the way of your deposition.                          02:21PM

4          MR. SILBERT:  Okay.                                    02:21PM

5          MR. NEUKOM:  If you don't want it, no worries,        02:21PM

6    but I think we have got three copies of -- of that          02:21PM

7    document, so if you want it at some point, just let us       02:21PM

8    know.                                                        02:21PM

9          MR. SILBERT:  Okay.  Thanks.  I'm not sure it's       02:21PM

10   critical at this point, so it might -- as I understand       02:21PM

11   Mr. Roy, it might merit a revision to Exhibit F, but --      02:21PM

12   no, she's shaking her head.  Okay.                           02:21PM

13        Q    The -- when you came up with the command "show    02:21PM

14   ipv6 ospf," did you model it on a pre-existing command       02:21PM

15   "show ip ospf"?                                              02:21PM

16        A    Yes.  That was, again, the dominant choice.       02:22PM

17        Q    Okay.  And so, again, what you did with respect   02:22PM

18   to this command, "show ipv6 ospf," is take the existing     02:22PM

19   command and change "ip" to "ipv6"; is that right?           02:22PM

20        A    Basically, we have multiple choices when we are   02:22PM

21   part of the project.  We could have done things like        02:22PM

22   "show ospfv3" or show any other variant of it.  We ended    02:22PM

23   up choosing "show ipv6 ospf," so anything related to        02:22PM

24   OSPF Version 3, we tried to stick to the same IPv6 OSPF     02:22PM

25   construct everywhere.  This is a "show" command stuff.      02:22PM

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    What you were looking at earlier was configuration, and,    02:22PM

2    again, consistency is -- is quite important, so you want    02:22PM

3    to keep one theme all across all of the place.    02:22PM

4    Q    And in -- "ipv6" in the command "show ipv6 ospf"    02:23PM

5    refers to Internet Protocol Version 6 as specified by    02:23PM

6    the IETF?    02:23PM

7    A    That is correct.    02:23PM

8    Q    And "ospf" in the command "show ipv6 ospf" refers    02:23PM

9    to OSPF Version 3 as specified by IETF?    02:23PM

10    A    In the context OSPF, "ospf" refers to the OSPF    02:23PM

11    Version 3 spec RFC in the IETF, yes.    02:23PM

12    Q    Okay.  And when you came up with this command    02:23PM

13    expression, Cisco already used commands with the syntax    02:23PM

14    "show" blank; correct?    02:23PM

15    A    The top-level keyword "show" pre-existed at that    02:23PM

16    point, yes.    02:24PM

17    Q    And before you joined Cisco, were you familiar    02:24PM

18    with other companies who use CLI commands that included    02:24PM

19    a top-level keyword "show"?    02:24PM

20    MR. NEUKOM:  Objection; vague and compound.    02:24PM

21    THE WITNESS:  And I don't recall studying CLI of    02:24PM

22    various companies before I came to Cisco, and that was    02:24PM

23    already almost 20 years ago, in '96.    02:24PM

24    BY MR. SILBERT:    02:24PM

25    Q    Going back to the '80s, did you use CLIs in the    02:24PM

Page 154

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    '80s?                                              02:24PM

 2      A    So in my -- in my -- you are referring to my  02:24PM

 3    previous work or my knowledge of the industry or?   02:24PM

 4      Q    In your life.                                 02:25PM

 5         MR. NEUKOM:  Same objections -- oh, never mind.  02:25PM

 6    Sorry, different question.  No objection to the current  02:25PM

 7    question.                                           02:25PM

 8         THE WITNESS:  Before Cisco, I don't recall any  02:25PM

 9    specific CLIs I have developed.  I may have, but, again,  02:25PM

10    this is so old, that I don't have any specific memory of  02:25PM

11    anything.                                           02:25PM

12    BY MR. SILBERT:                                     02:25PM

13      Q    Okay.  And to be clear, I'm not asking you about  02:25PM

14    CLIs that you developed on; I'm asking you about any  02:25PM

15    CLIs that you might have used.                      02:25PM

16      A    Again, I can't remember any specific CLI I have  02:25PM

17    used anywhere.  Now, I have used programs like      02:26PM

18    Windows 95 way back when, and, yes, there are commands  02:26PM

19    you could type on a prompt.  That I'm aware of, and,  02:26PM

20    yes, I have used, if that's what you are asking.    02:26PM

21      Q    Okay.  And do you recall using CLI           02:26PM

22    commands -- strike that.                            02:26PM

23         Do you recall using, prior to the time you joined  02:26PM

24    Cisco, CLI commands that use the word "show" as the  02:26PM

25    top-level keyword?                                  02:26PM
```

                                                    Page 155