# EXHIBIT 41

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

______________________________

CISCO SYSTEMS, INC., )

Plaintiff, )

vs. ) Civil Action No.:

ARISTA NETWORKS, INC., ) 5:14-cv-05344-BLF(PSG)

Defendant. )

______________________________)

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DEVADAS PATIL

Palo Alto, California

Sunday, February 21, 2016

Volume 1

Reported by:

RACHEL FERRIER, CSR No. 6948

Job No. 2223126

PAGES 1 - 234

A Yes. 02:00PM

Q How were those individuals listed on the cover page of Exhibit 317 involved in coming up with the syntaxes for the commands listed on Exhibit 316? 02:00PM 02:00PM 02:01PM

A Well, they -- they -- they're also quite experienced in developing these -- these -- these types of commands, and they give an initial opinion on whether to take it to the next level and get it -- get it reviewed by parser-police, so there were initial -- initial -- there would basically be an initial verification of the usability and extensibility criteria that we talked about earlier. 02:01PM 02:01PM 02:01PM 02:01PM 02:01PM 02:01PM 02:01PM 02:01PM

Q Looking at the cover page of Exhibit 317 -- 02:01PM

A Yes. 02:02PM

Q -- was Mr. Deepak Kumar involved in creating the command syntaxes for the commands listed on Exhibit 316? 02:02PM 02:02PM

MR. CANNON: Objection; vague. 02:02PM

THE WITNESS: I mean, in -- in all as a reviewer, yes, but I came up with the initial proposal. 02:02PM 02:02PM

BY MR. WONG: 02:02PM

Q Is that true for each of the individuals listed on the cover of Exhibit 317? 02:02PM 02:02PM

MR. CANNON: Objection; vague. 02:02PM

THE WITNESS: For Exhibit 317, these -- these were -- these were engineers in my immediate 02:02PM 02:02PM

group, and they -- I don't recall doing any changes from their feedback at -- at -- for the CLI. 02:02PM

BY MR. WONG: 02:02PM

Q And when you say "for the CLI," you are referring to the commands listed on Exhibit 317; correct? 02:02PM

A That's correct, yes. 02:02PM

Q If you look at Exhibit 316, next to the command "lldp receive" -- 02:02PM

A Mm-hmm. 02:02PM

Q -- in the column next to that, it lists your name and a Mr. Bruce Pinsky. 02:03PM

Do you see that? 02:03PM

A Yes. 02:03PM

Q Who is Bruce Pinsky? 02:03PM

A He must be part of -- he was -- he was not in our immediate sister group or in our business unit. I don't know which group he was part of, but I suppose he provided suggestions in the parser-police areas of the development activity. 02:03PM

Q And do you recall what Mr. Pinsky's contribution was to the syntax of the "lldp receive" command? 02:03PM

A I think my initial proposal was slightly verbose or somewhat redundant in the way it was laid out, so he must have -- he must have suggested that I truncate some of it, unless there was -- unless I saw a need for 02:04PM

extensibility at that particular level of the command structure, and my recollection is that I -- I did not see a need for extensibility right there, and, therefore, we had to rearrange the -- the command flow. 02:04PM

Q When you were working at Cisco, do you recall seeing a document called the "Parser-Police Manifesto"? 02:04PM

A I don't know. 02:04PM

Q Do you recall seeing a document that set forth guidelines and rules regarding the addition of new commands to Cisco IOS? 02:05PM

A Yes. 02:05PM

MR. CANNON: If we are going to move to another document, can we take a break? It's been a little over an hour. 02:05PM

MR. WONG: Sure. 02:05PM

THE VIDEOGRAPHER: We are going off the record at 2:05 p.m. This is the end of Media No. 3. 02:05PM

(Recess taken.) 02:05PM

THE VIDEOGRAPHER: We are on the record at 2:11 p.m. This is the beginning of Media 4 in the deposition of Devadas Patil. 02:11PM

(Exhibit 318 was marked for identification by the Court Reporter.) 02:11PM

BY MR. WONG: 02:11PM

Q The Court Reporter marked, as a new exhibit, 02:11PM

hierarchy. 02:38PM

If you want a strict hierarchy, you would have an intermediate node and list all the specific options, but since there aren't any, I might have taken this position; although, it's -- it's -- it may seem a little bit weak for in terms of future-proofing things. 02:38PM

So there's a -- there's a -- there's a balance between future-proofing and -- and verbosity, and -- and the more you try to feature-proof, the more verbose you can become, so it's more of a subjective column how you design, keeping all of these in mind, yeah. 02:39PM

Q Thank you. 02:39PM

And after letter "d" on Exhibit 321, you say, quote: It is more intuitive for first-time users, end quote. 02:39PM

Do you see that? 02:39PM

A Yes. 02:39PM

Q What did you mean by that? 02:39PM

A This means that -- that user interface should flow naturally in a sense that if I've never used anything similar, I should be pretty much able to -- I should be able to come in and type in a reasonable keyword for things and get help on it and be able to complete a configuration within a reasonable amount of time rather than going through hours of research on it. 02:40PM

Q And that approach that you just described, did you apply that approach for the commands that are listed in Exhibit 316? 02:40PM 02:40PM 02:40PM

MR. CANNON: Objection; vague. 02:40PM

THE WITNESS: The -- what is 316? This is the one -- okay. This -- it -- it certainly influenced our structure for these commands. Yeah, so intuitiveness, extensibility, usability, aesthetics are all factors that we considered. 02:40PM 02:40PM 02:40PM 02:40PM 02:40PM

BY MR. WONG: 02:41PM

Q Let's look at Exhibit 316 now, Mr. Patil. 02:41PM

A Yeah. 02:41PM

Q Starting with the first command, you were associated with "clear lldp counters." 02:41PM 02:41PM

Do you see that? 02:41PM

A Yes. 02:41PM

Q What function does the "clear lldp counters" command perform? 02:41PM 02:41PM

A It's basically a reset, if you will, of all the statistics that have been accumulated over a period of time, and if you want to start off on a clean slate again at a certain period of time on a -- on a certain router or switch, then you could issue that command and it will clear all the statistics. 02:41PM 02:41PM 02:41PM 02:41PM 02:42PM 02:42PM

Q And how long did it take you, approximately, to 02:42PM

come up with the syntax of "clear lldp counters"? 02:42PM

MR. CANNON: Objection; vague. 02:42PM

THE WITNESS: Oh, just that one command? 02:42PM

MR. WONG: Mm-hmm. 02:42PM

THE WITNESS: I don't know, 15 minutes. 02:42PM

BY MR. WONG: 02:42PM

Q Okay. How long did it take you, approximately, 02:42PM
to do the source code writing to implement the 02:42PM
functionality for the "clear lldp counters" command? 02:42PM

MR. CANNON: Objection; vague, assumes facts not 02:42PM
in evidence. 02:42PM

THE WITNESS: Okay. That would be, again, 02:42PM
15 minutes, and I have to add that this is a easiest one 02:42PM
to implement. 02:42PM

BY MR. WONG: 02:42PM

Q For the "clear lldp table" command -- 02:42PM

A Mm-hmm. 02:42PM

Q -- what functionality does that perform? 02:43PM

A That is, again, a reset, but more at the enable 02:43PM
level in the sense that, let's say, a device comes up 02:43PM
and it discovers ten neighbors and we want to come in 02:43PM
and manually reset the table by making it forget all 02:43PM
those ten neighbors instantly, then we would use that 02:43PM
command. 02:43PM

Q And approximately how long did it take you to 02:43PM

come up with the syntax of "clear lldp table"? 02:43PM

MR. CANNON: Objection; vague. 02:43PM

THE WITNESS: The answer would be very similar to the other "clear" command. 02:43PM

BY MR. WONG: 02:43PM

Q About 15 minutes? 02:43PM

A Yes. 02:43PM

Q And did it take you also about 15 minutes to write the underlying source code for the functionality of the "clear lldp table" command? 02:43PM

A No. 02:43PM

Q How long, approximately, did it take you to come up with the -- strike that. 02:43PM

How long, approximately, did it take you to write the source code for the "clear lldp table" command? 02:43PM

MR. CANNON: Objection; vague. 02:44PM

THE WITNESS: I can't quantify it readily, but it would be, if you tally the total time spent on it, maybe a couple hours, because there is dependencies to handle. It's not as easy as setting a bunch of numbers to zero. 02:44PM

BY MR. WONG: 02:44PM

Q And for all of the commands listed on Exhibit 316, Mr. Patil, can you describe for me, generally, what type of source code you would need to write to implement the functionality? 02:44PM

MR. CANNON: Objection; compound, vague, lacks foundation, incomplete hypothetical, calls for improper opinion testimony. 02:44PM

THE WITNESS: So to clarify the question, what type of code needs to be written to clear the command for the "clear" commands? 02:44PM

MR. WONG: No, no. 02:44PM

Q So, for example, you know, to write the source code for any of these commands listed on Exhibit 316 -- 02:44PM

A Yeah. 02:44PM

Q -- what are the types of source code that would need to be written in order to implement them? 02:45PM

MR. CANNON: Objection; compound, vague, lacks foundation, incomplete hypothetical, calls for improper opinion testimony. 02:45PM

THE WITNESS: The source code is written in C -- C language, and, essentially, all these commands have a callback which can be implemented as a C function, and whenever a user travels to a certain point and they pass tree, that function that gets attached to that node in the tree gets executed, and, basically, it's -- it's given the information about the construct that it's handling, and, at that point, they -- they just -- we just go in and change the fields in there. 02:45PM

BY MR. WONG: 02:45PM

MR. CANNON: And because of that, we are going to have a standing objection to questions about this partial document without the sufficient context for it to be reviewed or understood. 02:47PM

BY MR. WONG: 02:47PM

Q Now, Mr. Patil, I'm just providing this exhibit for you so that you can refresh your recollection, if you need to -- 02:48PM

A Mm-hmm. 02:48PM

Q -- about what these various commands do. I won't ask you any other questions about this exhibit, but feel free to refer to Exhibit 322 -- 02:48PM

A Yeah. 02:48PM

Q -- to answer my questions. 02:48PM

A Yes. 02:48PM

Q So my question that I posed a few minutes ago is: What is the function performed by the "lldp holdtime" command? 02:48PM

MR. CANNON: Objection -- 02:48PM

THE WITNESS: So. 02:48PM

MR. CANNON: -- lacks foundation, document speaks for itself. 02:48PM

THE WITNESS: -- after reading, I still cannot completely understand why we did that or what the concept is, because it's been a while since I wrote this 02:48PM

and I've not used it for a long time. 02:48PM

But I think it's a request from the sender to the receiver to hold neighbor information, at least for a certain period of time, regardless of whether they get utilized. That's my understanding. 02:49PM

BY MR. WONG: 02:49PM

Q And how long, approximately, did it take you to come up with the syntax for the "lldp holdtime" command? 02:49PM

MR. CANNON: Objection; vague. 02:49PM

THE WITNESS: The actual -- the command itself? 02:49PM

MR. WONG: The actual -- yes, the syntax of the command. 02:49PM

MR. CANNON: Objection; vague. 02:49PM

THE WITNESS: 15 minutes. 02:49PM

BY MR. WONG: 02:49PM

Q Is your answer 15 minutes for all of the commands listed in Exhibit 316? 02:49PM

A No. 02:49PM

MR. CANNON: Objection; compound and vague. 02:49PM

MR. WONG: I'm just trying to save time here, Mr. Patil. 02:49PM

Q Okay. What is the function performed by the "lldp receive" command? 02:49PM

A Basically, we announce that we are open on the receive channel for that interface. 02:50PM

Q And how long did it take for you to come up with the syntax for that command? 02:50PM 02:50PM

MR. CANNON: Objection; vague. 02:50PM

THE WITNESS: Several hours because that's where we went back and forth on the extensibility, usability, redundancy, verbosity, and those discussions. 02:50PM 02:50PM 02:50PM

BY MR. WONG: 02:50PM

Q What is the function performed by the "lldp reinit" command? 02:50PM 02:50PM

A It specifies the amount of wait time for the protocol to reinitialize at any point in time. 02:50PM 02:50PM

Q And how long did it take for you to come up with the command syntax for the "lldp reinit" command? 02:50PM 02:50PM

MR. CANNON: Objection; vague. 02:50PM

THE WITNESS: That's -- that one is in the 15-minute category. 02:50PM 02:50PM

BY MR. WONG: 02:50PM

Q Did it also take you approximately 15 minutes to come up with the "lldp run" command? And I'm referring to the command syntax. 02:51PM 02:51PM 02:51PM

MR. CANNON: Objection; vague. 02:51PM

THE WITNESS: "Lldp run," yes. 02:51PM

BY MR. WONG: 02:51PM

Q Did it also take you 15 minutes to come up with the syntax for "lldp timer"? 02:51PM 02:51PM

CONFIDENTIAL

MR. CANNON: Objection; vague. 02:51PM

THE WITNESS: I don't know that one because I -- I recall that some of these had a lot of discussion involved, and I -- I can clearly say that transmit and receive fell into that category. 02:51PM

BY MR. WONG: 02:51PM

Q Of taking longer than 15 minutes? 02:51PM

A Longer time, longer than 15 minutes. 02:51PM

Q For the other commands listed on Exhibit 316 that are not the "lldp transmit" and "lldp receive" commands -- 02:51PM

A Mm-hmm. 02:51PM

Q -- do you believe that you spent approximately 15 minutes coming up with the command syntax for each of those? 02:52PM

MR. CANNON: Objection; vague and compound. 02:52PM

THE WITNESS: I would say a good 50 percent of those, but some of the commands I struggle with myself to -- to put out the best initial proposal, so not everything is 15 minutes. Some of them took where I went back and looked at other things and see what's the most usable token to put there and a keyword to put there. 02:52PM

BY MR. WONG: 02:52PM

Q Which of the commands do you think took longer 02:52PM

than 15 minutes for you to come up with the command syntax, setting aside the "lldp transmit" and "lldp receive" commands. 02:52PM

A Right. 02:52PM

"Tlv-select." Some of the org-specific ones are -- they are just basically the -- they -- they are straight up describing what they are, so that shouldn't have been long. 02:53PM

I would say "tlv-select," "transmit" and "receive," and maybe even "rate" command. Significant thought process involved in -- in coming up with the right keywords. 02:53PM

Q I'm sorry, did you say "rate command"? 02:53PM

A Yeah, "lldp rate." 02:53PM

Q Oh, okay. So I'm looking at Exhibit 316, and I do not believe the "rate" command -- 02:53PM

A Oh, oh, I see -- 02:53PM

Q -- is -- is part of that. 02:53PM

A -- is part of that. Okay. I was looking at 322. 02:53PM

So among 316, I would say -- 02:53PM

Q Let me just ask the fresh question so that it's clear -- 02:53PM

A Yes. 02:53PM

Q -- on the record. 02:53PM

A Yes. 02:53PM

Q So for the commands listed on Exhibit 316 -- 02:53PM
A Yeah. 02:53PM
Q -- which of the commands do you believe you spent more than 15 minutes on coming up with the command syntax? 02:54PM
A "Transmit" and "receive," the "show" commands, "tlv-select" command, "lldp timer" command, and "lldp reinit" command. 02:54PM
Q Approximately how long do you think it took you to come up with the command syntax for the "lldp reinit" command? 02:54PM
MR. CANNON: Objection; vague. 02:54PM
THE WITNESS: I struggled with it. I'm not particularly happy with the way it is right -- right here. Reading it is kind of a, for lack of a better term, awkward keyword, but I didn't have anything better to say -- to use there, so I might have struggled with it for 45 minutes. 02:55PM
BY MR. WONG: 02:55PM
Q But do you have an actual memory of spending 45 minutes on this command? 02:55PM
A Yes. 02:55PM
Q Okay. 02:55PM
A I mean, I had something else before, and I took it out and rewired the code and etc., yeah. 02:55PM

Q And how long did it take for you, approximately, to come up with the command syntax for "lldp timer"? 02:55PM

A That one -- so there's a -- timer. Again, maybe 45 minutes to an hour. 02:55PM

Q How long did it take you to come up with the command syntax for "lldp tlv-select"? 02:55PM

MR. CANNON: Objection; vague. 02:55PM

THE WITNESS: Again, the choice of the -- the token was what I spent time on, and I went back, looked at the standard, whether to use underscore, hyphen, or, you know, exactly how it should look and feel, and this is the best I could come up within, like, 45 minutes to an hour. 02:56PM

BY MR. WONG: 02:56PM

Q And when you say "token," what are you referring to? 02:56PM

A The keyword, the -- so "lldp" is a token. "Tlv-select" is a token, so when we pass things and break it into parts, they are called tokens, and it's essentially the -- the -- each -- each word there. 02:56PM

Q So was the 45 minutes spent on the "tlv-select" token? 02:56PM

A Yeah, I mean, selecting that or putting it together. 02:56PM

Q How much time did you spend, for all these 02:56PM

CONFIDENTIAL

commands, choosing the "lldp" token? 02:56PM

A The first token? 02:56PM

Q Just -- just -- yes, just the "lldp" token, the first token. 02:56PM

A No. That was right out of the box. I mean, I would -- I wouldn't have thought twice about that, but it's only the subcommands and how to make it future-proofed and extensible. That's the part that is hard. 02:57PM

Q By the way, when you added the two "clear" commands listed on Exhibit 316, were there other commands that already existed in IOS that used "clear" as the first token? 02:57PM

A I -- clear -- yes, I think so. 02:57PM

Q And so did you just use the same token that similar commands were already using in IOS? 02:57PM

MR. CANNON: Objection; vague, argumentative. 02:57PM

THE WITNESS: Yes. 02:57PM

BY MR. WONG: 02:57PM

Q Now, you testified that the "show" commands took longer than 15 minutes to choose their syntax; is that correct? 02:57PM

A Yes. 02:57PM

Q How long did it take for you to come up with the command syntax for "show lldp"? 02:57PM

A That one was probably half an hour. 02:58PM

Q Why did it take longer than 15 minutes to come up with the syntax of "show lldp"? 02:58PM 02:58PM

MR. CANNON: Objection; vague. 02:58PM

THE WITNESS: Because I struggled to come up with a -- with the right set of keywords that are very intuitive and differentiated, and, you know, that's what took time. 02:58PM 02:58PM 02:58PM 02:58PM

BY MR. WONG: 02:58PM

Q How long did it take for you to come up with the select syntax for "show lldp neighbors"? 02:58PM 02:58PM

MR. CANNON: Objection; vague. 02:58PM

THE WITNESS: It didn't take long to come up with "show lldp neighbors" per se, but what took long was how to -- how to make it exist with "show lldp." 02:58PM 02:58PM 02:58PM

BY MR. WONG: 02:59PM

Q So approximately how long -- how much time did you spend coming up with the command syntax for "show lldp neighbors"? 02:59PM 02:59PM 02:59PM

MR. CANNON: Objection; vague. 02:59PM

THE WITNESS: For the initial proposals to convince myself that this is even worth proposing, we can say half an hour. 02:59PM 02:59PM 02:59PM

BY MR. WONG: 02:59PM

Q And how long did it take for you to come up with 02:59PM