# EXHIBIT 48



**Exhibit D to Cisco's Second Supplemental Objections and Responses to Arista's First Set of Interrogatories**
(Exemplary portion of "ip" command hierarchy)