# EXHIBIT 49
# (Part 1 of 3)

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)





3











Global
Configuration
Mode

ip [2 of 4]

host















15



























# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D10 (IOS Release 15.0)



2









Global
Configuration
Mode

dot1x — system-auth-control





















Interface Configuration Mode

ip [3 of 3]

pim

proxy-arp

rip

bsr-border

neighbor-filter

query-interval

sparse-mode

v2-broadcast

16











21















28



29



30







33



34













# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D11 (IOS Release 15.1)

1











Global
Configuration
Mode

dot1x ———— system-auth-control















13































28







31



















# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D12 (IOS Release 15.2)











Global
Configuration
Mode

dot1x — system-auth-control













































28



29







32

















# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D13 (IOS Release 15.4)











Global
Configuration
Mode

dot1x — system-auth-control















































29







32















39



# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D14 (IOS XE Release 2.1)







4





















14







Router Configuration Mode

neighbor [1 of 2]

activate

allowas-in

ebgp-multihop































32

