# EXHIBIT 49
# (Part 2 of 3)

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D15 (IOS XE Release 3.5)











Global Configuration Mode

dot1x — system-auth-control















13

































29











34













# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D16 (IOS XR Release 3.0)







4



















# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D17 (IOS XR Release 3.2)



























# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D18 (IOS XR Release 3.3)







4



















13



# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D19 (IOS XR Release 3.4)



























# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D2 (IOS Release 11.1)









5



Global
Configuration
Mode

interface — ethernet





Global
Configuration
Mode

ip [2 of 4]

host











































# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D20 (IOS XR Release 3.5)



























# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D21 (IOS XR Release 4.3)







4





















# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D22 (IOS XR Release 5.2)





























# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D23 (NX-OS 4.0)

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Global
Configuration
Mode

dot1x ——— system-auth-control

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D24 (NX-OS 5.0)

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Global
Configuration
Mode

dot1x — system-auth-control

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D25 (NX-OS 5.2)

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Global
Configuration
Mode

dot1x

system-
auth-control

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product





Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product