# EXHIBIT 49

# (Part 3 of 3)

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D26 (NX-OS 6.2)

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product





Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Global
Configuration
Mode

dot1x — system-auth-control

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product





Privileged & Confidential / Attorney Work Product





Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product





Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product





Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D3 (IOS Release 11.2)















Global
Configuration
Mode

ip [2 of 4] ── host











































# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D4 (IOS Release 11.3)



2





4





Global
Configuration
Mode

interface — ethernet





Global
Configuration
Mode

ip [2 of 4] —— host











































# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D5 (IOS Release 12.0)















Global
Configuration
Mode

ip [2 of 5] ——— host













































# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D6 (IOS Release 12.1)
















Global Configuration Mode

ip [2 of 5] — host





















19

























# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D7 (IOS Release 12.2)

















Global Configuration Mode

ip [2 of 5] — host

























































# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D8 (IOS Release 12.3)











Global
Configuration
Mode

dot1x — system-auth-control



































































# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D9 (IOS Release 12.4)











Global
Configuration
Mode

dot1x — system-auth-control

















































30

















