| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG)<br><br>**DECLARATION OF KEVIN ALMEROTH IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

02099-00004/8158645.1

DECLARATION OF KEVIN ALMEROTH IN SUPPORT
OF CISCO'S OPP. TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF

I, Kevin Almeroth, declare as follows:

1. I am a Professor in the Department of Computer Science at the University of California, Santa Barbara. I hold three degrees from the Georgia Institute of Technology: (1) a Bachelor of Science degree in Information and Computer Science (with minors in Economics, Technical Communication, and American Literature) earned in June, 1992; (2) a Master of Science degree in Computer Science (with specialization in Networking and Systems) earned in June, 1994; and (3) a Doctor of Philosophy (Ph.D.) degree in Computer Science (Dissertation Title: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems, minor in Telecommunications Public Policy) earned in June, 1997. I submit this declaration in support of Plaintiff Cisco Systems, Inc.'s ("Cisco") Opposition to Arista's Motion for Partial Summary Judgment. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I have been retained to provide my opinions on issues related to Cisco's copyrighted works and the infringement of certain Cisco copyrights by Arista Networks, Inc. ("Arista").

3. Attached hereto as Exhibit 1 is a true and correct copy of the opening expert report ("Almeroth Opening Report") I prepared in this action, which was signed on June 3, 2016 and is a true and correct expression of my opinions based on the facts I currently know. The Almeroth Opening Report also provides a more detailed description of my qualifications and experience, including a CV which is attached to Exhibit 1 as Exhibit A.

4. Attached hereto as Exhibit 2 is a true and correct copy of the rebuttal expert report ("Almeroth Rebuttal Report") I prepared in this action, which was signed on June 17, 2016 and is a true and correct expression of my opinions based on the facts I currently know. In the Almeroth Rebuttal Report, I analyzed and respond to the expert reports submitted on June 3, 2016 on behalf of Arista by John R. Black Jr., Cate M. Elsten, and William M. Seifert.

02099-00004/8158645.1

1

DECLARATION OF KEVIN ALMEROTH IN SUPPORT
OF CISCO'S OPP. TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF

1  5. Attached hereto as Exhibit 3 is a true and correct copy of "Exhibit Copying 6 –
2  Evidence of Help Description Copying" that I submitted with the Almeroth Opening Report and is
3  a true and correct expression of my opinions based on the facts I currently know relating to
4  Arista's copying of "HelpDesc" expressions including citations to Arista and Cisco source code.

5  6. Attached hereto as Exhibit 4 is a true and correct copy of "Exhibit Copying 4 –
6  Evidence of Mode/Prompt Copying" that I submitted with the Almeroth Opening Report and is a
7  true and correct expression of my opinions based on the facts I currently know relating to Arista's
8  copying of Cisco's modes and prompts.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Santa Barbara, CA, on July 14, 2016.

*/s/ Kevin C. Almeroth*
Kevin Almeroth