# Exhibit 3
## Filed Under Seal In Its Entirety