Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (PSG) <br><br> **DECLARATION OF KEVIN JEFFAY IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

02099-00004/8154731.1

DECLARATION OF KEVIN JEFFAY IN SUPPORT
OF CISCO'S OPP. TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF

I, Kevin Jeffay, declare as follows:

1. I am a tenured professor in the Department of Computer Science at the University of North Carolina at Chapel Hill where I currently hold the position of Gillian T. Cell Distinguished Professor of Computer Science. I also currently serve as the Chairman of the Department. I have a Ph.D. in computer science from the University of Washington, a M.Sc. degree in computer science from the University of Toronto, and a B.S. degree with Highest Distinction in mathematics from the University of Illinois at Urbana-Champaign. I have been involved in the research and development of computing systems for over 30 years. I have been a faculty member at the University of North Carolina since 1989 where I perform research and I teach in the areas of computer networks, real-time systems, operating systems, multimedia networking, and network performance evaluation, among others. A major theme of my research has been aspects of router design and the measurement and analysis of traffic patterns and traffic performance in communications networks. My research has also examined network support for multimedia applications. In my research I regularly use network switches and routers to construct and instrument experimental and production networks.

2. I submit this declaration in support of Plaintiff Cisco Systems, Inc.'s ("Cisco") Opposition to Arista's Motion for Partial Summary Judgment. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

3. I have been retained to provide my opinions on issues related to, *inter alia*, patent infringement and validity of U.S. Patent No. 7,047,526 ("the '526 patent").

4. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the opening expert report ("Jeffay Opening Report") I prepared in this action, which was signed on June 3, 2016 and is a true and correct expression of certain of my opinions related to infringement of the '526 patent based on the facts I currently know. The Jeffay Opening Report also provides a more detailed description of my qualifications and experience, including a CV which is attached thereto.

1      5.    Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the rebuttal expert report ("Jeffay Rebuttal Report") I prepared in this action, which was signed on June 17, 2016 and is a true and correct expression of certain of my opinions related to claim construction and the validity of the '526 patent based on the facts I currently know. In the Jeffay Rebuttal Report, I set forth certain opinions related to the Court's claim construction order as they relate to the Jeffay Opening Report since the Court's claim construction order was not available when I submitted the Jeffay Opening Report.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Chapel Hill, NC, on July 14, 2016.

_____
Kevin Jeffay

02099-00004/8154731.1

2

DECLARATION OF KEVIN JEFFAY IN SUPPORT
OF CISCO'S OPP. TO ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF