| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:      Hon. Beth Labson Freeman<br>Date Filed: December 5, 2014<br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

I, RYAN WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Under Seal Confidential Information and Documents Submitted with Arista's Opposition to Cisco's Motion for Partial Summary Judgment (Dkt. No. 348). I provide this declaration in accordance with Civil Local Rules 79-5(d)(1)(A) and 79-5(e) to explain the reasons why the confidential information and documents that Arista seeks to file under seal are sealable.

3. I understand that materials submitted with dispositive motions may be sealed if there are "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). I also understand that such compelling reasons may exist when, for example, court filings could be used for improper purposes, such as "to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id*. (citation omitted). I further understand that compelling reasons may exist where court filings contain or discuss confidential source code, *see Apple, Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-1846, D.I. 2190 at *3 (Dec. 10, 2012); internal and non-public procedures of financial institutions, *see Cowan v. GE Capital Retail Bank*, No. 13-cv-03935-BLF, 2015 WL 1324848, at *1-3 (N.D. Cal. Mar. 24, 2015); information about an entity's confidential "business performance, structure, and finances that could be used to gain unfair business advantage against them," *Schwartz v. Cook*, No. 15-cv-03347-BLF, 2016 WL 1301186, at *2 (N.D. Cal. Apr. 4, 2016); "highly sensitive information regarding [an entity's confidential] product architecture and development," *Delphix Corp. v. Actifio, Inc.*, No. 13-cv-04613-BLF, 2014 WL 4145520, at *2 (N.D. Cal. Aug. 20, 2014); emails containing confidential information about an entity's "business practices, recruitment efforts, and discussions regarding potential partnerships with other product

1
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

1  manufacturers," *see Koninklijke Philips N.V. v. Elec-Tech International Co., Ltd.*, No. 14-cv-
2  02737-BLF, 2015 WL 581574, at *1-2 (N.D. Cal. Deb. 10, 2015); and "information regarding
3  non-public recruitment efforts and business practices" of a party. *See id.* at *2-3.

4     4.   Compelling reasons exist to seal the following documents, or portions thereof, that
5  contain Arista's highly confidential information. As required by Civil L.R. 79-5(e), Arista is also
6  filing under seal documents and information previously designated as confidential or highly
7  confidential by Cisco Systems, Inc. ("Cisco") and third parties. Arista expects that Cisco and
8  those third parties will file a supporting declaration pursuant to Civil L.R. 79-5(e)(1) if they seek
9  to keep any such information under seal.

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Defendant Arista Network, Inc.'s Opposition to Cisco's Motion for Partial Summary Judgment ("Opposition") | Highlighted portions | *Cisco* <br> *Juniper Networks (Third Party)* <br> *Hewlett Packard Enterprise ("HPE") (Third Party)* <br> *Dell, Inc. (Third Party)* |
| Declaration of John R. Black Jr. in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment and Arista's Summary Judgment Motion ("Black Decl.") Ex. 1 ("Black Opening Report") | Highlighted portions | *Cisco* <br> *Arista* <br> *Juniper Networks (Third Party)* <br> *Hewlett Packard Enterprise ("HPE") (Third Party)* <br> *Dell, Inc. (Third Party)* |
| Black Decl. Ex. 38 ("Black Rebuttal Report") | Entire document | *Cisco* <br> *Arista* |
| Declaration of William M. Seifert in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Seifert Decl.") | Highlighted portions | *Cisco* <br> *Arista* |

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Ex. 1 ("Seifert Expert Report") | | |
| Declaration of Cate M. Elsten in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Elsten Decl.") Ex. 1 ("Elsten June 3 Report") | Highlighted portions | *Cisco* <br> *Arista* <br> *Dell, Inc. (Third Party)* |
| Elsten Decl. Ex. 2 ("Elsten Rebuttal Report") | Entire document | *Cisco* <br> *Arista* |
| Declaration of Ryan Wong in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Wong Decl." or "Wong Declaration") Ex. 1 (Excerpts from Lougheed Deposition Transcript, 11/20/2015) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 2 (Excerpts from Satz Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 4 (Excerpts from Li Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 5 (Excerpts from Dell Corporate Deposition Transcript) | Entire excerpted transcript | *Dell* |
| Wong Decl. Ex. 7 (Cisco email dated 8/2/2013) | Entire document | *Cisco* |
| Wong Decl. Ex. 8 (Cisco email dated 10/6/2005) | Entire document | *Cisco* |
| Wong Decl. Ex. 9 | The following portions of the | *Cisco* |

3

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| (compilation of documents) | compilation should be sealed: Ex. 9C (Cisco internal presentation) Ex. 9D (Cisco internal requirements document) Ex. 9E (Cisco email dated 6/6/2008) Ex. 9F (Cisco internal presentation) Ex. 9G (Cisco internal presentation) | |
| Wong Decl. Ex. 11 (Excerpts from Lang Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 13 (Arista internal presentation) | Entire document | *Arista* |
| Wong Decl. Ex. 14 (Arista internal presentation) | Entire document | *Arista* |
| Wong Decl. Ex. 15 (compilation of deposition transcript excerpts and documents) | All documents and transcript excerpts in compilation | *Cisco* |
| Wong Decl. Ex. 16 (Cisco email dated 1/20/2010) | Entire document | *Cisco* |
| Wong Decl. Ex. 17 (Excerpts from Remaker Deposition Transcript, 3/31/2016) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 18 (Excerpts from Lougheed Deposition Transcript, 4/4/2016) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 19 (Cisco email dated 7/26/2006) | Entire document | *Cisco* |

4
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Wong Decl. Ex. 20 (Excerpts from Liu Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 21 (compilation of deposition transcript excerpts) | Entire excerpted transcripts | *Cisco* |
| Wong Decl. Ex. 22 (Excerpts from Kavasseri Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 24 (Excerpts from Kathail Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 25 (Cisco presentation dated 10/21/2004) | Entire document | *Cisco* |
| Wong Decl. Ex. 26 (Cisco email dated 1/12/1999) | Entire document | *Cisco* |
| Wong Decl. Ex. 27 (Cisco internal document) | Entire document | *Cisco* |
| Wong Decl. Ex. 28 (Cisco email dated 10/22/1997) | Entire document | *Cisco* |
| Wong Decl. Ex. 29 (Excerpts from Patil Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 30 (Excerpts from Sweeney Deposition Transcript) | Entire excerpted transcript | *Arista* |
| Wong Decl. Ex. 31 (Cisco internal document) | Entire document | *Cisco* |
| Wong Decl. Ex. 32 (Cisco email dated 1/12/1999) | Entire document | *Cisco* |
| Wong Decl. Ex. 33 (Excerpts from Remaker | Entire excerpted transcript | *Cisco* |

5
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Deposition Transcript, 3/30/2016) | | |
| Wong Decl. Ex. 34 (Excerpts from Redlefsen Deposition Transcript) | Entire excerpted transcript | *Arista* |
| Wong Decl. Ex. 36 (Excerpts from Black Deposition Transcript (Rough)) | Entire excerpted transcript | *Arista* |
| Wong Decl. Ex. 37 (Excerpts from the Opening Expert Report of Kevin Almeroth, dated June 3, 2016) | Entire excerpt from Dr. Almeroth's June 3 Report | *Cisco* |
| Wong Decl. Ex. 38 (Excerpts from Juniper Networks Corporate Deposition of Philip Kasten) | Entire excerpted transcript | *Juniper Networks (Third Party)* |
| Wong Decl. Ex. 41 (Excerpts from Hewlett-Packard Enterprise Corporate Deposition of Balaji Venkatraman) | Entire excerpted transcript | *Hewlett-Packard Enterprise (Third Party)* |
| Wong Decl. Ex. 42 (Brocade FastIron Manual) | Entire document | *Brocade Communications (Third Party)* |
| Wong Decl. Ex. 43 (Brocade FAQ document) | Entire document | *Cisco* |
| Wong Decl. Ex. 44 (Cisco presentation dated June 1, 2007) | Entire document | *Cisco* |
| Wong Decl. Ex. 45 (Cisco manual) | Entire document | *Cisco* |
| Wong Decl. Ex. 46 (Cisco NextHop document) | Entire document | *Cisco* |

6
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Wong Decl. Ex. 47 (Cisco HP document) | Entire document | *Cisco* |
| Wong Decl. Ex. 48 (Excerpts from Malik Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 49 (Cisco presentation) | Entire document | *Cisco* |
| Wong Decl. Ex. 50 (Cisco metadata for the document immediately above) | Entire document | *Cisco* |
| Wong Decl. Ex. 51 (Excerpts from Hartingh Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 52 (Excerpts from Pletcher Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 53 (Cisco email dated 7/11/2002) | Entire document | *Cisco* |
| Wong Decl. Ex. 54 (Cisco email dated 4/15/2008) | Entire document | *Cisco* |
| Wong Decl. Ex. 55 (Cisco email dated 7/8/2005) | Entire document | *Cisco* |
| Wong Decl. Ex. 56 (Cisco product requirements document) | Entire document | *Cisco* |
| Wong Decl. Ex. 57 (Cisco email dated 4/15/2008) | Entire document | *Cisco* |
| Wong Decl. Ex. 58 (Cisco document dated 12/7/2011) | Entire document | *Cisco* |
| Wong Decl. Ex. 59 (Cisco document dated 10/24/2001) | Entire document | *Cisco* |
| Wong Decl. Ex. 60 (Cisco | Entire document | *Cisco* |

7
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

Case 5:14-cv-05344-BLF   Document 378-1   Filed 07/14/16   Page 9 of 19

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| presentation dated 6/20/2012) | | |
| Wong Decl. Ex. 61 (Cisco letter to Stanford dated 12/18/2002) | Entire document | *Cisco* |
| Wong Decl. Ex. 62 (compilation of deposition transcript excerpts) | Entire excerpted transcripts | *Cisco* |
| Wong Decl. Ex. 63 (compilation of deposition transcript excerpts) | Entire excerpted transcripts | *Cisco* |
| Wong Decl. Ex. 64 (compilation of documents) | The following portions of the compilation should be sealed: Ex. 64A (Brocade data sheet) | *Brocade Communications (Third Party)* |

*Cisco Confidential Information:*

5.  The following exhibits to the Wong Declaration are documents and/or deposition transcripts previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" by Cisco. These exhibits are being filed under seal in their entirety pursuant to Civil L.R. 79-5(e)(1).

    i)  Wong Decl. Exs. 1, 2, 4, 7, 8, 9C, 9D, 9E, 9F, 9G, 11, 15–22, 24–29, 31–33, 37, 43–63

6.  In addition, the following documents and declaration exhibits contain information that Cisco previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only." These exhibits, or portions thereof, are also being filed under seal pursuant to Civil L.R. 79-5(e)(1) because they contain or discuss information that Cisco previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only."

    i)  Arista's Opposition Brief (highlighted portions not identified below for third parties)

8
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)
1076344

ii) Black Decl. Ex. 1 (Black Opening Report) (all highlighted portions not identified below for Arista and third parties)

iii) Black Decl. Ex. 2 (Black Rebuttal Report) (being submitted under seal in its entirety because it discusses Dr. Almeroth's Opening Report throughout and Dr. Almeroth's Opening Report is designated by Cisco as Highly Confidential – Attorney's Eyes Only)

iv) Seifert Decl. Ex. 1 (Seifert Report) ¶¶ 43, 78, 84, 85

v) Elsten Decl. Ex. 1 (Elsten Report on Market Harm) at Pages 7, 9, 10, 14-15, 18-19, 21-28, 30, 32-33, 35

vi) Elsten Decl. Ex. 2 (Elsten Report on Damages) (being submitted in its entirety because confidential information of both parties is cited and disclosed throughout the report)

*Dell Confidential Information:*

7. The following exhibits to the Wong Declaration are documents and/or deposition transcripts previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" by third-party Dell, Inc. These exhibits are being filed under seal in their entirety pursuant to Civil L.R. 79-5(e)(1).

i) Wong Decl. Ex. 5

8. In addition, the following documents and declaration exhibits contain information that Dell previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only." These exhibits, or portions thereof, are also being filed under seal pursuant to Civil L.R. 79-5(e)(1) because they contain or discuss information that Dell previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only."

i) Arista's Opposition Brief at Page 22, lines 22 to 24

ii) Black Decl. Ex. 1 (Black Opening Report) ¶¶ 296–300

iii) Seifert Decl. Ex. 1 (Seifert Report) Page 30 (Footnote 41), Page 34 (Footnotes 58 and 59)

iv) Elsten Decl. Ex. 1 (Elsten Report on Market Harm) at Page 30

        v)      Elsten Decl. Ex. 2 (Elsten Report on Damages) at Page 35

***Juniper Networks Confidential Information:***

9.     The following exhibits to the Wong Declaration are documents and/or deposition transcripts previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" by third-party Juniper Networks. These exhibits are being filed under seal in their entirety pursuant to Civil L.R. 79-5(e)(1).

        i)      Wong Decl. Ex. 38

10.     In addition, the following documents and declaration exhibits contain information that Juniper previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only." These exhibits, or portions thereof, are also being filed under seal pursuant to Civil L.R. 79-5(e)(1) because they contain or discuss information that Juniper previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only."

        i)      Arista's Opposition Brief at Page 22, lines 11 to 20

        ii)     Black Decl. Ex. 1 (Black Opening Report) ¶¶ 375–377

        iii)    Seifert Decl. Ex. 1 (Seifert Report) Page 34 (Footnote 59)

***Hewlett Packard Enterprise (HPE) Confidential Information:***

11.     The following exhibits to the Wong Declaration are documents and/or deposition transcripts previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" by third-party HPE. These exhibits are being filed under seal in their entirety pursuant to Civil L.R. 79-5(e)(1).

        i)      Wong Decl. Ex. 41

12.     In addition, the following documents and declaration exhibits contain information that HPE previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only." These exhibits, or portions thereof, are also being filed under seal pursuant to Civil L.R. 79-5(e)(1) because they contain or discuss information that HPE previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only."

        i)      Arista's Opposition Brief at Page 22, line 28 to Page 23, line 2

        ii)     Black Decl. Ex. 1 (Black Opening Report) ¶¶ 361, 473, 474, 476–480, 483

10

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

iii)    Seifert Decl. Ex. 1 (Seifert Report) ¶ 73 (citing Footnote 44)

***Brocade Communications ("Brocade") Confidential Information:***

13.    The following exhibits to the Wong Declaration are documents and/or deposition transcripts previously designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" by third-party Brocade. These exhibits are being filed under seal in their entirety pursuant to Civil L.R. 79-5(e)(1).

i)    Wong Decl. Exs. 42, 64

***Arista Confidential Information:***

1.    Exhibit 13 to the Wong Declaration is a confidential, non-public Arista presentation (with speaker notes included) that discloses sensitive strategic information about Arista's business operations, including target customers and markets, product lineups, and a breakdown of compensation structures for engineers (including benefits, and other financial data relating to compensation) that Arista maintains as confidential. Compelling reasons justify sealing Exhibit 13 in its entirety. *See Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that could result by the dissemination of similar sensitive internal business information to competitors); *Delphix*, 2014 WL 4145520, at *2 (same); *Koninklijke Philips*, 2015 WL 581574, at *1-3 (same).

2.    Exhibit 14 to the Wong Declaration is a confidential, non-public Arista presentation that discloses sensitive strategic information about Arista's business operations, including target customers and markets, and financial information (including revenue and growth projections) regarding those particular customers and markets that Arista maintains as highly confidential competitive and market research information. Compelling reasons justify sealing Exhibit 13 in its entirety. *See Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that could result by the dissemination of similar sensitive internal business information to competitors); *Delphix*, 2014 WL 4145520, at *2 (same); *Koninklijke Philips*, 2015 WL 581574, at *1-3 (same).

3.    Exhibit 30 to the Wong Declaration consists of excerpts from the deposition transcript of Arista employee and engineer Adam Sweeney, which was designed "Highly Confidential – Attorney's Eyes Only." The excerpts from Mr. Sweeney's deposition transcript on

11

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

1  discuss and disclose internal, non-public information regarding the development and development
2  process of the Arista EOS software, including details regarding how certain technologies were
3  integrated into Arista's products.  There are compelling reasons to seal such sensitive confidential
4  internal information regarding "product architecture and development[.]"  *See Delphix Corp.*,
5  2014 WL 4145520, at *2.

6  4.    Exhibit 34 to the Wong Declaration consists of excerpts from the deposition
7  transcript of former Arista employee and engineer Lorenz Redlefsen, which was designed
8  "Highly Confidential – Attorney's Eyes Only."  The excerpts from Mr. Redlefsen's deposition
9  transcript discuss and disclose internal, non-public information regarding the development and
10 development process of the Arista EOS software.  There are compelling reasons to seal such
11 sensitive confidential internal information regarding "product architecture and development[.]"
12 *See Delphix Corp.*, 2014 WL 4145520, at *2.  Pages 7 and 178 of Mr. Redlefsen's deposition
13 transcript also reveal his home address and the circumstances of his departure from Arista, which
14 should (and need) not be disclosed publicly.

15 5.    Exhibit 36 to the Wong Declaration consists of excerpts from the deposition
16 transcript (rough version) of former Dr. John R. Black, Jr., which was designed "Highly
17 Confidential – Attorney's Eyes Only."  The excerpts from Dr. Black's deposition transcript
18 discuss and disclose non-public information regarding his review of highly confidential Arista
19 and Cisco source code and discuss his analysis of their differences based on that analysis.  There
20 are compelling reasons to seal such sensitive confidential internal information regarding "product
21 architecture and development," *see Delphix Corp.*, 2014 WL 4145520, at *2, as well as
22 discussions regarding highly confidential source code.  *See Apple, Inc. v. Samsung Electronics*
23 *Co., Ltd.*, No. 11-cv-1846, D.I. 2190 at *3 (Dec. 10, 2012).

24 6.    Exhibit 1 to the Declaration of Dr. John R. Black, Jr., which is Dr. Black's
25 Opening Report, contains Arista confidential information at Paragraphs ¶¶ 397, 519, 525, and
26 678(i).  Paragraph 397 discusses and discloses internal, non-public information regarding the
27 development and development process of the Arista EOS software, including details regarding
28 how certain technologies were integrated into Arista's products.  There are compelling reasons to

12
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

seal such sensitive confidential internal information regarding "product architecture and development[.]" *See Delphix Corp.*, 2014 WL 4145520, at *2. Paragraphs 519, 525, and 678(i) discuss and disclose non-public information regarding Dr. Black's review of highly confidential Arista source code, and evidence relating to such source code. There are compelling reasons to seal such information about Arista's confidential source code. *See Apple, Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-1846, D.I. 2190 at *3 (Dec. 10, 2012).

7. Exhibit 2 to the Declaration of Dr. John R. Black, Jr., which is Dr. Black's Rebuttal Report, contains Arista confidential information at Paragraphs ¶¶ 148, 155, 156, 160–166, and 169–171. These paragraphs discuss and disclose non-public information regarding both Dr. Black's and Dr. Almeroth's reviews of highly confidential Arista source code, and evidence relating to such source code. There are compelling reasons to seal such information about Arista's confidential source code. *See Apple, Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-1846, D.I. 2190 at *3 (Dec. 10, 2012).

8. Exhibit 1 to the Declaration of William M. Seifert, which is Mr. Seifert's Expert Report, contains Arista confidential information at Paragraphs ¶¶ 90 (including footnote 78), 96 (including charts on Pages 43 and 44), 97 (including footnote 88), 98 (including footnotes 89–91), 99 (including footnote 92), 100(i), 100(ii) (including footnote 94), 100(iv) (including footnote 95), 100(v) (including footnote 97), 101, 103 (including footnote 106), 108, and 109. These excerpts from Mr. Seifert's report contain Arista's highly competitive business information. They cite and discuss customer sales presentations, which contain sensitive and non-public Arista sales and marketing strategies. Others discuss the results of product testing and confidential customer feedback, including the identities of those customers. In some cases, the excerpts recite detailed information about Arista's marketing responses to the preferences of specific segments of customers, along with sales information, all of which Arista protects as highly confidential. These excerpts also disclose sensitive market data and analysis used by Arista for competitive purposes. Compelling reasons justify sealing these portions of Mr. Seifert's report. *See Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that could result by the dissemination of

13
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

1  similar sensitive internal business information to competitors, who would find it valuable);

2  *Delphix*, 2014 WL 4145520, at *2 (same); *Koninklijke Philips*, 2015 WL 581574, at *1-3 (same).

3      9.    Exhibit 1 to the Declaration of Cate M. Elsten, which is Ms. Elsten's Expert

4  Report on Market Harm, contains Arista confidential information on Pages 9, 17, 22–23, as

5  shown in the highlighted copy of the Expert Report. Those pages of Ms. Elsten's Expert Report

6  on Market Harm contain non-public and sensitive business, product pricing, and actual and

7  prospective customer information, including information about customer requirements and

8  preferences regarding purchasing, that Arista maintains as highly confidential. Arista also

9  believes that its actual and prospective customers expect that information relating to their

10 purchasing preferences and transactions is maintained in the utmost confidence. Compelling

11 reasons justify sealing these portions of Ms. Elsten's report. *See Schwartz*, 2016 WL 1301186, at

12 *2 (discussing the harm that could result by the dissemination of similar sensitive internal

13 business information to competitors); *Delphix*, 2014 WL 4145520, at *2 (same); *Koninklijke*

14 *Philips*, 2015 WL 581574, at *1-3 (same).

15     10.    Exhibit 2 to the Declaration of Cate M. Elsten, which is Ms. Elsten's Rebuttal

16 Report on damages-related issues. Ms. Elsten's Rebuttal Report contains non-public and

17 sensitive business, product pricing, and customer information, as well as sales and revenue data,

18 and information about actual and prospective customer requirements and preferences regarding

19 purchasing, all of which Arista maintains as highly confidential. Arista also believes that its

20 actual and prospective customers expect that information relating to their purchasing preferences

21 and transactions is maintained in the utmost confidence. Unlike Ms. Elsten's Report on Market

22 Harm, this report contains sensitive Arista confidential information interwoven throughout the

23 document. Compelling reasons therefore justify sealing the entirety of Ms. Elsten's report. *See*

24 *Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that could result by the dissemination of

25 similar sensitive internal business information to competitors); *Delphix*, 2014 WL 4145520, at *2

26 (same); *Koninklijke Philips*, 2015 WL 581574, at *1-3 (same).

27 //

28 //

14
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

Executed July 14, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

15
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076344

# APPENDIX A

| Exhibit | Description |
|---|---|
| 1. | Kirk Lougheed Deposition, taken November 20, 2015 |
| 2. | Greg Satz Deposition, taken March 23, 2016 |
| 3. | Cisco's U.S. Patent 7,953, 886 |
| 4. | Anthony J. Li Deposition, taken February 1, 2016 |
| 5. | Gavin Cato (Dell) Deposition, taken May 20, 2016 |
| 6. | HPE48996, HP Networking and Cisco CLI Reference Guide, dated March 2010. |
| 7. | Email from Jeanne Beliveau-Dunn to Gary Moore re Network World Coverage-Cisco CCIE 20 Year Anniversary, dated August 21, 2013 |
| 8. | Email from Jim Forster to John Chapman re Is there any standardization of Cisco CLI, dated October 6, 2005 |
| 9. | Compilation of documents produced in this litigation with bates numbers ARISTANDCA00010591; ARISTANDCA00009488; CSI-ANI-00252097; CSI-CLI-00843944 (Ex. 1517); CSI-CLI-01134108 (Ex. 1518); CSI-ANI-00324177 (Ex. 1519); and the document marked as Exhibit 1520 |
| 10. | Network World Article "Grueling performance testing exposes weaknesses in Cisco, HP switches, dated January 18, 2010 |
| 11. | Dan Lang Deposition, taken May 20, 2016 |
| 12. | Article "Forget Amazon, Google, Apple, Facebook: The is the Gem Powering the Cloud", dated May 19, 2016 |
| 13. | Arista Presentation "Reinventing Data Center Switching" |
| 14. | Arista Presentation "Capitalizing on the Cloud Opportunity" |
| 15. | Compilation of documents produced in this litigation with bates numbers CSI-CLI-06360284; CSI-CLI-06360731; the document marked as Exhibit 1202; and deposition excerpts of Drew Pletcher and Deepak Malik |
| 16. | Email from Pramod Srivatsa to Jiandani re Nexus 5K- Response to Network World Article & Competing with Arista, dated January 20, 2010 (Jiandani Ex. 606) |
| 17. | Phillip Remaker Deposition taken, March 31, 2016 |
| 18. | Kirk Lougheed Deposition, taken April 4, 2016. |
| 19. | Email from Harish Patil re CLI Change dated July 26, 2006 |
| 20. | Tong Liu Deposition, taken January 15, 2016. |
| 21. | Compilation of deposition excerpts of Anthony Li; Kirk Lougheed (November 20, 2015 and April 4, 2016); and Greg Satz |
| 22. | Ramanathan Kavasseri, taken February 23, 2016 |
| 23. | Article "Protecting Innovation" by Mark Chandler, dated December 5, 2014 (Lang Ex. 1012) |
| 24. | Pradeep Kumar Kathail Deposition, taken May 27, 2016 |
| 25. | Presentation "Parser Police: Where can we go from here?", dated October 21, 2004 (Remaker Ex. 413) |
| 26. | Email from Phillip Remaker re Parser review guideline, dated January 12, 1999 (Remaker Ex. 436) |
| 27. | Parser-Police Manifesto, version 5 |
| 28. | Email from Jan Vilhuber re Change in default Radius behavior, dated October 22, 1997 |

# APPENDIX A

| Exhibit | Description |
|---|---|
| 29. | Devadas Patil Deposition, taken February 21, 2016 |
| 30. | Adam Sweeney Deposition, taken January 29, 2016 |
| 31. | Parser-Police Manifesto, version 6. |
| 32. | Email from Philip Remaker to Carl Schaefer et al re Parser Review guideline, dated January 12, 1999 |
| 33. | Phillip Remaker Deposition, taken March 30, 2016 |
| 34. | Lorenz Redlefsen Deposition, taken April 15, 2016 |
| 35. | Excerpts from the Cisco IOS Command Modes Manual, |
| 36. | John Black rough deposition, taken June 30, 2016 |
| 37. | Article "Protecting Innovation" by Mark Chandler, dated December 5, 2014 |
| 38. | Philip Kasten (Juniper) Deposition, taken February 16, 2016 |
| 39. | 2002 Juniper Networks ERX Edge Routers Command Reference Guide |
| 40. | 2014 Juniper Networks JunosE Software for E Series Broadband Services Routers, Systems Basics Configuration Guide |
| 41. | Balaji Venkatraman (HP), taken May 2, 2016 |
| 42. | Brocade FastIron Command Reference Manual, dated September 30, 2014 |
| 43. | Brocade ICX 7450 Switch FAQ |
| 44. | Cisco Non Cisco Devices HP Procurve Dell Power Connect Presentation |
| 45. | Manual Config Archive support for Non-Cisco devices |
| 46. | Nexthop manual "VPLS in an Integrated Wired and Wireless Environment", dated February 2006 |
| 47. | HP MSR2000 Series Data Sheet |
| 48. | Deepak Malik Deposition, taken May 19, 2016 |
| 49. | Cisco Presentation on Arista (Ex. 869) |
| 50. | Metadata for Malik Exhibit 869 (Ex. 870) |
| 51. | John Hartingh Deposition, taken May 18, 2016 |
| 52. | Drew Pletcher Deposition, taken May 26, 2016 |
| 53. | Email to Cisco Employees re Config DB discussion, dated July 11, 2002 |
| 54. | Email from Alon Bernstein to William Westfield re IOS CLI vs underlying OS, dated April 15, 2008 |
| 55. | Email from Siva Valliappan re Review request: IOS-xR IP SLAs commands, dated July 8, 2005 |
| 56. | Cisco manual CLI Power Scripting – CLIPS for IOS Product Requirements Document |
| 57. | Email from Phillip Remaker to Rick Pratt re IOS CLI vs underlying OS, dated April 15, 2008 |
| 58. | Current Analysis Report re Cisco Catalyst 6500, dated December 6, 2011 |
| 59. | Presentation "ISSG- Switching Business Review", dated October 24, 2001 |
| 60. | Cisco presentation "Leading the Way: Cisco Open Network Environment", dated June 20, 2012 |
| 61. | Letter from Cisco counsel to Linda Chao of Stanford re Approved Entities for Copyright Infringement Claims, dated December 18, 2002 |
| 62. | Compilation of deposition excerpts of Kevin Almeroth, Kirk Lougheed (Nov. 20, 2015 and April 4, 2016), Anthony Li, and Greg Satz |

1076607.01

**APPENDIX A**

| Exhibit | Description |
|---|---|
| 63. | Compilation of deposition excerpts of Ramanathan Kaasseri, Tong Liu, Kirk Lougheed (Nov. 20, 2015), Devadas Patil, Phillip Remkaker (March 31, 2016), and Greg Satz |
| 64. | Compilation of documents produced in this litigation with bates numbers ARISTANDCA13681614; ARISTANDCA00264627; ARISTANDCA13363443; ARISTANDCA00224908 (Ex. 639); ARISTANDCA00265444 (Ex. 957); and ARISTANDCA00265424 (Ex. 958). |