KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:　　　Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345

1   The Court, having fully considered the papers and arguments presented by the parties,
2   hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal
3   filed in connection with Arista's Opposition to Cisco's Motion for Partial Summary Judgment as
4   follows:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Defendant Arista Network, Inc.'s Opposition to Cisco's Motion for Partial Summary Judgment ("Opposition") | Highlighted portions | *Cisco* |
| Declaration of John R. Black Jr. in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment and Arista's Summary Judgment Motion ("Black Decl.") Ex. 1 ("Black Opening Report") | Highlighted portions | *Cisco* <br> *Arista* <br> *Juniper Networks (Third Party)* <br> *Hewlett Packard Enterprise ("HPE") (Third Party)* <br> *Dell, Inc. (Third Party)* |
| Black Decl. Ex. 38 ("Black Rebuttal Report") | Entire document | *Cisco* <br> *Arista* |
| Declaration of William M. Seifert in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Seifert Decl.") Ex. 1 ("Seifert Expert Report") | Highlighted portions | *Cisco* <br> *Arista* |
| Declaration of Cate M. Elsten in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Elsten Decl.") Ex. 1 ("Elsten June 3 Report") | Highlighted portions | *Cisco* <br> *Arista* <br> *Dell, Inc. (Third Party)* |

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Elsten Decl. Ex. 2 ("Elsten Rebuttal Report") | Entire document | *Cisco* *Arista* |
| Declaration of Ryan Wong in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Wong Decl." or "Wong Declaration") Ex. 1 (Excerpts from Lougheed Deposition Transcript, 11/20/2015) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 2 (Excerpts from Satz Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 4 (Excerpts from Li Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 5 (Excerpts from Dell Corporate Deposition Transcript) | Entire excerpted transcript | *Dell* |
| Wong Decl. Ex. 7 (Cisco email dated 8/2/2013) | Entire document | *Cisco* |
| Wong Decl. Ex. 8 (Cisco email dated 10/6/2005) | Entire document | *Cisco* |
| Wong Decl. Ex. 9 (compilation of documents) | The following portions of the compilation should be sealed: Ex. 9C (Cisco internal presentation) Ex. 9D (Cisco internal requirements document) Ex. 9E (Cisco email dated 6/6/2008) Ex. 9F (Cisco internal presentation) | *Cisco* |

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| | Ex. 9G (Cisco internal presentation) | |
| Wong Decl. Ex. 11 (Excerpts from Lang Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 13 (Arista internal presentation) | Entire document | *Arista* |
| Wong Decl. Ex. 14 (Arista internal presentation) | Entire document | *Arista* |
| Wong Decl. Ex. 15 (compilation of deposition transcript excerpts and documents) | All documents and transcript excerpts in compilation | *Cisco* |
| Wong Decl. Ex. 16 (Cisco email dated 1/20/2010) | Entire document | *Cisco* |
| Wong Decl. Ex. 17 (Excerpts from Remaker Deposition Transcript, 3/31/2016) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 18 (Excerpts from Lougheed Deposition Transcript, 4/4/2016) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 19 (Cisco email dated 7/26/2006) | Entire document | *Cisco* |
| Wong Decl. Ex. 20 (Excerpts from Liu Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 21 (compilation of deposition transcript excerpts) | Entire excerpted transcripts | *Cisco* |
| Wong Decl. Ex. 22 (Excerpts from Kavasseri Deposition Transcript) | Entire excerpted transcript | *Cisco* |

3
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Wong Decl. Ex. 24 (Excerpts from Kathail Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 25 (Cisco presentation dated 10/21/2004) | Entire document | *Cisco* |
| Wong Decl. Ex. 26 (Cisco email dated 1/12/1999) | Entire document | *Cisco* |
| Wong Decl. Ex. 27 (Cisco internal document) | Entire document | *Cisco* |
| Wong Decl. Ex. 28 (Cisco email dated 10/22/1997) | Entire document | *Cisco* |
| Wong Decl. Ex. 29 (Excerpts from Patil Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 30 (Excerpts from Sweeney Deposition Transcript) | Entire excerpted transcript | *Arista* |
| Wong Decl. Ex. 31 (Cisco internal document) | Entire document | *Cisco* |
| Wong Decl. Ex. 32 (Cisco email dated 1/12/1999) | Entire document | *Cisco* |
| Wong Decl. Ex. 33 (Excerpts from Remaker Deposition Transcript, 3/30/2016) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 34 (Excerpts from Redlefsen Deposition Transcript) | Entire excerpted transcript | *Arista* |
| Wong Decl. Ex. 36 (Excerpts from Black Deposition Transcript (Rough)) | Entire excerpted transcript | *Arista* |

4
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Wong Decl. Ex. 37 (Excerpts from the Opening Expert Report of Kevin Almeroth, dated June 3, 2016) | Entire excerpt from Dr. Almeroth's June 3 Report | *Cisco* |
| Wong Decl. Ex. 38 (Excerpts from Juniper Networks Corporate Deposition of Philip Kasten) | Entire excerpted transcript | *Juniper Networks (Third Party)* |
| Wong Decl. Ex. 41 (Excerpts from Hewlett-Packard Enterprise Corporate Deposition of Balaji Venkatraman) | Entire excerpted transcript | *Hewlett-Packard Enterprise (Third Party)* |
| Wong Decl. Ex. 42 (Brocade FastIron Manual) | Entire document | *Brocade Communications (Third Party)* |
| Wong Decl. Ex. 43 (Brocade FAQ document) | Entire document | *Cisco* |
| Wong Decl. Ex. 44 (Cisco presentation dated June 1, 2007) | Entire document | *Cisco* |
| Wong Decl. Ex. 45 (Cisco manual) | Entire document | *Cisco* |
| Wong Decl. Ex. 46 (Cisco NextHop document) | Entire document | *Cisco* |
| Wong Decl. Ex. 47 (Cisco HP document) | Entire document | *Cisco* |
| Wong Decl. Ex. 48 (Excerpts from Malik Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 49 (Cisco presentation) | Entire document | *Cisco* |
| Wong Decl. Ex. 50 (Cisco metadata for the document | Entire document | *Cisco* |

5

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| immediately above) | | |
| Wong Decl. Ex. 51 (Excerpts from Hartingh Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 52 (Excerpts from Pletcher Deposition Transcript) | Entire excerpted transcript | *Cisco* |
| Wong Decl. Ex. 53 (Cisco email dated 7/11/2002) | Entire document | *Cisco* |
| Wong Decl. Ex. 54 (Cisco email dated 4/15/2008) | Entire document | *Cisco* |
| Wong Decl. Ex. 55 (Cisco email dated 7/8/2005) | Entire document | *Cisco* |
| Wong Decl. Ex. 56 (Cisco product requirements document) | Entire document | *Cisco* |
| Wong Decl. Ex. 57 (Cisco email dated 4/15/2008) | Entire document | *Cisco* |
| Wong Decl. Ex. 58 (Cisco document dated 12/7/2011) | Entire document | *Cisco* |
| Wong Decl. Ex. 59 (Cisco document dated 10/24/2001) | Entire document | *Cisco* |
| Wong Decl. Ex. 60 (Cisco presentation dated 6/20/2012) | Entire document | *Cisco* |
| Wong Decl. Ex. 61 (Cisco letter to Stanford dated 12/18/2002) | Entire document | *Cisco* |
| Wong Decl. Ex. 62 (compilation of deposition transcript excerpts) | Entire excerpted transcripts | *Cisco* |
| Wong Decl. Ex. 63 | Entire excerpted transcripts | *Cisco* |

6
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| (compilation of deposition transcript excerpts) | | |
| Wong Decl. Ex. 64 (compilation of documents) | The following portions of the compilation should be sealed: Ex. 64A (Brocade data sheet) | *Brocade Communications (Third Party)* |

**IT IS SO ORDERED.**

Dated: _____                    HON. BETH LABSON FREEMAN

7
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1076345