| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST–# 84065<br>BRIAN L. FERRALL–# 160847<br>DAVID SILBERT–# 173128<br>MICHAEL S. KWUN–#198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email: screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        August 4, 2016<br>Time:        9:00 a.m.<br>Dept.:       Courtroom 3–5th Floor<br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076246

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Opposition to Cisco's Motion for Partial Summary Judgment.

3. Attached hereto as **Appendix A** is a list of exhibits submitted in support of Arista's Opposition to Cisco's Motion for Partial Summary Judgment.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Kirk Lougheed, taken November 20, 2015.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Greg Satz, taken March 23, 2016.

6. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent 7,953,886, Bansal et al, dated May 31, 2011.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of Anthony J. Li, taken February 1, 2016.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition transcript of Gavin Cato (Dell, Inc. corporate witness), taken May 20, 2016.

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of a manual "HP Networking and Cisco CLI Reference Guide", dated March 2010.

10. Attached hereto as **Exhibit 7** is a true and correct copy of an email from Jeanne Beliveau-Dunn to Gary Moore dated August 21, 2013 and bates labeled CSI-CLI-03126889–CSI-CLI-03126890 (Kathail Ex. 1522).

11. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Jim Forster to John Chapman dated October 6, 2005 and bates labeled CSI-CLI-02918192.

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076246

12. Attached hereto as **Exhibit 9** is a true and correct copy of a compilation of documents produced in this litigation with bates numbers ARISTANDCA00010591; ARISTANDCA00009488; CSI-ANI-00252097; CSI-CLI-00843944 (Ex. 1517); CSI-CLI-01134108 (Ex. 1518); CSI-ANI-00324177 (Ex. 1519); and the document marked as Exhibit 1520.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a Network World Article "Grueling performance testing exposes weaknesses in Cisco, HP switches", dated January 18, 2010 (Jiandani Ex. 607).

14. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the deposition transcript of Dan Lang, taken May 20, 2016.

15. Attached hereto as **Exhibit 12** is a true and correct copy of an article "Forget Amazon, Google, Apple, Facebook: This is the Gem Powering the Cloud", dated May 19, 2016, bates labeled ARISTANDCA00269689–ARISTANDCA00269698.

16. Attached hereto as **Exhibit 13** is a true and correct copy of an Arista Presentation "Reinventing Data Center Switching" bates labeled ANI-ITC-944_945-1689417–ANI-ITC-944_945-1689436.

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of an Arista Presentation "Capitalizing on the Cloud Opportunity", bates labeled ANI-ITC-944_945-3735225 and ANI-ITC-944_945-3735231.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a compilation of documents produced in this litigation with bates numbers CSI-CLI-06360284; CSI-CLI-06360731; the document marked as Deposition Exhibit 1202; and deposition excerpts of Drew Pletcher and Deepak Malik.

19. Attached hereto as **Exhibit 16** is a true and correct copy of an email from Pramod Srivatsa to Jiandani dated January 20, 2010 and bates labeled CSI-ANI-00389750- CSI-ANI-00389772 (Jiandani Ex. 606).

20. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the deposition transcript of Phillip Remaker, taken March 31, 2016.

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076246

21. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the deposition transcript of Kirk Lougheed, taken April 4, 2016.

22. Attached hereto as **Exhibit 19** is a true and correct copy of an email from Harish Patil dated July 26, 2006 and bates labeled CSI-CLI-00816815.

23. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the deposition transcript of Tong Liu, taken January 15, 2016.

24. Attached hereto as **Exhibit 21** is a true and correct copy of compilation of deposition excerpts of Anthony Li; Kirk Lougheed (November 20, 2015 and April 4, 2016); and Greg Satz.

25. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the deposition transcript of Ramanathan Kavasseri, taken February 23, 2016.

26. Attached hereto as **Exhibit 23** is a true and correct copy of an article entitled "Protecting Innovation" by Mark Chandler, dated December 5, 2014 (Lang Ex. 1012).

27. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the deposition transcript of Pradeep Kumar Kathail, taken May 27, 2016.

28. Attached hereto as **Exhibit 25** is a true and correct copy of a Cisco presentation dated October 21, 2004 and bates labeled CSI-CLI-02635203–CSI-CLI-02635232 (Remaker Ex. 413).

29. Attached hereto as **Exhibit 26** is a true and correct copy of an email from Phillip Remaker dated January 12, 1999 and bates labeled CSI-CLI-00754391–CSI-CLI-00754395 (Remaker Ex. 436).

30. Attached hereto as **Exhibit 27** is a true and correct copy of version 5 of a Cisco CLI design document bates labeled CSI-CLI-00836643–CSI-CLI-00836652.

31. Attached hereto as **Exhibit 28** is a true and correct copy of an email from Jan Vilhuber dated October 22, 1997 and bates labeled CSI-CLI-00749938–CSI-CLI-00749940.

32. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the deposition transcript of Devadas Patil, taken February 21, 2016.

33. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the deposition transcript of Adam Sweeney, taken January 29, 2016.

34. Attached hereto as **Exhibit 31** is a true and correct copy of version 5 of a Cisco CLI design document bates labeled CSI-CLI-04824213.

35. Attached hereto as **Exhibit 32** is a true and correct copy of an email from Philip Remaker to Carl Schaefer dated January 12, 1999 and bates labeled CSI-CLI-00754391–CSI-CLI-00754395.

36. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the deposition transcript of Phillip Remaker, taken March 30, 2016.

37. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the deposition transcript of Lorenz Redlefsen, taken April 15, 2016.

38. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the Cisco IOS Command Modes Manual, bates labeled CSI-CLI-00567718.

39. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of the rough deposition transcript of John Black, taken June 30, 2016.

40. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of the Opening Expert Report of Kevin Almeroth Regarding Copying, submitted June 3, 2016.

41. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the deposition transcript of Philip Kasten (Juniper Networks corporate witness), taken February 16, 2016.

42. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of a Juniper Networks ERX Edge Routers Command Reference Guide, bates labeled 19008JNPR00146233

43. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of a Juniper Networks JunosE Software for E Series Broadband Services Routers, Systems Basics Configuration Guide, bates labeled 19008JNPR00144310.

44. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of the deposition transcript of Balaji Venkatraman (Hewlett Packard Enterprise corporate witness), taken May 2, 2016.

4
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076246

45. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of a Brocade FastIron Command Reference Manual, dated September 30, 2014 and bates labeled ARISTANDCA_BROCADE01336032.

46. Attached hereto as **Exhibit 43** is a true and correct copy of a Brocade ICX 7450 Switch FAQs, bates labeled CSI-CLI-02246711–CSI-CLI-02246718.

47. Attached hereto as **Exhibit 44** is a true and correct copy of Cisco Presentation dated June 1, 2007 and bates labeled CSI-CLI-05646048–CSI-CLI-05646068.

48. Attached hereto as **Exhibit 45** is a true and correct copy of a Cisco manual bates labeled CSI-CLI-04057694–CSI-CLI-04057710.

49. Attached hereto as **Exhibit 46** is a true and correct copy of a NextHop Technologies document dated February 2006 and bates labeled CSI-CLI-06018032–CSI-CLI-06018056.

50. Attached hereto as **Exhibit 47** is a true and correct copy of a Hewlett-Packard data sheet bates labeled CSI-CLI-06023246 – CSI-CLI-06023256.

51. Attached hereto as **Exhibit 48** is a true and correct copy of excerpts of the deposition transcript of Deepak Malik, taken May 19, 2016.

52. Attached hereto as **Exhibit 49** is a true and correct copy of a Cisco presentation bates labeled CSI-ANI-00056464–CSI-ANI-00056464.000062 (Malik Ex. 869)

53. Attached hereto as **Exhibit 50** is a true and correct copy of the metadata for Malik Exhibit 869, which is attached to this declaration as Exhibit 49.

54. Attached hereto as **Exhibit 51** is a true and correct copy of excerpts of the deposition transcript of John Hartingh, taken May 18, 2016.

55. Attached hereto as **Exhibit 52** is a true and correct copy of excerpts of the deposition transcript of Drew Pletcher, taken May 26, 2016.

56. Attached hereto as **Exhibit 53** is a true and correct copy of an email from Joshi Praveen to Cisco employees dated July 11, 2002, and bates labeled CSI-CLI-01110668–CSI-CLI-01110669.

57. Attached hereto as **Exhibit 54** is a true and correct copy of an email from Alon Bernstein to William Westfield dated April 15, 2008 and bates labeled CSI-CLI-02943915.

58. Attached hereto as **Exhibit 55** is a true and correct copy of an email from Siva Valliappan dated July 8, 2005 and bates labeled CSI-CLI-00807360–CSI-CLI-00807378.

59. Attached hereto as **Exhibit 56** is a true and correct copy of a Cisco product requirements document bates labeled CSI-CLI-00836802–CSI-CLI-00836834.

60. Attached hereto as **Exhibit 57** is a true and correct copy of an email from Phillip Remaker to Rick Pratt dated April 15, 2008 and bates labeled CSI-CLI-01133437.

61. Attached hereto as **Exhibit 58** is a true and correct copy of an analysis report regarding Cisco products dated December 6, 2011 and bates labeled CSI-CLI-03766046–CSI-CLI-03766051.

62. Attached hereto as **Exhibit 59** is a true and correct copy of a presentation dated October 24, 2001 and bates labeled CSI-CLI-04978736–CSI-CLI-04978803.

63. Attached hereto as **Exhibit 60** is a true and correct copy of excerpts of a Cisco presentation dated June 20, 2012 (CSI-ANI-00059530 at .0046).

64. Attached hereto as **Exhibit 61** is a true and correct copy of a letter from Cisco counsel to Linda Chao of Stanford dated December 18, 2002 and bates labeled CSI-CLI-01326890.

65. Attached hereto as **Exhibit 62** is a true and correct copy of compilation of deposition excerpts of Kevin Almeroth, Kirk Lougheed (Nov. 20, 2015 and April 4, 2016), Anthony Li, and Greg Satz.

66. Attached hereto as **Exhibit 63** is a true and correct copy of a compilation of deposition excerpts of Ramanathan Kavasseri, Tong Liu, Kirk Lougheed (Nov. 20, 2015), Devadas Patil, Phillip Remaker (March 31, 2016), and Greg Satz.

67. Attached hereto as **Exhibit 64** is a true and correct copy of a compilation of documents produced in this litigation with bates numbers ARISTANDCA13681614; ARISTANDCA00264627; ARISTANDCA13363443; ARISTANDCA00224908 (Ex. 639); ARISTANDCA00265444 (Ex. 957); and ARISTANDCA00265424 (Ex. 958).

6
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076246

Executed July 14 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

7
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076246