# EXHIBIT 6



# HP Networking and Cisco CLI Reference Guide

HPE48996

## Table of Contents

Introduction ........................................................................................................................................ 7

Using This Guide ............................................................................................................................... 7

    Comware 5 Differences .................................................................................................................. 8

    Navigation Differences Among CLIs .............................................................................................. 8

    Configuration Differences Among CLIs ......................................................................................... 8

    Terminology Differences ................................................................................................................. 8

    Comparing Frequently Used Commands ..................................................................................... 9

Chapter 1   Basic Switch Management ........................................................................................ 10

    a) Management Access ................................................................................................................. 10

    b) Configuration Access ............................................................................................................... 11

    c) Console Access—Baud Rate .................................................................................................. 12

    c) Console Access—Timeout ...................................................................................................... 13

    d) Reload ....................................................................................................................................... 14

    e) USB Interface ............................................................................................................................ 15

    f) System and Environment .......................................................................................................... 16

    g) Remote Management Sessions—Viewing ............................................................................. 19

    g) Remote Management Sessions—Terminating ..................................................................... 21

    h) Tech Support Information Output Listing .............................................................................. 23

    i) Filtering Output show running-config and display current-configuration ......................... 24

    j) Motd ............................................................................................................................................ 25

    k) Source Interface for Management Communications ........................................................... 26

Chapter 2   Switch User ID and Password .................................................................................. 29

    a) Local User ID and Password ................................................................................................... 29

    b) Recover Lost Password ........................................................................................................... 36

    c) Protect Local Password ........................................................................................................... 37

Chapter 3   Image File Management ............................................................................................ 40

Chapter 4   Configuration File Management ............................................................................... 46

Chapter 5   Syslog Services .......................................................................................................... 55

HPE48997

Chapter 6  Time Service ............................................................................................................. 60
   a) TimeP or NTP ............................................................................................................... 60
   b) SNTP ............................................................................................................................ 65
Chapter 7  SNMP ...................................................................................................................... 66
   a) SNMP Version 1 and Version 2c .................................................................................. 66
   b) SNMP Version 3 .......................................................................................................... 75
Chapter 8  SSH ......................................................................................................................... 82
Chapter 9  SSL (Self-Signed Certificates) .................................................................................. 88
Chapter 10  RADIUS Authentication for Switch Management .................................................... 92
   a) Basic Configuration ..................................................................................................... 92
   b) Privilege Mode ........................................................................................................... 104
   c) Commands Authorization ........................................................................................... 105
   d) RADIUS Accounting ................................................................................................... 106
Chapter 11  TACACS Authentication for Switch Management .................................................. 109
   a) Basic Configuration ................................................................................................... 109
   b) Privilege Mode ........................................................................................................... 115
   c) TACACS Accounting .................................................................................................. 116
Chapter 12  Discovery Protocols .............................................................................................. 117
   a) LLDP .......................................................................................................................... 117
   b) CDP ........................................................................................................................... 120
Chapter 13  Port Information and Nomenclature ...................................................................... 124
Chapter 14  VLANs .................................................................................................................. 135
   a) Creating and Naming VLANs .................................................................................... 135
   b) Assigning Ports or Interfaces to VLANs .................................................................... 137
   c) Assigning an IP Address to a VLAN .......................................................................... 143
   d) IP Helper to Relay / Forward DHCP Requests ......................................................... 144
   e) GVRP ......................................................................................................................... 147
Chapter 15  VoIP ..................................................................................................................... 148
Chapter 16  PoE ...................................................................................................................... 152

HPE48998

Chapter 17   Link Aggregation ................................................................................................. 157
   a) Link Aggregation Control Protocol (LACP) ............................................................... 157
   b) Trunk ........................................................................................................................ 162
Chapter 18   RSTP ..................................................................................................................... 166
Chapter 19   MSTP .................................................................................................................... 170
Chapter 20   RIP ........................................................................................................................ 181
Chapter 21   OSPF .................................................................................................................... 184
   a) Single Area ............................................................................................................... 184
   b) Multiple Areas ........................................................................................................... 186
   c) Stub .......................................................................................................................... 188
   d) Totally Stubby .......................................................................................................... 189
   e) Show or Display OSPF Commands ......................................................................... 190
Chapter 22   VRRP .................................................................................................................... 194
Chapter 23   ACLs ..................................................................................................................... 197
   a) Standard or Basic ACLs and Extended or Advanced ACLs ..................................... 197
   b) ACL Fundamental Configuration Options ................................................................ 198
      Standard/Basic ......................................................................................................... 198
      Extended/Advanced ................................................................................................. 198
   c) Routed/Layer 3 ACL (RACL) .................................................................................... 204
      Standard or Basic ACL ............................................................................................. 204
      Extended or Advanced ACL ..................................................................................... 204
   c) VLAN/Layer 2 Based ACL (VACL) ........................................................................... 213
      Standard or Basic ACL ............................................................................................. 213
      Extended or Advanced ACL ..................................................................................... 213
   d) Port ACL (PACL) ...................................................................................................... 218
      Standard or Basic ACL ............................................................................................. 218
      Extended or Advanced ACL ..................................................................................... 218
Chapter 24   QoS ....................................................................................................................... 220
   QoS Operational Characteristics ................................................................................... 220
   a) QoS ........................................................................................................................... 220
   b) Rate Limiting ............................................................................................................. 225

HPE48999

**Chapter 25   IP Multicast** ................................................................................................... 228

a) PIM Dense ................................................................................................................ 228

b) PIM Sparse ............................................................................................................... 231

c) IGMP ........................................................................................................................ 234

**Chapter 26   Spanning Tree Hardening** ................................................................................ 235

a) UDLD and DLDP ....................................................................................................... 235

b) BPDU Protection and BPDU Guard ............................................................................. 237

c) Loop Protection ......................................................................................................... 238

d) Root Guard ............................................................................................................... 239

**Chapter 27   DHCP Snooping** ............................................................................................. 240

**Chapter 28   ARP Protection , ARP Detection, and Dynamic ARP Inspection** ....................... 246

**Chapter 29   Connection Rate Filtering** ............................................................................... 250

**Chapter 30   802.1X Authentication** .................................................................................... 254

a) 802.1X Authentication ............................................................................................... 254

b) MAC Authentication ................................................................................................... 264

c) Web or Portal Authentication ..................................................................................... 267

**Chapter 31   Port Mirroring or Span** .................................................................................... 273

a) Local Mirror or SPAN ................................................................................................. 273

b) Remote Mirror or RSPAN ........................................................................................... 278

Index ................................................................................................................................... 284

# HP Networking and Cisco CLI Reference Guide

## Introduction

This CLI Reference Guide is designed to help HP partners and customers who:

- Manage multi-vendor networks that include HP and Cisco switches
- Have experience deploying Cisco switches and are now deploying HP switches

This CLI Reference Guide compares many of the common commands in three switch operating systems: HP ProVision, Comware 5, and Cisco operating systems.

The HP ProVision operating system runs on HP 3500, 5400zl, 6200yl, 6600, and 8200zl Switch Series. (Other HP switches use an operating system that is very similar to the ProVision operating system.) Comware 5 runs on H3C and 3Com switches, which are now part of the HP Networking portfolio.

The commands included in this guide were tested on the following:

- HP 3500yl-24G switches running ProVision K.14.41 software
- 3Com 3CRS48G-24P-91 switches running Comware 5.20 release 2202P15
- Cisco WS-C3560-24PS switches running Cisco IOS Release 12.2(46)SE

Additional HP ProVision ASIC, H3C or 3Com, and Cisco switches and routers were used to provide systems connectivity and operational support as necessary. Likewise, various computers and voice over IP (VoIP) phones were used to help test functionality and provide output for commands, such as **show** or **display** commands.

Although HP Networking conducted extensive testing to create this guide, it is impossible to test every conceivable configuration and scenario. This document, therefore, cannot be assumed to be complete as it applies to every environment or each manufacturer's complete product platforms and software versions. For complete and detailed use of all commands and their options, refer to each manufacturer's documentation accordingly.

## Using This Guide

This CLI Reference Guide provides CLI command comparisons in two different formats:

- Side-by-side comparison—The basic commands required to execute a given function in each of the operating systems are listed in a table. In this side-by-side comparison, each platform's commands do not always start at the top of the column. Instead, commands that have similar functions are aligned side-by-side so that you can easily "translate" the commands on one platform with similar commands on another platform.

HPE49001

- Detailed comparison—Beneath the side-by-side comparison, a more in-depth comparison is provided, displaying the output of the command and options.

Occasionally, there are few, if any, similarities among the commands required to execute a function or feature in each operating system. In these instances, each column has the commands necessary to implement the specific function or feature, and the side-by-side comparison does not apply.

**Comware 5 Differences**

If you are familiar with either the HP ProVision CLI or the Cisco CLI, you will notice that the Comware 5 CLI is organized slightly differently. Comware 5 was designed for networks provisioned by Internet Service Providers (ISPs). Many features and functions—such as security and quality of service (QoS)—are multi-tiered to support the different needs for multiple entities accessing the same switch.

**Navigation Differences Among CLIs**

Basic CLI navigation on all three platforms is very similar, with one notable difference:

- With ProVision, you can use the **Tab** key for command completion; you can also use the **Tab** key or the **?** key to find more command options
- With Comware 5, you can use the **Tab** key for command completion, but you use the **?** key to find more command options
- With Cisco, you use the **Tab** key for command completion, but you use the **?** key to find more command options

**Configuration Differences Among CLIs**

Most commands for port-to-VLAN assignments, interface IP addressing, and interface-specific routing protocol configuration are executed differently on the three platforms:

- On ProVision, you configure the aforementioned components in a VLAN context.
- On Comware 5, you configure the aforementioned components in an interface context.
- On Cisco, you configure the aforementioned components in an interface context.

**Terminology Differences**

Among the three operating systems, there are some differences in the terms used to describe features. The table on the following page lists three such terms that could be confusing. For example, in the ProVision operating system, aggregated interfaces are called *trunks*. In the Comware 5 operating system, the term is *bridge aggregation*, while on Cisco it is *EtherChannel*.

The confusion can arise because the term *trunk* is used differently in Cisco and Comware 5. In these operating systems, trunk refers to an interface that is configured to support 802.1Q (VLAN). That is, an interface that is configured to support multiple VLANs is called a trunk in Cisco and Comware 5. In the ProVision operating system, on the other hand, an interface that supports multiple VLANs is *tagged*.

HPE49002

| Interface use | ProVision | Comware 5 | Cisco |
|---|---|---|---|
| Non-802.1Q interfaces (such as computers or printers) | Untagged | Access | Access |
| 802.1Q interfaces (such as switch-to-switch, switch-to-server, and switch-to-VoIP phones) | Tagged | Trunk | Trunk |
| Aggregated interfaces | Trunk | bridge aggregation | etherchannel |

**Comparing Frequently Used Commands**

The table below lists frequently used commands for each operating system.

| * | ProVision | * | Comware 5 | * | Cisco |
|---|---|---|---|---|---|
| U | enable | U | system-view | U | enable |
| U/P | show flash | U | Dir | U/P | show flash |
| U/P | show version | U/S | display version | U/P | show version |
| P | show run | U/S | display current-configuration | P | show run |
| P | show config | U/S | display saved-configuration | P | show start |
| U/P | show history | U/S | display history | U/P | show history |
| U/P | show logging | U/S | display info-center | U/P | show logging |
| U/P | show ip route | U/S | display ip routing-table | U/P | show ip route |
| U/P | show ip | U/S | display ip interface brief | U/P | show ip interface brief |
| U/P | show interface brief | U/S | display brief interfaces | U/P | show interfaces status |
| P | erase start | U | reset saved | P | erase start |
| P | show config <filename> | U | more <filename> | P | more flash:/<filename> |
| P | reload | U | Reboot | P | reload |
| P | write memory | U/S | Save | P | write memory |
| P | show tech | U/S | display diagnostic-information | U/P | show tech-support |
| U/P/C | show | U/S | Display | U/P | show |
| U/P/C | no | U/S | Undo | P | no |
| C | end | S | Return | C | end |
| U/P/C | exit | U/S | Quit | U/P/C | exit |
| P/C | erase | U/S | Delete | P | erase |
| P/C | copy | U | copy/tftp | P | copy |
|  |  |  |  |  |  |
| C | hostname | S | Sysname | C | hostname |
| C | logging | S | info-center | C | logging |
| C | router rip | S | Rip | C | router rip |
| C | router ospf | S | Ospf | C | router ospf |
| C | ip route | S | ip route-static | C | ip route |
| C | access-list | S | Acl | C | access-list |
| C | redistribute | S | import-route | C | redistribute |

| * Context Legend | ProVision | Comware 5 | Cisco |
|---|---|---|---|
| U = User Exec / User View | ProVision> | <Comware5> | Cisco> |
| P = Privileged Exec | ProVision# |  | Cisco# |
| S = System View |  | [Comware5] |  |
| C = Configuration | ProVision(config)# |  | Cisco(config)# |

HPE49003

## Chapter 1  Basic Switch Management

This chapter compares commands for:

- Management access
- Configuration access
- Console access
- Switch reload
- USB interface (ProVision only)
- System and environment
- Remote management sessions (viewing and terminating)
- Tech support output
- Filtering output of **show running-config** and **display current-configuration** commands
- Motd
- Source interface for management communications

### a) Management Access

| ProVision | Comware 5 | Cisco |
|---|---|---|
| ProVision> enable | <Comware5> system-view<br>System View: return to User View with Ctrl+Z. | Cisco> enable |
| ProVision# | [Comware5] | Cisco# |

| ProVision |
|---|
| ProVision> enable<br><br>ProVision# |

| Comware 5 |
|---|
| <Comware5> system-view<br>System View: return to User View with Ctrl+Z.<br><br>[Comware5] |

| Cisco |
|---|
| Cisco> enable<br><br>Cisco# |

10

HPE49004