# EXHIBIT 9C

# DOCUMENT SOUGHT TO BE SEALED