# EXHIBIT 9D

# DOCUMENT SOUGHT TO BE SEALED