# EXHIBIT 9E

# DOCUMENT SOUGHT TO BE SEALED