# EXHIBIT 9F

# DOCUMENT SOUGHT TO BE SEALED