# EXHIBIT 9G



**Transcript:**
RASHAN: Good morning, everyone. Welcome to the 120 minutes of SDN. I will start with 60 minutes of my own, and my colleague and partner in crime, Kevin Woods, will do the second half. The way we've divided the 120 minutes is first will be strategy and the messaging that we have done at Cisco Live. Hopefully, some of you had the opportunity to go through that. And then our Cisco value, Cisco differentiation, Cisco innovations, Cisco view, what do you need to do when you will encounter customers, how are we competitively positioned and differentiated. So all of that I'll go through in the strategy piece. And then Kevin we'll talk about the second session, which is the SDN execution. And specifically there, he will be focused on OpenFlow and onePK which is the One Platform Kit, an API on our platforms. He'll also have Hoda Subra with him as copresenter who will be talking about some of the service provider use cases very relevant to the topic here.

**Author's Original Notes:**



EXHIBIT 1520
5/27/16

1

VMware who is having issues today with the licensing and eventually can block our [INAUDIBLE]. AUDIENCE: Actually, I guess it's not under discussion now. We going to pursue both, the [INAUDIBLE] going open source. That's a given. The point is how we'll pursue together. PRESENTER: Of course. AUDIENCE: So should he put it in Vs LAN gate already and [INAUDIBLE] to [INAUDIBLE] have and then jump toward an open source? Because we just have one engineer guy to test. Which one he's going to pick. Let's assume that the question. AUDIENCE: Let's get a second [INAUDIBLE]. [LAUGHTER] AUDIENCE: Good point. RASHAN: I think that's fine. I've got the sense. I know I'm at the end of the hour. I want to cover a few things. Ali,, I'll run a little over time if that's OK. We'll eat into your break. So OpenStack, I'm not going to go into that. But basically it enables one to create network, create ports, attach networks to port, basically a new set of APIs. If you recall Cisco APIs when you do config t, all of your interface APIs, VLANs creations, all of that is there. This is simply a modern way to write these things. In the '90s-- I've said this in other venues-- in the '90s, we built the CLI, an infrastructure that everyone uses today. Everyone says Cisco-like CLI, our competitors. In the last decade, we didn't modernize the CLI to an API to a point where today we should have been in a position where people would have said, Cisco-like API. But having lack of that capability, open source provides us the opportunity to go in a standard way. So that's what Lou Tucker and team are doing to contribute to OpenStack. Quantum is a project for doing network provisioning. We are doing extensions to that to add port profiles, to add some of the Cisco-specific things like Quads and things. And is getting prioritized on 1K as you saw. But demos are also available on UCS and Cisco ISE. And we expect over time to have these things roadmapped as well. There is a Cisco Live session that some of the folks have done. And if you're interested in open [INAUDIBLE], I would recommend that you visit that session. So putting this in perspective, relatively speaking, these are the emerging capabilities, a lot of interest, OpenStack, OpenFlow. And here is onePK and the promise of onePK to provide a very holistic and rich and deep experience to our customers in an evolutionary way, in a way to protects their investment in the infrastructure that they made. So that's onePK. The second one is a controller agent or architecture. This is not really appropriate in this environment. But we have seen that service providers are also looking at controllers, like NTT is big in controllers. They have made public statements about it. So our approach to Go-to-Market is really to focus on universities and provide the slicing capability so that researchers can do research. We will continue to interact with service providers as we are already doing. And if you see service providers where controllers or OpenFlow agents become important, please let us know-- Phil is the PM for controller. Kevin Woods, the next speaker, is an [INAUDIBLE] GPM for OpenFlow agent-- so we can have that requirement. The other thing is to be important for some you whose territory these are our topics, like Japan, for example, or China, that we can have one or two or three designated folks who are trained on these capabilities on the emerging POCs. And then they can assist and help us scale in the local region. This is not going to be tech supported. This is going to be All View supported, and we can only do X number of customers, and we cannot scale beyond that. So if we want to continue to have account engagement and show our top leadership, then it will be important to identify these regional leaders, CSEs and SEs, who can help us scale. I'll skip the onePK examples, and Kevin will focus on that. So let me go to what has happened. Now that we are out, the cat in out of the bag, what is happening? We had done a Rolling Thunder before we announced ONE last week, and already we started to see pragmatic voices come about. So Deutsche Telekom said, this is a time expansion opportunity for Cisco SDN, not a commoditization worry. JP Morgan, another analyst, said, it makes sense that Cisco is taking a broader approach to SDN. And the details are there in the slides for you too. But very positive report on Cisco. After our announcement, Goldman Sachs, this is analyst, not customer, the bottom line is Cisco is acting rapidly to intercept SDN trend, and we we view its strategy as sound. Excellent validation of what we are doing. Current analysis, positive on Cisco's embrace of SDN as the support is broad, flexible, and complete. The vision is strong. IDC, again, saying, demonstrating the magnitude of resources Cisco can employ to address customer requirements whereas other are very siloed. And our friends and partner and competitor VMware, their own CTO for networking is commenting on the Google approach. This was yesterday in Surge Networking. People aren't ready yet for OpenFlow. People want to monitor networks with existing tools. Even if technology was there, you'd would have to have 200 Stanford Ph.D.s, and you own your own fiber