# EXHIBIT 15
# (Part 2 of 2)

# DOCUMENT SOUGHT TO BE SEALED