# EXHIBIT 29

# DOCUMENT SOUGHT TO BE SEALED