# EXHIBIT 33

# DOCUMENT SOUGHT TO BE SEALED