# EXHIBIT 36

# DOCUMENT SOUGHT TO BE SEALED