# EXHIBIT 37

# DOCUMENT SOUGHT TO BE SEALED