# EXHIBIT 38

# DOCUMENT SOUGHT TO BE SEALED