# EXHIBIT 39




# ERX Edge Routers
# System Basics
# Configuration Guide

*Release 4.0.x*



Juniper Networks, Inc.
1194 North Mathilda Avenue
Sunnyvale, CA 94089
USA
408-745-2000
www.juniper.net

Part No. 162-00469-02 Rev. A00

19008JNPR00146233

# Command Line Interface

## 2

This chapter provides information about your ERX system's command line interface (CLI).

| Topic | Page |
|---|---|
| Overview | 2-1 |
| Accessing the CLI | 2-21 |
| Using Help | 2-22 |
| Using Command Line Editing | 2-26 |
| Accessing Command Modes | 2-29 |

## Overview

Managing your system using the CLI gives you access to thousands of commands. The system's CLI uses an industry *de facto* standard look and feel, which may be familiar to you. If you are new to this CLI, it is helpful to read this entire chapter, where you can learn about CLI shortcuts and other helpful information.

### Command Modes

Command modes set a context for the CLI. Each command in the CLI is available from one or more command modes. From some command modes you can only view router information; from others you can perform configuration tasks. For example, you can access User Exec mode to display information and then access Global Configuration mode to set parameters or enable a particular feature. By recognizing the command line prompt, you can identify where you are in the CLI at any