# EXHIBIT 40



# JunosE™ Software
# for E Series™ Broad

## ıration Guide

Release
## 15.1.x



Published: 2014-08-12

Copyright © 2014, Juniper Networks, Inc.

Juniper Networks, Inc.
1194 North Mathilda Avenue
Sunnyvale, California 94089
USA
408-745-2000
www.juniper.net

Juniper Networks, Junos, Steel-Belted Radius, NetScreen, and ScreenOS are registered trademarks of Juniper Networks, Inc. in the United States and other countries. The Juniper Networks Logo, the Junos logo, and JunosE are trademarks of Juniper Networks, Inc. All other trademarks, service marks, registered trademarks, or registered service marks are the property of their respective owners.

Juniper Networks assumes no responsibility for any inaccuracies in this document. Juniper Networks reserves the right to change, modify, transfer, or otherwise revise this publication without notice.

Products made or sold by Juniper Networks or components thereof might be covered by one or more of the following patents that are owned by or licensed to Juniper Networks: U.S. Patent Nos. 5,473,599, 5,905,725, 5,909,440, 6,192,051, 6,333,650, 6,359,479, 6,406,312, 6,429,706, 6,459,579, 6,493,347, 6,538,518, 6,538,899, 6,552,918, 6,567,902, 6,578,186, and 6,590,785.

*JunosE™ Software for E Series™ Broadband Services Routers System Basics Configuration Guide*
Release 15.1.x
Copyright © 2014, Juniper Networks, Inc.
All rights reserved.

Revision History
August 2014—FRS JunosE 15.1.x

The information in this document is current as of the date on the title page.

YEAR 2000 NOTICE

Juniper Networks hardware and software products are Year 2000 compliant. Junos OS has no known time-related limitations through the year 2038. However, the NTP application is known to have some difficulty in the year 2036.

**END USER LICENSE AGREEMENT**

The Juniper Networks product that is the subject of this technical documentation consists of (or is intended for use with) Juniper Networks software. Use of such software is subject to the terms and conditions of the End User License Agreement ("EULA") posted at **http://www.juniper.net**                    . By downloading, installing or using such software, you agree to the terms and conditions of that EULA.

 Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144311

# iated Table c

About the Document . . . . . . . . . . . . . . . xxvii

## Chapters

Planning Your Netwo . . . . . . . . . . . . . . . . . . 3

Chapter 2    Command-Line Interface . . . . . . . . . . . . . . . . . . . . . . . . 27

Chapter 3                            tware . . . . . . . . . . . . . . . . . . . . . . .

Chapter 4                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 5                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 6                            ) . . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 7                            n . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 8                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 9                            rity . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 1                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 1                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 1                            em Clock . . . . . . . . . . . . . . . . . . . .

Chapter 1                            outers . . . . . . . . . . . . . . . . . . . . . . .

Part 2                            al

Appendix                            ronyms . . . . . . . . . . . . . . . . . . . .

Appendix                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Part 3

Index . . . . . . . . . . . . .            . . . . . . . . . . . . . . . . . 617

19008JNPR00144312

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144313

# )f Contents

About the Document . . . . . . . . . . . . . . . . xxvii

E Series and Junosl          es . . . . . . . . . . . . . . xxvii
Audience . . . . . . . .          . . . . . . . . . . . . . . . . xxvii
E Series and Junosl          . . . . . . . . . . . . . . . . xxvii
Obtaining Docume          . . . . . . . . . . . . . . . . xxix
                    edback . . . . . . . . . . . . . . . . . . . . .
                    cal Support . . . . . . . . . . . . . . . . . .
                    ne Tools and Resources . . . . . . . .
                    e with JTAC . . . . . . . . . . . . . . . . . .

Part 1

Chapter 1                         rk . . . . . . . . . . . . . . . . . . . . . . . . .
                    ıs . . . . . . . . . . . . . . . . . . . . . . . . . . .
                    ; . . . . . . . . . . . . . . . . . . . . . . . . . . .
                    rview . . . . . . . . . . . . . . . . . . . . . . .
                    ation . . . . . . . . . . . . . . . . . . . . . . .
                    nination . . . . . . . . . . . . . . . . . . . . .
                    . . . . . . . . . . . . . . . . . . . . . . . . . . .
                    ıles, and IOAs . . . . . . . . . . . . . . . .
                    . . . . . . . . . . . . . . . . . . . . . . . . . . .
                    . . . . . . . . . . . . . . . . . . . . . . . . . . .
                    d . . . . . . . . . . . . . . . . . . . . . . . . . .
                    Tasks . . . . . . . . . . . . . . . . . . . . . . .
                    ters . . . . . . . . . . . . . . . . . . . . . . . .
                    . . . . . . . . . . . . . . . . . . . . . . . . . . .
          Configuring Physical Layer Interfaces          . . . . . . . . . . . . . . . . . . . . .
          Line Module Featu          . . . . . . . . . . . . . . . . . . 11
          Configurable HDLC          . . . . . . . . . . . . . . . . . . 12
          Configuring Chann          . . . . . . . . . . . . . . . . . . 12
          Configuring T3 anc          . . . . . . . . . . . . . . . . . . 13
          Configuring OCx/S          . . . . . . . . . . . . . . . . . . 14
          Configuring Chann          . . . . . . . . . . . . . . . . . . 14
          Configuring Ethern          . . . . . . . . . . . . . . . . . . 15
          Configuring IPsec S          . . . . . . . . . . . . . . . . . . 16
          Configuring Tunnel          . . . . . . . . . . . . . . . . . . 16
     Configuring Data Link-l          . . . . . . . . . . . . . . . . . . 16
          Configuring IP/Fran          . . . . . . . . . . . . . . . . . . 16
          Configuring IP/ATN          . . . . . . . . . . . . . . . . . . 18
          Configuring IP/PPF          . . . . . . . . . . . . . . . . . . 20
          Configuring IP/HDI          . . . . . . . . . . . . . . . . . . 21

19008JNPR00144314

Configuring IP/Ethe . . . . . . . . . . . . . . . . . 22
Configuring IP Tunnels, er Interfaces . . . . . . . . 22
Configuring IP Tun . . . . . . . . . . . . . . . . . 22
Configuring Shared es . . . . . . . . . . . . . . 22
Configuring Routing Pro . . . . . . . . . . . . . . . 23
Configuring VRRP . . . . . . . . . . . . . . . . . . . 24
Configuring Routing Po . . . . . . . . . . . . . . . 24
Configuring QoS . . . . . . . . . . . . . . . . . . . . 24
Configuring Policy Man . . . . . . . . . . . . . . . 25
Configuring Remote Ac . . . . . . . . . . . . . . . 25

**Command-Line Interf** . . . . . . . . . . . . . . . **27**

Overview . . . . . . . . . . . . . . . . . . . . . . . . 27
Command Modes . . . . . . . . . . . . . . . . . . 27
ompts . . . . . . . . . . . . . . . . . . . . . .
ameters . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
Parameters Together . . . . . . . . . . .
ds . . . . . . . . . . . . . . . . . . . . . . . . .
ommands . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
Delete . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
n . . . . . . . . . . . . . . . . . . . . . . . . .
mmands . . . . . . . . . . . . . . . . . . . .
ds . . . . . . . . . . . . . . . . . . . . . . . . .
show Command Output . . . . . . . .
sions . . . . . . . . . . . . . . . . . . . . . .
Prompt . . . . . . . . . . . . . . . . . . . . .
Prompts . . . . . . . . . . . . . . . . . . . .
rs . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
User Level . . . . . . . . . . . . . . . . . . . . . . 45
Privileged Leve . . . . . . . . . . . . . . . . . . 45
Initialization Seque . . . . . . . . . . . . . . . . 45
Platform Consideratio . . . . . . . . . . . . . . . . 45
Accessing the CLI . . . . . . . . . . . . . . . . . . . 45
Logging In . . . . . . . . . . . . . . . . . . . . . 46
Privileged-Level Ac . . . . . . . . . . . . . . . . 46
Defining CLI Le . . . . . . . . . . . . . . . . . . 46
Accessing the . . . . . . . . . . . . . . . . . . . 47
Moving from Privile . . . . . . . . . . . . . . . . 48
Logging Out . . . . . . . . . . . . . . . . . . . . 49
CLI Command Privilege . . . . . . . . . . . . . . . 49
CLI Privilege Grou . . . . . . . . . . . . . . . . . 49
Examples Using Pr . . . . . . . . . . . . . . . . . 50

19008JNPR00144315

CLI Command Exe .................. 54
CLI Keyword Mapp .................. 55
Setting Privileges f .................. 55
Setting Privilege Le .................. 56
Setting Privilege Le .................. 56
    Setting Privileg                          ode .............. 56
    Setting Privileg                          ls .............. 57
    Using the Orde                          .................. 57
    Superseding P                          d .................. 58
    Removing the                          .................. 58
Setting Default Lin .................. 58
Viewing CLI Privileg .................. 59
    Viewing the Cu .................. 59
    Viewing Privilege Levels for All Connected Users . 60
                          ge Levels for Changed CLI Comma
                          . . . . . . . . . . . . . . . . . . . . . . . . .
                          Key) . . . . . . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                          ab> . . . . . . . . . . . . . . . . . . . . . . . .
                          Editing . . . . . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                          liting Keys . . . . . . . . . . . . . . . . . . .
                          Keys . . . . . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                          lodes . . . . . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                          tection . . . . . . . . . . . . . . . . . . . . . .
                          on Mode . . . . . . . . . . . . . . . . . . . .
                          ript File . . . . . . . . . . . . . . . . . . . . .
                          uration Mode . . . . . . . . . . . . . . . .
                          nfiguration Mode . . . . . . . . . . . . . .
                          tion Mode . . . . . . . . . . . . . . . . . . .
                          figuration Mode . . . . . . . . . . . . . .
                          nfiguration Mode . . . . . . . . . . . . .
                          Configuration Mode . . . . . . . . . . .
Control Plane Conf .................. 87
Controller Configur .................. 87
DHCP Local Pool C .................. 87
Domain Map Confi .................. 88
Domain Map Tunn .................. 88
DoS Protection Gro .................. 89
Drop Profile Config .................. 89
Explicit Path Confi .................. 90
Flow Cache Config .................. 90
Interface Configura .................. 90
IP NAT Pool Config .................. 91
IP PIM Data MDT C .................. 92
IP Service Profile C .................. 92
IPsec CA Identity C .................. 92

19008JNPR00144316

JunosE 15.1.x System Basics Configuration Guide

IPsec Identity Conf . . . . . . . . . . . . . . . . . . 93
IPsec IKE Policy Cc . . . . . . . . . . . . . . . . . . 93
IPsec Manual Key ( . . . . . . . . . . . . . . . . . . 94
IPsec Peer Public F . . . . . . . . . . . . . . . . . . 94
IPsec Transport Pro . . . . . . . . . . . . . . . . . . 94
IPsec Tunnel Profil . . . . . . . . . . . . . . . . . . 95
IP Tunnel Destinati . . . . . . . . . . . . . . . . . . 95
IPv6 Local Pool Co . . . . . . . . . . . . . . . . . . 96
L2 Transport Load ode . . . . . . . . . . . . . . 97
L2TP Destination F . . . . . . . . . . . . . . . . . . 97
L2TP Destination F . . . . . . . . . . . . . . . . . . 97
L2TP Tunnel Switc . . . . . . . . . . . . . . . . . . 98
Layer 2 Control Co . . . . . . . . . . . . . . . . . . 98
Layer 2 Control Neighbor Configuration Mode . . . . . . 99
Mode . . . . . . . . . . . . . . . . . . . . . . .
Mode . . . . . . . . . . . . . . . . . . . . . . .
ort Profile Configuration . . . . . . . . .
ration Mode . . . . . . . . . . . . . . . . . .
ration Mode . . . . . . . . . . . . . . . . . .
tion Mode . . . . . . . . . . . . . . . . . . . .
iguration Mode . . . . . . . . . . . . . . .
ation Mode . . . . . . . . . . . . . . . . . . .
Group Configuration Mode . . . . . . .
onfiguration Mode . . . . . . . . . . . .
ne Table Configuration Mode . . . . .
n Mode . . . . . . . . . . . . . . . . . . . . .
Configuration Mode . . . . . . . . . . .
erset Configuration Mode . . . . . . . .
finition Configuration Mode . . . . . .
ration Mode . . . . . . . . . . . . . . . . . .
r Control Configuration . . . . . . . . .
iguration Mode . . . . . . . . . . . . . . .
ion Mode . . . . . . . . . . . . . . . . . . . .
figuration Mode . . . . . . . . . . . . . . .
onfiguration Mode . . . . . . . . . . . .
Redundancy Confi . . . . . . . . . . . . . . . . . . 109
Remote Neighbor ( . . . . . . . . . . . . . . . . . . 109
Route Map Configu . . . . . . . . . . . . . . . . . . 110
Router Configuratio . . . . . . . . . . . . . . . . . . 110
RSVP Configuration . . . . . . . . . . . . . . . . . . 111
RTR Configuration . . . . . . . . . . . . . . . . . . 111
Scheduler Profile C . . . . . . . . . . . . . . . . . . 112
Service Session Pr . . . . . . . . . . . . . . . . . . 112
SNMP Event Mana . . . . . . . . . . . . . . . . . . 113
Statistics Profile C . . . . . . . . . . . . . . . . . . 113
Subinterface Confi . . . . . . . . . . . . . . . . . . 113
Subscriber Policy ( . . . . . . . . . . . . . . . . . . 114
Traffic Class Config . . . . . . . . . . . . . . . . . . 114
Traffic Class Group . . . . . . . . . . . . . . . . . . 115

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144317

Tunnel Group Conf . . . . . . . . . . . . . . . . . . 115
Tunnel Group Tunn . . . . . . . . . . . . . . . . . . 115
Tunnel Profile Con . . . . . . . . . . . . . . . . . . 116
Tunnel Server Con . . . . . . . . . . . . . . . . . . 116
VRF Configuration . . . . . . . . . . . . . . . . . . 117
VR Group Configur . . . . . . . . . . . . . . . . . . 117

**Installing JunosE Sof** . . . . . . . . . . . . . . . . . . **119**

Overview . . . . . . . . . . . . . . . . . . . . . . . . 119
Identifying the Sof . . . . . . . . . . . . . . . . . . 120
Platform Consideration . . . . . . . . . . . . . . . . . . 121
Installing Software Whe . . . . . . . . . . . . . . . . . . 121
Task 1: Obtain the I . . . . . . . . . . . . . . . . . . 121
Task 2: Divert Netw . . . . . . . . . . . . . . . . . . 122

leged Exec Mode . . . . . . . . . . . . .
P on an Interface . . . . . . . . . . . . . .
lease Files to the Network Host . .
ccess to the Network Host . . . . . .
FTP Server on the Router . . . . . . .
Files to Transfer . . . . . . . . . . . . . .
es to the User Space . . . . . . . . . .
s on the System Space . . . . . . . . .
urrent Configuration . . . . . . . . . . .
System . . . . . . . . . . . . . . . . . . . . .
en a Firewall Does Not Exist . . . . .
in Normal Operational Mode . . . .
the Required Information . . . . . . .
Network Traffic to Another Router .
Privileged Exec Mode . . . . . . . . . .
ure IP on an Interface . . . . . . . . . .
ure Access to the Network Host . .
ne Release Files to the Network Ho
ne Software Release File to the Rou
ne Current Configuration . . . . . . . .
t the System . . . . . . . . . . . . . . . .

Installing Software . . . . . . . . . . . . . . . . . . 130
Task 1: Obtain . . . . . . . . . . . . . . . . . . 130
Task 2: Divert I . . . . . . . . . . . . . . . . . . 130
Task 3: Access . . . . . . . . . . . . . . . . . . 131
Task 4: Assign . . . . . . . . . . . . . . . . . . 131
Task 5: Configu . . . . . . . . . . . . . . . . . . 131
Task 6: Resetti . . . . . . . . . . . . . . . . . . 131
Task 7: Copy th st . . . . . . . . . . . . . . . . . . 132
Task 8: Copy th iter . . . . . . . . . . . . . . . 132
Task 9: Reboot . . . . . . . . . . . . . . . . . . 132
Copying Release Files fr . . . . . . . . . . . . . . . . . . 133
Upgrading Systems Tha dules . . . . . . . . . . . . 133

19008JNPR00144318

Upgrading JunosE Soft⋯ . . . . . . . . . . . . . . . . . . 135
    Upgrading Softwar⋯ ⋯ . . . . . . . . . . . . . . . . 135
    Upgrading Softwar⋯ . . . . . . . . . . . . . . . . . . 135
        Upgrading a S⋯ dule . . . . . . . . . . . . 136
        Upgrading a S⋯ dules . . . . . . . . . . . . 136
Downgrading JunosE S⋯ . . . . . . . . . . . . . . . . . . 137

**Configuring SNMP . . ** . . . . . . . . . . . . . . . . **139**

SNMP Overview . . . . . . . . . . . . . . . . . . . . . . 141
    Terminology . . . . . . . . . . . . . . . . . . . . . . 142
    SNMP Features Su⋯ . . . . . . . . . . . . . . . . . 143
    SNMP Client . . . . . . . . . . . . . . . . . . . . . . 143
    SNMP Server . . . . . . . . . . . . . . . . . . . . . . 143
    SNMP MIBs . . . . . . . . . . . . . . . . . . . . . . 144
        ⋯P MIBs . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯rks E Series Enterprise MIBs . . . . . .
        ⋯ported SNMP MIBs . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯ures . . . . . . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯MP Proxy . . . . . . . . . . . . . . . . . . .
        Reenabling an SNMP Proxy . . . . .
        ⋯th the SNMP Engine . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯erations . . . . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯NMP . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯Server . . . . . . . . . . . . . . . . . . . . . . .
        ⋯er . . . . . . . . . . . . . . . . . . . . . . . . . .
        ⋯le Overview . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        IP Access List . . . . . . . . . . . . . . . . . . . . . . 155
Configuring an Authoriz⋯ . . . . . . . . . . . . . . . . . 155
Configuring SNMPv3 U⋯ . . . . . . . . . . . . . . . . . 156
Configuring the SNMP S⋯ . . . . . . . . . . . . . . . . . 156
Configuring the SNMP⋯ ⋯n . . . . . . . . . . . . . . . 157
Configuring the SNMP⋯ . . . . . . . . . . . . . . . . . . 158
Configuring Memory W⋯ . . . . . . . . . . . . . . . . . 158
Configuring the SNMP S⋯ escr and ifName
    Objects . . . . . . . . . . . . . . . . . . . . . . . . . 159
Managing Interface Su⋯ . . . . . . . . . . . . . . . . . . 159
    Interface Instances ⋯ . . . . . . . . . . . . . . . . . 160
    Removing Interface⋯ ⋯Table, and
        ipAddrTable . . . . . . . . . . . . . . . . . . . . 161
        Excluding Interface⋯ ⋯nd ipAddrTable . . . . . 162

19008JNPR00144319

Setting Up an Inter                                    ole to Use Contiguous
    Integers . . . . .                                     . . . . . . . . . . . . . . . 162
SNMP Trap Overview .                                      . . . . . . . . . . . . . . . 163
    IP Hosts . . . . . . . .                               . . . . . . . . . . . . . . . 164
    Trap Categories . .                                   . . . . . . . . . . . . . . . 164
    Trap Severity Level                                    . . . . . . . . . . . . . . . 165
Enabling and Configurir                                   bal Basis . . . . . . . . . . 167
Enabling and Configurir                                   -Category Basis . . . . . 167
Configuring an SNMP 1                                     . . . . . . . . . . . . . . . 169
Configuring the Source                                    ng the Interface IP
    Address . . . . . . . .                                . . . . . . . . . . . . . . . 169
Enabling SNMP Link-St                                     . . . . . . . . . . . . . . . 170
Enabling the Processing                                   About an Interface . . 170
Configuring OSPF or OSPFv3 Trap Settings . . . . . . . . . . . . . . . 171

                                          oint for SNMP Traps . . . . . . . . . . . .
                                          Trap Egress Rate for an SNMP Hos
                                          Trap Notification Logs . . . . . . . . . .
                                          MP Traps . . . . . . . . . . . . . . . . . . .
                                          nager Overview . . . . . . . . . . . . . . .
                                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                                          e . . . . . . . . . . . . . . . . . . . . . . . . .
                                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                                          . . . . . . . . . . . . . . . . . . . . . . . . . .
                                          Server Event Manager . . . . . . . . . .
                                          Values for the Trigger . . . . . . . . . . .
                                          Values for the Trigger . . . . . . . . . .
                                          t Values for the Trigger . . . . . . . . .
                                          erver Event Manager Mode . . . . . .
                                          mpling Frequency . . . . . . . . . . . . .
                                          r Total Triggers Allowed by the Virt
                                          ct to be Sampled for the Trigger . .
                                          Accessing Event Configuration Moc
                                          Accessing Trigger Configuration Mc
                                          igger Configuration . . . . . . . . . . . .

Configuring the Virtual I                                 Objects Are to Be
    Polled . . . . . . . . . .                             . . . . . . . . . . . . . . . 186
Configuring Delta Sam                                     . . . . . . . . . . . . . . . 187
Configuring a Trap Noti                                   . . . . . . . . . . . . . . . 188
Performing an SNMP S                                      . . . . . . . . . . . . . . . 188
Configuring a Security A                                  . . . . . . . . . . . . . . . 188
Bulk Statistics Data Co                                   . . . . . . . . . . . . . . . 189
    Interface Strings .                                    . . . . . . . . . . . . . . . 190
    Understanding Cou                                      . . . . . . . . . . . . . . . 193
Configuring Collectors a                                  . . . . . . . . . . . . . . . 193
Deleting All Bulk Statist                                 . . . . . . . . . . . . . . . 196
Bulk Statistics Manage                                    . . . . . . . . . . . . . . . 197
    If-Stats Schema C                                     . . . . . . . . . . . . . . . 198
    IGMP Schema Obj                                       . . . . . . . . . . . . . . . 199

19008JNPR00144320

Policy Schema Ob . . . . . . . . . . . . . . . . . 200
QoS Schema Obje . . . . . . . . . . . . . . . . . 200
Configuring a Schema . . . . . . . . . . . . . . . . . 203
Creating a Schema for . . . . . . . . . . . . . . . . . 203
Configuring a Schema f k Table Counters . . . 204
Configuring a Schema f e or ifXTable
Counters . . . . . . . . . . . . . . . . . . . . . 204
Configuring a Schema . . . . . . . . . . . . . . . . . 205
Configuring a Schema t . . . . . . . . . . . . . . . . . 206
Configuring a Schema . . . . . . . . . . . . . . . . . 206
Configuring a Schema t . . . . . . . . . . . . . . . . . 207
Mapping the Bulk Statis onfigurations for the
Bulk Statistics Sch . . . . . . . . . . . . . . . . . 208
Configuring Interface Numbering Mode on Bulk Statistics 220

er Overview . . . . . . . . . . . . . . . . . . .
haracters in Remote Filenames . .
. . . . . . . . . . . . . . . . . . . . . . . . . .
d of Line Format . . . . . . . . . . . . . . .
Management Overview . . . . . . . . . .
NMP Statistics . . . . . . . . . . . . . . .

Chapter 5

. . . . . . . . . . . . . . . . . . . . . . . . . .
ration of SNMP Interface Tables . .
agement Events . . . . . . . . . . . . . . .
n About an SNMP MIB Agent . . . .
tion About a Statistical SNMP Eve
tistics Collection Configuration . . .
s Statistics Data Collection Config
Statistics Collector File Descripti
Statistics Collector Transfer Interv
Statistics Collector Maximum File
Statistics Collector Transfer Mod
Statistics Interface Type Configu
Statistics Receiver Remote Files
Statistics Counter Details . . . . . .
Monitoring the Bulk ti . . . . . . . . . . . . . . . . . 243
Monitoring the Bull onfiguration . . . . . . . 244
Monitoring Data on the . . . . . . . . . . . . . . . . . 245
Monitoring the Commu Agent and the SNMP
Manager . . . . . . . . . . . . . . . . . . . . . 247
Monitoring Information . . . . . . . . . . . . . . . . . 251
Monitoring Information . . . . . . . . . . . . . . . . . 252
Viewing a List of Availa . . . . . . . . . . . . . . . . . 253
Monitoring the SNMP . . . . . . . . . . . . . . . . . 253
Monitoring the SNMP T . . . . . . . . . . . . . . . . . 254
Viewing SNMP Trap Sta . . . . . . . . . . . . . . . . . 256
Monitoring Information . . . . . . . . . . . . . . . . . 257
Monitoring Information . . . . . . . . . . . . . . . . . 258

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144321

i     **Managing the System**                              . . . . . . . . . . . . . . . . 261

System Management (                                        . . . . . . . . . . . . . . . . 262
System Management F                                       . . . . . . . . . . . . . . . . 262
Naming the System . .                                     . . . . . . . . . . . . . . . . 263
Configuring the Switch                                    . . . . . . . . . . . . . . . . 263
Configuring System Tir                                    . . . . . . . . . . . . . . . . 263
Navigating the CLI . . .                                  . . . . . . . . . . . . . . . . 265
Configuring vty Lines .                                   . . . . . . . . . . . . . . . . 267
Clearing vty and Conso                                    . . . . . . . . . . . . . . . . 268
Configuration Output C                                    . . . . . . . . . . . . . . . . 268
    Configuration Outr                                    . . . . . . . . . . . . . . . . 269
    Defining the Config                                   . . . . . . . . . . . . . . . . 269
    Configuration Outr                                    . . . . . . . . . . . . . . . . 274

rface Tag Group . . . . . . . . . . . . . . .
iguration Files . . . . . . . . . . . . . . . .
lidating CRC in Configuration Files
Configuration Files on the SRPs . .
overing Corrupt Configuration Files
ot for the System Overview . . . . . .
Current System Configuration . . .
em Configuration . . . . . . . . . . . . .
for Viewing the Uncompressed Te:
uisites for the Desktop Tool . . . . . .
for Microsoft Windows Systems . .
for Sun Solaris Systems . . . . . . . . .
for Linux Systems . . . . . . . . . . . . .
e Perl Script . . . . . . . . . . . . . . . . .
iterface . . . . . . . . . . . . . . . . . . . . .
e Speed . . . . . . . . . . . . . . . . . . . . .
play Terminal . . . . . . . . . . . . . . . .
racter Set . . . . . . . . . . . . . . . . . . .
onditions . . . . . . . . . . . . . . . . . . .
s for User Login . . . . . . . . . . . . . . .
s for User Input . . . . . . . . . . . . . . .
ssages . . . . . . . . . . . . . . . . . . . . . . . . . .

Sending Messages to tl                                    . . . . . . . . . . . . . . . . 293
Memory Management (                                       . . . . . . . . . . . . . . . . 294
File Management . . . .                                    . . . . . . . . . . . . . . . . 295
    File Management (                                      . . . . . . . . . . . . . . . . 295
    FTP Commands fo                                       Network Host . . . . . 296
    File Commands an                                      . . . . . . . . . . . . . . . . 297
    Renaming Local Fi                                     . . . . . . . . . . . . . . . . 297
    Deleting Files in Nc                                  . . . . . . . . . . . . . . . . 299

Transferring Files . . . . .                                      . . . . . . . . . . . . . . . . . 301
    File Transfer Overv                                           . . . . . . . . . . . . . . . . . 301
    File Transfer Protoc                                          . . . . . . . . . . . . . . . . . 302
    Overview of Copyir                                            . . . . . . . . . . . . . . . . . 302
    Types of Files Tran:                                         . . . . . . . . . . . . . . . . . 303
    Transferring Files E                                         Jetwork Host . . . . . . 305
    Copying a File . . . .                                        . . . . . . . . . . . . . . . . . 305
    Adding or Modifyin                                            . . . . . . . . . . . . . . . . . 306
    Determining the En                                           d Passwords . . . . . . . 307
    Configuring the So                                           . . . . . . . . . . . . . . . . . 308
    Example: Copying .                                            . . . . . . . . . . . . . . . . . 309
    Redirecting the Ou                                           ile . . . . . . . . . . . . . . . 311
    File Transfer Using                                          . . . . . . . . . . . . . . . . . 311
    FTP Server                                                   . . . . . . . . . . . . . . . . . 312
                          uration Overview . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                          Mode . . . . . . . . . . . . . . . . . . . . . .
                          the FTP Server . . . . . . . . . . . . . . .
                          Server . . . . . . . . . . . . . . . . . . . . . .
                          FTP Lines . . . . . . . . . . . . . . . . . . .
                          r of Files . . . . . . . . . . . . . . . . . . . .
                          lient . . . . . . . . . . . . . . . . . . . . . . . .
                          ial Releases . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . . .
                          w . . . . . . . . . . . . . . . . . . . . . . . . . .
                          ices . . . . . . . . . . . . . . . . . . . . . . . .
                          isites . . . . . . . . . . . . . . . . . . . . . . .
                          al Router as an NFS Client . . . . . . .
                          : Interface . . . . . . . . . . . . . . . . . . . .
                          ded Telnet Client . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . . .
                          . . . . . . . . . . . . . . . . . . . . . . . . . . .
                          ervers to the System . . . . . . . . . . . .
                          ame Resolver for Multiple Virtual R
Troubleshooting the Sy                                           . . . . . . . . . . . . . . . . . 324
    Core Dump Files O                                            . . . . . . . . . . . . . . . . . 324
    Creating Core Dum                                            . . . . . . . . . . . . . . . . . 325
        Enabling the C                                           . . . . . . . . . . . . . . . . . 326
        Enabling the C                                          on Mode . . . . . . . . . 327
    Managing the Core                                            . . . . . . . . . . . . . . . . . 327
        Enabling and [                                           . . . . . . . . . . . . . . . . . 328
        Configuring the                                          . . . . . . . . . . . . . . . . . 329
    Accessing the Core                                           . . . . . . . . . . . . . . . . . 329
    Capturing and Writ                                           . . . . . . . . . . . . . . . . . 330
Tracking IP Prefix Reac                                          . . . . . . . . . . . . . . . . . 331
Gathering Information 1                                          . . . . . . . . . . . . . . . . . 331
Managing the Resource                                            . . . . . . . . . . . . . . . . . 332

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144323

Monitoring the Syster . . . . . . . . . . . . . . . **333**
Setting the Baseline for . . . . . . . . . . . istics . . . . . . . . . . . . 334
Monitoring System Tim . . . . . . . . . . . . . . . . . 334
Monitoring vty Lines . . . . . . . . . . . . . . . . . 335
Monitoring the Current ( . . . . . . . . ) Commit Mode . . . . 336
Monitoring the Current ( . . . . . . . ual Commit Mode . . 338
Displaying the Backgro . . . . . . . . . . . . . . . . 341
Monitoring Console Ses . . . . . . . . . . . . . . . . 341
    Monitoring the Para . . . . . . . ssion . . . . . . . . . . . . 341
    Monitoring the Para . . . . . Console Sessions . . 342
Monitoring Files . . . . . . . . . . . . . . . . . . . 343
    Monitoring the List . . . . . rage . . . . . . . . . . . . 343
    Displaying the Con . . . . . atile Storage . . . . . . . 347
    . . . . . . . . . . . . . ver . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . . . rmation about the FTP Server . . . .
    . . . . . . . . . . . . ormation of the vty Lines . . . . . . .
    . . . . . . . . . . . ems in the Software Release or Re
    . . . . . . . . . . . nt . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . . Configured Network Servers . . . .
    . . . . . . . . . . rface Used to Exchange Messages
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . ervers on the System . . . . . . . . . . .
    . . . . . . . . . . mp . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . ameters of the Core Dump Operati
    . . . . . . . . . us and Configuration Information o
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . Reachability Tracking Details . . . .
    . . . . . . . g Details for the Specified IP Prefix
    . . . . . . . e Summary Details for all Tracked
    . . . . . . chnical Support Information . . . . .
    . . . . . . reshold Information . . . . . . . . . . .
    . . . . . . Environment of the Router . . . . . .
    . . . . . . t-to-Unicast Ratio for the Router S
    . . . . . nagement Protection Information
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Monitoring Memory-Re . . . . . . . em Processes . . . . . . 370
Monitoring the History ( . . . . . . . . . . . . . . . . 372
Monitoring the Armed a . . . . . . . . . . . . . . . . 373
**Managing Modules** . . . . . . . . . . . . . . . . . **379**
Overview . . . . . . . . . . . . . . . . . . . . . . . . 380
Platform Consideration . . . . . . . . . . . . . . . . 380
    ERX7xx Models, ER . . . . . . . adband Services
    Router . . . . . . . . . . . . . . . . . . . . . . . . . 380
    Line Modules a . . . . . . . . . . . . . . . . . . 380
    SRP Modules . . . . . . . . . . . . . . . . . . . 381
    E120 and E320 Bro . . . . . . . . . . . . . . . . 381
    Line Modules a . . . . . . . . . . . . . . . . . . 381
    SRP Modules . . . . . . . . . . . . . . . . . . . 384

19008JNPR00144324

Disabling and Reenabli                                          d SFMs . . . . . . . . . . 385
Disabling and Reenabli                                          . . . . . . . . . . . . . . . 386
Removing an SRP Mod                                             . . . . . . . . . . . . . . . 388
Replacing Line Modules                                         and the E320
    Router . . . . . . . . .                                    . . . . . . . . . . . . . . . 389
    Replacing a Line M                                     ation . . . . . . . . . . 390
    Replacing a Line M                                 nfiguration . . . . . . . . . 391
Replacing IOAs on the I                                        . . . . . . . . . . . . . . . 393
    Replacing SRP Mo                                            . . . . . . . . . . . . . . . 394
Software Compatibility                                         . . . . . . . . . . . . . . . 397
    Line Modules . . . .                                        . . . . . . . . . . . . . . . 397
    I/O Modules and It                                          . . . . . . . . . . . . . . . 398
Configuring Performanc                                    Models and the
    EDX1410 Router . . .           . . . . . . . . . . . . . . . . . . . . . . . . . .      398

                            nation of Line Modules . . . . . . . . . .

                            . . . . . . . . . . . . . . . . . . . . . . . . . .

                            Bandwidth . . . . . . . . . . . . . . . . . . .

                            Bandwidth and Switch Usage . . . .

                            inations for Line Rate Performance

                            e of Performance . . . . . . . . . . . . . .

                            dth Oversubscription . . . . . . . . . . .

                            andwidth Oversubscription . . . . . .

                            on SRP Modules . . . . . . . . . . . . . . .

                            . . . . . . . . . . . . . . . . . . . . . . . . . .

                            he E120 Router and the E320 Rout

                            oving Flash Cards . . . . . . . . . . . . .

                            h Cards . . . . . . . . . . . . . . . . . . . . .

                            Flash Cards of Different Capacities

                            synchronization . . . . . . . . . . . . . .

                            overing Redundant SRP File Integri

                            rimary Flash Card . . . . . . . . . . . . .

                            on the Primary SRP Module . . . . .

                            rds . . . . . . . . . . . . . . . . . . . . . . . . .

                            ards . . . . . . . . . . . . . . . . . . . . . . . .

                            th JunosE Hotfix Files . . . . . . . . . .

    Hotfix Compatibilit                                         . . . . . . . . . . . . . . . 418
    Removing Hotfixes                                           . . . . . . . . . . . . . . . 419
    Hotfixes and Backu                                          . . . . . . . . . . . . . . . 419
    Hotfixes and Stand                                          . . . . . . . . . . . . . . . 420
    Hotfixes and Line N                                         . . . . . . . . . . . . . . . 420
    Monitoring Hotfixes                                         . . . . . . . . . . . . . . . 423
        Example: Usin,                                          . . . . . . . . . . . . . . . 426
Managing the Ethernet                                          . . . . . . . . . . . . . . . 428
    Monitoring Statistic                                        . . . . . . . . . . . . . . . 428
    Monitoring the Eth                                      dule . . . . . . . . . . . . 428
Enabling Warm Restart                                          . . . . . . . . . . . . . . . 430
    Enabling Warm Re:                                          . . . . . . . . . . . . . . . 431
    Enabling Diagnosti                                          . . . . . . . . . . . . . . . 431

19008JNPR00144325

Ignoring Diagnostic Tes . . . . . . . . . . . . . . . . . 432
Detecting and Logging Forwarding Plane . . . 434
Sub-Reasons Supporte rding Plane Packet
    Drops . . . . . . . . . . . . . . . . . . . . . . . . . . 435
Monitoring Modules . . . . . . . . . . . . . . . . . . . . . 436
Displaying the Forwardi onfiguration
    Details . . . . . . . . . . . . . . . . . . . . . . . . . . 443

**Passwords and Secu . . . . . . . . . . . . . . . . . 445**

Passwords and Securit . . . . . . . . . . . . . . . . . 445
Passwords and Security . . . . . . . . . . . . . . . . . 446
Setting Basic and Enab . . . . . . . . . . . . . . . . . 446
    Creating Encryptec . . . . . . . . . . . . . . . . . 446
    Creating Secrets . . . . . . . . . . . . . . . . . . . 447
    rds in the Configuration File . . . . .
    swords . . . . . . . . . . . . . . . . . . . . . .
    erview . . . . . . . . . . . . . . . . . . . . . . .
    lege Levels . . . . . . . . . . . . . . . . . . . .
    swords . . . . . . . . . . . . . . . . . . . . . .
    Password . . . . . . . . . . . . . . . . . . . .
    e Password . . . . . . . . . . . . . . . . . . . .
    rds . . . . . . . . . . . . . . . . . . . . . . . . .
    and Authorization Overview . . . . .
    Line Authentication . . . . . . . . . . . .
    ntication and AAA Authorization fc
    l Access Lists . . . . . . . . . . . . . . . . .
    stration with SSH Overview . . . . . .
    . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    n . . . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    agement . . . . . . . . . . . . . . . . . . . . .
    agement . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Configuring SSH . . . . . . . . . . . . . . . . . . . . . 460
    Configuring Encryp . . . . . . . . . . . . . . . . . 460
    Configuring User A . . . . . . . . . . . . . . . . . 461
    Configuring Messaç . . . . . . . . . . . . . . . . . 462
    Enabling and Disab . . . . . . . . . . . . . . . . . 463
    Terminating an SS . . . . . . . . . . . . . . . . . 463
Monitoring the Current . . . . . . . . . . . . . . . . . 464
Restricting User Access . . . . . . . . . . . . . . . . . 466
    Restricting Access . . . . . . . . . . . . . . . . . 467
    Per-User Enable A . . . . . . . . . . . . . . . . . 467
    Restricting Access . . . . . . . . . . . . . . . . . 468
    VSA Configura . . . . . . . . . . . . . . . . . 469
    Commands Av . . . . . . . . . . . . . . . . . 469

19008JNPR00144326

Understanding DoS Pro . . . . . . . . . . . . . . . . . 470
    Suspicious Control . . . . . . . . . . . . . . . . . 472
    Suspicious Control . . . . . . . . . . . . . . . . . 472
    Configurable Optic . . . . . . . . . . . . . . . . . 473
    Display Options . . . . . . . . . . . . . . . . . 473
    Traps and Logs . . . . . . . . . . . . . . . . . . 474
    DoS Protection Gro . . . . . . . . . . . . . . . . 474
    Group Parameters . . . . . . . . . . . . . . . . . 474
    Attaching Groups . . . . . . . . . . . . . . . . . 475
    Protocol Mapping . . . . . . . . . . . . . . . . . 475
    DoS Protection Gro . . . . . . . . . . . . . . . . 479
DoS Protection Group ( . . . . . . . . . . . . . . . . 479
Monitoring DoS Protect . . . . . . . . . . . . . . . . 482
    Monitoring Suspicious Control Flow Statistics . . . . . . . . . . 483
                                        Flows . . . . . . . . . . . . . . . . . . . . . . . . .
                                        Flow Information . . . . . . . . . . . . .
                                        Control Flow Protocol . . . . . . . . . .

Chapter 1                               . . . . . . . . . . . . . . . . . . . . . . . . . . .

                                        ns . . . . . . . . . . . . . . . . . . . . . . . . . .

                                        . . . . . . . . . . . . . . . . . . . . . . . . . . .

                                        nands . . . . . . . . . . . . . . . . . . . . . . . .

                                        of Commands . . . . . . . . . . . . . . . . .

                                        pression Matching to Macros . . . . .

                                        ing Based on Regular Expression M

                                        ables for Availability to the onError

                                        ros . . . . . . . . . . . . . . . . . . . . . . . . .

                                        or Status When Accessed Outside

                                        . . . . . . . . . . . . . . . . . . . . . . . . . .

                                        . . . . . . . . . . . . . . . . . . . . . . . . . .

                                        . . . . . . . . . . . . . . . . . . . . . . . . . .

                                        . . . . . . . . . . . . . . . . . . . . . . . . .

                                        l Decrement . . . . . . . . . . . . . . . . . .

                                        ons . . . . . . . . . . . . . . . . . . . . . . . . .

                                        erations . . . . . . . . . . . . . . . . . . . . . .

    Arithmetic Operati . . . . . . . . . . . . . . . . 502
        Relational Ope . . . . . . . . . . . . . . . . 502
        Logical Opera . . . . . . . . . . . . . . . . 502
        Miscellaneous . . . . . . . . . . . . . . . . 503
    Conditional Execut . . . . . . . . . . . . . . . . 504
        If Constructs . . . . . . . . . . . . . . . . . 504
        While Constru . . . . . . . . . . . . . . . . 506
    Passing Parameter . . . . . . . . . . . . . . . . 507
    Generating Macro ( . . . . . . . . . . . . . . . . 507
    Invoking Other Mac . . . . . . . . . . . . . . . . 508
Detecting and Recordin . . . . . . . . . . . . . . . . 509
    Detectable Macro . . . . . . . . . . . . . . . . . 509
    Logging Macro Res . . . . . . . . . . . . . . . . 510
    Viewing Macro Erro . . . . . . . . . . . . . . . . 510

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144327

onError Macro Exa . . . . . . . . . . . . . . . . . . 511
Detecting Inva . . . . . . . . . . . . . . . . . . 511
Detecting Inva . . . . . . . . . . . . . . . . . . 512
Detecting Miss . . . . . . . . . . . . . . . . . . 513
Running Macros . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 514
Scheduling Macros . . . . . . . . . . . . . . . . . . . . . . . . . . 517
Practical Examples . . . . . . . . . . . . . . . . . . . . . . . . 520
Configuring Frame . . . . . . . . . . . . . . . . . . 520
Configuring ATM Ir . . . . . . . . . . . . . . . . . . 524

1     **Booting the System** . . . . . . . . . . . . . . . . . . **527**

Platform Consideratior . . . . . . . . . . . . . . . . . . 527
Configuring Your Syster . . . . . . . . . . . . . . . . . . 527
Booting the GE-2 L . . . . . . . . . . . . . . . . . . 528
Command Takes a Prolonged Tim
ning . . . . . . . . . . . . . . . . . . . . . .
le . . . . . . . . . . . . . . . . . . . . . . . . . . . .
ation . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . .

Chapter 1:                                    em Clock . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . .
as an NTP Client . . . . . . . . . . . . . . . .
n . . . . . . . . . . . . . . . . . . . . . . . . . . .
as an NTP Server . . . . . . . . . . . . . . . .
s . . . . . . . . . . . . . . . . . . . . . . . . . . .
ck Manually . . . . . . . . . . . . . . . . . . . .
TP . . . . . . . . . . . . . . . . . . . . . . . . . . .
vers . . . . . . . . . . . . . . . . . . . . . . . . . .
s . . . . . . . . . . . . . . . . . . . . . . . . . . .
ices . . . . . . . . . . . . . . . . . . . . . . . . . . .
uration . . . . . . . . . . . . . . . . . . . . . . . .
onses from NTP Servers . . . . . . . .
Refusing Broac . . . . . . . . . . . . . . . . . . 548
NTP Server Configt . . . . . . . . . . . . . . . . . . 549
Configuration Exan . . . . . . . . . . . . . . . . . . 550
Monitoring NTP . . . . . . . . . . . . . . . . . . 551

3     **Configuring Virtual R** . . . . . . . . . . . . . . . . . . **557**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . 557
Default Virtual Rou . . . . . . . . . . . . . . . . . . 557
Virtual Router Insta . . . . . . . . . . . . . . . . . . 557
Routing Protocols . . . . . . . . . . . . . . . . . . 558
VPNs and VRFs . . . . . . . . . . . . . . . . . . 558
VPNs . . . . . . . . . . . . . . . . . . 558
VRFs . . . . . . . . . . . . . . . . . . . . . . 558
Platform Consideratior . . . . . . . . . . . . . . . . . . 559

19008JNPR00144328

References . . . . . . . . . .                    . . . . . . . . . . . . . . . . 559
Configuring Virtual Rou                          . . . . . . . . . . . . . . . . 559
Monitoring Virtual Rout                          . . . . . . . . . . . . . . . . 563

Reference Materia

A      Abbreviations and Ac                      . . . . . . . . . . . . . . . . **569**
B      References . . . . . . . .                 . . . . . . . . . . . . . . . . **591**

RFCs . . . . . . . . . . . . .                    . . . . . . . . . . . . . . . . 591
Draft RFCs . . . . . . . . . .                   . . . . . . . . . . . . . . . . 606
Other Software Standa                            . . . . . . . . . . . . . . . . 609
Hardware Standards .                             . . . . . . . . . . . . . . . . 612

Part 5      Index

. . . . . . . . . . . . . . . . . . . . . . . . . . .

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144329

# Figures

## Chapters

**Planning Your Netwo** . . . . . . . . . . . . . . . . . . . 3

Figure 1: Private Line Ag . . . . . . . . . . . . . . . . . . . 5
Figure 2: B-RAS Applica . . . . . . . . . . . . . . . . . . . 6
Figure 3: Network Configuration Using a Bottom-Up Approach . . 7

r Support for Fractional T1/E1 Thro
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3 Interface Configuration Paramet
onfiguration Parameters . . . . . . . .
ces . . . . . . . . . . . . . . . . . . . . . . . .
r T1 over DS3 Interface Configuratic
nterface Design . . . . . . . . . . . . . . .
Frame Relay Protocols . . . . . . . . . .
e Configuration Parameters for a Fr
. . . . . . . . . . . . . . . . . . . . . . . . . . .
er IP/ATM Access Connection . . . .
he ATM Interface Design . . . . . . . .
ATM Protocol . . . . . . . . . . . . . . . .
Configuration Parameters . . . . . .
ections from the CPE on an E Serie
PP . . . . . . . . . . . . . . . . . . . . . . . .
Configuration Parameters . . . . . .
Cisco HDLC Protocol . . . . . . . . . .
P over Ethernet Stacking Configura
ace . . . . . . . . . . . . . . . . . . . . . . .
Figure 21: Command Mc . . . . . . . . . . . . . . . . . . . . 28

**Chapter 2**

**Managing the System** . . . . . . . . . . . . . . . . . 261

Figure 22: Transferring ! . . . . . . . . . . . . . . . . . 302
Figure 23: FTP Configur . . . . . . . . . . . . . . . . . 314
Figure 24: DNS Hierarcl . . . . . . . . . . . . . . . . . 322

**Passwords and Secu** . . . . . . . . . . . . . . . . . **445**

Figure 25: Location of tl . . . . . . . . . . . . . . . . . 451
Figure 26: Typical Cont . . . . . . . . . . . . . . . . . 471

**2    Configuring the Syste** . . . . . . . . . . . . . . . . . **539**

Figure 27: Example of a . . . . . . . . . . . . . . . . . 540

**3    Configuring Virtual Re** . . . . . . . . . . . . . . . . . **557**

Figure 28: Virtual Route . . . . . . . . . . . . . . . . . 558

19008JNPR00144330

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144331

# Tables

**About the Document**  . . . . . . . . . . . . . . . **xxvii**

Table 1: Notice Icons . .  . . . . . . . . . . . . . . . . . xxviii
Table 2: Text and Synta  . . . . . . . . . . . . . . . xxviii

**Chapters**

**Chapter 1**  rk . . . . . . . . . . . . . . . . . . . . . . . . .
ss/Uplink Pairings . . . . . . . . . . . . . .

**Chapter 2**  ace . . . . . . . . . . . . . . . . . . . . . . . .
tors . . . . . . . . . . . . . . . . . . . . . . . .
ular Expression Metacharacters . .
ds . . . . . . . . . . . . . . . . . . . . . . . . .
e Editing Keys . . . . . . . . . . . . . . . .
tory Keys . . . . . . . . . . . . . . . . . . .
ys . . . . . . . . . . . . . . . . . . . . . . . . .
de Overview . . . . . . . . . . . . . . . . .

**Chapter 3**  tware . . . . . . . . . . . . . . . . . . . . . . . .
ase Files . . . . . . . . . . . . . . . . . . . .
allation Procedure When a Firewall
allation Procedure When a Firewall
allation Procedure in Boot Mode . .
atibility . . . . . . . . . . . . . . . . . . . . .

**Chapter 4**  . . . . . . . . . . . . . . . . . . . . . . . . .
ology . . . . . . . . . . . . . . . . . . . . . .
mong Groups, Security Levels, and

Table 18: SnmpEngine  . . . . . . . . . . . . . . . 148
Table 19: Relationship E  B Attributes . . . . . . . . 149
Table 20: SNMP Operat  . . . . . . . . . . . . . . . 150
Table 21: SNMP PDU T  . . . . . . . . . . . . . . . 150
Table 22: Trap Severity  . . . . . . . . . . . . . . . 165
Table 23: Interface Stri  . . . . . . . . . . . . . . . 190
Table 24: Data Retrieve  . . . . . . . . . . . . . . . 197
Table 25: if-stats Scher  . . . . . . . . . . . . . . . 198
Table 26: IGMP Schema  . . . . . . . . . . . . . . . 199
Table 27: Policy Schem  . . . . . . . . . . . . . . . 200
Table 28: QoS Schema  . . . . . . . . . . . . . . . 200
Table 29: Mapping Bulk  onfigurations for
    Policy Schema . . .  . . . . . . . . . . . . . . . 208

19008JNPR00144332

Table 30: Mapping Bulk                    onfigurations for QoS
    schema  . . . . . . . .                 . . . . . . . . . . . . . . . . . 216

Monitoring SNMP . . .                        . . . . . . . . . . . . . . . . 225

Table 31: show snmp in                       . . . . . . . . . . . . . . . 226
Table 32: show snmp a                        . . . . . . . . . . . . . . . 227
Table 33: show snmp m                        . . . . . . . . . . . . . . . 229
Table 34: show bulksta                       . . . . . . . . . . . . . . . 235
Table 35: show bulksta                  ds . . . . . . . . . . . . . . 238
Table 36: show bulksta                       . . . . . . . . . . . . . . . 238
Table 37: show bulkstat                      . . . . . . . . . . . . . . . 239
Table 38: show bulksta                  Fields . . . . . . . . . . . 239
Table 39: show bulksta                       . . . . . . . . . . . . . . . 240
Table 40: show bulksta                       . . . . . . . . . . . . . . . 241

                s statistics Output Fields . . . . . . . .
                ts traps Output Fields . . . . . . . . . .
                ts virtual-routers Output Fields . . .
                ts schema Output Fields . . . . . . . .
                Output Fields . . . . . . . . . . . . . . . . .
                ccess Output Fields . . . . . . . . . . .
                ommunity Output Fields . . . . . . . . .
                roup Output Fields . . . . . . . . . . . . .
                otificationLog Output Fields . . . . .
                rap Output Fields . . . . . . . . . . . . . .
                ap statistics Output Fields . . . . . . .
                ser Output Fields . . . . . . . . . . . . . .
                iew Output Fields . . . . . . . . . . . . . .

Chapter 6                                    . . . . . . . . . . . . . . . . . . . . . . . . . . .

                ions for Layer 2 and Layer 3 Interfa
                Router Settings . . . . . . . . . . . . . . .
                em Files and Corresponding Exten:
                ds That the System Supports . . . .
                u Can Rename . . . . . . . . . . . . . . . .
                u Can Delete . . . . . . . . . . . . . . . . .
                u Can Transfer Using the copy Cor

Table 61: Chassis Slot N                mbers . . . . . . . . . . . 325

Monitoring the System                        . . . . . . . . . . . . . . . . . 333

Table 62: show timing C                      . . . . . . . . . . . . . . . 334
Table 63: show line vty                      . . . . . . . . . . . . . . . 335
Table 64: show termina                       . . . . . . . . . . . . . . . 342
Table 65: show line cor                      . . . . . . . . . . . . . . . 343
Table 66: dir Output Fi                      . . . . . . . . . . . . . . . 346
Table 67: show ftp-serv                      . . . . . . . . . . . . . . . 348
Table 68: show users C                       . . . . . . . . . . . . . . . 349
Table 69: show subsyst                       . . . . . . . . . . . . . . . 350
Table 70: show hosts O                       . . . . . . . . . . . . . . . 351
Table 71: show ip nfs O                      . . . . . . . . . . . . . . . 352
Table 72: show ip doma                       . . . . . . . . . . . . . . . 353

19008JNPR00144333

Table 73: show exceptic ................. 354
Table 74: show exceptic ................. 355
Table 75: show track Ou ................. 356
Table 76: show track br ................. 356
Table 77: show resource ................. 358
Table 78: show environ ................. 362
Table 79: show fabric w ................. 365
Table 80: show memor         Fields . . . . . . . . . . . 367
Table 81: show process ................. 369
Table 82: show process ................. 371
Table 83: show reboot- ................. 372
Table 84: show version ................. 376

        Managing Modules . .         ................. 379

            nent Information . . . . . . . . . . . . . . .
            atistics for Line Modules . . . . . . . .
            ; of Line Modules for Line Rate Perf
            xx Model . . . . . . . . . . . . . . . . . . . . .
            ; of Line Modules for Line Rate Perf
            410 Router . . . . . . . . . . . . . . . . . . .
            ; of Line Modules for Line Rate Perf
            '05 Router . . . . . . . . . . . . . . . . . . .
            ne Modules . . . . . . . . . . . . . . . . . .
            Supported for Line Modules . . . . .
            drop-monitoring Output Fields . . .

Chapter 9    rity . . . . . . . . . . . . . . . . . . . . . .

            vailable at Different Privilege Level
            Output Fields . . . . . . . . . . . . . . . .
            etail Output Fields . . . . . . . . . . . .
            ess Levels . . . . . . . . . . . . . . . . . .
            orks–Specific CLI Access VSA Desc
            orks–Specific Virtual Router Access
            . . . . . . . . . . . . . . . . . . . . . . . . . .
            ed Protocols . . . . . . . . . . . . . . . .
            rotocols . . . . . . . . . . . . . . . . . . . .

Table 101: show dos-pr                 ds . . . . . . . . . . . . . 481
Table 102: show dos-pr         ................. 483
Table 103: show suspic         s Output Fields . . . . 484
Table 104: show suspic          Output Fields . . . . . 485
Table 105: show suspic         utput Fields . . . . . . . 487
Table 106: show suspic         col Output Fields . . . 490

        Writing CLI Macros .         ................. 491

Table 107: Environment         ................. 493
Table 108: Macro Opera         ................. 497
Table 109: Operator Ac         ................. 498
Table 110: Contents of c         ................. 521

19008JNPR00144334

Reference Materia

B    References . . . . . . . .    . . . . . . . . . . . . . . . . 591
     Table 111: E Series RFCs    . . . . . . . . . . . . . . . . . 591
     Table 112: E Series Draft    . . . . . . . . . . . . . . . . . 606
     Table 113: E Series Non-    . . . . . . . . . . . . . . . . . 609
     Table 114: E Series Hard    . . . . . . . . . . . . . . . . . 612

    Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144335

# the Documer

- E Series and JunosE Docu........ ......... ......... age xxvii
- Audience on page xxvii
- E Series and JunosE Text ..... ...... .............. ...... xxvii
- ......... .......... n on page xxix
- ......... .......... on page xxix
- ......... ......... eport on page xxx

## E Series and Ju............................... Release Notes

For a list of related JunosE documentation, see
.................. pubs/software/index.html.

If the information in the latest release notes differs from the information in the
documentation, follow the *JunosE Release Notes.*

To obtain the most current version of all Juniper Networks® technical documentation,
see the product documentation page on the Juniper Networks website at
.................. pubs/.

## Audience

This guide is intended for experienced system and network specialists working with
Juniper Networks E Series Broadband Services Routers in an Internet access environment.

## .......... JnosE Text and Syntax Cor.....

Table 1 on page xxviii defines notice icons used in this documentation.

19008JNPR00144336

## Table 1: Notice Icons



| Icon | Meaning | Description |
|------|---------|-------------|
| | Informational note | Indicates important features or instructions. |
| | Caution | Indicates a situation that might result in loss of data or hardware damage. |
| | Warning | Alerts you to the risk of personal injury or death. |
| | Laser warning | Alerts you to the risk of personal injury from a laser. |
| | Tip | Indicates helpful information. |
| | Best practice | Alerts you to a recommended use or implementation. |

defines text and syntax conventions that we use throughout the E Series and JunosE documentation.

## Table 2: Text and Syntax Conventions

| Convention | Description | Examples |
|------------|-------------|----------|
| **Bold text like this** | Represents commands and keywords in text. | • Issue the **clock source** command.<br>• Specify the keyword **exp-msg**. |
| Bold text like this | Represents text that the user must type. | host1(config)#traffic class low-loss1 |
| `Fixed-width text like this` | Represents information as displayed on your terminal's screen. | `host1#show ip ospf 2`<br><br>`Routing Process OSPF 2 with Router ID 5.5.0.250`<br><br>`Router is an Area Border Router (ABR)` |
| *Italic text like this* | • Emphasizes words.<br>• Identifies variables.<br>• Identifies chapter, appendix, and book names. | • There are two levels of access: *user* and *privileged*.<br>• *clusterId*, *ipAddress*<br>• *Appendix A, System Specifications* |
| Plus sign (+) linking key names | Indicates that you must press two or more keys simultaneously. | Press Ctrl + b. |

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144337

Table 2: Text and **Syntax Conventions** *(continued)*

|  | Description |  |
|---|---|---|
| **Syntax Conventions in the Command Reference Guide** | | |
| Plain text like this | Represents keywords. | terminal length |
| *Italic text like this* | Represents variables. | *mask, accessListName* |
| \| (pipe symbol) | Represents a choice to select one keyword or variable to the left or to the right of this symbol. (The keyword or variable can be either optional or required.) | diagnostic \| line |
| [ ] (brackets) | Represent optional keywords or variables. | [ internal \| external ] |
| [ ]* (brackets and asterisk) | Represent optional keywords or variables that can be entered more than once. | [ level1 \| level2 \| 1 ]* |
| { } (braces) | Represent required keywords or variables. | { permit \| deny } { in \| out } |
|  |  | { *clusterId* \| *ipAddress* } |

## Obtaining Doc

To obtain the most current version of all Juniper Networks technical documentation, see the Technical Documentation page on the Juniper Networks website at

.

To download complete sets of technical documentation to create your own documentation CD-ROMs or DVD-ROMs, see the Portable Libraries page at

ubs/resources/index.html

Copies of the Management Information Bases (MIBs) for a particular software release are available for download in the software image bundle from the Juniper Networks website at                    er.net/.

## n Feedback

We encourage you to provide feedback, comments, and suggestions so that we can improve the documentation to better meet your needs. Send your comments to techpubs-comments@juniper.net, or fill out the documentation feedback form at https://www.juniper.net/cgi-                    . If you are using e-mail, be sure to include the following information with your comments:

- Document or topic name
- URL or page number
- Software release version

19008JNPR00144338

## chnical Support

Technical product support is available through the Juniper Networks Technical Assistance Center (JTAC). If you are a customer with an active J-Care or JNASC support contract, or are covered under warranty, and need post-sales technical support, you can access our tools and resources online or open a case with JTAC.

- JTAC policies—For a complete understanding of our JTAC procedures and policies, review the *JTAC User Guide* located at http://www.juniper.net/us/en/local/pdf/resource-guides/7100059-en.pdf.

- Product warranties—For product warranty information, visit http://www.juniper.net/support/warranty/.

- JTAC hours of operation—The JTAC centers have resources available 24 hours a day, 7 days a week, 365 days a year.

## Self-Help Online

For quick and easy problem resolution, Juniper Networks has designed an online self-service portal called the Customer Support Center (CSC) that provides you with the following features:

- Find CSC offerings:    www.juniper.net/customers/suppor

- Search for known bugs:    tp://www2.juniper.net/kb/

- Find product documentation: http://www.juniper.net/techpub

- Find solutions and answer questions using our Knowledge Base:

- Download the latest versions of software and review release notes:    stomers/csc/software/

- Search technical bulletins for relevant hardware and software notifications:    enter/

- Join and participate in the Juniper Networks Community Forum:    npany/communities/

- Open a case online in the CSC Case Management tool:    ://www.juniper.net/cm/

To verify service entitlement by product serial number, use our Serial Number Entitlement (SNE) Tool: https://tools.juniper.net/SerialNumberEntitlementSearch/

## with JTAC

You can open a case with JTAC on the Web or by telephone.

- Use the Case Management tool in the CSC at http://www.juniper.net/cm/.

- Call 1-888-314-JTAC (1-888-314-5822 toll-free in the USA, Canada, and Mexico).

For international or direct-dial options in countries without toll-free numbers, see http://www.juniper.net/support/requesting-support.html.

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144339

PART 1

rs

- Planning Your Network on page 
- Command-Line Interface
-                    e on page 119
-                    e 139
-                    225
-                    page 261
-                     page 333
-                    e 379
-                    n page 445
-                    e 491
-                    ge 527
-                    lock on page 539
-                    s on page 557

19008JNPR00144340

Copyright © 2014, Juniper Networks, Inc.

19008JNPR00144341

CHAPTER 1

# ıg Your Netw

This chapter describes planning steps that will make it easier to configure the physical interfaces, logical interfaces, and routing protocols for the Juniper Networks E Series Broadband Services Routers in:

- A new network that you are creating and implementing

- An existing network that you are expanding

This chapter contains the following sections:

- ın page 3
- :w on page 4
- e 6
- s, and IOAs on page 7
- 
- ıks on page 9
- ·s on page 9
- :10
- r Interfaces on page 10
- 'er Interfaces on page 16
- ıared IP Interfaces, and Subscriber
- Configuring Routing Protoc         ·
- Configuring VRRP on pagr   ·
- Configuring Routing Policy           ᴵ⁴
- Configuring QoS on page        ·
- Configuring Policy Manag         ıⁿ ⁱⁿᵘᵉ ⁱ⁵
- Configuring Remote Acce          ⁱᵘᵉ ⁱⁱ

## ıderations

For information about the modules supported on E Series routers:

19008JNPR00144342