# EXHIBIT 41

# DOCUMENT SOUGHT TO BE SEALED