# EXHIBIT 42

# DOCUMENT SOUGHT TO BE SEALED