# EXHIBIT 43

# DOCUMENT SOUGHT TO BE SEALED