# EXHIBIT 44

# DOCUMENT SOUGHT TO BE SEALED