# EXHIBIT 45

# DOCUMENT SOUGHT TO BE SEALED