# EXHIBIT 46

# DOCUMENT SOUGHT TO BE SEALED