# EXHIBIT 47

# DOCUMENT SOUGHT TO BE SEALED