# EXHIBIT 48

# DOCUMENT SOUGHT TO BE SEALED