# EXHIBIT 49

# DOCUMENT SOUGHT TO BE SEALED