# EXHIBIT 50

# DOCUMENT SOUGHT TO BE SEALED