# EXHIBIT 51

# DOCUMENT SOUGHT TO BE SEALED