# EXHIBIT 52

# DOCUMENT SOUGHT TO BE SEALED