# EXHIBIT 53

# DOCUMENT SOUGHT TO BE SEALED