# EXHIBIT 54

# DOCUMENT SOUGHT TO BE SEALED