# EXHIBIT 55

# DOCUMENT SOUGHT TO BE SEALED