# EXHIBIT 56

# DOCUMENT SOUGHT TO BE SEALED