# EXHIBIT 57

# DOCUMENT SOUGHT TO BE SEALED