# EXHIBIT 58

# DOCUMENT SOUGHT TO BE SEALED