# EXHIBIT 59

# DOCUMENT SOUGHT TO BE SEALED