# EXHIBIT 60

# DOCUMENT SOUGHT TO BE SEALED