# EXHIBIT 61

# DOCUMENT SOUGHT TO BE SEALED