# EXHIBIT 62

# DOCUMENT SOUGHT TO BE SEALED