# EXHIBIT 63

# DOCUMENT SOUGHT TO BE SEALED