# EXHIBIT 64A

# DOCUMENT SOUGHT TO BE SEALED