# EXHIBIT 64B

Data sheet



# HP 5900 Switch Series



## Key features

- Cut-through with ultra-low latency and wire speed
- HP IRF for virtualization and two-tier architecture
- High 1/10GbE ToR port density with 40GbE uplinks
- IPv6 support in ToR with full L2/L3 features
- Convergence-ready with DCB, FCoE, and TRILL

## Product overview

The HP 5900 Switch Series is a family of high-density, ultra-low-latency, top-of-rack (ToR) switches. It is part of the HP FlexNetwork architecture's HP FlexFabric solution.

Ideally suited for deployment at the server access layer of large enterprise data centers, the 5900 switch series is also powerful enough for deployment at the data center core layer of medium-sized enterprises. With the increase in virtualized applications and server-to-server traffic, customers now require a ToR switch, like the HP 5900, with innovations that will meet their needs for higher-performance server connectivity, convergence of Ethernet and storage traffic, the capability to handle virtual environments, and ultra-low latency, all in a single device.



## Features and benefits

### Quality of Service (QoS)

- **Powerful QoS features**
  - **Flexible classification**
    creates traffic classes based on access control lists (ACLs), IEEE 802.1p precedence, IP, and DSCP or type of service (ToS) precedence; supports filter, redirect, mirror, remark, and logging
  - **Feature support**
    provides support for strict priority queuing (SP), weighted fair queuing (WFQ), weighted deficit round robin (WDRR), SP+WDRR together, configurable buffers, explicit congestion notification (ECN), and weighted random early detection (WRED)

### Data center optimized

- **Flexible high port density**
  the 5900 switch series enables you to scale your server edge with 1GbE and 10GbE ToR deployments to new heights with high-density 48-port solutions delivered in a 1RU design; the high server port density is backed by 40GbE QSFP+ uplinks to deliver availability of needed bandwidth for demanding applications; each 40GbE QSFP+ port can also be configured as 4 x 10GbE ports using a 40G-to-10GbE splitter cable

- **High-performance switching**
  cut-through and nonblocking architecture delivers industry-leading low latency (~1 microsecond for 10GbE) for very demanding enterprise applications; the switch delivers high-performance switching capacity and wirespeed packet forwarding

- **Higher scalability**
  HP Intelligent Resilient Framework (IRF) technology simplifies the architecture of server access networks to reduce cost and overall complexity; up to four HP 5900 switches can be combined to deliver unmatched scalability of virtualized access layer switches and flatter, two-tier networks using IRF

- **Advanced modular operating system**
  Comware v7 software's modular design and multiple processes bring native high stability, independent process monitoring, and restart; the OS also allows individual software modules to be upgraded for higher availability, and supports enhanced serviceability functions like hitless software upgrades with single-chassis ISSU (In Services Software Upgrade)

- **TRILL and EVB/VEPA**
  Transparent Interconnection of Lots of Links (TRILL) is supported to increase the scale of enterprise data centers; EVB/VEPA provides connectivity into the virtual environment for a data center-ready environment

- **Reversible airflow**
  enhanced for data center hot-cold aisle deployment with reversible airflow—for either front-to-back or back-to-front airflow

- **Redundant fans and power supplies**
  1+1 internal redundant and hot-pluggable power supplies and dual fan trays enhance reliability and availability

- **Lower OPEX and greener data center**
  provide reversible airflow and advanced chassis power management

- **Data Center Bridging (DCB) protocol**
  supports IEEE 802.1Qbb Priority Flow Control (PFC), Data Center Bridging Exchange (DCBX), and IEEE 802.1Qaz Enhanced Transmission Selection (ETS) for converged applications

- **FCoE support**
  support for FCoE includes expansion, fabric, trunk VF, and N ports, and aggregation of E-port, N-port virtualization; fabric services such as name server, registered state change notification, and login services; per-VSAN fabric services, FSPF, soft and hard zoning, Fibre Channel traceroute, ping, debugging, and FIP snooping

- **Jumbo frames**
  with frame sizes of up to 10,000 bytes on Gigabit Ethernet and 10-Gigabit ports, high-performance remote backup and disaster-recovery services can be enabled

### Manageability

- **Full-featured console**
  provides complete control of the switch with a familiar CLI

- **Troubleshooting**
  - **Ingress and egress port monitoring**
    enable network problem solving
  - **Traceroute and ping**
    enable testing of network connectivity

- **Multiple configuration files**
  allow multiple configuration files to be stored to a flash image

- **sFlow (RFC 3176)**
  wire-speed traffic accounting and monitoring

- **SNMP v1, v2c, and v3**
  facilitate centralized discovery, monitoring, and secure management of networking devices

- **Out-of-band interface**
  isolates management traffic from user data plane traffic for complete isolation and total reachability, no matter what happens in the data plane

- **Remote configuration and management**
  is available through a secure command-line interface (CLI) over Telnet and SSH; role-based access control (RBAC) provides multiple levels of access; configuration rollback and multiple configurations on the flash provide ease of operation; remote visibility is provided with sFlow and SNMP v1/v2/v3, and is fully supported in HP Intelligent Management Center (IMC)

- **ISSU and hot patching**
  provides hitless software upgrades with single-unit In Services Software Upgrade (ISSU) and hitless patching of modular OS

- **Autoconfiguration**
  provides automatic configuration via DHCP autoconfiguration

ARISTANDCA00224909

- **Network Time Protocol (NTP) and Secure Network Time Protocol (SNTP)**
  synchronize timekeeping among distributed time servers and clients; keep consistent timekeeping among all clock-dependent devices within the network so the devices can provide diverse applications based on the consistent time

### Resiliency and high availability

- **Intelligent Resilient Framework (IRF)**
  HP IRF technology enables HP FlexFabric to deliver resilient, scalable, and secure data center networks for physical and virtualized environments; up to four 5900 switches can be grouped together in an IRF configuration, which allows them to be configured and managed as a single switch with a single IP address; this simplifies ToR deployment and management, reducing data center deployment and operating expenses

- **IEEE 802.1w Rapid Convergence Spanning Tree Protocol**
  increases network uptime through faster recovery from failed links

- **IEEE 802.1s Multiple Spanning Tree**
  provides high link availability in multiple VLAN environments by allowing multiple spanning trees

- **Virtual Router Redundancy Protocol (VRRP)**
  allows groups of two routers to dynamically back each other up to create highly available routed environments

- **Hitless patch upgrades**
  allow patches and new service features to be installed without restarting the equipment, increasing network uptime and facilitating maintenance

- **Ultrafast protocol convergence (< 50 ms) with standard-based failure detection—Bidirectional Forwarding Detection (BFD)**
  enables link connectivity monitoring and reduces network convergence time for RIP, OSPF, BGP, IS-IS, VRRP, MPLS, and IRF

- **Device Link Detection Protocol (DLDP)**
  monitors link connectivity and shuts down ports at both ends if unidirectional traffic is detected, preventing loops in STP-based networks

- **Graceful restart**
  allows routers to indicate to others their capability to maintain routing table during a temporary shutdown and significantly reduces convergence times upon recovery; supports OSPF, BGP, and IS-IS

### Layer 2 switching

- **MAC-based VLAN**
  provides granular control and security; uses RADIUS to map a MAC address/user to specific VLANs

- **Address Resolution Protocol (ARP)**
  supports static, dynamic, and reverse ARP and ARP proxy

- **Flow control**
  IEEE 802.3x flow control provides intelligent congestion management via PAUSE frames

- **Ethernet link aggregation**
  IEEE 802.3ad link aggregation of up to 128 groups of 16 ports; support for Link Aggregation Control Protocol (LACP), LACP Local Forwarding First, and LACP short-time provide a fast, resilient environment that is ideal for the data center

- **Spanning Tree Protocol (STP)**
  STP (IEEE 802.1D), Rapid STP (RSTP, IEEE 802.1w), and Multiple STP (MSTP, IEEE 802.1s)

- **VLAN support**
  provides support for 4,096 VLANs based on port, MAC address, IPv4 subnet, protocol, and guest VLAN; supports VLAN mapping

- **IGMP support**
  provides support for IGMP snooping, fast-leave, and group-policy; IPv6 IGMP snooping provides Layer 2 optimization of multicast traffic

- **DHCP support at Layer 2**
  provides full DHCP Snooping support for DHCP Snooping Option 82, DHCP Relay Option 82, DHCP Snooping Trust, and DHCP Snooping Item Backup

### Layer 3 services

- **Address Resolution Protocol (ARP)**
  determines the MAC address of another IP host in the same subnet; supports static ARPs; gratuitous ARP allows detection of duplicate IP addresses; proxy ARP allows normal ARP operation between subnets or when subnets are separated by a Layer 2 network

- **Dynamic Host Configuration Protocol (DHCP)**
  simplifies the management of large IP networks and supports client and server; DHCP Relay enables DHCP operation across subnets

- **Operations, administration, and maintenance (OAM) support**
  provides support for Connectivity Fault Management (IEEE 802.1AG) and Ethernet in the First Mile (IEEE 802.3AH); provides additional monitoring that can be used for fast fault detection and recovery

### Layer 3 routing

- **Virtual Router Redundancy Protocol (VRRP) and VRRP Extended**
  allow quick failover of router ports

- **Policy-based routing**
  makes routing decisions based on policies set by the network administrator

- **Equal-Cost Multipath (ECMP)**
  enables multiple equal-cost links in a routing environment to increase link redundancy and scale bandwidth

- **Layer 3 IPv4 routing**
  provides routing of IPv4 at media speed; supports static routes, RIP and RIPv2, OSPF, BGP, and IS-IS

- **Open Shortest Path First (OSPF)**
  Interior Gateway Protocol (IGP) uses link-state protocol for faster convergence; supports ECMP, NSSA, and MD5 authentication for increased security and graceful restart for faster failure recovery

ARISTANDCA00224910

- **Border Gateway Protocol 4 (BGP-4)**
  Exterior Gateway Protocol (EGP) with path vector protocol uses TCP for enhanced reliability for the route discovery process, reduces bandwidth consumption by advertising only incremental updates, and supports extensive policies for increased flexibility, as well as scales to very large networks

- **Intermediate system to intermediate system (IS-IS)**
  Interior Gateway Protocol (IGP) uses path vector protocol, which is defined by the ISO organization for IS-IS routing and extended by IETF RFC 1195 to operate in both TCP/IP and the OSI reference model (Integrated IS-IS)

- **Static IPv6 routing**
  provides simple, manually configured IPv6 routing

- **Dual IP stack**
  maintains separate stacks for IPv4 and IPv6 to ease the transition from an IPv4-only network to an IPv6-only network design

- **Routing Information Protocol next generation (RIPng)**
  extends RIPv2 to support IPv6 addressing

- **OSPFv3**
  provides OSPF support for IPv6

- **BGP+**
  extends BGP-4 to support Multiprotocol BGP (MBGP), including support for IPv6 addressing

- **IS-IS for IPv6**
  extends IS-IS to support IPv6 addressing

- **IPv6 tunneling**
  is an important element for the transition from IPv4 to IPv6; allows IPv6 packets to traverse IPv4-only networks by encapsulating the IPv6 packet into a standard IPv4 packet; supports manually configured, 6to4, and Intra-Site Automatic Tunnel Addressing Protocol (ISATAP) tunnels

- **Policy routing**
  allows custom filters for increased performance and security; supports ACLs, IP prefix, AS paths, community lists, and aggregate policies

- **Bidirectional Forwarding Detection (BFD)**
  enables link connectivity monitoring and reduces network convergence time for RIP, OSPF, BGP, IS-IS, VRRP, MPLS, and IRF

- **Multicast Routing PIM Dense and Sparse modes**
  provides robust support of multicast protocols

- **Layer 3 IPv6 routing**
  provides routing of IPv6 at media speed; supports static routing, RIPng, OSPFv3, BGP4+ for IPv6, and IS-ISv6

### Additional information

- **Green IT and power**
  use the latest advances in silicon development, shut off unused ports, and use variable-speed fans to improve energy efficiency

- **Low power consumption**
  is rated to have one of the lowest power usages in the industry by Miercom independent tests

### Management

- **USB support**
  - File copy
    allows users to copy switch files to and from a USB flash drive

- **Multiple configuration files**
  can be stored to the flash image

- **SNMPv1, v2c, and v3**
  facilitate centralized discovery, monitoring, and secure management of networking devices

- **Network Time Protocol (NTP)**
  synchronizes timekeeping among distributed time servers and clients; keeps timekeeping consistent among all clock-dependent devices within the network so that the devices can provide diverse applications based on the consistent time

- **Out-of-band interface**
  isolates management traffic from user data plane traffic for complete isolation and total reachability, no matter what happens in the data plane

- **Port mirroring**
  enables traffic on a port to be simultaneously sent to a network analyzer for monitoring

- **Remote configuration and management**
  is available through a command-line interface (CLI)

- **IEEE 802.1AB Link Layer Discovery Protocol (LLDP)**
  advertises and receives management information from adjacent devices on a network, facilitating easy mapping by network management applications

- **sFlow (RFC 3176)**
  provides scalable ASIC-based wire-speed network monitoring and accounting with no impact on network performance; this allows network operators to gather a variety of sophisticated network statistics and information for capacity planning and real-time network monitoring purposes

- **Command authorization**
  leverages RADIUS to link a custom list of CLI commands to an individual network administrator's login; an audit trail documents activity

- **Dual flash images**
  provide independent primary and secondary operating system files for backup while upgrading

- **Command-line interface (CLI)**
  provides a secure, easy-to-use CLI for configuring the module via SSH or a switch console; provides direct real-time session visibility

ARISTANDCA00224911

- **Logging**
  provides local and remote logging of events via SNMP (v2c and v3) and syslog; provides log throttling and log filtering to reduce the number of log events generated

- **Management interface control**
  provides management access through a modem port and terminal interface, as well as in-band and out-of-band Ethernet ports; provides access through terminal interface, telnet, or secure shell (SSH)

- **Industry-standard CLI with a hierarchical structure**
  reduces training time and expenses, and increases productivity in multivendor installations

- **Management security**
  multiple privilege levels with password protection restrict access to critical configuration commands; ACLs provide telnet and SNMP access; local and remote syslog capabilities allow logging of all access

- **Info center**
  provides a central information center for system and network information; aggregates all logs, traps, and debugging information generated by the system and maintains them in order of severity; outputs the network information to multiple channels based on user-defined rules

- **Network management**
  HP Intelligent Management Center (IMC) centrally configures, updates, monitors, and troubleshoots

- **Remote Intelligent Mirroring**
  mirrors ingress/egress ACL-selected traffic from a switch port or VLAN to a local or remote switch port anywhere on the network

### Security

- **Access control lists (ACLs)**
  provide IP Layer 3 filtering based on source/destination IP address/subnet and source/destination TCP/UDP port number

- **RADIUS/TACACS+**
  eases switch management security administration by using a password authentication server

- **Secure shell**
  encrypts all transmitted data for secure remote CLI access over IP networks

- **IEEE 802.1X and RADIUS network logins**
  control port-based access for authentication and accountability

- **Port security**
  allows access only to specified MAC addresses, which can be learned or specified by the administrator

### Convergence

- **LLDP-MED (Media Endpoint Discovery)**
  is a standard extension of LLDP that stores values for parameters such as QoS and VLAN to automatically configure network devices such as IP phones

### Warranty and support

- **1-year warranty**
  with advance replacement and 10-calendar-day delivery (available in most countries)

- **Electronic and telephone support**
  limited electronic and telephone support is available from HP; to reach our support centers, refer to **www.hp.com/networking/contact-support**; for details on the duration of support provided with your product purchase, refer to **www.hp.com/networking/warrantysummary**

- **Software releases**
  to find software for your product, refer to **www.hp.com/networking/support**; for details on the software releases available with your product purchase, refer to **www.hp.com/networking/warrantysummary**

ARISTANDCA00224912

# HP 5900 Switch Series

## Specifications

|  | HP 5900AF-48XG-4QSFP+ Switch (JC772A) | HP 5900AF-48G-4XG-2QSFP+ Switch (JG510A) |
|---|---|---|
| Ports | 48 fixed 1000/10000 SFP+ ports<br><br>4 QSFP+ 40-GbE ports<br><br>1 RJ-45 serial console port<br><br>1 RJ-45 out-of-band management port<br><br>1 USB 2.0 | 48 autosensing 10/100/1000 ports (IEEE 802.3 Type 10BASE-T, IEEE 802.3u Type 100BASE-TX, IEEE 802.3ab Type 1000BASE-T); Duplex: 10BASE-T/100BASE-TX: half or full; 1000BASE-T: full only<br><br>4 fixed 1000/10000 SFP+ ports<br><br>2 QSFP+ 40-GbE ports<br><br>1 RJ-45 serial console port<br><br>1 RJ-45 out-of-band management port<br><br>1 USB 2.0 |
| Power supplies | 2 power supply slots<br>1 minimum power supply required (ordered separately) | 2 power supply slots<br>1 minimum power supply required (ordered separately) |
| Fan tray | 2 fan tray slots<br>The customer must order fan trays, as fan trays are not included with the switch. This system requires two same-direction airflow fan trays to function properly. The system should not be operated with only one fan tray for more than 24 hours. The system should not be operated without a fan tray for more than two minutes. The system should not be operated outside of the temperature range of 32°F (0°C) to 113°F (45°C). Failure to comply with these operating requirements may void the product warranty. | 2 fan tray slots<br>The customer must order fan trays, as fan trays are not included with the switch. This system requires two same-direction airflow fan trays to function properly. The system should not be operated with only one fan tray for more than 24 hours. The system should not be operated without a fan tray for more than two minutes. The system should not be operated outside of the temperature range of 32°F (0°C) to 113°F (45°C). Failure to comply with these operating requirements may void the product warranty. |
| **Physical characteristics** |  |  |
|  | 17.32(w) x 25.98(d) x 1.72(h) in (43.99 x 65.99 x 4.37 cm) | 17.32(w) x 18.11(d) x 1.72(h) in (43.99 x 46.0 x 4.37 cm) (1U height) |
| Weight | 28.66 lb (13 kg), Fully loaded | 28.66 lb (13 kg), Fully loaded |
| **Memory and processor** |  |  |
|  | 512 MB flash, 2 GB SDRAM; packet buffer size: 9 MB | 512 MB flash, 2 GB SDRAM; packet buffer size: 9 MB |
| **Performance** |  |  |
| 10 Gbps Latency | < 1.5 µs (64-byte packets) | < 1.5 µs (64-byte packets) |
| Throughput | 952 million pps | 250 million pps (64-byte packets) |
| Routing/Switching capacity | 1280 Gbps | 336 Gbps |
| Routing table size | 16000 entries (IPv4), 8000 entries (IPv6) | 16000 entries (IPv4), 8000 entries (IPv6) |
| MAC address table size | 128000 entries | 128000 entries |
| **Environment** |  |  |
| Operating temperature | 32°F to 113°F (0°C to 45°C) | 32°F to 113°F (0°C to 45°C) |
| Operating relative humidity | 10% to 90%, noncondensing | 10% to 90%, noncondensing |
| Acoustic | Low-speed fan: 65.7 dB, High-speed fan: 70.6 dB | Low-speed fan: 65.7 dB, High-speed fan: 70.6 dB |
| **Electrical characteristics** |  |  |
| Frequency | 50/60 Hz | 50/60 Hz |
| Maximum heat dissipation | 887 BTU/hr (935.79 kJ/hr) | 887 BTU/hr (935.79 kJ/hr) |
| Voltage | 100-240 VAC | 100-240 VAC |
| DC voltage | -36 to -72 VDC | -36 to -72 VDC |
| Maximum power rating | 260 W | 260 W |
| Idle power | 200 W | 200 W |
| Notes | Idle power is the actual power consumption of the device with no ports connected. Maximum power rating and maximum heat dissipation are the worst-case theoretical maximum numbers provided for planning the infrastructure with fully loaded PoE (if equipped), 100% traffic, all ports plugged in, and all modules populated. | Idle power is the actual power consumption of the device with no ports connected. Maximum power rating and maximum heat dissipation are the worst-case theoretical maximum numbers provided for planning the infrastructure with fully loaded PoE (if equipped), 100% traffic, all ports plugged in, and all modules populated. |
| Safety | UL 60950-1; EN 60825-1 Safety of Laser Products-Part 1; EN 60825-2 Safety of Laser Products-Part 2; IEC 60950-1; CAN/CSA-C22.2 No. 60950-1; Anatel; ULAR; GOST; EN 60950-1/A11; FDA 21 CFR Subchapter J; NOM; ROHS Compliance | UL 60950-1; EN 60825-1 Safety of Laser Products-Part 1; EN 60825-2 Safety of Laser Products-Part 2; IEC 60950-1; CAN/CSA-C22.2 No. 60950-1; Anatel; ULAR; GOST; EN 60950-1/A11; FDA 21 CFR Subchapter J; NOM; ROHS Compliance |
| Emissions | VCCI Class A; EN 55022 Class A; ICES-003 Class A; ANSI C63.4 2003; AS/NZS CISPR 22 Class A; EN 61000-3-2:2006; EN 61000-3-3:1995 +A1:2001+A2:2005; EMC Directive 2004/108/EC; FCC (CFR 47, Part 15) Class A | VCCI Class A; EN 55022 Class A; ICES-003 Class A; ANSI C63.4 2003; AS/NZS CISPR 22 Class A; EN 61000-3-2:2006; EN 61000-3-3:1995 +A1:2001+A2:2005; EMC Directive 2004/108/EC; FCC (CFR 47, Part 15) Class A |
| **Immunity** |  |  |
| Generic | ETSI EN 300 386 V1.3.3 | ETSI EN 300 386 V1.3.3 |
| EN | EN 55024:1998+ A1:2001 + A2:2003 | EN 55024:1998+ A1:2001 + A2:2003 |
| ESD | EN 61000-4-2; IEC 61000-4-2 | EN 61000-4-2; IEC 61000-4-2 |
| Radiated | EN 61000-4-3; IEC 61000-4-3 | EN 61000-4-3; IEC 61000-4-3 |

ARISTANDCA00224913

# HP 5900 Switch Series

## Specifications (continued)

|  | HP 5900AF-48XG-4QSFP+ Switch (JC772A) | HP 5900AF-48G-4XG-2QSFP+ Switch (JG510A) |
|---|---|---|
| EFT/Burst | EN 61000-4-4; IEC 61000-4-4 | EN 61000-4-4; IEC 61000-4-4 |
| Surge | EN 61000-4-5; IEC 61000-4-5 | EN 61000-4-5; IEC 61000-4-5 |
| Conducted | EN 61000-4-6; IEC 61000-4-6 | EN 61000-4-6; IEC 61000-4-6 |
| Power frequency magnetic field | IEC 61000-4-8; EN 61000-4-8 | IEC 61000-4-8; EN 61000-4-8 |
| Voltage dips and interruptions | EN 61000-4-11; IEC 61000-4-11 | EN 61000-4-11; IEC 61000-4-11 |
| Harmonics | EN 61000-3-2, IEC 61000-3-2 | EN 61000-3-2, IEC 61000-3-2 |
| Flicker | EN 61000-3-3, IEC 61000-3-3 | EN 61000-3-3, IEC 61000-3-3 |
| Management | IMC - Intelligent Management Center; command-line interface; out-of-band management; SNMP Manager; Telnet; FTP | IMC - Intelligent Management Center; command-line interface; out-of-band management; SNMP Manager; Telnet; FTP |
| Notes | The customer must order a power supply, as the device does not come with one. At least one JC680A or JC681A is required. | The customer must order a power supply, as the device does not come with one. At least one JC680A or JC681A is required. |
| Services | Refer to the HP website at www.hp.com/networking/services for details on the service-level descriptions and product numbers. For details about services and response times in your area, please contact your local HP sales office. | Refer to the HP website at www.hp.com/networking/services for details on the service-level descriptions and product numbers. For details about services and response times in your area, please contact your local HP sales office. |

ARISTANDCA00224914

# HP 5900 Switch Series

## Specifications (continued)

| | HP 5900AF-48XG-4QSFP+ Switch (JC772A) | | HP 5900AF-48G-4XG-2QSFP+ Switch (JG510A) |
|---|---|---|---|
| Standards and protocols (applies to all products in series) | **BGP** <br> RFC 1163 Border Gateway Protocol (BGP) <br> RFC 1771 BGPv4 <br> RFC 1997 BGP Communities Attribute <br> RFC 2918 Route Refresh Capability <br> RFC 3392 Capabilities Advertisement with BGP-4 <br> RFC 4271 A Border Gateway Protocol 4 (BGP-4) <br> RFC 4360 BGP Extended Communities Attribute <br> RFC 4456 BGP Route Reflection: An Alternative to Full Mesh Internal BGP (IBGP) <br> RFC 4760 Multiprotocol Extensions for BGP-4 <br><br> **Device management** <br> RFC 1157 SNMPv1/v2c <br> RFC 1305 NTPv3 <br> RFC 1591 DNS (client) <br> RFC 1902 (SNMPv2) <br> RFC 1908 (SNMP v1/2 Coexistence) <br> RFC 2573 (SNMPv3 Applications) <br> RFC 2576 (Coexistence between SNMP V1, V2, V3) <br> Multiple Configuration Files <br> Multiple Software Images <br> SSHv1/SSHv2 Secure Shell <br> TACACS/TACACS+ <br><br> **General protocols** <br> IEEE 802.1D MAC Bridges <br> IEEE 802.1p Priority <br> IEEE 802.1Q VLANs <br> IEEE 802.1s Multiple Spanning Trees <br> IEEE 802.1w Rapid Reconfiguration of Spanning Tree <br> IEEE 802.3ad Link Aggregation Control Protocol (LACP) <br> IEEE 802.3ae 10-Gigabit Ethernet <br> IEEE 802.3ag Ethernet OAM <br> IEEE 802.3ah Ethernet in First Mile over Point to Point Fiber - EFMF <br> IEEE 802.3x Flow Control <br> RFC 768 UDP <br> RFC 783 TFTP Protocol (revision 2) <br> RFC 791 IP <br> RFC 792 ICMP <br> RFC 793 TCP <br> RFC 826 ARP <br> RFC 854 TELNET <br> RFC 856 TELNET <br> RFC 868 Time Protocol <br> RFC 896 Congestion Control in IP/TCP Internetworks <br> RFC 950 Internet Standard Subnetting Procedure <br> RFC 1027 Proxy ARP <br> RFC 1058 RIPv1 <br> RFC 1091 Telnet Terminal-Type Option <br> RFC 1141 Incremental updating of the Internet checksum <br> RFC 1142 OSI IS-IS Intra-domain Routing Protocol <br> RFC 1191 Path MTU discovery <br> RFC 1213 Management Information Base for Network Management of TCP/IP-based internets | RFC 1253 (OSPF v2) <br> RFC 1531 Dynamic Host Configuration Protocol <br> RFC 1533 DHCP Options and BOOTP Vendor Extensions <br> RFC 1534 DHCP/BOOTP Interoperation <br> RFC 1541 DHCP <br> RFC 1591 DNS (client only) <br> RFC 1624 Incremental Internet Checksum <br> RFC 1723 RIP v2 <br> RFC 1812 IPv4 Routing <br> RFC 2030 Simple Network Time Protocol (SNTP) v4 <br> RFC 2131 DHCP <br> RFC 2236 IGMP Snooping <br> RFC 2338 VRRP <br> RFC 2453 RIPv2 <br> RFC 2581 TCP Congestion Control <br> RFC 2644 Directed Broadcast Control <br> RFC 2767 Dual Stacks IPv4 & IPv6 <br> RFC 3046 DHCP Relay Agent Information Option <br> RFC 3768 Virtual Router Redundancy Protocol (VRRP) <br> RFC 4250 The Secure Shell (SSH) Protocol Assigned Numbers <br> RFC 4251 The Secure Shell (SSH) Protocol Architecture <br> RFC 4252 The Secure Shell (SSH) Authentication Protocol <br> RFC 4253 The Secure Shell (SSH) Transport Layer Protocol <br> RFC 4254 The Secure Shell (SSH) Connection Protocol <br> RFC 4364 BGP/MPLS IP Virtual Private Networks (VPNs) <br> RFC 4419 Diffie-Hellman Group Exchange for the Secure Shell (SSH) Transport Layer Protocol <br> RFC 4594 Configuration Guidelines for DiffServ Service Classes <br> RFC 4941 Privacy Extensions for Stateless Address Autoconfiguration in IPv6 <br><br> **IPv6** <br> RFC 2080 RIPng for IPv6 <br> RFC 2460 IPv6 Specification <br> RFC 2461 IPv6 Neighbor Discovery <br> RFC 2462 IPv6 Stateless Address Auto-configuration <br> RFC 2463 ICMPv6 <br> RFC 2464 Transmission of IPv6 over Ethernet Networks <br> RFC 2473 Generic Packet Tunneling in IPv6 <br> RFC 2545 Use of MP-BGP-4 for IPv6 <br> RFC 2563 ICMPv6 <br> RFC 2711 IPv6 Router Alert Option <br> RFC 2740 OSPFv3 for IPv6 <br> RFC 2767 Dual stacks IPv46 & IPv6 <br> RFC 3315 DHCPv6 (client and relay) <br> RFC 4291 IP Version 6 Addressing Architecture <br> RFC 4862 IPv6 Stateless Address Auto-configuration <br> RFC 5095 Deprecation of Type 0 Routing Headers in IPv6 <br><br> **MIBs** <br> RFC 1213 MIB II <br> RFC 1907 SNMPv2 MIB <br> RFC 2571 SNMP Framework MIB | | RFC 2572 SNMP-MPD MIB <br> RFC 2573 SNMP-Notification MIB <br> RFC 2573 SNMP-Target MIB <br> RFC 2574 SNMP USM MIB <br> RFC 2737 Entity MIB (Version 2) <br> RFC 3414 SNMP-User based-SM MIB <br> RFC 3415 SNMP-View based-ACM MIB <br> LLDP-EXT-DOT1-MIB <br> LLDP-EXT-DOT3-MIB <br> LLDP-MIB <br><br> **Network management** <br> RFC 3164 BSD syslog Protocol <br><br> **OSPF** <br> RFC 1587 OSPF NSSA <br> RFC 2328 OSPFv2 <br> RFC 3101 OSPF NSSA <br> RFC 3137 OSPF Stub Router Advertisement <br> RFC 3623 Graceful OSPF Restart <br> RFC 4577 OSPF as the Provider/Customer Edge Protocol for BGP/MPLS IP Virtual Private Networks (VPNs) <br> RFC 4811 OSPF Out-of-Band LSDB Resynchronization <br> RFC 4812 OSPF Restart Signaling <br> RFC 4813 OSPF Link-Local Signaling <br><br> **QoS/CoS** <br> IEEE 802.1P (CoS) <br> RFC 2475 DiffServ Architecture <br> RFC 2597 DiffServ Assured Forwarding (AF) <br> RFC 3247 Supplemental Information for the New Definition of the EF PHB (Expedited Forwarding Per-Hop Behavior) <br> RFC 3260 New Terminology and Clarifications for DiffServ <br><br> **Security** <br> Access Control Lists (ACLs) <br> SSHv2 Secure Shell |

ARISTANDCA00224915

## HP 5900 Switch Series accessories

### Transceivers
HP X120 1G SFP LC LH40 1550nm Transceiver (JD062A)
HP X120 1G SFP LC BX 10-U Transceiver (JD098B)
HP X120 1G SFP LC BX 10-D Transceiver (JD099B)
HP X120 1G SFP LC LX Transceiver (JD119B)
HP X120 1G SFP RJ45 T Transceiver (JD089B)
HP X120 1G SFP LC SX Transceiver (JD118B)
HP X125 1G SFP LC LH40 1310nm Transceiver (JD061A)
HP X125 1G SFP LC LH70 Transceiver (JD063B)
HP X130 10G SFP+ LC SR Transceiver (JD092B)
HP X130 10G SFP+ LC LRM Transceiver (JD093B)
HP X130 10G SFP+ LC LR Transceiver (JD094B)
HP X130 10G SFP+ LC ER 40km Transceiver (JG234A)
HP X140 40G QSFP+ MPO SR4 Transceiver (JG325A)
HP X240 10G SFP+ to SFP+ 0.65m Direct Attach Copper Cable (JD095C)
HP X240 10G SFP+ to SFP+ 1.2m Direct Attach Copper Cable (JD096C)
HP X240 10G SFP+ to SFP+ 3m Direct Attach Copper Cable (JD097C)
HP X240 10G SFP+ to SFP+ 5m Direct Attach Copper Cable (JG081C)
HP X240 40G QSFP+ to QSFP+ 1m Direct Attach Copper Cable (JG326A)
HP X240 40G QSFP+ to QSFP+ 3m Direct Attach Copper Cable (JG327A)
HP X240 40G QSFP+ to QSFP+ 5m Direct Attach Copper Cable (JG328A)
HP X240 40G QSFP+ to 4x10G SFP+ 1m Direct Attach Copper Splitter Cable (JG329A)
HP X240 40G QSFP+ to 4x10G SFP+ 3m Direct Attach Copper Splitter Cable (JG330A)
HP X240 40G QSFP+ to 4x10G SFP+ 5m Direct Attach Copper Splitter Cable (JG331A)
HP X240 10G SFP+ SFP+ 7m Direct Attach Copper Cable (JC784C)

### Power Supply
HP 58x0AF 650W AC Power Supply (JC680A)
HP 58x0AF 650W DC Power Supply (JC681A)

### Fan Tray
HP 58x0AF Back (power side) to Front (port side) Airflow Fan Tray (JC682A)
HP 58x0AF Front (port side) to Back (power side) Airflow Fan Tray (JC683A)

## To learn more, visit hp.com/networking



© Copyright 2012-2013 Hewlett-Packard Development Company, L.P. The information contained herein is subject to change without notice. The only warranties for HP products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. HP shall not be liable for technical or editorial errors or omissions contained herein.

4AA3-8996ENW, Created February 2012; Updated February 2013, Rev. 3

ARISTANDCA00224916