# EXHIBIT 64C



# Dell PowerConnect 5200 Series Switches

Dell™ PowerConnect™ 5212 and 5224 switches are designed to deliver Gigabit Ethernet performance with enterprise-class management features for server or workstation connectivity and network traffic aggregation.

### Rack-Dense Wire-Speed Performance
PowerConnect 5200 Series switches are rack-dense, fixed-port Gigabit Ethernet switching solutions delivering full wire-speed switching performance. Offering 12 or 24 built-in copper Gigabit Ethernet ports in a 1U form factor, the PowerConnect 5212 and 5224 switches have total switching capacities of up to 24 Gbps and 48 Gbps respectively. Each switch offers additional flexibility with its four SFP transceiver slots, which can be used in lieu of up to four copper ports to support fiber media. Optional 1000 Base-SX or 1000 Base-LX transceiver modules are available to support transmission distances up to 10km based on fiber type.

### Easy, Powerful Management
PowerConnect 5200 Series switches support a number of management interfaces, including an easy-to-use embedded Web interface as well as an industry-standard Command Line Interface (CLI), which allows network administrators to utilize existing switch configuration skills. The switches can be managed remotely via a Web browser, Telnet or Simple Network Management Protocol (SNMP), and support a comprehensive Management Information Base (MIB) as well as four RMON groups. To assist with centralized management of the network infrastructure, the switches also support remote logging via syslog. This broad management support eases the tasks of network management and ensures integration into a variety of third party network management applications.

### Multi-Layer Quality of Service
Network traffic prioritization is a key requirement for deploying emerging applications like videoconferencing and voice-over-IP. The PowerConnect 5212 and 5224 switches provide four priority queues per port. Packets can be classified based on the Layer 2 IEEE 802.1p standard as well as the Layer 3 IP Precedence or IP Differentiated Services Code Point (DSCP) standard. These capabilities help increase deployment flexibility and protect networking infrastructure investments.

### Robust Security
Advanced security features of the PowerConnect 5200 Series switches help protect the network from accidental or malicious interference. MAC-based port security is designed to prevent unauthorized MAC addresses from accessing the network. This feature can send a trap to alert select administrators whenever an unknown MAC address attempts to access the network, and can shut down the port if desired. SSL and SSH encryption offer the added security of encrypting switch management traffic. RADIUS and TACACS+ support enables centralized, remote authentication of administrative access to the switch. SNMP access filtering provides a mechanism to limit network hosts that have SNMP access to the switches.

### Advanced Switching Features
The PowerConnect 5212 and 5224 switches support a variety of standards-based advanced switching features, allowing a network administrator to optimize traffic flow in the network. Up to 256 VLANs are supported, enabling limitation of broadcast domains as well as improved network security. GVRP (GARP VLAN Registration Protocol) provides for dynamic port-based VLAN configuration as per IEEE 802.1Q, and helps reduce administrative tasks associated with static VLANs. Other advanced features include port mirroring, dynamic link aggregation (LACP) and IP multicast support (IGMP v1 and v2).



PowerConnect 5212 Switch



PowerConnect 5224 Switch

### High Availability
The PowerConnect 5200 Series switches offer several availability features to meet enterprise networking needs. Spanning Tree Protocol and Rapid Spanning Tree protocol support help reduce network setup time and improve network availability by automatically activating standby links if the active link fails. The switches also store dual configuration files and firmware images for rollback purposes if the switch setup has a problem for any reason. Overall availability can be further increased by deploying the optional Dell PowerConnect RPS-600 redundant power system. Each RPS-600 supports up to four PowerConnect switches, eliminating a switch's internal power supply as a single point of failure.

Simplicity and Performance. Easy as 

EXHIBIT 957
Deponent C ATO
Date 5·20·16
Rebecca Romano, CSR #12546

Visit **www.dell.com/networking** for more information.

ARISTANDCA00265444



## Dell PowerConnect 5200 Series Switches

### DELL ENTERPRISE SERVICES

By leveraging the proven advantages of our direct model, including tailored service and support, low cost and a single point of accountability, Dell Services can provide you with fast, effective, affordable service offerings at any point in your IT process. By doing so, we offer a combination of bundled best practices and tailored solutions that work together to provide maximum value to you. Whether you need support, deployment, training and certification programs, or professional consulting services, individually or bundled as a total package, Dell promises to be your single point of accountability at all times.

**Professional Services**
Dell Professional Services enables Dell customers to optimize ROI by leveraging complex technology through the design, development and deployment of innovative, robust and scalable business-critical solutions. With each engagement, we utilize our proven methodology and project management expertise to understand your business objectives, design plans that are flexible to adapt to your current environment and then deliver the desired results.

**Deployment Services**
We bring you deployment assistance that delivers true value from beginning to end. Dell can tailor systems to our customers' specifications by customizing the hardware and software configuration during the initial system-build to reduce redundancy and time. We can manage the delivery, installation and disposal of your assets with the same eye for efficiency.

**Training and Certification**
Our approach to Training and Certification allows you to outsmart your competitors – not outspend them – with industry standard learning across Dell hardware and industry standard software. Dell can assist you wherever you need us, whether on-site, on-line or in a classroom setting, to help your organization take full advantage of information technology.

**Enterprise Support Services**
Technology is a significant investment, and it pays to have a partner who can help you minimize costly downtime. Through our **Premier Enterprise Support Services (PESS)** offerings, Dell provides tiered support service packages with the flexibility to customize the offering to meet your specific needs across a wide range of computing environments. With proactive and reactive support options which include hardware and software support with varied response levels, account management, and remote resolution, Dell provides support solutions that meet your needs, cost effectively.

**Standard Warranty and Service Plan**
- Three-year limited warranty[1] supplemented with three years of Next Business Day part or unit advance exchange hardware replacement[2]
- 7-day/24-hour Lifetime Telephone Technical Support for troubleshooting and diagnosis of Dell hardware
- 7-day/24-hour Online Support Services
- Lifetime firmware upgrades (available for download via support.dell.com)

**Optional Support**
You can upgrade to three or five years of part or unit advance exchange hardware replacement, with either Same Day or Next Business Day response. You may also choose three or five years of On-Site Hardware Support Service, with either Same Day or Next Business Day response.

| FEATURES | PowerConnect 5212 | PowerConnect 5224 |
|---|---|---|
| Port Configuration | 12 10/100/1000BASE-T ports<br>4 SFP slots (combo) for fiber support<br>Auto-negotiation for speed, duplex mode and flow control; auto MDI/MDIX | 24 10/100/1000BASE-T ports<br>4 SFP slots (combo) for fiber support<br>Auto-negotiation for speed, duplex mode and flow control; auto MDI/MDIX |
| Performance | Switching Capacity 24.0 Gbps<br>Forwarding Rate 17.8 Mpps | Switching Capacity 48.0 Gbps<br>Forwarding Rate 35.6 Mpps |
| Management | Web-based management interface<br>Industry-standard CLI<br>SNMP v1 and SNMP v2c supported<br>4 RMON groups (history, statistics, alarms and events)<br>BootP/DHCP IP address management<br>Syslog remote logging | |
| Class of Service | Four priority queues per port, adjustable WRR<br>Layer 2 IEEE 802.1p tagging and port-based priority<br>Layer 3 priority based on IP ToS (Precedence, DSCP) | |
| Security | Switch access password protection<br>Port-based MAC address alert and lock-down<br>RADIUS and TACACS+ support for switch management access<br>SSL/SSH encryption for switch management traffic<br>SNMP access filtering | |
| VLAN | IEEE 802.1Q tagging and port-based, up to 256 VLANs<br>Dynamic VLANs with GVRP support | |
| Multicast | IGMP v1/v2 snooping<br>Static IP Multicast | |
| Switching Features | Link Aggregation, up to four ports per aggregated link (IEEE 802.3ad) and up to six aggregated links<br>LACP support<br>Port mirroring<br>Jumbo frame support up to 9000 bytes | |
| Availability | Spanning Tree (IEEE 802.1D) and Rapid Spanning Tree (IEEE 802.1w) with Fast Link support<br>Dual firmware images<br>Configuration file upload and download<br>External redundant power support with PowerConnect RPS-600 (sold separately) | |
| Chassis | 44 x 32.4 x 4.3cm (17.3 x 12.8 x 1.7 inches)<br>1U, rack-mounting kit included | |
| Peripheral Products | RPS-600 Redundant Power Supply<br>Dell SFP Transceivers (1000-SX and 1000-LX) | |

[1] For a copy of our guarantees or limited warranties, please write Dell USA L.P., Attn: Warranties, One Dell Way, Round Rock, TX 78682. For more information, visit www.dell.com/us/en/gen/services/service_service_plans.htm.
[2] Technician, replacement part or unit (depending on service contract) will be dispatched if necessary following phone-based troubleshooting in advance of receipt of returned defective unit. Service may be provided by third-party provider. Subject to parts availability, geographical restrictions and terms of service contract. Service timing dependent upon time of day call placed to Dell. Defective unit must be returned. Replacements may be refurbished. U.S. only.
Dell is not responsible for errors in typography or photography. Dell, the Dell Logo, and PowerConnect are trademarks of Dell Computer Corporation. Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and names or their products. Dell disclaims proprietary interest in the marks and names of others. © Copyright 2003 Dell Computer Corporation. All rights reserved. Reproduction in any manner whatsoever without the express written permission of Dell Computer Corporation is strictly forbidden. For more information contact Dell. July 2003, Kolar.

**Simplicity and Performance. Easy as** 

Visit **www.dell.com/networking** for more information.

ARISTANDCA00265445