# EXHIBIT 64D

# FTOS Command Line Interface

Industry-standard CLI Syntax with Enhanced Manageability Features

Consistent Show, Configuration, Debugging and CLI Navigation Commands Across Switch/Router Product Lines

### The Power of One: Consistency

FTOS, the Force10 Operating System, is the operating system that runs on Force10 switch/router product lines. Force10 delivers a single version of FTOS for all platforms that follows a linear, sequential release path. By delivering the same OS across its entire switch/router line, including the E-Series, C-Series and S-Series switch/router platforms, Force10 ensures that customers benefit from stable code, a consistent feature set and simpler software management.

- Common management functionality and a common user interface across the Force10 product line makes operating the network easier
- Streamlined product training and learning curve because system configuration, diagnostics, trouble-shooting and software maintenance are identical across all platforms
- Support for the same CLI, SNMP and XML management models throughout the entire network greatly simplifies life-cycle management of the infrastructure



Figure 1. FTOS software architecture

### FTOS: Not Your Father's CLI

The FTOS CLI combines an industry-standard show, configuration and debugging syntax with enhanced usability and navigation features. As a result, configuration and troubleshooting is just like working on an IOS platform, but more comfortable.

- CLI is accessible over the serial console, Telnet or SSHv1/v2 for interactive or automated management
- "terminal xml" command enables XML front end to CLI
- Support for common tools such as Expect and RANCID
- Integration of Unix-like features such as "grep" and "diff" for configuration management

The CLI is the primary method of managing an FTOS switch/router, and supports interactive or automated logins using CLI scripting. It is also responsible for communicating with the FTOS application processes over IPC for sending configuration information or requesting output for a show command.

Configurations can be archived by the archive manager, and used for automated configuration rollback to restore a known working configuration.



Figure 2. FTOS running on the E-Series, C-Series and S-Series switch/router platforms



EXHIBIT 958
Deponent CATO
Date 5·20·16
Rebecca Romano, CSR #12546

ARISTANDCA00265424

# FTOS Command Line Interface



- Identical CLI on all platforms
- Ranges and aliases for bulk configuration
- Line card preconfiguration
- Command history shows timestamp, users and CLI commands
- Configuration locking
- Configuration commit and rollback
- Online serviceability and diagnostics
- Full-featured "grep" and "no-more" pipe for all commands with unlimited pipes
- ACLs and routing policies with sequence numbers, remarks and "resequence" command
- "do" command in configuration mode
- "send" command to write all users (Unix write/wall functionality)
- "show configuration" context while in configuration mode
- "monitor interface" command
- "show run <context>" command
- Configuration file "diff" command

Table 1. Simplified operations through the FTOS CLI

## Specifications: FTOS CLI

### IEEE Compliance
- 802.1AB  Link Layer Discovery Protocol
- 802.1D   Bridging, STP
- 802.1p   L2 Prioritization
- 802.1Q   VLAN Tagging, Double VLAN Tagging, GVRP
- 802.1s   Multiple Spanning Tree Protocol
- 802.1w   Rapid Spanning Tree Protocol
- 802.1X   Network Access Control
- 802.3ad  Link Aggregation with LACP
- Cisco    Per-VLAN Spanning Tree+

### RFC and I-D Compliance

General Internet Protocols
- 768   UDP
- 793   TCP
- 854   Telnet
- 959   FTP
- 1035  DNS (client)
- 1321  MD5
- 1350  TFTP
- 1661  PPP
- 1989  PPP Link Quality Monitoring
- 1990  PPP Multilink Protocol
- 1994  PPP CHAP
- 2474  Differentiated Services
- 2615  PPP over SONET/SDH
- 2698  Two Rate Three Color Marker
- draft-ietf-bfd-base-03    BFD

General IPv4 Protocols
- 791   IPv4
- 792   ICMP
- 826   ARP
- 1027  Proxy ARP
- 1042  Ethernet Transmission
- 1191  Path MTU Discovery
- 1305  NTPv3
- 1519  CIDR
- 1542  BOOTP (relay)
- 1812  Routers
- 2131  DHCP (relay)
- 2338  VRRP
- 3021  31-bit Prefixes

General IPv6 Protocols
- 1981  Path MTU Discovery (partial)
- 2460  IPv6
- 2461  Neighbor Discovery (partial)
- 2462  Stateless Address Autoconfiguration (partial)
- 2463  ICMPv6
- 2464  Ethernet Transmission
- 2675  Jumbograms
- 3587  Global Unicast Address Format
- 4291  Addressing

RIP
- 1058  RIPv1
- 2453  RIPv2

OSPF
- 2154  MD5
- 1587  NSSA
- 2328  OSPFv2
- 2370  Opaque LSA
- 2740  OSPFv3
- 3623  Graceful Restart
- 4222  Prioritization and Congestion Avoidance

IS-IS
- 1142  IS-IS
- 1195  IPv4 Routing
- 2763  Dynamic Hostname
- 2966  Domain-wide Prefixes
- 3373  Three-way Handshake
- 3567  MD5
- 3784  Wide Metrics
- draft-ietf-isis-igp-p2p-over-lan-06  Point-to-point Operation
- draft-ietf-isis-ipv6-06              IPv6 Routing
- draft-kaplan-isis-ext-eth-02         Extended Frame Size

BGP
- 1997  Communities
- 2385  MD5
- 2439  Route Flap Damping
- 2545  Multiprotocol Extensions for IPv6
- 2796  Route Reflection
- 2842  Capabilities
- 2858  Multiprotocol Extensions
- 2918  Route Refresh
- 3065  Confederations
- 4360  Extended Communities
- 4893  4-byte ASN
- draft-ietf-idr-bgp4-20        BGPv4
- draft-ietf-idr-restart-06    Graceful Restart
- draft-michaelson-4byte-as-representation-05  4-byte ASN Representation (partial)

Multicast
- 1112  IGMPv1
- 2236  IGMPv2
- 2710  MLDv1
- 3376  IGMPv3
- 3569  SSM
- 3618  MSDP
- 3810  MLDv2
- 3973  PIM-DM
- 4541  IGMP Snooping
- draft-ietf-pim-sm-v2-new-05  PIM-SM

Network Management
- 1155  SMIv1
- 1156  Internet MIB
- 1157  SNMPv1
- 1212  Concise MIB Definitions
- 1215  SNMP Traps
- 1493  Bridges MIB
- 1724  RIPv2 MIB
- 1850  OSPFv2 MIB
- 1901  Community-based SNMPv2
- 2011  IP MIB
- 2012  TCP MIB
- 2013  UDP MIB
- 2024  DLSw MIB
- 2096  IP Forwarding Table MIB
- 2558  SONET/SDH MIB
- 2570  SNMPv3
- 2571  Mangement Frameworks
- 2572  Message Processing and Dispatching
- 2574  SNMPv3 USM
- 2575  SNMPv3 VACM
- 2576  Coexistence between SNMPv1/v2/v3
- 2578  SMIv2
- 2579  Textual Conventions for SMIv2
- 2580  Conformance Statements for SMIv2
- 2618  RADIUS Authentication MIB
- 2665  Ethernet-like Interfaces MIB
- 2674  Extended Bridge MIB
- 2787  VRRP MIB
- 2819  RMON MIB (groups 1, 2, 3, 9)
- 2863  Interfaces MIB
- 2865  RADIUS
- 3176  sFlow
- 3273  RMON High Capacity MIB
- 3416  SNMPv2
- 3418  SNMP MIB
- 3434  RMON High Capacity Alarm MIB
- 3580  802.1X with RADIUS
- 5060  PIM MIB
- ANSI/TIA-1057           LLDP MED MIB
- draft-grant-tacacs-02   TACACS+
- draft-ietf-idr-bgp4-mib-06  BGP MIBv1
- draft-ietf-isis-wg-mib-16   IS-IS MIB
- IEEE 802.1AB           LLDP MIB
- IEEE 802.1AB           LLDP DOT1 MIB
- IEEE 802.1AB           LLDP DOT3 MIB
- ruzin-mstp-mib-02      MSTP MIB (traps)
- FORCE10-BGP4-V2-MIB
- FORCE10-FIB-MIB
- FORCE10-CS-CHASSIS-MIB
- FORCE10-IF-EXTENSION-MIB
- FORCE10-LINKAGG-MIB
- FORCE10-CHASSIS-MIB
- FORCE10-COPY-CONFIG-MIB
- FORCE10-MON-MIB
- FORCE10-PRODUCTS-MIB
- FORCE10-SS-CHASSIS-MIB
- FORCE10-SMI
- FORCE10-SYSTEM-COMPONENT-MIB
- FORCE10-TC-MIB
- FORCE10-TRAP-ALARM-MIB

Management Features
Industry-standard CLI
XML configuration and command output
Telnet, SSHv1/v2
TFTP, FTP, scp
NTPv3
SNMPv1/v2/v3
Syslog
sFlow traffic accounting
RADIUS/TACACS+ authentication
RMON (groups 1, 2, 3, 9)
Port mirroring
HP OpenView support

Feature capabilities vary between the E-Series, C-Series and S-Series due to hardware differences. Consult the data sheets and product manuals for specific details on supported software features for each platform.



Force10 Networks, Inc.
350 Holger Way
San Jose, CA 95134 USA
www.force10networks.com

408-571-3500  PHONE
408-571-3550  FACSIMILE

© 2008 Force10 Networks, Inc. All rights reserved. Force10 Networks and E-Series are registered trademarks, and Force10, the Force10 logo, Reliable Business Networking, Force10 Reliable Networking, C-Series, P-Series, S-Series, EtherScale, TeraScale, FTOS, SFTOS, StarSupport and Hot Lock are trademarks of Force10 Networks, Inc. All other company names are trademarks of their respective holders. Information in this document is subject to change without notice. Certain features may not yet be generally available. Force10 Networks, Inc. assumes no responsibility for any errors that may appear in this document.

CLI01                                                                508  v1.7

ARISTANDCA00265425