# EXHIBIT 64E



# NetVanta 3305

**Multi-Slot Access Router Supporting up to Three T1s Worth of Bandwidth**

## Product Features

- Dual Interchangeable Network Interface Modules (NIMs)
- Dual auto-sensing 10/100Base-T interfaces for LAN segmentation
- Stateful inspection firewall for network security
- Quality of Service (QoS) for delay sensitive traffic like VoIP
- Command Line Interface (CLI) mimics industry *de facto* standard
- Optional DSX-1 interface supplies TDM voice transport
- Comprehensive PPP dial backup scheme prevents network downtime
- VLAN Trunking (802.1Q) for routing between VLANs
- Network Address Translation (NAT) for IP Addresses Concealing
- Optional VPN for secure corporate connectivity across the Internet
- Feature-rich ADTRAN Operating System (OS)
- Built-in DSU/CSU for circuit protection
- Industry-leading five-year North American warranty



The NetVanta® 3000 Series of modular access routers are designed for cost-effective Internet access, corporate Frame Relay, point-to-point connectivity, and Virtual Private Networking (VPN). The NetVanta 3000 Series currently consists of the NetVanta 3200, 3205, and 3305 with a variety of interchangeable Network Interface Modules (NIMs) and Dial Backup Modules (DIMs).

Residing in a 1U high, 19" rackmountable metal enclosure, the NetVanta 3305 is a single platform that offers dual network interface slots and dual 10/100Base-T Ethernet LAN ports for true LAN segmentation or DMZ applications. A single slot within any of the NetVanta 3000 Series will house a variety of NIMs and DIMs, which include a 56/64k, T1/FT1, T1/FT1 with DSX-1, Dual T1s, E1/FE1, E1/FE1 with G.703, ADSL, or a Serial interface. For dial backup an Analog Modem or an ISDN BRI DIM is available for preventing downtime by dialing around a failed circuit to any PPP compliant device.

The versatile hardware platform of the NetVanta 3305 is further complemented with the ADTRAN® Operating System (OS). The ADTRAN OS allows for the support of static and default routes, and allows for fast, accurate network convergence using routing protocols such as BGP, OSPF, and RIP. In addition, the ADTRAN OS terminates Frame Relay, PPP, PPPoE, and Multilink PPP WAN protocols.

The ADTRAN OS offers a standard Command Line Interface (CLI) that mimics the widely adopted, industry *de facto* standard. Using an already familiar CLI virtually eliminates training costs associated with learning a new operating system or costly industry certifications. The CLI also allows for configuration scripts to be used, saved, and downloaded for a quick and easy recovery mechanism. In addition, an intuitive web-based GUI provides step-by-step configuration wizards, management capability, and the ability to upload firmware updates.

For added security, the ADTRAN OS provides a powerful, high performance stateful inspection firewall. It will examine all incoming and outgoing packets against the security policies established by the IT manager. In addition, the firewall can identify and protect against common Denial of Service (DoS) attacks like TCP syn flooding, IP spoofing, ICMP redirect, ping-of-death, and IP reassembly problems.

Quality of Service (QoS) is also supported for delay sensitive traffic like VoIP or video. The NetVanta 3305 uses Low Latency Queuing, DiffServ marking and packet recognition, and allows for Frame Relay Fragmentation to avoid latency.

The ADTRAN OS includes built-in alert and logging mechanisms for notifying network administrators about suspicious activities going on in the network. For managing IP addresses, the ADTRAN OS supports PPPoE and can act as a DHCP server by assigning IP addresses, or as a client by receiving an IP address. In addition, the ADTRAN OS also offers Network Address Translation (NAT/NAPT) for IP address concealment and conservation.

With the ADTRAN OS Enhanced Feature Pack Upgrade, the NetVanta 3000 Series adds the support for IPSec compliant Virtual Private Networking (VPN). The NetVanta 3305 supports up to 500 simultaneous VPN tunnels, while supporting encryption algorithms like DES, 3DES, and AES. With this upgrade, the NetVanta 3305 is fully compatible with ADTRAN's IPSec VPN equipped NetVanta products: Ethernet switches, access routers, and VPN/Firewall appliances.

ADTRAN, the leader in WAN connectivity, offers reliable equipment that increases network performance, lowers cost, and positions networks for the future. The NetVanta 3000 Series is no exception. In addition, these products are backed by an industry-leading five-year North American warranty and world-class 24-hour technical support from ADTRAN.



# NetVanta® 3305

## Multi-Slot Access Router Supporting up to Three T1s worth of Bandwidth

**ADTRAN, Inc.**
Attn: Enterprise Networks
901 Explorer Boulevard
Huntsville, AL 35806

P.O. Box 140000
Huntsville, AL 35814-4000

256 963-8000 voice
256 963-6699 fax

**General Information**
800 9ADTRAN
info@adtran.com
www.adtran.com

**Pre-Sales Technical Support**
800 615-1176 toll-free
application.engineer@adtran.com
www.adtran.com/support

**Where to Buy**
877 280-8416 toll-free
channel.sales@adtran.com
www.adtran.com/where2buy

**Post-Sales Technical Support**
888 423-8726
support@adtran.com
www.adtran.com/support

**ACES Installation & Maintenance Service**
888 874-ACES
aces@adtran.com
www.adtran.com/support

**International Inquiries**
256 963 8000 voice
256 963-6300 fax
international@adtran.com
www.adtran.com/international

**For the regional office nearest you, visit:**
www.adtran.com/regional

### Physical Interface
- **Dual NIM:** 56/64k, T1/FT1, T1/FT1 with DSX-1, Dual T1s, E1/FE1, E1/FE1 with G.307, ADSL, and Serial
- **DIM:** Analog Modem and ISDN BRI (U and S/T)
- **Dual LAN:** Auto-sensing 10/100Base-T Full Duplex (RJ-45)
- Console Port

### Firewall
- Stateful Inspection Firewall
- Cyber Assault Protection
- Denial of Service (DoS) Protection
- NAT compatible SIP ALG

### Network Address Translation
- Basic NAT (1:1) and NAPT (Many:1)
- Application Level Gateways (ALGs)

### DHCP
- Client, Server, and Relay

### Diagnostics
**Front Panel Status LEDs**
- Power
- **Dual WAN:** link, transmit, receive
- **Dual LAN:** link, transmit, receive
- **Dual Dial Backup:** transmit and receive

### Processor and Memory
- 120 MHz, Motorola MPC 866
- **RAM:** 64 MB
- **FLASH:** 16 MB

### Management
- Familiar Command Line Interface (CLI)
- Web-based GUI
- RADIUS authentication
- SSH management
- Access control policies
- SNMP
- SYSLOG logging
- Email alerts (SMTP)
- Policy statistics

### Routing Protocol
- BGP, OSPF, RIP, and Static

### Routed Protocol
- IP and Bridging (other protocols)

### Frame Relay
- Point-to-point
- RFC 1490 Encapsulation (Multiprotocol Over Frame Relay)
- **LMI Types:** LMI, ANSI (Annex D), CCITT (Annex A) and Static

### IP Multicast
- IGMP v2

### PPP
- PAP and CHAP

### Disaster Recovery
- PPP

### WAN Protocol
- Frame Relay, PPP, PPPoE, and Multilink PPP

### Quality of Service (QoS)
- Low Latency and Weighted Fair Queuing (WFQ)
- DiffServ Packet Marking and Recognition
- Frame Relay Fragmentation

### Optional Virtual Private Network (VPN)
**IPSec Mode**
- Tunnel

**Encryption**
- DES, 3DES, and AES

**Diffie Hellman Group Support**
- Group 1: MODP 768
- Group 2: MODP 1024

**Hash Algorithms**
- MD5-HMAC
- SHA1-HMAC

**Authentication Mechanisms**
- XAUTH
- Digital certificates
- Preshared keys

**Key Management**
- IKE (ISAKMP/Oakley)

**IKE Modes**
- Main and Aggressive

**Dead Peer Detection**

**NAT Traversal V2**

### Environment
- **Operating Temperature:** 0° to 50 °C (32° to 122 °F)
- **Storage Temperature:** -20° to 70 °C (-4° to 158 °F)
- **Relative Humidity:** Up to 95%, non-condensing

### Physical
- **Chassis:** 1U rackmountable metal enclosure
- **Dimensions:** 1.25" H, 17.25" W, 7.75" D
- **Weight:** 7.5 lbs.
- **Power:** 100-250 VAC, 50/60 Hz

### Agency Approvals
- FCC Part 68
- Industry Canada CS03
- UL & Canadian UL (CUL), IEC/EN, CSA
- CE Mark

### Product Includes
- User Manual, Quick Start Guide, AC Power Cord

## Ordering Information

| Systems | |
|---|---|
| NetVanta 3305 Chassis | 1202880L1 |
| with T1/FT1 NIM | 4200882L1 |
| with T1/FT1+DSX-1 NIM | 4200883L1 |
| with ADSL NIM | 4200889L1 |
| **Systems with Enhanced Feature Pack** | |
| NetVanta 3305 Chassis | 1202880L2 |
| with T1/FT1 NIM | 4200882L2 |
| with T1/FT1+DSX-1 NIM | 4200883L2 |
| with ADSL NIM | 4200889L2 |
| NetVanta 3305 VPN Upgrade Kit | 4200368L1 |
| **Modules** | |
| NetVanta 56/64k NIM | 1200861L1 |
| NetVanta T1/FT1 NIM | 1202862L1 |
| NetVanta T1/FT1 NIM (NEBS III) | 1200862L2#NEBS |
| NetVanta T1/FT1+DSX-1 NIM | 1202863L1 |
| NetVanta Dual T1 NIM | 1200872L1 |
| NetVanta ADSL NIM | 1200869L1 |
| NetVanta Serial NIM | 1200866L1 |
| NetVanta Analog Modem DIM | 1200864L1 |
| NetVanta ISDN BRI DIM | 1200865L1 |


ADTRAN is an ISO 9001: 2000 certified supplier.


ADTRAN is a TL 9000 3.0 certified supplier.

61200880L1-8G November 2004
Copyright© 2004 ADTRAN, Inc.
All rights reserved.

Specifications subject to change without notice. ADTRAN and NetVanta are registered trademarks of ADTRAN, Inc. All registered trademarks and trademarks mentioned in this publication are the property of their respective owners.