# EXHIBIT 64F

**Sun Ethernet Fabric Operating System**

CLI Base Reference Manual



Part No.: E26513-02
August 2012

CHAPTER **1**

# CLI

This chapter describes the configuration SEFOS using the CLI. Use the CLI to configure SEFOS software from a console attached to the serial port of the switch or from a remote terminal using `ssh`.

- Section 1.1, "SEFOS Overview" on page 1-1
- Section 1.2, "CLI Command Modes" on page 1-3
  - Section 1.2.1, "User EXEC Mode" on page 1-3
  - Section 1.2.2, "Privileged EXEC Mode" on page 1-3
  - Section 1.2.3, "Global Configuration Mode" on page 1-3
  - Section 1.2.4, "Interface Configuration Mode" on page 1-3
  - Section 1.2.5, "Interface Range Mode" on page 1-4
  - Section 1.2.6, "Config-VLAN Mode" on page 1-4
  - Section 1.2.7, "Line Configuration Mode" on page 1-4
  - Section 1.2.8, "Profile Configuration Mode" on page 1-4
  - Section 1.2.9, "Protocol-Specific Modes" on page 1-4

## 1.1 SEFOS Overview

SEFOS is a layer 2 and layer 3 software solution that provides support for Ethernet switching and routing. It comprises the necessary switching, management, and system level features. SEFOS provides the basic bridging functionality and also offers features such as link aggregation, GVRP/GMRP, IGMP snooping, and network access control.

The native SEFOS CLI commands are the main tools for configuring the commonly used layer 2 and layer 3 protocols and switch interface features. In addition to its native CLI commands, SEFOS provides a subset of CLI commands that adhere to the

industry-standard CLI syntax. When an industry-standard command is available, the SEFOS native CLI command is shown first, with the industry-standard command shown after a slash (/).

In the following example, the `set port gvrp` command is the SEFOS native CLI command, and the `set port gvrp enable | disable` command is the industry-standard CLI command:

```
set port gvrp / set port gvrp enable | disable
```

Use the industry-standard CLI command whenever it is available.

The SEFOS CLI supports a simple login authentication mechanism. The authentication is based on a user name and password you provide during login. The root user is created by default with password `admin123`.

Refer to the user's guide and software configuration guide for details on how to start SEFOS. When SEFOS is started, you must enter the root user name and password at the login prompt to access the CLI shell:

```
              Sun Ethernet Fabric Operating System

SEFOS Login: root
Password: ********

SEFOS>
```

The User EXEC mode is now available. The following section provides a detailed description of the various modes available for SEFOS.

- The command prompt always displays the current mode.
- Abbreviated CLI commands are accepted. For example, `show ip global config` can be typed as `sh ip gl co`.
- CLI commands are not case-sensitive.
- CLI commands are successful only if the dependencies are satisfied for the command. The general dependency is that the module specific commands are available only when the respective module is enabled. Appropriate error messages are displayed if the dependencies are not satisfied.

---

**Note –** The type of Ethernet interface is determined during system startup. While configuring interface-specific parameters, the Ethernet type must be specified correctly. A FastEthernet interface cannot be configured as an extreme-ethernet interface and vice-versa.

---

## 1.2 CLI Command Modes

See the table in "CLI Command Modes" on page xxxiv for a quick reference of the command modes used in this document.

### 1.2.1 User EXEC Mode

When you log into the device, you are in User EXEC mode. In general, User EXEC commands temporarily change terminal settings, perform basic tests, and list system information.

### 1.2.2 Privileged EXEC Mode

Privileged access is protected with a case sensitive password. The prompt is the device name followed by the hash (#) sign.

### 1.2.3 Global Configuration Mode

Global Configuration commands apply to features that affect the system as a whole, rather than to any specific interface.

### 1.2.4 Interface Configuration Mode

#### 1.2.4.1 Physical Interface Mode

Performs interface-specific operations.

#### 1.2.4.2 Port Channel Interface Mode

Performs port-channel-specific operations.