# EXHIBIT 4

# APPENDIX C - Summary of Industry Usage of Command Modes and Prompts

| Cisco Command Mode | Stanford Ethertip/Gateway Modes | Adtran AOS Command Mode | Alcatel Command Mode | Allied Telesis Command Mode | Lucent Command Mode |
|---|---|---|---|---|---|
| User EXEC | User | Basic (command security level) | Normal Exec | User Exec | User |
| Privileged EXEC | Privileged | Enable (command security level) | Privileged Exec | Privileged Exec | Privileged |
| Global Configuration | N/A | Global (configuration mode) | Global Configuration | Global Configuration | Global |
| Interface Configuration | N/A | Interface (configuration mode) | Interface Configuration | Interface Configuration | Interface |
| **Cisco Command Prompt** | **Stanford Ethertip/Gateway Prompts** | **Adtran AOS Command Prompt** | **Alcatel Command Prompt** | **Allied Telesis Command Prompt** | **Lucent Command Prompt** |
| router><br>switch> | > | Router> | Console> | Console> | Cajun> |
| router#<br>switch# | # | Router# | Console# | Console# | Cajun# |
| router(config)#<br>switch(config)# | N/A | Router(config)# | Console(config)# | Console(config)# | Cajun (configure)# |
| router(config-if)#<br>router(config-if)# | N/A | Router(config-interface)# | Console(config-if)# | Console(config-if)# | Cajun (config-if:interface)# |

**APPENDIX C - Summary of Industry Usage of Command Modes and Prompts**

| Nortel NNCLI Command Mode | Avaya ERS 8600 Command Mode | Foundry Command Mode | Brocade Command Mode | Dell Command Mode | Force 10 Command Mode (2008+) |
|---|---|---|---|---|---|
| User EXEC | User EXEC | User EXEC | User EXEC | User EXEC | User Exec |
| Privileged EXEC | Privileged EXEC | Privileged EXEC | Privileged EXEC | Privileged EXEC | Privileged Exec |
| Global Configuration | Global Configuration | Global CONFIG | Global configuration | Global Configuration | Global Config |
| Interface Configuration | Interface Configuration | Interface CONFIG | Interface subtype configuration | Interface Configuration | Interface Config |
| **Nortel NNCLI Command Prompt** | **Avaya ERS 8600 Command Prompt** | **Foundry Command Prompt** | **Brocade Command Prompt** | **Dell Command Prompt** | **Force 10 Command Prompt** |
| Passport-8300:5> | ERS-8600:5> | BigIron> | device> | console> | hostname > |
| Passport-8300:5# | ERS-8600:5# | BigIron# | device# | console# | hostname # |
| Passport-8300:5(config)# | ERS-8600:5<config># | BigIron(config)# | device(config)# | console(config)# | hostname (Config)# |
| Passport-8300:5(config-if)# | ERS-8600<config-if># | BigIron(config-if-5/1)# | device(config-if-e1000-1/1/1)# | console(config-if)# | hostname (conf-if-vl-vlan-id)# |

**APPENDIX C - Summary of Industry Usage of Command Modes and Prompts**

| D-Link CLI Command Mode | Edge-Core CLI Command Mode | Ericsson (2006) CLI Command Mode | Ericsson (2009) CLI Command Mode | Redback CLI Command Mode | Extreme Networks CLI Command Mode |
|---|---|---|---|---|---|
| User EXEC | Normal EXEC | Normal EXEC | User EXEC | Exec (privilege level < 6) | User Exec (or USER EXEC) |
| Privileged EXEC | Privileged EXEC | Privileged EXEC | Privileged EXEC | Exec (privilege level 6+) | Privileged Exec (or PRIV EXEC) |
| Global Configuration | Global Configuration | Global Configuration | Global Configuration | Global Configuration | Global Configuration |
| Interface Configuration | Interface Configuration | Interface Configuration | Interface Configuration | Interface Configuration | Interface Configuration |
| **D-Link CLI Command Prompt** | **Edge-Core CLI Command Prompt** | **Ericsson (2006) CLI Command Prompt** | **Ericsson (2009) CLI Command Prompt** | **Redback CLI Command Prompt** | **Extreme Networks CLI Command Prompt** |
| Console> | Console> | Console> | esn212> | > | WMController> |
| Console# | Console# | Console# | esn212# | # | WMController# |
| Console(config)# | Console(config)# | Console(config)# | esn212(config)# | (config)# | WMController(config)# |
| Console(config-if)# | Console(config-if)# | Console(config-if)# | esn212(config-if)# | (config-if)# | WMController(config-if)# |

**APPENDIX C - Summary of Industry Usage of Command Modes and Prompts**

| HP ProCurve CLI Command Mode | Unisphere CLI Command Mode | Juniper JUNOSe CLI Command Mode | ISCLI Command Mode | NETGEAR ProSAFE Command Mode | NextHop Command Mode |
|---|---|---|---|---|---|
| User EXEC | User EXEC | User EXEC | User EXEC | User EXEC | User Execution |
| Privileged Exec | Privileged Exec | Privileged EXEC | Privileged Exec | Privileged Exec | Privileged Execution |
| CONFIG ("global CONFIG" level) | Global Configuration | Global Configuration | Global Configuration | Global Config | Global Configuration |
| CONFIG ("interface level") | Interface Configuration | Interface Configuration | Interface Port Configuration | Interface Config | Interface Configuration |
| **HP ProCurve CLI Command Prompt** | **Unisphere CLI Command Prompt** | **Juniper JUNOSe CLI Command Prompt** | **ISCLI Command Prompt** | **NETGEAR ProSAFE Command Prompt** | **NextHop Command Prompt** |
| HP9300> | ERX-0-1-90> | host1> | G8000> | Switch> | routerz> |
| HP9300# | ERX-0-1-90# | host1# | G8000# | Switch# | routerz# |
| HP9300(config)# | ERX-0-1-90(config)# | host1(config)# | G8000(config)# | Switch (Config)# | routerz(config)# |
| HP9300(config-if-5/1)# | ERX-0-1-90(config-if)# | host1(config-if)# | G8000(config-if)# | Switch (Interface <unit/slot/port>)# | routerz(config-if)# |

**APPENDIX C - Summary of Industry Usage of Command Modes and Prompts**

| Oracle/Sun Command Mode (2012) | Procket Command Mode |
|---|---|
| User EXEC | Operations command mode (Non-Privileged) |
| Privileged EXEC | Operations command mode (Privileged) |
| Global Configuration | Configuration command mode |
| Interface Configuration | Interface subcommand mode |

| Oracle/Sun Command Prompt (2012) | Procket Command Prompt |
|---|---|
| SEFOS> | Router> |
| SEFOS# | Router# |
| SEFOS(config)# | Router(config)# |
| SEFOS(config-if)# | Router(config-if)# |