# EXHIBIT 5

# APPENDIX D - First Command Word Hierarchy Usage by Vendors

| | # Vendors | ADTRAN | Alcatel/ALU | Allied Telesis | Avaya | Brocade | Dell | D-Link | Edge-Core | Ericsson | Extreme Networks | Foundry Networks | HP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aaa | 13 | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| address-family | 10 | | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED | SUPPORTED |
| aggregate-address | 10 | | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED | SUPPORTED |
| area | 16 | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| arp | 15 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| banner | 13 | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| bfd | 4 | | | | | | SUPPORTED | SUPPORTED | SUPPORTED | | | | |
| bgp | 8 | SUPPORTED | | | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED |
| boot | 15 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| channel-group | 10 | | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | |
| class-map | 9 | | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | |
| clear | 18 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| clock | 15 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| control-plane | 2 | | | | | | SUPPORTED | | | | | | |
| default-information | 12 | SUPPORTED | | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | |
| default-metric | 11 | | | | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED |
| distance | 13 | SUPPORTED | | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| domain-id | 3 | | | | | | | SUPPORTED | | | | SUPPORTED | |
| dot1x | 13 | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| enable | 18 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| erase | 11 | | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| errdisable | 6 | | SUPPORTED | | | SUPPORTED | | SUPPORTED | | | SUPPORTED | | |
| flowcontrol | 11 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED |
| interface | 18 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| ip | 18 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| ipv6 | 16 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED | SUPPORTED |
| is-type | 5 | | | | SUPPORTED | | SUPPORTED | | | | | SUPPORTED | |
| isis | 7 | | | | SUPPORTED | | SUPPORTED | | | | | SUPPORTED | SUPPORTED |
| lacp | 14 | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED |
| link | 5 | SUPPORTED | | | | | SUPPORTED | SUPPORTED | | | | | SUPPORTED |
| lldp | 13 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | | |
| load-interval | 4 | | | | | | | | | | | SUPPORTED | SUPPORTED |
| log-adjacency-changes | 4 | | | | | | SUPPORTED | | | | | SUPPORTED | |
| logging | 15 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED |
| mac | 13 | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| max-connections | 0 | | | | | | | | | | | | |
| maximum-paths | 11 | | | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED | SUPPORTED |
| neighbor | 14 | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| network | 17 | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| no | 17 | | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| ntp | 11 | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | | |
| passive-interface | 8 | | | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | | |
| policy-map | 9 | | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | |
| port-channel | 10 | SUPPORTED | | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | | |
| priority-flow-control | 4 | | | | | SUPPORTED | | SUPPORTED | SUPPORTED | | | | |
| private-vlan | 8 | | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | | |
| ptp | 1 | | | | | | | | | | | | |
| radius-server | 14 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| redundancy | 6 | | | | | | SUPPORTED | SUPPORTED | | | SUPPORTED | | SUPPORTED |
| route-map | 13 | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| router | 16 | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| router-id | 14 | | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| routing-context | 0 | | | | | | | | | | | | |
| service | 15 | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| set-overload-bit | 3 | | | | | | SUPPORTED | | | | | SUPPORTED | |
| show | 18 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| snmp | 11 | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED |
| snmp-server | 17 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| spf-interval | 4 | | | | | | | | SUPPORTED | | | SUPPORTED | |
| statistics | 3 | | | | SUPPORTED | | | | | | | | SUPPORTED |
| storm-control | 9 | SUPPORTED | | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | | |
| switchport | 12 | SUPPORTED | SUPPORTED | SUPPORTED | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | |
| tacacs-server | 14 | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED |
| terminal | 14 | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED |
| timers | 16 | SUPPORTED | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| username | 14 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| vlan | 16 | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| vrf | 7 | SUPPORTED | SUPPORTED | | SUPPORTED | SUPPORTED | | | | | | SUPPORTED | |
| vrrp | 8 | SUPPORTED | SUPPORTED | | | | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | | SUPPORTED |
| Total: | | 38 | 33 | 39 | 38 | 48 | 61 | 58 | 52 | 33 | 39 | 46 | 47 |

# APPENDIX D - First Command Word Hierarchy Usage by Vendors

| IBM | Juniper JUNOSe | NETGEAR | NextHop Techs. | Procket Networks | Sun/Oracle |
|---|---|---|---|---|---|
|  | SUPPORTED | SUPPORTED |  | SUPPORTED |  |
|  | SUPPORTED |  | SUPPORTED | SUPPORTED |  |
| SUPPORTED | SUPPORTED |  | SUPPORTED |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED | SUPPORTED |  |  | SUPPORTED |  |
|  | SUPPORTED |  |  |  |  |
|  | SUPPORTED |  | SUPPORTED |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED |  |  |  |
|  | SUPPORTED |  |  |  | SUPPORTED |
|  |  | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |  | SUPPORTED |  |
|  | SUPPORTED |  |  |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED |  | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |  |  | SUPPORTED |
|  | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED |  |  |  |  |
| SUPPORTED |  | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |  | SUPPORTED |  |
| SUPPORTED |  |  |  |  |  |
| SUPPORTED |  | SUPPORTED |  |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED |  | SUPPORTED |  |  |
|  | SUPPORTED |  | SUPPORTED |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED |  |  | SUPPORTED |
|  | SUPPORTED |  |  |  |  |
| SUPPORTED |  | SUPPORTED |  |  | SUPPORTED |
|  | SUPPORTED |  |  | SUPPORTED |  |
|  | SUPPORTED |  |  | SUPPORTED |  |
| SUPPORTED |  | SUPPORTED |  | SUPPORTED |  |
|  |  | SUPPORTED |  |  | SUPPORTED |
|  |  |  |  |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED |  | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED |  | SUPPORTED | SUPPORTED |  |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED |  |  | SUPPORTED |  |
|  |  | SUPPORTED | SUPPORTED |  |  |
|  |  | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED |  | SUPPORTED |  |  | SUPPORTED |
|  |  | SUPPORTED |  |  |  |
| SUPPORTED |  |  |  |  |  |
| SUPPORTED |  |  |  |  |  |
| SUPPORTED |  |  |  | SUPPORTED |  |
|  | SUPPORTED |  |  | SUPPORTED |  |
| SUPPORTED | SUPPORTED |  | SUPPORTED | SUPPORTED | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |  |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |  | SUPPORTED | SUPPORTED |
|  |  |  | SUPPORTED |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |
|  | SUPPORTED | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED |  | SUPPORTED | SUPPORTED |
|  | SUPPORTED |  | SUPPORTED |  |  |
|  | SUPPORTED |  |  |  |  |
| SUPPORTED |  | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED |  | SUPPORTED |  |  | SUPPORTED |
| SUPPORTED | SUPPORTED | SUPPORTED |  | SUPPORTED |  |
|  | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |  |
| SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED | SUPPORTED |  |
|  | SUPPORTED | SUPPORTED |  |  |  |
| SUPPORTED | SUPPORTED | SUPPORTED |  |  | SUPPORTED |
|  |  |  |  |  |  |
| 35 | 48 | 41 | 25 | 31 | 30 |