# EXHIBIT 7

**APPENDIX F - First Two Command Keywords, Ranked by Vendors Supporting**

| First Two Command Keywords | # Vendors Supported (not incl. Cisco or Arista) |
|---|---|
| show ip | 18 |
| clear ip | 17 |
| ip igmp | 17 |
| snmp-server community | 17 |
| ip ospf | 16 |
| ip rip | 16 |
| no snmp-server | 16 |
| show ipv6 | 16 |
| show vlan | 16 |
| snmp-server enable | 16 |
| clear ipv6 | 15 |
| ip address | 15 |
| ip route | 15 |
| router rip | 15 |
| show arp | 15 |
| show clock | 15 |
| show interfaces | 15 |
| show spanning-tree | 15 |
| show users | 15 |
| snmp-server contact | 15 |
| ip dhcp | 14 |
| ip pim | 14 |
| router ospf | 14 |
| snmp-server location | 14 |
| clear counters | 13 |
| ipv6 address | 13 |
| ipv6 nd | 13 |
| ipv6 route | 13 |
| show dot1x | 13 |
| show lacp | 13 |
| show lldp | 13 |
| show version | 13 |
| snmp-server group | 13 |
| snmp-server host | 13 |
| snmp-server view | 13 |
| tacacs-server host | 13 |
| tacacs-server key | 13 |
| aaa authentication | 12 |
| boot system | 12 |
| clock set | 12 |

**APPENDIX F - First Two Command Keywords, Ranked by Vendors Supporting**

| | |
|---|---|
| clock timezone | 12 |
| ip access-list | 12 |
| radius-server key | 12 |
| radius-server retransmit | 12 |
| radius-server timeout | 12 |
| show qos | 12 |
| show snmp | 12 |
| snmp-server user | 12 |
| spanning-tree link-type | 12 |
| tacacs-server timeout | 12 |
| aaa accounting | 11 |
| clear arp-cache | 11 |
| default-information originate | 11 |
| interface loopback | 11 |
| ip http | 11 |
| ipv6 access-list | 11 |
| ipv6 neighbor | 11 |
| ipv6 ospf | 11 |
| show hosts | 11 |
| show mac-address-table | 11 |
| show radius | 11 |
| show route-map | 11 |
| show tacacs | 11 |
| spanning-tree mode | 11 |
| switchport mode | 11 |
| terminal length | 11 |
| arp timeout | 10 |
| banner motd | 10 |
| interface vlan | 10 |
| ip access-group | 10 |
| ip icmp | 10 |
| ip name-server | 10 |
| ip prefix-list | 10 |
| ip proxy-arp | 10 |
| ipv6 router | 10 |
| logging host | 10 |
| mac access-group | 10 |
| ntp server | 10 |
| router bgp | 10 |
| show monitor | 10 |
| show ntp | 10 |
| snmp trap | 10 |
| spanning-tree guard | 10 |

**APPENDIX F - First Two Command Keywords, Ranked by Vendors Supporting**

| | |
|---|---|
| spanning-tree mst | 10 |
| aaa authorization | 9 |
| clear lldp | 9 |
| clear spanning-tree | 9 |
| dot1x port-control | 9 |
| ip community-list | 9 |
| ip domain-name | 9 |
| ip routing | 9 |
| ipv6 enable | 9 |
| ipv6 prefix-list | 9 |
| lacp system-priority | 9 |
| mac access-list | 9 |
| radius-server host | 9 |
| show aaa | 9 |
| show mac | 9 |
| show policy-map | 9 |
| show port-security | 9 |
| show storm-control | 9 |
| show vrrp | 9 |
| spanning-tree bpduguard | 9 |
| spanning-tree cost | 9 |
| spanning-tree portfast | 9 |
| dot1x system-auth-control | 8 |
| dot1x timeout | 8 |
| erase startup-config | 8 |
| ip as-path | 8 |
| ip helper-address | 8 |
| ip multicast | 8 |
| ip multicast-routing | 8 |
| ip radius | 8 |
| lldp transmit | 8 |
| mac-address-table aging-time | 8 |
| mac-address-table static | 8 |
| port-channel load-balance | 8 |
| show environment | 8 |
| spanning-tree port-priority | 8 |
| switchport trunk | 8 |
| banner login | 7 |
| bgp cluster-id | 7 |
| ip extcommunity-list | 7 |
| ip host | 7 |
| ip tacacs | 7 |
| ipv6 access-group | 7 |

**APPENDIX F - First Two Command Keywords, Ranked by Vendors Supporting**

| Command | Count |
|---|---|
| ipv6 dhcp | 7 |
| ipv6 host | 7 |
| ipv6 unicast-routing | 7 |
| lacp port-priority | 7 |
| lldp receive | 7 |
| ntp authentication-key | 7 |
| show isis | 7 |
| show redundancy | 7 |
| timers basic | 7 |
| bgp confederation | 6 |
| clear mac-address-table | 6 |
| distance bgp | 6 |
| errdisable recovery | 6 |
| interface ethernet | 6 |
| ntp authenticate | 6 |
| radius-server deadtime | 6 |
| show port-channel | 6 |
| show privilege | 6 |
| snmp-server engineID | 6 |
| spanning-tree bpdufilter | 6 |
| switchport access | 6 |
| switchport private-vlan | 6 |
| bgp client-to-client | 5 |
| bgp log-neighbor-changes | 5 |
| interface port-channel | 5 |
| ip local-proxy-arp | 5 |
| ip nat | 5 |
| lldp run | 5 |
| router isis | 5 |
| show dot1q-tunnel | 5 |
| show reload | 5 |
| timers bgp | 5 |