# EXHIBIT 9

# APPENDIX H.AD - Adtran Usage of Disputed CLI Commands

| Disputed Cisco Command | Adtran Command Syntax | Bates Number of Adtran Manual |
|---|---|---|
| area default-cost | area <area id> default-cost <value> | ARISTANDCA13172865 |
| area default-cost (OSPFv3) | area <area id> default-cost <value> | ARISTANDCA13172865 |
| area range | area <area id> range <ip address> <network mask> [advertise \| not-advertise] | ARISTANDCA13172865 |
| area range (OSPFv3) | area <area id> range <ip address> <network mask> [advertise \| not-advertise] | ARISTANDCA13172865 |
| area stub | area <area id> stub [no-summary] | ARISTANDCA13172865 |
| area stub (OSPFv3) | area <area id> stub [no-summary] | ARISTANDCA13172865 |
| banner login | banner [ exec \| login \| motd ] <character> <message> <character> | ARISTANDCA13172865 |
| banner motd | banner [ exec \| login \| motd ] <character> <message> <character> | ARISTANDCA13172865 |
| clear arp-cache | clear arp-cache | ARISTANDCA13172865 |
| clear counters | clear counters <interface> | ARISTANDCA13172865 |
| clock set | clock set <time> <day> <month> <year> | ARISTANDCA13172865 |
| default-information originate (OSPF) | default-information-originate [always] [metric value] [metric-type type] | ARISTANDCA13172865 |
| default-information originate (OSPFv3) | default-information-originate [always] [metric value] [metric-type type] | ARISTANDCA13172865 |
| default-metric (OSPF) | default-metric <value> | ARISTANDCA13172865 |
| default-metric (OSPFv3) | default-metric <value> | ARISTANDCA13172865 |
| interface ethernet | Router(config)# interface ethernet 0/1 | ARISTANDCA13172865 |
| interface loopback | interface loopback <label> | ARISTANDCA13172865 |
| ip access-group | ip access-group <listname> [in \| out] | ARISTANDCA13172865 |
| ip access-list standard | ip access-list standard <listname> | ARISTANDCA13172865 |
| ip domain lookup | ip domain-lookup | ARISTANDCA13172865 |
| ip helper-address | ip helper-address <address> | ARISTANDCA13172865 |
| ip host | ip host <name> <address1> | ARISTANDCA13172865 |
| ip name-server | ip name-server <server-address1> [server-address2....server-address6] | ARISTANDCA13172865 |
| ip ospf authentication | ip ospf authentication [message-digest \| null] | ARISTANDCA13172865 |
| ip ospf network | ip ospf network [broadcast \| point-to-point] | ARISTANDCA13172865 |
| ip proxy-arp | ip proxy-arp <address> | ARISTANDCA13172865 |
| ip routing | ip routing | ARISTANDCA13172865 |
| mac-address | mac-address <address> | ARISTANDCA13172865 |
| network area | network <ip address> <wildcard> area <area id> | ARISTANDCA13172865 |
| passive-interface | passive-interface <interface> | ARISTANDCA13172865 |
| passive-interface (OSPFv3) | passive-interface <interface> | ARISTANDCA13172865 |
| router ospf | router ospf | ARISTANDCA13172865 |
| router rip | router rip | ARISTANDCA13172865 |
| show arp | show arp | ARISTANDCA13172865 |
| show clock | show clock [detail] | ARISTANDCA13172865 |
| show hosts | show hosts | ARISTANDCA13172865 |
| show interfaces | show interfaces <interface> | ARISTANDCA13172865 |
| show ip access-lists | show ip access-lists <listname> | ARISTANDCA13172865 |
| show ip arp | show ip arp | ARISTANDCA13172865 |
| show ip ospf | show ip ospf | ARISTANDCA13172865 |
| show ip ospf border-routers | show ip ospf border-routers | ARISTANDCA13172865 |
| show ip ospf interface | show ip ospf interface <interface type> <interface number> | ARISTANDCA13172865 |
| show ip ospf neighbor | show ip ospf neighbor <interface type> <interface number> <neighbor id> [detail] | ARISTANDCA13172865 |
| show ip route | show ip route [ connected \| ospf \| rip \| static \| table] | ARISTANDCA13172865 |
| show snmp | show snmp | ARISTANDCA13172865 |
| show spanning-tree | show spanning-tree <bridgegroup#> | ARISTANDCA13172865 |
| show version | show version | ARISTANDCA13172865 |
| snmp-server chassis-id | snmp-server chassis-id <id string> | ARISTANDCA13172865 |
| snmp-server community | snmp-server community <community> [ ro \| rw ] <listname>] | ARISTANDCA13172865 |
| snmp-server contact | snmp-server contact <string> | ARISTANDCA13172865 |
| snmp-server enable traps | snmp-server enable traps <trap type> | ARISTANDCA13172865 |
| snmp-server location | snmp-server location <string> | ARISTANDCA13172865 |
| aaa accounting | aaa accounting [suppress null-username] | ARISTANDCA13173433 |
| aaa authentication login | aaa authentication login [<listname> \| default] [none \| line \| enable \| local \| group <groupname> \| group radius \| group tacacs+] | ARISTANDCA13173433 |
| aaa authorization config-commands | aaa authorization [config-command \| console] | ARISTANDCA13173433 |
| aaa authorization console | aaa authorization [config-command \| console] | ARISTANDCA13173433 |
| aaa group server radius | aaa group server [radius \| tacacs+] <listname> | ARISTANDCA13173433 |
| aaa group server tacacs+ | aaa group server [radius \| tacacs+] <listname> | ARISTANDCA13173433 |
| bgp log-neighbor-changes | bgp log-neighbor-changes | ARISTANDCA13173433 |
| clear ip bgp | clear ip bgp [* \| <as-number> \| <ip address>] [in \| out \| soft] | ARISTANDCA13173433 |
| clear ip igmp group | clear ip igmp group [<group-address> \| <interface>] | ARISTANDCA13173433 |
| clear lldp counters | clear lldp counters | ARISTANDCA13173433 |
| clear spanning-tree counters | clear spanning-tree counters [interface <interface id>] | ARISTANDCA13173433 |
| clock timezone | clock timezone <text> | ARISTANDCA13173433 |
| distance bgp | distance bgp <external> <internal> <local> | ARISTANDCA13173433 |
| interface vlan | (config)#interface vlan 1 | ARISTANDCA13173433 |
| ip address | ip-address <address> | ARISTANDCA13173433 |
| ip load-sharing | ip load-sharing [per-destination \| per-packet] | ARISTANDCA13173433 |
| ip multicast-routing | ip multicast-routing | ARISTANDCA13173433 |
| ip ospf dead-interval | (config-demand 1)#ip ospf dead-interval 25000 | ARISTANDCA13173433 |

# APPENDIX H.AD - Adtran Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip pim sparse-mode | ip pim sparse-mode | ARISTANDCA13173433 |
| ip radius source-interface | ip radius source-interface <interface> | ARISTANDCA13173433 |
| lldp receive | lldp receive | ARISTANDCA13173433 |
| maximum-paths | maximum paths <number> | ARISTANDCA13173433 |
| maximum-paths (OSPFv3) | maximum paths <number> | ARISTANDCA13173433 |
| radius-server deadtime | radius-server deadtime <minutes> | ARISTANDCA13173433 |
| radius-server key | radius-server key <key> | ARISTANDCA13173433 |
| radius-server timeout | radius-server timeout <seconds> | ARISTANDCA13173433 |
| route-map | route-map <map-name> [ permit | deny ]  | ARISTANDCA13173433 |
| router bgp | router bgp | ARISTANDCA13173433 |
| show ip bgp | show ip bgp [regexp <expression> | summary] | ARISTANDCA13173433 |
| show ip bgp community | show ip bgp community [<community number> . . . <community number> | internet | no export| local-as | no-advertise] [exact] | ARISTANDCA13173433 |
| show ip bgp neighbors | show ip bgp neighbors <ip address> | ARISTANDCA13173433 |
| show ip bgp regexp | Router#show ip bgp regexp _303_ | ARISTANDCA13173433 |
| show ip community-list | show ip community-list [<community-list-name>] | ARISTANDCA13173433 |
| show ip igmp groups | show ip igmp groups <group-address> | ARISTANDCA13173433 |
| show ip igmp interface | show ip igmp interface <interface> | ARISTANDCA13173433 |
| show ip mroute | show ip mroute [<group-address> | <interface>] [summary | all] | ARISTANDCA13173433 |
| show ip prefix-list | show ip prefix-list [detail | summary] <listname> | ARISTANDCA13173433 |
| show lldp | show lldp | ARISTANDCA13173433 |
| show lldp neighbors | show lldp neighbors [interface <interface> l <interface type> | detail | realtime] | ARISTANDCA13173433 |
| show route-map | show route-map [<name>] | ARISTANDCA13173433 |
| show users | show users [realtime] | ARISTANDCA13173433 |
| snmp-server source-interface | snmp-server source-interface <interface> | ARISTANDCA13173433 |
| snmp-server view | snmp-server view <viewname> <oidtree> [excluded | included] | ARISTANDCA13173433 |
| spanning-tree bpdufilter | spanning-tree bpdufilter [enable | disable] | ARISTANDCA13173433 |
| spanning-tree bpduguard | spanning-tree bpduguard [enable | disable] | ARISTANDCA13173433 |
| spanning-tree link-type | spanning-tree link-type [auto | point-to-point | shared] | ARISTANDCA13173433 |
| spanning-tree mode | spanning-tree mode [rstp | stp] | ARISTANDCA13173433 |
| spanning-tree port-priority | spanning-tree port-priority <priority level> | ARISTANDCA13173433 |
| tacacs-server host | tacacs-server host <hostname or IP address> | ARISTANDCA13173433 |
| tacacs-server key | tacacs-server key <key> | ARISTANDCA13173433 |
| tacacs-server timeout | tacacs-server timeout <seconds> | ARISTANDCA13173433 |
| terminal length | terminal length <text> | ARISTANDCA13173433 |
| address-family | address-family ipv4<br>address-family ipv6 | ARISTANDCA13178601 |
| boot system | boot system cflash <primary filename> | ARISTANDCA13178601 |
| clear ipv6 neighbors | clear ipv6 neighbors <interface> | ARISTANDCA13178601 |
| clear mac-address-table dynamic | clear mac address-table dynamic | ARISTANDCA13178601 |
| interface port-channel | interface port-channel <interface id> | ARISTANDCA13178601 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval <milliseconds> | ARISTANDCA13178601 |
| ip igmp snooping | ip igmp snooping | ARISTANDCA13178601 |
| ip igmp snooping vlan | ip igmp snooping vlan <vlan id> | ARISTANDCA13178601 |
| ip nat pool | ip nat pool <name> | ARISTANDCA13178601 |
| ip ospf authentication-key | ip ospf authentication-key <password> | ARISTANDCA13178601 |
| ip ospf cost | ip ospf cost <value> | ARISTANDCA13178601 |
| ip ospf hello-interval | ip ospf hello-interval <seconds> | ARISTANDCA13178601 |
| ip ospf priority | ip ospf priority <value> | ARISTANDCA13178601 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <seconds> | ARISTANDCA13178601 |
| ip ospf shutdown | ip ospf <process id> shutdown | ARISTANDCA13178601 |
| ip ospf transmit-delay | ip ospf transmit-delay <seconds> | ARISTANDCA13178601 |
| ip route | ip route <ip address> <subnet mask> <interface> | ARISTANDCA13178601 |
| ipv6 access-list | ipv6 access-list extended <ipv6 acl name><br>ALSO<br>ipv6 access-list standard <ipv6 acl name> | ARISTANDCA13178601 |
| ipv6 address | ipv6 address <ipv6 address/prefix-length> | ARISTANDCA13178601 |
| ipv6 dhcp relay destination | ipv6 dhcp relay destination <ipv6 address> | ARISTANDCA13178601 |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | ARISTANDCA13178601 |
| ipv6 nd ns-interval | ipv6 nd ns-interval <value> | ARISTANDCA13178601 |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | ARISTANDCA13178601 |
| ipv6 nd prefix | ipv6 nd prefix [named-prefix <prefix name>] [<ipv6 prefix/prefix-length> | default] | ARISTANDCA13178601 |
| ipv6 nd ra interval | ipv6 nd ra interval <max time> | ARISTANDCA13178601 |
| ipv6 nd ra lifetime | ipv6 nd ra lifetime <value> | ARISTANDCA13178601 |
| ipv6 nd ra suppress | ipv6 nd ra suppress | ARISTANDCA13178601 |
| ipv6 nd router-preference | ipv6 nd router-preference high<br>ipv6 nd router-preference low<br>ipv6 nd router-preference medium | ARISTANDCA13178601 |
| ipv6 prefix-list | ipv6 prefix-list <name> seq <number> | ARISTANDCA13178601 |
| ipv6 route | ipv6 route [vrf <name>] <ipv6 prefix/prefix length> <ipv6 address> | ARISTANDCA13178601 |
| mac-address-table aging-time | mac address-table aging-time <value> | ARISTANDCA13178601 |
| mac-address-table static | mac address-table static <mac address> | ARISTANDCA13178601 |
| port-channel load-balance | port-channel load-balance dst-mac<br>port-channel load-balance src-mac | ARISTANDCA13178601 |
| show interfaces description | show interfaces description | ARISTANDCA13178601 |

# APPENDIX H.AD - Adtran Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show interfaces status | show interfaces status | ARISTANDCA13178601 |
| show interfaces switchport | show interfaces switchport <slot/port> | ARISTANDCA13178601 |
| show ip bgp summary | show ip bgp summary | ARISTANDCA13178601 |
| show ip igmp snooping | show ip igmp snooping | ARISTANDCA13178601 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter | ARISTANDCA13178601 |
| show ip ospf database database-summary | show ip ospf database database-summary | ARISTANDCA13178601 |
| show ip route summary | show ip route summary | ARISTANDCA13178601 |
| show ipv6 access-list | show ipv6 access-list | ARISTANDCA13178601 |
| show ipv6 neighbors | show ipv6 neighbors | ARISTANDCA13178601 |
| show ipv6 prefix-list | show ipv6 prefix-list <name> | ARISTANDCA13178601 |
| show ipv6 route | show ipv6 route | ARISTANDCA13178601 |
| show ipv6 route summary | show ipv6 route summary | ARISTANDCA13178601 |
| show mac-address-table | show mac address-table | ARISTANDCA13178601 |
| show mac-address-table aging time | show mac address-table aging-time | ARISTANDCA13178601 |
| show mac-address-table count | show mac address-table count | ARISTANDCA13178601 |
| show monitor session | show monitor session <number> | ARISTANDCA13178601 |
| show ntp associations | show ntp associations | ARISTANDCA13178601 |
| show ntp status | show ntp status | ARISTANDCA13178601 |
| show port-security | show port-security | ARISTANDCA13178601 |
| show port-security address | show port-security address | ARISTANDCA13178601 |
| show port-security interface | show port-security interface <interface> | ARISTANDCA13178601 |
| show privilege | show privilege | ARISTANDCA13178601 |
| show qos maps | show qos map | ARISTANDCA13178601 |
| show snmp engineID | show snmp engineID | ARISTANDCA13178601 |
| show snmp group | show snmp group | ARISTANDCA13178601 |
| show snmp user | show snmp user | ARISTANDCA13178601 |
| show spanning-tree blockedports | show spanning-tree blockedports | ARISTANDCA13178601 |
| show spanning-tree interface | show spanning-tree interface <interface> | ARISTANDCA13178601 |
| show spanning-tree root | show spanning-tree root | ARISTANDCA13178601 |
| show track | show track | ARISTANDCA13178601 |
| show vlan | show vlan | ARISTANDCA13178601 |
| show vrf | show vrf | ARISTANDCA13178601 |
| show vrrp | show vrrp | ARISTANDCA13178601 |
| snmp-server engineID local | snmp-server engineID local <hex string> | ARISTANDCA13178601 |
| snmp-server engineID remote | snmp-server engineID remote <ip address> <hex string> | ARISTANDCA13178601 |
| snmp-server group | snmp-server group <groupname> v1 | ARISTANDCA13178601 |
| snmp-server user | snmp-server user <username> <groupname> v1 | ARISTANDCA13178601 |
| switchport port-security | switchport port-security | ARISTANDCA13178601 |
| switchport port-security maximum | switchport port-security maximum <value> | ARISTANDCA13178601 |
| vrf forwarding | vrf forwarding <name> | ARISTANDCA13178601 |