# EXHIBIT 10

# APPENDIX H.ALU - Alcatel / ALU Usage of Disputed CLI Commands

| Disputed Cisco Command | Alcatel/ALU Command Syntax | Bates Number of Alcatel/ALU Manual |
|---|---|---|
| aaa authentication login | aaa authentication login {default \| list-name} method1 [method2…] | ARISTANDCA13187525 |
| arp timeout | arp timeout seconds | ARISTANDCA13187525 |
| boot system | boot system [unit unit] {image-1 \| image-2} | ARISTANDCA13187525 |
| channel-group | channel-group port-channel-number mode {on \| auto} | ARISTANDCA13187525 |
| clear arp-cache | clear arp-cache | ARISTANDCA13187525 |
| clear counters | clear counters [ethernet interface \| port-channel port-channel-number] | ARISTANDCA13187525 |
| clock set | clock set hh:mm:ss day month year | ARISTANDCA13187525 |
| clock timezone | clock timezone hours-offset [minutes minutes-offset] [zone acronym] | ARISTANDCA13187525 |
| dot1x port-control | dot1x port-control {auto \| force-authorized \| force-unauthorized} | ARISTANDCA13187525 |
| dot1x reauthentication | dot1x re-authentication | ARISTANDCA13187525 |
| dot1x system-auth-control | dot1x system-auth-control | ARISTANDCA13187525 |
| dot1x timeout quiet-period | dot1x timeout quiet-period seconds | ARISTANDCA13187525 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod seconds | ARISTANDCA13187525 |
| dot1x timeout tx-period | dot1x timeout tx-period seconds | ARISTANDCA13187525 |
| errdisable recovery cause | errdisable recovery cause {lbd} | ARISTANDCA13187525 |
| errdisable recovery interval | errdisable recovery interval seconds | ARISTANDCA13187525 |
| interface ethernet | interface ethernet interface | ARISTANDCA13187525 |
| interface port-channel | interface port-channel port-channel-number | ARISTANDCA13187525 |
| interface vlan | interface vlan vlan-id | ARISTANDCA13187525 |
| ip access-group | ip access-group <accesslistnumber> in [sequence<seqno>] | ARISTANDCA13188297 |
| ip access-list | ip-access-list name | ARISTANDCA13187525 |
| ip address | ip address ip-address {mask \| prefix-length} | ARISTANDCA13187525 |
| ip dhcp snooping | ip dhcp snooping | ARISTANDCA13187525 |
| ip dhcp snooping vlan | ip dhcp snooping vlan vlan-id | ARISTANDCA13187525 |
| ip domain lookup | ip domain-lookup | ARISTANDCA13187525 |
| ip domain-name | ip domain-name name | ARISTANDCA13187525 |
| ip host | ip host name address | ARISTANDCA13187525 |
| ip igmp snooping | ip igmp snooping | ARISTANDCA13187525 |
| ip name-server | ip name-server server-address [server-address2 … server-address8] | ARISTANDCA13187525 |
| ipv6 dhcp relay destination | ipv6 dhcp relay if_name destination ip6_address scope_if_name<br>no ipv6 dhcp relay if_name destination ip6_address scope_if_name | ARISTANDCA13202891 |
| lacp port-priority | lacp port-priority value | ARISTANDCA13187525 |
| lacp system-priority | lacp system-priority value | ARISTANDCA13187525 |
| mac access-group | mac access-group <name> in [sequence <seqno>] | ARISTANDCA13188297 |
| mac access-list | mac access-list name | ARISTANDCA13187525 |
| mac-address-table aging-time | mac-address-table aging-time seconds | ARISTANDCA13206391 |
| ntp authenticate | sntp authenticate | ARISTANDCA13187525 |
| ntp server | sntp server {ip-address \| hostname} [poll] [key keyid] | ARISTANDCA13187525 |
| radius-server deadtime | radius-server deadtime deadtime | ARISTANDCA13187525 |
| radius-server host | radius-server host {ip-address \| hostname} [auth-port auth-port-number] [timeout timeout] [retransmit retries] [deadtime deadtime] [key key-string] [source source] [priority priority] [usage type] | ARISTANDCA13187525 |
| radius-server key | radius-server key [key-string] | ARISTANDCA13187525 |
| radius-server retransmit | radius-server retransmit retries | ARISTANDCA13187525 |
| radius-server timeout | radius-server timeout timeout | ARISTANDCA13187525 |
| show arp | show arp [ip-address ip-address] [mac-address mac-address] [ethernet interface \| port-channel port-channel-number] | ARISTANDCA13187525 |
| show clock | show clock [detail] | ARISTANDCA13187525 |
| show dot1x | show dot1x [ethernet interface] | ARISTANDCA13187525 |
| show dot1x statistics | show dot1x statistics ethernet interface | ARISTANDCA13187525 |
| show hosts | show hosts [name] | ARISTANDCA13187525 |
| show ip interface brief | show ip interface brief | ARISTANDCA13188297 |
| show interfaces description | show interfaces description [ethernet interface \| port-channel port-channel-number] | ARISTANDCA13187525 |
| show interfaces switchport | show interfaces switchport {ethernet interface \| port-channel port-channel-number} | ARISTANDCA13187525 |
| show ip dhcp snooping | show ip dhcp snooping [ethernet interface \| port-channel port-channel-number] | ARISTANDCA13187525 |
| show ip igmp snooping groups | show ip igmp snooping groups [vlan vlan-id] [address ip-multicast-address] [source ip-address] | ARISTANDCA13187525 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [interface vlan-id] | ARISTANDCA13187525 |
| show ip interface | show ip interface [ethernet interface-number \| vlan vlan-id \| port-channel port-channel number] | ARISTANDCA13187525 |
| show ipv6 access-list | show ip access-list [access-list-name] | ARISTANDCA13206391 |
| show lldp neighbors | show lldp neighbors [ethernet interface] | ARISTANDCA13187525 |
| show mac access-lists | show mac access-lists [<name>] | ARISTANDCA13188297 |
| show monitor session | show monitor session <session-id> | ARISTANDCA13188297 |
| show privilege | show privilege | ARISTANDCA13187525 |
| show qos maps | show qos map [dscp-queue \| dscp-dp \| tcp-port-queue \| udp-port-queue \| policed-dscp \| dscp-mutation \| service-type-cos \| service-type-dscp] | ARISTANDCA13187525 |
| show radius | show radius-servers | ARISTANDCA13187525 |
| show snmp engineID | show snmp engineID | ARISTANDCA13187525 |
| show spanning-tree | show spanning-tree [ethernet interface-number \| port-channel port-channel-number] [instance instance-id] | ARISTANDCA13187525 |
| show spanning-tree blockedports | show spanning-tree [detail] [active \| blockedports] [instance instance-id] | ARISTANDCA13187525 |

# APPENDIX H.ALU - Alcatel / ALU Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show spanning-tree interface | show spanning-tree interface <port> | ARISTANDCA13188297 |
| show spanning-tree mst configuration | show spanning-tree mst-configuration | ARISTANDCA13187525 |
| show storm-control | show ports storm-control [interface] | ARISTANDCA13187525 |
| show tacacs | show tacacs [ip-address] | ARISTANDCA13187525 |
| show users | show users | ARISTANDCA13187525 |
| show version | show version [unit unit] | ARISTANDCA13187525 |
| show vlan | show vlan [id vlan-id | name vlan-name] | ARISTANDCA13187525 |
| show vlan internal usage | show vlan internal usage | ARISTANDCA13187525 |
| snmp-server community | snmp-server community community [ro | rw | su] [ipv4 address] [mask | prefix-length] [view view-name] | ARISTANDCA13187525 |
| snmp-server contact | snmp-server contact text | ARISTANDCA13187525 |
| snmp-server enable traps | snmp-server enable traps | ARISTANDCA13187525 |
| snmp-server engineID local | snmp-server engineID local {engineid-string | default} | ARISTANDCA13187525 |
| snmp-server group | snmp-server group groupname {v1 | v2 | v3 {noauth | auth | priv} [notify notifyview ]} [read readview] [write writeview] | ARISTANDCA13187525 |
| snmp-server host | snmp-server host {ip-address | hostname} community-string [traps | informs] [1 | 2] [udp-port port ] [filter filtername] [timeout seconds] [retries retries] | ARISTANDCA13187525 |
| snmp-server location | snmp-server location text | ARISTANDCA13187525 |
| snmp-server user | snmp-server user username groupname [remote engineid string] [auth-md5 password | auth-sha password | auth-md5-key md5-des-keys | auth-sha-key sha-des-keys] | ARISTANDCA13187525 |
| snmp-server view | snmp-server view view-name oid-tree {included | excluded} | ARISTANDCA13187525 |
| spanning-tree bpduguard | spanning-tree bpduguard | ARISTANDCA13187525 |
| spanning-tree cost | spanning-tree cost cost | ARISTANDCA13187525 |
| spanning-tree link-type | spanning-tree link-type {point-to-point | shared} | ARISTANDCA13187525 |
| spanning-tree mode | spanning-tree mode {stp | rstp | mstp} | ARISTANDCA13187525 |
| spanning-tree mst configuration | spanning-tree mst configuration | ARISTANDCA13187525 |
| spanning-tree port-priority | spanning-tree port-priority priority | ARISTANDCA13187525 |
| storm-control | show ports storm-control [interface] | ARISTANDCA13187525 |
| switchport access vlan | switchport access vlan {vlan-id | dynamic} | ARISTANDCA13187525 |
| switchport mode | switchport mode {access | trunk | general} | ARISTANDCA13187525 |
| switchport trunk allowed vlan | switchport trunk allowed vlan {add vlan-list | remove vlan-list} | ARISTANDCA13187525 |
| switchport trunk native vlan | switchport trunk native vlan vlan-id | ARISTANDCA13187525 |
| tacacs-server host | tacacs-server host {ip-address | hostname} [single-connection] [port port-number] [timeout timeout] [key key-string] [source source] [priority priority] | ARISTANDCA13187525 |
| tacacs-server key | tacacs-server key key-string | ARISTANDCA13187525 |
| tacacs-server timeout | tacacs-server timeout timeout | ARISTANDCA13187525 |
| aaa accounting | aaa accounting command server1 [server2...] [local] | ARISTANDCA13189829 |
| clear ipv6 neighbors | clear ipv6 neighbors | ARISTANDCA13189829 |
| ipv6 access-list | ipv6 access-list access-list-name | ARISTANDCA13189829 |
| ipv6 address | ipv6 address ipv6_address/prefix_length [anycast] {if_name | loopback} | ARISTANDCA13189829 |
| ipv6 host | ipv6 host name ipv6_address | ARISTANDCA13189829 |
| ipv6 neighbor | ipv6 neighbor ipv6_address hardware_address {if_name} slot/port | ARISTANDCA13189829 |
| ipv6 ospf area | ipv6 ospf area area_id [type {normal | stub [default-metric metric]}] | ARISTANDCA13189829 |
| ipv6 route | ipv6 route ipv6_prefix/prefix_length ipv6_address [if_name] | ARISTANDCA13189829 |
| show interfaces | show interfaces [slot | slot/port[-port2]] | ARISTANDCA13189829 |
| show interfaces flowcontrol | show interfaces [slot | slot/port[-port2]] flow [control] | ARISTANDCA13189829 |
| show interfaces status | show interfaces [slot | slot/port[-port2]] status | ARISTANDCA13189829 |
| show interfaces transceiver | show interfaces [slot | slot/port[-port2]] transceiver [ddm | w-low | w-high | a-low | a-high | actual] | ARISTANDCA13189829 |
| show ip access-lists | show ip access-list [access-list-name] | ARISTANDCA13189829 |
| show ip bgp | show ip bgp | ARISTANDCA13189829 |
| show ip bgp neighbors | show ip bgp neighbors [ip_address] | ARISTANDCA13189829 |
| show ip mroute | show ip mroute | ARISTANDCA13189829 |
| show ip ospf | show ip ospf | ARISTANDCA13189829 |
| show ip ospf border-routers | show ip ospf border-routers [area_id] [router_id] [tos] [gateway] | ARISTANDCA13189829 |
| show ip ospf interface | show ip ospf interface [interface_name] | ARISTANDCA13189829 |
| show ip ospf neighbor | show ip ospf neighbor [ip_address] | ARISTANDCA13189829 |
| show ip pim interface | show ip pim interface [if_name] | ARISTANDCA13189829 |
| show ip pim neighbor | show ip pim neighbor [ip_address] | ARISTANDCA13189829 |
| show ip route | show ip route [summary] | ARISTANDCA13189829 |
| show ip route summary | show ip route [summary] | ARISTANDCA13189829 |
| show ipv6 bgp neighbors | show ipv6 bgp neighbors [ipv6_address] | ARISTANDCA13189829 |
| show ipv6 interface | show ipv6 interface [if_name | loopback] | ARISTANDCA13189829 |
| show ipv6 neighbors | show ipv6 neighbors [ipv6_prefix/prefix_length | if_name | hw hardware_address | static] | ARISTANDCA13189829 |
| show ipv6 ospf | show ipv6 ospf | ARISTANDCA13189829 |
| show ipv6 ospf border-routers | show ipv6 ospf border-routers [area area_id] [router router_id] | ARISTANDCA13189829 |
| show ipv6 ospf interface | show ipv6 ospf interface [interface_name] | ARISTANDCA13189829 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor [router ipv4_address][interface interface_name] | ARISTANDCA13189829 |
| show mac-address-table | show mac-address-table [permanent | learned | quarantined] [mac_address] [slot slot | slot/port] [linkagg link_agg] [vid | vid1-vid2] | ARISTANDCA13189829 |
| show mac-address-table aging time | show mac-address-table aging-time | ARISTANDCA13189829 |
| show mac-address-table count | show mac-address-table count [mac_address] [slot slot | slot/port] [linkagg link_agg] [vid | vid1-vid2] | ARISTANDCA13189829 |
| show module | show module [number] | ARISTANDCA13189829 |

# APPENDIX H.ALU - Alcatel / ALU Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ntp status | show ntp status | ARISTANDCA13189829 |
| show port-security | show port-security [slot/port1-port2 \| slot/port] | ARISTANDCA13189829 |
| show reload | show reload [status] | ARISTANDCA13189829 |
| show vrf | show vrf | ARISTANDCA13189829 |
| show vrrp | show vrrp [vrid] | ARISTANDCA13189829 |
| vrrp preempt | vrrp vrid vlan_id [enable \| disable \| on \| off] [priority priority] [preempt \| no preempt] [[advertising] interval seconds] | ARISTANDCA13189829 |
| vrrp priority | vrrp vrid vlan_id [enable \| disable \| on \| off] [priority priority] [preempt \| no preempt] [[advertising] interval seconds] | ARISTANDCA13189829 |
| vrrp track | vrrp track track_id [enable \| disable] [priority value] [ipv4-interface name \| ipv6-interface name \| port slot/port \| address address] | ARISTANDCA13189829 |