# EXHIBIT 12

# APPENDIX H.AV - Avaya Usage of Disputed CLI Commands

| Disputed Cisco Command | Avaya Command Syntax | Bates Number of Avaya Manual |
|---|---|---|
| area default-cost | area virtual-link <area-id> <nghbr-router-id> {[authentication-key <WORD>] [authenticationtype {none\| simple\|message-digest}] [primary-md5-key <1-255>] [dead-interval <1-2147483647>] [hello-interval <1-65535>] [retransmit-interval <1-3600>] [transit-delay <1-3600>] | ARISTANDCA_AVAYA00084952 |
| area default-cost (OSPFv3) | area virtual-link <area-id> <nghbr-router-id> {[authentication-key <WORD>] [authenticationtype {none\| simple\|message-digest}] [primary-md5-key <1-255>] [dead-interval <1-2147483647>] [hello-interval <1-65535>] [retransmit-interval <1-3600>] [transit-delay <1-3600>] | ARISTANDCA_AVAYA00084952 |
| area range | area range <A.B.C.D> <A.B.C.D/0-32> <summary-link\|nssa-extlink> | ARISTANDCA_AVAYA00022577 |
| area range (OSPFv3) | area range <A.B.C.D> <A.B.C.D/0-32> <summary-link\|nssa-extlink> (OSPF only) | ARISTANDCA_AVAYA00022577 |
| art timeout | arp {<A.B.C.D> <H.H.H> <WORD> id <1-4094> \| timeout <5-360>} | ARISTANDCA_AVAYA00084952 |
| clear arp-cache | clear arp-cache | ARISTANDCA_AVAYA00084952 |
| clear ip msdp sa-cache | clear ip msdp sa-cache [group <A.B.C.D>] [peer <A.B.C.D>] [rp <A.B.C.D>] [source <A.B.C.D>] | ARISTANDCA_AVAYA00022577 |
| clock timezone | clock time-zone <WORD> <-12 - 13> <0-59> | ARISTANDCA_AVAYA00084952 |
| clock set | clock set <MMddyyyyhhmmss> | ARISTANDCA_AVAYA00022577 |
| default-information originate (OSPF) | default-information originate | ARISTANDCA_AVAYA00022577 |
| default-information originate (OSPFv3) | default-information originate (OSPF only) | ARISTANDCA_AVAYA00022577 |
| default-metric (OSPF) | default-metric <-1-2147483647> (BGP and RIP only) | ARISTANDCA_AVAYA00022577 |
| default-metric (OSPFv3) | default-metric <-1-2147483647> (BGP and RIP only) | ARISTANDCA_AVAYA00022577 |
| interface vlan | interface vlan <vid> | ARISTANDCA_AVAYA00026225 |
| ip address | ip address <A.B.C.D> <A.B.C.D> [<0-65535>] | ARISTANDCA_AVAYA00022577 |
| ip dhcp snooping | ip dhcp snooping [port<portlist>]<trusted\|untrusted> | ARISTANDCA_AVAYA00022577 |
| ip dhcp snooping vlan | [no] [default] ip dhcp snooping vlan <vid> [enable] | ARISTANDCA_AVAYA00022577 |
| ip domain-name | ip domain-name <word> | ARISTANDCA_AVAYA00022577 |
| ip icmp redirect | ip icmp redirect | ARISTANDCA_AVAYA00022577 |
| ip igmp snooping | ip igmp snooping | ARISTANDCA_AVAYA00084952 |
| ip igmp static-group | ip igmp static-group <group address> <to group address> [<portList>] <static\|blocked> | ARISTANDCA_AVAYA00022577 |
| ip igmp version | ip igmp version | ARISTANDCA_AVAYA00022577 |
| ip msdp default-peer | ip msdp password peer <A.B.C.D> Word<1-80> | ARISTANDCA_AVAYA00022577 |
| ip msdp description | ip msdp description <A.B.C.D> WORD<1-255> | ARISTANDCA_AVAYA00022577 |
| ip msdp keepalive | ip msdp keepalive <A.B.C.D> <0-21845> <3-65535> | ARISTANDCA_AVAYA00022577 |
| ip msdp mesh-group | ip msdp mesh-group Word<1-64> <A.B.C.D> | ARISTANDCA_AVAYA00022577 |
| ip msdp originator-id | ip msdp originator-id <A.B.C.D> | ARISTANDCA_AVAYA00022577 |
| ip msdp peer | ip msdp peer <A.B.C.D> | ARISTANDCA_AVAYA00022577 |
| ip msdp sa-filter in | ip msdp sa-filter <in\|out> <A.B.C.D> create [route-policy Word<1-64>] | ARISTANDCA_AVAYA00022577 |
| ip msdp sa-filter out | ip msdp sa-filter <in\|out> <A.B.C.D> create [route-policy Word<1-64>] | ARISTANDCA_AVAYA00022577 |
| ip msdp sa-limit | ip msdp sa-limit <A.B.C.D> <0-6144> | ARISTANDCA_AVAYA00022577 |
| ip name-server | ip name-server primary <word> [secondary <word>] [tertiary <word>] | ARISTANDCA_AVAYA00022577 |
| ip ospf bfd | ip ospf [vlan <1-4094>/port <portNum>] bfd | ARISTANDCA_AVAYA00022577 |
| ip pim rp-candidate | ip pim rp-candidate group <A.B.C.D> <A.B.C.D> rp <A.B.C.D> | ARISTANDCA_AVAYA00084952 |
| ip prefix-list | ip prefix-list <1-1024> <prefix/len> [<ge\|le> <0-32>] | ARISTANDCA_AVAYA00022577 |
| ip route | ip route <A.B.C.D> <A.B.C.D> 255.255.255.255 enable [next-hop-vrf <WORD 0-16>] | ARISTANDCA_AVAYA00022577 |
| ip routing | ip routing | ARISTANDCA_AVAYA00022577 |
| ipv6 address | ipv6 address {[stack <WORD>] [switch <WORD> [eui <1-3>]] [unit <1-8> <WORD>] [<WORD>]} | ARISTANDCA_AVAYA00084952 |
| ipv6 enable | ipv6 [auto-config] [enable] [forwarding ] [hop-limit <0-255] [icmp] | ARISTANDCA_AVAYA00084952 |
| ipv6 nd managed-config-flag | ipv6 nd [dad-ns][hop-limit] [managed-config-flag] [other-config-flag] [ra-lifetime <0-9000>] [rtr-advert-max-interval <4-1800>] [rtr-advert-min-interval <3-1350> ] [send-ra] | ARISTANDCA_AVAYA00084952 |
| ipv6 nd prefix | ipv6 nd prefix <prefix/prefix length> [infinite] [no-advertise] [preferred-life <seconds>] [valid-life <seconds>] | ARISTANDCA_AVAYA00022577 |
| ipv6 nd ra lifetime | ipv6 nd [dad-ns][hop-limit] [managed-config-flag] [other-config-flag] [ra-lifetime <0-9000>] [rtr-advert-max-interval <4-1800>] [rtr-advert-min-interval <3-1350> ] [send-ra] | ARISTANDCA_AVAYA00084952 |

# APPENDIX H.AV - Avaya Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ipv6 neighbor | ipv6 neighbor <ipv6 address> port <slot/port> mac <mac address> vlan <vlan id> | ARISTANDCA_AVAYA00022577 |
| ipv6 ospf area | ipv6 ospf area <A.B.C.D> cost <metric> [dead-interval <seconds>] [hello-interval <seconds>][network <value>][priority <value>] [retransmit-interval <seconds>] [transitdelay <seconds>] | ARISTANDCA_AVAYA00022577 |
| ipv6 route | ipv6 route <Ipv6 address/prefix> enable [next-hop <Ipv6 address/prefix>] [port <slot/port>] [tunnel <tunnel-id>] [vlan <vlan id>] | ARISTANDCA_AVAYA00022577 |
| is-type | [no] [default] is-type {l1} | ARISTANDCA_AVAYA00022577 |
| lacp system-priority | lacp system-priority <0-65535> | ARISTANDCA_AVAYA00022577 |
| mac-address-table aging-time | mac-address-table [aging-time <10-1000000>] [learning <LINE>] [static <H.H.H> <1-4094> interface {[Ethernet <LINE>] \| [mlt <1-32>]}] | ARISTANDCA_AVAYA00084952 |
| maximum-paths | maximum-path <1-4> | ARISTANDCA_AVAYA00084952 |
| maximum-paths (OSPFv3) | maximum-path <1-4> | ARISTANDCA_AVAYA00084952 |
| no snmp-server | no snmp-server | ARISTANDCA_AVAYA00026225 |
| ntp authentication-key | ntp authentication-key <1-2147483647> <word> | ARISTANDCA_AVAYA00022577 |
| ntp server | ntp server <A.B.C.D> | ARISTANDCA_AVAYA00022577 |
| radius-server host | radius server host | ARISTANDCA_AVAYA00022577 |
| radius-server key | radius-server key | ARISTANDCA_AVAYA00026225 |
| radius-server timeout | radius-server timeout | ARISTANDCA_AVAYA00026225 |
| route-map | route-map Word<1-64> <1-65535> | ARISTANDCA_AVAYA00022577 |
| router bgp | router bgp | ARISTANDCA_AVAYA00022577 |
| router isis | router isis | ARISTANDCA_AVAYA00022577 |
| router-id | router-id <A.B.C.D> | ARISTANDCA_AVAYA00022577 |
| router-id (OSPFv3) | router-id <A.B.C.D> (OSPF only) | ARISTANDCA_AVAYA00022577 |
| show arp | show arp [<A.B.C.D>][add-fail][dynamic][<H.H.H>][static][summary][-s][vlan <1-4094>] | ARISTANDCA_AVAYA00084952 |
| show clock | show clock | ARISTANDCA_AVAYA00022577 |
| show hosts | show hosts <word> | ARISTANDCA_AVAYA00022577 |
| show interfaces | Several "show interfaces" commands are supported | ARISTANDCA_AVAYA00022577, ARISTANDCA_AVAYA00084952 |
| show ip bgp neighbors | show ip bgp neighbors [vrf <WORD 0-16>] [vrfids <WORD 0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip bgp peer-group | show ip bgp peer-group [<WORD 1-1536>] [vrf <WORD 0-16>] [vrfids <WORD 0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip bgp summary | show ip bgp summary [vrf <WORD 0-16>] [vrfids <WORD 0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip community-list | show ip community-list <1-1024> [vrf WORD<0-32> \| vrfids WORD<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip dhcp snooping | show ip dhcp snooping | ARISTANDCA_AVAYA00022577 |
| show ip extcommunity-list | show ip extcommunity-list <1-1024> [vrf WORD<0-32> \| vrfids WORD<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip igmp interface | show ip igmp interface [fastethernet <slot/port>] [gigabitethernet <slot/port>] [pos <slot/port>] [vlan <slot/port>] [vrf Word<0-16>] [vrfids Word<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip igmp snooping | show ip igmp snooping [vrf Word<0-16>] [vrfids Word<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip interface | show ip interface [gigabitethernet <1-4094> <slot/port>] [vrf WORD<0-64>] [vrfids <WORD 0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip msdp mesh-group | show ip msdp mesh-group [Word<1-64>] | ARISTANDCA_AVAYA00022577 |
| show ip msdp peer | show ip msdp peer [<A.B.C.D>] [<accepted-sas\|advertised-sas>] | ARISTANDCA_AVAYA00022577 |
| show ip msdp sa-cache | show ip msdp sa-cache [foreign\|local] [group <A.B.C.D>] [rp <A.B.C.D>] [source <A.B.C.D>] | ARISTANDCA_AVAYA00022577 |
| show ip msdp summary | show ip msdp summary | ARISTANDCA_AVAYA00022577 |
| show ip ospf | show ip ospf [vrf <WORD 0-16>] [vrfids <WORD 0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip ospf interface | show ip ospf interface [<interface-type>] [<interface-id>] [vrf <WORD 1-16>] [vrfids <0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip ospf neighbor | show ip ospf neighbor [vrf <WORD 0-16>] [vrfids <WORD 0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip pim interface | show ip pim interface [fastEthernet <slot/port>] [gigabitethernet <slot/port>] [pos <slot/port>] [vlan <slot/port>] [vrf Word<0-16>] [vrfids Word<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip pim neighbor | show ip pim neighbor [vrf Word<0-16>] [vrfids Word<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip pim rp-hash | show ip pim rp-hash [vrf Word<0-16>] [vrfids Word<0-255>] | ARISTANDCA_AVAYA00022577 |
| show ip prefix-list | show ip prefix-list [<WORD 1-64>] [prefix <A.B.C.D>] [vrf <WORD 0-32>] [vrfids <0-255>] | ARISTANDCA_AVAYA00022577 |

# APPENDIX H.AV - Avaya Usage of Disputed CLI Commands

<table>
<tr><td>show ip route</td><td>show ip route [<A.B.C.D>] [-s <A.B.C.D> <A.B.C.D>] [alternative] [count-summary [vrf<br>WORD<0-64>] [vrfids WORD<0-255>] [preference [next-hop-vrf <WORD 0-16>]] [spbm-nh-as-mac]<br>[static [-s <A.B.C.D>] [vrf WORD<0-64>] [vrfids WORD<0-255>]<br>[<A.B.C.D>]] [vrf <WORD 0-16>]<br>[vrfids <WORD 0-255>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show ip route summary</td><td>show ip route [ospf] [rip] [static] [A.B.C.D] [-s <subnet-ip> <mask-ip>]<br>[summary]</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>show ipv6 interface</td><td>show ipv6 interface [<interface-type>] [<interface-id>] [<interface-index>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show ipv6 ospf</td><td>show ipv6 ospf</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show ipv6 ospf neighbor</td><td>show ipv6 ospf neighbor</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show ipv6 prefix-list</td><td>show ipv6 prefix-list [prefix WORD<1-256>] [WORD<1-64>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show isis interface</td><td>show isis interface [l1|l2|l12]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show lacp interface</td><td>show lacp interface<br>[{fastethernet|gigabitethernet|pos}]<br>[vid {vlan-id[-vlan-id][,...]}]<br>[<portList>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show lldp</td><td>Several "show lldp" commands are supported</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>show mac-address-table</td><td>Several "show mac-address-table" commands are supported</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>show mac-address-table aging-time</td><td>show mac-address-table aging-time</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>show radius</td><td>show radius {accounting interim-updates | dynamic-server {client {A.B.C.D} | replayprotection<br>| statistics client {A.B.C.D}} | reachability | use-management-ip}</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>show route-map</td><td>show route-map [<WORD 1-64>] [<1-65535>] [vrf <WORD 0-32>] [vrfids <0-255>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show spanning-tree</td><td>Supports over 10 "show spanning-tree"commands</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show storm-control</td><td>show storm-control [all][broadcast][multicast][unicast]</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>show tacacs</td><td>show tacacs</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show users</td><td>show users</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>show vlan</td><td>Support several "show vlan" commands</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>snmp-server community</td><td>snmp-server community <name> [group <WORD>] [index <WORD>]<br>[secname <WORD>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>snmp-server contact</td><td>no snmp-server contact</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>snmp-server group</td><td>snmp-server group <group name> <context name> [auth-no-priv|auth-priv|no-auth-no-priv]<br>[notify-view <WORD>] [read-view <WORD>] [write-view <WORD>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>snmp-server host</td><td>snmp-server host [A.B.C.D] [<WORD>] [port <1-65535>] [v1 <WORD> filter <WORD>] [v2c <WORD><br>{filter <WORD> | inform {[timeout <1-2147483647>] [retries <0-255>]}<br>[v3 <auth | no-auth><br><WORD>]</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>snmp-server location</td><td>snmp-server location <LINE></td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>snmp-server user</td><td>snmp-server user <WORD> [read-view <WORD>] [write-view <WORD>]<br>[notify-view <WORD>]<br>[{md5|sha} <password>] [read-view <WORD>] [write-view <WORD>]<br>[notify-view <WORD>]<br>[{aes|des|3des} <password> [read-view <WORD>] [write-view <WORD>]<br>[notify-view <WORD>]</td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>snmp-server view</td><td>snmp-server view <view name> <subtree oid></td><td>ARISTANDCA_AVAYA00022577</td></tr>
<tr><td>spanning-tree cost</td><td>spanning-tree cost</td><td>ARISTANDCA_AVAYA00026225</td></tr>
<tr><td>spanning-tree mode</td><td>spanning-tree mode {mst | rstp | stpg}</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>storm-control</td><td>storm-control [broadcast | multicast | unicast |all] [action [none | drop | shutdown ]]<br>[enable] [high-watermark <10-100000000>] [low-watermark <10-100000000>] [poll interval <5-<br>300>] [trap-interval <0-1000>]</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>tacacs-server host</td><td>tacacs server [host {A.B.C.D}] [secondary-host {A.B.C.D}] [port <1-65535>] [key]</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>tacacs-server key</td><td>tacacs server [host {A.B.C.D}] [secondary-host {A.B.C.D}] [port <1-65535>] [key]</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>terminal length</td><td>terminal {length <0-132> | speed {[19200 ] | [38400] | [9600]} width <1-132>}</td><td>ARISTANDCA_AVAYA00084952</td></tr>
<tr><td>timers basic</td><td>timers basic holddown <holdown-timer> timeout <global-timeout><br>update <update-timer></td><td>ARISTANDCA_AVAYA00084952</td></tr>
</table>