# EXHIBIT 13

# APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| Disputed Cisco Command | Brocade Command Syntax | Bates Number of Brocade Manual |
|---|---|---|
| aaa accounting | aaa accounting exec default start-stop none<br>[no] aaa accounting exec default start-stop radius \| tacacs+ \| none | ARISTANDCA_BROCADE01785618,<br>ARISTANDCA_BROCADE00062898 |
| aaa authentication login | aaa authentication login { default \| ldap \| local \| radius { local \| local-auth-failback } \| tacacs+ { local \| local-auth-failback } } | ARISTANDCA_BROCADE01785618 |
| address-family | address-family { ipv4 \| ipv6 } no address-family { ipv4 \| ipv6 } | ARISTANDCA_BROCADE01785618 |
| aggregate-address | aggregate-address { *ip-addr ip-mask* \| *ipv6-addr ipv6-mask* } [ advertise-map *map-name* ] [ as-set ] [ attribute-map map-name ] [ summary-only ] [ suppress-map map-name ] | ARISTANDCA_BROCADE01785618 |
| area nssa | area { *A.B.C.D* \| *decimal* } nssa { *metric* [ no-summary ] \| default-information-originate } | ARISTANDCA_BROCADE01785618 |
| area nssa (OSPFv3) | area { IPv6 address \| decimal } nssa [ metric ] [ default-information-originate [ metric num ] [ metric- type { type-1 \| type-2 } ] ] [ no-redsitribution ] [ no-summary ] [ translator-always ] [ translator- interval interval ] | ARISTANDCA_BROCADE01785618 |
| area nssa default-information-originate | area { *A.B.C.D* \| *decimal* } nssa { *metric* [ no-summary ] \| default-information-originate } | ARISTANDCA_BROCADE01785618 |
| area nssa default-information-originate (OSPFv3) | area { IPv6 address \| decimal } nssa [ metric ] [ default-information-originate [ metric num ] [ metric- type { type-1 \| type-2 } ] ] [ no-redsitribution ] [ no-summary ] [ translator-always ] [ translator- interval interval ] | ARISTANDCA_BROCADE01785618 |
| area range | area { *A.B.C.D* \| *decimal* } range *E.F.G.H I.J.K.L* [ advertise \| not-advertise ] [ cost *cost_value* ] | ARISTANDCA_BROCADE01785618 |
| area range (OSPFv3) | area { IPv6 address \| decimal } range ipv6 address/mask [ advertise \| not-advertise ] [ cost_cost_value ] | ARISTANDCA_BROCADE01363517 |
| area stub | area { *A.B.C.D* \| *decimal* } stub *metric* [ no-summary ] | ARISTANDCA_BROCADE01785618 |
| area stub (OSPFv3) | area { *A.B.C.D* \| *decimal* } stub *metric* [ no-summary ] | ARISTANDCA_BROCADE01785618 |
| banner login | banner login *message* | ARISTANDCA_BROCADE01785618 |
| banner motd | banner motd *message* | ARISTANDCA_BROCADE01785618 |
| bfd all-interfaces | bfd all-interfaces all-vrfs | ARISTANDCA_BROCADE1530651 |
| bgp redistribute internal | bgp-redistribute-internal | ARISTANDCA_BROCADE01785618 |
| boot system | boot system flash { primary \| secondary } [ yes ] | ARISTANDCA_BROCADE01363517 |
| channel-group | channel-group number mode { active \| passive \| on } [ type { standard \| brocade } ] | ARISTANDCA_BROCADE01785618 |
| clear arp-cache | clear arp-cache [interface interface-type interface-number [no-refresh]] \| [ip ip-address  [no-refresh] \| [no-refresh]] | ARISTANDCA_BROCADE01689556 |
| clear counters | clear counters [ access-list { ip \| ipv6 \| mac } [ all \| interface { fcoe [*vn-number* \| all ] \| port-channel *number* \| fibrechannel *rbridge-id/slot/port* \|<N> gigabitethernet *rbridge-id/slot/port* } \| slot-id *number* \| vlan *vlan_id* } \| storm-control ] | ARISTANDCA_BROCADE01785618 |
| clear ip msdp sa-cache | clear ip msdp [ vrf vrf-name ] sa-cache [ ip-addr ] | ARISTANDCA_BROCADE01363517 |
| clear ip ospf neighbor | clear ip ospf neighbor { A.B.C.D  \| all } | ARISTANDCA_BROCADE01785618 |
| clear mac-address-table dynamic | clear mac-address-table dynamic [ address *mac_address* \| interface <N> gigabitethernet *rbridge-id/ slot/port* \| vlan vlan_ id ] | ARISTANDCA_BROCADE01785618 |
| clear spanning-tree counters | clear spanning-tree counter [ interface \| port-channel *number* \| <N> gigabitethernet *rbridge-id/slot/port* ] | ARISTANDCA_BROCADE01785618 |
| clock set | clock set *CCYY-MM-DDTHH:MM:SS*  [ rbridge-id { *rbridge-id*  \| all } ] | ARISTANDCA_BROCADE01785618 |
| clock timezone | clock timezone *region/city*  [ rbridge-id { *rbridge-Id*  \| all } ] | ARISTANDCA_BROCADE01785618 |
| default-information originate (OSPF) | area { *A.B.C.D*  \| *decimal* } nssa { *metric*  [ no-summary ] \| default-information-originate } | ARISTANDCA_BROCADE01785618 |
| default-information originate (OSPFv3) | area { *IPv6 address*  \| *decimal* } nssa [ *metric* ] [ default-information-originate [ metric *num* ] [ metric- type { type-1 \| type-2 } ] ] [ no-redsitribution ] [ no-summary ] [ translator-always ] [ translator- interval *interval* ] | ARISTANDCA_BROCADE01785618 |
| default-metric (OSPF) | default-metric *metric* | ARISTANDCA_BROCADE01785618 |
| default-metric (OSPFv3) | default-metric *metric* | ARISTANDCA_BROCADE01785618 |
| domain-id | domain-id  | ARISTANDCA_BROCADE00062898 |
| dot1x port-control | dot1x port-control { auto \| force-authorized \| force-unauthorized } | ARISTANDCA_BROCADE01785618 |
| dot1x reauthentication | dot1x reauthentication | ARISTANDCA_BROCADE01785618 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod seconds | ARISTANDCA_BROCADE01785618 |
| dot1x timeout tx-period | dot1x timeout tx-period *seconds* | ARISTANDCA_BROCADE01785618 |
| errdisable recovery cause | errdisable recovery cause { all \| cause } | ARISTANDCA_BROCADE01363517 |
| errdisable recovery interval |  errdisable recovery interval time | ARISTANDCA_BROCADE01363517 |
| interface ethernet | interface [ fibrechannel *rbridge-id/slot/port*  \| fcoe *vn-number/rbridge-id/front-port-number*  \| <N>gigabitethernet rbridge-id/slot/port \| port-channel number \| vlan vlan_ id ] | ARISTANDCA_BROCADE01785618 |
| interface loopback | interface loopback *port_ number* | ARISTANDCA_BROCADE01785618 |
| interface port-channel | interface [ fibrechannel *rbridge-id/slot/port*  \| fcoe *vn-number/rbridge-id/front-port-number*  \| <N>gigabitethernet rbridge-id/slot/port \| port-channel number \| vlan vlan_ id ] | ARISTANDCA_BROCADE01785618 |
| interface vlan | interface [ fibrechannel *rbridge-id/slot/port*  \| fcoe *vn-number/rbridge-id/front-port-number*  \| <N>gigabitethernet rbridge-id/slot/port \| port-channel number \| vlan vlan_ id ] | ARISTANDCA_BROCADE01785618 |
| ip access-group | ip access-group *ACLname*  { in \| out } [ switched \| routed ] | ARISTANDCA_BROCADE01785618 |
| ip access-list | p access-list { standard \| extended } *ACLname* | ARISTANDCA_BROCADE01785618 |
| ip access-list standard | p access-list { standard \| extended } *ACLname* | ARISTANDCA_BROCADE01785618 |
| ip address | ip address *ip-address/mask*  [ secondary ] [ { ospf-ignore \| ospf-active } ] | ARISTANDCA_BROCADE01785618 |
| ip as-path access-list | ip as-path access-list *string*  [ seq *seq-value* ] { deny *regular-expression*  \| permit *regular-expression*  ] | ARISTANDCA_BROCADE01785618 |
| ip community-list standard | ip community-list standard *community-list-name* { deny [ *community-number*  \| *AA:NN*  ] \| permit *community-number*  } [ seq *seq-value* ] [ internet \| local-as \| no-advertise \| no-export ] | ARISTANDCA_BROCADE01785618 |

# APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip domain lookup | [no] ip domain-loopkup <ip-address> | <host-name> | ARISTANDCA_BROCADE00062898 |
| ip helper-address | ip helper-address address-number [ ip-address [ unicast ] ] | ARISTANDCA_BROCADE01363517 |
| ip icmp redirect | ip icmp redirect | ARISTANDCA_BROCADE01785618 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval *milliseconds* | ARISTANDCA_BROCADE01785618 |
| ip igmp query-interval | ip igmp query-interval *seconds* | ARISTANDCA_BROCADE01785618 |
| ip igmp query-max-response-time | ip igmp query-max-response-time *seconds* | ARISTANDCA_BROCADE01785618 |
| ip igmp static-group | ip igmp static-group *A.B.C.D* | ARISTANDCA_BROCADE01785618 |
| ip igmp version | ip igmp version | ARISTANDCA_BROCADE01363517 |
| ip load-sharing | ip load-sharing | ARISTANDCA_BROCADE01785618 |
| ip multicast boundary | ip multicast-boundary [ *prefix-list* ] | ARISTANDCA_BROCADE01785618 |
| ip multicast-routing | ip multicast-routing optimization oif-list all    ip multicast-routing load-sharing [ rebalance ] | ARISTANDCA_BROCADE01363517  AND ARISTANDCA_BROCADE1530651 |
| ip nat pool | [no] ip nat pool <pool-name> <start-ip> <end-ip> netmask <ip-mask> | prefix-length <length><br>[type match-host | rotary] | ARISTANDCA_BROCADE00062898 |
| ip nat translation tcp-timeout | [no] ip nat translation timeout | udp-timeout | tcp-timeout | finrst-timeout | dns-timeout <secs> | ARISTANDCA_BROCADE00062898 |
| ip nat translation udp-timeout | [no] ip nat translation timeout | udp-timeout | tcp-timeout | finrst-timeout | dns-timeout <secs> | ARISTANDCA_BROCADE00062898 |
| ip ospf authentication-key | ip ospf authentication-key { 0 *password* | 2 *password* | 255 *password* | *password* } | ARISTANDCA_BROCADE01785618 |
| ip ospf cost | ip ospf cost *value* | ARISTANDCA_BROCADE01785618 |
| ip ospf dead-interval | ip ospf dead-interval *interval* | ARISTANDCA_BROCADE01785618 |
| ip ospf hello-interval | ip ospf hello-interval *interval* | ARISTANDCA_BROCADE01785618 |
| ip ospf network | ip ospf network { broadcast | point-to-point } | ARISTANDCA_BROCADE01785618 |
| ip ospf priority | ip ospf priority *value* | ARISTANDCA_BROCADE01785618 |
| ip ospf retransmit-interval | ip ospf retransmit-interval *rtx-int* | ARISTANDCA_BROCADE01785618 |
| ip ospf transmit-delay | ip ospf transmit-delay *tx-delay* | ARISTANDCA_BROCADE01785618 |
| ip pim dr-priority | ip pim dr-priority *priority-value* | ARISTANDCA_BROCADE01785618 |
| ip prefix-list | ip prefix-list *name* { [ deny *ip-prefix/prefix-length* | permit *ip-prefix/prefix-length* ] ge *ge-value* [ le *le- value* ] ] | seq *sequence-number* } | ARISTANDCA_BROCADE01785618 |
| ip proxy-arp | ip proxy-arp | ARISTANDCA_BROCADE01785618 |
| ip radius source-interface |  ip radius source-interface { ethernet stack-id/slot/port | loopback number | management number | ve number } | ARISTANDCA_BROCADE01363517 |
| ip route | ip route *A.B.C.D/L A.B.C.D* [ *metric* ] [ distance *distance* ] [ tag *tag* ]   ip route *A.B.C.D/L* { <N>gigabitethernet slot/port ve vlan_id } [ metric ] [ distance *distance* ] [ tag tag ] ip route A.B.C.D/L null slot/port [ metric ] [ distance distance ] [ tag tag ] | ARISTANDCA_BROCADE01785618 |
| ip tacacs source-interface | ip tacacs source-interface { ethernet stack-id/slot/port | loopback number | management number | ve number } | ARISTANDCA_BROCADE01363517 |
| ipv6 access-list | ipv6 access-list { standard | extended } *ACLname* | ARISTANDCA_BROCADE01785618 |
| ipv6 address | ipv6 address *ipv6-prefix/prefix-length* [ secondary ] | ARISTANDCA_BROCADE01785618 |
| ipv6 enable | ipv6 enable | ARISTANDCA_BROCADE01363517 |
| ipv6 access-group | ipv6 access-group *ACLname*  { in | out } [ switched | routed ] | ARISTANDCA_BROCADE01785618 |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | ARISTANDCA_BROCADE01785618 |
| ipv6 nd ns-interval | ipv6 nd ns-interval *seconds* | ARISTANDCA_BROCADE01785618 |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | ARISTANDCA_BROCADE01785618 |
| ipv6 nd ra interval | ipv6 nd ra-interval *max-value*  min *min-value* | ARISTANDCA_BROCADE01785618 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime *seconds* | ARISTANDCA_BROCADE01785618 |
| ipv6 nd reachable-time | ipv6 nd reachable-time milli *seconds* | ARISTANDCA_BROCADE01785618 |
| ipv6 neighbor | ipv6 neighbor *ipv6address MACaddress* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf area | ipv6 ospf area *area-id*  | *ipv6-addr* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf cost | ipv6 ospf cost *value* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval *interval* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval *interval* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf network | ipv6 ospf network { broadcast | point-to-point } | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf priority | ipv6 ospf priority *value* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf retransmit- interval | ipv6 ospf retransmit-interval *interval* | ARISTANDCA_BROCADE01785618 |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay *value* | ARISTANDCA_BROCADE01785618 |
| ipv6 prefix-list | ipv6 prefix-list *name*  { [ deny *ipv6-prefix/prefix-length* | permit *ipv6-prefix/prefix-length* ] ge *ge-value* [ le *le-value* ] ] | seq *sequence-number* } | ARISTANDCA_BROCADE01785618 |
| ipv6 route | ipv6 route *dest-ipv6-prefix/prefix-length* [*next-hop-ipv6-address*  | *link-local-next-hop-ipv6-address* ] [ *<N>* gigabitethernet *slot/port* | null 0 | ve *vlan_id* ] [ *metric* ] [ distance *number* ] [ tag *tag* ]<br>ipv6 route ipv6-prefix/prefix-length next-hop-vrf vrf_name next-hop-ipv6-address | ARISTANDCA_BROCADE01785618 |
| ipv6 router ospf | ipv6 router ospf [ vrf *name* ] | ARISTANDCA_BROCADE01785618 |
| ipv6 unicast-routing | ipv6 unicast-routing | ARISTANDCA_BROCADE01363517 |
| isis hello-interval | [no] isis hello-interval <num> [level-1-only | level-2-only] | ARISTANDCA_BROCADE00062898 |
| isis hello-multiplier | [no] isis hello-multiplier <num> [level-1-only | level-2-only] | ARISTANDCA_BROCADE00062898 |
| isis metric | You can change the metric value for a specific interface using the isis metric command or the isis ipv6 command. The isis metric command configuration takes precedence over the default-link metric *value*  command configuration. | ARISTANDCA_BROCADE1530651 |
| isis passive | [no] isis passive | ARISTANDCA_BROCADE00062898 |
| isis priority | [no] isis priority <num> [level-1-only | level-2-only] | ARISTANDCA_BROCADE00062898 |
| is-type | [no] is-type level-1-only | level-1-2 | level-2-only | ARISTANDCA_BROCADE00062898 |
| lacp port-priority | lacp port-priority *value* | ARISTANDCA_BROCADE01785618 |
| lacp system-priority | lacp system-priority *value* | ARISTANDCA_BROCADE01785618 |

# APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| Command | Syntax | Reference |
|---|---|---|
| lldp run | lldp run  no lldp run | ARISTANDCA_BROCADE01363517 |
| load-interval | statistics-load-interval { seconds | accumulated }<br>load-interval <interval> | ARISTANDCA_BROCADE01530651,<br>ARISTANDCA_BROCADE00062898 |
| logging host | logging host { ipv4-addr | server-name | ipv6 ipv6-addr } [ udp-port number ] | ARISTANDCA_BROCADE01363517 |
| log-adjacency-changes (IS-IS) | [no] log-adjacency-changes [ in | out ] [ switched | routed ] | ARISTANDCA_BROCADE00062898 |
| mac access-group | mac access-group *ACLname* { in | out } [ switched | routed ] | ARISTANDCA_BROCADE01785618 |
| mac-address-table aging-time | mac-address-table { aging-time *seconds* | conversational *aging_time* | learning-mode conversational } | ARISTANDCA_BROCADE01785618 |
| mac-address-table static | mac-address-table static *mac-addr* forward { <N> gigabitethernet *rbridge-id/slot/port* | port-channel *number* | vlan *vlan_id* } | ARISTANDCA_BROCADE01785618 |
| maximum-paths | maximum-paths *num* | use-load-sharing | ARISTANDCA_BROCADE01785618 |
| maximum-paths (OSPFv3) | maximum-paths *num*  no maximum-paths | ARISTANDCA_BROCADE01785618 |
| neighbor activate | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } activate | ARISTANDCA_BROCADE01785618 |
| neighbor default-originate | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } default-originate [ route-map *map-name* ] | ARISTANDCA_BROCADE01785618 |
| neighbor description | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } description *string* | ARISTANDCA_BROCADE01785618 |
| neighbor ebgp-multihop | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } ebgp-multihop [ *max-hop-count* ] | ARISTANDCA_BROCADE01785618 |
| neighbor local-as | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } local-as *num* [ no-prepend ] | ARISTANDCA_BROCADE01785618 |
| neighbor next-hop-self | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } next-hop-self [ always ] | ARISTANDCA_BROCADE01785618 |
| neighbor password | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } password *string* | ARISTANDCA_BROCADE01785618 |
| neighbor peer-group (assigning members) | neighbor { *ip-address* | *ipv6-address* } peer-group *string* | ARISTANDCA_BROCADE01785618 |
| neighbor peer-group (creating) | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor remote-as | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor remove-private-as | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor route-map | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } route-map { in *string* | out *string* } | ARISTANDCA_BROCADE01785618 |
| neighbor route-reflector-client | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } route-reflector-client | ARISTANDCA_BROCADE01785618 |
| neighbor send-community | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor shutdown | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| neighbor soft-reconfiguration | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-source weight } | ARISTANDCA_BROCADE01785618 |
| neighbor timers | neighbor { *ip-address* | *ipv6-address* | *peer-group-name* } { activate |advertisement-interval | allowas-in |as-override | capability as4 | capability orf prefixlist default-originate ||description | ebgp-multihop | enforce-first-as | filter-list |local-as | maxas-limit in | maximum-prefix |next-hop- self | password | peer-group | prefix-list |remote-as | remove-private-as | route-map |route-reflector-client |send-community |shutdown | soft-reconfiguration | static-network-edge | timers | unsuppress-map | update-source weight } | ARISTANDCA_BROCADE01785618 |

| | | |
|---|---|---|
| neighbor update-source | neighbor { *ip-address* \| *ipv6-address* \| *peer-group-name* } { activate \|advertisement-interval \| allowas-in \| as-override \| capability as4 \| capability orf prefixlist default-originate \|\|description \| ebgp-multihop \| enforce-first-as \| filter-list \|local-as \| maxas-limit in \| maximum-prefix \|next-hop- self \| password \| peer-group \| prefix-list \|remote-as \| remove-private-as \| route-map \|route-reflector-client \|send-community \|shutdown \| soft-reconfiguration \| static-network-edge \| timers \| unsuppress-map \| update-source weight } | ARISTANDCA_BROCADE01785618 |
| neighbor weight | neighbor { *ip-address* \| *ipv6-address* \| *peer-group-name* } { activate \|advertisement-interval \| allowas-in \| as-override \| capability as4 \| capability orf prefixlist default-originate \|\|description \| ebgp-multihop \| enforce-first-as \| filter-list \|local-as \| maxas-limit in \| maximum-prefix \|next-hop- self \| password \| peer-group \| prefix-list \|remote-as \| remove-private-as \| route-map \|route-reflector-client \|send-community \|shutdown \| soft-reconfiguration \| static-network-edge \| timers \| unsuppress-map \| update-sourceweight } | ARISTANDCA_BROCADE01785618 |
| no snmp-server | no snmp-server community *string* [ groupname *group-name* ] [ ipv4-acl *standard-ipv4-acl-name* ] [ ipv6-acl *standard-ipv6-acl-name* ] | ARISTANDCA_BROCADE01785618 |
| ntp authentication-key | ntp authentication-key *key-id* {md5 *md5-string* \| sha1 *sha1-string* }encryption-level *enc_value* | ARISTANDCA_BROCADE01785618 |
| ntp server | ntp server *ip-address* [ key *key-id* ] | ARISTANDCA_BROCADE01785618 |
| private-vlan | private-vlan [ isolated \| community \| primary ] | ARISTANDCA_BROCADE01785618 |
| radius-server host | radius-server host { *ip-address* \| *host_name* } [ auth-port *portnum* ] [ protocol { chap \| pap \| peap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout sec ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| radius-server key | radius-server host { *ip-address* \| *host_name* } [ auth-port *portnum* ] [ protocol { chap \| pap \| peap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout sec ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| radius-server timeout | radius-server host { *ip-address* \| *host_name* } [ auth-port *portnum* ] [ protocol { chap \| pap \| peap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout sec ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| route-map | route-map *name* { permit \| deny } *instance_number* | ARISTANDCA_BROCADE01785618 |
| router bgp | router bgp | ARISTANDCA_BROCADE01785618 |
| router isis | device(config)# router isis | ARISTANDCA_BROCADE01530651 |
| router ospf | router ospf [ vrf *name* ] | ARISTANDCA_BROCADE01785618 |
| router rip | device(config)# router rip | ARISTANDCA_BROCADE01530651 |
| set-overload-bit | [no] set-overload-bit [on-startup <secs>] | ARISTANDCA_BROCADE00062898 |
| show arp | show arp [dynamic[summary]] \| <*N*> gigabitethernet *rbridge-id/slot/port* \| ip *ip-address* \| static [summary] \| summary \| ve *vlan_id* \| [vrf *name* ] [rbridge-id[all\|*rbridge_id*]] \| slot *slot_no* [[*ip-address*] \| [vrf *name* ] [*ip-address*]] | ARISTANDCA_BROCADE01785618 |
| show clock | show clock [ rbridge-id { *rbridge-id* \| all } ] | ARISTANDCA_BROCADE01785618 |
| show dot1x | show dot1x | ARISTANDCA_BROCADE01785618 |
| show dot1x statistics | show dot1x statistics interface [ <*N*> gigabitethernet *rbridge-id/slot/port* ] | ARISTANDCA_BROCADE01785618 |
| show environment power | show environment power [ rbridge-id { *rbridge-id* \| all } ] | ARISTANDCA_BROCADE01785618 |
| show interfaces | show interface [ fibrechannel *rbridge-id/slot/port* \| management *rbridge-id/slot/port* \| fcoe [ *vn- number/rbridge-id/front-port-number* \| rbridge-id *rbridge-id* ] \| <*N*> gigabitethernet *rbridge-id/slot/port* \| loopback number \| port-channel *number* \| stats *rbridge-id/slot/port* \| switchport \| vlan *vlan_id* ] | ARISTANDCA_BROCADE01785618 |
| show inventory | show inventory [ chassis \| fan \| module \| powerSupply ] | ARISTANDCA_BROCADE01785618 |
| show ip access-lists | show access-list { ip \| ipv6 \| mac } | ARISTANDCA_BROCADE01785618 |
| | show ip access-list all \| <acl-number> \| begin <keyword> \| exclude <keyword> \| include <keyword> | ARISTANDCA_BROCADE00062898 |
| show ip bgp | show ip bgp { *ip-addr* [ */prefix* ] } [ longer-prefixes \| rbridge-id { *rbridge-id* \| all } \| vrf *vrf-name* ] | ARISTANDCA_BROCADE01785618 |
| show ip bgp neighbors | show ip bgp neighbors *ip-addr*  show ip bgp neighbors last-packet-with-error [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] show ip bgp neighbors routes-summary [ rbridge-id { rbridge-id \| all } \| show ip bgp neighbors vrf vrf-namevrf vrf-name ] show ip bgp neighbors rbridge-id { rbridge-id \| all } | ARISTANDCA_BROCADE01785618 |
| show ip bgp peer-group | show ip bgp peer-group peer-group-name [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] | ARISTANDCA_BROCADE01785618 |
| show ip bgp summary | show ip bgp summary [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] | ARISTANDCA_BROCADE01785618 |
| show ip extcommunity-list | show ip extcommunity-list [ *list_name* [rbridge-id *number* ] \| rbridge-id *list_name* ] | ARISTANDCA_BROCADE01785618 |
| show ip igmp groups | show ip igmp groups [ [ [ A.B.C.D [ detail ] ] \| rbridge-id { *rbridge-id* \| all } ] \| [ interface [ <*N*> gigabitethernet *rbridge-id/slot/port* \| ve [ *vlan_id* \| rbridge-id *rbridge-id* ] \| detail \| A.B.C.D ] ] \| [ interface vlan *vlan_id* \| detail ] \| [ interface port-channel *number* \| detail ] ] | ARISTANDCA_BROCADE01785618 |
| show ip igmp interface | show ip igmp interface [ vlan vlan_id [ [ A.B.C.D [ detail ] ] \| rbridge-id { rbridge-id \| all } ] \| [ interface [ <N>gigabitethernet rbridge-id/slot/port \| ve [ vlan_id \| rbridge-id rbridge-id ] [ detail \| A.B.C.D ] ] \| [ interface vlan vlan_id \| detail ] ] \| [ interface port-channel number [ detail ] ] ] | ARISTANDCA_BROCADE01785618 |
| show ip igmp snooping | show ip igmp snooping [ interface vlan *vlan_id* \| mrouter interface vlan *vlan_id* ] | ARISTANDCA_BROCADE01785618 |
| show ip interface | show ip interface [ brief [ rbridge-id { *rbridge-id* \| all } ] \| <*N*> gigabitethernet *rbridge-id/slot/port* \| loopback number \| port-channel number \| ve vlan_id ] | ARISTANDCA_BROCADE01785618 |
| show ip interface brief | show ip interface [ brief [ rbridge-id { *rbridge-id* \| all } ] \| <*N*> gigabitethernet *rbridge-id/slot/port* \| loopback number \| port-channel number \| ve vlan_id ] | ARISTANDCA_BROCADE01785618 |
| show ip mroute | show ip mroute [vrf vrf-name ] { static \| connected \| nexthop \| ip-subnet [ mask]} | ARISTANDCA_BROCADE01363517 |
| show ip msdp peer | show ip msdp peer [ vrf vrf-name ] peer peer-address | ARISTANDCA_BROCADE01363517 |

| Command | Syntax | Reference |
|---|---|---|
| show ip msdp sa-cache | show ip msdp [ vrf vrf-name ] sa-cache [ counts ] [source-address group-address \| peer peer-address { in \| out } \| peer-as as-number \| orig-rp rp-address \| rejected [ rpf \| rp-filter \| sg-filter ] \| self-originated ] | ARISTANDCA_BROCADE01363517 |
| show ip msdp summary | show ip msdp [ vrf vrf-name ] summary | ARISTANDCA_BROCADE01363517 |
| show ip nat translations | show ip nat translation | ARISTANDCA_BROCADE00062898 |
| show ip ospf | show ip ospf [ vrf name [ rbridge-id { rbridge-id \| all } ] ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf border-routers | show ip ospf border-routers [ A.B.C.D ] [ [ vrf vrfname [ rbridge-id { rbridge-id \| all } ] ] \| rbridge-id { rbridge-id \| all } ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf database database-summary | show ip ospf database database-summary [ [ vrf vrfname [ rbridge-id { rbridge-id \| all } ] ] \| rbridge- id { rbridge-id \| all } ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf interface | show ip ospf interface [ { A.B.C.D \| <N> gigabitethernet rbridge-id/slot/port [ brief ] \| [ brief ] \| loopback number \| port-channel number [ brief ] \| ve vlan_id [ brief ] } [ brief ] ] [ [ vrf vrfname [ rbridge-id { rbridge-id \| all } ] ] \| rbridge-id { rbridge-id \| all } ] | ARISTANDCA_BROCADE01785618 |
| show ip ospf neighbor | show ip ospf neighbor [ extensive ] { <N> gigabitethernet rbridge-id/slot/port \| loopback number \| port-channel number \| router-id A.B.C.D \| ve vlan_id } [ [ vrf vrfname [ rbridge-id { rbridge-id \| all } ] ] \| rbridge-id { rbridge-id \| all } ] | ARISTANDCA_BROCADE01785618 |
| show ip pim interface | show ip pim interface { ethernet stackid/slot/port-id \| loopback loopback number \| ve ve-number } | ARISTANDCA_BROCADE01363517 |
| show ip pim neighbor | show ip pim neighbor [ interface <N> gigabitethernet rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show ip pim rp-hash | show ip pim rp-hash A.B.C.D [ rbridge-id { rbridge-id \| all } ] | ARISTANDCA_BROCADE01785618 |
| show ip route | show ip route A.B.C.D [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all } show ip route A.B.C.D/M [ longer ] [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge- id \| all }   show ip route all [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route bgp [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route connected [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route detail [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route import [ src-vrf-name ] [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route nexthop [ nexthopID ] [ref-routes] [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route ospf [ rbridge-id { rbridge- id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route rbridge-id {rbridge-id \| all } [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route slot line_card_number [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route static [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route summary [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route vrf vrf-name [ rbridge-id { rbridge-id \| all } | ARISTANDCA_BROCADE01785618 |
| show ip route summary | show ip route summary [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ip route vrf vrf-name [ rbridge-id { rbridge-id \| all } | ARISTANDCA_BROCADE01785618 |
| show ipv6 access-list | show ipv6 access-list [ acl-name ] | ARISTANDCA_BROCADE01363517 |
| show ipv6 bgp | show ipv6 bgp attribute-entries [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ]   show ipv6 bgp dampened-paths [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ]   show ipv6 bgp filtered-routes ipv6-addr mask [ longer-prefixes [ rbridge-id { rbridge-id \| all } ] \| rbridge-id { rbridge-id \| all } \| vrf vrf-name ]   show ipv6 bgp flap-statistics ipv6-addr mask [ longer-prefixes [ rbridge-id { rbridge-id \| all } ] \| rbridge-id { rbridge-id \| all } \| vrf vrf-name ]   show ipv6 bgp neighbors ipv6-addr   show ipv6 bgp peer-group [ peer-group-name [ rbridge-id { rbridge-id \| all } ] ]   show ipv6 bgp rbridge-id { rbridge-id \| all } [ vrf vrf-name ] ....... | ARISTANDCA_BROCADE01785618 |
| show ipv6 bgp summary | show ipv6 bgp summary [ rbridge-id { rbridge-id \| all } \| vrf vrf-name ] | ARISTANDCA_BROCADE01785618 |
| show ipv6 interface | show ipv6 interface [ brief [ rbridge-id { all \| rbridge-id } ] \| { <N> gigabitethernet rbridge-id/slot/port \| ve vlan_id [ rbridge-id { all \| rbridge-id } ] } | ARISTANDCA_BROCADE01785618 |
| show ipv6 ospf interface | show ipv6 ospf interface [ all-vrfs ] [ brief ] [ <N> gigabitethernet mappedID/slot/port ] [ loopback number ] [ rbridge rbridge-id ] [ ve vlan_id ] [ vrf vrfname ] | ARISTANDCA_BROCADE01785618 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor [ all-vrfs ] [ detail ] [ interface { <N> gigabitethernet rbridge-id/slot/port \| loopback number \| ve vlan_id } ] [ rbridge-id rbridge-id ] [ router-id A.B.C.D ] [ vrf vrfname ] | ARISTANDCA_BROCADE01785618 |
| show ipv6 route | show ipv6 route [ ipv6address/prefix ] [ longer ] [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [rbridge-id { rbridge-id \| all }   show ipv6 route all [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route bgp [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route connected [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route detail [ rbridge-id { rbridge-id \| all } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all } show ipv6 route import [ src-vrf-name ] [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id {rbridge-id \| all }   show ipv6 route nexthop [ decimal \| ref-routes [ rbridge-id { all \| rbridge-id } ] ] [ vrf vrf-name ] [rbridge-id { rbridge-id \| all }   show ipv6 route ospf [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route rbridge-id { all \| rbridge-id } ] [ rbridge-id { rbridge-id \| all }   show ipv6 route slot slot [ ipv6address \| ipv6prefix \| vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route static [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route summary [ rbridge-id { all \| rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id \| all }   show ipv6 route system-summary [ rbridge-id { all \| rbridge-id } ]   show ipv6 route vrf vrf-name [ rbridge-id { all \| rbridge-id } ] | ARISTANDCA_BROCADE01785618 |

# APPENDIX H.BR - Brocade Usage of Disputed CLI Commands

| Command | Syntax | Reference |
|---|---|---|
| show ipv6 route summary | show ipv6 route summary [ rbridge-id { all | rbridge-id } ] [ vrf vrf-name ] [ rbridge-id { rbridge-id | all } | ARISTANDCA_BROCADE01785618 |
| show isis database | show isis [ config | counts | database [ detail | level1 | level2 | summary ] | hostname | interface [ brief | ethernet | loopback | pos | ipv6 | tunnel | ve ] | neighbor [ detail ] | routes ip-addr | shortcut [ detail | lsp ] | spf-log [ detail | level1 | level2 ] | traffic ] | ARISTANDCA_BROCADE1530651 |
| show isis interface | show isis [ config | counts | database [ detail | level1 | level2 | summary ] | hostname | interface [ brief | ethernet | loopback | pos | ipv6 | tunnel | ve ] | neighbor [ detail ] | routes ip-addr | shortcut [ detail | lsp ] | spf-log [ detail | level1 | level2 ] | traffic ] | ARISTANDCA_BROCADE1530651 |
| show lacp counters | show lacp [ counters [ port-channel ] | sys-id [ port-channel ] | ARISTANDCA_BROCADE01785618 |
| show lldp | show lldp | ARISTANDCA_BROCADE01363517 |
| show lldp neighbors | show lldp neighbors [ detail ports { all | ethernet stack-id/slot/port [ to stack-id/slot/port | [ ethernet stack-id/slot/port to stack-id/slot/port | ethernet stack-id/slot/port ] … ] } ] | ARISTANDCA_BROCADE01363517 |
| show mac-address-table | show mac-address-table [ address mac-addr | aging-time [ conversational [ rbridge-id ] rbridge-id ] ] | count [ addressMAC_address | conversational linecard linecard_number [ address [ MAC_address | rbridge-id rbridge-id ] ] | interface {<N> gigabitethernet rbridge-id/slot/port | vlanvlan_id } | address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | interface { <N> gigabitethernet rbridge-id/slot/ port | port-channel number | tunnel number | vlan vlan_id } | static [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | vlan vlan_id | dynamic | interface | learning-mode [ rbridge-id [ rbridge-id ] ] | linecard interface | port-profile [addressMAC_address | count | dynamic | vlanvlan_id ] | static | vlanvlan_id ] | ARISTANDCA_BROCADE01785618 |
| show mac-address-table aging time | show mac-address-table [ address mac-addr | aging-time [ conversational [ rbridge-id ] rbridge-id ] ] | count [ addressMAC_address | conversational linecard linecard_number [ address [ MAC_address | rbridge-id rbridge-id ] ] | interface {<N> gigabitethernet rbridge-id/slot/port | vlanvlan_id } | dynamic [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | interface { <N> gigabitethernet rbridge-id/slot/ port | port-channel number | tunnel number | vlan vlan_id } | static [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | vlan vlan_id | dynamic | interface | learning-mode [ rbridge-id [ rbridge-id ] ] | linecard interface | port-profile [addressMAC_address | count | dynamic | vlanvlan_id ] | static | vlanvlan_id ] | ARISTANDCA_BROCADE01785618 |
| show mac-address-table count | show mac-address-table [ address mac-addr | aging-time [ conversational [ rbridge-id ] rbridge-id ] ] | count [ addressMAC_address | conversational linecard linecard_number [ address [ MAC_address | rbridge-id rbridge-id ] ] | interface {<N> gigabitethernet rbridge-id/slot/port | vlanvlan_id } | dynamic [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | interface { <N> gigabitethernet rbridge-id/slot/ port | port-channel number | tunnel number | vlan vlan_id } | static [ address MAC_address | interface {<N> gigabitethernet rbridge-id/slot/port | port-channel number | tunnel number | vlan vlan_id ] | vlan vlan_id | dynamic | interface | learning-mode [ rbridge-id [ rbridge-id ] ] | linecard interface | port-profile [addressMAC_address | count | dynamic | vlanvlan_id ] | static | vlanvlan_id ] | ARISTANDCA_BROCADE01785618 |
| show monitor session | show monitor [ session session_number ] | ARISTANDCA_BROCADE01785618 |
| show ntp status | show ntp status [ rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show port-channel summary | show port-channel [ channel-group-number | detail | load-balance | summary ] | ARISTANDCA_BROCADE01785618 |
| show port-security | show port-security | ARISTANDCA_BROCADE01785618 |
| show port-security interface | show port-security interface [ all | port-channel channel-group-number | <N> gigabitethernet rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show qos maps | show qos maps [ cos-mutation [ name ] | qos-traffic-class [ name ] ] | ARISTANDCA_BROCADE01785618 |
| show reload | show reload | ARISTANDCA_BROCADE00062898 |
| show route-map | show route-map [ name ] [ rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show snmp group | show snmp [ engineid | group | server | user ] | ARISTANDCA_BROCADE01363517 |
| show snmp user | show snmp [ engineid | group | server | user ] | ARISTANDCA_BROCADE01363517 |
| show spanning-tree | show spanning-tree [ pvst | mst-config | vlan vlan_id ] | ARISTANDCA_BROCADE01785618 |
| show spanning-tree interface | show spanning-tree interface [ port-channel number | <N> gigabitethernet rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show spanning-tree mst interface | show spanning-tree mst instance instance_id [ interface port-channel number | interface <N>gigabitethernet rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show storm-control | show storm-control   show storm-control broadcast [ interface { <N>gigabitethernet } rbridge-id/slot/port ] show storm-control multicast [ interface { <N>gigabitethernet } rbridge-id/slot/port ] show storm-control unknown-unicast [ interface { <N>gigabitethernet } rbridge-id/slot/port ] | ARISTANDCA_BROCADE01785618 |
| show users | show users [ rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |
| show version | show version [ rbridge-id { rbridge-id | all } ] [ all-partitions ] [ brief ] | ARISTANDCA_BROCADE01785618 |
| show vlan | show vlan [ vlan_id | brief [ provisioned | unprovisioned ] | classifier ] | ARISTANDCA_BROCADE01785618 |
| show vlan private-vlan | show vlan private-vlan | ARISTANDCA_BROCADE01785618 |
| show vrf | show vrf [ vrf-name | detail | interface ] [ rbridge-id { rbridge-id | all } ] | ARISTANDCA_BROCADE01785618 |

| Command | Syntax | Bates |
|---|---|---|
| show vrrp | show vrrp   show vrrp VRID [ detail | summary ] [ rbridge-id { rbridge-id | all } ]   show vrrp detail [ rbridge-id { rbridge-id | all } ]   show vrrp summary [ vrf { vrf-name | all } | rbridge-id { rbridge-id | all } ]   show vrrp summary vrf default-vrf   show vrrp interface { <N>gigabitethernet [ rbridge-id / ] slot/port [ detail | summary ] | ve vlan_id [ detail | summary | rbridge-id ] }   show vrrp rbridge-id { rbridge-id | all } | ARISTANDCA_BROCADE01785618 |
| snmp-server community | snmp-server community *string* [ groupname *group-name* ] [ ipv4-acl *standard-ipv4-acl-name* ] [ ipv6- acl *standard-ipv6-acl-name* ] | ARISTANDCA_BROCADE01785618 |
| snmp-server contact | snmp-server contact *string* | ARISTANDCA_BROCADE01785618 |
| snmp-server enable traps | snmp-server enable trap | ARISTANDCA_BROCADE01785618 |
| snmp-server engineID local | snmp-server engineid local *engine_id* | ARISTANDCA_BROCADE01785618 |
| snmp-server group | snmp-server group *groupname* {v1 | v2c | v3 {auth | noauth | priv}} [read *viewname*] [write *viewname*] [notify *viewname*] | ARISTANDCA_BROCADE01785618 |
| snmp-server host | snmp-server host { ipv4_host | ipv6_host | dns_host } *community_string* [ version { 1 | 2c } ] [ udp- port *port* ] [ severity-level | { none | debug | info | warning | error | critical } ] [ source-interface { loopback*number* |ve *vlan_id* }] [ use-vrf { mgmt-vrf | default-vrf } ] | ARISTANDCA_BROCADE01785618 |
| snmp-server location | snmp-server location *string* | ARISTANDCA_BROCADE01785618 |
| snmp-server user | snmp-server user *username* [ groupname *group-name* ] [ auth { md5 | sha | noauth } ] [ auth- password *string* [ encrypted ] ] [ priv { DES | AES128 | nopriv } ] [ priv-password *string* [ encrypted ] ] [ ipv4-acl *standard-ipv4-acl-name* ] [ ipv6-acl *standard-ipv6-acl-name* ] | ARISTANDCA_BROCADE01785618 |
| snmp-server view | snmp-server view *view-name mib_tree* {included | excluded} | ARISTANDCA_BROCADE01785618 |
| spanning-tree cost | spanning-tree cost *cost* | ARISTANDCA_BROCADE01785618 |
| spanning-tree link-type | spanning-tree link-type [ point-to-point | shared ] | ARISTANDCA_BROCADE01785618 |
| spanning-tree vlan | spanning-tree vlan *vlan_id* | ARISTANDCA_BROCADE01785618 |
| spf-interval | [no] spf-interval <secs> | ARISTANDCA_BROCADE00062898 |
| switchport access vlan | switchport access { vlan *vlan_id* | rspan-vlan *vlan_id* | mac *HHHH.HHHH.HHHH* | mac-group *mac- group-id* } | ARISTANDCA_BROCADE01785618 |
| switchport mode | switchport mode { access | trunk } | ARISTANDCA_BROCADE01785618 |
| switchport port-security | switchport port-security mac-address *address* vlan *vlan_id*   switchport port-security max   switchport port-security oui   switchport port-security shutdown-time   switchport port-security sticky   switchport port-security violation | ARISTANDCA_BROCADE01785618 |
| switchport private-vlan mapping | switchport private-vlan mapping *primary_vlan_ID* [ add | remove ] *secondary_vlan* | ARISTANDCA_BROCADE01785618 |
| switchport trunk allowed vlan | switchport trunk allowed { vlan | rspan-vlan } { add *vlan_id* { ctag { *id* | *ctag - range* } | all | except vlan_id | none | remove vlan_id } | ARISTANDCA_BROCADE01785618 |
| switchport trunk native vlan | switchport trunk native-vlan *vlan_id* [ ctag *id* ] | ARISTANDCA_BROCADE01785618 |
| tacacs-server host | tacacs-server {host *hostname* | source-ip [ *chassis-ip* | *mm-ip* ] } [ port *portnum* ] [ protocol { chap | pap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout secs ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| tacacs-server key | tacacs-server {host *hostname* | source-ip [ *chassis-ip* | *mm-ip* ] } [ port *portnum* ] [ protocol { chap | pap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout secs ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| tacacs-server timeout | tacacs-server {host *hostname* | source-ip [ *chassis-ip* | *mm-ip* ] } [ port *portnum* ] [ protocol { chap | pap } ] [ key shared_secret ] [ encryption-level value_level ] [ timeout secs ] [ retries num ] | ARISTANDCA_BROCADE01785618 |
| terminal length | terminal [ length *number_of_lines* ] [ monitor ] [ timeout *value* ] | ARISTANDCA_BROCADE01785618 |
| terminal monitor | terminal [ length *number_of_lines* ] [ monitor ] [ timeout *value* ] | ARISTANDCA_BROCADE01785618 |
| timers basic (RIP) | [no] timers-basic <update-timer> <aging-timeout-interval> <garbage-collection-timer> | ARISTANDCA_BROCADE01363517<br>ARISTANDCA_BROCADE00062898 |
| timers throttle spf | timers { lsa-group-pacing *interval* | throttle spf *start hold max* } | ARISTANDCA_BROCADE01785618 |