# EXHIBIT 14

# APPENDIX H.DE - Dell Usage of Disputed CLI Commands

| Disputed Cisco Command | Dell Command Syntax | Dell Manual Bates Number |
|---|---|---|
| aaa accounting | aaa accounting {exec | commands | dot1x} {default | list_name} {startstop | stop-only |none} [method1 [method2...]] {radius|tacacs|radius I tacacs|tacacs radius} | DELL-ANETSUB00131695 |
| aaa accounting dot1x | aaa accounting {exec | commands | dot1x} {default | list_name} {start- stop | stop-only |none} [method1 [method2...]] {radius|tacacs|radius tacacs|tacacs radius} | DELL-ANETSUB00131695 |
| aaa authentication login | aaa authentication login {default | list-name} method1 [method2...] | DELL-ANETSUB00131695 |
| aaa authorization config-commands | aaa authorization {commands|exec|network}{default|list-name} method1 [method2] | DELL-ANETSUB00131695 |
| address-family | address-family { ipv4 | ipv6 } | DELL-ANETSUB00131695 |
| aggregate-address | aggregate-address { ipv4-prefix mask | ipv6-prefix/prefix-length } [as-set] [summary-only] | DELL-ANETSUB00131695 |
| area default-cost | area *areaid* default-cost *1-16777215* | DELL-ANETSUB00026077 |
| area default-cost (OSPFv3) | area area-id default-cost cost | DELL-ANETSUB00131695 |
| area nssa | area area-id nssa [no-redistribution] [default-information-originate [metric metric-value] [metric-type metric-type-value]] [no-summary] [translator- role role] [translator-stab-intv interval] | DELL-ANETSUB00131695 |
| area nssa (OSPFv3) | area area-id nssa [no-redistribution] [default-information-originate [metric metric-value] [metric-type metric-type-value]] [no-summary] [translator- role role] [translator-stab-intv interval] | DELL-ANETSUB00131695 |
| area nssa default-information-originate | area area-id nssa [no-redistribution] [default-information-originate [metric metric-value] [metric-type metric-type-value]] [no-summary] [translator- role role] [translator-stab-intv interval] | DELL-ANETSUB00131695 |
| area nssa default-information-originate (OSPFv3) | area area-id nssa [no-redistribution] [default-information-originate [metric metric-value] [metric-type metric-type-value]] [no-summary] [translator- role role] [translator-stab-intv interval] | DELL-ANETSUB00131695 |
| area nssa no-summary | area area-id nssa [no-redistribution] [default-information-originate [metric metric-value] [metric-type metric-type-value]] [no-summary] [translator- role role] [translator-stab-intv interval] | DELL-ANETSUB00131695 |
| area range | area area-id range prefix netmask {summarylink | nssaexternallink} [advertise | not-advertise][cost cost] | DELL-ANETSUB00131695 |
| area range (OSPFv3) | area area-id range prefix netmask {summarylink | nssaexternallink} [advertise | not-advertise][cost cost] | DELL-ANETSUB00131695 |
| area stub | area area-id stub | DELL-ANETSUB00131695 |
| area stub (OSPFv3) | area area-id stub | DELL-ANETSUB00131695 |
| arp timeout | arp timeout integer | DELL-ANETSUB00131695 |
| banner login | banner login Message | DELL-ANETSUB00131695 |
| banner motd | banner motd MESSAGE | DELL-ANETSUB00131695 |
| bgp client-to-client reflection | bgp client-to-client reflection | DELL-ANETSUB00131695 |
| bgp cluster-id | bgp cluster-id cluster-id | DELL-ANETSUB00131695 |
| bgp confederation identifier | bgp confederation identifier *as-number* | DELL-ANETSUB00019535 |
| bgp confederation peers | bgp confederation peers *as-number* [...*as-number*] | DELL-ANETSUB00019535 |
| bgp log-neighbor-changes | bgp log-neighbor-changes | DELL-ANETSUB00131695 |
| boot system | boot system [unit-id][active|backup] | DELL-ANETSUB00131695 |
| channel-group | channel-group port-channel-number mode {on | active} | DELL-ANETSUB00131695 |
| clear arp-cache | clear arp-cache [vrf vrf-name] [gateway] | DELL-ANETSUB00131695 |
| clear counters | clear counters [vrf vrf-name | stack-ports | switchport | interface-id] | DELL-ANETSUB00131695 |
| clear ip bgp | clear ip bgp {* | as-number | ipv4-address | ipv6-address [ interface interface-id ] } [soft [in | out]] | DELL-ANETSUB00131695 |
| clear ipv6 neighbors | clear ipv6 neighbors [vlan vlan-id] | DELL-ANETSUB00131695 |
| clear lldp counters | clear lldp counters interface | DELL-ANETSUB00019535 |
| clear lldp table | clear lldp table [interface-id] | DELL-ANETSUB00114148 |
| clock set | clock set *time month day year* | DELL-ANETSUB00019535 |
| clock timezone | clock timezone *timezone-name offset* | DELL-ANETSUB00019535 |
| default-information originate (OSPF) | default-information originate [always] [metric *metric-value* ] [metric-type *type-value*] | DELL-ANETSUB00019535 |
| default-information originate (OSPFv3) | default-information originate [ always ] | DELL-ANETSUB00131695 |
| default-metric (OSPF) | default-metric *number* | DELL-ANETSUB00019535 |
| default-metric (OSPFv3) | default-metric metric-value | DELL-ANETSUB00131695 |
| distance bgp | distance bgp *external-distance internal-distance local-distance* | DELL-ANETSUB00019535 |
| dot1x port-control | dot1x port-control {force-authorized | auto | force-unauthorized} | DELL-ANETSUB00019535 |
| dot1x reauthentication | dot1x reauthentication [interval *seconds* ] | DELL-ANETSUB00019535 |
| dot1x system-auth-control | dot1x system-auth-control | DELL-ANETSUB00131695 |
| dot1x timeout quiet-period | dot1x timeout quiet-period seconds | DELL-ANETSUB00131695 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod seconds | DELL-ANETSUB00131695 |
| dot1x timeout tx-period | dot1x timeout tx-period seconds | DELL-ANETSUB00131695 |
| interface loopback | interface loopback *number* | DELL-ANETSUB00019535 |
| interface port-channel | interface port-channel *channel-number* | DELL-ANETSUB00019535 |
| interface vlan | interface vlan *vlan-id* | DELL-ANETSUB00019535 |
| ip access-group | ip access-group *access-list-name* {in | out} [implicit-permit] [vlan *vlan-id* ] | DELL-ANETSUB00019535 |
| ip access-list | ip access-list standard *access-list-name* // ip access-list extended *access-list-name* | DELL-ANETSUB00019535 |
| ip address | ip address *ip-address mask* [secondary] | DELL-ANETSUB00019535 |
| ip as-path access-list | ip as-path access-list *as-path-name* | DELL-ANETSUB00019535 |
| ip dhcp snooping | [no] ip dhcp snooping | DELL-ANETSUB00019535 |
| ip dhcp snooping vlan | [no] ip dhcp snooping vlan *name* | DELL-ANETSUB00019535 |
| ip domain lookup | ip domain-lookup | DELL-ANETSUB00131695 |
| ip domain-name | ip domain-name *name* | DELL-ANETSUB00019535 |

# APPENDIX H.DE - Dell Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip helper-address | ip helper-address *ip-address* \| *default-vrf* | DELL-ANETSUB00019535 |
| ip host | ip host *name ip-address* | DELL-ANETSUB00019535 |
| ip igmp last-member-query-count | ip igmp last-member-query-count lmqc | DELL-ANETSUB00131695 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval *milliseconds* | DELL-ANETSUB00019535 |
| ip igmp query-interval | ip igmp query-interval *seconds* | DELL-ANETSUB00019535 |
| ip igmp query-max-response-time | ip igmp query-max-response-time seconds | DELL-ANETSUB00131695 |
| ip igmp snooping | ip igmp snooping enable | DELL-ANETSUB00019535 |
| ip igmp snooping querier | ip igmp snooping querier | DELL-ANETSUB00019535 |
| ip igmp snooping vlan | ip igmp snooping vlan vlan-id mrouter interface interface-id // ip igmp snooping vlan vlan-id last-member-query-interval time // ip igmp snooping vlan vlan-id mcrtexpiretime time // ip igmp snooping vlan vlan-id groupmembership-interval time | DELL-ANETSUB00131695 |
| ip igmp snooping vlan immediate-leave | ip igmp snooping vlan vlan-id immediate-leave | DELL-ANETSUB00131695 |
| ip igmp startup-query-count | ip igmp startup-query-count count | DELL-ANETSUB00131695 |
| ip igmp startup-query-interval | ip igmp startup-query-interval seconds | DELL-ANETSUB00131695 |
| ip igmp version | ip igmp version {2 \| 3} | DELL-ANETSUB00019535 |
| ip msdp default-peer | ip msdp default-peer *peer address* [list *name* ] | DELL-ANETSUB00019535 |
| ip msdp mesh-group | ip msdp mesh-group {*name* } {*peer address* } | DELL-ANETSUB00019535 |
| ip msdp originator-id | ip msdp originator-id {*interface* } | DELL-ANETSUB00019535 |
| ip msdp peer | ip msdp peer *peer address* [connect-source] [description] [sa-limit *number* ] | DELL-ANETSUB00019535 |
| ip msdp sa-filter in | ip msdp sa-filter {in \| out} *peer-address* list [*access-list name* ] | DELL-ANETSUB00019535 |
| ip msdp sa-filter out | ip msdp sa-filter {in \| out} *peer-address* list [*access-list name* ] | DELL-ANETSUB00019535 |
| ip msdp sa-limit | ip msdp sa-limit *number* | DELL-ANETSUB00019535 |
| ip msdp shutdown | ip msdp shutdown {*peer address* } | DELL-ANETSUB00019535 |
| ip name-server | ip name-server *ipv4-address* [*ipv4-address2 ...ipv4-address6* ] | DELL-ANETSUB00019535 |
| ip ospf authentication | ip ospf authentication {none \| {simple key} \| {encrypt key key-id}} | DELL-ANETSUB00131695 |
| ip ospf authentication-key | ip ospf authentication-key [*encryption-type* ] key | DELL-ANETSUB00019535 |
| ip ospf cost | ip ospf cost *cost* | DELL-ANETSUB00019535 |
| ip ospf dead-interval | ip ospf dead-interval *seconds* | DELL-ANETSUB00019535 |
| ip ospf hello-interval | ip ospf hello-interval *seconds* | DELL-ANETSUB00019535 |
| ip ospf network | ip ospf network {broadcast \| point-to-point} | DELL-ANETSUB00019535 |
| ip ospf priority | ip ospf priority *number* | DELL-ANETSUB00019535 |
| ip ospf retransmit-interval | ip ospf retransmit-interval *seconds* | DELL-ANETSUB00019535 |
| ip ospf transmit-delay | ip ospf transmit-delay *seconds* | DELL-ANETSUB00019535 |
| ip pim dr-priority | ip pim dr-priority *priority-value* | DELL-ANETSUB00019535 |
| ip prefix-list | ip prefix-list *prefix-name* | DELL-ANETSUB00019535 |
| ip proxy-arp | ip proxy-arp | DELL-ANETSUB00019535 |
| ip radius source-interface | ip radius source-interface *interface* | DELL-ANETSUB00019535 |
| ip route | ip route vrf {*vrf instance*} *destination mask* {*ip-address* \| *interface* [*ip-address* ]} [*distance* ] [permanent] [tag tag-value] | DELL-ANETSUB00019535 |
| ip routing | ip routing | DELL-ANETSUB00131695 |
| ipv6 access-list | ipv6 access-list *access-list-name* | DELL-ANETSUB00019535 |
| ipv6 address | ipv6 address {*ipv6-address prefix-length* } | DELL-ANETSUB00019535 |
| ipv6 host | ipv6 host *name ip-address* | DELL-ANETSUB00019535 |
| ipv6 nd prefix | ipv6 nd prefix {*ipv6-address /prefix-length* > \| default] [no-advertise] \| [no-autoconfig] [no-rtr-address] [off-link] [lifetime {*valid* \| infinite} {*preferred* \| infinite}] | DELL-ANETSUB00019535 |
| ipv6 neighbor | ipv6 neighbor {*ipv6-address* } {interface *interface* } {*hardware_address* } | DELL-ANETSUB00019535 |
| ipv6 ospf area | ipv6 ospf *process-id* area *area-id* | DELL-ANETSUB00019535 |
| ipv6 ospf cost | ipv6 ospf cost *interface-cost* | DELL-ANETSUB00019535 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval *seconds* | DELL-ANETSUB00019535 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval *seconds* | DELL-ANETSUB00019535 |
| ipv6 ospf priority | ipv6 ospf priority *number* | DELL-ANETSUB00019535 |
| ipv6 prefix-list | ipv6 prefix-list list-name { [seq seq-number] {permit\|deny} ipv6- prefix/prefix-length [ge ge-value] [le le-value] \| description text \| renumber renumber-interval first-statement-number } | DELL-ANETSUB00131695 |
| ipv6 route | ipv6 route *ipv6-address prefix-length* {*interface* \| *ipv6-address* } [*distance* ] [tag *value* ] [permanent] | DELL-ANETSUB00019535 |
| ipv6 router ospf | ipv6 router ospf *process-id* | DELL-ANETSUB00019535 |
| ipv6 unicast-routing | ipv6 unicast-routing | DELL-ANETSUB00019535 |
| isis hello-multiplier | isis hello-multiplier *multiplier* [level-1 \| level-2] | DELL-ANETSUB00019535 |
| isis metric | isis metric *default-metric* [level-1 \| level-2] | DELL-ANETSUB00019535 |
| isis priority | isis priority *value* [level-1 \| level-2] | DELL-ANETSUB00019535 |
| is-type | is-type {level-1 \| level-1-2 \| level-2-only} | DELL-ANETSUB00019535 |
| lacp port-priority | lacp port-priority *priority-value* | DELL-ANETSUB00019535 |
| lacp system-priority | lacp system-priority *priority-value* | DELL-ANETSUB00019535 |
| lldp receive | lldp receive | DELL-ANETSUB00131695 |
| lldp reinit | lldp reinit-delay seconds | DELL-ANETSUB00122372 |
| lldp run | lldp run<br>no lldp run | DELL-ANETSUB00114148 |
| lldp timer | lldp timers [interval *transmit-interval* ] [hold *hold-multiplier* ] [reinit *reinit- delay* ] | DELL-ANETSUB00131695 |
| lldp transmit | lldp transmit | DELL-ANETSUB00131695 |
| log-adjacency-changes | log-adjacency-changes | DELL-ANETSUB00019535 |
| log-adjacency-changes (IS-IS) | log-adjacency-changes | DELL-ANETSUB00019535 |
| log-adjacency-changes (OSPFv3) | log-adjacency-changes | DELL-ANETSUB00019535 |

# APPENDIX H.DE - Dell Usage of Disputed CLI Commands

| Command | Syntax | Reference |
|---|---|---|
| logging host | logging host host_ip_address | DELL-ANETSUB00095249 |
| mac access-group | mac access-group *access-list-name* {in [vlan *vlan-range*] | out} | DELL-ANETSUB00019535 |
| mac access-list | mac access-list standard *mac-list-name* // mac access-list extended *access-list-name* | DELL-ANETSUB00019535 |
| mac-address | mac-address *mac-address* | DELL-ANETSUB00026077 |
| mac-address-table aging-time | mac-address-table aging-time *seconds* | DELL-ANETSUB00019535 |
| mac-address-table static | mac-address-table static *mac-address* output *interface* vlan *vlan-id* | DELL-ANETSUB00019535 |
| maximum-paths | maximum-paths {ebgp | ibgp} *number* // maximum-paths *number* | DELL-ANETSUB00019535 |
| maximum-paths (OSPFv3) | maximum-paths *number* | DELL-ANETSUB00019535 |
| neighbor activate | neighbor [*ip-address* | *peer-group-name*] activate | DELL-ANETSUB00019535 |
| neighbor allowas-in | neighbor {*ip-address* | *peer-group-name*} allowas-in *number* | DELL-ANETSUB00019535 |
| neighbor default-originate | neighbor {*ip-address* | *peer-group-name*} default-originate [route-map *map-name*] | DELL-ANETSUB00019535 |
| neighbor description | neighbor {*ip-address* | *peer-group-name*} description *text* | DELL-ANETSUB00019535 |
| neighbor ebgp-multihop | neighbor {*ipv6-address* | *peer-group-name*} ebgp-multihop [*ttl*] | DELL-ANETSUB00019535 |
| neighbor local-as | neighbor {*ip-address* | *peer-group-name*} local-as *as -number* [no-prepend] | DELL-ANETSUB00019535 |
| neighbor next-hop-self | neighbor {*ip-address* | *peer-group-name*} next-hop-self | DELL-ANETSUB00019535 |
| neighbor password | neighbor {*ip-address* | *peer-group-name*} password [*encryption-type*] *password* | DELL-ANETSUB00019535 |
| neighbor peer-group (assigning members) | neighbor *ip-address* peer-group *peer-group-name* | DELL-ANETSUB00019535 |
| neighbor peer-group (creating) | neighbor *peer-group-name* peer-group | DELL-ANETSUB00019535 |
| neighbor remote-as | neighbor {*ip-address* | *peer-group-name*} remote-as *number* | DELL-ANETSUB00019535 |
| neighbor remove-private-as | neighbor {*ip-address* | *peer-group-name*} remove-private-as | DELL-ANETSUB00019535 |
| neighbor route-map | neighbor {*ip-address* | *peer-group-name*} route-map *map-name* {in | out} | DELL-ANETSUB00019535 |
| neighbor route-reflector-client | neighbor {*ip-address* | *peer-group-name*} route-reflector-client | DELL-ANETSUB00019535 |
| neighbor shutdown | neighbor {*ip-address* | *peer-group-name*} shutdown | DELL-ANETSUB00019535 |
| neighbor timers | neighbor {*ip-address* | *peer-group-name*} timers *keepalive holdtime* | DELL-ANETSUB00019535 |
| neighbor update-source | neighbor {*ip-address* | *peer-group-name*} update-source *interface* | DELL-ANETSUB00019535 |
| neighbor weight | neighbor {*ip-address* | *peer-group-name*} weight *weight* | DELL-ANETSUB00019535 |
| passive-interface | passive-interface *interface* | DELL-ANETSUB00019535 |
| passive-interface (OSPFv3) | passive-interface {default | *interface*} | DELL-ANETSUB00019535 |
| port-channel load-balance | port-channel load-balance {layer-2 | layer-2-3 | layer-2-3-4} | DELL-ANETSUB00122372 |
| private-vlan | [no] private-vlan mode {community | isolated | primary} | DELL-ANETSUB00019535 |
| radius-server deadtime | radius-server deadtime *deadtime* | DELL-ANETSUB00131695 |
| radius-server host | radius-server host {*hostname* | *ipv4-address* | *ipv6-address*} [auth-port *port-number*] [retransmit retries] [timeout seconds] [key [encryption-type] key] | DELL-ANETSUB00019535 |
| radius-server key | radius-server key [*encryption-type*] *key* | DELL-ANETSUB00019535 |
| radius-server retransmit | radius-server retransmit *retries* | DELL-ANETSUB00019535 |
| radius-server timeout | radius-server timeout *seconds* | DELL-ANETSUB00019535 |
| route-map | route-map *map-name* | DELL-ANETSUB00019535 |
| router bgp | router bgp *as-number* | DELL-ANETSUB00019535 |
| router isis | ip router isis [*tag*] // ipv6 router isis [tag] | DELL-ANETSUB00019535 |
| router ospf | router ospf *process-id* [ vrf *{vrf name}*] | DELL-ANETSUB00019535 |
| router rip | router rip | DELL-ANETSUB00019535 |
| router-id | router-id *ip-address* | DELL-ANETSUB00019535 |
| router-id (OSPFv3) | router-id *ip-address* | DELL-ANETSUB00019535 |
| set-overload-bit | set-overload-bit | DELL-ANETSUB00019535 |
| show arp | show arp [vrf *vrf name*] [interface *interface* | ip *ip-address* [*mask*] | macaddress mac-address [mac-address mask]] [cpu {cp | rp1 | rp2}] [static | dynamic] [summary] | DELL-ANETSUB00019535 |
| show bfd neighbors | show bfd neighbors *interface* [detail] | DELL-ANETSUB00019535 |
| show clock | show clock [detail] | DELL-ANETSUB00019535 |
| show dot1q-tunnel | show dot1q-tunnel [ interface interface-id ] | DELL-ANETSUB00131695 |
| show dot1x | show dot1x [interface interface-id [statistics]] | DELL-ANETSUB00131695 |
| show dot1x statistics | show dot1x [interface interface-id [statistics]] | DELL-ANETSUB00131695 |
| show environment all | show environment [all | fan | linecard | linecard-voltage | PEM | RPM | SFM] | DELL-ANETSUB00019535 |
| show hosts | show hosts | DELL-ANETSUB00019535 |
| show interfaces | show interfaces *interface* | DELL-ANETSUB00019535 |
| show interfaces description | show interfaces [*interface*] description | DELL-ANETSUB00019535 |
| show interfaces status | show interfaces [*interface* | linecard *slot-number*] status | DELL-ANETSUB00019535 |
| show interfaces switchport | show interfaces switchport [*interface* [linecard *slot-number*] | stack-unit *unit-id*] | DELL-ANETSUB00019535 |
| show interfaces switchport backup | show interfaces [gigabitethernet | tengigabitethernet] slot/port transceiver   Enter the keyword backup to view the backup interface for this interface. | DELL-ANETSUB00019535 |
| show interfaces transceiver | show interfaces [gigabitethernet | tengigabitethernet] *slot/port* transceiver | DELL-ANETSUB00019535 |
| show inventory | show inventory [media *slot*] | DELL-ANETSUB00019535 |
| show ip access-lists | show ip access-lists [*access-list-name*] [interface *interface*] [in | out] | DELL-ANETSUB00019535 |
| show ip bgp | show ip bgp [*ipv4 unicast*] [*network* [*network-mask*] [longer-prefixes]] | DELL-ANETSUB00019535 |
| show ip bgp community | show ip bgp [*ipv4 unicast*] community [*community-number*] [local-as] [no-export] [no-advertise] | DELL-ANETSUB00019535 |
| show ip bgp neighbors | show ip bgp [ipv4 unicast] neighbors [*ipv4-neighbor-addr* | *ipv6-neighbor-addr*] [advertised-routes | dampened-routes | detail | flap-statistics | routes | {received-routes [*network* [*network-mask*]] | {denied-routes [*network* [*network-mask*]]}} | DELL-ANETSUB00019535 |
| show ip bgp paths | show ip bgp paths [regexp *regular-expression*] | DELL-ANETSUB00019535 |

# APPENDIX H.DE - Dell Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip bgp peer-group | show ip bgp [*ipv4 unicast*] peer-group [*peer-group-name* [detail | summary]] | DELL-ANETSUB00019535 |
| show ip bgp regexp | show ip bgp regexp *regular-expression* [*character*] | DELL-ANETSUB00019535 |
| show ip bgp summary | show ip bgp [*ipv4 unicast*] summary | DELL-ANETSUB00019535 |
| show ip dhcp snooping | show ip dhcp snooping [binding | source-address-validation] | DELL-ANETSUB00019535 |
| show ip helper-address | show ip helper-address [vrf vrf-name][intf-address] | DELL-ANETSUB00131695 |
| show ip igmp groups | show ip igmp groups [*group-address* [detail] | detail | *interface* [*group-address* [detail]]] | DELL-ANETSUB00019535 |
| show ip igmp interface | show ip igmp interface [*interface*] | DELL-ANETSUB00019535 |
| show ip igmp snooping groups | show ip igmp snooping groups [vlan vlan-id] [address ip-multicast-address] | DELL-ANETSUB00131695 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [vlan *number*] | DELL-ANETSUB00019535 |
| show ip interface | show ip interface [*interface* | brief | linecard *slot-number*] [configuration] | DELL-ANETSUB00019535 |
| show ip interface brief | show ip interface [*interface* | brief | linecard *slot-number*] [configuration] | DELL-ANETSUB00019535 |
| show ip ospf | show ip ospf *process-id* [ vrf *vrf name*] | DELL-ANETSUB00019535 |
| show ip ospf interface | show ip ospf *process-id* interface [*interface*] | DELL-ANETSUB00019535 |
| show ip ospf neighbor | show ip ospf *process-id* neighbor | DELL-ANETSUB00019535 |
| show ip pim interface | show ip pim interface | DELL-ANETSUB00019535 |
| show ip pim neighbor | show ip pim neighbor | DELL-ANETSUB00019535 |
| show ip pim rp | show ip pim rp [mapping | *group-address*] | DELL-ANETSUB00019535 |
| show ip rip database | show ip rip database [*ip-address mask*] | DELL-ANETSUB00019535 |
| show ip route | show ip route [*vrf* [*vrf name*] *hostname* | *ip-address* [*mask*] [longer-prefixes] | list *prefix-list* | protocol [process-id | routing-tag] | all | connected | static | summary] | DELL-ANETSUB00019535 |
| show ip route summary | show ip route summary | DELL-ANETSUB00019535 |
| show ipv6 interface | show ipv6 interface *interface* [brief] [configured] [gigabitethernet *slot* / *slot/port*] [linecard *slot-number*] [loopback *interface-number*] [managementethernet *slot/port*] [port-channel *number*] [tengigabitethernet *slot* / *slot/port*] [vlan *vlan-id*] | DELL-ANETSUB00019535 |
| show ipv6 neighbors | show ipv6 neighbors [*ipv6-address*] [cpu {rp1 [*ipv6-address*] | rp2 [*ipv6-address*]}] [interface *interface*] | DELL-ANETSUB00019535 |
| show ipv6 ospf interface | show ipv6 ospf [*interface*] | DELL-ANETSUB00019535 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor [*interface*] | DELL-ANETSUB00019535 |
| show ipv6 route | show ipv6 route [*ipv6-address prefix-length*] [hostname] [all] [bgp as number] [connected] [isis tag] [list prefix-list name] [ospf process-id] [rip] [static] [summary] | DELL-ANETSUB00019535 |
| show ipv6 route summary | show ipv6 route [*ipv6-address prefix-length*] [hostname] [all] [bgp as number] [connected] [isis tag] [list prefix-list name] [ospf process-id] [rip] [static] [summary] | DELL-ANETSUB00019535 |
| show isis database | show isis database [level-1 | level-2] [local] [detail | summary] [*lspid*] | DELL-ANETSUB00019535 |
| show isis interface | show isis interface [*interface*] | DELL-ANETSUB00019535 |
| show lacp counters | show lacp *port-channel-number* [sys-id | counters] | DELL-ANETSUB00019535 |
| show lldp neighbors | show lldp neighbors [*interface*] [detail] | DELL-ANETSUB00019535 |
| show mac access-lists | show mac access-lists [*access-list-name*] [interface *interface*] [in | out] | DELL-ANETSUB00019535 |
| show mac-address-table | show mac-address-table [dynamic | static] [address *mac-address* | interface *interface* | vlan *vlan-id*] [count [vlan *vlan-id*] [interface *interface-type* [*slot[/port*]]]] | DELL-ANETSUB00019535 |
| show mac-address-table aging time | show mac-address-table aging-time [vlan *vlan-id*] | DELL-ANETSUB00019535 |
| show mac-address-table count | show mac-address-table [dynamic | static] [address *mac-address* | interface *interface* | vlan *vlan-id*] [count [vlan *vlan-id*] [interface *interface-type* [*slot[/port*]]]] | DELL-ANETSUB00019535 |
| show monitor session | show monitor session {*session-ID*} | DELL-ANETSUB00019535 |
| show policy-map interface | show policy-map interface {interface-id} {in|out} | DELL-ANETSUB00131695 |
| show port-security | show port-security [ *interface-id* | all | dynamic *interface-id* | static *interface-id* | violation *interface-id*] | DELL-ANETSUB00131695 |
| show privilege | show privilege | DELL-ANETSUB00019535 |
| show qos maps | show qos map [dscp-queue | tcp-port-queue | udp-port-queue] | DELL-ANETSUB00122116 |
| show radius | show radius statistics [accounting | authentication] [{ipaddress | hostname | name servername}] | DELL-ANETSUB00131695 |
| show route-map | show route-map [*map-name*] | DELL-ANETSUB00019535 |
| show snmp | show snmp | DELL-ANETSUB00019535 |
| show snmp engineID | show snmp engineID | DELL-ANETSUB00019535 |
| show spanning-tree | show spanning-tree 0 [active | brief | guard | interface *interface* | root | summary] | DELL-ANETSUB00019535 |
| show spanning-tree blockedports | | DELL-ANETSUB00019535 |
| show spanning-tree interface | show spanning-tree 0 [active | brief | guard | interface *interface* | root | summary] | DELL-ANETSUB00019535 |
| show spanning-tree mst configuration | show spanning-tree mst configuration | DELL-ANETSUB00019535 |
| show storm-control | show storm-control broadcast [*interface*] //show storm-control multicast [interface] // show storm-control unknown-unicast [interface] | DELL-ANETSUB00019535 |
| show tacacs | show tacacs [ip-address] | DELL-ANETSUB00131695 |
| show users | show users [all] | DELL-ANETSUB00019535 |
| show version | show version | DELL-ANETSUB00019535 |
| show vlan | show vlan [brief | id *vlan-id* | name *vlan-name*] | DELL-ANETSUB00019535 |
| show vlan internal usage | show vlan internal usage | DELL-ANETSUB00122372 |
| show vlan private-vlan | show vlan private-vlan [community | interface | isolated | primary | *primary_vlan* | interface *interface*] | DELL-ANETSUB00019535 |

# APPENDIX H.DE - Dell Usage of Disputed CLI Commands

| | | |
|---|---|---|
| snmp-server community | snmp-server community *community-name* {ro | rw} [ipv6 *ipv6-access-list-name* [ipv6 *ipv6-access-list-name* | *access-list-name* | security-name *name* ] | security-name *name* [ipv6 *ipv6-access-list-name* | *access-list-name* | security-name *name* ] | *access-list-name* [ipv6 *ipv6-access-list-name* | *access-list-name* | security-name *name* ]] | DELL-ANETSUB00019535 |
| snmp-server contact | snmp-server contact *text* | DELL-ANETSUB00019535 |
| snmp-server enable traps | snmp-server enable traps [*notification-type* ] [*notification-option* ] | DELL-ANETSUB00019535 |
| snmp-server engineID local | snmp-server engineID [local *engineID* ] [remote *ip-address* udp-port *port-number engineID]* | DELL-ANETSUB00019535 |
| snmp-server engineID remote | snmp-server engineID [local *engineID* ] [remote *ip-address* udp-port *port-number engineID]* | DELL-ANETSUB00019535 |
| snmp-server group | snmp-server group [*group_name* {1 | 2c | 3 {auth | noauth | priv}}] [read *name* ] [write *name* ] [notify *name* ] [*access-list-name* | ipv6 *access-list-name* | *access-list-name* ipv6 *access-list-name* ]] | DELL-ANETSUB00019535 |
| snmp-server host | snmp-server host *ip-address* | *ipv6-address* [traps | informs] [version 1 | 2c | 3] [auth | no auth | priv] [community-string] [udp-port port-number] [notification-type] | DELL-ANETSUB00019535 |
| snmp-server location | snmp-server location *text* | DELL-ANETSUB00019535 |
| snmp-server user | snmp-server user *name* {*group_name* remote *ip-address* udp-port *port-number* } [1 | 2c | 3] [encrypted] [auth {md5 | sha} *auth-password* ] [priv des56 *priv password* ] [*access-list-name* | ipv6 *access-list-name* | *access-list-name* ipv6 *access-list-name* ] | DELL-ANETSUB00019535 |
| snmp-server view | snmp-server view *view-name oid-tree* {included | excluded} | DELL-ANETSUB00019535 |
| spanning-tree bpduguard | spanning-tree bpduguard {enable | disable}<br>no spanning-tree bpduguard | DELL-ANETSUB00114148 |
| spanning-tree cost | spanning-tree [vlan vlan-list] cost cost | DELL-ANETSUB00131695 |
| spanning-tree link-type | spanning-tree link-type {auto | point-to-point | shared} | DELL-ANETSUB00095249 |
| spanning-tree mode | spanning-tree mode {stp | rstp | mst | pvst | rapid-pvst} | DELL-ANETSUB00131695 |
| spanning-tree mst configuration | spanning-tree mst configuration | DELL-ANETSUB00131695 |
| spanning-tree port-priority | spanning-tree [vlan vlan-id] port-priority priority | DELL-ANETSUB00131695 |
| storm-control | storm-control broadcast [*percentage decimal_value* in | out] | [wred-profile name]] [packets_per_second in] // storm-control multicast packets_per_second in // storm-control unknown-unicast [percentage decimal_value [in | out]] | [wred-profile name]] [packets_per_second in] // ….. | DELL-ANETSUB00019535 |
| switchport access vlan | switchport access vlan *vlan-id* | DELL-ANETSUB00122116 |
| switchport backup interface | [no] switchport backup interface {gigabit slot/port | tengigabit slot/port | port-channel number}]. | DELL-ANETSUB00019535 |
| switchport mode | [no] switchport mode private-vlan {host | promiscuous | trunk} | DELL-ANETSUB00019535 |
| switchport private-vlan mapping | switchport private-vlan {host-association primary-vlan-id secondary-vlan-id | mapping primary-vlan-id [add|remove] secondary-vlan-list} | DELL-ANETSUB00131695 |
| switchport trunk allowed vlan | switchport trunk {allowed vlan vlan–list | native vlan vlan–id} | DELL-ANETSUB00131695 |
| switchport trunk native vlan | switchport trunk {allowed vlan vlan–list | native vlan vlan–id} | DELL-ANETSUB00131695 |
| tacacs-server host | tacacs-server host {*hostname* | *ipv4-address* | *ipv6-address* } [port *number* ] [timeout seconds] [key key] | DELL-ANETSUB00019535 |
| tacacs-server key | tacacs-server key [*encryption-type* ] *key* | DELL-ANETSUB00019535 |
| tacacs-server timeout | tacacs-server host {*hostname* | *ipv4-address* | *ipv6-address* } [port *number* ] [timeout seconds] [key key] | DELL-ANETSUB00019535 |
| terminal length | terminal length *screen-length* | DELL-ANETSUB00019535 |
| timers bgp | timers bgp *keepalive holdtime* | DELL-ANETSUB00019535 |
| vrrp delay reload | vrrp delay reload seconds | CSI-CLI-04785577 |