# EXHIBIT 15

# EXHIBIT H.DL - D-Link Usage of Disputed CLI Commands

| Disputed Cisco Command | D-Link Command Syntax | D-Link Manual Bates Number* |
|---|---|---|
| aaa accounting | aaa accounting commands *level* {default | *list-name* } start-stop *method1* [*method2* ...] | ARISTANDCA13247737 |
| aaa authentication login | aaa authentication login {default | *list-name* } *method1* [*method2* ...] | ARISTANDCA13247737 |
| aaa group server radius | aaa group server {radius | tacacs+} *name* | ARISTANDCA13247737 |
| aaa group server tacacs+ | aaa group server {radius | tacacs+} *name* | ARISTANDCA13247737 |
| address-family | address-family ipv4 vrf *vrf-name* // address-family ipv4 [unicast] | ARISTANDCA13247737 |
| area default-cost | area *area-id* default-cost *cost* | ARISTANDCA13247737 |
| area default-cost (OSPFv3) | area *area-id* default-cost *cost* | ARISTANDCA13247737 |
| area nssa | area *area-id* nssa [ no-redistribution] [default-information-originate [metric <*0-16777214* > | metric-type <*1-2* >]] [no-summary] | ARISTANDCA13247737 |
| area nssa (OSPFv3) | area *area-id* nssa [ no-redistribution] [default-information-originate [metric <*0-16777214* > | metric-type <*1-2* >]] [no-summary] | ARISTANDCA13247737 |
| area nssa no-summary | area *area-id* nssa [ no-redistribution] [default-information-originate [metric <*0-16777214* > | metric-type <*1-2* >]] [no-summary] | ARISTANDCA13247737 |
| arp timeout | arp timeout *seconds* | ARISTANDCA13247737 |
| banner login | banner login *c message c* | ARISTANDCA13247737 |
| bfd all-interfaces | bfd all-interfaces | ARISTANDCA13247737 |
| bgp client-to-client reflection | bgp client-to-client reflection | ARISTANDCA13247737 |
| bgp cluster-id | bgp cluster-id *cluster-id* | ARISTANDCA13247737 |
| bgp confederation identifier | bgp confederation identifier *as-number* | ARISTANDCA13247737 |
| bgp confederation peers | bgp confederation peers *as-number* [...*as-number* ] | ARISTANDCA13247737 |
| boot system | boot system *priority* prefix:/[*directory/*]*filename* | ARISTANDCA13247737 |
| channel-group | channel-group *CHANNEL-NO* mode {on | active | passive} | ARISTANDCA13250221 |
| clear arp-cache | clear arp-cache [vrf *vrf_name* | trusted ] [*ip* [*mask* ] ] | interface *interface-name* ] | ARISTANDCA13247737 |
| clear counters | clear counters [*interface-id* ] | ARISTANDCA13247737 |
| clear ip bgp | clear ip bgp {* |ipv4 unicast*address* | as *number* } [[soft] [in | out]] | ARISTANDCA13247737 |
| clear ip igmp group | clear ip igmp [vrf *vrf-name* ] group [*group-address* [ *interface-type interface-number* ] ] | ARISTANDCA13247737 |
| clear ip mroute | clear ip mroute [vrf *vrf-name* ] {* | *group-address* [*source -address* ]} | ARISTANDCA13247737 |
| clear ip nat translation | clear ip nat translation * | ARISTANDCA13245259 |
| clear ipv6 neighbors | clear ipv6 neighbors | ARISTANDCA13247737 |
| clear lldp counters | clear lldp counters [all | interface *INTERFACE-ID* [, | -]] | ARISTANDCA13250221 |
| clear lldp table | clear lldp table {all | interface *INTERFACE-ID* [, | -]} | ARISTANDCA13250221 |
| clear mac-address-table dynamic | clear mac-address-table dynamic [address *mac-addr* ] [interface *interface-id* ] | ARISTANDCA13247737 |
| clock set | clock set *hh:mm:ss month day year* | ARISTANDCA13247737 |
| clock timezone | clock timezone {+ | -}*HOURS-OFFSET* [*MINUTES-OFFSET* ] | ARISTANDCA13250221 |
| default-information originate (OSPF) | area *area-id* nssa [ no-redistribution] [default-information-originate [metric <*0-16777214* > | metric-type <*1-2* >]] [no-summary] | ARISTANDCA13247737 |
| default-information originate (OSPFv3) | area *area-id* nssa [ no-redistribution] [default-information-originate [metric <*0-16777214* > | metric-type <*1-2* >]] [no-summary] | ARISTANDCA13247737 |
| default-metric (OSPF) | default-metric *metric* | ARISTANDCA13247737 |
| default-metric (OSPFv3) | default-metric *metric* | ARISTANDCA13247737 |
| distance bgp | distance bgp *external-distance internal-distance local-distance* | ARISTANDCA13247737 |
| dot1x pae authenticator | dot1x pae authenticator | ARISTANDCA13250221 |
| dot1x port-control | dot1x port-control auto | ARISTANDCA13247737 |
| dot1x reauthentication | [no] dot1x re-authentication | ARISTANDCA13247737 |
| dot1x system-auth-control | dot1x system-auth-control | ARISTANDCA13250221 |
| dot1x timeout quiet-period | dot1x timeout quiet-period *seconds* | ARISTANDCA13247737 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod *seconds* | ARISTANDCA13247737 |
| dot1x timeout tx-period | dot1x timeout tx-period *seconds* | ARISTANDCA13247737 |
| errdisable recovery cause | errdisable recovery cause {all | psecure-violation | storm-control | bpdu-protect | arp-rate | dhcp-rate | loopback-detect | l2pt-guard} [interval *SECONDS* ] | ARISTANDCA13250221 |
| interface ethernet | interface ethernet slot/port | ARISTANDCA13245259 |
| interface loopback | interface loopback number | ARISTANDCA13245259 |
| interface port-channel | interface port-channel port-channel-number<br>no interface port-channel | ARISTANDCA13245936<br>ARISTANDCA13250221 |
| interface vlan | interface vlan *vlan-id* | ARISTANDCA13247737 |
| ip access-group | ip access-group {*id* |*name* } {in|out} [unreflect | reflect] | ARISTANDCA13247737 |
| ip access-list | ip access-list {extended | standard} {*id* |*name* } | ARISTANDCA13247737 |
| ip access-list standard | ip access-list {extended | standard} {*id* |*name* } | ARISTANDCA13247737 |
| ip address | ip address *ip-address network-mask* [ secondary ] | [ gateway *ip-address* ] | ARISTANDCA13247737 |
| ip as-path access-list | ip as-path access-list *path-list-num* {permit | deny} | ARISTANDCA13247737 |
| ip community-list expanded | ip community-list {[standard | expanded] *community-list-name* | *community-number* } {permit | deny} [*community-number* ] | ARISTANDCA13247737 |
| ip community-list standard | ip community-list {[standard | expanded] *community-list-name* | *community-number* } {permit | deny} [*community-number* ] | ARISTANDCA13247737 |
| ip dhcp smart-relay | ip dhcp smart-relay | ARISTANDCA13251549 |
| ip dhcp snooping | [no] ip dhcp snooping | ARISTANDCA13247737 |
| ip dhcp snooping information option | [no] ip dhcp snooping information option [standard-format] | ARISTANDCA13247737 |

# EXHIBIT H.DL - D-Link Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip dhcp snooping vlan | [no] ip dhcp snooping vlan {vlan-rng  | {vlan-min  [vlan-max ]}} | ARISTANDCA13247737 |
| ip domain lookup | ip domain-lookup | ARISTANDCA13247737 |
| ip extcommunity-list expanded | ip extcommunity-list {expanded-list  | expanded list-name  } {permit | deny} [regular-expression] | ARISTANDCA13247737 |
| ip extcommunity-list standard | ip extcommunity-list {standard-list  | standard list-name  } {permit | deny} [rt value ] [soo value ] | ARISTANDCA13247737 |
| ip helper-address | [no] ip helper-address [vrf vrf-name ]A.B.C. | ARISTANDCA13247737 |
| ip host | ip host host-name ip-address | ARISTANDCA13247737 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval interval | ARISTANDCA13247737 |
| ip igmp query-interval | ip igmp query-interval seconds | ARISTANDCA13247737 |
| ip igmp query-max-response-time | ip igmp query-max-response-time seconds | ARISTANDCA13247737 |
| ip igmp snooping | ip igmp snooping | ARISTANDCA13247737 |
| ip igmp snooping querier | ip igmp snooping querier | ARISTANDCA13247737 |
| ip igmp static-group | ip igmp static-group group-address | ARISTANDCA13247737 |
| ip igmp version | ip igmp version {1 | 2 | 3} | ARISTANDCA13247737 |
| ip local-proxy-arp | ip local-proxy-arp | ARISTANDCA13250221 |
| ip multicast boundary | ip multicast boundary access-list | ARISTANDCA13247737 |
| ip multicast-routing | ip multicast-routing [vrf vrf-name ] | ARISTANDCA13247737 |
| ip name-server | ip name-server {ip-address | ipv6-address} | ARISTANDCA13247737 |
| ip nat pool | ip nat pool name start-ip end-ip netmask | ARISTANDCA13245259 |
| ip nat translation tcp-timeout | ip nat translation tcp-timeout seconds | ARISTANDCA13245259 |
| ip nat translation udp-timeout | ip nat translation udp-timeout seconds | ARISTANDCA13245259 |
| ip ospf authentication | ip ospf authentication [message-digest | null] | ARISTANDCA13247737 |
| ip ospf authentication-key | ip ospf authentication-key key | ARISTANDCA13247737 |
| ip ospf cost | ip ospf cost cost | ARISTANDCA13247737 |
| ip ospf dead-interval | ip ospf dead-interval seconds | ARISTANDCA13247737 |
| ip ospf hello-interval | ip ospf hello-interval seconds | ARISTANDCA13247737 |
| ip ospf message-digest-key | ip ospf message-digest-key key-id  md5 key | ARISTANDCA13247737 |
| ip ospf network | ip ospf network {broadcast | non-broadcast | point-to-multipoint [non-broadcast]| point-to-point} | ARISTANDCA13247737 |
| ip ospf priority | ip ospf priority priority | ARISTANDCA13247737 |
| ip pim bsr-candidate | ip pim [ vrf vrf-name ]bsr-candidate interface-type interface-number  [hash-mask-length ] [priority-value ] | ARISTANDCA13247737 |
| ip pim dr-priority | ip pim dr-priority priority-value | ARISTANDCA13247737 |
| ip pim query-interval | ip pim query-interface interval-seconds | ARISTANDCA13247737 |
| ip pim rp-address | ip pim [ vrf vrf-name ] rp-address rp-address [access_list] | ARISTANDCA13247737 |
| ip pim rp-candidate | ip pim [ vrf vrf-name ] rp-candidate interface-type interface-number  [priority priority-value ] [interval interval-seconds ] [group-list access_ list ] | ARISTANDCA13247737 |
| ip pim sparse-mode | ip pim sparse-mode | ARISTANDCA13247737 |
| ip pim spt-threshold | ip pim [ vrf vrf-name ] spt-threshold [group-list access_list ] | ARISTANDCA13247737 |
| ip pim ssm range | ip pim [ vrf vrf-name ] ssm {default |  range access_list } | ARISTANDCA13247737 |
| ip prefix-list | ip prefix-list prefix-list-name  [ seq seq-number ] { deny | permit } ip-prefix  [ge minimum-prefix-length ][ le maximum-prefix- length ] | ARISTANDCA13247737 |
| ip proxy-arp | ip proxy-arp | ARISTANDCA13247737 |
| ip radius source-interface | ip radius source-interface interface | ARISTANDCA13247737 |
| ip route | ip route [vrf vrf_name ] network net-mask  {ip-address  | interface  [ip-address ]} [distance ] [tag tag ] [permanent] [weight number ] [disable | enable] | ARISTANDCA13247737 |
| ip routing | ip routing | ARISTANDCA13247737 |
| ip tacacs source-interface | ip tacacs source-interface interface | ARISTANDCA13247737 |
| ipv6 access-list | ipv6 access-list name | ARISTANDCA13247737 |
| ipv6 address | ipv6 address ipv6-address/prefix-length   ipv6 address ipv6-prefix/prefix-length eui-64     ipv6 address prefix-name sub-bits/prefix-length [eui-64] | ARISTANDCA13247737 |
| ipv6 dhcp relay destination | show ipv6 dhcp relay destination { all | interface interface-type interface-number } | ARISTANDCA13247737 |
| ipv6 enable | no ipv6 enable | ARISTANDCA13247737 |
| ipv6 access-group | ipv6 access-group {NAME  | NUMBER } [in] | ARISTANDCA13251549 |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | ARISTANDCA13247737 |
| ipv6 nd ns-interval | ipv6 nd ns-interval milliseconds | ARISTANDCA13247737 |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | ARISTANDCA13247737 |
| ipv6 nd prefix | ipv6 nd prefix {ipv6-prefix /prefix-length  | default }[ [ valid-lifetime preferred-lifetime ] | [ at valid-date preferred-date ] | [infinite | preferred-lifetime ] ] [no-advertise] | [[ off-link ] [ no-autoconfig ]] | ARISTANDCA13247737 |
| ipv6 nd ra interval | ipv6 nd ra-interval {seconds |  min-max min_value max_value } | ARISTANDCA13247737 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime seconds | ARISTANDCA13247737 |
| ipv6 nd reachable-time | ipv6 nd reachable-time milliseconds | ARISTANDCA13247737 |
| ipv6 neighbor | ipv6 neighbor ipv6-address interface-id hardware-address | ARISTANDCA13247737 |
| ipv6 ospf area | ipv6 ospf process-id  area area-id  [instance instance-id ] | ARISTANDCA13247737 |
| ipv6 ospf cost | ipv6 ospf cost cost [instance instance-id] | ARISTANDCA13247737 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval seconds  [instance instance-id ] | ARISTANDCA13247737 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval seconds  [instance instance-id ] | ARISTANDCA13247737 |
| ipv6 ospf priority | ipv6 ospf priority number-value  [instance instance-id ] | ARISTANDCA13247737 |
| ipv6 ospf retransmit- interval | ipv6 ospf retransmit-interval seconds  [instance instance-id ] | ARISTANDCA13247737 |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay seconds  [instance instance-id ] | ARISTANDCA13247737 |

# EXHIBIT H.DL - D-Link Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ipv6 route | ipv6 route *ipv6-prefix* /*prefix-length* {*ipv6-address* \| *interface-id* [*ipv6-address*] } [*distance*] [weight *number*] | ARISTANDCA13247737 |
| ipv6 router ospf | ipv6 router ospf [*process-id*] | ARISTANDCA13247737 |
| lacp port-priority | lacp port-priority *port-priority* | ARISTANDCA13247737 |
| lacp system-priority | lacp system-priority *system-priority* | ARISTANDCA13247737 |
| lldp receive | lldp receive | ARISTANDCA13251549 |
| lldp reinit | lldp reinit *SECONDS* | ARISTANDCA13251549 |
| lldp run | lldp run | ARISTANDCA13251549 |
| lldp timer | lldp timers [interval <interval-seconds>] [hold <hold-value>] [reinit <reinit-seconds>] | ARISTANDCA13252251 ARISTANDCA13246835 |
| lldp tlv-select | lldp tlv-select [port-description \| system-capabilities \| system-description \| system-name] | ARISTANDCA13251549 |
| lldp transmit | lldp transmit | ARISTANDCA13251549 |
| logging host | logging host <ipaddr> [<port>][<severitylevel>] | ARISTANDCA13246835 |
| mac access-group | mac access-group {*id* \| *name* }{in \| out} | ARISTANDCA13247737 |
| mac-address-table aging-time | mac-address-table aging-time *seconds* | ARISTANDCA13247737 |
| mac-address-table static | mac-address-table static *mac-addr* vlan *vlan-id* interface *interface-id* | ARISTANDCA13247737 |
| maximum-paths | maximum-paths *number* | ARISTANDCA13247737 |
| maximum-paths (OSPFv3) | maximum-paths *number* | ARISTANDCA13247737 |
| neighbor activate | neighbor {*peer-address* \| *peer-group-name* } activate | ARISTANDCA13247737 |
| neighbor allowas-in | neighbor {*peer-address* \| *peer-group-name* } allowas-in number | ARISTANDCA13247737 |
| neighbor default-originate | neighbor {*peer-address* \| *peer-group-name* } default-originate [route-map *map-tag*] | ARISTANDCA13247737 |
| neighbor description | neighbor {*peer-address* \| *peer-group-name* } description *text* | ARISTANDCA13247737 |
| neighbor ebgp-multihop | neighbor {*peer-address* \| *peer-group-name* } ebgp-multihop [*ttl*] | ARISTANDCA13247737 |
| neighbor next-hop-self | neighbor {*peer-address* \| *peer-group-name* } next-hop-self | ARISTANDCA13247737 |
| neighbor password | neighbor {*peer-address* \| *peer-group-name* } password [0 \| 7 ]*string* | ARISTANDCA13247737 |
| neighbor peer-group (assigning members) | neighbor *peer-address* peer-group *peer-group-name* | ARISTANDCA13247737 |
| neighbor peer-group (creating) | neighbor *peer-group-name* peer-group | ARISTANDCA13247737 |
| neighbor remote-as | neighbor {*peer-address* \| *peer-group-name* } remote-as *as-number* | ARISTANDCA13247737 |
| neighbor remove-private-as | neighbor {*peer-address* \| *peer-group-name* } remove-private-as | ARISTANDCA13247737 |
| neighbor route-map | neighbor {*peer-address* \|*peer-group-name* } route-map *map-tag* {in \| out} | ARISTANDCA13247737 |
| neighbor route-reflector-client | neighbor {*ip-address* \| *peer-group-name* } route-reflector-client | ARISTANDCA13247737 |
| neighbor send-community | neighbor {*peer-address* \| *peer-group-name* } send-community [both \| standard \| extended] | ARISTANDCA13247737 |
| neighbor shutdown | neighbor {*peer-address* / *peer-group-name* } shutdown | ARISTANDCA13247737 |
| neighbor soft-reconfiguration | neighbor {*peer-address* \| *peer-group-name* } soft-reconfiguration inbound | ARISTANDCA13247737 |
| neighbor timers | neighbor [*peer-address* \| *peer-group-name* ] timers *keepalive holdtime* | ARISTANDCA13247737 |
| neighbor update-source | neighbor {*peer-address* \| *peer-group-name* } update-source *interface-type interface-index* | ARISTANDCA13247737 |
| neighbor weight | neighbor {*ip-address* \|*peer-group-name*} weight *number* | ARISTANDCA13247737 |
| network area | network *ip-address wildcard* area *area-id* | ARISTANDCA13247737 |
| no snmp-server | no snmp-server | ARISTANDCA13247737 |
| passive-interface | passive-interface {default \| *interface-type interface-num* } | ARISTANDCA13247737 |
| passive-interface (OSPFv3) | passive-interface {default \| *interface-type interface-num* } | ARISTANDCA13247737 |
| passive-interface default | passive-interface {default \| *interface-type interface-num* } | ARISTANDCA13247737 |
| port-channel load-balance | port-channel load-balance {dst-ip \| dst-mac \| src-dst-ip \| src-dst-mac \| src-ip \| src-mac} | ARISTANDCA13251549 |
| private-vlan | private-vlan {community \| isolated \| primary} | ARISTANDCA13247737 |
| radius-server deadtime | radius-server deadtime *minnutes* | ARISTANDCA13247737 |
| radius-server host | radius-server host { *ipv4-address* \| *ipv6-address* } [auth-port *port-number* ] [acct-port *port-number* ] [test username *name* [idle-time *time* ] [ignore-auth-port] [ignore-acct-port]] | ARISTANDCA13247737 |
| route-map | route-map *route-map-name* [permit \| deny] [*sequence-number* ] | ARISTANDCA13247737 |
| router bgp | router bgp *as-number* | ARISTANDCA13247737 |
| show arp | show arp [[vrf *vrf-name* ] [trusted] *ip* [*mask* ] \| static \| complete \| incomplete \| mac-address ] | ARISTANDCA13247737 |
| show bfd neighbors | show bfd neighbors [vrf vrf-name] [client { bgp \| ospf \| rip \| vrrp \| static-route \| vrrp-balance \| ldp-lsp \| static-lsp \| backward-lsp-with-ip \| pst}] [ipv4 ip-address \| ipv6 ip-adess] [details] | ARISTANDCA13247737 |
| show clock | show clock [slots \| devices \| module] | ARISTANDCA13247737 |
| show dot1q-tunnel | show dot1q-tunnel [interface *intf-id* ] | ARISTANDCA13247737 |
| show dot1x | show dot1x | ARISTANDCA13247737 |
| show dot1x statistics | show dot1x statistics [interface *INTERFACE-ID* [, \| -]] | ARISTANDCA13251549 |
| show environment power | show environment [fan \| power \| temperature] | ARISTANDCA13251549 |
| show environment temperature | show environment [fan \| power \| temperature] | ARISTANDCA13251549 |
| show hosts | show hosts | ARISTANDCA13247737 |
| show interfaces | show interfaces | ARISTANDCA13247737 |
| show interfaces status | show interfaces [*INTERFACE-ID* [,\|-]] status | ARISTANDCA13251549 |
| show interfaces switchport | show interfaces switchport | ARISTANDCA13247737 |
| show interfaces switchport backup | show interfaces switchport backup detail | ARISTANDCA13247737 |
| show interfaces transceiver | show interfaces [*INTERFACE-ID* [,\|-] transceiver [detail] | ARISTANDCA13251549 |
| show ip access-lists | show ip access-list | ARISTANDCA13247737 |
| show ip arp | show ip arp | ARISTANDCA13247737 |

# EXHIBIT H.DL - D-Link Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip bgp | show ip bgp [{*network* \| *network-mask* }] [longer-prefixes] | ARISTANDCA13247737 |
| show ip bgp community | show ip bgp community | ARISTANDCA13245259 |
| show ip bgp neighbors | show ip bgp neighbors | ARISTANDCA13247737 |
| show ip bgp paths | show ip bgp paths | ARISTANDCA13245259 |
| show ip bgp peer-group | show ip bgp peer-group | ARISTANDCA13247737 |
| show ip bgp regexp | show ip bgp regexp regular-expression | ARISTANDCA13245259 |
| show ip bgp summary | show ip bgp summary | ARISTANDCA13247737 |
| show ip community-list | show ip community-list [*community-list-number* \| *community-list-name* ] | ARISTANDCA13247737 |
| show ip dhcp snooping | show ip dhcp snooping | ARISTANDCA13247737 |
| show ip extcommunity-list | show ip extcommunity-list [*extcommunity-list-num*\| *extcommunity-list-name* ] | ARISTANDCA13247737 |
| show ip helper-address | show ip helper-address <interface> | ARISTANDCA13247171 |
| show ip igmp groups | show ip igmp [vrf vrf-name] groups [group-address \| interface-type interface-number] [detail] | ARISTANDCA13247737 |
| show ip igmp interface | show ip igmp [vrf vrf-name] interface [interface-type interface-number] | ARISTANDCA13247737 |
| show ip igmp snooping | show ip igmp snooping [gda-table \| interfaces \| mdevice /  statistics [vlan *vlan-id* ] ] | ARISTANDCA13247737 |
| show ip igmp snooping groups | show ip igmp snooping groups [vlan *VLAN-ID*  \| *IP-ADDRESS* ] | ARISTANDCA13251549 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [vlan *VLAN-ID* ] | ARISTANDCA13251549 |
| show ip interface | show ip interface [ *interface-type interface-number*  \| brief] | ARISTANDCA13247737 |
| show ip interface brief | show ip interface [ *interface-type interface-number*  \| brief] | ARISTANDCA13247737 |
| show ip mroute | show ip mroute [vrf *vrf-name* ] [*group-or-source-address*  [ *group-or-source-address*  ]] [dense \| sparse ] [summary \| count ] | ARISTANDCA13247737 |
| show ip mroute count | show ip mroute [vrf *vrf-name* ] [*group-or-source-address*  [ *group-or-source-address*  ]] [dense \| sparse ] [summary \| count ] | ARISTANDCA13247737 |
| show ip nat translations | show ip nat translations [verbose] | ARISTANDCA13245259 |
| show ip ospf border-routers | show ip ospf [*process-id* ] border-mrouters | ARISTANDCA13247737 |
| show ip ospf database database-summary | show ip ospf [process-id area-id]database [database-summary] | ARISTANDCA13247737 |
| show ip ospf interface | show ip ospf interface [*interface-type interface-number* ] | ARISTANDCA13247737 |
| show ip ospf neighbor | show ip ospf [*process-id* ] neighbor [[detail] \| [[*interface-type interface-number* ] [*neighbor-id* ]]] | ARISTANDCA13247737 |
| show ip pim interface | show ip pim interface [dense-mode \| sparse-mode \| sparse-dense-mode] [*INTERFACE-ID* ] [detail] | ARISTANDCA13250221 |
| show ip pim neighbor | show ip pim neighbor [*INTERFACE-ID* ] | ARISTANDCA13250221 |
| show ip pim rp-hash | show ip pim rp-hash GROUP-ADDRESS | ARISTANDCA13250221 |
| show ip prefix-list | show ip prefix-list [*prefix-name* ] | ARISTANDCA13247737 |
| show ip rip database | show ip rip database [vrf *vrf-name* ] [*network-number*  {*network-mask*}] | ARISTANDCA13247737 |
| show ip route | show ip route [[vrf *vrf_name* ] [*network*  [*mask* ] \| count \| *protocol*  [*process-id* ] \| weight ]] | ARISTANDCA13247737 |
| show ip route summary | show ip route [vrf *vrf_name* ] summary | ARISTANDCA13247737 |
| show ipv6 interface | show ipv6 interface [interface-id] [ra-info] | ARISTANDCA13247737 |
| show ipv6 neighbors | show ipv6 neighbors [verbose] [*interface-id* ] [*ipv6-address* ] | ARISTANDCA13247737 |
| show ipv6 ospf | show ipv6 ospf [*process-id* ] | ARISTANDCA13247737 |
| show ipv6 ospf border-routers | show ip ospf [*process-id* ] border-mrouters | ARISTANDCA13247737 |
| show ipv6 ospf interface | show ipv6 ospf interface [*interface -type interface-number* ] | ARISTANDCA13247737 |
| show ipv6 ospf neighbor | show ipv6 ospf [*process- id* ] neighbor [interface-type interface-number [detail]\| neighbor-id [detail] | ARISTANDCA13247737 |
| show ipv6 prefix-list | show ipv6 prefix-list [prefix-name] | ARISTANDCA13247737 |
| show ipv6 route | show ipv6 route [static \| local \| connected ] | ARISTANDCA13247737 |
| show ipv6 route summary | show ipv6 route summary | ARISTANDCA13247737 |
| show lldp | show lldp | ARISTANDCA13250221 |
| show lldp traffic | show lldp traffic | ARISTANDCA13250221 |
| show mac access-lists | show mac access-lists [name] | ARISTANDCA13247171 |
| show mac-address-table | show mac-address-table [address *mac-addr* ] [interface *interface-id* ] [ vlan *vlan-id* ] | ARISTANDCA13247737 |
| show mac-address-table aging time | show mac-address-table aging-time | ARISTANDCA13247737 |
| show mac-address-table count | show mac-address-table count | ARISTANDCA13247737 |
| show monitor session | show monitor session | ARISTANDCA13247737 |
| show ntp status | show ntp status | ARISTANDCA13247737 |
| show policy-map interface | show policy-map interface *INTERFACE-ID* | ARISTANDCA13250221 |
| show port-security | show port-security [address] [interface *interface-id* ] [all] | ARISTANDCA13247737 |
| show port-security address | show port-security [address] [interface *interface-id* ] [all] | ARISTANDCA13247737 |
| show port-security interface | show port-security [address] [interface *interface-id* ] [all] | ARISTANDCA13247737 |
| show privilege | show privilege | ARISTANDCA13250221 |
| show ptp clock | show ptp clock | ARISTANDCA13252251 |
| show radius | show radius parameter // show radius server // show radius vendor-specific | ARISTANDCA13247737 |
| show reload | show reload | ARISTANDCA13247737 |
| show route-map | show route-map [*ROUTE-MAP-NAME* ] | ARISTANDCA13250221 |
| show snmp | show snmp [mib \| user \| view \| group \| host ] | ARISTANDCA13247737 |
| show snmp community | show snmp community {<community_string 32>} | ARISTANDCA13252251 |
| show snmp engineID | show snmp engineID | ARISTANDCA13252251 |
| show snmp group | show snmp [mib \| user \| view \| group \| host ] | ARISTANDCA13247737 |
| show snmp host | show snmp [mib \| user \| view \| group \| host ] | ARISTANDCA13247737 |

# EXHIBIT H.DL - D-Link Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show snmp mib | show snmp [mib \| user \| view \| group \| host] | ARISTANDCA13247737 |
| show snmp user | show snmp [mib \| user \| view \| group \| host] | ARISTANDCA13247737 |
| show snmp view | show snmp [mib \| user \| view \| group \| host] | ARISTANDCA13247737 |
| show spanning-tree | show spanning-tree [summary \|forward-time \| hello-time \| max-age \| inconsistentports \| tx-hold-count \| pathcost method \| max_hops] | ARISTANDCA13247737 |
| show spanning-tree blockedports | show spanning-tree [ethernet interface -number\| port-channel port-channel-number] [instance instance-id]<br>show spanning-tree [detail] [active \| blockedports] [instance instance-id]<br>show spanning-tree mst-configuration | ARISTANDCA13245936 |
| show spanning-tree interface | show spanning-tree interface interface-id [{bpdufilter \| portfast \| bpduguard \| link-type } ] | ARISTANDCA13247737 |
| show spanning-tree mst | show spanning-tree mst | ARISTANDCA13247737 |
| show spanning-tree mst configuration | show spanning-tree mst configuration | ARISTANDCA13247737 |
| show spanning-tree mst interface | show spanning-tree mst interface *interface-id* | ARISTANDCA13247737 |
| show storm-control | show storm-control [*interface-id*] | ARISTANDCA13247737 |
| show tacacs | show tacacs | ARISTANDCA13247737 |
| show users | show users | ARISTANDCA13250221 |
| show version | show clock [slots \| devices\| module] | ARISTANDCA13247737 |
| show vlan | show vlan [id *vlan-id* ] | ARISTANDCA13247737 |
| show vlan internal usage | show vlan internal usage | ARISTANDCA13245936 |
| show vlan private-vlan | show vlan private-vlan [community \| primary \| isolated] | ARISTANDCA13247737 |
| show vrf | show vrf [brief] [vrf-name] // show vrf ipv4 [vrf-name]  // show vrf ipv6 [vrf-name] // show vrf detail [vrf-name] | ARISTANDCA13247737 |
| snmp-server chassis-id | snmp-server chassis-id *text* | ARISTANDCA13247737 |
| snmp-server community | snmp-server community *string*  [view *view-name*] [[ro \| rw] [host *ipaddr*] [ipv6 *ipv6-aclname* ] [*aclnum* ] [*aclname* ] | ARISTANDCA13247737 |
| snmp-server contact | snmp-server contactTT *text* | ARISTANDCA13247737 |
| snmp-server enable traps | snmp-server enable traps [snmp ] | ARISTANDCA13247737 |
| snmp-server engineID local | snmp-server engineID local *ENGINEID-STRING* | ARISTANDCA13250221 |
| snmp-server group | snmp-server group *groupname*  {v1 \| v2c \| v3 {auth \| noauth \| priv}} [read *readview* ][write *writeview* ] [access {[ipv6 ipv6_aclname] [*aclnum* \|*aclname* ] *num*\|*name*}] | ARISTANDCA13247737 |
| snmp-server host | snmp-server host {*host-addr* \| ipv6 *ipv6-addr* } [vrf *vrfname* ] [traps] [version {1 \| 2c \| 3 [auth \| noauth \| priv]] *community-string*  [udp-port *port-num* ][*notification-type* ] | ARISTANDCA13247737 |
| snmp-server location | nmp-server locationTT *text* TT | ARISTANDCA13247737 |
| snmp-server user | snmp-server user *username groupname*  {v1 \| v2c \| v3 [encrypted] [auth {md5 \| sha]} *auth-password*  ] [priv des56 *priv-password* ]} [access {[ipv6 ipv6_aclname ][*aclnum*  \| *aclname* }] ] | ARISTANDCA13247737 |
| snmp-server view | snmp-server view *view-name*  oid-tree {include \| exclude} | ARISTANDCA13247737 |
| spanning-tree bpdufilter | spanning-tree bpdufilter [enabled \| disabled] | ARISTANDCA13247737 |
| spanning-tree bpduguard | spanning-tree bpduguard [enabled \| disabled] | ARISTANDCA13247737 |
| spanning-tree cost | | ARISTANDCA13247737 |
| spanning-tree link-type | spanning-tree link-type [point-to-point \| shared] | ARISTANDCA13247737 |
| spanning-tree loopguard default | spanning-tree loopguard default | ARISTANDCA13247737 |
| spanning-tree mode | spanning-tree mode [stp \| rstp \| mstp] | ARISTANDCA13247737 |
| spanning-tree mst configuration | spanning-tree mst configuration | ARISTANDCA13247737 |
| spanning-tree portfast bpdufilter default | spanning-tree portfast bpdufilter default | ARISTANDCA13247737 |
| spanning-tree portfast bpduguard default | spanning-tree portfast bpduguard default | ARISTANDCA13247737 |
| spanning-tree port-priority | spanning-tree port-priority *PRIORITY* | ARISTANDCA13250221 |
| storm-control | storm-control {broadcast \| multicast \| unicast} [{level *percent* \| pps *packets* \|*rate-bps* }] | ARISTANDCA13247737 |
| switchport access vlan | switchport access vlan *vlan-id* | ARISTANDCA13247737 |
| switchport mode | switchport mode {access \| trunk} | ARISTANDCA13247737 |
| switchport port-security | switchport port-security [violation {protect \| restrict \| shutdown}] | ARISTANDCA13247737 |
| switchport port-security maximum | switchport port-security maximum *value* | ARISTANDCA13247737 |
| switchport private-vlan mapping | switchport private-vlan mapping *p_vid*  {*svlist* \|add *svist*  \|remove *svlist* } | ARISTANDCA13247737 |
| switchport trunk allowed vlan | switchport trunk {allowed vlan {all \| [add \| remove \| except] *vlan-list*  }\| native vlan *vlan-id* } | ARISTANDCA13247737 |
| switchport trunk native vlan | switchport trunk {allowed vlan {all \| [add \| remove \| except] *vlan-list*  }\| native vlan *vlan-id* } | ARISTANDCA13247737 |
| switchport vlan mapping | switchport vlan mapping original-vlan *ORIGINAL-VLAN*  [, \| -] {[*ORIGINAL-INNER-VLAN* ] resultant–vlan *RESULTANT-VLAN*  [*RESULTANT-INNER-VLAN* ] \| dot1q-tunnel *DOT1Q-TUNNEL- VLAN* } [priority *COS-VALUE* ] | ARISTANDCA13250221 |
| tacacs-server host | tacacs-server host {*ip-address* \| *ipv6-address* } [port *integer* ] [timout *integer* ] [key *string* ] | ARISTANDCA13247737 |
| tacacs-server key | tacacs-server key [*0*  \| *7* ] *string* | ARISTANDCA13247737 |
| tacacs-server timeout | tacacs-server timeout *seconds* | ARISTANDCA13247737 |
| terminal length | terminal length default *NUMBER* | ARISTANDCA13250221 |
| timers basic (RIP) | timers basic *update invalid flush* | ARISTANDCA13247737 |
| timers bgp | timers bgp *keepalive holetime* | ARISTANDCA13247737 |
| timers lsa arrival | timers lsa arrival *arrival-time* | ARISTANDCA13247737 |
| timers throttle lsa all | timers throttle lsa all *delay-time hold-time max-wait-time* | ARISTANDCA13247737 |
| timers throttle spf | timers throttle spf *spf-delay spf-holdtime spf-max-waittime* | ARISTANDCA13247737 |
| vrf definition | vrf definition | ARISTANDCA13247737 |

# EXHIBIT H.DL - D-Link Usage of Disputed CLI Commands

| | | |
|---|---|---|
| vrrp authentication | vrrp *group* authentication *string* | ARISTANDCA13247737 |
| vrrp ip | vrrp *group* ip *ipaddress* [secondary] | ARISTANDCA13247737 |
| vrrp preempt | vrrp *group* preempt [delay *seconds* ] | ARISTANDCA13247737 |
| vrrp timers advertise | vrrp *group* timers advertise *interval* | ARISTANDCA13247737 |

**\* Due to late D-Link document production, the Bates Numbers for D-Link produced documents will be provided in a supplement.**