# EXHIBIT 16

# APPENDIX H.EC - Edge-Core Usage of Disputed CLI Commands

| Disputed Cisco Command | Edge-Core Command Syntax | Edge-Core Manual Bates Number |
|---|---|---|
| aaa accounting | aaa accounting commands level {default | method-name} start-stop group {tacacs+ | server-group} | EC004411 |
| aaa accounting dot1x | aaa accounting dot1x {default | method-name} start-stop group {radius | tacacs+ | server-group} | EC004411 |
| aaa authentication login | authentication login {[local] [radius] [tacacs]} | EC004411 |
| aaa group server radius | [no] aaa group server {radius | tacacs+} group-name | EC004411 |
| aaa group server tacacs+ | [no] aaa group server {radius | tacacs+} group-name | EC004411 |
| address-family | address-family {ipv4 | ipv6} | EC000499 |
| aggregate-address | [no] aggregate-address ip-address netmask [as-set] [summary only] | EC004411 |
| area default-cost | area area-id default-cost cost | EC004411 |
| area default-cost (OSPFv3) | area area-id default-cost cost | EC004411 |
| area nssa | [no] area area-id nssa [translator-role [candidate | never | always]] | [no-redistribution] | [no-summary] | [default-information-originate [metric metric-value | metric-type type-value]] | EC004411 |
| area nssa (OSPFv3) | [no] area area-id nssa [translator-role [candidate | never | always]] | [no-redistribution] | [no-summary] | [default-information-originate [metric metric-value | metric-type type-value]] | EC004411 |
| area nssa default-information-originate | [no] area area-id nssa [translator-role [candidate | never | always]] | [no-redistribution] | [no-summary] | [default-information-originate [metric metric-value | metric-type type-value]] | EC004411 |
| area nssa default-information-originate (OSPFv3) | [no] area area-id nssa [translator-role [candidate | never | always]] | [no-redistribution] | [no-summary] | [default-information-originate [metric metric-value | metric-type type-value]] | EC004411 |
| area nssa no-summary | [no] area area-id nssa [translator-role [candidate | never | always]] | [no-redistribution] | [no-summary] | [default-information-originate [metric metric-value | metric-type type-value]] | EC004411 |
| area range | [no] area area-id range ipv6-prefix/prefix-length {advertise | not-advertise} | EC004411 |
| area range (OSPFv3) | [no] area area-id range ipv6-prefix/prefix-length {advertise | not-advertise} | EC004411 |
| area stub | [no] area area-id stub [no-summary] | EC004411 |
| area stub (OSPFv3) | [no] area area-id stub [no-summary] | EC004411 |
| arp timeout | arp timeout seconds | EC004411 |
| bgp log-neighbor-changes | bgp log-neighbor-changes | EC004411 |
| boot system | boot system [unit:] {boot-rom | config | opcode}: filename | EC004411 |
| clear arp-cache | clear arp-cache | EC004411 |
| clear counters | clear counters interface | EC004411 |
| clear ip bgp | clear ip bgp { * | as-number | external | peer-group group-name | neighbor-address} [in [prefix-list] | out | soft [in | out]] | EC004411 |
| clear ip ospf neighbor | clear ip ospf neighbor [neighbor-id] | EC000499 |
| clear ipv6 neighbors | clear ipv6 neighbors | EC004411 |
| clear mac-address-table dynamic | clear mac-address-table dynamic | EC004411 |
| clock set | clock set hh:mm:ss | EC000001 |
| clock timezone | clock timezone name hour hours minute minutes {before-utc | after-utc} | EC004411 |
| default-information originate (OSPF) | [no] default-information originate | EC004411 |
| default-information originate (OSPFv3) | [no] default-information originate | EC004411 |
| default-metric (OSPF) | default-metric metric-value | EC004411 |
| default-metric (OSPFv3) | default-metric metric-value | EC004411 |
| distance bgp | distance bgp ebgp-distance ibgp-distance local-distance | EC004411 |
| dot1x pae authenticator | dot1x pae {supplicant | authenticator} | EC000499 |
| dot1x port-control | dot1x port-control {auto | force-authorized | force-unauthorized} | EC004411 |
| dot1x reauthentication | [no] dot1x re-authentication | EC004411 |
| dot1x system-auth-control | [no] dot1x system-auth-control | EC004411 |
| dot1x timeout quiet-period | dot1x timeout quiet-period seconds | EC004411 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod seconds | EC004411 |
| dot1x timeout tx-period | dot1x timeout tx-period seconds | EC004411 |
| interface ethernet | [no] interface interface<br> interface<br>  ethernet unit/port-list<br>   unit - Unit identifier. (Range: 1-8)<br>   port-list - Physical port number or list of port numbers.<br>   Separate nonconsecutive port numbers with a comma and no<br>   spaces; or use a hyphen to designate a range of port numbers.<br>   (Range: 1-28/52)<br>   port-channel channel-id (Range: 1-16) | EC004411 |
| interface loopback | interface loopback id | EC000001 |
| interface port-channel | [no] interface interface<br> interface<br>  ethernet unit/port-list<br>   unit - Unit identifier. (Range: 1-8)<br>   port-list - Physical port number or list of port numbers.<br>   Separate nonconsecutive port numbers with a comma and no<br>   spaces; or use a hyphen to designate a range of port numbers.<br>   (Range: 1-28/52)<br>   port-channel channel-id (Range: 1-16) | EC004411 |

# APPENDIX H.EC - Edge-Core Usage of Disputed CLI Commands

| | | |
|---|---|---|
| interface vlan | [no] interface interface<br>  interface<br>    ethernet unit/port-list<br>      unit - Unit identifier. (Range: 1-8)<br>      port-list - Physical port number or list of port numbers.<br>      Separate nonconsecutive port numbers with a comma and no<br>      spaces; or use a hyphen to designate a range of port numbers.<br>      (Range: 1-28/52)<br>    port-channel channel-id (Range: 1-16) | EC004411 |
| ip access-group | ip access-group acl-name in [time-range time-range-name] [counter] | EC004411 |
| ip access-list | ip access-list name | EC000001 |
| ip address | ip address {ip-address netmask [secondary] [default-gateway ip-address] | bootp | dhcp} | EC004411 |
| ip dhcp snooping | [no] ip dhcp snooping | EC004411 |
| ip dhcp snooping information option | ip dhcp snooping information option [encode no-subtype] [remote-id {ip-address [encode {ascii | hex}] | mac-address [encode {ascii | hex}] | string string}] | EC004411 |
| ip dhcp snooping vlan | no] ip dhcp snooping vlan vlan-id | EC004411 |
| ip domain lookup | [no] ip domain-list name | EC004411 |
| ip domain-name | ip domain-name name | EC004411 |
| ip helper-address | [no] ip helper-address ip-address | EC004411 |
| ip host | [no] ip host name address | EC004411 |
| ip igmp snooping | [no] ip igmp snooping [vlan vlan-id] | EC004411 |
| ip igmp snooping querier | [no] ip igmp snooping querier | EC004411 |
| ip igmp snooping vlan immediate-leave | ip igmp snooping vlan vlan-id immediate-leave [by-host-ip] | EC004411 |
| ip igmp snooping vlan mrouter | [no] ip igmp snooping vlan vlan-id mrouter interface | EC004411 |
| ip igmp snooping vlan static | ip igmp snooping vlan vlan-id query-resp-intvl interval | EC004411 |
| ip name-server | [no] ip name-server server-address1 [server-address2 ...server-address6] | EC004411 |
| ip ospf authentication | ip ospf [ip-address] authentication [message-digest | null] | EC004411 |
| ip ospf cost | ip ospf [ip-address] cost cost | EC004411 |
| ip ospf dead-interval | ip ospf [ip-address] dead-interval seconds | EC004411 |
| ip ospf hello-interval | ip ospf [ip-address] hello-interval seconds | EC004411 |
| ip ospf network | ip ospf network {broadcast | point-to-point} | EC000499 |
| ip ospf priority | ip ospf [ip-address] priority priority | EC004411 |
| ip ospf retransmit-interval | ip ospf [ip-address] retransmit-interval seconds | EC004411 |
| ip ospf transmit-delay | ip ospf [ip-address] transmit-delay seconds | EC004411 |
| ip route | ip route destination-ip netmask next-hop [distance] | EC004411 |
| ip routing | ip routing | EC004411 |
| ipv6 access-group | ipv6 access-group acl-name in [time-range time-range-name] [counter] | EC004411 |
| ipv6 access-list | ipv6 access-list name | EC000001 |
| ipv6 address | [no] ipv6 address ipv6-address[/prefix-length] | EC004411 |
| ipv6 dhcp relay destination | [no] ipv6 dhcp relay destination {ipv6-address | multicast {all | vlan vlan-id}} | EC004411 |
| ipv6 enable | [no] ipv6 enable | EC004411 |
| ipv6 host | [no] ipv6 host name ipv6-address | EC004411 |
| ipv6 nd managed-config-flag | [no] ipv6 nd managed-config-flag | EC004411 |
| ipv6 nd ns-interval | ipv6 nd ns-interval milliseconds | EC004411 |
| ipv6 nd other-config-flag | [no] ipv6 nd other-config-flag | EC004411 |
| ipv6 nd prefix | ipv6 nd prefix ipv6-address/prefix-length {default | [valid-lifetime preferred-lifetime [no-autoconfig | off-link]]} | EC004411 |
| ipv6 nd ra interval | ipv6 nd ra interval minimum-interval [maximum-interval] | EC004411 |
| ipv6 nd ra lifetime | ipv6 nd ra lifetime lifetime | EC004411 |
| ipv6 nd reachable-time | ipv6 nd reachable-time milliseconds | EC004411 |
| ipv6 nd router-preference | ipv6 nd router-preference {low | medium | high} | EC000499 |
| ipv6 ospf area | ipv6 ospf area 0-4294967295 | EC000499 |
| ipv6 ospf cost | ipv6 ospf cost cost [instance-id instance-id] | EC004411 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval seconds [instance-id instance-id] | EC004411 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval seconds [instance-id instance-id] | EC004411 |
| ipv6 ospf network | ipv6 ospf network {broadcast | point-to-point} | EC000499 |
| ipv6 ospf priority | ipv6 ospf priority priority [instance-id instance-id] | EC004411 |
| ipv6 ospf retransmit-interval | ipv6 ospf retransmit-interval seconds [instance-id instance-id] | EC004411 |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay seconds [instance-id instance-id] | EC004411 |
| ipv6 route | [no] ipv6 route destination-ipv6-address/prefix-length {gateway-address [distance] | link-local-address%zone-id [distance]} | EC004411 |
| ipv6 router ospf | [no] router ipv6 ospf [tag process-name] | EC004411 |
| ipv6 unicast-routing | ipv6 unicast-routing | EC000499 |
| lacp port-priority | lacp {actor | partner} port-priority priority | EC004411 |
| lacp system-priority | lacp {actor | partner} system-priority priority | EC004411 |
| lldp receive | lldp receive | EC000001 |
| lldp transmit | lldp transmit | EC000001 |
| log-adjacency-changes | log-adjacency-changes [detail] | EC000499 |
| logging host | logging host host-ip-address [port udp-port] | EC004411 |
| mac access-group | mac access-group acl-name in [time-range time-range-name] [counter] | EC004411 |
| mac-address-table aging-time | mac-address-table aging-time seconds | EC004411 |
| mac-address-table static | mac-address-table static mac-address interface interface vlan vlan-id [action] | EC004411 |
| maximum-paths | maximum-paths path-count | EC004411 |

# APPENDIX H.EC - Edge-Core Usage of Disputed CLI Commands

| | | |
|---|---|---|
| maximum-paths (OSPFv3) | maximum-paths path-count | EC004411 |
| neighbor activate | [no] neighbor {ip-address \| group-name} activate | EC004411 |
| neighbor default-originate | neighbor {ip-address \| group-name} default-originate [route-map map-name] | EC004411 |
| neighbor description | neighbor {ip-address \| group-name} description description | EC004411 |
| neighbor next-hop-self | [no] neighbor {ip-address \| group-name} next-hop-self | EC004411 |
| neighbor password | neighbor {ip-address \| group-name} password | EC004411 |
| neighbor remote-as | neighbor {ip-address \| group-name} remote-as as-number | EC004411 |
| neighbor route-map | neighbor {ip-address \| group-name} route-map map-name {in \| out} | EC004411 |
| neighbor send-community | [no] neighbor {ip-address \| group-name} send-community [both \| extended \| standard] | EC004411 |
| neighbor shutdown | [no] neighbor {ip-address \| group-name} shutdown | EC004411 |
| neighbor timers | [no] neighbor {ip-address \| group-name} timers keepalive-time hold-time | EC004411 |
| neighbor update-source | [no] neighbor {ip-address \| group-name} update-source interface vlan vlan-id | EC004411 |
| network area | [no] network ip-address netmask area area-id | EC004411 |
| no snmp-server | [no] snmp-server | EC004411 |
| ntp authenticate | [no] ntp authenticate | EC004411 |
| ntp authentication-key | ntp authentication-key number md5 key | EC004411 |
| ntp server | ntp server ip-address [key key-number] | EC004411 |
| passive-interface | [no] passive-interface vlan vlan-id<br>[no] passive-interface vlan vlan-id [ip-address]<br>[no] passive-interface vlan vlan-id [ipv6-address] | EC004411 |
| passive-interface (OSPFv3) | [no] passive-interface vlan vlan-id<br>[no] passive-interface vlan vlan-id [ip-address]<br>[no] passive-interface vlan vlan-id [ipv6-address] | EC004411 |
| passive-interface default | passive-interface default | EC000499 |
| port-channel load-balance | port channel load-balance {dst-ip \| dst-mac \| src-dst-ip \| src-dst-mac \| src-ip \| src-mac} | EC004411 |
| port-channel min-links | port-channel min-links 1-8 | EC000001 |
| priority-flow-control mode | priority-flow-control mode {on \| off} | EC000001 |
| radius-server host | [no] radius-server index host host-ip-address [acct-port acct-port] [authport auth-port] [key key] [retransmit retransmit] [timeout timeout] | EC004411 |
| radius-server key | radius-server key key-string | EC004411 |
| radius-server retransmit | radius-server retransmit number-of-retries | EC004411 |
| radius-server timeout | radius-server timeout number-of-seconds | EC004411 |
| route-map | [no] route-map map-name {deny \| permit} sequence-number | EC004411 |
| router bgp | [no] router bgp as-number | EC004411 |
| router ospf | [no] router ospf [process-id] | EC004411 |
| router-id | router-id ip-address | EC004411 |
| router-id (OSPFv3) | router-id ip-address | EC004411 |
| show arp | show arp | EC004411 |
| show clock | show clock | EC000001 |
| show dot1q-tunnel | show dot1q-tunnel [interface interface [service svid] \| service [svid]] | EC004411 |
| show dot1x | show dot1x [statistics] [interface interface]<br>   statistics - Displays dot1x status for each port.<br>   interface<br>      ethernet unit/port<br>         unit - Unit identifier. (Range: 1-8)<br>         port - Port number. (Range: 1-28/52) | EC004411 |
| show dot1x statistics | show dot1x [statistics] [interface interface]<br>   statistics - Displays dot1x status for each port.<br>   interface<br>      ethernet unit/port<br>         unit - Unit identifier. (Range: 1-8)<br>         port - Port number. (Range: 1-28/52) | EC004411 |
| show hosts | show hosts | EC004411 |
| show interfaces status | show interfaces status [interface] | EC004411 |
| show interfaces switchport | show interfaces switchport [interface] | EC004411 |
| show interfaces transceiver | show interfaces transceiver [interface] | EC004411 |
| show ip access-lists | show ip access-lists [accesslistnumber \| name] | EC000001 |
| show ip bgp | show ip bgp ip-address [netmask [longer-prefixes]] | EC004411 |
| show ip bgp community | show ip bgp community [{[AA:NN] [internet] [local-as] [no-advertise] [no-export]} [exact-match]] | EC004411 |
| show ip bgp neighbors | show ip bgp neighbors [ip-address [advertised-routes \| received prefix-filter \| received-routes \| routes]] | EC004411 |
| show ip bgp summary | show ip bgp summary | EC004411 |
| show ip dhcp snooping | show ip dhcp snooping | EC004411 |
| show ip helper-address | [no] ip helper-address ip-address<br><br>show ip helper | EC004411 |
| show ip igmp snooping | show ip igmp snooping [vlan vlan-id] | EC004411 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [vlan vlan-id] | EC004411 |
| show ip interface | show ip interface | EC004411 |
| show ip interface brief | show ip interface brief | EC000499 |
| show ip ospf | show ip ospf [process-id] | EC004411 |
| show ip ospf database database-summary | show ip ospf database database-summary | EC000499 |
| show ip ospf interface | show ip ospf interface [vlan vlan-id] | EC004411 |
| show ip ospf neighbor | show ip ospf [process-id] neighbor | EC004411 |

| Command | Syntax | ID |
|---|---|---|
| show ip route | show ip route [bgp \| connected \| database \| ospf \| rip \| static \| summary] | EC004411 |
| show ip route summary | show ip route summary | EC004411 |
| show ipv6 access-list | show ipv6 access-list {standard \| extended} [acl-name] | EC004411 |
| show ipv6 interface | show ipv6 interface [brief [vlan vlan-id [ipv6-prefix/prefix length]]] | EC004411 |
| show ipv6 neighbors | show ipv6 neighbors [vlan vlan-id \| ipv6-address] | EC004411 |
| show ipv6 ospf | show ipv6 ospf | EC004411 |
| show ipv6 ospf interface | show ipv6 ospf interface [vlan vlan-id] | EC004411 |
| show ipv6 ospf neighbor | show ipv6 ospf [tag process-id] neighbor | EC004411 |
| show ipv6 route | show ipv6 route [ipv6-address[/prefix-length] database \| interface [vlan vlan-id] \| local \| ospf \| static] | EC004411 |
| show ipv6 route summary | show ipv6 route [{ipv6-address [protocol] \| {{ipv6-prefix/ipv6-prefix-length \| slot/port \| vlan 1-4093} [protocol] \| protocol \| summary} [all] \| all}] | EC000499 |
| show lacp counters | show lacp [port-channel] {counters \| internal \| neighbors \| sys-id} | EC004411 |
| show lldp | show lldp | EC000001 |
| show mac access-lists | show mac access-list [acl-name] | EC004411 |
| show mac-address-table | show mac-address-table [address mac-address [mask]] [interface interface] [vlan vlan-id] [sort {address \| vlan \| interface}] | EC004411 |
| show mac-address-table aging time | show mac-address-table aging-time | EC004411 |
| show mac-address-table count | show mac-address-table count [interface interface] | EC004411 |
| show monitor session | show monitor session session-id | EC000001 |
| show policy-map interface | show policy-map interface interface input | EC004411 |
| show port-security | show port security [interface interface] | EC004411 |
| show port-security interface | show port security [interface interface] | EC004411 |
| show privilege | show privilege [command] | EC004411 |
| show qos maps | show qos map cos-dscp interface interface | EC004411 |
| show reload | show reload | EC004411 |
| show snmp | show snmp | EC004411 |
| show snmp engineID | show snmp engine-id | EC004411 |
| show snmp group | show snmp group | EC004411 |
| show snmp source-interface | show snmp source-interface | EC000001 |
| show snmp user | show snmp user | EC004411 |
| show snmp view | show snmp view | EC004411 |
| show spanning-tree | show spanning-tree [interface \| mst instance-id \| brief \| stp-enabled-only] | EC004411 |
| show spanning-tree mst configuration | show spanning-tree mst configuration | EC004411 |
| show storm-control | show storm-control [all \| slot/port] | EC000001 |
| show users | show users | EC004411 |
| show version | show version | EC004411 |
| show vlan | show vlan [id vlan-id \| name vlan-name] | EC004411 |
| show vlan internal usage | show vlan internal usage | EC000001 |
| snmp-server community | snmp-server community string [ro \| rw] | EC004411 |
| snmp-server contact | snmp-server contact string | EC004411 |
| snmp-server enable traps | [no] snmp-server enable traps [authentication \| link-up-down \| ethernet cfm \| mac-notification [interval seconds]] | EC004411 |
| snmp-server engineID local | snmp-server engine-id {local \| remote {ip-address}} engineid-string | EC004411 |
| snmp-server engineID remote | snmp-server engine-id {local \| remote {ip-address}} engineid-string | EC004411 |
| snmp-server group | snmp-server group groupname {v1 \| v2c \| v3 {auth \| noauth \| priv}} [read readview] [write writeview] [notify notifyview] | EC004411 |
| snmp-server host | snmp-server host host-addr [inform [retry retries \| timeout seconds]] community-string [version {1 \| 2c \| 3 {auth \| noauth \| priv} [udp-port port]}] | EC004411 |
| snmp-server location | snmp-server location text | EC004411 |
| snmp-server user | snmp-server user username groupname {v1 \| v2c \| v3 [encrypted] [auth {md5 \| sha} auth-password [priv des56 priv-password]] | EC004411 |
| snmp-server view | snmp-server view view-name oid-tree {included \| excluded} | EC004411 |
| spanning-tree bpdufilter | [no] spanning-tree bpdu-filter | EC004411 |
| spanning-tree bpduguard | spanning-tree bpdu-guard [auto-recovery [interval interval]] | EC004411 |
| spanning-tree cost | spanning-tree cost cost | EC004411 |
| spanning-tree guard | spanning-tree guard {none \| root \| loop} | EC000001 |
| spanning-tree link-type | spanning-tree link-type {auto \| point-to-point \| shared} | EC004411 |
| spanning-tree mode | spanning-tree mode {stp \| rstp \| mstp} | EC004411 |
| spanning-tree mst configuration | spanning-tree mst configuration | EC004411 |
| spanning-tree port-priority | spanning-tree port-priority | EC004411 |
| switchport mode | switchport mode {access \| hybrid \| trunk} | EC004411 |
| tacacs-server host | tacacs-server index host host-ip-address [key key] [port port-number] [retransmit retransmit] [timeout timeout] | EC004411 |
| tacacs-server key | tacacs-server key key-string | EC004411 |
| tacacs-server timeout | tacacs-server timeout number-of-seconds | EC004411 |
| terminal length | terminal {escape-character {ASCII-number \| character} \| history [size size] \| length length \| terminal-type {ansi-bbs \| vt-100 \| vt-102} \| width width} | EC004411 |
| timers bgp | timers bgp keepalive-time hold-time | EC004411 |
| vlan internal allocation policy | vlan internal allocation {base vlan-id \| policy ascending \| policy decending} | EC000499 |