# EXHIBIT 17

# APPENDIX H.ER - Ericsson Usage of Disputed CLI Commands

| Disputed Cisco Command | Ericsson Command Syntax | Ericsson Manual Bates Number |
|---|---|---|
| area default-cost | area <area-id> default-cost <cost> | ARISTANDCA13256136 |
| area nssa | [no] area <area-id> nssa [no-redistribution] [default- information-originate] | ARISTANDCA13256136 |
| area nssa default-information-originate | [no] area <area-id> nssa [no-redistribution] [default- information-originate] | ARISTANDCA13256136 |
| area range | [no] area <area-id> range <ip-address> <netmask> [advertise \| not-advertise] | ARISTANDCA13256136 |
| area stub | [no] area <area-id> stub [summary] | ARISTANDCA13256136 |
| arp timeout | arp timeout <seconds> | ARISTANDCA13257362 |
| boot system | boot system {boot-rom\| config \| opcode}: <filename> | ARISTANDCA13256136 |
| channel-group | channel-group <channel-id> | ARISTANDCA13256136 |
| clear arp-cache | clear arp-cache | ARISTANDCA13256136 |
| clear counters | clear counters <interface> | ARISTANDCA13256136 |
| clear ip igmp group | clear ip igmp group [<group-address> \| interface vlan <vlan-id>] | ARISTANDCA13256136 |
| clear mac-address-table dynamic | clear mac-address-table dynamic | ARISTANDCA13256136 |
| clear spanning-tree counters | clear spanning-tree counters | ARISTANDCA13257362 |
| clock set | clock set hh:mm:ss day month year | ARISTANDCA13257362 |
| clock timezone | clock timezone <name> hour <hours> minute <minutes> {before-utc \| after-utc} | ARISTANDCA13256136 |
| default-information originate (OSPF) | default-information originate [always] [metric <interface-metric>] [metric-type <metric-type>] | ARISTANDCA13256136 |
| dot1x port-control | dot1x port-control {auto \| force-authorized \| force- unauthorized} | ARISTANDCA13256136 |
| dot1x reauthentication | [no] dot1x re-authentication | ARISTANDCA13256136 |
| dot1x system-auth-control | [no] dot1x system-auth-control | ARISTANDCA13256136 |
| dot1x timeout quiet-period | dot1x timeout quiet-period <seconds> | ARISTANDCA13256136 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod <seconds> | ARISTANDCA13256136 |
| dot1x timeout tx-period | dot1x timeout tx-period <seconds> | ARISTANDCA13256136 |
| flowcontrol receive | flowcontrol { send \| receive} { on \| off } | ARISTANDCA13257362 |
| flowcontrol send | flowcontrol { send \| receive} { on \| off } | ARISTANDCA13257362 |
| interface ethernet | interface {gigabitetherne t\|fastethernet} <interface-id> | ARISTANDCA13257362 |
| interface port-channel | interface port- channel <port- channel-id> | ARISTANDCA13257362 |
| interface vlan | interface vlan <interface-id> | ARISTANDCA13257362 |
| ip access-group | [no] ip access-group <acl_name> {in \| out} | ARISTANDCA13256136 |
| ip address | ip address {<ip-address> <netmask> \| bootp \| dhcp} [secondary] | ARISTANDCA13256136 |
| ip domain lookup | [no] ip domain-lookup | ARISTANDCA13256136 |
| ip domain-name | ip domain-name <name> | ARISTANDCA13256136 |
| ip host | [no] ip host <name> <address1> [<address2> ... <address8>] | ARISTANDCA13256136 |
| ip igmp last-member-query-interval | ip igmp last-memb-query-interval <seconds> | ARISTANDCA13256136 |
| ip igmp query-interval | ip igmp query-interval <seconds> | ARISTANDCA13256136 |
| ip igmp snooping | [no] ip igmp snooping | ARISTANDCA13256136 |
| ip igmp snooping querier | [no] ip igmp snooping querier | ARISTANDCA13256136 |
| ip igmp snooping vlan mrouter | [no] ip igmp snooping vlan <vlan-id> mrouter <interface> | ARISTANDCA13256136 |
| ip igmp snooping vlan static | [no] ip igmp snooping vlan <vlan-id> static <ip-address> <interface> | ARISTANDCA13256136 |
| ip igmp version | ip igmp snooping version {1 \| 2 \| 3} | ARISTANDCA13256136 |
| ip multicast-routing | [no] ip multicast-routing | ARISTANDCA13256136 |
| ip name-server | [no] ip name-server <server-address1> [<server-address2> ... <server-address6>] | ARISTANDCA13256136 |
| ip ospf authentication | ip ospf authentication [message-digest \| null] | ARISTANDCA13256136 |
| ip ospf authentication-key | ip ospf authentication-key <key> | ARISTANDCA13256136 |
| ip ospf cost | ip ospf cost <cost> | ARISTANDCA13256136 |
| ip ospf dead-interval | ip ospf dead-interval <seconds> | ARISTANDCA13256136 |
| ip ospf hello-interval | ip ospf hello-interval <seconds> | ARISTANDCA13256136 |
| ip ospf message-digest-key | ip ospf message-digest-key <key-id> md5 <key> | ARISTANDCA13256136 |
| ip ospf priority | ip ospf priority <priority> | ARISTANDCA13256136 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <seconds> | ARISTANDCA13256136 |
| ip ospf transmit-delay | ip ospf transmit-delay <seconds> | ARISTANDCA13256136 |
| ip pim bsr-candidate | ip pim bsr-candidate vlan <vlan-id> [hash-mask-length <hash-mask-length>] [priority <priority>] | ARISTANDCA13256136 |
| ip pim dr-priority | ip pim dr-priority <priority-value> | ARISTANDCA13256136 |
| ip pim rp-address | ip pim rp-address <rp-address> [<group-address mask>] [override] | ARISTANDCA13256136 |
| ip pim rp-candidate | ip pim rp-candidate vlan <vlan-id> [<group-address mask>] [priority <priority>] | ARISTANDCA13256136 |
| ip pim sparse-mode | [no] ip pim sparse-mode | ARISTANDCA13256136 |
| ip pim spt-threshold | [no] ip pim spt-threshold infinity [<group-address mask>] | ARISTANDCA13256136 |
| ip proxy-arp | [no] ip proxy-arp | ARISTANDCA13256136 |
| ip route | ip route {<destination-ip> <netmask> \| default} {gateway} [metric <metric>] | ARISTANDCA13256136 |
| ip routing | [no] ip routing | ARISTANDCA13256136 |
| lacp port-priority | lacp {actor \| partner} port-priority <priority> | ARISTANDCA13256136 |
| lacp system-priority | lacp {actor \| partner} system-priority <priority> | ARISTANDCA13256136 |
| logging host | [no] logging host <host_ip_address> | ARISTANDCA13256136 |
| mac access-group | [no] mac access-group <acl_name> {in \| out} | ARISTANDCA13256136 |
| mac-address | mac-address <mac-address> | ARISTANDCA13256136 |

# APPENDIX H.ER - Ericsson Usage of Disputed CLI Commands

| | | |
|---|---|---|
| mac-address-table aging-time | mac-address-table aging-time <seconds> | ARISTANDCA13256136 |
| mac-address-table static | mac-address-table static <mac-address> interface <interface> vlan <vlan-id> [action] | ARISTANDCA13256136 |
| network area | [no] network <ip-address> <netmask> area <area-id> | ARISTANDCA13256136 |
| no snmp-server | [no] snmp-server | ARISTANDCA13256136 |
| port-channel load-balance | port-channel load-balance {src-mac \| dest-mac \| src- dest-mac\| src-ip \| dest-ip \| src-dest-ip } [ <port- channel-id>] | ARISTANDCA13257362 |
| private-vlan | private-vlan <vlan-id> {primary \| isolated} | ARISTANDCA13256136 |
| radius-server host | [no] radius-server <index> host {<host_ip_address> \| <host_alias>} [auth-port <auth_port>] [timeout <timeout>] [retransmit <retransmit>] [key <key>] | ARISTANDCA13256136 |
| radius-server key | [no] radius-server <index> host {<host_ip_address> \| <host_alias>} [auth-port <auth_port>] [timeout <timeout>] [retransmit <retransmit>] [key <key>] | ARISTANDCA13256136 |
| radius-server retransmit | [no] radius-server <index> host {<host_ip_address> \| <host_alias>} [auth-port <auth_port>] [timeout <timeout>] [retransmit <retransmit>] [key <key>] | ARISTANDCA13256136 |
| radius-server timeout | [no] radius-server <index> host {<host_ip_address> \| <host_alias>} [auth-port <auth_port>] [timeout <timeout>] [retransmit <retransmit>] [key <key>] | ARISTANDCA13256136 |
| router ospf | [no] router ospf | ARISTANDCA13256136 |
| router rip | [no] router rip | ARISTANDCA13256136 |
| router-id | router-id <ip-address> | ARISTANDCA13256136 |
| show arp | show arp | ARISTANDCA13256136 |
| show clock | show clock | ARISTANDCA13257362 |
| show dot1q-tunnel | show dot1q-tunnel | ARISTANDCA13256136 |
| show dot1x | show dot1x [statistics] [interface <interface>] | ARISTANDCA13256136 |
| show dot1x statistics | show dot1x [statistics] [interface <interface>] | ARISTANDCA13256136 |
| show etherchannel | show etherchannel [[<port-channel-id>] { detail \| load- balance \| port \| port-channel \| summary \| protocol}] | ARISTANDCA13257362 |
| show hosts | show hosts | ARISTANDCA13256136 |
| show interfaces | show interfaces status [interface]//<br>show interfaces counters [interface] // show interfaces switchport [interface] // | ARISTANDCA13256136 |
| show interfaces status | show interfaces status [interface] | ARISTANDCA13256136 |
| show interfaces switchport | show interfaces switchport [interface] | ARISTANDCA13256136 |
| show ip arp | show ip arp [ Vlan <vlan-id> \| <ip-address> \| <aa:aa:aa:aa:aa:aa> \| summary \| information ] | ARISTANDCA13257362 |
| show ip igmp groups | show ip igmp groups [<group-address> \| interface vlan <vlan-id>] | ARISTANDCA13256136 |
| show ip igmp interface | show ip igmp interface [vlan <vlan-id>] | ARISTANDCA13256136 |
| show ip igmp snooping | show ip igmp snooping | ARISTANDCA13256136 |
| show ip igmp snooping groups | show ip igmp snooping groups [Vlan <vlan-id> [Group < ip-address >]] | ARISTANDCA13257362 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [vlan <vlan-id>] | ARISTANDCA13256136 |
| show ip interface | show ip interface [Vlan <vlan-id>] | ARISTANDCA13257362 |
| show ip mroute | show ip mroute [<group-address> <source>] [summary] | ARISTANDCA13256136 |
| show ip ospf | show ip ospf | ARISTANDCA13256136 |
| show ip ospf border-routers | show ip ospf border-routers | ARISTANDCA13256136 |
| show ip ospf database database-summary | show ip ospf [area-id] database [database-summary] | ARISTANDCA13256136 |
| show ip ospf interface | show ip ospf interface [vlan <vlan-id>] | ARISTANDCA13256136 |
| show ip ospf neighbor | show ip ospf neighbor | ARISTANDCA13256136 |
| show ip pim interface | show ip pim interface <vlan-id> | ARISTANDCA13256136 |
| show ip pim neighbor | show ip pim neighbor [ip-address] | ARISTANDCA13256136 |
| show ip pim rp-hash | show ip pim rp-hash <group-address> | ARISTANDCA13256136 |
| show ip route | show ip route [config \| <address> [netmask]] | ARISTANDCA13256136 |
| show lacp counters | show lacp [<port-channel>] {counters \| internal \| neighbors \| sys-id} | ARISTANDCA13256136 |
| show lacp neighbor | show lacp [<port-channel>] {counters \| internal \| neighbors \| sys-id} | ARISTANDCA13256136 |
| show mac-address-table | show mac-address-table [address <mac-address> [mask]] [interface <interface>] [vlan <vlan-id>][sort {address \| vlan \| interface}] | ARISTANDCA13256136 |
| show mac-address-table aging time | show mac-address-table aging-time | ARISTANDCA13256136 |
| show mac-address-table count | show mac-address-table count [vlan <vlan-id>] | ARISTANDCA13257362 |
| show policy-map interface | show policy-map interface interface input | ARISTANDCA13256136 |
| show privilege | show privilege | ARISTANDCA13257362 |
| show snmp | show snmp | ARISTANDCA13256136 |
| show snmp community | show snmp community | ARISTANDCA13257362 |
| show snmp engineID | show snmp engine-id | ARISTANDCA13256136 |
| show snmp group | show snmp group | ARISTANDCA13256136 |
| show snmp user | show snmp user | ARISTANDCA13256136 |
| show snmp view | show snmp view | ARISTANDCA13256136 |
| show spanning-tree | show spanning-tree [interface] mst <instance_id> | ARISTANDCA13256136 |
| show spanning-tree blockedports | show spanning-tree [ summary \| blockedports \| pathcost method ] | ARISTANDCA13257362 |
| show spanning-tree bridge | show spanning-tree bridge [address \| forward-time \| hello-time \| id \| max-age \| protocol \| priority \| detail ] | ARISTANDCA13257362 |
| show spanning-tree interface | show spanning-tree interface <interface-type> <interface-id> [ cost \| priority \| portfast \| rootcost \| state \| stats \| detail ] | ARISTANDCA13257362 |
| show spanning-tree mst | show spanning-tree [interface] mst <instance_id> | ARISTANDCA13256136 |
| show spanning-tree mst configuration | show spanning-tree mst configuration | ARISTANDCA13256136 |

# APPENDIX H.ER - Ericsson Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show spanning-tree root | show spanning-tree root [ address \| cost \| forward-time \| hello-time \| id \| max-age \| port \| priority \| detail ] | ARISTANDCA13257362 |
| show users | show users | ARISTANDCA13257362 |
| show version | show version | ARISTANDCA13256136 |
| show vlan | show vlan [brief \| id <vlan-id> \| summary] | ARISTANDCA13257362 |
| show vlan private-vlan | show vlan private-vlan [primary \| isolated] | ARISTANDCA13256136 |
| show vlan summary | show vlan [brief \| id <vlan-id> \| summary] | ARISTANDCA13257362 |
| show vrrp | show vrrp [brief \| <group>] | ARISTANDCA13256136 |
| snmp-server community | snmp-server community <string> [ro \| rw] | ARISTANDCA13256136 |
| snmp-server contact | snmp-server contact <string> | ARISTANDCA13256136 |
| snmp-server enable traps | [no] snmp-server enable traps [authentication \| link-up- down] | ARISTANDCA13256136 |
| snmp-server engineID local | snmp-server engine-id {local \| remote {<ip-address>}} <engineid-string> | ARISTANDCA13256136 |
| snmp-server engineID remote | snmp-server engine-id {local \| remote {<ip-address>}} <engineid-string> | ARISTANDCA13256136 |
| snmp-server group | snmp-server group <groupname> {v1 \| v2c \| v3 {auth \| noauth \| priv}} [read <readview>] [write <writeview>] [notify <notifyview>] | ARISTANDCA13256136 |
| snmp-server host | snmp-server host <host-addr> [inform [retry <retries> \| timeout <seconds>]] <community-string> [version {1 \| 2c \| 3 {auth \| noauth \| priv} [udp-port <port>]} | ARISTANDCA13256136 |
| snmp-server location | snmp-server location <text> | ARISTANDCA13256136 |
| snmp-server user | snmp-server user <username> <groupname> [remote <ip- address>] {v1 \| v2c \| v3 [encrypted] [auth {md5 \| sha} <auth-password> [priv des56 <priv-password>]] | ARISTANDCA13256136 |
| snmp-server view | snmp-server view <view-name> <oid-tree> {included \| excluded} | ARISTANDCA13256136 |
| spanning-tree cost | spanning-tree cost <cost> | ARISTANDCA13256136 |
| spanning-tree link-type | spanning-tree link-type {auto \| point-to-point \| shared} | ARISTANDCA13256136 |
| spanning-tree mode | spanning-tree mode {stp \| rstp \| mstp} | ARISTANDCA13256136 |
| spanning-tree mst configuration | spanning-tree mst-configuration | ARISTANDCA13256136 |
| spanning-tree port-priority | spanning-tree port-priority <priority> | ARISTANDCA13256136 |
| spanning-tree transmit hold-count | spanning-tree transmit hold-count <value> | ARISTANDCA13257362 |
| storm-control | storm-control { broadcast \|multicast \| dlf } level <rate-value> | ARISTANDCA13257362 |
| switchport mode | switchport mode {hybrid \| trunk \| private-vlan \| dot1q-tunnel} | ARISTANDCA13256136 |
| switchport private-vlan mapping | switchport private-vlan mapping <primary-vlan-id> | ARISTANDCA13256136 |
| tacacs-server host | tacacs-server host <host_ip_address> | ARISTANDCA13256136 |
| tacacs-server key | tacacs-server key <key_string> | ARISTANDCA13256136 |
| timers basic (RIP) | timers basic <update-seconds> | ARISTANDCA13256136 |
| vrrp authentication | vrrp <group> authentication <key> | ARISTANDCA13256136 |
| vrrp ip | [no] vrrp <group> ip <ip-address> | ARISTANDCA13256136 |
| vrrp preempt | vrrp <group> preempt [delay <seconds>] | ARISTANDCA13256136 |
| vrrp priority | vrrp <group> priority <level> | ARISTANDCA13256136 |
| vrrp timers advertise | vrrp <group> timers advertise <interval> | ARISTANDCA13256136 |