# EXHIBIT 18

# APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| Disputed Cisco Command | Extreme/Enterasys Command Syntax | Extreme/Enterasys Manual Bates Number |
|---|---|---|
| arp timeout | arp timeout <TIME> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| banner motd | banner motd <LINE> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| boot system | boot system [primary\|secondary] {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| channel-group | channel-group <1-5> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear arp-cache | clear arp-cache {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear counters | clear counters [all\|bridge\|router\|thread] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear mac-address-table dynamic | clear mac-address-table [dynamic\|multicast\|static] [address <address>\|bridge <1-3 | EXNET-ARISTA0054421 |
| clear spanning-tree counters | clear spanning-tree counters {[all \| diagnostics \| domains \| ports]} | EXNET-ARISTA0054385 |
| clock set | clock set <HH:MM:SS> <1-31> <MONTH> <1993-2035> {on <DEVICE-NAME>}<br>clock set <hh:mm:ss d m y> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| default-information originate (OSPF) | default-information originate {always\|metric <0-16777214>\|metric-type[1\|2]} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| errdisable recovery cause | errdisable recovery [cause bpduguard\|interval <10-1000000>] | EXNET-ARISTA0054421 |
| errdisable recovery interval | errdisable recovery [cause bpduguard\|interval <10-1000000>] | EXNET-ARISTA0054421 |
| interface ethernet | Switch:Legacy(config)# interface ethernet <interface-number> | EXNET-ARISTA0054385 |
| interface vlan | interface [<INTERFACE>\| vlan <1-4094>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip access-group | ip access-group [<1-99>\|<100-199>\|<1300-1999>\|<2000-2699>\|WORD in] | EXNET-ARISTA0054421 |
| ip address | ip address [<IP/M> {secondary}\|dhcp\|zerconf {secondary}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip helper-address | ip helper-address <IP> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp snooping | ip igmp snooping {unknown-multicast-fwd} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp snooping querier | ip igmp snooping querier {max-response-time <1-25>\|query-interval <1-18000>\|ro | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip name-server | ip name-server {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip nat pool | ip nat pool <NAT-POOL-NAME> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip route | ip route <IP/M> <IP>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip routing | ip routing {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ipv6 address | ipv6 address [ipv6-link-local \|<ipv6-address> <ipv6netmask>] | EXNET-ARISTA0054385 |
| lacp port-priority | lacp port-priority <priority> | EXNET-ARISTA0054385 |
| lldp holdtime | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp receive | lldp [receive\|transmit] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp run | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp timer | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp transmit | lldp [receive\|transmit] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| logging host | logging host <IP> | EXNET-ARISTA0054421 |
| mac access-group | mac access-group <acl-name> in | EXNET-ARISTA0054421 |
| mac-address-table aging-time | mac-address-table aging-time [0\|<10-1000000>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| mac-address-table static | mac-address-table static <MAC> vlan <1-4094> interface [<L2-INTERFACE>\|ge <1-4 | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| no snmp-server | no snmp-server [community <WORD>\|enable [throttle\|traps]\|host <IP> port <1-65 | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ntp authenticate | ntp authenticate | EXNET-ARISTA0054421 |
| ntp authentication-key | ntp authentication-key <key> md5 [0 \|2 \|] | EXNET-ARISTA0054421 |
| ntp server | ntp server <IP> {autokey {prefer version <1-4>\|version <1-4>}} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ntp trusted-key | ntp trusted-key <1-65534> | EXNET-ARISTA0054421 |
| port-channel load-balance | port-channel load-balance [src-dst-ip\|src-dst-mac] | EXNET-ARISTA0054421 |
| route-map | route-map <1-100> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show clock | show clock {on <DEVICE-NAME>}<br>show clock | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show environment temperature | show environment | EXNET-ARISTA0054421 |
| show interfaces | show interfaces {<INTERFACE>\|brief\|counters\|ge <1-4>\|me1\|on\|port-channel {<1-2>\|switchport\|vlan <1-4094>} {on <DEVICE-NAME>}<br>show interfaces accounting\| <port-list> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show interfaces switchport | show interfaces {<INTERFACE>\|brief\|counters\|ge <1-4>\|me1\|on\|port-channel {<1-2>\|switchport\|vlan <1-4094>} {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip arp | show ip arp {<VLAN-NAME> {on <DEVICE-NAME>}\|on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip bgp | show ip bgp [<IPaddr><IPmask>] [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |

# APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| Command | Syntax | Usage |
|---|---|---|
| show ip bgp community | show ip bgp community {<community-id> <as-num>|no export|no-advertise|noexp | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp neighbors | show ip bgp neighbor <IPaddr> received-routes|all-received-routes|advertisedrout | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp paths | show ip bgp paths <ASpath> [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp peer-group | show ip bgp peer-group external|internal|igp|routing [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp regexp | show ip bgp regexp <exp> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp summary | show ip bgp summary [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip helper-address | show ip helper-address | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp groups | show ip igmp groups <IPaddr> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp interface | show ip igmp interface <port-list> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp snooping | show ip igmp snooping [mrouter|vlan]<br><br>show ip igmp snooping mrouter vlan <1-4095> {on <DEVICE-NAME>}<br><br>show ip igmp snooping vlan <1-4095> {<IP> {on <DEVICE-NAME>}|on <DEVICENAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip igmp snooping mrouter | show ip igmp snooping [mrouter|vlan]<br><br>show ip igmp snooping mrouter vlan <1-4095> {on <DEVICE-NAME>}<br><br>show ip igmp snooping vlan <1-4095> {<IP> {on <DEVICE-NAME>}|on <DEVICENAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip interface | show ip interface {<INTERFACE> {on <DEVICE-NAME>}|brief {on <DEVICE-NAME>}}<br>show ip interface [interface-name] [brief] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip interface brief | show ip interface {<INTERFACE> {on <DEVICE-NAME>}|brief {on <DEVICE-NAME>}}<br>show ip interface [interface-name] [brief] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip nat translations | show ip nat translations verbose {on <DEVICE-NAME>}<br>ip nat translation {timeout | udp-timeout | tcp-timeout | icmp-timeout | dns-timeout | ftp-timeout} [seconds] no ip nat translation {timeout | udp-timeout | tcp-timeout | icmp-timeout | dns-timeout | ftp-timeout} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252;EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf | show ip ospf | EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf interface | show ip ospf [border-router|interface|neighbor|on|route|stats]<br>show ip ospf interface [vlan vlan-id] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf neighbor | show ip ospf [border-router|interface|neighbor|on|route|stats] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip route | show ip route {on <DEVICE-NAME>}<br>show ip route [host [connected | host-address | dynamic | static]] [dest-address [prefix-mask] | prefix/prefix-length | connected | ospf | rip | static | summary] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252;EXNET-ARISTA0047042 (Enterasys) |
| show ip route summary | show ip route [host [connected | host-address | dynamic | static]] [dest-address [p | EXNET-ARISTA0047042 (Enterasys) |
| show lacp counters | show lacp counters | EXNET-ARISTA0054385; EXNET-ARISTA0049358 |
| show lldp neighbors | show lldp neighbors {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show mac-address-table | show mac-address-table {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show mac-address-table aging time | show mac-address-table aging-time | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show monitor session | show monitor session | EXNET-ARISTA0054385 |
| show ntp associations | show ntp [associations {detail|on}|status {on <DEVICE-NAME>}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ntp status | show ntp [associations {detail|on}|status {on <DEVICE-NAME>}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show privilege | show privilege | EXNET-ARISTA0054421 |
| show radius | show radius [configuration|eap configuration|group|nas A.B.C.D/M|proxy|rad-user|trust-point]<br>show radius [state | retries | timeout | server [index | all | verbose]] | EXNET-ARISTA0054421;EXNET-ARISTA0047042 (Enterasys) |
| show route-map | show route-map [name] [pinger] | EXNET-ARISTA0047042 (Enterasys) |
| show snmp | show snmp<br>show snmp access| chassis-id| community| mibs| statistics| tfpt| trap | EXNET-ARISTA0054385; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show snmp community | show snmp community [name] | EXNET-ARISTA0047042 (Enterasys) |
| show snmp trap | show snmp access| chassis-id| community| mibs| statistics| tfpt| trap | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show snmp user | show snmp user [snmpmanager|snmpoperator|snmptrap] | EXNET-ARISTA0054421 |
| show spanning-tree | show spanning-tree mst [config|detail|instance] | EXNET-ARISTA0054421 |
| show spanning-tree mst | show spanning-tree mst [config|detail|instance] | EXNET-ARISTA0054421 |
| show spanning-tree mst configuration | show spanning-tree mst {configuration|detail|instance|on} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show spanning-tree mst interface | show spanning-tree mst {detail interface {<INTERFACE>|ge<1-4>|me1|port-channe | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show tacacs | show tacacs [state] | EXNET-ARISTA0047042 (Enterasys) |
| show users | show users | EXNET-ARISTA0054421; EXNET-ARISTA0047042 (Enterasys) |

# APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show version | show version {on <DEVICE-NAME>}<br>show version | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show vlan | show vlan <vlan-name> statistics {refresh}<br>show vlan [static] [vlan-list] | EXNET-ARISTA0054385; EXNET-ARISTA0047042 (Enterasys) |
| show vrrp | show vrrp [brief\|details\|error-stats\|stats]<br>show vrrp [interface <IFnum>]\| summary\| verbose | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| snmp-server chassis-id | snmp-server chassis-id <sysName> | EXNET-ARISTA0054385 |
| snmp-server community | snmp-server community <SNMP-COMMUNITY-STRING> [ro\|rw] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server contact | snmp-server contact <contact-person> | EXNET-ARISTA0054421 |
| snmp-server enable traps | snmp-server enable [throttle\|traps] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server group | snmp-server group [[hex <hex_group_name>] \| ] user [[hex <hex_user_name>] \| <user_name>] {sec-model [snmpv1\| snmpv2c \| usm]} {volatile} | EXNET-ARISTA0054385 |
| snmp-server host | snmp-server host <IP> [v2c\|v3] {<1-65535>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server location | snmp-server location <location-text> | EXNET-ARISTA0054421 |
| snmp-server user | snmp-server user [snmpmanager\|snmpoperator\|snmptrap] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server view | snmp-server view [[hex <hex_view_name>] \| ] subtree  {/ <subtree_mask>} {type [included \| excluded]} {volatile} | EXNET-ARISTA0054385 |
| spanning-tree bpdufilter | spanning-tree bpdufilter [enable\|disable] | EXNET-ARISTA0054421 |
| spanning-tree bpduguard | spanning-tree bpduguard [enable\|disable] | EXNET-ARISTA0054421 |
| spanning-tree guard | spanning-tree guard root | EXNET-ARISTA0054421 |
| spanning-tree link-type | spanning-tree link-type [point-to-point\|shared] | EXNET-ARISTA0054421 |
| spanning-tree mst configuration | WMController(config)#spanning-tree mst configuration | EXNET-ARISTA0054421 |
| spanning-tree portfast bpdufilter default | spanning-tree portfast [bpdufilter\|bpduguard] default | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| spanning-tree portfast bpduguard default | spanning-tree portfast [bpdufilter\|bpduguard] default | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| storm-control | storm-control [arp\|broadcast\|multicast\|unicast] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport access vlan | switchport access vlan <1-4094> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport trunk allowed vlan | switchport trunk allowed vlan [<VLAN-ID>\|add <VLAN-ID>\|none\|remove <VLAN-ID> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport trunk native vlan | switchport trunk native [tagged\|vlan <1-4094>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| terminal length | terminal [length\|width] <0-512>; terminal length <screen-length> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| terminal monitor | terminal monitor | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |