# EXHIBIT 21

# APPENDIX H.ISCLI - ISCLI Use of Disputed CLI Commands

| Disputed Cisco Command | ISCLI Command Syntax | Bates Number of BNT, IBM, or Lenovo Document |
|---|---|---|
| aggregate-address | aggregate-address *<1-16> <IP address> <IP netmask>* | LENOVO-ARISTA000001 |
| clear counters | clear counters | LENOVO-ARISTA000001 |
| clear ipv6 neighbors | clear ipv6 neighbors | LENOVO-ARISTA000001 |
| flowcontrol receive | flowcontrol {receive\|send} [on\|off] | LENOVO-ARISTA000001 |
| flowcontrol send | flowcontrol {receive\|send} [on\|off] | LENOVO-ARISTA000001 |
| ip address | ip address *<IP address>* | LENOVO-ARISTA000001 |
| ip dhcp snooping | ip dhcp snooping | LENOVO-ARISTA013095 |
| ip dhcp snooping information option | [no] ip dhcp snooping information option-insert | LENOVO-ARISTA013095 |
| ip dhcp snooping vlan | ip dhcp snooping vlan *<VLAN number>* | LENOVO-ARISTA013095 |
| ip igmp query-interval | ip igmp query-interval <1-600> | LENOVO-ARISTA000001 |
| ip local-proxy-arp | [no] ip local-proxy-arp | ARISTANDCA13276058 |
| ip name-server | [no] ip name-server <IP address> | ARISTANDCA13273702 |
| ip ospf cost | ip ospf cost *<1-65535>* | LENOVO-ARISTA000001 |
| ip ospf dead-interval | ip ospf dead-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ip ospf hello-interval | ip ospf hello-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ip ospf message-digest-key | [no] ip ospf message-digest-key *<1-255>* | LENOVO-ARISTA000001 |
| ip ospf retransmit-interval | ip ospf retransmit-interval *<1-3600>* | LENOVO-ARISTA000001 |
| ip pim dr-priority | ip pim dr-priority *<0-4294967294>* | LENOVO-ARISTA000001 |
| ip pim neighbor-filter | [no] ip pim neighbor-filter | LENOVO-ARISTA000001 |
| ip route | ip route *<IP subnet> <IP netmask> <IP nexthop>* [*<interface number>* ] | LENOVO-ARISTA000001 |
| ip routing | ip routing [no] ip routing directed-broadcasts [no] ip routing no-icmp-redirect [no] ip routing icmp6-redirect | LENOVO-ARISTA000001 |
| ipv6 address | ipv6 address *<IP address (such as 3001:0:0:0:0:0:abcd:12)>* [*<IP6 prefix length (1-128)>* ] [enable\|anycast] | LENOVO-ARISTA000001 |
| ipv6 nd prefix | ipv6ndprefix{<IPv6prefix> <prefixlength>}no-autoconfig | LENOVO-ARISTA013095 |
| ipv6 nd ra interval | [no] ipv6 nd ra-interval *<4-1800>* | LENOVO-ARISTA013095 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime *<0-9000>* | LENOVO-ARISTA013095 |
| ipv6 nd reachable-time | [no] ipv6 nd reachable-time *<1-3600>* | LENOVO-ARISTA013095 |
| ipv6 ospf area | ipv6 ospf area *<area index (0-2)>* | LENOVO-ARISTA000001 |
| ipv6 ospf cost | [no] ipv6 ospf cost *<1-65535>* | LENOVO-ARISTA000001 |
| ipv6 ospf dead-interval | [no] ipv6 ospf hello-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ipv6 ospf hello-interval | [no] ipv6 ospf dead-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ipv6 ospf network | ipv6 ospf network {broadcast\|non-broadcast\|pint-to-multipoint\| point-to-point} | LENOVO-ARISTA000001 |
| ipv6 ospf priority | [no] ipv6 ospf priority *<priority value (0-255)>* | LENOVO-ARISTA000001 |
| ipv6 ospf retransmit- interval | [no] ipv6 ospf retransmit-interval *<1-1800>* | LENOVO-ARISTA000001 |
| ipv6 ospf transmit-delay | [no] ipv6 ospf transmit-delay *<1-1800>* | LENOVO-ARISTA000001 |
| ipv6 router ospf | [no] ipv6 router ospf | LENOVO-ARISTA000001 |
| lacp system-priority | lacp system-priority *<1-65535>* | LENOVO-ARISTA000001 |
| mac-address-table static | mac-address-table static *<MAC address>* vlan *<VLAN number>* {port *<port alias or number>* \|portchannel *<trunk number>* \| adminkey *<1-65535>* } | LENOVO-ARISTA000001 |
| maximum-paths | maximum-paths *<0-4>* | LENOVO-ARISTA013095 |
| neighbor next-hop-self | [no] neighbor <1-96> next-hop-self | LENOVO-ARISTA005923 |
| neighbor password | [no] neighbor *<1-12>* password *<1-16 characters>* | LENOVO-ARISTA000001 |
| neighbor remote-as | neighbor *<1-12>* remote-as *<1-65535>* | LENOVO-ARISTA000001 |
| neighbor route-reflector-client | [no] neighbor *<1-12>* route-reflector-client | LENOVO-ARISTA000001 |
| neighbor shutdown | neighbor *<1-12>* shutdown | LENOVO-ARISTA000001 |
| ntp authenticate | [no] ntp authenticate | LENOVO-ARISTA000001 |
| ntp trusted-key | ntp trusted-key *<1-65534>* \|0 | LENOVO-ARISTA000001 |
| port-channel min-links | port-channel min-links *<1-32>* | LENOVO-ARISTA000001 |
| route-map | route-map {*<1-32>* } | LENOVO-ARISTA000001 |
| router bgp | router bgp | LENOVO-ARISTA000001 |
| router ospf | router ospf | LENOVO-ARISTA000001 |
| router rip | router rip | LENOVO-ARISTA000001 |
| router-id | ip router-id *<IP address>* | LENOVO-ARISTA000001 |
| router-id (OSPFv3) | router-id *<IPv4 address>* | LENOVO-ARISTA000001 |
| show arp | show arp | LENOVO-ARISTA000001 |
| show dot1x | show dot1x | LENOVO-ARISTA000001 |
| show environment power | show environment power | LENOVO-ARISTA000001 |
| show ip arp | show ip arp show ip arp find <IP address> show ip arp interface port <port number or alias> show ip arp vlan <VLAN number> show ip arp reply | LENOVO-ARISTA000001 |
| show ip bgp | show ip bgp show ip bgp information[<IPv4 network> <IPv4 mask>] show ip bgp neighbor <1-12> redistribute | LENOVO-ARISTA000001 |
| show ip dhcp snooping | show ip dhcp snooping binding | LENOVO-ARISTA000001 |
| show ip igmp groups | show ip igmp groups address *<IP address> show ip igmp groups vlan <VLAN number> show ip igmp groups interface port <port alias or number> show ip igmp groups portchannel <trunk number> show ip igmp groups detail <IP address> show ip igmp groups* | LENOVO-ARISTA000001 |
| show ip interface brief | show ip interface brief | LENOVO-ARISTA000001 |
| show ip mroute | show ip mroute | LENOVO-ARISTA000001 |
| show ip ospf | show ip ospf general-information show ip ospf area information show ip ospf area <0-2> show ip ospf interface loopback <1-5> show ip ospf neighbor show ip ospf database | LENOVO-ARISTA000001 |
| show ip ospf database database-summary | show ip ospf database database-summary | LENOVO-ARISTA000001 |
| show ip ospf interface | show ip ospf interface loopback <1-5> show ip ospf interface [<interface number>] counters | LENOVO-ARISTA000001 |
| show ip ospf neighbor | show ip ospf neighbor | LENOVO-ARISTA000001 |
| show ip pim interface | show ip pim interface [*<interface number>* \|detail] | LENOVO-ARISTA000001 |
| show ip pim neighbor | show ip pim neighbor [*<interface number>* \|port *<port number>* ] | LENOVO-ARISTA000001 |

# APPENDIX H.ISCLI - ISCLI Use of Disputed CLI Commands

<table>
<tr><td>show ip route</td><td>show ip route show ip route static show ip route ecmphash show ip route interface <interface number> show ip route tag {fixed|static|addr|rip|ospf|bgp|broadcast| martian|multicast} show ip route type {indirect|direct|local|broadcast|martian| multicast} show ip route gateway <IP address> show ip route address <IP address></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ip route tag</td><td>show ip route tag {fixed|static|addr|rip|ospf|bgp|broadcast| martian|multicast}</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 interface</td><td>show ipv6 interface <interface number></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 neighbors</td><td>show ipv6 neighbors find <IPv6 address> show ipv6 neighbors interface port <port alias or number> show ipv6 neighbors vlan <VLAN number> show ipv6 neighbors static</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 ospf</td><td>show ipv6 ospf information show ipv6 ospf area <area index (0-2)> show ipv6 ospf area-virtual-link show ipv6 ospf host show ipv6 ospf request-list <nbr router-id (A.B.C.D)> show ipv6 ospf retrans-list <nbr router-id (A.B.C.D)> show ipv6 ospf summary-prefix <area index (0-2)> show ipv6 ospf redist-config show ipv6 ospf area-range information show ipv6 ospf routes show ipv6 ospf border-routers</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 ospf border-routers</td><td>show ipv6 ospf border-routers</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 ospf interface</td><td>show ipv6 ospf interface <interface number></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 ospf neighbor</td><td>show ipv6 ospf neighbor <nbr router-id (A.B.C.D)></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 route</td><td>show ipv6 route address <IPv6 address></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ipv6 route summary</td><td>show ipv6 route summary</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show lldp</td><td>show lldp remote-device [<1-256> |detail] show lldp port show lldp receive show lldp transmit show lldp port <1-16> tlv evb show lldp information</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show mac-address-table</td><td>show mac-address-table address <MAC address></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show ntp associations</td><td>show ntp associations</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show route-map</td><td>show route-map [<1-32> ]</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show spanning-tree</td><td>show spanning-tree</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show spanning-tree blockedports</td><td>show spanning-tree blockedports</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>show spanning-tree mst</td><td>show spanning-tree mst <0-32> [information]</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>show spanning-tree mst configuration</td><td>show spanning-tree mst configuration</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>show spanning-tree root</td><td>show spanning-tree root</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>show vlan</td><td>show vlan <VLAN number></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>show vlan private-vlan</td><td>show vlan private-vlan [type]</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>snmp-server community</td><td>snmp-server community <1-16></td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>snmp-server contact</td><td>snmp-server contact <1-64 characters></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>snmp-server group</td><td>snmp-server group <1-16></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>snmp-server host</td><td>snmp-serverhost<traphostIPaddress> <traphostcommunitystring></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>snmp-server location</td><td>snmp-server location <1-64 characters></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>snmp-server user</td><td>snmp-server user <1-16></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>snmp-server view</td><td>snmp-server view <1-128></td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>spanning-tree bpduguard</td><td>[no] spanning-tree bpduguard</td><td>LENOVO-ARISTA005923<br>ARISTANDCA13273536</td></tr>
<tr><td>spanning-tree link-type</td><td>[no] spanning-tree link-type p2p|shared</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>spanning-tree mode</td><td>spanning-tree mode [disable|mst|pvrst|rstp]</td><td>LENOVO-ARISTA000001</td></tr>
<tr><td>spanning-tree mst configuration</td><td>spanning-tree mst configuration</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>storm-control</td><td>storm-control {broadcast|multicast|unicast} level rate <0-2097151> storm-control {broadcast|multicast|unicast} level pps <0-2097151></td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>switchport access vlan</td><td>switchport access vlan <VLANID(1-4094)></td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>switchport mode</td><td>switchport mode {access|trunk|private-vlan}</td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>switchport private-vlan mapping</td><td>[no] switchport private-vlan mapping <primaryVLANID(2-4094)></td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>switchport trunk allowed vlan</td><td>switchport trunk allowed vlan <VLANID(1-4094)></td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>switchport trunk native vlan</td><td>switchport trunk native vlan <VLANID(1-4094)></td><td>LENOVO-ARISTA005923</td></tr>
<tr><td>terminal length</td><td>terminal-length <0-300></td><td>LENOVO-ARISTA000001</td></tr>
</table>