# EXHIBIT 22

# APPENDIX H.JE - Juniper JUNOSe Usage of Disputed CLI Commands

| Disputed Cisco Command | JUNOSe Command Syntax | Juniper Manual Bates Number |
|---|---|---|
| aaa accounting | aa accounting acct-stop on-aaa-failure { enable \| disable } | ARISTANDCA13289332 |
| aaa authentication login | aaa authentication login authListName authenticator [ authenticators ]* | ARISTANDCA13289332 |
| aaa authorization config-commands | [ no ] aaa authorization config-commands | 19006JNPR00121081 |
| address-family | [ no ] address-family { ipv4 [ multicast \| unicast \| unicast vrf vrfName \| vrf vrfName ] \| vpnv4 [ unicast ] } | ARISTANDCA13289332 |
| aggregate-address | [ no ] aggregate-address address mask [ as-set \| summary-only \| attribute-map attributeMapTag \| advertise-map advertiseMapTag \| suppress-map suppressMapName ]* | ARISTANDCA13289332 |
| area default-cost | area { areaId \| areaIdInt } default-cost defaultCost | ARISTANDCA13289332 |
| area default-cost (OSPFv3) | area { *areaId* \| *areaIdInt* } default-cost *defaultCost* | 19006JNPR00121081 |
| area nssa | [ no ] area { areaId \| areaIdInt } nssa [ default-information-originate [ always \| metric absoluteValue \| metric-type 1 \| metric-type 2 \| route-map mapTag ]* ] | ARISTANDCA13289332 |
| area nssa (OSPFv3) | [ no ] area { *areaId* \| *areaIdInt* } nssa [ default-information-originate [ always \| metric *absoluteValue* \| metric-type 1 \| metric-type 2 \| route-map *mapTag* ]* ] [ no-summary ] | 19006JNPR00121081 |
| area nssa default-information-originate | [ no ] area { areaId \| areaIdInt } nssa [ default-information-originate [ always \| metric absoluteValue \| metric-type 1 \| metric-type 2 \| route-map mapTag ]* ] | ARISTANDCA13289332 |
| area nssa default-information-originate (OSPFv3) | [ no ] area { *areaId* \| *areaIdInt* } nssa [ default-information-originate [ always \| metric *absoluteValue* \| metric-type 1 \| metric-type 2 \| route-map *mapTag* ]* ] [ no-summary ] | 19006JNPR00121081 |
| area nssa no-summary | [ no ] area { *areaId* \| *areaIdInt* } nssa [ default-information-originate [ always \| metric *absoluteValue* \| metric-type 1 \| metric-type 2 \| route-map *mapTag* ]* ] [ no-summary ] | 19006JNPR00121081 |
| area range | [ no ] area { areaId \| areaIdInt } range ipAddress mask [ do-not-advertise ] | ARISTANDCA13289332 |
| area range (OSPFv3) | [ no ] area { *areaId* \| *areaIdInt* } range *ipv6Prefix/ipv6PrefixLength* [ do-not-advertise \| advertise \| cost *costValue* ] | 19006JNPR00121081 |
| area stub | [ no ] area { areaId \| areaIdInt } stub | ARISTANDCA13289332 |
| area stub (OSPFv3) | [ no ] area { *areaId* \| *areaIdInt* } stub [ no-summary ] | 19006JNPR00121081 |
| arp timeout | arp timeout timeoutVal | ARISTANDCA13289332 |
| banner login | banner [ motd \| login \| exec ] bannerText | ARISTANDCA13289332 |
| banner motd | banner [ motd \| login \| exec ] bannerText | ARISTANDCA13289332 |
| bgp client-to-client reflection | [ no ] bgp client-to-client reflection | ARISTANDCA13289332 |
| bgp cluster-id | bgp cluster-id { clusterId \| ipAddress } | ARISTANDCA13289332 |
| bgp confederation identifier | bgp confederation identifier autonomousSystem | ARISTANDCA13289332 |
| bgp confederation peers | no ] bgp confederation peers [ autonomousSystem ]* | ARISTANDCA13289332 |
| bgp log-neighbor-changes | [ no ] bgp log-neighbor-changes | ARISTANDCA13289332 |
| bgp redistribute internal | [ no ] bgp redistribute-internal | ARISTANDCA13289332 |
| boot system | boot system relFileName | ARISTANDCA13289332 |
| clear ip arp | clear [ ip ] arp [ vrf vrfName ] { ipAddress interfaceType interfaceSpecifier \| * } | ARISTANDCA13289332 |
| clear ip bgp | clear ip bgp [ { ipAddress \| peer-group peerGroupName \| * } ] [ vrf vrfName ] [ ipv4 { unicast \| multicast } \| vpnv4 unicast ] [ soft [ in \| out ] ] | ARISTANDCA13289332 |
| clear ip mroute | clear ip mroute { * \| grpAddress [ sourceAddress ] } | ARISTANDCA13289332 |
| clear ip nat translation | insideLocalIpAddress   clear ip nat translation outside outsideLocalIpAddress outsideGlobalIpAddress   clear ip nat translation { icmp \| tcp \| udp } inside insideGlobalIpAddress insideGlobalPort insideLocalIpAddress insideLocalPort   clear ip nat translation { gre \| icmp \| tcp \| udp } inside insideGlobalIpAddress * insideLocalIpAddress *   clear ip nat translation { icmp \| tcp \| udp } inside insideGlobalIpAddress insideGlobalPort insideLocalIpAddress insideLocalPort outside outsideLocalIpAddress outsideLocalPort outsideGlobalIpAddress outsideGlobalPort | 19006JNPR00121081 |
| clear ip ospf neighbor | clear ip ospf neighbor [ *neighborAddress* ] | 19006JNPR00121081 |
| clear ipv6 neighbors | clear ipv6 neighbors [ include-statics \| statics-only ] | 19006JNPR00121081 |
| clock set | clock set time { month day \| day month } year | ARISTANDCA13289332 |
| clock timezone | clock timezone name hours [ minutes ] | ARISTANDCA13289332 |
| control-plane | control-plane | 19006JNPR00121081 |
| default-information originate (OSPF) | [ no ] default-information originate [ always \| metric metricValue \| metric-type 1 \| metric-type 2 \| route-map mapTag ]* | ARISTANDCA13289332 |
| default-information originate (OSPFv3) | [ no ] area { *areaId* \| *areaIdInt* } nssa [ default-information-originate [ always \| metric *absoluteValue* \| metric-type 1 \| metric-type 2 \| route-map *mapTag* ]* ] [ no-summary ] | 19006JNPR00121081 |
| default-metric (OSPF) | [ no ] default-metric metricValue [ interfaceType interfaceSpecifier ] | ARISTANDCA13289332 |
| default-metric (OSPFv3) | [ no ] default-metric *metricValue* [ *interfaceType interfaceSpecifier* ] | 19006JNPR00121081 |
| distance bgp | distance bgp externalDistance internalDistance localDistance | ARISTANDCA13289332 |
| domain-id | domain-id domainIdAddress \| domainId | ARISTANDCA13289332 |
| enable secret | enable secret [ level securityLevel ] [ secretType ] secretText | ARISTANDCA13289332 |
| interface loopback | [ no ] interface loopback interfaceSpecifier | ARISTANDCA13289332 |
| ip address | ip address ipAddress ipMask [ secondary ] | ARISTANDCA13289332 |
| ip as-path access-list | ip as-path access-list accessListName { permit \| deny } pathExpression | ARISTANDCA13289332 |
| ip domain lookup | [ no ] ip domain-lookup [ transit-virtual-router vrName ] | ARISTANDCA13289332 |
| ip domain-name | no ] ip domain-name domainName | ARISTANDCA13289332 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval tenthsOfaSecond | ARISTANDCA13289332 |
| ip igmp query-interval | ip igmp query-interval seconds | ARISTANDCA13289332 |
| ip igmp query-max-response-time | ip igmp query-max-response-time tenthsOfaSecond | ARISTANDCA13289332 |

# APPENDIX H.JE - Juniper JUNOSe Usage of Disputed CLI Commands

| Command | Syntax | Reference |
|---|---|---|
| ip igmp static-group | [ no ] ip igmp static-group groupAddress | ARISTANDCA13289332 |
| ip igmp version | ip igmp version {2|1} | ARISTANDCA13289332 |
| ip multicast-routing | [ no ] ip multicast-routing | ARISTANDCA13289332 |
| ip name-server | [ no ] ip name-server serverIpAddress [ serverIpAddress ]* | ARISTANDCA13289332 |
| ip nat pool | ip nat pool name  [startIpAddress endIpAddress ] {netmask networkMask  | prefix-length length } | 19006JNPR00121081 |
| ip nat translation tcp-timeout | ip nat translation { timeout | udp-timeout | dns-timeout | tcp-timeout | first-timeout |icmp-timeout | gre-timeout } seconds | 19006JNPR00121081 |
| ip nat translation udp-timeout | ip nat translation { timeout | udp-timeout | dns-timeout | tcp-timeout | first-timeout |icmp-timeout | gre-timeout } seconds | 19006JNPR00121081 |
| ip ospf authentication-key | ip ospf authentication-key authKey | ARISTANDCA13289332 |
| ip ospf cost | [ no ] ip ospf cost intfCost | ARISTANDCA13289332 |
| ip ospf dead-interval | [ no ] ip ospf dead-interval deadInterval | ARISTANDCA13289332 |
| ip ospf hello-interval | [ no ] ip ospf hello-interval helloInterval | ARISTANDCA13289332 |
| ip ospf network | ip ospf network { broadcast | non-broadcast | point-to-point } | ARISTANDCA13289332 |
| ip ospf priority | [ no ] ip ospf priority intfPriority | ARISTANDCA13289332 |
| ip ospf retransmit-interval | [ no ] ip ospf retransmit-interval retransInterval | ARISTANDCA13289332 |
| ip ospf shutdown | [ no ] ip ospf shutdown | ARISTANDCA13289332 |
| ip ospf transmit-delay | [ no ] ip ospf transmit-delay transmDelay | ARISTANDCA13289332 |
| ip pim bsr-candidate | ip pim bsr-candidate interfaceType interfaceSpecifier [ hashMaskLen [ priority priority ] ] [ period bootstrapPeriod ] | 19006JNPR00121081 |
| ip pim dr-priority | ip pim dr-priority priority | 19006JNPR00121081 |
| ip pim query-interval | ip pim query-interval queryTime | ARISTANDCA13289332 |
| ip pim rp-address | [ no ] ip pim rp-address ipAddress [ ipAccessList ] [ override ] | ARISTANDCA13289332 |
| ip pim rp-candidate | ip pim rp-candidate interfaceType interfaceSpecifier  [ group-list accessListName ] [ hold-time holdTime  ] [ priority priority  ] [ interval interval ] | 19006JNPR00121081 |
| ip pim spt-threshold | [ no ] ip pim spt-threshold { 0 | nonzero_integer | infinity } [ group-list ipAccessList ] | ARISTANDCA13289332 |
| ip pim spt-threshold group-list | [ no ] ip pim spt-threshold { 0 | nonzero_integer | infinity } [ group-list ipAccessList ] | ARISTANDCA13289332 |
| ip pim ssm range | ip pim ssm [ default | range ipAccessList ] | 19006JNPR00121081 |
| ip prefix-list | ip prefix-list listName { description desc | [ seq sequence ] { permit | deny } ipPrefix [ ge geNumber ] [ le leNumber ] } | ARISTANDCA13289332 |
| ip proxy-arp | ip proxy-arp [ restricted | unrestricted ] | ARISTANDCA13289332 |
| ip route | ip route [ vrf vrfName ] ipAddress ipMask { ipNextHop | interfaceType interfaceSpecifier } [ distance ] [ tag tagVal ] [ permanent ] | ARISTANDCA13289332 |
| ipv6 access-list | ipv6 access-list accessListName  { permit | deny } { srcIpv6Prefix  | host srcIPHost | | 19006JNPR00121081 |
| ipv6 address | [ no ] ipv6 address ipv6Prefix  [ eui-64 ] | 19006JNPR00121081 |
| ipv6 enable | [ no ] ipv6 enable | 19006JNPR00121081 |
| ipv6 nd managed-config-flag | [ no ] ipv6 nd managed-config-flag | 19006JNPR00121081 |
| ipv6 nd ns-interval | ipv6 nd ns-interval milliseconds | 19006JNPR00121081 |
| ipv6 nd other-config-flag | [ no ] ipv6 nd other-config-flag | 19006JNPR00121081 |
| ipv6 nd ra interval | ipv6 nd ra-interval seconds | 19006JNPR00121081 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime seconds | 19006JNPR00121081 |
| ipv6 nd reachable-time | ipv6 nd reachable-time { milliseconds | hours minutes seconds } | 19006JNPR00121081 |
| ipv6 neighbor | ipv6 neighbor [ vrf vrfName  ] ipv6Address interfaceType interfaceSpecifier hardwareAddress | 19006JNPR00121081 |
| ipv6 ospf area | [ no ] ip ospf [ processId ] area { areaId  | areaIdInt  } | 19006JNPR00121081 |
| ipv6 ospf cost | ipv6 ospf [ processId ] cost intfCost | 19006JNPR00121081 |
| ipv6 ospf dead-interval | ipv6 ospf [ processId ] dead-interval deadInterval | 19006JNPR00121081 |
| ipv6 ospf hello-interval | ipv6 ospf [ processId ] hello-interval helloInterval | 19006JNPR00121081 |
| ipv6 ospf network | ipv6 ospf [ processId ] network { broadcast | point-to-point } | 19006JNPR00121081 |
| ipv6 ospf priority | ipv6 ospf [ processId ] priority intfPriority | 19006JNPR00121081 |
| ipv6 ospf retransmit- interval | ipv6 ospf [ processId ] retransmit-interval retransInterval | 19006JNPR00121081 |
| ipv6 ospf transmit-delay | ipv6 ospf [ processId ] transmit-delay transmDelay | 19006JNPR00121081 |
| ipv6 prefix-list | ipv6 prefix-list listName  { description desc  | { [ seq sequence  ] { permit | deny } ipv6Prefix  [gegeNumber ][leleNumber ]}} | 19006JNPR00121081 |
| ipv6 route | ipv6 route [ vrf vrfName  ] prefix  { nextHop  | interfaceType interfaceSpecifier  } [ distance  ] [ reject | discard ] [ tag tagVal ] [ verify bfd-liveness-detection [ minimum-interval minInterval  | [ [ minimum-receive-interval minRecInterval  ] [minimum-transmit-interval minTransInterval  ] ] ] [ multiplier multValue  ] ] | 19006JNPR00121081 |
| ipv6 router ospf | [ no ] ipv6 router ospf processId | 19006JNPR00121081 |
| isis hello-interval | isis hello-interval seconds [ level-1 | level-2 ] | ARISTANDCA13289332 |
| isis hello-multiplier | isis hello-multiplier multiplier [ level-1 | level-2 ] | ARISTANDCA13289332 |
| isis lsp-interval | isis lsp-interval milliseconds | ARISTANDCA13289332 |
| isis metric | isis metric defaultMetric [ level-1 | level-2 ] | ARISTANDCA13289332 |
| isis priority | isis priority value [ level-1 | level-2 ] | ARISTANDCA13289332 |
| is-type | is-type { level-1 | level-1-2 | level-2-only } | ARISTANDCA13289332 |
| lacp port-priority | lacp port-priority portPriority | 19006JNPR00121081 |
| load-interval | load-interval timeInterval | ARISTANDCA13289332 |
| log-adjacency-changes | log-adjacency-changes [ severity { severityValue | severityNumber } ] [ verbosity verbosityLevel ] | ARISTANDCA13289332 |
| log-adjacency-changes (IS-IS) | [ no ] ospf log-adjacency-changes [ severity { severityValue | severityNumber } ] [ verbosity verbosityLevel ] | ARISTANDCA13289332 |
| log-adjacency-changes (OSPFv3) | [ no ] log-adjacency-changes [ severity { severityValue  | severityNumber } ] [ verbosity verbosityLevel  ] | 19006JNPR00121081 |

# APPENDIX H.JE - Juniper JUNOSe Usage of Disputed CLI Commands

| | | |
|---|---|---|
| maximum-paths | maximum-paths maxPaths | ARISTANDCA13289332 |
| maximum-paths (OSPFv3) | maximum-paths *maxPaths* | 19006JNPR00121081 |
| neighbor activate | [ no | default ] neighbor { ipAddress | peerGroupName } activate | ARISTANDCA13289332 |
| neighbor allowas-in | [ no ] neighbor { ipAddress | peerGroupName } allowas-in number | ARISTANDCA13289332 |
| neighbor default-originate | [ no | default ] neighbor { ipAddress | peerGroupName } default-originate | ARISTANDCA13289332 |
| neighbor description | neighbor { ipAddress | peerGroupName } description text | ARISTANDCA13289332 |
| neighbor ebgp-multihop | [ no | default ] neighbor { ipAddress | peerGroupName } ebgp-multihop [ ttl ] | ARISTANDCA13289332 |
| neighbor local-as | neighbor { ipAddress | peerGroupName } local-as number | ARISTANDCA13289332 |
| neighbor next-hop-self | [ no | default ] neighbor { ipAddress | peerGroupName } next-hop-self | ARISTANDCA13289332 |
| neighbor password | neighbor { ipAddress | peerGroupName } password [ 0 | 8 ] string | ARISTANDCA13289332 |
| neighbor peer-group (assigning members) | neighbor ipAddress peer-group peerGroupName | ARISTANDCA13289332 |
| neighbor peer-group (creating) | neighbor peerGroupName peer-group | ARISTANDCA13289332 |
| neighbor remote-as | neighbor { ipAddress | peerGroupName } remote-as number | ARISTANDCA13289332 |
| neighbor remove-private-as | [ no | default ] neighbor { ipAddress | peerGroupName } remove-private-as | ARISTANDCA13289332 |
| neighbor route-map | neighbor { ipAddress | peerGroupName } route-map mapTag { in | out } | ARISTANDCA13289332 |
| neighbor route-reflector-client | [ no | default ] neighbor { ipAddress | peerGroupName } route-reflector-client | ARISTANDCA13289332 |
| neighbor send-community | [ no | default ] neighbor { ipAddress | peerGroupName } send-community [ standard | extended | both ] | ARISTANDCA13289332 |
| neighbor shutdown | [ no | default ] neighbor { ipAddress | peerGroupName } shutdown | ARISTANDCA13289332 |
| neighbor timers | neighbor { ipAddress | peerGroupName } timers keepaliveTime holdTime | ARISTANDCA13289332 |
| neighbor update-source | neighbor { ipAddress | peerGroupName } update-source { interfaceType interfaceSpecifier | updateSourceAddress } | ARISTANDCA13289332 |
| neighbor weight | neighbor { ipAddress | peerGroupName } weight value | ARISTANDCA13289332 |
| network area | [ no ] network ipNet maskWildCard area { areaId | areaIdInt } | ARISTANDCA13289332 |
| no snmp-server | [ no ] snmp-server | ARISTANDCA13289332 |
| ntp server | ntp server ipAddress [ version number ] [ prefer ] [ source interfaceType interfaceSpecifier ] | ARISTANDCA13289332 |
| ntp source | ntp source interfaceType interfaceSpecifier | ARISTANDCA13289332 |
| passive-interface | [ no ] passive-interface interfaceType interfaceSpecifier | ARISTANDCA13289332 |
| passive-interface (OSPFv3) | [ no ] passive-interface interfaceType interfaceSpecifier | ARISTANDCA13290444 |
| redundancy force-switchover | redundancy force-failover { slotNumber | srp } | ARISTANDCA13289332 |
| route-map | [ no ] route-map mapTag [ interfaceType interfaceSpecifier ] | ARISTANDCA13289332 |
| router bgp | [ no ] router bgp autonomousSystem | ARISTANDCA13289332 |
| router isis | [no]routerisis[tag] | ARISTANDCA13289332 |
| router ospf | [ no ] router ospf processId [ vrf vrfName ] | ARISTANDCA13289332 |
| router rip | [ no ] router rip | ARISTANDCA13289332 |
| router-id | bgp router-id ipAddress  //  [ no ] ip router-id [ vrfName ] ipAddress | ARISTANDCA13289332 |
| router-id (OSPFv3) | [ no ] ip router-id [ *vrfName* ] *ipAddress* | 19006JNPR00121081 |
| set-overload-bit | set-overload-bit [ on-startup period ] | ARISTANDCA13289332 |
| show arp | show [ ip ] arp [ vrfName ] [ ipAddress ] [ interfaceType interfaceSpecifier ] [ all ] [ filter ] | ARISTANDCA13289332 |
| show clock | show clock [ detail ] [ filter ] | ARISTANDCA13289332 |
| show environment all | show environment [ all ] [ table ] [ filter ] | ARISTANDCA13289332 |
| show hosts | show hosts [ filter ] | ARISTANDCA13289332 |
| show interfaces | show interfaces interfaceType interfaceSpecifier [ delta ] [ brief ] [ filter ] | ARISTANDCA13289332 |
| show ip bgp | show ip bgp [ addressFamilyIdentifier ]  [ network [ networkMask [ longer-prefixes ] ] ] [ fields { fieldOptions } ] [ filter      all | [ afi | aggregator | as-path | atomic-aggregate | best | clusters | communities | extended-communities | imported | intro | label | loc-pref | med | next-hop | next-hop-cost | origin | originator-id | peer | peer-type | rd | safi | unknown-types | weight ]* | ARISTANDCA13289332 |
| show ip bgp community | show ip bgp [ addressFamilyIdentifier ] community { communityNumber | local-as | no-advertise | no-export } [ communityNumber | local-as | no-advertise | no-export ] * [ exact-match ] [ fields { fieldOptions } ] [ filter ] | ARISTANDCA13289332 |
| show ip bgp neighbors | show ip bgp [ addressFamilyIdentifier ] neighbors [ ipAddress ] [ delta ] [ filter ] | ARISTANDCA13289332 |
| show ip bgp paths | show ip bgp paths [ regularExpression ] [ filter ] | ARISTANDCA13289332 |
| show ip bgp peer-group | show ip bgp [ addressFamilyIdentifier ] peer-group [ peerGroupName ] [ filter ] | ARISTANDCA13289332 |
| show ip bgp regexp | show ip bgp [ addressFamilyIdentifier ] regexp pathExpression [ fields { fieldOptions } ] [ filter ] | ARISTANDCA13289332 |
| show ip bgp summary | show ip bgp [ addressFamilyIdentifier ] summary [ fields { fieldOptions } ] [ delta ] [ filter ] | ARISTANDCA13289332 |
| show ip community-list | show ip community list [ listName ] [ filter ] | ARISTANDCA13289332 |
| show ip extcommunity-list | show ip extcommunity-list [ listName ] [ filter ] | ARISTANDCA13289332 |
| show ip igmp groups | show ip igmp groups [ count ] [ groupAddress [ interfaceType interfaceSpecifier ] ] [ filter ] | ARISTANDCA13289332 |
| show ip igmp interface | show ip igmp interface [ brief | count ] [ delta ] [ interfaceType interfaceSpecifier ] [ filter ] | ARISTANDCA13289332 |
| show ip interface | show ip interface [ vrf vrfName ] { { [ brief | detail ] [ interfaceType interfaceSpecifier ] } | summary } [ delta ] [ filter ] | ARISTANDCA13289332 |
| show ip interface brief | show ip interface [ vrf vrfName ] { { [ brief | detail ] [ interfaceType interfaceSpecifier ] } | summary } [ delta ] [ filter ] | ARISTANDCA13289332 |
| show ip mroute | show ip mroute [ groupIpAddress [ sourceIpAddress ] ] [ summary | count | statistics ] [ filter ] | ARISTANDCA13289332 |
| show ip mroute count | show ip mroute [ groupIpAddress [ sourceIpAddress ] ] [ summary | count | statistics ] [ filter ] | ARISTANDCA13289332 |

# APPENDIX H.JE - Juniper JUNOSe Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip nat translations | show ip nat translations [ static \| dynamic ] [ gre \| icmp \| tcp \| udp ]* [ verbose ] [ filter ]     show ip nat translations inside insideLocalIpAddress [ localPort ] [ insideGlobalIpAddress [ globalPort ] ] [ verbose ] [ filter ]     show ip nat translations outside outsideGlobalIpAddress [ globalPort ] [ outsideLocalIpAddress [ localPort ] ] [ verbose ] [ filter ] | 19006JNPR00122695 |
| show ip ospf | show ip ospf [ vrf vrfName ] [ delta ] [ filter ] | ARISTANDCA13289332 |
| show ip ospf border-routers | show ip ospf border-routers [ vrf vrfName ] [ filter ] | ARISTANDCA13289332 |
| show ip ospf database database-summary | show ip ospf database [ vrf vrfName ] [ database-summary \| { asbr-summary \| external \| network \| nssa-external \| router \| summary \| opaqueArea } [ ipAddress \| internal ] ] [ filter ] | ARISTANDCA13289332 |
| show ip ospf interface | show ip ospf interface [ vrf vrfName ] [ interfaceType interfaceSpecifier ] [ filter ] | ARISTANDCA13289332 |
| show ip pim interface | show ip pim interface [ interfaceType interfaceSpecifier ] [ count ] [ filter ] | ARISTANDCA13289332 |
| show ip pim neighbor | show ip pim neighbor [ interfaceType interfaceSpecifier ] [ filter ] | ARISTANDCA13289332 |
| show ip pim rp | show ip pim rp { groupAddress \| mapping } [ filter ] | ARISTANDCA13289332 |
| show ip pim rp-hash | show ip pim rp-hash groupAddress [ filter ] | ARISTANDCA13289332 |
| show ip prefix-list | show ip prefix-list [ listName [ seq seqNum \| ipPrefix [ longer \| first-match ] ] ] [ filter ] | ARISTANDCA13289332 |
| show ip rip database | show ip rip database [ vrf vrfName ] [ active ] [ inactive ] [ filter ] | ARISTANDCA13289332 |
| show ip route | show ip route [ vrf vrfName ] [ ipAddress [ ipMask ] [ detail ] ] [ all ] [ bgp \| isis \| local \| ospf \| other \| rip \| static ] [ filter ] | ARISTANDCA13289332 |
| show ip route summary | show ip route summary [ vrf vrfName ] [ filter ] | ARISTANDCA13289332 |
| show ipv6 access-list | show ipv6 access-list [ accessListName ] [ detail ] [ filter ] | 19006JNPR00122695 |
| show ipv6 interface | show ipv6 interface [ vrf vrfName ] [ brief \| detail ] [ interfaceType interfaceSpecifi | 19006JNPR00122695 |
| show ipv6 neighbors | show ipv6 neighbors [ vrf vrfName ] [ ipv6Address ] [ interfaceType interfaceSpeci | 19006JNPR00122695 |
| show ipv6 ospf | show ipv6 ospf [ filter ] | 19006JNPR00122695 |
| show ipv6 ospf border-routers | show ipv6 ospf border-routers [ vrf vrfName ] [ filter ] | 19006JNPR00122695 |
| show ipv6 ospf interface | show ipv6 ospf [ areaId \| areaIdInt ] interface [ interfaceType interfaceSpecifier ] | 19006JNPR00122695 |
| show ipv6 prefix-list | show ipv6 prefix-list[ listName [ seq seqNum \| ipv6Prefix [ longer \| first-match ] ] ] | 19006JNPR00122695 |
| show ipv6 route | show ipv6 route [ vrf vrfName ] [ ipv6Address [ detail ] \| ipv6Prefix [ detail ] ] [ all ] | 19006JNPR00122695 |
| show ipv6 route summary | show ipv6 route summary [ vrf vrfName ] [ filter ] | 19006JNPR00122695 |
| show isis database | show isis database [ level-1 \| level-2 \| l1 \| l2 \| lspid \| detail \| verbose ]* [ filter ] | ARISTANDCA13289332 |
| show isis topology | showisistopology[[level-1\|level-2\|l1\|l2]*[nsap]\|[nsap][level-1\| level-2 \| l1 \| l2 ]* ] [ filter ] | ARISTANDCA13289332 |
| show ntp associations | show ntp associations [ detail ] [ filter ] | ARISTANDCA13289332 |
| show ntp status | show ntp status [ filter ] | ARISTANDCA13289332 |
| show privilege | show privilege | 19006JNPR00122695 |
| show reload | show reload [ filter ] | ARISTANDCA13289332 |
| show route-map | show route-map [ listName ] [ filter ] | ARISTANDCA13289332 |
| show snmp | show snmp [ delta ] [ filter ] | ARISTANDCA13289332 |
| show snmp community | show snmp community [ filter ] | ARISTANDCA13289332 |
| show snmp group | show snmp group [ filter ] | 19006JNPR00122695 |
| show snmp trap | show snmp trap [ filter ] | ARISTANDCA13289332 |
| show snmp user | show snmp user [ filter ] | ARISTANDCA13289332 |
| show snmp view | show snmp view [ filter ] | ARISTANDCA13289332 |
| show tacacs | show tacacs [ statistics \| delta ] [ filter ] | 19006JNPR00122695 |
| show track | show track objectName [ filter ] | 19006JNPR00122695 |
| show users | show users [ detail ] [ all ] [ filter ] | ARISTANDCA13289332 |
| show version | show version [ filter ] | ARISTANDCA13289332 |
| snmp-server community | snmp-server community commString [ view viewName ] [ priv ] [ accessListName ] | ARISTANDCA13289332 |
| snmp-server contact | snmp-server contact text | ARISTANDCA13289332 |
| snmp-server enable traps | [ no ] snmp-server enable traps [ trapCategory \| snmp authentication ] [ trapfilters trapFilter ] | ARISTANDCA13289332 |
| snmp-server group | snmp-server group groupName securityModel authenticationLevel [ read readView ] [ write writeView ] [ notify notifyView ] [ storageType ] | 19006JNPR00122695 |
| snmp-server host | snmp-server host ipAddress [ version ver ] securityString [ udp-port port ] [ trapCategory ]* [ trapFilters trapFilter ] | ARISTANDCA13289332 |
| snmp-server location | snmp-server location text | ARISTANDCA13289332 |
| snmp-server user | snmp-server user userName group groupName [ authentication authType authKey ] [ privacy privType privKey ] | ARISTANDCA13289332 |
| snmp-server view | snmp-server view viewName oidTree [ viewType ] [ storageType ] | 19006JNPR00122695 |
| spf-interval | spf-interval [ level-1 \| level-2 ] seconds | ARISTANDCA13289332 |
| tacacs-server host | tacacs-server host ipAddress [ port portNumber ] [ timeout timeoutValue ] [ key keyValueString ] [ primary ] | 19006JNPR00122695 |
| tacacs-server key | tacacs-server key keyValueString | 19006JNPR00122695 |
| tacacs-server timeout | tacacs-server timeout timeoutValue | 19006JNPR00122695 |
| terminal length | terminal length value | ARISTANDCA13289332 |
| timers bgp | timers bgp keepaliveTime holdTime | ARISTANDCA13289332 |