# EXHIBIT 24

# APPENDIX H.NX - NextHop Techs. Usage of Disputed CLI Commands

| Disputed Cisco Command | NextHop Technologies Command Syntax | NextHop Manual Bates Number |
|---|---|---|
| address-family | address-family [ [ipv4 (unicast \| multicast \| vpn)] \| [ipv6 (unicast \| multicast)] ] | ARISTANDCA13352468 |
| aggregate-address | aggregate-address (ipv4_address (mask \| masklen)?) (protocol [aggregate \| all \| bgp \| direct \| isis \| kernel \| ospf \| rip \| static]) bgp? \|\| blackhole? \|\| brief? \|\| generate? \|\| [match-map map_name]? \|\| noinstall? \|\| [preference pref]? \|\| (rib [multicast \| unicast \| unicast-multicast])?<br><br>aggregate-address ipv6prefix/len (protocol [aggregate \| all \| bgp \| direct \| isis \| kernel \| ospf3 \| ripng \| static]) bgp? \|\| blackhole? \|\| brief? \|\| generate? \|\| [match-map map_name]? \|\| noinstall? \|\| [preference pref]? \|\| (rib [multicast \| unicast | ARISTANDCA13352468 |
| area nssa | area area_id nssa metric metric-type | ARISTANDCA13352468 |
| area nssa (OSPFv3) | area area_id nssa metric metric-type (OSPFv3) | ARISTANDCA13352468 |
| area range | area area_id range ip_address mask [no-advertise]? | ARISTANDCA13352468 |
| area range (OSPFv3) | area area_id range ipv6_address masklen [no-advertise]? (OSPFv3) | ARISTANDCA13352468 |
| area stub | area area_id stub metric? | ARISTANDCA13352468 |
| area stub (OSPFv3) | area area_id stub metric? (OSPFv3) | ARISTANDCA13352468 |
| bgp cluster-id | bgp cluster-id router-id | ARISTANDCA13352468 |
| bgp confederation identifier | bgp confederation identifier confed_id | ARISTANDCA13352468 |
| bgp confederation peers | bgp confederation peers as_number {1, n} | ARISTANDCA13352468 |
| clear ip bgp | clear ip bgp [peer \| *] [soft]? | ARISTANDCA13352468 |
| clear ip igmp group | clear ip igmp group [ group-name \|\| group-address \|\| type \|\| number ]? | ARISTANDCA13352468 |
| clear ip mroute | clear ip mroute gr_address? sr_address? | ARISTANDCA13352468 |
| default-metric (OSPF) | default-metric metric (BGP)<br>default-metric metric_value (OSPF) | ARISTANDCA13352468 |
| default-metric (OSPFv3) | default-metric metric_value (OSPFv3) | ARISTANDCA13352468 |
| ip access-list standard | ip access-list standard list_name | ARISTANDCA13352468 |
| ip as-path access-list | ip as-path access-list name [ ( [ permit \| deny ] regexp origin ) \| [ name as-path-name ] ] | ARISTANDCA13352468 |
| ip community-list standard | ip community-list name [permit \| deny] [comm-set commset_name] [exact]? [standard \| extended]? | ARISTANDCA13352468 |
| ip igmp last-member-query-count | ip igmp last-member-query-count value | ARISTANDCA13352468 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval time-milliseconds | ARISTANDCA13352468 |
| ip igmp query-interval | ip igmp query-interval time-seconds | ARISTANDCA13352468 |
| ip igmp query-max-response-time | ip igmp query-max-response-time time-seconds | ARISTANDCA13352468 |
| ip igmp startup-query-count | ip igmp startup-query-count value | ARISTANDCA13352468 |
| ip igmp startup-query-interval | ip igmp startup-query-interval time-deciseconds | ARISTANDCA13352468 |
| ip igmp static-group | ip igmp static-group group-addr [source source-addr]? | ARISTANDCA13352468 |
| ip igmp version | ip igmp version [1 \| 2 \| 3] | ARISTANDCA13352468 |
| ip msdp default-peer | ip msdp default-peer address | ARISTANDCA13352468 |
| ip msdp mesh-group | ip msdp mesh-group number address | ARISTANDCA13352468 |
| ip msdp peer | ip msdp peer holdtime time-seconds<br>ip msdp peer ip_address local-address ip_address<br>ip msdp peer ip_address remote-as as_number | ARISTANDCA13352468 |
| ip multicast boundary | ip multicast boundary group-address mask | ARISTANDCA13352468 |
| ip ospf authentication | ip ospf authentication [ [simple key] \| [ md5 id_number md5_key [(start-generate date_time) \|\| (stop-generate date_time) \|\| (start-accept date_time) (stop-accept date_time)]? ] ] | ARISTANDCA13352468 |
| ip ospf cost | ip ospf cost cost_value | ARISTANDCA13352468 |
| ip ospf dead-interval | ip ospf dead-interval time-seconds | ARISTANDCA13352468 |
| ip ospf hello-interval | ip ospf hello-interval time-seconds | ARISTANDCA13352468 |
| ip ospf network | ip ospf network [ point-to-multipoint \| nonbroadcast ] | ARISTANDCA13352468 |
| ip ospf priority | ip ospf priority level | ARISTANDCA13352468 |
| ip ospf retransmit-interval | ip ospf retransmit-interval time-seconds | ARISTANDCA13352468 |
| ip ospf transmit-delay | ip ospf transmit-delay time-seconds | ARISTANDCA13352468 |
| ip pim anycast-rp | ip pim anycast-rp address [register-count (num \| infinity)]? {1,n} | ARISTANDCA13352468 |
| ip pim bsr-border | ip pim bsr-border | ARISTANDCA13352468 |
| ip pim bsr-candidate | ip pim bsr-candidate interface | ARISTANDCA13352468 |
| ip pim dr-priority | ip pim dr-priority level | ARISTANDCA13352468 |
| ip pim rp-address | ip pim rp-address address group prefix | ARISTANDCA13352468 |
| ip pim rp-candidate | ip pim rp-candidate interface | ARISTANDCA13352468 |
| ip pim sparse-mode | ip pim sparse-mode | ARISTANDCA13352468 |
| ip pim ssm range | ip pim ssm range acl_name | ARISTANDCA13352468 |
| ip prefix-list | ip prefix-list list_id [seq seq_value]? [deny \| permit] [network/masklen] [ge length]? [le length]? | ARISTANDCA13352468 |
| ip route | ip route prefix [mask \|\| masklen] nhipv4-address \| interface-name] [ distance ]? [ tag tag ]? [metric value] [ unicast \|\| multicast \|\| noinstall \|\| reject \|\| retain \|\| blackhole ]? | ARISTANDCA13352468 |

Case 5:14-cv-05344-BLF   Document 381-24   Filed 07/14/16   Page 3 of 4

# APPENDIX H.NX - NextHop Techs. Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ipv6 access-list | ipv6 access-list list_name | ARISTANDCA13352468 |
| ipv6 ospf area | ipv6 ospf instance_id area area_id | ARISTANDCA13352468 |
| ipv6 prefix-list | ipv6 prefix-list list_id [seq seq_value]? [deny \| permit] [network/masklen] [ge length]? [le length]? | ARISTANDCA13352468 |
| ipv6 route | ipv6 route v6_prefix/masklen [nhipv6-addr \| interface-name] [distance]? [tag tag]? [metric value] [unicast \|\| multicast \|\| noinstall \|\| reject \|\| retain \|\| blackhole]? | ARISTANDCA13352468 |
| ipv6 router ospf | ipv6 router ospf instance_id | ARISTANDCA13352468 |
| isis hello-interval | isis hello-interval time-seconds [ level-1 \| level-1-2 \| level-2 ] instance-id? | ARISTANDCA13352468 |
| isis hello-multiplier | isis hello-multiplier number [ level-1 \| level-1-2 \| level-2 ]? instance-id? | ARISTANDCA13352468 |
| isis lsp-interval | isis lsp-interval time-milliseconds instance-id? | ARISTANDCA13352468 |
| isis metric | isis metric cost [ level-1 \| level-1-2 \| level-2 ]? instance-id? | ARISTANDCA13352468 |
| isis passive | isis passive instance-id? | ARISTANDCA13352468 |
| isis priority | isis priority number [ level-1 \| level-1-2 \| level 2 ]? instance-id? | ARISTANDCA13352468 |
| is-type | is-type [ level-1 \| level-1-2 \| level-2 ] | ARISTANDCA13352468 |
| neighbor activate | neighbor [ip_address \| group-name] activate | ARISTANDCA13352468 |
| neighbor local-as | neighbor ip_address local-as as_nu | ARISTANDCA13352468 |
| neighbor next-hop-self | neighbor [ip_address \| group-name] next-hop-self | ARISTANDCA13352468 |
| neighbor password | neighbor [ ip_address ] password key | ARISTANDCA13352468 |
| neighbor peer-group (assigning members) | neighbor ip_address peer-group pgname | ARISTANDCA13352468 |
| neighbor peer-group (creating) | neighbor group-name peer-group | ARISTANDCA13352468 |
| neighbor remote-as | neighbor ip_address remote-as as_num | ARISTANDCA13352468 |
| neighbor remove-private-as | neighbor [ip_address \| group-name] remove-private-a | ARISTANDCA13352468 |
| neighbor route-map | neighbor ip_address route-map rm-name [in \| out] | ARISTANDCA13352468 |
| neighbor route-reflector-client | neighbor [ip_address \| group-name] route-reflector-client [meshed]? | ARISTANDCA13352468 |
| neighbor send-community | neighbor ip_address send-community | ARISTANDCA13352468 |
| neighbor timers | neighbor [ip_address \| group-name] timers [ keepalive_value holdtime_value ] | ARISTANDCA13352468 |
| neighbor update-source | neighbor [ip_address \| group-name] update-source source_addr | ARISTANDCA13352468 |
| network area | network ip_address wildcard-mask area area_id | ARISTANDCA13352468 |
| passive-interface | passive-interface | ARISTANDCA13352468 |
| passive-interface (OSPFv3) | passive-interface (OSPFv3) | ARISTANDCA13352468 |
| router bgp | router bgp as_number | ARISTANDCA13352468 |
| router isis | router isis instance-id | ARISTANDCA13352468 |
| router ospf | router ospf instance_id | ARISTANDCA13352468 |
| router rip | router rip | ARISTANDCA13352468 |
| router-id | router-id rid_value | ARISTANDCA13352468 |
| router-id (OSPFv3) | router-id rid_value (OSPFv3) | ARISTANDCA13352468 |
| set-overload-bit | set-overload-bit [on-startup time-seconds]? | ARISTANDCA13352468 |
| show ip bgp | show ip bgp [vr vrname]? [ip_address]? [prefix (longer-prefixes?)] | ARISTANDCA13352468 |
| show ip bgp neighbors | show ip bgp [vr vrname]? neighbors [ipv4-address]? | ARISTANDCA13352468 |
| show ip bgp paths | show ip bgp paths | ARISTANDCA13352468 |
| show ip bgp peer-group | show ip bgp [vr vrname]? peer-group | ARISTANDCA13352468 |
| show ip bgp summary | show ip bgp [vr vrname]? Summary | ARISTANDCA13352468 |
| show ip igmp groups | show ip igmp [vr vrname]? groups [gname \| gaddr]? [interface (ipv4_addr \| interface_name)]? [detail]? | ARISTANDCA13352468 |
| show ip igmp interface | show ip igmp [vr vrname]? interface [interface-name \| ipv4_address]? | ARISTANDCA13352468 |
| show ip mroute | show ip mroute [vr vrname]? | ARISTANDCA13352468 |
| show ip msdp peer | show ip msdp [vr vrname]? Peer | ARISTANDCA13352468 |
| show ip msdp sa-cache | show ip msdp [vr vrname]? sa-cache | ARISTANDCA13352468 |
| show ip ospf | show ip ospf [vr vrname]? instance_id? | ARISTANDCA13352468 |
| show ip ospf border-routers | show ip ospf [vr vrname]? border-rout | ARISTANDCA13352468 |
| show ip ospf interface | show ip ospf [vr vrname]? interface [instance_id interface-name]? | ARISTANDCA13352468 |
| show ip ospf neighbor | show ip ospf [vr vrname]? neighbor [neighbor_id \|\| interface interface_name]? | ARISTANDCA13352468 |
| show ip ospf request-list | show ip ospf [vr vrname]? request-list | ARISTANDCA13352468 |
| show ip ospf retransmission-list | show ip ospf [vr vrname]? retransmission-list interface? neighbor? | ARISTANDCA13352468 |
| show ip pim interface | show ip pim [vr vrname]? interface [ipv4_addr \| name]? detail? | ARISTANDCA13352468 |
| show ip pim neighbor | show ip pim [vr vrname]? neighbor name? detail? | ARISTANDCA13352468 |
| show ip pim rp | show ip pim [vr vrname]? Rp | ARISTANDCA13352468 |
| show ip pim rp-hash | show ip pim [vr vrname]? rp-hash ipv4_address | ARISTANDCA13352468 |
| show ip prefix-list | show ip prefix-list [ detail \| summary ]? [ list_id ]? | ARISTANDCA13352468 |
| show ip rip database | show ip rip database [vr vrname]? [prefix \|\| (tag value) \|\| (ipv4-address netmask) \|\| all \|\| holddown \|\| active \|\| inactive]? | ARISTANDCA13352468 |

Case 5:14-cv-05344-BLF   Document 381-24   Filed 07/14/16   Page 4 of 4

# APPENDIX H.NX - NextHop Techs. Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip route | show ip route [vr vrname]? [summary \| detail]?<br>show ip route [vr vrname]? [unicast \| multicast]? \|\| [(ipv4-address (mask \|\| longer-prefixes)) \| bgp \| dvmrp \| isis \| rip \| static \| connected \| (ospf instance_id?) \| (list access-list-name)]? | ARISTANDCA13352468 |
| show ip route summary | show ip route [vr vrname]? [summary \| detail]? | ARISTANDCA13352468 |
| show ipv6 access-list | show ipv6 route [vr vrname]? [summary]? | ARISTANDCA13352468 |
| show ipv6 bgp | show ipv6 bgp [vr vrname]? (ipv6_address/masklen)? | ARISTANDCA13352468 |
| show ipv6 bgp neighbors | show ipv6 bgp [vr vrname]? neighbors [ipv6-address]? | ARISTANDCA13352468 |
| show ipv6 ospf | show ipv6 ospf [vr vrname]? instance_id? | ARISTANDCA13352468 |
| show ipv6 ospf border-routers | show ipv6 ospf [vr vrname]? border-routers | ARISTANDCA13352468 |
| show ipv6 ospf interface | show ipv6 ospf [vr vrname]? interface instance_id interface-name | ARISTANDCA13352468 |
| show ipv6 ospf neighbor | show ipv6 ospf [vr vrname]? neighbor [neighbor_id \|\| interface interface_name]? | ARISTANDCA13352468 |
| show ipv6 prefix-list | show ipv6 prefix-list [detail \| summary]? [list_id]? | ARISTANDCA13352468 |
| show ipv6 route | show ipv6 route [vr vrname]? [summary]?<br>show ipv6 route [vr vrname]? ([unicast \| multicast]? \|\| [ipv6_pref/masklen \| bgp \| ospf3 \| isis \| ripng \| static \| connected])? | ARISTANDCA13352468 |
| show ipv6 route summary | show ipv6 route [vr vrname]? [summary]? | ARISTANDCA13352468 |
| show isis database | show isis [vr vrname]? database instance-id? ([level-1 \|\| level-2] \| [l1 \|\| l2])? | ARISTANDCA13352468 |
| spf-interval | spf-interval time-seconds | ARISTANDCA13352468 |
| terminal length | terminal length num-lines | ARISTANDCA13352468 |
| timers basic (RIP) | timers basic update-seconds expiration-seconds garbageseconds | ARISTANDCA13352468 |
| timers bgp | timers bgp keepalive_value holdtime_value | ARISTANDCA13352468 |