# EXHIBIT 25

# APPENDIX H.PR - Procket Networks Usage of Disputed CLI Commands

| Disputed Cisco Command | Procket Networks Command Syntax | Procket Networks Manual Bates Number |
|---|---|---|
| aaa accounting | [no] aaa accounting {commands <level> | exec | system} default {start-stop | stop-only} {none | radius | tacacs+} | ARISTANDCA133357279 |
| aaa authentication login | [no] aaa authentication {enable | login | password-prompt | user-prompt} default {local | none | radius | tacacs+} | ARISTANDCA133357279 |
| address-family | [no] address-family ipv6 unicast | ARISTANDCA133357095 |
| area default-cost | [no] area <area-id> default-cost <cost> | ARISTANDCA133357095 |
| area default-cost (OSPFv3) | [no] area <area-id> default-cost <cost> | ARISTANDCA133357095 |
| area range | [no] area <area-id> range <ipv6-prefix> [advertise | not-advertise] | ARISTANDCA133357095 |
| area range (OSPFv3) | [no] area <area-id> range <ipv6-prefix> [advertise | not-advertise] | ARISTANDCA133357095 |
| area stub | [no] area <area-id> stub [no-summary] | ARISTANDCA133357095 |
| area stub (OSPFv3) | [no] area <area-id> stub [no-summary] | ARISTANDCA133357095 |
| banner login | [no] banner login | ARISTANDCA133357279 |
| banner motd | [no] banner motd | ARISTANDCA133357279 |
| clear counters | clear counters {all | <interface_name>} | ARISTANDCA133357279 |
| clear ip bgp | clear ip bgp {<ip-address> | *} | ARISTANDCA133356947 |
| clock timezone | [no] clock timezone {<timezone> | <offset>} | ARISTANDCA133357279 |
| default-information originate (OSPF) | [no] default-information originate [always] [metric <metric-value>] [metric-type <type>] | ARISTANDCA133357095 |
| default-information originate (OSPFv3) | [no] default-information originate [always] [metric <metric-value>] [metric-type <type>] | ARISTANDCA133357095 |
| default-metric (OSPF) | [no] ipv6 default-metric <value> | ARISTANDCA133357095 |
| default-metric (OSPFv3) | [no] ipv6 default-metric <value> | ARISTANDCA133357095 |
| enable secret | [no] enable secret [level <level>] {[0] <cleartext-password> | 5 <MD5-encrypted-password>} | ARISTANDCA133357887 |
| interface ethernet | interface Ethernet0/0/4 | ARISTANDCA133357095 |
| interface loopback | interface Loopback0 | ARISTANDCA133357095 |
| ip access-group | ip access-group | ARISTANDCA133356947 |
| ip address | ip address | ARISTANDCA133356947 |
| ip host | ip host | ARISTANDCA133357095 |
| ip name-server | Manual example shows:  ip name-server 10.1.1.1 | ARISTANDCA133357887 |
| ip ospf message-digest-key | Manual example shows:  ip ospf message-digest-key 1 md5 0 procket | ARISTANDCA133357887 |
| ip pim rp-address | ip pim rp-address 1.1.1.1 | ARISTANDCA133356947 |
| ip pim sparse-mode | ip pim sparse-mode | ARISTANDCA133356947 |
| ip radius source-interface | [no] ip radius source-interface <interface-type> <number> | ARISTANDCA133357887 |
| ip route | ip route | ARISTANDCA133356947 |
| ip tacacs source-interface | [no] ip tacacs+ source-interface <interface-type> <number> | ARISTANDCA133357887 |
| ipv6 access-group | [no] ipv6 access-group <policy-name> {in | out} | ARISTANDCA133358495 |
| ipv6 address | ipv6 address <ipv6-address>/<mask-length> [eui64] | ARISTANDCA133357095 |
| ipv6 host | [no] ipv6 host <ipv6-hostname> <ipv6-address> [<ipv6-address>] | ARISTANDCA133357095 |
| ipv6 nd managed-config-flag | [no] ipv6 nd managed-config-flag | ARISTANDCA133357095 |
| ipv6 nd ns-interval | ipv6 nd ns-interval <interval> | ARISTANDCA133357095 |
| ipv6 nd other-config-flag | [no] ipv6 nd other-config-flag | ARISTANDCA133357095 |
| ipv6 nd ra interval | ipv6 nd ra-interval<interval> | ARISTANDCA133357095 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime <lifetime> | ARISTANDCA133357095 |
| ipv6 nd reachable-time | ipv6 nd reachable-time <time> | ARISTANDCA133357095 |
| ipv6 neighbor | ipv6 neighbor <ipv6-address> <mac-address> | ARISTANDCA133357095 |
| ipv6 route | [no] ipv6 route <ipv6-prefix> {<nexthop> | <interface>} [<preference>] | ARISTANDCA133357095 |
| is-type | Manual example shows:  is-type level-1-2 | ARISTANDCA133357887 |
| load-interval | [no] load-interval <seconds> | ARISTANDCA133357279 |
| log-adjacency-changes | [no] log-adjacency-changes [detail] | ARISTANDCA133357095 |
| log-adjacency-changes (IS-IS) | [no] log-adjacency-changes [detail] | ARISTANDCA133357095 |
| log-adjacency-changes (OSPFv3) | [no] log-adjacency-changes [detail] | ARISTANDCA133357095 |
| logging host | [no] logging host <host> facility <facility> [level <level>]<br>[no] logging host> facility-override <facility> | ARISTANDCA133357887 |
| maximum-paths | [no] maximum-paths <max-paths> | ARISTANDCA133357095 |
| maximum-paths (OSPFv3) | [no] maximum-paths <max-paths> | ARISTANDCA133357095 |
| no snmp-server | [no] snmp-server | ARISTANDCA133357279 |
| ntp authenticate | [no] ntp authenticate | ARISTANDCA133357279 |
| ntp authentication-key | ntp authentication-key <key-id> md5 [encryption-method] <key-string> | ARISTANDCA133357279 |
| ntp server | [no] ntp server <ip-address> [version <number>] [key <id>] [prefer] | ARISTANDCA133357279 |
| ntp source | ntp source <interface> | ARISTANDCA133357279 |
| ntp trusted-key | [no] ntp trusted-key <keyid> | ARISTANDCA133357279 |
| router bgp | router bgp 1010 | ARISTANDCA133356947 |
| router isis | [no] ipv6 router isis <tag> | ARISTANDCA133357095 |
| router ospf | router ospf 101 | ARISTANDCA133356947 |
| router rip | [no] router rip <tag> | ARISTANDCA133357095 |
| router-id | [no] router-id <identifier> | ARISTANDCA133357095 |

# APPENDIX H.PR - Procket Networks Usage of Disputed CLI Commands

| router-id (OSPFv3) | [no] router-id <identifier> | ARISTANDCA13357095 |
|---|---|---|
| show clock | show clock | ARISTANDCA13357279 |
| show environment power | show environment power | ARISTANDCA13357279 |
| show environment temperature | show environment temperature [[switch-card <slot-number>] | [[line-card <slot-number>] / [ma-card <slot-number>]] | ARISTANDCA13357279 |
| show hosts | show hosts | ARISTANDCA13357279 |
| show inventory | show inventory | ARISTANDCA13357279 |
| show ip arp | show ip arp (referencing the IPv4 Routing Protocols guide) | ARISTANDCA13357887 |
| show ip bgp | show ip bgp | ARISTANDCA13356947 |
| show ip bgp community | show ip bgp community | ARISTANDCA13356947 |
| show ip bgp neighbors | show ip bgp neighbors 10.3.66.161 routes advertised | ARISTANDCA13356947 |
| show ip bgp summary | show ip bgp summary | ARISTANDCA13356947 |
| show ip interface | show ip interface | ARISTANDCA13356947 |
| show ip interface brief | Manual example shows:  Router(config-if)# show ip interface brief | ARISTANDCA13357887 |
| show ip ospf | show ip ospf border-routers (see index)<br>show ip ospf database (see index)<br>show ip ospf interface (see index)<br>show ip ospf neighbors (see index)<br>show ip ospf request-list (see index)<br>show ip ospf route (see index)<br>show ip ospf statistics (see index) | ARISTANDCA13357095 |
| show ip ospf border-routers | show ip ospf border-routers (see index) | ARISTANDCA13357095 |
| show ip ospf interface | show ip ospf interface (see index) | ARISTANDCA13357095 |
| show ip ospf request-list | show ip ospf request-list (see index) | ARISTANDCA13357095 |
| show ip route | show ip route | ARISTANDCA13356947 |
| show ipv6 bgp | show ipv6 bgp [<A:B::C:D/LEN>] [<command>] | ARISTANDCA13357095 |
| show ipv6 bgp neighbors | show ipv6 bgp neighbors | ARISTANDCA13357095 |
| show ipv6 bgp summary | show ipv6 bgp summary | ARISTANDCA13357095 |
| show ipv6 interface | show ipv6 interface [<interface> | <ipv6-address>] | ARISTANDCA13357095 |
| show ipv6 route | show ipv6 route | ARISTANDCA13357095 |
| show ipv6 route summary | show ipv6 route summary | ARISTANDCA13357095 |
| show isis database | show isis database | ARISTANDCA13356947 |
| show isis interface | show isis interface | ARISTANDCA13356947 |
| show ntp associations | show ntp associations [detail] | ARISTANDCA13357279 |
| show ntp status | show ntp status | ARISTANDCA13357279 |
| show privilege | show privilege | ARISTANDCA13357279 |
| show radius | show radius | ARISTANDCA13357279 |
| show users | show users | ARISTANDCA13357279 |
| show version | show version [all | <component>] | ARISTANDCA13357279 |
| snmp-server community | [no] snmp-server community [0|3] ] | ARISTANDCA13357279 |
| snmp-server contact | [no] snmp-server contact <contact> | ARISTANDCA13357279 |
| snmp-server enable traps | [no] snmp-server enable traps [bgp | chassis | ldp | ospf | snmp | te] | ARISTANDCA13357279 |
| snmp-server host | [no] snmp-server host <host-address> <community>[bgp][chassis][snmp] [udp-port <1-65535>]|[version {1 | 2c}] | ARISTANDCA13357279 |
| snmp-server location | [no] snmp-server location <location> | ARISTANDCA13357279 |
| tacacs-server host | [no] tacacs-server host <ip-address> [key <secret-key>] [port <port>] [single-connection] [timeout <seconds>] | ARISTANDCA13357279 |
| tacacs-server key | tacacs-server key [<encryption-method>] <key-string> | ARISTANDCA13357279 |
| tacacs-server timeout | tacacs-server timeout <seconds> | ARISTANDCA13357279 |
| terminal length | terminal length <lines> | ARISTANDCA13357279 |
| terminal monitor | [no] terminal monitor | ARISTANDCA13357279 |