# EXHIBIT 29

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | Dell and Force10 CLI Commands (2003/2004) |
|---|---|
| 1. | aaa authorization exec default local |
| 2. | aaa authorization exec default none |
| 3. | area area-id default-cost cost |
| 4. | area area-id nssa |
| 5. | area area-id nssa default-information-originate |
| 6. | area area-id nssa default-information-originate no-redistribution |
| 7. | area area-id nssa default-information-originate no-redistribution no-summary |
| 8. | area area-id nssa default-information-originate no-summary |
| 9. | area area-id nssa no-redistribution |
| 10. | area area-id nssa no-redistribution no-summary |
| 11. | area area-id nssa no-summary |
| 12. | area area-id stub |
| 13. | area area-id stub no-summary |
| 14. | area area-id virtual-link router-id |
| 15. | area area-id virtual-link router-id dead-interval seconds |
| 16. | area area-id virtual-link router-id hello-interval seconds |
| 17. | area area-id virtual-link router-id hello-interval seconds transmit-delay seconds |
| 18. | area area-id virtual-link router-id transmit-delay seconds |
| 19. | area-password password |
| 20. | arp timeout seconds |
| 21. | auto-cost |
| 22. | auto-summary |
| 23. | bgp always-compare-med |
| 24. | bgp bestpath as-path ignore |
| 25. | bgp bestpath med confed |
| 26. | bgp client-to-client reflection |
| 27. | bgp dampening |
| 28. | bgp dampening half-life reuse suppress max-suppress-time |
| 29. | bgp dampening route-map map-name |
| 30. | bgp fast-external-fallover |
| 31. | bgp graceful-restart |
| 32. | bgp log-neighbor-changes |
| 33. | bgp router-id ip-address |
| 34. | cd directory |
| 35. | class-map match-all class-map-name |
| 36. | class-map match-any class-map-name |
| 37. | clear arp-cache |
| 38. | clear counters |
| 39. | clear gvrp statistics |
| 40. | clear ip bgp ANY |
| 41. | clear ip bgp dampening |
| 42. | clear ip bgp flap-statistics |
| 43. | clear ip bgp peer-group peer-group-name |
| 44. | clear ip igmp groups |
| 45. | clear ip mroute ANY |

**APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)**

| | |
|---|---|
| 46. | clear ip prefix-list |
| 47. | clear ip route ANY |
| 48. | clear isis traffic |
| 49. | clear logging |
| 50. | clear spanning-tree detected-protocols |
| 51. | clock read-calendar |
| 52. | clock update-calendar |
| 53. | configure |
| 54. | configure terminal |
| 55. | copy source-url destination-url |
| 56. | crypto key generate dsa |
| 57. | crypto key generate rsa |
| 58. | debug ntp adjust |
| 59. | debug ntp all |
| 60. | debug ntp authentication |
| 61. | debug ntp events |
| 62. | debug ntp loopfilter |
| 63. | debug ntp select |
| 64. | debug ntp sync |
| 65. | debug spanning-tree mstp |
| 66. | debug spanning-tree mstp all |
| 67. | default-information originate |
| 68. | default-information originate always |
| 69. | default-information originate always route-map map-name |
| 70. | default-information originate metric metric-value |
| 71. | default-information originate route-map map-name |
| 72. | default-metric number |
| 73. | deny |
| 74. | deny any any |
| 75. | deny protocol any any |
| 76. | description string |
| 77. | description text |
| 78. | dir |
| 79. | dir file-url |
| 80. | disable |
| 81. | disable privilege-level |
| 82. | distance bgp external-distance internal-distance local-distance |
| 83. | distance weight |
| 84. | domain-password password |
| 85. | down-when-looped |
| 86. | dscp |
| 87. | duplex full |
| 88. | duplex half |
| 89. | enable |
| 90. | enable level |
| 91. | enable privilege-level |
| 92. | enable secret password |

**APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)**

| | |
|---|---|
| 93. | end |
| 94. | exec-timeout minutes |
| 95. | exec-timeout minutes seconds |
| 96. | exit |
| 97. | graceful-restart grace-period seconds |
| 98. | hello padding |
| 99. | help |
| 100. | history |
| 101. | hold-time seconds |
| 102. | hostname dynamic |
| 103. | hostname name |
| 104. | interface loopback number |
| 105. | interface port-channel channel-number |
| 106. | interface port-channel port-channel-number |
| 107. | interface vlan vlan-id |
| 108. | ip access-group access-list-name in |
| 109. | ip access-group access-list-name out |
| 110. | ip address ip-address mask |
| 111. | ip address ip-address mask secondary |
| 112. | ip directed-broadcast |
| 113. | ip domain-lookup |
| 114. | ip ftp password password |
| 115. | ip ftp username username |
| 116. | ip http server |
| 117. | ip igmp immediate-leave |
| 118. | ip igmp snooping |
| 119. | ip igmp snooping fast-leave |
| 120. | ip igmp snooping querier |
| 121. | ip multicast-routing |
| 122. | ip name-server ip-address |
| 123. | ip ospf dead-interval seconds |
| 124. | ip ospf hello-interval seconds |
| 125. | ip ospf mtu-ignore |
| 126. | ip ospf network broadcast |
| 127. | ip ospf network point-to-point |
| 128. | ip ospf retransmit-interval seconds |
| 129. | ip ospf transmit-delay seconds |
| 130. | ip pim sparse-mode |
| 131. | ip proxy-arp |
| 132. | ip radius source-interface interface |
| 133. | ip redirects |
| 134. | ip rip receive version |
| 135. | ip rip receive version 1 |
| 136. | ip rip receive version 1 2 |
| 137. | ip rip receive version 2 |
| 138. | ip rip send version |
| 139. | ip rip send version 1 |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 140. | ip rip send version 1 2 |
| 141. | ip rip send version 2 |
| 142. | ip source-route |
| 143. | ip split-horizon |
| 144. | ip tacacs source-interface interface |
| 145. | ip telnet source-interface interface |
| 146. | ip unreachables |
| 147. | is-type level-1 |
| 148. | is-type level-1-2 |
| 149. | is-type level-2-only |
| 150. | isis circuit-type level-1 |
| 151. | isis circuit-type level-1-2 |
| 152. | isis circuit-type level-2-only |
| 153. | isis csnp-interval seconds |
| 154. | isis csnp-interval seconds level-1 |
| 155. | isis csnp-interval seconds level-2 |
| 156. | isis hello padding |
| 157. | isis hello-interval seconds |
| 158. | isis hello-interval seconds level-1 |
| 159. | isis hello-interval seconds level-2 |
| 160. | isis hello-multiplier multiplier |
| 161. | isis hello-multiplier multiplier level-1 |
| 162. | isis hello-multiplier multiplier level-2 |
| 163. | isis network point-to-point |
| 164. | isis password password |
| 165. | isis password password level-1 |
| 166. | isis password password level-2 |
| 167. | keepalive |
| 168. | line aux 0 |
| 169. | line console |
| 170. | line console 0 |
| 171. | log-adjacency-changes |
| 172. | logging console |
| 173. | logging monitor |
| 174. | logging source-interface interface |
| 175. | logging synchronous |
| 176. | logging synchronous all |
| 177. | login authentication default |
| 178. | login authentication list-name |
| 179. | loopback line |
| 180. | lsp-gen-interval seconds |
| 181. | lsp-refresh-interval seconds |
| 182. | name vlan-name |
| 183. | negotiation |
| 184. | neighbor ip-address |
| 185. | neighbor ip-address activate |
| 186. | neighbor ip-address advertisement-interval seconds |

## APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 187. | neighbor ip-address default-originate |
| 188. | neighbor ip-address default-originate route-map map-name |
| 189. | neighbor ip-address description text |
| 190. | neighbor ip-address ebgp-multihop |
| 191. | neighbor ip-address ebgp-multihop ttl |
| 192. | neighbor ip-address maximum-prefix maximum |
| 193. | neighbor ip-address maximum-prefix maximum threshold |
| 194. | neighbor ip-address maximum-prefix maximum threshold warning-only |
| 195. | neighbor ip-address maximum-prefix maximum warning-only |
| 196. | neighbor ip-address next-hop-self |
| 197. | neighbor ip-address peer-group peer-group-name |
| 198. | neighbor ip-address remove-private-as |
| 199. | neighbor ip-address route-map map-name in |
| 200. | neighbor ip-address route-map map-name out |
| 201. | neighbor ip-address route-reflector-client |
| 202. | neighbor ip-address send-community |
| 203. | neighbor ip-address timers keepalive holdtime |
| 204. | neighbor peer-group-name activate |
| 205. | neighbor peer-group-name advertisement-interval seconds |
| 206. | neighbor peer-group-name default-originate |
| 207. | neighbor peer-group-name default-originate route-map map-name |
| 208. | neighbor peer-group-name description text |
| 209. | neighbor peer-group-name ebgp-multihop |
| 210. | neighbor peer-group-name ebgp-multihop ttl |
| 211. | neighbor peer-group-name maximum-prefix maximum |
| 212. | neighbor peer-group-name maximum-prefix maximum threshold |
| 213. | neighbor peer-group-name maximum-prefix maximum threshold warning-only |
| 214. | neighbor peer-group-name maximum-prefix maximum warning-only |
| 215. | neighbor peer-group-name next-hop-self |
| 216. | neighbor peer-group-name peer-group |
| 217. | neighbor peer-group-name remove-private-as |
| 218. | neighbor peer-group-name route-map map-name in |
| 219. | neighbor peer-group-name route-map map-name out |
| 220. | neighbor peer-group-name route-reflector-client |
| 221. | neighbor peer-group-name send-community |
| 222. | network ip-address |
| 223. | no arp timeout seconds |
| 224. | no channel-group |
| 225. | no description |
| 226. | no history |
| 227. | no history size |
| 228. | no hostname |
| 229. | no ip address |
| 230. | no ip http server |
| 231. | no ip igmp snooping |
| 232. | no lacp port-priority |
| 233. | no lacp system-priority |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 234. | no logging console |
| 235. | no login authentication |
| 236. | no name |
| 237. | no password |
| 238. | no radius-server deadtime |
| 239. | no radius-server host ip-address |
| 240. | no radius-server key |
| 241. | no radius-server retransmit |
| 242. | no radius-server timeout |
| 243. | no shutdown |
| 244. | no snmp-server community string |
| 245. | no snmp-server contact |
| 246. | no snmp-server enable traps |
| 247. | no spanning-tree cost |
| 248. | no spanning-tree mode |
| 249. | no spanning-tree port-priority |
| 250. | no spanning-tree portfast |
| 251. | no speed |
| 252. | no switchport access vlan |
| 253. | no switchport mode |
| 254. | no switchport trunk native vlan |
| 255. | no vlan vlan-range |
| 256. | ntp authenticate |
| 257. | ntp authentication-key number md5 key |
| 258. | ntp broadcast client |
| 259. | ntp disable |
| 260. | ntp multicast client |
| 261. | ntp server ip-address |
| 262. | ntp server ip-address prefer |
| 263. | ntp server ip-address version number |
| 264. | ntp server ip-address version number prefer |
| 265. | ntp trusted-key number |
| 266. | ntp update-calendar |
| 267. | output-delay delay |
| 268. | password password |
| 269. | permit |
| 270. | permit any any |
| 271. | permit tcp any any |
| 272. | permit tcp any any established |
| 273. | permit tcp any any log |
| 274. | permit tcp any any precedence precedence |
| 275. | permit tcp any any tos tos-value |
| 276. | permit udp any any |
| 277. | permit udp any any log |
| 278. | permit udp any any precedence precedence |
| 279. | permit udp any any tos tos-value |
| 280. | permit vlan vlan-id |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 281. | ping |
| 282. | ping ip-address |
| 283. | ppp authentication pap |
| 284. | preempt |
| 285. | privilege level level |
| 286. | pwd |
| 287. | radius-server host hostname |
| 288. | radius-server host hostname auth-port port-number |
| 289. | radius-server host hostname auth-port port-number timeout seconds |
| 290. | radius-server host hostname timeout seconds |
| 291. | radius-server host ip-address |
| 292. | radius-server host ip-address auth-port port-number |
| 293. | radius-server host ip-address auth-port port-number timeout seconds |
| 294. | radius-server host ip-address retransmit retries |
| 295. | radius-server host ip-address timeout seconds |
| 296. | radius-server retransmit retries |
| 297. | radius-server timeout seconds |
| 298. | redistribute |
| 299. | redistribute isis |
| 300. | redistribute rip |
| 301. | redistribute static |
| 302. | redistribute static route-map map-name |
| 303. | redundancy primary |
| 304. | reload |
| 305. | router bgp as-number |
| 306. | router isis |
| 307. | router ospf process-id |
| 308. | router rip |
| 309. | router-id ip-address |
| 310. | service password-encryption |
| 311. | service timestamps |
| 312. | service timestamps datetime |
| 313. | service timestamps datetime localtime |
| 314. | service timestamps datetime localtime show-timezone |
| 315. | service timestamps datetime msec |
| 316. | service timestamps datetime msec show-timezone |
| 317. | service timestamps datetime show-timezone |
| 318. | service timestamps debug |
| 319. | service timestamps debug datetime |
| 320. | service timestamps debug datetime localtime |
| 321. | service timestamps debug datetime localtime show-timezone |
| 322. | service timestamps debug datetime msec |
| 323. | service timestamps debug datetime msec show-timezone |
| 324. | service timestamps debug datetime show-timezone |
| 325. | service timestamps debug uptime |
| 326. | service timestamps log |
| 327. | service timestamps log datetime |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 328. | service timestamps log datetime localtime |
| 329. | service timestamps log datetime localtime show-timezone |
| 330. | service timestamps log datetime msec |
| 331. | service timestamps log datetime msec show-timezone |
| 332. | service timestamps log datetime show-timezone |
| 333. | service timestamps log uptime |
| 334. | service timestamps uptime |
| 335. | service-policy input policy-map-name |
| 336. | service-policy output policy-map-name |
| 337. | set automatic-tag |
| 338. | set comm-list community-list-name delete |
| 339. | set community community-number |
| 340. | set community community-number additive |
| 341. | set community none |
| 342. | set level backbone |
| 343. | set level level-1 |
| 344. | set level level-1-2 |
| 345. | set level level-2 |
| 346. | set level stub-area |
| 347. | set metric metric-value |
| 348. | set metric-type external |
| 349. | set metric-type internal |
| 350. | set metric-type type-1 |
| 351. | set metric-type type-2 |
| 352. | set origin igp |
| 353. | set origin incomplete |
| 354. | set tag tag-value |
| 355. | set-overload-bit |
| 356. | show access-lists |
| 357. | show access-lists name |
| 358. | show arp |
| 359. | show arp summary |
| 360. | show bootvar |
| 361. | show calendar |
| 362. | show chassis |
| 363. | show clock |
| 364. | show clock detail |
| 365. | show crypto key mypubkey dsa |
| 366. | show crypto key mypubkey rsa |
| 367. | show debugging |
| 368. | show environment |
| 369. | show environment all |
| 370. | show environment fan |
| 371. | show history |
| 372. | show hosts |
| 373. | show interfaces |
| 374. | show interfaces counters |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 375. | show interfaces description |
| 376. | show interfaces port-channel |
| 377. | show interfaces status |
| 378. | show interfaces switchport |
| 379. | show ip bgp |
| 380. | show ip bgp community |
| 381. | show ip bgp community community-number |
| 382. | show ip bgp community community-number local-as |
| 383. | show ip bgp community community-number local-as no-advertise |
| 384. | show ip bgp community community-number local-as no-export |
| 385. | show ip bgp community community-number no-advertise |
| 386. | show ip bgp community community-number no-export |
| 387. | show ip bgp community local-as |
| 388. | show ip bgp community local-as no-advertise |
| 389. | show ip bgp community local-as no-export |
| 390. | show ip bgp community no-advertise |
| 391. | show ip bgp community no-export |
| 392. | show ip bgp community-list community-list-name |
| 393. | show ip bgp dampened-paths |
| 394. | show ip bgp flap-statistics |
| 395. | show ip bgp flap-statistics ip-address mask |
| 396. | show ip bgp inconsistent-as |
| 397. | show ip bgp ipv4 multicast |
| 398. | show ip bgp ipv4 multicast neighbors |
| 399. | show ip bgp ipv4 multicast neighbors ip-address |
| 400. | show ip bgp ipv4 multicast summary |
| 401. | show ip bgp neighbors |
| 402. | show ip bgp neighbors ip-address |
| 403. | show ip bgp paths |
| 404. | show ip bgp peer-group |
| 405. | show ip bgp peer-group peer-group-name |
| 406. | show ip bgp peer-group peer-group-name summary |
| 407. | show ip bgp summary |
| 408. | show ip igmp groups |
| 409. | show ip igmp groups interface |
| 410. | show ip igmp interface |
| 411. | show ip igmp snooping mrouter |
| 412. | show ip interface |
| 413. | show ip interface brief |
| 414. | show ip mroute |
| 415. | show ip ospf |
| 416. | show ip ospf database |
| 417. | show ip ospf database summary |
| 418. | show ip ospf database summary link-state-id |
| 419. | show ip ospf interface |
| 420. | show ip ospf neighbor |
| 421. | show ip ospf virtual-links |

**APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)**

| | |
|---|---|
| 422. | show ip pim bsr-router |
| 423. | show ip pim interface |
| 424. | show ip pim neighbor |
| 425. | show ip pim rp |
| 426. | show ip pim rp mapping |
| 427. | show ip protocols |
| 428. | show ip rip database |
| 429. | show ip rip database ip-address mask |
| 430. | show ip route |
| 431. | show ip route ip-address |
| 432. | show ip route ip-address mask |
| 433. | show ip route ip-address mask longer-prefixes |
| 434. | show ip route protocol |
| 435. | show ip route protocol process-id |
| 436. | show ip route static |
| 437. | show ip route summary |
| 438. | show ip ssh |
| 439. | show ip traffic |
| 440. | show isis database |
| 441. | show isis database detail |
| 442. | show isis database detail lspid |
| 443. | show isis database level-1 |
| 444. | show isis database level-1 detail |
| 445. | show isis database level-1 detail lspid |
| 446. | show isis database level-1 lspid |
| 447. | show isis database level-2 |
| 448. | show isis database level-2 detail |
| 449. | show isis database level-2 detail lspid |
| 450. | show isis database level-2 lspid |
| 451. | show isis database lspid |
| 452. | show isis database summary |
| 453. | show isis hostname |
| 454. | show isis interface |
| 455. | show isis interface interface |
| 456. | show isis neighbors |
| 457. | show isis neighbors detail |
| 458. | show isis protocol |
| 459. | show isis traffic |
| 460. | show isis traffic interface |
| 461. | show lacp port-channel |
| 462. | show line |
| 463. | show line console |
| 464. | show logging |
| 465. | show logging history |
| 466. | show logging summary |
| 467. | show mac-address-table |
| 468. | show mac-address-table aging-time |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 469. | show mac-address-table count |
| 470. | show mac-address-table dynamic |
| 471. | show mac-address-table dynamic address mac-address |
| 472. | show mac-address-table static |
| 473. | show mac-address-table static address mac-address |
| 474. | show mac-address-table vlan vlan-id |
| 475. | show memory |
| 476. | show ntp associations |
| 477. | show ntp status |
| 478. | show privilege |
| 479. | show processes cpu |
| 480. | show processes memory |
| 481. | show redundancy |
| 482. | show rmon events |
| 483. | show route-map |
| 484. | show route-map map-name |
| 485. | show running-config |
| 486. | show snmp |
| 487. | show spanning-tree |
| 488. | show spanning-tree mst configuration |
| 489. | show startup-config |
| 490. | show tech-support |
| 491. | show tech-support page |
| 492. | show users |
| 493. | show version |
| 494. | show vlan |
| 495. | show vlan brief |
| 496. | show vlan id vlan-id |
| 497. | show vlan name vlan-name |
| 498. | show vrrp |
| 499. | show vrrp brief |
| 500. | shutdown |
| 501. | snmp trap link-status |
| 502. | snmp-server community string |
| 503. | snmp-server community string ro |
| 504. | snmp-server community string rw |
| 505. | snmp-server contact text |
| 506. | snmp-server enable traps |
| 507. | snmp-server enable traps notification-option |
| 508. | snmp-server enable traps notification-type |
| 509. | snmp-server enable traps notification-type notification-option |
| 510. | snmp-server host ip-address community-string |
| 511. | snmp-server host ip-address community-string notification-type |
| 512. | snmp-server host ip-address traps community-string |
| 513. | snmp-server host ip-address traps community-string notification-type |
| 514. | snmp-server host ip-address traps version 1 community-string |
| 515. | snmp-server host ip-address traps version 1 community-string notification-type |

# APPENDIX J.1 - Dell/Force10 vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 516. | snmp-server host ip-address traps version 2c community-string |
| 517. | snmp-server host ip-address traps version 2c community-string notification-type |
| 518. | snmp-server host ip-address version 1 community-string |
| 519. | snmp-server host ip-address version 1 community-string notification-type |
| 520. | snmp-server host ip-address version 2c community-string |
| 521. | snmp-server host ip-address version 2c community-string notification-type |
| 522. | snmp-server location text |
| 523. | snmp-server trap-source interface |
| 524. | spanning-tree cost cost |
| 525. | spanning-tree link-type point-to-point |
| 526. | spanning-tree link-type shared |
| 527. | spanning-tree port-priority priority |
| 528. | spanning-tree portfast |
| 529. | speed 10 |
| 530. | speed 100 |
| 531. | speed 1000 |
| 532. | speed auto |
| 533. | spf-interval level-1 seconds |
| 534. | spf-interval level-2 seconds |
| 535. | spf-interval seconds |
| 536. | ssh |
| 537. | ssh hostname |
| 538. | summary-address ip-address mask |
| 539. | switchport |
| 540. | switchport access vlan vlan-id |
| 541. | switchport mode access |
| 542. | switchport mode trunk |
| 543. | switchport trunk native vlan vlan-id |
| 544. | tacacs-server host hostname |
| 545. | tacacs-server host hostname timeout seconds |
| 546. | telnet host |
| 547. | telnet ip-address |
| 548. | terminal length screen-length |
| 549. | terminal monitor |
| 550. | timeout login response seconds |
| 551. | timers basic update invalid holddown flush |
| 552. | timers spf delay holdtime |
| 553. | traceroute |
| 554. | traceroute ip-address |
| 555. | version 1 |
| 556. | version 2 |
| 557. | vlan database |
| 558. | vlan vlan-range |
| 559. | write memory |