# EXHIBIT 30

## APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | Juniper JUNOSe CLI Commands (2003/2004) |
|---|---|
| 1. | aps lockout |
| 2. | aps protect |
| 3. | aps unidirectional |
| 4. | aps working |
| 5. | authentication message-digest |
| 6. | authentication mode text |
| 7. | bandwidth bandwidth |
| 8. | bgp client-to-client reflection |
| 9. | bgp default ipv4-unicast |
| 10. | bgp enforce-first-as |
| 11. | bgp fast-external-fallover |
| 12. | bgp graceful-restart restart-time seconds |
| 13. | bgp log-neighbor-changes |
| 14. | bgp redistribute-internal |
| 15. | channelized |
| 16. | clear bgp ipv6 dampening |
| 17. | clear bgp ipv6 flap-statistics |
| 18. | clear ip bgp ANY |
| 19. | clear ip bgp ANY soft |
| 20. | clear ip bgp ANY soft in |
| 21. | clear ip bgp ANY soft in prefix-filter |
| 22. | clear ip bgp ANY soft out |
| 23. | clear ip bgp dampening |
| 24. | clear ip bgp flap-statistics |
| 25. | clear ip bgp ipv4 multicast dampening |
| 26. | clear ip bgp ipv4 unicast dampening |
| 27. | clear ip mroute ANY |
| 28. | clear ip nat translation ANY |
| 29. | clear ip ospf redistribution |
| 30. | clear ip pim auto-rp |
| 31. | clear ip pim interface count |
| 32. | clear ip prefix-list |
| 33. | clear ipv6 prefix-list |
| 34. | clear isis adjacency |
| 35. | dir |
| 36. | encapsulation hdlc |
| 37. | encapsulation ppp |
| 38. | encryption 3des |
| 39. | encryption des |
| 40. | end |
| 41. | exception protocol ftp |
| 42. | exit |
| 43. | exit-address-family |
| 44. | filter |
| 45. | frame-relay interface-dlci dlci ietf |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| 46. | hash sha |
|---|---|
| 47. | help |
| 48. | hssi internal-clock |
| 49. | ip bgp-community new-format |
| 50. | ip broadcast-address |
| 51. | ip directed-broadcast |
| 52. | ip dvmrp auto-summary |
| 53. | ip dvmrp unicast-routing |
| 54. | ip http server |
| 55. | ip irdp |
| 56. | ip mask-reply |
| 57. | ip multicast-routing |
| 58. | ip nat inside |
| 59. | ip nat outside |
| 60. | ip nat translation dns-timeout seconds |
| 61. | ip nat translation finrst-timeout seconds |
| 62. | ip nat translation icmp-timeout seconds |
| 63. | ip nat translation tcp-timeout seconds |
| 64. | ip nat translation timeout seconds |
| 65. | ip nat translation udp-timeout seconds |
| 66. | ip ospf authentication message-digest |
| 67. | ip ospf network broadcast |
| 68. | ip ospf network non-broadcast |
| 69. | ip ospf network point-to-point |
| 70. | ip ospf shutdown |
| 71. | ip pim |
| 72. | ip pim sparse-dense-mode |
| 73. | ip pim sparse-mode |
| 74. | ip pim ssm |
| 75. | ip proxy-arp |
| 76. | ip rip receive version 1 |
| 77. | ip rip receive version 1 2 |
| 78. | ip rip receive version 2 |
| 79. | ip rip send version 1 |
| 80. | ip rip send version 1 2 |
| 81. | ip rip send version 2 |
| 82. | ip split-horizon |
| 83. | ipv6 enable |
| 84. | ipv6 nd ns-interval milliseconds |
| 85. | ipv6 nd reachable-time milliseconds |
| 86. | is-type level-1 |
| 87. | is-type level-1-2 |
| 88. | is-type level-2-only |
| 89. | isis circuit-type |
| 90. | isis circuit-type level-1 |
| 91. | isis circuit-type level-1-2 |
| 92. | isis circuit-type level-2-only |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 93. | isis csnp-interval seconds |
| 94. | isis csnp-interval seconds level-1 |
| 95. | isis csnp-interval seconds level-2 |
| 96. | isis hello-interval seconds |
| 97. | isis hello-interval seconds level-1 |
| 98. | isis hello-interval seconds level-2 |
| 99. | isis hello-multiplier multiplier |
| 100. | isis hello-multiplier multiplier level-1 |
| 101. | isis hello-multiplier multiplier level-2 |
| 102. | isis lsp-interval milliseconds |
| 103. | isis retransmit-interval seconds |
| 104. | isis retransmit-throttle-interval milliseconds |
| 105. | lease days |
| 106. | lease days hours |
| 107. | lease days hours minutes |
| 108. | lease infinite |
| 109. | list |
| 110. | log |
| 111. | lsp-gen-interval seconds |
| 112. | lsp-refresh-interval seconds |
| 113. | maximum routes limit warning-only |
| 114. | metric-style wide |
| 115. | metric-style wide level-1 |
| 116. | metric-style wide level-1-2 |
| 117. | metric-style wide level-2 |
| 118. | metric-style wide transition |
| 119. | metric-style wide transition level-1 |
| 120. | metric-style wide transition level-1-2 |
| 121. | metric-style wide transition level-2 |
| 122. | mpls ldp discovery transport-address interface |
| 123. | mpls traffic-eng administrative-weight weight |
| 124. | mpls traffic-eng level-1 |
| 125. | no arp timeout |
| 126. | no authentication mode |
| 127. | no authentication-key |
| 128. | no bandwidth |
| 129. | no banner exec |
| 130. | no banner login |
| 131. | no banner motd |
| 132. | no bgp client-to-client reflection |
| 133. | no bgp default ipv4-unicast |
| 134. | no bgp enforce-first-as |
| 135. | no bgp fast-external-fallover |
| 136. | no bgp log-neighbor-changes |
| 137. | no bgp maxas-limit |
| 138. | no bgp redistribute-internal |
| 139. | no bgp router-id |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 140. | no channelized |
| 141. | no clock summer-time |
| 142. | no clock timezone |
| 143. | no dead-interval |
| 144. | no deadtime |
| 145. | no default-router |
| 146. | no distance bgp |
| 147. | no dns-server |
| 148. | no encryption |
| 149. | no exception dump |
| 150. | no exception protocol |
| 151. | no exec-banner |
| 152. | no filter |
| 153. | no frame-relay interface-dlci dlci |
| 154. | no frame-relay intf-type |
| 155. | no frequency |
| 156. | no hash |
| 157. | no hello-interval |
| 158. | no host hostname |
| 159. | no hostname |
| 160. | no ip address |
| 161. | no ip bgp-community new-format |
| 162. | no ip broadcast-address |
| 163. | no ip dhcp-server |
| 164. | no ip directed-broadcast |
| 165. | no ip ftp source-interface |
| 166. | no ip http server |
| 167. | no ip igmp access-group |
| 168. | no ip igmp query-max-response-time |
| 169. | no ip igmp version |
| 170. | no ip irdp |
| 171. | no ip mask-reply |
| 172. | no ip nat inside |
| 173. | no ip nat outside |
| 174. | no ip ospf authentication-key |
| 175. | no ip ospf network |
| 176. | no ip ospf shutdown |
| 177. | no ip pim |
| 178. | no ip pim send-rp-discovery |
| 179. | no ip pim sparse-mode |
| 180. | no ip pim spt-threshold infinity |
| 181. | no ip proxy-arp |
| 182. | no ip rip receive version |
| 183. | no ip rip send version |
| 184. | no ip split-horizon |
| 185. | no ipv6 enable |
| 186. | no ipv6 nd ns-interval |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 187. | no ipv6 nd reachable-time |
| 188. | no is-type |
| 189. | no isis circuit-type |
| 190. | no isis csnp-interval |
| 191. | no isis csnp-interval level-1 |
| 192. | no isis csnp-interval level-2 |
| 193. | no isis hello-interval |
| 194. | no isis hello-interval level-1 |
| 195. | no isis hello-interval level-2 |
| 196. | no isis hello-multiplier |
| 197. | no isis hello-multiplier level-1 |
| 198. | no isis hello-multiplier level-2 |
| 199. | no isis lsp-interval |
| 200. | no isis retransmit-throttle-interval |
| 201. | no lease |
| 202. | no load-interval |
| 203. | no login authentication |
| 204. | no lsp-gen-interval |
| 205. | no lsp-refresh-interval |
| 206. | no max-lsp-lifetime |
| 207. | no maximum routes |
| 208. | no metric-style wide |
| 209. | no metric-style wide level-1 |
| 210. | no metric-style wide level-1-2 |
| 211. | no metric-style wide level-2 |
| 212. | no metric-style wide transition |
| 213. | no metric-style wide transition level-1 |
| 214. | no metric-style wide transition level-1-2 |
| 215. | no metric-style wide transition level-2 |
| 216. | no mpls traffic-eng level-1 |
| 217. | no mtu |
| 218. | no netbios-name-server |
| 219. | no netbios-node-type |
| 220. | no ntp access-group peer |
| 221. | no ntp access-group query-only |
| 222. | no ntp access-group serve |
| 223. | no ntp access-group serve-only |
| 224. | no ntp enable |
| 225. | no ntp source |
| 226. | no ppp authentication |
| 227. | no request-data-size |
| 228. | no retransmit |
| 229. | no router isis |
| 230. | no router rip |
| 231. | no sample |
| 232. | no service timestamps |
| 233. | no service timestamps log |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 234. | no set automatic-tag |
| 235. | no set comm-list |
| 236. | no set dampening |
| 237. | no set extcommunity |
| 238. | no set local-preference |
| 239. | no set-overload-bit |
| 240. | no snmp trap link-status |
| 241. | no snmp-server |
| 242. | no snmp-server contact |
| 243. | no snmp-server enable traps |
| 244. | no snmp-server enable traps snmp authentication |
| 245. | no snmp-server location |
| 246. | no snmp-server packetsize |
| 247. | no snmp-server trap-source |
| 248. | no spf-interval |
| 249. | no synchronization |
| 250. | no tag |
| 251. | no timers |
| 252. | no timers bgp |
| 253. | no transmit-delay |
| 254. | no version |
| 255. | no weight |
| 256. | ntp enable |
| 257. | pos scramble-atm |
| 258. | reload |
| 259. | reload cancel |
| 260. | retransmit retries |
| 261. | router isis |
| 262. | router rip |
| 263. | scramble |
| 264. | send ANY |
| 265. | service timestamps log datetime |
| 266. | service timestamps log datetime show-timezone |
| 267. | set automatic-tag |
| 268. | set-overload-bit |
| 269. | show aaa accounting |
| 270. | show arp |
| 271. | show bgp ipv6 |
| 272. | show bgp ipv6 dampened-paths |
| 273. | show bgp ipv6 flap-statistics |
| 274. | show bgp ipv6 neighbors |
| 275. | show bgp ipv6 paths |
| 276. | show boot |
| 277. | show clns interface |
| 278. | show clns neighbors |
| 279. | show clns neighbors detail |
| 280. | show clock |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 281. | show clock detail |
| 282. | show controllers e1 |
| 283. | show controllers e3 |
| 284. | show controllers sonet |
| 285. | show controllers t1 |
| 286. | show controllers t3 |
| 287. | show environment |
| 288. | show environment all |
| 289. | show environment table |
| 290. | show flash |
| 291. | show frame-relay lmi |
| 292. | show frame-relay map |
| 293. | show frame-relay pvc |
| 294. | show frame-relay pvc dlci |
| 295. | show hardware |
| 296. | show hosts |
| 297. | show ip arp |
| 298. | show ip as-path-access-list |
| 299. | show ip bgp cidr-only |
| 300. | show ip bgp dampened-paths |
| 301. | show ip bgp inconsistent-as |
| 302. | show ip bgp neighbors |
| 303. | show ip bgp paths |
| 304. | show ip bgp peer-group |
| 305. | show ip dvmrp route |
| 306. | show ip extcommunity-list |
| 307. | show ip igmp groups |
| 308. | show ip igmp interface |
| 309. | show ip igmp interface brief |
| 310. | show ip interface |
| 311. | show ip interface brief |
| 312. | show ip mroute |
| 313. | show ip nat statistics |
| 314. | show ip ospf |
| 315. | show ip ospf border-routers |
| 316. | show ip ospf database |
| 317. | show ip ospf database summary |
| 318. | show ip ospf interface |
| 319. | show ip ospf neighbors |
| 320. | show ip ospf virtual-links |
| 321. | show ip pim interface |
| 322. | show ip pim neighbor |
| 323. | show ip prefix-list |
| 324. | show ip protocols |
| 325. | show ip rip |
| 326. | show ip rip database |
| 327. | show ip rip statistics |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 328. | show ip route |
| 329. | show ip route static |
| 330. | show ip ssh |
| 331. | show ip traffic |
| 332. | show ip vrf |
| 333. | show ip vrf detail |
| 334. | show ip vrf interfaces |
| 335. | show ipv6 interface |
| 336. | show ipv6 interface brief |
| 337. | show ipv6 neighbors |
| 338. | show ipv6 prefix-list |
| 339. | show ipv6 protocols |
| 340. | show ipv6 protocols summary |
| 341. | show ipv6 route |
| 342. | show ipv6 routers |
| 343. | show ipv6 routers conflicts |
| 344. | show ipv6 static |
| 345. | show ntp associations |
| 346. | show ntp associations detail |
| 347. | show ntp status |
| 348. | show processes |
| 349. | show processes cpu |
| 350. | show processes memory |
| 351. | show redundancy |
| 352. | show reload |
| 353. | show running-configuration |
| 354. | show snmp |
| 355. | show snmp community |
| 356. | show snmp trap |
| 357. | show snmp user |
| 358. | show snmp view |
| 359. | show terminal |
| 360. | show users |
| 361. | show version |
| 362. | snmp trap link-status |
| 363. | snmp-server contact text |
| 364. | snmp-server enable traps |
| 365. | snmp-server enable traps snmp authentication |
| 366. | snmp-server location text |
| 367. | spf-interval level-1 seconds |
| 368. | spf-interval level-2 seconds |
| 369. | spf-interval seconds |
| 370. | synchronization |
| 371. | terminal data-character-bits 7 |
| 372. | terminal data-character-bits 8 |
| 373. | timeout login response seconds |
| 374. | tunnel checksum |

# APPENDIX J.2 - Juniper JUNOSe vs. Cisco Command Overlap (2003/2004)

| 375. | tunnel sequence-datagrams |
|------|---------------------------|
| 376. | version 1 |
| 377. | version 2 |