# EXHIBIT 31

# APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | **Procket Networks CLI Commands (2003/2004)** |
|---|---|
| 1. | aaa accounting commands level default start-stop radius |
| 2. | aaa accounting commands level default stop-only radius |
| 3. | aaa accounting exec default start-stop none |
| 4. | aaa accounting exec default start-stop radius |
| 5. | aaa accounting exec default stop-only none |
| 6. | aaa accounting exec default stop-only radius |
| 7. | aaa accounting system default start-stop none |
| 8. | aaa accounting system default start-stop radius |
| 9. | aaa accounting system default stop-only none |
| 10. | aaa accounting system default stop-only radius |
| 11. | aaa authorization exec default local |
| 12. | aaa authorization exec default none |
| 13. | address ip-address |
| 14. | address-family ipv6 unicast |
| 15. | area area-id default-cost cost |
| 16. | area area-id stub |
| 17. | area area-id stub no-summary |
| 18. | area area-id virtual-link router-id |
| 19. | banner motd |
| 20. | clear bgp |
| 21. | clear bgp dampening |
| 22. | clear ipv6 icmp interface statistics |
| 23. | clear ipv6 neighbor |
| 24. | clear ipv6 traffic |
| 25. | clear ospfv3 neighbor neighbor-id |
| 26. | clear ospfv3 statistics |
| 27. | clear ospfv3 traffic |
| 28. | clock source |
| 29. | configure memory |
| 30. | configure terminal |
| 31. | dampening |
| 32. | databits 7 |
| 33. | databits 8 |
| 34. | dead-interval seconds |
| 35. | debug ipv6 icmp |
| 36. | debug ipv6 nd |
| 37. | debug ipv6 packet |
| 38. | debug ipv6 routing |
| 39. | debug lacp |
| 40. | debug lacp all |
| 41. | debug ospfv3 events |
| 42. | debug ospfv3 hello |
| 43. | debug ospfv3 lsa-generation |
| 44. | debug ospfv3 retransmission |
| 45. | default-information originate |

# APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 46. | default-information originate always |
| 47. | default-information originate metric metric-value |
| 48. | description text |
| 49. | disable |
| 50. | distance value |
| 51. | enable |
| 52. | enable level |
| 53. | hello-interval seconds |
| 54. | interface loopback number |
| 55. | ipv6 nd hop-limit hop-limit |
| 56. | ipv6 nd managed-config-flag |
| 57. | ipv6 nd other-config-flag |
| 58. | ipv6 nd ra-interval interval |
| 59. | ipv6 nd reachable-time time |
| 60. | ipv6 nd retrans-timer time |
| 61. | keepalive |
| 62. | line aux |
| 63. | line aux 0 |
| 64. | line console |
| 65. | line console 0 |
| 66. | line vty |
| 67. | load-interval seconds |
| 68. | log-adjacency-changes |
| 69. | log-adjacency-changes detail |
| 70. | logging console |
| 71. | logging monitor |
| 72. | logging source-interface interface |
| 73. | loopback line |
| 74. | match tag tag-value |
| 75. | mode |
| 76. | mtu bytes |
| 77. | no aaa accounting commands level default start-stop radius |
| 78. | no aaa accounting commands level default stop-only radius |
| 79. | no aaa accounting exec default start-stop radius |
| 80. | no aaa accounting exec default stop-only radius |
| 81. | no aaa accounting system default start-stop radius |
| 82. | no aaa accounting system default stop-only radius |
| 83. | no address ip-address |
| 84. | no address-family ipv6 unicast |
| 85. | no area area-id default-cost cost |
| 86. | no area area-id stub |
| 87. | no area area-id stub no-summary |
| 88. | no area area-id virtual-link router-id |
| 89. | no banner motd |
| 90. | no dampening |
| 91. | no debug ipv6 icmp |
| 92. | no debug ipv6 nd |

# APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 93. | no debug ipv6 packet |
| 94. | no debug ipv6 routing |
| 95. | no debug lacp |
| 96. | no debug lacp all |
| 97. | no debug ospfv3 hello |
| 98. | no debug ospfv3 lsa-generation |
| 99. | no debug ospfv3 retransmission |
| 100. | no default-information originate |
| 101. | no default-information originate always |
| 102. | no default-information originate metric metric-value |
| 103. | no description text |
| 104. | no disable |
| 105. | no enable |
| 106. | no interface loopback number |
| 107. | no ipv6 address |
| 108. | no ipv6 nd hop-limit |
| 109. | no ipv6 nd hop-limit hop-limit |
| 110. | no ipv6 nd managed-config-flag |
| 111. | no ipv6 nd mtu |
| 112. | no ipv6 nd ns-interval |
| 113. | no ipv6 nd other-config-flag |
| 114. | no ipv6 nd ra-interval |
| 115. | no ipv6 nd ra-interval interval |
| 116. | no ipv6 nd reachable-time |
| 117. | no ipv6 nd reachable-time time |
| 118. | no ipv6 nd retrans-timer |
| 119. | no ipv6 nd retrans-timer time |
| 120. | no load-interval seconds |
| 121. | no log-adjacency-changes |
| 122. | no log-adjacency-changes detail |
| 123. | no logging console |
| 124. | no logging monitor |
| 125. | no logging source-interface interface |
| 126. | no match tag tag-value |
| 127. | no mode |
| 128. | no ntp server ip-address |
| 129. | no ntp server ip-address prefer |
| 130. | no ntp source |
| 131. | no ospfv3 dead-interval seconds |
| 132. | no ospfv3 hello-interval seconds |
| 133. | no ospfv3 network broadcast |
| 134. | no ospfv3 network point-to-point |
| 135. | no ospfv3 retransmit-interval seconds |
| 136. | no ospfv3 transmit-delay seconds |
| 137. | no parity even |
| 138. | no parity none |
| 139. | no parity odd |

# APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 140. | no preempt |
| 141. | no service password-encryption |
| 142. | no set metric |
| 143. | no set tag tag-value |
| 144. | no shutdown |
| 145. | no snmp-server |
| 146. | no snmp-server enable traps |
| 147. | no snmp-server enable traps bgp |
| 148. | no snmp-server enable traps snmp |
| 149. | no snmp-server location location |
| 150. | no stopbits 1 |
| 151. | no stopbits 2 |
| 152. | no tunnel destination |
| 153. | no tunnel destination ip-address |
| 154. | no tunnel mode gre ip |
| 155. | no tunnel source |
| 156. | ntp server ip-address |
| 157. | ntp server ip-address prefer |
| 158. | ntp server ip-address version number |
| 159. | ntp server ip-address version number prefer |
| 160. | ospfv3 dead-interval seconds |
| 161. | ospfv3 hello-interval seconds |
| 162. | ospfv3 network broadcast |
| 163. | ospfv3 network point-to-point |
| 164. | ospfv3 retransmit-interval seconds |
| 165. | ospfv3 transmit-delay seconds |
| 166. | parity even |
| 167. | parity none |
| 168. | parity odd |
| 169. | ping |
| 170. | pos flag |
| 171. | preempt |
| 172. | radius-server retransmit retries |
| 173. | radius-server timeout seconds |
| 174. | reload |
| 175. | service password-encryption |
| 176. | set metric metric-value |
| 177. | set tag tag-value |
| 178. | show bgp ipv6 |
| 179. | show bgp ipv6 unicast |
| 180. | show clock |
| 181. | show environment |
| 182. | show environment fan |
| 183. | show environment power |
| 184. | show hardware |
| 185. | show hosts |
| 186. | show interface |

# APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 187. | show interface dampening |
| 188. | show inventory |
| 189. | show ipv6 client |
| 190. | show ipv6 fragments |
| 191. | show ipv6 interface |
| 192. | show ipv6 interface brief |
| 193. | show ipv6 mroute |
| 194. | show ipv6 mroute group |
| 195. | show ipv6 mroute group source |
| 196. | show ipv6 mroute group summary |
| 197. | show ipv6 mroute source group |
| 198. | show ipv6 nd interface |
| 199. | show ipv6 neighbor |
| 200. | show ipv6 neighbor interface |
| 201. | show ipv6 ospfv3 policy statistics redistribute direct |
| 202. | show ipv6 ospfv3 policy statistics redistribute static |
| 203. | show ipv6 rip |
| 204. | show ipv6 route |
| 205. | show ipv6 route protocol |
| 206. | show ipv6 route summary |
| 207. | show ipv6 static-route |
| 208. | show ipv6 traffic |
| 209. | show isis ipv6 summary-address |
| 210. | show line |
| 211. | show line console |
| 212. | show logging |
| 213. | show monitor |
| 214. | show ntp associations |
| 215. | show ntp associations detail |
| 216. | show ntp status |
| 217. | show ospfv3 |
| 218. | show ospfv3 neighbors |
| 219. | show ospfv3 neighbors detail |
| 220. | show ospfv3 neighbors summary |
| 221. | show radius |
| 222. | show running-configuration |
| 223. | show snmp |
| 224. | show tacacs |
| 225. | show tcp statistics |
| 226. | show tech-support |
| 227. | show terminal |
| 228. | show users |
| 229. | show version |
| 230. | shutdown |
| 231. | snmp-server enable traps |
| 232. | snmp-server enable traps bgp |
| 233. | snmp-server enable traps snmp |

# APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 234. | snmp-server location location |
| 235. | speed |
| 236. | ssh |
| 237. | stopbits 1 |
| 238. | stopbits 2 |
| 239. | tacacs-server timeout seconds |
| 240. | terminal length lines |
| 241. | timers lsa-group-pacing seconds |
| 242. | transmit-delay seconds |
| 243. | tunnel mode gre ip |
| 244. | write memory |