# EXHIBIT 34

**Corrected Exhibit 2**
**John Black**
**List of Documents Considered**

## Complaint

- Complaint and All Exhibit, filed December 14, 2015
- Second Amended Complaint and All Exhibits, filed July 23, 2015

## Depositions

- Deposition Transcript of Kirk Lougheed taken Nov. 20, 2015 and Apr. 4, 2016 and exhibits
- Deposition Transcript of Abhay Roy taken December 18, 2015 and exhibits
- Deposition Transcript of Terry Slattery taken January 6, 2016 and exhibits
- Deposition Transcript of Tong Liu taken January 15, 2016 and exhibits
- Deposition Transcript of Adam Sweeney taken January 29, 2016 and exhibits
- Deposition Transcript of Anthony Li taken February 1, 2016 and exhibits
- Deposition Transcript of Kenneth Duda taken February 12, 2016 and exhibits
- Deposition Transcript of Philip Kasten taken February 16, 2016 and exhibits
- Deposition Transcript of Hugh Holbrook February 19, 2016 and exhibits
- Deposition Transcript of Devedas Patil taken February 21, 2016 and exhibits
- Deposition Transcript of Ram Kavasseri taken February 23, 2016 and exhibits
- Deposition Transcript of Jayshree Ullal taken February 25, 2016 and exhibits
- Deposition Transcript of Gregory Satz taken March 23, 2016 and exhibits
- Deposition Transcript of Phil Remaker March 31, 2016 and exhibits
- Deposition Transcript of Mark Berly taken April 5, 2016 and exhibits
- Deposition Transcript of Andre Pech taken April 21, 2016 and exhibits
- Deposition Transcript of Sean Hafeez taken April 21, 2016 and exhibits
- Deposition Transcript of Charles Giancarlo taken April 25, 2016 and exhibits
- Deposition Transcript of Balaji Venkatraman taken May 2, 2016 and exhibits
- Deposition Transcript of Beecher Adams taken May 10, 2016 and exhibits
- Deposition Transcript of Carl Moberg taken May 18, 2016 and exhibits
- Deposition Transcript of John Hartingh taken May 18, 2016 and exhibits
- Deposition Transcript of Gavin Cato take May 20, 2016 and exhibits
- Deposition Transcript of Andreas Bechtolsheim taken May 25, 2016 and exhibits
- Deposition Transcript of Johan Bevemyr taken May 26, 2016 and exhibits
- Deposition Transcript of Jeffrey Wheeler taken November 12, 2015 and exhibits
- Deposition Transcript of Jung Tjong taken November 11, 2015 and exhibits
- Deposition Transcript of Douglas Gourlay taken May 20, 2016 and exhibits
- Deposition Transcript of Drew Pletcher taken May 26, 2016 and exhibits
- Rough Deposition Transcript of Pradeep Kathail taken May 27, 2016
- Deposition Transcript of Deepak Malik taken May 19, 2016 and exhibits
- Deposition Transcript of Lorenz Redlefsen taken April 15, 2016 and exhibits

**Exhibit 2**
**John Black**
**List of Documents Considered**

## Discovery

- Cisco's Exhibit F (including all amendments thereto) to Arista's Interrogatories
- 2015.08.07 Cisco's First Supplemental Response to ROG 2 - Exhibit C
- 2015.08.07 Cisco's First Supplemental Response to ROG 2 - Exhibit B
- 2015.08.07 Cisco's 2nd Supplemental Responses to Arista First Set of ROGs and Exhibits Cited
- 2015.08.07 Cisco's 1st Supplemental Response to ROG 2 - Exhibit B
- 2015.08.07 Cisco's 1st Supplemental Response to ROG 2 - Exhibit C
- 2015.09.01 Cisco's 2nd Supplemental Response to Arista's 1st Set of ROGs - Exh D
- 2015.09.01 Cisco's 2nd Supplemental Response to Arista's 1st Set of ROGs - Exh E
- 2015.09.01 Cisco's 2nd Supplemental Response to Arista's 1st Set of ROGs (Nos. 2, 5)
- 2015.09.21 Cisco's Response to Arista's 3rd Set of ROGs (No. 18)
- 2015.10.14 Exhibits D1 - Exhibits D26 In Support of Cisco's Response to Rog 16
- 2015.10.14 Cisco's 4th Supplemental Responses to Arista's 1st Set of ROGs (Nos. 2 & 5)
- 2015.11.02 Cisco's 5th Supplemental Responses to Arista 1st Set of ROGs (Nos. 1-15)
- 2016.01.05 Cisco's 7th Supplemental Responses to Arista's 1st Set of ROGs (No.2)
- 2016.04.03 Cisco's 8th Response to 2nd ROGs (No. 16)
- 2016.04.03 Cisco's 8th Supplemental Exhibit F

## RFC's

| | | | |
|---|---|---|---|
| RFC 1027 | RFC 1531 | RFC 2418 | RFC 4273 |
| RFC 1034 | RFC 1541 | RFC 2453 | RFC 4286 |
| RFC 1035 | RFC 1583 | RFC 2460 | RFC 4360 |
| RFC 1057 | RFC 1587 | RFC 2461 | RFC 4456 |
| RFC 1058 | RFC 1591 | RFC 2474 | RFC 4541 |
| RFC 1059 | RFC 1601 | RFC 2535 | RFC 4601 |
| RFC 1065 | RFC 1620 | RFC 2545 | RFC 4604 |
| RFC 1066 | RFC 1631 | RFC 2570 | RFC 4604 |
| RFC 1067 | RFC 1652 | RFC 2575 | RFC 4760 |
| RFC 1069 | RFC 1654 | RFC 2578 | RFC 4861 |
| RFC 1075 | RFC 1655 | RFC 2616 | RFC 5060 |
| RFC 1094 | RFC 1657 | RFC 2618 | RFC 5065 |
| RFC 1098 | RFC 1700 | RFC 2663 | RFC 5227 |
| RFC 1105 | RFC 1723 | RFC 2674 | RFC 5340 |
| RFC 1112 | RFC 1745 | RFC 2740 | RFC 5343 |
| RFC 1119 | RFC 1771 | RFC 2796 | RFC 5494 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| | | | |
|---|---|---|---|
| RFC 1122 | RFC 1818 | RFC 2858 | RFC 5590 |
| RFC 1129 | RFC 1850 | RFC 2865 | RFC 5591 |
| RFC 1131 | RFC 1883 | RFC 2903 | RFC 5592 |
| RFC 1142 | RFC 1901 | RFC 2904 | RFC 5608 |
| RFC 1155 | RFC 1902 | RFC 2918 | RFC 5709 |
| RFC 1156 | RFC 1907 | RFC 2989 | RFC 5798 |
| RFC 1157 | RFC 1908 | RFC 2991 | RFC 5880 |
| RFC 1163 | RFC 1910 | RFC 3046 | RFC 5881 |
| RFC 1164 | RFC 1930 | RFC 3065 | RFC 5905 |
| RFC 1179 | RFC 1965 | RFC 3101 | RFC 5907 |
| RFC 1195 | RFC 1966 | RFC 3315 | RFC 6020 |
| RFC 1213 | RFC 1970 | RFC 3376 | RFC 6241 |
| RFC 1215 | RFC 1983 | RFC 3376 | RFC 6353 |
| RFC 1245 | RFC 1997 | RFC 3410 | RFC 6607 |
| RFC 1247 | RFC 1998 | RFC 3411 | RFC 6733 |
| RFC 1248 | RFC 2026 | RFC 3412 | RFC 6864 |
| RFC 1252 | RFC 2028 | RFC 3413 | RFC 7331 |
| RFC 1253 | RFC 2031 | RFC 3414 | RFC 7348 |
| RFC 1267 | RFC 2058 | RFC 3415 | RFC 7513 |
| RFC 1268 | RFC 2068 | RFC 3416 | RFC 7630 |
| RFC 1269 | RFC 2117 | RFC 3417 | RFC 768 |
| RFC 1282 | RFC 2121 | RFC 3418 | RFC 7761 |
| RFC 1347 | RFC 2131 | RFC 3430 | RFC 777 |
| RFC 1349 | RFC 2138 | RFC 3446 | RFC 791 |
| RFC 1364 | RFC 2178 | RFC 3569 | RFC 792 |
| RFC 1370 | RFC 2233 | RFC 3584 | RFC 793 |
| RFC 1388 | RFC 2236 | RFC 3618 | RFC 796 |
| RFC 1392 | RFC 2261 | RFC 3768 | RFC 826 |
| RFC 1397 | RFC 2283 | RFC 3826 | RFC 883 |
| RFC 1403 | RFC 2328 | RFC 3973 | RFC 908 |
| RFC 1452 | RFC 2338 | RFC 4098 | RFC 925 |
| RFC 1492 | RFC 2362 | RFC 4191 | RFC 958 |
| RFC 1514 | RFC 2373 | RFC 4243 | RFC 986 |
| RFC 1519 | RFC 2385 | RFC 4271 | RFC 988 |

## Websites

| |
|---|
| 2015 Form 10K Annual Report at http://www.avaya.com/investors/usa/document/avaya201510k_final.pdf . |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| http://company.nokia.com/en/news/pressreleases/2016/01/04/nokiagainscontrolofalcatell ucentthroughsuccessfulpublicexchangeoffernokiatoholdnearly80ofoutstandingalcat ellucentshares |
| http://company.nokia.com/en/news/pressreleases/2016/01/14/nokiacelebratesfirstdayofco mbinedoperationswithalcatellucent |
| http://networks.nokia.com/portfolio/products/iprouting |
| http://portal.adtran.com/web/page/portal/Adtran/group/4486 |
| http://portal.adtran.com/web/page/portal/Adtran/group/4495 |
| http://portal.adtran.com/web/page/portal/Adtran/wp_corporateoverview_landing |
| http://portal.adtran.com/web/page/portal/Adtran/wp_investorservices_investorfaqs |
| http://www.alliedtelesis.com/about |
| http://www.alliedtelesis.com/alliedtelesisleadership |
| http://www.alliedtelesis.com/products |
| http://www.alliedtelesis.com/products/switches |
| http://www.arista.com/assets/data/pdf/EOS_Extensibility_AAG.pdf |
| http://www.arista.com/assets/data/pdf/EOSWhitepaper.pdf |
| http://www.arista.com/assets/data/pdf/Whitepapers/Simplifying_Network_Operations_Data_Cent er_Automation_Whitepaper.pdf |
| http://www.arista.com/en/products/eos |
| http://www.arista.com/en/products/eos/eos-applications |
| http://www.arista.com/en/products/eos/open-and-programmable |
| http://www.arista.com/en/products/eos/resiliency |
| http://www.arista.com/en/products/eos/visibility |
| http://www.cisco.com/c/en/us/products/iosnxossoftware/ nxos/index.html |
| http://www.cisco.com/c/en/us/trainingevents/trainingcertifications/ overview.html |
| http://www3.alcatellucent.com/wps/DocumentStreamerServlet?LMSG_CABINET=Docs_an d_Resource_Ctr&LMSG_CONTENT_FILE=Financial_Info/Income_Statements/ALU20F2 8042016FINAL.pdf&lu_lang_code=en_WW |
| https://eos.arista.com/aristaeapi101/ |
| https://eos.arista.com/aristaeapi101/ |
| https://eos.arista.com/latencyanalyzerlanzarchitecturesandconfiguration/ |
| https://eos.arista.com/latencyanalyzerlanzarchitecturesandconfiguration/ |
| https://www.alcatellucent.com/about/history |
| https://www.arista.com/assets/data/pdf/TechBulletins/Lanz.pdf |
| https://www.arista.com/assets/data/pdf/TechBulletins/Lanz.pdf |
| https://www.arista.com/assets/data/pdf/TechBulletins/VMTracerOverview.pdf |
| https://www.arista.com/assets/data/pdf/TechBulletins/VMTracerOverview.pdf |
| Jimmy Stamp, *Fact of Fiction? TheLegend of the QWERTY Keyboard* , Smithsonian.com (May 3, 2013), *available at* http://www.smithsonianmag.com/artsculture/factofictionthelegendoftheqwertykeyboa rd49863249/?noist |
| Rajana, Sharma, *Time not yet running out for highspeed* |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| *modems* , Network World, Vol. 5, No. 32, Aug. 8, 1988, *available at* https://books.google.com/books?id=OxMEAAAAMBAJ&source=gbs_all_issues_r&cad=1 . |
| Robin Shepard, *To Standardize or Not to Standardize: Is That the Question?* , InfoWorld, Vol. 10, No. 37, Sept. 12, 1988, at 51, *available at* https://books.google.com/books?id=fToEAAAAMBAJ&printsec=frontcover&lr |
| see https://eos.arista.com/ztpsetupguide/ |
| https://datatracker.ietf.org/doc/search/?name=AAA&activedrafts=on&rfcs=on |
| http://www.iana.org/assignments/arpparameters |
| http://www.iana.org/about |
| http://www.iana.org/assignments/bgpparameters/bgpparameters.xhtml |
| https://tools.ietf.org/html/draftietfidmrsnoop00 |
| http://www.iana.org/assignments/versionnumbers/versionnumbers.xml |
| https://tools.ietf.org/html/draftfritscheipv6multicast00 |
| http://tools.ietf.org/id/draftfarinaccimsdp00.txt |
| https://tools.ietf.org/html/draftietfmsdpspec00 |
| https://tools.ietf.org/html/draftietfidmrpimsmspec00 |
| https://tools.ietf.org/html/draftietfidmrpimdmspec01 |
| http://blog.lenovo.com/en/blog/it-is-official-lenovo-networking-is-born |
| http://ftp.hp.com/pub/networking/software/59903044.pdf |
| http://ftp.hp.com/pub/networking/software/9408sl-9300m-CLI-Jun2005-59906031.pdf |
| http://ftp.hp.com/pub/networking/software/SROS-Command-Line-Interface-Reference-Guide.pdf |
| http://investor.extremenetworks.com/releasedetail.cfm?releaseid=790266 |
| http://investor.extremenetworks.com/releasedetail.cfm?releaseid=803453 |
| http://investors.hpe.com/faq |
| http://juniper.mwnewsroom.com/manual-releases/2002/Juniper-Networks-to-Acquire-Siemens-Unisphere-Netw |
| http://news.lenovo.com/news-releases/lenovo-plans-to-acquire-ibms-x86-server-business.htm |
| http://news.lenovo.com/news-releases/lenovo-set-to-close-acquisition-ibms-x86-server-business.htm |
| http://newsroom.brocade.com/manual-releases/2008/Brocade-Announces-Definitive-Agreement-to-Acquire- |
| http://newsroom.brocade.com/manual-releases/2008/Brocade-Completes-Acquisition-of-Foundry-Networks |
| http://partnerdirect.dell.com/sites/channel/Documents/Networking_Rebrand_FAQ.pdf |
| http://pic.dhe.ibm.com/infocenter/flexsys/information/index.jsp?topic=%2Fcom.lenovo.acc.cn4093.doc%2FIO_Module_CN4093.html |
| http://pic.dhe.ibm.com/infocenter/flexsys/information/topic/com.lenovo.acc.cn4093.doc/00ay508.pdf |
| http://pic.dhe.ibm.com/infocenter/flexsys/information/topic/com.lenovo.acc.cn4093.doc/CN4093_CR_8-2.pdf |
| http://pic.dhe.ibm.com/infocenter/flexsys/information/topic/com.lenovo.acc.cn4093.doc/CN4093_CR_8-3.pdf |
| http://portal.adtran.com/web/page/portal/Adtran/group/4486 |
| http://portal.adtran.com/web/page/portal/Adtran/group/4495 |
| http://portal.adtran.com/web/page/portal/Adtran/wp_corporateoverview_landing |
| http://portal.adtran.com/web/page/portal/Adtran/wp_investorservices_investorfaqs |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| http://publib.boulder.ibm.com/infocenter/systemx/documentation/topic/com.lenovo.rackswitch.g8264.doc/G8264_CR_8-3.pdf |
| http://publib.boulder.ibm.com/infocenter/systemx/documentation/topic/com.lenovo.rackswitch.g8264cs.doc/G8264CS_CR_8-2.pdf |
| http://shop.lenovo.com/us/en/systems/networking/ |
| http://shop.lenovo.com/us/en/systems/networking/ethernet-rackswitch/ |
| http://shop.lenovo.com/us/en/systems/servers/blades/bladecenter/networking/ethernet/switches/ |
| http://shop.lenovo.com/us/en/systems/servers/blades/flex-system/networking/ethernet/switches/ |
| http://us.dlink.com/product-category/business-solutions/switching/ |
| http://www.arista.com/en/products/eos/cloud-scale-architecture |
| http://www.brcd.com/faq.cfm |
| http://www.brocade.com/en/products-services.html |
| http://www.classiccmp.org/dunfield/kyocera/m100qr.pdf |
| http://www.copyright.gov/help/faq/faq-protect.html |
| http://www.dell.com/learn/us/en/uscorp1/corp-comm |
| http://www.dell.com/learn/us/en/uscorp1/corp-comm/acq-force10 |
| http://www.dell.com/learn/us/en/uscorp1/secure/2011-07-irfire-pr |
| http://www.dell.com/learn/us/en/vn/beyond-the-pc |
| http://www.dell.com/learn/us/en/vn/our-history |
| http://www.dell.com/us/business/p/enterprise-products |
| http://www.dell.com/us/business/p/networking-products.aspx |
| http://www.downloads.netgear.com/docs/m4100/enu/202-11161-01/cli.pdf |
| http://www.downloads.netgear.com/files/GDC/M5300/M5300-M6100-M7100_CLI_v11_20Apr2015.pdf |
| http://www.edge-core.com/products.php |
| http://www.ericsson.com/news/1094314 |
| http://www.ericsson.com/ourportfolio/products/ip-network-and-transport |
| http://www.ericsson.com/ourportfolio/products/se-family?nav=productcategory004%7Cfgb_101_0192 |
| http://www.ericsson.com/thecompany/company_facts/businesses |
| http://www.ericsson.com/thecompany/company_facts/history |
| http://www.extremenetworks.com/products/switching-routing |
| http://www.hp.com/rnd/itmgrnews/built_for_future.htm |
| http://www.juniper.net/us/en/company/profile/ |
| http://www.juniper.net/us/en/company/profile/history/ |
| http://www.juniper.net/us/en/products-services/routing/ |
| http://www.juniper.net/us/en/products-services/switching/ |
| http://www.netgear.com/landing/10gigabit.aspx?cid=gwmng |
| http://www.networkworld.com/article/2278150/data-center/cisco-s-ios-vs--juniper-s-junos.html |
| http://www.nongnu.org/quagga/docs/docs-info.html |
| http://www.nongnu.org/quagga/index.html |
| http://www.oracle.com/us/corporate/press/018363 |
| http://www.oracle.com/us/products/networking/ethernet/switch-es1-24/overview/index.html |
| http://www.oracle.com/us/products/networking/overview/index.html |
| http://www.unixuser.org/~euske/python/pdfminer/ |
| http://www-01.ibm.com/support/docview.wss?uid=isg3T7000555 |
| http://www-01.ibm.com/support/docview.wss?uid=isg3T7000555&aid=1 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| http://www-03.ibm.com/press/us/en/pressrelease/32525.wss |
| http://www8.hp.com/us/en/hpe/hp-information/about-hp/history/hp-timeline/timeline.html |
| http://www8.hp.com/us/en/hp-news/press-release.html?id=342187#.V0D26oQrJD8 |
| http://www8.hp.com/us/en/products/networking-switches/product-detail.html?oid=1008605435 |
| https://developer.cisco.com/site/nso/help/faq/#how-does-NSO-deal |
| https://developer.cisco.com/site/nso/help/faq/#which-northbound-interfaces |
| https://developer.cisco.com/site/nso/help/faq/#which-types-of |
| https://docs.oracle.com/cd/E19217-01/819-3774-15/819-3774-15.pdf |
| https://docs.oracle.com/cd/E19285-01/pdf/E26513.pdf |
| https://downloads.avaya.com/css/P8/documents/100100636 |
| https://downloads.avaya.com/css/P8/documents/100128482 |
| https://www.hpe.com/us/en/networking/switches.html |
| https://www.oracle.com/networking/switch-es2-64/index.html |
| https://www.oracle.com/networking/switch-es2-72/index.html |
| https://www.oracle.com/sun/index.html |
| https://www-03.ibm.com/press/us/en/pressrelease/44997.wss |
| https://www-304.ibm.com/support/docview.wss?uid=isg3T7000381 |
| https://www-304.ibm.com/support/docview.wss?uid=isg3T7000381&aid=1 |

## Miscellaneous

- Declaration of William T. Nelson
- U.S. Patent No. 207,559
- U.S. Patent No. 7,953,886
- 11/2/15 Suh Declaration ISO Cisco's Opening Claim Construction Brief with Exhibits
- And all Materials Considered or Cited in Mr. Black's Expert Report

## Bates

| |
|---|
| 19006JNPR00121081 |
| 19006JNPR00122695 |
| 19006JNPR00124303 |
| 19006JNPR00124691 |
| 19006JNPR00130175 |
| 19006JNPR00130657 |
| 19008JNPR00144310 |
| 19008JNPR00144974 |
| 19008JNPR00145307 |
| 19008JNPR00145663 |
| 19008JNPR00146233 |
| ANI-ITC-944_945-0042561 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ANI-ITC-944_945-0148843 |
| ANI-ITC-944_945-0149360 |
| ANI-ITC-944_945-0150355 |
| ANI-ITC-944_945-0151805 |
| ANI-ITC-944_945-0738881 |
| ANI-ITC-944_945-0785404 |
| ANI-ITC-944_945-1911329 |
| ANI-ITC-944_945-2444687 |
| ANI-ITC-944_945-3176630 |
| ANI-ITC-944_945-3342594 |
| ANI-ITC-944_945-3464980 |
| ANI-ITC-944_945-3464983 |
| ANI-ITC-944_945-3464986 |
| ANI-ITC-944_945-5106286 |
| ANI-ITC-944_945-5106287 |
| ARISTA_LENOVO-ARISTA000001 |
| ARISTA_LENOVO-ARISTA002221 |
| ARISTA_LENOVO-ARISTA002873 |
| ARISTA_LENOVO-ARISTA005263 |
| ARISTA_LENOVO-ARISTA005923 |
| ARISTA_LENOVO-ARISTA012600 |
| ARISTA_LENOVO-ARISTA013095 |
| ARISTANDCA 10056691 |
| ARISTANDCA_AVAYA00019023 |
| ARISTANDCA_AVAYA00019736 |
| ARISTANDCA_AVAYA00021508 |
| ARISTANDCA_AVAYA00022577 |
| ARISTANDCA_AVAYA00026225 |
| ARISTANDCA_AVAYA00031076 |
| ARISTANDCA_AVAYA00084952 |
| ARISTANDCA_BROCADE00000261 |
| ARISTANDCA_BROCADE00000261 |
| ARISTANDCA_BROCADE00001802 |
| ARISTANDCA_BROCADE00012094 |
| ARISTANDCA_BROCADE00055686 |
| ARISTANDCA_BROCADE00062898 |
| ARISTANDCA_BROCADE00215581 |
| ARISTANDCA_BROCADE00313978 |
| ARISTANDCA_BROCADE01336032 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA_BROCADE01363517 |
| ARISTANDCA_BROCADE01530651 |
| ARISTANDCA_BROCADE01689556 |
| ARISTANDCA_BROCADE01742302 |
| ARISTANDCA_BROCADE01785618 |
| ARISTANDCA_BROCADE02146650 |
| ARISTANDCA_SW_10156139 |
| ARISTANDCA00287991 |
| ARISTANDCA00009216 |
| ARISTANDCA00009488 |
| ARISTANDCA00009519 |
| ARISTANDCA00009527 |
| ARISTANDCA00009534 |
| ARISTANDCA00009578 |
| ARISTANDCA00009621 |
| ARISTANDCA00009622 |
| ARISTANDCA00009625 |
| ARISTANDCA00009651 |
| ARISTANDCA00010408 |
| ARISTANDCA00010430 |
| ARISTANDCA00010513 |
| ARISTANDCA00010536 |
| ARISTANDCA00010590 |
| ARISTANDCA00010591 |
| ARISTANDCA00010605 |
| ARISTANDCA00010675 |
| ARISTANDCA00010689 |
| ARISTANDCA00010948 |
| ARISTANDCA00017907 |
| ARISTANDCA00022098 |
| ARISTANDCA00022153 |
| ARISTANDCA00022161 |
| ARISTANDCA00022230 |
| ARISTANDCA00022432 |
| ARISTANDCA00022499 |
| ARISTANDCA00023635 |
| ARISTANDCA00023664 |
| ARISTANDCA00024112 |
| ARISTANDCA00024120 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00024155 |
| ARISTANDCA00024976 |
| ARISTANDCA00025034 |
| ARISTANDCA00025455 |
| ARISTANDCA00026016 |
| ARISTANDCA00029279 |
| ARISTANDCA00029279 |
| ARISTANDCA00031553 |
| ARISTANDCA00031630 |
| ARISTANDCA00031713 |
| ARISTANDCA00031733 |
| ARISTANDCA00032440 |
| ARISTANDCA00038298 |
| ARISTANDCA00043891 |
| ARISTANDCA00079230 |
| ARISTANDCA00124531 |
| ARISTANDCA00224722 |
| ARISTANDCA00224726 |
| ARISTANDCA00224794 |
| ARISTANDCA00224900 |
| ARISTANDCA00224906 |
| ARISTANDCA00224906 |
| ARISTANDCA00224908 |
| ARISTANDCA00224908 |
| ARISTANDCA00224917 |
| ARISTANDCA00224950 |
| ARISTANDCA00224969 |
| ARISTANDCA00225130 |
| ARISTANDCA00225269 |
| ARISTANDCA00234285 |
| ARISTANDCA00235463 |
| ARISTANDCA00235631 |
| ARISTANDCA00237180 |
| ARISTANDCA00237538 |
| ARISTANDCA00239885 |
| ARISTANDCA00240835 |
| ARISTANDCA00241193 |
| ARISTANDCA00241665 |
| ARISTANDCA00242110 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00242590 |
| ARISTANDCA00243953 |
| ARISTANDCA00245097 |
| ARISTANDCA00245319 |
| ARISTANDCA00245629 |
| ARISTANDCA00245835 |
| ARISTANDCA00246279 |
| ARISTANDCA00246705 |
| ARISTANDCA00246861 |
| ARISTANDCA00247735 |
| ARISTANDCA00248619 |
| ARISTANDCA00264627 |
| ARISTANDCA00264633 |
| ARISTANDCA00265555 |
| ARISTANDCA00265557 |
| ARISTANDCA00265560 |
| ARISTANDCA00265562 |
| ARISTANDCA00265564 |
| ARISTANDCA00265566 |
| ARISTANDCA00265568 |
| ARISTANDCA00265570 |
| ARISTANDCA00265572 |
| ARISTANDCA00265575 |
| ARISTANDCA00265577 |
| ARISTANDCA00265579 |
| ARISTANDCA00265581 |
| ARISTANDCA00265584 |
| ARISTANDCA00265586 |
| ARISTANDCA00265588 |
| ARISTANDCA00265590 |
| ARISTANDCA00265592 |
| ARISTANDCA00265594 |
| ARISTANDCA00265596 |
| ARISTANDCA00265598 |
| ARISTANDCA00265601 |
| ARISTANDCA00265605 |
| ARISTANDCA00265607 |
| ARISTANDCA00265610 |
| ARISTANDCA00265612 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00265614 |
| ARISTANDCA00265616 |
| ARISTANDCA00265618 |
| ARISTANDCA00265620 |
| ARISTANDCA00265622 |
| ARISTANDCA00265624 |
| ARISTANDCA00265626 |
| ARISTANDCA00265628 |
| ARISTANDCA00265630 |
| ARISTANDCA00265632 |
| ARISTANDCA00265634 |
| ARISTANDCA00265636 |
| ARISTANDCA00265638 |
| ARISTANDCA00265640 |
| ARISTANDCA00265642 |
| ARISTANDCA00265644 |
| ARISTANDCA00265646 |
| ARISTANDCA00265648 |
| ARISTANDCA00265650 |
| ARISTANDCA00265652 |
| ARISTANDCA00265654 |
| ARISTANDCA00265656 |
| ARISTANDCA00265658 |
| ARISTANDCA00265660 |
| ARISTANDCA00265662 |
| ARISTANDCA00265664 |
| ARISTANDCA00265668 |
| ARISTANDCA00265670 |
| ARISTANDCA00265672 |
| ARISTANDCA00265674 |
| ARISTANDCA00265678 |
| ARISTANDCA00265682 |
| ARISTANDCA00265686 |
| ARISTANDCA00265690 |
| ARISTANDCA00265694 |
| ARISTANDCA00265698 |
| ARISTANDCA00265702 |
| ARISTANDCA00265706 |
| ARISTANDCA00265710 |
| ARISTANDCA00265712 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00265716 |
| ARISTANDCA00265720 |
| ARISTANDCA00265723 |
| ARISTANDCA00265725 |
| ARISTANDCA00265729 |
| ARISTANDCA00265734 |
| ARISTANDCA00265736 |
| ARISTANDCA00265740 |
| ARISTANDCA00265744 |
| ARISTANDCA00265747 |
| ARISTANDCA00265750 |
| ARISTANDCA00265753 |
| ARISTANDCA00265757 |
| ARISTANDCA00265761 |
| ARISTANDCA00265763 |
| ARISTANDCA00265765 |
| ARISTANDCA00265769 |
| ARISTANDCA00265774 |
| ARISTANDCA00265778 |
| ARISTANDCA00265784 |
| ARISTANDCA00265788 |
| ARISTANDCA00265792 |
| ARISTANDCA00265796 |
| ARISTANDCA00265800 |
| ARISTANDCA00265804 |
| ARISTANDCA00265809 |
| ARISTANDCA00265813 |
| ARISTANDCA00265817 |
| ARISTANDCA00265821 |
| ARISTANDCA00265825 |
| ARISTANDCA00265828 |
| ARISTANDCA00265831 |
| ARISTANDCA00265833 |
| ARISTANDCA00265836 |
| ARISTANDCA00265838 |
| ARISTANDCA00265841 |
| ARISTANDCA00265844 |
| ARISTANDCA00265847 |
| ARISTANDCA00265852 |
| ARISTANDCA00265854 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00265856 |
| ARISTANDCA00265858 |
| ARISTANDCA00265860 |
| ARISTANDCA00265862 |
| ARISTANDCA00265865 |
| ARISTANDCA00265867 |
| ARISTANDCA00265869 |
| ARISTANDCA00265871 |
| ARISTANDCA00265873 |
| ARISTANDCA00265875 |
| ARISTANDCA00265877 |
| ARISTANDCA00265879 |
| ARISTANDCA00265881 |
| ARISTANDCA00265883 |
| ARISTANDCA00265885 |
| ARISTANDCA00265887 |
| ARISTANDCA00265889 |
| ARISTANDCA00265892 |
| ARISTANDCA00265894 |
| ARISTANDCA00265896 |
| ARISTANDCA00265898 |
| ARISTANDCA00265901 |
| ARISTANDCA00265904 |
| ARISTANDCA00265906 |
| ARISTANDCA00265908 |
| ARISTANDCA00265911 |
| ARISTANDCA00265913 |
| ARISTANDCA00265915 |
| ARISTANDCA00265918 |
| ARISTANDCA00265920 |
| ARISTANDCA00265922 |
| ARISTANDCA00265924 |
| ARISTANDCA00265926 |
| ARISTANDCA00265929 |
| ARISTANDCA00265932 |
| ARISTANDCA00265935 |
| ARISTANDCA00265939 |
| ARISTANDCA00265942 |
| ARISTANDCA00265945 |
| ARISTANDCA00265948 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00265951 |
| ARISTANDCA00265953 |
| ARISTANDCA00265956 |
| ARISTANDCA00265959 |
| ARISTANDCA00265961 |
| ARISTANDCA00265964 |
| ARISTANDCA00265967 |
| ARISTANDCA00265970 |
| ARISTANDCA00265973 |
| ARISTANDCA00265976 |
| ARISTANDCA00265979 |
| ARISTANDCA00265981 |
| ARISTANDCA00265984 |
| ARISTANDCA00265986 |
| ARISTANDCA00265988 |
| ARISTANDCA00265994 |
| ARISTANDCA00265996 |
| ARISTANDCA00265998 |
| ARISTANDCA00266000 |
| ARISTANDCA00266002 |
| ARISTANDCA00266005 |
| ARISTANDCA00266007 |
| ARISTANDCA00266009 |
| ARISTANDCA00266012 |
| ARISTANDCA00266016 |
| ARISTANDCA00266019 |
| ARISTANDCA00266022 |
| ARISTANDCA00266024 |
| ARISTANDCA00266026 |
| ARISTANDCA00266028 |
| ARISTANDCA00266031 |
| ARISTANDCA00266034 |
| ARISTANDCA00266036 |
| ARISTANDCA00266039 |
| ARISTANDCA00266042 |
| ARISTANDCA00266045 |
| ARISTANDCA00266047 |
| ARISTANDCA00266050 |
| ARISTANDCA00266053 |
| ARISTANDCA00266056 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00266058 |
| ARISTANDCA00266060 |
| ARISTANDCA00266062 |
| ARISTANDCA00266065 |
| ARISTANDCA00266067 |
| ARISTANDCA00266069 |
| ARISTANDCA00266071 |
| ARISTANDCA00266073 |
| ARISTANDCA00266075 |
| ARISTANDCA00266077 |
| ARISTANDCA00266079 |
| ARISTANDCA00266081 |
| ARISTANDCA00266083 |
| ARISTANDCA00266085 |
| ARISTANDCA00266088 |
| ARISTANDCA00266090 |
| ARISTANDCA00266092 |
| ARISTANDCA00266094 |
| ARISTANDCA00266096 |
| ARISTANDCA00266098 |
| ARISTANDCA00266100 |
| ARISTANDCA00266102 |
| ARISTANDCA00266104 |
| ARISTANDCA00266106 |
| ARISTANDCA00266108 |
| ARISTANDCA00266110 |
| ARISTANDCA00266112 |
| ARISTANDCA00266116 |
| ARISTANDCA00266118 |
| ARISTANDCA00266120 |
| ARISTANDCA00266122 |
| ARISTANDCA00266125 |
| ARISTANDCA00266128 |
| ARISTANDCA00266131 |
| ARISTANDCA00266134 |
| ARISTANDCA00266136 |
| ARISTANDCA00266139 |
| ARISTANDCA00266142 |
| ARISTANDCA00266144 |
| ARISTANDCA00266146 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00266148 |
| ARISTANDCA00266150 |
| ARISTANDCA00266152 |
| ARISTANDCA00266154 |
| ARISTANDCA00266157 |
| ARISTANDCA00266159 |
| ARISTANDCA00266161 |
| ARISTANDCA00266163 |
| ARISTANDCA00266165 |
| ARISTANDCA00266168 |
| ARISTANDCA00266170 |
| ARISTANDCA00266172 |
| ARISTANDCA00266175 |
| ARISTANDCA00266177 |
| ARISTANDCA00266179 |
| ARISTANDCA00266181 |
| ARISTANDCA00266183 |
| ARISTANDCA00266186 |
| ARISTANDCA00266188 |
| ARISTANDCA00266190 |
| ARISTANDCA00266192 |
| ARISTANDCA00266194 |
| ARISTANDCA00266196 |
| ARISTANDCA00266198 |
| ARISTANDCA00266200 |
| ARISTANDCA00266202 |
| ARISTANDCA00266205 |
| ARISTANDCA00266207 |
| ARISTANDCA00266209 |
| ARISTANDCA00266211 |
| ARISTANDCA00266213 |
| ARISTANDCA00266215 |
| ARISTANDCA00266217 |
| ARISTANDCA00266220 |
| ARISTANDCA00266222 |
| ARISTANDCA00266225 |
| ARISTANDCA00266227 |
| ARISTANDCA00266230 |
| ARISTANDCA00266232 |
| ARISTANDCA00266234 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA00266236 |
| ARISTANDCA00266238 |
| ARISTANDCA00266240 |
| ARISTANDCA00266242 |
| ARISTANDCA00266244 |
| ARISTANDCA00266246 |
| ARISTANDCA00266248 |
| ARISTANDCA00266250 |
| ARISTANDCA00266272 |
| ARISTANDCA00266274 |
| ARISTANDCA00266276 |
| ARISTANDCA00266278 |
| ARISTANDCA00266280 |
| ARISTANDCA00266282 |
| ARISTANDCA00266284 |
| ARISTANDCA00266286 |
| ARISTANDCA00266288 |
| ARISTANDCA00266290 |
| ARISTANDCA00266292 |
| ARISTANDCA00268465 |
| ARISTANDCA00266295 |
| ARISTANDCA00273406 |
| ARISTANDCA00273853 |
| ARISTANDCA00274794 |
| ARISTANDCA00274864 |
| ARISTANDCA00275385 |
| ARISTANDCA00277567 |
| ARISTANDCA00277570 |
| ARISTANDCA00278182 |
| ARISTANDCA00278546 |
| ARISTANDCA00278655 |
| ARISTANDCA00279166 |
| ARISTANDCA00279773 |
| ARISTANDCA00281053 |
| ARISTANDCA00281693 |
| ARISTANDCA00287991 |
| ARISTANDCA12948225 |
| ARISTANDCA10200566 |
| ARISTANDCA10421678 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA10421680 |
| ARISTANDCA10778922 |
| ARISTANDCA10778924 |
| ARISTANDCA10778932 |
| ARISTANDCA10778934 |
| ARISTANDCA10792656 |
| ARISTANDCA10792657 |
| ARISTANDCA11389996 |
| ARISTANDCA11390001 |
| ARISTANDCA12313181 |
| ARISTANDCA12465565 |
| ARISTANDCA12831407 |
| ARISTANDCA12906631 |
| ARISTANDCA12906635 |
| ARISTANDCA12948226 |
| ARISTANDCA13000955 |
| ARISTANDCA13172736 |
| ARISTANDCA13172775 |
| ARISTANDCA13172832 |
| ARISTANDCA13172835 |
| ARISTANDCA13172837 |
| ARISTANDCA13172865 |
| ARISTANDCA13173433 |
| ARISTANDCA13178601 |
| ARISTANDCA13183735 |
| ARISTANDCA13184679 |
| ARISTANDCA13185473 |
| ARISTANDCA13187525 |
| ARISTANDCA13189829 |
| ARISTANDCA13206391 |
| ARISTANDCA13211349 |
| ARISTANDCA13232166 |
| ARISTANDCA13242587 |
| ARISTANDCA13244793 |
| ARISTANDCA13245259 |
| ARISTANDCA13245936 |
| ARISTANDCA13246835 |
| ARISTANDCA13247171 |
| ARISTANDCA13247737 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA13250221 |
| ARISTANDCA13251549 |
| ARISTANDCA13252251 |
| ARISTANDCA13254748 |
| ARISTANDCA13256136 |
| ARISTANDCA13257362 |
| ARISTANDCA13258142 |
| ARISTANDCA13258934 |
| ARISTANDCA13262422 |
| ARISTANDCA13270722 |
| ARISTANDCA13273536 |
| ARISTANDCA13273702 |
| ARISTANDCA13276058 |
| ARISTANDCA13289332 |
| ARISTANDCA13290090 |
| ARISTANDCA13290444 |
| ARISTANDCA13350585 |
| ARISTANDCA13352142 |
| ARISTANDCA13352142 |
| ARISTANDCA13352146 |
| ARISTANDCA13352168 |
| ARISTANDCA13352182 |
| ARISTANDCA13352192 |
| ARISTANDCA13352194 |
| ARISTANDCA13352204 |
| ARISTANDCA13352244 |
| ARISTANDCA13352244 |
| ARISTANDCA1335246 |
| ARISTANDCA13352460 |
| ARISTANDCA13352468 |
| ARISTANDCA13352468 |
| ARISTANDCA13354696 |
| ARISTANDCA13354730 |
| ARISTANDCA13354746 |
| ARISTANDCA13354776 |
| ARISTANDCA13354782 |
| ARISTANDCA13354790 |
| ARISTANDCA13354860 |
| ARISTANDCA13354860 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA13354974 |
| ARISTANDCA13355002 |
| ARISTANDCA13355060 |
| ARISTANDCA13355142 |
| ARISTANDCA13355148 |
| ARISTANDCA13355196 |
| ARISTANDCA13355370 |
| ARISTANDCA13355412 |
| ARISTANDCA13355428 |
| ARISTANDCA13355428 |
| ARISTANDCA13355572 |
| ARISTANDCA13355572 |
| ARISTANDCA13355796 |
| ARISTANDCA13355854 |
| ARISTANDCA13355994 |
| ARISTANDCA13356010 |
| ARISTANDCA13356030 |
| ARISTANDCA13356094 |
| ARISTANDCA13356118 |
| ARISTANDCA13356136 |
| ARISTANDCA13356146 |
| ARISTANDCA13356192 |
| ARISTANDCA13356192 |
| ARISTANDCA13356266 |
| ARISTANDCA13356360 |
| ARISTANDCA13356448 |
| ARISTANDCA13356456 |
| ARISTANDCA13356474 |
| ARISTANDCA13356480 |
| ARISTANDCA13356492 |
| ARISTANDCA13356542 |
| ARISTANDCA13356947 |
| ARISTANDCA13357095 |
| ARISTANDCA13357279 |
| ARISTANDCA13357887 |
| ARISTANDCA13358495 |
| ARISTANDCA13358567 |
| ARISTANDCA13358665 |
| ARISTANDCA13358809 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA13358934 |
| ARISTANDCA13359268 |
| ARISTANDCA13359558 |
| ARISTANDCA13360216 |
| ARISTANDCA13360544 |
| ARISTANDCA13361152 |
| ARISTANDCA13361534 |
| ARISTANDCA13362362 |
| ARISTANDCA13363036 |
| ARISTANDCA13363443 |
| ARISTANDCA13365355 |
| ARISTANDCA13366069 |
| CSI-ANI-00006985 |
| CSI-ANI-00006987 |
| CSI-ANI-00028654 |
| CSI-ANI-00031041 |
| CSI-ANI-00033423 |
| CSI-ANI-00038089 |
| CSI-ANI-00038090 |
| CSI-ANI-00038253 |
| CSI-ANI-00039523 |
| CSI-ANI-00040069 |
| CSI-ANI-00041773 |
| CSI-ANI-00042368 |
| CSI-ANI-00042971 |
| CSI-ANI-00042972 |
| CSI-ANI-00042976 |
| CSI-ANI-00042977 |
| CSI-ANI-00043306 |
| CSI-ANI-00043659 |
| CSI-ANI-00047424 |
| CSI-ANI-00049235 |
| CSI-ANI-00055459 |
| CSI-ANI-00056464 |
| CSI-ANI-00056770 |
| CSI-ANI-00058863 |
| CSI-ANI-00059530 |
| CSI-ANI-00065736 |
| CSI-ANI-00081683 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-ANI-00083896 |
| CSI-ANI-00085680 |
| CSI-ANI-00091346 |
| CSI-ANI-00094795 |
| CSI-ANI-00095960 |
| CSI-ANI-00097955 |
| CSI-ANI-00099040 |
| CSI-ANI-00099041 |
| CSI-ANI-00100649 |
| CSI-ANI-00102192 |
| CSI-ANI-00108383 |
| CSI-ANI-00110693 |
| CSI-ANI-00111458 |
| CSI-ANI-00123088 |
| CSI-ANI-00123091 |
| CSI-ANI-00128203 |
| CSI-ANI-00210092 |
| CSI-ANI-00230048 |
| CSI-ANI-00236944 |
| CSI-ANI-00252097 |
| CSI-ANI-00272898 |
| CSI-ANI-00311469 |
| CSI-ANI-00312922 |
| CSI-ANI-00319839 |
| CSI-ANI-00320219 |
| CSI-ANI-00320862 |
| CSI-ANI-00324072 |
| CSI-ANI-00324177 |
| CSI-ANI-00324902 |
| CSI-ANI-00336059 |
| CSI-ANI-00415720 |
| CSI-ANI-00415723 |
| CSI-ANI-00427910 |
| CSI-ANI-00443952 |
| CSI-ANI-00465260 |
| CSI-ANI-00626035 |
| CSI-ANI-01752368 |
| CSI-ANI-02158115 |
| CSI-ANI-03816619 |
| CSI-ANI-03837281 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI- 02446718 |
| CSI-CLI-00000033 |
| CSI-CLI-00020565 |
| CSI-CLI-00022934 |
| CSI-CLI-00022947 |
| CSI-CLI-00022947 |
| CSI-CLI-00024454 |
| CSI-CLI-00024968 |
| CSI-CLI-00059530 |
| CSI-CLI-00130522 |
| CSI-CLI-00131220 |
| CSI-CLI-00131672 |
| CSI-CLI-00135600 |
| CSI-CLI-00137630 |
| CSI-CLI-00178252 |
| CSI-CLI-00192227 |
| CSI-CLI-00192293 |
| CSI-CLI-00192515 |
| CSI-CLI-00192821 |
| CSI-CLI-00193199 |
| CSI-CLI-00193647 |
| CSI-CLI-00194055 |
| CSI-CLI-00194801 |
| CSI-CLI-00214393 |
| CSI-CLI-00220355 |
| CSI-CLI-00221529 |
| CSI-CLI-00228225 |
| CSI-CLI-00262396 |
| CSI-CLI-00271385 |
| CSI-CLI-00273242 |
| CSI-CLI-00291752 |
| CSI-CLI-00292296 |
| CSI-CLI-00292982 |
| CSI-CLI-00294972 |
| CSI-CLI-00295948 |
| CSI-CLI-00296282 |
| CSI-CLI-00296590 |
| CSI-CLI-00296906 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-00299650 |
| CSI-CLI-00299856 |
| CSI-CLI-00302628 |
| CSI-CLI-00304206 |
| CSI-CLI-00304756 |
| CSI-CLI-00305560 |
| CSI-CLI-00306596 |
| CSI-CLI-00307700 |
| CSI-CLI-00310346 |
| CSI-CLI-00312777 |
| CSI-CLI-00325714 |
| CSI-CLI-00325922 |
| CSI-CLI-00327560 |
| CSI-CLI-00327842 |
| CSI-CLI-00328320 |
| CSI-CLI-00344775 |
| CSI-CLI-00350066 |
| CSI-CLI-00355210 |
| CSI-CLI-00356065 |
| CSI-CLI-00356303 |
| CSI-CLI-00357036 |
| CSI-CLI-00357104 |
| CSI-CLI-00358166 |
| CSI-CLI-00358622 |
| CSI-CLI-00380658 |
| CSI-CLI-00385332 |
| CSI-CLI-00441776 |
| CSI-CLI-00531980 |
| CSI-CLI-00608702 |
| CSI-CLI-00610555 |
| CSI-CLI-00660340 |
| CSI-CLI-00660992 |
| CSI-CLI-00682250 |
| CSI-CLI-00684682 |
| CSI-CLI-00685076 |
| CSI-CLI-00749938 |
| CSI-CLI-00754391 |
| CSI-CLI-00779340 |
| CSI-CLI-00786284 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-00790956 |
| CSI-CLI-00807360 |
| CSI-CLI-00807419 |
| CSI-CLI-00817320 |
| CSI-CLI-00836482 |
| CSI-CLI-00836802 |
| CSI-CLI-00836849 |
| CSI-CLI-00837234 |
| CSI-CLI-00837260 |
| CSI-CLI-00837291 |
| CSI-CLI-00841247 |
| CSI-CLI-00841273 |
| CSI-CLI-00843057 |
| CSI-CLI-00843168 |
| CSI-CLI-00843239 |
| CSI-CLI-00843944 |
| CSI-CLI-00844185 |
| CSI-CLI-00844295 |
| CSI-CLI-00844409 |
| CSI-CLI-00844691 |
| CSI-CLI-00844876 |
| CSI-CLI-00845043 |
| CSI-CLI-00845941 |
| CSI-CLI-00847039 |
| CSI-CLI-00850605 |
| CSI-CLI-00850896 |
| CSI-CLI-00852227 |
| CSI-CLI-00852461 |
| CSI-CLI-00852641 |
| CSI-CLI-00853384 |
| CSI-CLI-00853528 |
| CSI-CLI-00853763 |
| CSI-CLI-00857309 |
| CSI-CLI-00857434 |
| CSI-CLI-00863729 |
| CSI-CLI-00863902 |
| CSI-CLI-00866941 |
| CSI-CLI-00868542 |
| CSI-CLI-00871255 |
| CSI-CLI-00871574 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-00871704 |
| CSI-CLI-00872041 |
| CSI-CLI-00872159 |
| CSI-CLI-00872275 |
| CSI-CLI-00872354 |
| CSI-CLI-00872445 |
| CSI-CLI-00872528 |
| CSI-CLI-00873390 |
| CSI-CLI-00943476 |
| CSI-CLI-00944769 |
| CSI-CLI-01110668 |
| CSI-CLI-01124337 |
| CSI-CLI-01130272 |
| CSI-CLI-01133437 |
| CSI-CLI-01134108 |
| CSI-CLI-01134110 |
| CSI-CLI-01134111 |
| CSI-CLI-01142111 |
| CSI-CLI-01143146 |
| CSI-CLI-01143416 |
| CSI-CLI-01289126 |
| CSI-CLI-01312841 |
| CSI-CLI-01313233 |
| CSI-CLI-01315367 |
| CSI-CLI-01315523 |
| CSI-CLI-01315526 |
| CSI-CLI-01318034 |
| CSI-CLI-01321688 |
| CSI-CLI-01326890 |
| CSI-CLI-01334601 |
| CSI-CLI-01339845 |
| CSI-CLI-01339873 |
| CSI-CLI-01480494 |
| CSI-CLI-01480494 |
| CSI-CLI-01481684 |
| CSI-CLI-01628923 |
| CSI-CLI-01752368 |
| CSI-CLI-01760979 |
| CSI-CLI-01784189 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-01839550 |
| CSI-CLI-01841322 |
| CSI-CLI-01886997 |
| CSI-CLI-01932546 |
| CSI-CLI-01997899 |
| CSI-CLI-02066063 |
| CSI-CLI-02066065 |
| CSI-CLI-02073251 |
| CSI-CLI-02110519 |
| CSI-CLI-02112421 |
| CSI-CLI-02246711 |
| CSI-CLI-02258850 |
| CSI-CLI-02258852 |
| CSI-CLI-02263140 |
| CSI-CLI-02270159 |
| CSI-CLI-02277516 |
| CSI-CLI-02277517 |
| CSI-CLI-02287417 |
| CSI-CLI-02294327 |
| CSI-CLI-02328331 |
| CSI-CLI-02329941 |
| CSI-CLI-02354393 |
| CSI-CLI-02376251 |
| CSI-CLI-02405680 |
| CSI-CLI-02414915 |
| CSI-CLI-02478111 |
| CSI-CLI-02478385 |
| CSI-CLI-02492085 |
| CSI-CLI-02555741 |
| CSI-CLI-02555798 |
| CSI-CLI-02560937 |
| CSI-CLI-02635203 |
| CSI-CLI-02638498 |
| CSI-CLI-02638535 |
| CSI-CLI-02824651 |
| CSI-CLI-0286270 |
| CSI-CLI-02863270 |
| CSI-CLI-02868917 |
| CSI-CLI-02906678 |
| CSI-CLI-02918192 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-02929668 |
| CSI-CLI-02943915 |
| CSI-CLI-03094093 |
| CSI-CLI-03126889 |
| CSI-CLI-03126890 |
| CSI-CLI-03264907 |
| CSI-CLI-03332029 |
| CSI-CLI-03333318 |
| CSI-CLI-03335181 |
| CSI-CLI-03400509 |
| CSI-CLI-03693824 |
| CSI-CLI-03731096 |
| CSI-CLI-03740012 |
| CSI-CLI-03766046 |
| CSI-CLI-03766080 |
| CSI-CLI-03767506 |
| CSI-CLI-03786895 |
| CSI-CLI-03806274 |
| CSI-CLI-03824243 |
| CSI-CLI-03826697 |
| CSI-CLI-03829811 |
| CSI-CLI-03830049 |
| CSI-CLI-03830081 |
| CSI-CLI-03831720 |
| CSI-CLI-03836272 |
| CSI-CLI-03837281 |
| CSI-CLI-03837527 |
| CSI-CLI-03838045 |
| CSI-CLI-03838281 |
| CSI-CLI-03838383 |
| CSI-CLI-03838541 |
| CSI-CLI-03838822 |
| CSI-CLI-04057694 |
| CSI-CLI-04231146 |
| CSI-CLI-04237077 |
| CSI-CLI-04252634 |
| CSI-CLI-04382249 |
| CSI-CLI-04410106 |
| CSI-CLI-04423658 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-04451303 |
| CSI-CLI-04465330 |
| CSI-CLI-04527691 |
| CSI-CLI-04610218 |
| CSI-CLI-04612168 |
| CSI-CLI-04613894 |
| CSI-CLI-04615047 |
| CSI-CLI-04624502 |
| CSI-CLI-04633845 |
| CSI-CLI-04655016 |
| CSI-CLI-04656586 |
| CSI-CLI-04659648 |
| CSI-CLI-04661077 |
| CSI-CLI-04675741 |
| CSI-CLI-04725877 |
| CSI-CLI-04725878 |
| CSI-CLI-04785577 |
| CSI-CLI-04824213 |
| CSI-CLI-04876966 |
| CSI-CLI-04879018 |
| CSI-CLI-04879238 |
| CSI-CLI-04884454 |
| CSI-CLI-04886869 |
| CSI-CLI-04978736 |
| CSI-CLI-04990888 |
| CSI-CLI-04992401 |
| CSI-CLI-04992410 |
| CSI-CLI-04992412 |
| CSI-CLI-04995547 |
| CSI-CLI-05012131 |
| CSI-CLI-05021060 |
| CSI-CLI-05021246 |
| CSI-CLI-05021381 |
| CSI-CLI-05031204 |
| CSI-CLI-05031362 |
| CSI-CLI-05035777 |
| CSI-CLI-05035778 |
| CSI-CLI-05035779 |
| CSI-CLI-05035781 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-05035783 |
| CSI-CLI-05035785 |
| CSI-CLI-05035841 |
| CSI-CLI-05037403 |
| CSI-CLI-05040777 |
| CSI-CLI-05042923 |
| CSI-CLI-05047232 |
| CSI-CLI-05065894 |
| CSI-CLI-05078822 |
| CSI-CLI-05081172 |
| CSI-CLI-05087736 |
| CSI-CLI-05087737 |
| CSI-CLI-05097446 |
| CSI-CLI-05107003 |
| CSI-CLI-05109510 |
| CSI-CLI-05109690 |
| CSI-CLI-05111657 |
| CSI-CLI-05124379 |
| CSI-CLI-05134503 |
| CSI-CLI-05134699 |
| CSI-CLI-05147730 |
| CSI-CLI-05149597 |
| CSI-CLI-05150677 |
| CSI-CLI-05150680 |
| CSI-CLI-05152740 |
| CSI-CLI-05173487 |
| CSI-CLI-05220451 |
| CSI-CLI-05254196 |
| CSI-CLI-05254197 |
| CSI-CLI-05254198 |
| CSI-CLI-05282653 |
| CSI-CLI-05299092 |
| CSI-CLI-05299094 |
| CSI-CLI-05299095 |
| CSI-CLI-05299096 |
| CSI-CLI-05299097 |
| CSI-CLI-05299098 |
| CSI-CLI-05299099 |
| CSI-CLI-05299100 |
| CSI-CLI-05299101 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| CSI-CLI-05299102 |
| CSI-CLI-05299103 |
| CSI-CLI-05299104 |
| CSI-CLI-05299105 |
| CSI-CLI-05299106 |
| CSI-CLI-05299107 |
| CSI-CLI-05299108 |
| CSI-CLI-05299109 |
| CSI-CLI-05299110 |
| CSI-CLI-05299111 |
| CSI-CLI-05299112 |
| CSI-CLI-05299113 |
| CSI-CLI-05299114 |
| CSI-CLI-05299115 |
| CSI-CLI-05299116 |
| CSI-CLI-05644454 |
| CSI-CLI-05646048 |
| CSI-CLI-05982743 |
| CSI-CLI-06018032 |
| CSI-CLI-06023246 |
| CSI-CLI-06056618 |
| CSI-CLI-06057129 |
| CSI-CLI-06110454 |
| CSI-CLI-06111888 |
| CSI-CLI-06114983 |
| CSI-CLI-06115667 |
| CSI-CLI-06135862 |
| CSI-CLI-06302874 |
| CSI-CLI-06487715 |
| CSI-CLI-1851343 |
| CSI-CLI-1997899 |
| DELL-ANETSUB00019535 |
| DELL-ANETSUB00026077 |
| DELL-ANETSUB00095249 |
| DELL-ANETSUB00114148 |
| DELL-ANETSUB00122116 |
| DELL-ANETSUB00122372 |
| DELL-ANETSUB00122759 |
| DELL-ANETSUB00123073 |
| DELL-ANETSUB00129345 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| DELL-ANETSUB00131695 |
| EC000001 |
| EC000499 |
| EC001175 |
| EC001178 |
| EC001947 |
| EC002593 |
| EC003305 |
| EC004411 |
| EXNET-ARISTA0047042 |
| EXNET-ARISTA0054421 |
| EXNET-ARISTA0057033 |
| HPE03126 |
| HPE03126 |
| HPE04995 |
| HPE04995 |
| HPE10303 |
| HPE43019 |
| HPE43019 |
| HPE44032 |
| HPE44508 |
| HPE44508 |
| HPE45955 |
| HPE45955 |
| HPE46789 |
| HPE46789 |
| HPE48032 |
| HPE48032 |
| HPE48627 |
| HPE48996 |
| HPE49320 |
| HPE70639 |
| HPE83634 |
| HPE84099 |
| HPE88296 |
| HPE91828 |
| HPE92708 |
| HPE93160 |
| KL-00000001 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| KL-00000251 |
| KL-00001699 |
| KLSC000000010 |
| KLSC00000021 |
| KLSC00000033-52 |
| LENOVO-ARISTA000001 |
| LENOVO-ARISTA000597 |
| LENOVO-ARISTA001727 |
| LENOVO-ARISTA002221 |
| LENOVO-ARISTA002873 |
| LENOVO-ARISTA003539 |
| LENOVO-ARISTA003945 |
| LENOVO-ARISTA004629 |
| LENOVO-ARISTA005263 |
| LENOVO-ARISTA005923 |
| LENOVO-ARISTA006603 |
| LENOVO-ARISTA007287 |
| LENOVO-ARISTA008063 |
| LENOVO-ARISTA008807 |
| LENOVO-ARISTA009577 |
| LENOVO-ARISTA010309 |
| LENOVO-ARISTA010669 |
| LENOVO-ARISTA011075 |
| LENOVO-ARISTA011381 |
| LENOVO-ARISTA011765 |
| LENOVO-ARISTA012149 |
| LENOVO-ARISTA012600 |
| LENOVO-ARISTA013095 |
| LENOVO-ARISTA013585 |
| LENOVO-ARISTA014269 |
| LENOVO-ARISTA014875 |
| LENOVO-ARISTA015403 |
| LENOVO-ARISTA015951 |
| LENOVO-ARISTA016585 |
| LENOVO-ARISTA017245 |
| LENOVO-ARISTA018021 |
| LENOVO-ARISTA018677 |
| LENOVO-ARISTA019421 |
| LENOVO-ARISTA020191 |
| LENOVO-ARISTA020923 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| LENOVO-ARISTA021299 |
| LENOVO-ARISTA021728 |
| LENOVO-ARISTA022143 |
| LENOVO-ARISTA022620 |
| LENOVO-ARISTA023115 |
| LENOVO-ARISTA023549 |
| ARISTANDCA00036076 |
| ARISTANDCA00265555-ARISTANDCA00266296 |
| ARISTANDCA00268178 |
| ARISTANDCA13228395 |
| ARISTANDCA13228703 |
| ARISTANDCA13229400 |
| ARISTANDCA13229492 |
| ARISTANDCA13230687 |
| ARISTANDCA13352142-ARISTANDCA13356565 |
| CSI-CLI-00350081-CSI-CLI-00350082 |
| CSI-CLI-00355030 |
| CSI-CLI-00746246 |
| CSI-CLI-00810004 |
| CSI-CLI-00810826 |
| CSI-CLI-00811125 |
| CSI-CLI-00817660 |
| CSI-CLI-00846656 |
| CSI-CLI-02446710 |
| CSI-CLI-04615264 |
| CSI-CLI-04633845 |
| CSI-CLI-05047037 |
| CSI-CLI-05097296 |
| CSI-CLI-05097297 |
| CSI-CLI-05097371 |
| CSI-CLI-05644048 |
| CSI-CLI-06302986 |
| CSI-CLI-SC-00000909 |
| CSI-CLI-SC-00000927 |
| ARISTANDCA00036076 |
| ARISTANDCA00265555-ARISTANDCA00266296 |
| ARISTANDCA00268178 |
| ARISTANDCA13228395 |
| ARISTANDCA13228703 |
| ARISTANDCA13229400 |

**Exhibit 2**
**John Black**
**List of Documents Considered**

| |
|---|
| ARISTANDCA13229492 |
| ARISTANDCA13230687 |
| ARISTANDCA13352142-ARISTANDCA13356565 |
| CSI-CLI-00350081-CSI-CLI-00350082 |
| CSI-CLI-00355030 |
| CSI-CLI-00746246 |
| CSI-CLI-00810004 |
| CSI-CLI-00810826 |
| CSI-CLI-00811125 |
| CSI-CLI-00817660 |
| CSI-CLI-00846656 |
| CSI-CLI-02446710 |
| CSI-CLI-04615264 |
| CSI-CLI-04633845 |
| CSI-CLI-05047037 |
| CSI-CLI-05097296 |
| CSI-CLI-05097297 |
| CSI-CLI-05097371 |
| CSI-CLI-05644048 |
| CSI-CLI-06302986 |
| CSI-CLI-SC-00000909 |
| CSI-CLI-SC-00000927 |
| KL-00000872 |
| KLSC00000001 |