# EXHIBIT 44

# AMENDED APPENDIX H.AT - Allied Telesis Usage of Disputed CLI Commands

| Disputed Cisco Command | Allied Telesis Command Syntax | Bates Number of AT Manual |
|---|---|---|
| aaa accounting | aaa accounting dot1x {radius}<br>aaa accounting login {radius} | ARISTANDCA13184679<br>ARISTANDCA13185473 |
| aaa accounting dot1x | aaa accounting dot1x {radius} | ARISTANDCA13184679<br>ARISTANDCA13185473 |
| aaa authentication login | aaa accounting login {radius} | ARISTANDCA13184679<br>ARISTANDCA13185473 |
| arp timeout | arp timeout seconds | ARISTANDCA13184679<br>ARISTANDCA13185473 |
| boot system | boot system [unit unit] {image-1 \| image-2} | ARISTANDCA13184679 |
| channel-group | channel-group port-channel-number | ARISTANDCA13184679 |
| clear arp-cache | clear arp-cache | ARISTANDCA13184679 |
| clear counters | clear counters [ethernet ethernet \| port-channel port-channel-number] | ARISTANDCA13184679 |
| clear ipv6 neighbors | clear ipv6 neighbors | ARISTANDCA13184679 |
| clock set | clock set hh:mm:ss day month year<br>or<br>clock set hh:mm:ss month day year | ARISTANDCA13184679 |
| clock timezone | clock timezone hours-offset [minutes minutes-offset] [zone acronym] | ARISTANDCA13184679 |
| dot1x port-control | dot1x port-control {auto \| force-authorized \| force-unauthorized} | ARISTANDCA13184679 |
| dot1x reauthentication | dot1x re-authentication | ARISTANDCA13184679 |
| dot1x system-auth-control | dot1x system-auth-control | ARISTANDCA13184679 |
| dot1x timeout quiet-period | dot1x timeout quiet-period seconds | ARISTANDCA13184679 |
| dot1x timeout reauth-period | dot1x timeout re-authperiod seconds | ARISTANDCA13184679 |
| dot1x timeout tx-period | dot1x timeout tx-period seconds | ARISTANDCA13184679 |
| interface ethernet | interface ethernet interface | ARISTANDCA13184679 |
| interface port-channel | interface port-channel port-channel-number | ARISTANDCA13184679 |
| interface vlan | interface port-channel port-channel-number | ARISTANDCA13184679 |
| ip access-list | ip access-list access-list-name | ARISTANDCA13184679 |
| ip address | ip address ip-address {mask \| prefix-length} | ARISTANDCA13184679 |
| ip dhcp snooping | ip dhcp snooping | ARISTANDCA13184679 |
| ip dhcp snooping information option | ip dhcp snooping information option allowed-untrusted | ARISTANDCA13184679 |
| ip dhcp snooping vlan | ip dhcp snooping vlan vlan-id | ARISTANDCA13184679 |
| ip domain lookup | ip domain-lookup | ARISTANDCA13184679 |
| ip domain-name | ip domain-name name | ARISTANDCA13184679 |
| ip host | ip host name address | ARISTANDCA13184679 |
| ip igmp snooping | ip igmp snooping | ARISTANDCA13184679 |
| ip igmp snooping querier | ip igmp snooping querier enable | ARISTANDCA13184679 |
| ip name-server | ip name-server server-address [server-address2 ... server-address8] | ARISTANDCA13184679 |
| ipv6 access-list | ipv6 access-list access-list-name | ARISTANDCA13184679 |
| ipv6 address | ipv6 address ipv6-address/prefix-length [eui-64] [anycast] | ARISTANDCA13184679 |
| ipv6 host | ipv6 host name ipv6-address1 [ipv6-address2...ipv6-address4] | ARISTANDCA13184679 |
| lacp port-priority | lacp port-priority value | ARISTANDCA13184679 |
| lacp system-priority | lacp system-priority value | ARISTANDCA13184679 |
| lldp timer | lldp timer seconds | ARISTANDCA13184679 |
| mac access-list | mac access-list access-list-name | ARISTANDCA13184679 |
| radius-server deadtime | radius-server deadtime deadtime | ARISTANDCA13184679 |
| radius-server host | radius-server host {ipv4-address \| ipv6-address \| hostname} [auth-port auth-port-number] [timeout timeout]<br>[retransmit retries] [deadtime deadtime] [key key-string] [source ipv4-source \| ipv6-source] [priority priority]<br>[usage type] | ARISTANDCA13184679 |
| radius-server key | radius-server key [key-string] | ARISTANDCA13184679 |
| radius-server retransmit | radius-server retransmit retries | ARISTANDCA13184679 |
| radius-server timeout | radius-server timeout timeout | ARISTANDCA13184679 |
| show arp | show arp [ip-address ip-address] [mac-address mac-address] [ethernet interface \| port-channel port-channelnumber] | ARISTANDCA13184679 |
| show clock | show clock [detail] | ARISTANDCA13184679 |
| show dot1x | show dot1x [ethernet interface] | ARISTANDCA13184679 |
| show dot1x statistics | show dot1x statistics ethernet interface | ARISTANDCA13184679 |
| show hosts | show hosts [name] | ARISTANDCA13184679 |
| show interfaces description | show interfaces description [ethernet interface \| port-channel port-channel-number] | ARISTANDCA13184679 |
| show interfaces status | show interfaces status [ethernet interface\| port-channel port-channel-number] | ARISTANDCA13184679 |
| show interfaces switchport | show interfaces switchport {ethernet interface \| port-channel port-channel-number} | ARISTANDCA13184679 |
| show ip dhcp snooping | show ip dhcp snooping [ethernet interface \| port-channel port-channel-number] | ARISTANDCA13184679 |
| show ip igmp snooping | show ip igmp snooping mrouter<br>show ip igmp snooping interface<br>show ip igmp snooping groups | ARISTANDCA13184679 |
| show ip igmp snooping groups | show ip igmp snooping groups [vlan vlan-id] [ip-multicast-address ip-multicast-address] [ip-address ipaddress] | ARISTANDCA13184679 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [interface vlan-id] | ARISTANDCA13184679 |
| show ip interface | show ip interface [ethernet interface-number \| vlan vlan-id \| port-channel port-channel number ] | ARISTANDCA13184679 |
| show ipv6 interface | show ipv6 interface [vlan vlan-id ] | ARISTANDCA13184679 |

# AMENDED APPENDIX H.AT - Allied Telesis Usage of Disputed CLI Commands

| Command | Syntax | Reference |
|---|---|---|
| show ipv6 neighbors | show ipv6 neighbors {static \| dynamic}[ipv6-address ipv6-address] [mac-address mac-address] [ethernet interface-number \| vlan vlan-id \| port-channel number] | ARISTANDCA13184679 |
| show ipv6 route | show ipv6 route | ARISTANDCA13184679 |
| show lldp neighbors | show lldp neighbors [ethernet interface] | ARISTANDCA13184679 |
| show port-security | show port_security {ports <portlist>} | ARISTANDCA13183735 |
| show privilege | show privilege | ARISTANDCA13184679 |
| show qos maps | show qos map [dscp-queue] | ARISTANDCA13184679 |
| show snmp | show snmp | ARISTANDCA13184679 |
| show snmp engineID | show snmp engineID | ARISTANDCA13184679 |
| show snmp host | show snmp host <ipaddr> | ARISTANDCA13183735 |
| show snmp user | show snmp users [username] | ARISTANDCA13184679 |
| show snmp view | show snmp views [viewname] | ARISTANDCA13184679 |
| show spanning-tree | show spanning-tree [ethernet interface -number\| port-channel port-channel-number] [instance instance-id] | ARISTANDCA13184679 |
| show spanning-tree blockedports | show spanning-tree [detail] [active \| blockedports] [instance instance-id] | ARISTANDCA13184679 |
| show spanning-tree mst configuration | show spanning-tree mst-configuration | ARISTANDCA13184679 |
| show tacacs | show tacacs [ip-address] | ARISTANDCA13184679 |
| show users | show users | ARISTANDCA13184679 |
| show version | show version [unit unit] | ARISTANDCA13184679 |
| show vlan | show vlan [tag vlan-id \| name vlan-name ] | ARISTANDCA13184679 |
| show vlan internal usage | show vlan internal usage | ARISTANDCA13184679 |
| show vrrp | show vrrp {ipif <ipif_name 12> {vrid <vrid 1-255>} | ARISTANDCA13183735 |
| snmp-server community | snmp-server community community [ro \| rw \| su] [ipv4-address\|ipv6-address][view view-name] | ARISTANDCA13184679 |
| snmp-server contact | snmp-server contact text | ARISTANDCA13184679 |
| snmp-server enable traps | snmp-server enable traps | ARISTANDCA13184679 |
| snmp-server engineID local | snmp-server engineID local {engineid-string \| default} | ARISTANDCA13184679 |
| snmp-server group | snmp-server group groupname {v1 \| v2 \| v3 {noauth \| auth \| priv} [notify notifyview ] } [read readview] [write writeview] | ARISTANDCA13184679 |
| snmp-server host | snmp-server host {ipv4-address \| ipv6-address \| hostname} community-string [traps \| informs] [1 \| 2] [udp-port port] [filter filtername] [timeout seconds] [retries retries] | ARISTANDCA13184679 |
| snmp-server location | snmp-server location text | ARISTANDCA13184679 |
| snmp-server user | snmp-server user username groupname [remote engineid-string] [ auth-md5 password \| auth-sha password \| auth-md5-key md5-des-keys \| auth-sha-key sha-des-keys] | ARISTANDCA13184679 |
| snmp-server view | snmp-server view view-name oid-tree {included \| excluded} | ARISTANDCA13184679 |
| spanning-tree bpduguard | spanning-tree bpduguard | ARISTANDCA13184679 |
| spanning-tree cost | spanning-tree cost cost | ARISTANDCA13184679 |
| spanning-tree guard | spanning-tree guard root | ARISTANDCA13184679 |
| spanning-tree link-type | spanning-tree link-type {point-to-point \| shared} | ARISTANDCA13184679 |
| spanning-tree mode | spanning-tree mode {stp \| rstp\| mstp} | ARISTANDCA13184679 |
| spanning-tree mst configuration | spanning-tree mst configuration | ARISTANDCA13184679 |
| spanning-tree port-priority | spanning-tree port-priority priority | ARISTANDCA13184679 |
| switchport access vlan | switchport access vlan {vlan-id } | ARISTANDCA13184679 |
| switchport mode | switchport mode {access \| trunk \| general} | ARISTANDCA13184679 |
| switchport trunk allowed vlan | switchport trunk allowed vlan {add vlan-list \| remove vlan-list } | ARISTANDCA13184679 |
| switchport trunk native vlan | switchport trunk native vlan vlan-id | ARISTANDCA13184679 |
| tacacs-server host | tacacs-server host {ip-address \| hostname} [single-connection] [port port-number] [timeout timeout] [key keystring] [source source] [priority priority] | ARISTANDCA13184679 |
| tacacs-server key | tacacs-server key key-string | ARISTANDCA13184679 |
| tacacs-server timeout | tacacs-server timeout timeout | ARISTANDCA13184679 |

**Total of 100 command abstractions listed above.**