# EXHIBIT 51

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| Disputed Cisco Command | Extreme/Enterasys Command Syntax | Extreme/Enterasys Manual Bates Number |
|---|---|---|
| address-family | address-family [ipv4 (unicast \| multicast)] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| aggregate-address | aggregate-address { address [mask \| masklen] \| prefix } protocol {aggregate \| all \| bgp \| direct \| isis \| kernel \| ospf \| rip \| static} [match-map map_name] [rib {unicast \| multicast \| unicast-multicast}] [preference pref] [generate] [noinstall] [blackhole] [bgp] [brief] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| area nssa | area area-id nssa [metric] [metric-type] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| area range | area area_id range ip_address mask [no-advertise] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| area stub | area area_id stub [metric] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| arp timeout | arp timeout <TIME> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| banner motd | banner motd <LINE> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| bgp cluster-id | bgp cluster-id router-id | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| boot system | boot system [primary\|secondary] {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| channel-group | channel-group <1-5> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear arp-cache | clear arp-cache {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear counters | clear counters [all\|bridge\|router\|thread] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| clear ip arp | clear ip arp [vrf name] [ip_address] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ip bgp | clear ip bgp {peer \| *} [soft] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ip igmp group | clear ip igmp group [group-name][group-address] \| [interface] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ip mroute | clear ip mroute [vrf name] [group [source]] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear ipv6 neighbors | clear ipv6 neighbors | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| clear mac-address-table dynamic | clear mac-address-table [dynamic\|multicast\|static] [address <address>\|bridge <1-3 | EXNET-ARISTA0054421 |
| clear spanning-tree counters | clear spanning-tree counters {[all \| diagnostics \| domains \| ports]} | EXNET-ARISTA0054385 |
| clock set | clock set <HH:MM:SS> <1-31> <MONTH> <1993-2035> {on <DEVICE-NAME>} clock set <hh:mm:ss d m y> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| default-information originate (OSPF) | default-information originate {always\|metric <0-16777214>\|metric-type[1\|2]} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| default-metric | default-metric metric_value (RIP) default-metric metric_value (OSPF) default-metric metric (bgp) | |
| domain-name | domain-name domain | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| errdisable recovery cause | errdisable recovery [cause bpduguard\|interval <10-1000000>] | EXNET-ARISTA0054421 |
| errdisable recovery interval | errdisable recovery [cause bpduguard\|interval <10-1000000>] | EXNET-ARISTA0054421 |
| interface ethernet | Switch:Legacy(config)# interface ethernet <interface-number> | EXNET-ARISTA0054385 |
| interface vlan | interface [<INTERFACE>\| vlan <1-4094>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip access-group | ip access-group [<1-99>\|<100-199>\|<1300-1999>\|<2000-2699>\|WORD in] | EXNET-ARISTA0054421 |
| ip access-list standard | ip access-list standard {number \| name} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip address | ip address [<IP/M> {secondary}\|dhcp\|zerconf {secondary}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip as-path access-list | ip as-path access-list name {[ permit \| deny ] regexp origin}\| {named as-path-name} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip community-list standard | ip community-list name {permit \| deny} {comm-set commset_name} [exact] [standard \| extended] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip helper-address | ip helper-address <IP> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp last-member-query-count | ip igmp last-member-query-count value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval milliseconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp query-interval | ip igmp query-interval seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp query-interval-response-time | ip igmp query-max-response-time time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp snooping | ip igmp snooping {unknown-multicast-fwd} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp snooping querier | ip igmp snooping querier {max-response-time <1-25>\|query-interval <1-18000>\|ro | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip igmp startup-query-count | ip igmp startup-query-count value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp startup-query-interval | ip igmp startup-query-interval deciseconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp static-group | ip igmp static-group group-address [source source-address] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip igmp version | ip igmp version [ 1 \| 2 \| 3 ] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip multicast boundary | ip multicast boundary <group-address> <mask-length> | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip name-server | ip name-server {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip nat pool | ip nat pool <NAT-POOL-NAME> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip ospf authentication | ip ospf authentication {simple key \| md5 id_number md5_key [start-generate date_time] [stop-generate date_time] [start-accept date_time] [stop-accept date_time]} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf cost | ip ospf cost cost_value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf dead-interval | ip ospf dead-interval time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf hello-interval | ip ospf hello-interval time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf network | ip ospf network {point-to-multipoint \| nonbroadcast} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf priority | ip ospf priority level | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf retransmit-interval | ip ospf retransmit-interval time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip ospf transmit-delay | ip ospf transmit-delay time-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim bsr-border | ip pim bsr-border | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim bsr-candidate | ip pim bsr-candidate interface | EXNET-ARISTA0034418 (Enterasys X-Series Router) |

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip pim rp-address | ip pim rp-address address group prefix | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim rp-candidate | ip pim rp-candidate interface | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip pim sparse-mode | ip pim sparse-mode | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip prefix-list | ip prefix-list list_id [seq seq_value] {deny \| permit} {network/masklen} [ge length] [le length] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip proxy-arp | ip proxy-arp [default-route] \| [local] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ip route | ip route <IP/M> <IP>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ip routing | ip routing {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ipv6 address | ipv6 address [ipv6-link-local \|<ipv6-address> <ipv6netmask>] | EXNET-ARISTA0054385 |
| ipv6 dhcp relay destination | ipv6 dhcp relay destination {address ipv6-addr [interface port-string]} \| {interface port-string} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd ns-interval | ipv6 nd ns-interval {msec} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd ra suppress | ipv6 nd ra suppress | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd ra interval | ipv6 nd ra interval max-sec [min-sec] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 nd reachable-time | ipv6 nd reachable-time msec [advertise \| no-advertise] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 neighbor | ipv6 neighbor ipv6-addr port-string MAC-address | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| ipv6 route | [no] ipv6 route ipv6-prefix/prefix-length {next-hop-addr \| interface [ipv6-lladdr]} [distance] [metric metric] [blackhole] [noinstall] [reject] [retain] [tag value] [unicast] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis hello-interval | isis hello-interval time-seconds {level-1 \| level-1-2 \| level-2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis hello-multiplier | isis hello-multiplier number {level-1 \| level-1-2 \| level-2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis lsp-interval | isis lsp-interval time-milliseconds [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis metric | isis metric cost {level-1 \| level-1-2 \| level-2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis passive | isis passive [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| isis priority | isis priority number {level-1 \| level-1-2 \| level 2} [instance-id] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| is-type | is-type {level-1 \| level-1-2 \| level-2} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| lacp port-priority | lacp port-priority <priority> | EXNET-ARISTA0054385 |
| lldp holdtime | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp receive | lldp [receive\|transmit] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp run | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp timer | lldp [holdtime <10-1800>\|run\|timer <5-900>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| lldp transmit | lldp [receive\|transmit] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| logging host | logging host <IP> | EXNET-ARISTA0054421 |
| mac access-group | mac access-group <acl-name> in | EXNET-ARISTA0054421 |
| mac-address-table aging-time | mac-address-table aging-time [0\|<10-1000000>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| mac-address-table static | mac-address-table static <MAC> vlan <1-4094> interface [<L2-INTERFACE>\|ge <1-4| ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| mac-address | mac-address mac-address | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor activate | neighbor {ip_address \| groupID} activate | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor local-as | neighbor [ip_address \| groupID] local-as as-num | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor password | neighbor {ip_address \| groupID} password key | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor peer-group | neighbor {ip_address \| groupID} peer-group | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor remote-as | neighbor {ip_address \| groupID} remote-as as-num | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor remove-private-as | neighbor {ip_address \| groupID} remove-private-as | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor route-map | neighbor {ip_address \| groupID} route-map rm-name {in \| out} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor route-reflector-client | neighbor {ip_address \| groupID} route-reflector-client meshed | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor send-community | neighbor ip_address send-community | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor timers | neighbor {ip_address \| groupID} timers {keepalive_value holdtime_value} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| neighbor update-source | neighbor {ip_address \| groupID} update-source source_addr | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| no snmp-server | no snmp-server [community <WORD>\|enable [throttle\|traps]\|host <IP> port <1-65| ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ntp authenticate | ntp authenticate | EXNET-ARISTA0054421 |
| ntp authentication-key | ntp authentication-key <key> md5 [0 \|2 \|] | EXNET-ARISTA0054421 |
| ntp server | ntp server <IP> {autokey {prefer version <1-4>\|version <1-4>}} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| ntp trusted-key | ntp trusted-key <1-65534> | EXNET-ARISTA0054421 |
| port-channel load-balance | port-channel load-balance [src-dst-ip\|src-dst-mac] | EXNET-ARISTA0054421 |
| route-map | route-map <1-100> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| router bgp | router bgp as_number | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| router rip | router rip | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| router-id | router id rid_value | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| set-overload-bit | set-overload-bit {on-startup time-seconds} | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show clock | show clock {on <DEVICE-NAME>} show clock | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show environment temperature | show environment | EXNET-ARISTA0054421 |
| show interfaces | show interfaces {<INTERFACE>\|brief\|counters\|ge <1-4>\|me1\|on\|port-channel {<1-2>\|switchport\|vlan <1-4094>} {on <DEVICE-NAME>} show interfaces accounting\| <port-list> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show interfaces switchport | show interfaces {<INTERFACE>\|brief\|counters\|ge <1-4>\|me1\|on\|port-channel {<1-2>\|switchport\|vlan <1-4094>} {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip arp | show ip arp {<VLAN-NAME> {on <DEVICE-NAME>}|on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip bgp | show ip bgp [<IPaddr><IPmask>] [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp community | show ip bgp community {<community-id> <as-num>|no export|no-advertise|noexp | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp neighbors | show ip bgp neighbor <IPaddr> received-routes|all-received-routes|advertisedrout | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp paths | show ip bgp paths <ASpath> [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp peer-group | show ip bgp peer-group external|internal|igp|routing [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp regexp | show ip bgp regexp <exp> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip bgp summary | show ip bgp summary [to-file] | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip helper-address | show ip helper-address | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp groups | show ip igmp groups <IPaddr> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp interface | show ip igmp interface <port-list> | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show ip igmp snooping | show ip igmp snooping [mrouter|vlan]<br><br>show ip igmp snooping mrouter vlan <1-4095> {on <DEVICE-NAME>}<br><br>show ip igmp snooping vlan <1-4095> {<IP> {on <DEVICE-NAME>}|on <DEVICENAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip igmp snooping mrouter | show ip igmp snooping [mrouter|vlan]<br><br>show ip igmp snooping mrouter vlan <1-4095> {on <DEVICE-NAME>}<br><br>show ip igmp snooping vlan <1-4095> {<IP> {on <DEVICE-NAME>}|on <DEVICENAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip interface | show ip interface {<INTERFACE> {on <DEVICE-NAME>}|brief {on <DEVICE-NAME>}}<br>show ip interface [interface-name] [brief] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip interface brief | show ip interface {<INTERFACE> {on <DEVICE-NAME>}|brief {on <DEVICE-NAME>}}<br>show ip interface [interface-name] [brief] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip mroute | show ip mroute [vrf vrf-name] [IP multicast address [Source IP address]] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip nat translations | show ip nat translations verbose {on <DEVICE-NAME>}<br>ip nat translation {timeout | udp-timeout | tcp-timeout | icmp-timeout | dns-timeout | ftp-timeout} [seconds] no ip nat translation {timeout | udp-timeout | tcp-timeout | icmp-timeout | dns-timeout | ftp-timeout} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252;EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf | show ip ospf | EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf border-routers | show ip ospf border-routers | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip ospf interface | show ip ospf [border-router|interface|neighbor|on|route|stats]<br>show ip ospf interface [vlan vlan-id] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show ip ospf neighbor | show ip ospf [border-router|interface|neighbor|on|route|stats] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show ip ospf request-list | show ip ospf request-list [neighbor | interface | interface_neighbor] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip ospf retransmission-list | show ip ospf retransmission-list [neighbor | interface | interface_neighbor] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim interface | show ip pim interface [ipv4_addr | name] [detail] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim neighbor | show ip pim neighbor [name] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim rp | show ip pim rp | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip pim rp-hash | show ip pim rp-hash ipv4_address | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip prefix-list | show ip prefix-list [ list_id ] [ detail | summary ] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip rip database | show ip rip database [ipv4-address mask] | [tag value]] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ip route | show ip route {on <DEVICE-NAME>}<br>show ip route [host [connected | host-address | dynamic | static]] [dest-address [prefix-mask] | prefix/prefix-length | connected | ospf | rip | static | summary] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252;EXNET-ARISTA0047042 (Enterasys) |
| show ip route summary | show ip route [host [connected | host-address | dynamic | static]] [dest-address [p | EXNET-ARISTA0047042 (Enterasys) |
| show ipv6 interface | show ipv6 interface [brief] [port-string] [| filter or capture parms] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ipv6 neighbors | show ipv6 neighbors [ipv6-addr | port-string | host hostname] [| filter or capture parms] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show ipv6 route | show ipv6 route [ipv6-prefix/prefix-length] [connected] [static] [summary] [| filter or capture parms] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show isis database | show isis database [instance-id] [1 | 2] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show lacp counters | show lacp counters | EXNET-ARISTA0054385; EXNET-ARISTA0049358 |
| show lldp neighbors | show lldp neighbors {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show mac-address-table | show mac-address-table {on <DEVICE-NAME>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show mac-address-table aging time | show mac-address-table aging-time | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show monitor session | show monitor session | EXNET-ARISTA0054385 |
| show ntp associations | show ntp [associations {detail|on}|status {on <DEVICE-NAME>}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |

# AMENDED APPENDIX H.EX - Extreme Networks Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ntp status | show ntp [associations {detail\|on}\|status {on <DEVICE-NAME>}] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show privilege | show privilege | EXNET-ARISTA0054421 |
| show radius | show radius [configuration\|eap configuration\|group\|nas A.B.C.D/M\|proxy\|rad-user\|trust-point]<br>show radius [state \| retries \| timeout \| server [index \| all \| verbose]] | EXNET-ARISTA0054421;EXNET-ARISTA0047042 (Enterasys) |
| show route-map | show route-map [name] [pinger] | EXNET-ARISTA0047042 (Enterasys) |
| show snmp | show snmp<br>show snmp access\| chassis-id\| community\| mibs\| statistics\| tfpt\| trap | EXNET-ARISTA0054385; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show snmp community | show snmp community [name] | EXNET-ARISTA0047042 (Enterasys) |
| show snmp engineid | show snmp engineid | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show snmp group | show snmp group [groupname groupname] [user user] [security-model {v1 \| v2c \| usm}] [volatile \| nonvolatile] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show snmp trap | show snmp access\| chassis-id\| community\| mibs\| statistics\| tfpt\| trap | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| show snmp user | show snmp user [snmpmanager\|snmpoperator\|snmptrap] | EXNET-ARISTA0054421 |
| show snmp view | show snmp view [viewname] [subtree oid-or-mibobject] [volatile \| nonvolatile] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show spanning-tree | show spanning-tree mst [config\|detail\|instance] | EXNET-ARISTA0054421 |
| show spanning-tree mst | show spanning-tree mst [config\|detail\|instance] | EXNET-ARISTA0054421 |
| show spanning-tree mst configuration | show spanning-tree mst {configuration\|detail\|instance\|on} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show spanning-tree mst interface | show spanning-tree mst {detail interface {<INTERFACE>\|ge<1-4>\|me1\|port-channe | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| show tacacs | show tacacs [state] | EXNET-ARISTA0047042 (Enterasys); EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| show users | show users | EXNET-ARISTA0054421; EXNET-ARISTA0047042 (Enterasys) |
| show version | show version {on <DEVICE-NAME>}<br>show version | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; EXNET-ARISTA0047042 (Enterasys) |
| show vlan | show vlan <vlan-name> statistics<br>{refresh}<br>show vlan [static] [vlan-list] | EXNET-ARISTA0054385; EXNET-ARISTA0047042 (Enterasys) |
| show vrrp | show vrrp [brief\|details\|error-stats\|stats]<br>show vrrp [interface <IFnum>]\| summary\| verbose | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| snmp-server chassis-id | snmp-server chassis-id <sysName> | EXNET-ARISTA0054385 |
| snmp-server community | snmp-server community <SNMP-COMMUNITY-STRING> [ro\|rw] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server contact | snmp-server contact <contact-person> | EXNET-ARISTA0054421 |
| snmp-server enable traps | snmp-server enable [throttle\|traps] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server group | snmp-server group [[hex<br><hex_group_name>] \|<br>] user [[hex<br><hex_user_name>] \| <user_name>]<br>{sec-model [snmpv1\| snmpv2c \|<br>usm]} {volatile} | EXNET-ARISTA0054385 |
| snmp-server host | snmp-server host <IP> [v2c\|v3] {<1-65535>} | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server location | snmp-server location <location-text> | EXNET-ARISTA0054421 |
| snmp-server user | snmp-server user [snmpmanager\|snmpoperator\|snmptrap] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| snmp-server view | snmp-server view [[hex<br><hex_view_name>] \| ]<br>subtree  {/<br><subtree_mask>} {type [included \|<br>excluded]} {volatile} | EXNET-ARISTA0054385 |
| spanning-tree bpdufilter | spanning-tree bpdufilter [enable\|disable] | EXNET-ARISTA0054421 |
| spanning-tree bpduguard | spanning-tree bpduguard [enable\|disable] | EXNET-ARISTA0054421 |
| spanning-tree guard | spanning-tree guard root | EXNET-ARISTA0054421 |
| spanning-tree link-type | spanning-tree link-type [point-to-point\|shared] | EXNET-ARISTA0054421 |
| spanning-tree mst configuration | WMController(config)#spanning-tree mst configuration | EXNET-ARISTA0054421 |
| spanning-tree portfast bpdufilter default | spanning-tree portfast [bpdufilter\|bpduguard] default | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| spanning-tree portfast bpduguard default | spanning-tree portfast [bpdufilter\|bpduguard] default | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| storm-control | storm-control [arp\|broadcast\|multicast\|unicast] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport access vlan | switchport access vlan <1-4094> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport trunk allowed vlan | switchport trunk allowed vlan [<VLAN-ID>\|add <VLAN-ID>\|none\|remove <VLAN-ID | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| switchport trunk native vlan | switchport trunk native [tagged\|vlan <1-4094>] | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252 |
| terminal length | terminal [length\|width] <0-512>; terminal length <screen-length> | ARISTANDCA13262422; EXNET-ARISTA0057033; EXNET-ARISTA0014252; ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| terminal monitor | terminal monitor | ARISTANDCA13258142 (Enterasys); EXNET-ARISTA0003975 (Enterasys); EXNET-ARISTA0010769 (Enterasys); EXNET-ARISTA0011569 (Enterasys) |
| timers basic (RIP) | timers basic update-seconds expiration-seconds holddown-seconds | EXNET-ARISTA0034418 (Enterasys X-Series Router) |
| timers bgp | timers bgp [keepalive_value holdtime_value] | EXNET-ARISTA0034418 (Enterasys X-Series Router) |

**Total of 202 command abstractions listed above.**