# EXHIBIT 52

# AMENDED APPENDIX H.F - Foundry Usage of Disputed CLI Commands

| Disputed Cisco Command | Foundry Command Syntax | Foundry Manual Bates Number |
|---|---|---|
| aaa accounting | [no] aaa accounting exec default start-stop radius \| tacacs+ \| none | ARISTANDCA_BROCADE00313978 |
| aaa authentication login | [no] aaa authentication [snmp-server \| web-server \| enable \| login \| dot1x default <method1> [<method2>] [<method3>] [<method4>] [<method5>] [<method6>] [<method7>] | ARISTANDCA_BROCADE00001802 |
| address-family | address-family ipv4 unicast \| ipv4 multicast \| ipv6 unicast \| vpnv4 unicast | ARISTANDCA_BROCADE00012094 |
| aggregate-address | aggregate-address <ip-addr> <ip-mask> [as-set] [nlri multicast \| unicast \| multicast unicast] [summary-only] [suppress-map <map-name>] [advertise-map <map-name>] [attribute-map <map-name>] | ARISTANDCA_BROCADE00012094 |
| area nssa | area <num> \| <ip-addr> nssa <cost> \| default-information-originate | ARISTANDCA_BROCADE00012094 |
| area nssa (OSPFv3) | area <num> \| <ip-addr> nssa <cost> \| default-information-originate | ARISTANDCA_BROCADE00012094 |
| area nssa default-information-originate | **area <num> \| <ip-addr> nssa default-information-originate** | ARISTANDCA_BROCADE00012094 |
| area nssa default-information-originate (OSPFv3) | **area <num> \| <ip-addr> nssa default-information-originate** | ARISTANDCA_BROCADE00012094 |
| area range | [no] area <num> \| <ip-addr> range <ip-addr> <ip-mask> [advertise \| not-advertise] | ARISTANDCA_BROCADE00012094 |
| area range (OSPFv3) | [no] area <num> \| <ip-addr> range <ip-addr> <ip-mask> [advertise \| not-advertise] | ARISTANDCA_BROCADE00012094 |
| area stub | area <num> \| <ip-addr> [stub <cost> [no-summary]] | ARISTANDCA_BROCADE00012094 |
| area stub (OSPFv3) | area <num> \| <ip-addr> [stub <cost> [no-summary]] | ARISTANDCA_BROCADE00012094 |
| banner motd | [no] banner <delimiting-character> \| [motd <delimiting-character>] | ARISTANDCA_BROCADE00012094 |
| bgp redistribute internal | [no] bgp-redistribute-internal | ARISTANDCA_BROCADE00012094 |
| clear ip msdp sa-cache | clear ip msdp sa-cache [<source-addr> \| <group-addr>] | ARISTANDCA_BROCADE00012094 |
| clock set | no] clock set <hh:mm:ss> <mm-dd-yy> \| <mm-dd-yyyy> | ARISTANDCA_BROCADE00012094 |
| clock timezone | [no] clock timezone gmt gmt \| us <timezone> | ARISTANDCA_BROCADE00012094 |
| default-information originate (OSPF) | [no] default-information-originate [always] [metric <value>] [metric-type <type>] | ARISTANDCA_BROCADE00012094 |
| default-information originate (OSPFv3) | [no] default-information-originate [always] [metric <value>] [metric-type <type>] | ARISTANDCA_BROCADE00012094 |
| default-metric (OSPF) | default-metric <value> | ARISTANDCA_BROCADE00012094 |
| default-metric (OSPFv3) | default-metric <value> | ARISTANDCA_BROCADE00012094 |
| domain-id | domain-id  | ARISTANDCA_BROCADE00012094 |
| dot1x port-control | [no] dot1x port-control [force-authorized \| force-unauthorized \| auto] | ARISTANDCA_BROCADE00012094 |
| errdisable recovery cause | [no] errdisable recovery [cause < bpduguard l all >] | ARISTANDCA_BROCADE00012094 |
| errdisable recovery interval | [no] errdisable recovery interval <seconds> | ARISTANDCA_BROCADE00012094 |
| interface ethernet | [no] interface ethernet <portnum> [to <portnum>] | ARISTANDCA_BROCADE00012094 |
| interface loopback | [no] interface loopback <num> | ARISTANDCA_BROCADE00012094 |
| ip access-group | [no] ip access-group <num> in \| out | ARISTANDCA_BROCADE00012094 |
| ip access-list | [no] ip access-list extended \| standard <string> \| <num>[delete <line-number> \| insert <line-number> \| replace <line-number> [remark [<comment-text>] ] ] <options> | ARISTANDCA_BROCADE00012094 |
| ip access-list standard | [no] ip access-list extended \| standard <string> \| <num>[delete <line-number> \| insert <line-number> \| replace <line-number> [remark [<comment-text>] ] ] <options> | ARISTANDCA_BROCADE00012094 |
| ip address | [no] ip address <ip-addr> | ARISTANDCA_BROCADE00012094 |
| ip community-list expanded | [no] ip community-list extended <string> [seq <seq-value>] deny \| permit <community-num> \| <regular-expression> | ARISTANDCA_BROCADE00012094 |
| ip community-list standard | [no] ip community-list standard <string> [seq <seq-value>] deny \| permit <community-num> | ARISTANDCA_BROCADE00012094 |
| ip domain lookup | [no] ip domain-loopkup <ip-address> \| <host-name> | ARISTANDCA_BROCADE00012094 |
| ip helper-address | ip helper-address <value> <ip-addr> | ARISTANDCA_BROCADE00012094 |
| ip icmp redirect | [no] ip icmp redirects | ARISTANDCA_BROCADE00012094 |
| ip igmp query-interval | [no] ip igmp query-interval <value> | ARISTANDCA_BROCADE00012094 |
| ip igmp static-group | [no] ip igmp static-group <ip-addr> [ethernet <portnum>] | ARISTANDCA_BROCADE00012094 |
| ip igmp version | [no] ip igmp version <version-number> | ARISTANDCA_BROCADE00012094 |
| ip load-sharing | ip load-sharing [<num>] | ARISTANDCA_BROCADE00012094 |
| ip multicast boundary | [no] ip multicast boundary <access-list-num> | ARISTANDCA_BROCADE00012094 |
| ip multicast-routing | [no] ip multicast-routing | ARISTANDCA_BROCADE00012094 |
| ip nat pool | [no] ip nat pool <pool-name> <start-ip> <end-ip> netmask <ip-mask> \| prefix-length <length> [type match-host \| rotary] | ARISTANDCA_BROCADE00012094 |
| ip nat translation tcp-timeout | [no] ip nat translation timeout \| udp-timeout \| tcp-timeout \| finrst-timeout \| dns-timeout <secs> | ARISTANDCA_BROCADE00012094 |
| ip nat translation udp-timeout | [no] ip nat translation timeout \| udp-timeout \| tcp-timeout \| finrst-timeout \| dns-timeout <secs> | ARISTANDCA_BROCADE00012094 |
| ip ospf authentication-key | [no] ip ospf authentication-key [0 \| 1] <string> | ARISTANDCA_BROCADE00012094 |
| ip ospf cost | ip ospf cost <num> | ARISTANDCA_BROCADE00012094 |
| ip ospf dead-interval | ip ospf dead-interval <value> | ARISTANDCA_BROCADE00012094 |
| ip ospf hello-interval | ip ospf hello-interval <value> | ARISTANDCA_BROCADE00012094 |
| ip ospf network | [no] ip ospf network [point-to-multipoint] | ARISTANDCA_BROCADE00012094 |
| ip ospf priority | ip ospf priority <value> | ARISTANDCA_BROCADE00012094 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <value> | ARISTANDCA_BROCADE00012094 |
| ip ospf transmit-delay | ip ospf transmit-delay <value> | ARISTANDCA_BROCADE00012094 |
| ip pim dr-priority | [no] ip pim dr-priority <num> | ARISTANDCA_BROCADE00012094 |
| ip prefix-list | [no] ip prefix-list <name> [seq <seq-value>] [description <string>] deny \| permit <network-addr>/<mask- bits> [ge <ge-value>] [le <le-value>] | ARISTANDCA_BROCADE00012094 |
| ip proxy-arp | [no] ip proxy-arp | ARISTANDCA_BROCADE00012094 |
| ip radius source-interface | [no] ip radius source-interface atm <portnum>.<subif> \| ethernet <portnum> \| loopback <num> \| ve <num> | ARISTANDCA_BROCADE00012094 |

# AMENDED APPENDIX H.F - Foundry Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip route | [no] ip route <ip-addr> <ip-mask> null0 [<metric>] [distance <num>] or | ARISTANDCA_BROCADE00012094 |
| ip tacacs source-interface | [no] ip tacacs source-interface atm <portnum>.<subif> \| ethernet <portnum> \| loopback <num> \| ve <num> | ARISTANDCA_BROCADE00012094 |
| ipv6 access-list | [no] ipv6 access-list <acl name> | ARISTANDCA_BROCADE00012094 |
| ipv6 address | [no] ipv6 address <ipv6-prefix>/<prefix-length> [ eui-64 ] | ARISTANDCA_BROCADE00012094 |
| ipv6 enable | [no] ipv6 enable | ARISTANDCA_BROCADE00012094 |
| ipv6 nd managed-config-flag | [no] ipv6 nd managed-config-flag | ARISTANDCA_BROCADE00012094 |
| ipv6 nd ns-interval | [no] ipv6 nd ns-interval <number> | ARISTANDCA_BROCADE00012094 |
| ipv6 nd other-config-flag | [no] ipv6 nd other-config-flag | ARISTANDCA_BROCADE00012094 |
| ipv6 nd ra interval | [no] ipv6 nd ra-interval <number> | ARISTANDCA_BROCADE00012094 |
| ipv6 nd ra lifetime | [no] ipv6 nd ra-lifetime <number> | ARISTANDCA_BROCADE00012094 |
| ipv6 nd reachable-time | [no] ipv6 nd reachable-time <seconds> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf area | [no] ipv6 ospf area <number> \| <ipv4-address> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf cost | ipv6 ospf cost <number> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval <seconds> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval <seconds> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf network | ipv6 ospf network [ point-to-multipoint ] | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf priority | ipv6 ospf priority <number> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf retransmit- interval | ipv6 ospf retransmit-interval <seconds> | ARISTANDCA_BROCADE00012094 |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay <seconds> | ARISTANDCA_BROCADE00012094 |
| ipv6 prefix-list | [no] ipv6 prefix-list <name> [seq <sequence-number>] deny <ipv6-prefix>/<prefix-length> \| permit <ipv6- prefix>/<prefix-length> \| description <string> [ge <ge-value>] [le <le-value>] | ARISTANDCA_BROCADE00012094 |
| ipv6 route | [no] ipv6 route <dest-ipv6-prefix>/<prefix-length> <next-hop-ipv6-address> [<metric>] [distance <number>] | ARISTANDCA_BROCADE00012094 |
| ipv6 router ospf | [no] ipv6 router ospf | ARISTANDCA_BROCADE00012094 |
| ipv6 unicast-routing | [no] ipv6 unicast-routing | ARISTANDCA_BROCADE00012094 |
| isis hello-interval | [no] isis hello-interval <num> [level-1-only \| level-2-only] | ARISTANDCA_BROCADE00012094 |
| isis hello-multiplier | [no] isis hello-multiplier <num> [level-1-only \| level-2-only] | ARISTANDCA_BROCADE00012094 |
| isis metric | [no] isis metric <num> | ARISTANDCA_BROCADE00012094 |
| isis passive | [no] isis passive | ARISTANDCA_BROCADE00012094 |
| isis priority | [no] isis priority <num> [level-1-only \| level-2-only] | ARISTANDCA_BROCADE00012094 |
| is-type | [no] is-type level-1-only \| level-1-2 \| level-2-only | ARISTANDCA_BROCADE00012094 |
| lacp system-priority | lacp system-priority | ARISTANDCA_BROCADE00012094 |
| lldp run | [no] lldp run | ARISTANDCA_BROCADE00055686 |
| load-interval | load-interval <interval> | ARISTANDCA_BROCADE00012094 |
| log-adjacency-changes | [no] log-adjacency-changes | ARISTANDCA_BROCADE00012094 |
| log-adjacency-changes (IS-IS) | [no] log-adjacency-changes | ARISTANDCA_BROCADE00012094 |
| logging host | [no] logging host <ip-addr> \| <server-name> | ARISTANDCA_BROCADE00012094 |
| mac access-group | [no] mac access-group <num> in | ARISTANDCA_BROCADE00012094 |
| maximum-paths | [no] maximum-paths <num> | ARISTANDCA_BROCADE00012094 |
| no snmp-server | [no] snmp-server enable traps <trap-type> | ARISTANDCA_BROCADE00012094 |
| route-map | [no] route-map <map-name> permit \| deny <num> | ARISTANDCA_BROCADE00012094 |
| router bgp | [no] router bgp | ARISTANDCA_BROCADE00012094 |
| router isis | [no] router isis | ARISTANDCA_BROCADE00012094 |
| router ospf | [no] router ospf | ARISTANDCA_BROCADE00012094 |
| router rip | [no] router rip | ARISTANDCA_BROCADE00012094 |
| set-overload-bit | [no] set-overload-bit [on-startup <secs>] | ARISTANDCA_BROCADE00012094 |
| show arp | show arp [ethernet <portnum> \| mac-address <xxxx.xxxx.xxxx> [<mask>] \| <ip-addr> [<ip-mask>]] [<num>] | ARISTANDCA_BROCADE00012094 |
| show clock | show clock [detail] | ARISTANDCA_BROCADE00012094 |
| show dot1x | show dot1x | ARISTANDCA_BROCADE00012094 |
| show dot1x statistics | show dot1x statistics <portnum> | ARISTANDCA_BROCADE00012094 |
| show interfaces | show interfaces [atm \| ethernet \| pos <portnum>] \| [loopback <num>] \| [slot <slot-num>] \| [ve <num>] | ARISTANDCA_BROCADE00012094 |
| show ip access-lists | show ip access-list all \| <acl-number> \| begin <keyword> \| exclude <keyword> \| include <keyword> | ARISTANDCA_BROCADE00012094 |
| show ip bgp | show ip bgp [route] <ip-addr>/<prefix> [longer-prefixes] \| <ip-addr> | ARISTANDCA_BROCADE00012094 |
| show ip bgp neighbors | show ip bgp neighbors [<ip-addr> [advertised-routes [detail [<ip-addr>[/<mask-bits>]]]] \| [attribute-entries [detail]] \| [flap-statistics] \| [last-packet-with-error] \| [received prefix-filter] \| [received-routes] \| [routes [best] \| [detail [best] \| [not-installed-best] \| [unreachable]] \| [rib-out-routes [<ip-addr>/<mask-bits> \| <ip-addr> <net-mask> \| detail]] \| [routes-summary]] | ARISTANDCA_BROCADE00012094 |
| show ip bgp peer-group | show ip bgp peer-group [<peer-group-name>] | ARISTANDCA_BROCADE00012094 |
| show ip bgp summary | show ip bgp summary | ARISTANDCA_BROCADE00012094 |
| show ip extcommunity-list | show ip extcommunity-list | ARISTANDCA_BROCADE00012094 |
| show ip igmp interface | show ip igmp interface [ ve \| ethernet <number> <group-address>] | ARISTANDCA_BROCADE00012094 |
| show ip interface | show ip interface [ethernet <portnum>] \| [loopback <num>] \| [pos <portnum>] \| [ve <num>] | ARISTANDCA_BROCADE00012094 |
| show ip mroute | show ip mroute [<ip-addr> <ip-mask> \| bgp \| static] | ARISTANDCA_BROCADE00012094 |
| show ip msdp peer | show ip msdp peer | ARISTANDCA_BROCADE00012094 |
| show ip msdp sa-cache | show ip msdp sa-cache | ARISTANDCA_BROCADE00012094 |
| show ip msdp summary | show ip msdp summary | ARISTANDCA_BROCADE00012094 |
| show ip nat translations | show ip nat translation | ARISTANDCA_BROCADE00012094 |
| show ip ospf border-routers | show ip ospf border-routers [<ip-addr>] | ARISTANDCA_BROCADE00012094 |
| show ip ospf interface | show ip ospf interface [<ip-addr>] | ARISTANDCA_BROCADE00012094 |
| show ip ospf neighbor | show ip ospf neighbor [router-id <ip-addr>] \| [<num>] | ARISTANDCA_BROCADE00012094 |

# AMENDED APPENDIX H.F - Foundry Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip pim interface | show ip pim interface [ethernet <portnum> | ve <num>] | ARISTANDCA_BROCADE00012094 |
| show ip pim rp-hash | show ip pim rp-hash <group-addr> | ARISTANDCA_BROCADE00012094 |
| show ip route | show ip route [<ip-addr> [<ip-mask>] [longer] [none-bgp]] | <num> | bgp | direct | ospf | rip | static | tunnel | summary] | ARISTANDCA_BROCADE00012094 |
| show ip route summary | show ip route [<ip-addr> [<ip-mask>] [longer] [none-bgp]] | <num> | bgp | direct | ospf | rip | static | tunnel | summary] | ARISTANDCA_BROCADE00012094 |
| show ipv6 access-list | show ipv6 access-list [<name>] | ARISTANDCA_BROCADE00012094 |
| show ipv6 bgp | show ipv6 bgp <ipv6-prefix>/<prefix-length> [longer-prefixes] | ARISTANDCA_BROCADE00012094 |
| show ipv6 bgp summary | show ipv6 bgp summary | ARISTANDCA_BROCADE00012094 |
| show ipv6 interface | show ipv6 interface ethernet [ <port> | loopback <number> | tunnel <number> | ve <number> ] | ARISTANDCA_BROCADE00012094 |
| show ipv6 ospf interface | show ipv6 ospf database [advrtr <ipv4-address> | as-external | extensive | inter-prefix | inter-router | intra- prefix | link | link-id <number> | network | router [scope <area-id> | as | link]] | ARISTANDCA_BROCADE00012094 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor [router-id <ipv4-address>] | ARISTANDCA_BROCADE00012094 |
| show ipv6 route | show ipv6 route [<ipv6-address> | <ipv6-prefix>/<prefix-length> | bgp | connect | ospf | rip | isis | static | summary] | ARISTANDCA_BROCADE00012094 |
| show ipv6 route summary | show ipv6 route [<ipv6-address> | <ipv6-prefix>/<prefix-length> | bgp | connect | ospf | rip | isis | static | summary] | ARISTANDCA_BROCADE00012094 |
| show isis database | show isis database [<lsp-id> | detail | l1 | l2 | level1 | level2] | ARISTANDCA_BROCADE00012094 |
| show isis interface | show isis interface | ARISTANDCA_BROCADE00012094 |
| show lldp | show lldp | ARISTANDCA_BROCADE00055686 |
| show lldp neighbors | show lldp neighbors | ARISTANDCA_BROCADE00055686 |
| show module | show module | ARISTANDCA_BROCADE00012094 |
| show port-security | show port security <module> | <portnum> | ARISTANDCA_BROCADE00012094 |
| show reload | show reload | ARISTANDCA_BROCADE00012094 |
| show route-map | show route-map [<map-name>] | ARISTANDCA_BROCADE00012094 |
| show snmp engineID | show snmp engineid | ARISTANDCA_BROCADE00012094 |
| show snmp group | show snmp group | ARISTANDCA_BROCADE00012094 |
| show snmp user | show snmp user | ARISTANDCA_BROCADE00012094 |
| show users | show users | ARISTANDCA_BROCADE00012094 |
| show version | show version | ARISTANDCA_BROCADE00012094 |
| snmp-server community | [no] snmp-server community [0 | 1] <string> ro | rw [view <viewname>] [<standard-acl-name> | <standard-acl-id>] | ARISTANDCA_BROCADE00012094 |
| snmp-server contact | [no] snmp-server contact <text> | ARISTANDCA_BROCADE00012094 |
| snmp-server enable traps | [no] snmp-server enable traps <trap-type> | ARISTANDCA_BROCADE00012094 |
| snmp-server engineID local | [no] snmp-server engineid local <hex-string> | ARISTANDCA_BROCADE00012094 |
| snmp-server group | [no] snmp-server group <groupname> v1 | v2 | v3 | ARISTANDCA_BROCADE00012094 |
| snmp-server host | [no] snmp-server host <ip-addr> [0 | 1] <string> [port <value>]    [no] snmp-server host <ip-address> version [ v1 | v2c <community-string> | v3 auth | noauth | priv <security-name>] [port <trap-UDP-port-number>] | ARISTANDCA_BROCADE00012094 |
| snmp-server location | [no] snmp-server location <text> | ARISTANDCA_BROCADE00012094 |
| snmp-server user | [no] snmp-server user <name> <groupname> v3 [[access <standard-acl-id>] [encrypted] [auth md5 <md5-password> | sha <sha-password>] [priv [encrypted] des <des-password>]]] | ARISTANDCA_BROCADE00012094 |
| snmp-server view | [no] snmp-server view <name> <mib-tree> included | excluded | ARISTANDCA_BROCADE00012094 |
| spf-interval | [no] spf-interval <secs> | ARISTANDCA_BROCADE00012094 |
| tacacs-server host | [no] tacacs-server host <ip-addr> | <server-name> [auth-port <number>] | ARISTANDCA_BROCADE00012094 |
| tacacs-server key | [no] tacacs-server [key 0 | 1 <string>] [timeout <number>] [retransmit <number>] [dead-time <number>] | ARISTANDCA_BROCADE00012094 |
| tacacs-server timeout | [no] tacacs-server [key 0 | 1 <string>] [timeout <number>] [retransmit <number>] [dead-time <number>] | ARISTANDCA_BROCADE00012094 |
| terminal length | [no] terminal length <number-of-lines> | ARISTANDCA_BROCADE00012094 |
| terminal monitor | terminal monitor | ARISTANDCA_BROCADE00012094 |
| timers basic (RIP) | [no] timers-basic <update-timer> <aging-timeout-interval> <garbage-collection-timer> | ARISTANDCA_BROCADE00012094 |

**Total of 163 command abstractions listed above.**