# EXHIBIT 53

# AMENDED APPENDIX H.HP - HP Usage of Disputed CLI Commands

| Disputed Cisco Command | HP Command Syntax | HP Manual Bates Number / |
|---|---|---|
| aaa accounting | [no] aaa accounting exec default start-stop radius \| tacacs+ \| none | ARISTANDCA00287991; see also HPE03126 |
| aaa authentication login | aaa authentication login privilege-mode<br>[no] aaa authentication snmp-server \| web-server \| enable \| login \| dot1x default <method1> [<method2>] [<method3>] [<method4>] [<method5>] [<method6>] [<method7>] | ARISTANDCA00287991; see also HPE03126 |
| aggregate-address | aggregate-address <ip-addr> <ip-mask> [as-set] [nlri multicast \| unicast \| multicast unicast] [summary-only] [suppress-map <map-name>] [advertise-map <map-name>] [attribute-map <map-name>] | ARISTANDCA00287991 |
| area nssa | area <num> \| <ip-addr> nssa <cost> \| default-information-originate | ARISTANDCA00287991 |
| area nssa (OSPFv3) | area <num> \| <ip-addr> nssa <cost> \| default-information-originate | ARISTANDCA00287991 |
| area nssa no-summary | area ospf3-area-id nssa[ metric-cost 0 - 16777215 ][ metric-type [ type1 \| type2 ]] [ no-summary ] | HPE45955 |
| area range | [no] area <num> \| <ip-addr> range <ip-addr> <ip-mask> [advertise \| not-advertise] | ARISTANDCA00287991; see also HPE01915 |
| area range (OSPFv3) | [no] area <num> \| <ip-addr> range <ip-addr> <ip-mask> [advertise \| not-advertise] | ARISTANDCA00287991; see also HPE01915 |
| area stub | area <num> \| <ip-addr> [stub <cost> [no-summary]] | ARISTANDCA00287991; see also HPE01915 |
| area stub (OSPFv3) | area <num> \| <ip-addr> [stub <cost> [no-summary]] | ARISTANDCA00287991; see also HPE01915 |
| banner motd | [no] banner <delimiting-character> \| [motd <delimiting-character>] | ARISTANDCA00287991; see also HPE03126 |
| bgp client-to-client reflection | client-to-client-reflection | ARISTANDCA00287991 |
| bgp cluster-id | [no] cluster-id <num> \| <ip-addr> | ARISTANDCA00287991 |
| bgp redistribute internal | [no] bgp-redistribute-internal | ARISTANDCA00287991 |
| boot system | boot system bootp   boot system flash primary boot system flash secondary boot system tftp | ARISTANDCA00287991; see also HPE03126 |
| clear ip msdp sa-cache | clear ip msdp sa-cache [<source-addr> \| <group-addr>] | ARISTANDCA00287991 |
| clock set | [no] clock set <hh:mm:ss> <mm-dd-yy> \| <mm-dd-yyyy> | ARISTANDCA00287991; see also HPE03126 |
| clock timezone | clock timezone gmt gmt \| us timezone | ARISTANDCA00287991; see also HPE03126 |
| default-information originate (OSPF) | [no] default-information-originate [always] [metric <value>] [metric-type <type>] | ARISTANDCA00287991 |
| default-information originate (OSPFv3) | [no] default-information-originate [always] [metric <value>] [metric-type <type>] | ARISTANDCA00287991 |
| default-metric (OSPF) | [no] default-metric <number> | ARISTANDCA00287991; see also HPE01915 |
| default-metric (OSPFv3) | default-metric <value> | ARISTANDCA00287991; see also HPE01915 |
| dot1x port-control | dot1x port-control | HPE52033 |
| interface ethernet | interface ethernet <portnum> | ARISTANDCA00287991; see also HPE01365 |
| interface loopback | interface loopback <num> | ARISTANDCA00287991; see also HPE03126 |
| ip access-group | [no] ip access-group <num> in \| out | ARISTANDCA00287991; see also HPE03126 |
| ip access-list | [no] ip access-list extended \| standard <string> \| <num>[delete <line-number> \| insert <line-number> \| replace <line-number> [remark [<comment-text>] ] ] <options> | ARISTANDCA00287991; see also HPE03126 |
| ip access-list standard | [no] ip access-list extended \| standard <string> \| <num>[delete <line-number> \| insert <line-number> \| replace <line-number> [remark [<comment-text>] ] ] <options> | ARISTANDCA00287991; see also HPE03126 |
| ip address | [no] ip address <ip-addr> <ip-mask> [ospf-ignore \| ospf-passive \| secondary] | ARISTANDCA00287991; see also HPE03126 |
| ip community-list standard | ip community-list standard <string> [seq <seq-value>] deny \| permit <community-num> | ARISTANDCA00287991 |
| ip helper-address | ip helper-address <value> <ip-addr> | ARISTANDCA00287991; see also HPE01915 |
| ip icmp redirect | [no] ip icmp redirects | ARISTANDCA00287991; see also HPE01915 |
| ip igmp query-interval | ip igmp query-interval <value> | ARISTANDCA00287991 |
| ip load-sharing | ip load-sharing [<num>] | ARISTANDCA00287991 |
| ip local-proxy-arp | [no] ip local-proxy-arp | HPE04995 |
| ip multicast-routing | [no] ip multicast-routing | ARISTANDCA00287991; see also HPE01915 |
| ip nat pool | [no] ip nat pool <pool-name> <start-ip> <end-ip> netmask <ip-mask> \| prefix-length <length> [type match-host \| rotary]        [no] ip nat inside source list <acl-name-or-num> pool <pool-name> [overload] | ARISTANDCA00287991 |
| ip nat translation tcp-timeout | [no] ip nat translation timeout \| udp-timeout \| tcp-timeout \| finrst-timeout \| dns-timeout <secs> | ARISTANDCA00287991 |
| ip nat translation udp-timeout | [no] ip nat translation timeout \| udp-timeout \| tcp-timeout \| finrst-timeout \| dns-timeout <secs> | ARISTANDCA00287991 |
| ip ospf authentication-key | [no] ip ospf authentication-key [0 \| 1] <string> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf cost | ip ospf cost <num> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf dead-interval | ip ospf dead-interval <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf hello-interval | ip ospf hello-interval <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf priority | ip ospf priority <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <value> | ARISTANDCA00287991; see also HPE01915 |
| ip ospf transmit-delay | ip ospf transmit-delay <value> | ARISTANDCA00287991; see also HPE01915 |
| ip pim dr-priority |  | ARISTANDCA00287991 |
| ip prefix-list | ip prefix-list <name> [seq <seq-value>] [description <string>] deny \| permit <network-addr>/<mask-bits> [ge <ge-value>] [le <le-value>] | ARISTANDCA00287991 |
| ip proxy-arp | [no] ip proxy-arp | ARISTANDCA00287991; see also HPE01915 |
| ip radius source-interface | ip radius source-interface ethernet <portnum> \| loopback <num> \| ve <num> | ARISTANDCA00287991 |
| ip route | ip route <dest-ip-addr> <dest-mask> <next-hop-ip-addr> \|ethernet <portnum> \| ve <num>[<metric>] [distance <num>] | ARISTANDCA00287991 |
| ip routing | (config)#ip routing | HPE93160 |
| ip tacacs source-interface | ip tacacs source-interface ethernet <portnum> \| loopback <num> \| ve <num> | ARISTANDCA00287991 |
| ipv6 access-list | [no] ipv6 access-list <acl name> | ARISTANDCA00287991 |
| ipv6 address | ipv6 address <ipv6-prefix>/<prefix-length> [eui-64] \| <ipv6-address> link-local | ARISTANDCA00287991 |
| ipv6 prefix-list | [no] ipv6 prefix-list <name> [seq <sequence-number>] deny <ipv6-prefix>/<prefix-length> \| permit <ipv6- prefix>/<prefix-length> \| description <string> [ge <ge-value>] [le <le-value>] | ARISTANDCA00287991 |
| ipv6 route | ipv6 route <dest-ipv6-prefix>/<prefix-length> <next-hop-ipv6-address> [<metric>] [distance <number>] | ARISTANDCA00287991 |

| | | |
|---|---|---|
| lldp run | [no] lldp run | HPE46789 |
| maximum-paths | [no] maximum-paths <num> | ARISTANDCA00287991 |
| neighbor ebgp-multihop | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor next-hop-self | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor remote-as | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor route-reflector-client | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor shutdown | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor timers | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| neighbor weight | [no] neighbor <ip-addr> \| <peer-group-name> [advertisement-interval <num>] [capability orf prefixlist [send \| receive]] [default-originate [route-map <map name>]] [description <string>] [distribute-list in \| out <num,num,...> \| <acl-num> in \| out] [ebgp-multihop [<num>]] [filter-list in \| out <num,num,...> \| <acl-num> in \| out \| weight] [maximum-prefix <num> [<threshold>] [teardown]] [next-hop-self] [nlri multicast \| unicast \| multicast unicast] [password [0 \| 1] <string>] [prefix-list <string> in \| out] [remote-as <as-number>] [remove-private-as] [route-map in \| out <map-name>] [route-reflector-client] [send-community] [soft-reconfiguration inbound] [shutdown][timers keep-alive <num> hold-time <num>] [unsuppress-map <map-name>] [update-source <ip-addr> \| ethernet <portnum> \| loopback <num> \| ve <num>] [weight <num>] | ARISTANDCA00287991 |
| route-map | route-map <map-name> permit \| deny <num> | ARISTANDCA00287991 |
| router bgp | [no] router bgp | ARISTANDCA00287991 |
| router ospf | router ospf | ARISTANDCA00287991; see also HPE01915 |
| router rip | router rip | ARISTANDCA00287991; see also HPE01915 |
| show arp | show arp [ethernet <portnum> \| mac-address <xxxx.xxxx.xxxx> [<mask>] \| <ip-addr> [<ip-mask>]] [<num>] | ARISTANDCA00287991 |
| show clock | show clock [detail] | ARISTANDCA00287991 |

| | | |
|---|---|---|
| show interfaces | show interfaces [ethernet | [loopback <num>] | [slot <slot-num>] | [ve <num>] | ARISTANDCA00287991; see also HPE01915 |
| show ip access-lists | show ip access-list all | <acl-number> | begin <keyword> | exclude <keyword> | include <keyword> | ARISTANDCA00287991 |
| show ip bgp | show ip bgp [route] <ip-addr>/<prefix> [longer-prefixes] | <ip-addr> | ARISTANDCA00287991 |
| show ip bgp neighbors | show ip bgp neighbors [<ip-addr> [advertised-routes [detail [<ip-addr>[/<mask-bits>]]]] | [attribute-entries [detail]] | [flap-statistics] | [last-packet-with-error] | [received prefix-filter] | [received-routes] | [routes [best] | [detail [best] | [not-installed-best] | [unreachable]] | [rib-out-routes [<ip-addr>/<mask-bits> | <ip-addr> <net-mask> | detail]] | [routes-summary]] | ARISTANDCA00287991 |
| show ip bgp peer-group | show ip bgp peer-group [<peer-group-name>] | ARISTANDCA00287991 |
| show ip bgp summary | show ip bgp summary | ARISTANDCA00287991 |
| show ip community-list | show ip community-list | ARISTANDCA13270722 |
| show ip helper-address | ip helper-address <value> <ip-addr> | ARISTANDCA00287991 |
| show ip igmp groups | show ip igmp group [ <group-address> [detail] [tracking] ] | ARISTANDCA00287991 |
| show ip interface | show ip interface [ethernet <portnum>] | [loopback <num>] | [ve <num>] | ARISTANDCA00287991 |
| show ip mroute | show ip mroute | ARISTANDCA00287991; see also HPE03126 |
| show ip msdp peer | show ip msdp peer | ARISTANDCA00287991 |
| show ip msdp sa-cache | show ip msdp sa-cache | ARISTANDCA00287991 |
| show ip msdp summary | show ip msdp summary | ARISTANDCA00287991 |
| show ip nat translations | show ip nat translation | ARISTANDCA00287991 |
| show ip ospf | show ip ospf general  show ip ospf area [[<area-id> | <num>] database link-state advertise | link-state-id | network | nssa | router | router-id <ip-addr> | sequence-number <num> | status <index> | summary]] | ARISTANDCA00287991; see also HPE03126 |
| show ip ospf border-routers | show ip ospf border-routers [<ip-addr>] | ARISTANDCA00287991 |
| show ip ospf interface | show ip ospf interface [<ip-addr>] | ARISTANDCA00287991; see also HPE03126 |
| show ip ospf neighbor | show ip ospf neighbor [router-id <ip-addr>] | [<num>] | ARISTANDCA00287991; see also HPE03126 |
| show ip pim interface | show ip pim interface [ethernet <portnum> | ve <num>] | ARISTANDCA00287991; see also HPE03126 |
| show ip pim neighbor | show ip pim neighbor | HPE48032 |
| show ip pim rp-hash | show ip pim rp-hash <group-addr> | ARISTANDCA00287991 |
| show ip prefix-list | show ip prefix-lists | ARISTANDCA00287991 |
| show ip route | show ip route [<ip-addr> [<ip-mask>] [longer] [none-bgp]] | <num> | bgp | direct | ospf | rip | static | ARISTANDCA00287991; see also HPE03126 |
| show ipv6 neighbors | show ipv6 neighbor [<ipv6-prefix>/<prefix-length> | <ipv6-address> | ethernet <port> | ve <number>] | ARISTANDCA00287991 |
| show ipv6 route | show ipv6 route [<ipv6-address> | <ipv6-prefix>/<prefix-length> | bgp | connect | ospf | rip | static | summary] | ARISTANDCA00287991 |
| show lacp counters | show lacp counters | HPE46789 |
| show lldp | #show lldp | HPE93160 |
| show module | show module | ARISTANDCA00287991; see also HPE03126 |
| show port-security | show port security <module> | <portnum> | ARISTANDCA00287991; see also HPE03126 |
| show radius | show radius authentication   show radius [host < ip-addr >] | HPE43019 |
| show reload | show reload | ARISTANDCA00287991 |
| show route-map | show route-map [<map-name>] | ARISTANDCA00287991 |
| show snmp engineID | show snmp engineid | ARISTANDCA00287991 |
| show snmp group | show snmp group | ARISTANDCA00287991 |
| show snmp user | show snmp user | ARISTANDCA00287991 |
| show spanning-tree | show spanning-tree <bridgegroup#> | HPE93160 |
| show tacacs | show tacacs | HPE43019 |
| show users | show users | ARISTANDCA00287991 |
| show version | show version | ARISTANDCA00287991; see also HPE03126 |
| show vlan | show vlans [<vlan-id>] | ethernet <portnum>] | ARISTANDCA00287991; see also HPE03126 |
| show vrrp | show vrrp config  //  show vrrp | HPE46789, HPE48032 |
| snmp-server community | snmp-server community [0 | 1] <string> ro | rw [view <viewname>] [<standard-acl-name> | <standard-acl-id>] | ARISTANDCA00287991; see also HPE03126 |
| snmp-server contact | snmp-server contact <text> | ARISTANDCA00287991; see also HPE03126 |
| snmp-server enable traps | [no] snmp-server enable traps <trap-type> | ARISTANDCA00287991; see also HPE03126 |
| snmp-server engineID local | [no] snmp-server engineid local <hex-string> | ARISTANDCA00287991 |
| snmp-server group | [no] snmp-server group <groupname> v1 | v2 | v3 auth | noauth [access <standard-acl-id>] [read <viewstring> | write <viewstring>] | ARISTANDCA00287991 |
| snmp-server host | snmp-server host <ip-addr> [0 | 1] <string> [port <value>] | ARISTANDCA00287991; see also HPE03126 |
| snmp-server location | snmp-server location <text> | ARISTANDCA00287991; see also HPE03126 |
| snmp-server user | [no] snmp-server user <name> <groupname> v3 [[access <standard-acl-id>] [encrypted] [auth md5 <md5-password> | sha <sha-password>] [priv [encrypted] des <des-password>]]] | ARISTANDCA00287991 |
| snmp-server view | [no] snmp-server view <name>  included | excluded | ARISTANDCA00287991 |
| spanning-tree mode | spanning-tree mode [rstp | stp] | HPE93160 |
| tacacs-server host | tacacs-server host <ip-addr> | <server-name> [auth-port <number>] | ARISTANDCA00287991; see also HPE03126 |
| tacacs-server key | tacacs-server [key 0 | 1 <string>] [timeout <number>] [retransmit <number>] [dead-time <number>] | ARISTANDCA00287991; see also HPE03126 |
| tacacs-server timeout | tacacs-server [key 0 | 1 <string>] [timeout <number>] [retransmit <number>] [dead-time <number>] | ARISTANDCA00287991; see also HPE03126 |
| terminal length | terminal length <number-of-lines> | ARISTANDCA00287991; see also HPE03126 |
| terminal monitor | terminal monitor | ARISTANDCA00287991 |

**Total of 129 command abstractions listed above.**