# EXHIBIT 54

# AMENDED APPENDIX H.ISCLI - ISCLI Use of Disputed CLI Commands

| Disputed Cisco Command | ISCLI Command Syntax | Bates Number of BNT, IBM, or Lenovo Document |
|---|---|---|
| aggregate-address | aggregate-address *<1-16> <IP address> <IP netmask>* | LENOVO-ARISTA000001 |
| clear counters | clear counters | LENOVO-ARISTA000001 |
| clear ipv6 neighbors | clear ipv6 neighbors | LENOVO-ARISTA000001 |
| flowcontrol receive | flowcontrol {receive\|send} [on\|off] | LENOVO-ARISTA000001 |
| flowcontrol send | flowcontrol {receive\|send} [on\|off] | LENOVO-ARISTA000001 |
| ip address | ip address *<IP address>* | LENOVO-ARISTA000001 |
| ip dhcp snooping | ip dhcp snooping | LENOVO-ARISTA013095 |
| ip dhcp snooping information option | [no] ip dhcp snooping information option-insert | LENOVO-ARISTA013095 |
| ip dhcp snooping vlan | ip dhcp snooping vlan *<VLAN number>* | LENOVO-ARISTA013095 |
| ip domain-name | [no] ip domain-name <string> | ARISTANDCA00265074 and ARISTANDCA13273536 |
| ip igmp query-interval | ip igmp query-interval <1-600> | LENOVO-ARISTA000001 |
| ip local-proxy-arp | [no] ip local-proxy-arp | ARISTANDCA13276058 |
| ip name-server | [no] ip name-server <IP address> | ARISTANDCA13273702 |
| ip ospf cost | ip ospf cost *<1-65535>* | LENOVO-ARISTA000001 |
| ip ospf dead-interval | ip ospf dead-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ip ospf hello-interval | ip ospf hello-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ip ospf message-digest-key | [no] ip ospf message-digest-key *<1-255>* | LENOVO-ARISTA000001 |
| ip ospf retransmit-interval | ip ospf retransmit-interval *<1-3600>* | LENOVO-ARISTA000001 |
| ip pim dr-priority | ip pim dr-priority *<0-4294967294>* | LENOVO-ARISTA000001 |
| ip pim neighbor-filter | [no] ip pim neighbor-filter | LENOVO-ARISTA000001 |
| ip route | ip route *<IP subnet> <IP netmask> <IP nexthop>* [*<interface number>* ] | LENOVO-ARISTA000001 |
| ip routing | ip routing [no] ip routing directed-broadcasts [no] ip routing no-icmp-redirect [no] ip routing icmp6-redirect | LENOVO-ARISTA000001 |
| ipv6 address | ipv6 address *<IP address (such as 3001:0:0:0:0:0:abcd:12)>* [*<IP6 prefix length (1-128)>* ] [enable\|anycast] | LENOVO-ARISTA000001 |
| ipv6 nd prefix | ipv6ndprefix{<IPv6prefix> <prefixlength>}no-autoconfig | LENOVO-ARISTA013095 |
| ipv6 nd ra interval | [no] ipv6 nd ra-interval *<4-1800>* | LENOVO-ARISTA013095 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime *<0-9000>* | LENOVO-ARISTA013095 |
| ipv6 nd reachable-time | [no] ipv6 nd reachable-time *<1-3600>* | LENOVO-ARISTA013095 |
| ipv6 ospf area | ipv6 ospf area *<area index (0-2)>* | LENOVO-ARISTA000001 |
| ipv6 ospf cost | [no] ipv6 ospf cost *<1-65535>* | LENOVO-ARISTA000001 |
| ipv6 ospf dead-interval | [no] ipv6 ospf hello-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ipv6 ospf hello-interval | [no] ipv6 ospf dead-interval *<1-65535>* | LENOVO-ARISTA000001 |
| ipv6 ospf network | ipv6 ospf network {broadcast\|non-broadcast\|pint-to-multipoint\| point-to-point} | LENOVO-ARISTA000001 |
| ipv6 ospf priority | [no] ipv6 ospf priority *<priority value (0-255)>* | LENOVO-ARISTA000001 |
| ipv6 ospf retransmit- interval | [no] ipv6 ospf retransmit-interval *<1-1800>* | LENOVO-ARISTA000001 |
| ipv6 ospf transmit-delay | [no] ipv6 ospf transmit-delay *<1-1800>* | LENOVO-ARISTA000001 |
| ipv6 router ospf | [no] ipv6 router ospf | LENOVO-ARISTA000001 |
| lacp system-priority | lacp system-priority *<1-65535>* | LENOVO-ARISTA000001 |
| mac-address-table static | mac-address-table static *<MAC address>* vlan *<VLAN number>* {port *<port alias or number>* \|portchannel *<trunk number>* \| adminkey *<1-65535>* } | LENOVO-ARISTA000001 |
| maximum-paths | maximum-paths *<0-4>* | LENOVO-ARISTA013095 |
| neighbor next-hop-self | [no] neighbor <1-96> next-hop-self | LENOVO-ARISTA005923 |
| neighbor password | [no] neighbor *<1-12>* password *<1-16 characters>* | LENOVO-ARISTA000001 |
| neighbor remote-as | neighbor *<1-12>* remote-as *<1-65535>* | LENOVO-ARISTA000001 |
| neighbor route-reflector-client | [no] neighbor *<1-12>* route-reflector-client | LENOVO-ARISTA000001 |
| neighbor shutdown | neighbor *<1-12>* shutdown | LENOVO-ARISTA000001 |
| ntp authenticate | [no] ntp authenticate | LENOVO-ARISTA000001 |
| ntp trusted-key | ntp trusted-key *<1-65534>* \|0 | LENOVO-ARISTA000001 |
| port-channel min-links | port-channel min-links *<1-32>* | LENOVO-ARISTA000001 |
| route-map | route-map {*<1-32>* } | LENOVO-ARISTA000001 |
| router bgp | router bgp | LENOVO-ARISTA000001 |
| router ospf | router ospf | LENOVO-ARISTA000001 |
| router rip | router rip | LENOVO-ARISTA000001 |
| router-id | ip router-id *<IP address>* | LENOVO-ARISTA000001 |
| router-id (OSPFv3) | router-id *<IPv4 address>* | LENOVO-ARISTA000001 |
| show arp | show arp | LENOVO-ARISTA000001 |
| show dot1x | show dot1x | LENOVO-ARISTA000001 |
| show environment power | show environment power | LENOVO-ARISTA000001 |
| show ip arp | show ip arp show ip arp find <IP address> show ip arp interface port <port number or alias> show ip arp vlan <VLAN number> show ip arp reply | LENOVO-ARISTA000001 |
| show ip bgp | show ip bgp show ip bgp information[<IPv4 network> <IPv4 mask>] show ip bgp neighbor <1-12> redistribute | LENOVO-ARISTA000001 |
| show ip dhcp snooping | show ip dhcp snooping binding | LENOVO-ARISTA000001 |
| show ip igmp groups | show ip igmp groups address *<IP address> show ip igmp groups vlan <VLAN number> show ip igmp groups interface port <port alias or number> show ip igmp groups portchannel <trunk number> show ip igmp groups detail <IP address> show ip igmp groups* | LENOVO-ARISTA000001 |
| show ip interface brief | show ip interface brief | LENOVO-ARISTA000001 |
| show ip mroute | show ip mroute | LENOVO-ARISTA000001 |
| show ip ospf | show ip ospf general-information show ip ospf area information show ip ospf area <0-2> show ip ospf interface loopback <1-5> show ip ospf neighbor show ip ospf database | LENOVO-ARISTA000001 |
| show ip ospf database database-summary | show ip ospf database database-summary | LENOVO-ARISTA000001 |
| show ip ospf interface | show ip ospf interface loopback <1-5> show ip ospf interface [<interface number>] counters | LENOVO-ARISTA000001 |
| show ip ospf neighbor | show ip ospf neighbor | LENOVO-ARISTA000001 |
| show ip pim interface | show ip pim interface [*<interface number>* \|detail] | LENOVO-ARISTA000001 |
| show ip pim neighbor | show ip pim neighbor [*<interface number>* \|port *<port number>* ] | LENOVO-ARISTA000001 |

# AMENDED APPENDIX H.ISCLI - ISCLI Use of Disputed CLI Commands

| | | |
|---|---|---|
| show ip route | show ip route show ip route static show ip route ecmphash show ip route interface <interface number> show ip route tag {fixed\|static\|addr\|rip\|ospf\|bgp\|broadcast\| martian\|multicast} show ip route type {indirect\|direct\|local\|broadcast\|martian\| multicast} show ip route gateway <IP address> show ip route address <IP address> | LENOVO-ARISTA000001 |
| show ip route tag | show ip route tag {fixed\|static\|addr\|rip\|ospf\|bgp\|broadcast\| martian\|multicast} | LENOVO-ARISTA000001 |
| show ipv6 interface | show ipv6 interface *<interface number>* | LENOVO-ARISTA000001 |
| show ipv6 neighbors | show ipv6 neighbors find *<IPv6 address> show ipv6 neighbors interface port <port alias or number> show ipv6 neighbors vlan <VLAN number> show ipv6 neighbors static* | LENOVO-ARISTA000001 |
| show ipv6 ospf | show ipv6 ospf information show ipv6 ospf area <area index (0-2)> show ipv6 ospf area-virtual-link show ipv6 ospf host show ipv6 ospf request-list <nbr router-id (A.B.C.D)> show ipv6 ospf retrans-list <nbr router-id (A.B.C.D)> show ipv6 ospf summary-prefix <area index (0-2)> show ipv6 ospf redist-config show ipv6 ospf area-range information show ipv6 ospf routes show ipv6 ospf border-routers | LENOVO-ARISTA000001 |
| show ipv6 ospf border-routers | show ipv6 ospf border-routers | LENOVO-ARISTA000001 |
| show ipv6 ospf interface | show ipv6 ospf interface *<interface number>* | LENOVO-ARISTA000001 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor *<nbr router-id (A.B.C.D)>* | LENOVO-ARISTA000001 |
| show ipv6 route | show ipv6 route address *<IPv6 address>* | LENOVO-ARISTA000001 |
| show ipv6 route summary | show ipv6 route summary | LENOVO-ARISTA000001 |
| show lldp | show lldp remote-device [*<1-256>* \|detail] show lldp port show lldp receive show lldp transmit show lldp port <1-16> tlv evb show lldp information | LENOVO-ARISTA000001 |
| show mac-address-table | show mac-address-table address *<MAC address>* | LENOVO-ARISTA000001 |
| show ntp associations | show ntp associations | LENOVO-ARISTA000001 |
| show route-map | show route-map [*<1-32>* ] | LENOVO-ARISTA000001 |
| show spanning-tree | show spanning-tree | LENOVO-ARISTA000001 |
| show spanning-tree blockedports | show spanning-tree blockedports | LENOVO-ARISTA005923 |
| show spanning-tree mst | show spanning-tree mst <0-32> [information] | LENOVO-ARISTA005923 |
| show spanning-tree mst configuration | show spanning-tree mst configuration | LENOVO-ARISTA005923 |
| show spanning-tree root | show spanning-tree root | LENOVO-ARISTA005923 |
| show vlan | show vlan *<VLAN number>* | LENOVO-ARISTA000001 |
| show vlan private-vlan | show vlan private-vlan [type] | LENOVO-ARISTA005923 |
| snmp-server community | snmp-server community <1-16> | LENOVO-ARISTA005923 |
| snmp-server contact | snmp-server contact *<1-64 characters>* | LENOVO-ARISTA000001 |
| snmp-server group | snmp-server group *<1-16>* | LENOVO-ARISTA000001 |
| snmp-server host | snmp-serverhost*<traphostIPaddress> <traphostcommunitystring>* | LENOVO-ARISTA000001 |
| snmp-server location | snmp-server location *<1-64 characters>* | LENOVO-ARISTA000001 |
| snmp-server user | snmp-server user *<1-16>* | LENOVO-ARISTA000001 |
| snmp-server view | snmp-server view *<1-128>* | LENOVO-ARISTA000001 |
| spanning-tree bpduguard | [no] spanning-tree bpduguard | LENOVO-ARISTA005923 ARISTANDCA13273536 |
| spanning-tree link-type | [no] spanning-tree link-type p2p\|shared | LENOVO-ARISTA000001 |
| spanning-tree mode | spanning-tree mode [disable\|mst\|pvrst\|rstp] | LENOVO-ARISTA000001 |
| spanning-tree mst configuration | spanning-tree mst configuration | LENOVO-ARISTA005923 |
| storm-control | storm-control {broadcast\|multicast\|unicast} level rate <0-2097151> storm-control {broadcast\|multicast\|unicast} level pps <0-2097151> | LENOVO-ARISTA005923 |
| switchport access vlan | switchport access vlan <VLANID(1-4094)> | LENOVO-ARISTA005923 |
| switchport mode | switchport mode {access\|trunk\|private-vlan} | LENOVO-ARISTA005923 |
| switchport private-vlan mapping | [no] switchport private-vlan mapping <primaryVLANID(2-4094)> | LENOVO-ARISTA005923 |
| switchport trunk allowed vlan | switchport trunk allowed vlan <VLANID(1-4094)> | LENOVO-ARISTA005923 |
| switchport trunk native vlan | switchport trunk native vlan <VLANID(1-4094)> | LENOVO-ARISTA005923 |
| terminal length | terminal-length *<0-300>* | LENOVO-ARISTA000001 |

**Total of 107 command abstractions listed above.**