# EXHIBIT 56

# AMENDED APPENDIX H.NG - NETGEAR Usage of Disputed CLI Commands

| Disputed Cisco Command | NETGEAR Command Syntax | NETGEAR Manual Bates Number |
|---|---|---|
| aaa accounting | aaa accounting {exec \| commands } {default \| list_name} {start-stop \| stop-only \|none} method1 [method2...] | ARISTANDCA13350585 |
| aaa authentication login | aaa authentication login {default \| list-name} method1 [method2...] | ARISTANDCA13350585 |
| area default-cost | area <areaid> default-cost <1-16777215> | ARISTANDCA13350585 |
| area default-cost (OSPFv3) | area <areaid> default-cost <1-16777215> | ARISTANDCA13350585 |
| area nssa | area <areaid> nssa | ARISTANDCA13350585 |
| area nssa (OSPFv3) | area <areaid> nssa | ARISTANDCA13350585 |
| area nssa default-information-originate | area <areaid> nssa default-info-originate [<metric>] [{comparable \| non-comparable}] | ARISTANDCA13350585 |
| area nssa default-information-originate (OSPFv3) | area <areaid> nssa default-info-originate [<metric>] [{comparable \| non-comparable}] | ARISTANDCA13350585 |
| area nssa no-summary | area <areaid> nssa no-summary | ARISTANDCA13350585 |
| area range | area areaid range prefix netmask {summarylink \| nssaexternallink} [advertise \| not-advertise] [cost cost] | ARISTANDCA13350585 |
| area range (OSPFv3) | area <areaid> range <ipv6-prefix> <prefix-length> {summarylink \| nssaexternallink} [advertise \| not-advertise] | ARISTANDCA13350585 |
| area stub | area <areaid> stub | ARISTANDCA13350585 |
| area stub (OSPFv3) | area <areaid> stub | ARISTANDCA13350585 |
| arp timeout | arp timeout <15-21600> | ARISTANDCA13350585 |
| boot system | boot system [<unit>] <image-file-name> | ARISTANDCA13350585 |
| clear arp-cache | clear arp-cache [gateway] | ARISTANDCA13350585 |
| clear counters | clear counters {<unit/slot/port> \| all} | ARISTANDCA13350585 |
| clock set | clock set <hh:mm:ss> clock set <mm/dd/yyyy> | ARISTANDCA13350585 |
| clock timezone | clock timezone zone-name +/-hours-offset [+/-minutes-offset] | ARISTANDCA13350585 |
| default-information originate (OSPF) | default-information originate [always] [metric <0-16777214>] [metric-type {1 \| 2}] | ARISTANDCA13350585 |
| default-information originate (OSPFv3) | default-information originate [always] [metric <1-16777214>] [metric-type {1 \| 2}] | ARISTANDCA13350585 |
| default-metric (OSPF) | default-metric <1-16777214> | ARISTANDCA13350585 |
| default-metric (OSPFv3) | default-metric <1-16777214> | ARISTANDCA13350585 |
| dot1x pae authenticator | dot1x pae {supplicant \| authenticator} | ARISTANDCA13350585 |
| dot1x port-control | dot1x supplicant port-control {auto \| force-authorized \| force_unauthorized} | ARISTANDCA13350585 |
| dot1x reauthentication | dot1x re-authentication | ARISTANDCA13350585 |
| dot1x system-auth-control | dot1x system-auth-control | ARISTANDCA13350585 |
| dot1x timeout quiet-period | dot1x timeout {{guest-vlan-period <seconds>} \|{reauth-period <seconds>} \| {quiet-period <seconds>} \| {tx-period <seconds>} \| {supp-timeout <seconds>} \| {server-timeout <seconds>}} | ARISTANDCA13350585 |
| dot1x timeout reauth-period | dot1x timeout {{guest-vlan-period <seconds>} \|{reauth-period <seconds>} \| {quiet-period <seconds>} \| {tx-period <seconds>} \| {supp-timeout <seconds>} \| {server-timeout <seconds>}} | ARISTANDCA13350585 |
| dot1x timeout tx-period | dot1x timeout {{guest-vlan-period <seconds>} \|{reauth-period <seconds>} \| {quiet-period <seconds>} \| {tx-period <seconds>} \| {supp-timeout <seconds>} \| {server-timeout <seconds>}} | ARISTANDCA13350585 |
| interface loopback | interface loopback <loopback-id> | ARISTANDCA13350585 |
| interface vlan | interface vlan <vlan id> | ARISTANDCA13350585 |
| ip access-group | ip access-group {<accesslistnumber>\|<name>} {{control-plane\|in\|out}\|vlan <vlan id> {in\|out}}[sequence <1-4294967295>] | ARISTANDCA13350585 |
| ip address | ip address <ipaddr> <subnetmask> [secondary] | ARISTANDCA13350585 |
| ip dhcp snooping | ip dhcp snooping | ARISTANDCA13350585 |
| ip dhcp snooping vlan | ip dhcp snooping vlan <vlan-list> | ARISTANDCA13350585 |
| ip domain lookup | ip domain lookup | ARISTANDCA13350585 |
| ip domain name | ip domain name <name> | ARISTANDCA13350585 |
| ip helper-address | ip helper-address <ip-address> {<1-65535>\|dhcp\|domain\|isakmp\|mobile-ip\|nameserver\|netbios-dgm\|netbios-ns\|ntp\|pim-auto-rip\|rip\|tacacs\|tftp\|time} | ARISTANDCA13350585 |
| ip host | ip host <name> <ipaddress> | ARISTANDCA13350585 |
| ip igmp last-member-query-count | ip igmp last-member-query-count <count> | ARISTANDCA13350585 |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval <seconds> | ARISTANDCA13350585 |
| ip igmp query-interval | ip igmp query-interval <seconds> | ARISTANDCA13350585 |
| ip igmp query-max-response-time | ip igmp query-max-response-time <seconds> | ARISTANDCA13350585 |
| ip igmp startup-query-count | ip igmp startup-query-count <count> | ARISTANDCA13350585 |
| ip igmp startup-query-interval | ip igmp startup-query-interval <interval> | ARISTANDCA13350585 |
| ip local-proxy-arp | ip proxy-arp | ARISTANDCA13350585 |
| ip name-server | ip name-server <server-address1> [server-address2...server-address8] | ARISTANDCA13350585 |
| ip ospf authentication | ip ospf authentication {none \| {simple <key>} \| {encrypt <key> <keyid>}} | ARISTANDCA13350585 |
| ip ospf cost | ip ospf cost <1-65535> | ARISTANDCA13350585 |
| ip ospf dead-interval | ip ospf dead-interval <seconds> | ARISTANDCA13350585 |
| ip ospf hello-interval | ip ospf hello-interval <seconds> | ARISTANDCA13350585 |
| ip ospf priority | ip ospf priority <0-255> | ARISTANDCA13350585 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <0-3600> | ARISTANDCA13350585 |
| ip ospf transmit-delay | ip ospf transmit-delay <1-3600> | ARISTANDCA13350585 |
| ip pim bsr-border | ip pim bsr-border | ARISTANDCA13350585 |
| ip pim bsr-candidate | ip pim bsr-candidate interface [vlan \| <unit/slot/port>] <hash-mask length> <bsr-priority> [interval <interval>] | ARISTANDCA13350585 |
| ip pim dr-priority | ip pim dr-priority <0-2147483647> | ARISTANDCA13350585 |
| ip pim rp-address | ip pim rp-address <rp-address> <group-address> <group-mask> [override] | ARISTANDCA13350585 |

# AMENDED APPENDIX H.NG - NETGEAR Usage of Disputed CLI Commands

| | | |
|---|---|---|
| ip pim rp-candidate | ip pim rp-candidate interface <interface-num> <group-address> <group-mask> {interval <interval>} | ARISTANDCA13350585 |
| ip proxy-arp | ip proxy-arp | ARISTANDCA13350585 |
| ip route | ip route <ipaddr> <subnetmask> [<nexthopip> | Null0] [<preference>] | ARISTANDCA13350585 |
| ip routing | ip routing | ARISTANDCA13350585 |
| ipv6 access-list | ipv6 access-list <name> | ARISTANDCA13350585 |
| ipv6 address | ipv6 address <prefix>/<prefix_length> [eui64] | ARISTANDCA13350585 |
| ipv6 dhcp relay destination | ipv6 dhcp relay {destination [<relay-address>] interface [<relay-interface>]| interface [<relay-interface>]} [remote-id (duid-ifid | <user-defined-string>)] | ARISTANDCA13350585 |
| ipv6 enable | no ipv6 enable | ARISTANDCA13350585 |
| ipv6 host | ipv6 host <name> <v6 address> | ARISTANDCA13350585 |
| ipv6 nd managed-config-flag | ipv6 nd managed-config-flag | ARISTANDCA13350585 |
| ipv6 nd ns-interval | ipv6 nd ns-interval {<1000-4294967295> | 0} | ARISTANDCA13350585 |
| ipv6 nd other-config-flag | ipv6 nd other-config-flag | ARISTANDCA13350585 |
| ipv6 nd ra interval | ipv6 nd ra-interval-max <4- 1800> | ARISTANDCA13350585 |
| ipv6 nd ra lifetime | ipv6 nd ra-lifetime <lifetime> | ARISTANDCA13350585 |
| ipv6 nd reachable-time | ipv6 nd reachable-time <0–3600000> | ARISTANDCA13350585 |
| ipv6 nd router-preference | ipv6 nd router-preference <high/low/medium> | ARISTANDCA13350585 |
| ipv6 ospf area | ipv6 ospf area <areaid> | ARISTANDCA13350585 |
| ipv6 ospf cost | ipv6 ospf cost <1-65535> | ARISTANDCA13350585 |
| ipv6 ospf dead-interval | ipv6 ospf dead-interval <seconds> | ARISTANDCA13350585 |
| ipv6 ospf hello-interval | ipv6 ospf hello-interval <seconds> | ARISTANDCA13350585 |
| ipv6 ospf network | ipv6 ospf network {broadcast | point-to-point} | ARISTANDCA13350585 |
| ipv6 ospf priority | ipv6 ospf priority <0-255> | ARISTANDCA13350585 |
| ipv6 ospf retransmit- interval | ipv6 ospf retransmit-interval <seconds> | ARISTANDCA13350585 |
| ipv6 ospf transmit-delay | ipv6 ospf transmit-delay <seconds> | ARISTANDCA13350585 |
| ipv6 route | ipv6 route <ipv6-prefix>/<prefix_length> {<next-hop-address> | Null0 | interface {<unit/slot/port> | tunnel <tunnel_id>} <next-hop-address>} [<preference>] | ARISTANDCA13350585 |
| ipv6 router ospf | ipv6 router ospf | ARISTANDCA13350585 |
| ipv6 unicast-routing | ipv6 unicast-routing | ARISTANDCA13350585 |
| lldp receive | lldp receive | ARISTANDCA13350585 |
| lldp timer | lldp timers [interval <interval-seconds>] [hold <hold-value>] [reinit <reinit-seconds>] | ARISTANDCA13350585 |
| lldp transmit | lldp transmit | ARISTANDCA13350585 |
| log-adjacency-changes | log-adjacency-changes [detail] | ARISTANDCA13350585 |
| log-adjacency-changes (IS-IS) | log-adjacency-changes [detail] | ARISTANDCA13350585 |
| log-adjacency-changes (OSPFv3) | log-adjacency-changes [detail] | ARISTANDCA13350585 |
| logging host | logging host <ipaddr|hostname> <addresstype> [<port>][<severitylevel>] | ARISTANDCA13350585 |
| mac access-group | mac access-group <name> {{control-plane|in|out} vlan vlan-id {in|out}} [sequence <1-4294967295>] | ARISTANDCA13350585 |
| maximum-paths | maximum-paths <maxpaths> | ARISTANDCA13350585 |
| maximum-paths (OSPFv3) | maximum-paths <maxpaths> | ARISTANDCA13350585 |
| network area | network <ip-address> <wildcard-mask> area <area-id> | ARISTANDCA13350585 |
| passive-interface | passive-interface {<unit/slot/port>} | ARISTANDCA13350585 |
| passive-interface (OSPFv3) | passive-interface {<unit/slot/port> | tunnel <tunnel-id>} | ARISTANDCA13350585 |
| passive-interface default | passive-interface default | ARISTANDCA13350585 |
| port-channel load-balance | port-channel load-balance { 1 | 2 | 3 | 4 | 5 | 6 | 7} {<unit/slot/port> |<all>} | ARISTANDCA13350585 |
| priority-flow-control mode | priority-flow-control mode [on | off] | ARISTANDCA13350585 |
| private-vlan | private-vlan {association [add | remove] <secondary-vlan-list> | community | isolated | primary} | ARISTANDCA13350585 |
| router ospf | router ospf | ARISTANDCA13350585 |
| router rip | router rip | ARISTANDCA13350585 |
| router-id | router-id <ipaddress> | ARISTANDCA13350585 |
| router-id (OSPFv3) | router-id <ipaddress> | ARISTANDCA13350585 |
| show arp | show arp | ARISTANDCA13350585 |
| show clock | show clock [detail] | ARISTANDCA13350585 |
| show dot1q-tunnel | show dot1q-tunnel [interface {<unit/slot/port> | all}] | ARISTANDCA13350585 |
| show dot1x | show dot1x [{summary {<unit/slot/port> | all} | detail <unit/slot/port> | statistics <unit/slot/port>] | ARISTANDCA13350585 |
| show dot1x statistics | show dot1x [{summary {<unit/slot/port> | all} | detail <unit/slot/port> | statistics <unit/slot/port>] | ARISTANDCA13350585 |
| show flowcontrol ** | show flowcontrol [unit/slot/port] | ARISTANDCA00260599 |
| show hosts | show hosts [name] | ARISTANDCA13350585 |
| show interfaces switchport | show interfaces switchport <unit/slot/port> <groupid> | ARISTANDCA13350585 |
| show ip access-lists | show ip access-lists <accesslistnumber> | ARISTANDCA13350585 |
| show ip dhcp snooping | show ip dhcp snooping | ARISTANDCA13350585 |
| show ip helper-address | show ip helper-address <interface> | ARISTANDCA13350585 |
| show ip igmp groups | show ip igmp groups <unit/slot/port> [detail] | ARISTANDCA13350585 |
| show ip igmp interface | show ip igmp interface <unit/slot/port> | ARISTANDCA13350585 |
| show ip interface | show ip interface {<unit/slot/port> | vlan <1-4093> | loopback <0-7>} | ARISTANDCA13350585 |
| show ip interface brief | show ip interface brief | ARISTANDCA13350585 |
| show ip ospf | show ip ospf | ARISTANDCA13350585 |
| show ip ospf database database-summary | show ip ospf database database-summary | ARISTANDCA13350585 |
| show ip ospf interface | show ip ospf interface {<unit/slot/port> | loopback <loopback-id> | vlan <1-4093>} | ARISTANDCA13350585 |

# AMENDED APPENDIX H.NG - NETGEAR Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show ip ospf neighbor | show ip ospf neighbor [interface <unit/slot/port>] [<ip-address>] | ARISTANDCA13350585 |
| show ip pim interface | show ip pim interface <unit/slot/port> | ARISTANDCA13350585 |
| show ip pim neighbor | show ip pim neighbor <unit/slot/port> | ARISTANDCA13350585 |
| show ip pim rp-hash | show ip pim rp-hash <group-address> | ARISTANDCA13350585 |
| show ip route | show ip route [{<ip-address> [<protocol>] | {<ip-address> <mask> [longer-prefixes] [<protocol>] | <protocol>} [all] | all}] | ARISTANDCA13350585 |
| show ip route summary | show ip route summary [all] | ARISTANDCA13350585 |
| show ipv6 interface | show ipv6 interface {brief | <unit/slot/port> |tunnel <0-7> | loopback <0-7>} | ARISTANDCA13350585 |
| show ipv6 ospf | show ipv6 ospf | ARISTANDCA13350585 |
| show ipv6 ospf interface | show ipv6 ospf interface {<unit/slot/port> | loopback <loopback-id> | tunnel <tunnel-id>} | ARISTANDCA13350585 |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor [interface {<unit/slot/port> | tunnel <tunnel_id>}][<ip-address>] | ARISTANDCA13350585 |
| show ipv6 route | show ipv6 route [{<ipv6-address> [<protocol>] | {{<ipv6-prefix/ipv6-prefix-length> | <unit/slot/port>} [<protocol>] | <protocol> | summary} [all] | all}] | ARISTANDCA13350585 |
| show ipv6 route summary | show ipv6 route summary [all] | ARISTANDCA13350585 |
| show lldp | show lldp | ARISTANDCA13350585 |
| show mac access-lists | show mac access-lists [name] | ARISTANDCA13350585 |
| show monitor session | show monitor session <session-id> | ARISTANDCA13350585 |
| show policy-map interface | show policy-map interface <unit/slot/port> [in | out] | ARISTANDCA13350585 |
| show port-security | show port-security [{<unit/slot/port> | all}] | ARISTANDCA13350585 |
| show radius | show radius | ARISTANDCA13350585 |
| show spanning-tree | show spanning-tree | ARISTANDCA13350585 |
| show spanning-tree interface | show spanning-tree interface <unit/slot/port> | ARISTANDCA13350585 |
| show storm-control | show storm-control [all | <unit/slot/port>] | ARISTANDCA13350585 |
| show tacacs | show tacacs [<ip-address|hostname>] | ARISTANDCA13350585 |
| show users | show users | ARISTANDCA13350585 |
| show version | show version | ARISTANDCA13350585 |
| show vlan | show vlan | ARISTANDCA13350585 |
| show vlan private-vlan | show vlan private-vlan [type] | ARISTANDCA13350585 |
| snmp-server community | snmp-server community <name> | ARISTANDCA13350585 |
| snmp-server contact | snmp-server {sysname <name> | location <loc> | contact <con>} | ARISTANDCA13350585 |
| snmp-server enable traps | snmp-server enable traps | ARISTANDCA13350585 |
| snmp-server location | snmp-server {sysname <name> | location <loc> | contact <con>} | ARISTANDCA13350585 |
| spanning-tree bpdufilter | spanning-tree bpdufilter | ARISTANDCA13350585 |
| spanning-tree bpduguard | spanning-tree bpduguard | ARISTANDCA13350585 |
| spanning-tree guard | spanning-tree guard { none | root | loop } | ARISTANDCA13350585 |
| switchport private-vlan mapping | switchport private-vlan {host-association <primary-vlan-id> <secondary-vlan-id> | mapping <primary-vlan-id> {add | remove} <secondary-vlan-list>} | ARISTANDCA13350585 |
| tacacs-server host | tacacs-server host <ip-address|hostname> | ARISTANDCA13350585 |
| tacacs-server key | tacacs-server key [<key-string> | encrypted <key-string>] | ARISTANDCA13350585 |
| tacacs-server timeout | tacacs-server timeout <timeout> | ARISTANDCA13350585 |
| terminal length | terminal length <0|5-48> | ARISTANDCA13350585 |
| port-channel min-links | port-channel min-links number | ARISTANDCA00279773 |
| router bgp | router bgp as-number | ARISTANDCA00279773 |
| show interfaces status | show interfaces status [unit/slot/port] | ARISTANDCA00279773 |
| show vlan internal usage | show vlan internal usage | ARISTANDCA00279773 |
| spanning-tree cost | spanning-tree cost {cost | auto} | ARISTANDCA00279773 |
| storm-control | storm-control broadcast | ARISTANDCA00279773 |
| vlan internal allocation policy | vlan internal allocation {base vlan-id | policy ascending | policy decending} | ARISTANDCA00279773 |

\*\* Based on Exhibit Copying-2 to the Almeroth Opening Report, this command abstraction is not used by Cisco, but it is what Cisco and Prof. Almeroth accuses Arista EOS of using.

**Total of 170 command abstractions listed above.**