# EXHIBIT 58

# AMENDED APPENDIX H.RB - Redback Networks Usage of Disputed CLI Commands

| Disputed Cisco Command | Redback Networks Command Syntax | Redback Manual Bates Number |
|---|---|---|
| aaa accounting | aaa accounting administrator tacacs+ // aaa accounting commands level tacacs+ [except except-level] //  aaa accounting event {dhcp | reauthorization} // aaa accounting l2tp {session | tunnel} {none | radius} // aaa accounting reauthorization subscriber {none | radius} //aaa accounting subscriber {none | radius} …. | ARISTANDCA13359558 |
| address-family | address-family ipv4 {multicast | unicast} | ARISTANDCA13361534 |
| aggregate-address | aggregate-address {ip-addr/prefix-length | ipv6-addr/prefix-length} [as-set] [component-map map-name] [attribute-map map-name] | ARISTANDCA13361534 |
| banner login | banner login delimited-text | ARISTANDCA13361534 |
| banner motd | banner motd delimited-text | ARISTANDCA13358934 |
| clear arp-cache | clear arp-cache [ip-addr] | ARISTANDCA13360216 |
| clear ip mroute | clear ip mroute {group-addr [src-addr]} | * | ARISTANDCA13362362 |
| clock set | clock set yyyy:mm:dd:hh:mm[:ss] | ARISTANDCA13359268 |
| default-information originate (OSPF) | default-information originate [route-map map-name] | ARISTANDCA13361534 |
| default-information originate (OSPFv3) | default-information originate [route-map map-name] | ARISTANDCA13361534 |
| default-metric (OSPF) | default-metric metric | ARISTANDCA13361534 |
| default-metric (OSPFv3) | default-metric metric | ARISTANDCA13361534 |
| interface loopback | interface if-name [bridge | intercontext if-type grp-num | loopback | multibind [lastresort] | p2p] | ARISTANDCA13358934 |
| ip access-group | ip access-group acl-name {in | out} [count] [log] | ARISTANDCA13359558 |
| ip address | ip address ip-addr {netmask | /prefix-length} [secondary] [tag tag] | ARISTANDCA13358934 |
| ip domain lookup | ip domain-lookup | ARISTANDCA13359558 |
| ip domain-name | ip domain-name name | ARISTANDCA13359558 |
| ip host | ip host hostname ip-addr | ARISTANDCA13359558 |
| ip multicast boundary | ip multicast boundary acl-name | ARISTANDCA13361534 |
| ip nat pool | ip nat pool pool-name [napt [multibind]] | ARISTANDCA13359558 |
| ip pim rp-address | ip pim rp-address 10.200.1.2 | ARISTANDCA13361534 |
| ip prefix-list | ip prefix-list pl-name | ARISTANDCA13361534 |
| ip route | ip route ip-addr/prefix-length {next-hop-ip-addr | next-hop-if-name | null0 | context ctx-name} [dvsr dvsr-profile-name [verify-address verify-addr]] [cost cost] [description text] [distance distance] [permanent] [tag tag] | ARISTANDCA13361534 |
| ipv6 address | ipv6 address ip-addr/prefix-length [secondary] | ARISTANDCA13358934 |
| ipv6 host | ipv6 host hostname ipv6-addr | ARISTANDCA13359558 |
| ipv6 prefix-list | ipv6 prefix-list pl-name | ARISTANDCA13361534 |
| ipv6 route | ipv6 route ipv6-addr/prefix-length {next-hop-ipv6-addr | next-hop-if-name | null0} [cost cost] [distance distance] [permanent] [tag tag] | ARISTANDCA13361534 |
| isis passive-interface | isis passive-interface | ARISTANDCA13361534 |
| mac-address | mac-address mac-addr | ARISTANDCA13360544 |
| maximum-paths | maximum-paths path-num | ARISTANDCA13361534 |
| maximum-paths (OSPFv3) | maximum-paths path-num | ARISTANDCA13361534 |
| passive-interface | passive-interface | ARISTANDCA13361534 |
| passive-interface (OSPFv3) | maximum-paths path-num | ARISTANDCA13361534 |
| route-map | route-map map-name {in | out} | ARISTANDCA13361534 |
| router bgp | router bgp {asn | nn:nn} | ARISTANDCA13361534 |
| router isis | router isis instance-name | ARISTANDCA13361534 |
| router ospf | router ospf instance | ARISTANDCA13361534 |
| router rip | router rip instance | ARISTANDCA13361534 |
| router-id | router-id ip-addr | ARISTANDCA13361534 |
| router-id (OSPFv3) | router-id ip-addr | ARISTANDCA13361534 |
| set-overload-bit | set-overload-bit [on-startup [interval] | bgp-converge-delay [interval] | strict-bgp-tracking] | ARISTANDCA13361534 |
| show clock | show clock [universal] | ARISTANDCA13359268 |
| show ip interface | show ip interface [if-name | brief | xcrp [bytes]] | ARISTANDCA13359268 |
| show ip interface brief | show ip interface [if-name | brief | xcrp [bytes]] | ARISTANDCA13359268 |
| show ip mroute | show ip mroute [group-addr [src-addr]] [count] | ARISTANDCA13362362 |
| show ip mroute count | show ip mroute [group-addr [src-addr]] [count] | ARISTANDCA13362362 |
| show ip prefix-list | show ip prefix-list [pl-name | first-match pl-name ip-addr/prefix-length | summary [pl-name]] | ARISTANDCA13362362 |
| show ip route | show ip route [ip-addr [/prefix-length [longer-prefixes | shorter-prefixes]] [detail] | ARISTANDCA13362362 |
| show ip route summary | show ip route summary | ARISTANDCA13362362 |
| show ipv6 interface | show ipv6 interface [if-name | brief] | ARISTANDCA13359268 |
| show ipv6 prefix-list | show ipv6 prefix-list [pl-name | first-match pl-name ipv6-addr/prefix-length | summary [pl-name]] | ARISTANDCA13362362 |
| show ipv6 route | show ipv6 route [ipv6-addr [/prefix-length [longer-prefixes | shorter-prefixes | detail]] | all | bgp | connected | hidden | multicast [ip-addr[/prefix-length]] [bgp] [next-hop] [rip] [static] [summary] | next-hop | registered | rip | static | summary | xcrp] | ARISTANDCA13362362 |
| show ipv6 route summary | show ipv6 route [ipv6-addr [/prefix-length [longer-prefixes | shorter-prefixes | detail]] | all | bgp | connected | hidden | multicast [ip-addr[/prefix-length]] [bgp] [next-hop] [rip] [static] [summary] | next-hop | registered | rip | static | summary | xcrp] | ARISTANDCA13362362 |
| show isis database | show isis [instance-name] database [detail | extensive] [level-1 | level-2] {lsp-id | sys-id} | ARISTANDCA13362362 |
| show isis topology | show isis [instance-name] [multicast] topology [l1 | l2 | level-1 | level-2] | ARISTANDCA13362362 |
| show ntp associations | show ntp associations | ARISTANDCA13360216 |
| show ntp status | show ntp status | ARISTANDCA13360216 |

**AMENDED APPENDIX H.RB - Redback Networks Usage of Disputed CLI Commands**

| show privilege | show privilege | ARISTANDCA13359268 |
|---|---|---|
| show route-map | show route-map [map-name] [summary] | ARISTANDCA13362362 |
| show snmp | show snmp [accesses \| communities \| server \| targets \| views] | ARISTANDCA13359268 |
| show version | show version | ARISTANDCA13359268 |
| show vrrp | show vrrp [debug \| memory \| routers [if-name \| vrrp-id] \| statistics [if-name \| vrrp-id]] | ARISTANDCA13362362 |
| spf-interval | spf interval seconds [level-1 \| level-2] | ARISTANDCA13361534 |
| terminal length | terminal length length | ARISTANDCA13359268 |
| terminal monitor | terminal monitor | ARISTANDCA13359268 |
| timers basic (RIP) | timers basic update-interval invalid-interval holddown-interval flush-interval | ARISTANDCA13361534 |

**Total of 66 command abstractions listed above.**