# EXHIBIT 59

# AMENDED APPENDIX H.SU - ORACLE/SUN Usage of Disputed CLI Commands

| Disputed Cisco Command | Sun/Oracle Command Syntax | Sun/Oracle Manual Bates Number |
|---|---|---|
| area default-cost | area <areaid> default-cost <1-16777215> | ARISTANDCA13363036 |
| area nssa | area <areaid> nssa | ARISTANDCA13363036 |
| area nssa default-information-originate | area <areaid> nssa default-info-originate [<metric>] [{comparable | non-comparable}] | ARISTANDCA13363036 |
| area nssa no-summary | area <areaid> nssa no-summary | ARISTANDCA13363036 |
| area range | area <areaid> range <ipaddr> <subnetmask> {summarylink | nssaexternallink} [advertise | not-advertise] | ARISTANDCA13363036 |
| area stub | area <areaid> stub | ARISTANDCA13363036 |
| arp timeout | arp timeout <15-21600> | ARISTANDCA13363036 |
| channel-group | channel-group *1-65535* mode {on | active | passive} | ARISTANDCA13363443 |
| clear arp-cache | clear arp-cache [gateway] | ARISTANDCA13363036 |
| clear counters | clear counters {<slot/port> | all} | ARISTANDCA13363036 |
| clear lldp counters | clear lldp counters | ARISTANDCA13363443 |
| clear lldp table | clear lldp table | ARISTANDCA13363443 |
| clock set | clock set hh:mm:ss *day_1-31* {january | february | march | april | may | june | july | august | september | october | november | december} *year_1970-2035* | ARISTANDCA13363443 |
| default-information originate (OSPF) | default-information originate [always] [metric <0- 16777215>] [metric-type {1 | 2}] | ARISTANDCA13363036 |
| default-metric (OSPF) | default-metric <1-16777215> | ARISTANDCA13363036 |
| dot1x port-control | dot1x port-control {force-unauthorized | force- authorized | auto} | ARISTANDCA13363036 |
| dot1x reauthentication | dot1x re-authentication | ARISTANDCA13363036 |
| dot1x system-auth-control | dot1x system-auth-control | ARISTANDCA13363036 |
| dot1x timeout quiet-period | dot1x timeout {{reauth-period <seconds>} | {quiet-period <seconds>} | {tx-period <seconds>} | {supp-timeout <seconds>} | {server-timeout <seconds>}} | ARISTANDCA13363036 |
| dot1x timeout reauth-period | dot1x timeout {{reauth-period <seconds>} | {quiet-period <seconds>} | {tx-period <seconds>} | {supp-timeout <seconds>} | {server-timeout <seconds>}} | ARISTANDCA13363036 |
| dot1x timeout tx-period | dot1x timeout {{reauth-period <seconds>} | {quiet-period <seconds>} | {tx-period <seconds>} | {supp-timeout <seconds>} | {server-timeout <seconds>}} | ARISTANDCA13363036 |
| flowcontrol receive | flowcontrol {send | receive} {on | off} | ARISTANDCA13363443 |
| flowcontrol send | flowcontrol {send | receive} {on | off} | ARISTANDCA13363443 |
| ip access-group | ip access-group <accesslistnumber> <in | out> | ARISTANDCA13363036 |
| ip access-list | ip access-list {standard access-list-number_1-10 | extended access-list-number_11-512} no ip access-list {standard access-list-number_1-10 | extended access-list-number_11-512} | ARISTANDCA13363443 |
| ip address | ip address <ipaddr> <subnetmask> | ARISTANDCA13363036 |
| ip helper-address | ip helper-address *ip-address* | ARISTANDCA13363443 |
| ip igmp snooping | ip igmp snooping | ARISTANDCA13363443 |
| ip igmp snooping querier | ip igmp snooping querier | ARISTANDCA13363443 |
| ip igmp snooping vlan | ip igmp snooping vlan *1-4094* immediate-leave //ip igmp snooping vlan mrouter | ARISTANDCA13363443 |
| ip ospf authentication | ip ospf authentication {none | {simple <key>} | {encrypt <key> <keyid>}} | ARISTANDCA13363036 |
| ip ospf cost | ip ospf cost <1-5535> | ARISTANDCA13363036 |
| ip ospf dead-interval | ip ospf dead-interval <1-2147483647> | ARISTANDCA13363036 |
| ip ospf hello-interval | ip ospf hello-interval <1-65535> | ARISTANDCA13363036 |
| ip ospf priority | ip ospf priority <0-255> | ARISTANDCA13363036 |
| ip ospf retransmit-interval | ip ospf retransmit-interval <0-3600> | ARISTANDCA13363036 |
| ip ospf transmit-delay | ip ospf transmit-delay <1-3600> | ARISTANDCA13363036 |
| ip route | ip route <ip_addr> <subnet_mask> <nextHopRtr> [<preference>] | ARISTANDCA13363036 |
| ip routing | ip routing | ARISTANDCA13363036 |
| lacp port-priority | lacp port-priority *0-65535* | ARISTANDCA13363443 |
| lacp rate | lacp rate {normal | fast } | ARISTANDCA13363443 |
| lacp system-priority | lacp system-priority *0-65535* | ARISTANDCA13363443 |
| lldp receive | lldp {transmit | receive} | ARISTANDCA13363443 |
| lldp transmit | lldp {transmit | receive} | ARISTANDCA13363443 |
| mac-address-table aging-time | mac-address-table aging-time *10-1000000* | ARISTANDCA13363443 |
| maximum-paths | maximum-paths *1-16* | ARISTANDCA13363443 |
| route-map | route-map *name_1-20* [{permit | deny}] [*seqnum_1-10* ] | ARISTANDCA13363443 |
| router bgp | router bgp <1-65535> | ARISTANDCA13363036 |
| router ospf | router ospf | ARISTANDCA13363036 |
| router rip | router rip | ARISTANDCA13363036 |
| router-id | router-id <ipaddress> | ARISTANDCA13363036 |
| show arp | show arp switch | ARISTANDCA13363036 |

# AMENDED APPENDIX H.SU - ORACLE/SUN Usage of Disputed CLI Commands

| | | |
|---|---|---|
| show clock | show clock | ARISTANDCA13363443 |
| show dot1q-tunnel | show dot1q-tunnel | ARISTANDCA13363036 |
| show dot1x | show dot1x [{summary {<slot/port> | all} | {detail <slot/port>} | {statistics <slot/port>}] | ARISTANDCA13363036 |
| show dot1x statistics | show dot1x [{summary {<slot/port> | all} | {detail <slot/port>} | {statistics <slot/port>}] | ARISTANDCA13363036 |
| show etherchannel | show etherchannel [[channel-group-number] {detail | load-balance | port | port-channel | summary | protocol}] | ARISTANDCA13363443 |
| show interfaces | show interfaces [{[*interface-type interface-id*] [{description | storm-control | flowcontrol | capabilities | status}] | vlan *1-4094* | port-channel *1-65535* | tunnel *0-128* }] | ARISTANDCA13363443 |
| show interfaces capabilities | show interfaces [{[*interface-type interface-id*] [{description | storm-control | flowcontrol | capabilities | status}] | vlan *1-4094* | port-channel *1-65535* | tunnel *0-128* }] | ARISTANDCA13363443 |
| show interfaces description | show interfaces [{[*interface-type interface-id*] [{description | storm-control | flowcontrol | capabilities | status}] | vlan *1-4094* | port-channel *1-65535* | tunnel *0-128* }] | ARISTANDCA13363443 |
| show interfaces flowcontrol | show interfaces [{[*interface-type interface-id*] [{description | storm-control | flowcontrol | capabilities | status}] | vlan *1-4094* | port-channel *1-65535* | tunnel *0-128* }] | ARISTANDCA13363443 |
| show interfaces status | show interfaces [{[*interface-type interface-id*] [{description | storm-control | flowcontrol | capabilities | status}] | vlan *1-4094* | port-channel *1-65535* | tunnel *0-128* }] | ARISTANDCA13363443 |
| show inventory | (shown as example in manual) show inventory | ARISTANDCA13363036 |
| show ip access-lists | show ip access-lists <accesslistnumber> | ARISTANDCA13363036 |
| show ip arp | show ip arp [{Vlan *1-4094* | interface-type interface-id | ip-address | mac-address | summary | information}] | ARISTANDCA13363443 |
| show ip igmp snooping | show ip igmp snooping [Vlan *vlan-id*] [switch *switch-name*] | ARISTANDCA13363443 |
| show ip igmp snooping groups | show ip igmp snooping groups [Vlan *vlan-id* [Group *address*]] [switch *switch-name*] | ARISTANDCA13363443 |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter [Vlan *vlan-index*] [redundancy] [detail] [switch *switch-name*] | ARISTANDCA13363443 |
| show ip interface | show ip interface [Vlan *1-4094*] [*interface-type interface-id*] [loopback *0-100*] | ARISTANDCA13363443 |
| show ip interface brief | show ip interface brief | ARISTANDCA13363036 |
| show ip ospf | show ip ospf | ARISTANDCA13363036 |
| show ip ospf interface | show ip ospf interface <slot/port> | ARISTANDCA13363036 |
| show ip ospf neighbor | show ip ospf neighbor <ipaddr> <slot/port> | ARISTANDCA13363036 |
| show ip route | show ip route | ARISTANDCA13363036 |
| show ip route summary | show ip route [ {*ip-address mask* | connected | ospf | rip | static | summary}] | ARISTANDCA13363443 |
| show lacp counters | show lacp [*port-channel_1-65535*] {counters | neighbor [detail]} | ARISTANDCA13363443 |
| show lacp neighbor | show lacp [*port-channel_1-65535*] {counters | neighbor [detail]} | ARISTANDCA13363443 |
| show lldp | show lldp | ARISTANDCA13363443 |
| show lldp neighbors | show lldp neighbors [chassis-id *string_255* port-id *string_255*] [*interface-type interface-id*] [detail] | ARISTANDCA13363443 |
| show lldp traffic | show lldp traffic [*iftype ifnum*] | ARISTANDCA13363443 |
| show mac-address-table | show mac-address-table [vlan *1-4094*] [address *aa:aa:aa:aa:aa:aa*] [interface *interface-type interface-id*] | ARISTANDCA13363443 |
| show mac-address-table aging time | show mac-address-table aging-time [switch *switch-or-context-name*] | ARISTANDCA13363443 |
| show mac-address-table count | show mac-address-table count [vlan *1-4094*] [switch *switch-or-context-name*] | ARISTANDCA13363443 |
| show monitor session | show monitor [session *1-10*] [detail] | ARISTANDCA13363443 |
| show policy-map interface | show policy-map interface <slot/port> <in | out> | ARISTANDCA13363036 |
| show privilege | show privilege | ARISTANDCA13363443 |
| show radius | show radius [servers] // show radius accounting [statistics <ipaddr>] | ARISTANDCA13363036 |
| show route-map | show route-map [name *1-20*] | ARISTANDCA13363443 |
| show snmp | show snmp | ARISTANDCA13363443 |
| show snmp community | show snmp community | ARISTANDCA13363443 |
| show snmp engineID | show snmp engineID | ARISTANDCA13363443 |
| show snmp group | show snmp group // show snmp group access | ARISTANDCA13363443 |
| show snmp user | show snmp user | ARISTANDCA13363443 |
| show spanning-tree | show spanning-tree [{summary | blockedports | pathcost method}] [switch *context-name*] | ARISTANDCA13363443 |
| show spanning-tree blockedports | show spanning-tree [{summary | blockedports | pathcost method}] [switch *context-name*] | ARISTANDCA13363443 |
| show spanning-tree bridge | show spanning-tree bridge [{address | forward-time | hello-time | id | max-age | protocol | priority | detail}] [switch *context-name*] | ARISTANDCA13363443 |
| show spanning-tree interface | show spanning-tree interface *interface-type interface-id* [{cost | priority | portfast | rootcost | restricted-role | restricted-tcn | state | stats | detail}] | ARISTANDCA13363443 |
| show spanning-tree mst | spanning-tree mst *instance-id_1-64* {cost *1-200000000* | port-priority *0-240* | disable} | ARISTANDCA13363443 |
| show spanning-tree mst configuration | show spanning-tree mst configuration [switch *context-name*] | ARISTANDCA13363443 |
| show spanning-tree root | show spanning-tree root [{address | cost | forward-time | id | max-age | port | priority | detail }] [switch *context-name*] | ARISTANDCA13363443 |
| show storm-control | show storm-control | ARISTANDCA13363036 |
| show track | show track [object-number] | ARISTANDCA13363036 |
| show users | show users | ARISTANDCA13363036 |
| show vlan | show vlan <vlanid> | ARISTANDCA13363036 |
| show vlan summary | show vlan [brief | id *vlan-range* | summary] [switch *context-name*] | ARISTANDCA13363443 |

# AMENDED APPENDIX H.SU - ORACLE/SUN Usage of Disputed CLI Commands

| | | |
|---|---|---|
| snmp-server community | snmp community index *CommunityIndex* name *CommunityName* security SecurityName [context *ContextName* ] [{volatile | nonvolatile}] [transporttag *TransportTagIdentifier* | *none* ] [contextengineid *ContextEngineID* ] | ARISTANDCA13363443 |
| snmp-server enable traps | snmp-server enable traps {[firewall-limit] [linkup] [linkdown] [coldstart]} //  snmp-server enable traps snmp authentication | ARISTANDCA13363443 |
| spanning-tree bpdufilter | spanning-tree bpdufilter {disable | enable} | ARISTANDCA13363443 |
| spanning-tree bpduguard | spanning-tree bpduguard {disable | enable} | ARISTANDCA13363443 |
| spanning-tree cost | spanning-tree {cost *0-200000000* | disable | link-type {point-to-point | shared} | portfast | port-priority *0-240* } | ARISTANDCA13363443 |
| spanning-tree guard | spanning-tree guard {root | none | loop} | ARISTANDCA13363443 |
| spanning-tree link-type | spanning-tree {cost *0-200000000* | disable | link-type {point-to-point | shared} | portfast | port-priority *0-240* } | ARISTANDCA13363443 |
| spanning-tree mode | spanning-tree mode {mst | rst} | ARISTANDCA13363443 |
| spanning-tree mst configuration | show spanning-tree mst configuration [switch *context-name* ] | ARISTANDCA13363443 |
| spanning-tree port-priority | spanning-tree {cost *0-200000000* | disable | link-type {point-to-point | shared} | portfast | port-priority *0-240* } | ARISTANDCA13363443 |
| spanning-tree transmit hold-count | spanning-tree transmit hold-count *1-10* | ARISTANDCA13363443 |
| spanning-tree vlan | spanning-tree vlan *1-4094* {forward-time *4-30* | hello-time *1-10* | max-age *6-40* | hold-count *1-10* | brg-priority *0-61440* | root {primary | secondary}} | ARISTANDCA13363443 |
| storm-control | storm-control {broadcast | multicast | dlf} level Mbps_1-10000 | ARISTANDCA13363443 |
| switchport access vlan | switchport access vlan *1-4094* | ARISTANDCA13363443 |
| switchport mode | switchport mode { access | trunk | hybrid | {dynamic {auto | desirable}}} | ARISTANDCA13363443 |

**Total of 120 command abstractions listed above.**