# EXHIBIT 60

# AMENDED APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | **Procket Networks CLI Commands (2003/2004)** |
|---|---|
| 1. | aaa accounting commands level default start-stop radius |
| 2. | aaa accounting commands level default stop-only radius |
| 3. | aaa accounting exec default start-stop none |
| 4. | aaa accounting exec default start-stop radius |
| 5. | aaa accounting exec default stop-only none |
| 6. | aaa accounting exec default stop-only radius |
| 7. | aaa accounting system default start-stop none |
| 8. | aaa accounting system default start-stop radius |
| 9. | aaa accounting system default stop-only none |
| 10. | aaa accounting system default stop-only radius |
| 11. | aaa authorization exec default local |
| 12. | aaa authorization exec default none |
| 13. | address ip-address |
| 14. | address-family ipv6 unicast |
| 15. | area area-id default-cost cost |
| 16. | area area-id stub |
| 17. | area area-id stub no-summary |
| 18. | area area-id virtual-link router-id |
| 19. | banner motd |
| 20. | clear bgp |
| 21. | clear bgp dampening |
| 22. | clear ipv6 icmp interface statistics |
| 23. | clear ipv6 neighbor |
| 24. | clear ipv6 traffic |
| 25. | clear ospfv3 neighbor neighbor-id |
| 26. | clear ospfv3 statistics |
| 27. | clear ospfv3 traffic |
| 28. | clock source |
| 29. | configure memory |
| 30. | configure terminal |
| 31. | dampening |
| 32. | databits 7 |
| 33. | databits 8 |
| 34. | dead-interval seconds |
| 35. | debug ipv6 icmp |
| 36. | debug ipv6 nd |
| 37. | debug ipv6 packet |
| 38. | debug ipv6 routing |
| 39. | debug lacp |
| 40. | debug lacp all |
| 41. | debug ospfv3 events |
| 42. | debug ospfv3 hello |
| 43. | debug ospfv3 lsa-generation |
| 44. | debug ospfv3 retransmission |
| 45. | default-information originate |

| | |
|---|---|
| 46. | default-information originate always |
| 47. | default-information originate metric metric-value |
| 48. | description text |
| 49. | disable |
| 50. | distance value |
| 51. | enable |
| 52. | enable level |
| 53. | hello-interval seconds |
| 54. | interface loopback number |
| 55. | ipv6 nd hop-limit hop-limit |
| 56. | ipv6 nd managed-config-flag |
| 57. | ipv6 nd other-config-flag |
| 58. | ipv6 nd ra-interval interval |
| 59. | ipv6 nd reachable-time time |
| 60. | ipv6 nd retrans-timer time |
| 61. | keepalive |
| 62. | line aux |
| 63. | line aux 0 |
| 64. | line console |
| 65. | line console 0 |
| 66. | line vty |
| 67. | load-interval seconds |
| 68. | log-adjacency-changes |
| 69. | log-adjacency-changes detail |
| 70. | logging console |
| 71. | logging monitor |
| 72. | logging source-interface interface |
| 73. | loopback line |
| 74. | match tag tag-value |
| 75. | mode |
| 76. | mtu bytes |
| 77. | no aaa accounting commands level default start-stop radius |
| 78. | no aaa accounting commands level default stop-only radius |
| 79. | no aaa accounting exec default start-stop radius |
| 80. | no aaa accounting exec default stop-only radius |
| 81. | no aaa accounting system default start-stop radius |
| 82. | no aaa accounting system default stop-only radius |
| 83. | no address ip-address |
| 84. | no address-family ipv6 unicast |
| 85. | no area area-id default-cost cost |
| 86. | no area area-id stub |
| 87. | no area area-id stub no-summary |
| 88. | no area area-id virtual-link router-id |
| 89. | no banner motd |
| 90. | no dampening |
| 91. | no debug ipv6 icmp |
| 92. | no debug ipv6 nd |

Case 5:14-cv-05344-BLF   Document 381-60   Filed 07/14/16   Page 4 of 8

**AMENDED APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)**

| | |
|---|---|
| 93. | no debug ipv6 packet |
| 94. | no debug ipv6 routing |
| 95. | no debug lacp |
| 96. | no debug lacp all |
| 97. | no debug ospfv3 hello |
| 98. | no debug ospfv3 lsa-generation |
| 99. | no debug ospfv3 retransmission |
| 100. | no default-information originate |
| 101. | no default-information originate always |
| 102. | no default-information originate metric metric-value |
| 103. | no description text |
| 104. | no disable |
| 105. | no enable |
| 106. | no interface loopback number |
| 107. | no ipv6 address |
| 108. | no ipv6 nd hop-limit |
| 109. | no ipv6 nd hop-limit hop-limit |
| 110. | no ipv6 nd managed-config-flag |
| 111. | no ipv6 nd mtu |
| 112. | no ipv6 nd ns-interval |
| 113. | no ipv6 nd other-config-flag |
| 114. | no ipv6 nd ra-interval |
| 115. | no ipv6 nd ra-interval interval |
| 116. | no ipv6 nd reachable-time |
| 117. | no ipv6 nd reachable-time time |
| 118. | no ipv6 nd retrans-timer |
| 119. | no ipv6 nd retrans-timer time |
| 120. | no load-interval seconds |
| 121. | no log-adjacency-changes |
| 122. | no log-adjacency-changes detail |
| 123. | no logging console |
| 124. | no logging monitor |
| 125. | no logging source-interface interface |
| 126. | no match tag tag-value |
| 127. | no mode |
| 128. | no ntp server ip-address |
| 129. | no ntp server ip-address prefer |
| 130. | no ntp source |
| 131. | no ospfv3 dead-interval seconds |
| 132. | no ospfv3 hello-interval seconds |
| 133. | no ospfv3 network broadcast |
| 134. | no ospfv3 network point-to-point |
| 135. | no ospfv3 retransmit-interval seconds |
| 136. | no ospfv3 transmit-delay seconds |
| 137. | no parity even |
| 138. | no parity none |
| 139. | no parity odd |

# AMENDED APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)

| | |
|---|---|
| 140. | no preempt |
| 141. | no service password-encryption |
| 142. | no set metric |
| 143. | no set tag tag-value |
| 144. | no shutdown |
| 145. | no snmp-server |
| 146. | no snmp-server enable traps |
| 147. | no snmp-server enable traps bgp |
| 148. | no snmp-server enable traps snmp |
| 149. | no snmp-server location location |
| 150. | no stopbits 1 |
| 151. | no stopbits 2 |
| 152. | no tunnel destination |
| 153. | no tunnel destination ip-address |
| 154. | no tunnel mode gre ip |
| 155. | no tunnel source |
| 156. | ntp server ip-address |
| 157. | ntp server ip-address prefer |
| 158. | ntp server ip-address version number |
| 159. | ntp server ip-address version number prefer |
| 160. | ospfv3 dead-interval seconds |
| 161. | ospfv3 hello-interval seconds |
| 162. | ospfv3 network broadcast |
| 163. | ospfv3 network point-to-point |
| 164. | ospfv3 retransmit-interval seconds |
| 165. | ospfv3 transmit-delay seconds |
| 166. | parity even |
| 167. | parity none |
| 168. | parity odd |
| 169. | ping |
| 170. | pos flag |
| 171. | preempt |
| 172. | radius-server retransmit retries |
| 173. | radius-server timeout seconds |
| 174. | reload |
| 175. | service password-encryption |
| 176. | set metric metric-value |
| 177. | set tag tag-value |
| 178. | show bgp ipv6 |
| 179. | show bgp ipv6 unicast |
| 180. | show clock |
| 181. | show environment |
| 182. | show environment fan |
| 183. | show environment power |
| 184. | show hardware |
| 185. | show hosts |
| 186. | show interface |

Case 5:14-cv-05344-BLF   Document 381-60   Filed 07/14/16   Page 6 of 8

**AMENDED APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)**

| | |
|---|---|
| 187. | show interface dampening |
| 188. | show inventory |
| 189. | show ipv6 client |
| 190. | show ipv6 fragments |
| 191. | show ipv6 interface |
| 192. | show ipv6 interface brief |
| 193. | show ipv6 mroute |
| 194. | show ipv6 mroute group |
| 195. | show ipv6 mroute group source |
| 196. | show ipv6 mroute group summary |
| 197. | show ipv6 mroute source group |
| 198. | show ipv6 nd interface |
| 199. | show ipv6 neighbor |
| 200. | show ipv6 neighbor interface |
| 201. | show ipv6 ospfv3 policy statistics redistribute direct |
| 202. | show ipv6 ospfv3 policy statistics redistribute static |
| 203. | show ipv6 rip |
| 204. | show ipv6 route |
| 205. | show ipv6 route protocol |
| 206. | show ipv6 route summary |
| 207. | show ipv6 static-route |
| 208. | show ipv6 traffic |
| 209. | show isis ipv6 summary-address |
| 210. | show line |
| 211. | show line console |
| 212. | show logging |
| 213. | show monitor |
| 214. | show ntp associations |
| 215. | show ntp associations detail |
| 216. | show ntp status |
| 217. | show ospfv3 |
| 218. | show ospfv3 neighbors |
| 219. | show ospfv3 neighbors detail |
| 220. | show ospfv3 neighbors summary |
| 221. | show radius |
| 222. | show running-configuration |
| 223. | show snmp |
| 224. | show tacacs |
| 225. | show tcp statistics |
| 226. | show tech-support |
| 227. | show terminal |
| 228. | show users |
| 229. | show version |
| 230. | shutdown |
| 231. | snmp-server enable traps |
| 232. | snmp-server enable traps bgp |
| 233. | snmp-server enable traps snmp |

**AMENDED APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)**

| 234. | snmp-server location location |
|---|---|
| 235. | speed |
| 236. | ssh |
| 237. | stopbits 1 |
| 238. | stopbits 2 |
| 239. | tacacs-server timeout seconds |
| 240. | terminal length lines |
| 241. | timers lsa-group-pacing seconds |
| 242. | transmit-delay seconds |
| 243. | tunnel mode gre ip |
| 244. | write memory |

In addition to the above Procket Networks CLI commands that overlap with Cisco CLI commands, the following Procket Networks command abstractions, which are not covered in the above list, also overlap with Cisco command abstractions. The overlapping command abstractions were disclosed in Appendix H.PR in with my Opening Report:

| 245. | aaa authentication login |
|---|---|
| 246. | area range |
| 247. | banner login |
| 248. | clear counters |
| 249. | clear ip bgp |
| 250. | clock timezone |
| 251. | enable secret |
| 252. | interface ethernet |
| 253. | ip access-group |
| 254. | ip address |
| 255. | ip host |
| 256. | ip name-server |
| 257. | ip ospf message-digest-key |
| 258. | ip pim rp-address |
| 259. | ip pim sparse-mode |
| 260. | ip radius source-interface |
| 261. | ip route |
| 262. | ip tacacs source-interface |
| 263. | ipv6 access-group |
| 264. | ipv6 address |
| 265. | ipv6 host |
| 266. | ipv6 neighbor |
| 267. | ipv6 route |
| 268. | is-type |
| 269. | logging host |
| 270. | maximum-paths |
| 271. | neighbor remote-as |
| 272. | ntp authenticate |
| 273. | ntp authentication-key |

**AMENDED APPENDIX J.3 - Procket Networks vs. Cisco Command Overlap (2003/2004)**

| | |
|---|---|
| 274. | ntp source |
| 275. | ntp trusted-key |
| 276. | radius-server host |
| 277. | router bgp |
| 278. | router isis |
| 279. | router ospf |
| 280. | router rip |
| 281. | router-id |
| 282. | router-id (OSPFv3) |
| 283. | show environment temperature |
| 284. | show ip arp |
| 285. | show ip bgp |
| 286. | show ip bgp community |
| 287. | show ip bgp neighbors |
| 288. | show ip bgp summary |
| 289. | show ip interface |
| 290. | show ip interface brief |
| 291. | show ip ospf |
| 292. | show ip ospf border-routers |
| 293. | show ip ospf interface |
| 294. | show ip ospf request-list |
| 295. | show ip route |
| 296. | show ipv6 bgp |
| 297. | show ipv6 bgp neighbors |
| 298. | show ipv6 bgp summary |
| 299. | show isis database |
| 300. | show isis interface |
| 301. | show privilege |
| 302. | snmp-server community |
| 303. | snmp-server contact |
| 304. | snmp-server host |
| 305. | tacacs-server host |
| 306. | tacacs-server key |
| 307. | terminal monitor |