# EXHIBIT 63

# APPENDIX L.2 - Vendor Hierarchy Usage with Modes

| Command Hierarchy | # Vendors Supporting | ADTRAN | Command Mode | Alcatel/ALU | Command Mode | Allied Telesis | Command Mode |
|---|---|---|---|---|---|---|---|
| aaa | 13 | ✓ | Global Configuration Mode [ARISTANDCA13178601] Page 1081 | ✓ | Global Configuration Mode [ARISTANDCA13187525] Page 292 | ✓ | Global Configuration Mode [ARISTANDCA13185473] Page 298 |
| bgp | 8 | ✓ | BGP Router Mode [ARISTANDCA13178601] Page 3829 | | | | |
| clear | 18 | ✓ | Enable Mode [ARISTANDCA13178601] Page 102 | ✓ | User EXEC Mode / Privileged EXEC Mode [ARISTANDCA13187525] Page 414 / 349 | ✓ | Privileged EXEC Mode / User EXEC Mode [ARISTANDCA13185473] Page 58 / 107 |
| dot1x | 13 | | | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13187525] Page 292 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13185473] Page 367 / 367 / 369 |
| ip | 18 | ✓ | BGP Router Mode / Global Configuration Mode / Enable Mode / Interface Configuration Mode [ARISTANDCA13178601] Page 35 / 4179 / 458 / 2066 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13187525] Page 322 / 440 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13185473] Page 24 / 135 / 97 |
| ipv6 | 17 | ✓ | Global Configuration Mode / Enable Mode / Interface Configuration Mode [ARISTANDCA13178601] Page 4139 / 460 / 2112 | ✓ | ipv6 CLI Commands [ARISTANDCA13189829] Page 932  NO MODE SPECIFIED | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13185473] Page 29 / 145 |
| neighbor | 14 | ✓ | BGP Router Mode / BGP Address Family Mode [ARISTANDCA13178601] Page 3841 / 3851 | | | | |
| show | 18 | ✓ | Enable Mode / Basic Mode [ARISTANDCA13178601] Page 15 / 62 | ✓ | Global Configuration Mode / User EXEC Mode / Privileged EXEC Mode [ARISTANDCA13187525] Page 528 / 494 / 279 | ✓ | Privileged EXEC Mode / User EXEC Mode [ARISTANDCA13185473] Page 37 / 81 |
| snmp-server | 17 | ✓ | Global Configuration Mode [ARISTANDCA13178601] Page 1085 | ✓ | Global Configuration Mode [ARISTANDCA13187525] Page 554 | ✓ | Global Configuration Mode [ARISTANDCA13185473] Page 245 |
| spanning-tree | 15 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13178601] Page 1085 / 2041 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC [ARISTANDCA13187525] Page 574 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13185473] Page 256 / 259 |
| vrrp | 8 | ✓ | Interface Configuration Mode [ARISTANDCA13178601] Page 2042 | ✓ | VRRP CLI Commands [ARISTANDCA13206391] Page 1852  NO MODE SPECIFIED | | |

## APPENDIX L.2 - Vendor Hierarchy Usage with Modes

| Avaya | Command Mode | Brocade | Command Mode | Dell (incl. Force10) | Command Mode | D-Link |
|---|---|---|---|---|---|---|
|  |  | ✓ | Global Configuration Mode [ARISTANDCA_BROCADE01742302] Page 47/48 | ✓ | Global Configuration Mode [DELL-ANETSUB00122116] Page 2 | ✓ |
| ✓ | BGP Routing Configuration Mode [ARISTANDCA_AVAYA00031076] Page 138 |  |  | ✓ | BGP Router Configuration Mode [DELL-ANETSUB00131695] Page 152/154 | ✓ |
| ✓ | Privileged EXEC Mode / Interface Configuration Mode / Global Configuration Mode [ARISTANDCA_AVAYA00084952] Page 53 / 41 / 44 | ✓ | Privileged EXEC Mode [ARISTANDCA_BROCADE01742302] Page 132 | ✓ | Privileged EXEC Mode [DELL-ANETSUB00122116] Page 25 | ✓ |
|  |  | ✓ | Interface Configuration Mode / Global Configuration Mode / Privileged EXEC Mode [ARISTANDCA_BROCADE01742302] Page 304 / 305 / 308 | ✓ | Global Configuration Mode / Interface Configuration Mode [DELL-ANETSUB00131695] Page 919 / 928 | ✓ |
| ✓ | Privileged EXEC Mode / Interface Configuration Mode / Global Configuration Mode [ARISTANDCA_AVAYA00084952] Page 14 | ✓ | Interface Configuration Mode / Controller Configuration Mode / RBridge ID configuration mode / Interface Subtype Configuration Mode [ARISTANDCA_BROCADE01742302] Page 427 / 428 / 431 / 435 | ✓ | Interface Configuration Mode / Global Configuration Mode [DELL-ANETSUB00122116] Page 90 / 6 | ✓ |
| ✓ | Interface Configuration Mode / Global Configuration Mode [ARISTANDCA_AVAYA00084952] Page 15 | ✓ | Interface Configuration Mode / Global Configuration Mode / RBridge ID configuration mode / Interface Subtype Configuration Mode [ARISTANDCA_BROCADE01742302] Page 495 / 497 / 499 / 490 | ✓ | Interface Configuration Mode / Global Configuration Mode [DELL-ANETSUB00131695] Page 482/343 | ✓ |
| ✓ | OSPF Routing Configuration Mode / BGP Routing Configuration Mode [ARISTANDCA_AVAYA00031076] Page 807 / 808 | ✓ | BGP configuration mode BGP address-family IPv4 unicast configuration mode BGP address-family IPv6 unicast configuration mode / OSPF VRF router configuration mode / [ARISTANDCA_BROCADE01742302] Page 653 / 655 / | ✓ | Router BGP Configuration Mode / IPv6 Address Family Configuration mode [DELL-ANETSUB00131695] Page 1162 / 1209 | ✓ |
| ✓ | User EXEC Mode / Privileged EXEC Mode / Global Configuration Mode [ARISTANDCA_AVAYA00084952] Page 63 / 54 / 589 | ✓ | Privileged EXEC Mode [ARISTANDCA_BROCADE01742302] Page 880 | ✓ | Privileged EXEC Mode [DELL-ANETSUB00122116] Page 7 | ✓ |
| ✓ | Global Configuration Mode [ARISTANDCA_AVAYA00084952] Page 1054 | ✓ | Global Configuration Mode [ARISTANDCA_BROCADE01742302] Page 1510 | ✓ | Global Config [DELL-ANETSUB00122116] Page 165 | ✓ |
| ✓ | Interface Configuration Mode / Global Configuration Mode [ARISTANDCA_AVAYA00084952] Page 33 | ✓ | Interface Subtype Configuration Mode [ARISTANDCA_BROCADE01742302] Page 1526 | ✓ | Global Configuration Mode / Interface Configuration Mode [DELL-ANETSUB00122116] Page 174 / 739 | ✓ |
|  |  |  |  | ✓ | Interface Configuration Mode [DELL-ANETSUB00131695] Page 1798 | ✓ |

## APPENDIX L.2 - Vendor Hierarchy Usage with Modes

| Command Mode | Edge-Core | Command Mode | Ericsson | Command Mode | Extreme Net. (incl. Enterasys) |
|---|---|---|---|---|---|
| Global Configuration Mode [DKS 00051254] Page 93 | ✓ | Global Configuration Mode [EC001178] Page 197 | | | ✓ |
| Router Configuration Mode [DKS 00051254] Page 147 | ✓ | Router Configuration Mode [EC004411] Page 1076 | | | ✓ |
| Privileged EXEC Mode [DKS 00051254] Page 29 | ✓ | Privileged EXEC Configuration Mode [EC001178] Page 125 | ✓ | Privileged EXEC Mode [ARISTANDCA13256136] Page 748 | ✓ |
| Interface Configuration Mode / Privileged EXEC Mode / Global Configuration Mode [ARISTANDCA13251549] Page 30 / 31 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [EC001178] Page 220 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13256136] Page 674/675 | ✓ |
| Interface Configuration Mode / Global Configuration Mode [DKS 00051254] Page 121 / 580 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [EC001178] Page 205 / 277 / 279 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13256136] Page 1018/1016 | ✓ |
| Interface Configuration Mode / Global Configuration Mode [DKS 00051254] Page 129 / 50 | ✓ | Global Configuration Mode / Interface Configuration Mode [EC001178] Page 281 / 285 | | | ✓ |
| Router Configuration Mode / Address Family Configuration Mode (IPv4 unicast, VPNv4 and VRF) [DKS 00051254] Page 173 | ✓ | RIP Router Configuration Mode / BGP Router Configuration Mode [EC004411] Page 971 / 1095 | ✓ | Router Configuration Mode [ARISTANDCA13256136] Page 1040 | ✓ |
| User EXEC or Any Configuration Mode [DKS 00051254] Page 25 | ✓ | Normal EXEC Mode / Privileged EXEC Mode [EC001178] Page 74 | ✓ | Normal EXEC Mode, Privileged EXEC Mode [ARISTANDCA13256136] Page 961 | ✓ |
| Global Configuration Mode [DKS 00051254] Page 236 | ✓ | Global Configuration Mode / Interface Configuration Mode [EC001178] Page 153 / 401 | ✓ | Global Configuration Mode [ARISTANDCA13256136] Page 613/614 | ✓ |
| Global Configuration Mode / Interface Configuration Mode [DKS 00051254] Page 253 / 741 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [EC001178] Page 426 / 447 / 450 | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13256136] Page 796 / 810 / 820 | ✓ |
| Interface Configuration Mode [DKS 00051254] Page 1554 | ✓ | Interface Configuration Mode [EC001178] Page 948 | ✓ | Interface Configuration Mode [ARISTANDCA13256136] Page 1000 | ✓ |

## APPENDIX L.2 - Vendor Hierarchy Usage with Modes

| Command Mode | Foundry Networks | Command Mode | HP | Command Mode | ISCLI (Lenovo, IBM, BNT) |
|---|---|---|---|---|---|
| Global Configuration Mode [EXNET-ARISTA0054421] Page 24 | ✓ | Global Configuration Mode [ARISTANDCA_BROCADE313978] Page 37 | ✓ | Global Configuration Mode [HPE93160]  Page 202 | |
| Global BGP Configuration Mode [EXNET-ARISTA0034418] Page 27-2 | | | ✓ | BGP Routing Configuration Mode [HPE93160]  Page 706 | |
| User EXEC Mode / Privileged EXEC Mode [EXNET-ARISTA0054421] Page 24 | ✓ | Privileged EXEC Mode / Global Configuration Mode / Interface Configuration Mode [ARISTANDCA_BROCADE313978] Page 34 / 38 / 46 | ✓ | Enable Command Mode [HPE93160] Page 22 | ✓ |
| Interface Configuration Mode [EXNET-ARISTA0057033] Page 528 | ✓ | Privileged EXEC Mode / Global Configuration Mode / Interface Configuration Mode [ARISTANDCA_BROCADE00012094] Page 34 / 37 / 46 | ✓ | Global Configuration Mode / Interface Configuration Mode [NoBatesHP002]  2005.05 - 9408sl-9300m-CLI-Jun2005-59906031.pdf Page 207 / 152 | ✓ |
| Global Configuration Mode / Interface Configuration Mode [EXNET-ARISTA0054421] Page 25 / 379 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA_BROCADE313978] Page 39 / 46 | ✓ | Global Configuration Mode / Interface Configuration Mode ARISTANDCA00270741  Page 253 / 454 | ✓ |
| Global IPv6 Configuration Mode / Interface IPv6 Configuration Mode [EXNET-ARISTA0034418] Page 44-3 / 44-13 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA_BROCADE00012094] Page 40 / 48 | ✓ | Global Configuration Mode / interface Configuration Mode [NoBatesHP002]  2005.05 - 9408sl-9300m-CLI-Jun2005-59906031.pdf Page 265 / 388 | ✓ |
| OSPF Routing Mode [EXNET-ARISTA0047042] Page 771 | ✓ | Router Configuration Mode (RIP Level) / (BGP) / Global BGP and BGPv4 Unicast Address Level / Address Family Configuration Mode / IPv6 BGP [ARISTANDCA_BROCADE00012094] Page 52 / 57-59 | ✓ | BGP Router Configuration Mode [HPE48032] Page 313-314 | ✓ |
| User EXEC Mode / Privileged EXEC Mode / Global Config Mode / Interface Configuration Mode [EXNET-ARISTA0054421] Page 24/25/25/379 | ✓ | User EXEC Mode / Privileged EXEC Mode / Global Configuration Mode / Interface Configuration Mode [ARISTANDCA_BROCADE313978] Page 33-34 / 44 / 47 | ✓ | Basic Command Mode / Enable Command Mode [HPE93160] Page 15 | ✓ |
| Global Configuration Mode [EXNET-ARISTA0054421] Page 25 | ✓ | Global Configuration Mode [ARISTANDCA_BROCADE313978] Page 44 | ✓ | Global Configuration Mode [HPE93160] Page 334 | ✓ |
| Global Configuration Mode / Interface Configuration Mode [EXNET-ARISTA0054421] Page 25 / 379 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA_BROCADE313978] Page 44 / 47 | ✓ | Global Configuration Mode / Interface Configuration Mode [HPE93160] Page 346 / 478 | ✓ |
| Virtual Server Configuration Mode / Interface Configuration Mode [EXNET-ARISTA0047042]  Page 719 / 806 | | | | | |

## APPENDIX L.2 - Vendor Hierarchy Usage with Modes

| Command Mode | Juniper JUNOSe | Command Mode | NETGEAR | Command Mode | NextHop Techs. |
|---|---|---|---|---|---|
| | ✓ | Global Configuration Mode [ARISTANDCA13290090] 2003.05 Juniper ERX Edge Routers Command Reference Guide (A-M).pdf Page 19 | ✓ | Global Configuration Mode [ARISTANDCA13350585] Page 649 | |
| | ✓ | Router Configuration Mode / Address Family Configuration Mode [ARISTANDCA13290090] 2003.05 - Juniper ERX Edge Routers Command Reference Guide (A-M).pdf Page 89 / 93 | | | ✓ |
| Privileged EXEC Mode / Global Configuration Mode [LENOVO-ARISTA000001] Page 543 | ✓ | Privileged EXEC Mode / User EXEC Mode [ARISTANDCA13290090] 2003.05 - Juniper ERX Edge Routers Command Reference Guide (A-M).pdf Page 116 / 121 | ✓ | Privileged EXEC Mode / User EXEC Mode / Global Configuration Mode [ARISTANDCA13350585] Page 542 / 137 / 82 | ✓ |
| Global Configuration Mode / Interface Configuration Mode [LENOVO-ARISTA000001] Page 337 / 340 | | | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13350585]  Page 78/76/76 | |
| Global Configuration Mode / Interface Configuration Mode [LENOVO-ARISTA000001] Page 272 / 380 | ✓ | Interface Configuration Mode / Profile Configuration Mode / Global Configuration Mode [ARISTANDCA13290090] 2003.05 Juniper ERX Edge Routers Command Reference Guide (A-M).pdf Page 203 /203 / 204 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13350585]  Page 132 | ✓ |
| Global Configuration Mode / Interface Configuration Mode [LENOVO-ARISTA000001] Page 378 / 380 | ✓ | Interface Configuration Mode / Global Configuration Mode [ARISTANDCA13290090] 2003.05 - Juniper ERX Edge Routers Command Reference Guide (A-M).pdf Page 260 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13350585]  Page 354 / 355 | ✓ |
| BGP Router Mode / OSPFv3 Router Mode [LENOVO-ARISTA000001]  Page 407/457 | ✓ | Router Configuration Mode / Address Family Configuration Mode [ARISTANDCA13290444] 2003.05 - Juniper ERX Edge Routers Command Reference Guide (N-Z).pdf  Page 19 / 20 | | | ✓ |
| User EXEC Mode / Privileged EXEC Mode / Global Configuration Mode [LENOVO-ARISTA000001] Page 31 | ✓ | Privileged EXEC Mode / User EXEC Mode [ARISTANDCA13290444] 2003.05 - Juniper ERX Edge Routers Command Reference Guide (N-Z).pdf Page 143 / 147 | ✓ | Privileged EXEC Mode / User EXEC Mode / Global Configuration Mode [ARISTANDCA13350585] Page 167 / 38 / 116 | ✓ |
| Global Configuration Mode [LENOVO-ARISTA000001] Page 279 | ✓ | Global Configuration Mode [ARISTANDCA13290444] 2003.05 Juniper ERX Edge Routers Command Reference Guide (N-Z).pdf Page 270 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13350585]  Page 660 / 662 | |
| Global Configuration Mode / Interface Configuration Mode [LENOVO-ARISTA000001] Page 336 / 307 | | | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13350585]  Page 28 | |

## APPENDIX L.2 - Vendor Hierarchy Usage with Modes

| Command Mode | Procket Networks | Command Mode | Sun/Oracle | Command Mode |
|---|---|---|---|---|
|  | ✓ | Privileged Configuration Command Mode [ARISTANDCA13357279] Page 289 |  |  |
| BGP Router Configuration Mode [ARISTANDCA13352468] Page 203 |  |  |  |  |
| User EXEC Mode / Privileged EXEC Mode [ARISTANDCA13352468] Page 152 / 153 | ✓ | Privileged Operations Command Mode [ARISTANDCA13357279] Page 183 | ✓ | Global Configuration Mode / Privileged EXEC Mode [ARISTANDCA13363443] Page 110 /114 |
|  |  |  | ✓ | Global Configuration Mode / Interface Configuration Mode / Privileged EXEC Mode [ARISTANDCA13363036] Page 150/150/151 |
| Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13352468] Page 67 / 154 | ✓ | Privileged Configuration Command Mode / Privileged Interface Configuration Mode [ARISTANDCA13357279] Page 289 / 378 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13363443] Page 50 / 51 |
| Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13352468] Page 172 / 157 | ✓ | Privileged Configuration Command Mode / Privileged Interface Configuration Mode [ARISTANDCA13357095] Page 37 / 36 | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13363443] Page 254 / 581 |
| BGP Router Configuration Mode / Address Family Configuration Mode [ARISTANDCA13352468] Page 252 / 250 | ✓ | Privileged Router Mode [ARISTANDCA13357095] Page 166 |  |  |
| User EXEC Mode / Privileged EXEC Mode / Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13352468] Page 82 | ✓ | Non-Privileged Operations Command Mode / Privileged Operations Command Mode [ARISTANDCA13357279] Page 37 / 38 | ✓ | Privileged EXEC Mode / User EXEC Mode [ARISTANDCA13363443] Page 52 / 598 |
|  | ✓ | Privileged Configuration Command Mode [ARISTANDCA13357279] Page 490 | ✓ | Global Configuration Mode [ARISTANDCA13363443] Page 455 |
|  |  |  | ✓ | Global Configuration Mode / Interface Configuration Mode [ARISTANDCA13363443] Page 97 / 105 |