# EXHIBIT 64

|  | * | Cisco Command Expression in Prof. Almeroth's Exhibit Copying-2 | Cisco Command Expression in 8th Supplemental Exhibit F to Cisco's Interrogatory Responses | Date of Earliest Known Document (Exh. F to Cisco's Discovery Responses) |
|---|---|---|---|---|
| 1. | 205. | isis passive interface | isis passive-interface | 11/7/2012 |
| 2. | 268. | priority1 | priority-flow-control mode | 11/7/2012 |
| 3. | 365. | show ip route tag | show ip route tag | 8/24/2011 |
| 4. | 287. | router-id (OSPFv3) | router-id (OSPFv3) | 7/25/2011 |
| 5. | 362. | show ip rip neighbors | show ip rip neighbors | 8/27/2010 |
| 6. | 88. | ip dhcp smart-relay global | ip dhcp smart-relay global | 5/12/2010 |
| 7. | 212. | link state track | link state track | 3/18/2010 |
| 8. | 364. | show ip route summary | show ip route summary | 3/5/2010 |
| 9. | 150. | ip pim bfd-instance | ip pim bfd-instance | 3/1/2010 |
| 10. | 149. | ip pim bfd | ip pim bfd | 11/11/2009 |
| 11. | 410. | show ptp time-property | show ptp time-property | 10/12/2009 |
| 12. | 271. | private-vlan | ptp domain | 7/23/2009 |
| 13. | 502. | vrrp delay reload | vrrp delay reload | 7/8/2009 |
| 14. | 425. | show snmp source-interface | show snmp source- interface | 12/1/2008 |
| 15. | 272. | private-vlan mapping | ptp priority1 | 6/25/2008 |
| 16. | 273. | ptp domain | ptp priority2 | 6/25/2008 |
| 17. | 274. | ptp sync interval | ptp sync interval | 6/25/2008 |
| 18. | 408. | show ptp clock | show ptp clock | 6/25/2008 |
| 19. | 409. | show ptp parent | show ptp parent | 6/25/2008 |
| 20. | 39. | clear ip arp | clear ip arp | 4/21/2008 |
| 21. | 305. | show hostname | show hostname | 4/21/2008 |
| 22. | 110. | ip igmp startup-query- interval | ip igmp startup-query- count | 2/11/2008 |
| 23. | 111. | ip igmp startup-query-count | ip igmp startup-query- interval | 2/11/2008 |
| 24. | 426. | show snmp trap | show snmp trap | 1/24/2008 |
| 25. | 288. | routing-context vrf | routing-context vrf | 1/14/2008 |
| 26. | 401. | show policy-map interface control-plane | show policy-map interface control-plane | 1/8/2008 |
| 27. | 302. | show environment power | show environment power | 12/18/2007 |
| 28. | 403. | show port-channel traffic | show port-channel traffic | 12/4/2007 |
| 29. | 385. | show lacp interface | show lacp interface | 10/30/2007 |
| 30. | 463. | spanning-tree bridge assurance | spanning-tree bridge assurance | 10/16/2007 |
| 31. | 343. | show ip msdp mesh-group | show ip msdp mesh-group | 10/14/2007 |
| 32. | 36. | class-map type control-plane | class-map type control- plane | 9/24/2007 |
| 33. | 264. | policy-map type control- plane | policy-map type control- plane | 9/24/2007 |
| 34. | 402. | show port-channel summary | show port-channel summary | 9/5/2007 |
| 35. | 414. | show role | show role | 8/24/2007 |
| 36. | 440. | show user-account | show user-account | 7/16/2007 |
| 37. | 204. | isis passive | isis passive | 3/26/2007 |
| 38. | 31. | bgp listen limit | bgp listen limit | 2/12/2007 |
| 39. | 391. | show mac access-list | show mac access-lists | 1/17/2007 |
| 40. | 265. | policy-map type qos | policy-map type qos | 1/4/2007 |
| 41. | 430. | show spanning-tree blockedports | show spanning-tree blockedports | 12/11/2006 |
| 42. | 431. | show spanning-tree bridge | show spanning-tree bridge | 12/11/2006 |
| 43. | 177. | ipv6 access-group | ipv6 access-group | 11/20/2006 |
| 44. | 411. | show radius | show radius | 11/14/2006 |
| 45. | 146. | ip ospf shutdown | ip ospf shutdown | 9/19/2006 |
| 46. | 226. | mac access-list | mac access-list | 5/16/2006 |
| 47. | 2. | aaa accounting dot1x | aaa accounting dot1x | 3/29/2006 |
| 48. | 214. | lldp receive | lldp receive | 2/1/2006 |
| 49. | 219. | lldp transmit | lldp transmit | 2/1/2006 |
| 50. | 367. | show ipv6 bgp | show ipv6 bgp | 12/22/2005 |
| 51. | 48. | clear lldp counters | clear lldp counters | 11/16/2005 |
| 52. | 49. | clear lldp table | clear lldp table | 11/16/2005 |
| 53. | 213. | lldp holdtime | lldp holdtime | 11/16/2005 |
| 54. | 215. | lldp reinit | lldp reinit | 11/16/2005 |
| 55. | 216. | lldp run | lldp run | 11/16/2005 |
| 56. | 217. | lldp timer | lldp timer | 11/16/2005 |
| 57. | 218. | lldp tlv-select | lldp tlv-select | 11/16/2005 |
| 58. | 388. | show lldp | show lldp | 11/16/2005 |
| 59. | 389. | show lldp neighbors | show lldp neighbors | 11/16/2005 |
| 60. | 390. | show lldp traffic | show lldp traffic | 11/16/2005 |
| 61. | 13. | area nssa | area nssa (OSPFv3) | 11/7/2005 |
| 62. | 15. | area nssa default- information- originate | area nssa default- information-originate (OSPFv3) | 11/7/2005 |
| 63. | 20. | area range | area range (OSPFv3) | 11/7/2005 |
| 64. | 22. | area stub | area stub (OSPFv3) | 11/7/2005 |
| 65. | 436. | show spanning-tree root | show spanning-tree root | 11/2/2005 |
| 66. | 209. | lacp rate | lacp rate | 10/18/2005 |
| 67. | 314. | show interfaces switchport backup | show interfaces switchport backup | 8/23/2005 |
| 68. | 298. | show dot1x all summary | show dot1x all summary | 8/4/2005 |
| 69. | 237. | neighbor fall-over bfd | neighbor fall-over bfd | 6/10/2005 |
| 70. | 119. | ip msdp group-limit | ip msdp group-limit | 4/29/2005 |
| 71. | 148. | ip pim anycast-rp | ip pim anycast-rp | 4/29/2005 |
| 72. | 368. | show ipv6 bgp community | show ipv6 bgp community | 4/29/2005 |
| 73. | 369. | show ipv6 bgp neighbors | show ipv6 bgp neighbors | 4/29/2005 |
| 74. | 370. | show ipv6 bgp summary | show ipv6 bgp summary | 4/29/2005 |
| 75. | 382. | show isis interface | show isis interface | 4/29/2005 |
| 76. | 476. | statistics per-entry | statistics per-entry | 4/29/2005 |
| 77. | 497. | username sshkey | username sshkey | 4/29/2005 |
| 78. | 473. | spanning-tree transmit hold- count | spanning-tree transmit hold-count | 2/18/2005 |

| # | ID | Command | Command | Date |
|---|---|---|---|---|
| 79. | 184. | ipv6 nd ra suppress | ipv6 nd ra suppress | 11/4/2004 |
| 80. | 211. | link state group | link state group | 10/29/2004 |
| 81. | 387. | show link state group | show link state group | 10/29/2004 |
| 82. | 300. | show environment all | show environment all | 10/7/2004 |
| 83. | 446. | show vrf | show vrf | 8/31/2004 |
| 84. | 499. | vrf definition | vrf definition | 8/31/2004 |
| 85. | 500. | vrf forwarding | vrf forwarding | 8/31/2004 |
| 86. | 154. | ip pim log-neighbor-changes | ip pim log-neighbor- changes | 8/9/2004 |
| 87. | 458. | snmp-server source-interface | snmp-server source- interface | 8/3/2004 |
| 88. | 267. | port-channel min-links | port-channel min-links | 7/23/2004 |
| 89. | 61. | dot1x max-reauth-req | dot1x max-reauth-req | 6/30/2004 |
| 90. | 26. | bfd all-interfaces | bfd all-interfaces | 5/26/2004 |
| 91. | 186. | ipv6 nd router-preference | ipv6 nd router-preference | 5/12/2004 |
| 92. | 137. | ip ospf bfd | ip ospf bfd | 5/1/2004 |
| 93. | 479. | switchport backup interface | switchport backup interface | 4/7/2004 |
| 94. | 508. | vrrp shutdown | vrrp shutdown | 3/5/2004 |
| 95. | 174. | ipv6 dhcp relay destination | ipv6 dhcp relay destination | 2/19/2004 |
| 96. | 251. | neighbor transport connection- mode | neighbor transport connection-mode | 2/19/2004 |
| 97. | 62. | dot1x pae authenticator | dot1x pae authenticator | 2/3/2004 |
| 98. | 294. | show bfd neighbors | show bfd neighbors | 12/22/2003 |
| 99. | 165. | ip protocol | ip protocol | 8/26/2003 |
| 100. | 335. | show ip igmp snooping groups | show ip igmp snooping groups | 8/18/2003 |
| 101. | 315. | show interfaces transceiver | show interfaces transceiver | 7/30/2003 |
| 102. | 71. | errdisable detect cause link- flap | errdisable detect cause link-flap | 4/14/2003 |
| 103. | 345. | show ip msdp rpf-peer | show ip msdp rpf-peer | 4/11/2003 |
| 104. | 17. | area nssa translate type7 always | area nssa translate type7 always | 3/17/2003 |
| 105. | 18. | area nssa translate type7 always | area nssa translate type7 always (OSPFv3) | 3/17/2003 |
| 106. | 337. | show ip igmp snooping querier | show ip igmp snooping querier | 2/27/2003 |
| 107. | 486. | switchport vlan mapping | switchport vlan mapping | 2/6/2003 |
| 108. | 399. | show policy-map control-plane | show policy-map control- plane | 12/16/2002 |
| 109. | 494. | timers lsa arrival | timers lsa arrival | 12/11/2002 |
| 110. | 495. | timers throttle lsa all | timers throttle lsa all | 12/11/2002 |
| 111. | 340. | show ip mfib | show ip mfib | 12/9/2002 |
| 112. | 317. | show inventory | show inventory | 12/4/2002 |
| 113. | 98. | ip http client source-interface | ip http client source- interface | 11/4/2002 |
| 114. | 47. | clear ipv6 ospf force-spf | clear ipv6 ospf force-spf | 10/9/2002 |
| 115. | 54. | control-plane | control-plane | 9/18/2002 |
| 116. | 301. | show environment cooling | show environment cooling | 6/28/2002 |
| 117. | 331. | show ip helper-address | show ip helper-address | 6/28/2002 |
| 118. | 498. | vlan internal allocation policy | vlan internal allocation policy | 6/26/2002 |
| 119. | 11. | area default-cost | area default-cost (OSPFv3) | 6/25/2002 |
| 120. | 56. | default-information originate (OSPFv3) | default-information originate (OSPFv3) | 6/25/2002 |
| 121. | 58. | default-metric (OSPFv3) | default-metric (OSPFv3) | 6/25/2002 |
| 122. | 89. | ip dhcp snooping | ip dhcp snooping | 4/29/2002 |
| 123. | 90. | ip dhcp snooping information option | ip dhcp snooping information option | 4/29/2002 |
| 124. | 91. | ip dhcp snooping vlan | ip dhcp snooping vlan | 4/29/2002 |
| 125. | 181. | ipv6 nd prefix | ipv6 nd prefix | 4/29/2002 |
| 126. | 329. | show ip dhcp snooping | show ip dhcp snooping | 4/29/2002 |
| 127. | 51. | clear spanning-tree counters | clear spanning-tree counters | 4/10/2002 |
| 128. | 433. | show spanning-tree mst | show spanning-tree mst | 4/10/2002 |
| 129. | 434. | show spanning-tree mst configuration | show spanning-tree mst configuration | 4/10/2002 |
| 130. | 435. | show spanning-tree mst interface | show spanning-tree mst interface | 4/10/2002 |
| 131. | 187. | ipv6 neighbor | ipv6 neighbor | 4/9/2002 |
| 132. | 496. | timers throttle spf | timers throttle spf | 3/27/2002 |
| 133. | 439. | show track | show track | 3/25/2002 |
| 134. | 296. | show dot1q-tunnel | show dot1q-tunnel | 1/1/2002 |
| 135. | 105. | ip igmp snooping querier | ip igmp snooping querier | 12/20/2001 |
| 136. | 445. | show vlan summary | show vlan summary | 11/13/2001 |
| 137. | 461. | spanning-tree bpdufilter | spanning-tree bpdufilter | 10/31/2001 |
| 138. | 462. | spanning-tree bpduguard | spanning-tree bpduguard | 10/31/2001 |
| 139. | 470. | spanning-tree portfast bpdufilter default | spanning-tree portfast bpdufilter default | 10/31/2001 |
| 140. | 471. | spanning-tree portfast bpduguard default | spanning-tree portfast bpduguard default | 10/31/2001 |
| 141. | 467. | spanning-tree loopguard default | spanning-tree loopguard default | 9/26/2001 |
| 142. | 308. | show interfaces capabilities | show interfaces capabilities | 9/20/2001 |
| 143. | 225. | mac access-group | mac access-group | 9/5/2001 |
| 144. | 466. | spanning-tree link-type | spanning-tree link-type | 9/4/2001 |
| 145. | 188. | ipv6 ospf area | ipv6 ospf area | 8/31/2001 |
| 146. | 189. | ipv6 ospf cost | ipv6 ospf cost | 8/31/2001 |
| 147. | 190. | ipv6 ospf dead-interval | ipv6 ospf dead-interval | 8/31/2001 |
| 148. | 191. | ipv6 ospf hello-interval | ipv6 ospf hello-interval | 8/31/2001 |
| 149. | 192. | ipv6 ospf network | ipv6 ospf network | 8/31/2001 |
| 150. | 193. | ipv6 ospf priority | ipv6 ospf priority | 8/31/2001 |
| 151. | 194. | ipv6 ospf retransmit-interval | ipv6 ospf retransmit- interval | 8/31/2001 |
| 152. | 195. | ipv6 ospf transmit-delay | ipv6 ospf transmit-delay | 8/31/2001 |
| 153. | 223. | log-adjacency-changes (OSPFv3) | log-adjacency-changes (OSPFv3) | 8/31/2001 |
| 154. | 231. | maximum-paths (OSPFv3) | maximum-paths (OSPFv3) | 8/31/2001 |
| 155. | 262. | passive-interface (OSPFv3) | passive-interface (OSPFv3) | 8/31/2001 |
| 156. | 374. | show ipv6 ospf border- routers | show ipv6 ospf border- routers | 8/31/2001 |
| 157. | 375. | show ipv6 ospf interface | show ipv6 ospf interface | 8/31/2001 |
| 158. | 376. | show ipv6 ospf neighbor | show ipv6 ospf neighbor | 8/31/2001 |
| 159. | 310. | show interfaces flowcontrol | show interfaces flowcontrol | 8/25/2001 |
| 160. | 404. | show port-security | show port-security | 8/9/2001 |
| 161. | 405. | show port-security address | show port-security address | 8/9/2001 |

| # | ID | Command | Command (repeat) | Date |
|---|---|---|---|---|
| 162. | 406. | show port-security interface | show port-security interface | 8/9/2001 |
| 163. | 481. | switchport port-security | switchport port-security | 8/9/2001 |
| 164. | 482. | switchport port-security maximum | switchport port-security maximum | 8/9/2001 |
| 165. | 469. | spanning-tree mst configuration | spanning-tree mst configuration | 7/23/2001 |
| 166. | 477. | storm-control | storm-control | 7/18/2001 |
| 167. | 128. | ip msdp timer | ip msdp timer | 7/6/2001 |
| 168. | 437. | show storm-control | show storm-control | 7/3/2001 |
| 169. | 120. | ip msdp keepalive | ip msdp keepalive | 6/27/2001 |
| 170. | 373. | show ipv6 ospf | show ipv6 ospf | 6/4/2001 |
| 171. | 503. | vrrp description | vrrp description | 6/4/2001 |
| 172. | 67. | dot1x timeout reauth-period | dot1x timeout reauth- period | 5/24/2001 |
| 173. | 299. | show dot1x statistics | show dot1x statistics | 5/24/2001 |
| 174. | 66. | dot1x timeout quiet-period | dot1x timeout quiet-period | 5/22/2001 |
| 175. | 68. | dot1x timeout tx-period | dot1x timeout tx-period | 5/22/2001 |
| 176. | 63. | dot1x port-control | dot1x port-control | 5/21/2001 |
| 177. | 64. | dot1x reauthentication | dot1x reauthentication | 5/21/2001 |
| 178. | 65. | dot1x system-auth-control | dot1x system-auth-control | 5/21/2001 |
| 179. | 465. | spanning-tree guard | spanning-tree guard | 5/16/2001 |
| 180. | 208. | lacp port-priority | lacp port-priority | 5/7/2001 |
| 181. | 210. | lacp system-priority | lacp system-priority | 5/7/2001 |
| 182. | 266. | port-channel load-balance | port-channel load-balance | 5/7/2001 |
| 183. | 384. | show lacp counters | show lacp counters | 5/7/2001 |
| 184. | 386. | show lacp neighbor | show lacp neighbor | 5/7/2001 |
| 185. | 115. | ip local-proxy-arp | ip local-proxy-arp | 3/13/2001 |
| 186. | 126. | ip msdp sa-limit | ip msdp sa-limit | 1/22/2001 |
| 187. | 269. | priority2 | private-vlan | 1/16/2001 |
| 188. | 270. | priority-flow-control mode | private-vlan mapping | 1/16/2001 |
| 189. | 311. | show interfaces private-vlan mapping | show interfaces private- vlan mapping | 1/16/2001 |
| 190. | 444. | show vlan private-vlan | show vlan private-vlan | 1/16/2001 |
| 191. | 483. | switchport private-vlan mapping | switchport private-vlan mapping | 1/16/2001 |
| 192. | 280. | redundancy force-switchover | redundancy force- switchover | 11/13/2000 |
| 193. | 292. | show aaa sessions | show aaa sessions | 9/29/2000 |
| 194. | 309. | show interfaces description | show interfaces description | 9/18/2000 |
| 195. | 107. | ip igmp snooping vlan immediate-leave | ip igmp snooping vlan immediate-leave | 9/11/2000 |
| 196. | 106. | ip igmp snooping vlan | ip igmp snooping vlan | 8/2/2000 |
| 197. | 108. | ip igmp snooping vlan mrouter | ip igmp snooping vlan mrouter | 8/2/2000 |
| 198. | 109. | ip igmp snooping vlan static | ip igmp snooping vlan static | 8/2/2000 |
| 199. | 334. | show ip igmp snooping | show ip igmp snooping | 8/2/2000 |
| 200. | 336. | show ip igmp snooping mrouter | show ip igmp snooping mrouter | 8/2/2000 |
| 201. | 468. | spanning-tree mode | spanning-tree mode | 7/17/2000 |
| 202. | 394. | show mac address-table count | show mac-address-table count | 7/9/2000 |
| 203. | 87. | ip dhcp smart-relay | ip dhcp smart-relay | 6/23/2000 |
| 204. | 377. | show ipv6 prefix-list | show ipv6 prefix-list | 6/21/2000 |
| 205. | 291. | show aaa method-lists | show aaa method-lists | 6/12/2000 |
| 206. | 447. | show vrrp | show vrrp | 6/9/2000 |
| 207. | 501. | vrrp authentication | vrrp authentication | 6/9/2000 |
| 208. | 504. | vrrp ip | vrrp ip | 6/9/2000 |
| 209. | 505. | vrrp ip secondary | vrrp ip secondary | 6/9/2000 |
| 210. | 506. | vrrp preempt | vrrp preempt | 6/9/2000 |
| 211. | 507. | vrrp priority | vrrp priority | 6/9/2000 |
| 212. | 509. | vrrp timers advertise | vrrp timers advertise | 6/9/2000 |
| 213. | 297. | show dot1x | show dot1x | 5/20/2000 |
| 214. | 94. | ip extcommunity-list expanded | ip extcommunity-list expanded | 3/30/2000 |
| 215. | 95. | ip extcommunity-list standard | ip extcommunity-list standard | 3/30/2000 |
| 216. | 100. | ip igmp last-member-query- count | ip igmp last-member- query-count | 3/30/2000 |
| 217. | 135. | ip ospf authentication | ip ospf authentication | 3/2/2000 |
| 218. | 163. | ip pim ssm range | ip pim ssm range | 2/24/2000 |
| 219. | 432. | show spanning-tree interface | show spanning-tree interface | 2/24/2000 |
| 220. | 182. | ipv6 nd ra interval | ipv6 nd ra interval | 2/4/2000 |
| 221. | 183. | ipv6 nd ra lifetime | ipv6 nd ra lifetime | 2/4/2000 |
| 222. | 196. | ipv6 prefix-list | ipv6 prefix-list | 2/4/2000 |
| 223. | 198. | ipv6 router ospf | ipv6 router ospf | 2/4/2000 |
| 224. | 366. | show ipv6 access-list | show ipv6 access-list | 2/4/2000 |
| 225. | 380. | show ipv6 route tag | show ipv6 route tag | 2/4/2000 |
| 226. | 412. | show redundancy states | show redundancy states | 2/2/2000 |
| 227. | 72. | errdisable recovery cause | errdisable recovery cause | 1/13/2000 |
| 228. | 73. | errdisable recovery interval | errdisable recovery interval | 1/13/2000 |
| 229. | 60. | domain-id | domain-id | 12/16/1999 |
| 230. | 121. | ip msdp mesh-group | ip msdp mesh-group | 12/13/1999 |
| 231. | 151. | ip pim bsr-border | ip pim bsr-border | 10/13/1999 |
| 232. | 304. | show etherchannel | show etherchannel | 10/13/1999 |
| 233. | 74. | flowcontrol receive | flowcontrol receive | 10/11/1999 |
| 234. | 75. | flowcontrol send | flowcontrol send | 10/11/1999 |
| 235. | 396. | show monitor session | show monitor session | 10/4/1999 |
| 236. | 233. | neighbor allowas-in | neighbor allowas-in | 9/28/1999 |
| 237. | 330. | show ip extcommunity-list | show ip extcommunity-list | 9/22/1999 |
| 238. | 157. | ip pim register-source | ip pim register-source | 9/9/1999 |
| 239. | 153. | ip pim dr-priority | ip pim dr-priority | 8/4/1999 |
| 240. | 224. | logging host | logging host | 7/20/1999 |
| 241. | 5. | aaa authorization console | aaa authorization console | 7/15/1999 |
| 242. | 395. | show module | show module | 7/15/1999 |
| 243. | 101. | ip igmp last-member-query- interval | ip igmp last-member- query-interval | 5/17/1999 |
| 244. | 238. | neighbor local-as | neighbor local-as | 4/29/1999 |

| # | # | Command | Command | Date |
|---|---|---|---|---|
| 245. | 312. | show interfaces status | show interfaces status | 3/21/1999 |
| 246. | 316. | show interfaces trunk | show interfaces trunk | 3/21/1999 |
| 247. | 243. | neighbor remote-as | neighbor remote-as | 3/11/1999 |
| 248. | 118. | ip msdp description | ip msdp description | 3/3/1999 |
| 249. | 127. | ip msdp shutdown | ip msdp shutdown | 3/3/1999 |
| 250. | 303. | show environment temperature | show environment temperature | 2/25/1999 |
| 251. | 99. | ip icmp redirect | ip icmp redirect | 1/6/1999 |
| 252. | 104. | ip igmp snooping | ip igmp snooping | 1/4/1999 |
| 253. | 464. | spanning-tree cost | spanning-tree cost | 1/4/1999 |
| 254. | 472. | spanning-tree port-priority | spanning-tree port-priority | 1/4/1999 |
| 255. | 474. | spanning-tree vlan | spanning-tree vlan | 1/4/1999 |
| 256. | 400. | show policy-map interface | show policy-map interface | 12/22/1998 |
| 257. | 263. | passive-interface default | passive-interface default | 11/4/1998 |
| 258. | 455. | snmp-server group | snmp-server group | 11/3/1998 |
| 259. | 286. | router-id | router-id | 11/2/1998 |
| 260. | 429. | show spanning-tree | show spanning-tree | 11/2/1998 |
| 261. | 420. | show snmp engineID | show snmp engineID | 10/19/1998 |
| 262. | 422. | show snmp host | show snmp host | 10/19/1998 |
| 263. | 453. | snmp-server engineID local | snmp-server engineID local | 10/19/1998 |
| 264. | 454. | snmp-server engineID remote | snmp-server engineID remote | 10/19/1998 |
| 265. | 221. | log-adjacency-changes | log-adjacency-changes | 10/12/1998 |
| 266. | 232. | neighbor activate | neighbor activate | 9/30/1998 |
| 267. | 43. | clear ip msdp sa-cache | clear ip msdp sa-cache | 9/21/1998 |
| 268. | 116. | ip msdp cache-sa-state | ip msdp cache-sa-state | 9/21/1998 |
| 269. | 117. | ip msdp default-peer | ip msdp default-peer | 9/21/1998 |
| 270. | 122. | ip msdp originator-id | ip msdp originator-id | 9/21/1998 |
| 271. | 123. | ip msdp peer | ip msdp peer | 9/21/1998 |
| 272. | 124. | ip msdp sa-filter in | ip msdp sa-filter in | 9/21/1998 |
| 273. | 125. | ip msdp sa-filter out | ip msdp sa-filter out | 9/21/1998 |
| 274. | 344. | show ip msdp peer | show ip msdp peer | 9/21/1998 |
| 275. | 346. | show ip msdp sa-cache | show ip msdp sa-cache | 9/21/1998 |
| 276. | 347. | show ip msdp summary | show ip msdp summary | 9/21/1998 |
| 277. | 289. | service sequence-numbers | service sequence-numbers | 9/1/1998 |
| 278. | 415. | show route-map | show route-map | 8/12/1998 |
| 279. | 421. | show snmp group | show snmp group | 8/5/1998 |
| 280. | 427. | show snmp user | show snmp user | 8/5/1998 |
| 281. | 459. | snmp-server user | snmp-server user | 8/5/1998 |
| 282. | 383. | show isis topology | show isis topology | 6/21/1998 |
| 283. | 164. | ip prefix-list | ip prefix-list | 6/6/1998 |
| 284. | 32. | bgp log-neighbor-changes | bgp log-neighbor-changes | 5/29/1998 |
| 285. | 248. | neighbor shutdown | neighbor shutdown | 5/28/1998 |
| 286. | 50. | clear mac-address-table dynamic | clear mac-address-table dynamic | 5/19/1998 |
| 287. | 228. | mac address-table aging static | mac-address-table aging- time | 5/19/1998 |
| 288. | 229. | mac-address | mac-address-table static | 5/19/1998 |
| 289. | 392. | show mac address-table | show mac-address-table | 5/19/1998 |
| 290. | 393. | show mac address-table aging time | show mac-address-table aging-time | 5/19/1998 |
| 291. | 480. | switchport mode | switchport mode | 5/11/1998 |
| 292. | 6. | aaa group server radius | aaa group server radius | 5/5/1998 |
| 293. | 7. | aaa group server tacacs+ | aaa group server tacacs+ | 5/5/1998 |
| 294. | 361. | show ip rip database | show ip rip database | 5/4/1998 |
| 295. | 313. | show interfaces switchport | show interfaces switchport | 4/13/1998 |
| 296. | 478. | switchport access vlan | switchport access vlan | 4/13/1998 |
| 297. | 484. | switchport trunk allowed vlan | switchport trunk allowed vlan | 4/13/1998 |
| 298. | 485. | switchport trunk native vlan | switchport trunk native vlan | 4/13/1998 |
| 299. | 8. | address-family | address-family | 3/1/1998 |
| 300. | 360. | show ip prefix-list | show ip prefix-list | 12/17/1997 |
| 301. | 250. | neighbor timers | neighbor timers | 11/17/1997 |
| 302. | 235. | neighbor description | neighbor description | 9/29/1997 |
| 303. | 443. | show vlan | show vlan | 7/25/1997 |
| 304. | 78. | interface port-channel | interface port-channel | 7/10/1997 |
| 305. | 290. | set-overload-bit | set-overload-bit | 6/5/1997 |
| 306. | 46. | clear ipv6 neighbors | clear ipv6 neighbors | 5/14/1997 |
| 307. | 172. | ipv6 access-list | ipv6 access-list | 5/14/1997 |
| 308. | 173. | ipv6 address | ipv6 address | 5/14/1997 |
| 309. | 175. | ipv6 enable | ipv6 enable | 5/14/1997 |
| 310. | 176. | ipv6 host | ipv6 host | 5/14/1997 |
| 311. | 178. | ipv6 nd managed-config-flag | ipv6 nd managed-config- flag | 5/14/1997 |
| 312. | 179. | ipv6 nd ns-interval | ipv6 nd ns-interval | 5/14/1997 |
| 313. | 180. | ipv6 nd other-config-flag | ipv6 nd other-config-flag | 5/14/1997 |
| 314. | 185. | ipv6 nd reachable-time | ipv6 nd reachable-time | 5/14/1997 |
| 315. | 197. | ipv6 route | ipv6 route | 5/14/1997 |
| 316. | 199. | ipv6 unicast-routing | ipv6 unicast-routing | 5/14/1997 |
| 317. | 371. | show ipv6 interface | show ipv6 interface | 5/14/1997 |
| 318. | 372. | show ipv6 neighbors | show ipv6 neighbors | 5/14/1997 |
| 319. | 378. | show ipv6 route | show ipv6 route | 5/14/1997 |
| 320. | 379. | show ipv6 route summary | show ipv6 route summary | 5/14/1997 |
| 321. | 152. | ip pim bsr-candidate | ip pim bsr-candidate | 4/3/1997 |
| 322. | 159. | ip pim rp-candidate | ip pim rp-candidate | 4/3/1997 |
| 323. | 359. | show ip pim rp-hash | show ip pim rp-hash | 4/3/1997 |
| 324. | 418. | show snmp community | show snmp community | 3/12/1997 |
| 325. | 155. | ip pim neighbor-filter | ip pim neighbor-filter | 1/22/1997 |
| 326. | 112. | ip igmp static-group | ip igmp static-group | 1/19/1997 |
| 327. | 79. | interface vlan | interface vlan | 1/15/1997 |

| # | | | | |
|---|---|---|---|---|
| 328. | 4. | aaa authorization config- commands | aaa authorization config- commands | 12/10/1996 |
| 329. | 417. | show snmp chassis | show snmp chassis | 12/6/1996 |
| 330. | 419. | show snmp contact | show snmp contact | 12/6/1996 |
| 331. | 423. | show snmp location | show snmp location | 12/6/1996 |
| 332. | 81. | ip access-list | ip access-list | 10/1/1996 |
| 333. | 82. | ip access-list standard | ip access-list standard | 10/1/1996 |
| 334. | 249. | neighbor soft-reconfiguration | neighbor soft- reconfiguration | 10/1/1996 |
| 335. | 16. | area nssa no-summary | area nssa no-summary | 9/16/1996 |
| 336. | 244. | neighbor remove-private-as | neighbor remove-private- as | 7/30/1996 |
| 337. | 275. | radius-server deadtime | radius-server deadtime | 6/3/1996 |
| 338. | 202. | isis lsp-interval | isis lsp-interval | 5/7/1996 |
| 339. | 44. | clear ip nat translation | clear ip nat translation | 4/9/1996 |
| 340. | 132. | ip nat pool | ip nat pool | 4/9/1996 |
| 341. | 133. | ip nat translation tcp-timeout | ip nat translation tcp- timeout | 4/9/1996 |
| 342. | 134. | ip nat translation udp-timeout | ip nat translation udp- timeout | 4/9/1996 |
| 343. | 348. | show ip nat translations | show ip nat translations | 4/9/1996 |
| 344. | 12. | area nssa | area nssa | 4/5/1996 |
| 345. | 14. | area nssa default- information- originate | area nssa default- information-originate | 4/5/1996 |
| 346. | 45. | clear ip ospf neighbor | clear ip ospf neighbor | 3/1/1996 |
| 347. | 103. | ip igmp query-max-response- time | ip igmp query-max- response-time | 3/1/1996 |
| 348. | 113. | ip igmp version | ip igmp version | 3/1/1996 |
| 349. | 129. | ip multicast boundary | ip multicast boundary | 3/1/1996 |
| 350. | 80. | ip access-group | ip access-group | 2/28/1996 |
| 351. | 438. | show tacacs | show tacacs | 2/9/1996 |
| 352. | 488. | tacacs-server key | tacacs-server key | 2/1/1996 |
| 353. | 114. | ip load-sharing | ip load-sharing | 1/19/1996 |
| 354. | 167. | ip radius source-interface | ip radius source-interface | 1/1/1996 |
| 355. | 161. | ip pim spt-threshold | ip pim spt-threshold | 12/17/1995 |
| 356. | 162. | ip pim spt-threshold group-list | ip pim spt-threshold group-list | 12/17/1995 |
| 357. | 171. | ip tacacs source-interface | ip tacacs source-interface | 12/8/1995 |
| 358. | 168. | ip rip v2-broadcast | ip rip v2-broadcast | 12/2/1995 |
| 359. | 413. | show reload | show reload | 9/24/1995 |
| 360. | 222. | log-adjacency-changes (IS- IS) | log-adjacency-changes (IS-IS) | 8/25/1995 |
| 361. | 201. | isis hello-multiplier | isis hello-multiplier | 8/3/1995 |
| 362. | 27. | bgp client-to-client reflection | bgp client-to-client reflection | 7/12/1995 |
| 363. | 234. | neighbor default-originate | neighbor default-originate | 7/7/1995 |
| 364. | 428. | show snmp view | show snmp view | 7/4/1995 |
| 365. | 141. | ip ospf message-digest-key | ip ospf message-digest- key | 7/1/1995 |
| 366. | 142. | ip ospf name-lookup | ip ospf name-lookup | 7/1/1995 |
| 367. | 230. | maximum-paths | maximum-paths | 7/1/1995 |
| 368. | 240. | neighbor password | neighbor password | 7/1/1995 |
| 369. | 241. | neighbor peer-group (assigning members) | neighbor peer-group (assigning members) | 7/1/1995 |
| 370. | 242. | neighbor peer-group (creating) | neighbor peer-group (creating) | 7/1/1995 |
| 371. | 246. | neighbor route-reflector- client | neighbor route-reflector- client | 7/1/1995 |
| 372. | 325. | show ip bgp peer-group | show ip bgp peer-group | 7/1/1995 |
| 373. | 328. | show ip community-list | show ip community-list | 7/1/1995 |
| 374. | 28. | bgp cluster-id | bgp cluster-id | 6/30/1995 |
| 375. | 276. | radius-server host | radius-server host | 5/4/1995 |
| 376. | 277. | radius-server key | radius-server key | 5/4/1995 |
| 377. | 278. | radius-server retransmit | radius-server retransmit | 5/4/1995 |
| 378. | 279. | radius-server timeout | radius-server timeout | 5/4/1995 |
| 379. | 85. | ip community-list expanded | ip community-list expanded | 4/13/1995 |
| 380. | 86. | ip community-list standard | ip community-list standard | 4/13/1995 |
| 381. | 318. | show ip access-lists | show ip access-lists | 4/13/1995 |
| 382. | 69. | enable secret | enable secret | 3/6/1995 |
| 383. | 247. | neighbor send-community | neighbor send-community | 3/1/1995 |
| 384. | 29. | bgp confederation identifier | bgp confederation identifier | 2/16/1995 |
| 385. | 30. | bgp confederation peers | bgp confederation peers | 2/16/1995 |
| 386. | 70. | erase startup-config | erase startup config | 1/11/1995 |
| 387. | 321. | show ip bgp community | show ip bgp community | 12/16/1994 |
| 388. | 407. | show privilege | show privilege | 12/16/1994 |
| 389. | 452. | snmp-server enable traps | snmp-server enable traps | 11/29/1994 |
| 390. | 475. | spf-interval | spf-interval | 11/23/1994 |
| 391. | 1. | aaa accounting | aaa accounting | 11/15/1994 |
| 392. | 3. | aaa authentication login | aaa authentication login | 11/15/1994 |
| 393. | 354. | show ip ospf request-list | show ip ospf request-list | 11/12/1994 |
| 394. | 351. | show ip ospf database database- summary | show ip ospf database database-summary | 11/11/1994 |
| 395. | 355. | show ip ospf retransmission- list | show ip ospf retransmission-list | 11/11/1994 |
| 396. | 158. | ip pim rp-address | ip pim rp-address | 10/4/1994 |
| 397. | 220. | load interval | load interval | 8/17/1994 |
| 398. | 460. | snmp-server view | snmp-server view | 8/8/1994 |
| 399. | 130. | ip multicast-routing | ip multicast-routing | 7/9/1994 |
| 400. | 332. | show ip igmp groups | show ip igmp groups | 7/9/1994 |
| 401. | 333. | show ip igmp interface | show ip igmp interface | 7/9/1994 |
| 402. | 341. | show ip mroute | show ip mroute | 7/9/1994 |
| 403. | 342. | show ip mroute count | show ip mroute count | 7/9/1994 |
| 404. | 356. | show ip pim interface | show ip pim interface | 7/9/1994 |
| 405. | 357. | show ip pim neighbor | show ip pim neighbor | 7/9/1994 |
| 406. | 358. | show ip pim rp | show ip pim rp | 7/9/1994 |
| 407. | 102. | ip igmp query-interval | ip igmp query-interval | 6/24/1994 |
| 408. | 156. | ip pim query-interval | ip pim query-interval | 6/24/1994 |
| 409. | 160. | ip pim sparse-mode | ip pim sparse-mode | 6/24/1994 |
| 410. | 35. | channel-group | channel-group | 3/11/1994 |

| # | # | Command | Command | Date | |
|---|---|---|---|---|---|
| 411. | 33. | bgp redistribute-internal | bgp redistribute internal | 3/9/1994 | |
| 412. | 52. | clock set | clock set | 1/15/1994 | |
| 413. | 53. | clock timezone | clock timezone | 1/15/1994 | |
| 414. | 23. | arp timeout | arp timeout | 12/31/1993 | ** |
| 415. | 24. | banner login | banner login | 12/31/1993 | ** |
| 416. | 25. | banner motd | banner motd | 12/31/1993 | ** |
| 417. | 38. | clear counters | clear counters | 12/31/1993 | ** |
| 418. | 40. | clear ip bgp | clear ip bgp | 12/31/1993 | ** |
| 419. | 41. | clear ip igmp group | clear ip igmp group | 12/31/1993 | ** |
| 420. | 42. | clear ip mroute | clear ip mroute | 12/31/1993 | ** |
| 421. | 59. | distance bgp | distance bgp | 12/31/1993 | ** |
| 422. | 77. | interface loopback | interface loopback | 12/31/1993 | ** |
| 423. | 92. | ip domain lookup | ip domain lookup | 12/31/1993 | ** |
| 424. | 93. | ip domain name | ip domain-name | 12/31/1993 | ** |
| 425. | 254. | network area | network area | 12/31/1993 | ** |
| 426. | 320. | show ip bgp | show ip bgp | 12/31/1993 | ** |
| 427. | 493. | timers bgp | timers bgp | 12/31/1993 | ** |
| 428. | 9. | aggregate-address | aggregate-address | 12/2/1993 | |
| 429. | 256. | ntp authenticate | ntp authenticate | 12/1/1993 | |
| 430. | 257. | ntp authentication-key | ntp authentication-key | 12/1/1993 | |
| 431. | 260. | ntp trusted-key | ntp trusted-key | 12/1/1993 | |
| 432. | 350. | show ip ospf border-routers | show ip ospf border- routers | 11/23/1993 | |
| 433. | 448. | snmp trap link-status | snmp trap link-status | 11/11/1993 | |
| 434. | 339. | show ip interface brief | show ip interface brief | 10/31/1993 | |
| 435. | 84. | ip as-path access-list | ip as-path access-list | 10/7/1993 | |
| 436. | 258. | ntp server | ntp server | 10/7/1993 | |
| 437. | 239. | neighbor next-hop-self | neighbor next-hop-self | 9/24/1993 | |
| 438. | 259. | ntp source | ntp source | 8/5/1993 | |
| 439. | 424. | show snmp mib | show snmp mib | 7/22/1993 | |
| 440. | 143. | ip ospf network | ip ospf network | 5/10/1993 | |
| 441. | 326. | show ip bgp regexp | show ip bgp regexp | 5/10/1993 | |
| 442. | 349. | show ip ospf | show ip ospf | 5/10/1993 | |
| 443. | 352. | show ip ospf interface | show ip ospf interface | 5/10/1993 | |
| 444. | 353. | show ip ospf neighbor | show ip ospf neighbor | 5/10/1993 | |
| 445. | 236. | neighbor ebgp-multihop | neighbor ebgp-multihop | 4/16/1993 | |
| 446. | 295. | show clock | show clock | 3/13/1993 | |
| 447. | 449. | snmp-server chassis-id | snmp-server chassis-id | 2/28/1993 | |
| 448. | 245. | neighbor route-map | neighbor route-map | 1/27/1993 | |
| 449. | 281. | route-map | route-map | 1/27/1993 | |
| 450. | 398. | show ntp status | show ntp status | 1/9/1993 | |
| 451. | 397. | show ntp associations | show ntp associations | 12/29/1992 | |
| 452. | 319. | show ip arp | show ip arp | 12/1/1992 | |
| 453. | 442. | show version | show version | 12/1/1992 | |
| 454. | 416. | show snmp | show snmp | 8/4/1992 | |
| 455. | 19. | area range | area range | 6/14/1992 | |
| 456. | 21. | area stub | area stub | 6/14/1992 | |
| 457. | 207. | is-type | is-type | 6/14/1992 | |
| 458. | 381. | show isis database | show isis database | 6/14/1992 | |
| 459. | 451. | snmp-server contact | snmp-server contact | 6/14/1992 | |
| 460. | 457. | snmp-server location | snmp-server location | 6/14/1992 | |
| 461. | 55. | default-information originate (OSPF) | default-information originate (OSPF) | 3/27/1992 | |
| 462. | 10. | area default-cost | area default-cost | 3/9/1992 | |
| 463. | 200. | isis hello-interval | isis hello-interval | 3/9/1992 | |
| 464. | 203. | isis metric | isis metric | 3/9/1992 | |
| 465. | 206. | isis priority | isis priority | 3/9/1992 | |
| 466. | 252. | neighbor update-source | neighbor update-source | 3/9/1992 | |
| 467. | 283. | router isis | router isis | 3/9/1992 | |
| 468. | 284. | router ospf | router ospf | 3/9/1992 | |
| 469. | 322. | show ip bgp neighbors | show ip bgp neighbors | 3/9/1992 | |
| 470. | 323. | show ip bgp neighbors | show ip bgp neighbors | 3/9/1992 | |
| 471. | 324. | show ip bgp paths | show ip bgp paths | 3/9/1992 | |
| 472. | 327. | show ip bgp summary | show ip bgp summary | 3/9/1992 | |
| 473. | 136. | ip ospf authentication-key | ip ospf authentication-key | 3/3/1992 | |
| 474. | 138. | ip ospf cost | ip ospf cost | 3/3/1992 | |
| 475. | 139. | ip ospf dead-interval | ip ospf dead-interval | 3/3/1992 | |
| 476. | 140. | ip ospf hello-interval | ip ospf hello-interval | 3/3/1992 | |
| 477. | 144. | ip ospf priority | ip ospf priority | 3/3/1992 | |
| 478. | 145. | ip ospf retransmit-interval | ip ospf retransmit-interval | 3/3/1992 | |
| 479. | 147. | ip ospf transmit-delay | ip ospf transmit-delay | 3/3/1992 | |
| 480. | 227. | mac address-table aging-time | mac-address | 2/11/1990 | |
| 481. | 97. | ip host | ip host | 11/7/1989 | |
| 482. | 131. | ip name-server | ip name-server | 9/14/1989 | |
| 483. | 166. | ip proxy-arp | ip proxy-arp | 9/14/1989 | |
| 484. | 169. | ip route | ip route | 9/14/1989 | |
| 485. | 253. | neighbor weight | neighbor weight | 9/14/1989 | |
| 486. | 282. | router bgp | router bgp | 9/14/1989 | |
| 487. | 489. | tacacs-server timeout | tacacs-server timeout | 9/14/1989 | |
| 488. | 492. | timers basic (RIP) | timers basic (RIP) | 9/14/1989 | |
| 489. | 83. | ip address | ip address | 4/24/1989 | |
| 490. | 96. | ip helper-address | ip helper-address | 4/24/1989 | |
| 491. | 170. | ip routing | ip routing | 4/24/1989 | |
| 492. | 255. | no snmp-server | no snmp-server | 4/24/1989 | |
| 493. | 261. | passive-interface | passive-interface | 4/24/1989 | |

# APPENDIX M - Command Abstractions Listed by Earliest Cisco Document Date

| | | | | |
|---|---|---|---|---|
| 494. | 338. | show ip interface | show ip interface | 4/24/1989 |
| 495. | 363. | show ip route | show ip route | 4/24/1989 |
| 496. | 450. | snmp-server community | snmp-server community | 4/24/1989 |
| 497. | 456. | snmp-server host | snmp-server host | 4/24/1989 |
| 498. | 487. | tacacs-server host | tacacs-server host | 4/24/1989 |
| 499. | 491. | terminal monitor | terminal monitor | 1/10/1988 |
| 500. | 285. | router rip | router rip | 9/19/1987 |
| 501. | 76. | interface ethernet | interface ethernet | 4/9/1987 |
| 502. | 34. | boot system | boot system | 3/12/1987 |
| 503. | 37. | clear arp-cache | clear arp-cache | 7/20/1986 |
| 504. | 293. | show arp | show arp | 7/20/1986 |
| 505. | 306. | show hosts | show hosts | 7/20/1986 |
| 506. | 307. | show interfaces | show interfaces | 7/20/1986 |
| 507. | 441. | show users | show users | 7/20/1986 |
| 508. | 490. | terminal length | terminal length | 7/20/1986 |

\*   The numbering corresponds to the numbering shown on Exhibit Copying-2 to the Almeroth Opening Report

\*\*   Exhibit F to Cisco's Interrogatory Responses identified only "1993" for these command abstractions.