# EXHIBIT 65
# (Part 1 of 8)

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa accounting | aaa accounting | **Command Syntax**<br><br>aaa accounting *TYPE CONNECTION MODE* [*METHOD_1*] [*METHOD_2*] ... [*METHOD_N*]<br>no aaa accounting *TYPE CONNECTION*<br>default aaa accounting *TYPE CONNECTION*<br><br>**Parameters**<br>• *TYPE*   authorization type for which the command specifies a method list. Options include:<br><br>— EXEC   records user authentication events.<br>— COMMANDS ALL   records all entered commands.<br>— COMMANDS *level*   records entered commands of the specified *level* (ranges from 0 to 15).<br><br>• *CONNECTION*   connection type of sessions for which method lists are reported. Options include:<br><br>— console   console connection.<br>— default   all connections not covered by other command options.<br><br>• *MODE*   accounting mode that defines when accounting notices are sent. Options include:<br><br>— none   no notices are sent.<br>— start-stop   a *start* notice is sent when a process begins; a *stop* notice is sent when it ends.<br>— stop-only   a *stop* accounting record is generated after a process successfully completes.<br><br>• *METHOD_X*   server groups (methods) to which the switch can send accounting records. The switch sends the method list to the first listed group that is available.<br><br>Parameter value is not specified if *MODE* is set to *none.* If *MODE* is not set to *none,* the command must provide at least one method. Each method is composed of one of the following:<br><br>— group *name*   the server group identified by *name.*<br>— group radius   server group that includes all defined RADIUS hosts.<br>— group tacacs+   server group that includes all defined TACACS+ hosts.<br>— logging   log all accounting messages to syslog. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa accounting dot1x | aaa accounting dot1x | **Command Syntax**<br>`aaa accounting dot1x default MODE [METHOD_1] [METHOD_2] ... [METHOD_N]`<br>`no aaa accounting dot1x default`<br>`default aaa accounting dot1x default`<br><br>**Parameters**<br>• *MODE*   accounting mode that defines when accounting notices are sent. Options include:<br>   — start-stop   a *start* notice is sent when a process begins; a *stop* notice is sent when it ends.<br>• *METHOD_X*   server groups (methods) to which the switch can send accounting records. The switch sends the method list to the first listed group that is available.<br><br>Parameter value is not specified if *MODE* is set to *none*. If *MODE* is not set to *none*, the command must provide at least one method. Each method is composed of one of the following:<br>   — **group** *name*   the server group identified by *name*.<br>   — **group radius**   server group that includes all defined RADIUS hosts.<br>   — **logging**   server group that includes all defined TACACS+ hosts. | No |
| aaa authentication login | aaa authentication login | **Command Syntax**<br>`aaa authentication login CONNECTION SERVICE_1 [SERVICE_2] ... [SERVICE_N]`<br>`no aaa authentication login CONNECTION`<br>`default aaa authentication login CONNECTION`<br><br>**Parameters**<br>• *CONNECTION*   connection type of sessions for which authentication list is used<br>   — **default**   the default authentication list.<br>   — **console**   the authentication list for console logins.<br>• *SERVICE_X*   an authentication service. Settings include:<br>   — **group** *name*   identifies a previously defined server group.<br>   — **group radius**   a server group that consists of all defined RADIUS hosts.<br>   — **group tacacs+**   a server group that consists of all defined TACACS+ hosts.<br>   — **local**   local authentication.<br>   — **none**   the switch does not perform authentication. All access attempts succeed. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa authorization config-commands | aaa authorization config-commands | Command Syntax<br><br>    aaa authorization config-commands<br>    no aaa authorization config-commands<br>    default aaa authorization config-commands | Yes |
| aaa authorization console | aaa authorization console | Command Syntax<br><br>    aaa authorization console<br>    no aaa authorization console<br>    default aaa authorization console | Yes |
| aaa group server radius | aaa group server radius | Command Syntax<br><br>    aaa group server radius *group_name*<br>    no aaa group server radius *group_name*<br>    default aaa group server radius *group_name*<br><br>**Parameters**<br>• *group_name*  name (text string) assigned to the group. Cannot be identical to a name already assigned to a TACACS+ server group. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aaa group server tacacs+ | aaa group server tacacs+ | **Command Syntax**<br>    **aaa group server tacacs+** *group_name*<br>    **no aaa group server tacacs+** *group_name*<br>    **default aaa group server tacacs+** *group_name*<br><br>**Parameters**<br>• *group_name*  name (text string) assigned to the group. Cannot be identical to a name already assigned to a RADIUS server group. | No |
| address-family | address-family | **Command Syntax**<br>    **bgp** *ADDRESS_TYPE*<br>    **no bgp** *ADDRESS_TYPE*<br>    **default bgp** *ADDRESS_TYPE*<br><br>**Parameters**<br>• *ADDRESS_FAMILY*  Address family affected by subsequent commands. Options include:<br>   — **ipv4**  IPv4 unicast<br>   — **ipv6**  IPv6 unicast<br><br>**Example**<br>• These commands enter address family mode for IPv6-unicast, insert a command, then exit the mode:<br>    switch(config)#**router bgp 1**<br>    switch(config-router-bgp)#**address-family ipv6**<br>    switch(config-router-bgp-af)#**neighbor 172.10.1.1 activate**<br>    switch(config-router-bgp-af)#**exit**<br>    switch(config-router-bgp)# | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| aggregate-address | aggregate-address | **Command Syntax**<br><br>    `aggregate-address AGGREGATE_NET [AS_SET][SUMMARY][ATTRIBUTE_MAP][MATCH_MAP]`<br>    `no aggregate-address AGGREGATE_NET`<br>    `default aggregate-address AGGREGATE_NET`<br><br>**Parameters**<br><br>• *AGGREGATE_NET*  aggregate route IP address. Options include:<br>  — *netv4_addr*  IPv4 subnet address (CIDR or address-mask notation).<br>  — *netv6_addr*  IPv6 subnet address (CIDR notation).<br><br>• *AS_SET*  controls AS_PATH attribute values associated with aggregate route. Options include:<br><br>  — <no parameter>  ATOMIC_AGGREGATE attribute is set. Route contains no AS_PATH data.<br>  — **as-set**  route includes AS_PATH information from contributor routes as AS_SET attributes.<br><br>• *SUMMARY*  controls advertisement of contributor routes. Options include:<br><br>  — <no parameter>  contributor and aggregate routes are advertised.<br>  — **summary-only**  contributor routes are not advertised.<br><br>• *ATTRIBUTE_MAP*  controls attribute assignments to the aggregate route. Options include:<br><br>  — <no parameter>  attribute values are not assigned to route.<br>  — **attribute-map** *map_name*  assigns attribute values in set commands of the map's permit clauses. Deny clauses and match commands in permit clauses are ignored.<br><br>• *MATCH_MAP*  filters contributors to the aggregate route. Options include:<br><br>  — <no parameter>  no contributors are filtered.<br>  — **match-map** *map_name*  filters contributor routes using the named match-map. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area default-cost | area default-cost (OSPFv3) | **Command Syntax**<br>    **area** *area_id* **default-cost** *def_cost*<br>    **no area** *area_id* **default-cost**<br>    **default area** *area_id* **default-cost**<br><br>**Parameters**<br>•  *area_id*   area number. <0 to **4294967295**> or <**0.0.0.0** to **255.255.255.255**><br>    ***Running-config*** stores value in dotted decimal notation.<br>•  *def_cost*   Values range from 1 to 65535. | No |
| area default-cost | area default-cost (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **default-cost** *def_cost*<br>    **no area** *area_id* **default-cost**<br>    **default area** *area_id* **default-cost**<br><br>**Parameters**<br>•  *area_id*   area number. <0 to **4294967295**> or <**0.0.0.0** to **255.255.255.255**><br>    ***running-config***   stores value in dotted decimal notation.<br>•  *def_cost*   Value ranges from 1 to 65535. Default value is 10. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa | area nssa (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **nssa** [***TYPE***]<br>    **no area** *area_id* **nssa** [***TYPE***]<br>    **default area** *area_id* **nssa** [***TYPE***]<br><br>    All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br><br>Valid formats: integer **<1 to 4294967295>** or dotted decimal **<0.0.0.1 to 255.255.255.255>**<br>    Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***running-config***    stores value in dotted decimal notation.<br>• ***TYPE***    area type. Values include:<br>    — <no parameter><br>    — **nssa-only** | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa | area nssa (OSPFv3) | **Command Syntax**<br>    **area** *area_id* **nssa** [*TYPE*]<br>    **no area** *area_id* **nssa** [*TYPE*][<br>    **default area** *area_id* **nssa** [*TYPE*]<br><br>**Parameters**<br>• *area_id*<br><br>  Valid formats: integer <**1 to 4294967295**> or dotted decimal <**0.0.0.1 to 255.255.255.255**><br>    Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***Running-config*** stores value in dotted decimal notation.<br>• *TYPE*<br>• Values include:<br>  — <no parameter><br>  — **nssa-only** | No |
| area nssa default-information-originate | area nssa default-information-originate (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **nssa default-information-originate** [*VALUE*][*TYPE*][*EXCL*]<br>    **no area** *area_id* **nssa default-information-originate**<br>    **default area** *area_id* **nssa default-information-originate**<br>    All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br><br>  Valid formats: integer <**1 to 4294967295**> or dotted decimal <**0.0.0.1 to 255.255.255.255**><br>    Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    *running-config*    stores value in dotted decimal notation.<br>• *VALUE*    Values include: | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| | | —   &lt;no parameter&gt;   Default value of 1. <br> —   **metric *&lt;1-65535&gt;*** <br> •  *TYPE*   Values include: <br>   —   &lt;no parameter&gt; <br>   —   **metric-type *&lt;1-2&gt;*** <br> •  *EXCL*   Values include: <br>   —   &lt;no parameter&gt;. <br>   —   **nssa-only** | |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa default-information-originate | area nssa default-information-originate (OSPFv3) | **Command Syntax**<br>`area `*`area_id`*` nssa default-information-originate [`***`VALUE`***`][`***`TYPE`***`][`***`EXCL`***`]`<br>`no area `*`area_id`*` nssa default-information-originate [`***`VALUE`***`][`***`TYPE`***`][`***`EXCL`***`]`<br>`default area `*`area_id`*` nssa default-information-originate [`***`VALUE`***`][`***`TYPE`***`][`***`EXCL`***`]`<br><br>All parameters except *area_id* can be placed in any order.<br><br>**Parameters**<br>• *area_id*<br>Valid formats: integer **<1** to **4294967295>** or dotted decimal **<0.0.0.1 to 255.255.255.255>**<br>Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>***Running-config*** stores value in dotted decimal notation.<br><br>• *VALUE*    Values include:<br>— <no parameter><br>— **metric *<1-65535>***<br><br>• *TYPE*    Values include:<br>— <no parameter><br>— **metric-type *<1-2>***<br><br>• *EXCL*    Values include:<br>— <no parameter><br>— **nssa-only** | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa no-summary | area nssa no-summary (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **nssa no-summary**<br>    **no area** *area_id* **nssa no-summary**<br>    **default area** *area_id* **nssa no-summary**<br><br>**Parameters**<br>• *area_id*   area number.<br><br>   Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>     Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***running-config***   stores value in dotted decimal notation. | No |
| area nssa translate type7 always | area nssa translate type7 always (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **nssa translate type7 always**<br>    **no** *area_id* **nssa translate type7 always**<br>    **default** *area_id* **nssa translate type7 always**<br><br>**Parameters**<br>• *area_id*   area number.<br><br>   Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>     Area 0 (or 0.0.0.0) is not configurable; it is always ***normal***.<br>    ***running-config***   stores value in dotted decimal notation. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area nssa translate type7 always | area nssa translate type7 always (OSPFv3) | **Command Syntax**<br><br>    **area** *area_id* **nssa translate type7 always**<br>    **no** *area_id* **nssa translate type7 always**<br>    **default** *area_id* **nssa translate type7 always**<br><br>**Parameters**<br><br>•   *area_id*<br><br>    Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>        Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>        *Running-config* stores value in dotted decimal notation.<br>        . | No |
| area range | area range (OSPFv3) | **Command Syntax**<br><br>    **area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***] [***COST_SETTING***]<br>    **no area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***] [***COST_SETTING***]<br>    **default area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***] [***COST_SETTING***]<br><br>**Parameters**<br><br>•   *area_id*    <**0** to **4294967295**> or <**0.0.0.0** to **255.255.255.255**><br><br>•   *net_addr*<br><br>•   *ADVERTISE_SETTING*    specifies the LSA advertising activity. Values include<br><br>    —  <no parameter><br>    —  **advertise**<br>    —  **not-advertise**<br><br>•   *COST_SETTING*    Values include<br><br>    —  <no parameter><br>    —  **cost** *range_cost*    Value ranges from 1 to 65535. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area range | area range (OSPFv2) | **Command Syntax**<br>　　**area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***][***COST_SETTING***]<br>　　**no area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***][***COST_SETTING***]<br>　　**default area** *area_id* **range** *net_addr* [***ADVERTISE_SETTING***][***COST_SETTING***]<br><br>**Parameters**<br>• *area_id*　　area number. **<0 to 4294967295>** or **<0.0.0.0 to 255.255.255.255>** *running-config*　　stores value in dotted decimal notation.<br>• *net_addr*<br>• *ADVERTISE_SETTING*　　Values include<br>　— <no parameter><br>　— **advertise**<br>　— **not-advertise**<br>• *COST_SETTING*　　Values include<br>　— <no parameter><br>　— **cost** *range_cost*　　Value ranges from 1 to 65535. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| area stub | area stub (OSPFv2) | **Command Syntax**<br>    **area** *area_id* **stub [summarize]**<br>    **no area** *area_id* **stub [summarize]**<br>    **default area** *area_id* **stub [summarize]**<br><br>**Parameters**<br>• *area_id*   area number.<br><br>   Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>     Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>    *running-config*   stores value in dotted decimal notation.<br>• *SUMMARIZE*   area type. Values include:<br>   — <no parameter><br>   — **no-summary** | No |
| area stub | area stub (OSPFv3) | **Command Syntax**<br>    **area** *area_id* **stub**<br>    **no area** *area_id* **stub**<br>    **default area** *area_id* **stub**<br><br>**Parameters**<br>• *area_id*<br><br>   Valid formats: integer <**1** to **4294967295**> or dotted decimal <**0.0.0.1** to **255.255.255.255**><br>     Area 0 (or 0.0.0.0) is not configurable; it is always *normal*.<br>    ***Running-config*** stores value in dotted decimal notation. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| arp timeout | arp timeout | **Command Syntax**<br>`arp timeout arp_time`<br>`no arp timeout`<br>`default arp timeout`<br><br>**Parameters**<br>• *arp_time*    ARP timeout period (seconds). Values range from 60 to 65535. Default value is 14400. | No |
| banner login | banner login | **Command Syntax**<br>`banner login`<br>`no banner login`<br>`default banner login`<br><br>**Parameters**<br>• *banner_text*    To configure the banner, enter a message when prompted. The message may span multiple lines. Banner text supports the following keywords:<br><br>— **$(hostname)**    displays the switch's host name.<br>• **EOF**    To end the banner editing session, type EOF on its own line and press **enter**. | No<br><br>(Requires text to be inputted) |
| banner motd | banner motd | **Command Syntax**<br>`banner motd`<br>`no banner motd`<br>`default banner motd`<br><br>**Parameters**<br>• *banner_text*    To configure the banner, enter a message when prompted. The message may span multiple lines. Banner text supports this keyword:<br><br>— **$(hostname)**    displays the switch's host name.<br>• **EOF**    To end the banner editing session, type EOF on its own line and press **enter**. | No<br><br>(Requires text to be inputted) |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| bfd all-interfaces | bfd all-interfaces | **Command Syntax**<br><br>`bfd all-interfaces`<br>`no bfd all-interfaces`<br>`default bfd all-interfaces` | Yes |
| bgp client-to-client reflection | bgp client-to-client reflection | **Command Syntax**<br><br>`bgp client-to-client reflection`<br>`no bgp client-to-client reflection`<br>`default bgp client-to-client reflection` | Yes |
| bgp cluster-id | bgp cluster-id | **Command Syntax**<br><br>`bgp cluster-id ID_NUM`<br>`no bgp cluster-id`<br>`default bgp cluster-id`<br><br>**Parameters**<br>• *ID_NUM*    cluster ID shared by all route reflectors in the cluster (32-bit dotted-decimal notation). Options include:<br><br>— *0.0.0.1* to *255.255.255.255*    valid cluster ID number.<br>— *0.0.0.0*    removes the cluster-ID from the switch. Equivalent to **no bgp cluster-id** command. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| bgp confederation identifier | bgp confederation identifier | **Command Syntax**<br>    `bgp confederation identifier` *as_number*<br>    `no bgp confederation identifier`<br>    `default bgp confederation identifier`<br><br>**Parameters**<br>• *as_number*   the ID of BGP AS confederation. Value ranges from 1 to 4294967295. | No |
| bgp confederation peers | bgp confederation peers | **Command Syntax**<br>    `bgp confederation peers` *as_range*<br>    `no bgp confederation peers` *as_range*<br>    `default bgp confederation peers` *as_range*<br><br>**Parameters**<br>• *as_range*   the Sub-AS number.<br><br>*as_range* formats include number (from 1 to 4294967295), number range, or comma-delimited list of numbers and ranges. | No |
| bgp listen limit | bgp listen limit | **Command Syntax**<br>    `bgp listen limit` *maximum*<br>    `no bgp listen limit`<br>    `default bgp listen limit`<br><br>**Parameters**<br>• *maximum*   the maximum number of dynamic BGP peers to be allowed on the switch. Values range from 1 to 1000; default value is 100. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| bgp log-neighbor-changes | bgp log-neighbor-changes | **Command Syntax**<br>`bgp log-neighbor-changes`<br>`no bgp log-neighbor-changes`<br>`default bgp log-neighbor-changes` | Yes |
| bgp redistribute-internal | bgp redistribute-internal (BGP) | **Command Syntax**<br>`bgp redistribute internal`<br>`no bgp redistribute internal`<br>`default bgp redistribute internal` | Yes |
| boot system | boot system | **Command Syntax**<br>`boot system DEVICE file_path`<br><br>**Parameters**<br>• *DEVICE*    Location of the image file. Options include<br>  — **file:**    file is located in the switch file directory.<br>  — **flash:**    file is located in flash memory.<br>  — **usb1:**    file is located on a drive inserted in the USB flash port. Available if a drive is in the port.<br>• *file_path*    Path and name of the file. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| channel-group | channel-group | **Command Syntax**<br>`channel-group number LACP_MODE`<br>`no channel-group`<br>`default channel-group`<br><br>**Parameters**<br>• *number*  specifies a channel group ID. Values range from 1 through 2000.<br>• *LACP_MODE*  specifies the interface LACP mode. Values include:<br>— **mode on**  Interface is a static port channel, LACP disabled. Port neither verifies nor negotiates port channel membership.<br>— **mode active**  Interface is an active LACP port that transmits and receives LACP negotiation packets.<br>— **mode passive**  Interface is a passive LACP port that only responds to LACP negotiation packets. | No |
| class-map type control-plane | class-map type control-plane | **Command Syntax**<br>`class-map type control-plane match-any class_name`<br>`no class-map type control-plane [match-any] class_name`<br>`default class-map type control-plane [match-any] class_name`<br><br>**Parameters**<br>• *class_name*  Name of class map. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear arp-cache | clear arp-cache | **Command Syntax**<br>    `clear arp-cache [VRF_INSTANCE][INTERFACE_NAME]`<br><br>**Parameters**<br>• ***VRF_INSTANCE***   specifies the VRF instance for which arp data is refreshed.<br>    — <no parameter>   specifies the context-active VRF.<br>    — vrf *vrf_name*   specifies name of VRF instance. System default VRF is specified by default.<br>• ***INTERFACE_NAME***   interface upon which ARP cache entries are refreshed. Options include:<br>    — <no parameter>   All ARP cache entries.<br>    — interface ethernet *e_num*   ARP cache entries of specified Ethernet interface.<br>    — interface loopback *l_num*   ARP cache entries of specified loopback interface.<br>    — interface management *m_num*   ARP cache entries of specified management interface.<br>    — interface port-channel *p_num*   ARP cache entries of specified port-channel Interface.<br>    — interface vlan *v_num*   ARP cache entries of specified VLAN interface.<br>    — interface vxlan *vx_num*   VXLAN interface specified by *vx_num*. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear counters | clear counters | **Command Syntax**<br>    `clear counters` [*INTERFACE*] [*SCOPE*]<br><br>**Parameters**<br>• *INTERFACE*     Interface type and number. Options include:<br><br>  — <no parameter>    Display information for all interfaces.<br>  — **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>  — **loopback** *l_range*    Loopback interface specified by *l_range*.<br>  — **management** *m_range*    Management interface range specified by *m_range*.<br>  — **port-channel** *p_range*    Port-Channel Interface range specified by *p_range*.<br>  — **vlan** *v_range*    VLAN interface range specified by *v_range*.<br>  — **vxlan** *vx_range*    VXLAN interface range specified by *vx_range*.<br><br>    Valid *e_range*, *l_range*, *m_range*, *p_range*, *v_range*, and *vx_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *SCOPE*     Duration of the reset results. Options include:<br><br>  — <no parameter>    counters are cleared on the switch.<br>  — **session**    counters are reset only for the current session. | Yes |
| clear ip arp | clear ip arp | **Command Syntax**<br>    `clear ip arp` [*VRF_INSTANCE*] *ipv4_addr*<br><br>**Parameters**<br>• *VRF_INSTANCE*     specifies the VRF instance for which arp data is removed.<br><br>  — <no parameter>    specifies the context-active VRF.<br>  — **vrf** *vrf_name*    specifies name of VRF instance. System default VRF is specified by **default**.<br><br>• *ipv4_addr*     IPv4 address of dynamic ARP entry. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip bgp | clear ip bgp | **Command Syntax**<br>`clear ip bgp [ACTION] [RESET_TYPE] [DATA_FLOW] [VRF_INSTANCE]`<br><br>**Parameters**<br>• *ACTION*   the entity upon which the clearing action is taken. Options include:<br>— \<no parameter\>   clears the routing table, then reads in routes from designated peers.<br>— *   clears all BGP IPv4 sessions with the switch's peers.<br>— *ipv4_addr*   resets the IPv4 session with the peer at the specified IPv4 address.<br>— *ipv6_addr*   resets the IPv4 session with the peer at the specified IPv6 address.<br><br>• *RESET_TYPE*   reconfiguration type. Options include:<br>— \<no parameter\>   hard reset.<br>— **soft**   soft reset.<br><br>• *DATA_FLOW*   restricts hard reset to inbound or outbound routes. Soft reset is bidirectional.<br>— \<no parameter\>   inbound and outbound routes are reset.<br>— **in**   inbound routes are reset.<br>— **out**   outbound routes are reset.<br><br>• *VRF_INSTANCE*   specifies VRF instances.<br>— \<no parameter\>   clears routing table for context-active VRF.<br>— **vrf** *vrf_name*   clears routing table for the specified VRF.<br>— **vrf all**   clears routing table for all VRFs.<br>— **vrf default**   clears routing table for default VRF. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip igmp group | clear ip igmp group | **Command Syntax**<br>    `clear ip igmp group [`*gp_addr*`] [interface `*INT_ID*`]`<br><br>**Parameters**<br>• *gp_addr*    multicast group IP address (dotted decimal notation).<br>• *INT_ID*    interface name. Options include:<br>    — **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>    — **loopback** *l_num*    Loopback interface specified by *l_num*.<br>    — **management** *m_num*    Management interface specified by *m_num*.<br>    — **port-channel** *p_num*    Port-channel interface specified by *p_num*.<br>    — **vlan** *v_num*    VLAN interface specified by *v_num*.<br>    — **vxlan** *vx_num*    VXLAN interface specified by *vx_num*. | Yes |
| clear ip mroute | clear ip mroute | **Command Syntax**<br>    `clear ip mroute `*ENTRY_LIST*<br><br>**Parameters**<br>• *ENTRY_LIST*    entries that the command removes from the mroute table. Options include:<br>    — *    all route entries are removed from the table<br>    — *gp_ipv4*    all entries for multicast group *gp_ipv4* (dotted decimal notation).<br>    — *gp_ipv4*   *src_ipv4*    all entries for source (*src_ipv4*) sending to group (*gp_ipv4*).<br>    —    . | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip msdp sa-cache | clear ip msdp sa-cache | **Command Syntax**<br>`clear ip msdp sa-cache [ADDRESS_FILTER]`<br><br>**Parameters**<br>• *ADDRESS_FILTER*    IPv4 address used to select table entries for removal.<br><br>— <no parameter>    All SA messages<br>— *grp_addr*    Multicast group address (IPv4 address).<br><br>*grp_addr* must be a valid multicast address. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip nat translation | clear ip nat translation | **Command Syntax**<br>    **clear ip nat translation** *[HOST_ADDR [DEST_ADDR]] [INTF] [PROT_TYPE]*<br><br>**Parameters**<br><br>*DEST_ADDR* immediately follows *HOST_ADDR*. All other parameters, including *HOST_ADDR,* may be placed in any order.<br><br>• *HOST_ADDR*   Host address to be modified. Options include:<br><br>   —  &lt;no parameter&gt;   All packets with specified destination address are cleared.<br>   —  **address** *local_ipv4*   IPv4 address.<br>   —  **address** *local_ipv4*  *local_port*   IPv4 address and port (port value ranges from 1 to 65535).<br><br>• *DEST_ADDR*   Destination address of translated packet. Destination address can be entered only when the *HOST_ADDR* is specified. Options include:<br><br>   —  &lt;no parameter&gt;   All packets with specified destination address are cleared.<br>   —  *global_ipv4*   IPv4 address.<br>   —  *global_ipv4*  *global_port*   IPv4 address and port (port value ranges from 1 to 65535).<br><br>• *INTF*   Route source. Options include:<br><br>   —  &lt;no parameter&gt;   All packets with specified destination address are cleared.<br>   —  **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>   —  **interface loopback** *l_num*   Loopback interface specified by *l_num*.<br>   —  **interface management** *m_num*   Management interface specified by *m_num*.<br>   —  **interface port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>   —  **interface vlan** *v_num*   VLAN interface specified by *v_num*.<br><br>• *PROT_TYPE*   Filters packets based on protocol type. Options include:<br><br>   —  &lt;no parameter&gt;   All packets with specified destination address are cleared.<br>   —  **tcp**   TCP packets with specified destination address are cleared.<br>   —  **udp**   UDP packets with specified destination address are cleared. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ip ospf neighbor | clear ip ospf neighbor | **Command Syntax**<br>`clear ip ospf [PROCESS_ID] neighbor[LOCATION] [VRF_INSTANCE]`<br><br>**Parameters**<br>• *PROCESS_ID*    OSPFv2 process ID. Values include:<br>— <no parameter><br>— *<1 to 65535>*<br><br>• *LOCATION*    IP address or interface peer group name. Values include:<br>— **\***   clears all OSPF IPv4 neighbors.<br>— *ipv4_addr*<br>— **ethernet** *e_num*<br>— **loopback** *l_num*<br>— **port-channel** *p_num*<br>— **vlan** *v_num*<br><br>• *VRF_INSTANCE*    specifies the VRF instance.<br>— <no parameter><br>— **vrf** *vrf_name* | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear ipv6 neighbors | clear ipv6 neighbors | **Command Syntax**<br>`clear ipv6 neighbors [PORT] [DYNAMIC_IPV6]`<br><br>**Parameters**<br>• *PORT*   Interface through which neighbor is accessed. Options include:<br><br>— <no parameter>   all dynamic entries are removed.<br>— **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **management** *m_num*   Management interface specified by *m_num*.<br>— **port-channel** *p_num*   Port-channel interface specified by *p_num*.<br>— **vlan** *v_num*   VLAN interface specified by *v_num*.<br>— **vxlan** *vx_num*   VXLAN interface specified by *vx_num*.<br><br>• *DYNAMIC_IPV6*   Address of entry removed by the command. Options include:<br><br>— <no parameter>   all dynamic entries for specified interface are removed.<br>— *ipv6_addr*   IPv6 address of entry. | Yes |
| clear ipv6 ospf force-spf | clear ipv6 ospf force-spf | **Command Syntax**<br>`clear ipv6 ospf force-spf` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear lldp counters | clear lldp counters | **Command Syntax**<br>    `clear lldp counters [`*`SCOPE`*`]`<br><br>**Parameters**<br>• *SCOPE*    Session affected by command. Options include:<br>    — <no parameter>   command affects counters on all CLI sessions.<br>    — **session**   clears LLDP counters for the current CLI session only. | Yes |
| clear lldp table | clear lldp table | **Command Syntax**<br>    `clear lldp table` | Yes |
| clear mac-address-table dynamic | clear mac address-table dynamic | **Command Syntax**<br>    `clear mac address-table dynamic [`*`VLANS`*`] [`*`INTERFACE`*`]`<br><br>**Parameters**<br>• *VLANS*    Table entries are cleared for specified VLANs. Options include:<br>    — <no parameter>   all VLANs.<br>    — **vlan** *v_num*   VLAN specified by *v_num*.<br>• *INTERFACE*    Table entries are cleared for specified interfaces. Options include:<br>    — <no parameter>   all Ethernet and port channel interfaces.<br>    — **interface ethernet** *e_range*   Ethernet interfaces specified by *e_range*.<br>    — **interface port-channel** *p_range*   port channel interfaces specified by *p_range*.<br>    — **vxlan** *vx_range*   VXLAN interfaces specified by *vx_range*.<br>    Valid *range* formats include number, range, or comma-delimited list of numbers and ranges. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clear spanning-tree counters | clear spanning-tree counters | **Command Syntax**<br><br>`clear spanning-tree counters` [*INT_NAME*]<br><br>**Parameters**<br><br>• *INT_NAME*   Interface type and number. Options include:<br><br>— <no parameter>   resets counters for all interfaces.<br>— **interface ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>— **interface loopback** *l_num*   Loopback interface specified by *l_num*.<br>— **interface management** *m_num*   Management interface specified by *m_num*.<br>— **interface port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>— **interface vlan** *v_num*   VLAN interface specified by *v_num*. | Yes |
| clock set | clock set | **Command Syntax**<br><br>`clock set` *hh:mm:ss date*<br><br>**Parameters**<br><br>• *hh:mm:ss* is the current time (24-hour notation).<br><br>• *date* is the current date. Date formats include:<br><br>— mm/dd/yy          *example:* 05/15/2012<br>— Month  day  year  *example:* May 15 2012<br>— day  month  year  *example:* 15 May 2012 | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| clock timezone | clock timezone | **Command Syntax**<br>    `clock timezone` *`zone_name`*<br>    `no clock timezone`<br>    `default clock timezone`<br><br>**Parameters**<br>• *zone_name*   the time zone. Settings include a list of predefined time zone labels. | No |
| control-plane | control-plane | **Command Syntax**<br>    `control-plane` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| default-information originate (OSPF) | default-information originate (OSPFv2) | **Command Syntax**<br>`default-information originate [FORCE][VALUE][TYPE][MAP]`<br>`no default-information originate`<br>`default default-information originate`<br><br>    All parameters can be placed in any order.<br><br>**Parameters**<br>• *FORCE*    advertisement forcing option. Values include:<br>    — <no parameter><br>    — **always**<br><br>• *VALUE*    Values include:<br>    — <no parameter><br>    — **metric <1-65535>**<br><br>• *TYPE*    Values include:<br>    — <no parameter><br>    — **metric-type <1-2>**<br><br>• *MAP*    sets attributes in the LSA based on a route map. Values include:<br>    — <no parameter><br>    — **route-map** *map_name*. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| default-information originate (OSPFv3) | default-information originate (OSPFv3) | **Command Syntax**<br>`default-information originate [DURATION][VALUE][TYPE][MAP]`<br>`no default-information originate`<br>`default default-information originate`<br><br>All parameters can be placed in any order.<br><br>**Parameters**<br>• *DURATION*    Values include:<br>— <no parameter><br>— **always**<br>• *VALUE*    Values include:<br>— <no parameter><br>— **metric** *<1-65535>*<br>• *TYPE*    Values include:<br>— <no parameter><br>— **metric-type** *<1-2>*<br>• *MAP*    Values include:<br>— <no parameter><br>— **route-map** *map_name* | Yes |
| !!!!!!!!!!! | !!!!!!!!!!! | | |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| default-metric (OSPFv3) | default-metric (OSPFv3) | **Command Syntax**<br>    **default-metric** *def_metric*<br>    **no default-metric**<br>    **default default-metric**<br><br>**Parameters**<br>• *def_metric*    Values range from 1 to 65535. Default value is 10. | No |
| distance bgp | distance bgp | **Command Syntax**<br>    **distance bgp** *external_dist* [**INTERNAL_LOCAL**]<br>    **no distance bgp**<br>    **default distance bgp**<br><br>**Parameters**<br>• *external_dist*    distance assigned to external routes. Values range from 1 to 255.<br><br>• **INTERNAL_LOCAL**    distance assigned to internal and local routes. Values for both routes range from 1 to 255. Options include:<br>    — &lt;no parameter&gt;    *external_dist* value is assigned to internal and local routes.<br>    — *internal_dist  local_dist*    values assigned to internal (*internal_dist*) and local (*local_dist*) routes. | No |
| domain-id | domain-id | **Command Syntax**<br>    **domain-id** *identifier*<br>    **no domain-id**<br>    **default domain-id**<br><br>**Parameters**<br>• *identifier*    alphanumeric string that names the MLAG domain. | No |

33

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| dot1x max-reauth-req | dot1x max-reauth-req | **Command Syntax**<br>`dot1x max-reauth-req` *attempts*<br>`no dot1x max-reauth-req`<br>`default dot1x max-reauth-req`<br><br>**Parameters**<br>• *attempts*   maximum number of attempts. Values range from 1 to 10; default value is 2. | No |
| dot1x pae authenticator | dot1x pae authenticator | **Command Syntax**<br>`dot1x pae authenticator`<br>`no dot1x pae authenticator`<br>`default dot1x pae authenticator` | Yes |
| dot1x port-control | dot1x port-control | **Command Syntax**<br>`dot1x port-control` *STATE*<br>`no dot1x port-control`<br>`default dot1x port-control`<br><br>**Parameters**<br>• *STATE*   specifies whether the interface will authenticate traffic. The default value is *force-authorized*. Options include:<br><br>— **auto**   configures the port to authenticate traffic using Extensible Authentication Protocol messages.<br><br>— **force-authorized**   configures the port to pass traffic without authentication.<br><br>— **force-unauthorized**   configures the port to block all traffic regardless of authentication. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| dot1x reauthentication | dot1x reauthentication | **Command Syntax**<br><br>`dot1x reauthentication`<br>`no dot1x reauthentication`<br>`default dot1x reauthentication` | Yes |
| dot1x system-auth-control | dot1x system-auth-control | **Command Syntax**<br><br>`dot1x system-auth-control`<br>`no dot1x system-auth-control`<br>`default dot1x system-auth-control` | Yes |
| dot1x timeout quiet-period | dot1x timeout quiet-period | **Command Syntax**<br><br>`dot1x timeout quiet-period` *quiet_time*<br>`no dot1x timeout quiet-period`<br>`default dot1x timeout quiet-period`<br><br>**Parameters**<br>• *quiet_time*    interval in seconds. Values range from 1 to 65535. Default value is 60. | No |
| dot1x timeout reauth-period | dot1x timeout reauth-period | **Command Syntax**<br><br>`dot1x timeout reauth-period` *reauth_time*<br>`no dot1x timeout reauth-period`<br>`default dot1x timeout reauth-period`<br><br>**Parameters**<br>• *reauth_time*    the number of seconds the interface passes traffic before requiring re-authentication. Values range from 1 to 65535. Default value is 3600. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| dot1x timeout tx-period | dot1x timeout tx-period | **Command Syntax**<br>    `dot1x timeout tx-period` *tx_time*<br>    `no dot1x timeout tx-period`<br>    `default dot1x timeout tx-period`<br><br>**Parameters**<br>• *tx_time*    Values range from 1 to 65535. Default value is 5. | No |
| enable secret | enable secret | **Command Syntax**<br>    `enable secret` [***ENCRYPT_TYPE***] *password*<br>    `no enable secret`<br>    `default enable secret`<br>**Parameters**<br>• ***ENCRYPT_TYPE***    encryption level of the *password* parameter. Settings include:<br><br>    — <no parameter>    the password is entered as clear text.<br>    — **0**    the password is entered as clear text. Equivalent to <no parameter>.<br>    — **5**    the password is entered as an md5 encrypted string.<br>    — **sha512**    the password is entered as an sha512 encrypted string.<br>• *password*    text that authenticates the username.<br><br>    — *password* must be in clear text if ***ENCRYPT_TYPE*** specifies clear text.<br>    — *password* must be an appropriately encrypted string if ***ENCRYPT_TYPE*** specifies encryption.<br><br>Encrypted strings entered through this parameter are generated elsewhere. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| erase startup-config | erase startup-config | **Command Syntax**<br>`erase startup-config [CONFIRMATION]`<br><br>**Parameters**<br>• *CONFIRMATION*<br><br>— **<no parameter>**   the switch requires a confirmation before starting the erase.<br>— **now**   the erase begins immediately without prompting the user to confirm the request. | Yes |
| errdisable detect cause link-flap | errdisable detect cause link-flap | **Command Syntax**<br>`errdisable detect cause link-flap`<br>`no errdisable detect cause link-flap`<br>`default errdisable detect cause link-flap` | Yes |
| errdisable recovery cause | errdisable recovery cause | **Command Syntax**<br>`errdisable recovery cause CONDITION`<br>`no errdisable recovery cause CONDITION`<br>`default errdisable recovery cause CONDITION`<br><br>**Parameters**<br>• *CONDITION*   Disabling condition for which command automates recovery. Options include:<br><br>— **bpduguard**<br>— **link-flap**<br>— **no-internal-vlan**<br>— **portchannelguard**<br>— **portsec**<br>— **tapagg**<br>— **uplink-failure-detection**<br>— **xcvr_unsupported** | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| errdisable recovery interval | errdisable recovery interval | **Command Syntax**<br>`errdisable recovery interval` *period*<br>`no errdisable recovery interval`<br>`default errdisable recovery interval`<br><br>**Parameters**<br>• *period*    Error disable recovery period (seconds). Value ranges from 30 to 86400. Default value is 300 | No |
| flowcontrol receive | flowcontrol receive | **Command Syntax**<br>`flowcontrol receive` *STATE*<br>`no flowcontrol receive`<br>`default flowcontrol receive`<br><br>**Parameters**<br>• *STATE*    flow control pause frame processing setting. Options include:<br> — `on`<br> — `off` | No |
| flowcontrol send | flowcontrol send | **Command Syntax**<br>`flowcontrol send` *STATE*<br>`no flowcontrol send`<br>`default flowcontrol send`<br><br>**Parameters**<br>• *STATE*    flow control send setting. Options include<br> — `on`<br> — `off` | No |