# EXHIBIT 65
# (Part 5 of 8)

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| router-id | router-id (OSPFv2) | **Command Syntax**<br>    **router-id** *identifier*<br>    **no router-id** [*identifier*]<br>    **default router-id** [*identifier*]<br><br>**Parameters**<br>•  *identifier*   Value ranges from 0.0.0.0 to 255.255.255.255. | No |
| router-id (OSPFv3) | router-id (OSPFv3) | **Command Syntax**<br>    **router-id** *identifier*<br>    **no router-id**<br>    **default router-id**<br><br>**Parameters**<br>•  *identifier*   Value ranges from 0.0.0.0 to 255.255.255.255 (dotted decimal notation). | No |
| routing-context vrf | routing-context vrf | **Command Syntax**<br>    **routing-context vrf** [*VRF_ID*]<br><br>**Parameters**<br>•  *VRF_ID*   Name of VRF assigned as the current VRF scope. Options include:<br>    — *vrf_name*   Name of user-defined VRF.<br>    — **default**   System-default VRF. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| service sequence-numbers | service sequence-numbers | **Command Syntax**<br><br>`service sequence-numbers`<br>`no service sequence-numbers`<br>`default service sequence-numbers` | Yes |
| set-overload-bit | set-overload-bit | **Command Syntax**<br><br>`set-overload-bit `*`TIMING`*<br>`no set-overload-bit`<br>`default set-overload-bit`<br><br>**Parameters**<br>• *TIMING*   Options include:<br>— \<no parameter\><br>— **on-startup** *\<1* to *3600\>* | No |
| show aaa method-lists | show aaa method-lists | **Command Syntax**<br><br>`show aaa method-lists `*`SERVICE_TYPE`*<br><br>**Parameters**<br>• *SERVICE_TYPE*   the service type of the method lists that the command displays.<br>— **accounting**   accounting services.<br>— **authentication**   authentication services.<br>— **authorization**   authorization services.<br>— **all**   accounting, authentication, and authorization services. | No |

137

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show aaa sessions | show aaa sessions | **Command Syntax**<br>`show aaa sessions` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show arp | show arp | **Command Syntax**<br>`show arp` [**VRF_INST**] [**FORMAT**] [**HOST_ADD**] [**HOST_NAME**] [**INTF**] [**MAC_ADDR**] [**DATA**]<br><br>**Parameters**<br>The *VRF_INST* and *FORMAT* parameters are always listed first and second. The *DATA* parameter is always listed last. All other parameters can be placed in any order.<br><br>• *VRF_INST*  specifies the VRF instance for which data is displayed.<br>— \<no parameter>  context-active VRF.<br>— **vrf** *vrf_name*  specifies name of VRF instance. System default VRF is specified by **default**.<br><br>• *FORMAT*  Display format of host address. Options include:<br>— \<no parameter>  entries associate hardware address with an IPv4 address.<br>— **resolve**  entry associate hardware address with a host name (if it exists).<br><br>• *HOST_ADD*  IPv4 address by which routing table entries are filtered. Options include:<br>— \<no parameter>  routing table entries are not filtered by host address.<br>— *ipv4_addr*  table entries matching specified IPv4 address.<br><br>• *HOST_NAME*  Host name by which routing table entries are filtered. Options include:<br>— \<no parameter>  routing table entries are not filtered by host name.<br>— **host** *hostname*  entries matching *hostname* (text).<br><br>• *INTF*  interfaces for which command displays status.<br>— \<no parameter>  Routing table entries are not filtered by interface.<br>— **interface ethernet** *e_num*  Routed Ethernet interface specified by *e_num*.<br>— **interface loopback** *l_num*  Routed loopback interface specified by *l_num*.<br>— **interface management** *m_num*  Routed management interface specified by *m_num*.<br>— **interface port-channel** *p_num*  Routed port channel Interface specified by *p_num*.<br>— **interface vlan** *v_num*  VLAN interface specified by *v_num*.<br>— **interface vxlan** *vx_num*  VXLAN interface specified by *vx_num*.<br><br>• *MAC_ADDR*  MAC address by which routing table entries are filtered. Options include:<br>— \<no parameter>  Routing table entries are not filtered by interface MAC address.<br>— **mac_address** *mac_address*  entries matching *mac_address* (dotted hex notation – H.H.H).<br><br>• *DATA*  Detail of information provided by command. Options include:<br>— \<no parameter>  Routing table entries.<br>— **summary**  Summary of ARP table entries.<br>— **summary total**  Number of ARP table entries. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show bfd neighbors | show bfd neighbors | **Command Syntax**<br>    `show bfd neighbors` `[INFO_LEVEL]`<br><br>**Parameters**<br>• *INFO_LEVEL*    amount of information that is displayed. Options include:<br><br>    — <no parameter>    command displays data block for each specified interface.<br>    — **detail**    command displays table that summarizes interface data.<br><br>**Display Values**<br>• **DstAddr**    IP address of the BFD neighbor.<br>• **MyDisc**    Local discriminator value of the BFD session.<br>• **YoDisc**    Neighbor′s discriminator value for the BFD session.<br>• **If**    Interface to which the neighbor is connected.<br>• **LUp**    Last up.<br>• **LDown**    Last down.<br>• **Ldiag**    Diagnostic for the last change in session state.<br>• **State**    State of the BFD session.<br>• **TxInt**    Transmit interval of the local interface.<br>• **RxInt**    Minimum receive interval set on the local interface.<br>• **Multiplier**    Local multiplier (number of packets that must be missed to declare session down).<br>• **Received RxInt**    Minimum receive interval set on the neighbor interface.<br>• **Received Multiplier**    Neighbor′s multiplier (number of packets that must be missed to declare session down).<br>• **Rx Count**    BFD control packets transmitted.<br>• **Tx Count**    BFD control packets received.<br>• **Detect Time**    Total time in milliseconds it takes for BFD to detect connection failure.<br>• **Registered Protocols**    Protocols using BFD with this neighbor. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show clock | show clock | **Command Syntax**<br>    `show clock` | Yes |
| show dot1q-tunnel | show dot1q-tunnel | **Command Syntax**<br>    `show dot1q-tunnel [INTERFACE]`<br><br>**Parameters**<br>• *INTERFACE*    Interface type and numbers. Options include:<br><br>  — <no parameter>    Display information for all interfaces.<br>  — **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>  — **loopback** *l_range*    Loopback interface specified by *l_range*.<br>  — **management** *m_range*    Management interface range specified by *m_range*.<br>  — **port-channel** *p_range*    Port-Channel Interface range specified by *p_range*.<br>  — **vlan** *v_range*    VLAN interface range specified by *v_range*.<br>  — **vxlan** *vx_range*    VXLAN interface range specified by *vx_range*.<br><br>    Valid *range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show dot1x | show dot1x | **Command Syntax**<br>    **show dot1x** *INTERFACE_NAME INFO*<br><br>**Parameters**<br>• *INTERFACE_NAME*    Interface type and number. Options include:<br>    — **all**   Display information for all interfaces.<br>    — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>    — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>    — **management** *m_num*   Management interface specified by *m_num*.<br>    — **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>    — **vlan** *v_num*   VLAN interface specified by *v_num*.<br><br>• *INFO*    Type of information the command displays. Values include:<br>    — &lt;no parameter&gt;   displays summary of the specified interface.<br>    — **detail**   displays all 802.1x information for the specified interface. | No |
| show dot1x all summary | show dot1x all summary | **Command Syntax**<br>    **show dot1x all summary** | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show dot1x statistics | show dot1x statistics | **Command Syntax**<br><br>    **show dot1x *INTERFACE_NAME* statistics**<br><br>**Parameters**<br><br>• *INTERFACE_NAME*    Interface type and number. Options include:<br><br>    — **all**   Display information for all interfaces.<br>    — **ethernet** *e_num*   Ethernet interface specified by *e_num*.<br>    — **loopback** *l_num*   Loopback interface specified by *l_num*.<br>    — **management** *m_num*   Management interface specified by *m_num*.<br>    — **port-channel** *p_num*   Port-Channel Interface specified by *p_num*.<br>    — **vlan** *v_num*   VLAN interface specified by *v_num*.<br><br>**Output Fields**<br><br>• RxStart   Number of EAPOL-Start frames received on the port.<br>• TxReqId   Number of EAP-Request/Identity frames transmitted on the port.<br>• RxVersion   Version number of the last EAPOL frame received on the port.<br>• RxLogoff   Number of EAPOL-Logoff frames received on the port.<br>• RxInvalid   Number of invalid EAPOL frames received on the port.<br>• TxReq   Number of transmitted EAP-Request frames that were not EAP-Request/Identity.<br>• LastRxSrcMAC   The source MAC address in the last EAPOL frame received on the port.<br>• RxRespId   The number of EAP-Response/Identity frames received on the port<br>• RxTotal   The total number of EAPOL frames transmitted on the port.<br>• TxTotal   The total number of EAPOL frames transmitted on the port. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show environment all | show environment all | **Command Syntax**<br><br>    `show environment all` | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show environment cooling | show environment cooling | **Command Syntax**<br><br>`show environment cooling [INFO_LEVEL]`<br><br>**Parameters**<br>• *INFO_LEVEL*    specifies level of detail that the command displays. Options include:<br>— &lt;no parameter&gt;    displays the fan status, air flow direction, and ambient switch temperature.<br>— **detail**    also displays actual and configured fan speed of each fan.<br><br>**Display Values**<br>• **System cooling status**:<br>— *Ok*    no more than one fan has failed or is not inserted.<br>— *Insufficient fans*    more than one fan has failed or is not inserted. This status is also displayed if fans with different airflow directions are installed. The switch shuts down if the error is not resolved.<br>• **Ambient temperature**    temperature of the surrounding area.<br>• **Airflow**    indicates the direction of the installed fans:<br>— *front-to-back*    all fans flow air from the front to the rear of the chassis.<br>— *back-to-front*    all fans flow air from the rear to the front of the chassis.<br>— *incompatible fans*    fans with different airflow directions are inserted.<br>— *Unknown*    The switch is initializing.<br>• **Fan Tray Status** table    displays the status and operating speed of each fan. Status values indicate the following conditions:<br>— *OK*    The fan is operating normally.<br>— *Failed*    The fan is not operating normally.<br>— *Unknown*    The system is initializing.<br>— *Not Inserted*    The system is unable to detect the specified fan.<br>— *Unsupported*    The system detects a fan that the current software version does not support. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show environment power | show environment power | **Command Syntax**<br><br>    `show environment power [INFO_LEVEL]`<br><br>**Parameters**<br><br>• *INFO_LEVEL*   specifies level of detail that the command displays. Options include:<br><br>   —  &lt;no parameter&gt;   displays current and power levels for each supply.<br>   —  **detail**   also includes status codes that can report error conditions. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show environment temperature | show environment temperature | **Command Syntax**<br>`show environment temperature [MODULE_NAME][INFO_LEVEL]`<br>**Parameters**<br>• *MODULE_NAME*    Specifies modules for which data is displayed. This parameter is only available on modular switches. Options include:<br>— <no parameter>    All modules (identical to **all** option).<br>— **fabric** *fab_num*    Specified fabric module. Number range varies with switch model.<br>— **linecard** *line_num*    Linecard module. Number range varies with switch model.<br>— **supervisor** *super_num*    Supervisor module. Number range varies with switch model.<br>— *mod_num*    Supervisor (1 to 2) or linecard (3 to 18) module.<br>— **all**    All modules.<br>• *INFO_LEVEL*    specifies level of detail that the command displays. Options include:<br>— <no parameter>    displays table that lists the temperature and thresholds of each sensor.<br>— **detail**    displays data block for each sensor listing the current temperature and historic data.<br>**Display Values**<br>• **System temperature status** is the first line that the command displays. Values report the following:<br>— *Ok*    All sensors report temperatures below the alert threshold.<br>— *Overheating*    At least one sensor reports a temperature above its alert threshold.<br>— *Critical*    At least one sensor reports a temperature above its critical threshold.<br>— *Unknown*    The switch is initializing.<br>— *Sensor Failed*    At least one sensor is not functioning. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show etherchannel | show etherchannel | **Command Syntax**<br>`show etherchannel [MEMBERS] [PORT_LIST] [INFO_LEVEL]`<br><br>**Parameters**<br>• *MEMBERS*    list of port channels for which information is displayed. Options include:<br><br>— <no parameter>    all configured port channels.<br>— *p_range*    ports in specified channel list (number, number range, or list of numbers and ranges).<br><br>• *PORT_LEVEL*    ports displayed, in terms of aggregation status. Options include:<br><br>— <no parameter>    Displays information on ports that are active members of the LAG**.**<br>— **active-ports**    Displays information on ports that are active members of the LAG.<br>— **all-ports**    Displays information on all ports (active or inactive) configured for LAG.<br><br>• *INFO_LEVEL*    amount of information that is displayed. Options include:<br><br>— <no parameter>    Displays information at the brief level.<br>— **brief**    Displays information at the brief level.<br>— **detailed**    Displays information at the detail level.<br><br>**Display Values**<br>• **Port Channel**    Type and name of the port channel.<br>• **Time became active**    Time when the port channel came up.<br>• **Protocol**    Protocol operating on the port.<br>• **Mode**    Status of the Ethernet interface on the port. The status value is Active or Inactive.<br>• **No active ports**    Number of active ports on the port channel.<br>• **Configured but inactive ports**    Ports configured but that are not actively up.<br>• **Reason unconfigured**    Reason why the port is not part of the LAG. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show hostname | show hostname | **Command Syntax**<br>    `show hostname` | Yes |
| show hosts | show hosts | **Command Syntax**<br>    `show hosts` | Yes |
| show interfaces | show interfaces | **Command Syntax**<br>    `show interfaces [`*`INT_NAME`*`]`<br><br>**Parameters**<br>• *INT_NAME*   Interface type and numbers. Options include:<br>  — <no parameter>   all interfaces.<br>  — **ethernet** *e_range*   Ethernet interface range specified by *e_range*.<br>  — **loopback** *l_range*   Loopback interface specified by *l_range*.<br>  — **management** *m_range*   Management interface range specified by *m_range*.<br>  — **port-channel** *p_range*   Port-Channel Interface range specified by *p_range*.<br>  — **vlan** *v_range*   VLAN interface range specified by *v_range*.<br>  — **vxlan** *vx_range*   VXLAN interface range specified by *vx_range*.<br><br>    Valid range formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show interfaces capabilities | show interfaces capabilities | **Command Syntax**<br><br>    `show interfaces [`*`INTERFACE`*`] capabilities`<br><br>**Parameters**<br><br>• *INTERFACE*   Interface type and numbers. Options include:<br><br>   —  &lt;no parameter&gt;   all interfaces.<br>   —  **ethernet** *e_range*   Ethernet interface range specified by *e_range*.<br>   —  **management** *m_range*   Management interface range specified by *m_range*.<br><br>    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |
| show interfaces description | show interfaces description | **Command Syntax**<br><br>    `show interfaces [`*`INT_NAME`*`] description`<br><br>**Parameters**<br><br>• *INT_NAME*   Interface type and labels. Options include:<br><br>   —  &lt;no parameter&gt;   all interfaces.<br>   —  **ethernet** *e_range*   Ethernet interface range specified by *e_range*.<br>   —  **loopback** *l_range*   Loopback interface specified by *l_range*.<br>   —  **management** *m_range*   Management interface range specified by *m_range*.<br>   —  **port-channel** *p_range*   Port-Channel Interface range specified by *p_range*.<br>   —  **vlan** *v_range*   VLAN interface range specified by *v_range*.<br>   —  **vxlan** *vx_range*   VXLAN interface range specified by *vx_range*.<br><br>    Range formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show interfaces flowcontrol | show flowcontrol | **Command Syntax**<br>    **show flowcontrol** [*INTERFACE*]<br>    **show** [*INTERFACE*] **flowcontrol**<br><br>**Parameters**<br>• *INTERFACE*   Interface type and number for which flow control data is displayed.<br><br>  — <no parameter>   all interfaces.<br>  — **ethernet** *e_range*   Ethernet interfaces in the specified range.<br>  — **management** *m_range*   Management interfaces in the specified range.<br><br>    Valid *e_range* and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |
| show interfaces private-vlan mapping | show interfaces private-vlan mapping | **Command Syntax**<br>    **show interfaces** [*INT_NAME*] **private-vlan** mapping<br><br>**Parameters**<br>• *INT_NAME*   Interface type and labels. Options include:<br><br>  — <no parameter>   all interfaces.<br>  — **ethernet** *e_range*   Ethernet interface range specified by *e_range*.<br>  — **loopback** *l_range*   Loopback interface specified by *l_range*.<br>  — **management** *m_range*   Management interface range specified by *m_range*.<br>  — **port-channel** *p_range*   Port-Channel Interface range specified by *p_range*.<br>  — **vlan** *v_range*   VLAN interface range specified by *v_range*.<br>  — **vxlan** *vx_range*   VXLAN interface range specified by *vx_range*.<br><br>    Valid range formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

151

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show interfaces status | show interfaces status | **Command Syntax**<br>`show interfaces [INTERFACE] status [STATUS_TYPE]`<br><br>**Parameters**<br>• *INTERFACE*    Interface type and numbers. Options include:<br>— **<no parameter>**    All existing interfaces.<br>— **ethernet** *e_range*    Ethernet interfaces in the specified range.<br>— **management** *m_range*    Management interfaces in the specified range.<br>— **port-channel** *p_range*    All existing port-channel interfaces in the specified range.<br>Valid *e_range*, *m_range*, and *p_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *STATUS_TYPE*    interface status upon which the command filters output. Options include:<br>— **<no parameter>**    command does not filter on interface status.<br>— **connected**    interfaces connected to another port.<br>— **notconnect**    unconnected interfaces that are capable of connecting to another port.<br>— **disabled**    interfaces that have been powered down or disabled.<br>Command may include multiple status types (**connected notconnect disabled**), which can be placed in any order. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show interfaces switchport | show interfaces switchport | **Command Syntax**<br>　　`show interfaces [INTERFACE] switchport`<br><br>**Parameters**<br>• *INTERFACE*　　Interface type and numbers. Options include:<br>　— <no parameter>　　Display information for all interfaces.<br>　— **ethernet** *e_range*　　Ethernet interface range specified by *e_range*.<br>　— **loopback** *l_range*　　Loopback interface specified by *l_range*.<br>　— **management** *m_range*　　Management interface range specified by *m_range*.<br>　— **port-channel** *p_range*　　Port-Channel Interface range specified by *p_range*.<br>　— **vlan** *v_range*　　VLAN interface range specified by *v_range*.<br><br>　　Valid *e_range, l_range, m_range, p_range,* and *v_range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show interfaces switchport backup | show interfaces switchport backup | **Command Syntax**<br>`show interfaces [INTERFACE] switchport backup`<br><br>**Parameters**<br>• *INTERFACE*  Interface type and numbers. Options include:<br><br> — **ethernet** *e_range*  Ethernet interface range specified by *e_range*.<br> — **loopback** *l_range*  Loopback interface specified by *l_range*.<br> — **management** *m_range*  Management interface range specified by *m_range*.<br> — **port-channel** *p_range*  Port-Channel Interface range specified by *p_range*.<br> — **vlan** *v_range*  VLAN interface range specified by *v_range*.<br><br> Valid *e_range*, *l_range*, *m_range*, *p_range*, and *v_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>**Display Values**<br>• **State**  Operational status of the interface. Values include:<br><br> — *Up*  Spanning tree mode is *backup*, interface status is ***up***.<br> — *Down*  Spanning tree mode is ***backup***, interface status is ***down***.<br> — *Inactive Configuration*  The spanning tree mode is not ***backup***.<br><br>• **Forwarding vlans**  VLANs forwarded by the interface. Depends on interface operation status and prefer option specified by the **switchport backup** command. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show interfaces transceiver | show interfaces transceiver | **Command Syntax**<br>`show interfaces [INTERFACE] transceiver [DATA_FORMAT]`<br><br>**Parameters**<br>• *INTERFACE*    Interface type and numbers. Options include:<br>— **<no parameter>**    all interfaces.<br>— **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>— **management** *m_range*    Management interface range specified by *m_range*.<br><br>Valid *e_range*, and *m_range* formats include number, number range, or comma-delimited list of numbers and ranges.<br><br>• *DATA_FORMAT*    format used to display the data. Options include:<br>— **<no parameter>**    table entries separated by tabs.<br>— **csv**    table entries separated by commas. | Yes |
| show interfaces trunk | show interfaces trunk | **Command Syntax**<br>`show interfaces [INTERFACE] trunk`<br><br>**Parameters**<br>• *INTERFACE*    Interface type and numbers. Options include:<br>— **<no parameter>**    Display information for all interfaces.<br>— **ethernet** *e_range*    Ethernet interface range specified by *e_range*.<br>— **management** *m_range*    Management interface range specified by *m_range*.<br>— **port-channel** *p_range*    Port-Channel Interface range specified by *p_range*.<br><br>Valid *e_range*, *m_range*, and *p_range* formats include number, number range, or comma-delimited list of numbers and ranges. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show inventory | show inventory | **Command Syntax**<br>        `show inventory` | Yes |
| show ip access-lists | show ip access-lists | **Command Syntax**<br>        `show ip access-list` [*LIST*] [*SCOPE*]<br><br>**Parameters**<br>• *LIST*    name of lists to be displayed. Selection options include:<br>  — <no parameter>    all IPv4 ACLs are displayed.<br>  — *list_name*    specified IPv4 ACL is displayed.<br>• *SCOPE*    information displayed. Selection options include:<br>  — <no parameter>    all rules in the specified lists are displayed.<br>  — **summary**    the number of rules in the specified lists are displayed. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip arp | show ip arp | **Command Syntax**<br>    **show ip arp** *[VRF_INST] [FORMAT] [HOST_ADD] [HOST_NAME] [INTF] [MAC_ADDR] [DATA]*<br><br>**Parameters**<br>The *VRF_INST* and *FORMAT* parameters are always listed first and second. The *DATA* parameter is always listed last. All other parameters can be placed in any order.<br><br>• *VRF_INST*  specifies the VRF instance for which data is displayed.<br>  — <no parameter>  context-active VRF.<br>  — **vrf** *vrf_name*  specifies name of VRF instance. System default VRF is specified by **default**.<br><br>• *FORMAT*  Display format of host address. Options include:<br>  — <no parameter>  entries associate hardware address with an IPv4 address.<br>  — **resolve**  entry associate hardware address with a host name (if it exists).<br><br>• *HOST_ADDR*  IPv4 address by which routing table entries are filtered. Options include:<br>  — <no parameter>  routing table entries are not filtered by host address.<br>  — *ipv4_addr*  table entries matching specified IPv4 address.<br><br>• *HOST_NAME*  Host name by which routing table entries are filtered. Options include:<br>  — <no parameter>  routing table entries are not filtered by host name.<br>  — **host** *hostname*  entries matching *hostname* (text).<br><br>• *INTERFACE_NAME*  interfaces for which command displays status.<br>  — <no parameter>  Routing table entries are not filtered by interface.<br>  — **interface ethernet** *e_num*  Routed Ethernet interface specified by *e_num*.<br>  — **interface loopback** *l_num*  Routed loopback interface specified by *l_num*.<br>  — **interface management** *m_num*  Routed management interface specified by *m_num*.<br>  — **interface port-channel** *p_num*  Routed port channel Interface specified by *p_num*.<br>  — **interface vlan** *v_num*  VLAN interface specified by *v_num*.<br>  — **interface vxlan** *vx_num*  VXLAN interface specified by *vx_num*.<br><br>• *MAC_ADDR*  MAC address by which routing table entries are filtered. Options include:<br>  — <no parameter>  Routing table entries are not filtered by interface MAC address.<br>  — **mac_address** *mac_address*  entries matching *mac_address* (dotted hex notation – H.H.H).<br><br>• *DATA*  Detail of information provided by command. Options include:<br>  — <no parameter>  Routing table entries.<br>  — **summary**  Summary of ARP table entries.<br>  — **summary total**  Number of ARP table entries. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp | show ip bgp | **Command Syntax**<br>    `show ip bgp [FILTER] [VRF_INSTANCE]`<br><br>**Parameters**<br>• *FILTER*    routing table entries that the command displays. Values include:<br><br>  — &lt;no parameter&gt;   displays all routing table entries. Tabular format.<br>  — **detail**    displays all routing table entries. Data block format.<br>  — *ipv4_addr*    IPv4 host address. Data block format.<br>  — *ipv4_subnet*    IPv4 subnet address. (CIDR notation). Data block format.<br>  — *ipv4_subnet* **detail**    IPv4 subnet address. (CIDR notation). Data block format.<br>  — *ipv4_subnet* **longer-prefixes**    IPv4 subnet address. (CIDR notation). Tabular format.<br>  — *ipv4_subnet* **longer-prefixes detail**    IPv4 subnet address. (CIDR notation). Data block format.<br><br>• *VRF_INSTANCE*    specifies VRF instances.<br><br>  — &lt;no parameter&gt;   displays routing table for context-active VRF.<br>  — **vrf** *vrf_name*    displays routing table for the specified VRF.<br>  — **vrf all**    displays routing table for all VRFs.<br>  — **vrf default**    displays routing table for default VRF. | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp community | show ip bgp community | **Command Syntax**<br>　`show ip bgp community` `[`**`COMM_1 ... COMM_n`**`]``[`**`MATCH_TYPE`**`]``[`**`DATA_OPTION`**`]``[`**`VRF_INSTANCE`**`]`<br>**Parameters**<br>• *COMM_x*　community number or name, as specified in the route map that sets the community list number.<br>　— *aa:nn*　AS and network number, separated by colon. Each value ranges from 1 to 4294967295.<br>　— *comm_num*　community number. Values range from 1 to 4294967040.<br>　— **internet**　advertises route to Internet community.<br>　— **local-as**　advertises route only to local peers.<br>　— **no-advertise**　does not advertise the route to any peer.<br>　— **no-export**　advertises route only within BGP AS boundary.<br><br>• *MATCH_TYPE*　Routes are filtered based on their communities.<br><br>　— <no parameter>　routes must match at least one community in the list<br>　— **exact**　route must match all communities and include no other communities.<br><br>• *DATA_OPTION*　Type of information the command displays. Values include:<br><br>　— <no parameter>　Displays table of the routing entry line items.<br>　— **detail**　Displays data block for each routing table entry.<br><br>• *VRF_INSTANCE*　specifies VRF instances.<br><br>　— <no parameter>　displays routing table for context-active VRF.<br>　— **vrf** *vrf_name*　displays routing table for the specified VRF.<br>　— **vrf all**　displays routing table for all VRFs.<br>　— **vrf default**　displays routing table for default VRF. | Yes |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp neighbors | show ip bgp neighbors (route type) | **Command Syntax**<br>`show ip bgp neighbors` *neighbor_addr* **HOPDIRECT** [**FILTER**] [**VRF_INSTANCE**]<br>`show ip bgp neighbors` *neighbor_addr* [**ROUTE_TYPE**] **HOPDIRECT**<br>`show ip bgp neighbors` *neighbor_addr* [**ROUTE_TYPE**] **HOPDIRECT** detail<br><br>**Related Command**<br><span style="color:blue">show ip bgp neighbors</span><br><span style="color:blue">show ip bgp neighbors (route-type) community</span><br><br>**Parameters**<br>• *neighbor_addr*    location of the neighbor.<br><br>• *ROUTE_TYPE*    filters route on route type. Options include:<br>— **ipv4 unicast**   displays IPv4 unicast routes.<br>— **ipv6 unicast**   displays IPv6 unicast routes.<br><br>• *HOPDIRECT*    filters route on the basis of direction from neighbor. Options include:<br>— **advertised-routes**   displays routes advertised to the specified neighbor.<br>— **received-routes**   displays routes received from the specified neighbor (accepted and rejected).<br>— **routes**   displays routes received and accepted from specified neighbor.<br><br>• *FILTER*    routing table entries that the command displays. Values include:<br>— <no parameter>   displays all routing table entries. Tabular format.<br>— **detail**   displays all routing table entries. Data block format.<br>— *ipv4_addr*   host IPv4 address. Data block format.<br>— *ipv4_subnet*   subnet address. (CIDR notation). Data block format.<br>— *ipv4_subnet* **longer-prefixes**   subnet address. (CIDR notation). Tabular format.<br><br>• *VRF_INSTANCE*    specifies VRF instances.<br>— <no parameter>   displays routing table for context-active VRF.<br>— **vrf** *vrf_name*   displays routing table for the specified VRF.<br>— **vrf all**   displays routing table for all VRFs.<br>— **vrf default**   displays routing table for default VRF. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp neighbors | show ip bgp neighbors | **Command Syntax**<br>    `show ip bgp neighbors [NEIGHBOR_ADDR][VRF_INSTANCE]`<br><br>**Parameters**<br>• *NEIGHBOR_ADDR*   location of the neighbors. Options include:<br>   —  &lt;no parameter&gt;   command displays information for all IPv4 BGP neighbors.<br>   —  *ipv4_addr*   command displays information for specified neighbor.<br><br>• *VRF_INSTANCE*   specifies VRF instances.<br>   —  &lt;no parameter&gt;   displays routing table for context-active VRF.<br>   —  **vrf** *vrf_name*   displays routing table for the specified VRF.<br>   —  **vrf all**   displays routing table for all VRFs.<br>   —  **vrf default**   displays routing table for default VRF. | Yes |

161

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| show ip bgp paths | show ip bgp paths | **Command Syntax**<br><br>　　`show ip bgp paths [VRF_INSTANCE]`<br><br>**Parameters**<br><br>• *VRF_INSTANCE*　specifies VRF instances.<br><br>　— <no parameter>　displays routing table for context-active VRF.<br>　— **vrf** *vrf_name*　displays routing table for the specified VRF.<br>　— **vrf all**　displays routing table for all VRFs.<br>　— **vrf default**　displays routing table for default VRF.<br><br>**Display Values**<br><br>• **Refcount**: Number of routes using a listed path.<br>• **Metric**: The path's Multi Exit Discriminator (MED).<br>• **Path**: The route's AS path and its origin code.<br><br>The MED (the path's external metric) provides information to external neighbors about the preferred path into an AS that has multiple entry points. Lower MED values are preferred. | Yes |