# EXHIBIT 65
# (Part 8 of 8)

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server group | snmp-server group | **Command Syntax**<br>`snmp-server group` *group_name* **VERSION** [**CNTX**] [**READ**] [**WRITE**] [**NOTIFY**]<br>`no snmp-server group` *group_name* **VERSION**<br>`default snmp-server group` *group_name* **VERSION**<br><br>**Parameters**<br>• *group_name*    the name of the group.<br>• *VERSION*    the security model utilized by the group.<br>  — **v1**    SNMPv1. Uses a community string match for authentication.<br>  — **v2c**    SNMPv2c. Uses a community string match for authentication.<br>  — **v3 no auth**    SNMPv3. Uses a username match for authentication.<br>  — **v3 auth**    SNMPv3. HMAC-MD5 or HMAC-SHA authentication.<br>  — **v3 priv**    SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.<br>• *CNTX*    associates the SNMP group to an SNMP context.<br>  — <no parameter>    command does not associate group with an SNMP context.<br>  — **context** *context_name*    associates group with context specified by *context_name*.<br>• *READ*    specifies read view for SNMP group.<br>  — <no parameter>    command does not specify read view.<br>  — **read** *read_name*    read view specified by *read_name* (string – maximum 64 characters).<br>• *WRITE*    specifies write view for SNMP group.<br>  — <no parameter>    command does not specify write view.<br>  — **write** *write_name*    write view specified by *write_name* (string – maximum 64 characters).<br>• *NOTIFY*    specifies notify view for SNMP group.<br>  — <no parameter>    command does not specify notify view.<br>  — **notify** *notify_name*    notify view specified by *notify_name* (string – maximum 64 characters). | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server host | snmp-server host | **Command Syntax**<br>**snmp-server host** *host_id* [***VRF_INST***][***MESSAGE***][***VERSION***] *comm_str* [***PORT***]<br>**no snmp-server host** *host_id* [***VRF_INST***][***MESSAGE***][***VERSION***] *comm_str* [***PORT***]<br>**default snmp-server host** *host_id* [***VRF_INST***][***MESSAGE***][***VERSION***] *comm_str* [***PORT***]<br><br>**Parameters**<br>• *host_id*   hostname or IP address of the targeted recipient.<br>• ***VRF_INST***   specifies the VRF instance being modified.<br>  — <no parameter>   changes are made to the default VRF.<br>  — **vrf** *vrf_name*   changes are made to the specified user-defined VRF.<br>• ***MESSAGE***   message type that is sent to the host.<br>  — <no parameter>   sends SNMP traps to host (default).<br>  — **informs**   sends SNMP informs to host.<br>  — **traps**   sends SNMP traps to host.<br>• ***VERSION***   SNMP version. Options include:<br>  — <no parameter>   SNMPv2c (default).<br>  — **version 1**   SNMPv1; option not available with informs.<br>  — **version 2c**   SNMPv2c.<br>  — **version 3 noauth**   SNMPv3; enables user-name match authentication.<br>  — **version 3 auth**   SNMPv3; enables MD5 and SHA packet authentication.<br>  — **version 3 priv**   SNMPv3. HMAC-MD5 or HMAC-SHA authentication. AES or DES encryption.<br>• *comm_str*   community string to be sent with the notification as a password.<br><br>  Arista recommends setting this string separately before issuing the **snmp-server host** command. To set the community string separately, use the **snmp-server community** command.<br>• *PORT*   port number of the host.<br>  — <no parameter>   socket number set to 162 (default)<br>  — **udp-port** *p-name*   socket number specified by *p-name* | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server location | snmp-server location | **Command Syntax**<br><br>`snmp-server location` *node_locate*<br>`no snmp-server location`<br>`default snmp-server location`<br><br>**Parameters**<br><br>• *node_locate*    system location information (string). | No |
| snmp-server source-interface | snmp-server source-interface | **Command Syntax**<br><br>`snmp-server source-interface` *INTERFACE*<br>`no snmp-server source-interface`<br>`default snmp-server source-interface`<br><br>**Parameters**<br><br>• *INTERFACE*    Interface type and number. Values include:<br><br>— **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>— **loopback** *l_num*    Loopback interface specified by *l_num*.<br>— **management** *m_num*    Management interface specified by *m_num*.<br>— **port-channel** *p_num*    Port-Channel Interface specified by *p_num*.<br>— **vlan** *v_num*    VLAN interface specified by *v_num*. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server user | snmp-server user | **Command Syntax**<br>`snmp-server user` *user_name* *group_name* [**AGENT**] **VERSION** [**ENGINE**][**SECURITY**]<br>`no snmp-server user` *user_name* *group_name* [**AGENT**] **VERSION**<br>`default snmp-server user` *user_name* *group_name* [**AGENT**] **VERSION**<br><br>**Parameters**<br>• *user_name*   name of user.<br>• *group_name*   name of group to which user is being added.<br>• *AGENT*   Options include:<br>  — <no parameter>   local SNMP agent.<br>  — **remote** *addr* [**udp-port** *p_num*]   remote SNMP agent location.<br>    *addr* denotes the IP address; *p_num* denotes the udp port socket. (default port is 162).<br>• *VERSION*   SNMP version; options include:<br>  — **v1**   SNMPv1.<br>  — **v2c**   SNMPv2c.<br>  — **v3**   SNMPv3 .<br>• *ENGINE*   engine ID used to localize passwords. Available only if *VERSION* is **v3**.<br>  — <no parameter>   Passwords localized by SNMP copy specified by *agent*.<br>  — **localized** *engineID*   octet string of engineID.<br>• *SECURITY*   Specifies authentication and encryption levels. Available only if *VERSION* is **v3**. Encryption is available only when authentication is configured.<br>  — <no parameter>   no authentication or encryption.<br>  — **auth** *a_meth* *a_pass* [**priv** *e_meth* *e_pass*]   authentication parameters.<br>    *a-meth*   authentication method: options are **md5** (HMAC-MD5-96) and **sha** (HMAC-SHA-96).<br>    *a-pass*   authentication string for users receiving packets.<br>    *e-meth*   encryption method: Options are **aes** (AES-128) and **des** (CBC-DES).<br>    *e-pass*   encryption string for the users sending packets. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| snmp-server view | snmp-server view | **Command Syntax**<br>`snmp-server view` *view_name family_name* ***INCLUSION***<br>`no snmp-server view` *view_name* [*family_name*]<br>`snmp-server view` *view_name* [*family_name*]<br><br>**Parameters**<br>• *view_name*    Label for the view record that the command updates. Other commands reference the view with this label.<br>• *family_name*    name of the MIB object or family.<br>MIB objects and MIB subtrees can be identified by name or by the numbers representing the position of the object or subtree in the MIB hierarchy.<br>• *INCLUSION*    inclusion level of the specified family within the view. Options include:<br>— **include**    view includes the specified subtree.<br>— **exclude**    view excludes the specified subtree. | No |
| spanning-tree bpdufilter | spanning-tree bpdufilter | **Command Syntax**<br>`spanning-tree bpdufilter` ***FILTER_STATUS***<br>`no spanning-tree bpdufilter`<br>`default spanning-tree bpdufilter`<br><br>**Parameters**<br>• *FILTER_STATUS*    BPDU filtering status. Options include:<br>— **enabled**    BPDU filter is enabled on the interface.<br>— **disabled**    BPDU filter is disabled on the interface. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| spanning-tree bpduguard | spanning-tree bpduguard | **Command Syntax**<br><br>`spanning-tree bpduguard GUARD_ACTION`<br>`no spanning-tree bpduguard`<br>`default spanning-tree bpduguard`<br><br>**Parameters**<br><br>• *GUARD_ACTION*     BPDU guard setting. Options include:<br><br>— **disable**     Disable bpduguard<br>— **enable**     Enable bpduguard<br>— **rate-limit**     BPDU Input Rate Limiter options | No |
| spanning-tree bridge assurance | spanning-tree bridge assurance | **Command Syntax**<br><br>`spanning-tree bridge assurance`<br>`no spanning-tree bridge assurance`<br>`default spanning-tree bridge assurance` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| spanning-tree cost | spanning-tree cost | **Command Syntax**<br>`spanning-tree MODE cost value`<br>`no spanning-tree MODE cost`<br>`default spanning-tree MODE cost`<br><br>**Parameters**<br>• *MODE*    specifies the spanning tree instances for which the cost is configured. Values include:<br>— <no parameter>    RST instance, MST instance 0, or all Rapid-PVST instances permitted on the interface.<br>— **mst** *m_range*    specified MST instances. *m_range* formats include a number, number range, or comma-delimited list of numbers and ranges. Instance numbers range from 0 to 4094.<br>— **vlan** *v_range*    specified Rapid-PVST instances. *v_range* formats include a number, number range, or comma-delimited list of numbers and ranges. VLAN numbers range from 1 to 4094.<br>• *value*    path cost assigned to interface. Values range from 1 to 200000000 (200 million). Default values are 20000 (1 G interfaces) or 2000 (10 G interfaces). | No |
| spanning-tree guard | spanning-tree guard | **Command Syntax**<br>`spanning-tree guard PORT_MODE`<br>`no spanning-tree guard`<br>`default spanning-tree guard`<br><br>**Parameters**<br>• *PORT_MODE*    the port mode. Options include:<br>— **loop**    enables loop guard on the interface.<br>— **root**    enables root guard on the interface.<br>— **none**    disables root guard and loop guard. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| spanning-tree link-type | spanning-tree link-type | **Command Syntax**<br>`spanning-tree link-type `*`TYPE`*<br>`no spanning-tree link-type`<br>`default spanning-tree link-type`<br><br>**Parameters**<br>• *TYPE*    link type of the configuration mode interface. Options include:<br>— **point-to-point**<br>— **shared** | No |
| spanning-tree loopguard default | spanning-tree loopguard default | **Command Syntax**<br>`spanning-tree loopguard default`<br>`no spanning-tree loopguard default`<br>`default spanning-tree loopguard default` | Yes |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| spanning-tree mode | spanning-tree mode | **Command Syntax**<br><br>`spanning-tree mode VERSION`<br>`no spanning-tree mode`<br>`default spanning-tree mode`<br><br>**Parameters**<br><br>• *VERSION*    spanning tree version that the switch runs. Options include:<br><br>— **mstp**    multiple spanning tree protocol described in the IEEE 802.1Q-2005 specification and originally specified in the IEEE 802.1s specification.<br><br>— **rstp**    rapid spanning tree protocol described in the IEEE 802.1D-2004 specification and originally specified in the IEEE 802.1w specification.<br><br>— **rapid-pvst**    rapid per-VLAN spanning tree protocol described in the IEEE 802.1D-2004 specification and originally specified in the IEEE 802.1w specification.<br><br>— **backup**    disables STP and enables switchport interface pairs configured with the **switchport backup interface** command.<br><br>— **none**    disables STP. The switch does not generate STP packets. Each switchport interface forwards data packets to all connected ports and forwards STP packets as multicast data packets on the VLAN where they are received. | No |
| spanning-tree mst configuration | spanning-tree mst configuration | **Command Syntax**<br><br>`spanning-tree mst configuration`<br>`no spanning-tree mst configuration`<br>`default spanning-tree mst configuration` | Yes |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| spanning-tree portfast bpdufilter default | spanning-tree portfast bpdufilter default | **Command Syntax**<br>`spanning-tree portfast bpdufilter default`<br>`no spanning-tree portfast bpdufilter default`<br>`default spanning-tree portfast bpdufilter default` | Yes |
| spanning-tree portfast bpduguard default | spanning-tree portfast bpduguard default | **Command Syntax**<br>`spanning-tree portfast bpduguard default`<br>`no spanning-tree portfast bpduguard default`<br>`default spanning-tree portfast bpduguard default` | Yes |
| spanning-tree port-priority | spanning-tree port-priority | **Command Syntax**<br>`spanning-tree [MODE] port-priority value`<br>`no spanning-tree [MODE] port-priority`<br>`default spanning-tree [MODE] port-priority`<br><br>**Parameters**<br>• *MODE*  specifies the spanning tree instances for which the cost is configured. Values include:<br>  — <no parameter>  RST instance or MST instance 0.<br>  — **mst** *m_range*  specified MST instances. *m_range* formats include a number, number range, or comma-delimited list of numbers and ranges. Instance numbers range from 0 to 4094.<br>  — **vlan** *v_range*  specified Rapid-PVST instances. *v_range* formats include a number, number range, or comma-delimited list of numbers and ranges. VLAN numbers range from 1 to 4094.<br>• *value*  bridge priority number. Values range from 0 to 240 and must be a multiple of 16. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| spanning-tree transmit hold-count | spanning-tree transmit hold-count | **Command Syntax**<br>`spanning-tree transmit hold-count` *max_bpdu*<br>`no spanning-tree transmit hold-count`<br>`default spanning-tree transmit hold-count`<br><br>**Parameters**<br>• *max_bpdu*    BPDU packets. Value ranges from 1 to 10. Default is 6. | No |
| spanning-tree vlan | spanning-tree vlan | **Command Syntax**<br>`spanning-tree vlan` *v_range*<br>`no spanning-tree vlan` *v_range*<br>`default spanning-tree vlan` *v_range*<br><br>**Parameters**<br>• *v_range*    VLAN list. Formats include a number, number range, or comma-delimited list of numbers and ranges. VLAN numbers range from 1 to 4094. | No |
| spf-interval | spf-interval | **Command Syntax**<br>`spf-interval` *period*<br>`no spf-interval`<br>`default spf-interval`<br><br>**Parameters**<br>• *period*    Value ranges from 1 through 300. Default interval is 2 seconds. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| statistics per-entry | statistics per-entry (ACL configuration modes) | **Command Syntax**<br>`statistics per-entry`<br>`no statistics per-entry`<br>`default statistics per-entry` | Yes |
| storm-control | storm-control | **Command Syntax**<br>`storm-control MODE level threshold`<br>`no storm-control mode`<br>`default storm-control mode`<br><br>**Parameters**<br>• *MODE*   packet transmission type. Options include:<br>— **all**<br>— **broadcast**<br>— **multicast**<br><br>• *threshold*   Inbound packet level that triggers storm control, as a percentage of port capacity. Value ranges from 1 to 100. Storm control is suppressed by a level of 100.<br><br>The configured value differs from the programmed threshold in that the hardware accounts for Interframe Gaps (IFG) based on the minimum packet size. The **show storm-control** command displays the broadcast or multicast rate after this adjustment. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | | | Complete Command? |
|---|---|---|---|---|---|
| switchport access vlan | switchport access vlan | **Command Syntax**<br>    `switchport access vlan `*`v_num`*<br>    `no switchport access vlan`<br>    `default switchport access vlan`<br><br>**Parameters**<br>• *v_num*    number of access VLAN. Value ranges from 1 to 4094. Default is 1. | | | No |
| switchport backup interface | switchport backup interface | **Command Syntax**<br>    `switchport backup interface `***`INT_NAME`*** `[`***`BALANCE`***`]`<br>    `no switchport backup interface`<br>    `default switchport backup interface`<br><br>**Parameters**<br>• ***INT_NAME***    the backup interface. Options include:<br><br>  — **ethernet** *e_num*    Ethernet interface specified by *e_num*.<br>  — **loopback** *l_num*    Loopback interface specified by *l_num*.<br>  — **management** *m_num*    Management interface specified by *m_num*.<br>  — **port-channel** *p_num*    Channel group interface specified by *p_num*.<br>  — **vlan** *v_num*    VLAN interface specified by *v_num*.<br>  — **vxlan** *vx_num*    VXLAN interface specified by *vx_num*.<br><br>• *BALANCE*    VLANs whose traffic is normally handled on the backup interfaces. Values include:<br><br>  — <no parameter>    backup interface handles no traffic if the primary interface is operating.<br>  — **prefer vlan** *v_range*    list of VLANs whose traffic is handled by backup interface. | | | No |

243

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| switchport mode | switchport mode | **Command Syntax**<br>`switchport mode MODE_TYPE`<br>`no switchport mode`<br>`default switchport mode`<br><br>**Parameters**<br>• *MODE_TYPE*    switching mode of the configuration mode interfaces. Options include:<br><br>— **access**    access switching mode.<br>— **dot1q-tunnel**    dot1q-tunnel switching mode.<br>— **tap**    tap switching mode.<br>— **tool**    tool switching mode.<br>— **trunk**    trunk switching mode. | No |
| switchport port-security | switchport port-security | **Command Syntax**<br>`switchport port-security`<br>`no switchport port-security`<br>`default switchport port-security` | Yes |
| switchport port-security maximum | switchport port-security maximum | **Command Syntax**<br>`switchport port-security maximum max_addr`<br>`no switchport port-security maximum`<br>`default switchport port-security maximum`<br><br>**Parameters**<br>• *max_addr*    maximum number of MAC addresses. Value ranges from 1 to 1000. Default value is 1. | No |

244

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| switchport private-vlan mapping | switchport private-vlan mapping | **Command Syntax**<br>`switchport private-vlan mapping `*`EDIT_ACTION`*<br>`no switchport private-vlan mapping`<br>`default switchport private-vlan mapping`<br><br>**Parameters**<br>• *EDIT_ACTION*    modifications to the VLAN list.<br>— *v_range*    Creates VLAN list from *v_range*.<br>— **add** *v_range*    Adds specified VLANs to current list.<br>— **remove** *v_range*    VLAN list contains all VLANs except those specified.<br><br>Valid *v_range* formats include number, range, or comma-delimited list of numbers and ranges. | No |
| switchport trunk allowed vlan | switchport trunk allowed vlan | **Command Syntax**<br>`switchport trunk allowed vlan `*`EDIT_ACTION`*<br>`no switchport trunk allowed vlan`<br>`default switchport trunk allowed vlan`<br><br>**Parameters**<br>• *EDIT_ACTION*    modifications to the VLAN list.<br>— *v_range*    Creates VLAN list from *v_range*.<br>— **add** *v_range*    Adds specified VLANs to current list.<br>— **all**    VLAN list contains all VLANs.<br>— **except** *v_range*    VLAN list contains all VLANs except those specified.<br>— **none**    VLAN list is empty (no VLANs).<br>— **remove** *v_range*    Removes specified VLANs from current list.<br><br>Valid *v_range* formats include number, range, or comma-delimited list of numbers and ranges. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| switchport trunk native vlan | switchport trunk native vlan | **Command Syntax**<br><br>`switchport trunk native vlan `*`VLAN_ID`*<br>`no switchport trunk native vlan`<br>`default switchport trunk native vlan`<br><br>**Parameters**<br><br>• *VLAN_ID*    the ID of the native VLAN. Options include<br><br>— v_num    VLAN number. Value ranges from 1 to 4094<br>— **tag**    interface drops all untagged frames. | No |
| switchport vlan mapping | switchport vlan mapping | **Command Syntax**<br><br>`switchport vlan mapping [`*`DIRECTION`*`] `*`source_vlan dest_vlan`*<br>`no switchport vlan mapping `*`source_vlan dest_vlan`*<br>`no switchport vlan mapping `*`DIRECTION source_vlan`*<br>`default switchport vlan mapping `*`source_vlan dest_vlan`*<br>`default switchport vlan mapping `*`DIRECTION source_vlan`*<br><br>**Parameters**<br><br>• *DIRECTION*    transmission direction of traffic to be mirrored.<br><br>— <no parameter>    mirrors transmitted and received traffic.<br>— **in**    mirrors received traffic only.<br>— **out**    mirrors transmitted traffic only.<br><br>• *source_vlan*    Source VLAN. Value ranges from 1 to 4094.<br><br>• *dest_vlan*    Source VLAN. Value ranges from 1 to 4094. | No |

# APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| tacacs-server host | tacacs-server host | **Command Syntax**<br><br>`tacacs-server host` *SERVER_ADDR* `[`*MULTIPLEX*`][`*VRF_INST*`][`*PORT*`][`*TIMEOUT*`][`*ENCRYPT*`]`<br>`no tacacs-server host [`*SERVER_ADDR*`][`*MULTIPLEX*`][`*VRF_INST*`][`*PORT*`]`<br>`default tacacs-server host [`*SERVER_ADDR*`][`*MULTIPLEX*`][`*VRF_INST*`][`*PORT*`]`<br><br>**Parameters**<br><br>• *SERVER_ADDR*    TACACS+ server location. Options include:<br><br>   — *ipv4_addr*    server's IPv4 address.<br>   — *ipv6_addr*    server's IPv6 address.<br>   — *host_name*    server's DNS host name (FQDN).<br><br>• *MULTIPLEX*    TACACS+ server support of multiplex sessions on a TCP connection.<br><br>   — &lt;no parameter&gt;    server does not support multiplexing.<br>   — **single-connection**    server supports session multiplexing.<br><br>• *VRF_INST*    specifies the VRF instance used to communicate with the specified server.<br><br>   — &lt;no parameter&gt;    switch communicates with the server using the default VRF.<br>   — **vrf** *vrf_name*    switch communicates with the server using the specified user-defined VRF.<br><br>• *PORT*    port number of the TCP connection.<br><br>   — &lt;no parameter&gt;    default port of 49.<br>   — **port** *number*    port *number* ranges from 1 to 65535.<br><br>• *TIMEOUT*    timeout period (seconds).<br><br>   — &lt;no parameter&gt;    assigns the globally configured timeout value (see **tacacs-server timeout**).<br>   — **timeout** *number*    timeout period (seconds). *number* ranges from 1 to 1000.<br><br>• *ENCRYPT*    encryption key the switch and server use to communicate. Settings include<br><br>   — &lt;no parameter&gt;    assigns the globally configured encryption key (see **tacacs-server key**).<br>   — **key** *key_text*    where *key_text* is in clear text.<br>   — **key 5** *key_text*    where *key_text* is in clear text.<br>   — **key 7** *key_text*    where *key_text* is an encrypted string. | No |

247

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| tacacs-server key | tacacs-server key | **Command Syntax**<br>`tacacs-server key [`***ENCRYPT_TYPE***`] `*encrypt_key*<br>`no tacacs-server key`<br>`default tacacs-server key`<br><br>**Parameters**<br>• ***ENCRYPT_TYPE***    encryption level of *encrypt_key*.<br>  — <no parameter>    encryption key is entered as clear text.<br>  — **0**    encryption key is entered as clear text. Equivalent to <no parameter>.<br>  — **7**    *encrypt_key* is an encrypted string.<br>• *encrypt_key*    shared key that authenticates the username.<br>  — *encrypt_key* must be in clear text if ***ENCRYPT_TYPE*** specifies clear text.<br>  — *encrypt_key* must be an encrypted string if ***ENCRYPT_TYPE*** specifies an encrypted string.<br><br>Encrypted strings entered through this parameter are generated elsewhere. | No |
| tacacs-server timeout | tacacs-server timeout | **Command Syntax**<br>`tacacs-server timeout `*time_period*<br>`no tacacs-server timeout`<br>`default tacacs-server timeout`<br><br>**Parameters**<br>• *time_period*    timeout period (seconds). Settings range from 1 to 1000. Default is 5. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| terminal length | terminal length | **Command Syntax**<br><br>`terminal length `*`lines`*<br>`no terminal length`<br>`default terminal length`<br><br>**Parameters**<br>• *lines*　number of lines to be displayed at a time. Values range from 0 through 32767. A value of 0 disables pagination. | No |
| terminal monitor | terminal monitor | **Command Syntax**<br><br>`terminal monitor`<br>`no terminal monitor`<br>`default terminal monitor` | Yes |
| timers basic (RIP) | timers basic (RIP) | **Command Syntax**<br><br>`timers basic `*`update_time expire_time deletion_time`*<br>`no timers basic`<br>`default timers basic`<br><br>**Parameters**<br>• *update_time*　Default is 30 seconds<br>• *expire_time*　Default is 180 seconds.<br>• *deletion_time*　Default is 120 seconds.<br><br>Parameter values are in seconds and range from ***5*** to ***2147483647***. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| timers bgp | timers bgp | **Command Syntax**<br><br>`timers bgp` *keep_alive hold_time*<br>`no timers bgp`<br>`default timers bgp`<br><br>**Parameters**<br><br>• *keep_alive*    keepalive period, in seconds. Values include<br><br>— **0**    keepalive messages are not sent<br>— **1** to **3600**    keepalive time (seconds).<br><br>• *hold_time*    hold time. Values include<br><br>— **0**    peering is not disabled by timeout expiry; keepalive packets are not sent.<br>— **3** to **7200**    hold time (seconds). | No |
| timers lsa arrival | timers lsa arrival (OSPFv2) | **Command Syntax**<br><br>`timers lsa arrival` *lsa_time*<br>`no timers lsa arrival`<br>`default timers lsa arrival`<br><br>**Parameters**<br><br>• *lsa_time* | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| timers throttle lsa all | timers throttle lsa all (OSPFv2) | **Command Syntax**<br>`timers throttle lsa all` *initial_delay min_hold max_wait*<br>`no timers throttle lsa all`<br>`default timers throttle lsa all`<br><br>**Parameters**<br>• *initial_delay*     Value ranges from **0** to **600000** (ms). Default is 1000.<br>• *min_hold*     Value ranges from **0** to **600000** (ms). Default is 5000.<br>• *max_wait*     Value ranges from **0** to **600000** (ms). Default is 5000. | No |
| timers throttle spf | timers throttle spf (OSPFv2) | Not in Arista User Manual v.4.15.3F.<br><br>Appears in Arista User Manual 4.14.3F (Oct. 2014) (CSI-CLI-00018146) with the syntax:<br><br>timers throttle spf *initial_delay min_hold max_wait* | ? |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| username sshkey | username sshkey | **Command Syntax**<br>`username `*`name`*` sshkey `*`KEY`*<br>`no username `*`name`*` sshkey [role]`<br>`default username `*`name`*` sshkey [role]`<br><br>**Parameters**<br>• *name*    username text that the user enters at the login prompt to access the CLI.<br><br>   Valid usernames begin with A-Z, a-z, or 0-9 and may also contain any of these characters:<br><br>   `@   #   $   %   ^   &   *   -   _   =`<br>   `+   ;   <   >   ,   .   ~   |`<br><br>• *KEY*    SSH key. Options include:<br><br>   — *key_text*    username is associated with ssh key specified by *key_text* string.<br>   — **file** *key_file*    username is associated with ssh key in the specified file. | No |
| vlan internal allocation policy | vlan internal allocation policy | **Command Syntax**<br>`vlan internal allocation policy `*`DIRECTION`*` [`*`RANGE_VLAN`*`]`<br>`no vlan internal allocation policy`<br>`default vlan internal allocation policy`<br><br>**Parameters**<br>• *DIRECTION*    VLAN allocation number direction. Options include:<br><br>   — **ascending**    allocates internal VLANs from lower VLAN bound to upper VLAN bound.<br>   — **descending**    allocates internal VLAN from upper VLAN bound to lower VLAN bound.<br><br>• *RANGE_VLAN*    allocation range. Options include:<br><br>   — <no parameter>    1006 (lower bound) to 4094 (upper bound).<br>   — **range** *lower upper*    specifies lower bound (*lower*) and upper bound (*upper*). | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| vrf definition | vrf definition | **Command Syntax**<br>    **vrf definition** *vrf_name*<br>    **no vrf definition** *vrf_name*<br>    **default vrf definition** *vrf_name*<br><br>**Parameters**<br>• *vrf_name*   Name of VRF being created, deleted or configured. The names "main" and "default" are reserved. | No |
| vrf forwarding | vrf forwarding | **Command Syntax**<br>    **vrf forwarding** *vrf_name*<br>    **no vrf forwarding** [*vrf_name*]<br>    **default vrf forwarding** [*vrf_name*]<br><br>**Parameters**<br>• *vrf_name*   name of configured VRF. | No |
| vrrp authentication | vrrp authentication | **Command Syntax**<br>    **vrrp** *group* **authentication** *AUTH_PARAMETER*<br>    **no vrrp** *group* **authentication**<br>    **default vrrp** *group* **authentication**<br><br>**Parameters**<br>• *group*   virtual router identifier (VRID). Values range from 1 to 255.<br>• *AUTH_PARAMETER*   encryption level and authentication key used by router. Options include:<br>   — **text** *text_key*   plain-text authentication, *text_key* is text.<br>   — *text_key*   plain-text authentication, *text_key* is text.<br>   — **ietf-md5 key-string 0** *text_key*   IP authentication of MD5 key hash, *text_key* is text.<br>   — **ietf-md5 key-string** *text_key*   IP authentication of MD5 key hash, *text_key* is text.<br>   — **ietf-md5 key-string 7** *coded_key*   IP authentication of MD5 key hash, *coded_key* is MD5 hash. | No |

## APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| vrrp delay reload | vrrp delay reload | **Command Syntax**<br><br>**vrrp** *group* **delay reload** [*INTERVAL*]<br>**no vrrp** *group* **delay reload**<br>**default vrrp** *group* **delay reload**<br><br>**Parameters**<br>• *INTERVAL*    The number of seconds for the delay (seconds). Options include:<br><br>  — <no parameter>    Default value of 0 seconds.<br>  — *<0* to *3600>*    Ranges between 0 and 60 minutes. | No |
| vrrp description | vrrp description | **Command Syntax**<br><br>**vrrp** *group* **description** *label_text*<br>**no vrrp** *group* **description**<br>**default vrrp** *group* **description**<br><br>**Parameters**<br>• *group*    virtual router identifier (VRID). Values range from 1 to 255.<br>• *label_text*    text that describes the virtual router. Maximum string length is 80 characters. | No |
| vrrp ip | vrrp ip | **Command Syntax**<br><br>**vrrp** *group* **ip** *ipv4_address*<br>**no vrrp** *group* **ip** *ipv4_address*<br>**default vrrp** *group* **ip** *ipv4_address*<br><br>**Parameters**<br>• *group*    virtual router identifier (VRID). Values range from 1 to 255.<br>• *ipv4_address*    IPv4 address of the virtual router. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| vrrp ip secondary | vrrp ip secondary | **Command Syntax**<br>    **vrrp** *group* **ip** *ipv4_addr* **secondary**<br>    **no vrrp** *group* **ip** *ipv4_addr* **secondary**<br>    **default vrrp** *group* **ip** *ipv4_addr* **secondary**<br><br>**Parameters**<br>•  *group*   virtual router identifier (VRID). Values range from 1 to 255.<br>•  *ipv4_addr*   secondary IPv4 address of the virtual router. | No |
| vrrp preempt | vrrp preempt | **Command Syntax**<br>    **vrrp** *group* **preempt**<br>    **no vrrp** *group* **preempt**<br>    **default vrrp** *group* **preempt**<br><br>**Parameters**<br>•  *group*   virtual router identifier (VRID). Values range from 1 to 255. | No |
| vrrp priority | vrrp priority | **Command Syntax**<br>    **vrrp** *group* **priority** *level*<br>    **no vrrp** *group* **priority**<br>    **default vrrp** *group* **priority**<br><br>**Parameters**<br>•  *group*   virtual router identifier (VRID). Values range from 1 to 255.<br>•  *level*   priority setting for the specified virtual router. Values range from 1 to 254. | No |

**APPENDIX N – Comparison of Command Abstractions to Actual Documented EOS Command Syntax**

| Asserted Cisco Command Abstraction | Accused Arista Command Abstraction | Actual Documented Arista EOS Command Syntax (Arista EOS version 4.15.3F) (CSI-CLI-06302874) | Complete Command? |
|---|---|---|---|
| vrrp shutdown | vrrp shutdown | **Command Syntax**<br>    **vrrp** *group* **shutdown**<br>    **no vrrp** *group* **shutdown**<br>    **default vrrp** *group* **shutdown**<br><br>**Parameters**<br>•  *group*    virtual router identifier (VRID). Values range from 1 to 255. | No |
| vrrp timers advertise | vrrp timers advertise | **Command Syntax**<br>    **vrrp** *group* **timers advertise** *adv_time*<br>    **no vrrp** *group* **timers advertise**<br>    **default vrrp** *group* **timers advertise**<br><br>**Parameters**<br>•  *group*    virtual router identifier (VRID). Values range from 1 to 255.<br>•  *adv_time*    advertisement interval (seconds). Values range from 1 to 255. Default value is 1. | No |