# EXHIBIT 66

**Exhibit 6**
**John Black Rebuttal Expert Report**
**List of Documents Considered**

## Expert Reports

- Opening Expert Report of Kevin Almeroth Regarding Copying, and exhibits and attachments, dated June 3, 2016
- Opening Expert Report of William M. Seifert, dated June 3 , 2016
- Expert Report and Disclosure of Cate M. Elsten, dated June 3, 2016

## Depositions

- Deposition Transcript of Adam Sweeney, taken June 1, 2016
- Deposition Transcript of Adam Sweeney, taken May 12, 2016
- Deposition Transcript of Adam Sweeney, taken May 13, 2016
- Deposition Transcript of Andreas Bechtolsheim, taken May 29, 2015
- Deposition Transcript of Anshual Sadana and Exhibit 382, taken March 17, 2016
- Deposition Transcript of Anshual Sadana, taken May 22, 2015
- Deposition Transcript of Dan Lang, taken July 31, 2015 In the Matter of: Certain Network Devices, Related Software and Components Thereof (Inv. No. 337-TA-945)
- Deposition Transcript of Dan Lang, taken May 20, 2016
- Deposition Transcript of David Sollender, taken May 13, 2016
- Deposition Transcript of Hua Zhong, taken July 17, 2015 In the Matter of: Certain Network Devices, Related Software and Components Thereof (Inv. No. 337-TA-945)
- Deposition Transcript of Jayshree Ullal, taken August 12, 2015
- Deposition Transcript of Kenneth Duda, taken May 20, 2015
- Deposition Transcript of Kenneth Duda and Exhibit 274, taken May 21, 2015
- Deposition Transcript of Kirk Lougheed, taken November 20, 2015 and November 21, 2015 and Exhibit 459
- Deposition Transcript of Mark Foss, taken February 4, 2016
- Deposition Transcript of Martin Hull, taken April 14, 2016
- Deposition Transcript of Soni Jiandani and exhibits, taken April 29, 2016

## Discovery

- Amended Exhibit F to Cisco's 3rd Supplemental Response to Arista's Interrogatory No 16 and Response to Interrogatory No. 19, dated November 23, 2015.
- Arista's 9th Supplemental Responses to Cisco's 1st Set of Interrogatories (No. 9), dated April 26, 2016
- Arista's Responses to Cisco's 5th Set of Interrogatories (Nos. 22-27), dated May 9, 2016
- Arista's Supplemental Response to Cisco's Interrogatories (Nos. 10-12, 13, 15-18, and 21), dated May 27, 2016
- Arista's Supplemental Responses to Cisco's 5th Set of Interrogatories (No. 26), dated May 27, 2016
- Cisco's 3rd Supplemental Objections to Arista's 2nd Set of Interrogatories (No. 16), dated November 23, 2015
- Cisco's 5th Supplemental Reponses to Arista's 1st Interrogatories, dated November 2, 2015.
- Cisco's 6th Supplemental Responses to Arista's 1st Interrogatories, dated November 11,

2015
- Cisco's Corrected Supplemental Objections and Responses to Arista's Interrogatories (Nos. 21, 24, and 25), dated June 3, 2016
- Cisco's Response to Arista's Interrogatory No. 16, Amended Exhibits D1 – D26
- Cisco's Supplemental Objections and Responses to Arista's Interrogatories (Nos. 16-19), dated May 27, 2016
- Cisco's Supplemental Objections and Responses to Arista's Interrogatories (Nos. 2-10), dated May 27, 2016
- Exhibit A to Cisco's Responses to Arista's 1st Set of Interrogatories
- Exhibit C to Cisco's 1st Supplemental Responses to Interrogatory No. 2, dated August 7, 2015.
- Exhibit E to Cisco 2nd Supplemental Responses to Arista 1st Interrogatories, dated September 1, 2015.
- Exhibit G to Cisco's Objections and Responses to Arista's 1st Set of Interrogatories, dated May 27, 2016
- Exhibit H to Cisco's Objections and Responses to Arista's 1st Set of Interrogatories, dated May 27, 2016

## Websites and Books

| |
|---|
| S. Johnson, "Yacc: Yet Another Compiler Compiler," AT&T Bell Laboratories Technical Reports , AT&T Bell Laboratories Murray Hill, New Jersey 07974, (32), 1975 |
| http://showroute.net/aristavsciscothecoolclidifferences/ |
| http://www.cisco.com/c/en/us/td/docs/ios/fundamentals/configuration/guide/15_1s/cf_15_1s_book/featdo_cmd.html |
| http://www.isi.edu/~pedro/Teaching/CSCI565Spring11/Materials/Yacc.pdf |
| RSX11M System Logic Manual, Order No. AA5579ATC, Vol. 1, RSX11M V3.1" (Nov. 1978), *available at* http://bitsavers.trailingedge.com/pdf/dec/pdp11/rsx11/RSX11M_V3.1_Dec77/RSX11M_V3.1_SysLogicManVol1_Nov78.pdf |
| RSX11M/MPLUSCommand Language Manual, Order No. AAL672BTC"(Apr. 1983) §1.6.1, *available at* http://www.textfiles.com/bitsavers/pdf/dec/pdp11/rsx11/RSX11M_V4.1_Apr83/2_Operation/AAL672BTC_dcl_Apr83.pdf |

## Miscellaneous

- All Materials Considered or Cited in Mr. Black's Rebuttal Expert Report

## Bates Numbers

| |
|---|
| ANI-ITC-944_945-0006860 |
| ANI-ITC-944_945-0009543 |
| ANI-ITC-944_945-0152061 |
| ANI-ITC-944_945-0962624 |
| ANI-ITC-944_945-1364504 |

| |
|---|
| ANI-ITC-944_945-1365341 |
| ANI-ITC-944_945-1688838 |
| ANI-ITC-944_945-3354465 |
| ANI-ITC-944_945-3451012 |
| ANI-ITC-944_945-3452525 |
| ANI-ITC-944_945-3452526 |
| ANI-ITC-944_945-3453648 |
| ANI-ITC-944_945-3468759 |
| ANI-ITC-944_945-3473603 |
| ANI-ITC-944_945-3494383 |
| ANI-ITC-944_945-3494425 |
| ANI-ITC-944_945-3494444 |
| ANI-ITC-944_945-3599339 |
| ANI-ITC-944_945-3663673 |
| ANI-ITC-944_945-3735315 |
| ANI-ITC-944_945-3927203 |
| ANI-ITC-944_945-3930871 |
| ANI-ITC-944_945-3937682 |
| ARISTANDAC10446381 |
| ARISTANDCA_BROCADE00571651 |
| ARISTANDCA_SW_10599829 |
| ARISTANDCA00001453 |
| ARISTANDCA00234259 |
| ARISTANDCA00260599 |
| ARISTANDCA00265074 |
| ARISTANDCA10384101 |
| ARISTANDCA10430978 |
| ARISTANDCA10443784 |
| ARISTANDCA10485836 |
| ARISTANDCA10485839 |
| ARISTANDCA10491957 |
| ARISTANDCA10499890 |
| ARISTANDCA10508650 |
| ARISTANDCA10525014 |
| ARISTANDCA10537469 |
| ARISTANDCA10549782 |
| ARISTANDCA11406349 |
| ARISTANDCA11411864 |
| ARISTANDCA11417200 |
| ARISTANDCA11417201 |
| ARISTANDCA11417202 |

| |
|---|
| ARISTANDCA11417372 |
| ARISTANDCA11903588 |
| ARISTANDCA11949252 |
| ARISTANDCA11949599 |
| ARISTANDCA11954138 |
| ARISTANDCA11992998 |
| ARISTANDCA11996066 |
| ARISTANDCA11996919 |
| ARISTANDCA12002592 |
| ARISTANDCA12060555 |
| ARISTANDCA12060827 |
| ARISTANDCA12063727 |
| ARISTANDCA12244290 |
| ARISTANDCA12244292 |
| ARISTANDCA12426192 |
| ARISTANDCA12663312 |
| ARISTANDCA12987584 |
| ARISTANDCA13165595 |
| CSI-ANI-00128392 |
| CSI-ANI-00381280 |
| CSI-ANI-00420228 |
| CSI-CLI-00000084 |
| CSI-CLI-00002332 |
| CSI-CLI-00004616 |
| CSI-CLI-00006858 |
| CSI-CLI-00007244 |
| CSI-CLI-00007473 |
| CSI-CLI-00007841 |
| CSI-CLI-00008985 |
| CSI-CLI-00010517 |
| CSI-CLI-00011973 |
| CSI-CLI-00014141 |
| CSI-CLI-00016001 |
| CSI-CLI-00018146 |
| CSI-CLI-00020575 |
| CSI-CLI-00178252 |
| CSI-CLI-00226710 |
| CSI-CLI-00248571 |
| CSI-CLI-00261229 |
| CSI-CLI-00291602 |
| CSI-CLI-00327842 |

| |
|---|
| CSI-CLI-00356385 |
| CSI-CLI-00356389 |
| CSI-CLI-00356395 |
| CSI-CLI-00356480 |
| CSI-CLI-00356484 |
| CSI-CLI-00356486 |
| CSI-CLI-00356490 |
| CSI-CLI-00356496 |
| CSI-CLI-00356500 |
| CSI-CLI-00356502 |
| CSI-CLI-00356506 |
| CSI-CLI-00356508 |
| CSI-CLI-00356512 |
| CSI-CLI-00356516 |
| CSI-CLI-00356520 |
| CSI-CLI-00356524 |
| CSI-CLI-00356528 |
| CSI-CLI-00356532 |
| CSI-CLI-00356536 |
| CSI-CLI-00356538 |
| CSI-CLI-00356542 |
| CSI-CLI-00356546 |
| CSI-CLI-00356550 |
| CSI-CLI-00356556 |
| CSI-CLI-00356562 |
| CSI-CLI-00356564 |
| CSI-CLI-00356568 |
| CSI-CLI-00356572 |
| CSI-CLI-00356576 |
| CSI-CLI-00356578 |
| CSI-CLI-00356582 |
| CSI-CLI-00356588 |
| CSI-CLI-00356593 |
| CSI-CLI-00356596 |
| CSI-CLI-00356599 |
| CSI-CLI-00356602 |
| CSI-CLI-00356606 |
| CSI-CLI-00356610 |
| CSI-CLI-00356614 |
| CSI-CLI-00356618 |
| CSI-CLI-00356622 |

| |
|---|
| CSI-CLI-00356626 |
| CSI-CLI-00356630 |
| CSI-CLI-00356634 |
| CSI-CLI-00356638 |
| CSI-CLI-00356642 |
| CSI-CLI-00356646 |
| CSI-CLI-00356649 |
| CSI-CLI-00356653 |
| CSI-CLI-00356657 |
| CSI-CLI-00356661 |
| CSI-CLI-00356665 |
| CSI-CLI-00356669 |
| CSI-CLI-00356673 |
| CSI-CLI-00356677 |
| CSI-CLI-00356681 |
| CSI-CLI-00356685 |
| CSI-CLI-00356689 |
| CSI-CLI-00356693 |
| CSI-CLI-00356697 |
| CSI-CLI-00356701 |
| CSI-CLI-00356705 |
| CSI-CLI-00357842 |
| CSI-CLI-00358164 |
| CSI-CLI-00358622 |
| CSI-CLI-00408381 |
| CSI-CLI-00540078 |
| CSI-CLI-00540145 |
| CSI-CLI-00608716 |
| CSI-CLI-00843944 |
| CSI-CLI-00857434 |
| CSI-CLI-01062265 |
| CSI-CLI-01327019 |
| CSI-CLI-02092956 |
| CSI-CLI-02638498 |
| CSI-CLI-03279448 |
| CSI-CLI-03333318 |
| CSI-CLI-03838924 |
| CSI-CLI-04597713 |
| CSI-CLI-05261325 |
| CSI-CLI-05261349 |
| CSI-CLI-05261482 |

| |
|---|
| CSI-CLI-05261492 |
| CSI-CLI-05261629 |
| CSI-CLI-05299109 |
| CSI-CLI-05299112 |
| CSI-CLI-05299114 |
| CSI-CLI-06360757 |
| CSI-CLI-06360758 |
| CSI-CLI-06360759 |
| CSI-CLI-06360760 |
| EXNET-ARISTA0034418 |
| HPE52033 |
| HPE03126 |
| HPE01365 |
| HPE01915 |
| KL-00000001 |
| KL-00000186 |
| KL-00000251 |
| KL-00000564 |
| KL-00000655 |
| DKS 00051254 |
| DKS 00049978 |
| DKS 00049512 |
| DKS 00031793 |
| DKS 00045369 |