KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **DECLARATION OF CATE M. ELSTEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:       August 4, 2016 <br> Time:       9:00 a.m. <br> Dept.:      Courtroom 3 - 5th Floor <br> Judge:     Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

DECLARATION OF CATE M. ELSTEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION
TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076420

I, Cate M. Elsten, declare as follows:

1. I am a Managing Director for Ocean Tomo, a firm that provides financing, asset and risk management, merger and acquisition consulting, expert services in litigation and valuation of intellectual capital. I have been a consultant on intellectual property and corporate finance matters since 1990.

2. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge and expertise, or knowledge I obtained through my review of evidence (including documents and deposition testimony) produced in this litigation and provided to me for consideration, publicly available materials, or other investigation for purposes of my providing an expert opinion in this matter.

3. I submit this declaration in support of Arista's Opposition to Cisco's Motion for Summary Judgment. If called to testify as a witness, I could and would testify competently to such facts, and my expert opinions set forth in the exhibits to this declaration, under oath.

4. I have been retained to provide my expert opinions on issues related to Cisco's allegations of copyright infringement in this litigation, including but not limited to the fourth statutory fair-use factor and the damages that should be awarded to Cisco should Arista be found liable of infringement.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Market Harm expert report ("Elsten Market Harm Report") I prepared in this action, which I signed on June 3, 2016, and is a true and correct expression of my opinions based on the facts I currently know. The Elsten Market Harm Report also provides a more detailed description of my qualifications and experience, and the materials I considered in formulating my opinions.

6. Attached hereto as Exhibit 2 is a true and correct copy of the damages rebuttal report ("Elsten Damages Report") I prepared in this action, which I signed on July 13, 2016, and is a true and correct expression of my opinions based on the facts I currently know. The Elsten Damages Report also provides a more detailed description of my qualifications and experience,

//

//

1

DECLARATION OF CATE M. ELSTEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION
TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076420

1  and the materials I considered in formulating my opinions.

3  Executed July 14, 2016, at 101 Montgomery Street #2100, San Francisco, CA 94104.

4  I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.

*[signature: Cate Elsten]*

CATE M. ELSTEN

2
DECLARATION OF CATE M. ELSTEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION
TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076420