KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF WILLIAM M. SEIFERT IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       August 4, 2016<br>Time:      9:00 a.m.<br>Dept.:     Courtroom 3 - 5th Floor<br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF WILLIAM M. SEIFERT  IN SUPPORT OF ARISTA NETWORKS, INC.'S
OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1076387

I, William M. Seifert, declare as follows:

1. I am an IT and business consultant with extensive experience in the local networking industry since its inception. I hold a Bachelor of Science in Electrical Engineering degree, conferred in 1971, and a Master of Science in Electrical Engineering degree, conferred in 1975, from Michigan State University.

2. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge and expertise, or knowledge I obtained through my review of evidence (including documents and deposition testimony) produced in this litigation and provided to me for consideration, publicly available materials, or other investigation for purposes of my providing an expert opinion in this matter.

3. I submit this declaration in support of Arista's Opposition to Cisco's Motion for Summary Judgment. If called to testify as a witness, I could and would testify competently to such facts, and my expert opinions set forth in the exhibits to this declaration, under oath.

4. I have been retained to provide my expert opinions on issues related to Cisco's allegations of copyright infringement in this litigation and Arista's defenses to those allegations, including the development of the networking industry and de facto standards.

5. Attached hereto as Exhibit 1 is a true and correct copy of the expert report I prepared in this action, which I signed on June 3, 2016, and is a true and correct expression of my opinions based on the facts I currently know. The report also provides a more detailed description of my qualifications and experience and the materials I considered in preparing my opinions.

Executed July 14, 2016, at Naperville, Illinois

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WILLIAM M. SEIFERT

1
DECLARATION OF WILLIAM M. SEIFERT IN SUPPORT OF ARISTA NETWORKS, INC.'S
OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)