| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**PROOF OF SERVICE**<br><br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 15, 2016, I served the following document(s):

- DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- ARISTA'S OPPOSITION TO CISCO'S MOTION FOR PARTIAL SUMMARY JUDGMENT [REDACTED]

- EXHIBIT 5 [UNREDACTED] TO THE DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- OPENING REPORT OF JOHN BLACK [REDACTED]

- REPORT OF WILLIAM M. SEIFERT [REDACTED]

- REPORT OF CATE M. ELSTEN ON MARKET HARM [REDACTED]

- REPORT OF CATE M. ELSTEN ON DAMAGES [REDACTED]

☑  by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| Counsel for Non-Party DELL INC | rthompson@fbm.com |
|---|---|
| | emar@fbm.com |

Roderick M. Thompson
Eugene Y. Mar
Farella Braun + Martell LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104

Executed on July 15, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson