1  **IRELL & MANELLA LLP**
   Jonathan Kagan (70446)
2  JKagan@Irell.com
   Joshua Glucoft (301249)
3  JGlucoft@Irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
5  Facsimile:   (310) 203-7199

6  *Attorneys for Non-party*
   Juniper Networks, Inc.

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN JOSE DIVISION**

11  CISCO SYSTEMS, INC.,                    )   Case No. 5:14-cv-05344-BLF (PSG)
                                            )
12            Plaintiff,                    )   **DECLARATION OF JOSHUA GLUCOFT**
                                            )   **ON BEHALF OF NONPARTY JUNIPER**
13       v.                                 )   **NETWORKS, INC. IN SUPPORT OF**
                                            )   **ARISTA NETWORKS, INC.'S**
14  ARISTA NETWORKS, INC.,                  )   **ADMINISTRATIVE MOTION TO FILE**
                                            )   **DOCUMENTS UNDER SEAL (DKT. NO.**
15            Defendant.                    )   **378)**
                                            )
16                                          )   Judge: Hon. Beth Labson Freeman
                                            )
17                                          )
                                            )
18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO ARISTAS ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1    **<u>DECLARATION OF JOSHUA GLUCOFT</u>**

2    I, Joshua Glucoft, declare as follows:

3    1.    I am an attorney at the law firm of Irell & Manella LLP, counsel for non-party

4    Juniper Networks, Inc. ("Juniper") with respect to the third-party subpoena served by defendant

5    Arista Networks, Inc. ("Arista") in the above-captioned matter.  I am a member in good standing

6    of the State Bar of California and have been admitted to practice before this Court.  Where

7    expressly indicated, I have personal knowledge of the facts set forth in this Declaration and, if

8    called as a witness, could and would testify competently to such facts under oath.

9    2.    I submit this declaration in support of Arista's Administrative Motion to File

10   Documents Under Seal (Docket No. 378), which moves the Court for an order to file under seal

11   the following item related to non-party Juniper:

12   • Certain redacted portions of Arista's Opposition to Cisco's Motion for Partial

13       Summary Judgment (the "Opposition");

14   • Certain redacted portions of the Declaration of John R. Black Jr. in support of the

15       Opposition;

16   • Certain redacted portions of the Declaration of William M. Seifert in support of

17       the Opposition; and

18   • Exhibit 38 to the Declaration of Ryan Wong in support of the Opposition (excerpts

19       from the deposition of Philip Kasten).

20   3.    In this declaration, I explain why the material cited above is sealable pursuant to

21   Civil Local Rule 79-5 and provide additional facts in support of Cisco's Administrative Motion to

22   File Documents Under Seal to the extent that the administrative motion pertains to Juniper.

23   4.    The redacted portions of the Opposition and the exhibits described above contain

24   direct quotes and references to the transcript of the deposition of Philip Kasten as Juniper's

25   corporate designee pursuant to a subpoena served on Juniper by Arista.  The transcript reflects

26   substantive discussion of the technical underpinnings and development of Juniper's highly

27   proprietary software—which contains much information that Juniper maintains as trade secrets.

28   Juniper expends significant effort in maintaining the secrecy of its source code architecture and

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO ARISTA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

1  development, including, for example, implementing strict screening procedures for visitors to its

2  engineering campus.  Public disclosure of essential nonpublic facts about Juniper's software could

3  materially impair Juniper's intellectual property rights and could cause serious competitive

4  consequences to Juniper's business positioning.

5         5.      For these reasons, there are compelling reasons to seal the redacted portions of the

6  exhibits described above.

7         Executed on July 15, 2016, at Los Angeles, California.

8         I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct to the best of my knowledge.

10

11                                    /s/ Joshua Glucoft
                                      Joshua Glucoft
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 3 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO ARISTA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)