| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br><br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - #198945<br>mkwun@kvn.com<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br><br>JONATHAN M. JACOBSON, NY # 1350495<br>jjacobson@wsgr.com<br>CHUL PAK (pro hac vice)<br>cpak@wsgr.com<br>DAVID H. REICHENBERG (pro hac vice)<br>dreichenberg@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br><br><br><br><br><br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**LOCAL RULE 79-5(e)(2) REQUEST AND [PROPOSED] ORDER FOR ADDITIONAL TIME TO FILE SEALING DECLARATIONS RE: CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 371; ARISTA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, ECF 378**<br><br>Judge:        Hon. Beth Labson Freeman<br>Date Filed:  December 5, 2014<br>Trial Date:   November 21, 2016 |

Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant Arista Networks, Inc. ("Arista") (collectively, the "Parties") hereby request that the Court extend the four-day time period provided by Civil Local Rule 79-5(e)(1) for filing a declaration in support of sealing material filed by each party in connection with their oppositions to the Parties' respective Motions for Partial Summary Judgment. *See* ECF Nos. 371-388. In light of the significant number and volume of exhibits filed by both parties, a large number of which were designated by each party as Highly Confidential pursuant to the Parties' Stipulated Protective Order, the Parties believe good cause exists for the Court to delay the public docketing of any designated materials until both parties have an adequate opportunity to evaluate the confidentiality of the materials. *See* Civil L.R. 79-5(e)(2). The Parties hereby request an additional four days to file their declarations in support of sealing, making their declarations due on Friday, July 22, 2016.

Dated: July 18, 2016

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Jordan R. Jaffe*
JORDAN R. JAFFE

Attorney for Plaintiff
CISCO SYSTEMS, INC.

Dated: July 18, 2016

KEKER & VAN NEST LLP

By: */s/ Eduardo E. Santacana*
EDUARDO E. SANTACANA

Attorney for Defendant
ARISTA NETWORKS, INC.

1       In light of the foregoing, the Court finds that Cisco and Arista have shown good cause to
2 extend the time for it to file a declaration in support of sealing material that each party has moved
3 to file under seal in connection with their oppositions to their respective Motion for Partial
4 Summary Judgments.  ECF No. 371 (Cisco's Admin. Mot. to File Under Seal); ECF No. 378
5 (Arista's Admin. Mot. to File Under Seal)  The Parties' request is hereby GRANTED.  Arista and
6 Cisco shall file their declarations in support of sealing by no later than July 22, 2016.

8       **IT IS SO ORDERED.**

11 Dated: July 19, 2016                 _____
                                                                          HON. BETH LABSON FREEMAN