| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING REPLY IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1077978

1   The Court, having fully considered the papers and arguments presented by the parties,
2   hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal
3   filed regarding its reply in support of partial motion for summary judgment as follows:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Arista's Reply in Support of Arista's Motion for Partial Summary Judgment | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____     _____
                                    HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1077978