| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF REPLY IN SUPPORT OF ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      August 4, 2016<br>Time:     9:00 a.m.<br>Dept.:     Courtroom 3 - 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF REPLY IN SUPPORT OF
ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1077955

1  I, Eduardo E. Santacana, declare:

2  1.  I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action.  Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation.  If called to testify as a witness, I could and would testify competently to such facts under oath.

3  2.  I submit this declaration in support of Arista's Reply in Support of its Motion for Partial Summary Judgment.

4  3.  In opposing Arista's motion for summary judgment, Cisco submitted documents related to 45 of the 198 CLI commands on which Arista moved for partial summary judgment.  Of the remaining 153 commands for which Cisco submitted no evidence, Cisco's response to Arista's Interrogatory 16 cited "Earliest Known Documents" that comprised 124 source code files, 14 bug tracking requests and reports, 14 Cisco software versions or manuals, and 1 internal functional specification.

5  4.  Attached hereto as Exhibit A is a true and correct copy of a chart I prepared listing the 198 commands on which Arista moved for partial summary judgment, divided into two categories: the 153 commands for which Cisco submitted no evidence, and the 45 commands for which Cisco submitted at least one document in opposition to summary judgment.

6  5.  Attached hereto as Exhibit B is a true and correct copy of an excerpt of the IEEE Standard for Local and Metropolitan Area Networks, Port-Based Network Access Control (IEEE Std. 802.1X-2001, approved June 14, 2001.  The IEEE standard is available on the IEEE's

//
//
//
//
//

1
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF REPLY IN SUPPORT OF
ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1077955

1  website at https://standards.ieee.org/findstds/standard/802.1X-2001.html.

3  Executed July 21, 2016, at San Francisco, California.

4  I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.

_____
EDUARDO E. SANTACANA

2
DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF REPLY IN SUPPORT OF
ARISTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF (NC)

1077955