# EXHIBIT A

Case 5:14-cv-05344-BLF     Document 394-2     Filed 07/21/16     Page 1 of 4

# Exhibit A

*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

## 153 Commands for which
## Cisco did *not* submit any documents or evidence to oppose summary judgment

1. aaa accounting
2. aaa accounting dot1x
3. aaa authentication login
4. aaa authentication config-commands
5. aggregate-address
6. area default-cost
7. area nssa (OSPFv3)
8. area nssa default-information-originate (OSPFv3)
9. area nssa no-summary
10. area nssa translate type7 always (OSPFv3)
11. area range
12. area range (OSPFv3)
13. area stub
14. area stub (OSPFv3)
15. bgp client-to-client reflection
16. bgp cluster-id
17. bgp confederation identifier
18. bgp confederation peers
19. class-map type control-plane
20. clear  counters
21. clear ip igmp group
22. clear ip mroute
23. clear ip ospf neighbor
24. clock set
25. clock timezone
26. default-metric (OSPF)
27. erase startup config
28. ip as-path access-list
29. ip community-list expanded
30. ip community-list standard
31. ip igmp query-interval
32. ip igmp query-max-response-time
33. ip igmp startup-query-count
34. ip igmp startup-query-interval
35. ip igmp static-group
36. ip igmp version
37. ip msdp group-limit
38. ip multicast boundary
39. ip multicast-routing
40. ip ospf authentication-key
41. ip ospf cost
42. ip ospf dead-interval
43. ip ospf hello-interval
44. ip ospf network
45. ip ospf priority
46. ip ospf retransmit-interval
47. ip ospf transmit-delay
48. ip pim anycast-rp
49. ip pim log-neighbor-changes
50. ip pim query-interval
51. ip pim rp-address
52. ip pim sparse-mode
53. ip pim spt-threshold
54. ip pim spt-threshold group-list
55. ip tacacs source-interface
56. ip-community-list standard
57. ipv6 access-group
58. ipv6 nd ra suppress
59. isis hello-interval
60. isis hello-multiplier
61. isis lsp-interval
62. isis metric
63. isis passive
64. isis priority
65. is-type
66. load-interval
67. log-adjacency-changes (IS-IS)
68. mac access-list
69. neighbor activate
70. neighbor default-originate
71. neighbor ebgp-multihop
72. neighbor fall-over bfd
73. neighbor next-hop-self
74. neighbor remove-private-as
75. neighbor send-community
76. neighbor soft-reconfiguration
77. neighbor update-source
78. neighbor weight
79. network area
80. ntp authenticate
81. ntp authenticiation-key
82. ntp server

# Exhibit A

*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

83. ntp source
84. ntp trusted-key
85. policy-map type control-plane
86. policy-map type pos
87. router isis
88. router ospf
89. routing-context vrf
90. set-overload-bit
91. show clock
92. show environment power
93. show ip bgp community
94. show ip bgp neighbors
95. show ip bgp paths
96. show ip bgp regexp
97. show ip bgp summary
98. show ip igmp groups
99. show ip igmp interface
100. show ip igmp snooping groups
101. show ip mfib
102. show ip mroute
103. show ip mroute count
104. show ip msdp mesh-group
105. show ip ospf
106. show ip ospf border-routers
107. show ip ospf database database-summary
108. show ip ospf interface
109. show ip ospf neighbor
110. show ip ospf request-list
111. show ip ospf retransmission-list
112. show ip pim interface
113. show ip pim neighbor
114. show ip pim rp
115. show ip route summary
116. show ipv6 bgp
117. show ipv6 bgp community
118. show ipv6 bgp neighbors
119. show ipv6 bgp summary
120. show isis database
121. show isis interface
122. show lacp interface
123. show ntp associations
124. show ntp status
125. show port-channel summary
126. show port-channel traffic
127. show privilege
128. show radius
129. show reload
130. show role
131. show snmp
132. show snmp chassis
133. show snmp community
134. show snmp contact
135. show snmp location
136. show snmp source-interface
137. show snmp trap
138. show spanning-tree blockedports
139. show spanning-tree bridge
140. show spanning-tree root
141. show user-account
142. show version
143. snmp trap link-status
144. snmp-server chassis-id
145. snmp-server contact
146. snmp-server enable traps
147. snmp-server location
148. snmp-server view
149. spanning-tree bridge assurance
150. spf-interval
151. statistics per-entry
152. tacacs-server key
153. username sshkey

# Exhibit A

*Cisco Systems, Inc. v. Arista Networks, Inc.*, Case No. 5:13-cv-5344-BLF (NC)

## 45 Commands for which
## Cisco submitted at least one document to oppose summary judgment

1. area default-cost (OSPFv3)
2. area nssa
3. area nssa default-information- originate
4. bgp listen limit
5. clear ip nat translation
6. clear spanning-tree counters
7. dot1x timeout reauth-period
8. enable secret
9. ip nat pool
10. ip nat translation tcp-timeout
11. ip nat translation udp-timeout
12. ip ospf shutdown
13. ipv6 nd ra interval
14. ipv6 nd ra lifetime
15. ipv6 nd router-preference
16. lacp rate
17. logging host
18. mac access-group
19. neighbor remote-as
20. neighbor route-map
21. port-channel min-links
22. radius-server deadtime
23. radius-server host
24. radius-server key
25. radius-server retransmit
26. radius-server timeout
27. route-map
28. show dot1x statistics
29. show interfaces switchport backup
30. show ip igmp snooping querier
31. show ip nat translations
32. show lacp counters
33. show lacp neighbor
34. show mac access-lists
35. show route-map
36. show spanning-tree interface
37. show spanning-tree mst configuration
38. show spanning-tree mst interface
39. show tacacs
40. show vlan summary
41. show vrf
42. spanning-tree transmit hold-count
43. switchport backup interface
44. vrf definition
45. vrf forwarding