Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge:   Hon. Beth Labson Freeman |

**DECLARATION OF SARA E. JENKINS**

I, Sara E. Jenkins, declare as follows:

   **1.**   I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

   **2.**   I make this declaration in support of Cisco's Administrative Motion to File Under Seal Confidential Information in connection with Cisco's Reply in Support of its Motion for Partial Summary Judgment ("Reply.").  I make this declaration in accordance with Civil Local Rule 79-5(d)(1)(A).

   **3.**   As a Reply in Support of Cisco's Motion for Partial Summary Judgment, Cisco's Reply is considered to be dispositive.  In this context, materials may be sealed so long as the party seeking sealing provides "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-1179 (9th Cir.2006).  Compelling reasons for sealing court files generally exist when such "'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.*  (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Under this standard, compelling reasons have been found to seal documents such as those containing confidential source code (*Apple, Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-1846, D.I. 2190 at 3 (Dec. 10, 2012); documents related to the "internal procedures for addressing cardholder fraud notifications" of a bank, *id.* at *2-3 (*Cowan v. GE Capital Retail Bank*, No. 13–cv–03935–BLF, 2015 WL 1324848, at *1-3 (N.D. Cal. Mar. 24, 2015)); documents containing "information about [a party's] business performance, structure, and finances that could be used to gain unfair business advantage against them," *Schwartz v. Cook*,

1  No. 5:15-cv-03347-BLF, 2016 WL 1301186, at *2 (N.D. Cal. Apr. 4, 2016); documents
2  containing "highly sensitive information regarding [a party's] product architecture and
3  development," *Delphix Corp. v. Actifio, Inc.*, No. 13–cv–04613–BLF, 2014 WL 4145520, at *2
4  (N.D. Cal. Aug. 20, 2014); documents in the form of "emails containing information about [a
5  party's] business practices, recruitment efforts, and discussions regarding potential partnerships
6  with other product manufacturers," *Koninklijke Philips N.V. v. Elec-Tech International Co., Ltd.*,
7  No. 14–cv–02737–BLF, 2015 WL 581574, at *1-2 (N.D. Cal. Deb. 10, 2015); and documents
8  containing "information regarding non-public recruitment efforts and business practices" of a
9  party, *id.* at *2-3.

10  **4.**  With its Reply in Support of its Motion for Partial Summary Judgment, Cisco is
11  filing certain materials that were previously designated as confidential by Arista Networks, Inc.
12  ("Arista").  Cisco files this motion to provide Arista the opportunity to file a supporting
13  declaration pursuant to Civil L.R. 79-5(e)(1).  Cisco does not claim confidentiality in any of these
14  documents.  The documents, and portions of documents, that Cisco seeks to seal through this
15  motion are included in the chart below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Reply in Support of its Motion for Partial Summary Judgment | Highlighted Portions | Arista |
| Exhibits 1-8 to the Declaration of John M. Neukom in Support of Cisco's Reply in Support of its Motion for Partial Summary Judgment | Entire | Arista |

02099-00004/8183062.2

2

DECLARATION OF SARA E. JENKINS IN SUPPORT OF
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Case No. 5:14-cv-05344-BLF

1
2
3    I declare under penalty of perjury under the laws of the State of California that the
4 foregoing is true and correct, and that this declaration was executed in Redwood Shores,
5 California, on July 21, 2016.
6
7                                                          */s/ Sara E. Jenkins*
                                                            Sara E. Jenkins
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
02099-00004/8183062.2                             3
28                                        DECLARATION OF SARA E. JENKINS IN SUPPORT OF
                                          ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                                                      Case No. 5:14-cv-05344-BLF

## SIGNATURE ATTESTATION

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Sara E. Jenkins.

Dated: July 21, 2016                    /s/ John M. Neukom
                                        John M. Neukom