1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain documents filed in connection with Cisco's Reply in Support of its Motion for Partial Summary Judgment.

Having considered Cisco's motion, and good cause having been shown, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Reply in Support of its Motion for Partial Summary Judgment | Highlighted Portions | Arista |
| Exhibits 1-8 to the Declaration of John M. Neukom in Support of Cisco's Reply in Support of its Motion for Partial Summary Judgment | Entire | Arista |

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                Hon. Judge Beth Labson Freeman