Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>         Plaintiff, <br><br>    vs. <br><br> ARISTA NETWORKS, INC., <br><br>         Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO SYSTEMS, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

02099-00004/8182103.2

DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO SYSTEM INC.'S
REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF

I, John M. Neukom, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action. I make this declaration in support of Cisco's Reply Brief in Support of its Motion for Partial Summary Judgment. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. In the following paragraphs, I declare that I have attached "true and accurate" copies of a number of documents, and portions of documents. While that is true to the best of my knowledge, it is also the case that many of these documents as I am submitting them to the Court have been modified insofar as I, and/or my colleagues, have added highlighting to those documents. For example, for various of the exhibits attached here, I and my colleagues have added yellow highlighting for emphasis, so that the Court may more easily direct its attention to the relevant portions of the documents.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the January 29, 2016 deposition transcript of Adam Sweeney.

4. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Arista Networks, Inc.'s Supplemental Response to Plaintiff Cisco Systems, Inc.'s Fifth Set of Interrogatories (No. 26), served on May 27, 2016 and Defendant Arista Networks, Inc.'s Ninth Supplemental Responses to Plaintiff Cisco System Inc.'s First Set of Interrogatories (No. 9), served on April 26, 2016.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the February 25, 2016 deposition transcript of Jayshree Ullal.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the February 12, 2016 deposition transcript of Ken Duda.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the March 17, 2016 deposition transcript of Anshul Sadana.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the January 21, 2016 deposition transcript of Lincoln Dale.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the February 19, 2016 deposition transcript of Hugh Holbrook.

10. Attached hereto as Exhibit 8 is a true and correct copy of the ITC Final Determination in the 337-TA-944 matter, issued on June 23, 2016, with redactions. The redactions to this document are modest and reflect the form in which the document was provided to counsel for Cisco in this lawsuit (by counsel for Cisco in the ITC matter with permission from Arista's counsel). I understand that the redactions pertain to third-party confidential information.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, on July 21, 2016.

*/s/ John M. Neukom*
John M. Neukom

02099-00004/8182103.2

2
DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO SYSTEM INC.'S
REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 5:14-cv-05344-BLF