| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com<br><br>JONATHAN M. JACOBSON, NY SBN 1350495<br>CHUL PAK (*pro hac vice*)<br>DAVID H. REICHENBERG (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue Of The Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 999-5800<br>Email:  jjacobson@wsgr.com; cpak@wsgr.com;<br>dreichenberg@wsgr.com<br><br>[Additional counsel listed on signature page]<br><br><br><br><br><br>Attorneys for Defendant<br>ARISTA NETWORKS, INC. | Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:   (212) 849-7000<br>Facsimile:   (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>Steven Cherny (admitted pro hac vice)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>[Additional counsel listed on signature page]<br>Attorneys for Plaintiff<br>CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>JOINT STIPULATION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

1  WHEREAS, the Court entered a stipulated schedule to trial on June 2, 2016, ECF No. 277; and

2  WHEREAS, the Court indicated at the June 16, 2016 Case Management Conference that it would accept opening and responsive bench briefs on filtering or protectability issues, so long as such briefing was complete by Labor Day; and

3  WHEREAS, the parties have met and conferred and agreed on a proposed schedule for the exchange of pre-trial filings;

4  THEREFORE IT IS HEREBY STIPULATED by and between Cisco and Arista that, subject to the approval of the Court, this Court will proceed to trial according to the revised schedule provided in the table below.

| Case Event | Current Schedule | Proposed Changes to Schedule |
|---|---|---|
| Last day to exchange sur-rebuttal damages expert reports | July 21, 2016 | |
| Close of damages expert discovery | July 28, 2016 | |
| Last day to hear dispositive motions | August 4, 2016 | |
| Last day to file Daubert motions | August 5, 2016 | |
| Opening 15-page bench briefs on filtering or protectability | N/A | August 15, 2016 |
| Daubert opposition briefs due | August 19, 2016 | |
| Daubert reply briefs due | August 26, 2016 | |
| Exchange witness lists, exhibit lists, designation of discovery responses, and deposition designations | | September 1, 2016 |
| Responsive 5-page bench briefs on filtering or protectability | N/A | September 2, 2016 |
| Daubert hearing | September 9, 2016 | |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions in limine (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Exchange objections to witness lists, exhibit lists, designations of discovery responses, and deposition designations | | September 22, 2016 |
| Exchange responses to objections to witness lists, exhibit lists, designations of discovery responses, and deposition designations (plus counter-designations) | | October 5, 2016 |

| Case Event | Current Schedule | Proposed Changes to Schedule |
|---|---|---|
| Oppositions to Motions in limine (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | October 12, 2016 |
| Exchange proposed preliminary statement(s), voir dire questions, jury instructions and verdict forms | | October 12, 2016 |
| File Joint Pretrial Statement (including witness lists, etc.) | September 16, 2016 | October 19, 2016 |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions in limine and Daubert Motions | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

Dated: July 22, 2016           By:   /s/ Brian L. Ferrall

| | |
|---|---|
| | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>RVANNEST@KVN.COM<br>BRIAN L. FERRALL - # 160847<br>BFERRALL@KVN.COM<br>DAVID J. SILBERT - # 173128<br>DSILBERT@KVN.COM<br>MICHAEL S. KWUN - # 198945<br>MKWUN@KVN.COM<br>633 BATTERY STREET<br>SAN FRANCISCO, CA 94111-1809<br>TELEPHONE:      415 391 5400<br>FACSIMILE:  415 397 7188 |
| | JONATHAN M. JACOBSON, NY # 1350495<br>JJACOBSON@WSGR.COM<br>CHUL PAK (PRO HAC VICE)<br>CPAK@WSGR.COM<br>DAVID H. REICHENBERG (PRO HAC VICE)<br>DREICHENBERG@WSGR.COM<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>1301 AVENUE OF THE AMERICAS, 40TH FLOOR<br>NEW YORK, NY 10019-6022<br>TELEPHONE:      (212) 999-5800 |
| | SUSAN CREIGHTON, SBN 135528<br>SCREIGHTON@WSGR.COM<br>SCOTT A. SHER, SBN 190053<br>SSHER@WSGR.COM<br>WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>1700 K STREET NW, FIFTH FLOOR<br>WASHINGTON, D.C., 20006-3817<br>TELEPHONE:      (202) 973-8800 |
| | ATTORNEYS FOR DEFENDANT<br>ARISTA NETWORKS, INC. |

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated:  July 22 , 2016 | By: | /s/ John M. Neukom |

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
Matthew D. Cannon (SBN 252666)
matthewcannon@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Steven Cherny *(pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:     (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com

1
2
3
4
5

KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of John M. Neukom within this e-filed document.

/s/ Brian L. Ferrall

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2016

_____
Hon. Beth Labson Freeman
United States District Judge