1  KEKER & VAN NEST LLP                    SUSAN CREIGHTON, SBN 135528
   ROBERT A. VAN NEST - # 84065            SCOTT A. SHER, SBN 190053
2  BRIAN L. FERRALL - # 160847             WILSON SONSINI GOODRICH & ROSATI
   DAVID SILBERT - # 173128                Professional Corporation
3  MICHAEL S. KWUN - #198945               1700 K Street NW, Fifth Floor
   633 Battery Street                      Washington, D.C., 20006-3817
4  San Francisco, CA 94111-1809            Telephone:  (202) 973-8800
   Telephone:    (415) 391-5400            Email:  screighton@wsgr.com;
5  Email:  rvannest@kvn.com;               ssher@wsgr.com
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

7

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING JOINT DISCOVERY LETTER RELATED TO CISCO'S PRIVILEGE CLAIMS**<br><br>Judge:　　Hon. Nathanael Cousins<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following document:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Ex. J to Joint Discovery Letter Related to Cisco's Privilege Claims | Entire | Arista |

Arista seeks to file under seal documents and information submitted in connection with the parties' Joint Discovery Letter, which is a non-dispositive motion. Because this Motion to Seal relates to a non-dispositive motion, the documents and information that the parties request to file under seal are not subject to a strong presumption of public access. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Rather, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure applies to the material that Arista seeks to file under seal. *Id.* at 1179. Civil Local Rule 79-5 further requires that a party seeking to seal information and documents "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

Arista submits, along with this administrative motion, the declaration of Eduardo E. Santacana, which attaches an unredacted version of Exhibit K in its entirety.

Dated: July 25, 2016                    KEKER & VAN NEST LLP


                                        By: */s/ Brian L. Ferrall*
                                             BRIAN L. FERRALL


                                        Attorney for Defendant
                                        ARISTA NETWORKS, INC.