# EXHIBIT D

**Cisco Systems, Inc. v. Arista Networks, Inc.**
Case No. 5:14-cv-5344-BLF
6/2/16 Cisco Systems, Inc.'s First Supplemental Privilege Log

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 381 | 7/7/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 382 | 10/19/2004 | Prakash Bettadapur | Anil Bansal Prakash Bettadapur Sastry Varanasi | Email reflecting or seeking legal advice sought from or received from counsel regarding patents. | | | A/C |
| 383 | 5/31/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 384 | 2/14/2005 | Cisco Patent Team | James Hao, Esq. Kerry Kelly Anil Bansal Jung Tjong Prakash Bettadapur Sastry Varanasi | Email reflecting legal advice sought from or received from counsel regarding patents. | | | A/C |
| 385 | 2/15/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 386 | 6/7/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 387 | 6/7/2005 | Kerry Kelly on behalf of Kevin Brown, Esq. | Anil Bansal Jung Tjong Prakash Bettadapur Sastry Varanasi Kevin Brown, Esq. | Email reflecting legal advice sought from or received from counsel regarding patents. | | | A/C |
| 388 | 6/2/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |

1

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 4824 | 1/9/2003 | Kenneth Halpern | | Document reflecting legal advice regarding legal research and litigation. | | | AC/WP |
| 4825 | 1/9/2003 | Todd Briggs | | Document reflecting legal advice regarding legal research and trademarks. | | | AC |
| 4826 | 1/9/2003 | Todd Briggs | | Document reflecting legal advice regarding legal research and trademarks. | | | AC |
| 4827 | 4/24/2002 | Hopkins Guy | Robert Barr Hopkins Guy | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4828 | 4/23/2002 | Ian Pennell | Charles Giancarlo Robert Barr Michael Gallagher Ian Pennell | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4829 | 4/24/2002 | Rachel D. Albright | | Document reflecting legal advice regarding patents. | | | AC |
| 4830 | 5/26/2005 | Robert Barr | Susan Sarkes | Communication to counsel seeking legal advice regarding licensing. | | | AC |
| 4831 | 4/24/2002 | Rachel D. Albright | | Document reflecting legal advice regarding patents. | | | AC |

538

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 4832 | 6/6/2003 | Hopkins Guy | Brian Jacklin<br>Robert Barr<br>Rachel D. Albright<br>Mark Chandler<br>Thomas Gray<br>Hopkins Guy<br>Chris Ottenweller<br>Mallun Yen<br>Neal Rubin<br>Penelope Bruce<br>McKool Smith Attorneys Mail List<br>Leslie Lamb<br>Tim Gage | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4833 | 5/18/2003 | Robert Barr | Mallun Yen | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4834 | 4/30/2002 | Charles Giancarlo | Dan Scheinman<br>Mark Chandler<br>Robert Barr | Communication to counsel seeking legal advice regarding intellectual property issues. | | | AC |
| 4835 | 4/30/2002 | Mark Chandler | Charles Giancarlo<br>Robert Barr | Communication to and from counsel seeking legal advice regarding intellectual property issues | | | AC |
| 4836 | 3/31/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 4837 | 4/30/2002 | Jim Fenton | Toerless Eckert<br>Andy Chen<br>Huawei Team Mail List, Cisco Systems, Inc. | Communication prepared in furtherance of obtaining legal advice regarding intellectual property issues. | | | AC |

539

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 4838 | 3/28/2003 | Jeff Bragalone | Litigation Mail list, Orrick Law Law Firm, Hopkins Guy, Mark Chandler, McKool Smith Attorneys Mail List, Orrick Law Firm, Mallun Yen, Neal Rubin, Robert Barr, Kristi Thomas, Sam Baxter | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4839 | 5/27/2005 | Robert Barr | Susan Sarkes | Communication to counsel seeking legal advice regarding licensing. | | | AC |
| 4840 | 4/30/2002 | Charles Giancarlo | Mark Chandler, Robert Barr, Sue Leonard | Communication to counsel prepared in furtherance of obtaining legal advice regarding intellectual property issues. | | | AC |
| 4841 | 5/1/2002 | Mark Chandler | Robert Barr, Charles Giancarlo, Dan Scheinman, Gordon Astles, Richard Justice | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4842 | 2/26/2003 | Robert Barr | Jim Pooley, Mallun Yen, Mark Chandler | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4843 | 2/20/2003 | Amber Hatfield | | Document prepared by or at the direction of counsel regarding legal research. | | | AC |
| 4844 | 5/2/2002 | John Ahlstrom | Robert Barr | Communication to counsel seeking legal advice regarding litigation. | | | AC/WP |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 4878 | 5/9/2002 | Dr. John P. J. Kelly | | Document prepared in furtherance of obtaining legal advice regarding litigation. | | | AC/WP |
| 4879 | 5/30/2003 | Hopkins Guy | Neal Rubin Robert Barr Mallun Yen | Communication to counsel prepared in furtherance of obtaining legal advice regarding litigation. | | | AC |
| 4880 | 5/23/2003 | Rachel D. Albright | | Notes prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 4881 | 5/9/2002 | Neal Rubin | Joe Hammell Clifford Anderson Robert Barr Roy Ginsburg | Communication to counsel prepared in furtherance of obtaining legal advice regarding litigation. | | | AC/WP |
| 4882 | 5/9/2002 | Clifford Anderson | Neal Rubin Joe Hammell Robert Barr Roy Ginsburg | Communication to counsel prepared in furtherance of obtaining legal advice regarding litigation. | | | AC/WP |
| 4883 | 5/9/2002 | Charles Giancarlo | Robert Barr Sue Leonard | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 4884 | 5/17/2003 | Robert Barr | Mallun Yen | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4885 | 5/9/2002 | Guy Ellis | Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4886 | 3/31/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |

545

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 4947 | 9/11/2002 | Inder Sidhu | | Slide presentation reflecting legal advice regarding litigation. | | | AC/WP |
| 4948 | 11/14/2003 | Cisco Legal Department | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 4949 | 4/23/2002 | Robert Barr | Charles Giancarlo Ian Pennell Mike Gallagher | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4950 | 9/12/2002 | Cisco Systems, Inc. | | Slide presentation reflecting legal advice regarding litigation. | | | AC |
| 4951 | 4/23/2002 | Robert Barr | Guy Ellis | Communication to counsel prepared in furtherance of obtaining legal advice regarding litigation. | | | AC/WP |
| 4952 | 9/17/2002 | Hopkins Guy | Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4953 | 10/7/2002 | Hopkins Guy | Robert Barr | Communication to and from counsel reflecting legal advice regarding licensing and litigation. | | | AC |
| 4954 | 4/24/2002 | Robert Barr | Hopkins Guy | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4955 | 4/24/2002 | Robert Barr | Van Dang | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 4956 | 4/24/2002 | Robert Barr | Van Dang | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 5342 | 5/8/2002 | Robert Barr | Charles Giancarlo<br>Guy Ellis<br>Hopkins Guy | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 5343 | 1/16/2003 | Penelope Bruce | Claudia Ceniceros<br>Mark Chandler<br>Mallun Yen<br>Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5344 | 1/16/2003 | Hopkins Guy | Mallun Yen<br>Robert Barr<br>Litigation Mail list, Orrick Law Firm | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5345 | 1/16/2003 | Hopkins Guy | Litigation Mail list, Orrick Law Firm<br>Jeff Bragalone<br>Mallun Yen<br>Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5346 | 1/16/2003 | Chris Ottenweller | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 5347 | 4/7/2003 | Mallun Yen | | Draft agreement seeking legal advice regarding litigation. | | | AC/WP |
| 5348 | 4/7/2003 | Mallun Yen | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 5349 | 1/16/2003 | Mallun Yen | Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5350 | 4/14/2003 | Mallun Yen | Maria Carolina Vallasciani | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 5421 | 1/17/2003 | Rachel D. Albright | | Document reflecting legal advice regarding legal research. | | | AC |
| 5422 | 1/17/2003 | Rachel D. Albright | Robert Barr Mallun Yen Litigation Mail list, Orrick Law Firm | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5423 | 6/4/2003 | Mallun Yen | Chris Ottenweller Hopkins Guy Jeff Bragalone Sam Baxter | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC |
| 5424 | 6/4/2003 | Mallun Yen | Beat Huawei Mail List, Cisco Systems, Inc. Karin Hazelkorn Shyam Kota Inder Sidhu Mark Chandler Neal Rubin Penelope Bruce Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5425 | 1/21/2003 | Inder Sidhu | Charles Giancarlo Mark Chandler Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5426 | 1/21/2003 | Mark Chandler | Inder Sidhu Charles Giancarlo Robert Barr | Communication from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5427 | 6/4/2003 | Mallun Yen | Hopkins Guy Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5428 | 6/4/2003 | Mallun Yen | Hopkins Guy Rachel D. Albright Chris Ottenweller Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 5429 | 1/21/2003 | Mark Chandler | Inder Sidhu<br>Charles Giancarlo<br>Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5430 | 6/5/2003 | Mallun Yen | Claudia Ceniceros<br>Hopkins Guy<br>Jia-Bin Duh<br>Jeff Bragalone<br>Mark Chandler<br>Neal Rubin<br>Penelope Bruce<br>Robert Barr<br>Sam Baxter | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5431 | 6/5/2003 | Mallun Yen | Mallun Yen | Notes prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 5432 | 1/21/2003 | Mallun Yen | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 5433 | 6/5/2003 | Mallun Yen | Hopkins Guy<br>Jim Pooley<br>Kristi Thomas<br>Mark Chandler<br>Neal Rubin<br>Robert Barr<br>Sam Baxter<br>Litigation Mail list, Orrick Law Firm | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |

611

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 5524 | 7/17/2003 | Mallun Yen | Hopkins Guy Neal Rubin Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5525 | 5/10/2002 | Robert Barr | Charles Giancarlo | Communication to and from counsel reflecting legal advice regarding litigation | | | AC |
| 5526 | 4/14/2003 | Peter Brownlow | Hopkins Guy Rachel D. Albright Chris Ottenweller Robert Barr Mallun Yen Mark Heaney Trevor Cook | Communication reflecting legal advice regarding trademarks. | | | AC |
| 5527 | 1/22/2003 | Mike Hunter | | Document prepared by or at the direction of counsel regarding intellectual property issues. | | | AC |
| 5528 | 3/11/2003 | Robert Barr | Mallun Yen | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5529 | 3/11/2003 | Robert Barr | Mallun Yen | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 5530 | 4/17/2003 | Hopkins Guy | Peter Brownlow Robert Barr Rachel D. Albright Guy Ellis Mark Heaney Trevor Cook Hopkins Guy Chris Ottenweller Mallun Yen | Communication reflecting legal advice regarding trademarks. | | | AC |

624

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6684 | 3/17/2004 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6685 | 3/19/2007 | Charles Giancarlo | Charles Giancarlo Mail Group, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues and licensing. | | | AC |
| 6686 | 4/21/2008 | Manny Rivelo | Manny Rivelo | Communication reflecting legal advice regarding intellectual property issues and licensing. | | | AC |
| 6687 | 10/21/2007 | Pradeep Kathail | | Slide presentation reflecting legal advice regarding product development. | CSI-CLI-05387906 | CSI-CLI-05387914 | AC |
| 6688 | 10/24/2007 | Fred Baker | Randall Stewart Andrew Harvey Bruce Davie Chandrashekhar Appanna Cullen Jennings Dave Oran David McGrew Dino Farinacci Don Banks Flavio Bonomi Garry Epps Jim Fenton Keith McCloghrie Kirk Lougheed Neil Jarvis Skip Booth William Westfield David Ward Pradeep Kathail | Communication seeking legal advice regarding intellectual property issues and licensing. | | | AC |

784

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6813 | 6/12/2003 | Mallun Yen | | Notes from counsel reflecting legal advice regarding litigation and trademarks. | | | AC/WP |
| 6814 | 1/25/2003 | David Ferguson | Mark Chandler | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 6815 | 6/8/2003 | Mallun Yen | | Document reflecting legal advice regarding litigation. | | | AC/WP |
| 6816 | 4/30/2002 | Mark Chandler | Charles Giancarlo Robert Barr Robert Barr | Communication to counsel seeking legal advice regarding intellectual property issues. | | | AC |
| 6817 | 6/7/2002 | Mark Chandler | Graham Allan | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6818 | 1/10/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6819 | 1/10/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6820 | 5/20/2003 | Cisco Legal Department | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6821 | 2/18/2002 | Mark Chandler | Dan Scheinman | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 6822 | 2/13/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6823 | 6/7/2002 | Mark Chandler | Robert Barr<br>Charles Giancarlo<br>Dan Scheinman<br>Gordon Astles<br>Richard Justice<br>Charles Giancarlo<br>Gordon Astles<br>Richard Justice | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6824 | 6/7/2002 | Mark Chandler | Dan Scheinman | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 6825 | 4/9/2003 | Cisco Legal Department | | Document reflecting legal advice regarding litigation. | | | AC/WP |
| 6826 | 6/11/2002 | Laura A. Hill | | Slide presentation reflecting legal advice regarding intellectual property issues. | | | AC |
| 6827 | 3/31/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6828 | 3/20/2003 | Kim Gibbons | | Notes reflecting legal advice regarding litigation. | | | AC/WP |
| 6829 | 5/20/2002 | Mark Chandler | Dan Scheinman | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6830 | 3/13/2002 | Mark Chandler | Melissa Kendrick<br>Robert Barr<br>Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6831 | 2/21/2003 | Cisco Legal Department | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |

808

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6841 | 1/16/2003 | Penelope Bruce | Claudia Ceniceros Mark Chandler Mallun Yen Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6842 | 11/8/2004 | Cisco Legal Department | | Draft agreement prepared by or at the direction of counsel regarding intellectual property issues. | | | AC |
| 6843 | 5/21/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6844 | 6/7/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 6845 | 6/7/2002 | Mark Chandler | Charles Giancarlo Robert Barr Robert Barr | Communication to and from counsel seeking legal advice regarding intellectual property issues. | | | AC |
| 6846 | 4/26/2003 | Penelope Bruce | Mark Chandler Karin Hazelkorn Mallun Yen | Communication seeking legal advice regarding litigation. | | | AC/WP |
| 6847 | 4/8/2003 | Hopkins Guy | Mark Chandler Mallun Yen Neal Rubin Robert Barr Chris Ottenweller Rachel D. Albright | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6848 | 6/13/2002 | Cisco Legal Department | | Slide presentation prepared by or at the direction of counsel regarding intellectual property issues and regulatory matters. | | | AC |

810

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6866 | 6/7/2002 | Mark Chandler | Charles Giancarlo | Communication to and from counsel seeking legal advice regarding litigation. | | | AC/WP |
| 6867 | 4/7/2003 | Mallun Yen | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6868 | 4/4/2003 | Sherman Chu | Mark Chandler Van Dang | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6869 | 6/7/2002 | Mark Chandler | Laura Owen | Communication to and from counsel seeking legal advice regarding trademarks. | | | AC |
| 6870 | 4/26/2004 | Cisco Legal Department | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6871 | 4/5/2004 | Cisco Legal Department | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6872 | 2/27/2003 | Hopkins Guy | Hopkins Guy Tim Gage Brian Jacklin Chris Ottenweller Hopkins Guy Mark Chandler Mark Lambert Mallun Yen Rachel D. Albright Robert Barr Todd Briggs Thomas Gray | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |

813

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6952 | 3/30/2003 | Rachel D. Albright | | Document from counsel reflecting legal advice regarding legal research and litigation. | | | AC/WP |
| 6953 | 6/7/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6954 | 5/1/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 6955 | 3/11/2003 | Grant Lee | | Document prepared in furtherance of obtaining legal advice regarding legal research and legal review and approval. | | | AC |
| 6956 | 2/13/2002 | Mark Chandler | Robert Barr | Communication to and from counsel seeking legal advice regarding litigation. | | | AC/WP |
| 6957 | 4/30/2002 | Charles Giancarlo | Dan Scheinman Mark Chandler Robert Barr | Communication to counsel seeking legal advice regarding intellectual property issues. | | | AC |
| 6958 | 6/30/2003 | Michael Stern | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6959 | 6/30/2003 | Michael Stern | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6960 | 6/29/2003 | Michael Stern | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |

827

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6961 | 6/29/2003 | Michael Stern | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6962 | 6/29/2003 | Michael Stern | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6963 | 6/16/2003 | Penelope Bruce | Mark Chandler Phil Wright Lang Tibbils Terry Alberstein | Communication seeking legal advice regarding litigation. | | | AC/WP |
| 6964 | 1/30/2003 | Bird & Bird Law Firm | | Notes from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6965 | 1/30/2003 | Peter Brownlow | Mark Chandler Hans Albers mallun yen | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 6966 | 1/29/2003 | Rachel D. Albright | | Draft agreement prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6967 | 2/1/2002 | Mark Chandler | Charles Giancarlo | Communication to and from counsel seeking legal advice regarding litigation. | | | AC/WP |
| 6968 | 4/3/2002 | Mark Chandler | Laura Owen | Communication to and from counsel seeking legal advice regarding litigation. | | | AC/WP |
| 6969 | 6/7/2003 | Mark Chandler | | Document reflecting legal advice regarding litigation. | | | AC/WP |
| 6970 | 5/21/2003 | Rachel D. Albright | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 6971 | 5/13/2003 | Mark Chandler | | Slide presentation reflecting legal advice regarding litigation. | | | AC/WP |

828

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7024 | 5/1/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 7025 | 5/1/2002 | Mark Chandler | Robert Barr Charles Giancarlo Dan Scheinman Gordon Astles Richard Justice Charles Giancarlo Gordon Astles Richard Justice | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 7026 | 6/7/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 7027 | 6/7/2002 | Mark Chandler | Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 7028 | 4/3/2002 | Mark Chandler | Laura Owen | Communication to and from counsel seeking legal advice regarding trademarks. | | | AC |
| 7029 | 6/7/2002 | Mark Chandler | Laura Owen | Communication to and from counsel seeking legal advice regarding litigation. | | | AC/WP |
| 7030 | 2/24/2004 | Mark Chandler | Neal Rubin Hopkins Guy Mallun Yen Robert Barr Hopkins Guy | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |

836

**Cisco Systems, Inc. v. Arista Networks, Inc.**
Case No. 5:14-cv-5344-BLF
6/6/2016 Cisco Systems, Inc.'s Second Supplemental Privilege Log

| Log No. | Date | Author(s) | Recipients | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---------|------|-----------|------------|-------------|-------------------------------|-------------------------------|-------------------|
| 8269 | 4/21/2016 | Cisco Legal Department | | Document reflecting legal advice regarding licensing. | CSI-CLI-06474097 | CSI-CLI-06474128 | AC |
| 8270 | 4/20/2016 | Chana Motobu | | Document reflecting legal advice regarding contract issues. | CSI-CLI-06473812 | CSI-CLI-06473977 | AC |
| 8271 | 6/29/2006 | Matthew Vella | | Draft agreement reflecting legal advice regarding contract issues. | | | AC |
| 8272 | 9/28/2011 | Cisco Legal Department | | Meeting agenda prepared in furtherance of obtaining legal advice regarding product development. | CSI-CLI-06441882 | CSI-CLI-06441885 | AC |
| 8273 | 1/8/2008 | Cisco Legal Department | | Draft agreement prepared by or at the direction of counsel regarding contract issues. | | | AC |
| 8274 | 12/7/2007 | Carl Moberg | | Draft agreement prepared by or at the direction of counsel regarding contract issues. | | | AC |
| 8275 | 5/13/2009 | Carl Moberg | | Document reflecting legal advice regarding contract issues. | CSI-CLI-06433031 | CSI-CLI-06433040 | AC |
| 8276 | 6/11/2014 | Cisco Legal Department | | Document prepared by or at the direction of counsel regarding intellectual property issues. | | | AC |
| 8277 | 10/27/2009 | Cisco Legal Department | | Draft agreement reflecting legal advice regarding contract issues. | | | AC |
| 8278 | 8/4/2014 | Carl Moberg | Christine Loya Tiffiney Fort Allison Lew | Communication to and from counsel reflecting legal advice regarding regulatory matters. | | | AC |
| 8279 | 2/22/2010 | Urban Lindegren | | Draft agreement reflecting legal advice regarding contract issues. | | | AC |
| 8280 | 8/25/2009 | Robert Eisenbach | Carl Moberg Carolyn Craig | Communication to and from counsel reflecting legal advice regarding contract issues. | | | AC |
| 8281 | 7/26/2011 | Cisco Legal Department | | Draft agreement reflecting legal advice regarding contract issues. | | | AC |
| 8282 | 3/16/2010 | Erik Watts | | Document reflecting legal advice regarding contract issues. | | | AC |

1

| Log No. | Date | Author(s) | Recipients | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| | | | MondayParam KumarasamyPatrik BuckinghamPeggy MarasovichPrem JainPaolo MartiniBruce Wood Robert LloydRaf Pardini Rizal TamsilRooshabh Varajya Sandra CarterS DevarajanStephan EngelenSamuel LyallRajah PrasannaShoou Yiu Tore GillbrandYogesh Patel CAP Mail List, Cisco Systems, Inc.MCEBU Group Mail List, Cisco Systems, Inc.Critical Account Mail List, Cisco Systems, Inc. | | | | |
| 127746 | 3/9/2002 | Ted Tazeau | Alan Hase Andrew Wozniak Ann Bark Brigid San Charles Giancarlo Colin S Kincaid Douglas Allred Doug Dennerline David Goddard David Gudmundson Joseph Pinto James Richardson Richard Justice | Communication reflecting legal advice regarding corporate governance and litigation. | | | AC |

965