# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
    CISCO SYSTEMS, INC.    Case No.: 5:14-cv-05344-BLF(PSG)
 5
                Plaintiff,
 6
         v.
 7
    ARISTA NETWORKS, INC.
 8
                Defendants.
 9   _____
10
11
12
13    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
14       VIDEOTAPED DEPOSITION OF PHILLIP REMAKER
15                 Palo Alto, California
16              Wednesday, March 30, 2016
17                      Volume 1
18
19
20
21  Reported by:
22  LESLIE JOHNSON
23  RPR, CSR No. 11451
24  Job No.: 2281748
25  PAGES 1 - 190
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
    CISCO SYSTEMS, INC.      Case No.: 5:14-cv-05344-BLF(PSG)
 5
                  Plaintiff,
 6
          v.
 7
    ARISTA NETWORKS, INC.
 8
                  Defendants.
 9  _____
10
11
12
13
14     * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17     VIDEOTAPED DEPOSITION OF PHILLIP REMAKER, Volume 1,
18  taken on behalf of Defendant, at 601 California Avenue,
19  Palo Alto, California, beginning at 9:31 a.m. and ending
20  at 5:27 p.m., on Wednesday, March 30, 2016, before
21  LESLIE JOHNSON, Certified Shorthand Reporter No. 11451.
22
23
24
25
                                                  Page 2
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1  APPEARANCES:
 2
 3  FOR PLAINTIFF CISCO SYSTEMS, INC.:
 4      QUINN EMANUEL URQUHART & SULLIVAN LLP
 5      BY: JOHN (JAY) NEUKOM, ESQ.
 6      50 California Street, 22nd Floor
 7      San Francisco, California  94111
 8      (415)875-6600
 9      johnneukom@quinnemanuel.com
10  FOR DEFENDANT ARISTA NETWORKS, INC.:
11      KEKER & VAN NEST LLP
12      BY: BRIAN L. FERRALL, ESQ.
13          RYAN WONG, ESQ.
14      633 Battery Street
15      San Francisco, California  94111
16      (415)391-5400
17      bferrall@kvn.com
18      rwong@kvn.com
19  ALSO PRESENT:
20      SEAN GRANT, Videographer
21
22
23
24
25
```

Page 3

```
 1       Q.   Have you monitored or been a member of the
 2   Clueless e-mail list?
 3       A.   Yes.
 4       Q.   For how long?
 5       A.   I don't know.
 6       Q.   Are you still in?
 7       A.   I am still.
 8       Q.   What's the purpose of the Clueless list?
 9       A.   The purpose of the Clueless list is a
10   place to ask broad sweeping difficult questions that
11   you're Clueless of where else you might ask them.
12       Q.   Is it generally technical questions?
13       A.   It's probably -- no.  It's not generally
14   technical questions.
15       Q.   Is there some general characterization you
16   can give about the questions?
17       A.   The questions are a pretty broad range
18   with a name like "Clueless."
19       Q.   And do you voluntarily sign up to monitor
20   the Clueless list?
21       A.   Anybody can join and monitor the Clueless
22   mailing list.
23       Q.   Is there a list for distinguished
24   engineers?
25       A.   Yes.
```

Veritext Legal Solutions
866 299-5127