# EXHIBIT F

Cisco Systems, Inc. v. Arista Networks, Inc.
Case No. 5:14-cv-5344-BLF
6/2/16 Cisco Systems, Inc.'s First Supplemental Privilege Log

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 381 | 7/7/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 382 | 10/19/2004 | Prakash Bettadapur | Anil Bansal Prakash Bettadapur Sastry Varanasi | Email reflecting or seeking legal advice sought from or received from counsel regarding patents. | | | A/C |
| 383 | 5/31/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 384 | 2/14/2005 | Cisco Patent Team | James Hao, Esq. Kerry Kelly Anil Bansal Jung Tjong Prakash Bettadapur Sastry Varanasi | Email reflecting legal advice sought from or received from counsel regarding patents. | | | A/C |
| 385 | 2/15/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 386 | 6/7/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |
| 387 | 6/7/2005 | Kerry Kelly on behalf of Kevin Brown, Esq. | Anil Bansal Jung Tjong Prakash Bettadapur Sastry Varanasi Kevin Brown, Esq. | Email reflecting legal advice sought from or received from counsel regarding patents. | | | A/C |
| 388 | 6/2/2005 | Cisco Patent Team | | Document authored by or at the direction of counsel reflecting legal advice regarding patents. | | | A/C |

1

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 1368 | 10/3/2013 | Phillip Remaker | Beth Xu Desmond Low Jeff Apcar Neale Rowe | Communication prepared by or at the direction of counsel regarding patents. | | | AC |
| 1369 | 9/27/2013 | Phillip Remaker | Ammar Rayes | Communication prepared by or at the direction of counsel regarding patents. | | | AC |
| 1370 | 2/13/2012 | Phillip Remaker | Peggy Su | Communication from counsel prepared by or at the direction of counsel regarding patents. | | | AC |
| 1371 | 7/23/2012 | Phillip Remaker | Cullen Jennings | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-03030160 | CSI-CLI-03030160 | AC |
| 1372 | 11/21/2012 | Phillip Remaker | Barbara Siverts Ed Baum Ammar Rayes Carlos Pignataro | Communication prepared by or at the direction of counsel regarding intellectual property issues. | | | AC |
| 1373 | 7/3/2012 | Phillip Remaker | Josh Littlefield Peter Lackey Anil Thomas Bill Ver Steeg Clueless Mailing List, Cisco System, Inc. Dan Wing Joe Hildebrand | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 1374 | 7/11/2013 | Phillip Remaker | Sarah Ong | Communication seeking legal advice regarding contract issues. | CSI-CLI-03054966 | CSI-CLI-03054967 | AC |
| 1375 | 5/21/2013 | Phillip Remaker | Lisa Sims | Communication from counsel prepared by or at the direction of counsel regarding intellectual property issues. | | | AC |

158

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6652 | 11/12/2002 | David McGrew | Dave Oran<br>Fabio Maino<br>Fred Baker<br>Rob Adams<br>William Westfield<br>Cisco CPS Reviewers, Cisco Systems, Inc. | Communication seeking legal advice regarding intellectual property issues. | CSI-CLI-05369464 | CSI-CLI-05369467 | AC |
| 6653 | 5/9/2003 | Toerless Eckert | Steven Berl<br>Dan Tappan<br>Rich Gore<br>Clueless Mailing List, Cisco System, Inc<br>Thomas D. Nadeau | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 6654 | 10/31/2001 | Andrea Westerinen | John Harper<br>Paul Gleichauf<br>Clueless Mailing List, Cisco System, Inc.<br>Standards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366626 | CSI-CLI-05366628 | AC |
| 6655 | 10/31/2001 | Ken Roberts | John Harper<br>Paul Gleichauf<br>Clueless Mailing List, Cisco System, Inc.<br>SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366631 | CSI-CLI-05366633 | AC |
| 6656 | 11/1/2001 | Robert Raszuk | Andy Bierman<br>Paul Gleichauf<br>Clueless Mailing List, Cisco System, Inc<br>Eric Rosen<br>SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366634 | CSI-CLI-05366635 | AC |
| 6657 | 10/31/2001 | Stefano Binetti | Mike Truskowski<br>Fred Baker<br>Clueless Mailing List, Cisco System, Inc.<br>Paul Gleichauf<br>SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366629 | CSI-CLI-05366630 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6658 | 12/12/2001 | | Fred Baker<br>Robert J. Aiken<br>Marque C. Chambliss<br>Paul Gleichauf<br>Van Dang<br>ARTI Mail List, Cisco Systems, Inc.<br>Clueless Mailing List, Cisco System, Inc.<br>Prem Jain<br>Robert J. Aiken<br>SStandards Mail List, Cisco Systems, Inc. | Communication from counsel reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366638 | CSI-CLI-05366639 | AC |
| 6659 | 12/12/2001 | Steve Harmon | Fred Baker<br>Robert J. Aiken<br>Steve Harmon<br>Marque C. Chambliss<br>Paul Gleichauf<br>Van Dang<br>ARTI Mail List, Cisco Systems, Inc.<br>Clueless Mailing List, Cisco System, Inc.<br>Prem Jain<br>Robert J. Aiken<br>SStandards Mail List, Cisco Systems, Inc. | Communication to counsel seeking legal advice regarding intellectual property issues. | | | AC |
| 6660 | 5/8/2002 | Mark Day<br>Tony Hain | Jan Vilhuber<br>Stephen Sprunk<br>Harald Tveit Alvestrand<br>Max Pritikin<br>Patrik Falstrom<br>Paul Fox<br>Rich Applebaum<br>Toerless Eckert<br>Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | CSI-CLI-05367698 | CSI-CLI-05367700 | AC |

778

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 6661 | 12/18/2002 | | Matt Mackall<br>Clueless Mailing List, Cisco System, Inc.<br>Linux Users, Cisco Systems, Inc.<br>Sherman Chu<br>Lincoln Dale<br>Paul Gleichauf | Communication prepared in furtherance of obtaining legal advice regarding licensing. | | | AC |
| 6662 | 12/17/2002 | Gideon Glass | Paul Gleichauf<br>Clueless Mailing List, Cisco System, Inc.<br>Linux Users, Cisco Systems, Inc.<br>Sherman Chu | Communication prepared in furtherance of obtaining legal advice regarding licensing. | | | AC |
| 6663 | 12/17/2002 | Lincoln Dale | Lincoln Dale<br>Clueless Mailing List, Cisco System, Inc.<br>Linux Users, Cisco Systems, Inc.<br>Paul Gleichauf<br>Sherman Chu | Communication prepared in furtherance of obtaining legal advice regarding licensing. | | | AC |
| 6664 | 12/19/2002 | Matt Mackall | Lincoln Dale<br>Paul Gleichauf<br>Sherman Chu<br>Stephen Sprunk<br>Clueless Mailing List, Cisco System, Inc.<br>Linux Users, Cisco Systems, Inc. | Communication prepared in furtherance of obtaining legal advice regarding licensing. | | | AC |
| 6665 | 12/9/2002 | Tony Hain | | | | | |
| 6665 | 12/9/2002 | David O'Shea | Karen M. Sage<br>Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | CSI-CLI-05369544 | CSI-CLI-05369544 | AC |
| 6666 | 5/13/2003 | Joseph Salowey | William Westfield<br>Michael Thomas<br>Clueless Mailing List, Cisco System, Inc. | Communication reflecting legal advice regarding patents. | CSI-CLI-05369828 | CSI-CLI-05369829 | AC |
| 6667 | 1/15/2007 | Dave Oran | Cisco Fellows, Cisco Systems, Inc. | Communication prepared in furtherance of obtaining legal advice regarding intellectual property issues. | | | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7031 | 4/10/2004 | Kristi Thomas | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 7032 | 2/23/2004 | Mark Chandler | Penelope Bruce Mallun Yen Neal Rubin Robert Barr | Communication to and from counsel reflecting legal advice regarding litigation. | | | AC/WP |
| 7033 | 4/9/2004 | Kristi Thomas | | Document prepared by or at the direction of counsel regarding litigation. | | | AC/WP |
| 7034 | 7/20/2005 | Michael Quinn | Greg Pelton Paul Gleichauf Bashir Eghbali Clueless Mailing List, Cisco System, Inc. Cisco Product Ideas Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-ANI-00281761 | CSI-ANI-00281765 | AC |
| 7035 | 1/25/2013 | Tammy Holm Tom Williams | | Slide presentation reflecting legal advice regarding product development. | CSI-CLI-05442740 | CSI-CLI-05442899 | AC |
| 7036 | 3/26/2013 | Tammy Holm Tom Williams | | Slide presentation reflecting legal advice regarding product development. | CSI-CLI-05444797 | CSI-CLI-05444956 | AC |
| 7037 | 3/26/2013 | Tammy Holm Tom Williams | | Slide presentation reflecting legal advice regarding product development. | CSI-CLI-05444957 | CSI-CLI-05445114 | AC |
| 7038 | 3/26/2013 | Tammy Holm Tom Williams | | Slide presentation reflecting legal advice regarding product development. | CSI-CLI-05445115 | CSI-CLI-05445272 | AC |
| 7039 | 3/26/2013 | Tammy Holm Tom Williams | | Slide presentation reflecting legal advice regarding product development. | CSI-CLI-05445273 | CSI-CLI-05445427 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7475 | 4/11/2004 | Robert Barr | Mike Pennington, Barry Bruins, Clueless Mailing List, Cisco System, Inc. | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 7476 | 4/12/2004 | Harald Tveit Alvestrand | Mike Pennington, Robert Barr, Barry Bruins, Clueless Mailing List, Cisco System, Inc. | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 7477 | 4/13/2004 | David Case | Paul Gleichauf, William Westfield, SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05370581 | CSI-CLI-05370582 | AC |
| 7478 | 5/4/2004 | Todd Alexander | | Document prepared by or at the direction of counsel regarding intellectual property issues and legal review and approval. | | | AC |
| 7479 | 5/17/2006 | Pradeep Kathail | Richard Livingston, William Westfield | Communication seeking legal advice regarding licensing. | CSI-CLI-05385336 | CSI-CLI-05385339 | AC |
| 7480 | 5/25/2004 | William Westfield | Eliot Lear | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7481 | 5/25/2004 | Tim Stevenson | Eliot Lear, William Westfield, Clueless Mailing List, Cisco System, Inc | Communication seeking legal advice regarding product development. | CSI-CLI-05370583 | CSI-CLI-05370584 | AC |
| 7482 | 5/25/2004 | Roland Dobbins | William Westfield, Clueless Mailing List, Cisco System, Inc, Eliot Lear | Communication seeking legal advice regarding product development. | CSI-CLI-05370585 | CSI-CLI-05370586 | AC |
| 7483 | 5/25/2004 | Michael Boe | Prasanna Kumar, Beau James, ION Group Mail List, Cisco Systems, Inc. Sampath Peechu | Communication seeking legal advice regarding licensing. | CSI-CLI-05370587 | CSI-CLI-05370587 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7514 | 3/3/2005 | Rodney Dunn | Frank Pleshe David Ward Deepak Nulu Mac User Group Mail List, Cisco Systems, Inc. Paul Gleichauf | Communication seeking legal advice regarding intellectual property issues and licensing. | CSI-CLI-05383496 | CSI-CLI-05383499 | AC |
| 7515 | 3/6/2007 | Michael Reilly | William Westfield Adina Simu Ross Wheeler | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05385816 | CSI-CLI-05385817 | AC |
| 7516 | 3/6/2007 | Ross Wheeler | Michael Reilly William Westfield Adina Simu | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05385818 | CSI-CLI-05385819 | AC |
| 7517 | 2/13/2008 | Phillip Remaker | Clueless Mailing List, Cisco System, Inc. Dario Ciccarone | Communication reflecting legal advice regarding legal review and approval. | | | AC |
| 7518 | 2/14/2008 | Steve Canby | Kevin Ingle Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7519 | 2/14/2008 | Jivesh Govil | Kevin Ingle Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7534 | 5/6/2003 | Chip Sharp | Michael Carey; Chifei W. Cheng; FR Development Team, Cisco Systems, Inc.; SStandards Mail List, Cisco Systems, Inc.; Alan Robertson; Sanjay Bhardwaj | Communication seeking legal advice regarding intellectual property issues. | CSI-CLI-05369823 | CSI-CLI-05369827 | AC |
| 7535 | 5/12/2003 | Steve Elias | Thomas D. Nadeau; Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7536 | 5/12/2003 | Steve Elias | Greg Boop; Clueless Mailing List, Cisco System, Inc | Communication seeking legal advice regarding intellectual property issues. | CSI-CLI-05456672 | CSI-CLI-05456686 | AC |
| 7537 | 5/13/2003 | Michel Corne | Cisco EMEA Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | | | AC |
| 7538 | 4/22/2002 | William Westfield | Eli Eisenpress | Communication to counsel seeking legal advice regarding patents. | | | AC |
| 7539 | 4/22/2002 | Eli Eisenpress | William Westfield | Communication seeking legal advice regarding patents. | | | AC |
| 7540 | 4/22/2002 | Robert Barr | William Westfield; Eli Eisenpress; Cisco Legal Department | Communication from counsel reflecting legal advice regarding patents. | | | AC |
| 7541 | 5/2/2005 | Pradeep Kathail | Joel Bion; Michel Langlois; William Westfield | Communication reflecting legal advice regarding contract issues and licensing. | CSI-CLI-05383975 | CSI-CLI-05383975 | AC |
| 7542 | 4/24/2002 | Karen A. Hallock | | Document prepared by or at the direction of counsel regarding patents. | | | AC |

896

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7543 | 4/24/2002 | Jacquie Sears | | Document prepared by or at the direction of counsel regarding patents. | | | AC |
| 7544 | 5/15/2003 | Ray Bell | | Document prepared in furtherance of obtaining legal advice regarding product development. | CSI-CLI-05369830 | CSI-CLI-05369843 | AC |
| 7545 | 5/15/2003 | Beau James | Vipul Shah | Communication reflecting legal advice regarding licensing. | CSI-CLI-05456667 | CSI-CLI-05456669 | AC |
| 7546 | 5/5/2005 | Michael Ramalho | John Cavanaugh, Clueless Mailing List, Cisco System, Inc. Richard Chycoski | Communication seeking legal advice regarding patents. | CSI-CLI-05384029 | CSI-CLI-05384030 | AC |
| 7547 | 4/30/2002 | Siva Valliappan | Mike Tibodeau, Clueless Mailing List, Cisco System, Inc. Chip Sharp Michael Quinn Phillip Remaker | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7548 | 6/16/2000 | Robert Barr | William Westfield Guy Ellis Van Dang | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 7549 | 6/16/2000 | Van Dang | Robert Barr William Westfield Guy Ellis | Communication from counsel reflecting legal advice regarding intellectual property issues. | | | AC |
| 7550 | 5/2/2002 | Siva Valliappan | John Ahlstrom, Clueless Mailing List, Cisco System, Inc. | Communication to counsel seeking legal advice regarding product development. | | | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7551 | 5/3/2002 | Toerless Eckert | Mark Townsley<br>Andrew Mcrae<br>Chip Sharp<br>Clueless Mailing List, Cisco System, Inc<br>Michael Quinn<br>Mike Tibodeau<br>Phillip Remaker | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7552 | 4/11/2007 | Maria Teigeiro | Aaron Leonard<br>Dan Wing<br>Clueless Mailing List, Cisco System, Inc.<br>Jeffrey M. Wells<br>Lloyd Wood<br>Michael Reilly<br>Steven Berl | Communication reflecting legal advice regarding trademarks. | CSI-CLI-05386631 | CSI-CLI-05386633 | AC |
| 7553 | 5/5/2002 | Brad Bell | Andrew Mcrae<br>Mark Townsley<br>Chip Sharp<br>Michael Quinn<br>Mike Tibodeau<br>Phillip Remaker<br>Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7554 | 3/12/2008 | Rich Gore | Clueless Mailing List, Cisco System, Inc.<br>Steven Berl | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05391950 | CSI-CLI-05391951 | AC |
| 7555 | 3/12/2008 | Steven Berl | Clueless Mailing List, Cisco System, Inc.<br>Rich Gore | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05391952 | CSI-CLI-05391953 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7562 | 5/20/2005 | Boris Bliznioukov | Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding product development. | | | AC |
| 7563 | 4/19/2007 | Michael Ritter | Clueless Mailing List, Cisco System, Inc. Marta Beckwith | Communication from counsel reflecting legal advice regarding patents. | | | AC |
| 7564 | 4/19/2007 | Marta Beckwith | Michael Ritter Michael Thomas Clueless Mailing List, Cisco System, Inc. | Communication to counsel seeking legal advice regarding patents. | | | AC |
| 7565 | 4/19/2007 | Khalil Jabr | Marta Beckwith Michael Ritter Michael Thomas Clueless Mailing List, Cisco System, Inc. | Communication to counsel seeking legal advice regarding patents. | | | AC |
| 7566 | 4/19/2007 | Stewart Bryant | Michael Ritter Clueless Mailing List, Cisco System, Inc. Marta Beckwith Michael Thomas | Communication to counsel seeking legal advice regarding patents. | | | AC |
| 7567 | 4/20/2007 | Michael Ritter | Clueless Mailing List, Cisco System, Inc. | Communication from counsel reflecting legal advice regarding patents. | | | AC |
| 7568 | 5/20/2002 | Thomas Herbst | Clueless Mailing List, Cisco System, Inc. Karen Fang Conroy Thomas Herbst | Communication prepared by or at the direction of counsel regarding intellectual property issues. | | | AC |
| 7569 | 4/20/2007 | Fred Baker | Michael Ritter Clueless Mailing List, Cisco System, Inc. | Communication to counsel seeking legal advice regarding patents. | | | AC |
| 7570 | 6/16/2003 | Cisco Systems, Inc. | | Slide presentation reflecting legal advice regarding intellectual property issues. | CSI-CLI-05369844 | CSI-CLI-05369884 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7571 | 6/23/2003 | Greg Thompson | William Westfield Cisco Software Group Mail List, Cisco Systems, Inc. | Communication seeking legal advice regarding licensing. | CSI-CLI-05369885 | CSI-CLI-05369886 | AC |
| 7572 | 8/10/2000 | William Westfield | Joanne Yoshimura | Communication to counsel seeking legal advice regarding patents. | | | AC |
| 7573 | 6/13/2005 | Jon M. Case | Mac User Group Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05384119 | CSI-CLI-05384121 | AC |
| 7574 | 6/7/2002 | Jonathon Paul | Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7575 | 6/15/2005 | Bernard Dunn | Dave Oran Ole Jacobsen Jonathan Donaldson Mac User Group Mail List, Cisco Systems, Inc. Russell Smoak | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05384122 | CSI-CLI-05384124 | AC |
| 7576 | 8/22/2000 | Joanne Yoshimura | William Westfield | Communication from counsel reflecting legal advice regarding patents and prior art. | | | AC |
| 7577 | 6/22/2005 | Cisco Systems, Inc. | | Slide presentation reflecting legal advice regarding contract issues. | CSI-CLI-05384125 | CSI-CLI-05384141 | AC |
| 7578 | 6/23/2005 | Cisco Systems, Inc. | | Slide presentation reflecting legal advice regarding contract issues. | CSI-CLI-05384142 | CSI-CLI-05384161 | AC |
| 7579 | 6/27/2005 | James Hutter | Jan Vilhuber Lloyd Wood Ashok Narayanan Clueless Mailing List, Cisco System, Inc. Greg Boop Thomas D. Nadeau | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05384162 | CSI-CLI-05384164 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7599 | 11/7/2000 | Michel Langlois | | Slide presentation prepared by or at the direction of counsel regarding contract issues and intellectual property issues. | CSI-CLI-05366389 | CSI-CLI-05366398 | AC |
| 7600 | 11/9/2000 | Cisco Legal Department | | Document prepared by or at the direction of counsel regarding patents. | | | AC |
| 7601 | 11/9/2000 | Cisco Legal Department | | Document prepared by or at the direction of counsel regarding patents. | | | AC |
| 7602 | 6/18/2007 | Cisco Legal Department | William Westfield | Communication from counsel reflecting legal advice regarding litigation. | | | AC |
| 7603 | 8/30/2002 | Joshua Goldenhar | Clueless Mailing List, Cisco System, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7604 | 8/30/2002 | Rich Applebaum | Clueless Mailing List, Cisco System, Inc. Joshua Goldenhar Steve Schleimer | Communication seeking legal advice regarding intellectual property issues and product development. | CSI-CLI-05368448 | CSI-CLI-05368449 | AC |
| 7605 | 8/30/2002 | Roland Dobbins | Clueless Mailing List, Cisco System, Inc. Joshua Goldenhar Rich Applebaum | Communication seeking legal advice regarding intellectual property issues and product development. | CSI-CLI-05368450 | CSI-CLI-05368451 | AC |
| 7606 | 8/30/2002 | Paul Gleichauf | Roland Dobbins Steve Schleimer Clueless Mailing List, Cisco System, Inc. Joshua Goldenhar Rich Applebaum Tracy Fowler | Communication seeking legal advice regarding intellectual property issues and product development | CSI-CLI-05368452 | CSI-CLI-05368454 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7607 | 8/30/2002 | | Paul Gleichauf, Clueless Mailing List, Cisco System, Inc., Joshua Goldenhar, Rich Applebaum, Steve Schleimer, Tracy Fowler | Communication seeking legal advice regarding intellectual property issues and product development. | CSI-CLI-05368455 | CSI-CLI-05368457 | AC |
| 7608 | 8/30/2002 | Roland Dobbins | Paul Gleichauf, Roland Dobbins, Steve Schleimer, Clueless Mailing List, Cisco System, Inc, Joshua Goldenhar, Rich Applebaum, Tracy Fowler | Communication seeking legal advice regarding intellectual property issues and product development. | CSI-CLI-05368458 | CSI-CLI-05368460 | AC |
| 7609 | 8/24/2001 | Hari Harikrishnan | William Westfield, Derek Bolton, Mark Gillott, Mark Albert, Cisco Software Group Mail List, Cisco Systems, Inc., Stewart Bryant, Tzu-Ming Tsang, Zuobing Hou | Communication reflecting legal advice regarding patents. | | | AC |
| 7610 | 9/9/2002 | John F. Wakerly | AAA Mail List, Cisco Systems, Inc. | Communication seeking legal advice regarding legal review and approval. | CSI-CLI-05368572 | CSI-CLI-05368572 | AC |
| 7611 | 9/9/2002 | Dennis Peng | Dennis Peng, AAA Mail List, Cisco Systems, Inc. | Communication seeking legal advice regarding legal review and approval. | CSI-CLI-05368573 | CSI-CLI-05368574 | AC |

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7636 | 11/22/2002 | Paul Gleichauf | Scott Cherf; Bo Berry; Jeff Enderwick; Lakshmankumar Mukkavilli; Nojan Moshiri; Stuart Balfour; John Hopprich; Mac User Group Mail List, Cisco Systems, Inc.; Mike Turnlund; Stephen Halpin; Cisco Software Group Mail List, Cisco Systems, Inc.; Susan Scheer | Communication seeking legal advice regarding licensing. | | | AC |
| 7637 | 10/30/2001 | Paul Gleichauf | Clueless Mailing List, Cisco System, Inc.; SStandards Mail List, Cisco Systems, Inc. | Communication seeking legal advice regarding intellectual property issues. | CSI-CLI-05366618 | CSI-CLI-05366618 | AC |
| 7638 | 10/30/2001 | Fred Baker | Paul Gleichauf; Clueless Mailing List, Cisco System, Inc.; SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366619 | CSI-CLI-05366620 | AC |
| 7639 | 10/30/2001 | Paul Gleichauf | Fred Baker; Clueless Mailing List, Cisco System, Inc.; SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366621 | CSI-CLI-05366623 | AC |
| 7640 | 10/30/2001 | John Harper | Paul Gleichauf; Clueless Mailing List, Cisco System, Inc.; SStandards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | CSI-CLI-05366624 | CSI-CLI-05366625 | AC |
| 7641 | 11/2/2001 | Harald Tveit Alvestrand | Andy Bierman; Standards Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding product development. | | | AC |

911

| Log No. | Date | Author(s) | Recipient(s) | Description | Beg Bates (For Redacted Docs) | End Bates (For Redacted Docs) | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 7650 | 11/23/2003 | Joel Bion | Mario Mazzola Group Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | | | AC |
| 7651 | 6/26/2008 | Victor Kamensky | William Westfield Hari Rangarajan Cisco Software Group Mail List, Cisco Systems, Inc. | Communication seeking legal advice regarding patents. | | | AC |
| 7652 | 7/2/2008 | Cisco Legal Department | Cisco Staff Mail List, Cisco Systems, Inc. | Communication from counsel reflecting legal advice regarding litigation. | | | AC |
| 7653 | 7/30/2008 | Jennifer A. Robinson | Jennifer A. Robinson | Communication reflecting legal advice regarding intellectual property issues and licensing. | CSI-CLI-05402023 | CSI-CLI-05402023 | AC |
| 7654 | 7/30/2008 | Jennifer A. Robinson | PSP Mail List, Cisco Systems, Inc. Cisco MCP-CPP-SWDT Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues and licensing. | CSI-CLI-05402024 | CSI-CLI-05402025 | AC |
| 7655 | 7/30/2008 | Art Stine | Cisco MCP-DE Mgrs Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues and licensing. | CSI-CLI-05402026 | CSI-CLI-05402028 | AC |
| 7656 | 8/16/2008 | Max Pritikin | Rich Verjinski Clueless Mailing List, Cisco System, Inc. Nicholas Reilly | Communication seeking legal advice regarding licensing. | | | AC |
| 7657 | 9/8/2008 | Derek Fawcus | IOS Mail List, Cisco Systems, Inc. | Communication seeking legal advice regarding intellectual property issues. | | | AC |
| 7658 | 9/9/2008 | Neil McGill | Derek Fawcus Cisco IOS Productivity Mail List, Cisco Systems, Inc. | Communication reflecting legal advice regarding intellectual property issues. | | | AC |

913