# EXHIBIT I

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>     Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>     Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO SYSTEMS, INC.'S RESPONSE RE: JOINT DISCOVERY LETTER** |

99998-77952/8194720.1

DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO
SYSTEM INC.'S RESPONSE RE JOINT DISCOVERY LETTER
Case No. 5:14-cv-05344-BLF

I, John M. Neukom, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action. I make this declaration in support of Cisco's Response in the July 25, 2016 Joint Discovery Letter. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On July 25, 2016, with colleagues, I participated in a search for documents—of those that Cisco has produced to Arista in this case—that include the "Clueless" email address in the document review platform, Recommind. Specifically, in Recommind, my colleagues and I performed a search for the word "clueless." This search resulted in 3,792 document hits. I personally reviewed numerous of those documents (as a "spot check") to ensure that they were— and they were—emails sent to the "Clueless" email alias within Cisco and that they had been produced by Cisco in this case, and not withheld on the basis of privilege.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, on July 25, 2016.

*/s/ John M. Neukom*
John M. Neukom

99998-77952/8194720.1

1

DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO SYSTEM INC.'S RESPONSE RE JOINT DISCOVERY LETTER
Case No. 5:14-cv-05344-BLF