# EXHIBIT K

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA11948464 | ARISTANDCA11948466 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re leak of confidential information | AC |
| ARISTANDCA11948467 | ARISTANDCA11948469 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re leak of confidential information | AC |
| ARISTANDCA11953273 | ARISTANDCA11953274 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re regulatory filings | AC |
| ARISTANDCA12307243 | ARISTANDCA12307243 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re public relations/marketing question | AC |
| ARISTANDCA12307244 | ARISTANDCA12307244 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re public relations/marketing question | AC |
| ARISTANDCA12307245 | ARISTANDCA12307245 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re public relations/marking question | AC |
| ARISTANDCA12307260 | ARISTANDCA12307260 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re public relations/marking question | AC |
| ARISTANDCA12307261 | ARISTANDCA12307262 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re public relations/marking question | AC |
| ARISTANDCA12307263 | ARISTANDCA12307264 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re public relations/marking question | AC |
| ARISTANDCA12511255 | ARISTANDCA12511255 | Redacted Portion contains confidential information not responsive to plaintiff's RFPs | |
| ARISTANDCA12512644 | ARISTANDCA12512645 | Redacted Portion contains confidential information not responsive to plaintiff's RFPs | |
| ARISTANDCA12826637 | ARISTANDCA12826640 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA12826642 | ARISTANDCA12826645 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA12910728 | ARISTANDCA12910763 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA12910783 | ARISTANDCA12910818 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA12910821 | ARISTANDCA12910853 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA12910854 | ARISTANDCA12910886 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA12974690 | ARISTANDCA12974885 | Redacted Portion reflecting legal advice (Mark Taxay (ESQ)) re contract interpretation | AC |
| ARISTANDCA12998828 | ARISTANDCA12998860 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA12999771 | ARISTANDCA12999772 | Redacted Portion discussing legal advice re contract negotiations | AC |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

**Cisco Systems Inc. v Arista Networks, Inc**
**Case No. 5:14-cv-05344-BLF**
**Arista Network, Inc's Redaction Log, Vol. 1**

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA12999792 | ARISTANDCA12999793 | Redacted Portion discussing legal advice re contract negotiations | AC |
| ARISTANDCA13006081 | ARISTANDCA13006081 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13063454 | ARISTANDCA13063459 | Redacted Portion prepared at the direction of counsel re pending litigation | AC/WP |
| ARISTANDCA13063460 | ARISTANDCA13063465 | Redacted Portion prepared at the direction of counsel re pending litigation | AC/WP |
| ARISTANDCA13063466 | ARISTANDCA13063471 | Redacted Portion prepared at the direction of counsel re pending litigation | AC/WP |
| ARISTANDCA13063472 | ARISTANDCA13063477 | Redacted Portion prepared at the direction of counsel re pending litigation | AC/WP |
| ARISTANDCA13064772 | ARISTANDCA13064800 | Redacted Portion prepared at the direction of counsel (Mark Taxay (ESQ)) re legal update | AC |
| ARISTANDCA13065137 | ARISTANDCA13065138 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re pending litigation | AC/WP |
| ARISTANDCA13065139 | ARISTANDCA13065140 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re pending litigation | AC/WP |
| ARISTANDCA13065141 | ARISTANDCA13065142 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re pending litigation | AC/WP |
| ARISTANDCA13092921 | ARISTANDCA13092921 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re human resources question | AC |
| ARISTANDCA13092922 | ARISTANDCA13092922 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re human resources question | AC |
| ARISTANDCA13104900 | ARISTANDCA13104908 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104909 | ARISTANDCA13104919 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104920 | ARISTANDCA13104930 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104931 | ARISTANDCA13104940 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104941 | ARISTANDCA13104950 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104951 | ARISTANDCA13104960 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104961 | ARISTANDCA13104971 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104972 | ARISTANDCA13104983 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13104984 | ARISTANDCA13104995 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13155497 | ARISTANDCA13155511 | Redacted Portion reflecting legal advice (Mark Taxay (ESQ)) re legal update | AC |
| ARISTANDCA13378954 | ARISTANDCA13378955 | Redacted Portion seeking legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13378956 | ARISTANDCA13378958 | Redacted Portion seeking legal advice re pending litigation | AC/WP |
| ARISTANDCA13378959 | ARISTANDCA13378962 | Redacted Portion seeking legal advice re pending litigation | AC/WP |
| ARISTANDCA13378965 | ARISTANDCA13378968 | Redacted Portion seeking legal advice re pending litigation | AC/WP |
| ARISTANDCA13378969 | ARISTANDCA13378970 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13378971 | ARISTANDCA13378972 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13378973 | ARISTANDCA13378974 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13379018 | ARISTANDCA13379020 | Redacted Portion containing legal advice re corporate governance | AC |
| ARISTANDCA13379187 | ARISTANDCA13379189 | Redacted Portion containing legal advice re corporate governance | AC |
| ARISTANDCA13379424 | ARISTANDCA13379426 | Redacted Portion seeking legal advice re regulatory filing | AC |
| ARISTANDCA13379433 | ARISTANDCA13379478 | Redacted Portion reflecting legal advice (Marc Taxay (ESQ)) re legal update | AC |
| ARISTANDCA13379563 | ARISTANDCA13379626 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13379792 | ARISTANDCA13379840 | Redacted Portion reflecting legal advice (Marc Taxay (ESQ)) re legal update | AC |
| ARISTANDCA13379944 | ARISTANDCA13379966 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13380001 | ARISTANDCA13380023 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13380029 | ARISTANDCA13380090 | Redacted Portion reflecting legal advice (Marc Taxay (ESQ)) re legal update | AC |
| ARISTANDCA13380923 | ARISTANDCA13380928 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381072 | ARISTANDCA13381073 | Redacted Portion discussing legal advice re contract negotiations | AC |
| ARISTANDCA13381080 | ARISTANDCA13381081 | Redacted Portion discussing legal advice re contract negotiations | AC |
| ARISTANDCA13381297 | ARISTANDCA13381299 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re potential litigation | AC/WP |
| ARISTANDCA13381320 | ARISTANDCA13381336 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381338 | ARISTANDCA13381354 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381356 | ARISTANDCA13381372 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381374 | ARISTANDCA13381390 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381392 | ARISTANDCA13381408 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381410 | ARISTANDCA13381426 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381428 | ARISTANDCA13381448 | Redacted Portion discussing legal advice re regulatory compliance | AC |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13381450 | ARISTANDCA13381470 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381472 | ARISTANDCA13381494 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381496 | ARISTANDCA13381518 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381520 | ARISTANDCA13381542 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381544 | ARISTANDCA13381566 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13381568 | ARISTANDCA13381606 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13381631 | ARISTANDCA13381632 | Redacted Portion containing legal advice re draft resolutions | AC |
| ARISTANDCA13382028 | ARISTANDCA13382044 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382046 | ARISTANDCA13382062 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382064 | ARISTANDCA13382080 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382082 | ARISTANDCA13382102 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382137 | ARISTANDCA13382159 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382199 | ARISTANDCA13382221 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382224 | ARISTANDCA13382246 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382247 | ARISTANDCA13382250 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re employment policies | AC |
| ARISTANDCA13382251 | ARISTANDCA13382254 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re employment policies | AC |
| ARISTANDCA13382255 | ARISTANDCA13382258 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re employment policies | AC |
| ARISTANDCA13382259 | ARISTANDCA13382265 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re employment policies | AC |
| ARISTANDCA13382266 | ARISTANDCA13382272 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re employment policies | AC |
| ARISTANDCA13382273 | ARISTANDCA13382279 | Redacted Portion discussing request for legal advice (Marc Taxay (ESQ)) re employment policies | AC |
| ARISTANDCA13382336 | ARISTANDCA13382352 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382356 | ARISTANDCA13382372 | Redacted Portion discussing legal advice re regulatory compliance | AC |
| ARISTANDCA13382385 | ARISTANDCA13382386 | Redacted Portion containing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13382392 | ARISTANDCA13382437 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382525 | ARISTANDCA13382526 | Redacted Portion seeking legal advice re pending litigation | AC/WP |
| ARISTANDCA13382527 | ARISTANDCA13382530 | Redacted Portion seeking legal advice re pending litigation | AC/WP |
| ARISTANDCA13382531 | ARISTANDCA13382536 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382537 | ARISTANDCA13382542 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382543 | ARISTANDCA13382548 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382549 | ARISTANDCA13382554 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382555 | ARISTANDCA13382560 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382561 | ARISTANDCA13382566 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382567 | ARISTANDCA13382572 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382573 | ARISTANDCA13382578 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382579 | ARISTANDCA13382584 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382585 | ARISTANDCA13382590 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382591 | ARISTANDCA13382596 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382597 | ARISTANDCA13382602 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382603 | ARISTANDCA13382608 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382609 | ARISTANDCA13382614 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382615 | ARISTANDCA13382620 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382621 | ARISTANDCA13382626 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382627 | ARISTANDCA13382632 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382633 | ARISTANDCA13382638 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382639 | ARISTANDCA13382644 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382645 | ARISTANDCA13382650 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382651 | ARISTANDCA13382656 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382657 | ARISTANDCA13382662 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382663 | ARISTANDCA13382668 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13382669 | ARISTANDCA13382674 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382675 | ARISTANDCA13382681 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382682 | ARISTANDCA13382688 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382689 | ARISTANDCA13382695 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382696 | ARISTANDCA13382702 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382703 | ARISTANDCA13382709 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382710 | ARISTANDCA13382716 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382717 | ARISTANDCA13382723 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382724 | ARISTANDCA13382730 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382731 | ARISTANDCA13382737 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382738 | ARISTANDCA13382744 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382745 | ARISTANDCA13382751 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382752 | ARISTANDCA13382758 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382759 | ARISTANDCA13382765 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382766 | ARISTANDCA13382772 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382773 | ARISTANDCA13382779 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382780 | ARISTANDCA13382786 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382787 | ARISTANDCA13382793 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382794 | ARISTANDCA13382800 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382801 | ARISTANDCA13382807 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382808 | ARISTANDCA13382814 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382815 | ARISTANDCA13382828 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382829 | ARISTANDCA13382835 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382836 | ARISTANDCA13382842 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382843 | ARISTANDCA13382849 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382850 | ARISTANDCA13382856 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13382857 | ARISTANDCA13382863 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382864 | ARISTANDCA13382870 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382871 | ARISTANDCA13382877 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382878 | ARISTANDCA13382884 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382885 | ARISTANDCA13382891 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382892 | ARISTANDCA13382898 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382899 | ARISTANDCA13382905 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382906 | ARISTANDCA13382912 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382913 | ARISTANDCA13382919 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382920 | ARISTANDCA13382926 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382927 | ARISTANDCA13382933 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382934 | ARISTANDCA13382940 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382941 | ARISTANDCA13382947 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382948 | ARISTANDCA13382954 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382955 | ARISTANDCA13382961 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382962 | ARISTANDCA13382968 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382969 | ARISTANDCA13382975 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382976 | ARISTANDCA13382982 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382983 | ARISTANDCA13382989 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382990 | ARISTANDCA13382996 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13382997 | ARISTANDCA13383003 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383004 | ARISTANDCA13383010 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383011 | ARISTANDCA13383017 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383018 | ARISTANDCA13383024 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383025 | ARISTANDCA13383031 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383032 | ARISTANDCA13383038 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13383039 | ARISTANDCA13383045 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383046 | ARISTANDCA13383052 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383053 | ARISTANDCA13383059 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383060 | ARISTANDCA13383066 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383067 | ARISTANDCA13383073 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383074 | ARISTANDCA13383080 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383081 | ARISTANDCA13383087 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383088 | ARISTANDCA13383094 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383095 | ARISTANDCA13383101 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383102 | ARISTANDCA13383108 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383109 | ARISTANDCA13383115 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383116 | ARISTANDCA13383122 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383123 | ARISTANDCA13383129 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383130 | ARISTANDCA13383136 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383137 | ARISTANDCA13383143 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383144 | ARISTANDCA13383150 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383151 | ARISTANDCA13383157 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383158 | ARISTANDCA13383164 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383165 | ARISTANDCA13383171 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383172 | ARISTANDCA13383178 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383179 | ARISTANDCA13383185 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383186 | ARISTANDCA13383192 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383193 | ARISTANDCA13383199 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383200 | ARISTANDCA13383206 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383207 | ARISTANDCA13383213 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383214 | ARISTANDCA13383220 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13383221 | ARISTANDCA13383227 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383228 | ARISTANDCA13383234 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383235 | ARISTANDCA13383241 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383242 | ARISTANDCA13383249 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383250 | ARISTANDCA13383257 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383258 | ARISTANDCA13383265 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383266 | ARISTANDCA13383273 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383274 | ARISTANDCA13383281 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383282 | ARISTANDCA13383289 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383290 | ARISTANDCA13383297 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383298 | ARISTANDCA13383305 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383306 | ARISTANDCA13383313 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383314 | ARISTANDCA13383321 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383322 | ARISTANDCA13383329 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383330 | ARISTANDCA13383337 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383338 | ARISTANDCA13383345 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383346 | ARISTANDCA13383353 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383354 | ARISTANDCA13383361 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383362 | ARISTANDCA13383369 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383370 | ARISTANDCA13383377 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383378 | ARISTANDCA13383385 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383386 | ARISTANDCA13383393 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383394 | ARISTANDCA13383401 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383402 | ARISTANDCA13383409 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383410 | ARISTANDCA13383417 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383418 | ARISTANDCA13383425 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13383426 | ARISTANDCA13383433 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383434 | ARISTANDCA13383441 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383442 | ARISTANDCA13383449 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383450 | ARISTANDCA13383457 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383458 | ARISTANDCA13383465 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383466 | ARISTANDCA13383473 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383474 | ARISTANDCA13383481 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383482 | ARISTANDCA13383489 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383490 | ARISTANDCA13383497 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383498 | ARISTANDCA13383505 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383506 | ARISTANDCA13383513 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383514 | ARISTANDCA13383521 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383522 | ARISTANDCA13383529 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383530 | ARISTANDCA13383537 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383538 | ARISTANDCA13383545 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383546 | ARISTANDCA13383553 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383554 | ARISTANDCA13383561 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383562 | ARISTANDCA13383569 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383570 | ARISTANDCA13383577 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383578 | ARISTANDCA13383585 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383586 | ARISTANDCA13383593 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383594 | ARISTANDCA13383601 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383602 | ARISTANDCA13383609 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383610 | ARISTANDCA13383617 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383618 | ARISTANDCA13383625 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383626 | ARISTANDCA13383633 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13383634 | ARISTANDCA13383641 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383642 | ARISTANDCA13383649 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383650 | ARISTANDCA13383657 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383658 | ARISTANDCA13383665 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383666 | ARISTANDCA13383673 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383674 | ARISTANDCA13383681 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383682 | ARISTANDCA13383689 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383690 | ARISTANDCA13383697 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383698 | ARISTANDCA13383705 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383706 | ARISTANDCA13383713 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383714 | ARISTANDCA13383721 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383722 | ARISTANDCA13383729 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383730 | ARISTANDCA13383737 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383738 | ARISTANDCA13383745 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383746 | ARISTANDCA13383753 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383754 | ARISTANDCA13383761 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383762 | ARISTANDCA13383769 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383770 | ARISTANDCA13383777 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383778 | ARISTANDCA13383785 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383786 | ARISTANDCA13383793 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383794 | ARISTANDCA13383801 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383802 | ARISTANDCA13383809 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383810 | ARISTANDCA13383817 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383818 | ARISTANDCA13383825 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383826 | ARISTANDCA13383834 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383835 | ARISTANDCA13383843 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13383844 | ARISTANDCA13383852 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383853 | ARISTANDCA13383861 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383862 | ARISTANDCA13383870 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383871 | ARISTANDCA13383879 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383880 | ARISTANDCA13383888 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383889 | ARISTANDCA13383897 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383898 | ARISTANDCA13383906 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383907 | ARISTANDCA13383915 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383916 | ARISTANDCA13383924 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383925 | ARISTANDCA13383933 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383934 | ARISTANDCA13383942 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383943 | ARISTANDCA13383951 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383952 | ARISTANDCA13383960 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383961 | ARISTANDCA13383969 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383970 | ARISTANDCA13383978 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383979 | ARISTANDCA13383987 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383988 | ARISTANDCA13383996 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13383997 | ARISTANDCA13384005 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384006 | ARISTANDCA13384014 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384015 | ARISTANDCA13384023 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384024 | ARISTANDCA13384032 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384033 | ARISTANDCA13384041 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384042 | ARISTANDCA13384050 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384051 | ARISTANDCA13384059 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384060 | ARISTANDCA13384068 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384069 | ARISTANDCA13384077 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13384078 | ARISTANDCA13384086 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384087 | ARISTANDCA13384095 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384096 | ARISTANDCA13384104 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384105 | ARISTANDCA13384113 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384114 | ARISTANDCA13384122 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384123 | ARISTANDCA13384131 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384132 | ARISTANDCA13384140 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384141 | ARISTANDCA13384149 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384150 | ARISTANDCA13384158 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384159 | ARISTANDCA13384167 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384168 | ARISTANDCA13384176 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384177 | ARISTANDCA13384185 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384186 | ARISTANDCA13384194 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384195 | ARISTANDCA13384203 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384204 | ARISTANDCA13384212 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384213 | ARISTANDCA13384221 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384222 | ARISTANDCA13384230 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384231 | ARISTANDCA13384239 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384240 | ARISTANDCA13384248 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384249 | ARISTANDCA13384257 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384258 | ARISTANDCA13384266 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384267 | ARISTANDCA13384275 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384276 | ARISTANDCA13384284 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384285 | ARISTANDCA13384293 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384294 | ARISTANDCA13384302 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384303 | ARISTANDCA13384311 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13384312 | ARISTANDCA13384320 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384321 | ARISTANDCA13384329 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384330 | ARISTANDCA13384338 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384339 | ARISTANDCA13384348 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384349 | ARISTANDCA13384358 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384359 | ARISTANDCA13384368 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384369 | ARISTANDCA13384378 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384379 | ARISTANDCA13384388 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384389 | ARISTANDCA13384398 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384399 | ARISTANDCA13384408 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384409 | ARISTANDCA13384418 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384419 | ARISTANDCA13384428 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384429 | ARISTANDCA13384438 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384439 | ARISTANDCA13384448 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384449 | ARISTANDCA13384458 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384459 | ARISTANDCA13384468 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384469 | ARISTANDCA13384478 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384479 | ARISTANDCA13384488 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384489 | ARISTANDCA13384498 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384499 | ARISTANDCA13384508 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384509 | ARISTANDCA13384518 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384519 | ARISTANDCA13384528 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384529 | ARISTANDCA13384538 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384539 | ARISTANDCA13384548 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384549 | ARISTANDCA13384558 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384559 | ARISTANDCA13384568 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13384569 | ARISTANDCA13384578 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384579 | ARISTANDCA13384588 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384589 | ARISTANDCA13384598 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384599 | ARISTANDCA13384608 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384609 | ARISTANDCA13384618 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384619 | ARISTANDCA13384628 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384629 | ARISTANDCA13384638 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384639 | ARISTANDCA13384648 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384649 | ARISTANDCA13384658 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384659 | ARISTANDCA13384668 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384669 | ARISTANDCA13384679 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384680 | ARISTANDCA13384696 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384697 | ARISTANDCA13384707 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384708 | ARISTANDCA13384718 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384719 | ARISTANDCA13384729 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384730 | ARISTANDCA13384740 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384741 | ARISTANDCA13384751 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384752 | ARISTANDCA13384762 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384763 | ARISTANDCA13384773 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384774 | ARISTANDCA13384784 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384785 | ARISTANDCA13384795 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384796 | ARISTANDCA13384806 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384807 | ARISTANDCA13384817 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384818 | ARISTANDCA13384828 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384829 | ARISTANDCA13384839 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384840 | ARISTANDCA13384850 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13384851 | ARISTANDCA13384861 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384862 | ARISTANDCA13384872 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384873 | ARISTANDCA13384883 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384884 | ARISTANDCA13384894 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384895 | ARISTANDCA13384905 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384906 | ARISTANDCA13384916 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384917 | ARISTANDCA13384927 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384928 | ARISTANDCA13384938 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384939 | ARISTANDCA13384949 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384950 | ARISTANDCA13384960 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384961 | ARISTANDCA13384971 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384972 | ARISTANDCA13384982 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384983 | ARISTANDCA13384993 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13384994 | ARISTANDCA13385004 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385005 | ARISTANDCA13385015 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385016 | ARISTANDCA13385026 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385027 | ARISTANDCA13385037 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385038 | ARISTANDCA13385048 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385049 | ARISTANDCA13385059 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385060 | ARISTANDCA13385070 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385071 | ARISTANDCA13385081 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385082 | ARISTANDCA13385092 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385093 | ARISTANDCA13385103 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385104 | ARISTANDCA13385114 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385115 | ARISTANDCA13385125 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385126 | ARISTANDCA13385136 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13385137 | ARISTANDCA13385147 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385148 | ARISTANDCA13385158 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385159 | ARISTANDCA13385169 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385170 | ARISTANDCA13385180 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385181 | ARISTANDCA13385191 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385192 | ARISTANDCA13385202 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385203 | ARISTANDCA13385213 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385214 | ARISTANDCA13385224 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385225 | ARISTANDCA13385235 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385236 | ARISTANDCA13385246 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385247 | ARISTANDCA13385257 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385258 | ARISTANDCA13385268 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385269 | ARISTANDCA13385279 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385280 | ARISTANDCA13385290 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385291 | ARISTANDCA13385301 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385302 | ARISTANDCA13385314 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385315 | ARISTANDCA13385327 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385328 | ARISTANDCA13385340 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385341 | ARISTANDCA13385353 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385354 | ARISTANDCA13385366 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385367 | ARISTANDCA13385379 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385380 | ARISTANDCA13385392 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385393 | ARISTANDCA13385405 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385406 | ARISTANDCA13385418 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385419 | ARISTANDCA13385431 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385432 | ARISTANDCA13385444 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13385445 | ARISTANDCA13385457 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385458 | ARISTANDCA13385470 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385471 | ARISTANDCA13385483 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385484 | ARISTANDCA13385496 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385497 | ARISTANDCA13385509 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385510 | ARISTANDCA13385522 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385523 | ARISTANDCA13385535 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385536 | ARISTANDCA13385548 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385549 | ARISTANDCA13385561 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385562 | ARISTANDCA13385574 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385575 | ARISTANDCA13385587 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385588 | ARISTANDCA13385600 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385601 | ARISTANDCA13385613 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385614 | ARISTANDCA13385626 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385627 | ARISTANDCA13385639 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385640 | ARISTANDCA13385652 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385653 | ARISTANDCA13385665 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385666 | ARISTANDCA13385678 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385679 | ARISTANDCA13385691 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385692 | ARISTANDCA13385704 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385705 | ARISTANDCA13385717 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385718 | ARISTANDCA13385730 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385731 | ARISTANDCA13385743 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385744 | ARISTANDCA13385756 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385757 | ARISTANDCA13385769 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385770 | ARISTANDCA13385783 | Redacted Portion discussing legal advice re pending litigation | AC/WP |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

18 of 20
Produced on 5/27/2016

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13385784 | ARISTANDCA13385797 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385798 | ARISTANDCA13385811 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385812 | ARISTANDCA13385825 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385826 | ARISTANDCA13385839 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385840 | ARISTANDCA13385853 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385854 | ARISTANDCA13385867 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385868 | ARISTANDCA13385881 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385882 | ARISTANDCA13385895 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385896 | ARISTANDCA13385909 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385910 | ARISTANDCA13385923 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385924 | ARISTANDCA13385937 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385938 | ARISTANDCA13385951 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385952 | ARISTANDCA13385965 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385966 | ARISTANDCA13385979 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385980 | ARISTANDCA13385993 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13385994 | ARISTANDCA13386007 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386008 | ARISTANDCA13386021 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386022 | ARISTANDCA13386035 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386036 | ARISTANDCA13386049 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386050 | ARISTANDCA13386063 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386064 | ARISTANDCA13386077 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386078 | ARISTANDCA13386091 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386092 | ARISTANDCA13386105 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386106 | ARISTANDCA13386119 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386524 | ARISTANDCA13386528 | Redacted Portion discussing legal advice re corporate policy | AC |
| ARISTANDCA13386531 | ARISTANDCA13386533 | Redacted Portion discussing legal advice re regulatory compliance | AC |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP

Cisco Systems Inc. v Arista Networks, Inc
Case No. 5:14-cv-05344-BLF
Arista Network, Inc's Redaction Log, Vol. 1

| BegBates | EndBates | Redaction Description | Priv Type |
|---|---|---|---|
| ARISTANDCA13386534 | ARISTANDCA13386588 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13386608 | ARISTANDCA13386612 | Redacted Portion seeking legal advice re contract negotiations | AC |
| ARISTANDCA13386613 | ARISTANDCA13386617 | Redacted Portion seeking legal advice re contract negotiations | AC |
| ARISTANDCA13386618 | ARISTANDCA13386623 | Redacted Portion seeking legal advice re contract negotiations | AC |
| ARISTANDCA13386624 | ARISTANDCA13386630 | Redacted Portion seeking legal advice re contract negotiations | AC |
| ARISTANDCA13386634 | ARISTANDCA13386659 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387131 | ARISTANDCA13387173 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387240 | ARISTANDCA13387250 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387251 | ARISTANDCA13387258 | Redacted Portion discussing legal advice re contract negotiations | AC |
| ARISTANDCA13387259 | ARISTANDCA13387267 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387268 | ARISTANDCA13387283 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387284 | ARISTANDCA13387304 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387305 | ARISTANDCA13387370 | Redacted Portion seeking legal advice re contract interpretation | AC |
| ARISTANDCA13387371 | ARISTANDCA13387413 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387415 | ARISTANDCA13387480 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13387481 | ARISTANDCA13387489 | Redacted Portion discussing legal advice re pending litigation | AC/WP |
| ARISTANDCA13599840 | ARISTANDCA13599847 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re contract interpretation | AC |
| ARISTANDCA13599848 | ARISTANDCA13599855 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re contract interpretation | AC |
| ARISTANDCA13599856 | ARISTANDCA13599863 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re contract interpretation | AC |
| ARISTANDCA13601795 | ARISTANDCA13601795 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re contract interpretation | AC |
| ARISTANDCA13601796 | ARISTANDCA13601797 | Redacted Portion discussing request for legal advice (Mark Taxay (ESQ)) re contract interpretation | AC |

/ ??? = Presence of Foreign Characters
(ESQ) = Counsel
AC = Attorney Client Privilege
WP = Attorney Work Product

Keker and Van Nest, LLP