1    KEKER & VAN NEST LLP                        SUSAN CREIGHTON, SBN 135528
     ROBERT A. VAN NEST - # 84065                SCOTT A. SHER, SBN 190053
2    BRIAN L. FERRALL - # 160847                 WILSON SONSINI GOODRICH & ROSATI
     DAVID SILBERT - # 173128                    Professional Corporation
3    MICHAEL S. KWUN - #198945                   1700 K Street NW, Fifth Floor
     633 Battery Street                          Washington, D.C., 20006-3817
4    San Francisco, CA 94111-1809                Telephone:  (202) 973-8800
     Telephone:     (415) 391-5400               Email:  screighton@wsgr.com;
5    Email:  rvannest@kvn.com;                   ssher@wsgr.com
     bferrall@kvn.com; dsilbert@kvn.com;
6    mkwun@kvn.com

7
     JONATHAN M. JACOBSON, NY SBN 1350495
8    CHUL PAK (*pro hac vice*)
     DAVID H. REICHENBERG (*pro hac vice*)
9    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
10   1301 Avenue Of The Americas, 40th Floor
     New York, NY 10019-6022
11   Telephone:  (212) 999-5800
     Email:  jjacobson@wsgr.com; cpak@wsgr.com;
12   dreichenberg@wsgr.com

13   Attorneys for Defendant ARISTA NETWORKS, INC.

14                       UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

18   CISCO SYSTEMS, INC.,                        Case No. 5:14-cv-05344-BLF (NC)

19              Plaintiff,                        **PROOF OF SERVICE**

20        v.

21   ARISTA NETWORKS, INC.,                       Date Filed:  December 5, 2014

22              Defendant.                        Trial Date:  November 21, 2016

23

24

25

26

27

28

1066256.01

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 25, 2016, I served the following document(s):

**EXHIBIT J TO JOINT DISCOVERY LETTER**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

Kathleen Marie Sullivan
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY  10022
Tel:    (212) 849-7000
Fax:    (212) 869-7100
kathleensullivan@quinnemanuel.com

Sean Sang-Chul Pak
John M. Neukom
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Tel:    (415) 875-6320
Fax:    (415) 875-6700
seanpak@quinnemanuel.com
johnneukom@quinnemanuel.com
Cisco-Arista@quinnemanuel.com

Adam R. Alper
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA  94104
Tel:    (415) 439-1476
Fax:    (415) 439-1500
aalper@kirkland.com

Mark Yeh-Kai Tung
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Tel:    (650) 801-5000
Fax:    (650) 801-5100
marktung@quinnemanuel.com

Michael W. De Vries
Kirkland & Ellis LLP
333 South Hope Street, 29th Floor
Los Angeles, CA  90071
Tel:    (213) 680-8590
Fax:    (213) 680-8500
michael.devries@kirkland.com
Cisco-AristaCopyrightTeam@kirkland.com

Steven C. Cherny
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Tel:    (212) 446-4800
Fax:    (212) 446-6460
Steven.cherny@kirkland.com

Executed on July 25, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ *Eduardo E. Santacana*
Eduardo E. Santacana

1
PROOF OF SERVICE
Case No. 5:14-cv-05344-BLF (NC)

1066256.01