# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

CISCO SYSTEMS INC,

    Plaintiff,

v.

ARISTA NETWORKS, INC.,

    Defendant.

Case No. 14-cv-05344-BLF

**ORDER GRANTING AS MODIFIED BY THE COURT JOINT STIPULATION TO AMEND SCHEDULING ORDER**

[Re: ECF 400]

Before the Court is the parties' joint stipulation to amend the scheduling order. The Court notes that the parties list as a case event "Final Pretrial Conference and Hearing on Motions in limine *and Daubert Motions*" with a corresponding date of November 3, 2016. The Court will not hear any Daubert motions after the September 9, 2016 Daubert hearing. Accordingly, the Court SETS the following amended case schedule:

| Case Event | Current Schedule | Approved Changes to Schedule |
|---|---|---|
| Last day to exchange sur-rebuttal damages expert reports | July 21, 2016 | |
| Close of damages expert discovery | July 28, 2016 | |
| Last day to hear dispositive motions | August 4, 2016 | |
| Last day to file Daubert motions | August 5, 2016 | |
| Opening 15-page bench briefs on filtering or protectability | N/A | August 15, 2016 |
| Daubert opposition briefs due | August 19, 2016 | |
| Daubert reply briefs due | August 26, 2016 | |
| Exchange witness lists, exhibit lists, designation of discovery responses, and deposition designations | | September 1, 2016 |
| Responsive 5-page bench briefs on filtering or protectability | N/A | September 2, 2016 |

| Daubert hearing | September 9, 2016 | |
| --- | --- | --- |
| Joint Pretrial Statement and Order (Standing Order Jury Trial Sec. B) | September 16, 2016 | |
| Motions in limine (Standing Order Jury Trial Sec. B.4) | September 16, 2016 | |
| Exchange objections to witness lists, exhibit lists, designations of discovery responses, and deposition designations | | September 22, 2016 |
| Exchange responses to objections to witness lists, exhibit lists, designations of discovery responses, and deposition designations (plus counter-designations) | | October 5, 2016 |
| Oppositions to Motions in limine (Standing Order Jury Trial Sec. B.4) | October 7, 2016 | |
| Last day to meet and confer before the Final Pretrial Conference (Standing Order Jury Trial Sec. A) | September 9, 2016 | October 12, 2016 |
| Exchange proposed preliminary statement(s), voir dire questions, jury instructions and verdict forms | | October 12, 2016 |
| File Joint Pretrial Statement (including witness lists, etc.) | September 16, 2016 | October 19, 2016 |
| Jury Trial Materials due (Standing Order Jury Trial Sec. B.5) | October 21, 2016 | |
| Final Pretrial Conference and Hearing on Motions in limine ~~and Daubert Motions~~ | November 3, 2016 | |
| Trial Briefs | November 11, 2016 | |
| Trial | November 21, 2016 | |

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2