Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

[Additional counsel listed on signature page]

ATTORNEYS FOR PLAINTIFF CISCO SYSTEMS, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *Pro Hac Vice*
DAVID H. REICHENBERG, *Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

[Additional counsel listed on signature page]

ATTORNEYS FOR DEFENDANT ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,

Plaintiff,

v.

ARISTA NETWORKS, INC.,

Defendant.

Case No. 5:14-cv-05344-BLF

**JOINT STATEMENT RE: ARISTA'S MOTION TO STRIKE (DKT. 305)**

The parties respectfully submit this joint statement to inform the Court that one aspect of Arista's "Motion to Strike Late Contentions or Alternatively to Continue Case Schedule" (Dkt. 305) has now been resolved by agreement of the parties and thus no longer needs resolution by this Court. Arista initially moved to strike certain claims by Cisco for damages in the form of lost sales to specific customer accounts. (Dkt. 305 at pp. 9-10.) Cisco opposed all aspects of Arista's motion, including the request to strike Cisco's claim for damages in the form of lost sales to specific customer accounts. (Dkt. 323-3.) On reply, Arista withdrew that aspect of its motion. (Dkt. 363 at 1 n.1.) In doing so, however, Arista requested "the right to take a 30(b)(6) deposition, not to exceed seven hours, relating to the thirty customers…" *Id.* Since the filing of Arista's reply brief, counsel for the parties have met and conferred, and the parties through counsel have agreed that Arista may have five hours to conduct a deposition of Cisco under Fed. R. Civ. P. 30(b)(6) for such purposes. Given that agreement of the parties, at the hearing on Arista's motion on July 27, 2016, before the Honorable Nathanael Cousins, they intend jointly to ask the Court for an allowance for such a deposition to occur, and that the portions of Arista's motion relating to "lost sales" be denied as moot. The other aspects of Arista's motion (relating to "HelpDesc" allegations of copyright infringement) remain disputed.

DATED: July 26, 2016

Respectfully submitted,

*/s/ John M. Neukom*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor

San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny, *Pro Hac Vice*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

DATED: July 26, 2016

Respectfully submitted,

*/s/ Brian L. Ferrall*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809

Telephone: 415 391 5400
Facsimile: 415 397 7188

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *Pro Hac Vice*
DAVID H. REICHENBERG, *Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com; cpak@wsgr.com; dreichenberg@wsgr.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: screighton@wsgr.com; ssher@wsgr.com

*Attorneys for Defendant Arista Networks, Inc.*

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Brian L. Ferrall (as confirmed by Eduardo Santacana) within this e-filed document.

*/s/ John M. Neukom*