# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435 (CAND Rev. 02/2015)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Susanne Globig |
| 2a. CONTACT PHONE NUMBER | (415) 875-6358 |
| 3. CONTACT EMAIL ADDRESS | susanneglobig@quinnemanuel.com |
| 1b. ATTORNEY NAME (if different) | Sean Pak |
| 2b. ATTORNEY PHONE NUMBER | (415) 875-6600 |
| 3. ATTORNEY EMAIL ADDRESS | seanpak@quinnemanuel.com |
| 4. MAILING ADDRESS | 50 California St. 22nd Fl., San Francisco, Ca. 94111 |
| 5. CASE NAME | Cisco Systems Inc. v. Arista Networks |
| 6. CASE NUMBER | 5:14-cv-05344 |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☑ CIVIL  CJA: Do not use this form; use Form CJA24.

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR
Summer Fisher

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 08/04/2016 | BLF | MSJ | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ● | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

c. DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ● | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
For all communications please copy Susanne Globig (susanneglobig@quinnemanuel.com)

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Sean Pak
12. DATE: 08/05/2016

DISTRIBUTION: ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY

Clear Form