| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file under seal documents and information filed in connection with Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth.

Arista requests an order granting its motion to seal the following documents:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Highlighted portions | Cisco |
| Exhibit 1 to the Declaration of Ryan Wong in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth ("Wong *Daubert* Declaration") (Excerpts from the "Opening Expert Report of Kevin Almeroth Regarding Copying" dated June 3, 2016) | Entire | Cisco and Arista |
| Exhibit 2 to the Wong *Daubert* Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | Entire | Cisco and Arista |
| Exhibit 3 to the Wong *Daubert* Declaration (Excerpts from the deposition transcript of Dr. Almeroth) | Entire | Cisco and Arista |
| Exhibit 4 to the Wong *Daubert* Declaration (Excerpt's from Cisco's Responses to Arista's Interrogatory No. 2) | Highlighted portions (Page 16, lines 4 to 24) | Cisco |

Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth is a non-dispositive motion.  In the context of non-dispositive motions, the materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c).  *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)).  In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade

secret or otherwise entitled to protection under the law" (*i.e.*, that the document is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

For the portions of the foregoing exhibits that Arista seeks to file under seal, Arista has established good cause to seal those materials through the Declaration of Ryan Wong in Support of Arista's Administrative Motion to File Under Seal ("Wong Sealing Declaration"), which is being filed contemporaneously herewith. Also filed concurrently with this Motion are redacted and highlighted versions of the above-referenced documents indicating the specific portions of the documents that Arista is submitting under seal.

A large portion of the material listed above is being submitted under seal pursuant to Civil Local Rule 79-5(e) because Cisco designated the entire document or transcript as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Protective Order. To the extent that Arista has not sought to seal Arista-related material in the Wong Sealing Declaration, Arista takes no position on whether the Cisco-designated portions of any of the foregoing documents should be filed under seal. For those portions of the materials submitted under seal, Arista files this administrative motion only to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Dated: August 5, 2016                                KEKER & VAN NEST LLP


                                                     By:   */s/ Ryan K. Wong*
                                                           RYAN K. WONG


                                                     Attorney for Defendant
                                                     ARISTA NETWORKS, INC.