# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | CASE NO.  5:14-cv-05344-BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT ARISTA NETWORKS, INC.'S INTERROGATORY NOS. 2-10** |

applicable statutory formalities related to these copyrighted works.  Additionally, because many of the Cisco works cited in Exhibit A were deposited with copyright registrations within five years of publication, the certificate of registration for these documents constitutes prima facie evidence of the validity of the underlying copyrights.  *See, e.g.,* Cisco copyright registrations attached to Cisco's operative complaint.  For the remainder of the Cisco works cited in Exhibit A, the copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products and expert discovery.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The similarity between Cisco's copyrighted works and Arista's accused products is also evidenced by Arista's copying of numerous multi-word command expressions from Cisco's copyrighted works.  Each of those command expressions identified by Cisco in its copyrighted works represents an original, creative expression.  Attached as Exhibit B is a more comprehensive listing of the multiword command expressions from Cisco's copyrighted works that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these protected elements.

Arista also has copied Cisco's copyrighted command hierarchies.  The organization of Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted works.  Because Cisco's command expressions are organized hierarchically, the copying of Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's command hierarchies.

Arista has also copied Cisco's command modes and prompts, which also represent original and creative contributions to Cisco's copyrighted works.  For example, Cisco's copyrighted works include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration"

1   modes, the names of which are duplicated in Arista's infringing products, using substantially
2   similar prompts.  Attached as Exhibit C is a more comprehensive listing of the command modes
3   and prompts from Cisco's copyrighted works that were copied by Arista, as well as the version(s)
4   of Arista's infringing works that contain these protected elements.
5         Because the burden of finding each of these command expressions, command hierarchies,
6   and command modes and prompts in the copyrighted works and the infringing works is the same
7   for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following
8   documents as containing responsive information:
9         IOS v. 11.0: Source Code, CSI-CLI-00403865.
10        IOS v. 11.1: Source Code, CSI-CLI-00403866.
11        IOS v. 11.2: Source Code, CSI-CLI-00403867.
12        IOS v. 11.3: Source Code, CSI-CLI-00403868.
13        IOS v. 12.0: Source Code, CSI-CLI-00403869.
14        IOS v. 12.1: Source Code, CSI-CLI-00403870.
15        IOS v. 12.2: Source Code, CSI-CLI-00403871.
16        IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.
17        IOS v. 12.4: Source Code, CSI-CLI-00403873.
18        IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 –
19  CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-
20  00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914,
21  CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-
22  00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 –
23  CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-
24  00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,
25  CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-
26  00350066 – CSI-CLI-00351948.
27        IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 –
28  CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-

1  00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731,
2  CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-
3  00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 –
4  CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-
5  00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696,
6  CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.
7       IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 –
8  CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-
9  00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428,
10 CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-
11 00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 –
12 CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-
13 142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361,
14 CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-
15 00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 –
16 CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-
17 00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575,
18 CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-
19 00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 –
20 CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-
21 00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137,
22 CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-
23 00292982 – CSI-CLI-00294561.
24      IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 –
25 CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,  CSI-CLI-
26 00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 –
27 CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.
28      IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

| | |
|---|---|
| 1 | IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474. |
| 2 | IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671. |
| 3 | IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727. |
| 4 | IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864. |

IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 – CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120, CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891, CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 – CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763, CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 – CSI-CLI-00173412.

IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 – CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 – CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-00325496.

IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 – CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-

1  00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,

2  CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-

3  00310346 – CSI-CLI-00313894.

4       NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-

5  00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.

6       NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-

7  00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –

8  CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-

9  00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.

10       NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-

11  00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –

12  CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-

13  00201822, CSI-CLI-00201849 – CSI-CLI-00202928.

14       NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-

15  00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.

16       EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.

17       EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.

18       EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.

19       EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.

20       EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.

21       EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.

22       EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.

23       EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

24       EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

25       EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

26       EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

27       Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

28  supplement this response in light of facts learned during discovery, including information

regarding Arista's accused products (including source code and other non-public materials) and expert discovery.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Arista has copied Cisco's copyrighted command hierarchy and the structure, sequence and organization of Cisco's command expressions. Cisco's command expressions are organized hierarchically such that certain groups and sub-groups of command expressions can be identified. For example, paragraph 52 of Cisco's Second Amended Complaint for Copyright and Patent Infringement (Dkt. 64) identify various command hierarchies (e.g., "aaa" command hierarchy, "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip" command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show" command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy, "vrrp" command hierarchy, and other command expressions and hierarchies). Within a given command hierarchy, all of the commands start with the same word; for example, all of the commands within the "aaa" command hierarchy start with "aaa." The Second Amended Complaint further identifies sub-hierarchies within a command hierarchy (e.g., "ip dhcp" sub-hierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip ospf" sub-hierarchy, "ip pim" sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" sub-hierarchy, "show ipv6" sub-hierarchy). Within a given command sub-hierarchy, all of the commands start with the same two words; for example, all of the commands within the "ip dhcp" sub-hierarchy start with "ip dhcp." There can be further sub-hierarchies within a given sub-hierarchy. One way to demonstrate the hierarchy and organization of Cisco's command expressions visually is through the use of a tree structure. An example tree structure of a portion of the "ip" command hierarchy is provided in Exhibit D. Arista's copied commands are organized into the same hierarchies and sub-hierarchies and have the same tree structure.

1  Arista also has copied Cisco's command responses and their organization. Cisco's
2 command responses constitute original, creative contributions to Cisco's copyrighted works.
3 Attached as Exhibit E is a listing of some command responses from Cisco's copyrighted works
4 that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these
5 protected elements. In addition, Arista has copied the non-literal elements of Cisco's command
6 responses, including their structure, sequence and organization as also shown in Exhibit E. The
7 command responses identified in Exhibit E are exemplary only, as Cisco's investigation is
8 ongoing.
9  Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further
10 supplement this response in light of facts learned during discovery, including information
11 regarding Arista's accused products (including screenshots, source code and other non-public
12 materials) and expert discovery.
13

14 **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**
15  Subject to and without waiver of its general and specific objections, Cisco further responds
16 as follows:
17  Exhibit C to Cisco's Second Supplemental Response to Interrogatory No. 2 identifies
18 certain command modes and associated prompts that were created by Cisco and copied by Arista.
19 Arista's copying of command modes and prompts extends to interface-, feature-, protocol- and
20 other more specific command modes and submodes, with associated prompts. Cisco's discovery
21 regarding those modes and submodes is ongoing, and Cisco reserves the right to supplement its
22 response in light of information learned subsequently from Arista's source code and/or operable
23 Arista devices, which Cisco requested on September 18, 2015 but Arista has not yet produced.
24  Attached hereto as Amended Exhibit D1-D26 are command hierarchies containing Cisco's
25 copyrighted command expressions that have been copied in whole or in part by Arista. These
26 hierarchies are contained in Cisco's and Arista's respective product documentation and source
27 code. The hierarchies contained in Amended Exhibit D1-D26 identify multi-word command
28 expressions that Arista has copied. To the extent that Arista has utilized other command

1 expressions that fit within the identified hierarchies, copying of such expressions further
2 demonstrates copying of command hierarchies.  In addition, Arista's location of individual
3 command expressions within the same modes as those commands are located in Cisco's operating
4 systems (*e.g.*, the "enable" EXEC command in EOS and IOS) is further evidence of Arista's
5 copying of Cisco's command hierarchies.  Cisco's discovery regarding these command hierarchies
6 is ongoing, and Cisco reserves the right to supplement its response in light of information learned
7 subsequently from Arista's source code and/or operable Arista devices, which Cisco requested on
8 September 18, 2015 but Arista has not yet produced.

9       Exhibit E to Cisco's Second Supplemental Response to Arista's Interrogatory No. 2
10 included examples of Arista's copying of certain command outputs from Cisco's copyrighted
11 works.  Cisco's discovery regarding these command outputs is ongoing, and Cisco reserves the
12 right to supplement its response in light of information learned subsequently from Arista's source
13 code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

14       Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further
15 supplement this response in light of facts learned during discovery, including information
16 regarding Arista's accused products (including source code and other non-public materials, as well
17 as operable Arista devices) and expert discovery, or any other reason for which supplementation is
18 permissible under the Federal Rules of Civil Procedure.

19

20 **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

21       Subject to and without waiver of its general and specific objections, Cisco further responds
22 as follows:

23       In addition to the command outputs previously identified in Exhibit E to Cisco's response
24 to this interrogatory, Arista has copied the interactive "help" screens from Cisco's copyrighted
25 works.  For example, in response to the "help" command, both Cisco's and Arista's operating
26 systems display the following text, which was originally created by Cisco in version 9.21 of IOS:

27

28

```
Help may be requested at any point in a command by entering
a question mark '?'. If nothing matches, the help list will
be empty and you must back up until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)
```

Arista's copying of the help screen displays extends to the description of various command expressions. In both Cisco's CLI and Arista's CLI, users can type "?" to generate context-sensitive help, including a list of available commands and descriptions thereof. Arista has copied numerous examples of Cisco's original command expression descriptions (*e.g.*, explaining that the "enable" command will "Turn on privileged commands"). Cisco's discovery regarding these screen displays is ongoing, and Cisco reserves the right to supplement its response in light of information learned subsequently from Arista's source code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

**FIFTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The evidence of Arista's copyright infringement is pervasive. Arista's CEO has admitted and apologized for copying. CSI-CLI-00357842 at CSI-CLI-00357849. Arista's CTO has admitted (unapologetically) to copying Cisco "slavishly." Packet Pushers Clip (Audio File) (Duda Exh. 274). And numerous other Arista employees (including executives) have admitted that Arista intentionally copied Cisco. *E.g.*, ARISTANDCA11406349, ARISTANDCA10499890, ARISTANDCA10499890; ARISTANDCA10499890; *see also* additional documents listed below. In sum, the evidence of admitted copyright infringement by Arista is overwhelming. And, contrary to Arista's claim, Arista is not an "American success story." Arista created and then built its business around a corporate culture of copying others. And that corporate culture of copying was created and fostered by the highest ranking Arista executives and then executed by its

1 employees.

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL—SOURCE CODE**

4 ████████████████████████████████████████████████████████
5 ████████████████████████████████████████████████████████
6 ████████████████████████████████████████████████████████
7 ████████████████████████████████████████████████████████
8 ████████████████████████████████████████████████████████
9 ████████████████████████████████████████████████████████
10 ███████████████████████████████████████████████████████
11 ████████████████████████████.
12 █████████████████████████████████████████████████
13 ██████████████████████████████████████████████████
14 █ ████████████████████████████████████████████████
15 █████████████████████████████████████████████████
16 ███████████████████████████████████████████████
17 ████████████████████████████████
18 • ████████████████████████████████████████████████
19 █████████████████████████████████████████████████
20 ████████████████████████████
21 █ ██████████████████████████████████████████████████
22 ███████████████████████████, ████████████████████████
23 • ██████████████████████████████████████████████████
24 ██████████████████████████

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL—SOURCE CODE**

27 Cisco identifies at least the following documents and testimony as containing responsive
28 information:

-16- CASE NO. 5:14-CV-05344-BLF
CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Sean S. Pak |
| 3 | Kathleen Sullivan (SBN 242261) |
|   | kathleensullivan@quinnemanuel.com |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 5 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 6 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 7 |   |
|   | Sean S. Pak (SBN 219032) |
| 8 | seanpak@quinnemanuel.com |
|   | John M. Neukom (SBN 275887) |
| 9 | johnneukom@quinnemanuel.com. |
|   | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 10 | 50 California Street, 22nd Floor |
| 11 | San Francisco, CA 94111 |
|   | Telephone: (415) 875-6600 |
| 12 | Facsimile: (415) 875-6700 |
| 13 | Mark Tung (SBN 245782) |
|   | marktung@quinnemanuel.com |
| 14 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 15 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, CA 94065 |
| 16 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 17 |   |
|   | Steven Cherny (admitted *pro hac vice*) |
| 18 | steven.cherny@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 19 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 20 | Telephone: (212) 446-4800 |
|   | Facsimile: (212) 446-4900 |
| 21 |   |
|   | Adam R. Alper (SBN 196834) |
| 22 | adam.alper@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 23 | 555 California Street |
|   | San Francisco, California 94104 |
| 24 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 25 |   |
|   | Michael W. De Vries (SBN 211001) |
| 26 | michael.devries@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 27 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 28 | Telephone: (213) 680-8400 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**PROOF OF SERVICE**

I hereby certify that, at the date entered below and per the agreement of the parties, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail, made available to counsel at the email addresses below:

Juanita R. Brooks
brooks@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Kelly C. Hunsaker
hunsaker@fr.com
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063

Ruffin B. Cordell
cordell@fr.com
Lauren A. Degnan
degnan@fr.com
Michael J. McKeon
mckeon@fr.com
Fish & Richardson PC
1425 K Street NW
11th Floor
Washington, DC 20005

Brian L. Ferrall
blf@kvn.com
Michael S. Kwun
mkwun@kvn.com
David J. Silbert
djs@kvn.com
Robert Van Nest
rvannest@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

Susan Chreighton
screighton@wsgr.com
Scott Andrew Sher
ssher@wsgr.com
Wilson Sonsini Goodrich Rosati
1700 K Street
Washington, DC 20006

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2016, at San Francisco, California.

*/s/ Catherine R. Lacey*
Catherine R. Lacey