1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  BRIAN L. FERRALL - #160847
   DAVID SILBERT - #173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone:  (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH** |
| v. | |
| ARISTA NETWORKS, INC., | |
| Defendant. | Judge:    Hon. Beth Labson Freeman |
| | Date Filed: December 5, 2014 |
| | Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO STRIKE
EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH
Case No. 5:14-cv-05344-BLF (NC)

1082633

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth as follows:

Based on the arguments and written submissions, the Court finds that the following portions of the "Opening Expert Report of Kevin Almeroth Regarding Copying" submitted on June 3, 2016, and the "Rebuttal Expert Report of Kevin Almeroth" submitted on June 17, 2016, are inadmissible and excluded under Federal Rules of Evidence 702, 402, and 403, and under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993) because they are lay opinions or summations of evidence that will not assist the trier of fact to understand the evidence or to determine a fact in issue, they are not based on sufficient facts or data, they are not based on reliable principles and methods, and/or Dr. Almeroth has not reliably applied those methods to the record evidence:

- Dr. Almeroth's opinions and testimony regarding Arista's purported copying of Cisco's parser source code, including his opinion that Arista's parser exhibits "non-standard" behavior. Opening Rpt. ¶¶ 81–87, 224; Almeroth Dep. Tr. 276:25–278:10, 279:9–280:11, 280:13–281:12.

- Dr. Almeroth's opinions and testimony regarding Arista's purported copying of Cisco source code relating to CLI command "help descriptions." Opening Rpt. ¶¶ 100, 221, 225–230 and Exhibit Copying-6; Rebuttal Rpt. ¶ 148(a).

- Dr. Almeroth's opinions and testimony regarding Arista's purported copying of the Cisco CLI's "look and feel." Opening Rpt. ¶¶ 65, 174; Rebuttal Rpt. ¶¶ 64, 70, 136, 137, 145, 158; Almeroth Dep. Tr. 123:1–5; 124:18–125:5; 125:22–126:18; 127:3–128:10; 129:25–143:18.

- Dr. Almeroth's lay opinions and summations of evidence regarding Arista's state of mind, including opinions regarding the knowledge, specific intent, and beliefs of Arista employees pertaining to indirect infringement, bad faith, and lay opinions and arguments summarizing other non-technical record evidence, which is not proper expert testimony. Opening Rpt. ¶¶ 70, 73–76, 78–79, 112, 118, 138–40, 145–48, 152–53, 156–57, 195, 203, 219-20, 242, 246 (and footnotes 188–91), 250, 256–57; Rebuttal Rpt. ¶¶ 104, 124, 132, 135, 137, 138–39, 142–43, 146–47, 149–50, 157, 159, 160.

- Dr. Almeroth's opinions and testimony that merely vouch for the credibility and truthfulness of what individuals said in deposition testimony and in documents, which invades the province of the jury. Opening Rpt. ¶¶ 51, 98, 102–10, 115, 136–37, 247, 260; Rebuttal Rpt. ¶¶ 62 (and footnote 30), 73, 75 (and footnote 47), 102 (and footnote 72), 108 (and footnotes 85 and 86), 125.

1

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO STRIKE
EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH
Case No. 5:14-cv-05344-BLF (NC)

1082633

- Dr. Almeroth's opinions and testimony that merely involve performing a lay comparison of English words and sentences between Cisco and Arista user documentation.  Opening Rpt. ¶¶ 155–167 and Exhibit Copying-1.

Dr. Almeroth will not be permitted to provide expert testimony regarding the foregoing opinions at trial.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      HON. BETH LABSON FREEMAN

2
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S MOTION TO STRIKE
EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH
Case No. 5:14-cv-05344-BLF (NC)

1082633