| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH**<br><br>Date:   September 9, 2016<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3 - 5th Floor<br>Judge:  Hon. Beth Labson Freeman<br>Date Filed:     December 5, 2014<br><br>Trial Date:  November 21, 2016 |

DECL OF RYAN WONG IN SUPPORT OF ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND
TESTIMONY OF DR. KEVIN C. ALMEROTH
Case No. 5:14-cv-05344-BLF (NC)

1082615

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of documents or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Opening Expert Report of Kevin Almeroth Regarding Copying, dated June 3, 2016, including certain exhibits thereto.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Rebuttal Expert Report of Kevin Almeroth, dated June 17, 2016.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the deposition of Kevin C. Almeroth, taken June 28, 2016.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of Plaintiff Cisco Systems, Inc.'s Supplemental Objections and Responses to Defendant Arista's Networks, Inc.'s Interrogatory No. 2, dated May 27, 2016.

Executed August 5, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

1

DECL OF RYAN WONG IN SUPPORT OF ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH
Case No. 5:14-cv-05344-BLF (NC)

1082615