# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1   Kathleen Sullivan (SBN 242261)
    kathleensullivan@quinnemanuel.com
2   QUINN EMANUEL URQUHART &
    SULLIVAN LLP
3   51 Madison Avenue, 22nd Floor
    New York, NY 10010
4   Telephone: (212) 849-7000
    Facsimile: (212) 849-7100
5
    Sean S. Pak (SBN 219032)
6   seanpak@quinnemanuel.com
    John M. Neukom (SBN 275887)
7   johnneukom@quinnemanuel.com.
    QUINN EMANUEL URQUHART &
8   SULLIVAN LLP
    50 California Street, 22nd Floor
9   San Francisco, CA 94111
    Telephone: (415) 875-6600
10  Facsimile: (415) 875-6700

11  Mark Tung (SBN 245782)
    marktung@quinnemanuel.com
12  QUINN EMANUEL URQUHART &
    SULLIVAN LLP
13  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
14  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

15

16   *Attorneys for Plaintiff Cisco Systems, Inc.*

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19   CISCO SYSTEMS, INC.,                    )    CASE NO.  5:14-cv-05344-BLF
                                             )
20              Plaintiff,                   )
                                             )
21        v.                                 )    **PLAINTIFF CISCO SYSTEMS, INC.'S**
                                             )    **SUPPLEMENTAL OBJECTIONS AND**
                                             )    **RESPONSES TO DEFENDANT**
22   ARISTA NETWORKS, INC.,                  )    **ARISTA NETWORKS, INC.'S**
                                             )    **INTERROGATORY NOS. 2-10**
23              Defendant.                   )
                                             )
24   _____       )

25

26

27

28

1  applicable statutory formalities related to these copyrighted works.  Additionally, because many of

2  the Cisco works cited in Exhibit A were deposited with copyright registrations within five years of

3  publication, the certificate of registration for these documents constitutes prima facie evidence of

4  the validity of the underlying copyrights.  *See, e.g.,* Cisco copyright registrations attached to

5  Cisco's operative complaint.  For the remainder of the Cisco works cited in Exhibit A, the

6  copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

7  　　　Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

8  supplement this response in light of facts learned during discovery, including information

9  regarding Arista's accused products and expert discovery.

10

11  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

12  　　　Subject to and without waiver of its general and specific objections, Cisco further responds

13  as follows:

14  　　　The similarity between Cisco's copyrighted works and Arista's accused products is also

15  evidenced by Arista's copying of numerous multi-word command expressions from Cisco's

16  copyrighted works.  Each of those command expressions identified by Cisco in its copyrighted

17  works represents an original, creative expression.  Attached as Exhibit B is a more comprehensive

18  listing of the multiword command expressions from Cisco's copyrighted works that were copied

19  by Arista, as well as the version(s) of Arista's infringing works that contain these protected

20  elements.

21  　　　Arista also has copied Cisco's copyrighted command hierarchies.  The organization of

22  Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted

23  works.  Because Cisco's command expressions are organized hierarchically, the copying of

24  Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's

25  command hierarchies.

26  　　　Arista has also copied Cisco's command modes and prompts, which also represent original

27  and creative contributions to Cisco's copyrighted works.  For example, Cisco's copyrighted works

28  include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration"

-7-    CASE NO. 5:14-CV-05344-BLF

1   modes, the names of which are duplicated in Arista's infringing products, using substantially

2   similar prompts.  Attached as Exhibit C is a more comprehensive listing of the command modes

3   and prompts from Cisco's copyrighted works that were copied by Arista, as well as the version(s)

4   of Arista's infringing works that contain these protected elements.

5          Because the burden of finding each of these command expressions, command hierarchies,

6   and command modes and prompts in the copyrighted works and the infringing works is the same

7   for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following

8   documents as containing responsive information:

9          IOS v. 11.0: Source Code, CSI-CLI-00403865.

10         IOS v. 11.1: Source Code, CSI-CLI-00403866.

11         IOS v. 11.2: Source Code, CSI-CLI-00403867.

12         IOS v. 11.3: Source Code, CSI-CLI-00403868.

13         IOS v. 12.0: Source Code, CSI-CLI-00403869.

14         IOS v. 12.1: Source Code, CSI-CLI-00403870.

15         IOS v. 12.2: Source Code, CSI-CLI-00403871.

16         IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.

17         IOS v. 12.4: Source Code, CSI-CLI-00403873.

18         IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 –

19  CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-

20  00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914,

21  CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-

22  00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 –

23  CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-

24  00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,

25  CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-

26  00350066 – CSI-CLI-00351948.

27         IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 –

28  CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-

1 | 00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731,

2 | CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-

3 | 00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 –

4 | CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-

5 | 00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696,

6 | CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.

7 |       IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 –

8 | CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-

9 | 00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428,

10 | CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-

11 | 00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 –

12 | CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-

13 | 142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361,

14 | CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-

15 | 00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 –

16 | CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-

17 | 00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575,

18 | CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-

19 | 00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 –

20 | CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-

21 | 00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137,

22 | CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-

23 | 00292982 – CSI-CLI-00294561.

24 |       IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 –

25 | CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,  CSI-CLI-

26 | 00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 –

27 | CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.

28 |       IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

1  IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474.

2  IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671.

3  IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727.

4  IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864.

5  IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-

6  00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 –

7  CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-

8  00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120,

9  CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-

10  00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891,

11  CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-

12  00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 –

13  CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-

14  00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763,

15  CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-

16  00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 –

17  CSI-CLI-00173412.

18  IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-

19  00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 –

20  CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-

21  00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

22  IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-

23  00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 –

24  CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-

25  00325496.

26  IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-

27  00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 –

28  CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-

CASE NO. 5:14-CV-05344-BLF
CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1  00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,

2  CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-

3  00310346 – CSI-CLI-00313894.

4      NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-

5  00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.

6      NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-

7  00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –

8  CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-

9  00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.

10     NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-

11  00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –

12  CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-

13  00201822, CSI-CLI-00201849 – CSI-CLI-00202928.

14     NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-

15  00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.

16     EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.

17     EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.

18     EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.

19     EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.

20     EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.

21     EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.

22     EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.

23     EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

24     EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

25     EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

26     EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

27     Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

28  supplement this response in light of facts learned during discovery, including information

1   regarding Arista's accused products (including source code and other non-public materials) and

2   expert discovery.

3

4   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

5          Subject to and without waiver of its general and specific objections, Cisco further responds

6   as follows:

7          Arista has copied Cisco's copyrighted command hierarchy and the structure, sequence and

8   organization of Cisco's command expressions.  Cisco's command expressions are organized

9   hierarchically such that certain groups and sub-groups of command expressions can be identified.

10  For example, paragraph 52 of Cisco's Second Amended Complaint for Copyright and Patent

11  Infringement (Dkt. 64) identify various command hierarchies (e.g., "aaa" command hierarchy,

12  "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip"

13  command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show"

14  command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy,

15  "vrrp" command hierarchy, and other command expressions and hierarchies).  Within a given

16  command hierarchy, all of the commands start with the same word; for example, all of the

17  commands within the "aaa" command hierarchy start with "aaa."  The Second Amended

18  Complaint further identifies sub-hierarchies within a command hierarchy (e.g., "ip dhcp" sub-

19  hierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip ospf" sub-hierarchy, "ip pim"

20  sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" sub-

21  hierarchy, "show ipv6" sub-hierarchy).  Within a given command sub-hierarchy, all of the

22  commands start with the same two words; for example, all of the commands within the "ip dhcp"

23  sub-hierarchy start with "ip dhcp."  There can be further sub-hierarchies within a given sub-

24  hierarchy.  One way to demonstrate the hierarchy and organization of Cisco's command

25  expressions visually is through the use of a tree structure.  An example tree structure of a portion

26  of the "ip" command hierarchy is provided in Exhibit D.  Arista's copied commands are organized

27  into the same hierarchies and sub-hierarchies and have the same tree structure.

28

1    Arista also has copied Cisco's command responses and their organization. Cisco's

2   command responses constitute original, creative contributions to Cisco's copyrighted works.

3   Attached as Exhibit E is a listing of some command responses from Cisco's copyrighted works

4   that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these

5   protected elements. In addition, Arista has copied the non-literal elements of Cisco's command

6   responses, including their structure, sequence and organization as also shown in Exhibit E. The

7   command responses identified in Exhibit E are exemplary only, as Cisco's investigation is

8   ongoing.

9    Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

10   supplement this response in light of facts learned during discovery, including information

11   regarding Arista's accused products (including screenshots, source code and other non-public

12   materials) and expert discovery.

13

14   **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

15    Subject to and without waiver of its general and specific objections, Cisco further responds

16   as follows:

17    Exhibit C to Cisco's Second Supplemental Response to Interrogatory No. 2 identifies

18   certain command modes and associated prompts that were created by Cisco and copied by Arista.

19   Arista's copying of command modes and prompts extends to interface-, feature-, protocol- and

20   other more specific command modes and submodes, with associated prompts. Cisco's discovery

21   regarding those modes and submodes is ongoing, and Cisco reserves the right to supplement its

22   response in light of information learned subsequently from Arista's source code and/or operable

23   Arista devices, which Cisco requested on September 18, 2015 but Arista has not yet produced.

24    Attached hereto as Amended Exhibit D1-D26 are command hierarchies containing Cisco's

25   copyrighted command expressions that have been copied in whole or in part by Arista. These

26   hierarchies are contained in Cisco's and Arista's respective product documentation and source

27   code. The hierarchies contained in Amended Exhibit D1-D26 identify multi-word command

28   expressions that Arista has copied. To the extent that Arista has utilized other command

1  expressions that fit within the identified hierarchies, copying of such expressions further

2  demonstrates copying of command hierarchies.  In addition, Arista's location of individual

3  command expressions within the same modes as those commands are located in Cisco's operating

4  systems (*e.g.*, the "enable" EXEC command in EOS and IOS) is further evidence of Arista's

5  copying of Cisco's command hierarchies.  Cisco's discovery regarding these command hierarchies

6  is ongoing, and Cisco reserves the right to supplement its response in light of information learned

7  subsequently from Arista's source code and/or operable Arista devices, which Cisco requested on

8  September 18, 2015 but Arista has not yet produced.

9        Exhibit E to Cisco's Second Supplemental Response to Arista's Interrogatory No. 2

10  included examples of Arista's copying of certain command outputs from Cisco's copyrighted

11  works.  Cisco's discovery regarding these command outputs is ongoing, and Cisco reserves the

12  right to supplement its response in light of information learned subsequently from Arista's source

13  code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

14        Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

15  supplement this response in light of facts learned during discovery, including information

16  regarding Arista's accused products (including source code and other non-public materials, as well

17  as operable Arista devices) and expert discovery, or any other reason for which supplementation is

18  permissible under the Federal Rules of Civil Procedure.

19

20  **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

21        Subject to and without waiver of its general and specific objections, Cisco further responds

22  as follows:

23        In addition to the command outputs previously identified in Exhibit E to Cisco's response

24  to this interrogatory, Arista has copied the interactive "help" screens from Cisco's copyrighted

25  works.  For example, in response to the "help" command, both Cisco's and Arista's operating

26  systems display the following text, which was originally created by Cisco in version 9.21 of IOS:

27

28

```
Help may be requested at any point in a command by entering
a question mark '?'. If nothing matches, the help list will
be empty and you must back up until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)
```

Arista's copying of the help screen displays extends to the description of various command

expressions.  In both Cisco's CLI and Arista's CLI, users can type "?" to generate context-

sensitive help, including a list of available commands and descriptions thereof.  Arista has copied

numerous examples of Cisco's original command expression descriptions (*e.g.*, explaining that the

"enable" command will "Turn on privileged commands"). Cisco's discovery regarding these

screen displays is ongoing, and Cisco reserves the right to supplement its response in light of

information learned subsequently from Arista's source code and/or operable Arista devices, which

Cisco has requested but Arista has not yet produced.

**FIFTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds

as follows:

The evidence of Arista's copyright infringement is pervasive.  Arista's CEO has admitted

and apologized for copying.  CSI-CLI-00357842 at CSI-CLI-00357849. Arista's CTO has

admitted (unapologetically) to copying Cisco "slavishly."  Packet Pushers Clip (Audio File) (Duda

Exh. 274).  And numerous other Arista employees (including executives) have admitted that

Arista intentionally copied Cisco.  *E.g.*, ARISTANDCA11406349, ARISTANDCA10499890,

ARISTANDCA10499890; ARISTANDCA10499890; *see also* additional documents listed below.

In sum, the evidence of admitted copyright infringement by Arista is overwhelming.  And,

contrary to Arista's claim, Arista is not an "American success story."  Arista created and then built

its business around a corporate culture of copying others.  And that corporate culture of copying

was created and fostered by the highest ranking Arista executives and then executed by its

1  employees.

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL—SOURCE CODE**

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL—SOURCE CODE**

Cisco identifies at least the following documents and testimony as containing responsive information:

1

2                                                              /s/ Sean S. Pak

3                                                              Kathleen Sullivan (SBN 242261)
                                                               kathleensullivan@quinnemanuel.com
4                                                              QUINN EMANUEL URQUHART &
                                                               SULLIVAN LLP
5                                                              51 Madison Avenue, 22nd Floor
                                                               New York, NY 10010
6                                                              Telephone: (212) 849-7000
                                                               Facsimile: (212) 849-7100

7
                                                               Sean S. Pak (SBN 219032)
8                                                              seanpak@quinnemanuel.com
                                                               John M. Neukom (SBN 275887)
9                                                              johnneukom@quinnemanuel.com.
                                                               QUINN EMANUEL URQUHART &
10                                                             SULLIVAN LLP
                                                               50 California Street, 22nd Floor
11                                                             San Francisco, CA 94111
                                                               Telephone: (415) 875-6600
12                                                             Facsimile: (415) 875-6700

13                                                             Mark Tung (SBN 245782)
                                                               marktung@quinnemanuel.com
14                                                             QUINN EMANUEL URQUHART &
                                                               SULLIVAN LLP
15                                                             555 Twin Dolphin Drive, 5th Floor
                                                               Redwood Shores, CA 94065
16                                                             Telephone: (650) 801-5000
                                                               Facsimile: (650) 801-5100

17
                                                               Steven Cherny (admitted *pro hac vice*)
18                                                             steven.cherny@kirkland.com
                                                               KIRKLAND & ELLIS LLP
19                                                             601 Lexington Avenue
                                                               New York, New York 10022
20                                                             Telephone: (212) 446-4800
                                                               Facsimile: (212) 446-4900

21
                                                               Adam R. Alper (SBN 196834)
22                                                             adam.alper@kirkland.com
                                                               KIRKLAND & ELLIS LLP
23                                                             555 California Street
                                                               San Francisco, California  94104
24                                                             Telephone: (415) 439-1400
                                                               Facsimile: (415) 439-1500

25
                                                               Michael W. De Vries (SBN 211001)
26                                                             michael.devries@kirkland.com
                                                               KIRKLAND & ELLIS LLP
27                                                             333 South Hope Street
                                                               Los Angeles, California 90071
28                                                             Telephone: (213) 680-8400

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1

Facsimile: (213) 680-8500

2

*Attorneys for Plaintiff Cisco Systems, Inc.*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**PROOF OF SERVICE**

3

I hereby certify that, at the date entered below and per the agreement of the parties, I

4

caused a true and correct copy of the foregoing to be served by transmission via electronic mail,

5

made available to counsel at the email addresses below:

6

Juanita R. Brooks
brooks@fr.com

Brian L. Ferrall
blf@kvn.com

7

Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Michael S. Kwun
mkwun@kvn.com
David J. Silbert
djs@kvn.com

8

9

Kelly C. Hunsaker
hunsaker@fr.com

Robert Van Nest
rvannest@kvn.com

10

Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063

Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

11

12

13

Ruffin B. Cordell
cordell@fr.com

Susan Chreighton
screighton@wsgr.com
Scott Andrew Sher
ssher@wsgr.com
Wilson Sonsini Goodrich Rosati
1700 K Street
Washington, DC 20006

14

Lauren A. Degnan
degnan@fr.com
Michael J. McKeon
mckeon@fr.com

15

16

Fish & Richardson PC
1425 K Street NW
11th Floor
Washington, DC 20005

17

18

19

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

20

27, 2016, at San Francisco, California.

21

22

*/s/ Catherine R. Lacey*

23

Catherine R. Lacey

24

25

26

27

28

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10