| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>       Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S MOTION TO STRIKE
EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082641

1  I, Elizabeth K. McCloskey, declare and state as follows:

2  1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

3  2. I submit this declaration in support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier.

4  3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Judith A. Chevalier dated June 24, 2016.

5  4. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the deposition of Dr. Judith A. Chevalier taken on July 26, 2016.

6  5. Attached hereto as **Exhibit C** is a true and correct copy of transcript excerpts from the deposition of Anshul Sadana taken on March 17, 2016.

7  6. Attached hereto as **Exhibit D** is a true and correct copy of transcript excerpts from the deposition of Anshul Sadana taken on May 27, 2016.

8  7. Attached hereto as **Exhibit E** is a true and correct copy of the Sur-Rebuttal Expert Report on Fair Use of Judith A. Chevalier dated July 21, 2016

9  8. Attached hereto as **Exhibit F** is a true and correct copy of transcript excerpts from the deposition of Kenneth Duda taken on February 12, 2016.

Executed August 5, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Elizabeth K. McCloskey*
ELIZABETH K. MCCLOSKEY

1
DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S MOTION TO STRIKE
EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082641