# EXHIBIT B

# DOCUMENT SOUGHT TO BE SEALED