# EXHIBIT D

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   CISCO SYSTEMS, INC.,

 6          Plaintiff,

 7   vs.                          Case No. 5:14-cv-5344-BLF

 8   ARISTA NETWORKS, INC.,

 9          Defendant.
     _____
10

11      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12              SUBJECT TO PROTECTIVE ORDER

13

14   VIDEOTAPED 30(b)(6) DEPOSITION OF ARISTA NETWORKS, INC.

15              DESIGNEE:  ANSHUL SADANA

16                     May 27, 2016

17                       9:36 a.m.

18             VOLUME II (Pages 224 - 506)

19           555 Twin Dolphin Drive, Suite 500

20               Redwood Shores, California

21

22

23   REPORTED BY:

24   Janis Jennings

25   CSR No. 3942, CCRR, CLR
```

Page 225

```
 1  APPEARANCES:
 2
 3  For Plaintiff:
 4      QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
        BY:  SEAN PAK, ESQ.
 5           SARA JENKINS, ESQ.
        50 California Street
 6      22nd Floor
        San Francisco, California  94111
 7      415.875.6600
        seanpak@quinnemanuel.com
 8
 9
    For Defendant:
10
        KEKER & VAN NEST, LLP
11      BY:  BRIAN L. FERRALL, ESQ.
        633 Battery Street
12      San Francisco, California  94111
        415.391.5400
13      bferrall@kvn.com
        WILSON SONSINI GOODRICH & ROSATI, LLP
14      BY:  BRADLEY T. TENNIS, ESQ.
        650 Page Mill Road
15      Palo Alto, California  94304
        650.493.9300
16      btennis@wsgr.com
17
18
19  Also Present:
20      PHILIP KNOWLES, Videographer
21
22
23
24
25
```

Page 226

```
 1                INDEX TO EXAMINATION
 2
 3  WITNESS:  30(b)(6) Deposition Arista Networks, Inc.
 4            DESIGNEE:  Anshul Sadana
 5                  VOLUME II
 6
 7  EXAMINATION                                    PAGE
 8  By Mr. Pak (Resumed)                           231
 9
10
11
12           QUESTIONS NOT ANSWERED
13
              PAGE      LINE
14
              347       11
15
              347       22
16
              361       13
17
              472       14
18
```

Page 227

```
 1                INDEX TO EXHIBITS
 2  30(b)(6) Arista Networks, Inc.; Designee: Anshul Sadana
 3     Cisco Systems, Inc. vs. Arista Networks, Inc.
 4              Friday, May 27, 2016
 5         Janis Jennings, CSR No. 3942, CLR, CCRR
 6
 7  MARKED           DESCRIPTION                    PAGE
 8  Exhibit 1303  Presentation deck "Arista v       300
                  Cisco Nexus";
 9                ANI-ITC-944_945-3670618 - 3670664
10  Exhibit 1304  Metadata for Exhibit 1303         301
11  Exhibit 1305  Email thread dated 2/5/14 from    323
                  YJ Huang Subject: Fwd:Citi/Arista
12                Training"; ARISTANDCA11365960 -
                  11365962
13
    Exhibit 1306  "JU August 1st Blog: Cloud        353
14                Networking vs Enterprise
                  Networking - Are We Stretching
15                Investment Protection?"
                  ARISTANDCA11425689 - 11425691
16
    Exhibit 1307  Email thread dated 7/31/11 from   353
17                Anshul Sadana Subject: Re: Please
                  Review: Final Blog for Posting
18                Aug 1st"; ARISTANDCA11425687 -
                  11425688
19
    Exhibit 1308  Article "Arista Reinventing Data  356
20                Center Switching";
                  ANI-ITC-944_945-3730417 - 3730442
21
    Exhibit 1309  Email thread dated 9/13/07 from   362
22                Anshul Sadana Subject: "Re:
                  Arastra Testing";
23                ARISTANDCA11406454 - 11406455
24
25
```

Page 228

```
 1              INDEX TO EXHIBITS
 2
 3  MARKED           DESCRIPTION                    PAGE
 4  Exhibit 1310  Email thread dated 1/25/11 from   368
                  Nick Ciarleglio Subject: Re:
 5                Feedback Requested - Answers to
                  Questions from RBC Capital";
 6                ANI-ITC-944_955-3733654 - 3733657
 7  Exhibit 1311  Email thread dated 2/21/11 from   383
                  Mark Berly Subject: "Re: Simple
 8                MLAG Configuration";
                  ARISTANDCA11420519 - 11420520
 9
    Exhibit 1312  Email thread dated 6/20/12 from   395
10                Lincoln Dale Subject: "Re:
                  NETCONF interoperability";
11                ARISTANDCA10113782 - 10113783
12  Exhibit 1313  Email thread dated 5/11/12 from   403
                  Ariff Premji Subject: "Fwd:
13                IPv6 on 7500";
                  ARISTANDCA11458074 - 11458078
14
    Exhibit 1314  Email thread dated 2/27/12 from   423
15                Mike Francini Subject: "Fwd:
                  Notes on interop layout and
16                demo";
                  ARISTANDCA11452960 - 11452961
17
    Exhibit 1315  Email thread dated 3/17/08 from   430
18                Anshul Sadana Subject: "RE: FW:
                  48 port switch support - NetXen";
19                ARISTANDCA11411095 - 11411097
20  Exhibit 1316  Email thread dated 8/20/08 from   436
                  site-account-notes@www.arastra.com
21                Subject: "Fwd:FW: Results of
                  meeting with our customer
22                "Lufthansa Systems";
                  ANI-ITC-944_945-3463737 - 3463738
23
    Exhibit 1317  Email thread dated 1/15/09 from   442
24                Mark Foss Subject: "FW: Arista
                  Documentation and Software
25                Downloads"; ARISTANDCA12260577
```

```
                                        Page 229
1                 INDEX TO EXHIBITS
2
3   MARKED          DESCRIPTION                    PAGE
4   Exhibit 1318  Email thread dated 2/19/10        448
                  from  Mark Foss Subject:
5                 "Re: T-Systems";
                  ARISTANDCA12268841 - 12268848
6
    Exhibit 1319  Email thread dated 3/27/12        452
7                 from Anshul Sadana Subject:
                  "Re: [Arista] update";
8                 ARISTANDCA11455055 - 11455058
9   Exhibit 1320  Excel spreadsheet Feature         457
                  Requests; 119ARISTANDCA13165595
10                (native format - 87 pages)
11  Exhibit 1321  DVD; ARISTANDCA13165595           457
12  Exhibit 1322  DVD; ARISTANDCA00268277           482
13  Exhibit 1323  DVD; ARISTANDCA00268278           491
14  Exhibit 1324  DVD; ARISTANDCA00268279           499
15
...
25
```

```
                                        Page 230
 1  REDWOOD SHORES, CALIFORNIA; FRIDAY, MAY 27, 2016;
 2                 9:36 A.M.
 3
 4         THE VIDEOGRAPHER:  Good morning, Counsel.
 5  We are now on the video record.  This is the
 6  recorded video deposition of Anshul Sadana,
 7  Volume II, in the matter of Cisco versus Arista.
 8         We are located back at the same location as
 9  yesterday with the same counsel and the same
10  videographer and court reporter.  I'd just like to
11  remind the witness that he's still under oath.  The
12  time is 9:36 a.m.  We are on the record.
13         MR. PAK:  Good morning, Mr. Sadana.  I've
14  been notified overnight that we actually had
15  overlapping exhibit numbers in parallel tracking
16  depositions.  So I would like to renumber the
17  exhibits that we used yesterday.  Thank you.
18         So what we referenced as Exhibit No. 1200
19  will be renumbered as Exhibit 1300, and Exhibit 1201
20  will be renumbered as 1301, and Exhibit 1202 will be
21  renumbered as 1302.
22         Is that okay with you, Counsel?
23         MR. FERRALL:  That's fine.  Yeah.  Yeah,
24  that's safe.
25         MR. PAK:  All right.
```

```
                                        Page 231
 1         MR. FERRALL:  They will definitely start at
 2  1500, so we'll be good.
 3
 4                ANSHUL SADANA,
 5      The witness herein, having been previously
 6      sworn, testified further as follows:
 7
 8             EXAMINATION (Resumed)
 9  BY MR. PAK:
10
```



Page 232 [redacted]

Case 5:14-cv-05344-BLF Document 422-8 Filed 08/05/16 Page 5 of 7

Anshul Badana - Highly Confidential
May 27, 2016
437 to 440

Page 437

[redacted]

Page 438

2 [redacted] e?
4 [redacted]

[redacted]

Page 439

[redacted]

Page 440

o [redacted]
[redacted] ?
[redacted] .

23   Q.  Thank you.
24       And I think you discussed this either today
25  or yesterday, but you were involved in the Facebook

U.S. LEGAL SUPPORT
(415) 362-4346

Page 501

1  A. I think this is every line item.
2  Q. Okay.
3  A. But, for example, this includes salary cost
4  or R&D supplies, so you're not able -- you're never
5  going to be able to map any of these to a specific
6  product and that's why we have the accounting
7  structure that we have. We look at the product cost
8  and then the other costs and these should all tally
9  up.
10 Q. Okay. Then if you look at the allocations
11 for the parent accounts, what are allocations and
12 how are they calculated?
13 A. Sorry. Where are the allocations?
14 Q. I think it's if you search for
15 "17-Allocations."
16 A. These are allocations based on accounting
17 treatment. As an example, the first instance of
18 allocations is depreciation expense -- depreciation
19 expense for some equipment that the hardware
20 engineering department had purchased.
21 Q. Okay. And then there's one type of
22 expense, it's called "6352-Employee Morale." What
23 type of expense is that?
24 A. This is an expense to allow employees to
25 get refreshments or snacks and those types of things

Page 502

1  on a very small limited basis, and that's what the
2  employee morale expense tracks.
3  Q. Okay.
4  MR. FERRALL: Can I ask for the running
5  time, please.
6  THE VIDEOGRAPHER: Seven hours and nine
7  minutes.
8  MR. FERRALL: Okay. So we're done. Thank
9  you, Mr. Pak.
10 Let's go.
11 MR. PAK: Okay. I'm going to reserve the
12 right to obviously continue this deposition. We're
13 not done with this witness for lots of reasons.
14 And, Brian, I understand that he's calling it a day
15 so we'll reserve our right to continue the
16 deposition.
17 MR. FERRALL: And before we go off the
18 record, let's just note that we had a promise from
19 Mr. Pak yesterday, the court reporter and the
20 videographer will be the witness to it, that we were
21 going to be out by 3:00 or 5:00 at the latest. So,
22 Mr. Pak, I'm disappointed, frankly, at your word,
23 not to mention you're going over seven hours today,
24 but so be it.
25 THE VIDEOGRAPHER: This marks the end of

Page 503

1  DVD 6 of six and concludes the Volume II deposition
2  Anshul Sadana. The time is 6:56 p.m. We are now
3  going off the record. Counsel, thank you.
4        (Ending time: 6:56 p.m.)

Page 504

1        DECLARATION UNDER PENALTY OF PERJURY

3        I, ANSHUL SADANA, do hereby declare under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on May 27, 2016 that I
6  have made such corrections as appear noted, on the
7  Deposition Errata Page, attached hereto, signed by me;
8  that my testimony as contained herein, as corrected, is
9  true and correct.

12        Dated this ____ day of _____,
13 2016, at _____, _ _____.
14              (City)                (State)

22              ANSHUL SADANA

Page 505

```
 1              DEPOSITION ERRATA SHEET
 2
 3   Page No._____Line No._____Change to:_____
 4   _____
 5   Reason for change:_____
 6   Page No._____Line No._____Change to:_____
 7   _____
 8   Reason for change:_____
 9   Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24   SIGNATURE:_____DATE:_____
25              ANSHUL SADANA
```

Page 506

 1        I, JANIS JENNINGS, CSR No. 3942, Certified
 2   Shorthand Reporter, certify:
 3        That the foregoing proceedings were taken
 4   before me at the time and place therein set forth, at
 5   which time the witness was duly sworn by me;
 6        That the testimony of the witness, the
 7   questions propounded, and all objections and statements
 8   made at the time of the examination were recorded
 9   stenographically by me and were thereafter transcribed;
10        That the foregoing pages contain a full, true
11   and accurate record of all proceedings and testimony.
12        Pursuant to F.R.C.P. 30(e)(2) before
13   completion of the proceedings, review of the transcript
14   [ ] was [X] was not requested.
15        I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18        I declare under penalty of perjury under the
19   laws of California that the foregoing is true and
20   correct.
21        Dated this 3rd day of June 2016.
22        *[signature: Janis Jennings]*
23
24        JANIS JENNINGS, CSR NO. 3942
25        CLR, CCRR