KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF
DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082644

1  The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier as follows:

Based on the arguments and written submissions, the Court finds that the following portions of the "Expert Report of Judith A. Chevalier" submitted on June 23, 2016, and the "Surrebuttal Expert Report of Judith A. Chevalier" submitted on July 21, 2016, are inadmissible and excluded under Federal Rules of Evidence 702, 402, and 403, and under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993) because they are lay opinions or summations of evidence that will not assist the trier of fact to understand the evidence or to determine a fact in issue, they are not based on sufficient facts or data, they are not based on reliable principles and methods, and/or Dr. Chevalier has not reliably applied those methods to the record evidence:

- Dr. Chevalier's "no apportionment" disgorgement claim. Surrebuttal Rpt. ¶¶ 57–58 and Exhibits 3–8, 14–18; Chevalier Depo. Tr. at 166:25-167:2, 207:20-24, 209:24-210:9, 218:25-219:13.

- Dr. Chevalier's lost-profits "Scenario 3." Opening Rpt. ¶ 78 and Exhibits 4, 7, 10; Surrebuttal Rpt. ¶¶ 57–62 and Exhibits 3, 4, 9, 13, 14, 18, 19, 23; Chevalier Depo. Tr. at 52:7-25, 122:16-127:17, 156:4-6, 173:10-16, 196:18-197:2, 197:21-24, 199:21-201:14, 202:22-204:17.

Dr. Chevalier will not be permitted to provide expert testimony regarding the foregoing opinions at trial.

**IT IS SO ORDERED.**

Dated: _____  

HON. BETH LABSON FREEMAN

1082644

1
[PROPOSED] ORDER GRANTING MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF
DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)