KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>         Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF
DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082644

1    The Court, having fully considered the papers and arguments presented by the parties,
2 hereby GRANTS Arista Networks, Inc.'s Motion to Strike Expert Opinions and Testimony of Dr.
3 Judith A. Chevalier as follows:

4    Based on the arguments and written submissions, the Court finds that the following
5 portions of the "Expert Report of Judith A. Chevalier" submitted on June 23, 2016, and the
6 "Surrebuttal Expert Report of Judith A. Chevalier" submitted on July 21, 2016, are inadmissible
7 and excluded under Federal Rules of Evidence 702, 402, and 403, and under *Daubert v. Merrell*
8 *Dow Pharmaceuticals*, 509 U.S. 579 (1993) because they are lay opinions or summations of
9 evidence that will not assist the trier of fact to understand the evidence or to determine a fact in
10 issue, they are not based on sufficient facts or data, they are not based on reliable principles and
11 methods, and/or Dr. Chevalier has not reliably applied those methods to the record evidence:

- Dr. Chevalier's "no apportionment" disgorgement claim.  Surrebuttal Rpt. ¶¶ 57–58 and Exhibits 3–8, 14–18; Chevalier Depo. Tr. at 166:25-167:2, 207:20-24, 209:24-210:9, 218:25-219:13.

- Dr. Chevalier's lost-profits "Scenario 3." Opening Rpt. ¶ 78 and Exhibits 4, 7, 10; Surrebuttal Rpt. ¶¶ 57–62 and Exhibits 3, 4, 9, 13, 14, 18, 19, 23; Chevalier Depo. Tr. at 52:7-25, 122:16-127:17, 156:4-6, 173:10-16, 196:18-197:2, 197:21-24, 199:21-201:14, 202:22-204:17.

Dr. Chevalier will not be permitted to provide expert testimony regarding the foregoing opinions at trial.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF
DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082644