KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER** <br><br> Judge:      Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S MOTION TO STRIKE
EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082641

I, Elizabeth K. McCloskey, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Judith A. Chevalier dated June 24, 2016.

4. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the deposition of Dr. Judith A. Chevalier taken on July 26, 2016.

5. Attached hereto as **Exhibit C** is a true and correct copy of transcript excerpts from the deposition of Anshul Sadana taken on March 17, 2016.

6. Attached hereto as **Exhibit D** is a true and correct copy of transcript excerpts from the deposition of Anshul Sadana taken on May 27, 2016.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Sur-Rebuttal Expert Report on Fair Use of Judith A. Chevalier dated July 21, 2016

8. Attached hereto as **Exhibit F** is a true and correct copy of transcript excerpts from the deposition of Kenneth Duda taken on February 12, 2016.

Executed August 5, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Elizabeth K. McCloskey*
ELIZABETH K. MCCLOSKEY

1
DECLARATION OF ELIZABETH K. MCCLOSKEY IN SUPPORT OF ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER
Case No. 5:14-cv-05344-BLF (NC)

1082641