# EXHIBIT D

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

Plaintiff,

vs. Case No. 5:14-cv-5344-BLF

ARISTA NETWORKS, INC.,

Defendant.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED 30(b)(6) DEPOSITION OF ARISTA NETWORKS, INC.

DESIGNEE: ANSHUL SADANA

May 27, 2016

9:36 a.m.

VOLUME II (Pages 224 - 506)

555 Twin Dolphin Drive, Suite 500

Redwood Shores, California

REPORTED BY:

Janis Jennings

CSR No. 3942, CCRR, CLR

APPEARANCES:

For Plaintiff:

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
BY: SEAN PAK, ESQ.
SARA JENKINS, ESQ.
50 California Street
22nd Floor
San Francisco, California 94111
415.875.6600
seanpak@quinnemanuel.com

For Defendant:

KEKER & VAN NEST, LLP
BY: BRIAN L. FERRALL, ESQ.
633 Battery Street
San Francisco, California 94111
415.391.5400
bferrall@kvn.com

WILSON SONSINI GOODRICH & ROSATI, LLP
BY: BRADLEY T. TENNIS, ESQ.
650 Page Mill Road
Palo Alto, California 94304
650.493.9300
btennis@wsgr.com

Also Present:
PHILIP KNOWLES, Videographer



INDEX TO EXAMINATION

WITNESS: 30(b)(6) Deposition Arista Networks, Inc.
DESIGNEE: Anshul Sadana
VOLUME II


| EXAMINATION | PAGE |
|---|---|
| By Mr. Pak (Resumed) | 231 |


QUESTIONS NOT ANSWERED

| PAGE | LINE |
|---|---|
| 347 | 11 |
| 347 | 22 |
| 361 | 13 |
| 472 | 14 |



INDEX TO EXHIBITS

30(b)(6) Arista Networks, Inc.; Designee: Anshul Sadana
Cisco Systems, Inc. vs. Arista Networks, Inc.
Friday, May 27, 2016
Janis Jennings, CSR No. 3942, CLR, CCRR


| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1303 | Presentation deck "Arista v Cisco Nexus"; ANI-ITC-944_945-3670618 - 3670664 | 300 |
| Exhibit 1304 | Metadata for Exhibit 1303 | 301 |
| Exhibit 1305 | Email thread dated 2/5/14 from YJ Huang Subject: Fwd:Citi/Arista Training"; ARISTANDCA11365960 - 11365962 | 323 |
| Exhibit 1306 | "JU August 1st Blog: Cloud Networking vs Enterprise Networking - Are We Stretching Investment Protection?" ARISTANDCA11425689 - 11425691 | 353 |
| Exhibit 1307 | Email thread dated 7/31/11 from Anshul Sadana Subject: Re: Please Review: Final Blog for Posting Aug 1st"; ARISTANDCA11425687 - 11425688 | 353 |
| Exhibit 1308 | Article "Arista Reinventing Data Center Switching"; ANI-ITC-944_945-3730417 - 3730442 | 356 |
| Exhibit 1309 | Email thread dated 9/13/07 from Anshul Sadana Subject: "Re: Arastra Testing"; ARISTANDCA11406454 - 11406455 | 362 |




INDEX TO EXHIBITS


| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1310 | Email thread dated 1/25/11 from Nick Ciarleglio Subject: Re: Feedback Requested - Answers to Questions from RBC Capital"; ANI-ITC-944_955-3733654 - 3733657 | 368 |
| Exhibit 1311 | Email thread dated 2/21/11 from Mark Berly Subject: "Re: Simple MLAG Configuration"; ARISTANDCA11420519 - 11420520 | 383 |
| Exhibit 1312 | Email thread dated 6/20/12 from Lincoln Dale Subject: "Re: NETCONF interoperability"; ARISTANDCA10113782 - 10113783 | 395 |
| Exhibit 1313 | Email thread dated 5/11/12 from Ariff Premji Subject: "Fwd: IPv6 on 7500"; ARISTANDCA11458074 - 11458078 | 403 |
| Exhibit 1314 | Email thread dated 2/27/12 from Mike Francini Subject: "Fwd: Notes on interop layout and demo"; ARISTANDCA11452960 - 11452961 | 423 |
| Exhibit 1315 | Email thread dated 3/17/08 from Anshul Sadana Subject: "RE: FW: 48 port switch support - NetXen"; ARISTANDCA11411095 - 11411097 | 430 |
| Exhibit 1316 | Email thread dated 8/20/08 from site-account-notes@www.arastra.com Subject: "Fwd:FW: Results of meeting with our customer "Lufthansa Systems"; ANI-ITC-944_945-3463737 - 3463738 | 436 |
| Exhibit 1317 | Email thread dated 1/15/09 from Mark Foss Subject: "FW: Arista Documentation and Software Downloads"; ARISTANDCA12260577 | 442 |



INDEX TO EXHIBITS

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1318 | Email thread dated 2/19/10 from Mark Foss Subject: "Re: T-Systems"; ARISTANDCA12268841 - 12268848 | 448 |
| Exhibit 1319 | Email thread dated 3/27/12 from Anshul Sadana Subject: "Re: [Arista] update"; ARISTANDCA11455055 - 11455058 | 452 |
| Exhibit 1320 | Excel spreadsheet Feature Requests; 119ARISTANDCA13165595 (native format - 87 pages) | 457 |
| Exhibit 1321 | DVD; ARISTANDCA13165595 | 457 |
| Exhibit 1322 | DVD; ARISTANDCA00268277 | 482 |
| Exhibit 1323 | DVD; ARISTANDCA00268278 | 491 |
| Exhibit 1324 | DVD; ARISTANDCA00268279 | 499 |

REDWOOD SHORES, CALIFORNIA; FRIDAY, MAY 27, 2016;
9:36 A.M.

THE VIDEOGRAPHER: Good morning, Counsel. We are now on the video record. This is the recorded video deposition of Anshul Sadana, Volume II, in the matter of Cisco versus Arista.

We are located back at the same location as yesterday with the same counsel and the same videographer and court reporter. I'd just like to remind the witness that he's still under oath. The time is 9:36 a.m. We are on the record.

MR. PAK: Good morning, Mr. Sadana. I've been notified overnight that we actually had overlapping exhibit numbers in parallel tracking depositions. So I would like to renumber the exhibits that we used yesterday. Thank you.

So what we referenced as Exhibit No. 1200 will be renumbered as Exhibit 1300, and Exhibit 1201 will be renumbered as 1301, and Exhibit 1202 will be renumbered as 1302.

Is that okay with you, Counsel?

MR. FERRALL: That's fine. Yeah. Yeah, that's safe.

MR. PAK: All right.

MR. FERRALL: They will definitely start at 1500, so we'll be good.

ANSHUL SADANA,
The witness herein, having been previously sworn, testified further as follows:

EXAMINATION (Resumed)

BY MR. PAK:

[redacted]

[redacted]



Page 437

[redacted]

Page 438

[redacted]
[redacted]e?
[redacted]

Page 439

[redacted]

Page 440

[redacted]o[redacted]
[redacted]?
[redacted].
[redacted].
[redacted].
[redacted]

Q. Thank you.

And I think you discussed this either today or yesterday, but you were involved in the Facebook

A. I think this is every line item.

Q. Okay.

A. But, for example, this includes salary cost or R&D supplies, so you're not able -- you're never going to be able to map any of these to a specific product and that's why we have the accounting structure that we have. We look at the product cost and then the other costs and these should all tally up.

Q. Okay. Then if you look at the allocations for the parent accounts, what are allocations and how are they calculated?

A. Sorry. Where are the allocations?

Q. I think it's if you search for "17-Allocations."

A. These are allocations based on accounting treatment. As an example, the first instance of allocations is depreciation expense -- depreciation expense for some equipment that the hardware engineering department had purchased.

Q. Okay. And then there's one type of expense, it's called "6352-Employee Morale." What type of expense is that?

A. This is an expense to allow employees to get refreshments or snacks and those types of things



on a very small limited basis, and that's what the employee morale expense tracks.

Q. Okay.

MR. FERRALL: Can I ask for the running time, please.

THE VIDEOGRAPHER: Seven hours and nine minutes.

MR. FERRALL: Okay. So we're done. Thank you, Mr. Pak.

Let's go.

MR. PAK: Okay. I'm going to reserve the right to obviously continue this deposition. We're not done with this witness for lots of reasons. And, Brian, I understand that he's calling it a day so we'll reserve our right to continue the deposition.

MR. FERRALL: And before we go off the record, let's just note that we had a promise from Mr. Pak yesterday, the court reporter and the videographer will be the witness to it, that we were going to be out by 3:00 or 5:00 at the latest. So, Mr. Pak, I'm disappointed, frankly, at your word, not to mention you're going over seven hours today, but so be it.

THE VIDEOGRAPHER: This marks the end of



DVD 6 of six and concludes the Volume II deposition Anshul Sadana. The time is 6:56 p.m. We are now going off the record. Counsel, thank you.

(Ending time: 6:56 p.m.)



DECLARATION UNDER PENALTY OF PERJURY

I, ANSHUL SADANA, do hereby declare under penalty of perjury that I have read the foregoing transcript of my deposition taken on May 27, 2016 that I have made such corrections as appear noted, on the Deposition Errata Page, attached hereto, signed by me; that my testimony as contained herein, as corrected, is true and correct.

Dated this ____ day of _____________________, 2016, at ________________________, _ ________________.
(City) (State)

ANSHUL SADANA

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
SIGNATURE:_______________________DATE:___________
ANSHUL SADANA



I, JANIS JENNINGS, CSR No. 3942, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was duly sworn by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing pages contain a full, true and accurate record of all proceedings and testimony.

Pursuant to F.R.C.P. 30(e)(2) before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 3rd day of June 2016.

JANIS JENNINGS, CSR NO. 3942
CLR, CCRR