Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS, INC.'S EXPERTS** <br><br> Judge:   Hon. Beth Labson Freeman |

Pursuant to Civil Local Rules 7-11 and 79-5, Cisco Systems, Inc. ("Cisco") hereby brings this administrative motion for an order to seal certain information filed in connection with Cisco's Reply in Support of its Motion for Partial Summary Judgment.

## I.   LEGAL STANDARD

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" ( *i.e.*, that the document is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

## II.   GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Cisco makes this request to seal the documents identified herein for the reasons explained in detail in the Declaration of Sara E. Jenkins in support of this Administrative Motion to File Under Seal ("Jenkins Declaration"). Cisco has narrowly tailored its request to seal only confidential information related to its customers, sales, accounts, technology, source code, competitive strategies, pricing, and other related planning and strategies as detailed in the Jenkins Declaration. Cisco also files this motion to seal to provide Arista Networks, Inc. and third parties. the opportunity to file a declaration pursuant to Civil Local Rule 79-5(e) regarding the confidentiality of some exhibits, as detailed below.

## II.   DOCUMENTS SOUGHT TO BE SEALED

The documents, and portions of documents, that Cisco seeks to seal through this motion are included in the chart below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Dr. John Black ("Black Motion") | Highlighted Portions | Arista |
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert William M. Seifert ("Seifert Motion") | Highlighted Portions | Arista |
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Cate M. Elsten ("Elsten Motion") | Highlighted Portions | Arista |
| Exhibit 1 to the Declaration of Andrew M. Holmes ("Holmes Declaration") ("Black Opening Report") | Entire | Cisco Arista Juniper Networks (Third Party) Hewlett Packard Enterprise ("HPE") (Third Party) Dell, Inc. (Third Party) |
| Exhibit 2 to the Holmes Declaration ("Black Rebuttal Report Report") | Entire | Arista Cisco |
| Exhibit 4 to the Holmes Declaration | Entire | Arista |

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 5 to the Holmes Declaration ("Seifert Report") | Entire | Arista<br>Dell, Inc. (Third Party)<br>Juniper Networks (Third Party)<br>Hewlett Packard Enterprise ("HPE") (Third Party) |
| Exhibit 6 to the Holmes Declaration | Entire | Arista |
| Exhibit 7 to the Holmes Declaration ("Elsten June 3, 2016 Report") | Entire | Cisco<br>Arista<br>Dell, Inc. (Third Party) |
| Exhibit 8 to the Holmes Declaration ("Elsten Rebuttal Report") | Entire | Cisco<br>Arista<br>Dell, Inc. (Third Party) |
| Exhibit 9 to the Holmes Declaration | Entire | Cisco<br>Arista |
| Exhibit 10 to the Holmes Declaration | Entire | Cisco |
| Exhibit 12 to the Holmes Declaration ("Clark June 3, 2016 Report") | Entire | Arista |
| Exhibit 13 to the Holmes Declaration (Excerpts of the "Clark Rebuttal Report") | Entire | Arista |

August 5, 2016                    Respectfully submitted,

                                  */s/* John M. Neukom
                                  John M. Neukom

                                  Kathleen Sullivan (SBN 242261)

kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

02099-00004/8227209.1

4

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN
CISCO'S MOTIONS TO EXCLUDE EXPERT TESTIMONY

Case No. 5:14-cv-05344-BLF

1  *Attorneys for Plaintiff Cisco Systems, Inc.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02099-00004/8227209.1

5

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN
CISCO'S MOTIONS TO EXCLUDE EXPERT TESTIMONY

Case No. 5:14-cv-05344-BLF