UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S MOTIONS TO EXCLUDE OPINION TESTIMONY FROM ARISTA'S EXPERTS** |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain documents filed in connection with Cisco's Motions to Exclude Expert Opinion Testimony from Arista's Experts.

Having considered Cisco's motion, and good cause having been shown, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Dr. John Black ("Black Motion") | Highlighted Portions | Arista |
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert William M. Seifert ("Seifert Motion") | Highlighted Portions | Arista |
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Cate M. Elsten ("Elsten Motion") | Highlighted Portions | Arista |

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Andrew M. Holmes ("Holmes Declaration") ("Black Opening Report") | Entire | Cisco<br><br>Arista<br><br>Juniper Networks (Third Party)<br><br>Hewlett Packard Enterprise ("HPE") (Third Party)<br><br>Dell, Inc. (Third Party) |
| Exhibit 2 to the Holmes Declaration ("Black Rebuttal Report Report") | Entire | Arista<br>Cisco |
| Exhibit 4 to the Holmes Declaration | Entire | Arista |
| Exhibit 5 to the Holmes Declaration ("Seifert Report") | Entire | Arista<br><br>Dell, Inc. (Third Party)<br><br>Juniper Networks (Third Party)<br><br>Hewlett Packard Enterprise ("HPE") (Third Party) |
| Exhibit 6 to the Holmes Declaration | Entire | Arista |
| Exhibit 7 to the Holmes Declaration ("Elsten June 3, 2016 Report") | Entire | Cisco<br><br>Arista<br><br>Dell, Inc. (Third Party) |
| Exhibit 8 to the Holmes Declaration ("Elsten Rebuttal Report") | Entire | Cisco<br><br>Arista<br><br>Dell, Inc. (Third Party) |
| Exhibit 9 to the Holmes Declaration | Entire | Cisco<br><br>Arista |

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 10 to the Holmes Declaration | Entire | Cisco |
| Exhibit 12 to the Holmes Declaration ("Clark June 3, 2016 Report") | Entire | Arista |
| Exhibit 13 to the Holmes Declaration (Excerpts of the "Clark Rebuttal Report") | Entire | Arista |

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                        Hon. Judge Beth Labson Freeman