1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT DR. JOHN BLACK** <br><br> Date: September 9, 2016 <br> Time: 9:00 a.m. <br> Place: Courtroom 3, 5th Floor <br> Judge: Hon. Beth Labson Freeman |

02099-00004/8227991.2

[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE
EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT DR. JOHN BLACK
Case No. 5:14-cv-05344-BLF

Before this Court is Plaintiff Cisco Systems, Inc.'s Motion to Exclude Expert Opinion Testimony from Defendant's Expert Dr. John Black. Based on the arguments presented in the Motion and supporting filings and any opposition thereto, the Court hereby grants Cisco's Motion to Exclude Expert Opinion Testimony from Defendant's Expert Dr. John Black, as filed with the Court on August 5, 2016.

Dated: _____    By: _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE