UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF DOUGLAS W. CLARK**<br><br>Date: September 9, 2016<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

02099-00004/8228008.2

[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION
TO EXCLUDE OPINION TESTIMONY OF DOUGLAS W. CLARK
Case No. 5:14-cv-05344-BLF

1  Before this Court is Plaintiff Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony
2  of Douglas W. Clark.  Based on the arguments presented in the Motion and supporting filings and
3  any opposition thereto, the Court hereby grants Cisco's Motion for to Exclude Opinion Testimony
4  of Douglas W. Clark, as filed with the Court on August 5, 2016.

Dated: _____        By: _____
                                   HON. BETH LABSON FREEMAN
                                   UNITED STATES DISTRICT JUDGE