1
2
3
4
5
6
7
8
9
10
11
12
13 CISCO SYSTEMS, INC.,
14         Plaintiff,
15    vs.
16 ARISTA NETWORKS, INC.,
17         Defendant.
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CASE NO. 5:14-cv-5344-BLF

**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS, INC.'S EXPERT CATE M. ELSTEN**

Date: September 9, 2016
Time: 9:00 a.m.
Place: Courtroom 3, 5th Floor
Judge: Hon. Beth Labson Freeman

02099-00004/8228043.2

[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT CATE M. ELSTEN
Case No. 5:14-cv-05344-BLF

1  Before this Court is Plaintiff Cisco Systems, Inc.'s Motion to Exclude Expert Opinion
2  Testimony from Defendant's Expert Cate M. Elsten. Based on the arguments presented in the
3  Motion and supporting filings and any opposition thereto, the Court hereby grants Cisco's Motion
4  to Exclude Expert Opinion Testimony from Defendant's Expert Cate M. Elsten, as filed with the
5  Court on August 5, 2016.

7  Dated: _____          By: _____
                                         HON. BETH LABSON FREEMAN
8                                        UNITED STATES DISTRICT JUDGE