UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>       Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT**<br><br>Date: September 9, 2016<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT
Case No. 5:14-cv-05344-BLF

02099-00004/8228037.2

-2-

1      Before this Court is Plaintiff Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony
2  of William M. Seifert. Based on the arguments presented in the Motion and supporting filings and
3  any opposition thereto, the Court hereby grants Cisco's Motion to Exclude Opinion Testimony of
4  William M. Seifert, as filed with the Court on August 5, 2016.

5

6  Dated: _____      By: _____
                                                                               HON. BETH LABSON FREEMAN
7                                                                            UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02099-00004/8228037.2

-2-
[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION
TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT
Case No. 5:14-cv-05344-BLF (PSG)