Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF ANDREW M. HOLMES  IN SUPPORT OF CISCO'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS, INC.'S EXPERTS**<br><br>**DEMAND FOR JURY TRIAL** |

## DECLARATION OF ANDREW M. HOLMES

I, Andrew Holmes, declare as follows:

1.     I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.     I make this declaration in support of Cisco's Motions to Exclude Expert Opinion Testimony from Arista Networks, Inc's ("Arista") Experts—including testimony from John R. Black, Jr., William M. Seifert, Douglas W. Clark, and Cate M. Elsten.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the June 3, 2016 Expert Report of John R. Black, Jr.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the June 17, 2016 Rebuttal Expert Report of John R. Black, Jr.

5.     Attached hereto as Exhibit 3 is a true and correct copy of the CV of John R. Black, Jr.

6.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the June 30, 2016 deposition of John R. Black, Ph.D.

7.     Attached hereto as Exhibit 5 is a true and correct copy of the June 3, 2016 Opening Expert Report of William M. Seifert.

8.     Attached hereto as Exhibit 6 is a true and correct copy of

9.     Attached hereto as Exhibit 7 is a true and correct copy of the June 3, 2016 Expert Report and Disclosure of Cate M. Elsten.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the July 13, 2016 Rebuttal Expert Report and Disclosure of Cate M. Elsten.

02099-00004/8227838.2

2

DECLARATION OF ANDREW M. HOLMES IN SUPPORT OF CISCO'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS,  INC.'S EXPERTS
Case No. 5:14-cv-05344-BLF

11.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the July 28, 2016 deposition of Cate M. Elsten.

12.     Attached hereto as Exhibit 10 is a true and correct copy of a March 29, 2012 email from "Weird Kid Software" at emailchemydemo@weirdkid.com and thread  bearing the Bates numbers CSI-CLI-01610893 through CSI-CLI-01610938 and marked as Exhibit 1593 to the deposition of Cate M. Elsten.

13.     Attached hereto as Exhibit 11 is a true and correct copy of the metadata report for the document bearing the Bates numbers  CSI-CLI-01610895 through CSI-CLI-01610934.

14.     Attached hereto as Exhibit 12 is a true and correct copy of the June 3, 2016 Opening Expert Report of Douglas W. Clark Regarding Invalidity of U.S. Patent No. 7,047,526.

15.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the June 17, 2016 Rebuttal Expert Report of Douglas W. Clark Regarding Conception and Reduction to Practice of U.S. Patent No. 7,047,526.

16.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the July 6, 2016 deposition of Douglas W. Clark, Ph.D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on August 5, 2016.


*/s/ Andrew M. Holmes*
Andrew M. Holmes

DECLARATION OF ANDREW M. HOLMES IN SUPPORT OF CISCO'S MOTIONS TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS,  INC.'S EXPERTS
Case No. 5:14-cv-05344-BLF

## SIGNATURE ATTESTATION

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF User Andrew M. Holmes.

Dated: August 5, 2016                    */s/ John M. Neukom*
                                         John M. Neukom

DECLARATION OF ANDREW M. HOLMES IN SUPPORT OF CISCO'S MOTIONS TO EXCLUDE EXPERT
OPINION TESTIMONY FROM DEFENDANT ARISTA NETWORKS,  INC.'S EXPERTS
Case No. 5:14-cv-05344-BLF