# EXHIBIT 7
# FILED UNDER SEAL

Case 5:14-cv-05344-BLF   Document 431-7   Filed 08/05/16   Page 1 of 1