# EXHIBIT 11

Title                    Metadata Report for CSI-CLI-01610895

| csv_begdoc | csv_enddoc | Custodian | Document Date |
|---|---|---|---|
| CSI-CLI-01610895 | CSI-CLI-01610934 | Hartingh, John | 03/29/2012 14:22 PDT |

Document Title
Arista Competitive Research v1 4.pptx