KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S *CORRECTED* MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082851

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file under seal documents and information filed in connection with Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth.

Arista requests an order granting its motion to seal the following documents:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Highlighted portions | Cisco |

The highlighted portions of the *Corrected* Motion to Strike identified above are being submitted under seal pursuant to Civil Local Rule 79-5(e) because they discuss, quote from, or summarize information from documents that Cisco designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Protective Order, including the Opening Expert Report, Rebuttal Expert Report, and deposition transcript of Dr. Kevin C. Almeroth. Arista takes no position on whether the highlighted portions of document identified above should be filed under seal. Arista files this administrative motion only to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Filed concurrently with this Motion are redacted and highlighted versions of the above-referenced document indicating the specific portions of the document that Arista is submitting under seal, as well as the Declaration of Ryan Wong in Support of Arista's Administrative Motion to File Under Seal ("Wong Sealing Declaration"), which is being filed contemporaneously herewith.

1
DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082851

Dated: August 8, 2016               KEKER & VAN NEST LLP

                                        By:   */s/ Ryan K. Wong*
                                                     RYAN K. WONG

                                         Attorney for Defendant
                                         ARISTA NETWORKS, INC.

2
DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082851