KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S CORRECTED MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. KEVIN C. ALMEROTH**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082852

I, RYAN K. WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest, LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Under Seal Confidential Information and Documents Submitted with Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth.

3. Arista seeks to seal the following material attached to the Declaration of Ryan K. Wong in Support of Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth:

| Document | Portions of Document to be Sealed |
|---|---|
| Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Highlighted portions |

4. Arista does not seek to file under seal the highlighted portions of Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth under seal. Arista is only submitting those portions of Arista's *Corrected* Motion to Strike under seal because they discuss or quote from Dr. Kevin Almeroth's deposition testimony, Opening Expert Report, and Rebuttal Expert Report, all three of which have been designated by Cisco as "Highly Confidential – Attorney's Eyes Only" under the Protective Order. To the extent Cisco seeks to keep any of the highlighted material in Arista's *Corrected* Motion to Strike under seal, I understand that it may file a declaration to do so under Civil Local Rule 79-5(e)(1).

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082852

1  Executed August 8, 2016, at Los Angeles, California.

2  I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.

4
5
6  _____
7  RYAN WONG
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082852