1  KEKER & VAN NEST LLP            SUSAN CREIGHTON, SBN 135528
   ROBERT A. VAN NEST - #84065     SCOTT A. SHER, SBN 190053
2  BRIAN L. FERRALL - #160847      WILSON SONSINI GOODRICH & ROSATI
   DAVID SILBERT - #173128         Professional Corporation
3  MICHAEL S. KWUN - #198945       1700 K Street NW, Fifth Floor
   633 Battery Street              Washington, D.C., 20006-3817
4  San Francisco, CA 94111-1809    Telephone:  (202) 973-8800
   Telephone:    (415) 391-5400    Email:  screighton@wsgr.com;
5  Email:  rvannest@kvn.com;       ssher@wsgr.com
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

7
   JONATHAN M. JACOBSON, NY SBN 1350495
8  CHUL PAK (*pro hac vice*)
   DAVID H. REICHENBERG (*pro hac vice*)
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 1301 Avenue Of The Americas, 40th Floor
   New York, NY 10019-6022
11 Telephone:  (212) 999-5800
   Email:  jjacobson@wsgr.com; cpak@wsgr.com;
12 dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14
                  UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN JOSE DIVISION
17
18 CISCO SYSTEMS, INC.,                 Case No. 5:14-cv-05344-BLF (NC)

19             Plaintiff,               **[PROPOSED] ORDER GRANTING
                                        DEFENDANT ARISTA NETWORKS,
20      v.                              INC.'S ADMINISTRATIVE MOTION TO
                                        FILE DOCUMENTS UNDER SEAL IN
21 ARISTA NETWORKS, INC.,               CONNECTION WITH ARISTA'S
                                        CORRECTED MOTION TO STRIKE
22             Defendant.               EXPERT OPINIONS AND TESTIMONY
                                        OF DR. KEVIN C. ALMEROTH**

23
24                                      Judge:      Hon. Beth Labson Freeman

25                                      Date Filed:  December 5, 2014

26                                      Trial Date:  November 21, 2016

27
28

1082850

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal filed in connection with Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth as follows:

| Document | Portions of Document to be Sealed |
|---|---|
| Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Highlighted portions |

**IT IS SO ORDERED.**

Dated: _____            _____
                                              HON. BETH LABSON FREEMAN

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL *CORRECTED* MOTION TO STRIKE
Case No. 5:14-cv-05344-BLF (NC)

1082850