UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION WITH RESPECT TO DOCKET NUMBERS 286 AND 304** |

1    Cisco Systems, Inc. ("Cisco") has filed declarations to support filing under seal certain
2 documents filed in connection with Docket Numbers 286 and 304.
3    Having considered Cisco's declaration, the Court ORDERS sealed those portions of the
4 documents listed below:
5    With respect to Docket 286:

| Document | Portions Permitted to Be Filed Under Seal |
|---|---|
| Arista's Opposition to Cisco's Motion for Protective Order | Highlighted portions of pages 3-7, 9-10. |
| Exhibit 2 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 3 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 4 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 5 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 6 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 7 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 8 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 9 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 10 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |

| Document | Portions Permitted to Be Filed Under Seal |
|---|---|
| Exhibit 11 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 12 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 13 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 14 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 15 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 16 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 17 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 18 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 19 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 20 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 21 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 22 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |

02099-00004/8227984.1                           3
ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL
INFORMATION WITH RESPECT TO DOCKET NUMBERS 286 AND 304
Case No.3:14-cv-05344-BLF (NC)

| Document | Portions Permitted to Be Filed Under Seal |
|---|---|
| Exhibit 23 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 24 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 25 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 26 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 27 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 28 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 30 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 31 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 32 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 34 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | Entire |
| Exhibit 35 to the Declaration of Elizabeth K. McCloskey in Support of Arista's Opposition to Cisco's Motion for Protective Order | 9:22-24 and Exhibit A |

With Respect to Docket 304:

| Document | Portions Permitted to Be Filed Under Seal |
|---|---|
| Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 7 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 8 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 9 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 10 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 11 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 12 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 16 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 17 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 18 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |
| Exhibit 19 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Highlighted portions |
| Exhibit 20 to the Declaration of Eduardo E. Santacana in Support of Arista's Motion to Strike Late Contentions or Alternatively to Continue Case Schedule | Entire |

02099-00004/8227984.1

5
ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL
INFORMATION WITH RESPECT TO DOCKET NUMBERS 286 AND 304
Case No.3:14-cv-05344-BLF (NC)

1        **IT IS SO ORDERED.**

3   Dated:    August 8, 2016                    By: _____
4                                                   HON.
                                                    UNITED STATES MAGISTRATE JUDGE



02099-00004/8227984.1

6
ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL
INFORMATION WITH RESPECT TO DOCKET NUMBERS 286 AND 304
Case No.3:14-cv-05344-BLF (NC)