# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CISCO SYSTEMS INC,

      Plaintiff,

      v.

ARISTA NETWORKS, INC.,

      Defendant.

Case No.  14-cv-05344-BLF

**ORDER REQUIRING RESPONSE TO ARISTA'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER BY AUGUST 17, 2016**

[Re:  ECF 449]

On August 9, 2016, Arista filed a motion for relief from the nondispositive pretrial order of Magistrate Judge Cousins. ECF 449. Pursuant to Civil L.R. 72-2, the Court ORDERS Cisco to file a response to Arista's motion of no more than 5 pages **on or before August 17, 2016**.

      **IT IS SO ORDERED.**

Dated: August 10, 2016

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California