# EXHIBITS A1-A6

# (Part 13 of 13)

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **SNMP Functional Overview**<br><br>The SNMP framework consists of three parts:<br><br>• An SNMP manager—The system used to control and monitor the activities of network devices using SNMP.<br>• An SNMP agent—The software component within the managed device that maintains the data for the device and reports these data, as needed, to managing systems. Cisco NX-OS supports the agent and MIB. To enable the SNMP agent, you must define the relationship between the manager and the agent.<br>• A managed information base (MIB)—The collection of managed objects on the SNMP agent.<br><br>SNMP is defined in RFCs 3411 to 3418.<br><br>Cisco NX-OS supports SNMPv1, SNMPv2c, and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco NX-OS supports SNMP over IPv6.<br><br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x (2010), at 10-2. | **37.2.3    SNMP Versions**<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br><br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br><br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. | Dkt. 419-10 at PDF p. 425 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| Cisco NX-OS supports SNMPv1, SNMPv2c and SNMPv3. Both SNMPv1 and SNMPv2c use a community-based form of security.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 4.0 (2008), at 10-2. | 37.2.3    SNMP Versions<br><br>Arista switches support the following SNMP versions:<br><br>• **SNMPv1**: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c**: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901 RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3**: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br><br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password. A<br><br>rista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891;*Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.8.2 (11/18/11), at 675; Arista User Manual v. 4.7.3 (7/18/11), at 531. | Dkt. 419-10 at PDF p. 426 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br>This section includes the following topics:<br>• Security Models and Levels for SNMPv1, v2, v3, page 11-4<br>• User-Based Security Model, page 11-5<br>• CLI and SNMP User Synchronization, page 11-5<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-3. | 37.2.3    SNMP Versions<br><br>Arista switches support the following SNMP versions:<br>• **SNMPv1**: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c**: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3**: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. | Dkt. 419-10 at PDF p. 427 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 5.x (2010), at 10-2. | 37.2.3   SNMP Versions<br><br>Arista switches support the following SNMP versions:<br>• **SNMPv1:** The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c:** Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3:** Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. | Dkt. 419-10 at PDF p. 428 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **SNMPv3**<br><br>SNMPv3 provides secure access to devices by a combination of authenticating and encrypting frames over the network. The security features provided in SNMPv3 are as follows:<br>• Message integrity—Ensures that a packet has not been tampered with while it was in-transit.<br>• Authentication—Determines that the message is from a valid source.<br>• Encryption—Scrambles the packet contents to prevent it from being seen by unauthorized sources.<br>SNMPv3 provides for both security models and security levels. A security model is an authentication strategy that is set up for a user and the role in which the user resides. A security level is the permitted level of security within a security model. A combination of a security model and a security level determines which security mechanism is employed when handling an SNMP packet.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 4.0 (2008), at 7-2. | 37.2.3    SNMP Versions<br><br>Arista switches support the following SNMP versions:<br>• **SNMPv1**: The Simple Network Management Protocol, defined in RFC 1157. Security is based on community strings.<br>• **SNMPv2c**: Community-string based Administrative Framework for SNMPv2, defined in RFC 1901, RFC 1905, and RFC 1906. SNMPv2c uses the community-based security model of SNMPv1.<br>• **SNMPv3**: Version 3 is an interoperable standards-based protocol defined in RFCs 2273 to 2275. SNMPv3 provides secure access to devices by authenticating and encrypting packets.<br>The security features provided in SNMPv3 are as follows:<br>— *Message integrity*: Ensures packets are not tampered with in transit.<br>— *Authentication*: Determines the message is received from a valid source.<br>— *Encryption*: Scrambling packet contents to prevent an unauthorized source from learning it.<br>Both SNMPv1 and SNMPv2c use a community-based form of security. The community of managers able to access the agent MIB is controlled by a password.<br>SNMPv2c support includes a bulk retrieval mechanism and more detailed error message reporting. The bulk retrieval mechanism supports the retrieval of tables and large quantities of information, minimizing the number of round-trips required. SNMPv2c error handling includes expanded error codes that distinguish different kinds of error conditions; these conditions are reported through a single error code in SNMPv1. SNMPv2c error return codes report error type.<br>SNMPv3 is a security model which defines an authentication strategy that is configured for a user and the group in which the user resides. A security level is the permitted level of security within the model. A combination of a security model and a security level determines the security mechanism employed to handle an SNMP packet.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 349.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 1891; Arista User Manual v. 4.12.3 (7/17/13), at 1654; Arista User Manual, v. 4.11.1 (1/11/13), at 1341; Arista User Manual v. 4.10.3 (10/22/12), at 1107-08; Arista User Manual v. 4.9.3.2 (5/3/12), at 863; Arista User Manual v. 4.7.3 (7/18/11), at 531. | Dkt. 419-10 at PDF p. 429 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| SNMPv3 uses contexts to distinguish between these multiple instances. An SNMP context is a collection of management information that you can access through the SNMP agent. A device can support multiple contexts for different logical network entities. An SNMP context allows the SNMP manager to access one of the multiple instances of a MIB module supported on the device for the different logical network entities.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 11-3. | An SNMP context is a collection of management information items accessible by an SNMP entity. Each item of may exist in multiple contexts. Each SNMP entity can access multiple contexts. A context is identified by the EngineID of the hosting device and a context name.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (October 2, 2014), at 1994.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 1684; Arista User Manual, v. 4.11.1 (1/11/13), at 1369; Arista User Manual v. 4.10.3 (10/22/12), at 1136; Arista User Manual v. 4.9.3.2 (5/3/12), at 892; Arista User Manual v. 4.8.2 (11/18/11), at 699; Arista User Manual v. 4.7.3 (7/18/11), at 555. | Dkt. 419-10 at PDF p. 429 |
| Step 2  `vlan vlan`  Enters VLAN configuration mode for the VLAN specified.<br>Example:<br>`switch(config)# vlan 901`<br>`switch(config-vlan)#`<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 16-18. | **Example**<br>• This command creates VLAN 49 and enters VLAN configuration mode for the new VLAN:<br>`switch(config)#vlan 49`<br>`switch(config-vlan-49)#`<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 803.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 650; Arista User Manual, v. 4.11.1 (1/11/13), at 502; Arista User Manual v. 4.10.3 (10/22/12), at 420; Arista User Manual v. 4.9.3.2 (5/3/12), at 359. | Dkt. 419-10 at PDF p. 430 |
| To permit the discovery of non-Cisco devices, the switch also supports the *Link Layer Discovery Protocol (LLDP)*, a vendor-neutral device discovery protocol that is defined in the IEEE 802.1ab standard. LLDP allows network devices to advertise information about themselves to other devices on the network. This protocol runs over the data-link layer, which allows two systems running different network layer protocols to learn about each other.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-2. | Link Layer Discovery Protocol (LLDP) allows Ethernet network devices to advertise details about themselves, such as device configuration, capabilities and identification, to directly connected devices on the network that are also using LLDP.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 572.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 447; Arista User Manual, v. 4.11.1 (1/11/13), at 365. | Dkt. 419-10 at PDF p. 430 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **Guidelines and Limitations**<br><br>LLDP has the following configuration guidelines and limitations:<br>• LLDP must be enabled on the device before you can enable or disable it on any interfaces.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br>• LLDP can discover Linux servers, provided they are not using a converged network adapter (CNA). LLDP cannot discover other types of servers.<br>• DCBXP incompatibility messages might appear when you change the network QoS policy, if a physical loopback connection is in the device. The incompatibility exists for only a short time and then clears.<br>• DCBXP is not supported for the Cisco Nexus 2000 Series Fabric Extender.<br>• Beginning with Cisco NX-OS Release 5.2, LLDP is supported for the Cisco Nexus 2000 Series Fabric Extender. LLDP packets can now be sent and received through the Fabric Extender ports for neighbor discovery.<br>   – All LLDP configuration on Fabric Extender ports occurs on the supervisor. LLDP configuration and show commands are not visible on the Fabric Extender console.<br>   – LLDP is not supported for a Fabric Extender-virtual port channel (vPC) connection.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-2. | 12.2.4  Guidelines and Limitations<br><br>LLDP has the following configuration guidelines and limitations:<br>• LLDP must be enabled on the device before you can enable or disable it on any interface.<br>• LLDP is supported only on physical interfaces.<br>• LLDP can discover up to one device per port.<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 576.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 448; Arista User Manual, v. 4.11.1 (1/11/13), at 366. | Dkt. 419-10 at PDF p. 430 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **Enabling or Disabling LLDP on an Interface**<br><br>After you globally enable LLDP, it is enabled on all supported interfaces by default. However, you can enable or disable LLDP on individual interfaces or selectively configure an interface to only send or only receive LLDP packets.<br><br>Note    If the interface is configured as a tunnel port, LLDP is disabled automatically.<br><br>**BEFORE YOU BEGIN**<br><br>Make sure that you are in the correct VDC. To switch VDCs, use the **switchto vdc** command.<br><br>Make sure that you have globally enabled LLDP on the device.<br><br>**SUMMARY STEPS**<br><br>1. config t<br>2. interface ethernet *slot/port*<br>3. [no] lldp transmit<br>4. [no] lldp receive<br>5. (Optional) show lldp interface ethernet *slot/port*<br>6. (Optional) copy running-config startup-config<br><br>**DETAILED STEPS**<br><br>| | Command | Purpose |<br>|---|---|---|<br>| Step 1 | config t<br>Example:<br>switch# config t<br>Enter configuration commands, one per line. End with CNTL/Z.<br>switch(config)# | Enters global configuration mode. |<br>| Step 2 | interface ethernet *slot/port*<br>Example:<br>switch(config)# interface ethernet 7/1<br>switch(config-if)# | Specifies the interface on which you are enabling LLDP and enters the interface configuration mode. |<br>| Step 3 | [no] lldp transmit<br>Example:<br>switch(config-if)# lldp transmit | Enables or disables the transmission of LLDP packets on a interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. |<br>| Step 4 | [no] lldp receive<br>Example:<br>switch(config-if)# lldp receive | Enables or disables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. |<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6. | 12.3.2    **Enabling LLDP on an Interface**<br><br>After you globally enable LLDP, it is enabled on all supported interfaces by default. However, by using the lldp transmit and lldp receive commands, you can enable or disable LLDP on individual interfaces or selectively configure an interface to only send or only receive LLDP packets.<br><br>**Examples**<br>• These commands enable Ethernet port 3/1 to transmit LLDP packets.<br>    switch(config)# interface ethernet 3/1<br>    switch(config-if-Et3/1)# lldp transmit<br>    switch(config-if-Et3/1)#<br>• These commands enable Ethernet port 3/1 to receive LLDP packets.<br>    switch(config)# interface ethernet 3/1<br>    switch(config-if-Et3/1)# lldp receive<br>    switch(config-if-Et3/1)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 577.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 449; Arista User Manual, v. 4.11.1 (1/11/13), at 367. | Dkt. 419-10 at PDF p. 431 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **Step 3** [no] lldp transmit<br><br>**Example:**<br>switch(config-if)# lldp transmit<br><br>Enables or disables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6. | **lldp transmit**<br><br>The lldp transmit command enables the transmission of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.<br><br>Platform    all<br>Command Mode    Interface-Ethernet configuration<br>    Interface-Management configuration<br><br>**Command Syntax**<br>lldp transmit<br>no lldp transmit<br>default lldp transmit<br><br>**Examples**<br>• These commands enable the transmission of LLDP packets on a specific interface.<br>    switch(config)#interface ethernet 4/1<br>    switch(config-if)-Et4/1)#lldp transmit<br>    switch(config-if-Et4/1)#<br>• These commands disable the transmission of LLDP packets on a specific interface.<br>    switch(config)#interface ethernet 4/1<br>    switch(config-if-Et4/1)#no lldp transmit<br>    switch(config-if-Et4/1)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 593.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 466; Arista User Manual, v. 4.11.1 (1/11/13), at 384. | Dkt. 419-10 at PDF p. 432 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **Step 4** `[no] lldp receive`  Enables or disables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default.  **Example:** `switch(config-if)# lldp receive`  Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-6. | **lldp receive**  The lldp receive command enables the reception of LLDP packets on an interface. After you globally enable LLDP, it is enabled on all supported interfaces by default. The no form of the is command disables the reception of LLDP packets on an interface.  Platform          all  Command Mode   Interface-Ethernet configuration                         Interface-Management configuration  Command Syntax  `lldp receive`  `no lldp receive`  `default lldp receive`  Examples  • These commands enables the reception of LLDP packets on a specific interface.  `switch(config)#interface ethernet 4/1`  `switch(config-if-Et4/1)#lldp receive`  `switch(config-if-Et4/1)#`  • These commands disables LLDP the reception of LLDP packets on a specific interface.  `switch(config)#interface ethernet 4/1`  `switch(config-if-Et4/1)# no lldp receive`  `switch(config-if-Et4/1)#`  Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 588.  *See also* Arista User Manual v. 4.12.3 (7/17/13), at 461; Arista User Manual, v. 4.11.1 (1/11/13), at 379. | Dkt. 419-10 at PDF p. 433 |
| Configuring Optional LLDP Parameters  You can configure the frequency of LLDP updates, the amount of time for a receiving device to hold the information before discarding it, and the initialization delay time. You can also select the TLVs to include in LLDP packets.  Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-7. | 12.3.3   Optional LLDP Parameters  You can globally configure the frequency of LLDP updates, the amount of time for a receiving device to hold the information before discarding it, and the initialization delay time. You can also select the TLVs to include in LLDP packets.  Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 577.  *See also* Arista User Manual v. 4.12.3 (7/17/13), at 449; Arista User Manual, v. 4.11.1 (1/11/13), at 367. | Dkt. 419-10 at PDF p. 433 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| Step 2  [no] lldp holdtime *seconds*  (Optional) Specifies the amount of time in seconds that a receiving device should hold the information sent by your device before discarding it.  The range is 10 to 255 seconds; the default is 120 seconds.  Example:  switch(config)# lldp holdtime 200  Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | 12.3.3.2   Setting the LLDP Hold Time  The lldp holdtime command specifies the amount of time in seconds that a receiving device should hold the information sent by the device before discarding it.  Examples  • This command specifies that the receiving device should retain the information for 180 seconds before discarding it.  switch(config)# lldp holdtime 180  switch(config)#  • This command reverts the LLDP hold time and to the default value of 120 seconds.  switch(config)# no lldp holdtime 180  switch(config)#  Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 578.  *See also* Arista User Manual v. 4.12.3 (7/17/13), at 450; Arista User Manual, v. 4.11.1 (1/11/13), at 368. | Dkt. 419-10 at PDF p. 434 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| **[no] lldp reinit** *seconds*      (Optional) Specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>**Example:**<br>switch(config)# lldp reinit 5      The range is 1 to 10 seconds; the default is 2 seconds.<br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | **lldp reinit**<br><br>The lldp reinit command specifies the delay time in seconds for LLDP to initialize on any interface.<br><br>Platform    all<br>Command Mode    Global Configuration<br><br>Command Syntax<br>    lldp reinit *delay*<br>    no lldp reinit<br>    default lldp reinit<br><br>Parameters<br>• *delay*    the amount of time the device should wait before re-initialization is attempted. Value ranges from 1 to 20 seconds; default value is 2 seconds.<br><br>Examples<br>• This command specifies that the switch should wait 10 seconds before attempting to re-initialize.<br>    switch(config)# lldp reinit 10<br>    switch(config)#<br>• This command removes the re-initialize timer.<br>    switch(config)# no lldp reinit 10<br>    switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 589.<br><br>*See also* Arista User Manual v. 4.13.6F (4/14/2014), at 318; Arista User Manual v. 4.12.3 (7/17/13), at 262; Arista User Manual, v. 4.11.1 (1/11/13), at 208. | Dkt. 419-10 at PDF p. 434 |

| Cisco's Documentation | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|
| Step 6   [no] lldp tlv-select tlv<br><br>Example:<br>switch(config)# lldp tlv-select system-name<br><br>(Optional) Specifies the TLVs to send and receive in LLDP packets. The available TLVs are dcbxp, management-address, port-description, port-vlan, system-capabilities, system-description, and system-name. All available TLVs are enabled by default.<br><br>Note   For more information about using these TLVs, see the *Cisco Nexus 7000 Series NX-OS System Management Command Reference.*<br><br><br><br>Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-8. | **lldp tlv-select**<br><br>The lldp tlv-select command allows the user to specify the TLVs to send and receive in LLDP packets. The available TLVs are management-address, port-description, port-vlan, system-capabilities, system-description, and system-name.<br><br>Platform   all<br>Command Mode   Global Configuration<br><br>Command Syntax<br>  lldp tlv-select TLV NAME<br>  no lldp tlv-select TLV NAME<br>  default lldp tlv-select TLV_NAME<br><br>Parameters<br>•   *TLV_NAME*   the TLV specifies the information to be sent or received in the LLDP packet: Options include:<br>   — link-aggregation   specifies the link aggregation TLV.<br>   — management-address   specifies the management address TLV.<br>   — max-frame-size   specifies the Frame size TLV.<br>   — port-description   specifies the port description TLV.<br>   — port-vlan   specifies the port VLAN ID TLV.<br>   — system-capabilities   specifies the system capabilities TLV.<br>   — system-description   specifies the system description TLV.<br>   — system-name   specifies the system name TLV.<br><br>Example<br>•   This command enables the system description TLV:<br>   switch(config)# lldp tlv-select system-description<br>   switch(config)#<br>•   This command disables the system description TLV:<br>   switch(config)# no lldp tlv-select system-description<br>   switch(config)#<br>•   This command enables the max-frame-size TLV:<br>   switch(config)# lldp tlv-select max-frame-size<br>   switch(config)#<br>•   This command disables the max-frame-size TLV:<br>   switch(config)# no lldp tlv-select max-frame-size<br>   switch(config)#<br><br>Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 592.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 465; Arista User Manual, v. 4.11.1 (1/11/13), at 383. | Dkt. 419-10 at PDF p. 435 |

| Cisco's Documentation | | Arista's Documentation | Supporting Evidence In The Record |
|---|---|---|---|
| **show lldp traffic** | Displays the LLDP counters, including the number of LLDP packets sent and received by the device, the number of discarded packets, and the number of unrecognized TLVs. | 12.3.5.4   Viewing LLDP Traffic<br><br>The show lldp traffic command displays the LLDP counters, including the number of packets sent and received, and the number of packets discarded by the switch. | Dkt. 419-10 at PDF p. 436 |
| Cisco Nexus 7000 Series NX-OS System Management Configuration Guide, Release 6.x (2013), at 18-9. | | Arista User Manual v. 4.14.3F – Rev. 2 (10/2/2014), at 581.<br><br>*See also* Arista User Manual v. 4.12.3 (7/17/13), at 454; Arista User Manual, v. 4.11.1 (1/11/13), at 372. | |

**EXHIBIT A5**

**ARISTA'S VERBATIM COPYING OF CISCO'S COMMAND MODES & PROMPTS**

| Cisco Product | Cisco's Command Modes & Prompts | Arista's Command Modes & Prompts | Supporting Evidence In The Record |
|---|---|---|---|
| Router | **User EXEC >** | **EXEC >** | Dkt. 332-2 at PDF p. 52 |
| Router | **Privileged  EXEC #** | **Privileged EXEC #** | Dkt. 332-2 at PDF p. 52 |
| Router | **Global Configuration (config)#** | **Global Configuration (config)#** | Dkt. 332-2 at PDF p. 52 |
| Router | **Interface Configuration (config-if)#** | **Interface Configuration (config-if)#** | Dkt. 332-2 at PDF p. 52 |
| Switch | **User EXEC >** | **EXEC >** | Dkt. 332-2 at PDF p. 52 |
| Switch | **Privileged EXEC #** | **Privileged EXEC #** | Dkt. 332-2 at PDF p. 52 |
| Switch | **EXEC #** | **Privileged EXEC #** | Dkt. 332-2 at PDF p. 52 |
| Switch | **Global Configuration (config)#** | **Global Configuration (config)#** | Dkt. 332-2 at PDF p. 52 |
| Switch | **Interface Configuration (config-if)#** | **Interface Configuration (config-if)#** | Dkt. 332-2 at PDF p. 52 |

**EXHIBIT A6**

**ARISTA'S VERBATIM COPYING OF CISCO'S COMMAND HIERARCHIES**[2]

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| aaa<br><br>    aaa accounting<br><br>        aaa accounting dot1x<br><br>    aaa authentication<br><br>        aaa authentication login<br><br>        aaa authorization config- commands<br><br>    aaa authorization console<br><br>    aaa group<br><br>        aaa group server radius<br><br>        aaa group server tacacs+ | aaa<br><br>    aaa accounting<br><br>        aaa accounting dot1x<br><br>    aaa authentication<br><br>        aaa authentication login<br><br>        aaa authorization config- commands<br><br>    aaa authorization console<br><br>    aaa group<br><br>        aaa group server radius<br><br>        aaa group server tacacs+ | Dkt. 332-2 at PDF pp. 257-259. |

---

[2]  Cisco has illustrated the command hierarchies in this table in this particular way in order to illustrate to the Court the relationship between the commands and show how they are sequenced, structured, and organized into hierarchies.

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| bgp<br><br>    bgp client-to-client reflection<br><br>    bgp cluster-id<br><br>    bgp confederation<br><br>        bgp confederation identifier<br><br>        bgp confederation peers<br><br>    bgp listen limit<br><br>    bgp log-neighbor-changes<br><br>    bgp redistribute-internal | bgp<br><br>    bgp client-to-client reflection<br><br>    bgp cluster-id<br><br>    bgp confederation<br><br>        bgp confederation identifier<br><br>        bgp confederation peers<br><br>    bgp listen limit<br><br>    bgp log-neighbor-changes<br><br>    bgp redistribute-internal (BGP) | Dkt. 332-2 at PDF pp. 260-261. |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| clear | clear | Dkt. 332-2 at PDF pp. 262-265. |
|     clear arp-cache |     clear arp-cache | |
|     clear counters |     clear counters | |
|     clear ip |     clear ip | |
|         clear ip arp |         clear ip arp | |
|         clear ip bgp |         clear ip bgp | |
|         clear ip igmp group |         clear ip igmp group | |
|         clear ip mroute |         clear ip mroute | |
|         clear ip msdp sa-cache |         clear ip msdp sa-cache | |
|         clear ip nat translation |         clear ip nat translation | |
|         clear ip ospf neighbor |         clear ip ospf neighbor | |
|     clear ipv6 |     clear ipv6 | |
|         clear ipv6 neighbors |         clear ipv6 neighbors | |
|         clear ipv6 ospf force-spf |         clear ipv6 ospf force-spf | |
|     clear lldp |     clear lldp | |
|         clear lldp counters |         clear lldp counters | |
|         clear lldp table |         clear lldp table | |
|     clear mac-address-table dynamic |     clear mac address-table dynamic | |
|     clear spanning-tree counters |     clear spanning-tree counters | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| dot1x<br>    dot1x max-reauth-req<br>    dot1x pae authenticator<br>    dot1x port-control<br>    dot1x reauthentication<br>    dot1x system-auth-control<br>    dot1x timeout<br>        dot1x timeout quiet-period<br>        dot1x timeout reauth-period<br>        dot1x timeout tx-period | dot1x<br>    dot1x max-reauth-req<br>    dot1x pae authenticator<br>    dot1x port-control<br>    dot1x reauthentication<br>    dot1x system-auth-control<br>    dot1x timeout<br>        dot1x timeout quiet-period<br>        dot1x timeout reauth-period<br>        dot1x timeout tx-period | Dkt. 332-2 at PDF pp. 266-267. |
| ip<br>    ip access<br>        ip access-group<br>        ip access-list<br>            ip access-list standard<br>    ip address<br>    ip as-path access-list<br>    ip community-list<br>        ip community-list expanded<br>        ip community-list standard<br>    ip dhcp smart-relay | ip<br>    ip access<br>        ip access-group<br>        ip access-list<br>            ip access-list standard<br>    ip address<br>    ip as-path access-list<br>    ip community-list<br>        ip community-list expanded<br>        ip community-list standard<br>    ip dhcp smart-relay | Dkt. 332-2 at PDF pp. 268-290. |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| ip dhcp smart-relay global | ip dhcp smart-relay global | |
| ip dhcp snooping | ip dhcp snooping | |
| ip dhcp snooping information option | ip dhcp snooping information option | |
| ip dhcp snooping vlan | ip dhcp snooping vlan | |
| ip domain | ip domain | |
| ip domain lookup | ip domain lookup | |
| ip domain name | ip domain name | |
| ip extcommunity-list | ip extcommunity-list | |
| ip extcommunity-list expanded | ip extcommunity-list expanded | |
| ip extcommunity-list standard | ip extcommunity-list standard | |
| ip helper-address | ip helper-address | |
| ip host | ip host | |
| ip http client source-interface | ip http client source-interface | |
| ip icmp redirect | ip icmp redirect | |
| ip igmp last-member-query | ip igmp last-member-query | |
| ip igmp last-member-query-count | ip igmp last-member-query-count | |
| ip igmp last-member-query-interval | ip igmp last-member-query-interval | |
| ip igmp query | ip igmp query | |
| ip igmp query-interval | ip igmp query-interval | |
| ip igmp query-max-response-time | ip igmp query-max-response-time | |
| ip igmp | ip igmp | |
| ip igmp snooping | ip igmp snooping | |

02099-00004/8240126.1

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
|     ip igmp snooping querier |     ip igmp snooping querier | |
|     ip igmp snooping vlan |     ip igmp snooping vlan | |
|     ip igmp snooping vlan immediate-leave |     ip igmp snooping vlan immediate-leave | |
|     ip igmp snooping vlan mrouter |     ip igmp snooping vlan mrouter | |
|     ip igmp snooping vlan static |     ip igmp snooping vlan static | |
|   ip igmp startup-query |   ip igmp startup-query | |
|     ip igmp startup-query-interval |     ip igmp startup-query-interval | |
|     ip igmp startup-query-count |     ip igmp startup-query-count | |
|   ip igmp static-group |   ip igmp static-group | |
|   ip igmp version |   ip igmp version | |
| ip load-sharing | ip load-sharing | |
| ip local-proxy-arp | ip local-proxy-arp | |
| ip msdp | ip msdp | |
|   ip msdp cache-sa-state |   ip msdp cache-sa-state | |
|   ip msdp default-peer |   ip msdp default-peer | |
|   ip msdp description |   ip msdp description | |
|   ip msdp group-limit |   ip msdp group-limit | |
|   ip msdp keepalive |   ip msdp keepalive | |
|   ip msdp mesh-group |   ip msdp mesh-group | |
|   ip msdp originator-id |   ip msdp originator-id | |
|   ip msdp peer |   ip msdp peer | |
|   ip msdp sa-filter |   ip msdp sa-filter | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| ip msdp sa-filter in | ip msdp sa-filter in | |
| ip msdp sa-filter out | ip msdp sa-filter out | |
| ip msdp sa-limit | ip msdp sa-limit | |
| ip msdp shutdown | ip msdp shutdown | |
| ip msdp timer | ip msdp timer | |
| ip multicast | ip multicast | |
| ip multicast boundary | ip multicast boundary | |
| ip multicast-routing | ip multicast-routing | |
| ip name-server | ip name-server | |
| ip nat | ip nat | |
| ip nat pool | ip nat pool | |
| ip nat translation | ip nat translation | |
| ip nat translation tcp-timeout | ip nat translation tcp-timeout | |
| ip nat translation udp-timeout | ip nat translation udp-timeout | |
| ip ospf authentication | ip ospf authentication | |
| ip ospf authentication-key | ip ospf authentication-key | |
| ip ospf | ip ospf | |
| ip ospf bfd | ip ospf bfd | |
| ip ospf cost | ip ospf cost | |
| ip ospf dead-interval | ip ospf dead-interval | |
| ip ospf hello-interval | ip ospf hello-interval | |
| ip ospf message-digest-key | ip ospf message-digest-key | |

02099-00004/8240126.1

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
|     ip ospf name-lookup |     ip ospf name-lookup | |
|     ip ospf network |     ip ospf network | |
|     ip ospf priority |     ip ospf priority | |
|     ip ospf retransmit-interval |     ip ospf retransmit-interval | |
|     ip ospf shutdown |     ip ospf shutdown | |
|     ip ospf transmit-delay |     ip ospf transmit-delay | |
| ip pim | ip pim | |
|     ip pim anycast-rp |     ip pim anycast-rp | |
|     ip pim bfd |     ip pim bfd | |
|         ip pim bfd |         ip pim bfd | |
|         ip pim bfd-instance |         ip pim bfd-instance | |
|     ip pim bsr |     ip pim bsr | |
|         ip pim bsr-border |         ip pim bsr-border | |
|         ip pim bsr-candidate |         ip pim bsr-candidate | |
|     ip pim dr-priority |     ip pim dr-priority | |
|     ip pim log-neighbor-changes |     ip pim log-neighbor-changes | |
|     ip pim neighbor-filter |     ip pim neighbor-filter | |
|     ip pim query-interval |     ip pim query-interval | |
|     ip pim register-source |     ip pim register-source | |
|     ip pim rp |     ip pim rp | |
|         ip pim rp-address |         ip pim rp-address | |
|         ip pim rp-candidate |         ip pim rp-candidate | |

02099-00004/8240126.1

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| ip pim sparse-mode | ip pim sparse-mode | |
| ip pim spt-threshold | ip pim spt-threshold | |
| ip pim spt-threshold group-list | ip pim spt-threshold group-list | |
| ip pim ssm range | ip pim ssm range | |
| ip prefix-list | ip prefix-list | |
| ip protocol | ip protocol | |
| ip proxy-arp | ip proxy-arp | |
| ip radius source-interface | ip radius source-interface | |
| ip rip v2-broadcast | ip rip v2-broadcast | |
| ip route | ip route | |
| ip routing | ip routing | |
| ip tacacs source-interface | ip tacacs source-interface | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| ipv6 | ipv6 | Dkt. 332-2 at PDF pp. 290-298. |
|     ipv6 access-list[3] |     ipv6 access-list | |
|     ipv6 address |     ipv6 address | |
|     ipv6 dhcp relay destination |     ipv6 dhcp relay destination | |
|     ipv6 enable |     ipv6 enable | |
|     ipv6 host |     ipv6 host | |
|     ipv6 ipv6 access-group |     ipv6 ipv6 access-group | |
|     ipv6 nd |     ipv6 nd | |
|         ipv6 nd managed-config-flag |         ipv6 nd managed-config-flag | |
|         ipv6 nd ns-interval |         ipv6 nd ns-interval | |
|         ipv6 nd other-config-flag |         ipv6 nd other-config-flag | |
|         ipv6 nd prefix |         ipv6 nd prefix | |
|         ipv6 nd ra |         ipv6 nd ra | |
|             ipv6 nd ra interval |             ipv6 nd ra interval | |
|             ipv6 nd ra lifetime |             ipv6 nd ra lifetime | |
|             ipv6 nd ra suppress |             ipv6 nd ra suppress | |
|         ipv6 nd reachable-time |         ipv6 nd reachable-time | |
|         ipv6 nd router-preference |         ipv6 nd router-preference | |
|     ipv6 neighbor |     ipv6 neighbor | |
|     ipv6 ospf |     ipv6 ospf | |

[3]  In Exhibit Copying 5 to the Opening Almeroth Report (Dkt. 332-2), this command expression was mislabeled under the "ip" hierarchy when it should have been included with the "ipv6" hierarchy, as shown here.

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
|     ipv6 ospf area |     ipv6 ospf area | |
|     ipv6 ospf cost |     ipv6 ospf cost | |
|     ipv6 ospf dead-interval |     ipv6 ospf dead-interval | |
|     ipv6 ospf hello-interval |     ipv6 ospf hello-interval | |
|     ipv6 ospf network |     ipv6 ospf network | |
|     ipv6 ospf priority |     ipv6 ospf priority | |
|     ipv6 ospf retransmit-interval |     ipv6 ospf retransmit-interval | |
|     ipv6 ospf transmit-delay |     ipv6 ospf transmit-delay | |
| ipv6 prefix-list | ipv6 prefix-list | |
| ipv6 route | ipv6 route | |
| ipv6 router ospf | ipv6 router ospf | |
| ipv6 unicast-routing | ipv6 unicast-routing | |
| neighbor | neighbor | Dkt. 332-2 at PDF pp. 299-304. |
|     neighbor activate |     neighbor activate | |
|     neighbor allowas-in |     neighbor allowas-in | |
|     neighbor default-originate |     neighbor default-originate | |
|     neighbor description |     neighbor description | |
|     neighbor ebgp-multihop |     neighbor ebgp-multihop | |
|     neighbor fall-over bfd |     neighbor fall-over bfd | |
|     neighbor local-as |     neighbor local-as | |
|     neighbor next-hop-self |     neighbor next-hop-self | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| neighbor password<br>neighbor peer-group<br>    neighbor peer-group (assigning members)<br>    neighbor peer-group (creating)<br>neighbor remote-as<br>neighbor remove-private-as<br>neighbor route<br>    neighbor route-map<br>    neighbor route-reflector- client<br>neighbor send-community<br>neighbor shutdown<br>neighbor soft-reconfiguration<br>neighbor timers<br>neighbor transport connection-mode<br>neighbor update-source<br>neighbor weight | neighbor password<br>neighbor peer-group<br>    neighbor peer-group (assigning members)<br>    neighbor peer-group (creating)<br>neighbor remote-as<br>neighbor remove-private-as<br>neighbor route<br>    neighbor route-map (BGP)<br>    neighbor route-reflector- client<br>neighbor send-community<br>neighbor shutdown<br>neighbor soft-reconfiguration<br>neighbor timers<br>neighbor transport connection-mode<br>neighbor update-source<br>neighbor weight | |
| show<br>    show aaa<br>        show aaa method-lists<br>        show aaa sessions<br>    show arp<br>    show bfd neighbors | show<br>    show aaa<br>        show aaa method-lists<br>        show aaa sessions<br>    show arp<br>    show bfd neighbors | Dkt. 332-2 at PDF pp. 305-344. |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| show clock | show clock | |
| show dot1q-tunnel | show dot1q-tunnel | |
| show dot1x | show dot1x | |
|     show dot1x all summary |     show dot1x all summary | |
|     show dot1x statistics |     show dot1x statistics | |
| show environment | show environment | |
|     show environment all |     show environment all | |
|     show environment cooling |     show environment cooling | |
| show environment | show environment | |
|     show environment power |     show environment power | |
|     show environment temperature |     show environment temperature | |
| show etherchannel | show etherchannel | |
| show hostname | show hostname | |
| show hosts | show hosts | |
| show interfaces | show interfaces | |
|     show interfaces capabilities |     show interfaces capabilities | |
|     show interfaces description |     show interfaces description | |
|     show interfaces flowcontrol |     show interfaces flowcontrol | |
|     show interfaces private-vlan mapping |     show interfaces private-vlan mapping | |
|     show interfaces status |     show interfaces status | |
|     show interfaces switchport |     show interfaces switchport | |
|         show interfaces switchport backup |         show interfaces switchport backup | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| show interfaces transceiver | show interfaces transceiver | |
| show interfaces trunk | show interfaces trunk | |
| show inventory | show inventory | |
| show ip | show ip | |
| show ip access-lists | show ip access-lists | |
| show ip arp | show ip arp | |
| show ip bgp | show ip bgp | |
| show ip bgp community | show ip bgp community | |
| show ip bgp neighbors | show ip bgp neighbors (route type) | |
| show ip bgp neighbors | show ip bgp neighbors | |
| show ip bgp paths | show ip bgp paths | |
| show ip bgp peer-group | show ip bgp peer-group | |
| show ip bgp regexp | show ip bgp regexp | |
| show ip bgp summary | show ip bgp summary | |
| show ip community-list | show ip community-list | |
| show ip dhcp snooping | show ip dhcp snooping | |
| show ip extcommunity-list | show ip extcommunity-list | |
| show ip helper-address | show ip helper-address | |
| show ip igmp | show ip igmp | |
| show ip igmp groups | show ip igmp groups | |
| show ip igmp interface | show ip igmp interface | |
| show ip igmp snooping | show ip igmp snooping | |

02099-00004/8240126.1

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| show ip igmp snooping groups | show ip igmp snooping groups | |
| show ip igmp snooping mrouter | show ip igmp snooping mrouter | |
| show ip igmp snooping querier | show ip igmp snooping querier | |
| show ip interface | show ip interface | |
| show ip interface brief | show ip interface brief | |
| show ip mfib | show ip mfib | |
| show ip mroute | show ip mroute | |
| show ip mroute count | show ip mroute count | |
| show ip msdp | show ip msdp | |
| show ip msdp mesh-group | show ip msdp mesh-group | |
| show ip msdp peer | show ip msdp peer | |
| show ip msdp rpf-peer | show ip msdp rpf-peer | |
| show ip msdp sa-cache | show ip msdp sa-cache | |
| show ip msdp summary | show ip msdp summary | |
| show ip nat translations | show ip nat translations | |
| show ip ospf | show ip ospf | |
| show ip ospf border-routers | show ip ospf border-routers | |
| show ip ospf database database-summary | show ip ospf database database-summary | |
| show ip ospf interface | show ip ospf interface | |
| show ip ospf neighbor | show ip ospf neighbor | |
| show ip ospf request-list | show ip ospf request-list | |
| show ip ospf retransmission- list | show ip ospf retransmission- list | |

02099-00004/8240126.1

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| show ip pim | show ip pim | |
|     show ip pim interface |     show ip pim interface | |
|     show ip pim neighbor |     show ip pim neighbor | |
|     show ip pim rp |     show ip pim rp | |
|     show ip pim rp-hash |     show ip pim rp-hash | |
| show ip prefix-list | show ip prefix-list | |
| show ip rip | show ip rip | |
|     show ip rip database |     show ip rip database | |
|     show ip rip neighbors |     show ip rip neighbors | |
| show ip route | show ip route | |
|     show ip route summary |     show ip route summary | |
| show ip route tag | show ip route tag | |
| show ipv6 | show ipv6 | |
|     show ipv6 access-list |     show ipv6 access-list | |
|     show ipv6 bgp |     show ipv6 bgp | |
|     show ipv6 bgp community |     show ipv6 bgp community | |
|     show ipv6 bgp neighbors |     show ipv6 bgp neighbors | |
|     show ipv6 bgp summary |     show ipv6 bgp summary | |
|     show ipv6 interface |     show ipv6 interface | |
|     show ipv6 neighbors |     show ipv6 neighbors | |
|     show ipv6 ospf |     show ipv6 ospf | |
|     show ipv6 ospf border- routers |     show ipv6 ospf border- routers | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| show ipv6 ospf interface | show ipv6 ospf interface | |
| show ipv6 ospf neighbor | show ipv6 ospf neighbor | |
| show ipv6 prefix-list | show ipv6 prefix-list | |
| show ipv6 route | show ipv6 route | |
| show ipv6 route summary | show ipv6 route summary | |
| show ipv6 route tag | show ipv6 route tag | |
| show isis | show isis | |
| show isis database | show isis database | |
| show isis interface | show isis interface | |
| show isis topology | show isis topology | |
| show lacp | show lacp | |
| show lacp counters | show lacp counters | |
| show lacp interface | show lacp interface | |
| show lacp neighbor | show lacp neighbor | |
| show link state group | show link state group | |
| show lldp | show lldp | |
| show lldp neighbors | show lldp neighbors | |
| show lldp traffic | show lldp traffic | |
| show mac | show mac | |
| show mac access-list | show mac access-list | |
| show mac address-table | show mac address-table | |
| show mac address-table aging time | show mac address-table aging time | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
|    show mac address-table count |    show mac address-table count | |
| show module | show module | |
| show monitor session | show monitor session | |
| show ntp | show ntp | |
|    show ntp associations |    show ntp associations | |
|    show ntp status |    show ntp status | |
| show policy-map | show policy-map | |
|    show policy-map control-plane |    show policy-map control-plane | |
|    show policy-map interface |    show policy-map interface | |
|    show policy-map interface control-plane |    show policy-map interface control-plane | |
| show port | show port | |
|    show port-channel |    show port-channel | |
|       show port-channel summary |       show port-channel summary | |
|       show port-channel traffic |       show port-channel traffic | |
|    show port-security |    show port-security | |
|       show port-security address |       show port-security address | |
|       show port-security interface |       show port-security interface | |
| show privilege | show privilege | |
| show ptp | show ptp | |
|    show ptp clock |    show ptp clock | |
|    show ptp parent |    show ptp parent | |
|    show ptp time-property |    show ptp time-property | |

02099-00004/8240126.1

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| show radius | show radius | |
| show redundancy states | show redundancy states | |
| show reload | show reload | |
| show role | show role | |
| show route-map | show route-map | |
| show snmp | show snmp | |
|     show snmp chassis |     show snmp chassis | |
|     show snmp community |     show snmp community | |
|     show snmp contact |     show snmp contact | |
|     show snmp engineID |     show snmp engineID | |
|     show snmp group |     show snmp group | |
|     show snmp host |     show snmp host | |
|     show snmp location |     show snmp location | |
|     show snmp mib |     show snmp mib | |
|     show snmp source-interface |     show snmp source-interface | |
|     show snmp trap |     show snmp trap | |
|     show snmp user |     show snmp user | |
|     show snmp view |     show snmp view | |
| show spanning-tree | show spanning-tree | |
|     show spanning-tree blockedports |     show spanning-tree blockedports | |
|     show spanning-tree bridge |     show spanning-tree bridge | |
|     show spanning-tree interface |     show spanning-tree interface | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
|     show spanning-tree mst |     show spanning-tree mst | |
|     show spanning-tree mst configuration |     show spanning-tree mst configuration | |
|     show spanning-tree mst interface |     show spanning-tree mst interface | |
|     show spanning-tree root |     show spanning-tree root | |
| show storm-control | show storm-control | |
| show tacacs | show tacacs | |
| show track | show track | |
| show user-account | show user-account | |
| show users | show users | |
| show version | show version | |
| show vlan | show vlan | |
|     show vlan private-vlan |     show vlan private-vlan | |
|     show vlan summary |     show vlan summary | |
| show vrf | show vrf | |
| show vrrp | show vrrp | |
| snmp-server | snmp-server | Dkt. 332-2 at PDF pp. 346-349. |
|     snmp-server chassis-id |     snmp-server chassis-id | |
|     snmp-server community |     snmp-server community | |
|     snmp-server contact |     snmp-server contact | |
|     snmp-server enable traps |     snmp-server enable traps | |
|     snmp-server engineID |     snmp-server engineID | |
|         snmp-server engineID local |         snmp-server engineID local | |

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
| snmp-server engineID remote<br>snmp-server group<br>snmp-server host<br>snmp-server location<br>snmp-server source-interface<br>snmp-server user<br>snmp-server view | snmp-server engineID remote<br>snmp-server group<br>snmp-server host<br>snmp-server location<br>snmp-server source-interface<br>snmp-server user<br>snmp-server view | |
| spanning-tree[4]<br>spanning-tree bpdufilter<br>spanning-tree bpduguard<br>spanning-tree bridge assurance<br>spanning-tree cost<br>spanning-tree guard<br>spanning-tree link-type<br>spanning-tree loopguard default<br>spanning-tree mode<br>spanning-tree mst configuration | spanning-tree<br>spanning-tree bpdufilter<br>spanning-tree bpduguard<br>spanning-tree bridge assurance<br>spanning-tree cost<br>spanning-tree guard<br>spanning-tree link-type<br>spanning-tree loopguard default<br>spanning-tree mode<br>spanning-tree mst configuration | Dkt. 332-2 at PDF pp. 349-353. |

---

[4]  In Exhibit Copying 5 to the Opening Almeroth Report (Dkt. 332-2), the following command expressions were mislabeled under the "snmp-server" hierarchy when they should have been included with the "spanning-tree hierarchies," as shown herein: spanning-tree bpdufilter, spanning-tree bpduguard, spanning-tree bridge assurance, spanning-tree cost, spanning-tree guard, spanning-tree link-type, spanning-tree loopguard default, spanning-tree mode, spanning-tree mst configuration, spanning-tree portfast bpdufilter default, spanning-tree portfast bpduguard default.

| Cisco's Command Hierarchies | Arista's Command Hierarchies | Supporting Evidence In The Record |
|---|---|---|
|     spanning-tree portfast<br>        spanning-tree portfast bpdufilter default<br>        spanning-tree portfast bpduguard default<br>   spanning-tree port-priority<br>   spanning-tree transmit hold- count<br>   spanning-tree vlan |     spanning-tree portfast<br>        spanning-tree portfast bpdufilter default<br>        spanning-tree portfast bpduguard default<br>   spanning-tree port-priority<br>   spanning-tree transmit hold- count<br>   spanning-tree vlan | |
| vrrp<br>   vrrp authentication<br>   vrrp delay reload<br>   vrrp description<br>   vrrp ip<br>      vrrp ip secondary<br>   vrrp preempt<br>   vrrp priority<br>   vrrp shutdown<br>   vrrp timers advertise | vrrp<br>   vrrp authentication<br>   vrrp delay reload<br>   vrrp description<br>   vrrp ip<br>      vrrp ip secondary<br>   vrrp preempt<br>   vrrp priority<br>   vrrp shutdown<br>   vrrp timers advertise | Dkt. 332-2 at PDF pp. 354-356. |