# EXHIBIT A

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**ARISTA'S [SAMPLE PROPOSED ORDER] RE ANALYTIC DISSECTION OF ASSERTED WORKS**<br><br>Dept:    Courtroom 3 - 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1    The Court has considered the briefing and evidence submitted by the parties in support of

2    their respective positions regarding "analytic dissection" of the works asserted by Cisco,

3    including declarations [and testimony] by the parties' experts, Dr. John Black and Dr. Kevin

4    Almeroth.  The Court has focused its analytic dissection on those aspects or features of the Cisco

5    works that Cisco claims Arista has copied (the "Asserted Features"), recognizing that there are

6    numerous other aspects of those works that may include both protectable and unprotectable

7    elements.  In performing analytic dissection, the Court has considered originality, the words-and-

8    short-phrases doctrine, the idea/expression dichotomy (17 U.S.C. §102(b)), and the *scenes a faire*

9    doctrine.

10    After consideration of the parties' arguments and evidence, the Court holds that a number

11    of elements of the Asserted Features are not protectable under copyright law.  The Court has not

12    made the converse finding.  That is, if elements of the Asserted Features are not listed below, that

13    does not mean that the Court has found that they satisfy the requirements of originality or are not

14    *scenes a faire*, or decided any other factual question underlying Cisco's infringement claim.

15    The following example further explains the Court's reasoning.  The Border Gateway

16    Protocol is a network routing protocol originally specified in June 1989 in Internet Engineering

17    Task Force ("IETF") RFC No. 1105.  RFC 1105 uses the acronym "BGP" to describe the

18    protocol, and this acronym was part of the standard parlance in the networking industry before

19    Cisco claims to have authored the asserted command-line-interface ("CLI") commands that use

20    the term "BGP".  The Court finds that the use of the term "BGP" in CLI commands relating to the

21    BGP protocol is not protectable under copyright law.  As a result, Cisco may not argue to the

22    jury, and the jury may not find, that Arista's use of the term "BGP" itself supports a finding of

23    infringement.  Cisco is not precluded from arguing that other aspects of commands using the term

24    BGP are protectable, subject to the evidence and any further rulings the Court may make before

25    or during trial.  Similar logic applies to the entirety of the Court's rulings herein.

26    The Court will instruct the jury that Arista's use of these elements, by itself, cannot

27    support a finding of copyright infringement.  The elements of the Asserted Features that the Court

28    holds are not protectable are:

1

1090590

1.  198 CLI commands set forth in **Appendix A** hereto, which do not merit any presumption of originality and for which Cisco has offered no evidence, or no relevant evidence, carrying its burden that the phrases are original to Cisco (Unoriginality; *see* ECF No. 329 (Arista MSJ) at 8–10; ECF No. 329-15);

2.  Acronyms, the names of protocols, and terms identifying standard networking features, functionality, and/or parameters that originate from formal or informal industry standards or widely-adopted conventions, which Cisco used in the Asserted Features consistently with pre-existing industry usage [sample set forth in **Appendix B]** (Unoriginality; *Scenes a faire*; *see* ECF No. 380 (Arista Opp. MSJ) at 9–11);

3.  The hierarchical arrangement of Cisco commands by common root word, or sub-hierarchical arrangement by common first and second words, etc. (Section 102(b); Unoriginality; Words and short phrases (37 C.F.R § 202.1(a)); *Scenes a faire*; *see* ECF No. 329 (Arista MSJ) at 11–16);

4.  The names of the asserted Cisco modes (EXEC, Privileged EXEC, Global Configuration and Privileged Configuration modes), their associated prompts, and the selection of commands that are available in each mode (Section 102(b); Unoriginality; *Scenes a faire*; Words and short phrases (37 C.F.R § 202.1(a)); *see* ECF No. 329 (Arista MSJ) at 11–17;

5.  Functional elements of responsive screen displays, and elements of responsive screen displays taken from widely used industry conventions [sample set forth in **Appendix C]** (Section 102(b); Unoriginality; Words and short phrases (37 C.F.R § 202.1(a)); *Scenes a faire*);

6.  To the extent Cisco asserts them as independently protectable under copyright, phrases of two words or fewer (Words and short phrases (37 C.F.R § 202.1(a)));

7.  The command syntax in the form "[verb] [object or entity] [additional parameters]," which was used in pre-existing command languages and is not original to Cisco (Unoriginality; *Scenes a faire*);

8.  The following command words, which were used in pre-existing command languages

1090590

and are not original to Cisco: "banner", "boot", "clock", "clear", "enable", "erase", "load", "set", "show" and "terminal" (Unoriginality, *Scenes a faire*);

9. The function of any Asserted Feature, such as the function of a particular command, or a mode of operation, or a command response screen (Section 102(b));

10. The use of a text-based command-line interface or CLI as opposed to another means of configuring or managing a device such as a graphical user interface, in which command words and arguments are typed in at a command prompt, and the use of multi-word commands to manage or configure a device (Unoriginality; Section 102(b)).

SO ORDERED.

_____, 2016

_____
HON. BETH LABSON FREEMAN
United States District Judge

---

3

1090590

# Appendix A

| | | | |
|---|---|---|---|
| 1. | aaa accounting | 51. | ip ospf authentication-key |
| 2. | aaa accounting dot1x | 52. | ip ospf cost |
| 3. | aaa authentication login | 53. | ip ospf dead-interval |
| 4. | aaa authentication config-commands | 54. | ip ospf hello-interval |
| 5. | aggregate-address | 55. | ip ospf network |
| 6. | area default-cost | 56. | ip ospf priority |
| 7. | area default-cost (OSPFv3) | 57. | ip ospf retransmit-interval |
| 8. | area nssa | 58. | ip ospf shutdown |
| 9. | area nssa (OSPFv3) | 59. | ip ospf transmit-delay |
| 10. | area nssa default-information- originate | 60. | ip pim anycast-rp |
| 11. | area nssa default-information-originate (OSPFv3) | 61. | ip pim log-neighbor-changes |
| 12. | area nssa no-summary | 62. | ip pim query-interval |
| 13. | area nssa translate type7 always (OSPFv3) | 63. | ip pim rp-address |
| 14. | area range | 64. | ip pim sparse-mode |
| 15. | area range (OSPFv3) | 65. | ip pim spt-threshold |
| 16. | area stub | 66. | ip pim spt-threshold group-list |
| 17. | area stub (OSPFv3) | 67. | ip tacacs source-interface |
| 18. | bgp client-to-client reflection | 68. | ip-community-list standard |
| 19. | bgp cluster-id | 69. | ipv6 access-group |
| 20. | bgp confederation identifier | 70. | ipv6 nd ra interval |
| 21. | bgp confederation peers | 71. | ipv6 nd ra lifetime |
| 22. | bgp listen limit | 72. | ipv6 nd ra suppress |
| 23. | class-map type control-plane | 73. | ipv6 nd router-preference |
| 24. | clear counters | 74. | isis hello-interval |
| 25. | clear ip igmp group | 75. | isis hello-multiplier |
| 26. | clear ip mroute | 76. | isis lsp-interval |
| 27. | clear ip nat translation | 77. | isis metric |
| 28. | clear ip ospf neighbor | 78. | isis passive |
| 29. | clear spanning-tree counters | 79. | isis priority |
| 30. | clock set | 80. | is-type |
| 31. | clock timezone | 81. | lacp rate |
| 32. | default-metric (OSPF) | 82. | load-interval |
| 33. | dot1x timeout reauth-period | 83. | log-adjacency-changes (IS-IS) |
| 34. | enable secret | 84. | logging host |
| 35. | erase startup config | 85. | mac access-group |
| 36. | ip as-path access-list | 86. | mac access-list |
| 37. | ip community-list expanded | 87. | neighbor activate |
| 38. | ip community-list standard | 88. | neighbor default-originate |
| 39. | ip igmp query-interval | 89. | neighbor ebgp-multihop |
| 40. | ip igmp query-max-response-time | 90. | neighbor fall-over bfd |
| 41. | ip igmp startup-query-count | 91. | neighbor next-hop-self |
| 42. | ip igmp startup-query-interval | 92. | neighbor remote-as |
| 43. | ip igmp static-group | 93. | neighbor remove-private-as |
| 44. | ip igmp version | 94. | neighbor route-map |
| 45. | ip msdp group-limit | 95. | neighbor send-community |
| 46. | ip multicast boundary | 96. | neighbor soft-reconfiguration |
| 47. | ip multicast-routing | 97. | neighbor update-source |
| 48. | ip nat pool | 98. | neighbor weight |
| 49. | ip nat translation tcp-timeout | 99. | network area |
| 50. | ip nat translation udp-timeout | 100. | ntp authenticate |

[SAMPLE PROPOSED ORDER] RE ANALYTIC DISSECTION OF ASSERTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1090590

| 101. | ntp authenticiation-key | 151. | show isis database |
|------|-------------------------|------|--------------------|
| 102. | ntp server | 152. | show isis interface |
| 103. | ntp source | 153. | show lacp counters |
| 104. | ntp trusted-key | 154. | show lacp interface |
| 105. | policy-map type control-plane | 155. | show lacp neighbor |
| 106. | policy-map type pos | 156. | show mac access-lists |
| 107. | port-channel min-links | 157. | show ntp associations |
| 108. | radius-server deadtime | 158. | show ntp status |
| 109. | radius-server host | 159. | show port-channel summary |
| 110. | radius-server key | 160. | show port-channel traffic |
| 111. | radius-server retransmit | 161. | show privilege |
| 112. | radius-server timeout | 162. | show radius |
| 113. | routep-map | 163. | show reload |
| 114. | router isis | 164. | show role |
| 115. | router ospf | 165. | show route-map |
| 116. | routing-context vrf | 166. | show snmp |
| 117. | set-overload-bit | 167. | show snmp chassis |
| 118. | show clock | 168. | show snmp community |
| 119. | show dot1x statistics | 169. | show snmp contact |
| 120. | show environment power | 170. | show snmp location |
| 121. | show interfaces switchport backup | 171. | show snmp source-interface |
| 122. | show ip bgp community | 172. | show snmp trap |
| 123. | show ip bgp neighbors | 173. | show spanning-tree blockedports |
| 124. | show ip bgp paths | 174. | show spanning-tree bridge |
| 125. | show ip bgp regexp | 175. | show spanning-tree interface |
| 126. | show ip bgp summary | 176. | show spanning-tree mst configuration |
| 127. | show ip igmp groups | 177. | show spanning-tree mst interface |
| 128. | show ip igmp interface | 178. | show spanning-tree root |
| 129. | show ip igmp snooping groups | 179. | show tacacs |
| 130. | show ip igmp snooping querier | 180. | show user-account |
| 131. | show ip mfib | 181. | show version |
| 132. | show ip mroute | 182. | show vlan summary |
| 133. | show ip mroute count | 183. | show vrf |
| 134. | show ip msdp mesh-group | 184. | snmp trap link-status |
| 135. | show ip nat translations | 185. | snmp-server chassis-id |
| 136. | show ip ospf | 186. | snmp-server contact |
| 137. | show ip ospf border-routers | 187. | snmp-server enable traps |
| 138. | show ip ospf database database-summary | 188. | snmp-server location |
| 139. | show ip ospf interface | 189. | snmp-server view |
| 140. | show ip ospf neighbor | 190. | spanning-tree bridge assurance |
| 141. | show ip ospf request-list | 191. | spanning-tree transmit hold-count |
| 142. | show ip ospf retransmission-list | 192. | spf-interval |
| 143. | show ip pim interface | 193. | statistics per-entry |
| 144. | show ip pim neighbor | 194. | switchport backup interface |
| 145. | show ip pim rp | 195. | tacacs-server key |
| 146. | show ip route summary | 196. | username sshkey |
| 147. | show ipv6 bgp | 197. | vrf definition |
| 148. | show ipv6 bgp community | 198. | vrf forwarding |
| 149. | show ipv6 bgp neighbors | | |
| 150. | show ipv6 bgp summary | | |

[SAMPLE PROPOSED ORDER] RE ANALYTIC DISSECTION OF ASSERTED WORKS
Case No. 5:14-cv-05344-BLF (NC)

1090590

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Appendix B**

[Examples of unoriginal acronyms and keywords that comprise the Asserted Features. Within each family, the listed root word (e.g., "aaa") as well as combinations of that root word with the terms that follow it are all unprotectable]

1.  Aaa
    a.  Accounting
        i.  Dot1x
    b.  Authentication
        i.  login
    c.  Authorization
    d.  Server
        i.  Radius
        ii. Tacacs+

* * *

2.  Bgp
    a.  Reflection
    b.  Cluster id
    c.  Confederation
        i.  Identifier
        ii. Peers

* * *

6

1090590

**Appendix C**

[Examples of unoriginal acronyms and keywords used in the accused command responses]

1.  The following unoriginal acronyms and keywords that appear in the command response to the CLI command "show ip route" are unprotectable:

    a.  route

    b.  static

    c.  aggregate

    d.  RIP

    e.  BGP

    f.  OSPF

    g.  NSSA

    h.  IS-IS

2.  The following unoriginal acronyms and keywords that appear in the command response to the CLI command "show snmp" are unprotectable:

    a.  SNMP

    b.  community name

    c.  trap

3.  The following unoriginal acronyms and keywords that appear in the command response to the CLI command "show interface ethernet" are unprotectable:

    a.  Ethernet

    b.  address

4.  The following unoriginal acronyms and keywords that appear in the command response to the CLI command "show ip igmp snooping" are unprotectable:

    a.  IGMP

    b.  snooping

1090590