KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S NOTICE RE ARISTA'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 449)**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

DEFENDANT ARISTA NETWORKS, INC.'S NOTICE RE ARISTA'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1100325

1  Defendant Arista Networks, Inc. ("Arista") respectfully provides this notice to the Court that Arista will seek leave under Civil Local Rule 7-11 to file a very short reply brief to correct three erroneous statements in Plaintiff Cisco Systems, Inc.'s Opposition to Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. *See* ECF 449 (Arista's Motion for Relief); 457 (Opposition). Pursuant to Civil Local Rule 7-11(a), Arista is seeking Cisco's consent to the relief requested in the administrative motion, and is awaiting Cisco's response before filing the administrative motion tomorrow.

Respectfully submitted,

Dated: August 18, 2016    KEKER & VAN NEST LLP

By:  */s/ Brian L. Ferrall*
     BRIAN L. FERRALL

Attorney for Defendant
ARISTA NETWORKS, INC.