KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1082836

1      Pursuant to the Northern District of California's Civil Local Rule 7-11, Defendant Arista

2   Networks, Inc. ("Arista") respectfully submits this Administrative Motion for Leave to File a

3   Reply in Support of Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate

4   Judge. *See* ECF 449. Arista submits this request with the supporting Declaration of Ryan K.

5   Wong ("Wong Decl.") and a Proposed Order per the Civil Local Rules. *See* Civil L.R. 7-11(a).

6      Cisco's Opposition (ECF 457) makes three false representations of fact that demand

7   correction and did not appear in Cisco's briefing before Magistrate Judge Cousins. Central to

8   Cisco's Opposition is its claim that the "comparison" that was essential to its preparation of its

9   last-minute "helpdesc" contentions "***was not possible*** until Arista had produced both the accused

10  source code and operational switches running that code." ECF 457 at 1:10–11 (emphasis

11  original). Arista's reply brief demonstrates that this unsupported claim is false in two respects:

12  before Arista produced any switches in this case, (1) Cisco ***already possessed*** an operable Arista

13  switch "running that code," that is, the version of Arista software that corresponded to the source

14  code it relied upon for its contentions, and (2) the switches Arista produced in May 2016 ***did not***

15  run the version of source code Cisco used for its "helpdesc" comparison. The third false

16  representation asserts that Arista refused to produce Arista switches in response to discovery

17  requests. Although Arista's motion to strike can and should be granted regardless of these false

18  assertions, such misstatements can develop a life of their own if allowed to stand or are

19  incorporated into Court orders.

20      These statements were not made in the papers submitted before Judge Cousins. There,

21  Cisco did argue in its brief that it needed the switches Arista produced in this litigation to provide

22  its responses (ECF 323-3 at 1:9–12), and Arista countered by demonstrating that Cisco had

23  numerous other Arista switches at its disposal from which it could have provided the

24  supplemental interrogatory response (ECF 362-4 at 2:5–6, citing ECF 306-12 at 5–7), just like it

25  provided copyright contentions concerning other aspects of the CLI. But the first time Cisco

26  claimed it needed an Arista switch ***with software corresponding*** to produced source code was at

27  the hearing before Judge Cousins, at which point Arista had no opportunity to investigate or

28  submit rebuttal evidence. In fact, Cisco had submitted no evidence to Judge Cousins supporting

this attorney argument.  Now, in its current Opposition to Arista's Motion for Relief, Cisco has turned attorney argument into purported facts, without any evidentiary support.  This brief reply explains why those asserted facts are false and the representations should never have been made.

Arista respectfully requests that the Court grant this Administrative Motion and consider the short reply brief and supporting declaration attached as **Exhibit A** (reply brief) and **Exhibit B** (supporting declaration) hereto as part of the briefing for Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.  *See* ECF 449.

Arista sought Cisco's consent to the relief sought by this Administrative Motion, and also requested that Cisco withdraw its Opposition in view of the erroneous statements, but the parties were unable to reach an agreement.  Cisco therefore opposes the relief Arista seeks in this Administrative Motion.  *See* Wong Decl. ¶¶ 3–6.


Dated:  August 19, 2016                         KEKER & VAN NEST LLP


                                       By:    */s/ Ryan K. Wong*
                                              RYAN K. WONG


                                              Attorney for Defendant
                                              ARISTA NETWORKS, INC.

1082836

# EXHIBIT A

1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  BRIAN L. FERRALL - #160847
   DAVID SILBERT - #173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone:  (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                     SAN JOSE DIVISION

18 CISCO SYSTEMS, INC.,

19             Plaintiff,

20      v.

21 ARISTA NETWORKS, INC.,

22             Defendant.

23

24

Case No. 5:14-cv-05344-BLF (NC)

**DEFENDANT ARISTA NETWORKS,
INC.'S REPLY IN SUPPORT OF
ARISTA'S MOTION FOR RELIEF FROM
NONDISPOSITIVE PRETRIAL ORDER
OF MAGISTRATE JUDGE (ECF 449)**

Judge:        Hon. Beth Labson Freeman

Date Filed:  December 5, 2014

Trial Date:  November 21, 2016

25

26

27

28

DEFENDANT ARISTA NETWORKS, INC.'S REPLY IN SUPPORT OF ARISTA'S MOTION FOR
RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1100286

Cisco's Opposition to Arista's Motion for Relief (ECF 457) contains at least three demonstrably false representations. Although the Court may grant Arista's Motion for Relief based on the already-submitted evidence and argument that demonstrates that Cisco had at its disposal long ago all the resources needed to disclosed the asserted "similarities" of "helpdesc" text, misrepresentations in the record as clear as these require correction.

> **1. Before Arista produced any switches in this case, Cisco possessed an operable Arista switch running the same version of EOS as the source code Cisco used for its "helpdesc" analysis.**

Cisco argues that its disclosure of hundreds of allegedly similar "help descriptions" on the last day of fact discovery was "based on a comparison of (i) the contents of Arista's source code *and* (ii) the actual operation and testing of operable versions of Arista's switches running that source code," and that "[t]his comparison *was not possible* until Arista had produced both the accused source code and operational switches running that code." *See* ECF 457 at 1:8–11 (emphases original). Cisco also asserts that any comparison it could have done before Arista produced switches in May 2016 "would have been on Arista devices that do not necessarily correspond to the source code files that Arista produced in this case." *Id.* at 3 fn. 4.

In fact, before Arista made any switches available for inspection in this litigation, Cisco's counsel and its experts already possessed at least two Arista switches for litigation purposes. *See* Wong Reply Decl.[1] ¶ 3, Ex. 1 (May 17 and 18, 2016 email from Cisco's counsel confirming its possession and use of two Arista switches). One of those two switches was an Arista 7150 switch running EOS version 4.13.5. *Id.* (emails from Holmes on May 18, 2016, at 2:17 PM, and on May 27, 2016, at 8:38 PM). EOS version 4.13.5 is the exact *and only* version of EOS source code that Cisco and its expert cite to for their late-disclosed "helpdesc" allegations. *See* ECF 306-9 (Cisco's May 27, 2016 "helpdesc" allegations); ECF 306-11 (Cisco's expert's Opening Report showing the same citations to EOS version 4.13.5); Wong Reply Decl. ¶ 5. EOS version 4.13.5 is also one of the versions Arista made available in source code format to Cisco in Fall 2015. Wong

---

[1] Declaration of Ryan Wong in Support of Arista's Reply in Support of its Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge ("Wong Reply Decl."). As the May 17, 2016 11:47 AM email reads, Cisco sought confirmation from Arista that it would not object to "Cisco's experts' use/testing/analysis of Arista's products for purposes of this case."

DEFENDANT ARISTA NETWORKS, INC.'S REPLY IN SUPPORT OF ARISTA'S MOTION FOR
RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

Reply Decl. ¶ 5.  So even if Cisco needed an operable Arista switch running EOS version 4.13.5 to compare to the version 4.13.5 EOS source code (which it did not), it already had such an Arista switch before Arista produced any switches in this case.

**2.    The switches Arista produced in May 2016 could not have been relied upon for Cisco's "helpdesc" comparison because they did not run the same version of EOS as the source code Cisco cited for that comparison (v. 4.13.5).**

Contrary to the whole premise of Cisco's Opposition, Cisco could not have relied upon the May 2016-produced switches for a comparison of the EOS version 4.13.5 source code to any Arista-produced Ethernet switches "running that source code."  ECF 457 at 1:10.  Neither of the two switches that Arista produced on May 18, 2016 was running version 4.13.5 of EOS.  In fact, Cisco requested that those produced switches be loaded with the "latest publicly released version of EOS."  Wong Decl. ¶ 3, Ex. 1 at 11 (April 28, 2016 8:24 PM Holmes to Santacana email).

Specifically, Arista made two Arista switches available to Cisco on May 18, 2016:  (1) an Arista 7010T-48 ("7048") switch running EOS version 4.14.9.1M; and (2) an Arista DCS-7554 switch running EOS version 4.14.5.1F-SSU.  Those facts are confirmed by Cisco's own technical expert, Dr. Kevin C. Almeroth, who inspected the Arista switches and confirmed in his Opening Expert Report that he had tested an "Arista DCS-7554 running EOS 4.14.5.1F-SSU" and an "Arista 7010T-48 running EOS 4.14.9.1M."  *Id.* ¶ 4, Ex. 2 (attaching the relevant pages from Dr. Almeroth's Opening Expert Report).  It therefore uncontested that neither of the two Arista switches that Arista made available on May 18, 2016 ran the version of Arista EOS source code—***version 4.13.5***—that Cisco exclusively cites to and relies on in its late-produced "helpdesc" interrogatory response.  *Id.* ¶ 5; *see also* ECF 306-9.

Furthermore, Dr. Almeroth's Opening Expert Report cites only to EOS 4.13.5 for his "helpdesc" copying opinion.  *See* Wong Reply Decl. *Id.* ¶ 5; ECF 306-11.  He never cites to the version of EOS that was loaded on the switches Arista produced in May 2016, versions 4.14.5.1F-SSU or 4.14.9.1M.  Therefore, Cisco's entire premise that it relied on the May 2016-produced switches to compare the source code Arista produced ***and*** an operable switch "running that code" (Opp. at 1:11) is ***false***.  Cisco had that combination of code and switch for at least EOS version 4.13.5 well before Arista produced its switches in the litigation, and the switches that Arista

1  produced in May 2016 did not run the version of EOS that Cisco actually used for its analysis.

2  Cisco's excuse for its late interrogatory response appears to be a product of expediency, not fact.

3  ### 3.  *Arista never refused to produce representative samples of Arista switches; Cisco failed to engage in any meet and confer on the issue for over five months.*

4

5  Contrary to Cisco's opening statement in its Opposition, Arista did not "refuse[] to

6  comply with" Cisco's request to produce an operable switch.  Opp. at 1:3–4.  After Cisco

7  requested an "operable sample" of *every* Arista product, Arista responded with an offer to meet

8  and confer regarding this request because as written the request would have been enormously

9  burdensome and expensive (there are many dozens of variations of Arista switches).  *See* Wong

10  Reply Decl. ¶ 3, Ex. 1 (April 26, 2016 emails between Holmes and Santacana).  Cisco never

11  followed up on this invitation to confer until April 26, 2016, after Arista requested executable

12  versions of certain Cisco software.  *Id.*  Then, in response, the parties mutually agreed that Arista

13  would produce two exemplary switches (rather than *every* switch) and Cisco would produce the

14  requested software.  *Id.* (April 26 to May 4, 2016 emails between Holmes and Santacana).  The

15  assertion that Arista resisted the production of an exemplary switch is false.

16  As explained above and in the related papers on this motion, the content of and date of

17  exchange of Arista switches in this litigation is irrelevant to this Motion because uncontroverted

18  evidence shows that Cisco had numerous resources with which it could have analyzed Arista's

19  "helpdesc" text long before the close of discovery.  Nevertheless, Cisco in its Opposition has

20  latched onto unsupported speculation first introduced orally at the hearing before Magistrate

21  Judge Cousins, and turned it into a series of false representations that serve as the centerpiece of

22  its argument in opposition.  Such misstatements require correction.  And the fact that Cisco would

23  endorse these misstatements is further evidence that Cisco has no excuse grounded in fact for its

24  late discovery response.

25

26

27

28

3

1100286

1
                                          Respectfully submitted,

2  Dated:  August 19, 2016                   KEKER & VAN NEST LLP

3

4
                          By:   */s/ Brian L. Ferrall*

5
                               BRIAN L. FERRALL

6

7
                         Attorney for Defendant
                         ARISTA NETWORKS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ARISTA NETWORKS, INC.'S REPLY IN SUPPORT OF ARISTA'S MOTION FOR
RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1100286

# EXHIBIT B

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1100291

I, RYAN WONG, declare and state as follows:

1.    I am an attorney licensed to practice law in the State of California and admitted to practice before this Court.  I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action.  I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2.    I submit this declaration in support of Arista's Reply Brief in Support of Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.  *See* ECF 449.

3.    Attached as **Exhibit 1** to my declaration is a true and correct copy of an email chain containing multiple email communications between counsel for Arista and Plaintiff Cisco Systems, Inc.  I have redacted portions of Exhibit 1 that contain confidential information and that do not pertain to the matters raised in Arista's reply brief.

4.    Attached as **Exhibit 2** to my declaration is a true and correct copy of excerpts from the Opening Expert Report of Dr. Kevin C. Almeroth, submitted on behalf of Cisco on June 3, 2016.

5.    The source code for EOS version 4.13.5 was made available to Cisco on a source code review computer located at the offices of Keker & Van Nest LLP in August 2015.  That specific version of EOS source code—version 4.13.5—is the only version of EOS source code cited in Exhibit H to Cisco's May 27, 2016 supplemental discovery response on its "helpdesc" allegations (*see, e.g.*, ECF 306-9).  EOS version 4.13.5 is also the only version of EOS source code cited in "Exhibit Copying-6" to the Opening Expert Report of Dr. Kevin C. Almeroth (*see, e.g.*, ECF 306-11).

Executed August 19, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Ryan K. Wong*
RYAN K. WONG

1

1100291

# EXHIBIT 1

## Ryan K. Wong

| | |
|---|---|
| **From:** | Drew Holmes <drewholmes@quinnemanuel.com> |
| **Sent:** | Friday, May 27, 2016 8:38 PM |
| **To:** | Ryan K. Wong |
| **Cc:** | Eduardo E. Santacana |
| **Subject:** | RE: Cisco v. Arista |

Ryan,

The corresponding hardware for the EOS 4.13.5 is an Arista 7150.

Drew

---

**From:** Drew Holmes
**Sent:** Wednesday, May 18, 2016 2:17 PM
**To:** 'Ryan K. Wong' <RWong@kvn.com>
**Cc:** Eduardo E. Santacana <ESantacana@kvn.com>
**Subject:** RE: Cisco v. Arista

Ryan,

That works. We have an Arista DCS-7048T-4S device running EOS 4.4.0 that our expert may rely on.   I understand that we also have EOS 4.13.5, and I am checking on the corresponding hardware.

Here are the Cisco switches we have:

| Device | PID |
|---|---|
| Catalyst 3560E | WS-C3560-24TS-S |
| Catalyst 4948E | WS-C4948E-S |
| Nexus 9372TX | N9K-C9372TX |

Best,

Drew

---

**From:** Ryan K. Wong [mailto:RWong@kvn.com]
**Sent:** Tuesday, May 17, 2016 1:00 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>
**Cc:** Eduardo E. Santacana <ESantacana@kvn.com>
**Subject:** RE: Cisco v. Arista

Drew,

Can you please let us know what Arista switch(es) your expert is using/analyzing for purposes of this case, and the EOS version(s) on those devices? A mutual exchange of that information seems fair, as we have already disclosed the model and IOS version info of our expert's purchased Cisco router.  If you agree to pass that information along to us, then we have an agreement on mutual no-objections per your email below.

1

Also, can you please let us know the model numbers of the three Cisco switches that are available for inspection, particularly since we may need to select particular switches for inspection beforehand?

Thanks,

Ryan

**Ryan K. Wong**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6682 direct   |   vCard   |   rwong@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Tuesday, May 17, 2016 11:47 AM
**To:** Eduardo E. Santacana
**Cc:** Ryan K. Wong
**Subject:** RE: Cisco v. Arista

Eduardo,

Cisco does not object to Arista's expert's use/testing/analysis of the Cisco router that he purchased for purposes of this litigation so long as Arista agrees that it likewise will not object to Cisco's experts' use/testing/analysis of Arista's products for purposes of this case.

Further, Cisco now has three Cisco switches that are available for inspection at Quinn Emanuel's San Francisco office.  If you intend to inspect the switches we will need at least 24 hours' notice before hand.   Please note that we may not be able to have all three switches running at the same time given space, power, and equipment restraints.

Let us know if you have any questions.

Best,

Drew

Drew Holmes
Quinn Emanuel | Trial Lawyers
415-875-6322 (office)
510-384-2129 (cell)
drewholmes@quinnemanuel.com

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Wednesday, May 11, 2016 4:18 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>
**Cc:** Ryan K. Wong <RWong@kvn.com>
**Subject:** RE: Cisco v. Arista

Drew,

Thanks for the clarification.  Our expert purchased the Cisco router on eBay.  If I understand you correctly, the IOS version installed on that router should already be licensed, and therefore we don't need a new license from Cisco to use it.  Please confirm if that understanding is correct.  If so, this is a non-issue.  If not, please either provide us with a new license for that IOS version as soon as possible, or (perhaps easier) confirm that Cisco will not object on licensing grounds to our expert using the Cisco router and the IOS version installed on it.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct  |  vCard  |  esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400 main  |  kvn.com

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Wednesday, May 11, 2016 10:45 AM
**To:** Eduardo E. Santacana
**Cc:** Ryan K. Wong
**Subject:** RE: Cisco v. Arista

Hi Eduardo,

Did the IOS version that your expert acquired not come with its own end-user license?  If your expert purchased a Cisco product with IOS, my understanding is that it should come with its own license already.   Thanks for the clarification.

Best,

Drew

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Tuesday, May 10, 2016 12:30 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>
**Cc:** Ryan K. Wong <RWong@kvn.com>
**Subject:** RE: Cisco v. Arista

Thanks again, Drew.

Per our call just now, here is the IOS version that we need a license for: Cisco IOS Software, 3700 Software (C3725-ADVENTERPRISEK9-M), Version 12.4(9)T, RELEASE SOFTWARE (fc1).  Of course, let me know if you need any more information in order to produce the license.

You can download the vEOS versions we already have available at this link: ██████████████████████████████████████████  The link will expire on 5/17.  We will produce these as natives with bates numbers as soon as possible.  I am providing you the natives now so you have them.

As we discussed, I will also investigate which versions of IOS, IOS-XR, or NX-OS we would like from Cisco.  You will investigate VIRL in case that is something that will help simplify our experts' needs.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Tuesday, May 10, 2016 6:54 AM
**To:** Eduardo E. Santacana
**Cc:** Ryan K. Wong
**Subject:** RE: Cisco v. Arista

Eduardo,

Here is a license that is valid until June 30 (attached).   As you know the product is no longer sold or serviced, so let me know if you run into any issues with the license.

Best,

Drew

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Monday, May 09, 2016 3:34 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>
**Cc:** Ryan K. Wong <RWong@kvn.com>
**Subject:** RE: Cisco v. Arista

I don't know what the maximum is, but why don't you put it down for the max and tell us what that is?

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Monday, May 09, 2016 3:28 PM
**To:** Eduardo E. Santacana
**Cc:** Ryan K. Wong
**Subject:** RE: Cisco v. Arista

Thanks Eduardo.  How long do you need the license for?  They have time limits that have to be placed on them, which is why we will need that information.

Best,

Drew

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Monday, May 09, 2016 1:19 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>
**Cc:** Ryan K. Wong <RWong@kvn.com>
**Subject:** RE: Cisco v. Arista

Thanks, Drew.  The FLEXlm ID is: ███████████  The MAC is ███████████.  The computer name is ███████████.

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct  |  vCard  |  esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400 main  |  kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Monday, May 09, 2016 10:51 AM
**To:** Eduardo E. Santacana; Cisco-Arista; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Cc:** ARISTA-KVN
**Subject:** RE: Cisco v. Arista

Eduardo,

The key is issued for a hostid (where the executable is installed).   If you already installed NCM, please let us know what the hostid is.  If NCM is not installed, then please let us know what the MAC address is for the device you are using.

Best,

Drew

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Monday, May 09, 2016 9:38 AM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>
**Subject:** RE: Cisco v. Arista

Drew,

Can you please provide license keys for the two versions today, as soon as possible?

Thanks,
Eduardo

---

**Eduardo E. Santacana**

Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Friday, May 06, 2016 11:20 PM
**To:** Eduardo E. Santacana
**Cc:** ARISTA-KVN; Cisco-Arista; ''Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Subject:** RE: Cisco v. Arista

Eduardo,

The password to decrypt is: 

Drew

---

**From:** Drew Holmes
**Sent:** Friday, May 06, 2016 11:19 PM
**To:** 'Eduardo E. Santacana' <ESantacana@kvn.com>
**Cc:** 'ARISTA-KVN' <ARISTA-KVN@kvn.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; ''Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Subject:** RE: Cisco v. Arista

Eduardo,

The executables can be found at the following FTP:

Host: ████████████

FTP Username: ████

FTP Password: ████

Port: ██

I'll send you a separate email with the decryption code.

Best,

Drew

---

**From:** Drew Holmes
**Sent:** Friday, May 06, 2016 9:39 AM
**To:** Eduardo E. Santacana <ESantacana@kvn.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; ''Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>
**Subject:** RE: Cisco v. Arista

Eduardo,

We have versions 1.7 and 1.8 of NCM executables available.

Very truly yours,

Drew


**Drew Holmes**
Quinn Emanuel | Trial Lawyers
415-875-6322 (office)
510-384-2129 (cell)
drewholmes@quinnemanuel.com

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Thursday, May 05, 2016 10:08 AM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>
**Subject:** RE: Cisco v. Arista

Drew,

Thanks for these.  Our expert's switch is running EOS 4.14.5.1F-SSU.  I am working on compiling a complete list of vEOS versions that we have available.  I propose that we exchange those lists next week when we discuss Tail-f, NCM, and the stipulation that Cisco has in mind.  Once produced, vEOS will be available for download and use in a local environment.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Wednesday, May 04, 2016 10:10 PM
**To:** Eduardo E. Santacana; Cisco-Arista; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Cc:** ARISTA-KVN
**Subject:** RE: Cisco v. Arista

Eduardo,

Thanks for your email.  Please see my responses in-line in red below.

Very truly yours,

Drew

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Wednesday, May 04, 2016 9:27 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>
**Subject:** RE: Cisco v. Arista

Drew,

It was a pleasure meeting you in person on Monday.  I am writing about our discussion relating to working versions of the parties' products.

First, with respect to Tail-f and NCM executables, I asked that Cisco provide a list of executables that are available and for which environments so that Arista can choose representative versions for production.  I initially made that request by letter dated April 25, 2016.  Have you been able to collect those lists?

- We are still investigating the Tail-F and NCM executable versions that are available, and we'll get you that information as soon as we have it.

We also discussed a potential representative product stipulation.  I explained that Arista is open to considering such a stipulation and you agreed to send over some thoughts on what Cisco envisions.

- We will endeavor to send you a proposal by early next week.

With respect to Arista's switches, I explained that we have ordered the same exact switch that our expert is using.  I will let you know as soon as it arrives at our offices.  I explained that Arista will make the switch available, as well as the larger one we already have, for inspection at our offices only.  To the extent that you'd like to inspect the larger switch in the meantime, we can accommodate such a request provided we receive it by noon the business day prior to the date of inspection.

- We look forward to hearing from you when the smaller switch arrives.   Were you able to confirm which version of EOS your expert's switch is running?

Subject to its objections, Arista will produce the working versions of vEOS that we can locate through a reasonable and diligent search.  Please note that the most recent versions are publicly available on Arista's website as well.

- Thank you very much.  We have a few initial follow-up questions:  (1) Which versions of vEOS are available?  (2) When will they be available?  (3) Will the vEOS versions you mentioned be available for download and testing on a local environment or will they only be accessible for inspection/testing through an Arista web-portal (or similar web-based service)?

With respect to working versions of EOS, we agreed that it would be best to discuss the scope of Cisco's Interrogatory 26 first, because it may obviate the need for Arista to produce every version of EOS in addition to the vEOS versions we already intend to produce.  I look forward to having that discussion next week.

- We will review Arista's forthcoming response to Interrogatory No. 26 and will plan to continue our discussions thereafter.  This issue may also be mooted if we can come to an agreement on representative products, which we'll be in touch about.

Finally, as with the Tail-f and NCM executables, could you please provide a list of available working versions of IOS, IOS-XR, and NX-OS?  If it is possible to run these virtually, please let us know.  As with the other executables, we do not intend to seek production of every single version that is available.  We intend to select representative versions from a list of available ones.

- We are looking into this request and will get back to you.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

KEKER & VAN NEST LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

**From:** Eduardo E. Santacana
**Sent:** Friday, April 29, 2016 2:56 PM
**To:** Drew Holmes
**Cc:** ARISTA-KVN; Cisco-Arista; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Subject:** RE: Cisco v. Arista

Drew,

That switch will not be available for inspection on Monday.  I'd be happy to discuss details further on our call on Monday.  Let's do 4pm.  We can use this dial-in: 877-699-4804 x737-844.

As I stated earlier, I expect that you will be able to address our concerns with Cisco's responses to Arista's Requests for Production 171–173 on that same call.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

KEKER & VAN NEST LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Friday, April 29, 2016 2:47 PM
**To:** Eduardo E. Santacana
**Cc:** ARISTA-KVN; Cisco-Arista; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Subject:** RE: Cisco v. Arista

Thanks Eduardo.  I am unfortunately not available this afternoon to call you, but I can call you Monday afternoon.  In the meantime, can you at least please confirm that the larger switch in your office in San Francisco  is available for inspection on Monday?

Very truly yours,

Drew

---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** Friday, April 29, 2016 2:10 PM
**To:** Drew Holmes <drewholmes@quinnemanuel.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; ''Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Subject:** RE: Cisco v. Arista

Drew,

We are investigating your requests.  Please give me a call this afternoon to discuss further details relating to inspection of switches and your request for a mutual representative product stipulation.

In an April 25 letter, I asked that Cisco be prepared to discuss Cisco's deficient responses to Arista's Requests for Production 171–173.  On our April 27 meet and confer call, Cisco was unable to discuss them.  Arista's requests seek executable copies of the NCM and Tail-f products.  Cisco agreed to investigate the matter further.  We are generally available today to discuss Cisco's production of executable files.

In addition, during the call, Cisco confirmed that it will substantially complete production of Tail-f-related documents and Mr. Moberg's custodial files by Monday, May 2.  Cisco also confirmed that it would complete production of Huawei-related documents that do not contain Huawei-confidential information in them by Monday, May 2.  I explained that *all* Huawei-related documents must be produced by no later than May 10, given the May 19 deposition date for Mr. Lang, who is designated to testify on behalf of Cisco on Huawei-related topics.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Thursday, April 28, 2016 8:24 PM
**To:** Eduardo E. Santacana
**Cc:** ARISTA-KVN; Cisco-Arista; ''Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Subject:** RE: Cisco v. Arista

Dear Eduardo,

Following-up on yesterday's meet and confer, we have a few questions, requests, and a proposal for your consideration.

First, we understand that you currently have one large (~500 pound) Arista switch at your office in San Francisco and that your expert has a smaller Arista switch in his/her possession. Please let us know the make, model, and EOS version number for each of these devices.

Second, Cisco would like to inspect the "larger" switch in your possession on Monday. Please confirm it will be available.

Third, ==Cisco requests that Arista produce the same make/model switch that is in Arista's expert's possession running the latest publicly released version of EOS== to my attention at Quinn Emanuel's office in San Francisco. We will, of course, keep that device in a secure location at Quinn Emanuel's San Francisco office and treat it as highly confidential under the protective order.

Fourth, in an effort to streamline the case for both parties Cisco proposes that the parties enter into a mutual representative product stipulation for purposes of the copyright and patent causes of action that would apply to both Arista products as well as Cisco products. If this is something that Arista is willing to consider, please let us know, and we can send you a proposed stipulation.

Very truly yours,

Drew


**Drew Holmes**
Quinn Emanuel | Trial Lawyers
415-875-6322 (office)
510-384-2129 (cell)
drewholmes@quinnemanuel.com


---

**From:** Eduardo E. Santacana [mailto:ESantacana@kvn.com]
**Sent:** ==Tuesday, April 26, 2016 3:10 PM==
**To:** Drew Holmes <drewholmes@quinnemanuel.com>; Cisco-Arista <Cisco-Arista@quinnemanuel.com>; ''Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)' <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>
**Subject:** RE: Cisco v. Arista

Drew,

==Arista objected to Cisco's Requests for Production 105 and 106 on October 22, 2015, but nevertheless invited Cisco to meet and confer on these requests to determine if there is an acceptable scope of production for both parties. This is the first time Cisco has accepted Arista's invitation.== We are more than happy to discuss these requests with you. Tomorrow at 2pm is fine, provided Cisco will first be able to address my letter of yesterday asking Cisco to meet and confer on Arista's Requests 171–173, which seek executable copies of Tail-f and NCM.

In addition, we would like an update on Cisco's production of Tail-f and Huawei-related documents. We thought Tail-f document production would be complete by now. And we have not heard anything regarding Cisco's progress in reviewing the documents it obtained from Orrick, which Cisco promised it would promptly send to Huawei for review.

Thanks,

Eduardo

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct  |  vCard  |  esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400 main  |  kvn.com

**From:** Drew Holmes [mailto:drewholmes@quinnemanuel.com]
**Sent:** Tuesday, April 26, 2016 2:19 PM
**To:** ARISTA-KVN
**Cc:** Cisco-Arista; "Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)'
**Subject:** Cisco v. Arista

Dear Counsel,

When will Arista be providing the samples and executables requested in RFP Nos. 105 and 106? As you know, these RFPs were served on Arista over seven months ago – on September 18, 2015 – and Arista's refusal to comply with its discovery obligations is impeding Cisco's ability to prosecute its case.  Please confirm by Friday April 29, 2016, that Arista will be producing the requested samples and executables and that it will do so by May 4, 2016.  If it is Arista's position that it will continue to refuse to produce the requested samples and executables, we are available to meet and confer tomorrow at 2:00 pm PT.

Very truly yours,

Drew

**Drew Holmes**
Quinn Emanuel | Trial Lawyers
415-875-6322 (office)
510-384-2129 (cell)
drewholmes@quinnemanuel.com

# EXHIBIT 2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| CISCO SYSTEMS, INC., | |
| Plaintiff, | |
| v. | Case No. 5:14-cv-05344-BLF (PSG) |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

### OPENING EXPERT REPORT OF KEVIN ALMEROTH
### REGARDING COPYING

### SUBMITTED ON BEHALF OF CISCO SYSTEMS, INC.

### CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION AND SOURCE CODE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

71.     In support of my opinions, and during the process of preparing this report, I personally inspected and tested three different Arista switches running EOS, pictures of which I have provided along with this report.  I have reproduced some images of the Arista switches I inspected and tested below as examples:



(Arista 7010T-48)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE



(Arista DCS-7554)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
Aboot 4.0.4-2086886


Press Control-C now to enter Aboot shell
Booting flash:/EOS-4.14.9.1M.swi
[    7.284686] Starting new kernel
Switching rootfs

Welcome to Arista Networks EOS 4.14.9.1M
Mounting filesystems:  [  OK  ]
Starting udev: [  OK  ]
Setting hostname localhost: [  OK  ]
Entering non-interactive startup
Starting ProcMgr: [  OK  ]
Starting EOS initialization stage 1: [  OK  ]
ip6tables: Applying firewall rules: [  OK  ]
iptables: Applying firewall rules: [  OK  ]
iptables: Loading additional modules: nf_conntrack_tftp [  OK  ]
Starting system logger: [  OK  ]
Starting NorCal initialization: [  OK  ]
Retrigger failed udev events[  OK  ]
Starting mcelog daemon
Starting EOS initialization stage 2: [  OK  ]
Starting Power On Self Test (POST): [  OK  ]
Starting crond: [  OK  ]
Completing EOS initialization (press ESC to skip): [FAILED]
EOS will continue to boot without waiting for full initialization.
You may not be able to login using normal accounts, but you may be
able to login as root.
Model: DCS-7010T-48
Serial Number: HSH16130550
System RAM: 3907136 kB
Flash Memory size:  3.3G

Arista Networks EOS 4.14.9.1M
localhost login:
```

(Arista 7010T-48 running EOS 4.14.9.1M)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

```
Arista Networks EOS 4.14.9.1M
localhost login:

Aboot 3.0.3-1262453


Press Control-C now to enter Aboot shell
Booting flash:EOS-4.14.5.1F-SSU.swi
[    9.586323] Starting new kernel
Switching rootfs

Welcome to Arista Networks EOS 4.14.5.1F-SSU
Mounting filesystems: [  OK  ]
Starting udev: [  OK  ]
Setting hostname localhost: [  OK  ]
Entering non-interactive startup
Starting ProcMgr: [  OK  ]
Starting EOS initialization stage 1: [  OK  ]
ip6tables: Applying firewall rules: [  OK  ]
iptables: Applying firewall rules: [  OK  ]
iptables: Loading additional modules: nf_conntrack_tftp [  OK  ]
Starting system logger: [  OK  ]
Starting NorCal initialization: [  OK  ]
Retrigger failed udev events[  OK  ]
Starting isshd: [  OK  ]
Starting mcelog daemon
Starting EOS initialization stage 2: [  OK  ]
Starting Power On Self Test (POST): [  OK  ]
Starting crond: [  OK  ]
Completing EOS initialization (press ESC to skip): [  OK  ]
Model: DCS-7500E-SUP
Serial Number: JPE14211632
System RAM: 16012348 kB
Flash Memory size:  3.4G

localhost login: █
```

(Arista DCS-7554 running EOS 4.14.5.1F-SSU)

### C.    EOS Program

81.    In order to understand and analyze Arista's EOS, I have reviewed its programs on numerous occasions.

82.    Arista's EOS program provides the EOS CLI and contains specific programs and functions.  For example, EOS includes programs to generate a command line interface and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE

experts at trial. I also reserve the right to modify or to supplement my opinions as a result of ongoing expert discovery or testimony at trial.

I certify under penalty of perjury that the foregoing is true and correct.

By: _Kevin C. Almeroth_____

Dr. Kevin C. Almeroth
June 3, 2016

144