KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                 Plaintiff,<br><br>        v.<br><br>ARISTA NETWORKS, INC.,<br><br>                 Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE A REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1082838

# [PROPOSED] ORDER

Defendant Arista Networks, Inc. ("Arista") filed an Administrative Motion on August 18, 2016, seeking leave to file a reply brief in support of its Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. *See* ECF 449.

The Court, having considered the papers submitted by the parties, hereby GRANTS Arista's Administrative Motion. The Court will consider the reply brief and declaration in support submitted as Exhibits A and B, respectively, to Arista's Administrative Motion as part of the briefing for Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. BETH LABSON FREEMAN

1082838