KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

DECLARATION OF RYAN K. WONG IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE A REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1082837

I, RYAN WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion for Leave to File a Reply Brief in Support of Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. *See* ECF 449.

3. At or around 4:19 PM on August 18, 2016, I emailed counsel for Cisco and notified them that Arista intended to file an administrative motion for leave to submit a short reply brief to correct three factual representations in Cisco's opposition to Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. In that email, I listed out the three points in Cisco's opposition brief that Arista's reply would address, and asked Cisco whether it would consent to us filing an administrative motion for leave to file the reply brief.

4. At or around 9:18 PM on August 18, 2016, I responded to an email from Cisco's counsel, Mr. John (Jay) Neukom, requesting a copy of the reply brief. I informed Cisco's counsel in that response that the reply brief was still being drafted, but attached an email chain that Arista believed proved the factual inaccuracies in Cisco's Opposition brief that warranted correction in Arista's reply. In that email, I also asked Cisco's counsel to explain the factual discrepancies between the assertions in Cisco's Opposition and the evidence provided, or alternatively withdraw its Opposition brief as a potential compromise to resolve the dispute.

5. At or around 9:45 AM on August 19, 2016, I sent Cisco's counsel, including Mr. Neukom, a copy of the Reply Brief in Support of Arista's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge that Arista now seeks leave to file.

6. At or around 10:16 AM on August 19, 2016, Cisco's counsel, Mr. Neukom, informed me via email that Cisco did "not believe further briefing is required on this issue" and

1

DECLARATION OF RYAN K. WONG IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1082837

that Cisco "will oppose [Arista's] motion for leave. In that email, Cisco's counsel did not address the factual discrepancies discussed in Arista's reply brief.

Executed August 19, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Ryan K. Wong*
                                              RYAN K. WONG

2
DECLARATION OF RYAN K. WONG IN SUPPORT OF ARISTA'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE A REPLY IN SUPPORT OF ARISTA'S MOTION FOR RELIEF (ECF 449)
Case No. 5:14-cv-05344-BLF (NC)

1082837