KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO CISCO'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. JOHN BLACK**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file under seal documents and information filed in connection with its Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black.

Arista requests an order granting its motion to seal the following documents:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
| --- | --- | --- |
| Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black | Highlighted portions | Cisco |
| Exhibit 4 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black ("Wong Opp. Declaration") (Excerpts from the deposition transcript of Dr. Kevin C. Almeroth, taken on June 28, 2016) | Entire document | Cisco |
| Exhibit 5 to the Wong Opp. Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | Entire document | Cisco |

All of the material listed above is being submitted under seal pursuant to Civil Local Rule 79-5(e) because Cisco designated the document, transcript, and/or underlying information and documents being discussed in Arista's Opposition brief as "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Stipulated Protective Order in this case. Arista takes no position on whether any of the foregoing documents and/or highlighted portions thereof should be filed under seal. Arista files this administrative motion only to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Filed concurrently with this administrative motion is the Declaration of Ryan Wong in Support of Arista's Administrative Motion to File Under Seal ("Wong Sealing Declaration"), as well as redacted and highlighted versions of the above-referenced documents indicating—for documents that have been partially redacted—the specific portions of the documents that Arista is

1  submitting under seal.

3  Dated:  August 19, 2016                                KEKER & VAN NEST LLP

5                                                    By:   */s/ Ryan K. Wong*
6                                                          RYAN K. WONG

8                                                          Attorney for Defendant
                                                           ARISTA NETWORKS, INC.

2

DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099698