| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone: (202) 973-8800<br>Email: screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO CISCO'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. JOHN BLACK**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099703

1  I, RYAN WONG, declare and state as follows:

2  1. I am an attorney licensed to practice law in the State of California and admitted to
3  practice before this Court. I am an associate at the law firm of Keker & Van Nest, LLP and
4  counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have
5  personal knowledge of the facts stated herein and, if called as a witness, I could testify
6  competently thereto.

7  2. I submit this declaration in support of Arista's Administrative Motion to File
8  Under Seal Confidential Information and Documents Submitted with its Opposition to Cisco's
9  Motion to Exclude Expert Opinion Testimony of Dr. John Black.

10  3. Arista seeks to seal the following material:

| Document | Portions of Document to be Sealed |
|---|---|
| Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black | Highlighted portions |
| Exhibit 4 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black ("Wong Opp. Declaration") (Excerpts from the deposition transcript of Dr. Kevin C. Almeroth, taken on June 28, 2016) | Entire document |
| Exhibit 5 to the Wong Opp. Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | Entire document |

4. Arista is only submitting under seal the highlighted portions of Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black because they discuss or quote from Dr. Kevin C. Almeroth's deposition testimony and expert reports, which have been designated by Cisco as "Highly Confidential – Attorney's Eyes Only" under the Protective Order. For the same reasons, Arista is submitting under seal the excerpted portions of Dr. Almeroth's deposition transcript and Rebuttal Expert Report, as they have been designated by Cisco as

1
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099703

1  "Highly Confidential – Attorney's Eyes Only" under the Protective Order.  I understand that
2  Cisco may file a declaration under Civil Local Rule 79-5(e)(1) to attempt to establish good cause
3  to submit any of the foregoing documents, or portions thereof, under seal.  Arista takes no
4  position as to whether the foregoing materials should be filed under seal.

   Executed August 19, 2016, at San Francisco, California.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   _____
   RYAN WONG

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099703