KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. JOHN BLACK** <br><br> Date:       September 9, 2016 <br> Time:       9:00 a.m. <br> Dept.:       Courtroom 3, 5th Floor <br> Judge:       Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO
CISCO'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. JOHN BLACK
Case No. 5:14-cv-05344-BLF (NC)

1083605

I, RYAN K. WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest, LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Opposition to Cisco Systems, Inc.'s Motion to Exclude Expert Opinion Testimony of Dr. John Black.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Appendices A through J to Dr. Black's Opening Expert Report, dated June 3, 2016. The body of Dr. Black's Opening Expert Report (without appendices and exhibits) was already submitted with Cisco's motion. *See* ECF 431-1.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Amended Appendices C through J, and Appendix L to Dr. Black's Rebuttal Expert Report, dated June 17, 2016. The body of Dr. Black's Rebuttal Expert Report (without appendices) was already submitted with Cisco's motion. *See* ECF 431-2.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Dr. John Black, taken June 30, 2016.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Dr. Kevin C. Almeroth, taken June 28, 2016.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Dr. Kevin C. Almeroth's Rebuttal Report, dated June 17, 2016

8. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 1 (CV) to Dr. John Black's Opening Report, dated June 3, 2016.

//
//
//
//

1

DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. JOHN BLACK
Case No. 5:14-cv-05344-BLF (NC)

1083605

1   Executed August 19, 2016, at San Francisco, California.

2   I declare under penalty of perjury under the laws of the United States of America that the
3   foregoing is true and correct.

_____
RYAN K. WONG

2
DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO
CISCO'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. JOHN BLACK
Case No. 5:14-cv-05344-BLF (NC)

1083605