| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF DOUGLAS W. CLARK**<br><br>Date:       September 9, 2016<br>Time:      9:00 a.m.<br>Dept.:      Courtroom 3, 5th Floor<br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION
TO CISCO'S MOTION TO EXCLUDE OPINION TESTIMONY OF DOUGLAS W. CLARK
Case No. 5:14-cv-05344-BLF (NC)

1100312

I, DAVID J. ROSEN, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Opposition to Cisco's Motion to Exclude Opinion Testimony of Douglas W. Clark.

3. Attached hereto as Exhibit 1 is a true and correct excerpted copy of the Deposition of Douglas W. Clark, Ph.D., taken on July 6, 2016.

Executed August 19, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DAVID J. ROSEN

---

1

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION
TO CISCO'S MOTION TO EXCLUDE OPINION TESTIMONY OF DOUGLAS W. CLARK
Case No. 5:14-cv-05344-BLF (NC)

1100312