| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>ARISTA NETWORKS, INC.,<br><br>              Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM ARISTA'S EXPERT CATE M. ELSTEN**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. respectfully submits this administrative motion to file under seal the following document:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten | Highlighted Portions | Arista Cisco |
| Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten | Entire | Cisco |

Arista seeks to file under seal documents and information submitted in connection with its Opposition to Cisco's Motion to Exclude Expert Testimony From Arista's Expert Cate M. Elsten. Because this Motion to Seal relates to a non-dispositive motion, the documents and information that the parties request to file under seal are not subject to a strong presumption of public access. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Rather, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure applies to the material that Arista seeks to file under seal. *Id.* at 1179. Civil Local Rule 79-5 further requires that a party seeking to seal information and documents "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

For the portions of Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten that Arista seeks to file under seal, Arista has established good cause to seal those materials through the Declaration of Eduardo E. Santacana filed herewith. Also filed concurrently are redacted and highlighted versions of that brief as well as a sealed version of Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten,

which was designated "Highly Confidential" by Cisco and is filed under seal in its entirety.

To the extent that Arista has not sought to seal Arista-related material, Arista takes no position on whether the Cisco-designated portions of any of the foregoing documents should be filed under seal. For those portions of the materials submitted under seal, Arista files this administrative motion only to afford Cisco the opportunity to defend its confidentiality designations as provided by Civil Local Rule 79-5(e).

Dated: August 19, 2016                              KEKER & VAN NEST LLP


                                                    By:   */s/ Brian L. Ferrall*
                                                          BRIAN L. FERRALL


                                                          Attorney for Defendant
                                                          ARISTA NETWORKS, INC.