KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>  Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S OPPOSITION TO CISCO'S MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF ARISTA'S EXPERT CATE M. ELSTEN**<br><br>Date:         September 9, 2016<br>Time:        9:00 a.m.<br>Dept.:       Courtroom 3 - 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S OPPOSITION TO
CISCO'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM EXPERT CATE M. ELSTEN
Case No. 5:14-cv-05344-BLF (NC)

1100055

1. I, Eduardo E. Santacana, declare:

2. 1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath.

3. 2. I submit this declaration in support of Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony from Arista's Expert Cate M. Elsten.

4. 3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Judith Chevalier, taken July 26, 2016.

Executed August 19, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
EDUARDO E. SANTACANA

1

DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF ARISTA'S OPPOSITION TO CISCO'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM EXPERT CATE M. ELSTEN
Case No. 5:14-cv-05344-BLF (NC)

1100055