| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date Filed:  December 5, 2014<br>Trial Date:  November 21, 2016 |

---

DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF DEFENDANT ARISTA NETWORKS,
INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099639

I, ANDREA NILL SANCHEZ, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Documents Under Seal in connection with Arista's Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert.

3. Arista's Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert is a non-dispositive motion. In this context, I understand that materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, that the document is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

4. Arista seeks to seal the following material attached to the Declaration of Andrea Nill Sanchez in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of William M. Seifert:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista Network Inc.'s Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of William M. Seifert | Highlighted Portions | *Cisco* |

1
DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099639

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 1") | Entire | *Cisco* |
| Exhibit 4 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 4") | Entire | *Arista* *Cisco* |
| Exhibit 5 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 5") | Entire | *Arista* *Cisco* |

5. Arista is only submitting the highlighted portions of its Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert under seal because they cite to the deposition transcript of William M. Seifert, which Cisco designated "Highly Confidential—Attorneys' Eyes Only." To the extent Cisco seeks to keep these portions under seal, I understand that it may file a declaration to do so under Civil Local Rule 79-5(e)(1).

6. Exhibit 1 consists of excerpts from the June 29, 2016 Deposition of William M. Seifert. Arista does not seek to file these excerpts under seal. Arista is only submitting Exhibit 1 under seal because Cisco designated the deposition transcript "Highly Confidential—Attorneys'

2
DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099639

Eyes Only." To the extent Cisco seeks to keep any portion of Exhibit 1 under seal, I understand that it may file a declaration to do so under Civil Local Rule 79-5(e)(1).

7. Exhibit 4 consists of excerpts from the Expert Report of Judith A. Chevalier (submitted on June 24, 2016) addressing the damages allegedly suffered by Cisco associated with Arista's alleged copyright and patent infringement. Good cause exists to seal these portions of the Report because they discuss and contain excerpts and quotes from highly confidential Arista witness deposition testimony, including testimony concerning Arista's sensitive marketing and sales strategies. This testimony is sensitive and highly confidential business information that would cause harm to Arista if disclosed publicly. *See Apple v. Samsung*, 727 F.3d 1214, 1221–22 (Fed. Cir. 2013) (sealing is appropriate even under the compelling standards threshold if the release of the information will cause competitive harm to a business). The attached pages also refer to actual and prospective customer information, including information about customer requirements and preferences regarding purchasing, that Arista maintains as highly confidential. Arista believes that its actual and prospective customers expect that information relating to their purchasing preferences and transactions is maintained in the utmost confidence. Good cause— and also compelling reasons—justify sealing these portions of Ms. Chevalier's report. *See Schwartz v. Cook*, No. 15-cv-03347-BLF, 2016 WL 1301186, at *2 (N.D. Cal. Apr. 4, 2016) (discussing the harm that could result by the dissemination of similar sensitive internal business information to competitors); *Delphix Corp. v. Actifio, Inc.*, No. 13-cv-04613-BLF, 2014 WL 4145520, at *2 (N.D. Cal. Aug. 20, 2014) (same); *Koninklijke Philips N.V. v. Elec-Tech International Co., Ltd.*, No. 14-cv-02737-BLF, 2015 WL 581574, at *1–3 (N.D. Cal. Deb. 10, 2015) (same).

8. Exhibit 5 consists of excerpts from the Rebuttal Expert Report on Fair Use of Judith A. Chevalier (submitted on June 17, 2016). The attached pages similarly contain actual and prospective customer information, which Arista maintains as highly confidential. It also cites testimony about overall product development strategy, including Arista's discussion with customers about their product preferences, which is sensitive and highly confidential business information. Good cause and compelling reasons justify sealing these portions of Ms. Chevalier's

3
DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099639

1  report because they discuss customer preferences and transactions that would cause harm to
2  Arista if disclosed publicly. *See Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that
3  could result by the dissemination of similar sensitive internal business information to competitors,
4  who would find it valuable); *Delphix*, 2014 WL 4145520, at *2 (same); *Koninklijke Philips*, 2015
5  WL 581574, at *1–3 (same).

7       I declare under penalty of perjury under the laws of the State of California that the
8  foregoing is true and correct and that this declaration was executed on August 19, 2016, in
9  San Francisco, California.

_____
ANDREA NILL SANCHEZ

4
DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF DEFENDANT ARISTA NETWORKS,
INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1099639