KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Email: rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email: jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT** <br><br> Judge: Hon. Beth Labson Freeman <br> Date Filed: December 5, 2014 <br> Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1100146

1  The Court, having fully considered the papers and arguments presented by the parties,
2  hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal
3  filed in connection with Arista's Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion
4  Testimony of William M. Seifert as follows:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista Network Inc.'s Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of William M. Seifert | Highlighted Portions | *Cisco* |
| Exhibit 1 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 1") | Entire | *Cisco* |
| Exhibit 4 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 4") | Entire | *Arista* *Cisco* |
| Exhibit 5 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 5") | Entire | *Arista* *Cisco* |

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1100146

1 **IT IS SO ORDERED.**

4 Dated: _____   _____
HON. BETH LABSON FREEMAN

2
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1100146