| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA'S OPPOSITION TO
CISCO'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT
Case No. 5:14-cv-05344-BLF (NC)

1100155

I, ANDREA NILL SANCHEZ, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista Networks, Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of William M. Seifert, taken on June 29, 2016.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the email from Amy Candido to Elizabeth McCloskey, et al. re Cisco v. Arista: Expert Disclosure, dated May 12, 2016.

5. Attached hereto as **Exhibit 3** is a true and correct printout copy of the article "The History of the Cisco CLI" by Terry Slattery, available at http://www.netcraftsmen.com/the-history-of-the-cisco-cli/ (last accessed: August 17, 2016) and produced by Arista as ARISTANDCA00265185.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the excerpts from the Expert Report of Judith A. Chevalier, dated June 24, 2016.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Rebuttal Expert Report on Fair Use of Judith A. Chevalier, dated June 17, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 19, 2016, in San Francisco, California.

ANDREA NILL SANCHEZ

1

DECLARATION OF ANDREA NILL SANCHEZ IN SUPPORT OF ARISTA'S OPPOSITION TO CISCO'S MOTION TO EXCLUDE OPINION TESTIMONY OF WILLIAM M. SEIFERT
Case No. 5:14-cv-05344-BLF (NC)

1100155