UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>   Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | Case No. 14-cv-05344-BLF<br><br>**ORDER DENYING ARISTA'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**<br><br>[Re: ECF 459] |

Before the Court is Arista's motion for leave to file a reply brief. ECF 459. Cisco opposes Arista's request. ECF 461. The Civil Local Rules do not contemplate reply briefs with respect to motions for relief from a nondispositive pretrial order of a magistrate judge. Civil L.R. 72-2. Accordingly, the Court DENIES Arista's motion.

**IT IS SO ORDERED.**

Dated: August 19, 2016

                  _____
                  BETH LABSON FREEMAN
                  United States District Judge