1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITION TO ARISTA'S MOTION TO STRIKE EXPERT OPINIONS AND TESTIMONY OF DR. JUDITH A. CHEVALIER** |

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2   documents filed in connection with Cisco's Opposition to Arista's Motion to Strike Expert
3   Opinions and Testimony of Dr. Judith A. Chevalier.
4   Having considered Cisco's motion, and good cause having been shown, the Court
5   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Opposition to Arista's Motion to Exclude Expert Opinion Testimony From Dr. Judith A. Chevalier | Highlighted Portions | Arista |
| Exhibit 1 to the Declaration of Sara E. Jenkins in Support of Cisco's Opposition to Arista's Motion to Exclude Expert Opinion Testimony From Dr. Judith A. Chevalier | Entire | Arista |

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                 Hon. Judge Beth Labson Freeman