| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Beth Labson Freeman |

02099-00004/8272696.1

# CERTIFICATE OF SERVICE

I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action.

On August 19, 2016, I served true copies of the following documents associated with Dkt. Nos. 475 and 476 on the interested parties in this action as follows:

> **UNREDACTED COPY OF CISCO'S OPPOSITION TO ARISTA'S CORRECTED MOTION TO STRIKE EXPERT OPINION TESTIMONY FROM DR. KEVIN C. ALMEROTH**
>
> **UNREDACTED COPIES OF EXHIBITS 1-3 TO THE DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S CORRECTED MOTION TO STRIKE EXPERT OPINION TESTIMONY FROM DR. KEVIN C. ALMEROTH**
>
> **UNREDACTED COPY OF CISCO'S OPPOSITION TO ARISTA'S MOTION TO STRIKE EXPERT OPINION TESTIMONY FROM DR. JUDITH A. CHEVALIER**
>
> **UNREDACTED COPY OF EXHIBIT 1 TO THE DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S MOTION TO STRIKE EXPERT OPINION TESTIMONY FROM DR. JUDITH A. CHEVALIER**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on August 19, 2016 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| Brian L. Ferrall<br>Michael S. Kwun<br>David J. Silbert<br>Robert Van Nest<br>arista-kvn@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 | Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br><br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| Susan Chreighton<br>Scott Andrew Sher<br>Arista-WSGR@wsgr.com<br>Wilson Sonsini Goodrich Rosati<br>1700 K Street<br>Washington, DC 20006 | Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW |

11th Floor<br>Washington, DC 20005

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2016, at Redwood Shores, California.

/s/ *Sara E. Jenkins*<br>Sara E. Jenkins