United States District Court
Northern District of California

1

2

3

4    **UNITED STATES DISTRICT COURT**

5    **NORTHERN DISTRICT OF CALIFORNIA**

6    **SAN JOSE DIVISION**

7

8    CISCO SYSTEMS, INC.,
                                                    Case No.  14-cv-05344-BLF
                Plaintiff,
9
        v.                                          **ORDER REGARDING DAUBERT
10                                                   MOTION HEARING AND PRE-TRIAL
     ARISTA NETWORKS, INC.,                          CASE MANAGEMENT**
11
                Defendants.
12

13

14         Currently scheduled on September 9, 2016 is the hearing on the parties' various Daubert

15   motions.  Counsel is advised that each party will be allowed one hour to present both its argument

16   and opposition to all the pending motions.

17         Counsel are further requested to be prepared to address remaining scheduling issues

18   informally with the Court so that all matters requiring pre-trial court orders can be timely

19   presented to the Court.  Counsel may submit a joint list of those issues in advance of the

20   September 9, 2016 hearing.

21

22         **IT IS SO ORDERED.**

23

24   Dated:  August 24, 2016

25   _____
     BETH LABSON FREEMAN
26   United States District Judge

27

28