1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S REPLIES IN SUPPORT OF ITS MOTIONS TO EXCLUDE OPINION TESTIMONY FROM ARISTA'S EXPERTS** |

Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain documents filed in connection with Cisco's Replies in Support of its Motions to Exclude Expert Opinion Testimony from Arista's Experts.

Having considered Cisco's motion, and good cause having been shown, the Court GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Reply in Support of Its Motion to Exclude Expert Opinion Testimony From Arista's Expert Dr. John Black | Highlighted Portions | Arista |
| Cisco's Reply in Support of Its Motion to Exclude Expert Opinion Testimony From Arista's Expert William M. Seifert | Highlighted Portions | Arista |
| Cisco's Reply in Support of Its Motion to Exclude Expert Opinion Testimony From Arista's Expert Cate M. Elsten | Highlighted Portions | Arista |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                Hon. Judge Beth Labson Freeman