| | |
|---|---|
| Kathleen Sullivan (SBN 242261) <br> kathleensullivan@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> Sean S. Pak (SBN 219032) <br> seanpak@quinnemanuel.com <br> John M. Neukom (SBN 275887) <br> johnneukom@quinnemanuel.com. <br> QUINN EMANUEL URQUHART & <br> SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> Mark Tung (SBN 245782) <br> marktung@quinnemanuel.com <br> QUINN EMANUEL URQUHART & <br> SULLIVAN LLP <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)* <br> steven.cherny@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br><br> Adam R. Alper (SBN 196834) <br> adam.alper@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br><br> Michael W. De Vries (SBN 211001) <br> michael.devries@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 333 South Hope Street <br> Los Angeles, California 90071 <br> Telephone: (213) 680-8400 <br> Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Beth Labson Freeman |

02099-00004/8272696.1

# CERTIFICATE OF SERVICE

I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action.

On August 26, 2016, I served true copies of the following documents associated with Dkt. 498 on the interested parties in this action as follows:

**UNREDACTED COPY OF CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT DR. JOHN BLACK**

**UNREDACTED COPY OF CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT WILLIAM SEIFERT**

**UNREDACTED COPY OF CISCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION TESTIMONY FROM DEFENDANT'S EXPERT CATE M. ELSTEN**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on August 26, 2016 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| Brian L. Ferrall | Juanita R. Brooks |
| Michael S. Kwun | brooks@fr.com |
| David J. Silbert | Fish & Richardson P.C. |
| Robert Van Nest | 12390 El Camino Real |
| arista-kvn@kvn.com | San Diego, CA 92130-2081 |
| Keker & Van Nest LLP | |
| 633 Battery Street | Kelly C. Hunsaker |
| San Francisco, CA 94111-1809 | hunsaker@fr.com |
| | Fish & Richardson PC |
| | 500 Arguello Street, Suite 500 |
| Susan Chreighton | Redwood City, CA 94063 |
| Scott Andrew Sher | |
| Arista-WSGR@wsgr.com | Ruffin B. Cordell |
| Wilson Sonsini Goodrich Rosati | cordell@fr.com |
| 1700 K Street | Lauren A. Degnan |
| Washington, DC 20006 | degnan@fr.com |
| | Michael J. McKeon |
| | mckeon@fr.com |
| | Fish & Richardson PC |
| | 1425 K Street NW |
| | 11th Floor |
| | Washington, DC 20005 |

1
2
3      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
4
        Executed on August 26, 2016, at Redwood Shores, California.
5
6
                                                    _____/s/ *Sara E. Jenkins*_____
7                                                              Sara E. Jenkins
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28