KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S OMNIBUS ORDER REGARDING SEALING MOTIONS TO MOTIONS FOR SUMMARY JUDGMENT (ECF 487 re: ECF 328, 378, 393)** <br><br> Judge:    Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: August 1, 2016 |

Pursuant to the Court's Omnibus Order Regarding Sealing Motions to the parties' Motions for Partial Summary Judgment, Arista hereby files publicly Attachments 1-55 to this Notice of Public Filing, which correspond to the appropriate documents or portions of documents the Court ordered be filed publicly in connection with Arista's administrative motions to seal (ECF 328, 378, 393). Arista notes that the Court's Order (ECF 487) erroneously referred to Arista's administrative motion to seal in connection with Arista's opening Motion for Partial Summary Judgment as ECF 331. It was filed as ECF 328. ECF 331 is Cisco's administrative motion to file under seal in connection with its Motion for Partial Summary Judgment. It does not appear that the Court ruled on ECF 331.

| Original ECF | Document | Attachment |
|---|---|---|
| 329-2 | Exhibit 1 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 1. |
| 329-3 | Exhibit 2 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 2. |
| 329-4 | Exhibit 3 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 3. |
| 329-7 | Exhibit 7 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 4. |
| 329-8 | Exhibit 8 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 5. |
| 329-9 | Exhibit 9 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 6. |
| 329-10 | Exhibit 10 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 7. |
| 329-11 | Exhibit 11 to the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 8. |

| Original ECF | Document | Attachment |
|---|---|---|
| 329-16 | Exhibit 16 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 9. |
| 329-18 | Exhibit 18 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 10. |
| 329-19 | Exhibit 19 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 11. |
| 329-22 | Exhibit 22 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 12. |
| 329-23 | Exhibit 23 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 13. |
| 329-24 | Exhibit 24 the Declaration of Eduardo E. Santacana In Support of Defendant Arista Networks, Inc.'s Motion For Partial Summary Judgment | 14. |
| 380 | Defendant Arista Network Inc.'s Opposition to Cisco's Motion for Partial Summary Judgment ("Opposition") | 15. |
| 381 | Declaration of John R. Black Jr. in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment and Arista's Summary Judgment Motion ("Black Decl.") Ex. 1 ("Black Opening Report") | 16. |
| 381-38 | Black Decl. Ex. 38 ("Black Rebuttal Report") | 17. |
| 383-1 | Declaration of William M. Seifert in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Seifert Decl.") Ex. 1 ("Seifert Expert Report") | 18. |
| 382-1 | Declaration of Cate M. Elsten in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Elsten Decl.") Ex. 1 ("Elsten June 3 Report") | 19. |
| 380-2 | Declaration of Ryan Wong in Support of Defendant Arista Networks, Inc.'s Opposition to Cisco's Motion for Summary Judgment ("Wong Decl." or "Wong Declaration") Ex. 1 (Excerpts from Lougheed Deposition Transcript, 11/20/2015) | 20. |
| 380-3 | Wong Decl. Ex. 2 (Excerpts from Satz Deposition Transcript) | 21. |

| Original ECF | Document | Attachment |
|---|---|---|
| 380-5 | Wong Decl. Ex. 4 (Excerpts from Li Deposition Transcript) | 22. |
| 380-6 | Wong Decl. Ex. 5 (Excerpts from Dell Corporate Deposition Transcript) | 23. |
| 380-8 | Wong Decl. Ex. 7 (Cisco email dated 8/2/2013) | 24. |
| 380-9 | Wong Decl. Ex. 8 (Cisco email dated 10/6/2005) | 25. |
| 380-10 | Wong Decl. Ex. 9 (compilation of documents) | 26. |
| 380-12 | Wong Decl. Ex. 11 (Excerpts from Lang Deposition Transcript | 27. |
| 380-16 | Wong Decl. Ex. 15 (compilation of deposition transcript excerpts and documents) | 28. |
| 380-18 | Wong Decl. Ex. 17 (Excerpts from Remaker Deposition Transcript, 3/31/2016) | 29. |
| 380-19 | Wong Decl. Ex. 18 (Excerpts from Lougheed Deposition Transcript, 4/4/2016) | 30. |
| 380-21 | Wong Decl. Ex. 20 (Excerpts from Liu Deposition Transcript) | 31. |
| 380-22 | Wong Decl. Ex. 21 (compilation of deposition transcript excerpts) | 32. |
| 380-25 | Wong Decl. Ex. 24 (Excerpts from Kathail Deposition Transcript) | 33. |
| 380-29 | Wong Decl. Ex. 28 (Cisco email dated 10/22/1997) | 34. |
| 380-30 | Wong Decl. Ex. 29 (Excerpts from Patil Deposition Transcript) | 35. |
| 380-34 | Wong Decl. Ex. 33 (Excerpts from Remaker Deposition Transcript, 3/30/2016) | 36. |
| 380-38 | Wong Decl. Ex. 37 (Excerpts from the Opening Expert Report of Kevin Almeroth, dated June 3, 2016) | 37. |
| 380-42 | Wong Decl. Ex. 41 (Excerpts from Hewlett Packard Enterprise Corporate Deposition of Balaji Venkatraman) | 38. |
| 380-43 | Wong Decl. Ex. 42 (Brocade FastIron Manual) | 39. |
| 380-44 | Wong Decl. Ex. 43 (Brocade FAQ document) | 40. |

| Original ECF | Document | Attachment |
|---|---|---|
| 380-45 | Wong Decl. Ex. 44 (Cisco presentation dated June 1, 2007) | 41. |
| 380-47 | Wong Decl. Ex. 46 (Cisco NextHop document) | 42. |
| 380-48 | Wong Decl. Ex. 47 (Cisco HP document) | 43. |
| 380-49 | Wong Decl. Ex. 48 (Excerpts from Malik Deposition Transcript) | 44. |
| 380-50 | Wong Decl. Ex. 49 (Cisco presentation) | 45. |
| 380-51 | Wong Decl. Ex. 50 (Cisco metadata for the document immediately above) | 46. |
| 380-52 | Wong Decl. Ex. 51 (Excerpts from Hartingh Deposition Transcript) | 47. |
| 380-53 | Wong Decl. Ex. 52 (Excerpts from Pletcher Deposition Transcript) | 48. |
| 380-55 | Wong Decl. Ex. 54 (Cisco email dated 4/15/2008) | 49. |
| 380-59 | Wong Decl. Ex. 58 (Cisco document dated 12/7/2011) | 50. |
| 380-61 | Wong Decl. Ex. 60 (Cisco presentation dated 6/20/2012) | 51. |
| 380-63 | Wong Decl. Ex. 62 (compilation of deposition transcript excerpts) | 52. |
| 380-64 | Wong Decl. Ex. 63 (compilation of deposition transcript excerpts) | 53. |
| 380-65 | Wong Decl. Ex. 64 (compilation of documents) | 54. |
| 393 | Arista's Reply in Support of Arista's Motion for Partial Summary Judgment | 55. |

//

//

//

//

//

//

1112729.01

| | | |
|---|---|---|
| Dated:  September 6, 2016 | | KEKER & VAN NEST LLP |
| | By: | /s/ Brian L. Ferrall |
| | | ROBERT A. VAN NEST |
| | | BRIAN L. FERRALL |
| | | DAVID SILBERT |
| | | MICHAEL S. KWUN |
| | | Attorneys for Defendant ARISTA NETWORKS, INC. |