# ATTACHMENT 5

# Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D26 (NX-OS 6.2)

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Global
Configuration
Mode

dot1x — system-auth-control

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product

Global Configuration Mode → lldp → holdtime, reinit, timer, tlv-select

Interface Configuration Mode → lldp → receive, transmit

Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product



Privileged & Confidential / Attorney Work Product