# ATTACHMENT 6

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| User EXEC | router> | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | EXEC | switch> | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

Exhibit Copying-4 -- Evidence of Mode/Prompt Copying

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Privileged EXEC | router# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Global Configuration | router(config)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Global Configuration | switch(config)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.517, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Interface Configuration | router(config-if)# | IOS 11.0 through IOS 15.4; IOS XE 2.1 through IOS XE 3.5; IOS XR 3.0 through IOS XR 5.2 | Interface Configuration | switch(config-if)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| User EXEC | switch> | NX-OS 4.0 | EXEC | switch> | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Privileged EXEC | switch# | NX-OS 4.0 through NX-OS 5.2 | Privileged EXEC | switch# | EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| EXEC | switch# | NX-OS 5.0 through NX-OS 6.2 | Privileged EXEC | switch# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Global Configuration | switch(config)# | NX-OS 4.0 through NX-OS 6.2 | Global Configuration | switch(config)# | EOS v. 4.0.1 EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |

**Exhibit Copying-4 -- Evidence of Mode/Prompt Copying**

| Cisco Command Mode | Cisco Prompt | Copyrighted Work(s) in Which Cisco's Command Mode and Prompt Appears | Identical or Similar Arista Command Mode | Identical or Similar Arista Prompt | Work(s) in Which Command Mode and Prompt Appears | Exemplary Documentary Evidence Of Arista's Use of Modes And Prompts |
|---|---|---|---|---|---|---|
| Interface Configuration | switch(config-if)# | NX-OS 4.0 through NX-OS 6.2 | Interface Configuration | switch(config-if)# | EOS v. 4.0.1, EOS v. 4.4.0, EOS v. 4.6.2, EOS v. 4.10.0, EOS v. 4.11.1.2, EOS v. 4.11.2.1, EOS v. 4.12.4, EOS v. 4.13.6F, EOS v. 4.13.7M, EOS v. 4.14.3F, EOS v. 4.14.5F, EOS v. 4.14.6M, EOS v. 4.15.0F | CSI-CLI-00007473 CSI-CLI-00007244 CSI-CLI-00006858 CSI-CLI-00007841 CSI-CLI-00010517 CSI-CLI-00008985 CSI-CLI-00014141 CSI-CLI-00011973 CSI-CLI-00018146 CSI-CLI-00000084 CSI-CLI-00004616 CSI-CLI-00020575 CSI-CLI-00002332 CSI-CLI-00016001 |