# ATTACHMENT 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
    CISCO SYSTEMS, INC.     Case No.: 5:14-cv-05344-BLF(PSG)
 5
                Plaintiff,
 6
          v.
 7
    ARISTA NETWORKS, INC.
 8
                Defendants.
 9  _____
10
11
12
13     * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
14         VIDEOTAPED DEPOSITION OF KIRK LOUGHEED
15                 Palo Alto, California
16                Monday, April 4, 2016
17                      Volume 2
18
19
20
21  Reported by:
22  LESLIE JOHNSON
23  RPR, CSR No. 11451
24  Job No.: 2285024
25  PAGES 190 - 399
```

Page 190

```
 1       UNITED STATES DISTRICT COURT
 2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
     CISCO SYSTEMS, INC.    Case No.: 5:14-cv-05344-BLF(PSG)
 5
            Plaintiff,
 6
       v.
 7
     ARISTA NETWORKS, INC.
 8
            Defendants.
 9   _____
10
11
12
13
14    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17      VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, Volume 2,
18   taken on behalf of Defendant, at 601 California Avenue,
19   Palo Alto, California, beginning at 9:25 a.m. and ending
20   at 4:37 p.m., on Monday, April 4, 2016, before
21   LESLIE JOHNSON, Certified Shorthand Reporter No. 11451.
22
23
24
25
                                                      Page 191
```

```
 1  APPEARANCES:
 2
 3  FOR PLAINTIFF CISCO SYSTEMS, INC.:
 4     QUINN EMANUEL URQUHART & SULLIVAN LLP
 5     BY: JOHN (JAY) NEUKOM, ESQ.
 6     50 California Street, 22nd Floor
 7     San Francisco, California  94111
 8     (415)875-6600
 9     johnneukom@quinnemanuel.com
10  FOR DEFENDANT ARISTA NETWORKS, INC.:
11     KEKER & VAN NEST LLP
12     BY: RYAN WONG, ESQ.
13     633 Battery Street
14     San Francisco, California  94111
15     (415)391-5400
16     rwong@kvn.com
17  ALSO PRESENT:
18     SEAN GRANT, Videographer
19
20
21
22
23
24
25
                                                      Page 192
```

```
 1                  I N D E X
 2
 3  WITNESS                       EXAMINATION
 4  KIRK LOUGHEED
    Volume 2
 5
 6     BY MR. WONG                    197
 7
 8         EXHIBITS
 9         KIRK LOUGHEED
10  NUMBER        DESCRIPTION             PAGE
11  Exhibit 452  Copy of name badge; 1 page   198
12  Exhibit 453  Black and white copy of photograph;  198
                 1 page
13
    Exhibit 454  Patent Agreement; Bates stamped   208
14               KL-00000872 to 891
15  Exhibit 455  A Multiple Protocol Kernel for   228
                 Local Area Network Software
16               Development Reference Manual; Bates
                 stamped KL-00000001 to 93
17
    Exhibit 456  Document entitled "Chaosnet"; Bates  238
18               stamped KL-00000186 to 250
19  Exhibit 457  Document entitled "Debugging   241
                 Information"; Bates stamped
20               KL-00000564-654
21  Exhibit 458  DECnet Digital Network Architecture  244
                 (Phase V); Bates stamped
22               KL-00000251 to 380
23  Exhibit 459  E-mail from Stanford Low Overhead   252
                 Timesharing; Bates stamped
24               KL-00001699 to 763
25
                                                      Page 193
```

```
 1         EXHIBITS (Cont.)
 2         KIRK LOUGHEED
 3  NUMBER        DESCRIPTION             PAGE
 4  Exhibit 460  E-mail dated 10-Jan-83 from Barb   260
                 at ISL to Computer Committee; Bates
 5               stamped KL-00000868 to 871
 6  Exhibit 461  Stanford Ethertip/Gateway User and   263
                 Configuration Guide; Bates stamped
 7               CSI-CLI-01315367 to 97
 8  Exhibit 462  Letter dated August 21, 1986 from   281
                 Robert L. Street to Len Bosack;
 9               Bates stamped CSI-CLI-01839502
                 to 504
10
    Exhibit 463  E-mail dated 4/3/2006 from Kirk   298
11               Lougheed to Vivian Neou; Bates
                 stamped CSI-CLI-01124245
12
    Exhibit 464  Cisco's Amended Exhibit F; 44 pages  302
13
    Exhibit 465  Software Unit External Functional   310
14               Specification; Bates stamped
                 CSI-CLI-00608751 to 752
15
    Exhibit 466  ipsupport.c -- miscellaneous IP   328
16               support code; 20 pages
17  Exhibit 467  Document entitled "Part 3: Media   332
                 Access Control (MAC) Bridges";
18               Bates stamped ARISTANDCA00032440
                 to 812
19
    Exhibit 468  Contents of "tip" directory; 1 page  348
20
    Exhibit 469  Command1.c -- ASM/AGS commands;   355
21               Bates stamped KL-SC-00000001 to 9
22  Exhibit 470  Config.c -- parse and act upon   358
                 configuration commands; Bates
23               stamped KL-SC-00000010 to 20
24  Exhibit 471  Exec.c -- ASM/AGS command level;   365
                 Bates stamped KL-SC-00000021 to 32
25
                                                      Page 194
```

```
 1         EXHIBITS (Cont.)
 2            KIRK LOUGHEED
 3  NUMBER         DESCRIPTION                PAGE
 4  Exhibit 472   "cisco.c" source code; 1 page    371
 5  Exhibit 473   "stanford.c" source code; 1 page 371
 6  Exhibit 474   Source code; Bates stamped       375
              KL-SC-00000033 to 41
 7
    Exhibit 475   Source code; Bates stamped       375
 8            KL-SC-00000042 to 52
 9  Exhibit 476   Cisco Systems ASM/AGS User Manual  383
              and Configuration Guide; Bates
10            stamped CSI-CLI-00358622 to 54
11                * * *
```

Page 195

```
 1          Palo Alto, California, Monday, April 4, 2016
 2              9:25 a.m.
 3
 4          THE VIDEOGRAPHER:  Good morning.  We're on
 5  the record.  The time is 9:25 a.m., and the date is
 6  April 4th, 2016.  This begins Volume 2 of the
 7  videotaped deposition of Mr. Kirk Lougheed.  My name
 8  is Sean Grant, here with our court reporter, Leslie
 9  Johnson.  We're here from Veritext Legal Solutions
10  at the request of counsel for Defendant.  This
11  deposition is being held at Wilson Sonsini in Palo
12  Alto, California.  The caption of this case is
13  "Cisco Systems Inc. versus Arista Networks Inc.,"
14  Case No. 5:14-cv-05344-BLF.
15      Please note that audio and video recording
16  will take place unless all parties have agreed to go
17  off the record.  Microphones are sensitive and may
18  pick up whispers, private conversations or cellular
19  interference.
20      At this time, will counsel please identify
21  themselves and state whom they represent.
22          MR. WONG:  Ryan Wong from Keker & Van Nest
23  for Defendant Arista Networks.
24          MR. NEUKOM:  John Neukom for the plaintiff
25  and also today for the witness.
```

Page 196

```
 1          THE VIDEOGRAPHER:  Thank you.  Will the
 2  certified court reporter please swear in the
 3  witness.
 4
 5             KIRK LOUGHEED,
 6  having been administered an oath, was examined and
 7            testified as follows:
 8
 9          EXAMINATION (RESUMED)
10  BY MR. WONG:
11      Q.  Good morning, Mr. Lougheed.
12      A.  Good morning.
13      Q.  Mr. Lougheed, do you understand that this
14  is a continuation of your personal deposition that
15  was taken back on November 20th, 2015?
16      A.  I do.
17      Q.  And do you understand that you are still
18  testifying under oath as if you were testifying at
19  trial?
20      A.  I do.
21      Q.  And is there any reason why you cannot
22  give full and truthful testimony today?
23      A.  There is no reason.
24      Q.  And are you generally still familiar with
25  the ground rules for a deposition?
```

Page 197

```
 1      A.  Yes.
 2      Q.  Okay.  Well, I'll just repeat some of the
 3  more important rules.  If you need to take a break
 4  at any time, just let me know.  And all I'd ask is
 5  that if there is a question pending, that you answer
 6  it before we go on the break.  Okay?
 7      A.  (Witness nods head.)
 8          MR. WONG:  Why don't we mark this as the
 9  first exhibit for today.
10          (Exhibit 452 marked for identification.)
11          MR. WONG:  And we will mark this one as
12  the next exhibit.
13          (Exhibit 453 marked for identification.)
14          MR. NEUKOM:  Ryan, I have two separate
15  pieces of paper.  Are you treating these as two
16  separate exhibits?
17          MR. WONG:  Yes.  I'm going to give them
18  two exhibit numbers and read them into the record in
19  just a second.
20          The court reporter has marked as
21  Exhibit 452 a photocopy -- photo bearing Bates Nos.
22  KL-00002202.  The court reporter has also marked as
23  Exhibit 453, a black and white photo with Bates Nos.
24  KL-00002201.
25  ////
```

Page 198

```
 1    A.  Let me take a quick scan through this.
 2    Q.  Sure.
 3    A.  Yes.  I recognize this file.
 4    Q.  And what is the source code marked as
 5  Exhibit 470?
 6    A.  It's from the Stanford -- or excuse me.
 7  It's from the Cisco fork.  And it supports the
 8  loading of a file of configuration commands and the
 9  parsing of those configuration commands and the
10  execution of those configuration commands.
11    Q.  And in line 4 on the first page of
12  Exhibit 470, it again says "June of 1985, Kirk
13  Lougheed," correct?
14    A.  Yes.
15    Q.  Is that the date that you created the
16  config.c file?
17    A.  That's the date I created the config.c
18  file.
19    Q.  And you worked on the code for Exhibit 470
20  between June of 1985 and also in June -- strike
21  that.
22        When did you work on the source code shown
23  in Exhibit 470?
24    A.  From June of 1985 until -- until I left
25  Stanford in July of '86.
                                              Page 359
```

```
 1    Q.  And some of the source code in here was
 2  written or modified by you while you were at
 3  Stanford, correct?
 4    A.  Correct.
 5    Q.  On the page ending in Bates No. 11
 6  starting at line 94?
 7    A.  Uh-huh.
 8    Q.  There looks to be a list, a
 9  comma-delimited list of words in quotes.
10        Do you see that?
11    A.  Yes.
12        MR. NEUKOM:  Sorry.  Which page 11?
13        MR. WONG:  I'm sorry.  Page 11 of
14  Exhibit 470.
15        MR. NEUKOM:  The Bates stamp page 11?
16        MR. WONG:  Yes.
17        MR. NEUKOM:  Okay.
18  BY MR. WONG:
19    Q.  And we're looking at the line starting at
20  around 94, 95.
21        So Mr. Lougheed, you see starting at
22  around line 95 there is a list of comma-delimited
23  words that are in double quotes, correct?
24    A.  Right.
25    Q.  What are those words that appear in double
                                              Page 360
```

```
 1  quotes starting on line 95 of Exhibit 470?
 2    A.  Those are various configuration command
 3  tokens.
 4    Q.  And so these are words that would be
 5  accepted by the CLI of the version of the EE-CF
 6  software that --
 7        MR. NEUKOM:  Objection.  Vague.
 8        MR. WONG:  I'm not even done with the
 9  question, but let me just ask you.
10        MR. NEUKOM:  That's all right.  It was
11  vague halfway through.
12  BY MR. WONG:
13    Q.  Let me re-ask the question, Mr. Lougheed.
14        How were these various configuration
15  command tokens, as you called them, starting on line
16  95 of Exhibit 470 used in the EE-CF software?
17        MR. NEUKOM:  Objection.  Vague.  Compound.
18        THE WITNESS:  They were contained in a
19  file residing on a network host, and they would be
20  downloaded into the router TIP whatnot, parsed and
21  executed.  They were not interactive commands.
22  BY MR. WONG:
23    Q.  Are any of these configuration commands
24  also supported by the Stanford fork of the EE-CF
25  software?
                                              Page 361
```

```
 1    A.  I would imagine some of them are.  I would
 2  have to refer to the -- this Exhibit 36 to determine
 3  which ones actually were.
 4    Q.  Okay.  But -- so if any of these commands
 5  were supported by the Stanford fork of the EE-CF
 6  software, you would expect them to be documented in
 7  Exhibit 36, correct?
 8    A.  Yes.
 9    Q.  And in Exhibit -- the source code in
10  Exhibit 470, is any of the source code in
11  Exhibit 470 identical to source code that's in the
12  Stanford fork of the EE-CF software?
13        MR. NEUKOM:  Objection.  Vague.  Compound.
14  And lack of foundation.
15  BY MR. WONG:
```





Page 363





17    MR. WONG: Let's mark these two. This
18 will be 472.
19    (Exhibit 472 marked for identification.)
20    MR. WONG: Oh, sorry. 472.
21    And this one will be 473.
22    (Exhibit 473 marked for identification.)
23 BY MR. WONG:
24    Q. The court reporter has marked as
25 Exhibit 472 and 473 documents produced to us in a

Page 371

1 into the code. So you could say -- both of them you
2 could look at by saying "show hardware" and see
3 what -- see what they were.
4    Q. And so what determines whether the Cisco
5 copyright notice -- well, strike that.
6    Exhibit 473 is not a Cisco copyright
7 notice, correct?
8    A. Correct. There is no copyright notice
9 there.
10    Q. Right. It says "Stanford EE-CF
11 EtherTIP/Gateway 5.2 (341)"?
12    A. Right.
13    Q. What determines whether the text shown in
14 Exhibit 473 or the text shown in Exhibit 472 gets
15 put into the source code?
16    A. I believe it depended on which make file
17 target I used.
18    Q. So am I right that you compile the same
19 source code to contain either a Cisco copyright
20 notice or a text that says "Stanford EE-CF
21 EtherTIP/Gateway" notice?
22    A. Yes.
23    Q. Why would you have functionality to either
24 put a Cisco copyright notice or a label that says
25 "Stanford EE-CF EtherTIP/Gateway" label into the

Page 373

1 single native file, and the control number for both
2 Exhibits 472 and 473 is CSI-CLI-01143416.
3 Exhibit 472 at the top says "cisco.c." Exhibit 473
4 at the top says "stanford.c."
5    Mr. Lougheed, do you recognize the
6 document marked as Exhibit 472?
7    A. Yes, I do.
8    Q. And do you recognize the exhibit marked as
9 Exhibit 473?
10    A. Yes, I do.
11    Q. What is the document marked as
12 Exhibit 472?
13    A. It is a one-line piece of source code that
14 was generated every time the source code was
15 compiled. And it would include a version name,
16 version number in parentheses, an edit number, when
17 it was compiled, and a copyright notice.
18    We're talking about 472, correct.
19    Q. Yes. And Exhibit 472, the copyright
20 notice, is a Cisco systems copyright notice,
21 correct?
22    A. Yes.
23    Q. And what is Exhibit 473?
24    A. It is, again, one line of code that is
25 created when the system is compiled and compiled

Page 372

1 source code?
2    MR. NEUKOM: Just one second. The
3 question phrased in the hypothetical asks for
4 speculation or opinion testimony.
5    MR. WONG: Let me rephrase the question
6 then.
7 BY MR. WONG:
8    Q. Why did you have functionality to either
9 put a Cisco copyright notice or a label that says
10 Stanford EtherTIP/Gateway into the source code when
11 you compiled it?
12    MR. NEUKOM: Objection. Lacks foundation.
13    THE WITNESS: I needed a way of
14 identifying the software through the command-line
15 interface, and I don't -- and at one point the
16 Stanford.c was the original one, and I created a
17 Cisco.c and -- and it didn't delete the Stanford.c
18 one from the -- from the Cisco fork.
19    MR. NEUKOM: We've, again, been going for
20 over an hour. So let's take a break, please.
21    THE VIDEOGRAPHER: Going off the record.
22 The time is 3:52 p.m.
23    (A recess was taken.)
24    THE VIDEOGRAPHER: Back on the record.
25 The time is 4:01 p.m.

Page 374

47 (Pages 371 - 374)

```
 1    A.  Correct.
 2    Q.  Was the source code shown in Exhibit 475,
 3 the SUMEX source code, used to create the source
 4 code shown in Exhibit 474?
 5    A.  I believe it was the basis for the code.
 6 The functions you have pointed out, it appears that
 7 the Yaeger stuff was the basis for that.
 8    Q.  And you removed any mention of Mr. Yaeger
 9 in the Cisco fork of the ECF software shown in
10 Exhibit 474, correct?
11    A.  Yes.
12    Q.  And why did you remove any reference to
13 Mr. Yaeger from the Cisco fork of the EE-CF software
14 shown in Exhibit 474?
15    A.  Because I wasn't interested in carrying
16 forward his little source code Easter eggs in the
17 comments.
18    Q.  Did you remove references to Mr. Yaeger
19 from other portions of the Cisco fork of the EE-CF
20 source code?
21        MR. NEUKOM:  Objection.  The document
22 speaks for itself.  Or best evidence.
23        THE WITNESS:  I certainly removed that
24 comment.  I don't remember if I removed any other
25 comments.
                                              Page 379
```

```
 1 BY MR. WONG:
 2    Q.  You can set that aside.
 3        Mr. Lougheed, after your first deposition,
 4 Cisco identified you a few days later as the creator
 5 of the command modes and prompts at issue in this
 6 litigation.  Are you aware of that?
 7    A.  Yes.
 8    Q.  Are you the creator of the command modes
 9 and prompts at issue in this litigation?
10        MR. NEUKOM:  Objection.  Compound.
11 BY MR. WONG:
12    Q.  Let me go one by one then, Mr. Lougheed.
13    A.  Okay.
14    Q.  Are you familiar with the "user exec"
15 command mode?
16    A.  In what piece of software?
17    Q.  Cisco IOS.
18    A.  Yes.
19    Q.  And what is the "user exec" command mode
20 in Cisco IOS?
21    A.  It's the set of interactive commands for
22 maintaining and monitoring the software.
23    Q.  And did you create the "user exec" command
24 mode in Cisco IOS?
25    A.  I created many of the commands and the
                                              Page 380
```

```
 1 hierarchy of commands that are used in that command
 2 mode.
 3    Q.  Okay.  Well, my question is, did you
 4 create the "user exec" command mode in Cisco IOS?
 5        MR. NEUKOM:  Objection.  Asked and
 6 answered.
 7        THE WITNESS:  I'm sorry.  The question
 8 again is?
 9 BY MR. WONG:
10    Q.  Did you create the "user exec" command
11 mode in Cisco IOS?
12        MR. NEUKOM:  Objection.  Asked and
13 answered.
14        THE WITNESS:  I was the person responsible
15 for the look and feel of the "exec" command mode.
16 BY MR. WONG:
17    Q.  But when you say "exec" command mode, is
18 that the same thing as the "user exec" command mode?
19    A.  Yes.  I think we're talking about the same
20 thing.
21    Q.  I think we are too.
22        Is there a "privilege exec" command mode
23 in Cisco IOS?
24    A.  Yes.
25    Q.  And what is the difference between the
                                              Page 381
```

```
 1 "privilege exec" command mode in Cisco IOS and the
 2 "user exec" command mode in Cisco IOS?
 3    A.  The one is a subset of the other.
 4    Q.  Which one is a subset of the other?
 5    A.  The "user" command mode.
 6    Q.  And are you the creator of the "privilege
 7 exec" command mode in Cisco IOS?
 8    A.  I base that ultimately on Mr. Yaeger's
 9 work.
10    Q.  Is that the end of your answer?
11    A.  Yes.
12    Q.  I just wanted to make sure that you
13 weren't going to say something else.
14    A.  Okay.
15    Q.  Is there a "global configuration" command
16 mode in Cisco IOS?
17    A.  Yes.
18    Q.  What is the "global configuration" command
19 mode in Cisco IOS?
20    A.  It's a set of configuration commands that
21 apply to the entire box.
22    Q.  And did you create the "global
23 configuration" command mode in Cisco IOS?
24    A.  Yes.
25    Q.  When did you create the "global
                                              Page 382
```

```
 1  configuration" command mode in Cisco IOS?
 2     A.  In the 1985, 1986 time frame.
 3     Q.  And why do you say the 1985, 1986 time
 4  frame?
 5     A.  Because that's -- I don't have any further
 6  precision.
 7     Q.  Let's mark this as the next exhibit.  I'm
 8  sorry.  What number are we on?
 9         THE REPORTER:  476.
10         (Exhibit 476 marked for identification.)
11  BY MR. WONG:
12     Q.  The court reporter has marked Exhibit 476
13  a document bearing control numbers CSI-CLI-00358622
14  to 358654.
15         Mr. Lougheed, before I ask you about this
16  document, this is a document that Cisco has
17  identified to Arista as the first documentation of
18  the command modes and prompts at issue in this case.
19  So you know, whether that's true or not, I don't
20  know, but I'm just representing to you that that is
21  what Cisco has represented to us in discovery.
22         Can you please take a look at Exhibit 476
23  and let me know if you recognize Exhibit 476.
24     A.  Yes.  I recognize it.
25     Q.  And what is Exhibit 476?
                                              Page 383
```

```
 1     A.  It's the first -- it's the first user
 2  manual for the Cisco software.
 3     Q.  Okay.  And was the user manual in --
 4  strike that.
 5         So this -- Exhibit 476 says "Version 5.2,"
 6  correct?
 7     A.  Correct.
 8     Q.  Was that the first version of Cisco's
 9  ASM/AGS software that was sold to the public?
10     A.  Yes.
11     Q.  And was the user manual and configuration
12  guide for the Cisco Systems ASM/AGS marked here as
13  Exhibit 476 provided to customers of Cisco?
14         MR. NEUKOM:  Objection.  Lack of
15  foundation.
16         THE WITNESS:  We shipped a copy with each
17  of the earlier units.
18  BY MR. WONG:
19     Q.  And you know that from personal knowledge?
20     A.  Yes.
21     Q.  Do you agree, Mr. Lougheed, that the
22  command modes that we have been discussing today are
23  documented in Exhibit 476?
24         MR. NEUKOM:  Objection.  The document
25  speaks for itself.  And objection, compound.
                                              Page 384
```

```
 1  BY MR. WONG:
 2     Q.  I'll go one by one then.
 3         Mr. Lougheed, do you --
 4         MR. NEUKOM:  Why?  I don't mean to be a
 5  pain, but it's 4:20 in the afternoon.  This witness
 6  is on his second day of deposition.  If it's in
 7  there, you can show it at trial.  If it is or it
 8  isn't, we're keeping Mr. Lougheed here so that you
 9  can walk him through to have him admit the contents
10  of a document or not.
11         MR. WONG:  Okay.
12         MR. NEUKOM:  It just seems a little bit of
13  a pain for this witness who is being very
14  cooperative.
15         MR. WONG:  Let's move on to the "interface
16  configuration" command mode.
17  BY MR. WONG:
18     Q.  Mr. Lougheed, do you know what the
19  "interface configuration" command mode is?
20     A.  Yes.
21     Q.  What is the "interface configuration"
22  command mode?
23     A.  It is a -- it's a mode entered by the --
24  starts out with the command interface, specifies the
25  name of the interface, and then on subsequent lines
                                              Page 385
```

```
 1  there are subcommands that refer to the -- there are
 2  subsequent configuration commands that use that
 3  first interface as a reference to what -- what
 4  interface is actually being configured.
 5     Q.  And we're talking about the "interface
 6  configuration" command mode in Cisco IOS?
 7     A.  In the current Cisco IOS, yes.
 8     Q.  And are you the creator of the "interface
 9  configuration" command mode in Cisco IOS?
10     A.  Yes.
11     Q.  And when was that created?
12     A.  After I left Stanford.
13     Q.  Do you know approximately when in terms of
14  the year that you created the "interface
15  configuration" command mode?
16     A.  '86, early '87.
17     Q.  What's the command prompt for the
18  "interface configuration" command mode in Cisco IOS?
19     A.  I don't remember what the modern one is.
20  There was none in the early versions.
21     Q.  And what was the command prompt for the
22  "exec" or "user exec" command mode for Cisco IOS?
23     A.  The name of the host.  If it didn't -- if
24  there was -- either gateway angle bracket, which was
25  the default, or if it could figure out its host
                                              Page 386
```

```
 1  name, it would have the host name and an angle
 2  bracket.
 3      Q.  And was the angle bracket also the prompt
 4  used -- strike that.
 5          Was the angle bracket also a prompt used
 6  in the EE-CF software at Stanford?
 7      A.  Yes.
 8      Q.  Do you know if the angle bracket was used
 9  in the SUMEX software at Stanford?
10      A.  I don't recall.
11      Q.  If you open up Exhibit 36, Mr. Lougheed.
12      A.  Okay.  36?
13      Q.  Yes, Exhibit 36.  It's a manual.  It's the
14  manual we were just looking at.  Or actually not.
15  It's a different manual.
16      A.  No.  It documents -- no.  They're
17  different manuals.
18      Q.  Yes. I'm sorry.  If you have Exhibit 36,
19  that's fine.
20      A.  Yes, I've got it.
21      Q.  But I meant Exhibit 476.  I'm confusing
22  myself now.
23      A.  Okay.
24      Q.  If you turn to page 2 of Exhibit 476.  Let
25  me know when you're there.
                                              Page 387
```

```
 1      A.  Page 2 as in the documents, internal
 2  documents?
 3      Q.  Yes. I'm sorry.  And the control number at
 4  the bottom of page 2 of Exhibit 476 is CSI-CLI
 5  00358625.  Are you there?
 6      A.  I'm there.
 7      Q.  Do you see a section called "2.1 Basic ASM
 8  Use"?
 9      A.  Yes, I see that section.
10      Q.  And the first sentence there says, "To get
11  the attention of the ASM's command processor, you
12  must press the return key."
13          Did I read that correctly?
14      A.  Yes.
15      Q.  The next sentence says, "A message must be
16  printed out, followed by the ASM's host name."
17          Did I read that correctly?
18          MR. NEUKOM:  We'll stipulate to that.
19  BY MR. WONG:
20      Q.  And the rest of the paragraph reads, "The
21  ASM is then ready to accept commands.  See Figure
22  2-1.  Words in boldface are typed by the user;
23  normal type is printed by the ASM; and italics are
24  comments."
25          Did I read that correctly?
                                              Page 388
```

```
 1      A.  Yes.
 2      Q.  Now, the next line says, "Sierra is the
 3  name of the time-sharing computer."
 4          Do you see that?
 5      A.  Yes.
 6      Q.  That Sierra is referring to the same
 7  Sierra that's used at Stanford, correct?
 8      A.  In this context, Sierra is referring to a
 9  generic time-sharing computer.
10      Q.  Can you open up Exhibit 36, please,
11  Mr. Lougheed?  And you can stay on that page of
12  Exhibit 476.  But if you open up Exhibit 36 to
13  page 2.  And the control number at the bottom is
14  CSI-CLI-01315527.  Let me know when you're there.
15      A.  I'm there.
16      Q.  Under section 2-1, "Basic Ethertip Use,"
17  do you see where I'm looking?
18      A.  Uh-huh.
19      Q.  It says, "To get the attention of the
20  EtherTIP's command processor, you must press the
21  return key.  A message may be printed out, followed
22  by the EtherTIP's name.  The EtherTIP is then ready
23  to accept commands.  See Figure 2-1.  Words in
24  boldface are typed by the user; normal type is
25  printed by the EtherTIP; and italics are comments."
                                              Page 389
```

```
 1          Do you see that?
 2      A.  Yes.
 3      Q.  Now, that sounds like the same text that's
 4  in section 2.1 of the Cisco Systems ASM/AGS User
 5  Manual and Configuration Guide marked as
 6  Exhibit 476.  Is that right?
 7          MR. NEUKOM:  Objection.  Mischaracterizes
 8  the document.
 9          THE WITNESS:  Ask the question again.  I'm
10  sorry.
11  BY MR. WONG:
12      Q.  The text that appears in the first
13  paragraph under section 2.1 of the Stanford EtherTIP
14  User Guide marked as Exhibit 36 is substantially the
15  same as the text that appears under section 2.1 of
16  the Cisco Systems ASM/AGS User Manual marked as
17  Exhibit 476; isn't that right?
18          MR. NEUKOM:  Objection.  Documents speak
19  for themselves.
20          THE WITNESS:  I agree with your
21  observation.
22  BY MR. WONG:
23      Q.  You agree with whose observation?
24      A.  I was trying to answer your question.
25      Q.  Oh.  Thank you, Mr. Lougheed.
                                              Page 390
```

51 (Pages 387 - 390)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           REPORTER'S CERTIFICATION
 2       I, Leslie Johnson, a Certified Shorthand
 3  Reporter of the State of California, do hereby certify:
 4       That the foregoing proceedings were taken
 5  before me at the time and place herein set forth; that
 6  any witnesses in the foregoing proceedings, prior to
 7  testifying, were administered an oath; that a record of
 8  the proceedings was made by me using machine shorthand
 9  which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially interested in
17  the action nor a relative or employee of any attorney or
18  any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: April 19, 2016
22
23       *Leslie Johnson*
24       LESLIE JOHNSON
25       CSR No. 11451, RPR, CCRR
```

Page 399

54 (Page 399)