# ATTACHMENT 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5   CISCO SYSTEMS, INC.,        )

                                )

6              Plaintiff,       )

                                ) Case No.

7          vs.                  ) 5:14-cv-05344-BLF (PSG)

                                )

8   ARISTA NETWORKS, INC.,      )

                                )

9              Defendant.       )

    _____)

10

11

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15        VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16              Palo Alto, California

17            Friday, November 20, 2015

18                  Volume I

19

20

21

22   Reported by:

     CARLA SOARES

23   CSR No. 5908

24   Job No. 2187110

25   Pages 1 - 189

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,    )
                            )
 6       Plaintiff,  )
                     ) Case No.
 7       vs.         ) 5:14-cv-05344-BLF (PSG)
                     )
 8  ARISTA NETWORKS, INC.,  )
                            )
 9       Defendant.  )
    _____)
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
17  Volume I, taken on behalf of Defendant, at
18  650 Page Mill Road, Palo Alto, California, beginning
19  at 9:19 a.m., and ending at 6:15 p.m., on Friday,
20  November 20, 2015, before CARLA SOARES, Certified
21  Shorthand Reporter No. 5908.
22
23
24
25
                                              Page 2
```

```
 1  APPEARANCES:
 2
 3  For the Plaintiff and the Witness:
 4       QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5       BY: JOHN (JAY) NEUKOM, Attorney at Law
 6       50 California Street, 22nd Floor
 7       San Francisco, California 94111
 8       415.875.6341
 9       johnneukom@quinnemanuel.com
10          and
11       KIRKLAND & ELLIS LLP
12       BY: JOSHUA L. SIMMONS, Attorney at Law
13       601 Lexington Avenue
14       New York, New York 10022
15       212-446-4989
16       joshua.simmons@kirkland.com
17
18
19
20
21
22
23
24
25
                                              Page 3
```

```
 1  APPEARANCES (Continued):
 2
 3  For the Defendant:
 4       KEKER & VAN NEST LLP
 5       BY: BRIAN L. FERRALL, Attorney at Law
 6       BY: RYAN WONG, Attorney at Law
 7       633 Battery Street
 8       San Francisco, California 94111
 9       415.391.5400
10       bferrall@kvn.com
11       rwong@kvn.com
12
13  ALSO PRESENT: Sean Grant, Video Operator
14            --o0o--
15
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1                INDEX
 2  WITNESS
 3  KIRK LOUGHEED               EXAMINATION
    Volume I
 4
 5       BY MR. FERRALL              10
 6
 7            EXHIBITS
 8  NUMBER      DESCRIPTION        PAGE
 9  Exhibit 29  Document headed "Internet      73
10       Protocol,"
11       Bates ARISTANDCA0031553 - 1601
12
13  Exhibit 30  Document headed "DoD Internet   73
14       Host Table Specification"
15
16  Exhibit 31  Document headed "An Ethernet    73
17       Address Resolution Protocol or
18       Converting Network Protocol
19       Addresses to 48.bit Ethernet
20       Address for Transmission on
21       Ethernet Hardware,"
22       Bates ARISTANDCA0003130 - 1639
23
24
25
                                              Page 5
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 32 | Document headed "Address Resolution Protocol (ARP) module for the Yeager gateway" | 85 |
| Exhibit 33 | Email string, top email to Kirk Lougheed and Paula Labloner from Mike Sanchez, dated 11-17-14, Bates CSI-CLI-01326834 - 6837 | 89 |
| Exhibit 34 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 3-30-10, Bates CSI-CLI-01317865 - 7866 | 93 |
| Exhibit 35 | Email string, top email to Joe Hielscher from Kirk Lougheed, dated 7-23-08, Bates CSI-CLI-01134849 - 4850 | 100 |
| Exhibit 36 | Document entitled "Stanford Ethertip/Gateway User and Configuration Guide," Bates CSI-CLI-01315523 - 5568 | 101 |

Page 6

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 37 | Document entitled "cisco Systems AGS User Manual," Bates CSI-CLI-00358166 - 8223 | 106 |
| Exhibit 38 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 12-11-08, Bates CSI-ANI-00043306 - 3306.000001 | 122 |
| Exhibit 39 | Document entitled "Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)" | 152 |
| Exhibit 40 | Email to Craig Fox from Kirk Lougheed, dated 3-6-96, Bates CSI-CLI-00746398 | 160 |
| Exhibit 41 | Document described as source code file | 162 |
| Exhibit 42 | Document described as code | 177 |

Page 7

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | Document entitled "DECbrouter 90 Products," Bates CSI-ANI-00081683 - 1683.000344 | 181 |

--o0o--

Page 8

```
 1              Palo Alto, California          08:37:04
 2              Friday, November 20, 2015
 3                  9:19 a.m.
 4
 5          P R O C E E D I N G S              08:37:10
 6      THE VIDEO OPERATOR:  Good morning.  We're
 7  on the record.  The time is 9:19 a.m., and the date
 8  is November 20th, 2015.  This begins the videotaped
 9  deposition of Kirk Lougheed.
10      My name is Sean Grant, here with our court    09:19:25
11  reporter, Carla Soares.  We're here from Veritext
12  Legal Solutions at the request of counsel for
13  defendant.
14      This deposition is being held at Wilson
15  Sonsini in Palo Alto, California.  The caption of    09:19:34
16  this case is Cisco Systems, Inc., versus Arista
17  Networks, Inc., Case No. 5:14-CV-05344-BLF.
18      Please note that audio- and
19  video-recording will take place unless all parties
20  have agreed to go off the record.  Microphones are    09:19:54
21  sensitive and may pick up whispers, private
22  conversations, or cellular interference.
23      At this time, will counsel please identify
24  themselves and state whom they represent.
25      MR. FERRALL:  Brian Ferrall of Keker &    09:20:06
```
Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1    A  Could you explain to me what you mean by    11:09:26

2  "parser"?

3    Q  Do you know what a parser is?

4    A  I know in a generic sense what a parser

5  is.    11:09:45

6    Q  What's a parser in your -- based on your

7  understanding?

8    A  A parser is something that takes a string

9  of text and divides it up into a sequence of tokens,

10  and then takes some action based on those sequence    11:10:09

11  of tokens.

12    Q  Based upon that understanding, do you know

13  whether EXEC had a parser?

14    A  Yes.

15    Q  It did?    11:10:25

16    A  It did.

17    Q  How do you know that it had a parser?

18    A  Because it had the behavior that I

19  described.

20    Q  Had you ever seen the EXEC source code?    11:11:03

21    A  Yes.

22    Q  And had you seen the parser code of EXEC?

23    A  I had seen parts of it.

24    Q  How did you come to see that code?

25    A  It was -- Stanford had a source license to    11:11:33

Page 54

1  that software.    11:11:38

Page 55

19    Q  Are you familiar with the syntax of

20  TOPS-20 commands?    11:17:00

21    A  In a -- yes.

22    Q  Can you explain what it is?

23    A  There are many commands.  I do not

24  remember all of them.

25    Q  Was there a general format for TOPS-20    11:17:37

Page 56

1  commands, to your recollection?    11:17:42

2    A  Yes.

3    Q  What was that format?

4    A  Again, there are many commands, and I

5  don't remember all the details of those commands.    11:18:10

6    Q  Okay.  Do you -- I was trying to get

7  beyond that by asking you a general question about

8  the format that might be applicable to a range of

9  commands.

10    Is there such a thing, to your knowledge?    11:18:27

11    MR. NEUKOM:  Objection to form.  Vague.

12    THE WITNESS:  The -- EXEC -- the

13  number of such commands was large and varied.  And

14  DEC appeared to have a standard way of doing things,

15  but I don't remember all the details.    11:18:55

16  BY MR. FERRALL:

17    Q  Okay.  Can you tell me anything you

18  remember about the way TOPS-20 commands were

19  formatted as a general matter?

20    MR. NEUKOM:  Objection to form.    11:19:20

21    THE WITNESS:  There would be a leading

22  keyword, perhaps one or two leading keywords.  There

23  was -- to help people along, you could hit an

24  "escape" key.  You would complete -- it might print

25  out something called a guide word.    11:20:05

Page 57

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 exhibit.                                14:20:06
2       (Exhibit 37 was marked for identification
3   and is attached hereto.)
4 BY MR. FERRALL:
5    Q  We've marked as Exhibit 37 a document    14:20:18
6 entitled "cisco Systems AGS User Manual System
7 Version 6.0."  It bears control numbers
8 CSI-CLI-00358166 to 222.
9       Do you recognize Exhibit 37?
10   A  I do.                            14:20:38
11   Q  Did you help prepare it?
12   A  I did.
13   Q  And this is -- this is the manual that
14 accompanied Version 6 of Cisco's software release;
15 is that correct?                       14:20:58
16   A  Correct.
17   Q  Do you recall who else would have helped
18 you prepare Exhibit 37?
19   A  I believe I was the sole author.
20   Q  Who -- strike that.                14:22:42
21    IOS has different modes, correct?
22    MR. NEUKOM:  Objection.  Vague, compound.
23    THE WITNESS:  Yes.
24 BY MR. FERRALL:
25   Q  In the current version of IOS, how many    14:23:18

Page 106

1 different modes are there?                14:23:20
2    A  A lot.
3    Q  Do you know how many?
4    A  No, not at present.
5    Q  More than five?                   14:23:44
6    A  Yes.
7    Q  More than ten?
8    A  Probably.
9    Q  Were there different modes in the
10 original -- actually, strike that.        14:24:04
11    Let me ask terminology.
12    What did you call the original Cisco
13 software before it became known as IOS?
14    A  The gateway software.  The router
15 software.  The terminal server software.  The AGS    14:24:25
16 software.  There was no branding.
17    Q  This Exhibit 37 refers to "AGS User
18 Manual."
19    What does AGS stand for?
20    A  Advanced gateway server.           14:24:45
21    Q  Okay.  At the time of Version 6 of the
22 Cisco software, how many different modes were there,
23 do you know?
24    A  So I don't understand how you're using the
25 word "mode."                           14:25:21

Page 107

1    Q  Did Cisco use the word "mode" in        14:25:27
2 describing its functionality of its software?
3    A  We had -- there would be -- the phrase
4 "configuration mode" was certainly being used at
5 this time.                            14:25:46
6    Q  Okay.  And how did -- how did
7 "configuration mode" differ from any other mode of
8 operation?
9    A  It allowed you to type in command
10 expressions that affected the configuration of the    14:26:04
11 system.
12    Q  And if you weren't in configuration mode,
13 how would you describe whatever mode you were in?
14    A  You were -- at this time you would have
15 said you are at the EXEC.                14:26:32
16    Q  What does "EXEC" mean?
17    A  It was the term that I chose to refer to
18 the -- all the stuff that wasn't the configuration
19 mode.
20    Q  Give me an example of what that stuff is    14:27:08
21 or was.
22    A  The commands for connecting to other
23 computers on the network, the class of command
24 expressions that we call the "show" commands.
25    Basically the set of commands that did not    14:27:48

Page 108

1 reveal -- basically mostly status commands and ones    14:27:53
2 for handling connections over the network to other
3 hosts, sort of a subset of the -- of the terminal
4 server commands.
5    Q  And you said you chose the term "EXEC,"    14:28:26
6 that's E-X-E-C; is that right?
7    A  Yes.
8    Q  You chose that term, yes?
9    A  Yes.
10    Q  How did you come up with that term?    14:28:39
11    A  Well, I had a number of possible ways of
12 describing it.  I could have used "shell" after
13 the -- modeling it along the UNIX way of -- UNIX
14 equivalent.
15    From -- I decided EXEC in sort of -- you    14:29:15
16 know, inspired by the TOPS-20 command processor.
17 You know, calling it the command processor would
18 have been another possibility.
19    There was a number of possibilities that I
20 could have called it, what I could have called that    14:29:38
21 particular part of the software, and I ended up
22 choosing EXEC.
23    Q  Now, were you responsible for determining
24 the prompt symbol on the interface?
25    I'm sorry.  Let me be clear.             14:30:26

Page 109

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I'm talking about on the interface line,    14:30:28
2  there are symbols that precede the input point, such
3  as a hash sign, for example, right?
4    A  So for -- I was responsible for choosing
5  the prompts for the command line interface, for the    14:30:45
6  CLI.
7    Q  Okay.  And tell me what those prompts are,
8  the various prompts that the Cisco CLI uses.
9    A  There are many right now.  But at the time
10  there was the -- the unprivileged EXEC commands, and    14:31:09
11  that was the host name of the -- of the router or --
12  of the router, followed by a close angle bracket.
13    There was a privileged mode, and it
14  changed that prompt to a hash mark.
15    And in the initial implementation of    14:31:55
16  configuration mode, there was no prompt.
17    Q  Okay.  How did you choose the hash prompt
18  for the privileged mode?
19    A  It was visually large and different than
20  the -- different -- just different than the    14:32:25
21  unprivileged EXEC prompt.
22    Q  Okay.  How did you use the unprivileged
23  close angle bracket prompt?
24    A  I don't understand your question.
25    Q  Did you choose to use the close angle    14:32:59

Page 110

1  bracket prompt?    14:33:02
2    A  Router name, close angle bracket.
3    Q  Right.
4    A  Yes, I chose that.
5    Q  Okay.  How did you come to choose that?    14:33:09
6    A  Well, there were -- when you have multiple
7  devices on a network, one of the first things you
8  want to know if you're typing at something is to
9  what you are typing at.  So that -- sort of the most
10  aesthetic choice was the -- was the name of the    14:33:51
11  device.
12    And the angle bracket was a nice visual
13  way of terminating -- you know, here's where your
14  type-in begins.  Here's where the prompt ends,
15  here's where the type-in begins.    14:34:19
16    Q  Had you ever seen the angle bracket used
17  as a prompt in any other system?
18    A  I wasn't aware of any generally available
19  host -- general purpose timesharing that actually
20  that was the default, that was the prompt.    14:34:56
21    Q  I'm not sure what you mean by that.
22    But had you ever seen any system that used
23  a close angle bracket as a prompt?
24    A  No.  TOPS-20 used an "at" sign and UNIX
25  used a percent sign.    14:35:19

Page 111

1    Q  And you're not aware of any use of a hash    14:35:22
2  sign as a prompt?
3    A  Not to my recollection.
4    Q  You were familiar with UNIX in the mid
5  1980s, right?    14:36:18
6    A  As a user of UNIX.
7    Q  And -- by the way, are you familiar with
8  Linux?
9    A  Only as a user.
10    Q  When did you first become familiar with    14:36:38
11  Linux?
12    A  With Linux?  I think I first heard mention
13  of it in the late '90s.
14    Q  Did Cisco come up with the nomenclature of
15  calling a mode "privileged," to your knowledge?    14:38:02
16    A  I don't believe -- I don't believe Cisco
17  came up with that terminology.
18    Q  Let me turn to the current set of IOS CLI
19  commands.
20    I don't expect an exact number, but do you    14:38:54
21  know approximately how many IOS CLI commands there
22  are today?
23    A  I would have to guess.  It is a -- it's a
24  very large number.
25    Q  Can you just give me a ballpark?    14:39:15

Page 112

1    A  I believe it's in the low thousands.    14:39:20
2    Q  Do you know if it's more or less than
3  5,000?
4    A  No, I don't.  I've not counted it.  I've
5  not -- I've not counted it, nor have I heard of    14:39:43
6  somebody who has counted how many there are and how
7  many variations there are in total.
8    Q  What is IOS XR?
9    MR. NEUKOM:  Objection.  Asked and
10  answered.    14:40:16
11    THE WITNESS:  IOS XR is a Cisco-developed
12  variant of IOS for the -- for the service provider
13  marketplace.
14  BY MR. FERRALL:
15    Q  Does IOS XR have a different set of CLI    14:40:43
16  commands?
17    A  It has --
18    Q  From IOS, that is.
19    A  It is substantially the same.  There is
20  functionality that exists only for a service    14:41:02
21  provider that has commands that are not contained in
22  the other variants of IOS.
23    Q  What is IOS XE?
24    A  That is a variant of IOS.
25    Q  What's the purpose of that variant?    14:41:27

Page 113

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q  Why did you feel that way?                    14:51:39
2  A  Because the changes that I had in mind
3  were basically minor tweaks that didn't add value.
4  Q  Do Cisco customers invest in training to
5  become familiar with Cisco's CLI?               14:52:24
6     MR. NEUKOM:  Objection.  Vague, compound
7  and foundation.
8     THE WITNESS:  I have no reason to believe
9  that they don't.
10 BY MR. FERRALL:                                 14:52:41
11 Q  Do you know that they do?
12    MR. NEUKOM:  Same objections.
13    THE WITNESS:  I don't have direct
14 experience with customers' network operations.
15 BY MR. FERRALL:                                 14:52:59
16 Q  Well, but you're familiar with the whole
17 Cisco certification process, aren't you?
18 A  I know of it.
19    MR. NEUKOM:  Objection.  Vague.
20 BY MR. FERRALL:                                 14:53:13
21 Q  What is that process?  Can you tell me
22 what you know about it?
23 A  It is a set of training and a
24 certification that you have understood the training
25 involved in networking.                         14:53:29

Page 118

1  Q  What's Cisco's role in -- strike that.       14:53:35
2     What are the levels of certification one
3  can get from that training, do you know?
4  A  I do not know.
5  Q  Have you ever heard of the term CCIE?        14:53:51
6  A  Yes, I have.
7  Q  What's that?
8  A  I believe it's Cisco certified Internet
9  engineer.  I'm not sure.
10 Q  Do you know what Cisco's role is in          14:54:10
11 determining that certification for a CCIE?
12 A  I'm not familiar with the details of that
13 program.
14 Q  Does Cisco itself provide training?
15    MR. NEUKOM:  Objection.  Vague.             14:54:35
16 BY MR. FERRALL:
17 Q  Training to learn how to use Cisco devices
18 and use the CLI?
19 A  Not for customers.  I don't believe it
20 provides training for customers.                14:54:53
21 Q  Do you think that the Cisco CLI has value
22 to Cisco?
23    MR. NEUKOM:  Objection.  As phrased, calls
24 for opinion.  Also, vague and compound.
25    THE WITNESS:  Yes, it has value.            14:55:21

Page 119

1  BY MR. FERRALL:                                 14:55:22
2  Q  In what ways does it have value for Cisco?
3     MR. NEUKOM:  Same objections.
4     THE WITNESS:  It is the -- it's the look
5  and feel of Cisco router software.              14:55:38
6  BY MR. FERRALL:
7  Q  Why is that valuable?
8     MR. NEUKOM:  Objection.  Calls for
9  opinion, and vague.
10    THE WITNESS:  It lets customers know what   14:56:11
11 they are getting.
12 BY MR. FERRALL:
13 Q  Can you explain that more?  How does a CLI
14 command set let customers know what they are
15 getting?                                        14:56:37
16 A  There is a -- it's a look and feel that
17 long-time customers are familiar with, are
18 comfortable with, and it represents that this is
19 a -- this is a Cisco product, not necessarily
20 somebody else's product.                        14:57:24
21    MR. NEUKOM:  Brian, whenever you think is
22 a good time.  I think we've been going about an
23 hour.
24    MR. FERRALL:  Okay.  Okay.  We can take a
25 break.                                          14:58:04

Page 120

1     THE VIDEO OPERATOR:  Going off the record,   14:58:06
2  the time is 2:58 p.m.
3     (Recess, 2:58 p.m. - 3:24 p.m.)
4     THE VIDEO OPERATOR:  Back on the record.
5  The time is 3:24 p.m.                           15:24:02
6  BY MR. FERRALL:
7  Q  Mr. Lougheed, when did you first become
8  aware of DOS, D-O-S?
9  A  I'd say whose DOS?
10 Q  MS-DOS.                                      15:24:36
11 A  MS-DOS?  I probably heard about it when
12 IBM announced the IBM PC.
13 Q  Do you recall that MS-DOS uses a close
14 angle bracket as a prompt?
15 A  Now that you remind me, it does.            15:25:16
16 Q  Do you think you might have been inspired
17 by that prompt when you chose the close angle
18 bracket for Cisco's prompt?
19 A  No.  I was not a DOS user.
20 Q  So it's just a coincidence that you and      15:25:34
21 DOS came up with the same prompt, to your knowledge?
22    MR. NEUKOM:  Objection.  Asked and
23 answered.
24    THE WITNESS:  I was not a DOS user.  I
25 first -- I was not a DOS user.                  15:26:06

Page 121

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q  So in this case, there's a command, for  16:40:25
2  example, "clear ARP-cache," right?
3  A  Yes.
4  Q  In that command, is that the ARP cache
5  that's being cleared?  16:40:55
6  A  I believe that command clears -- clears
7  all address resolution caches.  There's more than
8  one address resolution protocol in the system, or at
9  least there was when we were a primarily
10  multi-protocol router.  16:41:19
11  Q  Okay.  If you go to page 6, the next page,
12  now, for this, "interface Ethernet," is that a
13  hierarchy?
14  A  It is --
15  MR. NEUKOM:  Objection.  Calls for opinion  16:42:27
16  testimony.
17  THE WITNESS:  It is the leading element of
18  a hierarchy.
19  One of the choices that I made at Stanford
20  actually in introducing the "interface" command was  16:42:49
21  that it assumed a block structure where I could say
22  things like "interface Ethernet zero," and then I
23  could say -- I could have a bunch of -- at Stanford
24  I had a bunch of what we called interface sub
25  commands that would follow on subsequent lines.  16:43:17
Page 154

1  I could very well have made the choice to  16:43:21
2  write that as, on one line, for example, "interface
3  Ethernet zero address," an IP address, a subnet
4  mask, and you would have a hierarchy of
5  configuration stuff.  16:43:44
6  Going outside into Cisco, you could have
7  "interface Ethernet zero."  I could have "IP" and
8  then a bunch of IP keywords after that.  I could
9  have "interface Ethernet zero DECnet" and have a
10  bunch of DECnet keywords underneath that.  And that  16:44:00
11  would very clearly demonstrate a hierarchy.
12  I made the aesthetic choice of saying --
13  of turning the word "interface" -- which I could
14  have chosen something like "IF" or "net-in" or
15  something like that, but I chose "interface" -- I  16:44:23
16  like writing words out -- I chose as a typing
17  shorthand to say this is the front end of all -- of
18  the hierarchy for all the rest of these commands.
19  So this does -- it is a hierarchy,
20  especially in the Cisco multi-protocol world that it  16:44:47
21  evolved into.
22  BY MR. FERRALL:
23  Q  So I'm trying to understand the nature of
24  your hierarchy.
25  You said, for example, you could have used  16:45:50
Page 155

1  "IF" instead of "interface."  16:45:51
2  A  It was just an example of choice of --
3  choice of word.
4  But under discussion was rather what was a
5  hierarchy here.  And these are the -- "interface"  16:46:05
6  with an argument after it is the first part of a
7  hierarchy.
8  You could draw this in a tree shape, and
9  it would be -- the hierarchy would be very obvious.
10  Q  So is it still -- would it still be using  16:46:36
11  your hierarchy if this command were "IF Ethernet"?
12  MR. NEUKOM:  Objection.  Calls for
13  speculation, vague.
14  THE WITNESS:  There's many other pieces to
15  the -- there are many other pieces to the hierarchy.  16:47:00
16  This is -- I was aiming for a hierarchical,
17  symmetric, aesthetically pleasing set of
18  configuration command expressions.
19  BY MR. FERRALL:
20  Q  Tell me about -- what's aesthetically  16:47:28
21  pleasing about this command expression "interface
22  Ethernet"?
23  MR. NEUKOM:  Objection.  Calls for opinion
24  testimony.
25  THE WITNESS:  This is a command fragment.  16:47:44
Page 156

1  This is the leading part of a command.  There's more  16:47:45
2  to it than this.
3  MR. NEUKOM:  Brian, I think at this point
4  we're coming up on an hour and a half.  Do you mind
5  if we take a short break?  16:48:05
6  MR. FERRALL:  Well, let me just ask one
7  more question.
Page 157

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 158

Page 159

18    I've answered the question to the best of
19  my ability.
20    MR. FERRALL: Okay. All right. Let's go    16:53:22
21  off the record.
22    THE VIDEO OPERATOR: Going off the record,
23  the time is 4:53 p.m.
24    (Recess, 4:53 p.m. - 5:13 p.m.)
25    THE VIDEO OPERATOR: Back on the record.    17:07:48

Page 160

1  The time is 5:13 p.m.    17:13:27
2    (Exhibit 40 was marked for identification
3  and is attached hereto.)
4  BY MR. FERRALL:
5    Q  Okay.  We just marked as Exhibit 40 an    17:13:32
6  email bearing control numbers CSI-CLI-00746398.  It
7  appears to be between you and a Craig Fox, among
8  others.
9    And I guess my only question for you,
10  Mr. Lougheed, is do you have any reason to believe    17:13:57
11  that you didn't send this email that's Exhibit 40?
12    A  It looks like I sent it.  I have not had a
13  chance to read it.
14    Q  Are you on the Parser Police mailing list?
15    MR. NEUKOM: Objection.  Vague.    17:14:36
16    THE WITNESS: At one point I was.
17  BY MR. FERRALL:
18    Q  For what period of time were you on that
19  mailing list?
20    A  I don't -- I don't remember a time period,    17:14:56
21  but it has been many years since I have been on that
22  mailing list.
23    Q  Are you on the Fellows mailing list?
24    MR. NEUKOM: Objection.  Vague.
25    THE WITNESS: I'm on -- I've been on    17:15:32

Page 161

1  various mailing lists that have included Cisco    17:15:33
2  Fellows.
3  BY MR. FERRALL:
4    Q  Can you tell me which ones those are, to
5  the best of your knowledge?    17:15:44
6    A  To the best of my knowledge, there was
7  a -- an older mailing list called Fellows@cisco.com.
8  More recently there's a mailing list called
9  DE-Fellows-Meeting-Attendees.
10    Q  And you've been on both of those?    17:16:05
11    A  Yes.
12    Q  I don't have any other questions about
13  that.
14    A  Okay.  I rather liked what I wrote.
15    Q  Tell me what a loopback is.  Are you    17:16:35
16  familiar with that term?
17    A  It's a term -- I believe it originated in
18  electronics, certainly in pieces of hardware, where
19  you can take the output signal of a device and put
20  it into -- to input and see if it receives it    17:17:18
21  correctly.
22    It tests the internal state machine of
23  whatever entity you're testing.
24    Q  When did you first hear it used in the
25  networking context?    17:17:35

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Q   How did you choose the term -- the words   18:13:39

2   "timers basic" for this function?

3       A   I don't remember where "basic" came from.

4   But using the keyword "timers" was my -- was my

5   introduction, was my creation.            18:14:00

6           MR. NEUKOM:  Counsel, I believe we're now

7   beyond seven hours.

8           MR. FERRALL:  Okay.  Well, I -- given

9   Mr. Lougheed's tenure at Cisco, I thank him for his

10  time, but I will say I think we deserve some more   18:14:22

11  time with him.

12          But I understand seven hours is up and

13  you're going to say enough is enough for today I

14  take it; is that right?

15          MR. NEUKOM:  Certainly for today for the   18:14:31

16  sake of the witness.  And we will respectfully

17  disagree with the idea that counsel needs more than

18  seven hours --

19          MR. FERRALL:  Okay.

20          MR. NEUKOM:  -- needs more than today.   18:14:41

21  But we can discuss that for another day.

22          In the meantime, I should note for the

23  record the witness reserves the right to review the

24  transcript and make corrections.

25          Brian, I'm not sure I did that for   18:14:51

Page 186

---

1   Mr. Tjong.  If you're okay with it, I'd like to just   18:14:53

2   do a stipulation across the case that both sides

3   have the 30-day review and errata right for all

4   transcripts regardless whether counsel puts it on

5   the record at the depo as a two-way street.   18:15:04

6           MR. FERRALL:  That's fine.  I thought it

7   existed as a matter of procedure anyway.  So that's

8   fine.

9           MR. NEUKOM:  I hope you're right, but glad

10  to have the stipulation, even if it's unnecessary.   18:15:17

11          MR. FERRALL:  Okay.

12          MR. NEUKOM:  Thanks very much.

13          THE VIDEO OPERATOR:  This concludes

14  today's videotaped deposition of Mr. Kirk Lougheed.

15  We're off the record at 6:15 p.m.  Thank you.   18:15:25

16          (TIME NOTED:  6:15 p.m.)

17              --o0o--

18

19

20

21

22

23

24

25

Page 187

---

1

2

3

4

5

6

7

8       I, KIRK LOUGHEED, do hereby declare under

9   penalty of perjury that I have read the foregoing

10  transcript; that I have made any corrections as

11  appear noted, in ink, initialed by me, or attached

12  hereto; that my testimony as contained herein, as

13  corrected, is true and correct.

14      EXECUTED this _____ day of _____,

15  2015, at _____, _____.

16      (City)          (State)

17

18

19      _____

20      KIRK LOUGHEED

21

22

23

24

25

Page 188

---

1       I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4       That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing transcript is

11  a true record of the testimony given.

12      Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [X] was [ ] was not requested.

16      I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or any party to this action.

19      IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: 11/25/2015

23

24                   *Carla Soares*

25                   CARLA SOARES
                     CSR No. 5908

Page 189

---

48 (Pages 186 - 189)