# ATTACHMENT 11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,        )
                                 )
6              Plaintiff,        )
                                 ) Case No.
7         vs.                    ) 5:14-cv-05344-BLF (PSG)
                                 )
8    ARISTA NETWORKS, INC.,      )
                                 )
9              Defendant.        )
     _____)

10

11

12     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14

15     VIDEOTAPED DEPOSITION OF RAMANATHAN KAVASSERI

16                  Palo Alto, California

17               Tuesday, February 23, 2016

18                       Volume I

19

20

21

22   Reported by:

     CARLA SOARES

23   CSR No. 5908

24   Job No. 2216982

25   Pages 1 - 195
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,    )
                           )
 6       Plaintiff,  )
                      ) Case No.
 7    vs.        ) 5:14-cv-05344-BLF (PSG)
                 )
 8  ARISTA NETWORKS, INC.,   )
                           )
 9       Defendant.  )
    _____)
10
11
12
13
14
15
16        VIDEOTAPED DEPOSITION OF RAMANATHAN
17  KAVASSERI, Volume I, taken on behalf of Defendant,
18  at 601 California Avenue, Palo Alto, California,
19  beginning at 10:09 a.m., and ending at 4:26 p.m., on
20  Tuesday, February 23, 2016, before CARLA SOARES,
21  Certified Shorthand Reporter No. 5908.
22
23
24
25
                                        Page 2
```

```
 1  APPEARANCES (Continued):
 2
 3  For the Witness:
 4      FARELLA BRAUN & MARTEL LLP
 5      BY: RODERICK M. THOMPSON, Attorney at Law
 6      Russ Building
 7      235 Montgomery Street
 8      San Francisco, California 94104
 9      415.954.4400
10      rthompson@fbm.com
11
12
13  ALSO PRESENT: Ramon Peraza, Video Operator
14
15         --o0o--
16
17
18
19
20
21
22
23
24
25
                                        Page 4
```

```
 1  APPEARANCES:
 2
 3  For the Plaintiff:
 4      QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5      BY: MARK TUNG, Ph.D., Attorney at Law
 6      555 Twin Dolphin Drive, 5th Floor
 7      Redwood Shores, California 94065
 8      650.801.5016
 9      marktung@quinnemanuel.com
10
11
12  For the Defendant:
13      KEKER & VAN NEST LLP
14      BY: EDUARDO E. SANTACANA, Attorney at Law
15      BY: RYAN WONG, Attorney at Law
16      633 Battery Street
17      San Francisco, California 94111
18      415.391.5400
19      esantacana@kvn.com
20      rwong@kvn.com
21
22
23
24
25
                                        Page 3
```

```
 1            INDEX
 2  WITNESS
 3  RAMANATHAN KAVASSERI          EXAMINATION
    Volume I
 4
 5      BY MR. SANTACANA           10
 6      BY MR. TUNG              186
 7
 8          EXHIBITS
 9  NUMBER        DESCRIPTION        PAGE
10  Exhibit 325 Ramanathan R. Kavasseri's     22
11        Responses and Objections to
12        Defendant Arista Networks'
13        Subpoena to Testify at a
14        Deposition
15
16  Exhibit 326  LinkedIn page for Ram       24
17        Kavasseri
18
19  Exhibit 327  Document headed "A Simple     52
20        Network Management Protocol,"
21        dated 8/1988,
22        Bates ARISTANDCA00022432 - 2464
23
24  Exhibit 328  Document headed "Event MIB,"    83
25        dated 10/2000
                                        Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | EXHIBITS | |
| --- | --- | --- |
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 329 | Document headed "Commands for | 94 |
| | which Cisco listed Ramanathan | |
| | Kavasseri as 'Author/Originator' | |
| | in Cisco's response to Interrogatory | |
| | No. 16, Exhibit F (January 12, 2016)" | |
| Exhibit 330 | Document labeled "Ram Kavasseri, | 101 |
| | Garry Horoupian," dated 2/8/06, | |
| | Bates CSI-CLI-00682250 - 2314 | |
| Exhibit 331 | Document labeled "Parser Police: | 122 |
| | Where can we go from here?" | |
| | Bates CSI-ANI-00031041 - 0032 | |
| Exhibit 332 | Document headed "Hot ICE Product | 129 |
| | Requirements Document," | |
| | Bates CSI-CLI-00662062 - 2085 | |
| Exhibit 333 | Document headed "Unprintable | 132 |
| | File," | |
| | first page Bates CSI-CLI-00358160 | |

Page 6

| | REFERENCED EXHIBITS | |
| --- | --- | --- |
| | (Not attached) | |
| | Exhibit/Page | |
| | 92   89 | |
| | --o0o-- | |

Page 8

| | EXHIBITS | |
| --- | --- | --- |
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 334 | Document headed "User-based | 149 |
| | Security Model (USM) for version 3 | |
| | of the Simple Network Management | |
| | Protocol (SNMPv3)," dated 1/1998 | |
| Exhibit 335 | Document headed "View-based | 151 |
| | Access Control Model (VACM) for | |
| | the Simple Network Management | |
| | Protocol (SNMP)," dated 1/1998 | |
| Exhibit 336 | Document headed "An Architecture | 154 |
| | for Describing SNMP Management | |
| | Frameworks," dated 1/1998 | |
| Exhibit 337 | Document headed "Doc Number | 159 |
| | ENG-28473," | |
| | Bates CSI-CLI-00609071 - 9083 | |
| Exhibit 338 | Document entitled "Cisco IOS | 172 |
| | Network Management Command | |
| | Reference," dated 10/2009, | |
| | Bates CSI-CLI-00319765 - 1101 | |

Page 7

1    Palo Alto, California                    09:21:40
2    Tuesday, February 23, 2016
3        10:09 a.m.
4
5        P R O C E E D I N G S        09:21:40
6        THE VIDEO OPERATOR:  Good morning.  We are
7   on the record at 10:09 a.m. on February 23rd, 2016.
8   This is the videotaped deposition of Mr. Ramanathan
9   Kavasseri.
10       My name is Ramon Peraza, here with our        10:09:15
11   court reporter, Carla Soares.  We're here from
12   Veritext Legal Solutions at the request of counsel
13   for the defendant.
14       This deposition is being held at Wilson
15   Sonsini in Palo Alto.  The caption of this case is        10:09:26
16   Cisco Systems, Inc., versus Arista Networks, Inc.,
17   Case No. 5:14-cv-05344-BLF (PSG).
18       Please note that audio- and
19   video-recording will take place unless all parties
20   have agreed to go off the record.  Microphones are        10:09:50
21   sensitive and may pick up whispers or private
22   conversations.
23       At this time, Counsel, please identify
24   yourselves for the record and state whom you
25   represent.                        10:10:00

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1   Q   Sure.     11:37:17 | 1   don't recall the features that I was working on, so    11:40:26 |
| 2     The functional specifications that you | 2   I don't recall specifically what I would have done |
| 3   reviewed when developing SNMP features, would that | 3   to compare. |
| 4   specification have been written by someone at Cisco? | 4   Q   I see. |
| 5   A   Yes.     11:37:27 | 5     Was it part of your process in developing    11:40:35 |
| 6   Q   And did you -- were you involved in | 6   features to review what other vendors were doing to |
| 7   writing any functional specifications? | 7   implement the same features? |
| 8   A   Yes, I was. | 8   A   Other -- so in the space that we worked |
| 9   Q   Was that for the features that you were | 9   with SNMP, vendors contributed to the IETF document |
| 10   implementing?     11:37:36 | 10   so it wasn't as necessary to look at their    11:40:59 |
| 11   A   Yes, it was. Yes, it was. | 11   implementations because they were there telling us |
| 12   Q   Do you recall right now which functional | 12   what they were trying to build. That was the whole |
| 13   specifications you may have written? | 13   point of building an industry standard. |
| 14   A   Not off the top of my head, no. | 14     Also, Cisco was on the leading edge of |
| 15   Q   Did the GEM methodology involve reviewing    11:37:57 | 15   implementing the protocols as they were being    11:41:11 |
| 16   IETF documents? | 16   developed. In a few cases, we would have the |
| 17   A   As far as I recall, no. | 17   implementations before the protocols were released |
| 18   Q   Did you review IETF documents when you | 18   because we were helping author the protocol. |
| 19   were implementing SNMP features? | 19     So at that point, looking at other vendors |
| 20   A   That is a broad question. If the feature    11:38:12 | 20   was not possible because they had not done the    11:41:24 |
| 21   had anything specific to do with an IETF document, | 21   implementations or released the implementations, |
| 22   then yes, I would have had to review the document to | 22   which is why I was being very specific in saying, I |
| 23   make sure I was implementing it correctly, "it" | 23   don't recall the exact features I was working on. |
| 24   being whatever I was working on. | 24     But my answer would change depending on |
| 25   Q   Okay. And that is something -- you would    11:38:26 | 25   what I was working on and depending on whether    11:41:37 |
|                           Page 62 |                           Page 64 |
| 1   have reviewed an IETF document relating to a feature    11:38:31 | 1   somebody had done something in the field.    11:41:40 |
| 2   you were implementing before you implemented the | 2   Q   I understand. |
| 3   feature; is that right? | 3     Who else worked on the team that was |
| 4   A   If there was an IETF document associated | 4   implementing SNMP features at Cisco? |
| 5   with what I was working on and I was required to    11:38:41 | 5   A   I don't remember all the names, but my    11:41:58 |
| 6   implement part or the whole part of that IETF | 6   manager was John Hopprich. My technical lead and |
| 7   document, then yes, I would have reviewed that IETF | 7   mentor, Jeff -- Jeffrey Johnson. I had it for a |
| 8   document before I implemented the feature. | 8   moment and it went away there. Sandra Durham was |
| 9   Q   Were there features that you developed at | 9   one of my peers. |
| 10   Cisco relating to SNMP that were not defined by an    11:38:56 | 10     Anke Dosedal was also one of my team    11:42:34 |
| 11   IETF document? | 11   members. Robert Stewart, who went by the moniker |
| 12   A   I don't have specifics, but I think that's | 12   Bob, Bob Stewart, was also one of my peers. |
| 13   a fair generalization, that there are parts of | 13     Hold on. There's one more. Scott |
| 14   our -- the Cisco SNMP implementation that were not | 14   Mordock, M-O-R-D-O-C-K. Now, I can't recall if |
| 15   described in any part of any IETF document because    11:39:32 | 15   Scott was on the team when I joined or joined later.    11:43:03 |
| 16   it was internal to how our product worked at the | 16   He was I think at Cisco when I joined, but I'm not |
| 17   time. | 17   sure at what point he was part of the SNMP team or |
| 18   Q   So -- okay. When you were developing | 18   not. Long time ago. |
| 19   features related to SNMP at Cisco, did you also | 19     So those are the names that come to mind. |
| 20   review what other vendors were doing?    11:40:04 | 20   Q   What was John Hopprich's role on the team?    11:43:23 |
| 21     MR. TUNG: Objection. Vague. | 21   A   He was my manager. |
| 22     THE WITNESS: I do not recall. | 22   Q   And were the rest of the names, apart from |
| 23   BY MR. SANTACANA: | 23   John Hopprich and Jeff Johnson, were they also |
| 24   Q   You don't recall either way? | 24   software engineers? |
| 25   A   I would like to change my answer to, I    11:40:23 | 25   A   Yes.     11:43:36 |
|                           Page 63 |                           Page 65 |

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      Q  If you take a look at the last command in    14:41:36
2  this table, "snmp-server user," do you know whether
3  you authored that command?
4      A  Define what you mean by "authored that
5  command."                                    14:41:55
6      Q  Do you know whether you are the one who
7  came up with the sequence of words that resulted in
8  this command, "snmp-server user"?
9      A  I cannot be definitive about it.
10     Q  Who else do you recall working with on    14:42:07
11 this project that resulted in these eight commands?
12     A  I would probably have reviewed this with
13 my team members.  And so I can't -- the reason I
14 answered the way I did is, I don't know if I came up
15 with the word "user" or somebody else came up with    14:42:25
16 the word "user."  So I'm not sure in hindsight.
17     Q  Did you come up with the term
18 "snmp-server"?
19     A  Absolutely not.
20     Q  Okay.  How do you know that?    14:42:39
21     A  It was there before I joined.
22     Q  It was where?
23     A  It was in the IOS CLI before I joined
24 Cisco.
25     Q  Okay.  And so the addition to that term    14:42:48

Page 146

1  that was new was the word "user"?    14:42:52
2      A  Yes.
3      Q  Okay.  And do you know where that word
4  came from?
5      A  The SNMP V3 protocol specification has a    14:43:00
6  definition of roles, if I remember right, and users
7  and groups are in the protocol.
8      Q  So the term "user" came from the
9  protocol -- came from the industry standard
10 protocol?    14:43:21
11     A  Yes.
12         MR. TUNG:  Objection.  Mischaracterizes.
13         THE WITNESS:  It referred to what was in
14 the protocol, yes.
15 BY MR. SANTACANA:    14:43:29
16     Q  And the protocol uses the word "user"?
17     A  I've got to go read the protocol to be
18 absolutely sure.
19     Q  Okay.
20     A  After this, can we take a break?    14:43:51
21     Q  Of course.
22        If you want, we can take a break right
23 now.
24     A  Fantastic.
25        THE VIDEO OPERATOR:  We are off the record    14:44:01

Page 147

1  at 2:44 p.m.    14:44:02
2         (Recess, 2:44 p.m. - 3:05 p.m.)
3         THE VIDEO OPERATOR:  We are back on the
4  record at 3:05 p.m.
5  BY MR. SANTACANA:    15:05:39
6      Q  Mr. Kavasseri, we left off talking about
7  the "snmp-server user" command, and you testified
8  that "snmp-server" came from a prior command in IOS
9  at the time?
10     A  No, I said that I don't know how it came    15:05:56
11 about.  It was already there when I joined Cisco.
12     Q  And its inclusion in this command for
13 which you are named the author, it's included there
14 because it was already part of IOS?
15     A  It was a root part of the command to which    15:06:12
16 I added extensions.
17     Q  And the root was in IOS before you started
18 working at Cisco?
19     A  To the best of my knowledge, it was
20 already there before I started.    15:06:23
21     Q  And the term "user" is a term that comes
22 from the SNMP industry standard?
23     A  I'm not sure I'd say it exactly that way.
24 The term "user" relates to parts of the SNMP V3
25 protocol, yes.    15:06:48

Page 148

1      Q  Is that a term that the protocol uses?    15:06:49
2      A  I believe so, but I -- if you have a copy
3  of the reference, I could take a look.
4      Q  Sure.  Of course.
5         THE VIDEO OPERATOR:  Exhibit 334.    15:07:03
6         (Exhibit 334 was marked for identification
7         and is attached hereto.)
8  BY MR. SANTACANA:
9      Q  Exhibit 334 is RFC 2274 titled "User-based
10 Security Model (USM) for version 3 of the Simple    15:07:17
11 Network Management Protocol (SNMP V3)."
12        Do you know, sir, if this is an RFC that
13 you reviewed when you were --
14     A  Yes.  Let me -- I'm pretty sure this was
15 an RFC I reviewed because I ended up implementing    15:07:39
16 parts of it.
17     Q  And just to be clear, it's an RFC that you
18 reviewed when you were implementing the eight
19 commands in Exhibit 329?
20     A  Seven.  I'm not sure about "snmp host."    15:07:53
21     Q  Okay.  So this is something you would have
22 reviewed before you proposed those command names?
23     A  Yes, that's correct.
24     Q  And does this document use the term "user"
25 in the same way that the "snmp-server user" command    15:08:13

Page 149

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  uses it?                                    15:08:17
2      A  I would have to read it.  Give me a minute
3  to --
4          Can you rephrase or repeat the question,
5  please?                                     15:09:11
6      Q  This RFC 2274, does this document use the
7  term "user" the same way that you used the term
8  "user" in "snmp-server user"?
9      A  The document does not define a CLI command
10 or -- so I will -- the term "user" seems to refer to   15:09:39
11 the same entity in both cases.  But the document
12 does not tell me there needs to be a command called
13 "snmp-server user."
14     Q  I understand.
15     A  Okay.                                15:10:09
16     Q  So you did not come up with the term
17 "user"?
18     A  In which context?
19     Q  In the context of this "snmp-server user"
20 command.                                    15:10:32
21     A  As I responded earlier, I'm not sure how
22 the term "user" came about, whether it was due to a
23 group interaction or something I did or something
24 somebody else did.
25     Q  Okay.  I'd like to direct your attention    15:10:50

Page 150

1  now to "snmp-server group," which is the next row    15:10:53
2  up.
3      A  Yeah.
4      Q  As you've testified, "snmp-server" was a
5  term that was a root already present in IOS at this   15:11:03
6  time; is that correct?
7      A  Yes.
8      Q  The term "group," did that come from IOS
9  as well or did it come from somewhere else?
10     A  I believe there was a concept of "group"    15:11:20
11 in this document.  Let me look through it one more
12 time.
13     Q  I think you'll have more luck with this
14 one.
15     A  Yeah, there may be a separate document for  15:11:48
16 that.
17         (Exhibit 335 was marked for identification
18     and is attached hereto.)
19 BY MR. SANTACANA:
20     Q  Exhibit 335 is RFC 2275 entitled         15:12:02
21 "View-based Access Control Models (VACM) for the
22 Simple Network Management Protocol (SNMP)."  It's
23 dated January 1998.
24         Do you recognize this document, sir?
25     A  Yes, I do.                               15:12:25

Page 151

1      Q  Is this a document you reviewed when you    15:12:26
2  were preparing to implement the commands in
3  Exhibit 329?
4      A  I believe it would have been something I
5  reviewed before I implemented the commands.       15:12:35
6      Q  And if you flip to page 3 of the document,
7  under Section 2.1 titled "Groups," the first
8  paragraph defines the term "group" as follows: "A
9  group is a set of zero or more securityModel,
10 securityName tuples on whose behalf SNMP management   15:12:55
11 objects can be accessed.  A group defines the access
12 rights afforded to all securityNames which belong to
13 that group."
14         Does this RFC use the term "group" the
15 same way that you were using it in your "snmp-server  15:13:08
16 group" command?
17     A  I believe so.
18     Q  What does the "snmp-server group" command
19 do?
20     A  Actually, even reading this document         15:13:26
21 probably won't tell me because I need to see all the
22 help extensions to see what it does.
23     Q  Okay.
24     A  So it's been a while.
25     Q  You don't recall what it does?              15:13:34

Page 152

1      A  No.                                        15:13:35
2      Q  Okay.  Do you recall what "snmp-server
3  user" does?
4      A  I would rather not guess at this point.
5  It's been years since I used these commands.         15:13:45
6          I probably would be able to figure it out
7  within about 25 minutes of touching the CLI, but
8  it's really old, old stuff.
9      Q  I understand.
10         I'd like to turn your attention now to the  15:14:14
11 two commands right above that, "snmp-server engineID
12 local" and "snmp-server engineID remote."
13         Did you author those commands?
14     A  I think I have a strong recollection that
15 I had more to do with these commands; in part, the   15:14:32
16 fact that there was the ID which is upper case,
17 which is usually not what we do in these IOS CLI
18 commands.  It stands out.
19     Q  Typically in IOS CLI you weren't
20 accustomed to seeing letters capitalized like they   15:14:52
21 are in the term "engineID"?
22     A  Yes.
23     Q  Why were they capitalized here?
24     A  I have no idea why I capitalized them.
25     Q  Okay.                                      15:15:07

Page 153

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  rest of the configuration through SNMP directly.          15:31:32
2  This was not possible before.
3         Because it was not possible before, we had
4  never bothered with creating communities which
5  existed before SNMP V3 through SNMP.  So now we          15:31:46
6  needed to add that as a support feature as well.
7  BY MR. SANTACANA:
8         Q  And the reason you needed to add the
9  ability to create and delete communities, users and
10  groups was because of the features of the industry       15:31:59
11  standard SNMP V3?
12        A  I don't know whether SNMP V3 -- the
13  SNMP V3 talked about users, not communities, if I
14  remember right.  I think that's what we referred to
15  in the -- in getting -- things getting tricky.          15:32:24
16  Even now we just had it through SNMP, so
17  only the IOS CLI was the point of record.  I'm not
18  sure whether I meant here that you could delete
19  stuff through SNMP that was created through the CLI
20  and now the CLI needs to be regenerated or resaved       15:32:38
21  to NV RAM.
22        Q  Okay.  I think I understand.  And it might
23  be clear if you flip to the page that ends in 75,
24  Section 2.7.
25        Section 2.7 says, "SNMP V1/V2 versus SNMP         15:33:02
                                                      Page 162

1  V3 -- differences, and how things work."                 15:33:07
2         And then you have a list of differences
3  and how things work between the old and the new
4  versions of SNMP.
5         The first thing that you wrote was, "In          15:33:18
6  SNMP V3, 'community strings' are called 'users,'"
7  and 'users' is in quotation marks.  "Each 'user,'"
8  in quotation marks again, "has an access-policy,
9  which is termed a 'group,'" and the word "group" is
10  also in quotation marks, "i.e., users belong to a       15:33:31
11  group."
12        A  Yep.
13        Q  Does this -- strike that.
14        Does this refresh your recollection as to
15  whether the terms "users" and "group" came from the     15:33:49
16  SNMP standard?
17        A  The term "user" and "group" referred to
18  concepts in the SNMP standard.  Of that, I have no
19  issue with saying that.
20        The reason I hesitate is, we use the term         15:34:19
21  "user," and we could have used VACM user or any
22  other combination of "user."
23        We settled on "user."  I'm not sure that
24  that was because it was directly due to looking at
25  the RFC, or somebody in parser police or within my      15:34:35
                                                      Page 163

1  team suggested, "Hey, go with the shortest string."      15:34:39
2         Because when you're talking about the
3  command line, it's all about how many characters you
4  type, or it's a lot to do with how many characters
5  you type.                                                15:34:51
6         Q  Why is that?
7         A  Well, you could type U and hit "tab," and
8  if there was no other word that started with U, IOS
9  would auto-complete to "user."  So you didn't need
10  to type the whole thing.                                15:35:03
11        Q  Okay.  If you turn to the page that ends
12  in 82, this is the end of a list of CLI commands
13  that you're proposing, and this one in particular is
14  the "snmp-server engineID" command.
15        Do you see that?                                  15:35:28
16        A  Can you repeat that again, please?
17  Just -- I'm slowing down reading stuff already.
18        Q  Of course.  After the first paragraph
19  here, which carries over from the previous page,
20  there's an asterisk, and then there's the              15:35:40
21  "snmp-server engineID" command.
22        A  Yeah.
23        Q  And then below that you describe what the
24  command is and what it's going to do.
25        Do you see that?                                  15:35:49
                                                      Page 164

1         A  Yeah.                                          15:35:51
2         Q  And then also it shows that local and
3  remote are optional arguments.
4         Do you see that?
5         A  Where does it say local and remote are        15:36:03
6  optional arguments?
7         Q  Directly under "snmp-server engineID," do
8  you see the open bracket, and then it says, "local,"
9  and then there's a vertical line, and then it says,
10  "remote"?                                               15:36:13
11        A  So --
12        Q  So it indicates that the command
13  "snmp-server engineID" could either take the local
14  argument or the -- parameter, if you will, or the
15  remote.                                                 15:36:27
16        A  No, I don't think that this is an optional
17  argument.  I think there's a typo in this text here.
18        Q  Okay.
19        A  Because if you look at it, the first
20  bracket is an open curly brace.  There is no close     15:36:34
21  curly brace.
22        I assume that -- and again, I could be
23  completely wrong on this.  I assume that the -- if
24  you look at "remote ipaddress udp-port," and then
25  within angle brackets, "port," following that are      15:36:52
                                                      Page 165

42 (Pages 162 - 165)

standard protocol while you were working at Cisco? 15:42:40
A I was not in the room for discussions
to -- let me rephrase by saying I had very limited
interactions at the time this document was written.
I know that Jeffrey Johnson was very 15:43:08
involved because he was my mentor, and he would tell
me that he was working on the RFC draft. I have no
direct evidence of the other two that I can recall.
I will add an addendum that they both were
very respected people, and I'm very sure they did a 15:43:32
lot for these documents. I just don't have any
direct evidence that I was privy to from a working
meeting or anything else.
Q Okay. So you can set that aside now.
Looking back at Exhibit 329, we'd started 15:43:57
discussing the four "show" commands, "show snmp"
commands.
"Show" was a term that was already in
IOS CLI; is that fair to say?
A When I joined Cisco -- I've actually never 15:44:11
asked the question when "show" was in the command.
As far as I can tell, it was there when I joined.
Q And the reason that you used it here was
because it was already used in other IOS CLI
commands? 15:44:37

A By the time I implemented these commands, 15:44:38
"show" was the standard way to display information
from the CLI.
Q And the term "SNMP," of course, as we've
discussed, is an industry standard protocol; is that 15:44:49
fair to say?
A In which context? The term "SNMP" by
itself as an acronym is industry standard protocol,
yes.
Q And then so the first two words in each of 15:45:07
these commands is "show snmp." And then we have
"show snmp user" and "show snmp group."
A Yeah.
Q And the terms "user" and "group" also are
terms that are used in the IETF SNMP documents; is 15:45:21
that fair to say?
A "User" and "group" appear in the -- "snmp
user" and "group" appear in the IETF documents.
Q And the way that they're used here is the
same way that they're used in those IETF documents? 15:45:35
A To the best of my knowledge, they refer to
the same things. But they're not used in the same
way in that the IETF document does not refer to a
CLI command. In here they're used specifically for
CLI commands. 15:45:52

Q I understand. 15:45:53
You've expressed some additional haziness
about the command "show snmp host."
A Yes.
Q I'm going to apologize in advance for the 15:46:21
heft of this thing.
A Holy cow.
(Exhibit 338 was marked for identification
and is attached hereto.)
BY MR. SANTACANA: 15:46:31
Q Exhibit 338 is titled "Cisco IOS Network
Management Command Reference." It bears control
numbers beginning with CSI-CLI-00319765, and it's
dated October 2009.
I just want you to flip to the page that 15:47:03
ends in 1060. The internal page would be NM-1248.
So this page relates to the command
"snmp-server host."
A Yes.
Q Do you recognize that command? 15:47:58
A Yes, now I do.
Q Did you author that command?
A I will go back to my earlier statement
that it's highly likely that I checked in the file
with this command. Especially with this command, I 15:48:21

am not sure whether I was the original author of the 15:48:24
term "host."
I'm going to say "term" instead of
"command," which you used, because we're talking
about an extension to the SNMP server command here. 15:48:32
The reason I say "host" is, if I remember
right, the previous version, now that I'm reading
this, we are specifying the target of an event that
is being messaged through SNMP.
Previously this event was called a trap. 15:48:58
Now we're giving you the option of a trap or an
inform.
So there was some effort to differentiate
between what was before and what is now the
acceptable -- accepted way of configuring targets. 15:49:20
Q If you look at the page NM-1251, control
number ends in 1063, this is a command history for
the command "snmp-server host," and it lists as the
first release IOS version 10.
Do you see that? 15:50:04
A "Host"? I thought that that previous
version was "enable trap." Let me double-check.
Yeah, this differs from my recollection.
Q Sorry?
A This differs from my recollection. 15:50:29

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1
2
3
4
5
6
7
8        I, RAMANATHAN KAVASSERI, do hereby declare
9   under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14        EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16        (City)        (State)
17
18
19        _____
20        RAMANATHAN KAVASSERI
21
22
23
24
25
```
Page 194

```
1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12        Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16        I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19        IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 3/7/16
23
24
25        CARLA SOARES
          CSR No. 5908
```
Page 195

50 (Pages 194 - 195)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS,       )

 6   INC.,                )

 7        Plaintiff,      )

 8           vs.          ) No. 5:14-cv-05344-BlF (PSG)

 9   ARISTA NETWORKS,     )

10   INC.,                )

11        Defendant.      )

12   _____

13    CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

14

15        VIDEOTAPED DEPOSITION OF ANTHONY J. LI

16                  Palo Alto, CA

17             Monday, February 1, 2016

18                   Volume I

19

20

21   Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR

22   CSR No. 11661

23   JOB No. 2224600

24

25   PAGES 1-258
```

Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3       SAN JOSE DIVISION
4
5 CISCO SYSTEMS,   )
6 INC.,        )
7   Plaintiff,  )
8    vs.      ) No. 5:14-cv-05344-BlF (PSG)
9 ARISTA NETWORKS,  )
10 INC.,        )
11   Defendant.  )
12 _____
13
14
15    CONFIDENTIAL INFORMATION UNDER THE
16 PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J. LI
17 taken on behalf of Defendant at WILSON, SONSINI,
18 GOODRICH & ROSATI, 601 South California Avenue,
19 Palo Alto, CA 94304, beginning at 9:13 a.m. and
20 ending at 4:17 p.m. on Monday, February 1, 2016,
21 before Susan F. Magee, RPR, CCRR, CLR, Certified
22 Shorthand Reporter No. 11661.
23
24
25
                                          Page 2

1      I N D E X
2
3 CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
4 VIDEO DEPOSITION OF ANTHONY J. LI
5 Volume I
6 EXAMINATION BY            PAGE
7 BY MR. WONG               9
8 BY MR PAK                191
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          Page 4

1 APPEARANCES:
2
3    For the Plaintiff:
4     QUINN, EMANUEL, URQUHART & SULLIVAN
5     BY: SEAN PAK, ESQ.
6     50 California Street
7     22nd Floor
8     San Francisco, CA 94111
9     (415) 875-6600
10    seanpak@quinnemanuel.com
11
12   For the Defendant:
13    KEKER & VAN NEST LLP
14    BY: RYAN WONG, ESQ.
15      BRIAN L. FERRALL, ESQ.
16    633 Battery Street
17    San Francisco, CA 94111-1809
18    (415) 773-6682
19    rwong@kvn.com
20    bferrall@kvn.com
21
22   The Videographer:
23    JEFREE ANDERSON
24
25
                                          Page 3

1      E X H I B I T S
2 NUMBER        DESCRIPTION        PAGE
3
4 Exhibit 136   LinkedIn Profile (8 pages)    12
5 Exhibit 137   RFC Table (3 pages)      90
6 Exhibit 138   March 1995 RFC 1771, A Border   100
7          Gateway Protocol 4 (BGP-4) (57
8          pages)
9 Exhibit 139   December 1995 RFC 1887, An    105
10          Architecture for IPv6 Unicast
11          Address Allocation,
12          ARISTANDCA00025747-ARISTANDCA
13          00025772
14 Exhibit 140   June 1996 RFC 1966, BGP Route   111
15          Reflection, An Alternative to
16          Full Mesh IBGP,
17          ARISTANDCA00025927-ARISTANDCA
18          00025933
19 Exhibit 141   October 2008 RFC 2966,    116
20          Domain-Wide Prefix Distribution
21          with Two-Level IS-IS (16 pages)
22 Exhibit 142   August 1996 RFC 1997, BGP   119
23          Communities Attribute,
24          ARISTANDCA00026094-ARISTANDCA
25          00026098
                                          Page 5

2 (Pages 2 - 5)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    E X H I B I T S (continued)
2 NUMBER       DESCRIPTION           PAGE
3
4 Exhibit 143   March 1998 RFC 2281, Cisco Hot    124
5        Standby Router Protocol (HSRP),
6        ARISTANDCA00026832-ARISTANDCA
7        00026848
8 Exhibit 144   E-mail String Containing    143
9        9/22/92 E-mail from/to Toni Li,
10       TS-00000066
11 Exhibit 145   Procket Networks PRO/8000    163
12        Series Software Introduction
13        (144 pages)
14 Exhibit 146   Procket Networks PRO/8000    164
15        Series IPv6 Routing Protocols
16        (180 pages)
17 Exhibit 147   Procket Networks PRO/8000    164
18        Series System Management and
19        Operations (604 pages)
20 Exhibit 148   Cisco's 6th Supplemental    167
21        Response to Interrogatory NO.
22        16 and Response to
23        Interrogatory No. 19 Amended
24        Exhibit F (45 pages)
25 Exhibit 149   List of Commands (1 page)    169
Page 6

1    Palo Alto, CA, Monday February 1, 2016
2        9:13 a.m.
3
4        THE VIDEOGRAPHER:  Good morning.  We're on
5 the record at 9:13 a.m. on February 1st, 2016.  This   09:13:47
6 is the video recorded deposition of -- so sorry.  Of
7 Anthony Li here with our court reporter Susan Magee.
8        My name is Jefree Anderson.  We are here
9 from Veritext Legal Solutions at the request of
10 counsel for the -- defendant or the plaintiff?    09:14:16
11        MR. WONG:  Defendants.
12        THE VIDEOGRAPHER:  For the defendant.  This
13 deposition is being held at Wilson Sonsini at
14 601 California Avenue, Palo Alto, California.  The
15 caption of this case is Cisco Systems, Incorporated   09:14:31
16 vs. Arista Networks, Incorporated.  The case number
17 is 5:14-cv-05344.
18        Please note that audio and video recording
19 will take place unless all parties agree to go off
20 the record, and microphones are sensitive and may    09:14:53
21 pick up whispers, private conversations and cellular
22 interference; so please be aware of that.
23        Beginning with our noticing attorney,
24 please state your name and the firm you represent.
25        MR. WONG:  Ryan Wong from Keker & Van Nest   09:15:05
Page 8

1    E X H I B I T S (continued)
2 NUMBER       DESCRIPTION           PAGE
3
4 Exhibit 150   1/20/96 E-mail from Toni Li to    183
5        Bill W., CSI-CLI-00746246
6 Exhibit 151   CSCdi14533, CSI-CLI-01339850    185
7 Exhibit 152   Group of E-mails Containing    239
8        2/23/1996 E-mail from Tony Li
9        to widmer@cisco.com,
10        CSI-CLI-00746331 -
11        CSI-CLI-00746347
12
13
14
15
16
17
18
19
20
21
22
23
24
25
Page 7

1 for defendant Arista Networks.
2        MR. FERRALL:  Brian Ferrall, Keker & Van
3 Nest, also for Arista.
4        MR. PAK:  Sean Pak of Quinn for Cisco.
5        THE VIDEOGRAPHER:  Thank you.    09:15:16
6        Will the court reporter please swear in the
7 witness.
8
9        ANTHONY J. LI,
10 having been administered an oath, was examined and   09:15:19
11 testified as follows:
12
13        EXAMINATION BY MR. WONG
14
15    Q.  Good morning, Mr. Li.    09:15:29
16    A.  Good morning.
17    Q.  Please state your full name.
18    A.  Anthony Joseph Li.
19    Q.  Do you live in the Bay Area, Mr. Li?
20    A.  I do.    09:15:36
21    Q.  Please state your home address.
22    A.  1218 Thurston Avenue, Los Altos, California
23 94024.
24    Q.  Mr. Li, do you understand that are you
25 testifying here in response to a subpoena in this   09:15:46
Page 9

3 (Pages 6 - 9)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 DEC systems, also had several IBM systems. VMCMS is
2 an operating system for IBM mainframes, and USC had
3 one and I had an account on the VM system.
4    Q. And what was the command syntax like for
5 the CLI on VMCMS?                    09:45:55
6    A. I'm sorry. I don't remember.
7    Q. You mentioned RSX-IIM?
8    A. It's IIM.
9    Q. 11M. Sorry.
10   A. This was an operating system for PDP-11s.    09:46:06
11   Q. What are PDP-11s?
12   A. That was a computer built by
13 Digital Equipment Corporation.
14   Q. Do you recall the command syntax of the
15 command line interface used on the RSX-11M?    09:46:25
16   A. No, I'm sorry. I don't.
17   Q. You mentioned that the LinkedIn profile
18 that we marked as Exhibit 136 did not have your full
19 work history?
20   A. Correct.                    09:46:46
21   Q. What work history is missing from your
22 LinkedIn profile?
23   A. In particular the sys admin positions that
24 I mentioned, summer internships predating. There
25 were several of those. Full-time positions that are    09:46:59

Page 30

1 not relevant to my professional experience,
2 particularly while I was in high school.
3    Q. Sure. After you graduated from USC, what
4 did you do then?
5    A. So I -- next fall I went to Rutgers and    09:47:20
6 spent a year there, hated it and immediately
7 transferred to USC.
8    Q. Oh, I'm sorry. My question was after you
9 graduated from USC, what did you do after that?
10   A. After USC? So I graduated in September    09:47:38
11 of 1990. I worked on a postdoc at USC with
12 Deborah Estrin and then took a position at
13 Cisco Systems.
14   Q. Do you know when you started at
15 Cisco Systems?                    09:47:53
16   A. January 14th, 1991.
17   Q. Why did you join Cisco after graduating
18 from USC?
19   A. Lack of a better job.
20   Q. Did you apply elsewhere besides Cisco?    09:48:02
21   A. I did.
22   Q. And describe for me the projects that you
23 worked on while you worked at Cisco starting in
24 1991.
25   A. I worked on a wide, wide variety of    09:48:22

Page 31

1 projects throughout the router. I started off doing
2 mostly maintenance work and answering customer
3 questions. I then had several development projects.
4 My first development project was implementing
5 something called TCP header compression.    09:48:41
6    Q. And after you worked on TCP header
7 compression, what else did you work on while at
8 Cisco?
9    A. I had numerous routing -- small projects
10 within routing extending various interfaces and    09:48:58
11 extending protocols as necessary.
12    My next big project was actually working on
13 BGP, Border Gateway Protocol.
14    BY MR. WONG: Q. You mentioned TCP header
15 expression. What does TCP mean?    09:49:22
16    A. That's Transmission Control Protocol. It's
17 part of the Internet Protocol suite.
18    Q. Is TCP an industry standard?
19    A. It is.
20    Q. Was it an industry standard at the time you    09:49:37
21 worked on it at Cisco?
22    A. It was.
23    Q. What standard-setting body produced the TCP
24 standard?
25    A. That's a difficult question. The TCP    09:49:49

Page 32

1 standard was really a product of -- I guess the
2 ARPANET project, but this actually predates IETF
3 being accepted as a standards-making body, which is
4 a whole book in itself. Great deal of politics
5 behind that. So it was a de facto standard    09:50:16
6 effectively.
7    Q. What do you mean by "de facto standard"?
8    A. Which meant that the industry used it and
9 it was publicly available, everyone was free to
10 adopt it, and yet it did not have the backing of a    09:50:36
11 formal standards body such as the IEEE.
12    MR. PAK: I'll object to this line of
13 questioning as calling for expert testimony.
14    BY MR. WONG: Q. Now, you said that the
15 TCP standard was really a product of ARPANET;    09:51:10
16 correct?
17    A. Correct.
18    Q. What is ARPANET?
19    A. ARPANET was a project from the Defense
20 Department's Advanced Research Projects Agency to    09:51:18
21 build a network for computers that was highly robust
22 and relayed data between computers efficiently.
23    Q. How do you know that, Mr. Li?
24    A. Having worked on it for many, many years
25 and been involved with it as soon as it became    09:51:34

Page 33

9 (Pages 30 - 33)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 with during this 1991 through 1996 time period at
2 Cisco?
3      A. Everything else in the IP protocol suite
4 within Cisco. This includes RIP, IGRP, EIGRP, EGP,
5 OSPF, IS-IS. I also had my hands in some of the        10:03:14
6 CLNS stack.
7      Q. What is OSPF?
8      A. Open Shortest Path First routing protocol
9 from the IETF.
10        THE REPORTER: Would you mind repeating        10:03:43
11 that. I'm sorry.
12        THE WITNESS: Open Shortest Path First
13 routing protocol from the IETF.
14        THE REPORTER: Thank you.
15        BY MR. WONG: Q. And the RIP and the IGRP        10:03:51
16 you just mentioned, those are the same RIP and IGRP
17 you were discussing earlier today; correct?
18      A. Yes.
19      Q. You mentioned IS-IS.
20        What is IS-IS?        10:04:00
21      A. This is another routing protocol that comes
22 from the ISO protocol stack and the OSI standards
23 body. It supports routing for both CLNP and IP.
24      Q. What is CLNP?
25      A. Connectionless Network Protocol.        10:04:25

Page 42

1      A. The standard -- the standard for IS-IS.
2        MR. PAK: Ryan, when you get a chance, can
3 we take a break? We've been going for about an
4 hour.
5        MR. WONG: Sure. We can take a break now.        10:05:45
6        THE WITNESS: Thank you.
7        THE VIDEOGRAPHER: Going off the record.
8 The time is 10:05.
9        (Recess taken from 10:05 a.m. to
10 10:11 a.m.)        10:11:25
11        THE VIDEOGRAPHER: We're back on the
12 record. The time is 10:11.
13        BY MR. WONG: Q. Mr. Li, you used the
14 acronym BGP to refer to the Border Gateway Protocol;
15 correct?        10:11:46
16      A. Correct.
17      Q. Is BGP a commonly known acronym for Border
18 Gateway Protocol?
19      A. No, not common.
20      Q. Okay. Is it a -- strike that.        10:11:54
21        Why do you use the term "BGP" to refer to
22 the Border Gateway Protocol?
23      A. So that's the acronym that is used within
24 the industry.
25      Q. When you say that's the acronym that's used        10:12:10

Page 44

1      Q. And is that protocol also an industry
2 standard?
3      A. It is.
4      Q. What is the standard-setting body that
5 manages CLNP?        10:04:37
6      A. ISO.
7      Q. What is ISO?
8      A. International Standards Organization.
9 Although that's more formally it's -- the official
10 name is in French, so . . .        10:04:53
11      Q. When you were talking about IS-IS, you
12 mentioned the OSI standards body.
13        Do you remember that?
14      A. That's correct.
15      Q. What is the OSI standards body?        10:05:04
16      A. Open systems -- I don't remember the full
17 expansion. Sorry.
18      Q. Okay. So who was the standard-setting body
19 for IS-IS?
20      A. I believe that was -- falls under ISO which        10:05:20
21 is the child of OSI.
22      Q. And how do you know that, Mr. Li?
23      A. I've read the document.
24      Q. When you say "the document," do you mean
25 the --        10:05:34

Page 43

1 within the industry, you're referring to the BGP
2 acronym; correct?
3      A. Correct.
4      Q. And when you say "the industry," what do
5 you mean by "the industry"?        10:12:21
6      A. Computer network.
7      Q. And how long has BGP been used as an acronym
8 within the computer networking industry, to your
9 knowledge?
10      A. Since BGP was first introduced, which I        10:12:42
11 believe was approximately 1989.
12      Q. Okay. And why do you use the term "RIP" or
13 R-I-P to refer to Router Information Protocol?
14      A. That is the common acronym used for that
15 protocol.        10:13:21
16      Q. In the networking industry.
17      A. In the networking industry.
18      Q. And how long has RIP been a commonly used
19 acronym in the networking industry?
20      A. I don't know.        10:13:30
21        MR. PAK: Objection. Calls for expert
22 testimony.
23        BY MR. WONG: Q. Okay. But to your
24 knowledge, it is a commonly used acronym in the
25 networking industry today?        10:13:39

Page 45

12 (Pages 42 - 45)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    A. It is.
2    Q. Do you know when you first started using
3 the acronym RIP?
4    A. 1991 when I came to Cisco.
5    Q. And did you come up with the acronym RIP?    10:13:48
6    A. No, I did not.
7    Q. Where did you get that acronym from?
8    A. I heard it from coworkers first.
9    Q. And you did not come with the acronym BGP;
10 correct?    10:14:07
11    A. Correct.
12    Q. Where did you first hear the acronym BGP?
13    A. From discussions on a Usenet mailing list.
14    Q. What is a Usenet mailing list?
15    A. Usenet was a system for exchanging    10:14:23
16 messaging in a broadcast fashion, and there were
17 groups within that where people would circulate
18 messages. And so there was a discussion of routing
19 protocols, and I heard about it first through that.
20    Q. And what time period are you talking about    10:14:45
21 here when you first heard the acronym BGP?
22    A. This would be somewhere between about 1985
23 to 1990.
24    Q. So that was before you started working at
25 Cisco; correct?    10:15:01

Page 46

1 working for Cisco in 1991?
2    A. Approximately three.
3    Q. What was your familiarity with the command
4 line interface on Cisco's routers before you started
5 working at Cisco in 1991?    10:16:30
6    A. So I used Cisco's CLI for those three years
7 between '87 and 1991.
8    Q. What level of familiarity -- strike that.
9    Was OSPF a well-known acronym in the
10 networking industry? Actually, strike that.    10:17:02
11    Is OSPF a well-known acronym in the
12 networking industry?
13    A. Yes, it is very well-known.
14    Q. And when did you first hear of the acronym
15 OSPF, Mr. Li?    10:17:12
16    A. As part of my employment at Cisco.
17    Q. Approximately when did you hear -- first
18 hear of OSPF?
19    A. About 1992.
20    Q. Approximately how long has "OSPF" been a    10:17:23
21 well-known term in the networking industry, to your
22 knowledge?
23        MR. PAK: Objection. Calls for expert
24 testimony.
25        THE WITNESS: I suspect at least 1989.    10:17:32

Page 48

1    A. Correct.
2    Q. Is "IGRP" also a commonly used term in the
3 networking industry?
4    A. It is.
5    Q. And how long, to your knowledge, has "IGRP"    10:15:17
6 been a commonly used term in the networking
7 industry?
8        MR. PAK: Objection. Calls for expert
9 testimony.
10        THE WITNESS: I recall seeing it very early    10:15:24
11 on. I first learned about it in 1987.
12        BY MR. WONG: Q. And you did not come up
13 with the acronym IGRP; right?
14    A. No, I did not.
15    Q. Do you recall how you first learned about    10:15:38
16 the acronym IGRP?
17    A. So I was asked to administer a Cisco router
18 in 1987 and was -- did Cisco training and learned
19 about IGRP through that training.
20    Q. And that was before you joined Cisco in    10:15:58
21 1991; right?
22    A. That's correct. I was a customer before an
23 employee.
24    Q. How many years of experience did you have
25 working with Cisco routers before you started    10:16:15

Page 47

1        BY MR. WONG: Q. Why do you say that,
2 Mr. Li?
3    A. So there's work started on OSPF early on
4 prior to my joining Cisco and prior to my learning
5 about it, and I believe that was about '89.    10:17:44
6    Q. When you say there was work started on
7 OSPF, what are you referring to by that?
8    A. This is work in the IETF to specify the
9 protocol.
10    Q. And how did you know that there was work    10:18:02
11 started on OSPF by the IETF around 1989?
12    A. So there was a discussion list about it,
13 and I looked at some the history of OSPF and looked
14 at the RFC that subsequently came out. I knew that
15 folks had been working on it for quite some time.    10:18:33
16    Q. Who was participating in the discussion
17 list about OSPF at that 1989 time period?
18    A. I --
19        MR. PAK: Objection. Calls for
20 speculation.    10:18:48
21        THE WITNESS: So John Moy, Milo Medin,
22 Vince Fuller, Cathy Wittbrodt. Don't remember the
23 rest.
24        BY MR. WONG: Q. And how do you know those
25 individuals you just named were part of the    10:19:12

Page 49

13 (Pages 46 - 49)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 discussion of OSPF in 1989?
2     A. I subsequently worked with them as part of
3 IETF and learned of their involvement with OSPF.
4     Q. You worked -- strike that.
5         When did you work with those individuals as   10:19:31
6 part of the IETF?
7     A. I started working with them in 1991.
8     Q. What companies, if you recall, did those
9 individuals work for?
10    A. John Moy represented Proteon. Milo Medin   10:19:50
11 worked for NASA. Cathy Wittbrodt was at
12 Energy Sciences Network at -- as part of
13 Lawrence Livermore Labs.
14    Q. Did any other vendors -- strike that.
15        Did any other companies or organizations   10:20:20
16 besides the ones you just mentioned participate in
17 OSPF standardization?
18    MR. PAK: Objection. Calls for
19 speculation. Calls for expert testimony.
20    THE WITNESS: So I'm certain that several   10:20:32
21 others did. The best way to check would be to look
22 at the IETF attendance records.
23    BY MR. WONG: Q. When you say you're
24 certain that several others did, why are you so
25 certain?   10:20:43

Page 50

1     A. The IETF typically has dozens of people
2 operating, working together on any given protocol.
3     Q. And how do you -- how do you know that,
4 Mr. Li?
5     A. So that's -- I started participating in the   10:20:57
6 IETF in 1991, and that's their standard way of
7 working.
8     Q. How many years have you been participating
9 in the IETF since 1991?
10    A. I participated quite consistently up and   10:21:15
11 through about -- from 1991 to about 1999, and then
12 it's been sporadic since then.
13    Q. When you say the IETF typically has dozens
14 of people working together on any given protocol,
15 are those people from the same company or different   10:21:42
16 companies?
17    MR. PAK: Objection. Calls for
18 speculation. Vague.
19    THE WITNESS: Typically the group --
20 working groups that are working on a protocol draw   10:21:54
21 people from all sorts of different companies and
22 organizations.
23    BY MR. WONG: Q. Can you think of any
24 protocols from the IETF where different
25 organizations did not participate in creating the   10:22:12

Page 51

1 standard?
2     A. Not offhand.
3     Q. Is IS-IS a well-known acronym in the
4 networking industry?
5     A. Largely, no.   10:22:41
6     Q. How do you know the IS-IS acronym?
7     A. I'm part of a small group who've made use
8 of the protocol.
9     Q. Is IS-IS a well-known acronym amongst those
10 who make use of the IS-IS protocol?   10:23:01
11    A. Yes, it is.
12    Q. Why is it a smaller group that makes use of
13 the IS-IS protocol?
14    A. So IS-IS is part of the ISO protocol stack
15 which ended up not having a significant market   10:23:15
16 share, and thus there's a very small user base.
17 Only a very small portion of the I net -- IP
18 networking industry ended up using IS-IS, and so the
19 number of people that use IS-IS for IP routing is
20 very, very small.   10:23:38
21    Q. How long has IS-IS been a well-known
22 acronym amongst those who make use of the IS-IS
23 protocol, to your knowledge?
24    A. At least 1991.
25    Q. And when did -- when did you first hear of   10:23:50

Page 52

1 the IS-IS acronym?
2     A. 1991 when I joined Cisco.
3     Q. Is "IP" a well-known industry term in the
4 networking industry?
5     A. Very well.   10:24:07
6     Q. In your view, what other acronyms are as
7 well-known as IP in the networking industry?
8     MR. PAK: Objection. Calls for expert
9 testimony.
10    THE WITNESS: TCP, TCP/IP, WWW.   10:24:19
11    BY MR. WONG: Q. How long has IP been a
12 well-known acronym in the networking industry?
13    A. At least since 1983.
14    Q. And when did you first learn of the acronym
15 IP?   10:24:44
16    A. Approximately 1984 I took a class in
17 computer networking and read the -- first read the
18 RFCs on IP.
19    Q. Is BGP a -- let me start that again.
20        Is "BGP" a well-known term in the   10:25:25
21 networking industry?
22    A. It is.
23    Q. How long has "BGP" been a well-known term
24 in the networking industry?
25    MR. PAK: Objection. Calls for expert   10:25:34

Page 53

14 (Pages 50 - 53)

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 testimony.

2    THE WITNESS: Probably since about 1993.

3    BY MR. WONG: Q. And why do you say that

4 "BGP" has been a well-known term in the networking

5 industry since 1993?    10:25:47

6    A. I'm an expert in BGP.

7    Q. Why do you say that you are an expert in

8 BGP?

9    A. I helped deploy BGP throughout the

10 Internet.    10:26:00

11    Q. What did you do to help deploy BGP

12 throughout the Internet?

13    A. So I was responsible for maintaining and

14 enhancing BGP. I was responsible for doing a great

15 deal of bug fixing to BGP. And as part of that, I    10:26:17

16 ended up reimplementing much of Cisco's BGP code and

17 replacing the vast majority of the code that they

18 had.

19    Q. And when did you first hear of the acronym

20 BGP?    10:26:43

21    A. Again, I believe it was in the late '80s as

22 part of the Usenet group.

23    Q. Is "DNS" a well-known term in the

24 networking industry?

25    A. It is.    10:27:07

Page 54

1    Q. How long has "DNS" been a well-known term

2 in the networking industry, Mr. Li?

3    A. At least since late '80s.

4    Q. When did you first learn of the term "DNS"?

5    A. I was a sys admin at USC at the time.    10:27:19

6 Could have been anywhere from '83 on.

7    Q. How do you know that "DNS" has been a

8 well-known term in the networking industry since the

9 late 1980s?

10    A. So I would helped convert USC from using    10:27:40

11 host.text, which was previous system, to using DNS.

12    Q. Is "DHCP" a well-known term in the

13 networking industry?

14    A. It is.

15    Q. How long has "DHCP" been a well-known term    10:28:00

16 in the networking industry?

17    A. I don't know.

18    Q. When did you first hear of the acronym

19 DHCP?

20    A. Probably 1991.    10:28:08

21    Q. Why do you think you first heard of DHCP in

22 1991?

23    A. I helped maintain DHCP relay functionality

24 in Cisco IOS.

25    Q. What did that -- strike that.    10:28:21

Page 55

1    Q. What did that entail, maintaining DHCP

2 relay functionality in Cisco IOS?

3    A. Means that I had to look at the source

4 code, read the DHCP RFC, test the behavior of the

5 Cisco DHCP relay and then repair the functionality    10:28:49

6 in the source code as necessary.

7    Q. At some point, Mr. Li, you left Cisco's

8 employment; correct?

9    A. Several times.

10    Q. When you started at Cisco in 1991, when did    10:29:12

11 you leave?

12    A. I believe it was 1996.

13    Q. What did you do after you left Cisco in

14 1996?

15    A. After a while I joined Juniper Networks.    10:29:28

16    Q. And what was Juniper's business at the

17 time?

18    A. Juniper was a startup in the computer

19 networking space.

20    Q. What was Juniper's main product at the    10:29:41

21 time?

22    A. They had no product initially, and their

23 first product was a router, the M40, and I believe

24 that came out in 1998.

25    Q. Did you work on the M40 Juniper router?    10:29:59

Page 56

1    A. I did.

2    Q. Now, you said Juniper had no product

3 initially.

4    Did they have no product when you joined

5 them in 1996?    10:30:16

6    A. That's correct. We were a startup. We

7 had -- I was Employee No. 5. We had an office, and

8 that was it.

9    Q. Who were Juniper's competitors?

10    A. At the time it was Cisco. I believe Pluris    10:30:30

11 came along shortly thereafter, but I don't know

12 exactly when. There was another company called

13 NetStar. Wellfleet. Proteon had not quite gone

14 under.

15    That's all I can remember.    10:31:03

16    Q. Now, you said you were Employee No. 5;

17 correct?

18    A. Correct.

19    Q. Where did the other first employees at

20 Juniper come from?    10:31:15

21    A. So the founder Pradeep Sindhu was coming

22 out of Xerox PARC and Sun. Bjorn Liencres I believe

23 was Sun. Dennis Ferguson, I knew him through IETF,

24 and he was at -- running CAnet, although I don't

25 know who he was affiliated with.    10:31:36

Page 57

15 (Pages 54 - 57)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    Q. What was your involvement in -- strike
2 that.
3        What is Exhibit 139?
4    A. It appears to be a copy of RFC 1887.
5    Q. What was your involvement in RFC 1887,    11:46:30
6 Mr. Li?
7    A. So Yakov and I coauthored or coedited this
8 document in an attempt to document a routing
9 protocol architecture -- a routing architecture for
10 IPv6.                                           11:46:45
11   Q. What is IPv6?
12   A. That is the next version of the Internet
13 Protocol. What a widely deployed right now today is
14 known as IPv4. It has the problem that it does not
15 have enough address space and can only support about  11:46:59
16 4 billion hosts.
17       IPv6 is a -- the next version that has been
18 approved by the IETF and we're currently
19 transitioning to IPv6, slowly.
20   Q. We're currently transitioning today, you    11:47:17
21 mean?
22   A. Yes. Twenty years and counting.
23   Q. And I'm sorry. What was the date on the
24 document marked as Exhibit 138, Mr. Li?
25   A. That appears to be March 1995.              11:47:33

Page 106

1    Q. Was this document -- strike that.
2        When was the first version of the document
3 marked as 138 completed, to your knowledge?
4    A. I would have to check my notes to be
5 precise but somewhere approximately 1994.         11:48:04
6    Q. Turning back to Exhibit 139, Mr. Li, what
7 is the date on this document?
8    A. December 1995.
9    Q. Is that the publication date for this RFC?
10   A. Yes, it is.                                 11:48:19
11   Q. And was the document that is shown
12 Exhibit 139, was that completed before the
13 publication date shown on Exhibit 139?
14   A. Yes, it was.
15   Q. Do you know approximately when?             11:48:34
16   A. Somewhere between '93 and '94.
17   Q. Did you come up with the term "IPv6,"
18 Mr. Li?
19   A. No, I did not.
20   Q. Do you know who?                            11:48:42
21   A. No. Can't be specific.
22   Q. Is IPv6 a well-known acronym in the
23 networking industry?
24   A. Yes, it is. It is a well-known acronym for
25 Internet Protocol version 6, and this -- this    11:48:53

Page 107

1 acronym was designated by the IETF.
2    Q. What do you mean, "this acronym was
3 designated by the IETF"?
4    A. So the IETF, in selecting this protocol to
5 migrate to, decided that we should all refer to    11:49:10
6 version 6 of the protocol as IPv6.
7    Q. And how do you know that the IETF decided
8 that we all should refer to version 6 of the IP
9 protocol as IPv6?
10   A. I was there as part of the discussion.      11:49:27
11   Q. What vendors were part of that discussion?
12   A. I'm sorry. I don't recall.
13   Q. Were there more than one vendor part of
14 that discussion?
15   A. Yes, many.                                  11:49:40
16   Q. Do you recall if Cisco was part of that
17 discussion?
18   A. I believe so.
19   Q. Do you recall if Juniper was part of that
20 discussion?                                       11:49:48
21   A. I believe so.
22   Q. Were there any other acronyms relating to
23 routing protocols that the IETF decided should be
24 used to refer to those protocols?
25   A. Yes, many.                                  11:50:05

Page 108

1    Q. What protocols did the IETF decide that
2 everyone in the network industry should use in
3 addition to IPv6?
4        MR. PAK: Objection. Calls for expert
5 testimony.                                        11:50:18
6        THE WITNESS: So OSPF, BGP, RSVP, LDP,
7 HTTP.
8        BY MR. WONG: Q. Was "IS-IS" a -- a
9 term -- strike that.
10       Did the IETF have any role in the decision  11:50:50
11 for IS-IS to be used by the networking industry?
12   A. Somewhat. Again, IS-IS was originally
13 standardized outside of the IETF. The IETF had the
14 responsibility of managing the usage of IS-IS for
15 Internet Protocol routing.                        11:51:14
16   Q. And to your knowledge, Mr. Li, based on
17 your experience working in the industry, did various
18 vendors use those acronyms that you just listed out
19 for me?
20   A. Yes, frequently.                            11:51:38
21   Q. To what extent was there any belief that
22 these acronyms for routing protocols were
23 proprietary to any single vendor?
24       MR. PAK: Objection. Calls for
25 speculation.                                     11:51:58

Page 109

28 (Pages 106 - 109)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    THE WITNESS: So the acronyms were never
2  proprietary.
3      BY MR. WONG: Q. And on what facts do you
4  base that opinion, Mr. Li?
5      A. So the acronyms were never published with a  11:52:06
6  trademark or copyright notice attached to them.
7      Q. Did you ever believe personally that the
8  use of OSPF, BGP, IP or any of the other acronyms
9  that we've been discussing today were proprietary to
10  any vendor?                    11:52:32
11      A. No.
12      Q. In your experience at multiple companies in
13  the networking industry, did anybody else that you
14  worked with express the belief to you that any of
15  these acronyms were proprietary to any vendor?  11:52:48
16      A. No.
17      Q. So in the 25 years that you have been
18  working in the networking industry, you have not
19  heard anybody express the belief that any of these
20  acronyms were proprietary to a single vendor?  11:53:08
21      A. That's correct.
22      Q. Turning back to Exhibit 139, Mr. Li, first
23  page further down, second paragraph from the bottom,
24  the word "domain" is used.
25      Do you see that?              11:53:23

Page 110

1      A. Yes.
2      Q. Did you come up with the word "domain"?
3      A. No, I did not.
4      Q. Do you know who did?
5      A. I believe that was Dr. Rechter.        11:53:31
6      Q. Do you know when Dr. Rechter came up with
7  the name "domain"?
8      A. I believe that he came up with that term
9  during the work for IDRP, and that flowed -- and it
10  is semantically equivalent to Autonomous System, and  11:53:49
11  it flowed from his work in IDRP into both this
12  document and the BGP specification.
13      Q. And how do you -- how do you know that,
14  Mr. Li?
15      A. Direct work with both of those        11:53:58
16  specifications.
17      Q. Okay. By the time of this RFC,
18  December 1995, was "domain" a well-known industry
19  term?
20      MR. PAK: Objection. Vague.          11:54:10
21      THE WITNESS: No, it was not well-known and
22  still is not very well-known.
23      MR. WONG: Let's mark this one as 140,
24  please.
25      (Exhibit 140 was marked for identification  11:54:45

Page 111

1  by the court reporter and is attached hereto.)
2      BY MR. WONG: Q. The court reporter has
3  marked as Exhibit 140 a document bearing Control
4  Nos. ARISTANDCA00025927 to -25933.
5      Mr. Li, have you seen this document before?  11:55:28
6      A. I believe so.
7      Q. What is the document marked as Exhibit 140?
8      A. It appears to be a copy of RFC 1966, BGP
9  Route Reflection.
10      Q. Did you -- what was your involvement, if  11:55:45
11  any, in the creation of the document marked as
12  Exhibit 140?
13      A. So I helped discuss many of the concepts in
14  this document. As part of the development and
15  deployment of BGP, we found that we had numerous  11:56:02
16  scalability issues that we needed to overcome.
17  There were several approaches proposed. I helped
18  work on the Route Reflection proposal.
19      Some of the original work was proposed by
20  Dimitry Haskin of Bay Networks. And as part of the  11:56:20
21  IDR working group, we jointly discussed and came up
22  with this proposal.
23      Mr. Bates and Mr. Chandra eventually wrote
24  up the actual document as you see it here.
25      Q. What is BGP Route Reflection?        11:56:34

Page 112

1      A. BGP Route Reflection is a mechanism for
2  taking routing information and reflecting it from
3  one router to another through a third router. This
4  allows for better scalability because it fixes the
5  problem where BGP previously had where all BGP  11:57:03
6  routers within a particular AS had to be directly
7  interconnected. That led to some significant
8  computational and configuration management
9  challenges.
10      Q. Who came up with the phrase "Route  11:57:17
11  Reflection"?
12      A. I believe, but I'm not certain, that that
13  would be Mr. Haskin.
14      Q. And Mr. Haskin, to your recollection,
15  worked for Bay Networks?          11:57:33
16      A. It may have been Wellfleet at the time.
17      Q. And just by implication from your answer,
18  was Wellfleet acquired by Bay Networks?
19      A. Bay and -- I'm sorry.
20      Yes. Bay -- Bay was the merger of Synoptix  11:57:52
21  and Wellfleet, and I believe he was on the Wellfleet
22  side.
23      Q. And why do you think that Mr. Haskin came
24  up with the phrase "Route Reflection"?
25      A. So I believe he was the first one at IDR  11:58:11

Page 113

29 (Pages 110 - 113)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12      Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21      Dated: February 3, 2016
22
23

24      Susan F. Magee
25      CSR No. 11661, RPR, CCRR, CLR

Page 258

66 (Page 258)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5   CISCO SYSTEMS, INC.,

6               Plaintiff,

7   vs.                      No. 5:14-cv-05344-BLF(PSG)

8   ARISTA NETWORKS, INC.,

9               Defendant.

    _____/

10

11

12      CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

13

14          VIDEOTAPED DEPOSITION OF TONG LIU

15            FRIDAY, JANUARY 15, 2016

16              PALO ALTO, CALIFORNIA

17

18

19

20

21   Reported by:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23   CSR LICENSE NO. 9830

24   JOB NO. 2211574

25   Pages 1 - 215

                                    Page 1

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

| | |
|---|---|
| 1 UNITED STATES DISTRICT COURT | 1 I N D E X |
| 2 NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3 SAN JOSE DIVISION | 3 WITNESS: Tong Liu |
| 4 | 4 |
| 5 CISCO SYSTEMS, INC., | 5 EXAMINATION          PAGE |
| 6     Plaintiff, | 6 By Mr. Wong          7, 207 |
| 7 vs.          No. 5:14-cv-05344-BLF(PSG) | 7 By Mr. Pak          185 |
| 8 ARISTA NETWORKS, INC., | 8 |
| 9     Defendant. | 9 E X H I B I T S |

Page 4:

| | |
|---|---|
| 10 EXHIBIT                 PAGE | |
| 11 Exhibit 92  Amended Exhibit F; 45 pgs.      67 | |
| 12 Exhibit 93  IEEE Standard for a Precision      84 | |
| 13        Clock Synchronization Protocol | |
| 14        for Networked Measurement and | |
| 15        Control Systems, Bates | |
| 16        ARISTANDCA00031733 - '32021; | |
| 17        289 pgs. | |
| 18 Exhibit 94  IEEE1588 Precision Time Protocol  100 | |
| 19        Platform-Independent Software | |
| 20        Functional Specification, Bates | |
| 21        CSI-CLI-00610555 - '81; 27 pgs. | |
| 22 Exhibit 95  6-25-08 E-mail, Subject: Seeking  122 | |
| 23        permission for adding PTP CLI | |
| 24        comments; Bates CSI-CLI-00846643; | |
| 25        1 pg. | |

Page 4

Page 5:

1 E X H I B I T S  (Continued.)
2
3 EXHIBIT                 PAGE
4 Exhibit 96  6-25-08 E-mail, Subject: Seeking  124
5        permission for adding PTP CLI
6        commands, Bates CSI-CLI-00608739
7        - '40; 2 pgs.
8 Exhibit 97  6-26-08 E-mail, Subject: Seeking  128
9        permission for adding PTP CLI
10        commands, Bates CSI-CLI-00846656
11        - '57; 2 pgs.
12 Exhibit 98  Cisco Nexus 7000 Series NX-OS      157
13        System Management Command
14        Reference, Bates CSI-CLI-00194055
15        - '9480; 626 pgs.
16
17        ---oOo---
18
19     PREVIOUSLY MARKED EXHIBITS
20
21 Exhibit 53  CLI Design and Review Guide, Bates
22        CSI-ANI-00073381 - '.000014; 15 pgs.
23
24
25

Page 5

Page 2 (left column bottom):

10
11
12
13
14     Videotaped Deposition of Tong Liu, taken on
15  Friday, January 15, 2016, pursuant to notice, on
16  behalf of the Defendants, at 610 Page Mill Road,
17  Palo Alto, California before me, ANDREA M. IGNACIO,
18  CSR, RPR, CRR, CCRR, CLR ~ CSR License No. 9830
19
20
21
22
23
24
25

Page 2

1 A P P E A R A N C E S :
2
3
4    ON BEHALF OF THE PLAINTIFF CISCO SYSTEMS, INC., and
5  the WITNESS:
6      QUINN EMANUEL URQUHART & SULLIVAN, LLP
7      By:  SEAN S. PAK, Esq.
8      50 California Street, 22nd Floor
9      San Francisco, California 94111
10     Phone:  415.875.6600
11     seanpak@quinnemanuel.com:
12
13
14    ON BEHALF OF THE DEFENDANT ARISTA NETWORKS, INC.:
15     KEKER & VAN NEST LLP
16     By:  RYAN WONG, Esq.
17     633 Battery Street
18     San Francisco, California 94111-1809
19     Phone:  415.773.6682
20     rwong@kvn.com
21
22  ALSO PRESENT:  Kevin Foor, Videographer
23
24     ---oOo---
25

Page 3

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1        PALO ALTO, CALIFORNIA
2        FRIDAY, JANUARY 15, 2016
3        9:32 A.M.
4
5
6
7        THE VIDEOGRAPHER:  Good morning.  We are on
8  the record at 9:32 on January 15th of the year 2016.
9  This is the video deposition of Tong Liu.
10       My name is Kevin Foor.  I'm here with court
11  reporter Andrea Ignacio.  And we are here from
12  Veritext Legal Solutions at the request of Keker &
13  Van Nest.
14       This deposition is being held at Wilson
15  Sonsini Goodrich & Rosati in Palo Alto.
16       The caption of the case is Cisco Systems,
17  Inc., v. Arista Networks.  That is case 514-CV-05344
18  ELF BSG.
19       Please note that audio and video recording
20  will take place unless all parties agree to go off the
21  record.  Microphones are sensitive and may pick up
22  whispers, private conversations, and cell
23  interference.
24       I'm not related to any party in this action,
25  nor am I interested financially in the outcome in any

Page 6

1  way.
2        If there are any objections to proceeding,
3  please state them at the time of your appearance.
4        And if you would please state your
5  appearances.
6        MR. WONG:  Ryan Wong from Keker & Van Nest
7  for defendant Arista Networks.
8        MR. PAK:  Sean Pak of Quinn Emanuel,
9  representing Cisco and the witness.
10       THE VIDEOGRAPHER:  Thank you.
11       If the court reporter would please swear the
12  witness, we can begin.
13
14             TONG LIU,
15       having been sworn as a witness
16       by the Certified Shorthand Reporter,
17             testified as follows:
18
19             EXAMINATION
20  BY MR. WONG:
21  Q   Good morning, Ms. Liu.
22  A   Good morning.
23  Q   Please state your full name for the record.
24  A   Tong Liu.
25  Q   Do you go by any other names, Ms. Liu?

Page 7

1  A   At work, I go with Toni.
2  Q   Could you spell Toni for me, please.
3  A   T-O-N-I.
4  Q   Okay.  Have you gone by Toni Liu for -- for
5  what period of time have you gone by Toni Liu?
6  A   That name is only used at work.  It's not an
7  officially alternative name.
8  Q   And besides Toni Liu, have you gone by any
9  other names, Ms. Liu?
10  A   No.
11  Q   Could you please state your home address.
12  A   1741 Pear Tree Lane, Mountain View.
13  Q   And do you have any personal e-mail addresses
14  that you use?
15  A   Yes.
16  Q   Could you please tell me what those are.
17  A   tonieliu@yahoo.com.
18  Q   Okay.  Any other e-mail addresses?
19  A   liu.toni@gmail.com.
20  Q   Thank you.
21       Who is your current employer, Ms. Liu?
22  A   Aruba Networks.
23  Q   Do you have a work address for Aruba
24  Networks?
25  A   1322 Crossman Avenue, Sunnyvale.

Page 8

1  Q   Do you have a work e-mail address for your
2  job at Aruba?
3  A   toniliu@arubanetworks.com.
4  Q   Now, Ms. Liu, are you represented by counsel
5  at this deposition?
6  A   I'm represented by attorney Mr. Sean Pak.
7  Q   Okay.  And do you understand that you are
8  testifying here today in response to a subpoena issued
9  in this lawsuit?
10  A   Yes.
11  Q   Okay.  Have you seen the subpoena issued in
12  this lawsuit?
13  A   Yes.
14  Q   Did you see the document requests that
15  accompanied the subpoena in this lawsuit?
16  A   The document?
17  Q   Requests for documents.
18  A   Requests for documents?
19       Yes, I have seen that part.
20  Q   And did you search for documents that fell
21  within the categories within the subpoena?
22  A   I looked around.  I don't have any of those
23  documents.
24  Q   Ms. Liu, have you ever been deposed before?
25  A   No.  This is the first time.

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 102

1  starting in 2008."
2      Do you see that?
3  A  Yes.
4  Q  Did I read that correctly?
5  A  Yes.
6  Q  Is that referring to the implementation that
7  you did, Ms. Liu?
8  A  Yes.  We were DSBU, and X-Men 2 was the
9  internal release number we were using for --
10  Q  Did you come up with X-Men 2?
11  A  Do the --
12  Q  Did you come up with the term X-Men 2?
13  A  No.
14      They came up with X-Men 2.  We were using it.
15  Q  And what does DSBU stand for?
16  A  Data switching business unit.
17  Q  Okay.
18  A  No, desktop switching.  Sorry.
19  Q  And was the IE 3000 platform -- is that the
20  industrial Ethernet device that we've been talking
21  about?
22  A  Yes, it's the industrial Ethernet switch.
23  Q  Okay.  You can set that one aside.
24  A  Okay.
25  Q  Turning back to Exhibit 93, the -- the large

Page 103

1  document in front of you.
2  A  (Witness complies.)
3  Q  You did not come up with the term PTP;
4  correct?
5  A  No.
6  Q  The -- the acronym PTP was in use before you
7  began implementing PTP functionality into Cisco's
8  industrial Ethernet device; correct?
9  A  You mean before we implement the protocol, no
10  one was using PTP term in Cisco?
11  Q  No.
12      I'm -- I'm just saying, the acronym PTP --
13  A  Right.
14  Q  -- was in use before you began implementing
15  PTP functionality into Cisco's industrial Ethernet
16  devices; correct?
17  A  Yes, I -- yeah, the term exist --
18  Q  Right.
19  A  -- about the --
20  Q  It -- it -- it was in the -- the document
21  here marked as Exhibit --
22  A  Yes.
23  Q  -- 93; correct?
24  A  Yes.
25  Q  And, in fact, on page 7 of Exhibit 93 --

Page 104

1  actually, are you on page 7?
2  A  Yes.
3  Q  At the bottom of page 7, there is a
4  section 3.2 called "Acronyms and Abbreviations."
5      Do you see that?
6  A  Right.
7  Q  These are acronyms and abbreviations that are
8  used in the PTP IEEE standard; correct?
9  A  Yes.
10  Q  And, on the following page, page 8, there is
11  an acronym PTP there.
12      Do you see that?
13  A  Yes.
14  Q  It stands for precision time protocol?
15  A  Yes.
16  Q  So it was well known that PTP meant precision
17  time protocol; correct?
18      MR. PAK:  Objection; calls for speculation;
19  assumes facts not in evidence; calls for expert
20  testimony.
21      THE WITNESS:  When you say "well known," is
22  it -- what's the scope of well known?
23      MR. WONG:  Q.  It was well known by people in
24  the networking industry, right --
25      MR. PAK:  Same --

Page 105

1      MR. WONG:  Q.  -- that PTP meant precision
2  time protocol?
3      MR. PAK:  Same objections.
4      THE WITNESS:  I don't think it's well known
5  in the entire networking industry.
6      MR. WONG:  Okay.
7  Q  Was there a subset of the networking industry
8  where PTP was known to refer to the PTP in Exhibit 93?
9      MR. PAK:  Objection; vague; calls for
10  speculation; assumes facts not in evidence.
11      THE WITNESS:  It's not as normal a term as IP
12  or MAC.  The -- the term is still -- I think even for
13  people who are working on the Catalyst switches, it's
14  not a very well-known term.
15      MR. WONG:  Okay.
16  Q  But certainly, the IEEE standard marked as
17  Exhibit 93 defines the PTP acronym; correct?
18  A  Yes.
19  Q  And uses the PTP acronym --
20  A  Yes.
21  Q  -- to describe precision time protocol;
22  correct?
23  A  True.
24  Q  And it uses that PTP acronym to describe the
25  PTP functionality that you implemented in Cisco's

27 (Pages 102 - 105)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

**Page 106**

1 industrial Ethernet devices; right?
2　　MR. PAK: Objection; assumes facts not in
3 evidence; mischaracterizes the witness' prior
4 testimony.
5　　THE WITNESS: In this spec, yes.
6　　MR. WONG: Q. Well, is PTP used in Cisco's
7 industrial Ethernet device in a different way than
8 what PTP means in Exhibit 93?
9　　MR. PAK: Objection; vague.
10　　MR. WONG: Let me rephrase the question.
11　Q In the five commands that you're associated
12 with in Exhibit 92 --
13　A Right.
14　Q -- all of them use the acronym PTP; correct?
15　A Yes.
16　Q That PTP refers to the same PTP that is shown
17 on page 8 of Exhibit 93; right?
18　　MR. PAK: Objection; vague.
19　　THE WITNESS: I think when I chose the
20 command, yes, I used PTP to mean the same as precision
21 time protocol --
22　　MR. WONG: Right.
23　　THE WITNESS: -- as in the spec.
24　　MR. WONG: Q. As in the spec and, in fact,
25 as in -- as on page 8 of Exhibit 93, correct, which

**Page 107**

1 lists the PTP -- which lists PTP as an acronym;
2 correct?
3　　MR. PAK: Objection; vague.
4　　THE WITNESS: I would say the meanings are
5 the same, that they mean precision time protocol.
6　　MR. WONG: Q. Well, the -- the words are the
7 same, too; correct?
8　　PTP in the command is the same three letters
9 that appear on page 8 of Exhibit 93; correct?
10　A It's the same acronym.
11　Q And they're referring to the same protocol;
12 correct?
13　A Yes.
14　Q Now, if you'll turn to page 4 of Exhibit 93.
15　A (Witness complies.) Okay.
16　Q You can take off the -- well --
17　A This is --
18　Q -- maybe you want to keep that together,
19 actually.
20　A Right.
21　Q On page 4 of Exhibit 93, there is a large
22 heading No. 3 entitled:
23　　"Definitions, acronyms, and abbreviations."
24　　Do you see that?
25　A Yes.

**Page 108**

1　Q And then subsection 3.1 says "Definitions."
2　　Do you see that?
3　A Yes.
4　Q Definition 3.1.4 in the IEEE PTP
5 specification defines the term "clock."
6　　Do you see that?
7　A Yes, uh-huh.
8　Q What is the definition of clock in the IEEE
9 standard?
10　A It's no participating in the precision time
11 protocol, PTP, that is capable of providing a
12 measurement of the passage of time since a defined
13 epoch.
14　Q And you have read these definitions before
15 you began developing the PTP functionality in Cisco's
16 industrial Ethernet devices; right?
17　A Yes.
18　Q So you were familiar with these IEEE defined
19 terms before you began working on the PTP
20 functionality; correct?
21　A Yes.
22　Q And you knew they were in the IEEE standard;
23 correct?
24　A Yes.
25　Q Okay. Now, the definition of clock that you

**Page 109**

1 read, is that your understanding of what a clock is in
2 the context of PTP?
3　　MR. PAK: Objection; vague.
4　　THE WITNESS: So, in the context of PTP
5 standard or spec, yes, a clock means this.
6　　MR. WONG: Q. A clock means what it says on
7 page 4 of --
8　A Yes.
9　Q -- Exhibit 93?
10　A Right.
11　Q And you -- you -- you did not come up with
12 the term clock in the context of PTP; correct?
13　A No.
14　Q All right.
15　　Clock is just a defined term in the IEEE
16 standard marked as Exhibit 93; correct?
17　A Yes.
18　Q Okay. If you'll look at page 6 of
19 Exhibit 93.
20　A (Witness complies.) Right.
21　Q Term 3.1.23; do you see that?
22　　It defines the term "parent clock" correct?
23　A Yes.
24　Q What's the definition of parent clock?
25　A The master clock to which a clock is

28 (Pages 106 - 109)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 synchronized.
2     Q   And is that your understanding of what a
3 parent clock is in the context of PTP?
4     A   It is.
5     Q   And you get that understanding from the IEEE
6 standard marked as Exhibit 93; correct?
7     A   Yes.
8     Q   All right.
9         You don't disagree with that definition;
10 correct?
11    A   No.
12    Q   And you don't disagree with the definition of
13 clock in the IEEE PTP standard; right?
14    A   No, I don't.
15    Q   Okay.  Now, the term parent also refers to
16 the parent clock in a PTP context; correct?
17    A   The term parent --
18        MR. PAK:  Objection; vague.
19        THE WITNESS:  -- in this document --
20        MR. WONG:  Yes.
21        THE WITNESS:  -- whenever -- yeah, a parent
22 clock is used, it means the definition here.
23        MR. WONG:  Sure.
24        THE WITNESS:  Is that the question?
25        MR. WONG:  Sure.
                                                    Page 110

1         Do you see that?
2     A   I haven't found that sentence.
3         Oh, yeah, found it.
4     Q   Okay.  That sentence in the IEEE standard
5 uses the term parents; do you see that?
6     A   Yes.
7     Q   Is it your understanding that -- that that
8 parents term refers to a parent clock?
9         MR. PAK:  If you need to take some time to
10 look at the document more closely, you can do that.
11        THE WITNESS:  Yes.
12        MR. PAK:  Okay.
13        THE WITNESS:  I think it -- it's referring to
14 the parent clock.
15        MR. WONG:  Right.
16    Q   There's no ambiguity in the context of the
17 IEEE standard that parent refers to parent clock;
18 right?
19    A   Yes.  Here, it means -- yeah, it does mean
20 parent clock.
21    Q   Okay.  So, in the context of the PTP
22 standard, referring to the parent of a clock is
23 referring to the defined term parent clock that we
24 discussed a few minutes ago; correct?
25    A   Yes.
                                                    Page 112

1     Q   If you'd turn to page 53 of Exhibit 93.  Let
2 me know when you're there.
3     A   53?
4     Q   The ending control number for that is '31805.
5     A   (Witness complies.)  Yeah, I found it.
6     Q   Okay.  If you look above -- so, near the
7 bottom of the page, you see in bold:
8         "7.6.2 PTP Device Attributes."
9         Do you see that?
10    A   Yes.
11    Q   Okay.  Right above that, there are -- there
12 are two sort of indented bullet points, I guess, or
13 dashes.
14        Do you see that?
15    A   (Witness nods head.)
16    Q   And then, right above that is a sentence that
17 begins with the words "ordinary and boundary clocks."
18        Do you see that?
19    A   Ordinary and boundary clocks.
20    Q   Yep.
21    A   Okay.
22    Q   So that full sentence says:
23        "Ordinary and boundary clocks may keep
24 statistics on the performance of their parents using
25 the following attributes."
                                                    Page 111

1     Q   Okay.  Now, if you look on that same page,
2 underneath the heading "PTP Device Attributes," you
3 see the term "Priority 1"?
4     A   Yes.
5     Q   What is a PTP device attribute?
6     A   It's certain characteristics of a PTP clock.
7     Q   That are defined by the IEEE standard;
8 correct?
9     A   Yes, uh-huh.
10    Q   Okay.  And these are device attributes that
11 are mandatory to be supported to comply with the PTP
12 standard; correct?
13        MR. PAK:  Objection; calls for expert
14 testimony.
15        MR. WONG:  Q.  If you know.
16    A   I didn't see anything as mandatory here.
17    Q   Okay.  If you read the description of
18 priority 1, it says:
19        "The attribute priority 1 is used in the
20 execution of the best master clock algorithm; see
21 9.3.2.  Lower values take precedence.  The
22 initialization value of priority 1 is specified in a
23 PTP profile.  The value of priority 1 shall be
24 configurable to any value in the range 0 to 255,
25 unless restricted by limits established by an
                                                    Page 113

29 (Pages 110 - 113)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  applicable PTP protocol" -- I'm sorry -- "PTP
2  profile."
3      Did I read that correctly?
4   A  Yes.
5   Q  Okay.  Now, the -- the definition says the
6  value of priority 1 shall be configurable.
7      Do you see that?
8   A  Yes.
9   Q  "Shall" is a mandatory term in the IEEE
10  standard; correct?
11      MR. PAK:  Same objection; calls for expert
12  testimony.
13      THE WITNESS:  Would you please rephrase that
14  question.
15      MR. WONG:  Sure.
16   Q  "Shall" is a mandatory term -- strike that.
17      "Shall" indicates a mandatory requirement in
18  the IEEE standard; correct?
19      MR. PAK:  Objection; calls for expert
20  testimony.
21      MR. WONG:  Q.  And it may help --
22   A  I can say only my understanding, that it's
23  recommending that priority 1 is an attribute, that
24  this is a configurable value.
25   Q  If you'd turn to page 9 of the same document,

Page 114

1   Q  So, it is a -- it is a requirement to comply
2  with the standard for there to be a value of
3  priority 1 that is configurable as described here on
4  page 53; correct?
5   A  Yes.
6      MR. PAK:  Same -- and again same objection;
7  calls for expert testimony.
8      MR. WONG:  Q.  If you'd turn to -- I'm sorry.
9      And -- and do you have any disagreements with
10  the description of priority 1 here on page 53?
11   A  No.
12   Q  Okay.  If you'd turn to the next page in
13  Exhibit 93.
14   A  (Witness complies.)
15   Q  At the top, it has another attribute,
16  "priority 2."
17      Do you see that?
18   A  Yes.
19   Q  And the definition of priority 2 also has a
20  sentence that says:
21      "The value of priority 2 shall be
22  configurable to any value in the range 0 to 255,
23  unless restricted by limits established by an
24  applicable PTP profile."
25      Do you see that?

Page 116

1  Exhibit 93.
2   A  (Witness complies.)  Okay.
3   Q  And you see right in the middle of the page,
4  it says "word usage"; correct?
5   A  Uh-huh, I see.
6   Q  And it defines "shall" in 4.2.1.
7      Do you see that?
8   A  Yes.
9   Q  And this is -- and you -- you read the entire
10  standard before you implemented any of the
11  functionality with Cisco's products; right?
12   A  Yes.
13   Q  The definition of "shall" -- well, why don't
14  you please read the definition of "shall."
15   A  "The word 'shall,' which is equivalent to 'is
16  required to,' is used to indicate mandatory
17  requirements strictly to be followed in order to
18  conform to the standard and from which no deviation is
19  permitted."
20   Q  Okay.  And you understood that when you read
21  the standard; correct?
22   A  Yes.
23   Q  If you'd turn back to page 53 that we
24  were just on.
25   A  (Witness complies.)  Right.

Page 115

1   A  Uh-huh, yes.
2   Q  So the value of priority 2 -- strike that.
3      So it's a requirement to comply with the PTP
4  standard for the value of priority 2 to be
5  configurable as described here on page 54; correct?
6      MR. PAK:  Same objection; calls for expert
7  testimony.
8      THE WITNESS:  Yes, it's a parameter.
9      MR. WONG:  Right.
10      THE WITNESS:  Right.
11   Q  And that's your understanding, based upon the
12  standard's own definition of what "shall" means within
13  the document; correct?
14   A  Yes.
15   Q  Okay.  And when you implemented the PTP
16  functionality in Cisco's devices, was it your
17  intention to comply with the standard -- with the IEEE
18  standard marked as Exhibit 93?
19      MR. PAK:  Objection; vague.
20      THE WITNESS:  Again, there were certain
21  multiple aspects of it; right?
22      MR. WONG:  Q.  But, with respect to the two
23  device attributes that we just discussed, was it your
24  intention to comply with the IEEE standard?
25      MR. PAK:  Same objection; vague.

Page 117

30 (Pages 114 - 117)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      THE WITNESS: I think we intended to make
2 these two parameters as configurable for PTP clock.
3 So, for that part, yes, the compliance is that we
4 shall make these as configurable values.
5      MR. WONG: Q. As required by the IEEE
6 standard marked as --
7    A. Yes.
8    Q. -- Exhibit 93; correct?
9    A. Yes.
10   Q. Is it possible to have vendor
11 interoperability for PTP if you don't comply with the
12 PTP standard?
13      MR. PAK: Objection; calls for expert
14 testimony; vague.
15      MR. WONG: Q. In your view?
16      MR. PAK: Same objections.
17      THE WITNESS: In my view, the basic external
18 behaviors needs to be consistent to be interoperable.
19      MR. WONG: Q. And are the device attributes
20 that we just discussed, priority 1 and priority 2, are
21 those part of those external behaviors that need to be
22 consistent in order to support interoperability?
23      MR. PAK: Same objection; vague.
24      THE WITNESS: I think the priority value
25 being configurable, changeable by users is -- as you
Page 118

1 said, as required -- it's required to be
2 interoperable --
3      MR. WONG: Okay.
4      THE WITNESS: -- at the PlugFest.
5      MR. WONG: Q. So, to comply with the PTP
6 standard, there have to be configurable device
7 attributes called priority 1 and priority 2 as
8 described on pages 53 and 54 of Exhibit 93?
9      MR. PAK: Objection; calls for expert
10 testimony. Objection; vague.
11      THE WITNESS: My understanding is these two
12 parameters, which needs to be configurable.
13      MR. WONG: Okay.
14   Q. To comply with the PTP standard?
15   A. Yes.
16   Q. Okay. If you'd turn to page 62 of that same
17 document, Exhibit 93. Let me know when you're there.
18   A. (Witness complies.) Yes, I'm on page 63.
19   Q. 62. I'm sorry.
20   A. 62. (Witness complies.) Okay.
21   Q. Okay. About two-thirds down on that page 62,
22 there is a subheading 7.7.2.3.
23      Do you see that?
24   A. Yes.
25   Q. And the text next to that is:
Page 119

1      "Sync (multicast) message transmission
2 interval."
3      Do you see that?
4   A. Yes.
5   Q. Now, the sentence below that says:
6      "The port DS.log sync interval shall specify
7 the mean time interval between successive sync
8 messages, i.e., the sync interval, when transmitted as
9 multicast messages."
10      Do you see that?
11   A. Yes.
12   Q. Did I read that correctly?
13   A. Yes.
14   Q. So the -- and that sentence, by the way, uses
15 the word "shall" again; correct?
16   A. Yes.
17   Q. That indicates that this is a required -- a
18 requirement of the PTP standard; correct?
19      MR. PAK: Objection; calls for expert
20 testimony.
21      THE WITNESS: I -- my understanding is this
22 is to be supported to implement a PTP protocol.
23      MR. WONG: Q. And that understanding is
24 based upon the definition of "shall" provided on
25 page 9 of the standard; correct?
Page 120

1   A. Yes, uh-huh.
2   Q. That definition of "shall" says that no
3 deviation is permitted; correct?
4      If you need to look at page 9, you can
5 confirm that.
6   A. Right. No deviation of the behavior, I
7 guess.
8   Q. Okay.
9   A. Right.
10   Q. Is that your understanding?
11   A. Right.
12   Q. So turning -- so you're still on page 62.
13 The IEEE standard uses the term "sync interval" to
14 describe the mean time interval between successive
15 sync messages; correct?
16   A. Sync interval as specified in the text here?
17   Q. Yes.
18   A. Right. Yes.
19   Q. So, do you agree that the IEEE standard
20 marked as Exhibit 93 on page 62 defines the sync
21 interval as the mean time interval between successive
22 sync messages when transmitted as multicast messages?
23   A. Yes.
24   Q. Okay. Do you have any disagreements with
25 that definition?
Page 121

31 (Pages 118 - 121)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 correct?
2    A   Yes.
3    Q   And if you'll look briefly at Exhibit 96.
4 Let me know when you're there.
5    A   Yes.
6    Q   Under "interface level config commands,"
7 listed there is "PTP sync-interval" with a hyphen.
8       Do you see that?
9    A   PTP sync-interval, yes.
10   Q   With a hyphen --
11   A   With a hyphen.
12   Q   -- between sync and interval?
13   A   Right.
14   Q   Did you remove the hyphen based upon
15 Mr. Woodman's directive?
16   A   Yes, I believe that should be true.
17   Q   And the purpose of removing the hyphen, as
18 described in Mr. Woodman's e-mail marked as
19 Exhibit 97, was to take advantage of the auto complete
20 functionality; correct?
21      MR. PAK:  Objection; mischaracterizes the
22 witness' testimony; incomplete.
23      THE WITNESS:  I would say both auto
24 completion and hierarchy as --
25      MR. WONG:  Q.  What -- go ahead.
Page 134

1    A   You go ahead first.
2    Q   What -- in your mind, what is the difference
3 between auto completion functionality and hierarchy?
4    A   Hierarchy -- let's say there is PTP sync
5 interval, PTP sync limit.  So, when we type PTP,
6 space, sync, and then question mark, that gives you
7 the next level of that command, which is interval.  So
8 this is the hierarchy part, which won't be there if
9 there is a hyphen.  So, all of them would be under
10 PTP, and you have all of the options.
11   Q   Did you come up with the idea to have a
12 hierarchy for these PTP commands?
13      MR. PAK:  Objection; vague.
14      THE WITNESS:  Meaning -- can you rephrase
15 that.  Did I come up with the concept?
16      MR. WONG:  You just described the concept of
17 a hierarchy.
18   Q   Was that concept -- did that concept
19 originate from you?
20      MR. PAK:  Objection; vague.
21      THE WITNESS:  A lot of Cisco CLI commands
22 has -- have hierarchies.  That part I knew even before
23 I developed these commands.
24      MR. WONG:  Okay.
25   Q   So the organization of Cisco commands in a
Page 135

1 hierarchy existed before you started adding PTP
2 commands to the software?
3    A   Yes.
4    Q   And you were aware of that?
5    A   I'm -- yeah, I was aware of that.
6    Q   Right.
7       And so you modeled -- you modeled your
8 commands based upon the hierarchy concept that already
9 existed in Cisco software?
10      MR. PAK:  Objection; vague.
11      THE WITNESS:  I think I was thinking it would
12 be good to have that part for these CLI commands.
13      MR. WONG:  Okay.  Okay.
14 I think it's a good time to take a break.
15      THE VIDEOGRAPHER:  It is 1:01.
16 We are going off the record.
17 Please don't forget your mics.
18      (Lunch break taken at 1:01 p.m.)
19               ---oOo---
20
21
22
23
24
25
Page 136

1          AFTERNOON SESSION
2               1:41 P.M.
3
4
5
6       THE VIDEOGRAPHER:  We are back on the record.
7 It is 1:41.
8       MR. WONG:  Q.  So, Ms. Liu, before the lunch
9 break, we talked about the five commands that are
10 associated with you in Exhibit 92.
11   A   Yes.
12   Q   One of the commands is "PTP priority 1."
13   A   Yes.
14   Q   Do you see that?
15   A   Uh-huh.
16   Q   What is the function that the "PTP
17 priority 1" command performs?
18   A   It configures the priority 1 parameter for
19 the PTP clock.
20   Q   Okay.  And when you say "for the PTP clock,"
21 you mean PTP as defined by the IEEE standard; right?
22   A   Yes.
23   Q   You're not talking about a different PTP
24 that's separate from the IEEE standard; right?
25   A   No.
Page 137

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    Q   Okay.  And the PTP in the command "PTP
2  priority 1" refers to the IEEE standard; correct?
3       MR. PAK:  Objection; vague.
4       THE WITNESS:  It refers to, yeah, PTP.
5       MR. WONG:  Q.  It refers to the IEEE PTP
6  standard that we marked as Exhibit 93; correct?
7    A   Yes.
8    Q   Okay.  And the use of the word PTP in all
9  five of the commands that are associated with you in
10  Exhibit 92, they all come from the IEEE standard
11  marked as Exhibit 93; correct?
12       MR. PAK:  Objection; vague; mischaracterizes
13  the witness' testimony.
14       THE WITNESS:  You mean the PTP --
15       MR. WONG:  Q.  Let me ask the question --
16    A   -- word in the command?
17    Q   Yes.
18       Let me ask a clean question.
19       The use of the word PTP in all five of the
20  commands that are associated with you in Exhibit 92 --
21    A   Right.
22    Q   -- that word came from the PTP IEEE standard
23  that was marked as Exhibit 93; correct?
24       MR. PAK:  Same objections.
25       THE WITNESS:  Yes, it means the same.
Page 138

1  the priority 1 attribute in the IEEE standard marked
2  as Exhibit 93?
3       MR. PAK:  Objection; vague.
4       THE WITNESS:  Yes.  I think I chose it for
5  the intention to mean the priority 1 attribute of the
6  clock.
7       MR. WONG:  Q.  And is your answer the same
8  for the command "PTP priority 2"?
9       Is the priority 2 command parameter -- does
10  that refer to the priority 2 attribute in the IEEE
11  standard marked as Exhibit 93?
12       MR. PAK:  Same objection.
13       THE WITNESS:  It's referring to the same --
14  that attribute, yes.
15       MR. WONG:  Q.  That attribute in the IEEE
16  standard?
17    A   In the IEEE standard, yes.
18    Q   Okay.  And you knew about the priority 1 and
19  priority 2 attributes in the IEEE standard before you
20  started adding the "PTP priority 1" and "PTP
21  priority 2" commands to the iOS software; correct?
22    A   Yes, I read the spec.
23    Q   And you were aware of those two particular
24  attributes before you started adding the "PTP
25  priority 1" and "PTP priority 2" commands to Cisco's
Page 140

1       MR. WONG:  Okay.
2    Q   And you -- in describing the function
3  performed by the "PTP priority 1" command, you
4  testified that it configures the priority 1 parameter
5  for the PTP clock; correct?
6    A   Yes.
7    Q   And the priority 1 parameter for the PTP
8  clock, that's the same priority 1 parameter that we
9  discussed in Exhibit 93; correct?
10    A   When you say "parameter," I think they are a
11  little different in the CLI and the spec.
12    Q   How are they different?
13    A   The -- in the spec, it's the attribute of the
14  clock; right?  When I say parameter, I mean the -- in
15  the context of the CLI command is a parameter.
16    Q   Oh, I see.
17       So -- so the word priority 1 in the "PTP
18  priority 1" CLI command is a parameter of the command?
19    A   Yes.
20    Q   That's what you mean by --
21    A   Right.
22    Q   -- parameter?
23    A   Right.
24    Q   Okay.  Now, does the priority 1 parameter in
25  the CLI command "PTP priority 1," does that refer to
Page 139

1  routing software; right?
2    A   Yes.
3    Q   How long did it take you to come up with the
4  "PTP priority 1" command?
5    A   I don't remember how long it took for me to
6  come up with the list of CLI commands.
7    Q   Okay.  I'm just asking about the -- the one
8  command, "PTP priority 1."
9    A   Right.
10    Q   Did -- did that take you an hour to come up
11  with that command?
12       MR. PAK:  Objection; vague.
13       THE WITNESS:  You mean just to decide on the
14  syntax of the command?
15       MR. WONG:  On the two words in the command.
16  That's right.
17    Q   How long did it take you to decide on the
18  two words, "PTP priority 1," in that command?
19    A   I don't remember.
20    Q   Did it take you more than a day?
21       MR. PAK:  Objection; vague.
22       THE WITNESS:  Maybe not.  I don't recall the
23  details of -- of this level.
24       MR. WONG:  Okay.
25    Q   Do you --
Page 141

36 (Pages 138 - 141)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  understanding?
2     A  Yes.
3         There -- so, when the CLI command is
4  received, something needs to happen based on what has
5  been configured as being specified as the parameter.
6  So that's the interface I was referring to, that I
7  hook up to the back-end behavior of the clock.
8     Q  And the back-end behavior for each command
9  that you are associated with in Exhibit 92, did you
10 write that source code?
11    A  I did write the source code.
12    Q  Did you have anyone else's help in writing
13 the source code for those five commands associated
14 with you in Exhibit 92?
15    A  No.  I wrote all of them.
16    Q  The "PTP sync interval" command --
17    A  Yes.
18    Q  Well, actually, just for clarity, what
19 function does the "PTP priority 2" command perform?
20    A  It configures another parameter which helps
21 to determine the -- the clock.
22    Q  And that other parameter you're talking about
23 is the priority 2 attribute that is defined by the
24 IEEE standard marked as Exhibit 93; correct?
25    A  Yes.

Page 146

1     Q  Okay.  What function does the "PTP sync
2  interval" command perform?
3     A  It configures how often the clock syncs with
4  the master.
5     Q  And do you recall earlier we were looking at
6  the IEEE standard marked Exhibit 93 and a term called
7  sync interval in there?
8     A  Right.
9     Q  Is the sync interval, that the "PTP sync
10 interval" command refers to, the same sync interval
11 that we discussed in Exhibit 93?
12       MR. PAK:  Objection; vague.
13       THE WITNESS:  I think that was -- this
14 command was used -- was defined to be used to
15 configure that part of the clock.
16       MR. WONG:  Right.
17    Q  And by "that part of the clock," you mean the
18 sync interval attribute defined by the IEEE PTP
19 standard; right?
20    A  Yes.
21    Q  Now, you chose the term priority 1 because
22 priority 1 is an attribute that's in the IEEE
23 standard; right?
24       MR. PAK:  Objection; vague.
25       THE WITNESS:  You mean when I wrote the

Page 147

1  command?
2         MR. WONG:  Q.  When you --
3     A  When I -- when I chose to use priority 1;
4  right?
5     Q  Yes, that's what I'm asking.
6     A  Yes.  When I chose the word, I meant to
7  configure this attribute for the clock.  That was
8  true.
9     Q  And this attribute for the clock, you're
10 referring to the priority 1 attribute that's defined
11 in the IEEE standard; right?
12    A  Yes.
13    Q  And your answer is the same for the
14 priority 2 attribute defined in the IEEE standard,
15 correct, with respect to the PTP priority 2 command?
16    A  Yes.
17    Q  And you chose the words sync interval because
18 the IEEE standard marked as Exhibit 93 described --
19 strike that.
20       You chose the words sync interval because the
21 IEEE standard marked as Exhibit 93 also used the term
22 sync interval; correct?
23       MR. PAK:  Objection; vague.
24       THE WITNESS:  When you say that, it makes me
25 feel that you -- it's a direct translate from the spec

Page 148

1  to the command.
2         Is that what you mean --
3         MR. WONG:  No, no.  I'm --
4         THE WITNESS:  -- when you ask the question?
5         MR. WONG:  No, no.
6     Q  My question is simply:  When you -- you
7  testified that the -- one second.
8         Can you tell me again what the function is
9  that the "PTP sync interval" performs.
10    A  It configures or determines how often the
11 clock syncs with the master clock.
12    Q  And that functionality is described in the
13 IEEE standard; correct?
14    A  Yes.
15    Q  And the IEEE standard uses the term sync
16 interval to describe what you just described as the
17 function of the "PTP sync interval" command; right?
18       MR. PAK:  Objection; vague.
19       THE WITNESS:  It's the same meaning.
20       MR. WONG:  Okay.
21    Q  So you chose the words sync interval for the
22 "PTP sync interval" command because the IEEE standard
23 used the same term to describe what the command does;
24 right?
25       MR. PAK:  Objection; vague.

Page 149

38 (Pages 146 - 149)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    THE WITNESS: I chose it based on my
2  understanding of the spec. And so it's -- it's just a
3  preference how -- how to express this -- how -- how to
4  express this parameter in the -- for the user
5  interface. I wouldn't say it's directly, because it's
6  in the spec. That's why I use it.
7        MR. WONG: Q. Well, you wouldn't call -- so
8  the IEEE has a priority 1 attribute; right?
9    A  Right.
10   Q  And it's a requirement of the PTP standard;
11 right?
12   A  Yes.
13   Q  Would you call the priority 1 standard
14 priority 2 in a command if the command sets the
15 priority 1 attribute?
16       MR. PAK: Objection; vague.
17       THE WITNESS: No. I would set it as
18 priority 1.
19       MR. WONG: Right.
20       THE WITNESS: Not priority 2.
21       MR. WONG: Q. And that's because you want
22 the command to match the same term that's used in the
23 standard; right?
24       MR. PAK: Objection; mischaracterizes the
25 witness' testimony.
                                            Page 150

1  standard attributes; right?
2        MR. PAK: Objection; assumes facts not in
3  evidence; mischaracterizes the witness' testimony.
4        THE WITNESS: I think I chose it based on my
5  understanding of the spec. And I don't remember using
6  it because it's in the spec.
7        MR. WONG: Q. But you had reviewed the spec
8  entirely before you started adding these five commands
9  associated with you in Exhibit 92; correct?
10   A  I did review the spec, yes.
11   Q  So you -- so you were aware that these terms
12 were defined in the IEEE specification marked as
13 Exhibit 93 before you added the five commands
14 associated with you in Exhibit 92; right?
15       MR. PAK: Objection; vague.
16       THE WITNESS: When you say "five commands,"
17 that would include the show command which are
18 different, right, than these configuration commands?
19       MR. WONG: Sure.
20   Q  Why don't we just limit the question then to
21 the three commands that we just were talking about:
22 "PTP priority 1" --
23   A  Right.
24   Q  -- "PTP priority 2," and "PTP sync interval."
25   A  Right.
                                            Page 152

1        MR. WONG: Let me rephrase the question.
2    Q  For a command "PTP priority 1" that sets an
3  attribute that's called priority 1 in the spec, you
4  should use the same word in the command; correct?
5        MR. PAK: Objection; assumes facts not in
6  evidence.
7        THE WITNESS: No, I don't think that part was
8  true.
9        For example, you could use clock priority 1
10 or clock priority 2; right? There -- there is no
11 direct association of what I use in the command line
12 CLI that it has to match this spec. That's the --
13 that -- they are not equal.
14       MR. WONG: Okay.
15   Q  Well, priority 1 has a particular meaning in
16 the PTP context; correct?
17   A  Yes.
18   Q  And the "PTP priority 1" command performs the
19 function in the PTP context; correct?
20       MR. PAK: Objection; vague; incomplete
21 hypothetical.
22       THE WITNESS: The -- yes, priority attribute
23 is an important part of a PTP clock.
24       MR. WONG: Q. And you chose commands that
25 would be clear to a user trying to set these industry
                                            Page 151

1    Q  You were aware that the terms priority 1,
2  priority 2, sync interval, and PTP were defined in the
3  IEEE specification marked as Exhibit 93 before you
4  added those three commands to Cisco's routing
5  software; correct?
6    A  I'm aware of those terms being defined in the
7  1588 standard.
8    Q  Okay. Before you added those three commands
9  to the Cisco software; correct?
10   A  Yes.
11   Q  Okay. Now, "show PTP clock" is another
12 command that you're associated with; correct?
13   A  Yes.
14   Q  What's the function performed by the "show
15 PTP clock" command?
16   A  It shows the state and status of the clock.
17 And I don't recall the entire output from the command,
18 but I think that's probably summarize majority of the
19 output.
20   Q  Okay. And as we discussed earlier in today's
21 deposition, the PTP IEEE specification defines the
22 term clock; correct?
23   A  It defined the term clock, yes.
24   Q  Okay. And the clock that is referred to in
25 the command "show PTP clock" is the clock that is
                                            Page 153

39 (Pages 150 - 153)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 defined in the PTP standard; correct?
2     MR. PAK:  Objection; vague.
3     THE WITNESS:  Well, the command shows the PTP
4 clock status.
5     MR. WONG:  Q.  And when you refer to "the PTP
6 clock" in that response you just gave, you're
7 referring to the clock that is defined in the PTP
8 standard; correct?
9     A  Yes, it means the clock.
10   Q  Now, the -- the word "show" in that command,
11 were there other commands in iOS that used the word
12 "show" before you added this "show PTP clock" command
13 to the software?
14   A  Yes.
15   Q  Okay.  You were familiar that other commands
16 used the first word of "show" to display information
17 before you added the "show PTP clock" command;
18 correct?
19   A  Yes.
20   Q  Okay.  So you -- you simply followed what
21 other commands were doing when you chose the word
22 "show" in "show PTP clock"; is that right?
23     MR. PAK:  Objection; assumes facts not in
24 evidence; mischaracterizes the witness' testimony.
25     MR. WONG:  Q.  If anything that I'm saying --
Page 154

1 standards?
2   A  Yes.
3   Q  And you recall discussing the definition of
4 parent clock in the standards earlier in this
5 deposition; correct?
6   A  Yes.
7   Q  And another shorthand used by the IEEE
8 standard for parent clock is simply parent; correct?
9     MR. PAK:  Objection; vague.
10    THE WITNESS:  Can you refer me to that page.
11    MR. WONG:  Sure, sure, absolutely.
12   Q  I think it's on page 53 of Exhibit 93.  It's
13 in that sentence maybe two-thirds of the way down on
14 page 53 that starts with:
15   "Ordinary and boundary clocks may keep
16 statistics."
17   A  Uh-huh.
18   "Using the following attribute."
19   Okay.
20   Q  So you would agree that, in the IEEE
21 standard, it uses the term parent as shorthand for
22 parent clock?
23   A  Yes.
24   Q  Okay.  Do you know if commands that use the
25 word "show" were used before they were used in Cisco's
Page 156

1   A  "Show" is a --
2   Q  Sorry.
3   A  -- big category of commands.  Like, there is
4 debug.  There is config.  There is show.  So show is
5 one big category of commands.
6   Q  And there was a big -- and that category of
7 commands, the show commands, existed before you added
8 the "show PTP clock" command to the software; correct?
9   A  Yes.
10   Q  And you were just building upon that category
11 of commands when you used the word "show" in "show PTP
12 clock"; correct?
13     MR. PAK:  Objection; mischaracterizes the
14 witness' testimony.
15     THE WITNESS:  Yes, I think that -- that was
16 the intention.
17     MR. WONG:  Q.  And is the same
18 explanation -- does the same explanation apply to
19 "show PTP parent" for the show aspect of that command?
20   A  Yes, for the show aspect of the command, yes.
21   Q  Okay.  What function does the "show PTP
22 parent" command perform?
23   A  It shows the status of the parent clock.
24   Q  When you say "the parent clock," are you
25 referring to the parent clock as defined in the PTP
Page 155

1 software?
2     MR. PAK:  Objection; calls for expert
3 testimony.
4     THE WITNESS:  I'm not aware of that.
5     MR. WONG:  Okay.
6   Q  I'm just asking whether you personally know.
7 If you don't, then --
8   A  No, I don't.
9   Q  -- that's fine.
10    MR. WONG:  What's the next exhibit number?
11    THE REPORTER:  98.
12    MR. WONG:  Okay.
13    (Document marked Exhibit 98
14    for identification.)
15    MR. WONG:  The court reporter has marked as
16 Exhibit 98 a document bearing control
17 Nos. CSI-CLI-00194055 to '194800.
18   Q  Ms. Liu, do you recognize this document?
19   A  I don't recognize this document.
20   Q  Okay.  Have you seen Cisco command reference
21 guides before?
22   A  In general terms, right, not particular to
23 700 series?
24   Q  That's -- that's correct, in general terms.
25   A  Yes, I have.
Page 157

40 (Pages 154 - 157)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
1        J U R A T
2
3        I, TONG LIU, do hereby certify under penalty
4    of perjury, that I have read the foregoing
5    transcript of my deposition in the matter of
6    Cisco Systems, Inc., vs. Arista Networks, Inc.,
7    taken on January 15, 2016; that I have made such
8    corrections as appear noted herein in ink,
9    initialed by me; that my testimony as contained
10   herein, as corrected, is true and correct.
11        DATED this ____ day of _____,
12   2015, at _____.
13        _____
14            SIGNATURE OF WITNESS
15
16   NOTARIZATION (If Required)
17   State of _____
18   County of _____
19   Subscribed and sworn to (or affirmed) before me on
20   this _____ day of _____, 20____,
21   by _____, proved to me on the
22   basis of satisfactory evidence to be the person who
23   appeared before me.
24   Signature: _____ (Seal)
25
                                        Page 214
```

```
1        CERTIFICATE OF REPORTER
2        I, ANDREA M. IGNACIO, hereby certify that the
3    witness in the foregoing deposition was by me duly
4    sworn to tell the truth, the whole truth, and nothing
5    but the truth in the within-entitled cause;
6        That said deposition was taken in shorthand
7    by me, a disinterested person, at the time and place
8    therein stated, and that the testimony of the said
9    witness was thereafter reduced to typewriting, by
10   computer, under my direction and supervision;
11        That before completion of the deposition,
12   review of the transcript [x] was [ ] was not
13   requested.  If requested, any changes made by the
14   deponent (and provided to the reporter) during the
15   period allowed are appended hereto.
16        I further certify that I am not of counsel or
17   attorney for either or any of the parties to the said
18   deposition, nor in any way interested in the event of
19   this cause, and that I am not related to any of the
20   parties thereto.
21   Dated: 01/29/2016
22
23
24        ANDREA M. IGNACIO,
25        RPR, CRR, CCRR, CLR, CSR No. 9830
                                        Page 215
```

55 (Pages 214 - 215)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3               SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS, INC.,      )
                               )
 6           Plaintiff,        )
                               ) Case No.
 7         vs.                 ) 5:14-cv-05344-BLF (PSG)
                               )
 8   ARISTA NETWORKS, INC.,    )
                               )
 9           Defendant.        )
     _____)

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15   VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16            Palo Alto, California

17         Friday, November 20, 2015

18               Volume I

19

20

21

22   Reported by:

     CARLA SOARES

23   CSR No. 5908

24   Job No. 2187110

25   Pages 1 - 189
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3             SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,   )
                           )
 6       Plaintiff,        )
                           ) Case No.
 7    vs.         ) 5:14-cv-05344-BLF (PSG)
                           )
 8  ARISTA NETWORKS, INC., )
                           )
 9       Defendant.  )
    _____)
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
17  Volume I, taken on behalf of Defendant, at
18  650 Page Mill Road, Palo Alto, California, beginning
19  at 9:19 a.m., and ending at 6:15 p.m., on Friday,
20  November 20, 2015, before CARLA SOARES, Certified
21  Shorthand Reporter No. 5908.
22
23
24
25
                                          Page 2
```

```
 1  APPEARANCES (Continued):
 2
 3  For the Defendant:
 4       KEKER & VAN NEST LLP
 5       BY:  BRIAN L. FERRALL, Attorney at Law
 6       BY:  RYAN WONG, Attorney at Law
 7       633 Battery Street
 8       San Francisco, California 94111
 9       415.391.5400
10       bferrall@kvn.com
11       rwong@kvn.com
12
13  ALSO PRESENT:  Sean Grant, Video Operator
14           --o0o--
15
16
17
18
19
20
21
22
23
24
25
                                          Page 4
```

```
 1  APPEARANCES:
 2
 3  For the Plaintiff and the Witness:
 4       QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5       BY:  JOHN (JAY) NEUKOM, Attorney at Law
 6       50 California Street, 22nd Floor
 7       San Francisco, California 94111
 8       415.875.6341
 9       johnneukom@quinnemanuel.com
10            and
11       KIRKLAND & ELLIS LLP
12       BY:  JOSHUA L. SIMMONS, Attorney at Law
13       601 Lexington Avenue
14       New York, New York 10022
15       212-446-4989
16       joshua.simmons@kirkland.com
17
18
19
20
21
22
23
24
25
                                          Page 3
```

```
 1                  INDEX
 2  WITNESS
 3  KIRK LOUGHEED             EXAMINATION
    Volume I
 4
 5       BY MR. FERRALL         10
 6
 7           EXHIBITS
 8  NUMBER      DESCRIPTION       PAGE
 9  Exhibit 29  Document headed "Internet      73
10       Protocol,"
11       Bates ARISTANDCA0031553 - 1601
12
13  Exhibit 30  Document headed "DoD Internet    73
14       Host Table Specification"
15
16  Exhibit 31  Document headed "An Ethernet     73
17       Address Resolution Protocol or
18       Converting Network Protocol
19       Addresses to 48.bit Ethernet
20       Address for Transmission on
21       Ethernet Hardware,"
22       Bates ARISTANDCA0003130 - 1639
23
24
25
                                          Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 6**

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 32 | Document headed "Address Resolution Protocol (ARP) module for the Yeager gateway" | 85 |
| Exhibit 33 | Email string, top email to Kirk Lougheed and Paula Labloner from Mike Sanchez, dated 11-17-14, Bates CSI-CLI-01326834 - 6837 | 89 |
| Exhibit 34 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 3-30-10, Bates CSI-CLI-01317865 - 7866 | 93 |
| Exhibit 35 | Email string, top email to Joe Hielscher from Kirk Lougheed, dated 7-23-08, Bates CSI-CLI-01134849 - 4850 | 100 |
| Exhibit 36 | Document entitled "Stanford Ethertip/Gateway User and Configuration Guide," Bates CSI-CLI-01315523 - 5568 | 101 |

**Page 7**

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 37 | Document entitled "cisco Systems AGS User Manual," Bates CSI-CLI-00358166 - 8223 | 106 |
| Exhibit 38 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 12-11-08, Bates CSI-ANI-00043306 - 3306.000001 | 122 |
| Exhibit 39 | Document entitled "Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)" | 152 |
| Exhibit 40 | Email to Craig Fox from Kirk Lougheed, dated 3-6-96, Bates CSI-CLI-00746398 | 160 |
| Exhibit 41 | Document described as source code file | 162 |
| Exhibit 42 | Document described as code | 177 |

**Page 8**

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 43 | Document entitled "DECbrouter 90 Products," Bates CSI-ANI-00081683 - 1683.000344 | 181 |

--o0o--

**Page 9**

Palo Alto, California                08:37:04
Friday, November 20, 2015
9:19 a.m.

P R O C E E D I N G S              08:37:10

THE VIDEO OPERATOR: Good morning. We're on the record. The time is 9:19 a.m., and the date is November 20th, 2015. This begins the videotaped deposition of Kirk Lougheed.

My name is Sean Grant, here with our court   09:19:25 reporter, Carla Soares. We're here from Veritext Legal Solutions at the request of counsel for defendant.

This deposition is being held at Wilson Sonsini in Palo Alto, California. The caption of   09:19:34 this case is Cisco Systems, Inc., versus Arista Networks, Inc., Case No. 5:14-CV-05344-BLF.

Please note that audio- and video-recording will take place unless all parties have agreed to go off the record. Microphones are   09:19:54 sensitive and may pick up whispers, private conversations, or cellular interference.

At this time, will counsel please identify themselves and state whom they represent.

MR. FERRALL: Brian Ferrall of Keker &   09:20:06

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    MR. FERRALL: Let's mark this as the next    15:26:35
2 exhibit.
3    (Exhibit 38 was marked for identification
4    and is attached hereto.)
5 BY MR. FERRALL:    15:26:37
6    Q  Exhibit 38 is a set of emails between you
7 and Mr. Remaker, among others.  It bears control
8 numbers CSI-ANI-00043306.
9    A  Okay.  I'd like to read this.
10    Q  First let me ask you the question so you    15:27:19
11 know what to look for.
12    A  I will forget the question by the time I'm
13 done reading this.
14    Q  Well, Mr. Lougheed, that's not the way it
15 works, actually.  I ask the question and you answer    15:27:28
16 it.
17    A  Okay.
18    Q  If you can't answer it, then you tell me.
19    My only question is, did you send the
20 email that's at the top of Exhibit 38, the one at    15:27:38
21 12-11-2008 at 10:14 p.m.?
22    MR. NEUKOM: Mischaracterizes the document
23 on its face.
24    And I know that Mr. Ferrall would like you
25 to feel comfortable to read the page-and-a-half    15:27:54
Page 122

1 document that he's just put in front of you before    15:27:57
2 answering his question.
3    THE WITNESS: Okay.  I'll read it.
4    MR. FERRALL: Actually, no, I would like
5 him to answer the question.    15:28:03
6    Q  Are you telling me you can't tell me
7 whether you sent the email?
8    MR. NEUKOM: It's a totally unfair
9 question.  The email that he sent would necessarily
10 include everything that follows.    15:28:10
11    If you want him to tell you whether he
12 remembers this or whether he sent it, let him read
13 the document.  Come on, Brian.
14    It's a page and a half.  We're not talking
15 about him wasting 30 minutes to read a product    15:28:20
16 manual.  It's a page-and-a-half email.  The witness
17 has said he wants to read it, and we're going to let
18 him read it.
19    THE WITNESS: Okay.  I've read it.
20 BY MR. FERRALL:    15:29:28
21    Q  Okay.  Did you send this email that's
22 dated December 11, 2008, at 10:14 p.m.?
23    A  I believe I did.
24    Q  Okay.  And in the last paragraph of that
25 email, you write, "The percent sign leading a    15:29:41
Page 123

1 message indicates that you are looking at an error    15:29:49
2 message.  An ancient operating system called TOPS-20
3 used such a convention and I adopted it."
4    Do you see that?
5    A  Yeah, I do see that.    15:29:59
6    Q  Why did you adopt a TOPS-20 convention?
7    A  Of the possibilities that I had, that
8 seemed -- that seemed a reasonable -- to me, it
9 seemed like a reasonable way of doing things.
10    Q  Did you get permission from Digital    15:30:32
11 Equipment Company to use that convention?
12    MR. NEUKOM: Objection.  Calls for a legal
13 conclusion and misstates prior testimony.
14    THE WITNESS: No, I did not seek
15 permission.    15:30:55
16 BY MR. FERRALL:
17    Q  Have you ever heard of the acronym RIP in
18 the context of networking?
19    A  It typically means routing information
20 protocol.    15:31:18
21    Q  You're familiar with that protocol?
22    A  It's been a while, but yes, I'm familiar
23 with it.
24    Q  Did you make up the acronym RIP for
25 routing information protocol?    15:31:32
Page 124

1    A  No, I did not make up that acronym.    15:31:37
2    Q  Did you make up the term "routing
3 information protocol"?
4    A  No.
5    Q  Did you submit an RFC for the routing    15:31:51
6 information protocol?
7    A  No.
8    Q  Do you know who did?
9    A  No, I don't know who did.
10    Q  Did you ever ask permission from the    15:32:25
11 person who made up the term "RIP" for permission to
12 use it, to use that term?
13    MR. NEUKOM: Objection.  Foundation,
14 vague, and calls for a legal conclusion.
15    THE WITNESS: There was no one whose    15:32:50
16 permission one could ask.
17 BY MR. FERRALL:
18    Q  Well, I'll tell you, a Mr. Charles Hedrick
19 at Rutgers submitted what I believe to be the first
20 RFC on the routing information protocol.    15:33:05
21    Do you know Mr. Hedrick?
22    A  I do.
23    Q  Did you ever ask him for permission to use
24 the term "RIP"?
25    MR. NEUKOM: Objection.  Asked and    15:33:15
Page 125

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 142**

1 interface, and it would -- as a packet that was 16:12:12
2 being sent -- sent out that interface, it could
3 either be permitted or denied going through that
4 interface.
5        Those were the two original uses of the 16:12:29
6 "access list" command expression.
7    Q  Do you believe that you coined the term
8 "access list"?
9    A  It was my choice to use that description.
10   Q  Well, I'm asking you if you coined that 16:12:56
11 term, or had you ever heard that term before in the
12 context of networking?
13       MR. NEUKOM: Objection. Vague, compound,
14 asked and answered.
15       THE WITNESS: I do not believe that I had 16:13:13
16 heard the term before.
17 BY MR. FERRALL:
18   Q  Had you heard the term "IP access group"
19 before?
20   A  Yes.                              16:13:25
21   Q  Who coined that term, to your knowledge,
22 do you know?
23   A  I did.
24   Q  Under what circumstances? Or for what
25 purpose, I should say?                   16:13:39

**Page 143**

1    A  I don't remember the exact details, but it 16:13:52
2 is -- either assigns an access list to an interface
3 or -- I think it assigns an interface to a -- an
4 access list to an interface. I believe it's access
5 class or something like that that assigns it to an 16:14:07
6 interface or to a line number.
7    Q  The term "domain name" is not a term that
8 you made up, is it?
9    A  No, I didn't make -- I -- no, I did not.
10   Q  "Domain name" is a term that goes back to 16:15:38
11 the ARPANET, actually. Are you aware of that?
12       MR. NEUKOM: Objection. Foundation.
13       THE WITNESS: I would be unsurprised if it
14 went back that far.
15       Are you referring to ARPANET protocols or 16:16:02
16 ARPANET network?
17 BY MR. FERRALL:
18   Q  The ARPANET network.
19   A  I believe the concept was introduced while
20 the ARPANET network was still running.        16:16:15
21   Q  What about the words "domain lookup"? Did
22 you coin that term "domain lookup"?
23       MR. NEUKOM: Objection. Vague.
24       THE WITNESS: It's a parallel construction
25 to terms like "address lookup" or "host lookup" or 16:16:52

**Page 144**

1 the like, or "database lookup" or... 16:16:59
2 BY MR. FERRALL:
3    Q  Did you coin the term "domain lookup"?
4    A  I decided to use that as a command
5 expression within the software, yes.    16:17:21
6    Q  I'll ask the question one more time. I'm
7 asking you if you coined the term "domain lookup."
8       MR. NEUKOM: Objection. Asked and
9 answered and vague.
10      THE WITNESS: I did not.          16:17:43
11 BY MR. FERRALL:
12   Q  Do you know who did?
13   A  No idea.
14   Q  When was -- to your knowledge, when was
15 the term "routing" ever used in conjunction with the 16:18:41
16 Internet protocol?
17      MR. NEUKOM: Objection. Vague and
18 foundation.
19      THE WITNESS: I don't know when the term
20 "routing" was used.                    16:19:05
21 BY MR. FERRALL:
22   Q  Were people in the field talking about
23 routing in connection with IP before you joined
24 Cisco?
25      MR. NEUKOM: Objection. Vague, compound. 16:19:24

**Page 145**

1       THE WITNESS: Yes.               16:19:27
2 BY MR. FERRALL:
3    Q  Tell me what, if anything, was creative
4 about your decision to use the term "IP routing" as
5 a CLI command.                          16:19:51
6       MR. NEUKOM: Objection. Calls for opinion
7 testimony.
8       THE WITNESS: At Stanford where we had
9 terminal servers and gateways in the same software,
10 there were times when it was convenient -- just 16:20:26
11 because something had multiple interfaces, it could
12 still perhaps be a terminal server. So I needed a
13 way of turning off, disabling routing functionality.
14      And I used the command -- I chose the
15 keyword -- configuration keyword command expression 16:21:07
16 "routing." Then "no routing" would turn off routing
17 functionality in whatever software was running at
18 the time despite its hardware configuration.
19      And then later on at Cisco, to keep the --
20 keep the form of the hierarchy of commands, we added 16:21:35
21 the -- we added our choice of -- we added "IP" in
22 front of it because you could potentially turn off
23 other sorts of routing, or at least that was the --
24 that was the -- that was a possibility for other
25 network protocols.                     16:22:02

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  BY MR. FERRALL:                    17:55:19
2      Q  Mr. Lougheed, this is a document that
3  appears to be your work, according to the copyright
4  notice on the front.
5         Do you see that?            17:55:29
6      A  Yes, I see that.
7      Q  Okay.  Do you know when -- do you
8  recognize it?
9      A  Yes, I do.
10     Q  What is it?                 17:55:36
11     A  It's a file called "globs.h."  It is
12  declaring a set of variables that are used in the
13  software.
14     Q  And when did you compose what's
15  Exhibit 42?                       17:56:02
16     A  Is there a question?
17     Q  Yes.  I asked when did you compose
18  Exhibit 42?
19     A  Apparently June of 1985.
20     Q  And you were employed by Stanford at that  17:56:28
21  time, right?
22     A  Correct.
23     Q  We had talked earlier about the ARP,
24  address resolution protocol.
25         Do you remember that?      17:56:57
                                        Page 178

1      A  Yes.                        17:56:58
2      Q  Okay.
3      A  I remember you asked questions about that.
4      Q  Are you familiar with there being a
5  provision for time-outs in the ARP protocol?  17:57:15
6         MR. NEUKOM:  Objection.  Vague and
7  compound.
8         THE WITNESS:  There is the -- ARP entries
9  can become stale.  If you unplug the computer or you
10  move the computer somewhere else or you replace the  17:57:43
11  network interface, entries will become stale.
12  Implementing a time-out is a way of making sure the
13  cache isn't stale.
14  BY MR. FERRALL:
15     Q  Are you aware of there being a provision  17:58:10
16  for time-outs in the RFC for ARP?
17         MR. NEUKOM:  Objection.  Vague and
18  compound, asked and answered.
19         THE WITNESS:  I'm not -- I don't remember
20  such language right now.           17:58:38
21  BY MR. FERRALL:
22     Q  Did you create the term "distance BGP"?
23     A  Yes.
24     Q  How did you come up with that term?
25     A  The Cisco IOS started supporting multiple  17:59:11
                                        Page 179

1  interior routing protocols.  And customer networks,  17:59:19
2  especially in the early days when they were attached
3  to the -- they had campus networks running one
4  routing protocol, they'd be attached to the NSFNET
5  backbone as well running a different routing  17:59:39
6  protocol.
7         And since routing protocols would give
8  incommensurate metrics, metrics that could not be
9  compared, I developed a concept of distance that
10  says if one routing protocol says it knows a route  18:00:08
11  to one destination and another routing protocol says
12  it knows a route to that same destination, which --
13  the routing protocol with the smallest
14  administrative distance would be the one that would
15  be entered into the routing table.  18:00:24
16         And so that was the problem, and my
17  solution was the administrative distance mechanism
18  that I described.
19         And when I implemented BGP, that was a
20  natural extension to include for BGP as well to be  18:00:49
21  able to configure an administrative distance to
22  determine the believability of BGP.
23         If no routing protocol -- if only one
24  routing protocol knew the destination, you would
25  believe that.  If there are two or more,  18:01:10
                                        Page 180

1  administrative distance was the tie-breaker.  18:01:16
2      Q  Sorry.  I'm going to jump back to ARP.
3         There's a term you use associated with
4  ARP, "ARP cache."  We talked about that earlier in
5  looking at one of the "clear" commands, right?  18:01:52
6         Where did the term "ARP cache" come from?
7      A  The cache is a -- logically a list of
8  items.  An ARP cache would be a list of ARP requests
9  that have been satisfied, including their MAC
10  addresses and how long since the last time we'd seen  18:02:37
11  a -- the router had seen an ARP request go by for
12  that particular source address.
13         That sort of computer science concept of a
14  cache is found all over.
15     Q  One of the commands that is indicated that  18:03:14
16  you authored is the command "boot system."
17         Had you ever heard someone use the words
18  "boot system" together before you joined Cisco?
19         MR. NEUKOM:  Objection.  Vague.
20         THE WITNESS:  I had heard phrases like  18:03:45
21  "boot the system up," "reboot the system," "reload
22  the system," "start the system," "restart the
23  system."
24         (Exhibit 43 was marked for identification
25  and is attached hereto.)           16:48:10
                                        Page 181

46 (Pages 178 - 181)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q   How did you choose the term -- the words    18:13:39
2   "timers basic" for this function?
3    A   I don't remember where "basic" came from.
4   But using the keyword "timers" was my -- was my
5   introduction, was my creation.    18:14:00
6        MR. NEUKOM:  Counsel, I believe we're now
7   beyond seven hours.
8        MR. FERRALL:  Okay.  Well, I -- given
9   Mr. Lougheed's tenure at Cisco, I thank him for his
10  time, but I will say I think we deserve some more    18:14:22
11  time with him.
12       But I understand seven hours is up and
13  you're going to say enough is enough for today I
14  take it; is that right?
15       MR. NEUKOM:  Certainly for today for the    18:14:31
16  sake of the witness.  And we will respectfully
17  disagree with the idea that counsel needs more than
18  seven hours --
19       MR. FERRALL:  Okay.
20       MR. NEUKOM:  -- needs more than today.    18:14:41
21  But we can discuss that for another day.
22       In the meantime, I should note for the
23  record the witness reserves the right to review the
24  transcript and make corrections.
25       Brian, I'm not sure I did that for    18:14:51

Page 186

1   Mr. Tjong.  If you're okay with it, I'd like to just    18:14:53
2   do a stipulation across the case that both sides
3   have the 30-day review and errata right for all
4   transcripts regardless whether counsel puts it on
5   the record at the depo as a two-way street.    18:15:04
6        MR. FERRALL:  That's fine.  I thought it
7   existed as a matter of procedure anyway.  So that's
8   fine.
9        MR. NEUKOM:  I hope you're right, but glad
10  to have the stipulation, even if it's unnecessary.    18:15:17
11       MR. FERRALL:  Okay.
12       MR. NEUKOM:  Thanks very much.
13       THE VIDEO OPERATOR:  This concludes
14  today's videotaped deposition of Mr. Kirk Lougheed.
15  We're off the record at 6:15 p.m.  Thank you.    18:15:25
16       (TIME NOTED:  6:15 p.m.)
17          --o0o--
18
19
20
21
22
23
24
25

Page 187

8        I, KIRK LOUGHEED, do hereby declare under
9   penalty of perjury that I have read the foregoing
10  transcript; that I have made any corrections as
11  appear noted, in ink, initialed by me, or attached
12  hereto; that my testimony as contained herein, as
13  corrected, is true and correct.
14       EXECUTED this _____ day of _____,
15  2015, at _____, _____.
16       (City)          (State)
17
18
19       _____
20       KIRK LOUGHEED
21
22
23
24
25

Page 188

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 11/25/2015
23
24       Carla Soares
25       CARLA SUARES
         CSR No. 5908

Page 189

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   CISCO SYSTEMS, INC.       Case No.: 5:14-cv-05344-BLF(PSG)

5

6              Plaintiff,

       v.

7

   ARISTA NETWORKS, INC.

8

9              Defendants.
   _____

10

11

12

13      * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14       VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

15              Palo Alto, California

16             Monday, April 4, 2016

17                    Volume 2

18

19

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CSR No. 11451

24   Job No.: 2285024

25   PAGES 190 - 399

                                      Page 190

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      UNITED STATES DISTRICT COURT
 2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3         SAN JOSE DIVISION
 4
    CISCO SYSTEMS, INC.    Case No.: 5:14-cv-05344-BLF(PSG)
 5
          Plaintiff,
 6
     v.
 7
    ARISTA NETWORKS, INC.
 8
          Defendants.
 9    _____
10
11
12
13
14    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17     VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, Volume 2,
18   taken on behalf of Defendant, at 601 California Avenue,
19   Palo Alto, California, beginning at 9:25 a.m. and ending
20   at 4:37 p.m., on Monday, April 4, 2016, before
21   LESLIE JOHNSON, Certified Shorthand Reporter No. 11451.
22
23
24
25
                                            Page 191
```

```
 1              I N D E X
 2
 3  WITNESS                  EXAMINATION
 4  KIRK LOUGHEED
    Volume 2
 5
 6    BY MR. WONG                197
 7
 8         EXHIBITS
 9    KIRK LOUGHEED
10  NUMBER      DESCRIPTION          PAGE
11  Exhibit 452  Copy of name badge; 1 page   198
12  Exhibit 453  Black and white copy of photograph;  198
                 1 page
13
      Exhibit 454  Patent Agreement; Bates stamped   208
14        KL-00000872 to 891
15  Exhibit 455  A Multiple Protocol Kernel for   228
                 Local Area Network Software
16               Development Reference Manual; Bates
                 stamped KL-00000001 to 93
17
      Exhibit 456  Document entitled "Chaosnet"; Bates   238
18        stamped KL-00000186 to 250
19  Exhibit 457  Document entitled "Debugging   241
                 Information"; Bates stamped
20               KL-00000564-654
21  Exhibit 458  DECnet Digital Network Architecture   244
                 (Phase V); Bates stamped
22               KL-00000251 to 380
23  Exhibit 459  E-mail from Stanford Low Overhead   252
                 Timesharing; Bates stamped
24               KL-00001699 to 763
25
                                            Page 193
```

```
 1  APPEARANCES:
 2
 3  FOR PLAINTIFF CISCO SYSTEMS, INC.:
 4    QUINN EMANUEL URQUHART & SULLIVAN LLP
 5    BY: JOHN (JAY) NEUKOM, ESQ.
 6    50 California Street, 22nd Floor
 7    San Francisco, California  94111
 8    (415)875-6600
 9    johnneukom@quinnemanuel.com
10  FOR DEFENDANT ARISTA NETWORKS, INC.:
11    KEKER & VAN NEST LLP
12    BY: RYAN WONG, ESQ.
13    633 Battery Street
14    San Francisco, California  94111
15    (415)391-5400
16    rwong@kvn.com
17  ALSO PRESENT:
18    SEAN GRANT, Videographer
19
20
21
22
23
24
25
                                            Page 192
```

```
 1         EXHIBITS (Cont.)
 2      KIRK LOUGHEED
 3  NUMBER      DESCRIPTION          PAGE
 4  Exhibit 460  E-mail dated 10-Jan-83 from Barb   260
                 at ISL to Computer Committee; Bates
 5               stamped KL-00000868 to 871
 6  Exhibit 461  Stanford Ethertip/Gateway User and   263
                 Configuration Guide; Bates stamped
 7               CSI-CLI-01315367 to 97
 8  Exhibit 462  Letter dated August 21, 1986 from   281
                 Robert L. Street to Len Bosack;
 9               Bates stamped CSI-CLI-01839502
                 to 504
10
    Exhibit 463  E-mail dated 4/3/2006 from Kirk   298
11               Lougheed to Vivian Neou; Bates
                 stamped CSI-CLI-01124245
12
    Exhibit 464  Cisco's Amended Exhibit F; 44 pages   302
13
    Exhibit 465  Software Unit External Functional   310
14               Specification; Bates stamped
                 CSI-CLI-00608751 to 752
15
    Exhibit 466  ipsupport.c -- miscellaneous IP   328
16               support code; 20 pages
17  Exhibit 467  Document entitled "Part 3: Media   332
                 Access Control (MAC) Bridges";
18               Bates stamped ARISTANDCA00032440
                 to 812
19
    Exhibit 468  Contents of "tip" directory; 1 page  348
20
    Exhibit 469  Command1.c -- ASM/AGS commands;   355
21               Bates stamped KL-SC-00000001 to 9
22  Exhibit 470  Config.c -- parse and act upon   358
                 configuration commands; Bates
23               stamped KL-SC-00000010 to 20
24  Exhibit 471  Exec.c -- ASM/AGS command level;   365
                 Bates stamped KL-SC-00000021 to 32
25
                                            Page 194
```

2 (Pages 191 - 194)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          EXHIBITS (Cont.)
2          KIRK LOUGHEED
3 NUMBER      DESCRIPTION        PAGE
4 Exhibit 472  "cisco.c" source code; 1 page    371
5 Exhibit 473  "stanford.c" source code; 1 page    371
6 Exhibit 474  Source code; Bates stamped    375
          KL-SC-00000033 to 41
7
    Exhibit 475  Source code; Bates stamped    375
8         KL-SC-00000042 to 52
9 Exhibit 476  Cisco Systems ASM/AGS User Manual  383
          and Configuration Guide; Bates
10         stamped CSI-CLI-00358622 to 54
11              * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                   Page 195

1    Palo Alto, California, Monday, April 4, 2016
2          9:25 a.m.
3
4       THE VIDEOGRAPHER:  Good morning.  We're on
5 the record.  The time is 9:25 a.m., and the date is
6 April 4th, 2016.  This begins Volume 2 of the
7 videotaped deposition of Mr. Kirk Lougheed.  My name
8 is Sean Grant, here with our court reporter, Leslie
9 Johnson.  We're here from Veritext Legal Solutions
10 at the request of counsel for Defendant.  This
11 deposition is being held at Wilson Sonsini in Palo
12 Alto, California.  The caption of this case is
13 "Cisco Systems Inc. versus Arista Networks Inc.,"
14 Case No. 5:14-cv-05344-BLF.
15      Please note that audio and video recording
16 will take place unless all parties have agreed to go
17 off the record.  Microphones are sensitive and may
18 pick up whispers, private conversations or cellular
19 interference.
20      At this time, will counsel please identify
21 themselves and state whom they represent.
22      MR. WONG:  Ryan Wong from Keker & Van Nest
23 for Defendant Arista Networks.
24      MR. NEUKOM:  John Neukom for the plaintiff
25 and also today for the witness.
                                   Page 196

1       THE VIDEOGRAPHER:  Thank you.  Will the
2 certified court reporter please swear in the
3 witness.
4
5          KIRK LOUGHEED,
6 having been administered an oath, was examined and
7       testified as follows:
8
9       EXAMINATION (RESUMED)
10 BY MR. WONG:
11    Q.  Good morning, Mr. Lougheed.
12    A.  Good morning.
13    Q.  Mr. Lougheed, do you understand that this
14 is a continuation of your personal deposition that
15 was taken back on November 20th, 2015?
16    A.  I do.
17    Q.  And do you understand that you are still
18 testifying under oath as if you were testifying at
19 trial?
20    A.  I do.
21    Q.  And is there any reason why you cannot
22 give full and truthful testimony today?
23    A.  There is no reason.
24    Q.  And are you generally still familiar with
25 the ground rules for a deposition?
                                   Page 197

1    A.  Yes.
2    Q.  Okay.  Well, I'll just repeat some of the
3 more important rules.  If you need to take a break
4 at any time, just let me know.  And all I'd ask is
5 that if there is a question pending, that you answer
6 it before we go on the break.  Okay?
7    A.  (Witness nods head.)
8       MR. WONG:  Why don't we mark this as the
9 first exhibit for today.
10      (Exhibit 452 marked for identification.)
11      MR. WONG:  And we will mark this one as
12 the next exhibit.
13      (Exhibit 453 marked for identification.)
14      MR. NEUKOM:  Ryan, I have two separate
15 pieces of paper.  Are you treating these as two
16 separate exhibits?
17      MR. WONG:  Yes.  I'm going to give them
18 two exhibit numbers and read them into the record in
19 just a second.
20      The court reporter has marked as
21 Exhibit 452 a photocopy -- photo bearing Bates Nos.
22 KL-00002202.  The court reporter has also marked as
23 Exhibit 453, a black and white photo with Bates Nos.
24 KL-00002201.
25 ////
                                   Page 198

3 (Pages 195 - 198)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 319

1  source code for the original "ip access-group"
2  command?
3      A.  So writing it for that command would have
4  been part of writing the entire functionality of
5  putting access lists onto interfaces, I guess on the
6  order of a day.
7      Q.  If you turn to page 20 on Exhibit 464.
8  Let me know when you're there.
9      A.  Okay. I'm on page 20.
10     Q.  The second to the top command is
11  "mac-address."
12         Do you see that?
13     A.  Uh-huh.
14     Q.  Are you the originator of the
15  "mac-address" command?
16     A.  Yes.
17     Q.  How do you know that you're the originator
18  of the "mac-address" command?
19     A.  I remember the problem that I was solving
20  that I needed that sort of functionality.
21     Q.  What was the problem that you were trying
22  to solve by the "mac-address" command?
23     A.  I needed to send packets on a serial line
24  that actually -- which a serial line does not have
25  MAC addresses, but I needed to somehow get a MAC

Page 321

1      Q.  But to your knowledge, MAC is an
2  industry-standard term defined either on OSI or the
3  IEEE?
4         MR. NEUKOM:  Objection.  Vague.  Calls for
5  opinion.
6  BY MR. WONG:
7      Q.  Correct?
8      A.  I believe at least IEEE has used the term
9  "MAC address."
10     Q.  And at the time that you added the
11  "mac-address" command to Cisco IOS, had the IEEE, to
12  your knowledge, already started using the term "MAC
13  address"?
14     A.  Yes.
15     Q.  How long did it take you -- strike that.
16         How long did it take you to come up with
17  the syntax for the "mac-address" command?
18     A.  I don't remember how long. I suspect it
19  was less than a day.
20     Q.  Why do you say that?
21     A.  I tend to make decisions quickly.
22     Q.  How long did it take you to write the
23  source code for the functionality associated with
24  the "mac-address" command?
25     A.  It was probably the same day.

Page 320

1  address associated with that particular serial line.
2      Q.  Was that related to a client request?
3      A.  Yes. I don't remember the exact customer
4  or the details to it.
5      Q.  Do you remember if the customer suggested
6  you calling the command "mac-address"?
7      A.  I don't remember if the customer suggested
8  anything in that particular -- in that particular
9  instance.
10     Q.  And is the function of the "mac-address"
11  command to associate a MAC address with a particular
12  serial line?
13     A.  It could be a serial line. It could be
14  actually any interface. It would depend what
15  protocols are running across the interface as to
16  what it would do.
17     Q.  And what is -- strike that.
18         The MAC part of the words "mac-address,"
19  that refers to media access control, correct?
20     A.  Yes.
21     Q.  And we talked about that media access
22  control being a layer defined by OSI, correct?
23     A.  I think we were wondering whether it was
24  OSI or IEEE.
25     Q.  Thank you.

Page 322

1      Q.  Did you ever consider a command syntax
2  without the hyphen between "mac" and "address"?
3      A.  Stylistically, I prefer dashes as opposed
4  to cramming the words together. I like commands
5  that have an English-like flavor to them. And I
6  detest periods in commands and underscores. So this
7  was . . .
8      Q.  Did you ever consider two -- let me strike
9  that.
10         Do you know what a token is in the context
11  of a command?
12     A.  Yes.
13     Q.  Did you ever consider a command syntax of
14  "mac address'"?
15     A.  I don't recall if I did.
16     Q.  What impact would it have, if any, on the
17  user if -- strike that.
18         Would the CLI behave differently if the
19  command was "mac address," as opposed to
20  "mac-address"?
21         MR. NEUKOM:  Objection.  Hypothetical
22  question.
23         THE WITNESS:  Well, it behaves differently
24  in that instead of one token, there's two tokens.
25  So there would be that.

34 (Pages 319 - 322)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          REPORTER'S CERTIFICATION
 2      I, Leslie Johnson, a Certified Shorthand
 3  Reporter of the State of California, do hereby certify:
 4      That the foregoing proceedings were taken
 5  before me at the time and place herein set forth; that
 6  any witnesses in the foregoing proceedings, prior to
 7  testifying, were administered an oath; that a record of
 8  the proceedings was made by me using machine shorthand
 9  which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially interested in
17  the action nor a relative or employee of any attorney or
18  any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: April 19, 2016
22
23      Leslie Johnson
24      LESLIE JOHNSON
25      CSR No. 11451, RPR, CCRR
```

Page 399

54 (Page 399)

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

5    CISCO SYSTEMS, INC.,              )

6              Plaintiff,             )

7         vs.                         ) Civil Action No.:

8    ARISTA NETWORKS, INC.,            ) 5:14-cv-05344-BLF(PSG)

9              Defendant.             )

10   _____)

11

12                     CONFIDENTIAL

13

14        VIDEOTAPED DEPOSITION OF DEVADAS PATIL

15              Palo Alto, California

16            Sunday, February 21, 2016

17                     Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER, CSR No. 6948

23   Job No. 2223126

24

25   PAGES 1 - 234

                                        Page 1

CONFIDENTIAL

1    UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4    _____
5  CISCO SYSTEMS, INC.,    )
6    Plaintiff,    )
7    vs.    )Civil Action No.:
8  ARISTA NETWORKS, INC.,    )5:14-cv-05344-BLF(PSG)
9    Defendant.    )
10   _____)
11
12
13
14    VIDEOTAPED DEPOSITION OF DEVADAS PATIL, VOLUME 1,
15  taken on behalf of the Defendant, at Wilson Sonsini
16  Goodrich & Rosati, 650 Page Mill Road, Palo Alto,
17  California, beginning at 9:25 a.m. and ending at
18  3:44 p.m. on Sunday, February 21, 2016, before
19  RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
20
21
22
23
24
25
                                                    Page 2

1 APPEARANCES:
2
3 For Plaintiff:
4    KEKER & VAN NEST LLP
5    BY:  RYAN WONG
6    Attorney at Law
7    633 Battery Street
8    San Francisco, CA 94111
9    415.773.6682
10   rwong@kvn.com
11
12 For Defendant:
13   QUINN EMANUEL URQUHART & SULLIVAN, LLP
14   BY:  MATTHEW D. CANNON
15   Attorney at Law
16   50 California Street, 22nd Floor
17   San Francisco, CA 94111
18   415.875.6412
19   matthewcannon@quinnemanuel.com
20
21
22 Videographer:
23   SOSEH KEVORKIAN
24
25
                                                    Page 3

1                    INDEX
2
3 WITNESS                    EXAMINATION
4 DEVADAS PATIL
5 VOLUME 1
6    BY MR. RYAN                8, 121
7    BY MR. CANNON                217
8
9
10
11    INSTRUCTION NOT TO ANSWER
12        Page  Line
13        13    2
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 4

1                  EXHIBITS
2 NUMBER          DESCRIPTION          PAGE
3
4 Exhibit 310  Subpoena to Testify at a
5          Deposition in a Civil
6          Action to Devadas Patil      21
7 Exhibit 311  Letter dated 2/19/16 to
8          Devadas Patil from Sean Park     22
9 Exhibit 312  Resume for Devadas Patil      29
10 Exhibit 313  Resume for Devadas Patil
11          (Bates CSI-CLI-01611242 -
12          01611243)              49
13 Exhibit 314  "Business Development Trends and
14          Analysis for the Data Networking
15          Market" by Devadas Patil      107
16 Exhibit 315  IEEE 802.1AB Standard for
17          local and metropolitan
18          area networks
19          (Bates ARISTANDCA00017907
20          - 18078)              117
21 Exhibit 316  Spreadsheet entitled
22          "Corrected Information
23          Regarding Cisco Command
24          Expression Associated
25          with Devadas Patil"      121
   Exhibit 317  LLDP on Cisco IOS Software
          Functional Specification
          (Bates CSI-CLI-01507526
          - 01507544)              134
                                                    Page 5

                                        2 (Pages 2 - 5)

CONFIDENTIAL

---

**Page 6**

```
 1              EXHIBITS
 2 NUMBER      DESCRIPTION        PAGE
 3
 4 Exhibit 318  Parser-Police Manifest,
 5              Version 5
                 (Bates CSI-CLI-00358164)    165
 6 Exhibit 319  E-mail dated 10/10/07
 7              from Devadas Patil
 8                 (Bates CSI-CLI-00836482)   176
 9 Exhibit 320  E-mail chain dated 8/10/06
10              from Devadas Patil
                   (Bates CSI-CLI-00817320
11                 - 817321)                 180
12 Exhibit 321  E-mail chain dated 8/21/06
13              from Devadas Patil
14                 (Bates CSI-CLI-0817660)   183
15 Exhibit 322  Cisco IOS Carrier Ethernet
                Command Reference
16                 (Bates CSI-CLI-00291752
17                 - 292238)                 191
18 Exhibit 323  E-mail chain dated 1/5/06
19              from Devadas Patil
20                 (Bates CSI-CLI-00810826
                   - 810828)                 208
21 Exhibit 324  E-mail chain dated 2/1/06
22              from Devadas Patil
23                 (Bates CSI-CLI-00811125
24                 - 811128)                 212
25
```
Page 6

---

**Page 7**

```
 1   Palo Alto, California; Sunday, February 21, 2016
 2              9:25 a.m.
 3
 4      THE VIDEOGRAPHER:  Good morning.        09:25AM
 5      THE WITNESS:  Morning.                  09:25AM
 6      THE VIDEOGRAPHER:  We are on the record at   09:25AM
 7 9:25 a.m. on February 21st, 2016.           09:25AM
 8      This is the video-recorded deposition of Devadas  09:25AM
 9 Patil.                                       09:25AM
10      My name is Soseh Kevorkian, here with our Court  09:25AM
11 Reporter, Rachel Ferrier.  We are here on behalf of   09:25AM
12 Defendants at 650 Page Mill Road in Palo Alto,   09:25AM
13      The caption of this case is Cisco Systems,   09:25AM
14 Incorporated, versus Arista Networks, Incorporated, Case  09:25AM
15 No. 5:14-cv-05344- BLF(PSG).                 09:25AM
16      Please note that audio and video recording will  09:25AM
17 take place unless all parties agree to go off the   09:26AM
18 record.                                      09:26AM
19      Microphones are sensitive.  They pick up   09:26AM
20 whispers, private conversations, and all cellular   09:26AM
21 interference.                                09:26AM
22      At this time, would counsel and all present   09:26AM
23 please identify themselves for the record.   09:26AM
24      MR. WONG:  Ryan Wong from Keker & Van Nest for   09:26AM
25 Defendant Arista Networks.                   09:26AM
```
Page 7

---

**Page 8**

```
 1      MR. CANNON:  Matthew Cannon from Quinn, Emanuel   09:26AM
 2 on behalf of Plaintiff Cisco and the witness.   09:26AM
 3      THE VIDEOGRAPHER:  Thank you.           09:26AM
 4      DEVADAS PATIL,                          09:26AM
 5 having been administered an oath, was examined and   09:26AM
 6 testified as follows:                        09:26AM
 7          EXAMINATION                         09:26AM
 8 BY MR. WONG:                                 09:26AM
 9   Q  Good morning.                           09:26AM
10   A  Morning.                                09:26AM
11   Q  Please state your full name for the record.   09:26AM
12   A  Devadas Patil.                          09:26AM
13   Q  And, Mr. Patil, what is your home address?   09:26AM
14   A  3137 Kittery Avenue in San Ramon, California   09:26AM
15 94583.                                       09:26AM
16   Q  And who is your current employer, Mr. Patil?   09:26AM
17   A  GE Digital.                            09:27AM
18   Q  Do you have a work e-mail address for GE Digital?   09:27AM
19   A  I do.                                   09:27AM
20   Q  Could you please state it for the record.   09:27AM
21   A  It is devadas.patil@ge.com.             09:27AM
22   Q  Do you have any personal e-mail addresses that   09:27AM
23 you use, Mr. Patil?                          09:27AM
24   A  I do.                                   09:27AM
25   Q  Could you please state those for the record.   09:27AM
```
Page 8

---

**Page 9**

```
 1   A  Dpatil44@hotmail.com.                   09:27AM
 2   Q  Anything else?                          09:27AM
 3   A  That's the only one I do use.           09:27AM
 4   Q  Okay.  And you current -- or, excuse me, strike   09:27AM
 5 that.                                        09:27AM
 6      You previously worked for Cisco; correct?   09:27AM
 7   A  That's correct.                         09:27AM
 8   Q  Did you have an e-mail address when you were   09:27AM
 9 employed at Cisco?                           09:27AM
10   A  Yes.                                    09:27AM
11   Q  And what was that e-mail address while you were   09:27AM
12 employed at Cisco?                           09:27AM
13   A  If I recall from five years ago, it's   09:27AM
14 dpatil@cisco.com, I think.                   09:27AM
15   Q  Okay.  Mr. Patil, are you being represented by   09:28AM
16 counsel at this deposition?                  09:28AM
17   A  Yes.                                    09:28AM
18   Q  Okay.  And who's representing you at this   09:28AM
19 deposition?                                  09:28AM
20   A  Matt Cannon.                            09:28AM
21   Q  Mr. Cannon --                           09:28AM
22   A  Mr. Cannon --                           09:28AM
23   Q  -- to your left?                        09:28AM
24   A  Correct.                                09:28AM
25   Q  Have you ever been deposed before, Mr. Patil?   09:28AM
```
Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

1    MR. WONG: Right.                                    12:24PM
2    Q  The Arista Networks's EOS was an example of    12:24PM
3    innovation in this area; correct?                 12:24PM
4        MR. CANNON: Objection; vague --               12:24PM
5        THE WITNESS: Example, yes.                     12:24PM
6        MR. CANNON: -- mischaracterizes prior testimony, 12:24PM
7    lacks foundation, calls for improper opinion testimony.  12:24PM
8    BY MR. WONG:                                        12:24PM
9    Q  And these are -- these are your words here on   12:24PM
10   page 17 of Exhibit 314; correct, Mr. Patil?        12:24PM
11   A  These are my words, yes.                         12:24PM
12   Q  And you believed them to be true when you wrote 12:24PM
13   your thesis marked as Exhibit 314; correct?        12:24PM
14       MR. CANNON: Objection; calls for improper      12:24PM
15   opinion testimony, lacks foundation.               12:24PM
16       THE WITNESS: These are my words. These are my  12:24PM
17   opinions.                                           12:25PM
18       MR. WONG: Yeah.                                 12:25PM
19   Q  Can you please provide me with a general        12:25PM
20   description of what "LLDP" is?                      12:25PM
21   A  Yes.  Yes, I can.                                12:25PM
22   Q  What -- what is "LLDP"?                          12:25PM
23   A  "LLDP" stands for Link Layer Discovery Protocol, 12:25PM
24   and it is a -- at a high-level, it's a standardized way 12:25PM
25   for devices to discover each other and know of each 12:25PM
                                                    Page 114

1    other.                                              12:25PM
2    Q  When you say it's a "standardized way for devices 12:25PM
3    to discover each other and know of each other," what do 12:26PM
4    you mean by a "standardized way"?                   12:26PM
5    A  "Standardized" in the sense that it's an industry 12:26PM
6    standardized agreement and -- and ratified agreement on 12:26PM
7    how a discovery can happen in a standardized way, and 12:26PM
8    it's meant in contrast with how proprietary discovery 12:26PM
9    mechanisms can happen.                              12:26PM
10   Q  When you say it's a "ratified agreement," what do 12:26PM
11   you mean by "ratified"?                             12:26PM
12   A  "Ratified" means something that has been --      12:26PM
13   something that has withstood the test of time and has 12:26PM
14   been reviewed by several experts in the industry who -- 12:27PM
15   who have the ability to see that -- not just from a 12:27PM
16   feature perspective but also from a holistic perspective 12:27PM
17   to see if it was actually viable -- viable to do that, 12:27PM
18   and then they collectively meet and discuss their   12:27PM
19   concerns and refine the standard appropriately and then 12:27PM
20   agree on a version that is -- that can be continued 12:27PM
21   standard.                                           12:27PM
22   Q  Do you know when LLDP was standardized?          12:27PM
23       MR. CANNON: Objection; vague.                   12:27PM
24       THE WITNESS: The initial attempt, I think, from 12:27PM
25   late '90s to early -- to 2004 is when the standards 12:28PM
                                                    Page 115

1    activity for LLDP was -- was happening, and it -- I 12:28PM
2    recall that it was -- it was slow for a period of time 12:28PM
3    in between and then it took off again.              12:28PM
4    BY MR. WONG:                                        12:28PM
5    Q  And you didn't participate in any of the efforts 12:28PM
6    to standardize LLDP from the '90s to 2004; is that  12:28PM
7    right?                                              12:28PM
8    A  No.  No.                                         12:28PM
9    Q  And you played no role whatsoever in the creation 12:28PM
10   of the LLDP standard; correct?                      12:28PM
11   A  No.                                              12:28PM
12   Q  And how did you first learn about LLDP?          12:28PM
13   A  When I was tasked to lead that project at Cisco. 12:28PM
14   Q  Who tasked you to lead that project at Cisco?    12:29PM
15   A  My director.                                     12:29PM
16   Q  Who was your director?                           12:29PM
17   A  Purnam Sheth.                                    12:29PM
18   Q  Can you spell that, please.                      12:29PM
19   A  S-h-e-t-h is the last name, and first name is    12:29PM
20   P-u-r-n-a-m.                                        12:29PM
21   Q  And how did you learn about the LLDP standard,   12:29PM
22   the -- the way it worked?                           12:29PM
23   A  I -- upon being tasked with this -- with this    12:29PM
24   project, to lead this project, I did some initial   12:29PM
25   research and it was very aggressive project at that 12:29PM
                                                    Page 116

1    point, and so I -- yeah, I researched it actively and 12:29PM
2    wanted to know as much of it as possible as early as 12:29PM
3    possible.                                           12:29PM
4    Q  When were you tasked with the LLDP project?      12:29PM
5    A  Late 2005.                                       12:30PM
6    Q  And what documents, if any, did you review to    12:30PM
7    learn about the LLDP standard?                      12:30PM
8    A  I recall reviewing the very first version of the 12:30PM
9    RFC that they put out that was still not ratified, but 12:30PM
10   there was an RFC and that -- that got me into it, yeah. 12:30PM
11   Q  Did you review the IEEE standard that related to 12:30PM
12   LLDP?                                               12:30PM
13   A  Yes.                                             12:30PM
14       MR. WONG: Let's mark this as 315, please.       12:30PM
15       (Exhibit 315 was marked for                     12:31PM
16       identification by the Court Reporter.)          12:31PM
17       MR. WONG: The Reporter has marked, as           12:31PM
18   Exhibit 315, document bearing control numbers       12:31PM
19   ARISTANDCA00017907 to 18078.                        12:31PM
20   Q  Mr. Patil, do you recognize the document marked  12:31PM
21   as Exhibit 315?                                     12:31PM
22   A  I do.                                            12:31PM
23   Q  And what is the document marked as Exhibit 315?  12:31PM
24   A  This is the 802.1AB, which is the technical name 12:31PM
25   for LLDP, and it's an IEEE standard that represents the 12:31PM
                                                    Page 117

CONFIDENTIAL

**Page 122**

1    A  Okay. Yeah, I'm done.                    01:04PM
2    Q  Do you understand that Cisco has identified you    01:04PM
3  as the author or originator of the commands lifted --    01:04PM
4  listed on the left-side column of Exhibit 316?    01:05PM
5    A  Yes.    01:05PM
6    Q  Okay. Now, are these commands listed in    01:05PM
7  Exhibit 316 associated with the LLDP project that we    01:05PM
8  have been talking about this morning?    01:05PM
9    A  Yes.    01:05PM
10   Q  Were these commands added to Cisco IOS as part of    01:05PM
11 Phase 1 of the LLDP project?    01:05PM
12   A  Yes. That's correct, yes.    01:05PM
13   Q  Okay. You can set that aside for now, Mr. Patil.  01:05PM
14      We were talking before the break about how you    01:05PM
15 became involved in the LLDP project.    01:05PM
16      Do you remember that?    01:05PM
17   A  Mm-hmm.    01:05PM
18   Q  Were there particular Cisco products that the    01:05PM
19 LLDP implementation was going to apply to?    01:05PM
20   A  Yes.    01:05PM
21   Q  Okay. And I'm asking at the time that you    01:05PM
22 started working on the LLDP project.    01:05PM
23      Do you understand?    01:05PM
24   A  Mm-hmm.    01:05PM
25   Q  What Cisco products were targeted for the LLDP    01:05PM

**Page 123**

1  implementation at the start of Phase 1 of the project?  01:06PM
2    A  The initial rollout was for the Catalyst family  01:06PM
3  of enterprise switches, the Catalyst 6500, the    01:06PM
4  Catalyst 3000 series was soon to follow after that and,  01:06PM
5  later on, other platforms, including the SR1K, it opted  01:06PM
6  the standard.    01:06PM
7    Q  When you say "later on, other platforms," what do  01:06PM
8  you mean by "later on"?    01:06PM
9    A  "Later on" as in the 2010-'11 time frame, yeah.  01:06PM
10   Q  Okay. So initially in 2005, though, what were    01:06PM
11 the targeted Cisco products for the LLDP implementation?  01:06PM
12   A  The Catalyst switches.    01:06PM
13   Q  And in terms of the operating system that the    01:06PM
14 LLDP implementation would apply to, was it just Cisco    01:07PM
15 IOS?    01:07PM
16   A  Yes.    01:07PM
17   Q  Okay. You are aware of other operating systems    01:07PM
18 that are used by other Cisco products?    01:07PM
19   A  I am.    01:07PM
20   Q  What are the other operating systems that you are  01:07PM
21 aware of that are used by other Cisco products?    01:07PM
22   A  The Cisco XR, Cisco ENA. I think it's been    01:07PM
23 renamed the NX-OS. There's also -- what do they call -- 01:07PM
24 the software router, but those are the main ones.    01:07PM
25   Q  And those other operating systems that you just  01:07PM

**Page 124**

1  mentioned, did the LLDP project involve implementing    01:07PM
2  LLDP on those other operating systems?    01:07PM
3    A  I was not aware of that.    01:07PM
4    Q  Okay. So your personal involvement in Phase 1 of 01:07PM
5  the LLDP project focused only on implementing LLDP for  01:07PM
6  Cisco IOS; correct?    01:08PM
7    A  Mm-hmm. Yeah.    01:08PM
8    Q  We mentioned -- strike that.    01:08PM
9       You mentioned the different stages that were part 01:08PM
10 of Phase 1 of the LLDP project.    01:08PM
11      Do you remember that?    01:08PM
12   A  Yes.    01:08PM
13   Q  Can you let me know -- strike that.    01:08PM
14      Can you list for me again the stages in the order 01:08PM
15 that they are handled?    01:08PM
16      MR. CANNON:  Objection; asked and answered.    01:08PM
17      THE WITNESS:  It's market analysis, slash,    01:08PM
18 requirements as Stage 1. Architecture would be Stage 2. 01:08PM
19 Design would be Stage 3, and implementation and testing 01:08PM
20 would be Stages 4 and 5.    01:08PM
21 BY MR. WONG:    01:08PM
22   Q  Testing is the fifth stage; correct?    01:08PM
23   A  Yes.    01:08PM
24   Q  And it would go in that order, from Stage 1 to    01:08PM
25 Stage 2 to Stage 3 to Stage 4 to Stage 5; correct?    01:09PM

**Page 125**

1    A  Technically, yes, but in the interest of time,    01:09PM
2  some of these phases will -- stages will overlap.    01:09PM
3    Q  How long did Phase 1 of the LLDP project take to 01:09PM
4  go from Stage 1 to Stage 5?    01:09PM
5    A  I would say Stage 1 to Stage 5, roughly six    01:09PM
6  months.    01:09PM
7    Q  So it took six months to go from the    01:09PM
8  marketing/requirements stage all the way through the    01:09PM
9  fifth testing stage for -- for Phase 1; correct?    01:09PM
10   A  Yes.    01:09PM
11   Q  Which of the five stages consumed the most time  01:09PM
12 out of those six months?    01:09PM
13   A  Architecture and design.    01:10PM
14   Q  Oh, Stages 2 and 3?    01:10PM
15   A  Yes.    01:10PM
16   Q  Did either architecture or design take more time 01:10PM
17 than the other?    01:10PM
18   A  I would say architecture took -- took more than a 01:10PM
19 couple -- couple months to firm up.    01:10PM
20   Q  So how many months or weeks -- strike that.    01:10PM
21      How long, approximately, did it take for the    01:10PM
22 design stage of Phase 1 of the LLDP project to be    01:10PM
23 completed?    01:10PM
24   A  About three and a half to four weeks.    01:10PM
25   Q  And what is part of the design stage for Phase 1  01:10PM

32 (Pages 122 - 125)

CONFIDENTIAL

| | |
|---|---|
| 1 A  Compliant with, yes.                    01:37PM | 1  that with one -- with just one vendor's equipment just   01:40PM |
| 2 Q  In the third paragraph on page 3 of Exhibit 317,  01:37PM | 2  to make SNMP work, and that level of interoperability at  01:40PM |
| 3 first sentence says, "LLDP facilitates the use of   01:37PM | 3  the SNMP level can be very handy in -- in -- in  larger   01:40PM |
| 4 standard management tools such as SNMP in a multi-vendor 01:37PM | 4  networks.                                   01:40PM |
| 5 network..."                                 01:37PM | 5  BY MR. WONG:                               01:40PM |
| 6    Do you see that?                          01:37PM | 6   Q  If there wasn't the standardization for SNMP   01:40PM |
| 7 A  Yes.                                      01:37PM | 7  inquiries and you had a multivendor network, would you   01:40PM |
| 8 Q  What do you mean by that statement?        01:37PM | 8  have to write different SNMP inquiries for each network?  01:40PM |
| 9 A  So the answer to that might get a little   01:37PM | 9      MR. CANNON:  Objection; vague, incomplete  01:41PM |
| 10 technical, but I'll say that anyway.         01:37PM | 10 hypothetical, lacks foundation, calls for improper   01:41PM |
| 11    Part of the IEEE standard is also a specification 01:37PM | 11 opinion testimony.                           01:41PM |
| 12 of topology Management Information Base, which can be   01:37PM | 12      THE WITNESS:  If that were the case, then -- then  01:41PM |
| 13 developed to make SNMP queries, so if the Management   01:37PM | 13 we are -- we are essentially talking of vendor-specific  01:41PM |
| 14 Information Base can be standard across all vendors,   01:37PM | 14 Management Information Bases, and that would, at the   01:41PM |
| 15 that means that the SNMP queries will apply universally 01:38PM | 15 very least, at least require some level of nonstandard   01:41PM |
| 16 across all vendors, and that's the -- the added   01:38PM | 16 or tailored queries for each vendor.          01:41PM |
| 17 advantage of standardizing this.             01:38PM | 17 BY MR. WONG:                                01:41PM |
| 18 Q  And what is "SNMP"?                       01:38PM | 18 Q  If you turn back to Exhibit 315, it's the IEEE  01:42PM |
| 19 A  It -- it stands for Simple Network Management 01:38PM | 19 standard for LLDP.                           01:42PM |
| 20 Protocol.                                   01:38PM | 20 A  Yes.                                    01:42PM |
| 21 Q  And how was -- what's the function or purpose of  01:38PM | 21 Q  Now, LLDP is a defined term in the IEEE standard;  01:42PM |
| 22 SNMP?                                       01:38PM | 22 correct?                                   01:42PM |
| 23      MR. CANNON:  Objection; vague.          01:38PM | 23 A  Yes.                                    01:42PM |
| 24      THE WITNESS:  The purpose of SNMP is to,  01:38PM | 24 Q  In fact, if you look to page 5 of -- and I'm  01:42PM |
| 25 essentially, allow network administrators and engineers 01:38PM | 25 looking -- pointing to page 5 at the bottom of the page   01:42PM |
| Page 146 | Page 148 |

| | |
|---|---|
| 1 and developers to be able to create network information  01:38PM | 1  of Exhibit 315, there is a section on the top that it   01:42PM |
| 2 and send -- send trap -- what are called -- technically  01:38PM | 2  says "Definitions and numerical representation."   01:42PM |
| 3 called "traps," SNMP traps, to signal significant events 01:39PM | 3    Do you see that?                          01:42PM |
| 4 in a network.  And it's a protocol that persists network 01:39PM | 4  A  Yes.                                    01:42PM |
| 5 information in a -- in a place called MIB, Management   01:39PM | 5  Q  And entry 3.1.6 --                        01:42PM |
| 6 Information Base, and then provides a user interface   01:39PM | 6  A  Yes.                                    01:42PM |
| 7 to -- to query that data.                     01:39PM | 7  Q  -- defines Link Layer Discovery Protocol and, in   01:42PM |
| 8 BY MR. WONG:                                 01:39PM | 8  parentheses, LLDP.                           01:42PM |
| 9 Q  And I think you said that if the Management   01:39PM | 9    Do you see that?                          01:42PM |
| 10 Information Base, or MIB, can be standard across all   01:39PM | 10 A  Mm-hmm.                                  01:42PM |
| 11 vendors, that means that the SNMP inquiries [sic] will  01:39PM | 11 Q  So you were aware that LLDP was a defined acronym  01:42PM |
| 12 apply universally across all vendors; right?   01:39PM | 12 in the actual IEEE standard while you were working on   01:43PM |
| 13 A  Yes.                                      01:39PM | 13 Phase I of the LLDP project; correct?         01:43PM |
| 14 Q  So that means that a network administrator and   01:39PM | 14     MR. CANNON:  Objection; vague.            01:43PM |
| 15 engineers can use the same SNMP inquiries for different  01:39PM | 15     THE WITNESS:  Yes.                        01:43PM |
| 16 vendor products; correct?                    01:39PM | 16 BY MR. WONG:                                01:43PM |
| 17 A  Correct, if they are connect -- interconnected.  01:39PM | 17 Q  If you turn the page to page 6 --          01:43PM |
| 18 Q  And what's the advantage of -- what's the   01:39PM | 18 A  Mm-hmm.                                  01:43PM |
| 19 advantage to a network administrator to be able to use   01:40PM | 19 Q  -- entry 3.1.21.                          01:43PM |
| 20 the same SNMP inquiries for different vendor products?  01:40PM | 20    Do you see that?                          01:43PM |
| 21      MR. CANNON:  Objection; vague, lacks foundation,  01:40PM | 21 A  Yes.                                    01:43PM |
| 22 calls for improper opinion testimony.         01:40PM | 22 Q  It says, "type, length, value (TLV)."       01:43PM |
| 23      THE WITNESS:  If a certain topology or deployment 01:40PM | 23    Do you see that?                          01:43PM |
| 24 includes multiple -- inputs equipment from multiple   01:40PM | 24 A  Yes.                                    01:43PM |
| 25 vendors, they don't have to tear that apart and replace  01:40PM | 25 Q  You were aware, by Stage 1 or at least Stage 2 of  01:43PM |
| Page 147 | Page 149 |

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1 Phase 1 of the LLDP project, that the IEEE standard for 01:43PM
2 LLDP defined the acronym TLV; correct? 01:43PM
3     MR. CANNON: Objection; vague, mischaracterizes 01:43PM
4 the document. 01:43PM
5     THE WITNESS: Yes. 01:43PM
6 BY MR. WONG: 01:43PM
7  Q  In fact, on page 7 of Exhibit 315, at the very 01:43PM
8 top, it's a section called "Acronyms and abbreviations"; 01:43PM
9 correct? 01:43PM
10 A  Yes. 01:43PM
11  Q  And both LLDP and TLV are listed as defined 01:43PM
12 acronyms within the IEEE LLDP standard; right? 01:43PM
13 A  Yes. 01:44PM
14  Q  And you were aware of that before you began the 01:44PM
15 design stage for Phase 1 of the LLDP project; right? 01:44PM
16 A  Yes. 01:44PM
17  Q  And you were aware of that during the design 01:44PM
18 period for the LLDP project; correct? 01:44PM
19 A  Yes. 01:44PM
20  Q  And if you look at Exhibit 316, which is this 01:44PM
21 list of commands? 01:44PM
22 A  Okay. 01:44PM
23  Q  Are you there? 01:44PM
24     Each of the commands associated with you include 01:44PM
25 the acronym LLDP. 01:44PM

Page 151

1  Do you see that? 01:44PM
2 A  Yes. 01:44PM
3  Q  That LLDP is the same LLDP that is defined within 01:44PM
4 the IEEE LLDP standard; right? 01:44PM
5     MR. CANNON: Objection; vague. 01:44PM
6     THE WITNESS: It's -- yeah, it -- it refers to 01:44PM
7 the Link Layer Discovery Protocol. 01:44PM
8 BY MR. WONG: 01:45PM
9  Q  I mean, that's the same acronym that appears here 01:45PM
10 on page 7 of Exhibit 315; right? Under "Acronyms and 01:45PM
11 abbreviations" within the IEEE standard; correct? 01:45PM
12     MR. CANNON: Objection; documents speak for 01:45PM
13 themselves. 01:45PM
14     THE WITNESS: Yes. 01:45PM
15 BY MR. WONG: 01:45PM
16  Q  And your choice of LLDP in each of the commands 01:45PM
17 listed on Exhibit 316, that was intentionally meant to 01:45PM
18 refer to the LLDP acronym within the IEEE standard; 01:45PM
19 right? 01:45PM
20     MR. CANNON: Objection; vague. 01:45PM
21     THE WITNESS: Yes. 01:45PM
22 BY MR. WONG: 01:45PM
23  Q  If you look at Section 10.3.4 of Exhibit 315 -- 01:45PM
24 let me know when you are there. 01:45PM
25     MR. CANNON: Do you have the page number for 01:45PM

Page 152

1  that? 01:45PM
2     MR. WONG: I'll tell you once I see it.  Yes, 01:45PM
3 page 39.  Control number is -- ends in 17959. 01:46PM
4  Q  Are you there? 01:46PM
5 A  Yeah, I am. 01:46PM
6  Q  So Section 10.3.4 is called "Too many neighbors." 01:46PM
7  Do you see that? 01:46PM
8 A  Mm-hmm. 01:46PM
9  Q  Now, we were talking earlier about the use of the 01:46PM
10 word "neighbors" in the functional specification that 01:46PM
11 you wrote -- 01:46PM
12 A  Yes. 01:46PM
13  Q  -- right? 01:46PM
14 A  Yes. 01:46PM
15  Q  Is this use of the word "neighbors" here in the 01:46PM
16 IEEE specification the -- the same use of the word 01:46PM
17 "neighbors" that you were using in the functional 01:46PM
18 specification? 01:46PM
19     MR. CANNON: Objection; vague. 01:46PM
20     THE WITNESS: I was -- I read this specification 01:46PM
21 thoroughly, so I -- yeah, I was influenced by some of 01:46PM
22 the language in here. 01:47PM
23 BY MR. WONG: 01:47PM
24  Q  But you -- you became familiar with the 01:47PM
25 terminology relevant to LLDP by reading the IEEE 01:47PM

Page 153

1  standard on LLDP; right? 01:47PM
2     MR. CANNON: Objection; vague. 01:47PM
3     THE WITNESS: Yes. 01:47PM
4 BY MR. WONG: 01:47PM
5  Q  And in particular here, you were aware that the 01:47PM
6 term "neighbors" was used in the IEEE LLDP standard; 01:47PM
7 right? 01:47PM
8 A  Mm-hmm. 01:47PM
9     MR. CANNON: Objection; vague. 01:47PM
10 BY MR. WONG: 01:47PM
11  Q  Oh, I'm sorry, can you -- let me -- let me ask 01:47PM
12 the question one more time. 01:47PM
13     And in particular here, Section 10.3.4 of 01:47PM
14 Exhibit 315, you were aware that the term "neighbors" 01:47PM
15 was used in the IEEE LLDP standard, yes? 01:47PM
16     MR. CANNON: Objection; vague. 01:47PM
17     THE WITNESS: Yes. 01:47PM
18 BY MR. WONG: 01:47PM
19  Q  Can you turn to page -- or Section 5.2, please, 01:48PM
20 of Exhibit 315, and that is page 8. 01:48PM
21  Are you there? 01:48PM
22 A  Yes. 01:48PM
23  Q  Section 5.2 on page 8 of Exhibit 315 says 01:48PM
24 "Required capabilities." 01:48PM
25  Do you see that? 01:48PM

39 (Pages 150 - 153)

CONFIDENTIAL

1    I, the undersigned, a Certified Shorthand
2 Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken before
4 me at the time and place herein set forth; that any
5 witnesses in the foregoing proceedings, prior to
6 testifying, were placed under oath; that a verbatim
7 record of the proceedings was made by me using machine
8 shorthand which was thereafter transcribed under my
9 direction; further, that the foregoing is an accurate
10 transcription thereof.
11    I further certify that I am neither financially
12 interested in the action nor a relative or employee of
13 any attorney or any of the parties.
14    IN WITNESS WHEREOF, I have this date subscribed
15 my name.
16    Dated:  March 2, 2016
17
18
19
20
21    RACHEL FERRIER
22    CSR No. 6948
23
24
25
                                    Page 234

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN JOSE DIVISION

 4

 5     _____

                                        )

 6     CISCO SYSTEMS, INC.,             )

 7            Plaintiff,                )

 8        vs.                           ) Case No.:

                                        ) 5:14-cv-05344-BLF(PSG)

 9     ARISTA NETWORKS, INC.,           )

                                        )

10            Defendant.                )

       _____)

11

12

13       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14       VIDEOTAPED DEPOSITION OF ABHAY ROY

15             Palo Alto, California

16          Friday, December 18, 2015

17                 Volume 1

18

19

20

21     Reported by:

22     RACHEL FERRIER

23     CSR No. 6948

24     Job No. 2200521

25     PAGES 1 - 232
```

Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

**Page 2**

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  _____
   )
6  CISCO SYSTEMS, INC.,    )
   )
7  Plaintiff,   )
   )
8  vs.          )Case No.:
   )5:14-cv-05344-BLF(PSG)
9  ARISTA NETWORKS, INC.,  )
   )
10 Defendant.   )
   _____)
11
12
13  VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME I,
14 taken on behalf of the Defendant, at Wilson Sonsini
15 Goodrich & Rosati, 601 California Avenue, Palo Alto,
16 California, beginning at 9:30 a.m. and ending at
17 4:47 p.m., on Friday, December 18, 2015, before
18 RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
19
20
21
22
23
24
25

**Page 3**

1 APPEARANCES:
2
3 For Plaintiff CISCO SYSTEMS, INC., and the Witness:
4   QUINN EMANUEL URQUHART & SULLIVAN LLP
5   BY: JOHN M. NEUKOM
6   Attorney at Law
7   50 California Street, 22nd Floor
8   San Francisco, CA  94111
9   415.875.6320
10   johnneukom@quinnemanuel.com
11 and
12   QUINN EMANUEL URQUHART & SULLIVAN LLP
13   BY: SIDNEY ARCHIBALD
14   Attorney at Law
15   555 Twin Dolphin Drive, 5th Floor
16   Redwood Shores, CA 94065
17   650.801.5000
18   sydneyarchibald@quinnemanuel.com
19
20
21
22
23
24
25

**Page 4**

1 APPEARANCES (continued):
2
3 For Defendant ARISTA NETWORKS, INC.:
4   KEKER & VAN NEST, LLP
5   BY: DAVID J. SILBERT
6   ELIZABETH K. McCLOSKEY
7   Attorneys at Law
8   633 Battery Street
9   San Francisco, CA 94111
10   415.676.2269
11   dsilbert@kvn.com
12   emccloskey@kvn.com
13
14 Videographer:
15   CASSIA LEET
16
17
18
19
20
21
22
23
24
25

**Page 5**

1          INDEX
2 WITNESS          EXAMINATION
3 ABHAY ROY
4 VOLUME 1
5
6    BY MR. SILBERT   10, 87, 219
7
8
9        EXHIBITS
10 NUMBER    DESCRIPTION      PAGE
11 Exhibit 51  LinkedIn Profile for
            Abhay Roy        11
12
   Exhibit 52  Cisco IOS Master Command
13            List, All Releases    18
14 Exhibit 53  CLI Design and Review
            Guide
15            (Bates CSI-ANI-00073381 -
            00073381.000014)     40
16
   Exhibit 54  Cisco's Third Supplemental
17            Response to Interrogatory
            No. 16 and Response to
18            Interrogatory No. 19
            Amended Exhibit F    57
19
   Exhibit 55  Bidirectional Forwarding
20            Detection (BFD) for IPv4
            and IPv6 (Single Hop)
21            (Bates ARISTANDCA00030805 -
            00030811)            61
22
   Exhibit 56  The OSPF Specification
23            (Bates ARISTANDCA00022597 -
            00022703)            80
24
25

2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER        DESCRIPTION        PAGE | |
| 3 | Exhibit 57  Bidirectional Forwarding | |
| | Detection (BFD) | |
| 4 | (Bates ARISTANDCA00030756 - | |
| | 00030804)        99 | |
| 5 | | |
| | Exhibit 58  Internet Protocol, | |
| 6 | Version 6 (IPv6) | |
| | Specification | |
| 7 | (Bates ARISTANDCA00025710 - | |
| | 00025746)        105 | |
| 8 | | |
| | Exhibit 59  OSPF Commands: ip ospf | |
| 9 | fast-reroute per-prefix | |
| | through R        130 | |
| 10 | | |
| | Exhibit 60  CSC#42640 | |
| 11 | (Bates CSI-CLI-01542004)        137 | |
| 12 | Exhibit 61  CSCdj76740        140 | |
| 13 | Exhibit 62  CSCdj76740        140 | |
| 14 | Exhibit 63  Screen shot of a webpage | |
| | titled "Do you have | |
| 15 | knowledge of IPR in | |
| | draft-ietf-isis-mi"        169 | |
| 16 | | |
| | Exhibit 64  Screen shot of a webpage | |
| 17 | titled "Re:[68ATTENDEES] | |
| | RFC Author License | |
| 18 | Execution Opportunity"        171 | |
| 19 | Exhibit 65  E-mail chain dated | |
| | 11/23/15 to Leo Boulton, | |
| 20 | et al., from Brian | |
| | Jackson | |
| 21 | (Bates CSI-CLI-01477442 - | |
| | 01477448)        179 | |
| 22 | | |
| | Exhibit 66  E-mail chain dated 9/8/15 | |
| 23 | from Umesh Dudani to | |
| | Abhay Roy | |
| 24 | (Bates CSI-CLI-01438733 - | |
| | 01438743)        193 | |
| 25 | | |

Page 6

| | INDEX (Continued): |
|---|---|
| 1 | |
| 2 | PREVIOUSLY MARKED EXHIBITS |
| 3 | EXHIBIT  PAGE |
| 4 | 29     75 |
| 5 | (Retained by Counsel) |
| 6 | |
| 7 | INSTRUCTION NOT TO ANSWER |
| 8 | Page    Line |
| 9 | 57     23 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 8

| | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER        DESCRIPTION        PAGE | |
| 3 | Exhibit 67  E-mail chain dated 7/3/13 | |
| | from Vittal Krishnamurthy | |
| 4 | to Pranav Mehta, et al. | |
| | (Bates CSI-CLI-01483915 - | |
| 5 | 01483921)        201 | |
| 6 | Exhibit 68  E-mail chain dated 9/16/15 | |
| | from Shane Corban to Yong | |
| 7 | Hu, et al. | |
| | (Bates CSI-CLI-01440122 - | |
| 8 | 01440128)        204 | |
| 9 | Exhibit 69  OSPFv3 support in IOS | |
| | Software Unit Functional | |
| 10 | Specification | |
| | (Bates CSI-CLI-00609752 - | |
| 11 | 00609769)        219 | |
| 12 | Exhibit 70  Support of BFD in OSPFv2 | |
| | Functional Specification | |
| 13 | (Bates CSI-CLI-00610401 - | |
| | 00610409)        219 | |
| 14 | | |
| | Exhibit 71  CSCdk33792        219 | |
| 15 | | |
| | Exhibit 72  CSCdk33792        219 | |
| 16 | | |
| | Exhibit 73  Support of BFD in OSPFv2 | |
| 17 | Functional Specification | |
| | (Bates CSI-CLI-00610410 - | |
| 18 | 00610420)        219 | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 7

| | | |
|---|---|---|
| 1 | Palo Alto, California; Friday, December 18, 2015 | |
| 2 | 9:30 a.m. | |
| 3 | | 09:30AM |
| 4 | THE VIDEOGRAPHER:  Good morning.  We are on the | 09:30AM |
| 5 | record at 9:30 a.m. on December 18th, 2015. | 09:30AM |
| 6 | This is the video-recorded deposition of | 09:30AM |
| 7 | Abhay Roy. | 09:30AM |
| 8 | My name is Cassia Leet, here with our Court | 09:30AM |
| 9 | Reporter, Rachel Ferrier.  We are here from Veritext | 09:30AM |
| 10 | Legal Solutions at the request of counsel for the | 09:30AM |
| 11 | defendant. | 09:30AM |
| 12 | This deposition is being held at 601 California | 09:30AM |
| 13 | Avenue, Palo Alto, California 94304. | 09:30AM |
| 14 | The caption of this case is Cisco Systems, Inc., | 09:31AM |
| 15 | versus Arista Networks, Inc., in the United States | 09:31AM |
| 16 | District Court, Northern District of California, | 09:31AM |
| 17 | San Jose Division, Case No. 5:14-cv-05344-BLF (PSG). | 09:31AM |
| 18 | Please note that the audio and video recording | 09:31AM |
| 19 | will take place unless all parties agree to go off the | 09:31AM |
| 20 | record.  Microphones are sensitive and may pick up | 09:31AM |
| 21 | whispers and private conversations. | 09:31AM |
| 22 | I am not related to any party in this action, nor | 09:31AM |
| 23 | am I financially interested in the outcome in any way. | 09:31AM |
| 24 | If there are any objections to the proceeding, | 09:31AM |
| 25 | please state them at the time of your appearance, | 09:31AM |

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  Q  Okay. What's the significance of the term "ip"  11:24AM
2  at the start of this command?                      11:24AM
3  A  IP -- I think we -- we kept "ip" as the top-level  11:24AM
4  keyword for things which were related to IP before, so  11:24AM
5  "ip" really implies IP Version 4.                  11:24AM
6  Q  Okay. And just to back up for a second, IP    11:24AM
7  stands for Internet protocol; correct?             11:24AM
8  A  That is correct.                                11:24AM
9  Q  And IPv4 stands for -- or refers to Version 4 of  11:24AM
10  the Internet protocol; is that correct?           11:24AM
11  A  That is correct. That is correct.              11:24AM
12  Q  And the Internet protocol is specified in a    11:24AM
13  standard published by the IETF; correct?          11:24AM
14  A  That it's correct.                             11:24AM
15  Q  And IPv4 is specified in a standard published by  11:24AM
16  the IETF; correct?                                11:25AM
17  A  Yes, that's correct.                           11:25AM
18  Q  Okay. The acronym IP was used by the industry to  11:25AM
19  refer to Internet protocol before Cisco used it in CLI  11:25AM
20  commands; correct?                                11:25AM
21      MR. NEUKOM: Objection; foundation.            11:25AM
22      THE WITNESS: So the term "IP," just like we   11:25AM
23  discussed for BFD -- right? -- when you write Internet  11:25AM
24  standard, you try to abbreviate technologies, and,  11:25AM
25  again, we can look at that document and confirm that's  11:25AM

Page 74

1  this document, Exhibit 29?                         11:27AM
2      MR. NEUKOM: Objection; foundation.             11:27AM
3      THE WITNESS: So I'm just reading page 1 -- or  11:27AM
4  what you have in your bottom as 1557. Just below the  11:27AM
5  RFC 791, it says, Replaces RFC 760, which generally  11:27AM
6  implies there was prior work, which -- which his  11:27AM
7  supersedes.                                        11:27AM
8  BY MR. SILBERT:                                    11:28AM
9  Q  Okay. And forgive me if I've asked you this --  11:28AM
10      (Discussion off the stenographic record.)     11:28AM
11  BY MR. SILBERT:                                    11:28AM
12  Q  I apologize if I've asked you this already, but  11:28AM
13  have -- have you heard the Internet protocol abbreviated  11:28AM
14  IP outside the context of Cisco?                   11:29AM
15  A  As in what are the other possible abbreviations?  11:29AM
16  For example, intellectual property we use "IP" term all  11:29AM
17  the time.                                          11:29AM
18  Q  We do that too. No.                             11:29AM
19      My question is: Have you heard the abbreviation  11:29AM
20  IP used to refer to the Internet protocol outside the  11:29AM
21  context of Cisco?                                  11:29AM
22      MR. NEUKOM: Objection; vague.                 11:29AM
23      THE WITNESS: So in -- in IETF -- as part of my  11:29AM
24  role in IETF, people do loosely refer Internet Protocol  11:29AM
25  Version 6 as "IP," as -- as one -- one of the variants.  11:29AM

Page 76

1  true or not. I'm guessing it says Internet protocol and  11:25AM
2  that abbreviates it as "IP," and the document refers to  11:25AM
3  that so that you don't have to keep saying "Internet  11:25AM
4  protocol" or "Internet Protocol Version 4."        11:25AM
5      MR. NEUKOM: By the way, David, while you are  11:26AM
6  getting a new document, just as a housekeeping matter,  11:26AM
7  30 minutes or so ago I objected to a question you asked  11:26AM
8  the witness on the basis of attorney-client privilege,  11:26AM
9  and I meant to have objected on the basis of attorney  11:26AM
10  work product.                                      11:26AM
11      MR. SILBERT: Okay.                            11:26AM
12      MR. NEUKOM: So.                               11:26AM
13  BY MR. SILBERT:                                    11:26AM
14  Q  This is -- let me show you a document that's    11:26AM
15  already been marked as Exhibit 29 in this case.    11:26AM
16      Do you recognize this document?               11:26AM
17  A  Yes, I do.                                      11:27AM
18  Q  What is it?                                     11:27AM
19  A  This is an RFC which details the Internet       11:27AM
20  protocol.                                          11:27AM
21  Q  And the publication date shown here is          11:27AM
22  September 1981; correct?                           11:27AM
23  A  Yes, that is correct.                           11:27AM
24  Q  And was this, to your knowledge, the first      11:27AM
25  version of the Internet protocol that's described in  11:27AM

Page 75

1  There are, again, multiple ways to say that.       11:29AM
2  BY MR. SILBERT:                                    11:29AM
3  Q  Have you heard the expression "TCP/IP"?         11:29AM
4  A  Yes, I have.                                     11:29AM
5  Q  Do you know what the IP stands for in that      11:29AM
6  expression?                                         11:29AM
7  A  That is the Internet protocol.                  11:30AM
8  Q  Okay. And that's the same Internet protocol that  11:30AM
9  we have been discussing here this morning; correct?  11:30AM
10  A  Correct.                                         11:30AM
11      Except in -- when you say "TCP/IP," it's probably  11:30AM
12  a little broader because it does not imply which IP  11:30AM
13  version you might be using. For example, you may be  11:30AM
14  using IP with IP Version 6, or you may be using    11:30AM
15  IP Version 4. It's a slightly broader term.        11:30AM
16  Q  Okay. I think you mentioned this previously, but  11:30AM
17  before somebody came up with the expression "ip ospf  11:30AM
18  authentication," Cisco used "IP" as a top-level keyword  11:30AM
19  in other commands; correct?                        11:30AM
20  A  That is correct.                                11:30AM
21  Q  And so when someone came up with the expression  11:31AM
22  "ip ospf authentication," they followed that same  11:31AM
23  syntax; correct?                                   11:31AM
24      MR. NEUKOM: Objection; vague.                 11:31AM
25      THE WITNESS: Authentication keyword, when it was  11:31AM

Page 77

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 introduced -- again, I'm trying to recollect from my    11:31AM
2 20-year-old memory. IP OSPF existed in the sense that    11:31AM
3 there were commands with IP OSPF some other options. It    11:31AM
4 made sense to attach authentication to that chain    11:31AM
5 already rather than sort of create something brand new.    11:31AM
6 BY MR. SILBERT:    11:31AM
7    Q   Okay. And, in fact, if you look below -- looking    11:31AM
8 still at Exhibit 54, if you look immediately below "ip    11:31AM
9 ospf authentication," do you see the entry for "ip ospf    11:31AM
10 authentication-key"?    11:32AM
11    A   Yes, I see that.    11:32AM
12    Q   And the -- if you look there, the date of the    11:32AM
13 earliest-known document that's listed for that    11:32AM
14 expression is 1993, which is five years or so earlier    11:32AM
15 than the date listed for "ip ospf authentication"; is    11:32AM
16 that correct?    11:32AM
17    A   That's what this document says, yes.    11:32AM
18    Q   Do you know what the person or persons who came    11:32AM
19 up with the expression "ip ospf authentication" referred    11:32AM
20 to when coming up with that expression?    11:32AM
21    A   Are you asking for the previous command, which is    11:32AM
22 the "ip ospf authentication" --    11:32AM
23    Q   Yes.    11:32AM
24    A   -- or the "key" command --    11:32AM
25    Q   No.    11:32AM

Page 78

1    A   -- the previous -- okay.    11:32AM
2    Q   Yeah.    11:32AM
3    A   "Ip ospf authentication" referred to enabling the    11:32AM
4 authentification features -- as we said, it could be    11:33AM
5 clear text or it could be message digest -- on that    11:33AM
6 interface.    11:33AM
7    Q   Yeah, I apologize because my question --    11:33AM
8    A   Okay.    11:33AM
9    Q   -- wasn't clear.    11:33AM
10       What I actually was trying to ask you was: Do    11:33AM
11 you know what documents or source materials the people    11:33AM
12 who came up with the expression "ip ospf authentication"    11:33AM
13 referred to when naming that command?    11:33AM
14    A   So I can't tell you anything very specific, but    11:33AM
15 what typically happens, I can say, is when you write a    11:33AM
16 new command, of course, you will see source code    11:33AM
17 changes, which looks like it refers to. You may also    11:33AM
18 produce customer-facing documents. For example, we saw    11:33AM
19 command reference where also this will get documented as    11:33AM
20 what it does and what the syntax is and so on.    11:33AM
21    Q   Okay. And just to be clear, you are saying    11:33AM
22 that's what typically happens because you don't know    11:34AM
23 what the person or persons who named the command    11:34AM
24 "ip ospf authentication" actually referred to when they    11:34AM
25 named that command; is that correct?    11:34AM

Page 79

1    A   Yes.    11:34AM
2       MR. NEUKOM: Objection; misstates prior    11:34AM
3 testimony.    11:34AM
4       THE WITNESS: Yes. I don't have, again, specific    11:34AM
5 recollection of what sort of documentation or documents    11:34AM
6 we wrote at that time.    11:34AM
7 BY MR. SILBERT:    11:34AM
8    Q   Okay. We have talked a little bit about OSPF.    11:34AM
9       There's an OSPF standard that's published by    11:34AM
10 IETF; correct?    11:34AM
11       MR. NEUKOM: Objection; vague.    11:34AM
12       THE WITNESS: So OSPF is basically Open Shortest    11:34AM
13 Path First. It's one of the routing protocols. OSPF    11:34AM
14 has had multiple IETF standards published over time, and    11:34AM
15 as we just saw, in the case of IP, sometimes the newer    11:35AM
16 one deprecate the older one and so on, so there are    11:35AM
17 multiple standards out there related to OSPF.    11:35AM
18       MR. SILBERT: Okay.    11:35AM
19       (Exhibit 56 was marked for    11:35AM
20       identification by the Court Reporter.)    11:35AM
21 BY MR. SILBERT:    11:35AM
22    Q   Mr. Roy, would you please look at Exhibit 56 and    11:36AM
23 tell me if you recognize it.    11:36AM
24    A   Yes, I do.    11:36AM
25    Q   What is it?    11:36AM

Page 80

1    A   This is another of OSPF standards RFC, which    11:36AM
2 specifies OSPF protocol, protocol specification.    11:36AM
3    Q   And this document states that it was published in    11:36AM
4 October 1989; correct?    11:36AM
5    A   That is correct.    11:36AM
6    Q   And the author listed here is someone named    11:36AM
7 J. Moy, M-o-y; is that correct?    11:36AM
8    A   Yes. John Moy was the author.    11:36AM
9    Q   And the company where he's listed as working is    11:36AM
10 Proteon, Inc.; is that correct?    11:37AM
11    A   Correct, so at the time of publication of this    11:37AM
12 document, he was employed by Proteon, Inc.    11:37AM
13    Q   Do you know Mr. Moy?    11:37AM
14    A   Yes, I do.    11:37AM
15    Q   Did he ever work for Cisco?    11:37AM
16    A   Not that I know of.    11:37AM
17    Q   This document, in its title, uses the acronym    11:37AM
18 OSPF; correct?    11:37AM
19    A   Yes, it does.    11:37AM
20    Q   Who -- who came up with that acronym, to your    11:37AM
21 knowledge?    11:37AM
22    A   So I think I'll give you the same answer I gave    11:37AM
23 for BFD. If you move to the page 1, which is 2601 in    11:37AM
24 the bottom-right label, and if you see Section 1, talks    11:37AM
25 about the first time that abbreviation was introduced,    11:37AM

Page 81

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 and that's very typical in IETF standards, that the long  11:38AM
2 things we create acronym at the first reference and  11:38AM
3 continue to use it in this document.  11:38AM
4    Q  So my question is just this:  So far as you know,  11:38AM
5 someone outside of Cisco came up with the acronym OSPF;  11:38AM
6 correct?  11:38AM
7    A  So IETF -- IETF products is complicated  11:38AM
8 process, and let me just give you a quick glimpse of it.  11:38AM
9       What you are seeing is the finished product,  11:38AM
10 which John Moy was the lead author and he took it to the  11:38AM
11 RFC.  11:38AM
12       What happened before that and how many versions  11:38AM
13 were there and who are the people who sort of worked and  11:38AM
14 collaborated to get to this stage, you can find that  11:38AM
15 information, that -- how many earlier revisions of the  11:38AM
16 drafts are there, who are the collaborator, where they  11:38AM
17 worked for -- whichever companies they worked for,  11:39AM
18 right? -- and how did they come to this.  11:39AM
19       So it's hard to say, just looking at this, who  11:39AM
20 came with this and who coined the term or who coined the  11:39AM
21 acronym OSPF.  11:39AM
22    Q  Okay.  But nevertheless, that acronym was in  11:39AM
23 common usage before it was used by Cisco in a CLI  11:39AM
24 command; correct?  11:39AM
25       MR. NEUKOM:  Objection; calls for opinion  11:39AM

Page 82

1 testimony.  11:39AM
2       THE WITNESS:  So I don't know when Cisco  11:39AM
3 implemented OSPF first, so it's hard to say what  11:39AM
4 happened first.  11:39AM
5       Again, a corollary comment, a lot of times Cisco  11:39AM
6 is -- is the driver of technologies, and we implement  11:39AM
7 things, and then we publish standards off it, so there  11:39AM
8 could be a coincidence where it has been used in Cisco  11:39AM
9 before or -- or in a standard document before -- again,  11:39AM
10 I don't know enough history on this that what happened  11:40AM
11 when.  11:40AM
12 BY MR. SILBERT:  11:40AM
13    Q  Okay.  You are going to agree with me, though, I  11:40AM
14 think, that the standard itself uses the acronym OSPF;  11:40AM
15 right?  11:40AM
16    A  The document does create the acronym for the use  11:40AM
17 for the document.  11:40AM
18    Q  Okay.  Would you turn to the page that ends in  11:40AM
19 the Bates No. 622?  11:40AM
20       MR. NEUKOM:  Sorry, what page, David?  11:40AM
21       MR. SILBERT:  Bates No. 622.  11:40AM
22       MR. NEUKOM:  Okay.  Thank you.  11:41AM
23 BY MR. SILBERT:  11:41AM
24    Q  Do you see Section 6 that's with the heading "The  11:41AM
25 Area Data Structure"?  11:41AM

Page 83

1    A  Yeah, I see that.  11:41AM
2    Q  What is an area data structure in OSPF?  11:41AM
3       MR. NEUKOM:  Objection; calls for opinion  11:41AM
4 testimony.  11:41AM
5       THE WITNESS:  So "data structure" is -- is a  11:41AM
6 computer science terminology which is how you store  11:41AM
7 data, potentially, in a software implementation.  11:41AM
8       "Area" is a concept introduced in this RFC  11:41AM
9 which -- which refers to a collection of devices which  11:42AM
10 have -- which are in the same area -- or who make a  11:42AM
11 collective decision together by -- by knowing each  11:42AM
12 other's state up front.  11:42AM
13       So Internet data structure, I think, is going  11:42AM
14 into, if you had such a collection of objects, these are  11:42AM
15 the objects you probably want to keep in that collection  11:42AM
16 of objects.  11:42AM
17 BY MR. SILBERT:  11:42AM
18    Q  Okay.  Okay.  Would you look at two pages more  11:42AM
19 at -- on the page that ends with the Bates No. 624.  11:42AM
20    A  Yes.  11:42AM
21    Q  And do you see the bolded term "authentication  11:42AM
22 type"?  It's in the top third --  11:42AM
23    A  Yes, I see that.  11:42AM
24    Q  -- of the page?  11:42AM
25    A  Yeah, I see that.  11:42AM

Page 84

1    Q  Under the OSPF standard, does an operator specify  11:42AM
2 the authentification type to be used for an area?  11:43AM
3       MR. NEUKOM:  Objection; vague, calls for opinion  11:43AM
4 testimony.  11:43AM
5       THE WITNESS:  So as per this document, what was  11:43AM
6 described here is in a area you could specify if  11:43AM
7 authentication is in use, and I think it also refers to  11:43AM
8 this other section where you can find details of what  11:43AM
9 types of authentication, Appendix E.  11:43AM
10       As a -- as a operator, you may or may not choose  11:43AM
11 to have authentication.  That is totally up to you.  If  11:43AM
12 you think your network is very secure, you may choose to  11:43AM
13 not have authentication.  If you really want to secure  11:43AM
14 your network, there are a variety of ways to  11:43AM
15 authenticate it, and this just refers to that -- what  11:43AM
16 mechanisms exist at the area level.  11:44AM
17 BY MR. SILBERT:  11:44AM
18    Q  Okay.  And would you agree that authentication is  11:44AM
19 a concept that's introduced in this OSPF specification?  11:44AM
20       MR. NEUKOM:  Objection; calls for opinion  11:44AM
21 testimony and vague.  11:44AM
22       THE WITNESS:  This document has used the term  11:44AM
23 "authentication," but basically what we are talking  11:44AM
24 about is:  Are there ways -- are there ways to validate?  11:44AM
25 Are there ways to secure communication between devices?  11:44AM

Page 85

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    MR. SILBERT: Okay. We need to change the tape,    11:44AM
2 so we will have to pause there.    11:44AM
3    THE VIDEOGRAPHER: This marks the end of    11:44AM
4 Volume 1, Media No. 1 of the deposition of Abhay Roy.    11:44AM
5    The time is 11:44 a.m. We are off the record.    11:44AM
6 (Lunch recess taken.)    11:44AM
7    ---o0o---    11:44AM
8    11:44AM
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page 86

1 AFTERNOON SESSION    12:24 P.M. 11:44AM
2    12:24PM
3    THE VIDEOGRAPHER: We are back on the record at    12:24PM
4 12:24 p.m.    12:24PM
5    This marks the beginning of Volume 1, Media No. 2    12:24PM
6 of the deposition of Abhay Roy.    12:24PM
7    Please continue.    12:24PM
8 BY MR. SILBERT:    12:24PM
9    Q Good afternoon, Mr. Roy.    12:24PM
10    Before the lunch break, we were talking about the    12:24PM
11 command "ip ospf authentication."    12:24PM
12    Do you recall that?    12:24PM
13    A Yes, I do.    12:24PM
14    Q Do you agree that authentication is a parameter    12:24PM
15 that's introduced in the OSPF specification?    12:24PM
16    MR. NEUKOM: Objection; vague, calls for opinion.    12:24PM
17    THE WITNESS: I think you referred me to some    12:24PM
18 section. Could you point me to that again?    12:24PM
19    MR. SILBERT: Yeah. We were looking at the page    12:24PM
20 that ends in Bates No. 624 in Exhibit 56, which is the    12:24PM
21 OSPF specification dated October 1989.    12:25PM
22    THE WITNESS: Was that 624?    12:25PM
23    MR. SILBERT: Yes.    12:25PM
24    Q Yeah, in the top third of the page --    12:25PM
25    A Oh, yes. Yes. Sorry, my bad.    12:25PM
                                            Page 87

1    Q -- there is a bold entry "authentication type."    12:25PM
2    Do you see that?    12:25PM
3    A Yes.    12:25PM
4    Yeah, so what -- what that -- in the -- what    12:25PM
5 is -- what it's trying to say in the RFC is if you have    12:25PM
6 for area some objects -- one of the objects is the    12:25PM
7 authentication type. That's what that document is    12:25PM
8 talking about.    12:25PM
9    Q And the -- the document is getting at the idea    12:25PM
10 that an operator can set the authentification type for    12:25PM
11 objects in an area; correct?    12:25PM
12    MR. NEUKOM: Objection; document speaks for    12:25PM
13 itself, calls for opinion testimony.    12:25PM
14    THE WITNESS: Yeah, so document is talking about,    12:26PM
15 at the area scope, if you support authentication, you    12:26PM
16 probably want to store objects related to the    12:26PM
17 authentication in that type of data store.    12:26PM
18 BY MR. SILBERT:    12:26PM
19    Q Okay. So looking at the command "ip ospf    12:26PM
20 authentication," the term "ip" in that command refers to    12:26PM
21 the Internet protocol standard; right?    12:26PM
22    MR. NEUKOM: Objection; misstates prior    12:26PM
23 testimony.    12:26PM
24    THE WITNESS: "ip" in that command refers to    12:26PM
25 Internet Protocol Version 4.    12:26PM
                                            Page 88

1 BY MR. SILBERT:    12:26PM
2    Q Okay. And that's a standard that's published by    12:26PM
3 the IETF; correct?    12:26PM
4    A Internet protocol is an RFC 791, which is    12:26PM
5 published by the IETF, yes.    12:26PM
6    Q Right.    12:27PM
7    And -- and 791 might be an earlier version, but    12:27PM
8 are you aware that there's a separate RFC that's a    12:27PM
9 standard for Internet Protocol 4?    12:27PM
10    A I don't know exactly if -- if there is a one --    12:27PM
11 there is a version later than this which supersedes    12:27PM
12 this --    12:27PM
13    Q Okay.    12:27PM
14    A -- but there might be; might not be not aware.    12:27PM
15    Q Okay. And in the command "ip ospf    12:27PM
16 authentication," "ospf" refers to the OSPF    12:27PM
17 specification, Exhibit 56; correct?    12:27PM
18    MR. NEUKOM: Objection; misstates prior    12:27PM
19 testimony.    12:27PM
20    THE WITNESS: So OSPF command -- or this command,    12:27PM
21 which is in Cisco's implementation, refers to the    12:27PM
22 protocol called "OSPF," which is documented in an IETF    12:27PM
23 stand -- IETF RFC.    12:28PM
24 BY MR. SILBERT:    12:28PM
25    Q Okay. And in the term "ip ospf authentication,"    12:28PM
                                            Page 89

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  A  If you saw a complete reference of OSPF     12:33PM
2  configuration on a device, we could find it from there.  12:33PM
3      Q  What would I look for to find it?      12:33PM
4      A  You could search for keywords like "area" or    12:33PM
5  "authentication."                             12:33PM
6      Q  Okay.  Who else was on the team who came up with  12:33PM
7  the command "ip ospf authentication"?         12:33PM
8      A  So I'm trying to recollect who all were part of  12:34PM
9  the OSPF team.  There were probably a small set of  12:34PM
10  people.                                       12:34PM
11      Are you looking for specific names?       12:34PM
12      Q  Yes.                                    12:34PM
13      A  One person I could think of is Derek Yeung.    12:34PM
14      Q  Can you spell that, please.             12:34PM
15      A  Actually, he calls himself Derek, but the --   12:34PM
16  okay.  D-r-e-k [sic] and Yeung is Y-e-u-n-g.    12:34PM
17      Q  Okay.                                   12:34PM
18      A  He was -- he was one of the senior guys in the  12:34PM
19  team.                                         12:34PM
20      Who were other people around that time.  There   12:34PM
21  was -- there was somebody called Padma, P-a-d-m-a.  Her  12:34PM
22  last name was Esnault, E-s-n-a-u-l-t.  And these two   12:34PM
23  names I can remember very clearly.  There may be more   12:35PM
24  people who were part of the OSPF team at that time.   12:35PM
25      Q  Is that the best recollection you have, as you   12:35PM
                                                  Page 94

1  sit here today, of who else was on the team that came up  12:35PM
2  with the command "ip ospf authentication"?     12:35PM
3      A  Yes.                                     12:35PM
4      Q  Okay.  Who else was on the team that came up with  12:35PM
5  the command "bfd all-interfaces"?             12:35PM
6      A  That was on page 3?                      12:35PM
7      Q  Correct.                                 12:35PM
8      MR. NEUKOM:  Page 3 of Exhibit 54.         12:35PM
9      THE WITNESS:  This is actually much later than    12:36PM
10  that, so this -- I'm just going with the date, which is  12:36PM
11  also listed here, 2004 to 2005.  We had different   12:36PM
12  engineers around that time on those PF [phonetic] team.  12:36PM
13  Couple names I can recollect.  One was Liem, L-i-e-m,   12:36PM
14  and Nguyen, N-g-y-u-e-n, I think.  Last name may have   12:36PM
15  spelled incorrectly.  Another engineer was Peter,   12:36PM
16  P-e-t-e-r, Psenak, P-s-e-n-a-k.  There are probably more  12:36PM
17  names, but those are a couple of names.       12:37PM
18  BY MR. SILBERT:                               12:37PM
19      Q  Okay.  Are you able to tell me any other names of  12:37PM
20  people who are on the team who named the command   12:37PM
21  "bfd all-interfaces"?                          12:37PM
22      A  Yeah, I don't recall any more specific names.  I  12:37PM
23  mean, there are people around that time, but I want to  12:37PM
24  make sure that they were in Cisco at that time.   12:37PM
25      For example, there is one engineer called Acee,  12:37PM
                                                  Page 95

1  A-c-e-e, Lindem, L-i-n-d-e-m, but I'm not 100 percent  12:37PM
2  sure if he was still on that team or he left Cisco by  12:37PM
3  that time.                                     12:37PM
4      Q  Okay.  Can you remember any other names of people  12:37PM
5  who were on the team?                          12:37PM
6      A  Nothing is coming to my head.            12:37PM
7      Q  Okay.  Referring back to Exhibit 54, would you   12:38PM
8  please turn to page 12.                        12:38PM
9      A  Yeah, I'm there.                         12:38PM
10      Q  In the bottom third of the page, do you see the   12:38PM
11  command expression "ip ospf bfd"?             12:38PM
12      A  Yes.                                     12:38PM
13      Q  And then in the next column with the     12:38PM
14  heading "Author/Originator Information," it says "Cisco"  12:38PM
15  and your name; correct?                        12:38PM
16      A  Yes.                                     12:38PM
17      Q  Did you come up with the expression "ip ospf  12:38PM
18  bfd"?                                          12:38PM
19      A  Yeah, so BFD -- I was the lead implementer of it  12:38PM
20  and very likely I proposed the -- the command.    12:39PM
21      Q  Okay.  And you say very likely you proposed the  12:39PM
22  command.                                       12:39PM
23      Do you have any recollection of doing that?    12:39PM
24      A  I don't remember anybody else worked on it, so   12:39PM
25  I -- I proposed the command.  Yeah, I think I proposed  12:39PM
                                                  Page 96

1  the command.  I don't think there was anybody else on   12:39PM
2  this project.                                  12:39PM
3      Q  Okay.  And I appreciate your reasons for saying  12:39PM
4  that, but my question is:  Do you have any recollection  12:39PM
5  of proposing this command "ip ospf bfd"?       12:39PM
6      A  Yes.                                     12:39PM
7      MR. NEUKOM:  Objection; asked and answered.    12:39PM
8  BY MR. SILBERT:                               12:39PM
9      Q  What's your recollection?                12:39PM
10      A  I remember the document which described this, and  12:39PM
11  I think I was -- I was the author of the document.  It's  12:39PM
12  a small amount of work.  And generally what happens is  12:39PM
13  if there is large project, you have a larger group of   12:39PM
14  people who work on the project.  For smaller ones, you   12:40PM
15  are the sole implementer, so you pretty much do most of  12:40PM
16  the work, all the way from designing the command and the  12:40PM
17  implementation.  This was another smaller features.   12:40PM
18      Q  Okay.  The term "ip" in the command "ip ospf bfd"  12:40PM
19  refers to the Internet protocol standard that's    12:40PM
20  specified by the IETF; correct?               12:40PM
21      A  "ip" in this command refers to Internet Protocol  12:40PM
22  Version 4, which is documented in RFC 791, and there   12:40PM
23  might be further revisions of it, if not.      12:40PM
24      Q  Okay.  And the term "ospf" in the command   12:40PM
25  "ip ospf bfd" refers to the OSPF standard that's   12:40PM
                                                  Page 97

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 98

```
 1  specified by the IETF; correct?            12:40PM
 2  A  Yes.                                     12:40PM
 3      MR. NEUKOM:  Objection; misstates prior 12:41PM
 4  testimony, calls for opinion.               12:41PM
 5      THE WITNESS:  The OSPF acronym we have used is 12:41PM
 6  for Open Shortest Path First protocol, which is also 12:41PM
 7  described and captured in RFC.              12:41PM
 8  BY MR. SILBERT:                             12:41PM
 9  Q  Okay.  And the -- the term "bfd" in the command 12:41PM
10  "ip ospf bfd" refers to the BFD standard that's 12:41PM
11  specified by the IETF; correct?            12:41PM
12  A  BFD acronym stands for Bidirectional Forwarding 12:41PM
13  Detection, which is -- which is, yes, also captured in 12:41PM
14  IETF RFC.                                   12:41PM
15  Q  And the BFD standard itself describes using BFD 12:41PM
16  with OSPF; is that correct?                 12:41PM
17      MR. NEUKOM:  Objection; document calls for its -- 12:41PM
18  pardon me.  Document speaks for itself, calls for 12:42PM
19  opinion testimony.                          12:42PM
20      THE WITNESS:  BFD spec -- again, my recollection 12:42PM
21  is BFD spec was written in a more generic sense.  It may 12:42PM
22  or may not have explicitly called out how and which 12:42PM
23  protocols you can -- you can make use of it, but, again, 12:42PM
24  if you have some more text, I can look into it.  12:42PM
25  //                                          12:42PM
```

Page 99

```
 1      (Exhibit 57 was marked for            12:42PM
 2      identification by the Court Reporter.) 12:43PM
 3  BY MR. SILBERT:                             12:43PM
 4  Q  Mr. Roy, would you please look at Exhibit 57 and 12:43PM
 5  tell me if you recognize it.               12:43PM
 6  A  Yes, I do.                              12:43PM
 7  Q  What is it?                             12:44PM
 8  A  This is an RFC which describes the base protocol 12:44PM
 9  for bidirectional detection.               12:44PM
10  Q  Would you look, please, at the page that ends 12:44PM
11  with the Bates No. 760.                    12:44PM
12  A  Yes, I'm there.                         12:44PM
13  Q  Do you see Section 3.1?  Towards the bottom of 12:44PM
14  that section in that single paragraph, it says, "For 12:44PM
15  example, an OSPF... implementation may request a BFD 12:44PM
16  session to be established to a neighbor discovered using 12:44PM
17  the OSPF Hello protocol."                  12:44PM
18  Do you see that?                           12:44PM
19  A  Yes, I see that.                        12:44PM
20  Q  And that sentence is describing using BFD with 12:44PM
21  OSPF; correct?                             12:45PM
22      MR. NEUKOM:  Objection; document speaks for 12:45PM
23  itself, and to the extent it doesn't, calls for opinion 12:45PM
24  testimony.                                  12:45PM
25      THE WITNESS:  Yeah, it -- so this does reference 12:45PM
```

Page 100

```
 1  the OSPF standard, a newer version than what you have 12:45PM
 2  shown me, and it talks about if you are compliant to 12:45PM
 3  that version, that implementation could use BFD 12:45PM
 4  services.                                   12:45PM
 5  BY MR. SILBERT:                             12:45PM
 6  Q  Okay.  What resources did you use when naming the 12:45PM
 7  "ip ospf bfd" command?                     12:46PM
 8      MR. NEUKOM:  Objection; vague.          12:46PM
 9      THE WITNESS:  By "resources" you are implying 12:46PM
10  what type of material documents, those kind of things? 12:46PM
11      MR. SILBERT:  Correct.                  12:46PM
12      THE WITNESS:  I had looked at the specification, 12:46PM
13  of course.  It -- I don't know if it was this version or 12:46PM
14  if it was an earlier version of -- of the BFD protocol 12:46PM
15  specification, and beyond that, it may have been some 12:46PM
16  conversation about who wants it, but I don't have any 12:46PM
17  specific recollection was there a formal Product 12:46PM
18  Requirement Document also written with it.  12:46PM
19  BY MR. SILBERT:                             12:46PM
20  Q  What do you mean when you say "some conversation 12:47PM
21  about who wants it"?                        12:47PM
22  A  Yes.  As I was saying earlier, most of the things 12:47PM
23  we implement are of two categories, typically.  12:47PM
24  One is customer-driven, which is, you are talking 12:47PM
25  to certain customers.  They are telling you they want 12:47PM
```

Page 101

```
 1  this type of technology.  Then you try to build that 12:47PM
 2  technology.                                 12:47PM
 3  Or they are innovation-driven, which is we want 12:47PM
 4  to showcase some new things which we have built, and 12:47PM
 5  they are more outwards.                     12:47PM
 6  In the latter, you will not have a customer 12:47PM
 7  requirement document -- or Product Requirement Document 12:47PM
 8  because there is -- nobody has requested at this point 12:47PM
 9  versus, in the former case, you will have some level of 12:47PM
10  conversation, communication, or perhaps a more formal 12:47PM
11  document which describes what a customer really intends 12:47PM
12  to do.                                      12:47PM
13  Q  In the case of customer-driven developments, do 12:47PM
14  customers ever suggest CLI commands?       12:48PM
15      MR. NEUKOM:  Objection; vague, compound, phrased 12:48PM
16  in the subjunctive.                         12:48PM
17      MR. SILBERT:  Now you got me.           12:48PM
18      THE WITNESS:  Is that -- is that in reference to 12:48PM
19  this command in particular, or is it --    12:48PM
20      MR. SILBERT:  No.  I was asking you more 12:48PM
21  generally.                                  12:48PM
22      THE WITNESS:  Okay.  You are asking for my 12:48PM
23  opinion?                                    12:48PM
24      MR. SILBERT:  I'm asking for your personal 12:48PM
25  knowledge.                                  12:48PM
```

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1   A  So -- 04:46PM | 1 |
| 2   Q  Thank you. 04:46PM | 2 |
| 3   A  -- so the enclosure title "Description" was 04:46PM | 3      I, the undersigned, a Certified Shorthand |
| 4   written by Friedman, and this describes what he has 04:46PM | 4  Reporter of the State of California, do hereby certify: |
| 5   suggested, so I'm basing on this document. 04:47PM | 5      That the foregoing proceedings were taken before |
| 6   Q  Okay.  Other than what you read in that document, 04:47PM | 6  me at the time and place herein set forth; that any |
| 7   do you know anything else about the origination of the 04:47PM | 7  witnesses in the foregoing proceedings, prior to |
| 8   command expression "ip ospf authentication"? 04:47PM | 8  testifying, were placed under oath; that a verbatim |
| 9   A  No. 04:47PM | 9  record of the proceedings was made by me using machine |
| 10      MR. SILBERT:  Okay.  Then thank you.  At this 04:47PM | 10  shorthand which was thereafter transcribed under my |
| 11  point, again, subject to any redirect based on 04:47PM | 11  direction; further, that the foregoing is an accurate |
| 12  questioning by your counsel, I thank you very much for 04:47PM | 12  transcription thereof. |
| 13  your time and attention, and I'm concluding the 04:47PM | 13      I further certify that I am neither financially |
| 14  deposition. 04:47PM | 14  interested in the action nor a relative or employee of |
| 15      THE WITNESS:  Sure.  Thanks. 04:47PM | 15  any attorney or any of the parties. |
| 16      MR. NEUKOM:  No direct. 04:47PM | 16      IN WITNESS WHEREOF, I have this date subscribed |
| 17      THE VIDEOGRAPHER:  Okay. 04:47PM | 17  my name. |
| 18      MR. NEUKOM:  At this time. 04:47PM | 18 |
| 19      THE VIDEOGRAPHER:  This concludes today's 04:47PM | 19  Dated: December 30, 2015 |
| 20  deposition of Abhay Roy.  The number of media used was 04:47PM | 20 |
| 21  three and will be retained by Veritext Legal Solutions. 04:47PM | 21 |
| 22      The time is 4:47 p.m.  We are off the record. 04:47PM | 22 |
| 23      (TIME NOTED: 4:47 P.M.) | 23           <%signature%> |
| 24 | 24           RACHEL FERRIER |
| 25 | 25           CSR No. 6948 |
| Page 230 | Page 232 |

| | |
|---|---|
| 1      I, ABHAY ROY, do hereby declare under penalty | |
| 2  of perjury that I have read the foregoing transcript; | |
| 3  that I have made any corrections as appear noted, in | |
| 4  ink, initialed by me, or attached hereto; that my | |
| 5  testimony as contained herein, as corrected, is true and | |
| 6  correct. | |
| 7      EXECUTED this _____ day of _____, | |
| 8  2015, at _____, _____. | |
| 9      (City)       (State) | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16  _____ | |
| 17      ABHAY ROY | |
| 18      VOLUME 1 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| Page 231 | |

59 (Pages 230 - 232)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

     - - - - - - - - - - - - - - - - - x   Case No.

 5                                     :   5:14-cv-05344-BLF (PSG)

                                       :

 6   CISCO SYSTEMS, INC.,              :

                                       :

 7                     Plaintiff,      :

                                       :

 8            vs.                      :

                                       :

 9   ARISTA NETWORKS, INC.,            :

                                       :

10                     Defendant.      :

                                       :

11   - - - - - - - - - - - - - - - - - x

12

13            VIDEOTAPED DEPOSITION OF GREG SATZ

14                     March 23, 2016

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                        VOLUME 1

17

18

19

20

21   Reported by

22   Brooke R. Bohr

23   CSR No. 753

24   Job No 2272380

25   Pages 1 - 168
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1      VIDEOTAPED DEPOSITION OF GREG SATZ,<br>2 taken at the instance of the Defendant, at the<br>3 offices of TUCKER & ASSOCIATES, 605 W. Fort<br>4 Street, in the City of Boise, State of Idaho,<br>5 commencing at 10:10 a.m., on March 23, 2016,<br>6 before Brooke R. Bohr, CSR, RPR, a Notary Public<br>7 in and for the State of Idaho, pursuant to notice,<br>8 and in accordance with the applicable Rules of<br>9 Civil Procedure.<br>10<br>11     A P P E A R A N C E S<br>12 FOR PLAINTIFF<br>     John M. Neukom, Esq.<br>13   QUINN EMAMUEL URQUHART & SULLIVAN LLP<br>    50 California Street, 22nd Floor<br>14   San Francisco, CA 94111<br>    (415) 875-6320<br>15   johnneukom@quinnemanuel.com<br>16 FOR DEFENDANT<br>     Brian L. Ferrall, Esq.<br>17   KEKER & VAN NEST LLP<br>    633 Battery Street<br>18   San Francisco, CA 94111<br>    (415) 391-5400<br>19   bferrall@kvn.com<br>20<br>21<br>22<br>23<br>24<br>25<br>                                          Page 2 | 1           BOISE, IDAHO<br>2     March 23, 2016, 10:10 a.m.<br>3<br>4     THE VIDEOGRAPHER: We are now on the record.<br>5     Please note that the microphones are<br>6 sensitive and may pick up whispering and private<br>7 conversations. Please turn off all cell phones or<br>8 place them away from the microphones as they can<br>9 interfere with the deposition audio. Recording<br>10 will continue until all parties agree to go off<br>11 record.<br>12     My name is David Cromwell, representing<br>13 Veritext. The date today is March 23, 2016, and<br>14 the time is approximately 10:10 a.m. This<br>15 deposition is being held at Tucker & Associates<br>16 located at 605 West Fort Street, Boise, Idaho<br>17 83702, and is being taken by counsel for the<br>18 defendant.<br>19     The caption of this case is Cisco<br>20 Systems, Inc. v. Arista Networks, Inc. This case<br>21 is filed in the United States District Court,<br>22 Northern District of California, San Jose<br>23 Division, Case No. 5:14-CV-05344-BLF PSG. The<br>24 name of the witness is Greg Satz.<br>25     At this time, the attorneys present in<br>                                          Page 4 |
| 1       W I T N E S S<br>2 GREG SATZ               Page:<br>3   Examination by Mr. Ferrall    5<br>4   Examination by Mr. Neukom   151<br>5   Further Examination by Mr. Ferrall  158<br>6<br>            * * * * *<br>7<br>8     E X H I B I T S<br>9<br>              Page:<br>10<br>11 Exhibit 400  Greg Satz LinkedIn    13<br>12 Exhibit 401  "TOPS-20 DECnet-20 Programmers  22<br>        Guide and Operations Manual"<br>13<br>    Exhibit 402  One-page Document with   36<br>14     Bates No. KL-883<br>15 Exhibit 403  Document Beginning Bates No.  69<br>      ARISTANDCA00022465<br>16<br>    Exhibit 404  Document Beginning Bates No.  84<br>17     CSI-CLI-00359132<br>18 Exhibit 405  One-page Document Bates No.  106<br>      CSI-CLI-00746924<br>19<br>    Exhibit 406  Document Bates No. CSI-CLI-01828732 112<br>20    Through Bates No. CSI-CLI-01828783<br>21 Exhibit 407  Document Beginning Bates No.  141<br>      CSI-CLI-01295215<br>22<br>23 Exhibit 408  Document Beginning Bates No.  143<br>      CSI-CLI-01295181<br>24<br>25       * * * * *<br>                                          Page 3 | 1 the room will identify themselves and the parties<br>2 they represent.<br>3     MR. FERRALL: Brian Ferrall of Keker &<br>4 Van Nest on behalf of Arista Networks.<br>5     MR. NEUKOM: John Neukom for the plaintiff.<br>6     THE COURT: Our court reporter, Brooke Bohr,<br>7 representing Veritext, will swear in the witness,<br>8 and we can proceed.<br>9<br>10     GREG SATZ,<br>11 produced as a witness at the instance of the<br>12 Defendant, having been first duly sworn, was<br>13 examined and testified as follows:<br>14<br>15     EXAMINATION<br>16 BY MR. FERRALL:<br>17   Q. Good morning, Mr. Satz. Can you please<br>18 state your full name.<br>19   A. Greg Leonard Satz.<br>20   Q. Mr. Satz, you are not represented by<br>21 counsel today; is that right?<br>22   A. Correct.<br>23   Q. Have you ever been deposed before?<br>24   A. I have.<br>25   Q. All right. So you know the basic<br>                                          Page 5 |

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  There was a proper format and an improper format
2  based on the syntax.
3     But it's -- we're really in the weeds
4  now.
5     Q.  BY MR. Ferrall:  Well, are you familiar
6  with -- we talked about show commands, right?
7     A.  Um-hum.
8     Q.  Are you familiar with either TOPS-20 or
9  other operating systems having show commands with
10  different level -- multiple levels of hierarchy to
11  them?
12     A.  Sure.
13     MR. NEUKOM:  Objection; compound.
14     Q.  BY MR. FERRALL:  Can you give me any
15  examples of --
16     A.  No.
17     Q.  Okay.  Well, let me ask you to look
18  at --
19     A.  I think the -- you can actually
20  download a version of TOPS-20 and run it on your
21  phone.
22     Q.  On my phone?  Wow.  Probably --
23     A.  Which I would encourage you to do.
24     Q.  Were you familiar with something called
25  the "NCP" or --

Page 42

1     A.  Oh, the DECnet configuration?
2     Q.  -- the Network Control Program?
3     A.  Vaguely.  I mean, I -- at one point, I
4  used it.  I don't remember it.
5     Q.  Okay.  All right.
6     A.  We could look in the manual if you want
7  to talk about it.
8     Q.  Well, if you could look at Exhibit 401.
9     A.  I mean, it's -- this is some old stuff.
10     Q.  On -- the section on NCP begins
11  around -- I guess it's Chapter 6.
12     A.  Okay.
13     Q.  6-2.  But my question will go to
14  Table 6-1, which is on Page 6-12.
15     A.  Um-hum.
16     Q.  So let me just ask you if you -- are
17  you looking at that table on 6-12?
18     A.  I am.
19     Q.  Okay.  And if we just focus on the show
20  commands there, do you see those?
21     A.  I do.
22     Q.  And are those ones that are familiar or
23  at least dust off your memory?
24     A.  No.  I can say I do not -- I am sure I
25  have used show status quite a bit because that's

Page 43

1  such a generic function.
2     Q.  Um-hum.
3     A.  But I don't have a clear, I'm typing at
4  a screen at a prompt and these are coming out.
5     Q.  Okay.  And do you understand, under
6  show status, if you go one column over --
7     A.  Um-hum.
8     Q.  -- there are some other words there,
9  NCP request, known, line, local?
10     A.  Um-hum.
11     Q.  Do you understand how those work?
12     A.  Sure.
13     Q.  How would those work with a show status
14  command, for example?
15     A.  You mean from a parsing point of view
16  or from how -- what they actually do inside the
17  code as a function?  Because, again, it is those
18  levels.
19     Q.  Yeah.  I mean as in terms of --
20     A.  You know, what NCP request actually
21  does in the code as a function and the information
22  it returns is different than the detail of
23  actually grabbing the keyword NCP request.
24     Q.  Okay.  I guess my first question, then,
25  about this is how -- how would the parser handle

Page 44

1  these different keywords following show status?
2     MR. NEUKOM:  Objection; foundation, phrased
3  in a hypothetical, and calls for opinion
4  testimony.
5     THE WITNESS:  No different than if it
6  parsed A, B or C in an order.  It is just a token.
7  Just a series of descriptions that permit what is
8  acceptable in a particular field.
9     So in this particular case, it is
10  looking for the letters S-H-O-W, followed by some
11  sort of space or command termination or break,
12  looking for another keyword the same way.  Looking
13  for a third keyword.  When it completes, it gets
14  down to what might be called a terminal condition
15  because it says, okay, I've completed this parse,
16  the parse is successful, now go perform something,
17  which would -- the interesting part, which is pull
18  out the NCP request data from the operating system
19  or networking kernel and then display it somehow.
20     Q.  BY MR. Ferrall:  And were you ever
21  aware of operating systems growing their command
22  list in a way where they would -- they would add,
23  for example, further options under the show
24  command over time in subsequent versions?
25     A.  Oh, yes.

Page 45

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   MR. NEUKOM: Objection; vague and compound.
2   THE WITNESS: They would augment the command
3   set, the features, and there was, typically, a
4   user interface component to it, like modifying the
5   menu commands on your laptops today.
6   Q. BY MR. FERRALL: And was there -- would
7   they, typically, build upon existing keywords?
8   MR. NEUKOM: Same objections, and calls for
9   speculation.
10   THE WITNESS: Depending on the feature set.
11   If it was an extension of an existing feature set
12   or if it was brand new. I mean, as you described
13   a tree, those trees can be rearranged and
14   augmented or removed.
15   MR. FERRALL: Okay. Why don't we take our
16   first break. We've been going for about an hour.
17   THE WITNESS: Okay.
18   THE VIDEOGRAPHER: The time is 11:12 a.m.
19   Off the record.
20   (Recess taken.)
21   THE VIDEOGRAPHER: The time is 11:23 a.m.
22   On the record.
23   Q. BY MR. FERRALL: Mr. Satz, are you
24   familiar with any use of a "clear" command from
25   either TOPS-20 or early operating systems?

Page 46

1   A. Um-hum.
2   Q. And a normal mode, I think. What were
3   the other modes of TOPS-20 that you could recall?
4   A. They weren't necessarily modes, as --
5   you might think of them as different parse trees,
6   to use your tree analogy. They were command sets
7   that would be made available or not available
8   depending on, in the case of privilege mode,
9   having a password. So you had to know the secret
10   code to then enable the parse tree that was called
11   privilege mode.
12   Q. Was there a different prompt
13   indicator --
14   A. There is.
15   Q. -- for the different command sets that
16   were available, if you will?
17   A. Yes. And TOPS-20 -- and I think VMS
18   used the same mode -- had a subcommand mode. So
19   you could -- I don't know if you would put a comma
20   at the end of the line or if it was just a -- it
21   knew you were going into the mode. I can't -- I
22   don't remember anymore. But it would then
23   double-prompt you. So if your prompt was, like, a
24   dollar sign, it would give you two dollar signs to
25   know you were in the subcommand mode. Or in the

Page 48

1   A. I can't say I recall that.
2   Q. Okay.
3   A. There could have been, but there's a
4   check through the documentation better than my
5   memory.
6   Q. Okay. How about a "set" command?
7   A. I'm pretty sure VMS had set, as well as
8   TOPS-20.
9   Q. Now, you're aware that Cisco later used
10   show commands, right?
11   A. (Witness nods head.)
12   Q. What was the purpose of the Cisco show
13   commands, in general? I know there were many.
14   MR. NEUKOM: Objection; vague and compound.
15   THE WITNESS: To take data from inside the
16   software and present it to a user.
17   Q. BY MR. FERRALL: Were you aware of a
18   feature of TOPS-20 called "exec," E-X-E-C?
19   A. Um-hum. Yes.
20   Q. What was that?
21   A. The exec was the piece of software in
22   the operating system who interacted with the user
23   and created the parser.
24   Q. We talked earlier about a privilege
25   mode in TOPS-20.

Page 47

1   privilege mode it would change the prompt from a
2   single dollar sign to, like, an "at" sign or a
3   "pound" sign. It would give you indication. And
4   usually there were ways to configure that so you
5   could tell it what you wanted it to do.
6   Q. And I think you said that you would
7   need a password, for example, to enter the
8   privilege mode?
9   A. In the ether TIP or the router software
10   that Cisco used. In TOPS-20 it was whether you
11   had a capability, you had an account that was
12   privileged.
13   Q. Was there a command or a -- something
14   you would enter in order to switch modes in
15   TOPS-20?
16   A. That was "enable."
17   Q. "Enable" was the command?
18   A. (Witness nods head.)
19   Q. Okay.
20   A. The magic word. All these commands are
21   are just a magic word that you agree will do a
22   function.
23   Q. Do you know, was there a configuration
24   mode in TOPS-20 to your knowledge?
25   A. TOPS-20 had the benefit of files. So,

Page 49

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Exhibit 405 is a one-page document
2  marked CSI-CLI-00746924.
3  Exhibit 406 begins CSI-CLI-01828732,
4  and for this document I'll read the last number
5  because I think we're all unclear whether it is
6  one versus multiple documents. This ends with
7  Bates stamp CSI-CLI-01828783.
8  Exhibit 407 begins Bates stamp
9  CSI-CLI-01295215.
10  And Exhibit 408 begins
11  CSI-CLI-01295181.
12  MR. NEUKOM:  Thanks all.
13  MR. FERRALL:  Agreed.  Thank you.
14  (The deposition concluded at 3:31 p.m.)
15  -oo0oo-
16
17
18
19
20
21
22
23
24
25
                                    Page 166

1  R E P O R T E R ' S   C E R T I F I C A T E
2
3
4  I, BROOKE R. BOHR, a Notary Public in
5  and for the State of Idaho, do hereby certify:
6  That prior to being examined, the
7  witness named in the foregoing deposition was by
8  me duly sworn to testify the truth, the whole
9  truth, and nothing but the truth;
10  That said deposition was taken down by
11  me in shorthand at the time and place therein
12  named and thereafter reduced into typewriting
13  under my direction, and that the foregoing
14  transcript contains a full, true, and verbatim
15  record of the said deposition.
16  I further certify that I have no
17  interest in the event of the action.
18  WITNESS my hand and seal March 30, 2016.
19
20
21
22
23  <%signature%>
24  Brooke R. Bohr
25  CSR No. 753
                                    Page 168

1  V E R I F I C A T I O N
2  I declare under penalty of perjury
3  under the laws that the foregoing is
4  true and correct.
5
6  Executed on _____ , 20___,
7  at _____, _____.
8
9
10
11
12  _____
13  WITNESS SIGNATURE
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 167

43 (Pages 166 - 168)