# ATTACHMENT 12

2337647-Kevin   Almeroth-1(rough).TXT

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED

1      This realtime draft is unedited and
2  uncertified and may contain untranslated
3  stenographic symbols, an occasional reporter's note,
4  a misspelled proper name and/or nonsensical word
5  combinations.
6      This is an unedited version of the
7  deposition transcript and should not be used in
8  place of a certified copy.  This document should not
9  be duplicated or sold to other persons or
10 businesses.  This document is not to be relied upon
11 in whole or in part as the official transcript.
12 This uncertified realtime rough draft version has
13 not been reviewed or edited by the certified
14 shorthand reporter for accuracy.  This unedited
15 transcript is computer-generated and random
16 translations by the computer may be erroneous or
17 different than that which will appear on the final
18 certified transcript.
19     Due to the need to correct entries prior
20 to certification, the use of this realtime draft is
21 only for the purpose of augmenting counsel's notes
22 and cannot be used to cite in any court proceeding
23 or be distributed to any other parties.
24     ACCEPTANCE OF THIS REALTIME DRAFT IS AN
25 AUTOMATIC FINAL COPY ORDER.

1

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
1                        INDEX

```
        2337647-Kevin  Almeroth-1(rough).TXT
   2

   3   Exhibit 1538   Opening Expert Report of Kevin
   4                  Almeroth Regarding Copying
   5
   6   Exhibit 1539   Rebuttal Expert Report of Kevin
   7                  Almeroth
   8
   9   Exhibit 1540   Expert Report of John R. Black, Jr.
  10
  11   Exhibit 1541   Handwritten document
  12
  13                         --oOo--
  14
  15
  16
  17
  18
  19
  20
  21
  22
  23
  24
  25
```

2

♀

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED

```
   1            San Francisco, California
   2            Tuesday, June 28, 2016
   3                   8:34 a.m.
   4
   5              P R O C E E D I N G S
```
Page 2

```
            2337647-Kevin  Almeroth-1(rough).TXT
 6             THE VIDEO OPERATOR:  Good morning.  We're
 7   on the record.  The time is 8:34 a.m., and the date
 8   is June 28th, 2016.  This begins the videotaped
 9   deposition of Dr. Kevin Almeroth.
10             My name is Sean Grant, here with our court
11   reporter, Carla Soares.  We're here from Veritext
12   Legal Solutions at the request of counsel for
13   defendant.
14             This deposition is being held at Keker &
15   Van Nest LLP in San Francisco, California.  The
16   caption of this case is Cisco Systems, Inc., versus
17   Arista Networks, Inc., Case No. 5:14-cv-05344-BLF.
18             Please note that audio- and
19   video-recording will take place unless all parties
20   have agreed to go off the record.  Microphones are
21   sensitive and may pick up whispers, private
22   conversations, or cellular interference.
23             At this time, will counsel please identify
24   themselves and state whom they represent.
25             MR. HOLMES:  Drew Holmes on behalf of
```

                                                              3

```
     REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
 1   Cisco as well as the witness from Quinn Emanuel.
 2             MS. McCLOSKEY:  David Silbert, Keker & Van
 3   Nest, on behalf of defendant Arista.
 4             MR. WONG:  Ryan Wong of Keker & Van Nest
 5   on behalf of Arista.
 6             THE VIDEO OPERATOR:  And also present?
 7             MR. BLACK:  I'm John Black.  I'm an expert
 8   witness for Arista.
```
                          Page 3

2337647-Kevin Almeroth-1(rough).TXT

20  characteristics of what those modes include, their
21  functionality and their role.
22      And I think if you compare that to what's
23  described on page 18 through 20, so, for example,
24  after paragraph 62 that talks about what those modes
25  are, how the modes can be used, that's at least part

268

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
1   of the concept of defining what the modes are that
2   have been copied.
3       I'm not sure how to describe it any other
4   way than it's the modes and the prompts.
5       Q   Okay. Looking at -- well, in any of these
6   places where you show the prompts, maybe the easiest
7   place is in your Exhibit 4, the prompt you list is
8   router angle bracket, right, for -- I'm looking on
9   page 1. And then the prompt for the -- what you
10  call the identical or similar Arista prompt is
11  switch angle bracket, right?
12      A   That's what I've identified as the -- as
13  an example.
14      Q   Okay. That's just an example.
15      A   Well, it's generally, for example, what
16  the host name would be, the convention is you can
17  include what the host name would be as part of
18  identifying what the prompt is. And that's in the
19  context of also using both the angle bracket, and
20  also the hash key to distinguish between which mode
21  you're in, and then as well as the use of the
22  parenthetical for config, and then also whether it's

Page 239

```
                    2337647-Kevin Almeroth-1(rough).TXT
     23    config, and then dash, and then the description or
     24    name of the interface.
     25             And so it's that concept of the prompts
```
269

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED

```
      1    and the use of the prompts to distinguish between
      2    the other modes.  And what's specifically being
      3    copied is that -- is that prompt itself.
      4        Q   And just looking at the prompts on page 1
      5    where it says router and switch, I think you said
      6    this, but in actual operation, the prompt that the
      7    user sees, it wouldn't say switch angle bracket,
      8    right?  It would be -- in normal operation, the user
      9    would see whatever name the user actually assigned
     10    to that particular switch to name it, right?  And
     11    then an angle bracket?
     12        A   It could be.  So if you had two -- two
     13    devices that had the same name, they would be the
     14    identical prompt.
     15        Q   You mean a Cisco device and an Arista
     16    device?
     17        A   Correct.
     18        Q   But if a person named the devices, had two
     19    switches in their network and named them
     20    differently, then they would see the name of the
     21    Cisco device, switch number 37, angle bracket, and
     22    then they'd see the name of the Arista device,
     23    switch number 82, angle bracket, right?
     24        A   So the convention would be the same, but
     25    the name might be different.  And you would still
```
270

```
            2337647-Kevin Almeroth-1(rough).TXT
    23   for reminding me, I'd like to designate this
    24   transcript as highly confidential, outside counsel
    25   only.
```
287

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED

```
     1                        --oOo--
     2
     3
     4
     5
     6
     7
     8
     9
    10
    11
    12
    13
    14
    15
    16
    17
    18
    19
    20
    21
    22
    23
    24
    25
```
288

2337647-Kevin Almeroth-1(rough).TXT