# ATTACHMENT 13

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1       UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3       SAN JOSE DIVISION

4

5    CISCO SYSTEMS,        )

6    INC.,                 )

7        Plaintiff,        )

8          vs.             ) No. 5:14-cv-05344-BlF (PSG)

9    ARISTA NETWORKS,      )

10   INC.,                 )

11       Defendant.        )

12   _____

13    CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

14

15       VIDEOTAPED DEPOSITION OF ANTHONY J. LI

16              Palo Alto, CA

17          Monday, February 1, 2016

18                 Volume I

19

20

21   Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR

22   CSR No. 11661

23   JOB No. 2224600

24

25   PAGES 1-258

Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3      SAN JOSE DIVISION

4

5 CISCO SYSTEMS,  )

6 INC.,     )

7  Plaintiff,  )

8    vs.  ) No. 5:14-cv-05344-BIF (PSG)

9 ARISTA NETWORKS,  )

10 INC.,    )

11  Defendant.  )

12 _____

13

14

15    CONFIDENTIAL INFORMATION UNDER THE

16 PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J. LI

17 taken on behalf of Defendant at WILSON, SONSINI,

18 GOODRICH & ROSATI, 601 South California Avenue,

19 Palo Alto, CA 94304, beginning at 9:13 a.m. and

20 ending at 4:17 p.m. on Monday, February 1, 2016,

21 before Susan F. Magee, RPR, CCRR, CLR, Certified

22 Shorthand Reporter No. 11661.

23

24

25

Page 2

---

1      I N D E X

2

3 CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

4 VIDEO DEPOSITION OF ANTHONY J. LI

5 Volume I

6 EXAMINATION BY      PAGE

7 BY MR. WONG      9

8 BY MR PAK      191

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

---

1 APPEARANCES:

2

3    For the Plaintiff:

4    QUINN, EMANUEL, URQUHART & SULLIVAN

5    BY: SEAN PAK, ESQ.

6    50 California Street

7    22nd Floor

8    San Francisco, CA 94111

9    (415) 875-6600

10    seanpak@quinnemanuel.com

11

12    For the Defendant:

13    KEKER & VAN NEST LLP

14    BY: RYAN WONG, ESQ.

15      BRIAN L. FERRALL, ESQ.

16    633 Battery Street

17    San Francisco, CA 94111-1809

18    (415) 773-6682

19    rwong@kvn.com

20    bferrall@kvn.com

21

22    The Videographer:

23    JEFREE ANDERSON

24

25

Page 3

---

1      E X H I B I T S

2 NUMBER    DESCRIPTION    PAGE

3

4 Exhibit 136  LinkedIn Profile (8 pages)  12

5 Exhibit 137  RFC Table (3 pages)  90

6 Exhibit 138  March 1995 RFC 1771, A Border  100

7    Gateway Protocol 4 (BGP-4) (57

8    pages)

9 Exhibit 139  December 1995 RFC 1887, An  105

10    Architecture for IPv6 Unicast

11    Address Allocation,

12    ARISTANDCA00025747-ARISTANDCA

13    00025772

14 Exhibit 140  June 1996 RFC 1966, BGP Route  111

15    Reflection, An Alternative to

16    Full Mesh IBGP,

17    ARISTANDCA00025927-ARISTANDCA

18    00025933

19 Exhibit 141  October 2008 RFC 2966,  116

20    Domain-Wide Prefix Distribution

21    with Two-Level IS-IS (16 pages)

22 Exhibit 142  August 1996 RFC 1997, BGP  119

23    Communities Attribute,

24    ARISTANDCA00026094-ARISTANDCA

25    00026098

Page 5

2 (Pages 2 - 5)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1    E X H I B I T S (continued) | 1      Palo Alto, CA, Monday February 1, 2016 |
| 2 NUMBER    DESCRIPTION      PAGE | 2      9:13 a.m. |
| 3 | 3 |
| 4 Exhibit 143  March 1998 RFC 2281, Cisco Hot  124 | 4     THE VIDEOGRAPHER:  Good morning.  We're on |
| 5      Standby Router Protocol (HSRP), | 5 the record at 9:13 a.m. on February 1st, 2016.  This  09:13:47 |
| 6      ARISTANDCA00026832-ARISTANDCA | 6 is the video recorded deposition of -- so sorry.  Of |
| 7      00026848 | 7 Anthony Li here with our court reporter Susan Magee. |
| 8 Exhibit 144  E-mail String Containing    143 | 8     My name is Jefree Anderson.  We are here |
| 9      9/22/92 E-mail from/to Toni Li, | 9 from Veritext Legal Solutions at the request of |
| 10      TS-00000066 | 10 counsel for the -- defendant or the plaintiff?    09:14:16 |
| 11 Exhibit 145  Procket Networks PRO/8000  163 | 11     MR. WONG:  Defendants. |
| 12      Series Software Introduction | 12     THE VIDEOGRAPHER:  For the defendant.  This |
| 13      (144 pages) | 13 deposition is being held at Wilson Sonsini at |
| 14 Exhibit 146  Procket Networks PRO/8000  164 | 14 601 California Avenue, Palo Alto, California.  The |
| 15      Series IPv6 Routing Protocols | 15 caption of this case is Cisco Systems, Incorporated  09:14:31 |
| 16      (180 pages) | 16 vs. Arista Networks, Incorporated.  The case number |
| 17 Exhibit 147  Procket Networks PRO/8000  164 | 17 is 5:14-cv-05344. |
| 18      Series System Management and | 18     Please note that audio and video recording |
| 19      Operations (604 pages) | 19 will take place unless all parties agree to go off |
| 20 Exhibit 148  Cisco's 6th Supplemental  167 | 20 the record, and microphones are sensitive and may  09:14:53 |
| 21      Response to Interrogatory NO. | 21 pick up whispers, private conversations and cellular |
| 22      16 and Response to | 22 interference; so please be aware of that. |
| 23      Interrogatory No. 19 Amended | 23     Beginning with our noticing attorney, |
| 24      Exhibit F (45 pages) | 24 please state your name and the firm you represent. |
| 25 Exhibit 149  List of Commands (1 page)  169 | 25     MR. WONG:  Ryan Wong from Keker & Van Nest  09:15:05 |
| Page 6 | Page 8 |
| 1    E X H I B I T S (continued) | 1 for defendant Arista Networks. |
| 2 NUMBER    DESCRIPTION      PAGE | 2     MR. FERRALL:  Brian Ferrall, Keker & Van |
| 3 | 3 Nest, also for Arista. |
| 4 Exhibit 150  1/20/96 E-mail from Toni Li to  183 | 4     MR. PAK:  Sean Pak of Quinn for Cisco. |
| 5      Bill W., CSI-CLI-00746246 | 5     THE VIDEOGRAPHER:  Thank you.    09:15:16 |
| 6 Exhibit 151  CSCdi14533, CSI-CLI-01339850  185 | 6     Will the court reporter please swear in the |
| 7 Exhibit 152  Group of E-mails Containing  239 | 7 witness. |
| 8      2/23/1996 E-mail from Tony Li | 8 |
| 9      to widmer@cisco.com, | 9     ANTHONY J. LI, |
| 10      CSI-CLI-00746331 - | 10 having been administered an oath, was examined and  09:15:19 |
| 11      CSI-CLI-00746347 | 11 testified as follows: |
| 12 | 12 |
| 13 | 13     EXAMINATION BY MR. WONG |
| 14 | 14 |
| 15 | 15   Q.  Good morning, Mr. Li.    09:15:29 |
| 16 | 16   A.  Good morning. |
| 17 | 17   Q.  Please state your full name. |
| 18 | 18   A.  Anthony Joseph Li. |
| 19 | 19   Q.  Do you live in the Bay Area, Mr. Li? |
| 20 | 20   A.  I do.    09:15:36 |
| 21 | 21   Q.  Please state your home address. |
| 22 | 22   A.  1218 Thurston Avenue, Los Altos, California |
| 23 | 23 94024. |
| 24 | 24   Q.  Mr. Li, do you understand that are you |
| 25 | 25 testifying here in response to a subpoena in this  09:15:46 |
| Page 7 | Page 9 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

| | |
|---|---|
| 1    A. That varies. I was a programmer at | 1 accessible to the system administrator. |
| 2 Digital Research working on CPM, so I was a | 2    Q. When you say "privileged," what do you mean |
| 3 developer in that role. Most of the others I was a | 3 by that? |
| 4 user. | 4    A. The system administration and management |
| 5    Q. When were you a programmer at        09:39:12 | 5 commands are -- cannot be executed by a normal user.  09:42:46 |
| 6 Digital Research? | 6    Q. Were there similar separations of command |
| 7    A. So I had two summer internships, the | 7 sets in any of the other operating systems that we |
| 8 summers of 1982 and 1981. | 8 discussed this morning? |
| 9    Q. What was the command -- strike that. | 9    A. Almost all have that kind of separation. |
| 10    Actually, what was the command syntax used   09:39:34 | 10    Q. What -- describe for me the separation in    09:43:08 |
| 11 for CPM? | 11 command sets that existed in TOPS-20. |
| 12    A. Again, it was very similar to use -- what | 12    A. As a user of TOPS-20, I don't recall the |
| 13 was used in TOPS-20 and VMS. Again, verb, noun and | 13 details of the administration commands, so I never |
| 14 qualifiers. | 14 used them. |
| 15    Q. What were some of the verbs that were used   09:39:52 | 15    Q. Were the administration commands in TOPS-20  09:43:25 |
| 16 in the command set for CPM? | 16 accessible to you as a user? |
| 17    A. I'm sorry. I've forgotten. | 17    A. No. |
| 18    Q. Do you recall any of the verbs that were | 18    Q. How were command sets separated in VAX/VMS? |
| 19 used in the command sets for TOPS-20? | 19    A. Again, there were privileged commands that |
| 20    A. Info, show, DIR. I've forgotten most of    09:40:07 | 20 one could use if you were a system administrator.    09:43:46 |
| 21 the others. | 21    Q. Was the term "privileged" a term that you |
| 22    Q. You mentioned MS-DOS as one of the command | 22 came up with, Mr. Li? |
| 23 line interfaces that you had worked with; correct? | 23    A. No. I'm sure that several of -- I've |
| 24    A. Mm-hmm. | 24 picked that up somewhere, but that is commonly used. |
| 25    Q. In what context did you work with MS-DOS?  09:40:30 | 25    Q. That is commonly used to describe what?    09:44:14 |
| Page 26 | Page 28 |

| | |
|---|---|
| 1    A. Just as a user. | 1    A. Throughout the industry to indicate that |
| 2    Q. And that was in the early 1980s? | 2 people -- certain administrators have abilities that |
| 3    A. At some point, yes. | 3 are past normal users. |
| 4    Q. You also mentioned UNIX as a system that | 4    Q. Was the term "privileged" commonly used at |
| 5 you have experience with; correct?        09:40:54 | 5 the time that you were working on VAX/VMS?    09:44:30 |
| 6    A. That's correct. | 6    MR. PAK: Objection. Calls for expert |
| 7    Q. In what context did you work with the UNIX | 7 testimony. |
| 8 operating system? | 8    BY MR. WONG: Q. Just to your |
| 9    A. I had access to a UNIX system as a user | 9 recollection, Mr. Li. |
| 10 starting in 1975.        09:41:03 | 10    A. Yes.        09:44:40 |
| 11    Q. Do you know how long UNIX has been in | 11    Q. And what facts are you basing that answer |
| 12 existence as an operating system? | 12 on? |
| 13    A. No, I don't. | 13    A. I was a system administrator for a VMS |
| 14    Q. And how many years did you work with the | 14 system. |
| 15 UNIX operating system?        09:41:22 | 15    Q. Did you use the term "privileged" to    09:44:50 |
| 16    A. I've been working with it on and off since | 16 describe commands that were accessible only to |
| 17 1975. | 17 system administrators at the time you were working |
| 18    Q. Can you describe for me how the UNIX CLI | 18 on VAX/VMS? |
| 19 worked? | 19    A. Probably. |
| 20    A. UNIX CLI is, again, a command and    09:42:06 | 20    Q. Was it likely that you were using that    09:45:03 |
| 21 parameters structure with a verb and then nouns and | 21 term? |
| 22 qualifiers behind it. | 22    A. Very likely. |
| 23    Q. Were all commands available to a UNIX user? | 23    Q. You mentioned VMCMS. What experience did |
| 24    A. There are commands that are not available | 24 you have working with VMCMS? |
| 25 that they are -- they're privileged and only    09:42:33 | 25    A. So USC maintained, in addition to numerous  09:45:27 |
| Page 27 | Page 29 |

8 (Pages 26 - 29)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1       I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4       That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21      Dated: February 3, 2016
22
23
24      Susan F. Magee
25      CSR No. 11661, RPR, CCRR, CLR

Page 258

66 (Page 258)