# ATTACHMENT 14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
     - - - - - - - - - - - - - - - - - - -x  Case No.
 5                                        :  5:14-cv-05344-BLF (PSG)
                                          :
 6   CISCO SYSTEMS, INC.,                 :
                                          :
 7                  Plaintiff,            :
                                          :
 8        vs.                             :
                                          :
 9   ARISTA NETWORKS, INC.,               :
                                          :
10                  Defendant.            :
                                          :
11   - - - - - - - - - - - - - - - - - - -x
12
13           VIDEOTAPED DEPOSITION OF GREG SATZ
14                    March 23, 2016
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16                       VOLUME 1
17
18
19
20
21   Reported by
22   Brooke R. Bohr
23   CSR No. 753
24   Job No 2272380
25   Pages 1 - 168
```

Page 1

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

### Page 2

```
 1      VIDEOTAPED DEPOSITION OF GREG SATZ,
 2   taken at the instance of the Defendant, at the
 3   offices of TUCKER & ASSOCIATES, 605 W. Fort
 4   Street, in the City of Boise, State of Idaho,
 5   commencing at 10:10 a.m., on March 23, 2016,
 6   before Brooke R. Bohr, CSR, RPR, a Notary Public
 7   in and for the State of Idaho, pursuant to notice,
 8   and in accordance with the applicable Rules of
 9   Civil Procedure.
10
11           A P P E A R A N C E S
12   FOR PLAINTIFF
         John M. Neukom, Esq.
13       QUINN EMAMUEL URQUHART & SULLIVAN LLP
         50 California Street, 22nd Floor
14       San Francisco, CA  94111
         (415) 875-6320
15       johnneukom@quinnemanuel.com
16   FOR DEFENDANT
         Brian L. Ferrall, Esq.
17       KEKER & VAN NEST LLP
         633 Battery Street
18       San Francisco, CA  94111
         (415) 391-5400
19       bferrall@kvn.com
20
21
22
23
24
25
```

### Page 3

```
 1              W I T N E S S
 2   GREG SATZ                               Page:
 3     Examination by Mr. Ferrall      5
 4     Examination by Mr. Neukom       151
 5     Further Examination by Mr. Ferrall   158
 6
                      * * * * *
 7
 8              E X H I B I T S
 9
                                              Page:
10
11   Exhibit 400   Greg Satz LinkedIn              13
12   Exhibit 401   "TOPS-20 DECnet-20 Programmers  22
                   Guide and Operations Manual"
13
     Exhibit 402   One-page Document with          36
14                 Bates No. KL-883
15   Exhibit 403   Document Beginning Bates No.    69
                   ARISTANDCA00022465
16
     Exhibit 404   Document Beginning Bates No.    84
17                 CSI-CLI-00359132
18   Exhibit 405   One-page Document Bates No.     106
                   CSI-CLI-00746924
19
     Exhibit 406   Document Bates No. CSI-CLI-01828732 112
20                 Through Bates No. CSI-CLI-01828783
21   Exhibit 407   Document Beginning Bates No.    141
                   CSI-CLI-01295215
22
23   Exhibit 408   Document Beginning Bates No.    143
                   CSI-CLI-01295181
24
25              * * * * *
```

### Page 4

```
 1              BOISE, IDAHO
 2          March 23, 2016, 10:10 a.m.
 3
 4         THE VIDEOGRAPHER:  We are now on the record.
 5         Please note that the microphones are
 6   sensitive and may pick up whispering and private
 7   conversations.  Please turn off all cell phones or
 8   place them away from the microphones as they can
 9   interfere with the deposition audio.  Recording
10   will continue until all parties agree to go off
11   record.
12         My name is David Cromwell, representing
13   Veritext.  The date today is March 23, 2016, and
14   the time is approximately 10:10 a.m.  This
15   deposition is being held at Tucker & Associates
16   located at 605 West Fort Street, Boise, Idaho
17   83702, and is being taken by counsel for the
18   defendant.
19         The caption of this case is Cisco
20   Systems, Inc. v. Arista Networks, Inc.  This case
21   is filed in the United States District Court,
22   Northern District of California, San Jose
23   Division, Case No. 5:14-CV-05344-BLF PSG.  The
24   name of the witness is Greg Satz.
25         At this time, the attorneys present in
```

### Page 5

```
 1   the room will identify themselves and the parties
 2   they represent.
 3         MR. FERRALL:  Brian Ferrall of Keker &
 4   Van Nest on behalf of Arista Networks.
 5         MR. NEUKOM:  John Neukom for the plaintiff.
 6         THE COURT:  Our court reporter, Brooke Bohr,
 7   representing Veritext, will swear in the witness,
 8   and we can proceed.
 9
10              GREG SATZ,
11   produced as a witness at the instance of the
12   Defendant, having been first duly sworn, was
13   examined and testified as follows:
14
15              EXAMINATION
16   BY MR. FERRALL:
17     Q.  Good morning, Mr. Satz.  Can you please
18   state your full name.
19     A.  Greg Leonard Satz.
20     Q.  Mr. Satz, you are not represented by
21   counsel today; is that right?
22     A.  Correct.
23     Q.  Have you ever been deposed before?
24     A.  I have.
25     Q.  All right.  So you know the basic
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 26**

```
 1   "Stanford Ethertip/Gateway User and Configuration
 2   Guide."
 3       A.  Yeah.
 4       Q.  Had you ever seen this before?
 5       A.  I'm sure I have.  I don't have a
 6   recollection of it, and I don't remember this date
 7   at all.  This is a pretty late date.
 8       Q.  Do you know Glenn Truitt?
 9       A.  I do.
10       Q.  What did he work on at Stanford?
11       A.  I no longer remember.  I do know that
12   he had his hands in this software, but a lot of
13   people did.  Jeffrey Mobile, Benji Levy.  This
14   was -- this code was a lot of research work.  And
15   so if one of the graduate students felt there was
16   an application they wanted to experiment with,
17   this really was the beginning of what then became
18   the multi-protocol router and Cisco's router.
19   So -- oh, yeah, there's some really old -- really
20   old stuff here.
21       Q.  Did you become familiar with some of
22   the commands from this device?
23       A.  Yes.
24       Q.  Yeah?  How did you become familiar with
25   it?
```

**Page 27**

```
 1       A.  Well, we were users of these devices
 2   when I -- the state of the art back then, before
 3   there were all of these computers and laptops, is
 4   you used a basic terminal with RS232 into some
 5   device that converted the commands into network
 6   protocols and used that across the network to talk
 7   to mainframes.  That was state of the art.
 8           So on my desk at Stanford and at SRI
 9   was these computers that were just terminals.
10   They -- all they did was take a capture of
11   keypress and generate a character.  And that
12   character was shipped across the network
13   somewhere.  And the computer would get that
14   character, do something with it, and ship you back
15   the output.
16           So that's what a TIP was, terminal
17   interface processor.  It allowed you to take an
18   RS232 terminal and sit on the network without
19   talking to the computer directly.  And I think
20   Kirk was responsible for gluing the TIP and the
21   Gateway software together, because they were two
22   different software bases.
23       Q.  So if I could ask you to turn to Page 6
24   of that Exhibit 36.
25       A.  Okay.
```

**Page 28**

```
 1       Q.  This was a -- begins a section called
 2   "privileged commands."  Do you see that?
 3       A.  Um-hum.  I do.
 4       Q.  And were you aware of a privileged mode
 5   in this -- in the TIP Gateway?
 6       A.  Sure.
 7       Q.  Explain what was the purpose of the
 8   privilege mode there.
 9       A.  It mimicked the TOPS-20 style of
10   parsing, and it -- there were commands that people
11   would use to just have the device do what it does
12   day-to-day, and there were commands that
13   administrators or users who needed to maintain the
14   device in the network would use.  And so privilege
15   commands were the latter set, and TOPS-20 had a
16   very similar model.
17       Q.  And this document says in the -- I
18   guess in the second sentence, it's -- or I'll read
19   the first sentence also:  There's a second set of
20   commands available to the Ethertip user.  The two
21   command levels are disjoint.  That is, the
22   privileged mode is not a superset of the normal
23   mode.
24           Do you see that?
25       A.  Um-hum.
```

**Page 29**

```
 1       Q.  So what did you understand to be the
 2   purpose of the normal mode, then, as opposed to
 3   the privileged mode?
 4       A.  Day-to-day users don't need privileged
 5   mode.  They go in, they make their connections,
 6   they do what they do to get their work done, and
 7   that's the extent of their relationship to the
 8   software.
 9           The people who administer the device
10   and who might need to add a new feature or upgrade
11   the software would have to use privileged mode.
12   And it is a complete separate set of functions.
13           And in particular for the programmers,
14   they -- you know, they made a mistake, and they've
15   got to go figure out why something is not working,
16   especially for research work.
17       Q.  I want to ask about some of the
18   commands that follow here on Page 6.
19   "Access.lists," I see under 3.1.
20       A.  Um-hum.
21       Q.  Was that a command you were familiar
22   with?
23       A.  That's a very common and important
24   command.
25       Q.  What is an access.list command?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Exhibit 405 is a one-page document
 2    marked CSI-CLI-00746924.
 3        Exhibit 406 begins CSI-CLI-01828732,
 4    and for this document I'll read the last number
 5    because I think we're all unclear whether it is
 6    one versus multiple documents.  This ends with
 7    Bates stamp CSI-CLI-01828783.
 8        Exhibit 407 begins Bates stamp
 9    CSI-CLI-01295215.
10        And Exhibit 408 begins
11    CSI-CLI-01295181.
12        MR. NEUKOM:  Thanks all.
13        MR. FERRALL:  Agreed.  Thank you.
14        (The deposition concluded at 3:31 p.m.)
15                -oo0oo-
```
Page 166

```
 1            REPORTER'S CERTIFICATE
 2
 3
 4        I, BROOKE R. BOHR, a Notary Public in
 5    and for the State of Idaho, do hereby certify:
 6        That prior to being examined, the
 7    witness named in the foregoing deposition was by
 8    me duly sworn to testify the truth, the whole
 9    truth, and nothing but the truth;
10        That said deposition was taken down by
11    me in shorthand at the time and place therein
12    named and thereafter reduced into typewriting
13    under my direction, and that the foregoing
14    transcript contains a full, true, and verbatim
15    record of the said deposition.
16        I further certify that I have no
17    interest in the event of the action.
18        WITNESS my hand and seal March 30, 2016.
19
20
21
22
23        <%signature%>
24        Brooke R. Bohr
25        CSR No. 753
```
Page 168

```
 1            VERIFICATION
 2    I declare under penalty of perjury
 3    under the laws that the foregoing is
 4    true and correct.
 5
 6    Executed on _____, 20___,
 7    at _____, _____.
 8
 9
10
11
12    _____
13    WITNESS SIGNATURE
```
Page 167

43 (Pages 166 - 168)