1    KEKER & VAN NEST LLP
     ROBERT A. VAN NEST - # 84065
2    rvannest@kvn.com
     BRIAN L. FERRALL - # 160847
3    bferrall@kvn.com
     DAVID SILBERT - # 173128
4    dsilbert@kvn.com
     MICHAEL S. KWUN - # 198945
5    mkwun@kvn.com
     633 Battery Street
6    San Francisco, CA 94111-1809
     Telephone:    415 391 5400
7    Facsimile:    415 397 7188

8    Attorneys for Defendant ARISTA NETWORKS, INC.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12   CISCO SYSTEMS, INC.,                  Case No. 5:14-cv-05344-BLF (NC)

13              Plaintiff,                 **ATTACHMENTS 23 THROUGH 35 TO
                                           NOTICE OF PUBLIC FILING OF**
14         v.                              **EXHIBITS IN RESPONSE TO COURT'S
                                           OMNIBUS ORDER REGARDING**
15   ARISTA NETWORKS, INC.,                **SEALING MOTIONS TO MOTIONS FOR
                                           SUMMARY JUDGMENT (ECF 487 re:**
16              Defendant.                 **ECF 328, 378, 393)**

17
                                           Judge:      Hon. Beth Labson Freeman
18
                                           Date Filed: December 5, 2014
19
                                           Trial Date: August 1, 2016
20

21

22

23

24

25

26

27

28

1112729.01

1    Dated:  September 6, 2016                          KEKER & VAN NEST LLP

2

3                                                By:   */s/ Brian L. Ferrall*
                                                       ROBERT A. VAN NEST
4                                                      BRIAN L. FERRALL
                                                       DAVID SILBERT
5                                                      MICHAEL S. KWUN

6                                                      Attorneys for Defendant ARISTA
                                                       NETWORKS, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1112729.01