# ATTACHMENT 25

# EXHIBIT 8

| | |
|---|---|
| **From:** | Jim Forster <forster@cisco.com> |
| **To:** | John T Chapman ((jchapman)) <jchapman@cisco.com> |
| **CC:** | dist-eng-cisco-fellows \(mailer list\) <dist-eng-cisco-fellows@cisco.com>;Alon Bernstein \(alonb\) <alonb@cisco.com>;Harsh Parandekar \(harsh\) <harsh@cisco.com>;Dinesh Khurana \(dkhurana\) <dkhurana@cisco.com> |
| **Sent:** | 10/6/2005 6:17:03 PM |
| **Subject:** | Re: Is there any standardization of Cisco CLI? |

As a criteria for market entry, the MSOs (Multi-System Operators - our customers) have mandated that our competitors duplicate our CLI (Command Line Interface which is the language used on the router console) for the Cable Interface Commands, pretty much word for word with only minor differences. While this has not a problem to date, now during the DOCSIS 3.0 standardization process, we have been approached by our customers and competitors to standardize our CLI ahead of time for DOCSIS 3.0.

Wow!  Michelle must be having fun.

We evaluated this internally and chose to not standardize the CLI at this time. Instead, we want to retain the CLI as a competitive advantage.  Our competitors may still try and generate a standardized CLI amongst themselves. CableLabs will probably not endorse it near term (at our request) but may longer term.  The next scenario occurs when our customers demand that we adopt the CLI of our competitors rather than the other way around. The worst

Yeah, I think you all made the right call.   At best it would have made the development process incredibly difficult; at worst it would given up some competitive advantage.   I guess the competitors can copy our stuff after the fact, and there may emerge consensus on basics, and that's all good -- it shows our leadership and then we can continue to lead with changes as appropriate.

  -- Jim

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-02918192