# ATTACHMENT 26

# EXHIBIT 9C

- I'm ... ent at Cis...

© 2002, Cisco Systems, Inc. All rights reserved.
4858_04_2002

1

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER                                                                                   CSI-ANI-00252097

# Cisco IOS® Configuration Interface – The Story



- **Clear demand for a powerful and flexible programmatic interface directly to Cisco IOS**
- **Cisco IOS CLI current de-facto standard**
  - Pro: powerful, complete, familiar, good for humans
  - Con: Not a good model for programmatic access, sometimes not consistent between releases, performance issues
- **SNMP available for monitoring, but unlikely to provide complete configuration capability**
- **Strong interest in XML-based approach**

Martin McNealis    Cisco Confidential



© 2002, Cisco Systems, Inc. All rights reserved.
4858_04_2002

96

CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

CSI-ANI-00252193