# ATTACHMENT 28



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360284

# October 23rd 2008 Announcement

1) **Name Changed from Arastra to Arista Networks**

2) **Cloud Networking™ Platform**

3) **Arista Appoints Executive Leadership**

- **Jayshree Ullal appointed as President and CEO**
- **Andy Bechtolsheim named Chairman and CDO**
- **David Cheriton named Chief Scientist**
- **Ken Duda named Vice President of Software Engineering**

   

| **Ullal** | **Bechtolsheim** | **Cheriton** | **Duda** |

ARISTA                                                                                2

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CSI-CLI-06360285

# Overview

| About Arastra |
| Market Overview |
| Cloud Networking |
| Product Overview |
| EOS |

ARISTA

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360286

# Company Mission

**Deliver best-of-breed switching solutions for cloud networks that provide the reliability, availability, and scalability that datacenter customers demand**



ARISTA

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360287



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360288



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360289



The Internet empowers people with the ability to instantly communicate data and voice content such as music, pictures, and videos, and to access information in new contexts such as e-mail, and online business and entertainment applications.

> SAN Applications
>
> Disaster recovery
>
> Streaming media

The throughput capacity (potential I/O bandwidth) of Ethernet NIC technology (1 Mbit/s 10 Mbit/s 100 Mbit/s 1GbE/and now 10GbE) has been growing faster than CPU technology's ability to process the protocols associated with the data stream.

With each advance in Ethernet technology, state-of-the-art CPU technology falls farther behind. This problem is even worse for embedded systems, which are typically much more constrained with respect to power consumption or thermal dissipation and therefore are less able to simply toss more CPU cycles at the problem—as can be done in high-end server class processing systems.

10 GbE Ports/ Rev/ASP

| 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|
| 295 | 703 | 2007 | 4165 | 7485 |
| $1.2B | $1.7B | $2.8 | $3.5 | $4.2 |
| $4K | $2.5K | $1.4K | $848 | $569 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360290



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360291





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360292



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CSI-CLI-06360293



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360294

# What is "Cloud *Computing*"?

*An emerging computing paradigm where data and services reside in massively scalable data centers and can be ubiquitously accessed from any connected devices over the internet.*



Businesses, from startups to enterprises

4+ billion phones by 2010

Web 2.0-enabled PCs, TVs, etc.

Source: IBM

ARISTA

12

12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            CSI-CLI-06360295



**The Cloud Evolution**

| | Classical Enterprise Datacenter Networks | Cloud Computing Datacenter Networks |
|---|---|---|
| Number of Servers | 100s to 1,000s | 10,000s to 100,000s |
| Network Throughput | Gigabits to Terabit/sec | Multi Terabits to 100 Terabits/sec |
| Network Services | Expensive Add-ons | Integrated/Extensible |
| Network Management | Distributed, Box Based | Orchestrated |

ARISTA

13

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360297

# Cloud Datacenter Network Requirements



| Requirements |
| --- |
| 10,000s of Servers |
| Non-Blocking Network |
| 1/10 GigE to Server |
| 10/40/100 GigE Core |
| L2 (edge), L3 (core) |
| 24x7 Availability |
| Power Efficiency |
| Cost Effectiveness |

**Network Throughput Drives Overall Server Utilization**

ARISTA

15

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360298



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360299



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360300





18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360301



19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360302



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360303



# Fiber Optics and Copper Cabling

**10GbE SFP+**

| SFP+ Type | Media | Max Distance |
|---|---|---|
| 10GBASE-SRL | 50 micron MMF | 100m |
| 10GBASE-SR | 50 micron MMF | 300m |
| 10GBASE-LR | 9 micron SMF | 10km |
| 10GBASE-LRM | 62.5 micron MMF | 220m |

**10GbE Cables**

| Cable Type (SFP+ connectors at both ends) | Media | Max Distance |
|---|---|---|
| 10GBASE-CR | Twinax Cable | 1m |
| 10GBASE-CR | Twinax Cable | 2m |
| 10GBASE-CR | Twinax Cable | 3m |
| 10GBASE-CR | Twinax Cable | 5m |

**GbE SFP**

| SFP Type | Media | Max Distance |
|---|---|---|
| 1000BASE-SX | 50 micron MMF | 550m |
| 1000BASE-LX | 9 micron SMF | 10km |
| 1000BASE-T | Cat-5 | 100m |
| | | |

ARISTA

21

21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360304



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360305

# Legacy Monolithic Software Architecture

CLI, SNMP, HTTP,
AAA, IGMP, OSPF,
Bridging, Spanning Tree
Secure Shell, SysLog
on top of Real time kernel

Switch Hardware

- All tasks are directly linked to and released as part of kernel
- A single bug in the code base can bring the entire switch down
- No mechanism for fault isolation

*This is how almost all Ethernet switches in the market work today*

ARISTA

23

23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Arista EOS™ Extensible Operating System

CLI, SNMP, HTTP,
AAA, IGMP, OSPF,
Bridging, Spanning Tree
Secure Shell, SysLog
on top of Real time kernel

Switch Hardware

CLI | SNMP | HTTP | AAA | IGMP | OSPF | Bridging | SpanTree | SSH | SysLog

Protected OS Kernel

Switch Hardware

**Legacy Approach**

All tasks directly linked to,
and released as part of kernel

**Arista EOS**

All tasks separate processes
on top of embedded Linux

ARISTA                                    24

24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    CSI-CLI-06360307



25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360308



# Arista EOS Advantages

CLI, SNMP, HTTP,
AAA, IGMP, OSPF,
Bridging, Spanning Tree
Secure Shell, SysLog
on top of Real time kernel
Switch Hardware

CLI
SNMP
HTTP
AAA
IGMP
OSPF
Bridging
SpanTree
SSH
SysLog
Protected OS Kernel
Switch Hardware

| | Legacy Approach | EOS Approach |
|---|---|---|
| Reliability | Single bug in any component can crash the entire switch | Multiple protected address spaces with self healing dynamic reconfiguration |
| Updates/ Upgrades | Requires full image upgrade and reboot | Components patched and updated individually while in service (ISSU) |
| 3rd Party Applications | Limited customization ability | Open platform customizable to different products and application domains |
| Feature Velocity | New features require full image release cycle | Each feature within own address space can be released separately |
| Management | Standard CLI and SNMP Interfaces | |

ARISTA 26

27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CSI-CLI-06360310

## Customer References


"We are deploying 3 Terabits of non-blocking switch capacity in our CDN and evaluated everyone and were impressed with the Arista reliability, robustness, and extensibility."
**– Perry Wu, Co-Founder, CEO, BitGravity**


"To maintain our cutting edge R&D computing capabilities we selected the Arista switches because they provide the density, reliability and low latency attributes our cluster, storage and network infrastructure require"
**– Mark Seager, Lawrence Livermore National Laboratory**


"We are developing extensions for Arista's EOS that will enable it to be integrated in large scale distributed systems, providing major new capabilities for network services that can quickly adjust to changing traffic requirements."
**– Joe Mambretti, Director iCAIR Northwestern University**

ARISTA

28

28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360311



**Cloud
Networking**

ARISTA

29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CSI-CLI-06360312

| BEGINPRODID | ENDPRODID | AUTHOR | CUSTODIAN | EDFOLDER |
|---|---|---|---|---|
| CSI-CLI-06360284 | CSI-CLI-06360312 | Mark Foss | bock-bock.cisco.com | \bock-bock.cisco.com\wiki_file\User_3ARosterb e_3AArista_3ACONFIDENTIAL |

| FILENAME | TITLE | DOCEXT |
|---|---|---|
| Company_Overview.ppt | Company_Overview.ppt | ppt |



## User pages, Roy Osterberg, Arista    CONFIDENTIAL

All the attachments on this page

### Attachments

6 files: showing latest revision only (show all file revisions & download statistics)

| # ▾ | Filename | Size | Uploaded by | Uploaded on | Revisions |
|-----|----------|------|-------------|-------------|-----------|
| 1 | california_reseller_certificate.pdf | 62 KB | Chsion Duncan | Thu 6 Nov 2008 10:06 | |
| 2 | Company_Overview.ppt | 1.7 MB | Chsion Duncan | Wed 5 Nov 2008 21:45 | |
| 3 | credit_application_electronic.pdf | 107 KB | Chsion Duncan | Thu 6 Nov 2008 10:08 | |
| 4 | ProductEvaluation.pdf | 71 KB | Chsion Duncan | Thu 6 Nov 2008 10:06 | |
| 5 | sales_expert_training.ppt | 2.8 MB | Chsion Duncan | Wed 5 Nov 2008 21:41 | |
| 6 | support_expert_training.ppt | 2.9 MB | Chsion Duncan | Wed 5 Nov 2008 21:41 | |

CSI-CLI-06360731



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential





© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID



Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID

Cisco Confidential

© 2007 Cisco Systems, Inc.  All rights reserved

Presentation_ID

8





© 2007 Cisco Systems, Inc. All rights reserved.

Cisco Confidential

Presentation_ID

10



Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID

© 2007 Cisco Systems, Inc. All rights reserved.

Cisco Confidential

Presentation_ID

12

13

Presentation_ID      © 2007  Cisco Systems, Inc. All rights reserved.      Cisco Confidential



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID



© 2007 Cisco Systems, Inc. All rights reserved.     Cisco Confidential

Presentation_ID



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID

© 2007 Cisco Systems, Inc. All rights reserved.

Cisco Confidential

Presentation_ID

21

22

Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved

Presentation_ID



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID

23



24

Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID

© 2007 Cisco Systems, Inc. All rights reserved.     Cisco Confidential     Presentation_ID     26

© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID

27



© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID

29

30

Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID



Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID

33

Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID

Cisco Confidential

© 2007 Cisco Systems, Inc. All rights reserved.

Presentation_ID

© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID

35

© 2007 Cisco Systems, Inc. All rights reserved. Cisco Confidential



© 2007 Cisco Systems, Inc. All rights reserved.

Cisco Confidential

Presentation_ID

37











© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential

Presentation_ID

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS, INC.,        )
                                 )
 6                  Plaintiff, )
                                 )
 7      vs.                      )Case No. 5:14-cv-05344-BLF (PSG)
                                 )
 8   ARISTA NETWORKS, INC.,      )
                                 )
 9                  Defendant. )
                                 )
10   _____ )

11

12

13         VIDEOTAPED DEPOSITION OF DREW PLETCHER

14

        HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

15

16

17

18

19   Date and Time:  Thursday, May 26, 2016
                     9:34 a.m.

20

21

     Location:       Wilson Sonsini Goodrich & Rosati
22                   650 Page Mill Road
                     Palo Alto, CA  94304

23

24

     Reported by:    Cammi R. Bowen, CSR-13492
25   PAGES 1 - 327

                                              Page 1
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1         A P P E A R A N C E S :
 2  For the Plaintiff:  QUINN EMANUEL URQUHART & SULLIVAN LLP
                        50 California Street
 3                      22nd Floor
                        San Francisco, CA  94111
 4                      Tel:  (415) 875-6328
                        E-mail:  Carlanderson@quinnemanuel.com
 5                      BY:  CARL G. ANDERSON, ESQ.
 6
 7  For the Defendants:  KEKER & VAN NEST LLP
                         633 Battery Street
 8                       San Francisco, CA  94111-1809
                         Tel:  (415) 676-2248
 9                       E-mail:  Emccloskey@kvn.com
                         BY:  ELIZABETH K. MCCLOSKEY, ESQ.
10
11       WILSON SONSINI GOODRICH & ROSATI
         One Market Plaza
12       Spear Tower, Suite 3300
         San Francisco, CA  94105-1126
13       Tel:  (415) 947-2077
         BY:  BEN LABOW, ESQ.
14
15  Also Present:    Andrea Baker, Videographer
16
17
18
19
20
21
22
23
24
25
```
Page 2

```
 1                  INDEX
 2  EXAMINATIONS:                    PAGE
 3  By Ms. McCloskey.............................    7
 4
 5            EXHIBITS
 6  Defendant
    Exhibit No.    Description        Ident.
 7
    Exhibit
 8  1200   LinkedIn profile of Drew Pletcher..  11
 9  Exhibit  Document entitled "Information
    1201   about CSI-ANI-00056464"............  100
10
    Exhibit  Document entitled "Arista
11  1202   Competitive Overview," Bates
           number CSI-ANI-00056464............  100
12
    Exhibit  Document Bates-stamped
13  1203   CSI-CLI-02046570 through
           CSI-CLI-02046586...................  124
14
    Exhibit  Document Bates-numbered
15  1204   CSI-ANI-00056404...................  133
16  Exhibit  Document Bates-numbered
    1205   CSI-ANI-00056218..................  170
17
    Exhibit  Document Bates-numbered
18  1206   CSI-CLI-01386563 through
           CSI-CLI-01386605...................  174
19
    Exhibit  Document Bates-numbered
20  1207   CSI-ANI-00060446...................  175
21  Exhibit  Document Bates-numbered
    1208   CSI-CLI-06360727..................  185
22
    Exhibit  Document Bates-stamped
23  1209   CSI-ANI-0078409...................  190
24  Exhibit  Document Bates-stamped
    1210   CSI-CLI-02415384..................  196
25
```
Page 3

```
 1            EXHIBITS - CONTINUED
 2  Exhibit  Document Bates-numbered
    1211   CSI-ANI-00501435..................  202
 3
    Exhibit
 4  1212   Withdrawn due to privilege.........  216
 5  Exhibit
    1213   Withdrawn due to privilege.........  217
 6
    Exhibit  Document Bates-stamped
 7  1214   CSI-ANI-00094857..................  221
 8  Exhibit  Document Bates-stamped
    1215   CSI-ANI-00103051..................  230
 9
    Exhibit  Document Bates-stamped
10  1216   CSI-ANI-00447896..................  242
11  Exhibit  Document Bates-stamped
    1217   CSI-ANI-00452262..................  248
12
    Exhibit  Document Bates-stamped
13  1218   CSI-CLI-01793755..................  251
14  Exhibit  Document Bates-stamped
    1219   CSI-ANI-00047560..................  258
15
    Exhibit  Document Bates-stamped
16  1220   CSI-ANI-00067670..................  261
17  Exhibit  Document Bates-stamped
    1221   CSI-ANI-00068924..................  265
18
    Exhibit  Document Bates-stamped
19  1222   CSI-CLI-03217927..................  266
20  Exhibit  Document Bates-stamped
    1223   CSI-CLI-03218116..................  273
21
    Exhibit  Document Bates-stamped
22  1224   Bates-labeled CSI-ANI-00090840.....  277
23  Exhibit  Document Bates-stamped
    1225   CSI-ANI-00092393..................  280
24
25
```
Page 4

```
 1         EXHIBITS - CONTINUED
 2  Exhibit  Document Bates-stamped
    1226   CSI-ANI-00105641..................  284
 3
    Exhibit  Document Bates-stamped
 4  1230   CSI-ANI-00105548..................  288
 5  Exhibit  Document Bates-stamped
    1231   CSI-ANI-00468988..................  294
 6
    Exhibit  Document Bates-stamped
 7  1232   CSI-ANI-00104628..................  297
 8  Exhibit  Document Bates-stamped
    1233   CSI-CLI-02305746..................  299
 9
    Exhibit  Document Bates-labeled
10  1234   CSI-ANI-00101669..................  301
11
12  EXHIBITS PREVIOUSLY MARKED              PAGE
13  807                       148
14  877                       179
15
16       WITNESS INSTRUCTED NOT TO ANSWER
17       PAGE    LINE
18       148      6
19       179     25
20
21
22
23
24
25
```
Page 5

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1    THE VIDEOGRAPHER:  Good morning.  We are on  09:13:56
2  the video record.  The time is 9:34 a.m.  Today's  09:34:13
3  date is May 26th, 2016.  My name is Andrea Baker,  09:34:17
4  here with our court reporter, Cammi Bowen.  We are  09:34:21
5  here from Veritext Legal Solutions.  The deposition  09:34:25
6  is being held at 650 Page Mill Road in Palo Alto,  09:34:28
7  California.  09:34:32
8    The case caption is Cisco Systems, Inc. vs.  09:34:32
9  Arista Networks, Inc.  Case number  09:34:38
10  5:14-cv-05344-BLF.  09:34:43
11    Will all counsel please state their name  09:34:44
12  for the record and who they represent.  09:34:47
13    MS. MCCLOSKEY:  Elizabeth McCloskey of  09:34:49
14  Keker & Van Nest on behalf of Arista Networks.  09:34:53
15    MR. LABOW:  Ben Labow from Wilson Sonsini  09:34:55
16  on behalf of Arista.  09:34:58
17    MR. ANDERSON:  Carl Anderson for Cisco  09:34:59
18  Systems and the witness.  09:35:03
19    THE VIDEOGRAPHER:  Will the court reporter  09:35:04
20  please swear in the witness.  09:35:05
21    THE COURT REPORTER:  Raise your right hand,  09:35:05
22  please.  09:35:05
23    Do you swear to tell the truth, the whole  09:35:05
24  truth, and nothing but the truth?  09:35:05
25    WITNESS:  I do.  09:35:13

Page 6

1    THE VIDEOGRAPHER:  Please begin.  09:35:13
2    DREW PLETCHER,  09:35:11
3  being first duly affirmed by the Certified Shorthand  09:35:11
4  Reporter to tell the truth, the whole truth, and  09:35:11
5  nothing but the truth, testified as follows:  09:35:11
6    EXAMINATION  09:35:11
7  BY MS. MCCLOSKEY:  09:35:11
8    Q.  Good morning, Mr. Pletcher.  09:35:15
9    A.  Good morning.  09:35:16
10    Q.  We met briefly off the record, but I'm  09:35:17
11  Lizzy McCloskey, and I represent defendant Arista  09:35:18
12  Networks in this action, and I'll be asking you some  09:35:22
13  questions today.  09:35:25
14    A.  Okay.  09:35:26
15    Q.  Can you please state your full name for the  09:35:26
16  record.  09:35:28
17    A.  Yes.  My full name is Andrew Albert  09:35:28
18  Pletcher.  09:35:30
19    Q.  Do you understand that you're under oath  09:35:31
20  today?  09:35:32
21    A.  I do.  09:35:32
22    Q.  Do you understand that you're required to  09:35:32
23  answer truthfully?  09:35:34
24    A.  Yes, I do.  09:35:35
25    Q.  And do you understand that you are  09:35:35

Page 7

1  testifying under penalty of perjury?  09:35:37
2    A.  Yes, I do.  09:35:39
3    Q.  Is there any reason you can't provide  09:35:40
4  truthful testimony today?  09:35:43
5    A.  No, there's not.  09:35:44
6    Q.  Have you ever testified in a deposition  09:35:45
7  before?  09:35:48
8    A.  Yes, I have.  09:35:49
9    Q.  So you -- I assume you know the ground  09:35:50
10  rules, but I'll just cover a couple of them quickly.  09:35:52
11    If you don't understand any question that I  09:35:55
12  ask, let me know and I'll clarify it for you.  09:35:58
13    And -- and this is a good time to tell you  09:36:00
14  that it's important that you give audible answers so  09:36:03
15  that the court reporter can write down everything  09:36:06
16  that you say.  09:36:08
17    A.  Understand.  09:36:10
18    Q.  And if you answer a question, I will assume  09:36:10
19  that you understand my question.  09:36:13
20    Did you do anything to prepare for your  09:36:15
21  deposition today?  09:36:18
22    A.  The only preparation was to review my  09:36:21
23  previous deposition testimony.  09:36:24
24    Q.  Did you meet with anyone to prepare for  09:36:28
25  your deposition today?  09:36:32

Page 8

1    A.  Met with Carl Anderson.  09:36:34
2    Q.  When did you and Mr. Anderson meet?  09:36:40
3    A.  Yesterday.  09:36:43
4    Q.  How long did you meet for?  09:36:43
5    A.  It was about four hours, five hours,  09:36:48
6  roughly.  09:36:51
7    Q.  Did you -- did you meet with Mr. Anderson  09:36:52
8  in person?  09:36:55
9    A.  Yes.  09:36:55
10    Q.  Okay.  Did you discuss your deposition with  09:36:55
11  anyone, other than Mr. Anderson?  09:36:58
12    A.  No, I have not.  09:37:00
13    Q.  Did you discuss your deposition with anyone  09:37:01
14  else from Cisco?  09:37:05
15    A.  No, I have not.  09:37:05
16    Q.  Did you review any documents yesterday with  09:37:06
17  Mr. Anderson?  09:37:07
18    MR. ANDERSON:  Going to caution the witness  09:37:07
19  not to reveal the contents of any privileged  09:37:09
20  attorney-client communications.  If you can answer  09:37:12
21  the question without revealing privileged  09:37:14
22  communications, you can do so.  09:37:17
23    THE WITNESS:  We reviewed the -- my  09:37:19
24  testimony from the previous deposition for the ITC  09:37:23
25  Section 2 case.  09:37:29

Page 9

3 (Pages 6 - 9)

Q. Did you know any of the early people in
that time, 2008 time period, who worked at Cisco?
I mean -- excuse me -- who worked at
Arista?
A. I had met Andy Bechtolsheim, you know, at
some point. I knew Mark Foss. I had worked with
him on some projects when I was in one of the
business units.
At that time, I -- I really didn't know a
lot of the people. As they progressed, you know --
in 2009, 2010, as they were hired, there were other
people that I knew.
Q. To the best of your understanding, when was
the first time that Cisco became aware of Arista as
a competitor?
MR. ANDERSON: Objection. Lacks
foundation, calls for speculation.
THE WITNESS: Don't know. I -- I know when
I became aware of it, only because they were
positioning into a space that I focused on.
BY MS. MCCLOSKEY:
Q. Well, in 2008, when you became aware of
Arista, did you talk to other people at Cisco about
Arista?
A. No.

Page 98

Q. You don't recall any conversations?
A. I don't recall -- I don't recall
conversations, no.
Q. To the best of your recollection, who at
Cisco was first tasked with learning more about
Arista?
MR. ANDERSON: Objection. Lacks
foundation.
THE WITNESS: The team that I mentioned
previously under Roy Osterberg, would have been the
team to look at that.
BY MS. MCCLOSKEY:
Q. Do you have any understanding of when Roy
Osterberg's team started to learn more about Arista?
A. No.
Q. When you wanted to learn more about Arista
personally, did you access -- did you rely on any
other types of sources beyond, as you said, Arista's
marketing?
A. Data sheets, public data sheets.
Q. What about from customers?
A. No.
Q. You don't recall learning about Arista from
customers?
A. No. I did not learn about Arista from

Page 99

customers.
Q. Do you recall learning more information
about Arista from customers?
A. No.
Q. I am going to show you two exhibits. The
first is Exhibit 1201.
(Defendants' Exhibit 1201, Document
entitled "Information about
CSI-ANI-00056464," was marked for
identification.)
MS. MCCLOSKEY: And the second is
Exhibit 1202. And . . .
(Defendants' Exhibit 1202, Document
entitled "Arista Competitive Overview,"
Bates number CSI-ANI-00056464, was marked
for identification.)
BY MS. MCCLOSKEY:
Q. The 1202 is Bates-numbered. It's produced
in native, and so the Bates number is not on the
document. But it is CSI-ANI-00056464.
Mr. Pletcher, do you recognize this bigger
document, the Arista competitive overview?
And I see you've turned to a page, but I'm
actually just asking you, in general, if you
recognize this document.

Page 100

A. I am aware of the document, yes.
Q. What do you mean, you're aware of that?
A. I recognize the document.
Q. Okay. And do you see on the first page
that your name is on the document?
A. I do so.
Q. Along with two individuals we've already
talked about today: Mr. Duncan and Mr. -- I'm going
to say it wrong, but Srivatsa?
A. You said it correctly, yes.
Q. Thank you.
So I see you've turned to a certain page in
the document. Why is that?
A. Because out of this entire document and
the -- I provided these three slides to Chalon and
Pramod to include in their presentation.
Q. Sure.
Can you point me to which slides you're
talking about?
A. Slides 33, 34, and 35.
Q. How did you be -- come to provide slides
33, 34, and 35 to Chalon -- Mr. Duncan and
Mr. Srivatsa?
A. I actually did the testing, and this is the
results that actually came out of the applications I

Page 101

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  used to test on both the Nexus 5020 and a Arista    12:05:01
2  7148SX.    12:05:07
3      (The court reporter asked for    12:05:13
4  clarification.)    12:05:13
5      THE WITNESS:  5020, and the Arista 7148.    12:05:07
6  BY MS. MCCLOSKEY:    12:05:14
7      Q.  And why did -- well, withdrawn.    12:05:14
8      Did Mr. Duncan and Mr. Srivatsa ask you to    12:05:17
9  perform this testing that's reflected on slides 33,    12:05:22
10  34, and 35?    12:05:28
11      A.  No.  This was just general testing that I    12:05:29
12  did in the lab across multiple products.  They just    12:05:33
13  asked for the Arista slides.    12:05:39
14      Q.  So I want to make sure I'm clear.    12:05:48
15      You had already performed the testing    12:05:50
16  that's reflected in these slides at the time    12:05:52
17  Mr. Duncan and Mr. Srivatsa asked you for this    12:05:56
18  information.    12:06:00
19      A.  Yes.    12:06:01
20      Q.  Did you prepare the slides or did you just    12:06:01
21  provide the data?    12:06:04
22      A.  I may have provided the slides.  I don't    12:06:05
23  recall, to be honest.    12:06:14
24      Q.  Sure.    12:06:15
25      And I understand that you just prepared    12:06:16

Page 102

1  three of the slides in this document.    12:06:19
2      Do you recall seeing this document?    12:06:22
3      A.  Not in its entirety, no.  I was not    12:06:28
4  involved in preparing the document or presenting    12:06:31
5  this in any way.    12:06:34
6      Q.  If you turn to page 3 of the document,    12:06:44
7  there's an agenda.    12:06:46
8      Do you have an understanding of where this    12:06:47
9  document was presented?    12:06:50
10      A.  To be honest, I don't recall.  I don't    12:06:52
11  know.    12:06:55
12      Q.  Do you have an understanding of who this    12:06:55
13  document was distributed to?    12:06:56
14      A.  I do not.    12:06:58
15      Q.  Do you recall when you prepared the slides    12:06:59
16  33, 34, and 35?    12:07:05
17      A.  To be honest, I'd -- I would have to refer    12:07:08
18  back to all my test data.    12:07:11
19      Q.  Sure.    12:07:13
20      A.  Because those -- those slides were created,    12:07:13
21  or that information was created as part of a series    12:07:17
22  of -- of tests that I did.    12:07:19
23      Q.  Do you recall generally when you performed    12:07:21
24  that series of tests?    12:07:23
25      A.  Yeah.  2008, 2009, 2010.    12:07:32

Page 103

1      I run -- I run tests all the time.  So    12:07:38
2  it -- it would have been somewhere inside that    12:07:41
3  window, prior to this presentation.  I -- I can't    12:07:43
4  give you a specific date, unless I refer back to,    12:07:46
5  you know --    12:07:52
6      Q.  Sure.    12:07:52
7      Well, let's talk -- talk about the other    12:07:53
8  document I handed you, Exhibit 1201.    12:07:56
9      And I'll represent to you that 1201 is the    12:08:01
10  metadata for 1202, which is the presentation.  And    12:08:04
11  there's two dates along the side here, but it looks    12:08:07
12  like the document was created on May 8th, 2007.    12:08:11
13      Does -- do the dates here provide --    12:08:16
14  refresh your recollection at all as to when you    12:08:19
15  prepared the data reflected in 33, 34, and 35?    12:08:21
16      A.  No.  Because it's -- I don't know when    12:08:26
17  those slides were added to this presentation, when    12:08:31
18  this presentation was done.    12:08:34
19      Q.  Okay.    12:08:35
20      A.  It is -- it's quite possible that this    12:08:36
21  document went through multiple iterations.    12:08:37
22      Q.  Sure.    12:08:41
23      So the document was last modified on    12:08:42
24  February 13th, 2009.    12:08:45
25      Does that refresh your recollection that    12:08:47

Page 104

1  this -- that this testing you did was done before    12:08:48
2  February 13th, 2009?    12:08:52
3      MR. ANDERSON:  Objection.  Document speaks    12:08:53
4  for itself.    12:08:55
5      You can answer.    12:08:56
6      THE WITNESS:  Yeah, it -- going back to    12:08:57
7  what I testified to, this could have happened in    12:08:58
8  late 2008, 2009 window.  I -- I don't recall    12:09:02
9  specific dates when it was done.    12:09:05
10  BY MS. MCCLOSKEY:    12:09:07
11      Q.  When did you first acquire an Arista    12:09:07
12  switch?    12:09:10
13      A.  I never acquired an Arista switch.    12:09:10
14      Q.  When did you first do testing on an Arista    12:09:12
15  switch?    12:09:15
16      A.  It would have been -- these would have been    12:09:15
17  some of the first tests I did.    12:09:17
18      Q.  So --    12:09:19
19      A.  I did late -- late 2008, early 2009.    12:09:19
20      Q.  And where did you get the Arista switch    12:09:22
21  that you ran tests on?    12:09:25
22      A.  To the best of my recollection, I borrowed    12:09:28
23  it from Roy Osterberg's team.    12:09:31
24      Q.  Do you have an understanding as to why    12:09:34
25  Mr. Osterberg had an Arista switch in or about late    12:09:37

Page 105

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  what our customers deal with.  So as a back-end  06:36:55
2  engineer, you're troubleshooting a Cisco box, a  06:37:00
3  Juniper box, whatever these -- you know, some of  06:37:03
4  these have very different interfaces.  06:37:03
5      (The reporter asked for clarification.)  06:37:11
6      THE WITNESS:  I'm sorry.  06:37:11
7      A Juniper box or a Cisco box, these have  06:37:11
8  different interfaces.  They become familiar with how  06:37:15
9  to navigate.  06:37:18
10  BY MS. MCCLOSKEY:  06:37:19
11  Q.  Okay.  So I don't think that was my  06:37:19
12  question.  Let me try one more time.  And I would  06:37:37
13  just ask you to listen to my question.  I know it's  06:37:24
14  been a really long day.  06:37:26
15  A.  All right.  06:37:27
16  Q.  How important to it -- is it your --  06:37:27
17      How important is it to your customers to  06:37:27
18  have a familiar CLI?  06:37:29
19      MR. ANDERSON:  Objection.  Vague.  Asked  06:37:31
20  and answered.  06:37:43
21      THE WITNESS:  I'm not sure how to answer  06:37:43
22  that without -- you know, in any other way than I  06:37:45
23  have, because the customer becomes familiar with the  06:37:48
24  interfaces of the platforms they use.  06:37:51
25  ///

Page 322

1  BY MS. MCCLOSKEY:  06:37:55
2  Q.  And is it important to them to maintain  06:37:56
3  those same platforms that they've become familiar  06:37:58
4  with?  06:38:02
5      MR. ANDERSON:  Objection.  Vague.  06:38:03
6      THE WITNESS:  They will -- those change as  06:38:04
7  they change vendors, depending upon business and  06:38:07
8  technical requirements.  06:38:10
9  BY MS. MCCLOSKEY:  06:38:10
10  Q.  So you don't think it's important that the  06:38:12
11  CLI -- that the familiarity of the CLI is  06:38:14
12  maintained?  06:38:18
13      MR. ANDERSON:  Objection.  Misrepresents  06:38:18
14  testimony.  Vague.  06:38:20
15      THE WITNESS:  For the customers that I deal  06:38:22
16  with, they are used to using multiple CLIs --  06:38:24
17  BY MS. MCCLOSKEY:  06:38:32
18  Q.  Have you --  06:38:32
19  A.  -- that are not -- non -- that are not  06:38:33
20  common.  06:38:35
21  Q.  That are not common.  06:38:35
22      Like what CLIs?  06:38:37
23  A.  Juniper CLI versus, say, Cisco CLI, versus  06:38:39
24  Palo Alto Networks, versus -- because they deal with  06:38:47
25  all kinds of different platforms, providing  06:38:50

Page 323

1  different type of capabilities in the network.  06:38:54
2      One person is not locked into supporting  06:38:57
3  just one platform.  They will support many.  06:39:00
4  Q.  Have you ever heard a customer say that  06:39:04
5  another company's CLI is so unfamiliar that they  06:39:06
6  don't want to work with that device?  06:39:09
7  A.  No.  06:39:12
8  Q.  Has CLI ever made the difference in making  06:39:14
9  a sale to a customer?  06:39:18
10      MR. ANDERSON:  Objection.  Lacks  06:39:19
11  foundation.  Vague.  Asked and answered.  06:39:21
12  BY MS. MCCLOSKEY:  06:39:23
13  Q.  Let me rephrase that question.  06:39:24
14      In your experience, has CLI ever been the  06:39:25
15  difference in making a sale to a customer?  06:39:28
16      MR. ANDERSON:  Objection.  Vague.  Asked  06:39:30
17  and answered.  06:39:32
18      THE WITNESS:  Not that I'm aware of.  06:39:32
19  I'm -- not sitting at a customer that make the  06:39:34
20  decision, I do not know if that is a variable and  06:39:38
21  even if it was, what the weight of that was.  06:39:42
22  BY MS. MCCLOSKEY:  06:39:44
23  Q.  You've never heard it been mentioned as the  06:39:44
24  difference in making a sale?  06:39:49
25  A.  No.  06:39:49

Page 324

1  Q.  Earlier today, you testified that the only  06:39:50
2  standard you know of are formalized standards; is  06:39:52
3  that correct?  06:39:52
4      MR. ANDERSON:  Objection.  Misrepresents  06:39:55
5  testimony.  06:39:56
6      THE WITNESS:  My testimony was, what I  06:39:57
7  consider a standard in -- with industry is -- are  06:39:59
8  those things that are reviewed, ratified, and  06:40:04
9  published as a standard by standards boards.  06:40:09
10  BY MS. MCCLOSKEY:  06:40:13
11  Q.  Are the only standards that are beneficial  06:40:14
12  to customers those that have been reviewed,  06:40:17
13  ratified, and published?  06:40:22
14  A.  Yes.  06:40:24
15  Q.  You testified earlier today that you have  06:40:24
16  never seen the phrase "industry standard CLI" used  06:40:27
17  in a Cisco document.  06:40:32
18      Do you recall that?  06:40:33
19  A.  I said I don't re-- yeah, I said I did  06:40:34
20  not recall seeing that in a Cisco document.  06:40:37
21  Q.  Okay.  And so you don't recall ever seeing  06:40:39
22  that?  06:40:41
23  A.  I don't.  06:40:41
24  Q.  And you don't ever recall seeing the phrase  06:40:41
25  "de facto industry standard CLI"?  06:40:44

Page 325

82 (Pages 322 - 325)

1    A.  Not on a -- not on a Cisco document.          06:40:47

2    Q.  Do you recall ever seeing the phrase "gold   06:40:49

3    standard CLI"?                                    06:40:54

4    A.  I recall seeing it on internal draft slides  06:40:54

5    and discussions with marketing.  But purely as a    06:40:59

6    statement of value of something, it's -- it's used   06:41:03

7    in conjunction and is really replaced by setting the  06:41:09

8    bar.                                             06:41:12

9    Q.  And so have you ever seen a Cisco document,  06:41:13

10   a Cisco presentation that refers to Cisco's CLI as   06:41:17

11   the gold standard?                               06:41:21

12       MR. ANDERSON:  Objection.  Asked and         06:41:22

13   answered.                                        06:41:23

14       THE WITNESS:  Not explicitly, no.            06:41:23

15       MS. MCCLOSKEY:  Okay.  I have no further      06:41:26

16   questions today.  Thank you so much, Mr. Pletcher --  06:41:28

17       THE WITNESS:  You're welcome.                06:41:28

18       MS. MCCLOSKEY:  -- for your time.            06:41:30

19       THE VIDEOGRAPHER:  This concludes today's    06:41:31

20   deposition of Drew Pletcher.  We are now going off   06:41:32

21   the record.  The time is 6:41 p.m.               06:41:36

22       (Whereupon, the deposition of Drew

23       Pletcher was concluded at 6:41 p.m.)

24          --oOo--

25

                                                  Page 326

1           CERTIFICATE OF REPORTER

2

3        I, CAMMI R. BOWEN, a Certified Shorthand

4    Reporter, hereby certify that the witness in the

5    foregoing deposition was by me duly sworn to tell the

6    truth, the whole truth, and nothing but the truth in the

7    within-entitled cause;

8        That said deposition was taken down in

9    shorthand by me, a disinterested person, at the time and

10   place therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13       Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal Case,

15   before completion of the proceedings, review of the

16   transcript [ ] was [X] was not requested.

17       I further certify that I am not of counsel or

     attorney for either or any of the parties to the said

18   deposition, nor in any way interested in the events of

19   this cause, and that I am not related to any of the

20   parties hereto.

21   DATED: 6/6/2016

22           <%signature%>

23           CAMMI R. BOWEN

24           CSR #13492

25

                                                  Page 327

83 (Pages 326 - 327)

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
    Plaintiff,
      vs.      Case No. 5:14-cv-05344-BLF
             (PSG)
ARISTA NETWORKS, INC.
    Defendant.

_____

VIDEO DEPOSITION OF DEEPAK MALIK
San Francisco, California
Thursday, May 19, 2016
Volume I

REPORTED BY:
REBECCA L. ROMANO, RPR, CSR No. 12546
JOB NO. 2309373
PAGES 1 - 202

---

Page 2

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN JOSE DIVISION
4  CISCO SYSTEMS, INC.,
5    Plaintiff,
6      vs.      Case No. 5:14-cv-05344-BLF
                   (PSG)
7  ARISTA NETWORKS, INC.
8    Defendant.
     _____
9
10
11
12
13
14
15
16      DEPOSITION OF DEEPAK MALIK, taken on behalf of
17  the Defendant, at Keker & Van Nest, LLP,
18  633 Battery Street, San Francisco, California,
19  commencing at 9:41 a.m., Thursday, May 19, 2016, before
20  Rebecca L. Romano, Certified Shorthand Reporter
21  No. 12546.
22
23
24
25

---

Page 3

1        APPEARANCES OF COUNSEL
2
3  For the Plaintiff:
4    QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    BY:  SARA JENKINS
6    Attorney at Law
7    555 Twin Dolphin Drive
8    5th Floor
9    Redwood Shores, California 94065
10   (650) 801-5040
11   sarajenkins@quinnemanuel.com
12
13  For the Defendants:
14   KEKER & VAN NEST, LLP
15   BY:  BRIAN FERRALL
16   Attorney at Law
17   633 Battery Street
18   San Francisco, California 94111
19   (415) 391-5400
20   bferrall@kvn.com
21
22
23
24
25   /////

---

Page 4

1        APPEARANCES OF COUNSEL (cont'd)
2
3  For the Defendants:
4    WILSON SONSINI GOODRICH & ROSATI
5    BY:  BRADLEY T. TENNIS
6    Attorney at Law
7    650 Page Mill Road
8    Palo Alto, California 94304-1050
9    (650) 849-3056
10   btennis@wsgr.com
11
12
13
14  ALSO PRESENT:
15    Ramon Peraza, Videographer
16
17
18
19
20
21
22
23
24
25   /////

Page 5

```
 1              INDEX
 2  DEPONENT                EXAMINATION
 3  DEEPAK MALIK                    PAGE
    VOLUME I
 4
 5          BY MR. FERRALL         14
 6
 7
 8
 9
10          EXHIBITS
11  NUMBER                      PAGE
12          DESCRIPTION
13  Exhibit 864   Email String,
14          CSI-ANI-00098515 -
15          CSI-ANI-00098515.000002;    49
16
17  Exhibit 865   Presentation, Welcome to
18          Arista One-Day Competitive
19          Training,
20          CSI-ANI-00500909
21          CSI-ANI-00500961;          64
22
23
24
25  /////
```

Page 6

```
 1          EXHIBITS (cont'd)
 2  NUMBER                      PAGE
 3          DESCRIPTION
 4  Exhibit 866   PowerPoint, Arista Competitive
 5          Network World Response
 6          SAVBU - 2/5/2010,
 7          CSI-ANI-00056446 -
 8          CSI-ANI-00056446.000032;    77
 9
10  Exhibit 867   Article, Cisco Nexus 7000
11          Series Simplified End to
12          End Management,
13          CSI-ANI-00043659 -
14          CSI-ANI-00043659.000001;    94
15
16  Exhibit 868   PowerPoint, Arista Competitive
17          Program Updates and Next Steps,
18          CSI-ANI-00056463 -
19          CSI-ANI-00056463.000021;   100
20
21  Exhibit 869   PowerPoint, Arista,
22          CSI-ANI-00056464 -
23          CSI-ANI-00056464.000062;   103
24
25  /////
```

Page 7

```
 1          EXHIBITS (cont'd)
 2  NUMBER                      PAGE
 3          DESCRIPTION
 4  Exhibit 870   Native Version, Information
 5          About CSI-ANI-00056464;    104
 6
 7  Exhibit 871   Email String,
 8          CSI-CLI-02112360 -
 9          CSI-CLI-02112406;          108
10
11  Exhibit 872   Document, Arista 7048
12          Gigabit Internet Leaf Switch
13          Data Sheet,
14          ARISTANDCA00268265 -
15          ARISTANDCA00268267;        113
16
17  Exhibit 873   PowerPoint, Global Enterprise
18          Theater FSI Q2 Fiscal Year
19          '11 Electronic Trading
20          Competitive Update, Native
21          Version,
22          CSI-CLI-01577353;          119
23
24
25  /////
```

Page 8

```
 1          EXHIBITS (cont'd)
 2  NUMBER                      PAGE
 3          DESCRIPTION
 4  Exhibit 874   Email 5/19/2011 & PowerPoint,
 5          Draft -
 6          CSI-CLI-01577417
 7          CSI-CLI-01577473;          126
 8
 9  Exhibit 875   Email String,
10          CSI-CLI-01588645
11          CSI-CLI-01588654;          130
12
13  Exhibit 876   Email & Attachment,
14          3/29/2012,
15          CSI-CLI-01386563
16          CSI-CLI-01386605;          136
17
18  Exhibit 877   Email String,
19          CSI-CLI-01610893
20          CSI-CLI-01610938;          145
21
22  Exhibit 878   Email String,
23          CSI-ANI-00105548 -
24          CSI-ANI-00105548.000001;   154
25  /////
```

Page 9

```
 1            EXHIBITS (cont'd)
 2   NUMBER                          PAGE
 3            DESCRIPTION
 4   Exhibit 879   Email String,
 5            CSI-ANI-00103013 -
 6            CSI-ANI-00103013.000002;        163
 7
 8   Exhibit 880   Email, 6/5/2014,
 9            CSI-ANI-00094720;               168
10
11   Exhibit 881   Email, 5/31/2014,
12            CSI-ANI-00094261;               170
13
14   Exhibit 882   PowerPoint, Cisco,
15            CSI-ANI-00055255 -
16            CSI-ANI-00055255.000011;        175
17
18   Exhibit 883   Insieme Tiger Team Meetings,
19            6/11-12/2013,
20            CSI-ANI-00089451 -
21            CSI-ANI-00089451.000030;        182
22
23   Exhibit 884   PowerPoint, Beat Arista
24            1/10/2014,
25            CSI-CLI-03277585;               186
```

Page 10

```
 1            EXHIBITS (cont'd)
 2   NUMBER                          PAGE
 3            DESCRIPTION
 4   Exhibit 885   PowerPoint, Arista Files
 5            for IPO Highlights 3/31/2014,
 6            CSI-ANI-00501043 -
 7            CSI-ANI-00501058;               187
 8
 9   Exhibit 886   Email String,
10            CSI-ANI-00090557 -
11            CSI-ANI-00090557.000003;        189
12
13   Exhibit 887   Miscellaneous Screen
14            Shots,
15            CSI-ANI-00056507 -
16            CSI-ANI-00056507.000001;        193
17
18   Exhibit 888   PowerPoint, Why a Bare
19            Metal Switch Running
20            Cumulus Linux,
21            CSI-ANI-00096524 -
22            CSI-ANI-00096524.000044;        194
23
24
25   /////
```

Page 11

```
 1            EXHIBITS (cont'd)
 2   NUMBER                          PAGE
 3            DESCRIPTION
 4   Exhibit 889   PowerPoint, Network
 5            Engineering Low Latency
 6            Switch Platform Review -
 7            Phase 3 - 2011, Nomura Services
 8            CSI-ANI-00055578 -
 9            CSI-ANI-00055578.000026;        195
10
11
12         PREVIOUSLY MARKED EXHIBITS
13   Exhibit 606                      34
14
15   Exhibit 607                      73
16
17   Exhibit 811                      149
18
19   Exhibit 819                      114
20
21
22
23
24
25   /////
```

Page 12

```
 1        San Francisco, California; May 19, 2016
 2              9:41 a.m.
 3              ---o0o---
 4
 5        THE VIDEOGRAPHER:  Good morning.  We are  09:41:40
 6   on the record at 9:41 a.m. on May 19th, 2016.  This
 7   is the videotaped deposition of Mr. Deepak Malik.
 8        My name is Roman Peraza, here with our
 9   court reporter, Rebecca Romano.  We are here from
10   Veritext Legal Solutions at the request of counsel  09:41:56
11   for the defendant.
12        This deposition is being held at
13   Keker & Van Nest in San Francisco.
14        The caption of this case is
15   Cisco Systems, Inc., versus Arista Networks, Inc.,  09:42:06
16   Case No. 5:14-cv-05344-BLF (PSG).
17        Please note that audio and video
18   recording will take place unless all parties have
19   agreed to go off the record.
20        Microphones are sensitive and may pick up  09:42:30
21   whispers or private conversations.
22        At this time, Counsel, please identify
23   yourselves for the record and state whom you
24   represent.
25        MR. FERRALL:  Brian Ferrall on behalf of  09:42:40
```

Page 101

```
1       A.  Yes.                        01:14:32
2       Q.  Okay.  And you would have received this,
3   right?
4       A.  That's correct.
5       Q.  I notice on page 15, you are --   01:14:38
6   you are listed as a team member in the sales
7   organization; is that -- was that accurate?
8       A.  It's not accurate.
9       Q.  Where -- where should have you -- should
10  you have been listed there?         01:14:56
11      A.  Services, yeah.
12      Q.  Okay.  Is services --
13      A.  It's not listed here.
14      Q.  Okay.
15      A.  Yeah.  It's -- I think they just lumped,  01:15:06
16  because I'm in the field.
17      Q.  Okay.  Fair enough.
18          If you look at page 3 of this exhibit --
19      A.  Uh-huh.
20      Q.  -- there's a slide entitled "Brief Arista  01:15:16
21  History and Cisco Mobilization."
22          Do you see that?
23      A.  I do.
24      Q.  All right.  And the first entry in 2008
25  says:                               01:15:28
```

Page 102

```
1           Arista emerged as a competitor   01:15:28
2           with high-profile wins in the
3           high-frequency trading space and
4           financials.
5           Do you see that?            01:15:34
6       A.  Yes, I do.
7       Q.  Okay.  Does this refresh your memory at
8   all about Arista's involvement in the
9   high-frequency trading space in 2008?
10      A.  This does, yeah.  It's been a while, but,  01:15:45
11  yeah, this market was towards the end of -- you
12  know, near the 2010 area, so if this is saying in
13  2008, then that's accurate.
14      Q.  Okay.  And the next -- in 2009, the entry
15  says:                               01:16:03
16          Cisco responded with, quote,
17          microburst, close quote,
18          counter-messaging and targeted
19          programs to slow Arista.
20          Do you see that?            01:16:12
21      A.  Yes.
22      Q.  Do you remember what that Cisco response
23  entailed?
24      A.  Not off the top of my head, no.  I
25  remember Cheetah Street, which is the next after,  01:16:19
```

Page 103

```
1   which we discussed already.  Not the microbursts  01:16:22
2   specifically.
3       Q.  Okay.  And the 2010 entry here on page 3
4   confirms what I -- what I think was your belief,
5   that Cheetah Street started --       01:16:35
6       A.  Yes.
7       Q.  -- in 2010, right?
8       A.  Yeah.
9           MR. FERRALL:  All right.  Okay.  Put that
10  aside.                              01:16:45
11          Let's mark that, please.
12          (Exhibit 869 was marked for identification
13  the court reporter and is attached hereto.)
14      Q.  (By Mr. Ferrall)  869 is a document just
15  with the title -- it's a PowerPoint with the title  01:17:36
16  "Arista," and it was Control No. CSI-ANI-00056464
17  through page 62.000062.
18          Take a moment to glance through it, and
19  let me know when you are done.
20      A.  Okay.  Thank you.            01:18:09
21      Okay.
22      Q.  You understand Exhibit 869 is a
23  presentation prepared by the three Cisco employees
24  who are listed on the front?
25      A.  Yes, that's correct.         01:20:25
```

Page 104

```
1       Q.  I think we -- we talked about    01:20:29
2   Mr. Srivatsa, and we talked about Mr. Duncan.
3           Do you know Mr. Pletcher, Drew Pletcher?
4       A.  Yes.
5       Q.  Okay.  And what was his role at -- at   01:20:40
6   Cisco, or what is his role at Cisco?
7       A.  His role today, he covers a -- he's a
8   systems engineer.  He covers some of the
9   cloud-based accounts in the sales organization.
10      Q.  I don't know if you could tell from --   01:20:58
11  from glancing through Exhibit 869 the approximate
12  date of this presentation?
13      A.  I can't, but one thing I can deduce just
14  from the title of the gentlemen's that are here,
15  this presentation is probably 2008 or '9-ish,   01:21:12
16  around there.
17      Q.  Okay.  I think that was a pretty good
18  estimate.  I'm going to --
19      A.  Okay.
20      Q.  -- I'm going to show you -- why don't we   01:21:32
21  mark this, and this is the -- sorry.
22          (Exhibit 870 was marked for identification
23  the court reporter and is attached hereto.)
24      Q.  (By Mr. Ferrall)  Exhibit 870 is the
25  printout of the properties for the native version  01:21:48
```

Page 197

1    it to me.                              04:44:40
2        Q.  Okay.  I just notice that there's --
3    there's no -- you know, other than what the
4    attorneys put on --
5        A.  Uh-huh.                        04:44:50
6        Q.  -- there's no confidentiality indication
7    on it, and so I am wondering whether -- your
8    understanding whether this document really is
9    confidential?
10       MS. JENKINS:  Objection.  Calls for      04:45:04
11   speculation.
12       THE DEPONENT:  I don't know.  It was
13   forwarded to me from -- like I said, so I -- I
14   looked at it.
15       Q.  (By Mr. Ferrall)  Okay.  Do you recall  04:45:11
16   having any reaction to the -- the results of
17   Nomura's testing?
18       A.  Nothing specifically.  I mean, the
19   results are the results, and it's -- it's their
20   perception of how they specifically tested these  04:45:30
21   two products in their specific environment, so it
22   doesn't really call out one product to the another.
23   It's specific to the customer.
24       Q.  Was there any follow-up with -- with
25   Nomura that you remember following -- following  04:45:46

Page 198

1    this test?                              04:45:48
2        A.  Not with me specifically, but if there
3    were from the account team, then that could have
4    been possible.
5        Q.  Do you know if the -- the testing that's  04:45:59
6    described here in Exhibit 889 -- was that the
7    precursor to a particular deal?
8        A.  I don't know.  I would have to have ask
9    the sales team.
10       Q.  If you look at the second-to-last page  04:46:34
11   or --
12       A.  Okay.
13       Q.  -- it's the page ending in 024 in the
14   small numbers at the bottom.
15       A.  Okay.                          04:46:44
16       Q.  This is a page entitled "General CLI."
17       Do you see that?
18       A.  Yes, I do.
19       Q.  Okay.  And can you just read the first
20   paragraph in -- in this page?          04:47:00
21       A.  The Cisco Nexus provides a standard CLI
22   as you would expect from a standard Cisco Nexus
23   device.  The Arista is very similar to Cisco CLI
24   with a mix between IOS and NX-OS; however, it
25   lacks some of the additional information that you  04:47:19

Page 199

1    would get from the Cisco output.       04:47:21
2        Q.  Okay.  Do you remember reading that when
3    you got this document in 2011?
4        A.  No.
5        Q.  Do you recall any discussion amongst your  04:47:34
6    colleagues at Cisco about the fact that Nomura
7    observers Arista having a similar CLI to Cisco's?
8        A.  No.
9        Q.  Okay.  I think I neglected to ask you --
10       A.  Yes.                           04:47:58
11       Q.  -- about your education.
12       A.  Okay.
13       Q.  What's your -- what degrees do you have?
14       A.  I have a bachelor's in computer science,
15   Bachelor's of Science, and then I have a master's  04:48:07
16   in information systems.
17       Q.  And where did you get those degrees?
18       A.  The first one was at Long Island
19   University -- I'm sorry.  The first one is Dowling
20   College, and the second one is Long Island  04:48:19
21   University.
22       Q.  Okay.  Bear with me just a second.
23       In the statement of the high-speed
24   switching market that you are most familiar with,
25   who you would identify as Cisco's, say, top five  04:49:17

Page 200

1    competitors over the past five years?  04:49:22
2        A.  When you say "high-speed switching," you
3    don't necessarily mean the low latency, just --
4    just data server switching, correct?
5        Q.  Yeah, let me be clear.           04:49:36
6        A.  Yeah.
7        Q.  I want to focus on what you know about
8    most.
9        So within your segment --
10       A.  Uh-huh.                         04:49:42
11       Q.  -- of data center switching --
12       A.  Yes.
13       Q.  -- who would you identify as Cisco's top
14   five competitors over the last five years?
15       A.  Juniper, Arista, HP, Huawei.  I would say  04:49:55
16   those four that come to mind, and Huawei
17   predominantly being outside the U.S.
18       Q.  And do you have any view as to who among
19   those four has -- has taken the most market share
20   from Cisco?                            04:50:30
21       A.  I would say Arista in the last two, three
22   years, if I had to guess.
23       Q.  Before that?  Do you --
24       A.  I mean, Juniper has always been there, so
25   they are still there, so we do complete against  04:50:50

Page 201

1   them.                              04:50:57
2         MR. FERRALL:  Okay.  I have no further
3   questions.  Thank you.
4         THE DEPONENT:  Oh.  Thank you.
5         MS. JENKINS:  Nothing from me.  Thank    04:51:21
6   you.
7         THE VIDEOGRAPHER:  This is the end of
8   today's deposition of Mr. Deepak Malik.  We are off
9   the record at 4:51 p.m.  Total number of media used
10  was two, and they will be retained by Veritext.
11        Thank you.
12        (TIME NOTED 4:51 p.m.)
13
14
15
16            ---o0o---
17
18
19
20
21
22
23
24
25

Page 202

1         I, Rebecca L. Romano, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3         That the foregoing proceedings were taken before me
4   at the time and place herein set forth; that any
5   witnesses in the foregoing proceedings, prior to
6   testifying, were administered an oath; that a record of
7   the proceedings was made by me using machine shorthand
8   which was thereafter transcribed under my direction;
9   that the foregoing transcript is true record of the
10  testimony given.
11        Further, that if the foregoing pertains to the
12  original transcript of a deposition in a Federal Case,
13  before completion of the proceedings, review of the
14  transcript [ ] was [X] was not requested.
15        I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18        IN WITNESS WHEREOF, I have this date subscribed my
19  name.
20
21  Dated:  June 2, 2016
22
23            <%signature%>
              Rebecca L. Romano, RPR,
24            CSR. No 12546
25

© 2007 Cisco Systems, Inc. All rights reserved.    Cisco Confidential    36

Presentation_ID

© 2007 Cisco Systems, Inc. All rights reserved.

Cisco Confidential

Presentation_ID

37



















© 2007 Cisco Systems. Inc. All rights reserved.    Cisco Confidential

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,        )
                                 )
 6                   Plaintiff, )
                                 )
 7      vs.                      )Case No. 5:14-cv-05344-BLF (PSG)
                                 )
 8   ARISTA NETWORKS, INC.,      )
                                 )
 9                   Defendant. )
                                 )
10   _____ )
11
12
13          VIDEOTAPED DEPOSITION OF DREW PLETCHER
14
          HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
15
16
17
18
19   Date and Time:  Thursday, May 26, 2016
                      9:34 a.m.
20
21
     Location:       Wilson Sonsini Goodrich & Rosati
22                   650 Page Mill Road
                     Palo Alto, CA  94304
23
24
     Reported by:    Cammi R. Bowen, CSR-13492
25   PAGES 1 - 327
```

                                              Page 1

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1        A P P E A R A N C E S:
 2 For the Plaintiff:  QUINN EMANUEL URQUHART & SULLIVAN LLP
                       50 California Street
 3                     22nd Floor
                       San Francisco, CA  94111
 4                     Tel:  (415) 875-6328
                       E-mail: Carl.anderson@quinnemanuel.com
 5                     BY:  CARL G  ANDERSON, ESQ
 6
 7 For the Defendants:  KEKER & VAN NEST LLP
                       633 Battery Street
 8                     San Francisco, CA  94111-1809
                       Tel:  (415) 676-2248
 9                     E-mail:  Emccloskey@kvn com
                       BY:  ELIZABETH K  MCCLOSKEY, ESQ
10
11        WILSON SONSINI GOODRICH & ROSATI
                       One Market Plaza
12                     Spear Tower, Suite 3300
                       San Francisco, CA  94105-1126
13                     Tel:  (415) 947-2077
                       BY:  BEN LABOW, ESQ
14
15 Also Present:     Andrea Baker, Videographer
16
17
18
19
20
21
22
23
24
25
                                            Page 2
```

```
 1               INDEX
 2 EXAMINATIONS:                  PAGE
 3 By Ms  McCloskey               7
 4
 5        EXHIBITS
 6 Defendant
   Exhibit No    Description         Ident
 7
   Exhibit
 8 1200    LinkedIn profile of Drew Pletcher   11
 9 Exhibit  Document entitled "Information
   1201    about CSI-ANI-00056464"          100
10
   Exhibit   Document entitled "Arista
11 1202    Competitive Overview," Bates
          number CSI-ANI-00056464         100
12
   Exhibit   Document Bates-stamped
13 1203    CSI-CLI-02046570 through
          CSI-CLI-02046586                124
14
   Exhibit   Document Bates-numbered
15 1204    CSI-ANI-00056404                133
16 Exhibit   Document Bates-numbered
   1205    CSI-ANI-00056218                170
17
   Exhibit   Document Bates-numbered
18 1206    CSI-CLI-01386563 through
          CSI-CLI-01386605                174
19
   Exhibit   Document Bates-numbered
20 1207    CSI-ANI-00060446                175
21 Exhibit   Document Bates-numbered
   1208    CSI-CLI-06360727                185
22
   Exhibit   Document Bates-stamped
23 1209    CSI-ANI-0078409                 190
24 Exhibit   Document Bates-stamped
   1210    CSI-CLI-02415384                196
25
                                            Page 3
```

```
 1            EXHIBITS - CONTINUED
 2 Exhibit   Document Bates-numbered
   1211    CSI-ANI-00501435                202
 3
   Exhibit
 4 1212    Withdrawn due to privilege      216
 5 Exhibit
   1213    Withdrawn due to privilege      217
 6
   Exhibit   Document Bates-stamped
 7 1214    CSI-ANI-00094857                221
 8 Exhibit   Document Bates-stamped
   1215    CSI-ANI-00103051                230
 9
   Exhibit   Document Bates-stamped
10 1216    CSI-ANI-00447896                242
11 Exhibit   Document Bates-stamped
   1217    CSI-ANI-00452262                248
12
   Exhibit  Document Bates-stamped
13 1218    CSI-CLI-01793755                251
14 Exhibit   Document Bates-stamped
   1219    CSI-ANI-00047560                258
15
   Exhibit   Document Bates-stamped
16 1220    CSI-ANI-00067670                261
17 Exhibit   Document Bates-stamped
   1221    CSI-ANI-00068924                265
18
   Exhibit   Document Bates-stamped
19 1222    CSI-CLI-03217927                266
20 Exhibit   Document Bates-stamped
   1223    CSI-CLI-03218116                273
21
   Exhibit   Document Bates-stamped
22 1224    Bates-labeled CSI-ANI-00090840     277
23 Exhibit   Document Bates-stamped
   1225    CSI-ANI-00092393                280
24
25
                                            Page 4
```

```
 1            EXHIBITS - CONTINUED
 2 Exhibit   Document Bates-stamped
   1226    CSI-ANI-00105641.................  284
 3
   Exhibit   Document Bates-stamped
 4 1230    CSI-ANI-00105548.................  288
 5 Exhibit   Document Bates-stamped
   1231    CSI-ANI-00468988.................  294
 6
   Exhibit   Document Bates-stamped
 7 1232    CSI-ANI-00104628.................  297
 8 Exhibit   Document Bates-stamped
   1233    CSI-CLI-02305746.................  299
 9
   Exhibit   Document Bates-labeled
10 1234    CSI-ANI-00101669.................  301
11
12 EXHIBITS PREVIOUSLY MARKED            PAGE
13 807                              148
14 877                              179
15
16      WITNESS INSTRUCTED NOT TO ANSWER
17      PAGE    LINE
18      148     6
19      179     25
20
21
22
23
24
25
                                            Page 5
```

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  THE VIDEOGRAPHER: Good morning  We are on  09:13:56
2  the video record  The time is 9:34 a m  Today's  09:34:13
3  date is May 26th, 2016  My name is Andrea Baker,  09:34:17
4  here with our court reporter, Cammi Bowen  We are  09:34:21
5  here from Veritext Legal Solutions  The deposition  09:34:25
6  is being held at 650 Page Mill Road in Palo Alto,  09:34:28
7  California  09:34:32
8  The case caption is Cisco Systems, Inc  vs  09:34:32
9  Arista Networks, Inc  Case number  09:34:38
10  5:14-cv-05344-BLF  09:34:43
11  Will all counsel please state their name  09:34:44
12  for the record and who they represent  09:34:47
13  MS MCCLOSKEY: Elizabeth McCloskey of  09:34:49
14  Keker & Van Nest on behalf of Arista Networks  09:34:53
15  MR LABOW: Ben Labow from Wilson Sonsini  09:34:55
16  on behalf of Arista  09:34:58
17  MR ANDERSON: Carl Anderson for Cisco  09:34:59
18  Systems and the witness  09:35:03
19  THE VIDEOGRAPHER: Will the court reporter  09:35:04
20  please swear in the witness  09:35:05
21  THE COURT REPORTER: Raise your right hand,  09:35:05
22  please  09:35:05
23  Do you swear to tell the truth, the whole  09:35:05
24  truth, and nothing but the truth?  09:35:05
25  WITNESS: I do  09:35:13

Page 6

1  testifying under penalty of perjury?  09:35:37
2  A. Yes, I do.  09:35:39
3  Q. Is there any reason you can't provide  09:35:40
4  truthful testimony today?  09:35:43
5  A. No, there's not.  09:35:44
6  Q. Have you ever testified in a deposition  09:35:45
7  before?  09:35:48
8  A. Yes, I have.  09:35:49
9  Q. So you -- I assume you know the ground  09:35:50
10  rules, but I'll just cover a couple of them quickly.  09:35:52
11  If you don't understand any question that I  09:35:55
12  ask, let me know and I'll clarify it for you.  09:35:58
13  And -- and this is a good time to tell you  09:36:00
14  that it's important that you give audible answers so  09:36:03
15  that the court reporter can write down everything  09:36:06
16  that you say.  09:36:08
17  A. Understand.  09:36:10
18  Q. And if you answer a question, I will assume  09:36:10
19  that you understand my question.  09:36:13
20  Did you do anything to prepare for your  09:36:15
21  deposition today?  09:36:18
22  A. The only preparation was to review my  09:36:21
23  previous deposition testimony.  09:36:24
24  Q. Did you meet with anyone to prepare for  09:36:28
25  your deposition today?  09:36:32

Page 8

1  THE VIDEOGRAPHER: Please begin.  09:35:13
2  DREW PLETCHER,  09:35:11
3  being first duly affirmed by the Certified Shorthand  09:35:11
4  Reporter to tell the truth, the whole truth, and  09:35:11
5  nothing but the truth, testified as follows:  09:35:11
6  EXAMINATION  09:35:11
7  BY MS. MCCLOSKEY:  09:35:11
8  Q. Good morning, Mr. Pletcher.  09:35:15
9  A. Good morning.  09:35:16
10  Q. We met briefly off the record, but I'm  09:35:17
11  Lizzy McCloskey, and I represent defendant Arista  09:35:18
12  Networks in this action, and I'll be asking you some  09:35:22
13  questions today.  09:35:25
14  A. Okay.  09:35:26
15  Q. Can you please state your full name for the  09:35:26
16  record.  09:35:28
17  A. Yes. My full name is Andrew Albert  09:35:28
18  Pletcher.  09:35:30
19  Q. Do you understand that you're under oath  09:35:31
20  today?  09:35:32
21  A. I do.  09:35:32
22  Q. Do you understand that you're required to  09:35:32
23  answer truthfully?  09:35:34
24  A. Yes, I do.  09:35:35
25  Q. And do you understand that you are  09:35:35

Page 7

1  A. Met with Carl Anderson.  09:36:34
2  Q. When did you and Mr. Anderson meet?  09:36:40
3  A. Yesterday.  09:36:43
4  Q. How long did you meet for?  09:36:43
5  A. It was about four hours, five hours,  09:36:48
6  roughly.  09:36:51
7  Q. Did you -- did you meet with Mr. Anderson  09:36:52
8  in person?  09:36:55
9  A. Yes.  09:36:55
10  Q. Okay. Did you discuss your deposition with  09:36:55
11  anyone, other than Mr. Anderson?  09:36:58
12  A. No, I have not.  09:37:00
13  Q. Did you discuss your deposition with anyone  09:37:01
14  else from Cisco?  09:37:05
15  A. No, I have not.  09:37:05
16  Q. Did you review any documents yesterday with  09:37:06
17  Mr. Anderson?  09:37:07
18  MR. ANDERSON: Going to caution the witness  09:37:07
19  not to reveal the contents of any privileged  09:37:09
20  attorney-client communications. If you can answer  09:37:12
21  the question without revealing privileged  09:37:14
22  communications, you can do so.  09:37:17
23  THE WITNESS: We reviewed the -- my  09:37:19
24  testimony from the previous deposition for the ITC  09:37:23
25  Section 2 case.  09:37:29

Page 9

3 (Pages 6 - 9)



Page 98





Page 102



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1 what our customers deal with. So as a back-end    06:36:55
2 engineer, you're troubleshooting a Cisco box, a    06:37:00
3 Juniper box, whatever these -- you know, some of    06:37:03
4 these have very different interfaces.    06:37:03
5     (The reporter asked for clarification.)    06:37:11
6     THE WITNESS: I'm sorry.    06:37:11
7     A Juniper box or a Cisco box, these have    06:37:11
8 different interfaces. They become familiar with how    06:37:15
9 to navigate.    06:37:18
10 BY MS. MCCLOSKEY:    06:37:19
11     Q. Okay. So I don't think that was my    06:37:19
12 question. Let me try one more time. And I would    06:37:37
13 just ask you to listen to my question. I know it's    06:37:24
14 been a really long day.    06:37:26
15     A. All right.    06:37:27
16     Q. How important to it -- is it your --    06:37:27
17     How important is it to your customers to    06:37:27
18 have a familiar CLI?    06:37:29
19     MR. ANDERSON: Objection. Vague. Asked    06:37:31
20 and answered.    06:37:43
21     THE WITNESS: I'm not sure how to answer    06:37:43
22 that without -- you know, in any other way than I    06:37:45
23 have, because the customer becomes familiar with the    06:37:48
24 interfaces of the platforms they use.    06:37:51
25 ///
                                              Page 322

1 BY MS. MCCLOSKEY:    06:37:55
2     Q. And is it important to them to maintain    06:37:56
3 those same platforms that they've become familiar    06:37:58
4 with?    06:38:02
5     MR. ANDERSON: Objection. Vague.    06:38:03
6     THE WITNESS: They will -- those change as    06:38:04
7 they change vendors, depending upon business and    06:38:07
8 technical requirements.    06:38:10
9 BY MS. MCCLOSKEY:    06:38:10
10     Q. So you don't think it's important that the    06:38:12
11 CLI -- that the familiarity of the CLI is    06:38:14
12 maintained?    06:38:18
13     MR. ANDERSON: Objection. Misrepresents    06:38:18
14 testimony. Vague.    06:38:20
15     THE WITNESS: For the customers that I deal    06:38:22
16 with, they are used to using multiple CLIs --    06:38:24
17 BY MS. MCCLOSKEY:    06:38:32
18     Q. Have you --    06:38:32
19     A. -- that are not -- non -- that are not    06:38:33
20 common.    06:38:35
21     Q. That are not common.    06:38:35
22     Like what CLIs?    06:38:37
23     A. Juniper CLI versus, say, Cisco CLI, versus    06:38:39
24 Palo Alto Networks, versus -- because they deal with    06:38:47
25 all kinds of different platforms, providing    06:38:50
                                              Page 323

1 different type of capabilities in the network.    06:38:54
2     One person is not locked into supporting    06:38:57
3 just one platform. They will support many.    06:39:00
4     Q. Have you ever heard a customer say that    06:39:04
5 another company's CLI is so unfamiliar that they    06:39:06
6 don't want to work with that device?    06:39:09
7     A. No.    06:39:12
8     Q. Has CLI ever made the difference in making    06:39:14
9 a sale to a customer?    06:39:18
10     MR. ANDERSON: Objection. Lacks    06:39:19
11 foundation. Vague. Asked and answered.    06:39:21
12 BY MS. MCCLOSKEY:    06:39:23
13     Q. Let me rephrase that question.    06:39:24
14     In your experience, has CLI ever been the    06:39:25
15 difference in making a sale to a customer?    06:39:28
16     MR. ANDERSON: Objection. Vague. Asked    06:39:30
17 and answered.    06:39:32
18     THE WITNESS: Not that I'm aware of.    06:39:32
19 I'm -- not sitting at a customer that make the    06:39:34
20 decision, I do not know if that is a variable and    06:39:38
21 even if it was, what the weight of that was.    06:39:42
22 BY MS. MCCLOSKEY:    06:39:44
23     Q. You've never heard it been mentioned as the    06:39:44
24 difference in making a sale?    06:39:49
25     A. No.    06:39:49
                                              Page 324

1     Q. Earlier today, you testified that the only    06:39:50
2 standard you know of are formalized standards; is    06:39:52
3 that correct?    06:39:52
4     MR. ANDERSON: Objection. Misrepresents    06:39:55
5 testimony.    06:39:56
6     THE WITNESS: My testimony was, what I    06:39:57
7 consider a standard in -- with industry is -- are    06:39:59
8 those things that are reviewed, ratified, and    06:40:04
9 published as a standard by standards boards.    06:40:09
10 BY MS. MCCLOSKEY:    06:40:13
11     Q. Are the only standards that are beneficial    06:40:14
12 to customers those that have been reviewed,    06:40:17
13 ratified, and published?    06:40:22
14     A. Yes.    06:40:24
15     Q. You testified earlier today that you have    06:40:24
16 never seen the phrase "industry standard CLI" used    06:40:27
17 in a Cisco document.    06:40:32
18     Do you recall that?    06:40:33
19     A. I said I don't re-- yeah, I said I did    06:40:34
20 not recall seeing that in a Cisco document.    06:40:37
21     Q. Okay. And so you don't recall ever seeing    06:40:39
22 that?    06:40:41
23     A. I don't.    06:40:41
24     Q. And you don't ever recall seeing the phrase    06:40:41
25 "de facto industry standard CLI"?    06:40:44
                                              Page 325

                                     82 (Pages 322 - 325)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
1      A.  Not on a -- not on a Cisco document.        06:40:47
2      Q.  Do you recall ever seeing the phrase "gold  06:40:49
3    standard CLI"?                        06:40:54
4      A.  I recall seeing it on internal draft slides  06:40:54
5    and discussions with marketing.  But purely as a     06:40:59
6    statement of value of something, it's -- it's used    06:41:03
7    in conjunction and is really replaced by setting the  06:41:09
8    bar.                              06:41:12
9      Q.  And so have you ever seen a Cisco document,  06:41:13
10   a Cisco presentation that refers to Cisco's CLI as   06:41:17
11   the gold standard?                      06:41:21
12       MR. ANDERSON:  Objection.  Asked and        06:41:22
13   answered.                            06:41:23
14       THE WITNESS:  Not explicitly, no.        06:41:23
15       MS. MCCLOSKEY:  Okay.  I have no further    06:41:26
16   questions today.  Thank you so much, Mr. Pletcher --  06:41:28
17       THE WITNESS:  You're welcome.        06:41:28
18       MS. MCCLOSKEY:  -- for your time.        06:41:30
19       THE VIDEOGRAPHER:  This concludes today's   06:41:31
20   deposition of Drew Pletcher.  We are now going off   06:41:32
21   the record.  The time is 6:41 p.m.        06:41:36
22       (Whereupon, the deposition of Drew
23       Pletcher was concluded at 6:41 p.m.)
24           --oOo--
25
```

```
1           CERTIFICATE OF REPORTER
2
3      I, CAMMI R. BOWEN, a Certified Shorthand
4    Reporter, hereby certify that the witness in the
5    foregoing deposition was by me duly sworn to tell the
6    truth, the whole truth, and nothing but the truth in the
7    within-entitled cause;
8      That said deposition was taken down in
9    shorthand by me, a disinterested person, at the time and
10   place therein stated, and that the testimony of the said
11   witness was thereafter reduced to typewriting, by
12   computer, under my direction and supervision;
13      Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal Case,
15   before completion of the proceedings, review of the
16   transcript [ ] was [X] was not requested.
17      I further certify that I am not of counsel or
     attorney for either or any of the parties to the said
18   deposition, nor in any way interested in the events of
19   this cause, and that I am not related to any of the
20   parties hereto.
21   DATED:  6/6/2016
22           <%signature%>
23           CAMMI R. BOWEN
24           CSR #13492
25
```

Veritext Legal Solutions
866 299-5127

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
          Plaintiff,
          vs.          Case No. 5:14-cv-05344-BLF
                                (PSG)
ARISTA NETWORKS, INC.
          Defendant.
_____

VIDEO DEPOSITION OF DEEPAK MALIK
San Francisco, California
Thursday, May 19, 2016
Volume I

REPORTED BY:
REBECCA L. ROMANO, RPR, CSR No. 12546
JOB NO. 2309373
PAGES 1 - 202

Page 2

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3            SAN JOSE DIVISION
4   CISCO SYSTEMS, INC.,
5        Plaintiff,
6        vs.       Case No. 5:14-cv-05344-BLF
                            (PSG)
7   ARISTA NETWORKS, INC.
8        Defendant.
     _____
9
10
11
12
13
14
15
16        DEPOSITION OF DEEPAK MALIK, taken on behalf of
17   the Defendant, at Keker & Van Nest, LLP,
18   633 Battery Street, San Francisco, California,
19   commencing at 9:41 a.m., Thursday, May 19, 2016, before
20   Rebecca L. Romano, Certified Shorthand Reporter
21   No. 12546.
22
23
24
25

Page 3

1              APPEARANCES OF COUNSEL
2
3   For the Plaintiff:
4      QUINN EMANUEL URQUHART & SULLIVAN, LLP
5      BY:  SARA JENKINS
6      Attorney at Law
7      555 Twin Dolphin Drive
8      5th Floor
9      Redwood Shores, California 94065
10     (650) 801-5040
11     sarajenkins@quinnemanuel.com
12
13  For the Defendants:
14     KEKER & VAN NEST, LLP
15     BY:  BRIAN FERRALL
16     Attorney at Law
17     633 Battery Street
18     San Francisco, California 94111
19     (415) 391-5400
20     bferrall@kvn.com
21
22
23
24
25   /////

Page 4

1           APPEARANCES OF COUNSEL (cont'd)
2
3   For the Defendants:
4      WILSON SONSINI GOODRICH & ROSATI
5      BY:  BRADLEY T. TENNIS
6      Attorney at Law
7      650 Page Mill Road
8      Palo Alto, California 94304-1050
9      (650) 849-3056
10     btennis@wsgr.com
11
12
13
14   ALSO PRESENT:
15      Ramon Peraza, Videographer
16
17
18
19
20
21
22
23
24
25   /////

Page 5

```
 1              INDEX
 2   DEPONENT                    EXAMINATION
 3   DEEPAK MALIK                     PAGE
     VOLUME I
 4
 5            BY MR. FERRALL          14
 6
 7
 8
 9
10            EXHIBITS
11   NUMBER                       PAGE
12        DESCRIPTION
13   Exhibit 864   Email String,
14        CSI-ANI-00098515 -
15        CSI-ANI-00098515.000002;    49
16
17   Exhibit 865   Presentation, Welcome to
18        Arista One-Day Competitive
19        Training,
20        CSI-ANI-00500909
21        CSI-ANI-00500961;           64
22
23
24
25   /////
```

Page 6

```
 1            EXHIBITS (cont'd)
 2   NUMBER                       PAGE
 3        DESCRIPTION
 4   Exhibit 866   PowerPoint, Arista Competitive
 5        Network World Response
 6        SAVBU - 2/5/2010,
 7        CSI-ANI-00056446 -
 8        CSI-ANI-00056446.000032;    77
 9
10   Exhibit 867   Article, Cisco Nexus 7000
11        Series Simplified End to
12        End Management,
13        CSI-ANI-00043659 -
14        CSI-ANI-00043659.000001;    94
15
16   Exhibit 868   PowerPoint, Arista Competitive
17        Program Updates and Next Steps,
18        CSI-ANI-00056463 -
19        CSI-ANI-00056463.000021;    100
20
21   Exhibit 869   PowerPoint, Arista,
22        CSI-ANI-00056464 -
23        CSI-ANI-00056464.000062;    103
24
25   /////
```

Page 7

```
 1            EXHIBITS (cont'd)
 2   NUMBER                       PAGE
 3        DESCRIPTION
 4   Exhibit 870   Native Version, Information
 5        About CSI-ANI-00056464;     104
 6
 7   Exhibit 871   Email String,
 8        CSI-CLI-02112360 -
 9        CSI-CLI-02112406;           108
10
11   Exhibit 872   Document, Arista 7048
12        Gigabit Internet Leaf Switch
13        Data Sheet,
14        ARISTANDCA00268265 -
15        ARISTANDCA00268267;         113
16
17   Exhibit 873   PowerPoint, Global Enterprise
18        Theater FSI Q2 Fiscal Year
19        '11 Electronic Trading
20        Competitive Update, Native
21        Version,
22        CSI-CLI-01577353;           119
23
24
25   /////
```

Page 8

```
 1            EXHIBITS (cont'd)
 2   NUMBER                       PAGE
 3        DESCRIPTION
 4   Exhibit 874   Email 5/19/2011 & PowerPoint,
 5        Draft -
 6        CSI-CLI-01577417
 7        CSI-CLI-01577473;           126
 8
 9   Exhibit 875   Email String,
10        CSI-CLI-01588645
11        CSI-CLI-01588654;           130
12
13   Exhibit 876   Email & Attachment,
14        3/29/2012,
15        CSI-CLI-01386563
16        CSI-CLI-01386605;           136
17
18   Exhibit 877   Email String,
19        CSI-CLI-01610893
20        CSI-CLI-01610938;           145
21
22   Exhibit 878   Email String,
23        CSI-ANI-00105548 -
24        CSI-ANI-00105548.000001;    154
25   /////
```

Page 9

```
 1              EXHIBITS (cont'd)
 2   NUMBER                        PAGE
 3           DESCRIPTION
 4   Exhibit 879   Email String,
 5           CSI-ANI-00103013 -
 6           CSI-ANI-00103013.000002;      163
 7
 8   Exhibit 880   Email, 6/5/2014,
 9           CSI-ANI-00094720;             168
10
11   Exhibit 881   Email, 5/31/2014,
12           CSI-ANI-00094261;             170
13
14   Exhibit 882   PowerPoint, Cisco,
15           CSI-ANI-00055255 -
16           CSI-ANI-00055255.000011;      175
17
18   Exhibit 883   Insieme Tiger Team Meetings,
19           6/11-12/2013,
20           CSI-ANI-00089451 -
21           CSI-ANI-00089451.000030;      182
22
23   Exhibit 884   PowerPoint, Beat Arista
24           1/10/2014,
25           CSI-CLI-03277585;             186
```

Page 10

```
 1              EXHIBITS (cont'd)
 2   NUMBER                        PAGE
 3           DESCRIPTION
 4   Exhibit 885   PowerPoint, Arista Files
 5           for IPO Highlights 3/31/2014,
 6           CSI-ANI-00501043 -
 7           CSI-ANI-00501058;             187
 8
 9   Exhibit 886   Email String,
10           CSI-ANI-00090557 -
11           CSI-ANI-00090557.000003;      189
12
13   Exhibit 887   Miscellaneous Screen
14           Shots,
15           CSI-ANI-00056507 -
16           CSI-ANI-00056507.000001;      193
17
18   Exhibit 888   PowerPoint, Why a Bare
19           Metal Switch Running
20           Cumulus Linux,
21           CSI-ANI-00096524 -
22           CSI-ANI-00096524.000044;      194
23
24
25   /////
```

Page 11

```
 1              EXHIBITS (cont'd)
 2   NUMBER                        PAGE
 3           DESCRIPTION
 4   Exhibit 889   PowerPoint, Network
 5           Engineering Low Latency
 6           Switch Platform Review -
 7           Phase 3 - 2011, Nomura Services
 8           CSI-ANI-00055578 -
 9           CSI-ANI-00055578.000026;      195
10
11
12         PREVIOUSLY MARKED EXHIBITS
13   Exhibit 606                    34
14
15   Exhibit 607                    73
16
17   Exhibit 811                   149
18
19   Exhibit 819                   114
20
21
22
23
24
25   /////
```

Page 12

```
 1   San Francisco, California; May 19, 2016
 2             9:41 a.m.
 3             ---o0o---
 4
 5        THE VIDEOGRAPHER:  Good morning.  We are  09:41:40
 6   on the record at 9:41 a.m. on May 19th, 2016.  This
 7   is the videotaped deposition of Mr. Deepak Malik.
 8        My name is Roman Peraza, here with our
 9   court reporter, Rebecca Romano.  We are here from
10   Veritext Legal Solutions at the request of counsel  09:41:56
11   for the defendant.
12        This deposition is being held at
13   Keker & Van Nest in San Francisco.
14        The caption of this case is
15   Cisco Systems, Inc., versus Arista Networks, Inc.,  09:42:06
16   Case No. 5:14-cv-05344-BLF (PSG).
17        Please note that audio and video
18   recording will take place unless all parties have
19   agreed to go off the record.
20        Microphones are sensitive and may pick up  09:42:30
21   whispers or private conversations.
22        At this time, Counsel, please identify
23   yourselves for the record and state whom you
24   represent.
25        MR. FERRALL:  Brian Ferrall on behalf of  09:42:40
```

Page 101

1      A.  Yes.                        01:14:32
2      Q.  Okay.  And you would have received this,
3  right?
4      A.  That's correct.
5      Q.  I notice on page 15, you are --    01:14:38
6  you are listed as a team member in the sales
7  organization; is that -- was that accurate?
8      A.  It's not accurate.
9      Q.  Where -- where should have you -- should
10  you have been listed there?        01:14:56
11      A.  Services, yeah.
12      Q.  Okay.  Is services --
13      A.  It's not listed here.
14      Q.  Okay.
15      A.  Yeah.  It's -- I think they just lumped,  01:15:06
16  because I'm in the field.
17      Q.  Okay.  Fair enough.
18        If you look at page 3 of this exhibit --
19      A.  Uh-huh.
20      Q.  -- there's a slide entitled "Brief Arista  01:15:16
21  History and Cisco Mobilization."
22        Do you see that?
23      A.  I do.
24      Q.  All right.  And the first entry in 2008
25  says:                            01:15:28

Page 102

1        Arista emerged as a competitor    01:15:28
2        with high-profile wins in the
3        high-frequency trading space and
4        financials.
5        Do you see that?              01:15:34
6      A.  Yes, I do.
7      Q.  Okay.  Does this refresh your memory at
8  all about Arista's involvement in the
9  high-frequency trading space in 2008?
10      A.  This does, yeah.  It's been a while, but,  01:15:45
11  yeah, this market was towards the end of -- you
12  know, near the 2010 area, so if this is saying in
13  2008, then that's accurate.
14      Q.  Okay.  And the next -- in 2009, the entry
15  says:                            01:16:03
16        Cisco responded with, quote,
17        microburst, close quote,
18        counter-messaging and targeted
19        programs to slow Arista.
20        Do you see that?              01:16:12
21      A.  Yes.
22      Q.  Do you remember what that Cisco response
23  entailed?
24      A.  Not off the top of my head, no.  I
25  remember Cheetah Street, which is the next after,  01:16:19

Page 103

1  which we discussed already.  Not the microbursts  01:16:22
2  specifically.
3      Q.  Okay.  And the 2010 entry here on page 3
4  confirms what I -- what I think was your belief,
5  that Cheetah Street started --        01:16:35
6      A.  Yes.
7      Q.  -- in 2010, right?
8      A.  Yeah.
9        MR. FERRALL:  All right.  Okay.  Put that
10  aside.                            01:16:45
11        Let's mark that, please.
12        (Exhibit 869 was marked for identification
13  the court reporter and is attached hereto.)
14      Q.  (By Mr. Ferrall)  869 is a document just
15  with the title -- it's a PowerPoint with the title  01:17:36
16  "Arista," and it was Control No. CSI-ANI-00056464
17  through page 62.000062.
18        Take a moment to glance through it, and
19  let me know when you are done.
20      A.  Okay.  Thank you.              01:18:09
21        Okay.
22      Q.  You understand Exhibit 869 is a
23  presentation prepared by the three Cisco employees
24  who are listed on the front?
25      A.  Yes, that's correct.            01:20:25

Page 104

1      Q.  I think we -- we talked about        01:20:29
2  Mr. Srivatsa, and we talked about Mr. Duncan.
3        Do you know Mr. Pletcher, Drew Pletcher?
4      A.  Yes.
5      Q.  Okay.  And what was his role at -- at    01:20:40
6  Cisco, or what is his role at Cisco?
7      A.  His role today, he covers a -- he's a
8  systems engineer.  He covers some of the
9  cloud-based accounts in the sales organization.
10      Q.  I don't know if you could tell from --    01:20:58
11  from glancing through Exhibit 869 the approximate
12  date of this presentation?
13      A.  I can't, but one thing I can deduce just
14  from the title of the gentlemen's that are here,
15  this presentation is probably 2008 or '9-ish,    01:21:12
16  around there.
17      Q.  Okay.  I think that was a pretty good
18  estimate.  I'm going to --
19      A.  Okay.
20      Q.  -- I'm going to show you -- why don't we  01:21:32
21  mark this, and this is the -- sorry.
22        (Exhibit 870 was marked for identification
23  the court reporter and is attached hereto.)
24      Q.  (By Mr. Ferrall)  Exhibit 870 is the
25  printout of the properties for the native version  01:21:48

Page 197

1  it to me.                          04:44:40
2      Q.  Okay.  I just notice that there's --
3  there's no -- you know, other than what the
4  attorneys put on --
5      A.  Uh-huh.                      04:44:50
6      Q.  -- there's no confidentiality indication
7  on it, and so I am wondering whether -- your
8  understanding whether this document really is
9  confidential?
10      MS. JENKINS:  Objection.  Calls for      04:45:04
11  speculation.
12      THE DEPONENT:  I don't know.  It was
13  forwarded to me from -- like I said, so I -- I
14  looked at it.
15      Q.  (By Mr. Ferrall)  Okay.  Do you recall    04:45:11
16  having any reaction to the -- the results of
17  Nomura's testing?
18      A.  Nothing specifically.  I mean, the
19  results are the results, and it's -- it's their
20  perception of how they specifically tested these    04:45:30
21  two products in their specific environment, so it
22  doesn't really call out one product to the another.
23  It's specific to the customer.
24      Q.  Was there any follow-up with -- with
25  Nomura that you remember following -- following    04:45:46

Page 198

1  this test?                          04:45:48
2      A.  Not with me specifically, but if there
3  were from the account team, then that could have
4  been possible.
5      Q.  Do you know if the -- the testing that's    04:45:59
6  described here in Exhibit 889 -- was that the
7  precursor to a particular deal?
8      A.  I don't know.  I would have to have ask
9  the sales team.
10      Q.  If you look at the second-to-last page    04:46:34
11  or --
12      A.  Okay.
13      Q.  -- it's the page ending in 024 in the
14  small numbers at the bottom.
15      A.  Okay.                        04:46:44
16      Q.  This is a page entitled "General CLI."
17      Do you see that?
18      A.  Yes, I do.
19      Q.  Okay.  And can you just read the first
20  paragraph in -- in this page?              04:47:00
21      A.  The Cisco Nexus provides a standard CLI
22  as you would expect from a standard Cisco Nexus
23  device.  The Arista is very similar to Cisco CLI
24  with a mix between IOS and NX-OS; however, it
25  lacks some of the additional information that you    04:47:19

Page 199

1  would get from the Cisco output.          04:47:21
2      Q.  Okay.  Do you remember reading that when
3  you got this document in 2011?
4      A.  No.
5      Q.  Do you recall any discussion amongst your    04:47:34
6  colleagues at Cisco about the fact that Nomura
7  observers Arista having a similar CLI to Cisco's?
8      A.  No.
9      Q.  Okay.  I think I neglected to ask you --
10      A.  Yes.                        04:47:58
11      Q.  -- about your education.
12      A.  Okay.
13      Q.  What's your -- what degrees do you have?
14      A.  I have a bachelor's in computer science,
15  Bachelor's of Science, and then I have a master's    04:48:07
16  in information systems.
17      Q.  And where did you get those degrees?
18      A.  The first one was at Long Island
19  University -- I'm sorry.  The first one is Dowling
20  College, and the second one is Long Island      04:48:19
21  University.
22      Q.  Okay.  Bear with me just a second.
23      In the statement of the high-speed
24  switching market that you are most familiar with,
25  who you would identify as Cisco's, say, top five    04:49:17

Page 200

1  competitors over the past five years?        04:49:22
2      A.  When you say "high-speed switching," you
3  don't necessarily mean the low latency, just --
4  just data server switching, correct?
5      Q.  Yeah, let me be clear.              04:49:36
6      A.  Yeah.
7      Q.  I want to focus on what you know about
8  most.
9      So within your segment --
10      A.  Uh-huh.                      04:49:42
11      Q.  -- of data center switching --
12      A.  Yes.
13      Q.  -- who would you identify as Cisco's top
14  five competitors over the last five years?
15      A.  Juniper, Arista, HP, Huawei.  I would say    04:49:55
16  those four that come to mind, and Huawei
17  predominantly being outside the U.S.
18      Q.  And do you have any view as to who among
19  those four has -- has taken the most market share
20  from Cisco?                        04:50:30
21      A.  I would say Arista in the last two, three
22  years, if I had to guess.
23      Q.  Before that?  Do you --
24      A.  I mean, Juniper has always been there, so
25  they are still there, so we do complete against    04:50:50

Page 201

```
 1    them.                          04:50:57
 2         MR. FERRALL:  Okay.  I have no further
 3    questions.  Thank you.
 4         THE DEPONENT:  Oh.  Thank you.
 5         MS. JENKINS:  Nothing from me.  Thank    04:51:21
 6    you.
 7         THE VIDEOGRAPHER:  This is the end of
 8    today's deposition of Mr. Deepak Malik.  We are off
 9    the record at 4:51 p m.  Total number of media used
10    was two, and they will be retained by Veritext.
11         Thank you.
12         (TIME NOTED 4:51 p m.)
13
14
15
16         ---o0o---
17
18
19
20
21
22
23
24
25
```

Page 202

```
 1         I, Rebecca L. Romano, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3         That the foregoing proceedings were taken before me
 4    at the time and place herein set forth; that any
 5    witnesses in the foregoing proceedings, prior to
 6    testifying, were administered an oath; that a record of
 7    the proceedings was made by me using machine shorthand
 8    which was thereafter transcribed under my direction;
 9    that the foregoing transcript is true record of the
10    testimony given.
11         Further, that if the foregoing pertains to the
12    original transcript of a deposition in a Federal Case,
13    before completion of the proceedings, review of the
14    transcript [ ] was [X] was not requested.
15         I further certify I am neither financially
16    interested in the action nor a relative or employee of
17    any attorney or any party to this action.
18         IN WITNESS WHEREOF, I have this date subscribed my
19    name.
20
21    Dated:  June 2, 2016
22
23              <%signature%>
                 Rebecca L. Romano, RPR,
24              CSR. No 12546
25
```