# ATTACHMENT 33

# EXHIBIT 24

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   _____
                                     )
 5   CISCO SYSTEMS, INC.,            )
                                     )
 6            Plaintiff,             )
                                     )
 7       vs.                         )Case No.:
                                     )5:14-cv-05344-BLF
 8   ARISTA NETWORKS, INC.,          )(PSG)
                                     )
 9            Defendant.             )
     _____)
10
11
12
13      VIDEOTAPED DEPOSITION OF PRADEEP KUMAR KATHAIL
14                  Palo Alto, California
15                  Friday, May 27, 2016
16                       Volume 1
17
18        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19
20
21
22   Reported by:
23   RACHEL FERRIER, CSR No. 6948
24   Job No. 2307792
25   PAGES 1 - 199
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
                 SAN JOSE DIVISION
    _____
                            )
    CISCO SYSTEMS, INC.,    )
                            )
         Plaintiff,         )
                            )
         vs.                ) Case No.:
                            ) 5:14-cv-05344-BLF
    ARISTA NETWORKS, INC.,  ) (PSG)
                            )
         Defendant.         )
    _____)


         VIDEOTAPED DEPOSITION OF PRADEEP KUMAR KATHAIL,
    VOLUME 1, taken on behalf of the Defendant, at Wilson
    Sonsini Goodrich & Rosati, Palo Alto, 601 California
    Avenue, California, beginning at 9:27 a.m. and ending at
    3:39 p.m. on Friday, May 27, 2016, before
    RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
```
Page 2

APPEARANCES:

For Plaintiff:
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    BY: JORDAN JAFFE
    Attorney at Law
    50 California Street, 22nd Floor
    San Francisco, California 94111
    415.875.6600
    jordanjaffe@quinnemanuel.com

And
    KIRKLAND & ELLIS LLP
    BY: REZA DOKHANCHY
    Attorney at Law
    555 California Street
    San Francisco, California 94104
    415.439.1469
    reza.dokhanchy@kirkland.com

Page 3

APPEARANCES (continued):

For Defendant:
    KEKER & VAN NEST
    BY: DAVID J. SILBERT
    Attorney at Law
    633 Battery Street
    San Francisco, California 94111
    415.676.2261
    dsilbert@kvn.com

For Defendant:
    WILSON SONSINI GOODRICH & ROSATI
    BY: BEN LABOW
    Attorney at Law
    One Market Plaza
    Spear Tower, Suite 3300
    San Francisco, California 94105
    415.947.2077
    blabow@wsgr.com


Also Present:
    JORDAN BOCK

Page 4

APPEARANCES (Continued):

Videographer:
    RAMON PERAZA

Page 5

2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

```
                    INDEX
WITNESS                            EXAMINATION
PRADEEP KUMAR KATHAIL
VOLUME 1

        BY MR. SILBERT       13, 100
        BY MR. JAFFE         194


            EXHIBITS
NUMBER          DESCRIPTION             PAGE
Exhibit 1500  Nortel Blade Server Switching,
              (Bates CSI-ANI-00055459 -
              000022)                    29
Exhibit 1501  ISSG - Switching Business
              Review, October 24, 2001
              (Bates CSI-CLI-04978736 -
              04978803)                  36

Exhibit 1502  DSW/MRSS/ITD Interlock
              (Bates CSI-ANI-00272898 -
              00272973)                  40

Exhibit 1503  HP SR2000 Series
              (Bates CSI-CLI-06023246 -
              06023256)                  44

Exhibit 1504  IBM System Networking
              Distributed Virtual Switch
              (Bates CSI-CLI-01321688 -
              01321697)                  51
```

Page 6

```
            EXHIBITS
NUMBER          DESCRIPTION             PAGE
Exhibit 1505  Brocade ICX 7450 Switch
              Frequently Asked Questions
              (Bates CSI-CLI-02246711 -
              00246718)                  53

Exhibit 1506  Dell Networking
              (Bates CSI-CLI-02478111 -
              02478128)                  56

Exhibit 1507  Alcatel-Lucent Enterprise
              Market Group Ethernet & IP
              Networking Portfolio
              (Bates CSI-CLI-03767506 -
              03767601)                  58

Exhibit 1508  Cisco Nexus 7000 Series
              Simplified End-to-End Management
              (Bates ARISTANDCA00009488 -
              00009489)                  64
Exhibit 1509  Cisco Unified Communications
              Manager Express 10.5 Data Sheet
              (Bates ARISTANDCA00009519 -
              00009526)                  67

Exhibit 1510  IP Communications for the
              Small or Autonomous Branch
              Office
              (Bates ARISTANDCA00009527)  68
Exhibit 1511  Cisco Carrier Packet
              Transport System
              (Bates ARISTANDCA00009534 -
              00009577)                  70

Exhibit 1512  Cisco Aggregation Update
              (Bates ARISTANDCA00009578 -
              00009621)                  75

Exhibit 1513  Cisco NX-OS - Networking
              Software
              (Bates ARISTANDCA00010590)  77
```

Page 7

```
            EXHIBITS
NUMBER          DESCRIPTION             PAGE
Exhibit 1514  Cisco IOS XR Software
              Release 3.0
              (Bates ARISTANDCA00009622 -
              00009624)                  81

Exhibit 1515  Cisco NX-OS Software:
              Business-Critical
              Cross-Platform Data Center
              OS
              (Bates ARISTANDCA00010591 -
              00010604)                  82
Exhibit 1516  IOS Software Release 12.2S
              (Bates CSI-ANI-00252097 -
              00252244)                  87
Exhibit 1517  Nex Generation Wiring Closet
              (NGWC) Software Requirements
              for Wireless from Common
              Modules in IOS
              (Bates CSI-CLI-00843944 -
              00844046)                  92

              Exhibit 1518  E-mail from Prakash Bettadapur
              to ewtg-nova-planing, 6/6/08
              (Bates CSI-CLI-01134108)   95

              Exhibit 1519  Cisco Deep Dive
              (Bates CSI-ANI-00324177 -
              00324249)                  96

Exhibit 1520  Cisco Open Network Environment
              71 pages (no Bates numbers)  101
Exhibit 1521  E-mail from Phillip Remaker
              to Rick Pratt, 4/15/08
              (Bates CSI-CLI-01133437)   105
Exhibit 1522  CCIE turns 20: How Cisco
              transformed itself and the
              IT world
              (Bates CSI-CLI-03126889 -
              03126890)                  109
```

Page 8

```
            EXHIBITS
NUMBER          DESCRIPTION             PAGE
Exhibit 1523  Headline: The transformative
              Operating System Called IOS,
              (Bates CSI-CLI-01142111 -
              01142112)                  116

              Exhibit 1524  E-mail from Alon Bernstein
              to William Westfield, 4/15/08
              (Bates CSI-CLI-029443915)  120

              Exhibit 1525  E-mail from Praveen Joshi
              7/11/02
              (Bates CS-CLI-01110668 -
              01110669)                  122
Exhibit 1526  Protecting Innovation
              8 pages (no Bates numbers)  127

Exhibit 1527  Robert Wright EDCS-765200
              Revision 7
              (Bates CSI-CLI-00868542 -
              00868593)                  137
Exhibit 1528  Level (3) Data Architecture
              Roadmap
              (Bates CSI-ANI-00230048 -
              00230112)                  157

              Exhibit 1529  E-mail from Pradeep Kathail
              to Kirk Lougheed, 9/23/03
              (Bates CSI-CLI-01113838 -
              01113849)                  165
Exhibit 1530  World Without CLI Network
              Management and Model Strategy
              Discussion
              (Bates CSI-ANI-00081443 -
              000027)                    167
Exhibit 1531  E-mail string from Colin
              Kincaid to Smeet Arora,
              2/10/14
              (Bates CSI-ANI-00083162 -
              000001)                    172
```

Page 9

3 (Pages 6 - 9)

Veritext Legal Solutions
866 299-5127

## Page 10

```
            EXHIBITS
NUMBER         DESCRIPTION              PAGE
Exhibit 1532  E-mail string from
              Thomas Kernen to Alex
              Voronin, 2/11/14
              (Bates CSI-ANI-00083243 -
              000002)                   175
Exhibit 1533  E-mail from Pradeep Kathail
              to Ashok Ganesan, 6/16/14
              (Bates CSI-ANI-00095779 -
              000011)                   179

Exhibit 1534  E-mail from David Ward to
              JL Valente, 8/14/14
              (Bates CSI-CLI-04587560)  182

Exhibit 1535  Q2 CY2014 LAN Switching
              Market Share Results
              (Bates CSI-ANI-00103803 -
              000006)                   191
```

## Page 11

1  INDEX (Continued):

3        INSTRUCTION NOT TO ANSWER
4           Page   Line
5            130    16

## Page 12

1  Palo Alto, California; Friday, May 27, 2016
2           9:27 a.m.
3
4       THE VIDEOGRAPHER:  Good morning.  We are on the
5  record at 9:27 a.m. on May 27th, 2016.
6       This is the videotaped deposition of Mr. Pradeep
7  Kathail.
8       My name is Ramon Peraza, here with our Court
9  Reporter, Rachel Ferrier.  We are here from Veritext
10 Legal Solutions at the request of counsel for the
11 defendant.
12      This deposition is being held at Wilson Sonsini
13 in Palo Alto.
14      The caption of this case is Cisco Systems, Inc.,
15 versus Arista Networks, Inc., Case
16 No. 5:14-cv-05344-BLF (PSG).
17      Please note that audio and video recording will
18 take place unless all parties have agreed to go off the
19 record.
20      Microphones are sensitive and may pick up
21 whispers or private conversations.
22      At this time, Counsel, please identify yourselves
23 for the record and state whom you represent.
24      MR. SILBERT:  David Silbert, Keker & Van Nest, on
25 behalf of defendant, Arista.  Also present is Jordan

## Page 13

1  Bock, who is a law student and summer associate at our
2  firm.
3       MR. LABOW:  Ben Labow from Wilson Sonsini on
4  behalf of Arista.
5       MR. JAFFE:  Jordan Jaffe of Quinn, Emanuel on
6  behalf of the plaintiff, Cisco, and the witness.
7       MR. DOKHANCHY:  Reza Dokhanchy from Kirkland &
8  Ellis on behalf of Cisco.
9       THE VIDEOGRAPHER:  The Court Reporter may now
10 swear in the witness.
11          PRADEEP KUMAR KATHAIL,
12 having been administered an oath, was examined and
13 testified as follows:
14             EXAMINATION
15 BY MR. SILBERT:
16   Q  Good morning, sir.
17   A  Good morning.
18   Q  Could you please state your name for the record.
19   A  Pradeep Kumar Kathail.
20   Q  Mr. Kathail, you have been deposed before; is
21 that correct?
22   A  Yes.
23   Q  You were deposed in the ITC proceedings between
24 Cisco and Arista?
25   A  Yes.

Page 194

1 you came up -- you refer to a couple, makes sense and
2 using the right words.
3     What -- can you explain to me what criteria you
4 used when you came up with the words to be used in a CLI
5 command?
6     MR. JAFFE: Objection; calls for speculation,
7 vague.
8     THE WITNESS: Most of the time, you want to make
9 sure that the words are such that they are
10 self-explanatory -- okay? -- as well as they are the
11 terminology you are using from the networking world.
12 BY MR. SILBERT:
13  Q  Okay. Any others criteria that come to mind?
14  A  No. Then we have the whole group which reviews
15 them and bunch of things happen, so.
16     MR. SILBERT: Okay. Thank you very much, sir. I
17 have no further questions for you.
18     THE WITNESS: Okay. Thank you.
19     MR. JAFFE: I just have a couple quick questions.
20           EXAMINATION
21 BY MR. JAFFE:
22  Q  When you were just talking with Mr. Silbert about
23 the time that you created CLI commands, you said it was
24 a long time ago.
25     About how long ago was it?

Page 195

1  A  Probably when I joined Cisco, so '98, '99, 2000.
2 That will be the time.
3  Q  And you mentioned that it would take a couple
4 weeks to -- to work on the structure or syntax of the
5 command.
6     Do you consider many different alternative
7 structures during those couple weeks?
8  A  Yeah. That -- this is the whole process, where
9 you come up with a CLI command. You review it with a
10 whole set of group. You sometimes may even talk to the
11 customer saying, "Does this make sense or not?" And
12 then you go back and update based on the feedback.
13  Q  And you mentioned, when Mr. Silbert asked you
14 about make sure that the words are such that they are
15 self-explanatory, what did you mean by that?
16  A  You want to use the words where customer doesn't
17 have to go through and read a dictionary to say what
18 does that word mean. So we want to make sure that they
19 are coming from vocabulary which networking users use
20 day in and day out, so you want to use very known,
21 familiar words.
22  Q  Did you recall that you ever proposed any words
23 and then other words were substituted in after review
24 within Cisco?
25  A  I really don't remember, but I know that when

Page 196

1 these commands -- personally, I don't remember mine, but
2 I know that when these commands go through the review --
3 okay? -- there's a lot of discussion goes back and
4 forth, not only on the words but also on the syntax,
5 what the word location is, why the word location is, and
6 whether do we need that word or whether we can get that
7 kind of information from previous commands which were
8 issued, so there's a lot of discussion goes around it.
9  Q  The other question I had for you is, earlier
10 today, this morning, you mentioned -- referring to
11 Cisco's CLI as the gold standard, and I just wanted to
12 ask what you meant by that?
13  A  The gold standard, meaning there is few things
14 which our customer expects. Okay? But our -- and some
15 of them we define -- I just described it when defining
16 the CLI command. Okay? Some of those things are that,
17 through the CLI, you are not asking repeatedly the same
18 information which I have given you in the previous
19 command, just as an example. Okay?
20     The other thing is that the CLI is very
21 informative. Okay? You can get all that information
22 from CLI.
23     So those are the things that industry expects a
24 common-line interface to have. Okay? And Cisco CLI is
25 being used as the bar to match when people talk about

Page 197

1 the CLI or other customer -- other competitors' CLI.
2     MR. JAFFE: Okay. I don't have any further
3 questions.
4     MR. SILBERT: Nothing further.
5     THE VIDEOGRAPHER: This is the end of today's
6 deposition of Mr. Pradeep Kathail.
7     We are off the record at 3:38 p.m. and the total
8 number of media used was three and it will be retained
9 by Veritext. Thank you.
10    (Recess taken.)
11    MR. JAFFE: We are back on the record just
12 briefly so I can specify that the witness reserves his
13 right to read and sign.
14          (TIME NOTED: 3:39 P.M.)

1    I, PRADEEP KUMAR KATHAIL, do hereby declare
2  under penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as appear
4  noted, in ink, initialed by me, or attached hereto; that
5  my testimony as contained herein, as corrected, is true
6  and correct.
7    EXECUTED this _____ day of _____,
8  2016, at _____, _____.
9         (City)          (State)
10
11    _____
12    PRADEEP KUMAR KATHAIL
13    VOLUME 1

Page 198

4    I, the undersigned, a Certified Shorthand
5  Reporter of the State of California, do hereby certify:
6    That the foregoing proceedings were taken before
7  me at the time and place herein set forth; that any
8  witnesses in the foregoing proceedings, prior to
9  testifying, were placed under oath; that a verbatim
10 record of the proceedings was made by me using machine
11 shorthand which was thereafter transcribed under my
12 direction; further, that the foregoing is an accurate
13 transcription thereof.
14    I further certify that I am neither financially
15 interested in the action nor a relative or employee of
16 any attorney or any of the parties.
17    IN WITNESS WHEREOF, I have this date subscribed
18 my name.
19
20 Dated: 06/06/2016

23    _____
24    RACHEL FERRIER
25    CSR No. 6948

Page 199

51 (Pages 198 - 199)

Veritext Legal Solutions
866 299-5127