# EXHIBIT B

# EXHIBIT 3
# REDACTED VERSION

| | |
|---|---|
| **From:** | Donna Overstreet [donnao@aristanetworks.com] |
| **Sent:** | Tuesday, January 21, 2014 10:51 AM |
| **To:** | Mark Foss |
| **Subject:** | Scripts |
| **Attachments:** | Phil script.docx; Cold Calling Best Practices.docx; Cold Call Script (9.05 KB); pitches[1].docx; Elevator Pitch[2].docx;  Guide - New[3].docx |

Hi there, Mark.

Here are a few of the scripts and guides that we use.  We have several versions that we have built and shared and edit them according to individual style.

Let me know if this helps.

Thanks!

Donna O
*Donna Overstreet*
Head of Inside Sales & Lead Generation
Office 408-547-8128
Mobile 408-209-1977



The New Standard in Software Defined Cloud Networks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA12228912