# EXHIBIT D

# EXHIBIT 51
# REDACTED VERSION

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4    CISCO SYSTEMS, INC.,

 5                Plaintiff,

 6         vs.

 7    ARISTA NETWORKS, INC.,         Case No.

 8                Defendant.         5:14-cv-5344-BLF

 9   _____

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13            SUBJECT TO PROTECTIVE ORDER

14

15       VIDEOTAPED DEPOSITION OF ADAM SWEENEY,

16                     VOLUME I

17

18                 January 29, 2016

19              9:32 a.m. - 6:48 p.m.

20

21         555 Twin Dolphin Drive, 5th Floor

22            Redwood Shores, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

```
 1  CLI than the CLI of other companies?
 2       A.   That that's why they should buy our
 3  equipment, no.
 4       Q.   Okay.
 5            MR. PAK:  Let's take our next break.
 6            THE VIDEOGRAPHER:  This marks the end of
 7  DVD 2.  Off the record.  The time is 2:33 p.m.
 8            (Recess taken at 2:33 p.m.)
 9            THE VIDEOGRAPHER:  On the record.  This
10  marks the beginning of DVD 3 in the deposition of
11  Adam Sweeney on January 29th, 2016.  The time is
12  2:49 p.m.
13            Please continue.
14  BY MR. PAK:
15       Q.   Mr. Sweeney, based on your experience
16  working with CLI command syntax both at Cisco and at
17  Arista, would you agree that coming up with CLI
18  syntax for a particular command is very subjective?
19       A.   It certainly is subjective, yes.
20       Q.   And that means that different engineers
21  could come up with different ideas for the proper
22  CLI syntax for the same functionality, correct?
23       A.   Yes.
24       Q.   Okay.  In fact, you recall having debates
25  with engineers at Cisco and later with engineers at
```

```
 1   Arista about the proper syntax for a CLI command,
 2   true?
 3        A.   Well, I recall very little about this at
 4   Cisco.  But I've certainly had discussions about
 5   what they -- what makes for a good functional
 6   command syntax, yes.
 7        Q.   Okay.  And so if we just focus on your
 8   time at Arista, you would agree that you've had
 9   debates among engineers at Arista about what the
10   proper syntax for a CLI command should be, true?
11        A.   I think "debates" is perhaps a bit strong.
12        Q.   You would agree with me that at Arista
13   you've had discussions among engineers at Arista
14   where different engineers expressed different
15   preferences for a CLI command syntax to be
16   implemented for the same functionality, true?
17        A.   Yes.
18        Q.   Okay.  Sometimes you prevailed in these
19   discussions, other times other engineers prevailed;
20   is that true?
21        A.   I tend not to look at it as a competition,
22   just looking for a good answer.
23        Q.   All I'm saying is sometimes your -- your
24   proposal was adopted for a CLI syntax and other
25   times someone else's proposal for a CLI syntax was
```

Adam Sweeney - Highly Confidential
January 29, 2016                                                     217

```
 1      A.   It does say that.
 2      Q.   But you said:
 3           "...like most of our rules at Arista,
 4           even this one is open to using your
 5           judgment,"
 6           as engineers, correct?
 7      A.   Yes.
 8      Q.   So at the end of the day, all of this is a
 9  judgment call; is that true, in terms of --
10      A.   This document is called "guidelines," not
11  laws.
12      Q.   Right.  So at the end of the day,
13  selecting CLI syntax is a judgment call, true?
14      A.   Yes.
15      Q.   And what you were laying out are some of
16  the principals and style guidelines; but as you
17  said, these aren't mandatory rules, at the end of
18  the day, the Arista engineers should talk about it
19  and then use their judgment; is that right?
20      A.   Yes.
```

[redacted]