# EXHIBIT E

# EXHIBIT 52

```
 1               UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4    CISCO SYSTEMS, INC.,

 5               Plaintiff,

 6         vs.                      Civil Action No.

 7    ARISTA NETWORKS, INC.,        5:14-cv-5344-BLF

 8               Defendant.

 9    _____

10

11      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12             SUBJECT TO PROTECTIVE ORDER

13

14      VIDEOTAPED DEPOSITION OF LINCOLN DALE,

15                    VOLUME I

16

17                January 21, 2016

18              9:37 a.m. - 6:55 p.m.

19

20        555 Twin Dolphin Drive, 5th Floor

21            Redwood Shores, California

22

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

U.S. LEGAL SUPPORT
(415) 362-4346

1    Q.   Okay.  So let me -- with that
2 clarification, let me just ask you the question with
3 respect to NX-OS.
4         You recall, sir, that some engineers from
5 time to time at Cisco would approach you for your
6 input on how to specify a particular type of command
7 expression for the NX-OS operating system from
8 Cisco, correct?
9    A.   Some engineers might have asked me for my
10 opinion on commands in NX-OS.
11   Q.   And you were generally familiar with the
12 stylistic guidelines and preferences of Cisco when
13 it comes to specifying CLI commands, correct?
14   A.   Broadly speaking.  I -- I -- I seem to
15 recall that there was a document that outlined
16 the -- the expression or the form that commands were
17 meant to take.  That said, I think my approach was
18 always one of what made logically the most sense.
19   Q.   And so for you, even if the guidelines
20 said something to you, you were making your own
21 decisions about what you thought was logical or not;
22 is that fair?
23   A.   I would have certainly had my own opinion.
24        Whether that was the direction that went
25 down for any specific command, I -- I don't recall

1   the specifics.
2       Q.   And you do recall that different engineers
3   at Cisco had different opinions about how to express
4   certain CLI commands, do you recall that?
5       A.   Yeah, sure.
6       Q.   And you had your opinions, other people at
7   Cisco had their opinions on the same command
8   functionality, correct?
9       A.   Yeah, I mean, we might have had opinions
10  the same way, they might have been different.  It
11  depends on the exact circumstances.
12      Q.   The choice of a particular command
13  expression for the CLI interface is a subjective
14  choice, isn't it?
15           MR. SILBERT:  Objection.  Vague.
16           THE WITNESS:  Can you be more specific?
17  BY MR. PAK:
18      Q.   It's an individual choice, the individual
19  engineer ultimately decides, if he's responsible for
20  that CLI command, the particular expression that he
21  ultimately chooses; it's a subjective choice,
22  correct?
23      A.   I actually don't know if it comes down to
24  the individual engineer or not.  There might have
25  been a process by which managers had to approve it,

```
 1   I don't honestly know.
 2        Q.   The initial -- let me break that into
 3   different parts.
 4             The initial decision by an engineer to
 5   propose a CLI expression, that's an individual
 6   subjective choice, correct?
 7        A.   Sure.  Someone needs to come up with a
 8   command to start with.
 9        Q.   And so you as an engineer at Cisco, if you
10   were asked to express a CLI command expression for a
11   particular functionality that was being added, you
12   would come up with your preference and make a
13   subjective choice based on what you thought was the
14   best fit; is that true?
15        A.   No, I don't -- there are -- I can think of
16   cases where that wouldn't be correct.  I think
17   there's certainly been cases where we've asked
18   customers what they would like as commands or what
19   they feel makes the most sense.  So it's not always
20   up to an engineer to come up with that.
21        Q.   But it can be up to an engineer, you can
22   have situations where an engineer can come up with a
23   particular command expression for a functionality in
24   CLI that is his preference, correct?
25        A.   I guess so, sure.
```

1    Q.   And when you were having these different
2  opinions, those were your personal opinions and
3  preferences for how a CLI command expression should
4  be expressed, correct?
5    A.   Yeah, sure, I guess so.
6    Q.   Okay.  And isn't it true that for any of
7  these functional aspects of a switch or a router
8  that you could have many different command
9  expressions for the same functionality?
10   A.   It's possible, but in all honesty, a lot
11 of these things just make logical sense.  You
12 wouldn't put commands not related to interfaces
13 under interfaces.  You wouldn't put things not
14 related to IP under IP.  Likewise, something related
15 to IP would make logical sense to put under IP.
16   Q.   Granted.  But even with those logical
17 guidelines, how you choose certain words, what word,
18 those words are chosen, whether you use
19 abbreviations or not, those are individual choices
20 that could be made by a Cisco engineer?
21   A.   They could be, but, again, things like
22 abbreviations, you'd be typically using industry
23 standards or well-known acronyms.  You would be
24 referencing things that if you're implementing a
25 standard or something as part of a standard you'd be