# EXHIBIT F

# EXHIBIT 53

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,       )
                                )
 6              Plaintiff,      )
                                ) Case No.
 7        vs.                   ) 5:14-cv-05344-BLF (PSG)
                                )
 8   ARISTA NETWORKS, INC.,     )
                                )
 9              Defendant.      )
                                )
10   _____)
11
12
13
14
15
16     VIDEOTAPED DEPOSITION OF KEVIN JEFFAY, Ph.D.
17              San Francisco, California
18              Tuesday, June 21, 2016
19                     Volume I
20    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No.  2334018
25   Pages 1 - 212
```

Page 1

| | | |
|---|---|---|
| 1 | responses? | 09:21:12 |
| 2 |     A   No. | |
| 3 |     Q   Did you do any work with respect to the | |
| 4 | IPR on the '526 patent? | |
| 5 |     A   No. | 09:21:19 |
| 6 |     Q   How many hours would you say you put into | |
| 7 | your opening expert report? | |
| 8 |     A   I could just give you a guess.  If I | |
| 9 | previously said 150, probably 100 went into the | |
| 10 | opening report. | 09:21:51 |
| 11 |     Q   And that was the report that was submitted | |
| 12 | a little over two weeks ago, about two and a half | |
| 13 | weeks ago? | |
| 14 |     A   Correct. | |
| 15 |     Q   Did you review that report carefully | 09:21:58 |
| 16 | before you signed it? | |
| 17 |     A   Yes. | |
| 18 |     Q   And would you say, basically, the | |
| 19 | remainder of the 150 hours, roughly 50 hours, was | |
| 20 | spent on the rebuttal expert report? | 09:22:10 |
| 21 |     A   Sure. | |
| 22 |     Q   And that was the report that was submitted | |
| 23 | a few days ago, last Friday? | |
| 24 |     A   Correct. | |
| 25 |     Q   Did you review that report carefully | 09:22:23 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | before you signed it? | 09:22:25 |
| 2 | A   I did. | |
| 3 | Q   How much time have you spent reviewing | |
| 4 | Arista's source code for this matter? | |
| 5 | A   Well, I was here for three days, and | 09:22:37 |
| 6 | that's the bulk of it. | |
| 7 | Q   Other than that three days of review when | |
| 8 | you were here looking at source code, do you have | |
| 9 | any other basis for being familiar with Arista's | |
| 10 | source code, for instance, from work done in other | 09:22:54 |
| 11 | contexts? | |
| 12 | A   No.  No. | |
| 13 | Q   How much time did you spend preparing for | |
| 14 | this deposition? | |
| 15 | A   I spent a little bit of time on Sunday and | 09:23:07 |
| 16 | all day yesterday. | |
| 17 | Q   Yesterday, I take it you met with counsel | |
| 18 | to prepare for your deposition. | |
| 19 | A   That's correct. | |
| 20 | Q   And how long did you spend? | 09:23:19 |
| 21 | A   We spent the entire day. | |
| 22 | Q   Okay.  Now, in this case we had a | |
| 23 | relatively short two-week period to take | |
| 24 | depositions, and counsel for Cisco indicated that | |
| 25 | today would be the best day to take the deposition | 09:23:34 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | for purposes of your schedule; is that correct? | 09:23:37 |
| 2 |     A   That's correct.  And I appreciate your | |
| 3 | accommodation. | |
| 4 |     Q   Okay.  Let's take a look at Exhibit 1369, | |
| 5 | which should be already marked in front of you. | 09:23:50 |
| 6 |     And I'll just state for the record that | |
| 7 | this is a copy of your rebuttal expert report | |
| 8 | without the exhibit.  And I understand the exhibit | |
| 9 | was the PTAB decision relating to the IPR.  So | |
| 10 | that's not included in this exhibit. | 09:24:07 |
| 11 |     Have I, as best as you can tell, | |
| 12 | accurately described Exhibit 1369? | |
| 13 |     A   I think you have. | |
| 14 |     MR. JAFFE:  I'll just object.  As I noted, | |
| 15 | Counsel, before we started, lacking the exhibit, | 09:24:21 |
| 16 | it's not a complete copy of his rebuttal expert | |
| 17 | report. | |
| 18 | BY MR. KRISHNAN: | |
| 19 |     Q   I'd like to turn your attention to | |
| 20 | page 18, paragraph 49. | 09:24:37 |
| 21 |     A   Okay. | |
| 22 |     Q   Before I do that, let me ask you one other | |
| 23 | question, which is that, I noticed that there are | |
| 24 | several paragraphs in your report going from pages 6 | |
| 25 | through 16 where you discuss claim construction and | 09:24:56 |

Page 18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | mechanically determine what was or wasn't a generic | 13:07:21 |
| 2 | command, my guess is none of us would be here today. | |
| 3 | BY MR. KRISHNAN: | |
| 4 |     Q   You had a discussion in your expert report | |
| 5 | of the context.state variable.  I'm wondering how, | 13:08:11 |
| 6 | if at all, the context.state variable plays into | |
| 7 | your analysis of whether particular elements of the | |
| 8 | command parse tree meet the requirements of | |
| 9 | having -- or specifying generic command components | |
| 10 | and command action values. | 13:08:39 |
| 11 |         MR. JAFFE:  Objection.  Vague. | |
| 12 |         THE WITNESS:  I'm missing the question. | |
| 13 | BY MR. KRISHNAN: | |
| 14 |     Q   Can we turn to page 53 and 54 of your | |
| 15 | report, paragraph 154? | 13:10:19 |
| 16 |     A   53 and 54, paragraph 154, you said? | |
| 17 |     Q   Yes. | |
| 18 |     A   Okay. | |
| 19 |     Q   Now, we're at the discussion of the | |
| 20 | limitation requiring that each element specify at | 13:10:31 |
| 21 | least one corresponding generic command component | |
| 22 | and a corresponding at least one command action | |
| 23 | value, correct? | |
| 24 |     A   Correct. | |
| 25 |     Q   I'm wondering how this discussion in | 13:10:43 |

Page 112

```
 1    paragraph 154 of the context.state variable, how           13:10:45
 2    that contributes to your conclusion that that
 3    limitation is met.
 4         A    What 154 is describing is a variable that
 5    exists in US that at runtime is populated for each         13:11:40
 6    element of the tree to contain the list of possible
 7    subrules that may still be a match.
 8              And that in this list of subrules, it
 9    contains, among other things -- because it contains
10    these subrules that may still match, each of these        13:12:10
11    subrules is going to contain a command -- a command
12    action value.
13         Q    Okay.  Does the -- so, for instance, if
14    we're looking at Exhibit 1374, does each element of
15    the tree you've depicted there have a context.state       13:12:29
16    variable, or is there a context.state variable
17    for -- a single one for all of the elements?
18         A    No, it's the former.
19         Q    There's a different context.state variable
20    for each of the elements?                                  13:12:45
21         A    Yes.
22         Q    Does the context.state -- sorry.  Scratch
23    that.
24              Does the top-level OrRule contain a
25    context.state variable?                                    13:12:57
```

Page 113

```
 1        A    Yes.                                          13:12:59

 2        Q    Okay.  And how exactly does it contain

 3   that variable?

 4        A    I don't know how to answer your question.

 5   It's part of the state that's associated with that      13:13:15

 6   object.

 7        Q    So if you went into the code defining an

 8   OrRule, would there be a reference to a

 9   context.state variable?

10        A    I don't think so.  I think it's more          13:13:32

11   associated with the execution of the parse at an

12   OrRule.

13        Q    So I guess I'm still trying to understand.

14   You testified just now that the top-level OrRule

15   contains a context.state variable.                      13:13:47

16        A    Sorry.  Maybe it's a terminology thing.

17             I assumed you to be referring to the box

18   that I've drawn here at the top of Exhibit 1374,

19   which is a representation of this parse tree that

20   gets created, in this case, during the parse of a       13:14:06

21   show openflow flows.

22             So when I was referring to the OrRule, I

23   was referring to the -- the realization of that

24   OrRule in this parse tree, not an OrRule as exists

25   elsewhere, for example, as part of the grammar.         13:14:35
```

Page 114