# ATTACHMENT 38

# EXHIBIT 41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
5    CISCO SYSTEMS, INC.,      )
                                )
6              Plaintiff,       )
                                ) Case No.
7         vs.                   ) 5:14-cv-05344-BLF (PSG)
                                )
8    ARISTA NETWORKS, INC.      )
                                )
9              Defendant.       )
                                )
10   _____)
11
12
13   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15        VIDEOTAPED DEPOSITION OF BALAJI VENKATRAMAN
16                  Palo Alto, California
17                  Tuesday, May 2, 2016
18                       Volume I
19
20
21   Reported by:
22   CARLA SOARES
23   CSR No. 5908
24   Job No.  2302931
25   Pages 1 - 116
```

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA
 3         SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,   )
                            )
 6      Plaintiff,   )
                     ) Case No.
 7   vs.         ) 5:14-cv-05344-BLF (PSG)
                     )
 8   ARISTA NETWORKS, INC.   )
                            )
 9      Defendant.   )
                     )
10   _____)
11
12
13
14
15
16         VIDEOTAPED DEPOSITION OF BALAJI
17   VENKATRAMAN, Volume I, taken on behalf of Defendant,
18   at 601 California Avenue, Palo Alto, California,
19   beginning at 10:03 a.m., and ending at 1:58 p.m., on
20   Monday, May 2, 2016, before CARLA SOARES, Certified
21   Shorthand Reporter No. 5908.
22
23
24
25
                                                 Page 2
```

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:
 4      QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5      BY:  ANDREW M. HOLMES, Attorney at Law
 6      50 California Street, 22nd Floor
 7      San Francisco, California 94111
 8      415.875.6322
 9      drewholmes@quinnemanuel.com
10
11
12   For the Defendant:
13      KEKER & VAN NEST LLP
14      BY:  EDUARDO SANTACANA, Attorney at Law
15          RYAN WONG, Attorney at Law
16      633 Battery Street
17      San Francisco, California 94111
18      415.391.5400
19      esantacana@kvn.com
20      rwong@kvn.com
21
22
23
24
25
                                                 Page 3
```

```
 1   APPEARANCES (Continued):
 2
 3   For the Witness and HP Enterprise:
 4      COVINGTON & BURLING LLP
 5      BY:  THOMAS E. GARTEN, Attorney at Law
 6      333 Twin Dolphin Drive, Suite 700
 7      Redwood Shores, California 94065
 8      650.632.4708
 9      tgarten@cov.com
10
11
12   ALSO PRESENT:  Angela B. Johnson,
13          Hewlett Packard Enterprise
14          IP Litigation Counsel
15
16          Sean Grant, Video Operator
17
18              --o0o--
19
20
21
22
23
24
25
                                                 Page 4
```

```
 1              INDEX
 2   WITNESS
 3   BALAJI VENKATRAMAN               EXAMINATION
     Volume I
 4
 5      BY MR. SANTACANA              11
 6      BY MR. HOLMES                106
 7
 8           EXHIBITS
 9   NUMBER         DESCRIPTION            PAGE
10   Exhibit 625  Subpoena to Testify at a      14
11       Deposition in a Civil Action
12
13   Exhibit 626  Declaration of Angela Johnson   15
14       On Behalf of Hewlett Packard
15       Enterprise
16
17   Exhbiit 627  Document entitled "CiscoWorks   30
18       Network Compliance Manger 1.7,"
19       Bates ARISTANDCA00224722 - 4725
20
21   Exhibit 628  Document entitled "End-of-Sale and  31
22       End-of-Life Announcement for the
23       CiscoWorks Network Compliance
24       Manager 1.7 and 1.8,"
25       Bates ARISTANDCA00224900 - 4905
                                                 Page 5
```

| | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 629 | Document entitled "HP Network Automation Software," Bates HPE88296 - 8314 | 33 |
| Exhibit 630 | Document entitled "HP Network Automation," Bates HPE83634 - 3837 | 43 |
| Exhibit 631 | Document entitled "Quick Start Guide for CiscoWorks Network Compliance Manager 1.2.1," Bates ARISTANDCA00225275 - 5307 | 53 |
| Exhibit 632 | Document entitled "User Guide for Network Compliance Manager 1.4," Bates HPE91828 - 2702 | 56 |
| Exhibit 633 | Document entitled "HP Network Automation," Bates HPE84099 - 4972 | 56 |

Page 6

| | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 634 | Document entitled "Incremental Device Driver Update for CiscoWorks Network Compliance Manager, January 2012," Bates ARISTANDCA00224726 - 4793 | 84 |
| Exhibit 635 | Document entitled "Incremental Device Driver Update for CiscoWorks Network Compliance Manager, August 2011," Bates CSI-CLI-03740012 - 0065 | 85 |
| Exhibit 636 | Document entitled "Incremental Device Update (IDU) Bulletin for Network Compliance Manager 1.x," CSI-CLI-03829811 - 9818 | 88 |
| Exhibit 637 | Document entitled "Incremental Device Driver Update for CiscoWorks Network Compliance Manager, January 2013," Bates CSI-CLI-03786895 - 6970 | 91 |

Page 7

| | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 638 | Document entitled "CLI/API Command Reference for CiscoWorks Network Compliance Manager 1.7," Bates ARISTANDCA00224969 - 5129 | 92 |
| Exhibit 639 | Document entitled "HP 5900 Switch Series," Bates ARISTANDCA00224908 - 4916 | 94 |
| Exhibit 640 | Document headed "QuickSpecs HP6200 yl Switch Series," Bates ARISTANDCA00224917 - 4949 | 97 |
| Exhibit 641 | Document entitled "ProCurve Networking by HP Data Sheets," Bates ARISTANDCA00225130 - 5268 | 98 |
| Exhibit 642 | Document entitled "HP A7500 Switch Series," Bates ARISTANDCA00224950 - 4968 | 100 |

Page 8

| | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 643 | Document entitled "HP ProCurve Secure Router 7000dl Series," Bates ARISTANDCA00225269 - 5274 | 102 |
| Exhibit 644 | Document entitled "HP GbE2c Layer 2/3 Ethernet Blade Switch - questions & answers," Bates ARISTANDCA00224906 - 4907 | 103 |

--o0o--

Page 9

3 (Pages 6 - 9)

```
 1           Palo Alto, California
 2         Monday, May 2, 2016
 3              10:03 a.m.
 4
 5         P R O C E E D I N G S
 6         THE VIDEO OPERATOR:  Good morning.  We're
 7   on the record.  The time is 10:03 a.m., and the date
 8   is May 2nd, 2016.  This begins the videotaped
 9   deposition of Hewlett-Packard pursuant to Rule
10   30(b)(6).
11         My name is Sean Grant, here with our court
12   reporter, Carla Soares.  We're here from Veritext
13   Legal Solutions at the request of counsel for
14   defendant.
15         This deposition is being held at Wilson
16   Sonsini in Palo Alto, California.  The caption of
17   this case is Cisco Systems, Inc., versus Arista
18   Networks, Inc., Case No. 5:14-CV-05344-BLF.
19         Please note that audio- and
20   video-recording will take place unless all parties
21   have agreed to go off the record.  Microphones are
22   sensitive and may pick up whispers, private
23   conversations, or cellular interference.
24         At this time, will counsel please identify
25   themselves and state whom they represent.
```
Page 10

```
 1   A   Hewlett-Packard Enterprise.
 2   Q   And what is your title?
 3   A   Director, project management.
 4   Q   You understand that you are testifying on
 5   behalf of your employer in response to a subpoena
 6   today?
 7   A   Yes.
 8   Q   And you understand that that subpoena was
 9   issued by the defendant in this case, Arista, and
10   not by the plaintiff, Cisco?
11   A   Yes.
12   Q   You understand that your testimony today
13   is testimony that you will provide on behalf of your
14   employer, HP?
15   A   Yes.
16   Q   Have you been deposed before?
17   A   No.
18   Q   Are you represented by counsel today?
19   A   Yes.
20   Q   And who is that?
21   A   Tom.
22   Q   I just want to go over a couple of ground
23   rules since you haven't been deposed before, and
24   then we'll get started.
25         You understand, sir, that you're
```
Page 12

```
 1         MR. SANTACANA:  Eduardo Santacana of Keker
 2   & Van Nest.  I represent the defendant, Arista
 3   Networks.
 4         MR. WONG:  Ryan Wong from Keker & Van Nest
 5   for Arista Networks.
 6         MR. HOLMES:  Drew Holmes with Quinn
 7   Emanuel of behalf of Cisco.
 8         MR. GARTEN:  Tom Garten of Covington &
 9   Burling for the witness and HP Enterprise.
10         MS. JOHNSON:  Angela Johnson for HP
11   Enterprise.
12         THE VIDEO OPERATOR:  Thank you.
13         Will the certified court reporter please
14   swear in the witness.
15              BALAJI VENKATRAMAN
16   having been administered an oath, was examined and
17   testified as follows:
18                  EXAMINATION
19   BY MR. SANTACANA:
20   Q   Good morning, sir.  Could you please state
21   your full name for the record?
22   A   Balaji Venkatraman.
23   Q   Could you spell that?
24   A   B-A-L-A-J-I, V-E-N-K-A-T-R-A-M-A-N.
25   Q   Who is your current employer?
```
Page 11

```
 1   testifying under oath, under penalty of perjury
 2   today?
 3   A   Yes.
 4   Q   And you understand that that testimony is
 5   just as if you were testifying in court?
 6   A   Yes.
 7   Q   You understand the reporter will be
 8   writing down everything that you say?
 9   A   Yes.
10   Q   As a result, it's important that you
11   answer all of my questions verbally instead of with
12   gestures such as nodding your head so that the
13   reporter can record your answers.
14   A   Okay.
15   Q   It's important that you and I not speak
16   over one another today so that the reporter can
17   write down everything that each of us says.
18   A   Okay.
19   Q   So while I'm asking a question, wait until
20   the question is done, and likewise, while you're
21   answering, I will wait until you're finished before
22   asking my next question.
23   A   Okay.
24   Q   If you don't understand a question, please
25   let me know, and I will try to clarify it.  If you
```
Page 13

1  Q  Regardless of which vendor manufactures
2  the device?
3  A  Correct.
4  Q  So every HP customer of Network Automation
5  gets all the device drivers regardless of how many
6  devices they need to support or the -- what they've
7  paid for the product?
8  A  The device comes pre-packaged with a
9  certain number of devices -- device drivers that
10 every customer gets when they purchase the product.
11 Q  Okay.
12    (Exhibit 639 was marked for identification
13    and is attached hereto.)
14 BY MR. SANTACANA:
15 Q  Exhibit 639 has a Bates number of
16 ARISTANDCA00224908.  It's titled "HP 5900 Switch
17 Series Data Sheet."
18    My question for you, sir, is, is this a
19 document that HP kept in the ordinary course of
20 business?
21 A  It has an HP logo.  It's an HP switch.
22 Yes.
23 Q  Do you know when the document was created
24 by HP?
25 A  Let's see if there's a date.  I have not

Page 94

1  seen this document before, but if there's a date, I
2  can -- in the last page, it says "Created
3  February 2012," and "Updated February 2013."
4  Q  Do you know what this document is?
5  A  This is the device specification for HP
6  5900 switch series.
7  Q  Do you have any reason to doubt that it is
8  an authentic version of the specification HP
9  created?
10 A  No.  Looking at the logo and the product
11 family name, this is an HP product.  I believe this
12 is HP documentation.
13 Q  Do you know -- do you know who at HP would
14 have created this product -- this document?
15 A  This document would have been created by
16 the R&D team that is responsible for this particular
17 switch.
18 Q  Okay.  And how do you know that?
19 A  By default, the team that develops the
20 switch is also responsible for producing product
21 documentation.
22 Q  Was this document created by the R&D team
23 in the ordinary course of HP's business?
24 A  I believe so.
25 Q  If you flip to page 5, the third bullet

Page 95

1  point says, "Industry-standard CLI with a
2  hierarchical structure" as the -- as one of the
3  features of this switch, and underneath it says,
4  "Reduces training time and expenses, and increases
5  productivity in multi-vendor installations."
6  A  Right.
7  Q  Do you have an understanding of what the
8  industry standard CLI with a hierarchical structure
9  is?
10 A  Yes.
11 Q  What is that?
12 A  So as we discussed earlier, the reason to
13 have common, consistent-looking CLI across different
14 vendors and different device types for the devices
15 to present a common interface is because users can
16 leverage the learning on one device to another
17 device, another class of device.
18    So in the interest of helping our
19 customers, Hewlett-Packard also implements CLI that
20 is accepted industry standard so that we minimize
21 the amount of time customers have to spend learning
22 our -- our CLI.
23 Q  Is the industry standard CLI that HP
24 implements to help its customers with training time
25 and expenses, is that a set of specific commands?

Page 96

1  A  They are general guidelines.  Every vendor
2  implements the CLI to be consistent with the
3  standard, but every vendor also has proprietary
4  modifications and extensions.
5     But in general, the bulk of it will be
6  similar to whatever the standard is.
7  Q  Do you know what it means when it says "a
8  hierarchical structure"?
9  A  Hierarchical is where you have a set of
10 base commands, show commands.  Hierarchical could be
11 either in terms of the capability or it could be in
12 terms of the privileges that one requires to
13 exercise the CLI.
14 Q  Do you know of any other vendors that
15 implement what you've called the industry standard
16 CLI?
17 A  Most vendors would attempt to implement
18 their CLI that is similar to the standard.
19    MR. SANTACANA:  You can set that aside.
20    (Exhibit 640 was marked for identification
21    and is attached hereto.)
22 BY MR. SANTACANA:
23 Q  Exhibit 640 has the Bates number
24 ARISTANDCA00224917, last page ends in 4949.  The
25 document is entitled "HP 6200 yl Switch Series

Page 97

25 (Pages 94 - 97)

**Page 98**

1  (Retired)," and at the top it says, "QuickSpecs."
2       Sir, is this a document that was kept and
3  created by HP in the ordinary course of its
4  business?
5       A  I believe so.
6       Q  Do you have any reason to doubt its
7  authenticity?
8       A  No.
9       Q  Do you know when the document would have
10 been created?
11      A  It says here at the bottom this is version
12 21, with a date stamp of July 24th, 2015.
13      Q  Do you know who at HP would have been
14 responsible for creating this document?
15      A  The R&D team that was responsible for
16 HP 6200 yl switch series.
17      Q  And how do you know that?
18      A  By default, the R&D team that develops the
19 product also creates documentation.
20      MR. SANTACANA:  Okay.  You can set that
21 aside.  Thanks.
22      (Exhibit 641 was marked for identification
23      and is attached hereto.)
24 BY MR. SANTACANA:
25      Q  Exhibit 641 has a Bates number of

**Page 99**

1  ARISTANDCA00225130, last page ends in 5268.  It's
2  titled "ProCurve Networking by HP Data Sheets."
3       Do you know what this document is, sir?
4       A  These are data sheets for the HP ProCurve
5  family of routers and switches.
6       Q  Is this a document that is kept and was
7  created by HP in the ordinary course of its
8  business?
9       A  I believe so.
10      Q  Do you have any reason to doubt its
11 authenticity?
12      A  No.
13      Q  Do you know when the document was created?
14      A  So on the last page of this exhibit,
15 there's a date stamp of 2005.
16      Q  And who at HP was responsible for creating
17 this document?
18      A  The R&D team that would have been
19 responsible for the family of ProCurve network
20 elements.
21      Q  And how do you know that?
22      A  By default, the R&D team that produces a
23 product also produces the documentation.
24      Q  Could you flip to page 7?
25      A  Page 7?  Yep.

**Page 100**

1       Q  At the top of the page it says, "ProCurve
2  secure router 7000dl Series."  This is a data sheet
3  for that switch.
4       Under "Ease of use," as a feature and
5  benefit, it says, "Industry-standard CLI utilizes
6  familiar CLI to minimize training and certification
7  costs."
8       Is the reason that industry standard CLI
9  is a feature for this switch the same as what you
10 said earlier?
11      A  Yes.
12      MR. SANTACANA:  You can set that aside.
13 Thanks.
14      (Exhibit 642 was marked for identification
15      and is attached hereto.)
16 BY MR. SANTACANA:
17      Q  Exhibit 642 is Bates number
18 ARISTANDCA00224950, last page ends in 4968.  The
19 title is "HP A7500 Switch Series Data Sheet."
20      Is this a document that HP kept and
21 created in the ordinary course of its business?
22      A  I believe so.
23      Q  Do you know when the document was created?
24      A  In the last page of this exhibit, there's
25 a date stamp of August 2012, version 3.

**Page 101**

1       Q  Do you have any reason to doubt the
2  authenticity of this document?
3       A  No.
4       Q  Who at HP was responsible for creating
5  this document?
6       A  The R&D team that was responsible for HP
7  A7500 switch series.
8       Q  And how do you know that?
9       A  By default, the R&D team that produces
10 the product also is responsible for the
11 documentation.
12      Q  And if you could flip to page 3.
13      A  Okay.
14      Q  The second bullet point in the first
15 column is one of the features and benefits for this
16 switch.  It says, "Industry-standard CLI with a
17 hierarchical structure reduces training time and
18 expenses, and increases productivity in multi-vendor
19 installations."
20      Is the reason that the industry standard
21 CLI of this product is a feature the same as the
22 reasons you explained earlier?
23      A  Yes.
24      MR. SANTACANA:  Thank you.  You can set
25 that aside.

**Page 102**

1  Almost there.
2      (Exhibit 643 was marked for identification
3  and is attached hereto.)
4  BY MR. SANTACANA:
5      Q  Exhibit 643 has a Bates number of
6  ARISTANDCA00225269, ending in 5274.  It's titled "HP
7  ProCurve Secure Router 7000dl Series Data Sheet."
8      Do you know if -- strike that.
9      Was this document kept and created by HP
10 in the ordinary course of its business?
11     A  I believe so.
12     Q  Do you know when this document was
13 created?
14     A  The last page shows a date stamp of
15 January 2009.
16     Q  Do you have any reason to doubt the
17 authenticity of this document?
18     A  No.
19     Q  Do you know who at HP was responsible for
20 creating this document?
21     A  The R&D team that was responsible for
22 ProCurve Secure Router 7000dl Series.
23     Q  How do you know that?
24     A  Be default, the documentation is created
25 by the R&D team that produces this product.

**Page 103**

1      Q  If you could flip to page 3, under the
2  product's features and benefits, the last bullet
3  point in the first column reads, "Industry-standard
4  CLI utilizes a familiar command line interface (CLI)
5  to reduce training and certification costs."
6      Are the reasons why this industry standard
7  CLI is a feature and benefit of this product the
8  same as the reasons you stated earlier?
9      A  Yes.
10     MR. SANTACANA:  Thank you.  You can set
11 that aside.
12     (Exhibit 644 was marked for identification
13 and is attached hereto.)
14 BY MR. SANTACANA:
15     Q  Exhibit 644 has a Bates number of
16 ARISTANDCA00224906 through 4907.  It's titled "HP
17 GbE2c Layer 2/3 Ethernet Blade Switch - questions &
18 answers."  And the document also has a URL at the
19 bottom that includes hp.com as the domain.
20     Sir, is this a document that HP kept and
21 created in the ordinary course of its business?
22     A  This looks like a printout of an HP
23 documentation, yes.
24     Q  And the online version of this document is
25 something that HP keeps and creates in the ordinary

**Page 104**

1  course of its business?
2      A  Yes.
3      Q  Do you know when -- well, strike that.
4      Do you know who at HP is responsible for
5  creating this documentation?
6      A  Yeah.  This is a Q-and-A.  Unlike a
7  product documentation on a data sheet, this is a
8  Q-and-A.  So it could either come from the product
9  team or the support team.
10     Q  Okay.  And do you have any reason to doubt
11 that this is an authentic printout of HP's online
12 documentation?
13     A  Based on what I see here, no.
14     Q  What is the HP GbE2 Ethernet blade switch,
15 do you know?
16     A  I'm not an expert, but this is an HP
17 gigabit Ethernet layer two/layer three blade that
18 goes in a chassis.
19     Q  Under "Answers" -- well, "Questions" and
20 "Answers," the first question is, "I am a current HP
21 gigabit E2p-Class user.  Will I have to learn a new
22 configuration interface?"
23     The first answer is, "No.  The switch uses
24 the same intuitive interface as the GbE2.
25 Additionally, all GbE2 switches have a new industry

**Page 105**

1  standard CLI that greatly simplifies configuration
2  and management."
3      Is the reason that the industry standard
4  CLI is a benefit of this product the same as the
5  reasons you stated earlier?
6      A  Yes.
7      Q  Okay.  You can set that aside.
8      Does HP make command reference manuals for
9  its switches available to its customers?
10     A  Yes.
11     Q  Are those manuals kept and created by HP
12 in the ordinary course of its business?
13     A  Yes.
14     Q  Are they created around the time that the
15 products are released publicly?
16     A  Generally, yes.
17     Q  Do you know who at HP is responsible for
18 creating the command reference manuals?
19     A  Typically the R&D team that develops the
20 products also creates documentation.
21     MR. SANTACANA:  That's all I have.
22     THE VIDEO OPERATOR:  Do you want to go off
23 the record?
24     MR. HOLMES:  Yeah, let's go off the
25 record.

27 (Pages 102 - 105)

Page 110

 1   A   So these are industry standards that most
 2   vendors implement in order to present a consistent
 3   interface.
 4       Sometimes standard -- every document that
 5   HP referred to had "industry standard" in quotes.
 6   So sometimes a standard is as published by an
 7   industry organization like IETF or ITU in some
 8   cases.
 9       The industry practices have evolved to
10   adopt a common set of commands, and so they are also
11   generally referred to as standards.  But they may
12   not be a specific document like an FTP protocol or
13   an OSPF, which are standards published by -- in the
14   documents.  So the definition of "standard" may
15   vary.
16   Q   Got it.
17       So it's possible then, when the exhibits
18   that you just walked through with counsel reference
19   industry standard, they're not referring to a
20   specific set standard by a standards-setting body,
21   but just sort of a general way to describe the type
22   of CLI that HP uses?
23   A   Correct.
24   Q   Now, you would agree with me, sir, that
25   there are multiple ways to implement a specific CLI

Page 111

 1   command, right?
 2   A   Yes, there are multiple ways to implement
 3   CLI.
 4   Q   And different companies can and do, in
 5   fact, create their own CLI commands using different
 6   words and syntaxes, correct?
 7   A   Correct.  The syntax may vary across
 8   vendors.
 9   Q   And I believe you testified earlier that
10   vendors, in some instances, have their own
11   proprietary modifications to the industry standard
12   command line interface, correct?
13   A   Correct.
14   Q   And does HP have its own proprietary
15   commands?
16   A   I'm sure HP has proprietary extensions to
17   the CLI.
18   Q   And in those instances, HP would be using
19   a different CLI command than, for instance, Juniper
20   to configure a network device, correct?
21   A   Correct.  HP syntax would be different and
22   documented.
23   Q   So it's fair to say then that even though
24   a CLI command might be similar across different
25   vendors, they can be different, correct?

Page 112

 1       MR. SANTACANA:  Objection.  Calls for
 2   opinion testimony.
 3       THE WITNESS:  Either they are the same or
 4   they are different.
 5   BY MR. HOLMES:
 6   Q   Right.  They can be similar but different?
 7   A   The syntax may vary.
 8   Q   Now, you discussed earlier with counsel a
 9   product called Network Automation product.
10       Do you remember that?
11   A   Yes.
12   Q   And that's an HP product?
13   A   Correct.
14   Q   And the analogous product, I believe, that
15   is -- that HP OEMs for Cisco is the Cisco Network
16   Compliance Manager; is that right?
17   A   Correct.
18   Q   Now, the HP Network Automation product,
19   that's not a router, is it?
20   A   No.
21   Q   And it's not a switch, correct?
22   A   No.
23   Q   And I believe your testimony is that the
24   Network Automation product, in fact, supports
25   various network elements, right?

Page 113

 1   A   Yes.
 2   Q   And so it's fair to say that the Network
 3   Automation product is complementary to a router or a
 4   switch, correct?
 5   A   The Network Automation product is a
 6   software product that helps manage the
 7   configuration -- changes to the configuration and
 8   compliance across multiple vendors.
 9   Q   Would it be fair to say that the Network
10   Automation product does not specifically compete in
11   the marketplace with a switch or a router?
12   A   That is correct.  We -- the switch and the
13   router is not competitive to Network Automation.
14   Q   Sir, have you read Cisco's complaint that
15   it filed against Arista?
16   A   No.
17   Q   Have you read any of the Cisco patents
18   that have been asserted against Arista in this case?
19   A   No.
20   Q   You've never, I assume then, read any of
21   the claims that are associated with Cisco's patents
22   that are asserted in this case?
23   A   That's correct.
24   Q   And, sir, you're not a lawyer, are you?
25   A   No.

29 (Pages 110 - 113)

**Page 114**

1  Q  And do you consider yourself to be an
2  expert in patent law?
3  A  No.
4  Q  And have you read any briefings or papers
5  that are related to this case other than the
6  subpoena?
7  A  No.
8      MR. HOLMES: All right. I pass the
9  witness.
10     MR. SANTACANA: Nothing.
11     MR. GARTEN: I just want to put on the
12 record that we'll take the time under the protective
13 order to review and designate the transcript as
14 appropriate. I understand in the 15-day period it's
15 highly confidential, attorney eyes' only.
16     MR. SANTACANA: Okay.
17     THE VIDEO OPERATOR: This concludes
18 today's videotaped deposition of Hewlett-Packard
19 pursuant to Rule 30(b)(6). We're off the record at
20 1:58 p.m.
21     (TIME NOTED: 1:58 p.m.)
22         --o0o--

**Page 116**

1  I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12     Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16     I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19     IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21
22 Dated: 05/13/2016
23
24     _____
25     CARLA SOARES
        CSR No. 5908

**Page 115**

8      I, BALAJI VENKATRAMAN, do hereby declare
9  under penalty of perjury that I have read the
10 foregoing transcript; that I have made any
11 corrections as appear noted, in ink, initialed by
12 me, or attached hereto; that my testimony as
13 contained herein, as corrected, is true and correct.
14     EXECUTED this _____ day of _____,
15 2016, at _____, _____.
16         (City)        (State)
17
18
19     _____
20         BALAJI VENKATRAMAN

30 (Pages 114 - 116)