# ATTACHMENT 39

# EXHIBIT 42

*53-1003389-01*
*30 September 2014*



# FastIron

## Command Reference

Supporting FastIron Software Release 08.0.20

## BROCADE

ARISTANDCA_BROCADE01336032

© 2014, Brocade Communications Systems, Inc. All Rights Reserved.

Brocade, the B-wing symbol, Brocade Assurance, ADX, AnyIO, DCX, Fabric OS, FastIron, HyperEdge, ICX, MLX, MyBrocade, NetIron, OpenScript, VCS, VDX, and Vyatta are registered trademarks, and The Effortless Network and the On-Demand Data Center are trademarks of Brocade Communications Systems, Inc., in the United States and in other countries. Other brands and product names mentioned may be trademarks of others.

Notice: This document is for informational purposes only and does not set forth any warranty, expressed or implied, concerning any equipment, equipment feature, or service offered or to be offered by Brocade. Brocade reserves the right to make changes to this document at any time, without notice, and assumes no responsibility for its use. This informational document describes features that may not be currently available. Contact a Brocade sales office for information on feature and product availability. Export of technical data contained in this document may require an export license from the United States government.

The authors and Brocade Communications Systems, Inc. assume no liability or responsibility to any person or entity with respect to the accuracy of this document or any loss, cost, liability, or damages arising from the information contained herein or the computer programs that accompany it.

The product described by this document may contain open source software covered by the GNU General Public License or other open source license agreements. To find out which open source software is included in Brocade products, view the licensing terms applicable to the open source software, and obtain a copy of the programming source code, please visit http://www.brocade.com/support/oscd.

# Contents

Preface...................................................................................................................9
    Document conventions................................................................................9
        Text formatting conventions...............................................................9
        Command syntax conventions..........................................................9
        Notes, cautions, and warnings.......................................................10
    Brocade resources....................................................................................11
    Contacting Brocade Technical Support....................................................11
    Document feedback...................................................................................12

About This Document....................................................................................13
    What's new in this document....................................................................13
    Supported hardware and software............................................................13

Using the FastIron command-line interface.................................................15
    Accessing the CLI.....................................................................................15
        Command modes................................................................................15
        Command help...................................................................................16
        Command completion.......................................................................16
        Scroll control......................................................................................17
        Line editing commands....................................................................18
    Searching and filtering command output.................................................18
        Searching and filtering output at the --More-- prompt...................18
        Searching and filtering show command output............................19
    Creating an alias for a CLI command........................................................23
        Configuration notes for creating a command alias.......................23
    Specifying stack-unit, slot number, and port number.............................24
        Specifying a port on a modular device...........................................24
        Specifying a port on stackable devices .........................................24

Commands A - E.............................................................................................25
        aaa authorization coa enable..........................................................25
        aaa authorization coa ignore .........................................................26
        accept-mode.......................................................................................27
        access-list enable accounting ........................................................28
        alias.....................................................................................................29
        anycast-rp...........................................................................................30
        arp-internal-priority...........................................................................32
        authentication....................................................................................33
        authentication auth-default-vlan.....................................................34
        authentication auth-order................................................................35
        authentication disable-aging...........................................................36
        authentication dos-protection.........................................................37
        authentication fail-action.................................................................38
        authentication filter-strict-security.................................................39
        authentication max-sessions...........................................................40
        authentication reauth-timeout.........................................................41
        authentication source-guard-protection enable............................42

CONFIDENTIAL

ARISTANDCA_BROCADE01336034

authentication timeout-action................................................................43
authentication voice-timeout-action .....................................................44
auth-default-vlan.................................................................................45
auth-fail-action....................................................................................46
auth-order dot1x mac-auth.................................................................47
auth-order mac-auth dot1x.................................................................48
bsr-candidate......................................................................................49
clear access-list accounting...............................................................51
clear cable diagnostics tdr.................................................................52
clear dot1x sessions...........................................................................53
clear dot1x statistics..........................................................................54
clear dot1x-mka statistics...................................................................55
clear ip mroute....................................................................................56
clear ip pim counters..........................................................................57
clear ip pim hw-resource.....................................................................58
clear ip pim rp-map..............................................................................59
clear ip pimsm-snoop..........................................................................60
clear ipv6 mroute.................................................................................61
clear ipv6 neighbor..............................................................................62
clear ipv6 pim cache...........................................................................63
clear ipv6 pim counters.......................................................................64
clear ipv6 pim hw-resource.................................................................65
clear ipv6 pim rp-map..........................................................................66
clear ipv6 pim traffic............................................................................67
clear ipv6 pimsm-snoop......................................................................68
clear ipv6 raguard................................................................................69
clear macsec ethernet........................................................................70
clear mac-authentication sessions.....................................................71
clear notification-mac statistics..........................................................72
clear openflow....................................................................................73
clear stack ipc....................................................................................74
clear statistics openflow.....................................................................75
connect...............................................................................................76
copy flash scp....................................................................................77
copy running-config scp.....................................................................79
copy scp flash....................................................................................80
copy scp license.................................................................................82
copy scp running-config.....................................................................84
copy scp startup-config......................................................................86
copy startup-config scp......................................................................87
critical-vlan.........................................................................................88
default-ports.......................................................................................89
disable-aging......................................................................................90
dib-internal-trunk-hash.......................................................................91
dot1x auth-filter..................................................................................92
dot1x enable.......................................................................................93
dot1x guest-vlan.................................................................................94
dot1x max-reauth-req.........................................................................95
dot1x-mka-enable...............................................................................96
dot1x timeout......................................................................................97
egress-buffer-profile...........................................................................98
enable-accounting...............................................................................99
enable-mka.......................................................................................100
errdisable packet-inerror-detect.......................................................101

Commands F - S..................................................................................103
failover..............................................................................................103

CONFIDENTIAL

ARISTANDCA_BROCADE01336035

filter-strict-security enable...........................................................................104
flow-control neg-on..................................................................................105
force-up ethernet......................................................................................106
hello-interval............................................................................................107
hitless-failover enable..............................................................................108
inline power .............................................................................................109
inline power install-firmware scp.............................................................112
ip arp inspection validate.........................................................................114
ip bootp-use-intf-ip..................................................................................115
ip dscp-remark.........................................................................................116
ip max-mroute..........................................................................................117
ip mroute..................................................................................................118
ip mroute (next hop).................................................................................119
ip mroute next-hop-enable-default...........................................................120
ip mroute next-hop-recursion...................................................................121
ip multicast disable-flooding....................................................................122
ip pcp-remark ..........................................................................................123
ipv6 max-mroute......................................................................................124
ipv6 mroute..............................................................................................125
ipv6 mroute (next hop).............................................................................126
ipv6 mroute next-hop-enable-default.......................................................127
ipv6 mroute next-hop-recursion...............................................................128
ipv6 multicast disable-flooding................................................................129
ipv6 nd router-preference.........................................................................130
ipv6 nd skip-interface-ra..........................................................................131
ipv6 neighbor inspection..........................................................................132
ipv6 neighbor inspection vlan..................................................................133
ipv6 raguard policy ..................................................................................134
ipv6 raguard vlan .....................................................................................135
ipv6 raguard whitelist ..............................................................................136
ipv6-address auto-gen-link-local.............................................................137
ipv6-neighbor inspection trust ................................................................138
key-server-priority....................................................................................139
logging .....................................................................................................140
loop-detection shutdown-disable ............................................................141
loop-detection-syslog-interval .................................................................142
mac filter enable-accounting....................................................................143
mac-auth auth-filter..................................................................................144
mac-auth dot1x-override..........................................................................145
mac-auth enable.......................................................................................146
mac-auth password-format ......................................................................147
mac-auth password-override....................................................................148
mac-notification interval ..........................................................................149
macsec cipher-suite.................................................................................150
macsec confidentiality-offset...................................................................151
macsec frame-validation..........................................................................152
macsec replay-protection.........................................................................153
max-hw-age...............................................................................................154
maximum-preference ...............................................................................155
max-sw-age..............................................................................................156
mka-cfg-group ..........................................................................................157
mstp instance...........................................................................................158
mstp scope ...............................................................................................159
multicast pimsm-snooping prune-wait.....................................................160
openflow enable .......................................................................................161
packet-inerror-detect................................................................................162
pass-through.............................................................................................163
phy cable diagnostics tdr.........................................................................164

CONFIDENTIAL

ARISTANDCA_BROCADE01336036

prefix-list ....................................................................................165
pre-shared-key............................................................................166
priority.........................................................................................167
priority-flow-control....................................................................168
priority-flow-control enable.......................................................169
qos egress-buffer-profile...........................................................170
qos ingress-buffer-profile..........................................................172
qos priority-to-pg........................................................................174
qos scheduler-profile..................................................................176
qos-internal-trunk-queue............................................................179
radius-client coa host.................................................................181
radius-client coa port .................................................................182
raguard ........................................................................................183
restricted-vlan.............................................................................184
route-precedence.........................................................................185
route-precedence admin-distance.............................................187
rp-candidate.................................................................................188
scheduler-profile.........................................................................190

**Show Commands**...............................................................................**191**
show cable-diagnostics tdr.........................................................191
show dlb-internal-trunk-hash.....................................................192
show dot1x ip-acl.........................................................................193
show dot1x mac-filter..................................................................194
show dot1x sessions....................................................................195
show dot1x statistics...................................................................197
show dot1x-mka config................................................................199
show dot1x-mka config-group.....................................................201
show dot1x-mka sessions............................................................203
show dot1x-mka statistics...........................................................206
show interface ethernet...............................................................207
show interfaces stack-ports........................................................209
show ip mroute.............................................................................211
show ip msdp mesh-group...........................................................213
show ip multicast group...............................................................215
show ip multicast mcache............................................................217
**show ip multicast optimization**...............................................**219**
show ip multicast pimsm-snooping.............................................220
show ip multicast vlan..................................................................221
show ip pimsm-snooping cache...................................................225
show ip static mroute...................................................................227
show ipv6 mroute..........................................................................228
show ipv6 multicast mcache........................................................229
show ipv6 multicast group............................................................230
show ipv6 multicast mcache........................................................232
**show ipv6 multicast optimization** ...........................................**233**
show ipv6 multicast pimsm-snooping.........................................234
show ipv6 multicast vlan..............................................................235
show ipv6 neighbor ......................................................................236
show ipv6 pimsm-snooping cache...............................................239
show ipv6 static mroute...............................................................241
show loop-detect no-shutdown-status.......................................242
show mac-auth configuration......................................................243
show mac-auth ip-acl ..................................................................246
show mac-auth sessions..............................................................247
show mac-auth statistics.............................................................248
show macsec ethernet..................................................................249

CONFIDENTIAL

ARISTANDCA_BROCADE01336037

show notification-mac.................................................................251
show openflow.............................................................................252
show openflow controller............................................................254
show openflow flows....................................................................255
show openflow groups.................................................................256
show openflow interfaces............................................................257
show openflow meters.................................................................259
show packet-inerror-detect..........................................................261
show priority-flow-control............................................................262
show qos egress-buffer-profile....................................................263
show qos ingress-buffer-profile...................................................264
show qos-internal-trunk-queue....................................................265
show qos priority-to-pg...............................................................266
show qos-profiles........................................................................268
show qos scheduler-profile.........................................................269
show rmon...................................................................................271
show span designated-protect.....................................................276
show stack....................................................................................277
show stack connection.................................................................279
show stack detail..........................................................................280
show stack failover.......................................................................282
show stack flash...........................................................................283
show stack link-sync....................................................................284
show stack neighbors...................................................................285
show stack rel-ipc stats...............................................................286
show stack resource.....................................................................293
show stack stack-ports.................................................................294
show statistics l2-tunnel..............................................................296
show statistics stack-ports...........................................................297

Commands Sn - Z....................................................................................299
snmp-server enable traps mac-notification.................................299
spanning-tree designated-protect...............................................300
stack disable................................................................................301
stack enable.................................................................................302
stack mac.....................................................................................303
stack-port.....................................................................................304
stack secure-setup......................................................................305
stack stack-port-resiliency...........................................................306
stack suggested-id.......................................................................308
stack suppress-warning...............................................................309
stack switch-over..........................................................................310
stack-trunk....................................................................................311
stack unconfigure.........................................................................312
store-and-forward.........................................................................315
symmetrical-flow-control enable.................................................316
system-max igmp-snoop-group-addr...........................................317
system-max igmp-snoop-mcache...............................................318
system-max mac-notification-buffer.............................................319
system-max mld-snoop-group-addr.............................................320
system-max mld-snoop-mcache..................................................321
use-v2-checksum.........................................................................322
version..........................................................................................323
vxlan vlan.....................................................................................324

CONFIDENTIAL

ARISTANDCA_BROCADE01336038

CONFIDENTIAL

ARISTANDCA_BROCADE01336039

# Preface

● Document conventions..................................................................................9
● Brocade resources.......................................................................................11
● Contacting Brocade Technical Support......................................................11
● Document feedback.....................................................................................12

# Document conventions

The document conventions describe text formatting conventions, command syntax conventions, and important notice formats used in Brocade technical documentation.

## Text formatting conventions

Text formatting conventions such as boldface, italic, or Courier font may be used in the flow of the text to highlight specific words or phrases.

| Format | Description |
|---|---|
| **bold** text | Identifies command names |
| | Identifies keywords and operands |
| | Identifies the names of user-manipulated GUI elements |
| | Identifies text to enter at the GUI |
| *italic* text | Identifies emphasis |
| | Identifies variables and modifiers |
| | Identifies paths and Internet addresses |
| | Identifies document titles |
| `Courier font` | Identifies CLI output |
| | Identifies command syntax examples |

## Command syntax conventions

Bold and italic text identify command syntax components. Delimiters and operators define groupings of parameters and their logical relationships.

| Convention | Description |
|---|---|
| **bold** text | Identifies command names, keywords, and command options. |
| *italic* text | Identifies a variable. |

CONFIDENTIAL

ARISTANDCA_BROCADE01336040

| Convention | Description |
|---|---|
| value | In Fibre Channel products, a fixed value provided as input to a command option is printed in plain text, for example, --**show** WWN. |
| [ ] | Syntax components displayed within square brackets are optional. |
| | Default responses to system prompts are enclosed in square brackets. |
| { x \| y \| z } | A choice of required parameters is enclosed in curly brackets separated by vertical bars. You must select one of the options. |
| | In Fibre Channel products, square brackets may be used instead for this purpose. |
| x \| y | A vertical bar separates mutually exclusive elements. |
| < > | Nonprinting characters, for example, passwords, are enclosed in angle brackets. |
| ... | Repeat the previous element, for example, *member[member...]*. |
| \ | Indicates a "soft" line break in command examples. If a backslash separates two lines of a command input, enter the entire command at the prompt without the backslash. |

## Notes, cautions, and warnings

Notes, cautions, and warning statements may be used in this document. They are listed in the order of increasing severity of potential hazards.

---
**NOTE**
A Note provides a tip, guidance, or advice, emphasizes important information, or provides a reference to related information.

---
**ATTENTION**
An Attention statement indicates a stronger note, for example, to alert you when traffic might be interrupted or the device might reboot.


**CAUTION**
**A Caution statement alerts you to situations that can be potentially hazardous to you or cause damage to hardware, firmware, software, or data.**


**DANGER**
*A Danger statement indicates conditions or situations that can be potentially lethal or extremely hazardous to you. Safety labels are also attached directly to products to warn of these conditions or situations.*

CONFIDENTIAL

ARISTANDCA_BROCADE01336041

# Brocade resources

Visit the Brocade website to locate related documentation for your product and additional Brocade resources.

You can download additional publications supporting your product at www.brocade.com. Select the Brocade Products tab to locate your product, then click the Brocade product name or image to open the individual product page. The user manuals are available in the resources module at the bottom of the page under the Documentation category.

To get up-to-the-minute information on Brocade products and resources, go to MyBrocade. You can register at no cost to obtain a user ID and password.

Release notes are available on MyBrocade under Product Downloads.

White papers, online demonstrations, and data sheets are available through the Brocade website.

# Contacting Brocade Technical Support

As a Brocade customer, you can contact Brocade Technical Support 24x7 online, by telephone, or by e-mail. Brocade OEM customers contact their OEM/Solutions provider.

## Brocade customers

For product support information and the latest information on contacting the Technical Assistance Center, go to http://www.brocade.com/services-support/index.html.

If you have purchased Brocade product support directly from Brocade, use one of the following methods to contact the Brocade Technical Assistance Center 24x7.

| Online | Telephone | E-mail |
|---|---|---|
| Preferred method of contact for non-urgent issues:<br><br>• My Cases through MyBrocade<br>• Software downloads and licensing tools<br>• Knowledge Base | Required for Sev 1-Critical and Sev 2-High issues:<br><br>• Continental US: 1-800-752-8061<br>• Europe, Middle East, Africa, and Asia Pacific: +800-AT FIBREE (+800 28 34 27 33)<br>• For areas unable to access toll free number: +1-408-333-6061<br>• Toll-free numbers are available in many countries. | support@brocade.com<br><br>Please include:<br><br>• Problem summary<br>• Serial number<br>• Installation details<br>• Environment description |

## Brocade OEM customers

If you have purchased Brocade product support from a Brocade OEM/Solution Provider, contact your OEM/Solution Provider for all of your product support needs.

• OEM/Solution Providers are trained and certified by Brocade to support Brocade® products.
• Brocade provides backline support for issues that cannot be resolved by the OEM/Solution Provider.

CONFIDENTIAL

ARISTANDCA_BROCADE01336042

- Brocade Supplemental Support augments your existing OEM support contract, providing direct access to Brocade expertise. For more information, contact Brocade or your OEM.
- For questions regarding service levels and response times, contact your OEM/Solution Provider.

# Document feedback

To send feedback and report errors in the documentation you can use the feedback form posted with the document or you can e-mail the documentation team.

Quality is our first concern at Brocade and we have made every effort to ensure the accuracy and completeness of this document. However, if you find an error or an omission, or you think that a topic needs further development, we want to hear from you. You can provide feedback in two ways:

- Through the online feedback form in the HTML documents posted on www.brocade.com.
- By sending your feedback to documentation@brocade.com.

Provide the publication title, part number, and as much detail as possible, including the topic heading and page number if applicable, as well as your suggestions for improvement.

CONFIDENTIAL                                    ARISTANDCA_BROCADE01336043

# About This Document

● What's new in this document...................................................................................13
● Supported hardware and software...........................................................................13

## What's new in this document

This document is the first release of the FastIron Command Reference.

In this initial release of the FastIron command reference, not all commands supported on the FastIron devices are represented. All new commands supported in the FastIron Release 08.0.20 are included.

For new commands introduced since Release 08.0.01, the history table is shown. For legacy commands the history table is not shown unless an update has been added in recent releases.

## Supported hardware and software

This guide supports the following product families for FastIron release 08.0.20:

- FCX Series
- FastIron X Series (FSX 800 and FSX 1600)
- ICX 6610 Series
- ICX 6430 Series (ICX 6430, ICX 6430-C12)
- ICX 6450 Series (ICX 6450, ICX 6450-C12-PD)
- ICX 6650 Series
- ICX 7750 Series
- ICX 7450 Series

---

**NOTE**
The Brocade ICX 6430-C switch supports the same feature set as the Brocade ICX 6430 switch unless otherwise noted.

---

**NOTE**
The Brocade ICX 6450-C12-PD switch supports the same feature set as the Brocade ICX 6450 switch unless otherwise noted.

For information about the specific models and modules supported in a product family, refer to the hardware installation guide for that product family.

CONFIDENTIAL

ARISTANDCA_BROCADE01336044

CONFIDENTIAL

ARISTANDCA_BROCADE01336045

# Using the FastIron command-line interface

● Accessing the CLI...............................................................................................15
● Searching and filtering command output.........................................................18
● Creating an alias for a CLI command...............................................................23
● Specifying stack-unit, slot number, and port number......................................24

# Accessing the CLI

Once an IP address is assigned to a Brocade device running Layer 2 software or to an interface on the Brocade device running Layer 3 software, you can access the CLI either through a direct serial connection or through a local or remote Telnet session.

You can initiate a local Telnet or SNMP or SSH connection by attaching a cable to a port and specifying the assigned management station IP address.

## Command modes

The FastIron CLI uses an industry-standard hierarchical shell familiar to Ethernet/IP networking administrators. You can use one of three major command modes to enter commands and access sub-configuration modes on the device.

### User EXEC mode

User EXEC mode is the default mode for the device; it supports the lowest level of user permissions. In this mode, you can execute basic commands such as **ping** and **traceroute**, but only a subset of clear, show, and debug commands can be entered in this mode. The following example shows the User EXEC prompt after login. The **enable** command enters privileged EXEC mode.

```
device> enable
device#
```

### Privileged EXEC mode

Privileged EXEC mode supports all clear, show, and debug commands. In addition, you can enter some configuration commands that do not make changes to the system configuration. The following example shows the privileged EXEC prompt. At this prompt, you issue the **configure terminal** command to enter global configuration mode.

```
device# configure terminal
device(config)#
```

### Global configuration mode

Global configuration mode supports commands that can change the device configuration. For any changes to be persistent, you must save the system configuration before rebooting the device. The global configuration mode provides access to sub-configuration modes for individual interfaces, VLANs,

CONFIDENTIAL                                    ARISTANDCA_BROCADE01336046