# ATTACHMENT 40

# EXHIBIT 43



# Brocade ICX 7450 Switch Frequently Asked Questions

## Introduction

The Brocade® ICX® 7450 Switch redefines the economics of enterprise networking by providing unprecedented capabilities, flexibility, and performance in a stackable form factor. It delivers the capabilities of a chassis with the flexibility and cost-effectiveness of a stackable switch.

The Brocade ICX 7450 delivers high-performance switching across all ports to support high-bandwidth and latency-sensitive applications such as voice/video streaming and Virtual Desktop Infrastructure (VDI). Up to 12 Brocade ICX 7450 Switches can be stacked using standards-based full-duplex 40 Gbps or 10 Gbps stacking ports, providing 160 Gbps of backplane stacking bandwidth with full redundancy, eliminating inter-switch bottlenecks. Additionally, each switch can provide up to 12 10 Gigabit Ethernet (GbE) ports for high-speed connectivity to the aggregation or core layers.

The Brocade ICX 7450 Switch supports PoE, PoE+, and Power over HDbaseT (PoH) to provide up to 95 watts of power to connected powered devices. This high-powered solution simplifies wiring for next-generation conferencing devices such HD flat screen, VDI clients, pan/tilt surveillance cameras, and 802.11ac wireless access points. With a 1,500-watt power budget per switch (with two AC power supplies), the Brocade ICX 7450 24-port and 48-port PoE models can supply full Class 3 (15.4 watts) or full Class 4 PoE+ (30 watts) power to every port.

For more information, visit: www.brocade.com/icx7750.

## General Questions and Answers

**Q.** How many models are available in the Brocade ICX 7450 Switch family?

**A.** Five models are available in the Brocade ICX 7450 family. Each model is orderable with either power supply side intake (-I) or power supply side exhaust (-E) airflow:

- **Brocade ICX 7450-24** with 24 10/100/1000 Mbps RJ-45 fixed ports
- **Brocade ICX 7450-24P** with 24 10/100/1000 Mbps RJ-45 PoE+ fixed ports
- **Brocade ICX 7450-48** with 48 10/100/1000 Mbps RJ-45 fixed ports
- **Brocade ICX 7450-48P** with 48 10/100/1000 Mbps RJ-45 PoE+ fixed ports
- **Brocade ICX 7450-48F** with 48 100/1000 Mbps Small Form-Factor Pluggable (SFP) fixed ports

All Brocade ICX 7450 models have three modular slots that can be populated with interchangeable interface modules, providing a maximum of 12 10 GbE or three 40 GbE modular ports per switch:

- **Brocade ICX7400-4X1GF**: 4-port 100 Mbps/1 GbE SFP module
- **Brocade ICX7400-4X10GF**: 4-port 1/10 GbE SFP/SFP+ module
- **Brocade ICX7400-4X10GC**: 4-port 1/10 GbE 10GBASE-T copper module
- **Brocade ICX7400-1X40GQ**: 1-port 40 GbE QSFP+ module

**Q.** Are the optional modules fully interchangeable?

In most cases, the Brocade ICX 7450 Switch can accept any module in any of its three modular slots with some exceptions. The Brocade ICX 7450-48, 7450-48P, and 7450-48F models will not accept a Brocade ICX7400-1X40GQ module in the modular slot located on the front panel.

| Part Number | Ports | Brocade ICX 7450-24 / Brocade ICX7450-24P | | | Brocade ICX 7450-48 / Brocade ICX 7450-48P / Brocade ICX 7450-48F | | |
|---|---|---|---|---|---|---|---|
| | | Front | Rear Slot A | Rear Slot B | Front | Rear Slot A | Rear Slot B |
| ICX7400-4X1GF | 4-port 100M/1G SFP | Uplink | No | No | Uplink | No | |
| ICX7400-4X10GF | 4-port 1/10G SFP+ | Uplink or Stacking | Uplink | Uplink | Uplink or Stacking | Uplink | Uplink |
| ICX7400-4X10GC | 4-port 1/10G 10GBaseT Copper | Uplink | Uplink | Uplink | Uplink | Uplink | Uplink |
| ICX7400-1X40GQ | 4-port 40G QSFP+ | Uplink | Uplink or Stacking | Uplink or Stacking | No | Uplink or Stacking | Uplink or Stacking |

**Q.** What environment is the Brocade ICX 7450 primarily designed for?

**A.** Brocade ICX 7450 Switches are designed to be deployed at the access layer of an enterprise campus LAN network and as Top-of-Rack (ToR) switches in the data center. As a high-performance campus access solution, the Brocade ICX 7450 can be deployed in wiring closets, providing Ethernet connectivity to workstations, phones, wireless APs, security cameras, and other network devices within close proximity.

Its class-leading 10 GbE port count makes the Brocade ICX 7450 a great solution as a ToR switch in a mixed 1/10 GbE server connectivity environment. It is designed to fit in server racks, consuming only one rack unit and offering dual integrated power supplies and fan assemblies with front-to-back/back-to-front airflow for flexible cooling options. In data center environments where most servers have 1 GbE and some 10 GbE network interfaces, the Brocade ICX 7450 provides a compact and cost-effective 1/10 GbE ToR stackable switch.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                 CSI-CLI-02246712

The Brocade ICX 7450-24F also provides 48 SFP ports, making it very well suited as an aggregation solution for small to medium-size campus networks. For example, thanks to high stacking bandwidth (160 Gbps) and uplink bandwidth (four 10 Gbps ports per stacked switch), four Brocade ICX 7450-24F switches stacked together can deliver the performance required for an aggregation solution with 192 1 GbE SFP fiber ports and 16 10 GbE SFP+ fiber ports.

Q. Does the Brocade ICX 7450 have Layer 3 capabilities?

A. All Brocade ICX 7450 models have IPv4 and IPv6 Layer 3 capabilities:

- **Base Layer 3 routing:** Available in all Brocade ICX 7450 models with no license required and includes IPv4 and IPv6 static routes and routing between directly connected subnets.
- **Premium Layer 3 routing (with license):** Adds IPv4/IPv6 static and dynamic routes with RIPv1/v2/RIPng announce, VRRP, and OSPFv2/v3. It also includes multicast routing protocols, such as PIM, and rich Layer 3 features, such as Policy-Based Routing (PBR), VRRP, and VRRP-E. Additionally, BGP, VRF capabilities, and IPv4 over IPv6 tunnels features are included.

Q. Can Brocade ICX 7450 Switches be upgraded to support Layer 3 features in the field?

A. Yes. Brocade ICX 7450 Switches can be upgraded to the Premium feature set at any time. Customers can purchase a software upgrade license to upgrade any Brocade ICX 7450 Switch to support Layer 3 capabilities.

Q. What type of license can be installed on the Brocade ICX 7450?

A. The Brocade ICX 7450 supports "non-node-locked" licenses. The non-node-locked license files are not tied to a particular switch serial number and can be transferred between Brocade ICX 7450 Switches. However, a given license file should only be activated on one switch at a time. Using the same license file concurrently on multiple switches is prohibited.

Q. What feature advantages does the Brocade ICX 7450 offer compared to Brocade FCX Series switches?

The Brocade ICX 7450 offers many capabilities not found in the Brocade FCX Series, including:

- **Close to three times the stacking bandwidth:** With two 40 Gbps stacking ports compared to the Brocade FCX Series' two 16 Gbps ports, the Brocade ICX 7450 delivers three times the stacking bandwidth.
- **Up to six times the number of 10 GbE ports:** With up to 12 10 GbE ports for stand-alone switches and four 10 GbE ports per switch for stacked switches compared to the Brocade FCX Series' two 10 GbE ports, the Brocade ICX 7450 delivers six times the uplink bandwidth.
- **PoE+ on all ports and PoH support on eight ports:** With a PoE budget of 1,500 W using two power supplies, the Brocade ICX 7450 can deliver up to 30 W to all connected devices and up to 95 W to eight connected devices.
- **DC power supplies:** Available as options, each DC power supply is rated at 510 W and can supply up to 258 W of PoE power.
- **Greater buffering capabilities:** With 8 MB of packet buffer, the Brocade ICX 7450 has deeper packet-forwarding buffers than the Brocade FCX Series.
- **Better future-proofing:** The Brocade ICX 7450 provides support for 40 GbE (IEEE 802.3ba), 95 W Power over HDBaseT (PoH), and support for MACsec (with license) and Energy Efficient Ethernet (EEE).
- **Lower noise level and shorter depth:** With an energy-efficient power supply and main unit fans, the Brocade ICX 7450 produces sound as low as 46 db with a single power supply and fan tray.
- **Redundant fan trays:** For higher availability.

Q. Does the Brocade ICX 7450 support 40 GbE connectivity?

A. Yes. The Brocade ICX7400-1X40GQ module supports a 40 GbE QSFP+ interface that can be used for stacking or uplink connectivity.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
CSI-CLI-02246713

Q. How does the Brocade ICX 7450 expand when more than 24 or 48 ports are needed?
A. All Brocade ICX 7450 Switches support stacking to facilitate port expansion while minimizing management overhead. Up to 12 switches can be included in a stack, scaling the logical switch up to 576 1 GbE ports and 48 10 GbE ports. The backplane stacking bandwidth is 160 Gbps.

Q. Do the switches need to be physically stacked in order to grow the logical switch?
A. No. When using the 40 Gbps stacking ports, the switches can be either situated on top of each other in a rack in a "daisy-chained ring" configuration, or stacked horizontally in a "braided ring" configuration, in which alternating switches are connected to each other. The latter configuration allows switches in the ring to be situated farther apart from each other.

Q. What cabling options are available for stacking switches?
A. Standard QSFP+ or SFP+ copper cables are used for short-distance stacking. Cables are not included and will need to be ordered separately. QSFP+ and SFP+ optics can also be used for distance stacking.

| Part Number | Description |
| --- | --- |
| 40G-QSFP-C-0501 | 40 GbE QSFP direct-attached copper cable, 0.5 m, 1-pack, passive |
| 40G-QSFP-C-0101 | 40 GbE QSFP direct-attached copper cable, 1 m, 1-pack, passive |
| 40G-QSFP-QSFP-C-0301 | 40 GbE QSFP direct attached QSFP+ to QSFP+ active copper cable, 3 m, 1-pack |
| 40G-QSFP-QSFP-C-0501 | 40 GbE QSFP direct attached QSFP+ to QSFP+ active copper cable, 5 m, 1-pack |
| 10G-SFPP-TWX-0101 | Direct-attached SFP+ copper cable, 1 m, 1-pack, active |
| 10G-SFPP-TWX-0301 | Direct-attached SFP+ copper cable, 3 m, 1-pack, active |
| 10G-SFPP-TWX-0501 | Direct-attached SFP+ copper cable, 5 m, 1-pack, active |

Q. What is the maximum distance between two Brocade ICX 7450 Switches in a stack?
A. The maximum distance between two stacked switches depends on the type of QSFP+ or SFP+ link used to stack the units together. To date, the maximum distance is 10Km. New optics are certified on an ongoing basis. For the latest information about supported optics, visit www.brocade.com/optics.

Q. Can PoE and non-PoE Brocade ICX 7450 Switches be mixed in a stack?
A. Yes. Brocade stacking technology provides the flexibility to mix and match PoE and non-PoE Brocade ICX 7450 Switches in a single stack.

Q. Can fiber and copper versions of the Brocade ICX 7450 Switches be mixed in a stack?
A. Yes. Brocade stacking technology provides the flexibility to mix and match the Brocade ICX 7450-48F fiber with other Brocade ICX 7450 models. This provides a convenient way to add fiber ports to a Brocade ICX 7450 stack for distance extension and for deploying fiber to the desktop.

Q. Can Brocade ICX 7450 Switches be stacked with Brocade ICX 6610 or 6450 Switches?
A. No. This stacking configuration is not supported.

Q. Can Brocade ICX 7450 Switches be stacked with Brocade ICX 7750 Switches?
A. No. This stacking configuration is not supported.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           CSI-CLI-02246714

Q. Is PoE+ backward-compatible with PoE?

A. Yes. 801.3at PoE+ is fully backward-compatible with 802.3af PoE. Leveraging LLDPMED, the Brocade ICX 7450 auto-negotiates 802.3af Class 1, Class 2, and Class 3 power.

Q. Is PoH standards-based?

A. Power over HDBase-T (PoH) is a standard defined by the HDBase-T alliance that enables the delivery of up 100 W of power through standard (Cat5e and above) copper twisted pair cables with a reach of up to 100 m.

Q. Is PoH supported on all ports?

A. No. Power over HDBase-T (PoH) is supported only for the first eight ports (ports 1 through 8) of the Brocade ICX 7450 Switch.

Q. How many PoE and PoE+ ports can the Brocade ICX 7450 deliver?

A. The Brocade ICX 7450 can deliver all 24 or 48 ports with full Class 3 power. The following chart shows how many ports can be driven with PoE power, based on the number of power supplies that are installed:

| Brocade ICX 7450 Model | PoE Class 3 Ports | PoE+ Ports |
|---|---|---|
| 24-port model, single 1,000 W power supply | 24 | 24 |
| 24-port model, dual 1,000 W power supply | 24 fully redundant | 24 fully redundant |
| 48-port model, single 1,000 W power supply | 48 | 24 |
| 48-port model, dual 1,000 W power supply | 48 fully redundant | 48 |

Q. What is the Brocade ICX 7450 PoE power budget?

A. The total PoE power budget with two AC power supplies is 1,500 W. The Brocade ICX 7450 PoE models support two internal hot-swappable, load-sharing 1,000 W AC power supplies. Each power supply delivers 750 W of PoE power and has 250 W reserved for system power.

Q. Can the Brocade ICX 7450 be field-upgraded to support PoE?

A. No. Non-PoE Brocade ICX 7450 models cannot be upgraded to support PoE. The PoE design of the Brocade ICX 7450 requires different power supplies and a different circuit board.

Q. Can the Brocade ICX 7450 configure PoE power via a Cisco CDP packet?

A. Yes. The Brocade ICX 7450 has the capability to configure the individual port power based on the content of a CDP packet sent from a Cisco phone. This is a useful feature to control power on a more granular basis than the class definitions allow.

Q. Does the Brocade ICX 7450 offer both AC and DC power supplies?

A. Yes. The Brocade ICX 7450 supports both AC and DC power supplies. A DC power supply option can be installed on any of the Brocade ICX 7450 models (24/48 copper ports models, 24/48 PoE ports models, the 24 SFP ports model) and is available with portside exhaust and port-side intake airflow as the following SKUs:

- RPS15-E: 250 W AC power supply, exhaust airflow
- RPS15-I: 250 W AC power supply, intake airflow
- RPS16-E: 1,000 W AC power supply, exhaust airflow
- RPS16-I: 1,000 W AC power supply, intake airflow
- RPS16DC-E: 510 W DC power supply, exhaust airflow
- RPS16DC-I: 510 W DC power supply, intake airflow

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        CSI-CLI-02246715

Q. Brocade ICX 7450 switches have two removable fan trays. Can the fan tray be replaced while the unit is running?

A. Yes. The fan unit can be hot-swapped while the unit is running.

Q. Does the Brocade ICX 7450 have the option for a redundant power supply?

A. Yes. All Brocade ICX 7450 Switches allow for an optional second redundant AC or DC power supply to be installed internally. These power supplies are hot-swappable and load-sharing.

Q. How is the Brocade ICX 7450 managed?

A. The Brocade ICX 7450 supports a wide range of management standards and features an industry-standard CLI and a Web-based interface. Additionally, it can be managed—along with the rest of the Brocade Ethernet network—by Brocade Network Advisor management software. The Brocade ICX 7450 offers a dedicated out-of-band 10/100/1000 Mbps management port so edge ports are not consumed by management traffic.

Q. What does "hitless failover" mean?

A. Hitless stacking failover is a critical high-availability feature provided by Brocade stacking technology. Hitless failover enables the standby stack controller to instantaneously take over in the event of a failure of the master stack controller, without any interruption of traffic forwarding.

In addition, if a stack controller (one of the switches in the stack) fails, it can be replaced while the stack is operating—without interrupting traffic forwarding—through hot insertion and removal of stacked units. This is another high-availability feature of Brocade stacking technology.

Q. How is the cooling airflow in the Brocade ICX 7450 directed?

A. Airflow in all Brocade ICX 7450 Switches flows from either port side to power supply side, or power supply side to port side. Airflow can be specified at the time of order and can be reversed in the field by swapping the power supplies and fan assembly.

Q. Is a lifetime warranty offered for Brocade ICX 7450 Switches?

A. Yes. Brocade ICX 7450 Switches are covered by the Brocade Assurance® Limited Lifetime Warranty. For details, visit www.brocade.com/warranty.

Q. How do I order the Brocade ICX 7450?

A. Customers have two options when ordering a Brocade ICX 7450 Switch. Either select one of the six pre-built units from the "Switch Bundle" list, or build a custom unit by selecting a "Bare Switch" and adding a choice of power supplies, fans, and port modules. Refer to the Brocade ICX 7450 product page for a complete list of available SKUs.

Q. What comes in the box with the Brocade ICX 7450 Switches?

A. Pre-built units ordered from the "Switch Bundle" list include a power cord, two-post rack mounting brackets, and a USB serial console cable.

Units ordered from the "Bare Switch" list include two-post rack mounting brackets and a USB serial console cable. AC power supplies ordered separately include a power cord.

Stacking cables must be ordered separately.

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY                                                                                                                  CSI-CLI-02246716

Q. What is the ICX7450-48P-STK-E part number intended for?

Customers ordering a stack of switches from the "Switch Bundle" list might not need to have uplinks on every member of the stack. The ICX7450-48P-STK-E is a 48-port PoE "Switch Bundle" that includes two 40 GbE QSFP+ stacking ports, one 1,000 W AC power supply, and one fan. No uplink module is included.

## Learn More

Q. How do I find more information about the Brocade ICX 7450?

Navigate to the Brocade ICX 7450 product page on www.brocade.com for the latest data sheets, white papers, and solution briefs. Or contact your Brocade sales representative or Brocade OEM Partner for more details.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    CSI-CLI-02246717

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Corporate Headquarters**
San Jose, CA USA
T: +1-408-333-8000
info@brocade.com

**European Headquarters**
Geneva, Switzerland
T: +41-22-799-56-40
emea-info@brocade.com

**Asia Pacific Headquarters**
Singapore
T: +65-6538-4700
apac-info@brocade.com



© 2015 Brocade Communications Systems, Inc. All Rights Reserved. 03/15 GA-FAQ-1885-02

ADX, Brocade, Brocade Assurance, the B-wing symbol, DCX, Fabric OS, HyperEdge, ICX, MLX, MyBrocade, OpenScript, The Effortless Network, VCS, VDX, Vplane, and Vyatta are registered trademarks, and Fabric Vision and vADX are trademarks of Brocade Communications Systems, Inc., in the United States and/or in other countries. Other brands, products, or service names mentioned may be trademarks of others.

Notice: This document is for informational purposes only and does not set forth any warranty, expressed or implied, concerning any equipment, equipment features, or service offered or to be offered by Brocade. Brocade reserves the right to make changes to this document at any time, without notice, and assumes no responsibility for its use. This information document describes features that may not be currently available. Contact a Brocade sales office for information on feature and product availability. Export of technical data contained in this document may require an export license from the United States government.



CSI-CLI-02246718