# ATTACHMENT 41

# EXHIBIT 44

CISCO

# Non Cisco Devices

HP Procurve

Dell Power Connect

06/01/2007

Kameswararao Chivukula

**EDCS-599003**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

CSI-CLI-05646048

# HP & Dell Presence

- Aerospace, Business services
- Communications, Education
- Entertainment, Financial services
- Government, Hospitality, Legal
- Manufacturing and Construction
- Medical, Mining, Publishing,
- Real estate, Research and Development, Retail, Scientific research, Transportation

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646049

cisco

# Managed Devices Features- HP

- **Link Layer Discovery Protocol (LLDP):** automated device discovery protocol for easy mapping by network management applications
- **Link Aggregation Control Protocol (LACP) and ProCurve trunking:** support up to 36 trunks, each with up to 8 links (ports) per trunk; trunking across modules is supported
- **Multiple Spanning Tree Protocol:** provides high link availability in multiple VLAN environments by allowing multiple spanning trees; encompasses IEEE 802.1D Spanning Tree Protocol and IEEE 802.1w Rapid Spanning Tree Protocol
- **Layer 2 switching**
- **VLAN support and tagging:** supports the IEEE 802.1Q (4,096 VLAN IDs) and 256 VLANs simultaneously
- **GARP VLAN Registration Protocol:** allows automatic learning and dynamic assignment of VLANs
- **Basic IP routing:** enables automatic routing to the connected VLANs and up to 16 static routes--including one default route--in IP networks

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

cisco

# Managed Devices Features - HP

- **Multiple user authentication methods:**
  - **IEEE 802.1X** industry-standard way of user authentication using an IEEE 802.1X supplicant on the client in conjunction with a RADIUS server
  - **Web-based authentication** similar to IEEE 802.1X, provides a browser-based environment to authenticate clients that do not support the IEEE 802.1X supplicant
  - **MAC-based authentication** client is authenticated with the RADIUS server based on the MAC address of the client
- **Secure FTP:** allows secure file transfer to / from the switch; protects against unwanted file downloads or unauthorized copying of switch configuration file
- **TACACS+:** eases switch management security administration by using a password authentication server
- **Secure Shell (SSHv2, Secure Sockets Layer (SSL)):**
- **Traffic prioritization - QoS:** allows real-time traffic classification into 8 priority levels mapped to 4 queues
- **RMON and XRMON:** provide advanced monitoring and reporting capabilities for statistics, history, alarms, and events
- **Stacking capability:** single IP address management for a virtual stack of up to 16 switches, including the ProCurve 2500 series, 2510 series, 2600 series, 2800 series, 2810 series, 2900 series, 3400cl series, 3500yl series, 4100gl series, 4200vl series, 6108, 6200yl-24G-mGBIC, and 6400cl series

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Managed Devices Features- HP

cisco

- **Stateful firewall:** includes an integrated stateful firewall and a Cyber Attack Defense Engine that stops common attacks to help ensure continuous availability of critical Internet-dependent applications; the firewall also supports NAT and port-forwarding operations
- **Access control lists (ACLs):** provide IP Layer 3 filtering based on source/destination IP address/subnet and source/destination TCP/UDP port number
- **IPSec VPN:** optional IPSec VPN module enables site-to-site and client sessions; tunneling protocols include IPSec and GRE; encryption methods include 3DES-CBC, DES-CBC, AES-CBC, 128-bit, 192-bit, and 256-bit; hash algorithms supported are SHA-1, MD5, and manual IPSec policies; supports the ability to route traffic between tunnels (hub and spoke VPNs)
- **HTTP Content Filtering:** HTTP filtering can be applied to incoming or outgoing sessions on any IP interface to provide a proactive defense against web-based threats. Also, uses the WiSP protocol to communicate with Websense® Enterprise servers for enhanced content filtering services. **NEW!**
- **Policy-based routing:** allows the enforcement of packet policies and resource allocation down to individual end systems and end users
- **Network address translation (NAT) support:** provides 1:1 or 1:many NAT port translation

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Managed Device Features– Dell

CISCO

- BootP/DHCP IP address management or Static IP address assignment.
- IEEE 802.1Q port-based tagging up to 64 VLANs
- **Link Aggregation, up to six groups and up to four aggregated links per group (IEEE 802.3ad)**
- **Port mirroring (up to four source ports)**

6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                          CSI-CLI-05646053

# Managed Device Features –  Dell

cisco

- Web-based management interface; Industry-standard CLI accessible via Telnet or console and SNMPv3 supported
- Up to 256 VLANs supported for tagging and port-based as per IEEE 802.1Q.
- Spanning Tree (IEEE 802.1D) and Rapid Spanning Tree (IEEE 802.1w) with Fast Link support. Multiple spanning trees (IEEE 802.1s)
- IEEE 802.1x based edge authentication. Switch password protection. IP Address filtering for management access via Telnet, HTTP, HTTPS/SSL, SSH and SNMP
- Link Aggregation with support for up to eight aggregated links per switch and up to eight ports per aggregated link (IEEE 802.3ad); LACP support
- Port-based MAC address alert and lock-down; Layer 2/3/4-based Access Control Lists (ACLs); RADIUS authentication; SSL/SSH encryption

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646054

# HP Procurve Device Types

CISCO

- Switch 2524 24 RJ45 10/100 Port
- Switch 2512 12 RJ45 10/100 Port
- Switch 2650 48 RJ45 10/100 Port
- Switch 2626 24 RJ45 10/100 Port
- Switch 2600-8-PWR 8 10/100 Port
- Switch 2650-PWR 48 RJ45 10/100 Port
- Switch 2626-PWR 24 RJ45 10/100 Port
- Switch 2848 44 RJ45 10/100/1000 Port
- Switch 2824 20 RJ45 10/100/1000 Port
- Switch 3400cl-24G 24 RJ45 10/100/1000 Port
- Switch 4200vl auto-sensing 10/100/1000
- 4100gl - maximum of 192 10/100 ports or 160 Gigabit ports and 16 mini-GBICs, or a combination
- 7000dl 2 RJ-45 10/100 ports

- Switch 3400cl-48G 44 RJ45 10/100/1000 Port
- Switch 2724 24 RJ45 10/100/1000 Port
- Switch 2708 8 RJ45 10/100/1000 Port
- Switch 2324 24 RJ45 10/100 Port
- Switch 2312 12 RJ45 10/100 Port
- 24 RJ45 10/100 Port
- 8 RJ45 10/100 Port
- Access Point 420 (NA)
- Access Point 420 (RW)
- Access Point 520wl

8

CSI-CLI-05646055

# Dell Network Device Types

- 48 10/100 Port With 4 Gigabit Port 3448P
- 24 10/100 Port With 4 Gigabit Port 3424P
- 32 Gigabit Layer 3 Port 6024F
- 32 Gigabit Layer 3 Port 6024
- 28 Gigabit Layer 2 Port 5324
- 48 10/100 Port With 4 Gigabit Port          3448

- 24 10/100 Port With 4 Gigabit Port          3424
- 26 Gigabit Port 2724
- 26 Gigabit Port 2716
- 8 Gigabit Port 2708
- 24 10/100 Port With 2 gigabit Port          2324
- 24 10/100 Port 2224
- 16 10/100 Port 2216

cisco

9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

cisco

# Management Application for HP

- HP Procurve Manager Plus – PCM+ 2.2
- **HP OpenView Network Node Manager Windows integration:**
    - **Installation:** The option to integrate with HP OpenView Network Node Manager (NNM) Windows may be selected at installation. ProCurve Manager Plus 2.2 will then integrate with the 6.41 and 7.x versions of NNM.
    - **Auto-discovery coordinated with OpenView Network Node Manager:** When integrated with NNM, ProCurve Manager Plus 2.2 will use NNM's discovery database and then retrieve additional ProCurve device data for the ProCurve Manager Plus database.
    - **Topology mapping:** When integrated with NNM, ProCurve Manager Plus will provide ProCurve device icons to the NNM topology map. The NNM topology map will be the primary mapping mechanism, with the option to launch the ProCurve Manager map views as well. This allows easy identification of ProCurve devices and allows the user, via right mouse button selection, to retrieve a ProCurve Manager Plus map of all selected ProCurve devices.

**10**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646057

CISCO

# Management Application for HP

- **Advanced monitoring and diagnosis:**
  - **Inter-switch consistency checking between connected ports:** Switches connected to one another in a network should have consistent configurations on each side of the connected ports. ProCurve Manager Plus 2.2 checks these parameters to help ensure the proper reliable behavior occurs over these links. Parameters checked include VLAN ID and name, full duplex/ half duplex, VLAN tagged vs. untagged packets, QoS, and priorities. These checks save administrator diagnosis time and ensure reliable data exchange.
  - **BootROM consistency check:** ProCurve Manager Plus 2.2 checks BootROMs during the firmware update process to ensure that the target firmware has the required BootROM before updating of the firmware is allowed. This prevents network downtime and alerts administrators of needed upgrades before errors occur.
  - **Find Port diagnostic capabilities:** ProCurve Manager Plus 2.2 provides the ability to find a switch port when given an IP or MAC address. This function can be initiated manually by the administrator or automatically by an external event. This enables administrators to automatically isolate problems to specific ports and take automated corrective action, saving time and reducing network downtime.
- **Enable port mirroring and remote port mirroring on select ProCurve switches:** ProCurve Manager Plus 2.2 can set port mirroring and remote port mirroring ports on select advanced ProCurve switches.

11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

cisco

# Management Application for HP

- **In-depth traffic analysis:** An integrated, low-overhead traffic monitor interface shows detailed information on traffic throughout the network. Using enhanced traffic analysis protocols such as XRMON and sFlow, the user can monitor input and output traffic levels per device, segments with the highest traffic, or even the top users within a network segment.

- **Policy creation and enforcement:** ProCurve Manager Plus 2.2 brings the ability to create policies, set alerts, and take action to enforce network or device policies. Network threats, bandwidth, or link issues can be mitigated by proactive policies and enforced with alerts and actions. **NEW!**

- **Easier configuration management:** Changes in configuration are tracked and logged, and archived configurations can be applied to one or many devices. Configurations can be compared over time or between two devices, with the differences highlighted for the user.

- **Advanced VLAN management:** A new, easy-to-use VLAN management interface allows the user to create and assign VLANs across the entire network, without having to access each network device individually.

- **Audit change reporting:** ProCurve Manager Plus now provides a configuration change log for all configuration changes. The audit log is provided to help customers meet compliance reporting regulations. **NEW!**

- **Device software updates:** ProCurve Manager Plus 2.2 automatically obtains new device software images from ProCurve and updates devices, allowing the user to download the latest version or choose the desired version. Updates can be scheduled easily across large groups of devices, all at user-specified times.

- **SNMPv3:** ProCurve Manager uses the secure SNMPv3 management protocol to help ensure the privacy of management data between the management server and the managed devices. It is integrated with HP OpenView's Network Node Manager implementation of SNMPv3.

**12**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646059



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646060

cisco

# Management Application -Dell

- **Dell OpenManage**

- **Equipment Discovery**
  You can perform discovery using IP address ranges, IP subnet and CIDR addresses, or the option of importing a file listing of IP addresses. the Wizard offers deep discovery options to help you discover various open management interfaces, such as SNMP, Telnet, SSH, HTTP, HTTPS and FTP.

- **Equipment Management & Group Management**
  Equipment Manager allows simple management of Dell PowerConnect switches by enabling you to manage settings and attributes through an easy-to-use interface. You can configure management settings on your switches such as port attributes, security, SNMP, multicast support, spanning tree and link aggregation from a single location.

**14**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646061

CISCO

# Management Application -Dell

- **Topology**
  Topological maps can be created on either a geographical or logical basis, so that you can view logical connections between network devices. Critical conditions can be viewed easily by a color-coded status update for both geographical and logical topologies.

- **Performance Management**
  Profile Manager gives you the ability to accurately chart network performance over time. You can take statistical samples based on feedback from network elements and graph a customized, color-coded chart to help you track how well your network is meeting your organization's needs and optimize its performance. Plus, MIBs can be walked so that any statistic can be analyzed.

- **Event Management**
  Traps and events are monitored as they are received from network devices so that the administrator can stay informed of potential problems. They are then categorized according to severity by a color-coding system that you customize to help prioritize responses. Event History gives you a dependable record of all events and traps that have occurred on your systems. You can even forward traps and events to another network management station to keep your team apprised of your network's health

**15**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
CSI-CLI-05646062

cisco

# Management Application -Dell

- **Switch Software Version Control**
  enables you to add operating systems to the database easily, and the firmware can then be simply deployed to one or many switches with a single operation.
- **Advanced Scheduling**
  Through the advanced scheduling feature, you can specify that certain operations occur during times that your network is least busy to make the most of network availability and bandwidth. For example, you can schedule operations, including configuration changes that may slow the network, during light-usage times like evenings or holidays. You can define schedules by time, date, date-and-time, number of recurrences and cycles. You also have the flexibility to determine a schedule hourly, daily, weekly, monthly or yearly.
- Advanced Edition has **Key features of this upgrade include**
  VLAN Management, Access Control Lists Management, Quality of Service Management

**16**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646063



17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646064

# CMM 1.1.2 Coverage

CISCO

- Manage SNMP Capable Managed Network devices.
- Change of Management levels
  Partial – Generic SNMP
  Basic – Ping Based
- Could be discovered as seed devices
- Discovered devices would be shown under discovered devices table.
- Topology displays device types & respective device icons for both Partial & Basic management levels.
- Devices would be shown as unknown devices if the SNMP is enabled & vendor information is unknown.
- CMM 1.1 Inventory would be added with new columns (Device Vendor, Device Type ) to accommodate Non-Cisco Devices

18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646065

# CMM 1.1.2 Coverage

CISCO

- Devices would be cat

**19**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646066

# MIB Support from MIB2

■ Discovery

System, Interfaces, at, ipMIB, entityMIB,

■ Inventory

entityMIB, isdnMib, ifMIB, ipMIB

■ Monitoring

etherLike-MIB, ifMIB,

**20**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646067



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-05646068