# ATTACHMENT 42

# EXHIBIT 46



# VPLS in an Integrated Wired and Wireless Environment

## February 2006



Susan Hares, NextHop Technologies

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018032



# Agenda

- Global Wired-Wireless LANs
- Traffic Data and Control
    - Two Examples of Global LANs
    - Keys to Scalable, Secure Global LANs
- VPLS connected Wired/Wireless LANs
    - Scaling Wired/Wireless switch/routers
    - Single Provider, Multi-provider
    - Scaling WLAN
- Security
- Combined Network management

Susan Hares, NextHop technologies                                    2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018033



# Global Wired/Wireless LANs

- Wired and Wireless Corporate LANs built from:
  - Router, Ethernet Switch, WLAN Device, AP or
  - New Generation of Integrated Wired/Wireless router/switch + APs

- Corporate LAN networks connect to Virtual Ethernet Pipes across the world
  - Virtual Private LAN Service connects LANs

Susan Hares, NextHop Technologies                                    3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018034



# Wired and Wireless Switches

- ## Wired and Wireless Switches
  - Ethernet with Switched Fabric
  - Wireless LAN with Power over Ethernet & Centrally Managed AP



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018035



# Large Corporate Networks



- Yesterday's Corporate network connected sites via
  - Frame Relay or Dedicated lines
- Today's networks glue the large corporate networks
  - MPLS
  - Using VPLS (Layer 2) or
  - L3 VPNS

Susan Hares, NextHop Technologies

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018036



# VPLS = Virtual Ethernet

- Virtual Ethernet
  - WAN distance
  - Ethernet Broadcasts, multicast
  - ARP, Ping, DNS queries stress Virtual Ethernet



Susan Hares, NextHop Technologies                                                    8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018037



# Markets for Global Wired/Wireless LANs



- Carriers see L2 VPNs as a "profitable"
    - L2 VPN provide a "value-add" service that can have premium rates relative to IP commodity transport
    - US Networks must get beyond commodity traffic to become profit with the Internet

- US L2 VPNs are gaining ground
    - US Carriers such as Bell South & AT&T may change IP transport to Layer 2 VPNs
    - XO announced a change to Wireless Metro Ethernet Market
    - Exchange Points (Equinix, Abovenet) provide Layer 1/Layer 2 inter-connect to Content Providers and Networks

- Large Asian Metros connect via Metro-LANs
    - Metro Ethernet in Asia connect Large Cities and run down railways
    - Japan Targets are: 30 Million Subscribers at 10MBps, 10 Million at 100MBps
    - Korea, China, etc are following suit

- US, European and Asian Carriers using L3 VPNS
    - L3 VPNS gives the "value-add" service with premium Rates
    - Deployed at Deutsche Telekom, Saavis (IP-sec to L3 VPns), AT&T
    - MPLS LANs are Starting to penetrate large Enterprises






Susan Hares, NextHop technologies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018038



# Two Enterprise Deployments:
## Data Center and Call Center

AOL Hub Design





AOL Data Center – What's in
- Information Topologies:
- Live streaming Video traffic
- Massive Storage
- DNS Load balancing

Heart of it all: L2 Switches with high throughput

- VOIP Call Centers reduce costs
  - Small Business use reduce cost "VOIP providers" such Vonage or Skype
  - VOIP from traditional carriers

  [*NANOG 33(2003): What makes SIP difficult in the Internet (jiri.pdf),*
  *NANOG (2005): Securing Carrier VOIP*]

- Special VOIP services
  - Hot-line for networks Problems
  - Emergency service for Disasters

Susan Hares, NextHop technologies

8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018039



# MPLS/TE Networks Supporting AOL



AOL Hub Design





- Deutsche Telekom – TE MPLS
  - Ring around the network with firewalls
  - MPLS traffic Engineering via IGP
    - Cariden tuning
    - Junos & IOS MPLS issues
  - NANOG 33 presentation (IGP tuning in MPLS network – Martin Horneffer, T-COM)
- AOL ATDN network  - TE IP
  - Tuned IGP with massive switching Back-end
  - 25K servers, 66K interfaces, 800 optical routers
  - 250 Gigs/sec of Edge traffic
  - 36 Pops on 4 Continents (200 AS, 125 ISPs)
  - IGP lean, carry everything in BGP
  - **NANOG 34: Design Decisions and Architecture Analysis of a Global 10G Backbone (We Do it, so You Don't Have To)** Vijay Gill

- Exchange Carriers:  Equinix
  - has 6 out of 7 Exchange points to link WANS
  - L1 with value Add at L2 and L3
  - Large Switches

Susan Hares, NextHop technologies                                                                     9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    CSI-CLI-06018040



# Keys to Global L2/L3 LANs

- Scaling the processes for forwarding
    - L2 Ethernet: Data Plane
    - L2 Group MAC (802.11/802.3)

> Unicast forwarding
>
> Multicast forwarding

- Scaling control plane traffic
    - Provisioning Process
    - Failure Re-provisioning process

> MPLS PWs provisioning

- Scaling the Provisioning OAM
    - Automatic L2 VPN/L3 creation
    - Failure Detection & Automatic re-establishment of VPNs

> OAM to detect brown-outs

- Securing the Network
    - WLAN Rogue detection
    - Firewall and IDS/IPS

> Data Encryption
>
> WLAN Rogue Detection
>
> Firewalls/IDS/IPS

Susan Hares, NextHop Technologies

10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018041



# Scaling the Data Forwarding

- **WLAN/LAN Triple-Play Traffic**
  - Network requirements
  - Enterprise usage of Voice, Video and Data
  - Multicast in Global LANs
- **Scaling the Device for WLAN/LAN Global VPLS**
  - VOIP Convergence
  - Single and Multi-Provider convergence
  - Scaling the WLAN

Susan Hares, NextHop Technologies                                                    11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    CSI-CLI-06018042



# WLAN/LAN Data

| Requirements of Network for Data | VoIP | Video | Data | | |
|---|---|---|---|---|---|
| | | | Transaction (SQL/SAP) | Web | Email |
| Data latency | < 50 ms | medium | medium | Cache & accelerators allow web to tolerate high | Tolerates High |
| Data Jitter | Low | Low | medium | Tolerates High | Tolerates High |
| Data path failover | < 50 ms | | Medium | Tolerates High | Tolerates High |
| Efficient Multicast | Small | Critical for High Numbers | Small | Small | Small |
| Unicast | Most Data | Small | Medium | Huge | Huge, Spam |
| Secure | High | Mixed | Medium | HTTPS & HTTP | Mixed |
| Wire-Tap | Must | Should | Should | Should | Must |

Susan Hares, NextHop Technologies

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018043



# WLAN/LAN Market in Enterprises

- Large -      1K APs, 10K switches, 25K servers, 40K stations
- Medium –    100s APs, 1K switches, 500 servers, 2K stations
- Small  -       10s APs, 3 switches, 2 servers, 100 stations

| | WLAN Scale | VLAN Scale | VoIP | Video | Data |
|---|---|---|---|---|---|
| **Large Enterprise Market** | 1000s of APs 10,000s stations 10s of switches Multi-site | 25K servers, 10K-40K WS 2K switches .8K Routers | <50ms handover Seamless roaming SIP proxy / CAC 802.11e / WMM Wifi to cell UMS Spectralink support 802.11r | Smooth Failover of L2 / L3 Seamless Roaming Video Finder/proxy 802.11e/WMM 802.1 Broadcast 100s Multicast Groups | Bulk & Spam Email Transactions: SQL, SAP, HTTP 15-20K Web Servers 15-20K Email Servers |
| **Mid-size Enterprise Market** | 100s of APs 500-1000 stations <24 switches One or two sites | 500 servers 2K WS 24-50 switches 10-100 routers | <50ms handover Seamless roaming 802.11e / WMM Spectralink support 802.11r | Smooth Failover of L2 / L3 Seamless Roaming Video Finder/proxy 802.11e/WMM 802.1 Broadcast 100s Multicast Groups | Bulk & Spam Email Transactions: SQL, SAP, HTTP 300-400 Web Servers 300-400 Email Servers |
| **SMB/SME Market** | <10 APs <100 stations <3 switches | < 2 server < 100 WS < 3 switches | Consumer handsets | Security Camera or Egg Camera Video 2-3 Multicast Groups | 1-2 joint Email/ Web Server |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                    CSI-CLI-06018044



# Multicast in Global LANs









- Multicast is driven by Triple Play
- Where do we see Triple Play?
  - Long skinny countries with a railroad down the center
    - Thailand
    - Japan
    - Nordic Countries
  - IP TV Multicast replaces server
  - Banking use multicast to get around legal issues of stock distribution
  - Distribution of software or news
  - Next Generation Games
  - VoIP Conference calls

- Traditional Multicast over MPLS forwarding
  - Does not scale well
  - Multicast MPLS uses Multicast techniques at MPLS

Susan Hares, NextHop Technologies                                14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                CSI-CLI-06018045



# WLAN/LAN VPLS Device

- Scaling L2/L3 Global WLAN/LAN VPLS device
  - Quick VOIP convergence, Scalable Multicast
- Scaling Single Provider VPLS
- Scaling Multi-Provider VPLS



Susan Hares, NextHop Technologies                                                                              15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018046



# VOIP Convergence



**Link Down Detect**
D = Minimum(3*Link-timer, S-out)

**IGP convergence:**
LoC(p) = D + O + QSP + (k * F) + SPF(n) + RIB (p)
SPF(n) | RIB - LFIB

**LDP convergence:**

LDPao(ip) = D + LoC(p) + LD + (n * (LDP-node))*Path + LIB + LFIB

LDP-node = Lr + LSP-RS-Policy + LD + LSP-
DS-Policy + Ls + LIB + LFIB  *(preliminary)*

**BGP Convergence**

E-BGPep(p) = Ur + RR + QSP + BGPolicy + QSP +
FIB-LFIB + IBGPeer FRGPolpes + FRGP-ASpec +
FIB + CRR

RSVP:
LoC(p) = RR + RRO + QSP + n * (new node)+ LFIB +
LFIB?
↳ RR: Reservation Requested
↳ RRO: New RSVP Require *(Insertion of External routes occurs here)*

- L2 Process convergence requires:
  - Quickly handle port on/off
  - Quick MAC learning
  - VLAN assignment
  - Port Trunking
  - STP/RSTP/MSTP spannig tree

- Layer 3 scaling
  - IGP: Scale the SPF and speed up the interface down time
  - BGP: Speed up the policy

- The MPLS quick convergence:
  - RSVP-TE and LDP process and provide pre-calculated back-up paths that make before breaking,

- VPLS processing running on top of all of these must do all of these plus focus on the MAC transfer

## L3 and MPLS convergence

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018047



# Keys to Scaling Single Provider

| Single Provider | | | | | |
|---|---|---|---|---|---|
| **Requirements** | **IP** | **MPLS** | **Layer 2** | | |
| | | | **802.3** | **802.11** | **WLAN/ LAN** |
| **Data latency** | Hardware based TOS or Diff-Serv Queues | Hardware based TOS or Diff-Serv queues link to Tags | 802.1p marking & queues | 802.11e marking & queues | Switching between 802.1P to/from 802.11e |
| **Data path failover** | Based on IGP + Hardware Update time | Based on IGP & LDP or RSVP-TE + Hardware Label update time | 802.1 Spanning Tree impacted by 802.11 beacons & change rate of combined wireless/wired topology + Hardware MAC update time | | |
| **Efficient Multicast** | IGP + PIM + Hardware Forwarding | Multicast MPLS or IGP + PIM overlays plus the Layer 2 timeout + Hardware Forwarding | Spanning Tree broadcasts are bad for 802.3, and worse for 802.11 with minimum forwarding (Rbridge (IETF) and 802.1 improvements for Link-state protocol to share MAC addresses) + Hardware forwarding at 802.3 and 802.11 | | |

Susan Hares, NextHop technologies                                                                    17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018048



# Rbridge in VPLS envirnonment

- Rbidge Creates Core of Layer 2 Bridges that are fully meshed
  - Multicast can be tuned to only transmit on the Rbridge that is needed
  - Layer 2 improvements can allow MPLS multicast to be efficient

Susan Hares, NextHop Technologies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018049

# Multi-Provider VPLS with WLAN/LAN

**nexthop**

| Multiple Providers | | | | | |
|---|---|---|---|---|---|
| ` | IP | MPLS - VPLS | Layer 2 | | |
| Requirements | | | 802.3 | 802.11 | WLAN/ LAN |
| Data latency | Hardware based Tos/Diff-Serv Queues | Hardware based Tos/Diff-Serv Queues for Tag | 802.1p marking & queues | 802.11e marking & Queues | Switching between 802.1P to/from 802.11e |
| Data path failover | Based on IGP + BGP + Hardware Update time | Based on IGP & LDP or RSVP-TE + Cross-Network Signaling + Hardware Label update time | 802.1 Spanning: - impacted by 802.11 Beacons , change rate of 802.11 network, VPLS (IGP,BGP) and MAC learning | | |
| Efficient Multicast | IGP + PIM + Hardware Forwarding | Multicast MPLS or IGP + PIM overlays plus the Layer 2 timeout + Hardware Forwarding | Broadcast Replicates the Layer 2 traffic everywhere - ARP, DNS use Broadcast True Multicast requires IP + VPLS + 802.1/Rbridge convergence **L3 OSPF uses L2 Multicast** | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018050



# Scaling Global WLAN

- Scaling the Switch/Router
- Simple Centralized  WLAN AP and Switch
- WLAN RF planning
- LAN / WLAN integration



Susan Hares, NextHop Technologies                                          20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018051



# Simple, Centralized Management

**Management console**



- **Advanced management features**
  - One place to manage switch and all APs
  - Integrated WebUI
  - Industry Standard CLI
  - SNMP management
  - Best-of-Breed RF management through DNA partners



Susan Hares, NextHop technologies

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018052



# RF Management



*Industry leading RF Planning*

- Wireless Valley DNA partnership
  - RF Planning
    - Multi-floor buildings
  - RF Mapping
    - RF environment troubleshooting
- Core NextHop capabilities
  - Dynamic Transmit power control
    - coverage hole detection/mitigation
  - Automatic channel selection

*802.11k visualization – signal quality vs. application*

Susan Hares, NextHop technologies

22

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018053



# Security Issues

- Wired/Wireless Security
  - Authentication & Secure Access Circuits
  - Assign Encryption & VPN ids
  - Protect against Attacks
    - Bot Armies march on broadcast ARPs, Multicast queries
    - Will kill the scaling



- Attacks versus Brown-outs
  - Like NE Power-outage of Aug 2003: Attack or old-network
  - Network Brown-out statistics need to be kept
  - L3: netflow, ping, ETE)
  - MPLS: *mflow*, mpls-ping, ETE
  - L2 Ethernet: sflow, 802.3++ ETE
  - L2 Wireless, *rf-info*, 802.11K, ETE





- Attacks on MPLS over Ethernet
  - L2 VPLS/VPWS, L3 VR (IP-Sec), L3 MPLS
  - Combination of Tunnels
  - Use of Radius to configure the VPN ID based on security key (draft-ietf-l2vpn-radius-pe-discovery-01.txt)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018054



# WLAN/LAN Market Requirements

| | WLAN Scale | VLAN Scale | NMS / Management | VoIP Security | WLAN/ LAN Security |
|---|---|---|---|---|---|
| Large Enterprise | 1000s of APs 10,000s stations 10s of switches Multi-site | 25K servers, 10K-40K WS 2K switches .8K Routers | Mgmt platform CLI SNMP XML Detailed reporting Integration w/3rd party mgmt | Encryption of Data Wire Tapping Seamless roaming with wire-tapping | 802.1x / WPA2 IPS / IDS Client integrity Multifactor auth Rogue handling *VPLS security* |
| Mid-mkt | 100s of APs 500-1000 stations <24 switches One or two sites | 500 servers 2K WS 24-50 switches 10-100 routers | SNMP Multi-box web UI Simple reports and alerts | Encryption of Data Wire Tapping Seamless roaming with wire-tapping | 802.1x / WPA2 Client integrity Rogue handling *VPLS Security* |
| SMB/SME mkt | <10 APs <100 stations <3 switches | < 2 server < 100 WS < 3 switches | Web UI Simple alerting Easy deployment | Consumer handsets Wire tapping | 802.1x / WPA2 Rogue handling Local authentication *VPLS Security* |

Susan Hares, NextHop technologies

24

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018055



# Enterprise Class Security



- Encryption: WPA2, WPA, WEP
  - Separate VLAN per security type
  - Captive portal for guest usage
- Strong, scalable authentication with 802.1x and protected EAP
  - Supports external RADIUS authentication
  - Local EAP termination (for small/medium business)
- Rogue AP detection and mitigation

Susan Hares, NextHop technologies                                    25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CSI-CLI-06018056