# ATTACHMENT 44

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
    Plaintiff,
    vs.    Case No. 5:14-cv-05344-BLF
          (PSG)
ARISTA NETWORKS, INC.
    Defendant.
_____

VIDEO DEPOSITION OF DEEPAK MALIK
San Francisco, California
Thursday, May 19, 2016
Volume I

REPORTED BY:
REBECCA L. ROMANO, RPR, CSR No. 12546
JOB NO. 2309373
PAGES 1 - 202

---

Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
    Plaintiff,
    vs.    Case No. 5:14-cv-05344-BLF
          (PSG)
ARISTA NETWORKS, INC.
    Defendant.
_____

    DEPOSITION OF DEEPAK MALIK, taken on behalf of
the Defendant, at Keker & Van Nest, LLP,
633 Battery Street, San Francisco, California,
commencing at 9:41 a.m., Thursday, May 19, 2016, before
Rebecca L. Romano, Certified Shorthand Reporter
No. 12546.

---

Page 3

1        APPEARANCES OF COUNSEL
2
3  For the Plaintiff:
4    QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    BY: SARA JENKINS
6    Attorney at Law
7    555 Twin Dolphin Drive
8    5th Floor
9    Redwood Shores, California 94065
10   (650) 801-5040
11   sarajenkins@quinnemanuel.com
12
13  For the Defendants:
14   KEKER & VAN NEST, LLP
15   BY: BRIAN FERRALL
16   Attorney at Law
17   633 Battery Street
18   San Francisco, California 94111
19   (415) 391-5400
20   bferrall@kvn.com
21
22
23
24
25   /////

---

Page 4

1     APPEARANCES OF COUNSEL (cont'd)
2
3  For the Defendants:
4    WILSON SONSINI GOODRICH & ROSATI
5    BY: BRADLEY T. TENNIS
6    Attorney at Law
7    650 Page Mill Road
8    Palo Alto, California 94304-1050
9    (650) 849-3056
10   btennis@wsgr.com
11
12
13
14  ALSO PRESENT:
15   Ramon Peraza, Videographer
16
17
18
19
20
21
22
23
24
25   /////

---

Page 5

```
 1              INDEX
 2   DEPONENT                    EXAMINATION
 3   DEEPAK MALIK                    PAGE
     VOLUME I
 4
 5         BY MR. FERRALL              14
 6
 7
 8
 9
10            EXHIBITS
11   NUMBER                          PAGE
12         DESCRIPTION
13   Exhibit 864   Email String,
14         CSI-ANI-00098515 -
15         CSI-ANI-00098515.000002;    49
16
17   Exhibit 865   Presentation, Welcome to
18         Arista One-Day Competitive
19         Training,
20         CSI-ANI-00500909
21         CSI-ANI-00500961;          64
22
23
24
25   /////
```

Page 6

```
 1         EXHIBITS (cont'd)
 2   NUMBER                          PAGE
 3         DESCRIPTION
 4   Exhibit 866   PowerPoint, Arista Competitive
 5         Network World Response
 6         SAVBU - 2/5/2010,
 7         CSI-ANI-00056446 -
 8         CSI-ANI-00056446.000032;   77
 9
10   Exhibit 867   Article, Cisco Nexus 7000
11         Series Simplified End to
12         End Management,
13         CSI-ANI-00043659 -
14         CSI-ANI-00043659.000001;   94
15
16   Exhibit 868   PowerPoint, Arista Competitive
17         Program Updates and Next Steps,
18         CSI-ANI-00056463 -
19         CSI-ANI-00056463.000021;  100
20
21   Exhibit 869   PowerPoint, Arista,
22         CSI-ANI-00056464 -
23         CSI-ANI-00056464.000062;  103
24
25   /////
```

Page 7

```
 1         EXHIBITS (cont'd)
 2   NUMBER                          PAGE
 3         DESCRIPTION
 4   Exhibit 870   Native Version, Information
 5         About CSI-ANI-00056464;   104
 6
 7   Exhibit 871   Email String,
 8         CSI-CLI-02112360 -
 9         CSI-CLI-02112406;         108
10
11   Exhibit 872   Document, Arista 7048
12         Gigabit Internet Leaf Switch
13         Data Sheet,
14         ARISTANDCA00268265 -
15         ARISTANDCA00268267;       113
16
17   Exhibit 873   PowerPoint, Global Enterprise
18         Theater FSI Q2 Fiscal Year
19         '11 Electronic Trading
20         Competitive Update, Native
21         Version,
22         CSI-CLI-01577353;         119
23
24
25   /////
```

Page 8

```
 1         EXHIBITS (cont'd)
 2   NUMBER                          PAGE
 3         DESCRIPTION
 4   Exhibit 874   Email 5/19/2011 & PowerPoint,
 5         Draft -
 6         CSI-CLI-01577417
 7         CSI-CLI-01577473;         126
 8
 9   Exhibit 875   Email String,
10         CSI-CLI-01588645
11         CSI-CLI-01588654;         130
12
13   Exhibit 876   Email & Attachment,
14         3/29/2012,
15         CSI-CLI-01386563
16         CSI-CLI-01386605;         136
17
18   Exhibit 877   Email String,
19         CSI-CLI-01610893
20         CSI-CLI-01610938;         145
21
22   Exhibit 878   Email String,
23         CSI-ANI-00105548 -
24         CSI-ANI-00105548.000001;  154
25   /////
```

Page 9

```
 1            EXHIBITS (cont'd)
 2   NUMBER                                   PAGE
 3         DESCRIPTION
 4   Exhibit 879   Email String,
 5         CSI-ANI-00103013 -
 6         CSI-ANI-00103013.000002;           163
 7
 8   Exhibit 880   Email, 6/5/2014,
 9         CSI-ANI-00094720;                  168
10
11   Exhibit 881   Email, 5/31/2014,
12         CSI-ANI-00094261;                  170
13
14   Exhibit 882   PowerPoint, Cisco,
15         CSI-ANI-00055255 -
16         CSI-ANI-00055255.000011;           175
17
18   Exhibit 883   Insieme Tiger Team Meetings,
19         6/11-12/2013,
20         CSI-ANI-00089451 -
21         CSI-ANI-00089451.000030;           182
22
23   Exhibit 884   PowerPoint, Beat Arista
24         1/10/2014,
25         CSI-CLI-03277585;                  186
```

Page 10

```
 1            EXHIBITS (cont'd)
 2   NUMBER                                   PAGE
 3         DESCRIPTION
 4   Exhibit 885   PowerPoint, Arista Files
 5         for IPO Highlights 3/31/2014,
 6         CSI-ANI-00501043 -
 7         CSI-ANI-00501058;                  187
 8
 9   Exhibit 886   Email String,
10         CSI-ANI-00090557 -
11         CSI-ANI-00090557.000003;           189
12
13   Exhibit 887   Miscellaneous Screen
14         Shots,
15         CSI-ANI-00056507 -
16         CSI-ANI-00056507.000001;           193
17
18   Exhibit 888   PowerPoint, Why a Bare
19         Metal Switch Running
20         Cumulus Linux,
21         CSI-ANI-00096524 -
22         CSI-ANI-00096524.000044;           194
23
24
25   /////
```

Page 11

```
 1            EXHIBITS (cont'd)
 2   NUMBER                                   PAGE
 3         DESCRIPTION
 4   Exhibit 889   PowerPoint, Network
 5         Engineering Low Latency
 6         Switch Platform Review -
 7         Phase 3 - 2011, Nomura Services
 8         CSI-ANI-00055578 -
 9         CSI-ANI-00055578.000026;           195
10
11
12         PREVIOUSLY MARKED EXHIBITS
13   Exhibit 606                              34
14
15   Exhibit 607                              73
16
17   Exhibit 811                              149
18
19   Exhibit 819                              114
20
21
22
23
24
25   /////
```

Page 12

```
 1        San Francisco, California; May 19, 2016
 2              9:41 a.m.
 3              ---o0o---
 4
 5        THE VIDEOGRAPHER:  Good morning.  We are   09:41:40
 6   on the record at 9:41 a.m. on May 19th, 2016.  This
 7   is the videotaped deposition of Mr. Deepak Malik.
 8        My name is Roman Peraza, here with our
 9   court reporter, Rebecca Romano.  We are here from
10   Veritext Legal Solutions at the request of counsel   09:41:56
11   for the defendant.
12        This deposition is being held at
13   Keker & Van Nest in San Francisco.
14        The caption of this case is
15   Cisco Systems, Inc., versus Arista Networks, Inc.,   09:42:06
16   Case No. 5:14-cv-05344-BLF (PSG).
17        Please note that audio and video
18   recording will take place unless all parties have
19   agreed to go off the record.
20        Microphones are sensitive and may pick up   09:42:30
21   whispers or private conversations.
22        At this time, Counsel, please identify
23   yourselves for the record and state whom you
24   represent.
25        MR. FERRALL:  Brian Ferrall on behalf of   09:42:40
```

Page 13

1  defendant, Arista Networks.           09:42:41
2       MR. TENNIS:  Brad Tennis from
3  Wilson Sonsini Goodrich & Rosati on behalf of
4  Arista.
5       MS. JENKINS:  Sara Jenkins from      09:42:49
6  Quinn Emanuel on behalf of Cisco and the witness.
7       THE VIDEOGRAPHER:  The court reporter may
8  now swear in the witness.
9       THE REPORTER:  If you could raise your righ
10  hand for me, please.                    09:43:09
11       THE DEPONENT:  (Complies.)
12       THE REPORTER:  You do solemnly state,
13  under penalty of perjury, that the testimony you
14  are about to give in this deposition, shall be the
15  truth, the whole truth and nothing but the truth?   09:43:09
16       THE DEPONENT:  I do.
17
18
19
20                               09:43:09
21
22
23
24
25                               09:43:09

Page 14

1        DEEPAK MALIK,                    09:43:09
2  having been administered an oath, was examined and
3  testified as follows:
4
5           EXAMINATION                    09:43:09
6  BY MR. FERRALL:
7    Q.  Good morning.
8    A.  Good morning.
9    Q.  Please state your full name.
10   A.  Deepak Malik.                     09:43:12
11   ███████████████████████████
   ██████████████████████████
   ██
14   Q.  You understand you are testifying under
15  oath today?                            09:43:25
16   A.  Yes.
17   Q.  Under penalty of perjury?
18   A.  Yes.
19   Q.  Have you ever testified in a deposition
20  before?                                09:43:31
21   A.  No.
22   Q.  Okay.  The things I want to remind you of
23  and be sure that we have an understanding is that
24  if you don't understand a question, you let me
25  know, and I will try to clarify it for you.  Okay?   09:43:47

Page 15

1    A.  Sure.                            09:43:50
2    Q.  And if you answer a question, I'm going
3  to assume you understood it.  Okay?  Is that fair?
4    A.  Sure.
5    Q.  It's important that you give audible   09:43:58
6  answers as opposed to nods of the head.
7    A.  Sure.
8    Q.  And -- and we will try -- we will both
9  endeavor -- and I'm sure your counsel will advise
10  us if we -- if we run afoul of this -- not to speak   09:44:09
11  over one another.  Okay?
12   A.  Sure.
13   Q.  All right.  Did you do anything to
14  prepare for the deposition today?
15   A.  I just had briefing with my counselor    09:44:21
16  yesterday.
17   Q.  Did you speak to any other Cisco
18  employees about the deposition?
19   A.  No.
20   Q.  Okay.  Have you spoke to any Cisco       09:44:32
21  employees, other than legal department, about this
22  litigation?
23   A.  No.
24   Q.  Tell me what your position is currently
25  at Cisco, please.                       09:44:53

Page 16

1    A.  Sure.  I'm a solutions              09:44:54
2  integrated dire- -- integration director.  I am
3  responsible for architecture and solutions for a
4  lot of our large financial services customers.
5    Q.  How long have you held that position?   09:45:11
6    A.  Roughly four years or so.
7    Q.  Okay.  And can you explain a little bit
8  more about what your responsibilities are as a
9  solutions integration director?
10   A.  My responsibility is to provide       09:45:24
11  consultative guidance to my clients in terms of
12  data center and cloud networking, architectures and
13  designs that meet their business needs.
14   Q.  And are your -- when you say your
15  clients, those are either actual or prospective    09:45:50
16  Cisco customers; is that right?
17   A.  Majority of them are existing Cisco
18  customers.
19   Q.  Are you in the sales group at Cisco?
20   A.  I am not in -- I am not in the sales    09:46:00
21  group at Cisco.
22   Q.  What -- what group or department are you
23  in?
24   A.  So I'm in the advanced services team,
25  which is part of the services organization within   09:46:09

Page 101

1   A. Yes.                                01:14:32
2   Q. Okay. And you would have received this,
3   right?
4   A. That's correct.
5   Q. Okay. I notice on page 15, you are --   01:14:38
6   you are listed as a team member in the sales
7   organization; is that -- was that accurate?
8   A. It's not accurate.
9   Q. Where -- where should have you -- should
10  you have been listed there?              01:14:56
11  A. Services, yeah.
12  Q. Okay. Is services --
13  A. It's not listed here.
14  Q. Okay.
15  A. Yeah. It's -- I think they just lumped,   01:15:06
16  because I'm in the field.
17  Q. Okay. Fair enough.
18     If you look at page 3 of this exhibit --
19  A. Uh-huh.
20  Q. -- there's a slide entitled "Brief Arista   01:15:16
21  History and Cisco Mobilization."
22     Do you see that?
23  A. I do.
24  Q. All right. And the first entry in 2008
25  says:                                    01:15:28

Page 102

1      Arista emerged as a competitor       01:15:28
2      with high-profile wins in the
3      high-frequency trading space and
4      financials.
5      Do you see that?                     01:15:34
6   A. Yes, I do.
7   Q. Okay. Does this refresh your memory at
8   all about Arista's involvement in the
9   high-frequency trading space in 2008?
10  A. This does, yeah. It's been a while, but,   01:15:45
11  yeah, this market was towards the end of -- you
12  know, near the 2010 area, so if this is saying in
13  2008, then that's accurate.
14  Q. Okay. And the next -- in 2009, the entry
15  says:                                    01:16:03
16     Cisco responded with, quote,
17     microburst, close quote,
18     counter-messaging and targeted
19     programs to slow Arista.
20     Do you see that?                     01:16:12
21  A. Yes.
22  Q. Do you remember what that Cisco response
23  entailed?
24  A. Not off the top of my head, no. I
25  remember Cheetah Street, which is the next after,   01:16:19

Page 103

1   which we discussed already. Not the microbursts   01:16:22
2   specifically.
3   Q. Okay. And the 2010 entry here on page 3
4   confirms what I -- what I think was your belief,
5   that Cheetah Street started --           01:16:35
6   A. Yes.
7   Q. -- in 2010, right?
8   A. Yeah.
9     MR. FERRALL: All right. Okay. Put that
10  aside.                                   01:16:45
11     Let's mark that, please.
12     (Exhibit 869 was marked for identification
13  the court reporter and is attached hereto.)
14  Q. (By Mr. Ferrall) 869 is a document just
15  with the title -- it's a PowerPoint with the title   01:17:36
16  "Arista," and it was Control No. CSI-ANI-00056464
17  through page 62.000062.
18     Take a moment to glance through it, and
19  let me know when you are done.
20  A. Okay. Thank you.                      01:18:09
21     Okay.
22  Q. You understand Exhibit 869 is a
23  presentation prepared by the three Cisco employees
24  who are listed on the front?
25  A. Yes, that's correct.                  01:20:25

Page 104

1   Q. I think we -- we talked about          01:20:29
2   Mr. Srivatsa, and we talked about Mr. Duncan.
3     Do you know Mr. Pletcher, Drew Pletcher?
4   A. Yes.
5   Q. Okay. And what was his role at -- at   01:20:40
6   Cisco, or what is his role at Cisco?
7   A. His role today, he covers a -- he's a
8   systems engineer. He covers some of the
9   cloud-based accounts in the sales organization.
10  Q. I don't know if you could tell from --   01:20:58
11  from glancing through Exhibit 869 the approximate
12  date of this presentation?
13  A. I can't, but one thing I can deduce just
14  from the title of the gentlemen's that are here,
15  this presentation is probably 2008 or '9-ish,   01:21:12
16  around there.
17  Q. Okay. I think that was a pretty good
18  estimate. I'm going to --
19  A. Okay.
20  Q. -- I'm going to show you -- why don't we   01:21:32
21  mark this, and this is the -- sorry.
22     (Exhibit 870 was marked for identification
23  the court reporter and is attached hereto.)
24  Q. (By Mr. Ferrall) Exhibit 870 is the
25  printout of the properties for the native version   01:21:48

26 (Pages 101 to 104)

Page 105

1   of the document that --                        01:21:58
2       A.  Okay.
3       Q.  -- that we are looking at.
4           And you will see under the -- the dates
5   down there, last modified, February 13th, 2009?   01:22:07
6       A.  Yes.
7       Q.  That sounds --
8       A.  Right.
9       Q.  -- consistent with what you observed in
10  the document?                                    01:22:15
11      A.  That's correct.
12      Q.  And -- and what was your estimate based
13  on, your -- your estimate of 2008, 2009?
14      A.  Oh, just -- just the -- the roles of
15  these individuals.                               01:22:24
16      Q.  I got it.
17      A.  Yeah.
18      Q.  Okay.  Very good.
19      A.  Because the term "SAVBU," we no longer --
20  we haven't used that in a while, and, plus, Drew is   01:22:31
21  in a different role.
22      Q.  So what was Mr. Pletcher's role in the
23  2009 time frame?
24      A.  He worked for the business unit directly
25  as a -- as an engineer.                          01:22:42

Page 106

1       Q.  Having glanced through Exhibit 869, does   01:22:53
2   this refresh your memory at all about whether you
3   received this?
4       A.  I have seen slides -- pieces -- I have
5   seen a lot of these slides before.  I can't       01:23:02
6   guarantee I have seen all of them, but a lot of
7   these do look familiar, yes.
8       Q.  Okay.  Do you know how this was prepared?
9           MS. JENKINS:  Objection.  Calls for
10  speculation.                                      01:23:15
11          THE DEPONENT:  How it was prepared?  No.
12      Q.  (By Mr. Ferrall)  And what was the
13  purpose of Exhibit 869, to your knowledge?
14      A.  To my knowledge, it's education on some
15  of Arista's products and -- yeah, a lot of them are   01:23:32
16  pretty much product-centric, performance tests,
17  speeds and feeds, architecture.
18      Q.  If you could look at page 49?
19      A.  Yes.
20      Q.  This is a slide entitled "EOS Feature    01:23:54
21  Timeline"?
22      A.  Yes.
23      Q.  Do you see that?
24      A.  Yes.
25      Q.  And under "Beta Code Release 2007.1,"   01:24:00

Page 107

1   what -- can you read the first bullet point under   01:24:06
2   that?
3       A.  "Industry standard CLI."
4       Q.  Do you know what is meant there by that
5   description of EOS?                              01:24:18
6           MS. JENKINS:  Objection.  Calls for
7   speculation.
8           THE DEPONENT:  I do not because this is
9   an Arista slide.
10      Q.  (By Mr. Ferrall)  Do you remember any   01:24:29
11  discussion at -- at all amongst your -- your
12  colleagues about the fact that Arista was calling
13  its CLI an industry standard?
14      A.  Nope.  Negative.  I mean, there's other
15  things in this document which are more interesting.   01:24:49
16      Q.  Then the CLI?
17      A.  This -- this was a small piece.  I mean,
18  a lot of my -- my personal focus has been on
19  performance in -- in those areas.  So I,
20  personally, did not focus on that bullet item, but   01:25:03
21  maybe some others have.  I'm not sure.
22      Q.  Okay.  By the way, sorry, you mentioned
23  something.  You said on this page 49 --
24      A.  Forty-nine, yes.
25      Q.  You said this was an Arista slide?  How   01:25:41

Page 108

1   do you know that?                               01:25:43
2       A.  I -- I mean -- well, some -- some of
3   these are look and feel of Arista's -- I mean,
4   these are not -- this is not Cisco-authored.  Like
5   I would -- you know, so a lot of them look like   01:25:57
6   Arista slides, and I am not 100 percent sure, but
7   based on all the other slides, that looks like
8   Arista slides.  My judgment would be that this is
9   an Arista slide, because all the other
10  documents are -- they are not ours, obviously.   01:26:19
11      Q.  Okay.  So you don't -- it's not that you
12  have seen this slide 49 presented by Arista?
13      A.  I have not, no.
14      Q.  Okay.  And so you -- I take it we should
15  ask the authors of this to determine where they got   01:26:42
16  this information; is that fair?
17      A.  Sure.
18          MR. FERRALL:  Okay.  Let's mark this as
19  the next exhibit.
20          (Exhibit 871 was marked for identification   01:27:34
21  the court reporter and is attached hereto.)
22      Q.  (By Mr. Ferrall)  Exhibit 871 is a
23  document that is a -- appears to be some sort of
24  email or chat thread.  It has Control Nos.
25  CSI-CLI-02112360 to 2406, and from the -- from the   01:27:57

Page 197

```
 1   it to me.                          04:44:40
 2      Q.  Okay.  I just notice that there's --
 3   there's no -- you know, other than what the
 4   attorneys put on --
 5      A.  Uh-huh.                     04:44:50
 6      Q.  -- there's no confidentiality indication
 7   on it, and so I am wondering whether -- your
 8   understanding whether this document really is
 9   confidential?
10          MS. JENKINS:  Objection.  Calls for    04:45:04
11   speculation.
12          THE DEPONENT:  I don't know.  It was
13   forwarded to me from -- like I said, so I -- I
14   looked at it.
15      Q.  (By Mr. Ferrall) Okay.  Do you recall   04:45:11
16   having any reaction to the -- the results of
17   Nomura's testing?
18      A.  Nothing specifically.  I mean, the
19   results are the results, and it's -- it's their
20   perception of how they specifically tested these  04:45:30
21   two products in their specific environment, so it
22   doesn't really call out one product to the another.
23   It's specific to the customer.
24      Q.  Was there any follow-up with -- with
25   Nomura that you remember following -- following    04:45:46
```

Page 198

```
 1   this test?                         04:45:48
 2      A.  Not with me specifically, but if there
 3   were from the account team, then that could have
 4   been possible.
 5      Q.  Do you know if the -- the testing that's   04:45:59
 6   described here in Exhibit 889 -- was that the
 7   precursor to a particular deal?
 8      A.  I don't know.  I would have to have ask
 9   the sales team.
10      Q.  If you look at the second-to-last page    04:46:34
11   or --
12      A.  Okay.
13      Q.  -- it's the page ending in 024 in the
14   small numbers at the bottom.
15      A.  Okay.                       04:46:44
16      Q.  This is a page entitled "General CLI."
17          Do you see that?
18      A.  Yes, I do.
19      Q.  Okay.  And can you just read the first
20   paragraph in -- in this page?              04:47:00
21      A.  The Cisco Nexus provides a standard CLI
22   as you would expect from a standard Cisco Nexus
23   device.  The Arista is very similar to Cisco CLI
24   with a mix between IOS and NX-OS; however, it
25   lacks some of the additional information that you  04:47:19
```

Page 199

```
 1   would get from the Cisco output.         04:47:21
 2      Q.  Okay.  Do you remember reading that when
 3   you got this document in 2011?
 4      A.  No.
 5      Q.  Do you recall any discussion amongst your  04:47:34
 6   colleagues at Cisco about the fact that Nomura
 7   observers Arista having a similar CLI to Cisco's?
 8      A.  No.
 9      Q.  Okay.  I think I neglected to ask you --
10      A.  Yes.                        04:47:58
11      Q.  -- about your education.
12      A.  Okay.
13      Q.  What's your -- what degrees do you have?
14      A.  I have a bachelor's in computer science,
15   Bachelor's of Science, and then I have a master's   04:48:07
16   in information systems.
17      Q.  And where did you get those degrees?
18      A.  The first one was at Long Island
19   University -- I'm sorry.  The first one is Dowling
20   College, and the second one is Long Island       04:48:19
21   University.
22      Q.  Okay.  Bear with me just a second.
23          In the statement of the high-speed
24   switching market that you are most familiar with,
25   who you would identify as Cisco's, say, top five   04:49:17
```

Page 200

```
 1   competitors over the past five years?     04:49:22
 2      A.  When you say "high-speed switching," you
 3   don't necessarily mean the low latency, just --
 4   just data server switching, correct?
 5      Q.  Yeah, let me be clear.          04:49:36
 6      A.  Yeah.
 7      Q.  I want to focus on what you know about
 8   most.
 9          So within your segment --
10      A.  Uh-huh.                     04:49:42
11      Q.  -- of data center switching --
12      A.  Yes.
13      Q.  -- who would you identify as Cisco's top
14   five competitors over the last five years?
15      A.  Juniper, Arista, HP, Huawei.  I would say   04:49:55
16   those four that come to mind, and Huawei
17   predominantly being outside the U.S.
18      Q.  And do you have any view as to who among
19   those four has -- has taken the most market share
20   from Cisco?                          04:50:30
21      A.  I would say Arista in the last two, three
22   years, if I had to guess.
23      Q.  Before that?  Do you --
24      A.  I mean, Juniper has always been there, so
25   they are still there, so we do complete against     04:50:50
```

Page 201

```
1    them.                              04:50:57
2         MR. FERRALL:  Okay.  I have no further
3    questions.  Thank you.
4         THE DEPONENT:  Oh.  Thank you.
5         MS. JENKINS:  Nothing from me.  Thank    04:51:21
6    you.
7         THE VIDEOGRAPHER:  This is the end of
8    today's deposition of Mr. Deepak Malik.  We are off
9    the record at 4:51 p m.  Total number of media used
10   was two, and they will be retained by Veritext.
11        Thank you.
12        (TIME NOTED 4:51 p m.)
13
14
15
16             ---o0o---
17
18
19
20
21
22
23
24
25
```

Page 202

```
1       I, Rebecca L. Romano, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3       That the foregoing proceedings were taken before me
4    at the time and place herein set forth; that any
5    witnesses in the foregoing proceedings, prior to
6    testifying, were administered an oath; that a record of
7    the proceedings was made by me using machine shorthand
8    which was thereafter transcribed under my direction;
9    that the foregoing transcript is true record of the
10   testimony given.
11      Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [ ] was [X] was not requested.
15      I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney or any party to this action.
18      IN WITNESS WHEREOF, I have this date subscribed my
19   name.
20
21   Dated:  June 2, 2016
22
23             <%signature%>
               Rebecca L. Romano, RPR,
24             CSR. No 12546
25
```