# ATTACHMENT 45

# EXHIBIT 49



CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 869
Deponent MALIK
Date 5·19·16
Rebecca Romano, CSR #12546

CSI-ANI-00056464

1



CISCO'S CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

CSI-ANI-00056464.000048