# ATTACHMENT 46

# EXHIBIT 50

