# ATTACHMENT 47

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   CISCO SYSTEMS, INC.,
 5       Plaintiff,
 6          vs.                Case No. 5:14-cv-05344-BLF
                                           (PSG)
 7   ARISTA NETWORKS, INC.,
 8       Defendant.
     _____
 9
10
11
12
13
14    HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
15          VIDEO DEPOSITION OF CISCO 30(b)(6)
16       CORPORATE REPRESENTATIVE - JOHN HARTINGH
17               San Francisco, California
18                 Wednesday, May 18, 2016
19                      Volume I
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2307842
25   PAGES 1 - 182
```

Page 1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1      UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3           SAN JOSE DIVISION
 4  CISCO SYSTEMS, INC.,
 5     Plaintiff,
 6       vs.    Case No. 5:14-cv-05344-BLF
                              (PSG)
 7  ARISTA NETWORKS, INC.,
 8     Defendant.
    _____
 9
10
11
12
13
14
15
16      DEPOSITION OF JOHN HARTINGH, taken on behalf
17  of the Defendant, at Keker & Van Nest, LLP,
18  633 Battery Street, San Francisco, California,
19  commencing at 9:11 a.m., Wednesday, May 18, 2016 before
20  Rebecca L. Romano, Certified Shorthand Reporter
21  No. 12546
22
23
24
25
                                                      Page 2
```

```
 1        APPEARANCES OF COUNSEL
 2
 3  For the Plaintiff and the Deponent:
 4     QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5     BY:  CARL G. ANDERSON, Ph.D.
 6     Attorney at Law
 7     50 California Street
 8     22nd Floor
 9     San Francisco, California 94111
10     (415) 875-6328
11     carlanderson@quinnemanuel.com
12
13  For the Defendant:
14     KEKER & VAN NEST, LLP
15     BY:  BRIAN FERRALL
16     Attorney at Law
17     633 Battery Street
18     San Francisco, California 94111
19     (415) 391-5400
20     bferrall@kvn.com
21
22
23
24
25  /////
                                                      Page 3
```

```
 1      APPEARANCES OF COUNSEL (cont'd)
 2
 3  For the Defendant:
 4     WILSON SONSINI GOODRICH & ROSATI
 5     BY:  KAREN J. SHARP
 6     Attorney at Law
 7     One Market Plaza
 8     Spear Tower, Suite 3300
 9     San Francisco, California 94105-1126
10     (415) 947-2052
11     ksharp@wsgr.com
12
13
14
15  ALSO PRESENT:
16     Ramon Peraza, Videographer
17
18
19
20
21
22
23
24
25  /////
                                                      Page 4
```

```
 1              INDEX
 2  DEPONENT                    EXAMINATION
 3  CISCO 30(b)(6) JOHN HARTINGH        PAGE
    VOLUME I
 4
 5       BY MR. FERRALL         12, 176
 6       BY MR. ANDERSON        175
 7
 8
 9
10           EXHIBITS
11  NUMBER                      PAGE
12           DESCRIPTION
13  Exhibit 800   Plaintiff Cisco Systems,
14       Inc.'s First Supplemental
15       Objections and Responses
16       to Defendant Arista
17       Networks, Inc.'s Notice of
18       Rule, 30(b)(6) Deposition,
19       2 Pages;                 19
20
21
22
23
24
25  /////
                                                      Page 5
```

2 (Pages 2 - 5)

EXHIBITS (cont'd)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 801 | Plaintiff Cisco Systems, Inc.'s First Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s Fifth Set Interrogatories (No. 20) to Plaintiff Cisco Systems, Inc., 5 Pages; | 41 |
| Exhibit 802 | Email 9/24/2011 & attached WW Competitive - Arista, CSI-CLI-01594419 - CSI-CLI-01594423; | 60 |
| Exhibit 803 | Email String, CSI-CLI-01574488 - CSI-CLI-01574489; | 80 |
| Exhibit 804 | Email String, CSI-CLI-01575322 - CSI-CLI-01575324; | 82 |

/////

Page 6

EXHIBITS (cont'd)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 805 | Email String & attachments, CSI-CLI-01575356 - CSI-CLI-01575389; | 86 |
| Exhibit 806 | Email String, CSI-CLI-01576078; | 97 |
| Exhibit 807 | PowerPoint, Arista Networks Competitive Sales Playbook May 16 Rev, 54 Pages; | 100 |
| Exhibit 808 | Document, Arista - 7048 Gigabit Ethernet Leaf Switch, Data Sheet, ARISTANDCA00268265 - ARISTANDCA00269267; | 114 |
| Exhibit 809 | Email String, CSI-CLI-01579491 - CSI-CLI-01579493; | 118 |

/////

Page 7

EXHIBITS (cont'd)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 810 | Email 3/26/2012 & attachments, CSI-CLI-01386563 - CSI-CLI-01386605; | 128 |
| Exhibit 811 | PowerPoint, Arista Competitive Program Team Call - 4/5/2012, 9 Pages; | 136 |
| Exhibit 812 | Chart, 1 Page; | 136 |
| Exhibit 813 | PowerPoint, Arista - Tiger Team, CSI-CLI-00402005 - CSI-CLI-00402012; | 143 |
| Exhibit 814 | Chart, 1 Page; | 143 |

/////

Page 8

EXHIBITS (cont'd)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 815 | PowerPoint, Gorilla Time for Data Center, CSI-CLI-01771793 - CSI-CLI-01771825. | 146 |

/////

Page 9

**Page 10**

```
 1   San Francisco, California; Wednesday, May 18, 2016
 2            9:11 a.m.
 3            ---o0o---
 4
 5        THE VIDEOGRAPHER:  Good morning.  We are    09:11:50
 6   on the record at 9:11 a.m. on May 18th, 2016.
 7        This is the videotaped deposition of
 8   Cisco Systems.  The deponent is Mr. John Hartingh.
 9        I am the videographer and my name is
10   Ramon Peraza here with our court reporter,        09:12:03
11   Rebecca Romano.  We are here from Veritext Legal
12   Solutions at the request of counsel for the
13   defendant.
14        This deposition is being held at
15   Keker & Van Nest in San Francisco.                09:12:12
16        The caption of this case is Cisco
17   Systems, Inc., versus Arista Networks, Inc., Case
18   No. 5:14-cv-05344-BLF (PSG).
19        Please note that audio and video
20   recording will take place unless all parties have 09:12:33
21   agreed to go off the record.
22        Microphones are sensitive and may pick up
23   whispers or private conversations.
24        At this time, Counsel, please identify
25   yourselves for the record and state whom you      09:12:45
```

**Page 11**

```
 1   represent.                                        09:12:47
 2        MR. FERRALL:  Brian Ferrall on behalf of
 3   the defendant, Arista Networks.
 4        MS. SHARP:  Karen Sharp on behalf of
 5   Arista Networks.                                  09:12:57
 6        MR. ANDERSON:  Carl Anderson on behalf of
 7   Cisco Systems and the witness.
 8        THE VIDEOGRAPHER:  The court reporter may
 9   now swear in the witness.
10        THE REPORTER:  If you can raise your right   09:13:19
11   hand for me, please.
12        THE DEPONENT:  (Complies.)
13        THE REPORTER:  You do solemnly state,
14   under penalty of perjury, that the testimony you
15   are about to give in this deposition shall be the 09:13:19
16   truth, the whole truth, and nothing but the truth?
17        THE DEPONENT:  I do.
18
19
20
21
22
23
24
25
```

**Page 12**

```
 1            JOHN HARTINGH,                           09:13:19
 2   having been administered an oath, was examined and
 3   testified as follows:
 4                  EXAMINATION
 5   BY MR. FERRALL:                                   10:10:33
 6   Q.  Good morning.
 7   A.  Good morning.
 8   Q.  Please state your full name.
 9   A.  John Allen Hartingh, Jr.
10   Q.  Have you ever been deposed before,            09:13:26
11   Mr. Hartingh?
12   A.  No.  This is the first.
13   Q.  Okay.  I'll -- I'm sure counsel explained
14   to you some of the rules.
15        But let me just emphasize the importance     09:13:35
16   of our not speaking over one other so that the
17   reporter can take everything down.
18        Okay?
19   A.  Uh-huh.
20   Q.  And the other thing is I will need an         09:13:47
21   audible answer to questions.  A nod of the head is
22   not something that the reporter can -- can take
23   down.
24        Okay?
25   A.  Got it.                                       09:13:55
```

**Page 13**

```
 1   Q.  All right.  If there's any question that      09:13:56
 2   you don't understand, you let me know and I'll try
 3   to clarify it for you.
 4        Okay?
 5   A.  Will do.                                      09:14:07
 6   Q.  And if you answer the question, I'm going
 7   to assume you understood it.
 8        Is that fair?
 9   A.  I got it.
10   Q.  All right.  Mr. Hartingh, could you tell      09:14:15
11   me the various positions that you've held at Cisco
12   over the years.
13   A.  Sure.  Cisco -- I joined Cisco, 2002.
14   Was in a contract role in our B2B supply
15   integration group.                                09:14:39
16        Also had a role in global sales
17   operations, a role in sales operations for service
18   provider.
19        And then I have been in the -- the Data
20   Center Sales Architecture team since.             09:14:58
21   Q.  Okay.  You mentioned a contract role.
22   Did that ever change?
23   A.  It did.
24   Q.  When did --
25   A.  2004.                                         09:15:10
```



Page 30

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

10     MR. FERRALL:  No further questions.     03:25:37
11     MR. ANDERSON:  None here.
12     THE VIDEOGRAPHER:  This is the end of
13  today's deposition of Cisco Systems.  The deponent
14  is Mr. John Hartingh.  We are off the record at
15  3:25 p.m.
16     Thank you.
17     (TIME NOTED:  3:25 p.m.)
18
19
20           ---o0o---
21
22
23
24
25

Page 178

1    I, JOHN HARTINGH, do hereby declare under penalty
2  of perjury that I have read the foregoing transcript;
3  that I have made any corrections as appear notes; that
4  my testimony as contained herein, as corrected, is true
5  and correct.
6    Executed this ____ day of _____,
7  2016, at _____, _____.
8
9
10
11        _____
          JOHN HARTINGH
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 181

46 (Pages 178 - 181)

```
 1    I, Rebecca L. Romano, a Certified Shorthand
 2 Reporter of the State of California, do hereby certify:
 3    That the foregoing proceedings were taken before me
 4 at the time and place herein set forth; that any
 5 witnesses in the foregoing proceedings, prior to
 6 testifying, were administered an oath; that a record of
 7 the proceedings was made by me using machine shorthand
 8 which was thereafter transcribed under my direction;
 9 that the foregoing transcript is true record of the
10 testimony given.
11    Further, that if the foregoing pertains to the
12 original transcript of a deposition in a Federal Case,
13 before completion of the proceedings, review of the
14 transcript [ ] was [ ] was not requested.
15    I further certify I am neither financially
16 interested in the action nor a relative or employee of
17 any attorney or any party to this action.
18    IN WITNESS WHEREOF, I have this date subscribed my
19 name.
20
21 Dated: May 27, 2016
22
23
           Rebecca L. Romano, RPR,
24         CSR. No 12546
25
```

Page 182