# ATTACHMENT 48

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4
 5    CISCO SYSTEMS, INC.,        )
                                  )
 6                   Plaintiff,   )
                                  )
 7       vs.                      ) Case No. 5:14-cv-05344-BLF (PSG)
                                  )
 8    ARISTA NETWORKS, INC.,      )
                                  )
 9                   Defendant.   )
                                  )
10    _____)
11
12
13           VIDEOTAPED DEPOSITION OF DREW PLETCHER
14
         HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
15
16
17
18
19    Date and Time:  Thursday, May 26, 2016
                      9:34 a.m.
20
21
      Location:       Wilson Sonsini Goodrich & Rosati
22                    650 Page Mill Road
                      Palo Alto, CA  94304
23
24
      Reported by:    Cammi R. Bowen, CSR-13492
25    PAGES 1 - 327
```

Page 1

Veritext Legal Solutions
866 299-5127

### Page 2

```
 1           A P P E A R A N C E S:
 2  For the Plaintiff:  QUINN EMANUEL URQUHART & SULLIVAN LLP
            50 California Street
 3          22nd Floor
            San Francisco, CA  94111
 4          Tel:  (415) 875-6328
            E-mail:  Carlanderson@quinnemanuel com
 5          BY:  CARL G  ANDERSON, ESQ
 6
 7  For the Defendants:  KEKER & VAN NEST LLP
            633 Battery Street
 8          San Francisco, CA  94111-1809
            Tel:  (415) 676-2248
 9          E-mail:  Emccloskey@kvn com
            BY: ELIZABETH K  MCCLOSKEY, ESQ
10
11          WILSON SONSINI GOODRICH & ROSATI
            One Market Plaza
12          Spear Tower, Suite 3300
            San Francisco, CA  94105-1126
13          Tel:  (415) 947-2077
            BY:  BEN LABOW, ESQ
14
15  Also Present:     Andrea Baker, Videographer
```

### Page 4

EXHIBITS - CONTINUED

| Exhibit | Document Bates-numbered | | |
|---|---|---|---|
| 1211 | CSI-ANI-00501435 | 202 | |
| Exhibit 1212 | Withdrawn due to privilege | 216 | |
| Exhibit 1213 | Withdrawn due to privilege | 217 | |
| Exhibit 1214 | Document Bates-stamped CSI-ANI-00094857 | 221 | |
| Exhibit 1215 | Document Bates-stamped CSI-ANI-00103051 | 230 | |
| Exhibit 1216 | Document Bates-stamped CSI-ANI-00447896 | 242 | |
| Exhibit 1217 | Document Bates-stamped CSI-ANI-00452262 | 248 | |
| Exhibit 1218 | Document Bates-stamped CSI-CLI-01793755 | 251 | |
| Exhibit 1219 | Document Bates-stamped CSI-ANI-00047560 | 258 | |
| Exhibit 1220 | Document Bates-stamped CSI-ANI-00067670 | 261 | |
| Exhibit 1221 | Document Bates-stamped CSI-ANI-00068924 | 265 | |
| Exhibit 1222 | Document Bates-stamped CSI-CLI-03217927 | 266 | |
| Exhibit 1223 | Document Bates-stamped CSI-CLI-03218116 | 273 | |
| Exhibit 1224 | Document Bates-stamped Bates-labeled CSI-ANI-00090840 | 277 | |
| Exhibit 1225 | Document Bates-stamped CSI-ANI-00092393 | 280 | |

### Page 3

          INDEX
EXAMINATIONS:                   PAGE
By Ms McCloskey                   7

          EXHIBITS
Defendant
Exhibit No     Description          Ident

Exhibit
1200   LinkedIn profile of Drew Pletcher   11
Exhibit   Document entitled "Information
1201   about CSI-ANI-00056464"        100

Exhibit   Document entitled "Arista
1202   Competitive Overview," Bates
       number CSI-ANI-00056464        100

Exhibit   Document Bates-stamped
1203   CSI-CLI-02046570 through
       CSI-CLI-02046586              124

Exhibit   Document Bates-numbered
1204   CSI-ANI-00056404              133
Exhibit   Document Bates-numbered
1205   CSI-ANI-00056218              170

Exhibit   Document Bates-numbered
1206   CSI-CLI-01386563 through
       CSI-CLI-01386605              174

Exhibit   Document Bates-numbered
1207   CSI-ANI-00060446              175
Exhibit   Document Bates-numbered
1208   CSI-CLI-06360727              185

Exhibit   Document Bates-stamped
1209   CSI-ANI-0078409               190
Exhibit   Document Bates-stamped
1210   CSI-CLI-02415384              196

### Page 5

EXHIBITS - CONTINUED

| Exhibit | Document Bates-stamped | | |
|---|---|---|---|
| 1226 | CSI-ANI-00105641 | 284 | |
| Exhibit 1230 | Document Bates-stamped CSI-ANI-00105548 | 288 | |
| Exhibit 1231 | Document Bates-stamped CSI-ANI-00468988 | 294 | |
| Exhibit 1232 | Document Bates-stamped CSI-ANI-00104628 | 297 | |
| Exhibit 1233 | Document Bates-stamped CSI-CLI-02305746 | 299 | |
| Exhibit 1234 | Document Bates-labeled CSI-ANI-00101669 | 301 | |

EXHIBITS PREVIOUSLY MARKED               PAGE
807                                       148
877                                       179

        WITNESS INSTRUCTED NOT TO ANSWER
          PAGE    LINE
          148      6
          179     25

### Page 6

```
 1        THE VIDEOGRAPHER:  Good morning.  We are on   09:13:56
 2   the video record.  The time is 9:34 a.m.  Today's   09:34:13
 3   date is May 26th, 2016.  My name is Andrea Baker,    09:34:17
 4   here with our court reporter, Cammi Bowen.  We are   09:34:21
 5   here from Veritext Legal Solutions.  The deposition  09:34:25
 6   is being held at 650 Page Mill Road in Palo Alto,    09:34:28
 7   California.                                          09:34:32
 8        The case caption is Cisco Systems, Inc vs.      09:34:32
 9   Arista Networks, Inc.  Case number                   09:34:38
10   5:14-cv-05344-BLF.                                   09:34:43
11        Will all counsel please state their name        09:34:44
12   for the record and who they represent.              09:34:47
13        MS. MCCLOSKEY:  Elizabeth McCloskey of          09:34:49
14   Keker & Van Nest on behalf of Arista Networks.       09:34:53
15        MR. LABOW:  Ben Labow from Wilson Sonsini       09:34:55
16   on behalf of Arista.                                 09:34:58
17        MR. ANDERSON:  Carl Anderson for Cisco          09:34:59
18   Systems and the witness.                             09:35:03
19        THE VIDEOGRAPHER:  Will the court reporter      09:35:04
20   please swear in the witness.                         09:35:05
21        THE COURT REPORTER:  Raise your right hand,    09:35:05
22   please.                                              09:35:05
23        Do you swear to tell the truth, the whole       09:35:05
24   truth, and nothing but the truth?                    09:35:05
25        WITNESS:  I do.                                 09:35:13
```

### Page 7

```
 1        THE VIDEOGRAPHER:  Please begin.                09:35:13
 2             DREW PLETCHER,                             09:35:11
 3   being first duly affirmed by the Certified Shorthand 09:35:11
 4   Reporter to tell the truth, the whole truth, and     09:35:11
 5   nothing but the truth, testified as follows:         09:35:11
 6             EXAMINATION                                09:35:11
 7   BY MS. MCCLOSKEY:                                    09:35:11
 8   Q.  Good morning, Mr. Pletcher.                      09:35:15
 9   A.  Good morning.                                    09:35:16
10   Q.  We met briefly off the record, but I'm           09:35:17
11   Lizzy McCloskey, and I represent defendant Arista    09:35:18
12   Networks in this action, and I'll be asking you some 09:35:22
13   questions today.                                     09:35:25
14   A.  Okay.                                            09:35:26
15   Q.  Can you please state your full name for the      09:35:26
16   record.                                              09:35:28
17   A.  Yes.  My full name is Andrew Albert              09:35:28
18   Pletcher.                                            09:35:30
19   Q.  Do you understand that you're under oath         09:35:31
20   today?                                               09:35:32
21   A.  I do.                                            09:35:32
22   Q.  Do you understand that you're required to        09:35:32
23   answer truthfully?                                   09:35:34
24   A.  Yes, I do.                                       09:35:35
25   Q.  And do you understand that you are              09:35:35
```

### Page 8

```
 1   testifying under penalty of perjury?                 09:35:37
 2   A.  Yes, I do.                                       09:35:39
 3   Q.  Is there any reason you can't provide            09:35:40
 4   truthful testimony today?                            09:35:43
 5   A.  No, there's not.                                 09:35:44
 6   Q.  Have you ever testified in a deposition          09:35:45
 7   before?                                              09:35:48
 8   A.  Yes, I have.                                     09:35:49
 9   Q.  So you -- I assume you know the ground           09:35:50
10   rules, but I'll just cover a couple of them quickly. 09:35:52
11        If you don't understand any question that I     09:35:55
12   ask, let me know and I'll clarify it for you.        09:35:58
13        And -- and this is a good time to tell you      09:36:00
14   that it's important that you give audible answers so 09:36:03
15   that the court reporter can write down everything    09:36:06
16   that you say.                                        09:36:08
17   A.  Understand.                                      09:36:10
18   Q.  And if you answer a question, I will assume      09:36:10
19   that you understand my question.                     09:36:13
20        Did you do anything to prepare for your         09:36:15
21   deposition today?                                    09:36:18
22   A.  The only preparation was to review my            09:36:21
23   previous deposition testimony.                       09:36:24
24   Q.  Did you meet with anyone to prepare for          09:36:28
25   your deposition today?                               09:36:32
```

### Page 9

```
 1   A.  Met with Carl Anderson.                          09:36:34
 2   Q.  When did you and Mr. Anderson meet?              09:36:40
 3   A.  Yesterday.                                       09:36:43
 4   Q.  How long did you meet for?                       09:36:43
 5   A.  It was about four hours, five hours,             09:36:48
 6   roughly.                                             09:36:51
 7   Q.  Did you -- did you meet with Mr. Anderson        09:36:52
 8   in person?                                           09:36:55
 9   A.  Yes.                                             09:36:55
10   Q.  Okay.  Did you discuss your deposition with      09:36:55
11   anyone, other than Mr. Anderson?                     09:36:58
12   A.  No, I have not.                                  09:37:00
13   Q.  Did you discuss your deposition with anyone      09:37:01
14   else from Cisco?                                     09:37:05
15   A.  No, I have not.                                  09:37:05
16   Q.  Did you review any documents yesterday with      09:37:06
17   Mr. Anderson?                                        09:37:07
18        MR. ANDERSON:  Going to caution the witness     09:37:07
19   not to reveal the contents of any privileged         09:37:09
20   attorney-client communications.  If you can answer   09:37:12
21   the question without revealing privileged            09:37:14
22   communications, you can do so.                       09:37:17
23        THE WITNESS:  We reviewed the -- my             09:37:19
24   testimony from the previous deposition for the ITC   09:37:23
25   Section 2 case.                                      09:37:29
```

```
 1    Q.  Did you know any of the early people in       12:00:15
 2   that time, 2008 time period, who worked at Cisco?  12:00:16
 3        I mean -- excuse me -- who worked at          12:00:21
 4   Arista?                                            12:00:22
 5    A.  I had met Andy Bechtolsheim, you know, at     12:00:24
 6   some point.  I knew Mark Foss.  I had worked with  12:00:29
 7   him on some projects when I was in one of the      12:00:33
 8   business units.                                    12:00:37
 9        At that time, I -- I really didn't know a     12:00:47
10   lot of the people.  As they progressed, you know --12:00:50
11   in 2009, 2010, as they were hired, there were other 12:00:53
12   people that I knew.                                12:00:57
13    Q.  To the best of your understanding, when was   12:00:59
14   the first time that Cisco became aware of Arista as 12:01:00
15   a competitor?                                      12:01:04
16        MR. ANDERSON:  Objection.  Lacks              12:01:06
17   foundation, calls for speculation.                 12:01:07
18        THE WITNESS:  Don't know.  I -- I know when   12:01:11
19   I became aware of it, only because they were       12:01:14
20   positioning into a space that I focused on.        12:01:19
21   BY MS. MCCLOSKEY:                                  12:01:23
22    Q.  Well, in 2008, when you became aware of       12:01:24
23   Arista, did you talk to other people at Cisco about 12:01:26
24   Arista?                                            12:01:30
25    A.  No.                                           12:01:31
                                              Page 98
```

```
 1    Q.  You don't recall any conversations?           12:01:31
 2    A.  I don't recall -- I don't recall              12:01:32
 3   conversations, no.                                 12:01:34
```



Page 99



```
 1    A.  Not on a -- not on a Cisco document.        06:40:47
 2    Q.  Do you recall ever seeing the phrase "gold  06:40:49
 3  standard CLI"?                                    06:40:54
 4    A.  I recall seeing it on internal draft slides 06:40:54
 5  and discussions with marketing.  But purely as a  06:40:59
 6  statement of value of something, it's -- it's used 06:41:03
 7  in conjunction and is really replaced by setting the 06:41:09
 8  bar.                                              06:41:12
 9    Q.  And so have you ever seen a Cisco document, 06:41:13
10  a Cisco presentation that refers to Cisco's CLI as 06:41:17
11  the gold standard?                                06:41:21
12       MR. ANDERSON:  Objection.  Asked and         06:41:22
13  answered.                                         06:41:23
14       THE WITNESS:  Not explicitly, no.            06:41:23
15       MS. MCCLOSKEY:  Okay.  I have no further     06:41:26
16  questions today.  Thank you so much, Mr. Pletcher -- 06:41:28
17       THE WITNESS:  You're welcome.                06:41:28
18       MS. MCCLOSKEY:  -- for your time.            06:41:30
19       THE VIDEOGRAPHER:  This concludes today's    06:41:31
20  deposition of Drew Pletcher.  We are now going off 06:41:32
21  the record.  The time is 6:41 p.m.                06:41:36
22       (Whereupon, the deposition of Drew
23  Pletcher was concluded at 6:41 p.m.)
24            --oOo--
25
```

Page 326

CERTIFICATE OF REPORTER

I, CAMMI R. BOWEN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the events of this cause, and that I am not related to any of the parties hereto.

DATED: 6/6/2016

<%signature%>
CAMMI R. BOWEN
CSR #13492

Page 327

83 (Pages 326 - 327)