# ATTACHMENT 49

# EXHIBIT 54

| | |
|---|---|
| **From:** | Alon Bernstein (alonb) <alonb@cisco.com> |
| **To:** | William Westfield (billw) <billw@cisco.com>;David Paschich (dpaschic) <dpaschic@cisco.com> |
| **CC:** | Rick Pratt (rpratt) <rpratt@cisco.com>;clueless (mailer list) <clueless@cisco.com> |
| **Sent:** | 4/15/2008 9:23:38 PM |
| **Subject:** | RE: IOS CLI vs underlying OS? |

```
Many of our competitors copied (and some case they might have actually
ported...) IOS cisco to their Oss. At least in the CMTS world everyone
uses IOS-like CLI. Its pretty much a customer requirment.

Thanks,
Alon

-----Original Message-----
From: William Westfield (billw)
Sent: Monday, April 14, 2008 11:55 PM
To: David Paschich (dpaschic)
Cc: Rick Pratt (rpratt); clueless (mailer list)
Subject: RE: IOS CLI vs underlying OS?

Has anyone ported the IOS parser to a non-IOS operating system, so one
could theoretically include exactly the same command definitions?
In theory, it shouldn't be difficult.

(In reality, implementing the "style" of IOS parsing is probably less
important to "look&feel" than having all the little commands present
that aren't directly attached to "features", but users find useful.)

BillW
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           CSI-CLI-02943915