# ATTACHMENT 53

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1             UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,        )
                                 )
6              Plaintiff,        )
                                 ) Case No.
7         vs.                    ) 5:14-cv-05344-BLF (PSG)
                                 )
8    ARISTA NETWORKS, INC.,      )
                                 )
9              Defendant.        )
     _____)

10

11

12    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14

15     VIDEOTAPED DEPOSITION OF RAMANATHAN KAVASSERI

16              Palo Alto, California

17            Tuesday, February 23, 2016

18                  Volume I

19

20

21

22    Reported by:
      CARLA SOARES
23    CSR No. 5908

24    Job No. 2216982

25    Pages 1 - 195

                                      Page 1

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,    )
                            )
 6        Plaintiff,        )
                            )  Case No.
 7    vs.                   )  5:14-cv-05344-BLF (PSG)
                            )
 8  ARISTA NETWORKS, INC.,  )
                            )
 9        Defendant.        )
    _____)
10
11
12
13
14
15
16        VIDEOTAPED DEPOSITION OF RAMANATHAN
17  KAVASSERI, Volume I, taken on behalf of Defendant,
18  at 601 California Avenue, Palo Alto, California,
19  beginning at 10:09 a.m., and ending at 4:26 p.m., on
20  Tuesday, February 23, 2016, before CARLA SOARES,
21  Certified Shorthand Reporter No. 5908.
22
23
24
25
```
Page 2

```
 1  APPEARANCES:
 2
 3  For the Plaintiff:
 4        QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5        BY:  MARK TUNG, Ph.D., Attorney at Law
 6        555 Twin Dolphin Drive, 5th Floor
 7        Redwood Shores, California 94065
 8        650.801.5016
 9        marktung@quinnemanuel.com
10
11
12  For the Defendant:
13        KEKER & VAN NEST LLP
14        BY:  EDUARDO E. SANTACANA, Attorney at Law
15        BY:  RYAN WONG, Attorney at Law
16        633 Battery Street
17        San Francisco, California 94111
18        415.391.5400
19        esantacana@kvn.com
20        rwong@kvn.com
21
22
23
24
25
```
Page 3

```
 1  APPEARANCES (Continued):
 2
 3  For the Witness:
 4        FARELLA BRAUN & MARTEL LLP
 5        BY:  RODERICK M. THOMPSON, Attorney at Law
 6        Russ Building
 7        235 Montgomery Street
 8        San Francisco, California 94104
 9        415.954.4400
10        rthompson@fbm.com
11
12
13  ALSO PRESENT:  Ramon Peraza, Video Operator
14
15              --o0o--
16
17
18
19
20
21
22
23
24
25
```
Page 4

```
 1                INDEX
 2  WITNESS
 3  RAMANATHAN KAVASSERI            EXAMINATION
    Volume I
 4
 5        BY MR. SANTACANA           10
 6        BY MR. TUNG            186
 7
 8              EXHIBITS
 9  NUMBER          DESCRIPTION          PAGE
10  Exhibit 325  Ramanathan R. Kavasseri's      22
11              Responses and Objections to
12              Defendant Arista Networks'
13              Subpoena to Testify at a
14              Deposition
15
16  Exhibit 326  LinkedIn page for Ram        24
17              Kavasseri
18
19  Exhibit 327  Document headed "A Simple      52
20              Network Management Protocol,"
21              dated 8/1988,
22              Bates ARISTANDCA00022432 - 2464
23
24  Exhibit 328  Document headed "Event MIB,"    83
25              dated 10/2000
```
Page 5

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 329 | Document headed "Commands for which Cisco listed Ramanathan Kavasseri as 'Author/Originator' in Cisco's response to Interrogatory No. 16, Exhibit F (January 12, 2016)" | 94 |
| Exhibit 330 | Document labeled "Ram Kavasseri, Garry Horoupian," dated 2/8/06, Bates CSI-CLI-00682250 - 2314 | 101 |
| Exhibit 331 | Document labeled "Parser Police: Where can we go from here?" Bates CSI-ANI-00031041 - 0032 | 122 |
| Exhibit 332 | Document headed "Hot ICE Product Requirements Document," Bates CSI-CLI-00662062 - 2085 | 129 |
| Exhibit 333 | Document headed "Unprintable File," first page Bates CSI-CLI-00358160 | 132 |

Page 6

REFERENCED EXHIBITS
(Not attached)
Exhibit/Page
92   89

--o0o--

Page 8

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 334 | Document headed "User-based Security Model (USM) for version 3 of the Simple Network Management Protocol (SNMPv3)," dated 1/1998 | 149 |
| Exhibit 335 | Document headed "View-based Access Control Model (VACM) for the Simple Network Management Protocol (SNMP)," dated 1/1998 | 151 |
| Exhibit 336 | Document headed "An Architecture for Describing SNMP Management Frameworks," dated 1/1998 | 154 |
| Exhibit 337 | Document headed "Doc Number ENG-28473," Bates CSI-CLI-00609071 - 9083 | 159 |
| Exhibit 338 | Document entitled "Cisco IOS Network Management Command Reference," dated 10/2009, Bates CSI-CLI-00319765 - 1101 | 172 |

Page 7

Palo Alto, California                    09:21:40
Tuesday, February 23, 2016
        10:09 a.m.

        P R O C E E D I N G S           09:21:40
        THE VIDEO OPERATOR:  Good morning.  We are on the record at 10:09 a.m. on February 23rd, 2016. This is the videotaped deposition of Mr. Ramanathan Kavasseri.
        My name is Ramon Peraza, here with our        10:09:15
court reporter, Carla Soares.  We're here from Veritext Legal Solutions at the request of counsel for the defendant.
        This deposition is being held at Wilson Sonsini in Palo Alto.  The caption of this case is        10:09:26
Cisco Systems, Inc., versus Arista Networks, Inc., Case No. 5:14-cv-05344-BLF (PSG).
        Please note that audio- and video-recording will take place unless all parties have agreed to go off the record.  Microphones are        10:09:50
sensitive and may pick up whispers or private conversations.
        At this time, Counsel, please identify yourselves for the record and state whom you represent.           10:10:00

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 time you worked at Cisco?                    10:59:08
2    A  The definition of "team" here is vague.
3    Q  Okay.  And I apologize.  I should have
4 asked you that question.
5        So you said that when you first joined    10:59:20
6 Cisco, you joined the SNMP team.  What did you mean
7 by that?
8    A  I joined a team whose primary
9 responsibility was working to develop and maintain
10 the SNMP protocol.                    10:59:34
11    Q  Does that team have a name?
12    A  It's so long ago, I don't remember the
13 exact name apart from probably it was SNMP.
14    Q  It probably was not SNMP?
15    A  It probably was SNMP for all I know.    10:59:51
16    Q  It probably was SNMP?
17    A  Yeah.
18    Q  Did that team have responsibilities other
19 than implementing the SNMP protocol?
20    A  Yes.                    10:59:59
21    Q  What other responsibilities did it have?
22    A  Its responsibilities included reviewing
23 extensions to the SNMP protocol submitted by other
24 protocol teams within Cisco.
25    Q  Did the team have any other    11:00:29

Page 46

1 responsibilities other than that?    11:00:30
2    A  The team was encouraged to participate in
3 the IETF to define use standards around SNMP and
4 network management.
5    Q  Any other responsibilities?    11:00:47
6    A  Not that I can recollect easily at this
7 time.
8    Q  What does SNMP stand for?
9    A  I better nail this one, right?  Simple
10 network management protocol.    11:01:17
11    Q  Okay.  And is it fair to say that you
12 first became familiar with the protocol when you
13 started working at Cisco?
14    A  That is correct.
15    Q  Okay.  While you were working at Cisco,    11:01:31
16 did you become familiar with any other routing
17 protocols as part of your work?
18    A  Not that I recall right away, but I'm
19 pretty sure based on the nature of my work that I
20 would have interacted with multiple protocols.  The    11:01:52
21 specific ones don't jump to mind.
22    Q  Is SNMP an industry standard protocol?
23    A  Yes, it is.
24    Q  How do you know that?
25    A  It is a protocol that was defined as a    11:02:11

Page 47

1 standard by the IETF and is developed by multiple    11:02:13
2 vendors, and everybody implements that.  And many
3 management protocols use it as a standard way of
4 querying information from devices that are
5 networked.                    11:02:36
6    Q  Do you know when SNMP was developed as an
7 industry standard protocol?
8    A  That's -- could you rephrase that
9 question, please?
10    Q  Sure.                    11:03:37
11        Was SNMP an industry standard protocol
12 when you started working at Cisco?
13    A  Yes, it was.
14    Q  And do you recall when the IETF made it an
15 industry standard protocol?                    11:03:59
16    A  I don't believe that is true -- I don't
17 believe that's a valid question.
18    Q  Okay.  Why is that?
19    A  I don't believe the IETF has any control
20 over whether a protocol is industry standard or not.    11:04:15
21    Q  Okay.
22    A  It defines the protocol, and it's industry
23 standard only after companies pick it up and support
24 it.
25    Q  So SNMP was an industry standard protocol    11:04:25

Page 48

1 because multiple vendors used it?    11:04:28
2    A  Yes, used a compliant version of it.
3    Q  Okay.  And a compliant version was a
4 version that complied with the definitions IETF
5 provided?                    11:04:41
6    A  Correct.
7    Q  And IETF stands, just so we have it on the
8 record, for Internet engineering task force,
9 correct?
10    A  Yes.                    11:04:51
11    Q  You said that you were encouraged or your
12 team was encouraged to participate in IETF, correct?
13    A  Correct.
14    Q  Was there a particular group at the IETF
15 that you were encouraged to participate in, or    11:05:49
16 subject area?
17    A  SNMP.
18    Q  Yes?
19    A  Yes.
20    Q  SNMP.  Anything else?    11:06:09
21    A  Not explicitly encouraged, as far as I
22 know.  Not discouraged, either.  So very neutral on
23 that.
24    Q  How was your team encouraged by Cisco to
25 participate in the IETF?    11:06:36

Page 49

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 Q Sure.                                    11:37:17
2     The functional specifications that you
3 reviewed when developing SNMP features, would that
4 specification have been written by someone at Cisco?
5 A Yes.                                     11:37:27
6 Q And did you -- were you involved in
7 writing any functional specifications?
8 A Yes, I was.
9 Q Was that for the features that you were
10 implementing?                             11:37:36
11 A Yes, it was. Yes, it was.
12 Q Do you recall right now which functional
13 specifications you may have written?
14 A Not off the top of my head, no.
15 Q Did the GEM methodology involve reviewing  11:37:57
16 IETF documents?
17 A As far as I recall, no.
18 Q Did you review IETF documents when you
19 were implementing SNMP features?
20 A That is a broad question. If the feature  11:38:12
21 had anything specific to do with an IETF document,
22 then yes, I would have had to review the document to
23 make sure I was implementing it correctly, "it"
24 being whatever I was working on.
25 Q Okay. And that is something -- you would  11:38:26

Page 62

1 have reviewed an IETF document relating to a feature  11:38:31
2 you were implementing before you implemented the
3 feature; is that right?
4 A If there was an IETF document associated
5 with what I was working on and I was required to  11:38:41
6 implement part or the whole part of that IETF
7 document, then yes, I would have reviewed that IETF
8 document before I implemented the feature.
9 Q Were there features that you developed at
10 Cisco relating to SNMP that were not defined by an  11:38:56
11 IETF document?
12 A I don't have specifics, but I think that's
13 a fair generalization, that there are parts of
14 our -- the Cisco SNMP implementation that were not
15 described in any part of any IETF document because  11:39:32
16 it was internal to how our product worked at the
17 time.
18 Q So -- okay. When you were developing
19 features related to SNMP at Cisco, did you also
20 review what other vendors were doing?  11:40:04
21 MR. TUNG: Objection. Vague.
22 THE WITNESS: I do not recall.
23 BY MR. SANTACANA:
24 Q You don't recall either way?
25 A I would like to change my answer to, I  11:40:23

Page 63

1 don't recall the features that I was working on, so  11:40:26
2 I don't recall specifically what I would have done
3 to compare.
4 Q I see.
5     Was it part of your process in developing  11:40:35
6 features to review what other vendors were doing to
7 implement the same features?
8 A Other -- so in the space that we worked
9 with SNMP, vendors contributed to the IETF document
10 so it wasn't as necessary to look at their  11:40:59
11 implementations because they were there telling us
12 what they were trying to build. That was the whole
13 point of building an industry standard.
14     Also, Cisco was on the leading edge of
15 implementing the protocols as they were being  11:41:11
16 developed. In a few cases, we would have the
17 implementations before the protocols were released
18 because we were helping author the protocol.
19     So at that point, looking at other vendors
20 was not possible because they had not done the  11:41:24
21 implementations or released the implementations,
22 which is why I was being very specific in saying, I
23 don't recall the exact features I was working on.
24     But my answer would change depending on
25 what I was working on and depending on whether  11:41:37

Page 64

1 somebody had done something in the field.  11:41:40
2 Q I understand.
3     Who else worked on the team that was
4 implementing SNMP features at Cisco?
5 A I don't remember all the names, but my  11:41:58
6 manager was John Hopprich. My technical lead and
7 mentor, Jeff -- Jeffrey Johnson. I had it for a
8 moment and it went away there. Sandra Durham was
9 one of my peers.
10 Anke Dosedal was also one of my team  11:42:34
11 members. Robert Stewart, who went by the moniker
12 Bob, Bob Stewart, was also one of my peers.
13 Hold on. There's one more. Scott
14 Mordock, M-O-R-D-O-C-K. Now, I can't recall if
15 Scott was on the team when I joined or joined later.  11:43:03
16 He was I think at Cisco when I joined, but I'm not
17 sure at what point he was part of the SNMP team or
18 not. Long time ago.
19 So those are the names that come to mind.
20 Q What was John Hopprich's role on the team?  11:43:23
21 A He was my manager.
22 Q And were the rest of the names, apart from
23 John Hopprich and Jeff Johnson, were they also
24 software engineers?
25 A Yes.                                     11:43:36

Page 65

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Q  If you take a look at the last command in    14:41:36
2  this table, "snmp-server user," do you know whether
3  you authored that command?
4    A  Define what you mean by "authored that
5  command."    14:41:55
6    Q  Do you know whether you are the one who
7  came up with the sequence of words that resulted in
8  this command, "snmp-server user"?
9    A  I cannot be definitive about it.
10    Q  Who else do you recall working with on    14:42:07
11  this project that resulted in these eight commands?
12    A  I would probably have reviewed this with
13  my team members.  And so I can't -- the reason I
14  answered the way I did is, I don't know if I came up
15  with the word "user" or somebody else came up with    14:42:25
16  the word "user."  So I'm not sure in hindsight.
17    Q  Did you come up with the term
18  "snmp-server"?
19    A  Absolutely not.
20    Q  Okay.  How do you know that?    14:42:39
21    A  It was there before I joined.
22    Q  It was where?
23    A  It was in the IOS CLI before I joined
24  Cisco.
25    Q  Okay.  And so the addition to that term    14:42:48

Page 146

1  that was new was the word "user"?    14:42:52
2    A  Yes
3    Q  Okay  And do you know where that word
4  came from?
5    A  The SNMP V3 protocol specification has a    14:43:00
6  definition of roles, if I remember right, and users
7  and groups are in the protocol
8    Q  So the term "user" came from the
9  protocol -- came from the industry standard
10  protocol?    14:43:21
11    A  Yes
12    MR TUNG: Objection  Mischaracterizes
13    THE WITNESS: It referred to what was in
14  the protocol, yes
15  BY MR SANTACANA:    14:43:29
16    Q  And the protocol uses the word "user"?
17    A  I've got to go read the protocol to be
18  absolutely sure
19    Q  Okay
20    A  After this, can we take a break?    14:43:51
21    Q  Of course
22    If you want, we can take a break right
23  now
24    A  Fantastic
25    THE VIDEO OPERATOR:  We are off the record    14:44:01

Page 147

1  at 2:44 p.m.    14:44:02
2    (Recess, 2:44 p.m. - 3:05 p.m.)
3    THE VIDEO OPERATOR:  We are back on the
4  record at 3:05 p.m.
5  BY MR. SANTACANA:    15:05:39
6    Q  Mr. Kavasseri, we left off talking about
7  the "snmp-server user" command, and you testified
8  that "snmp-server" came from a prior command in IOS
9  at the time?
10    A  No, I said that I don't know how it came    15:05:56
11  about.  It was already there when I joined Cisco.
12    Q  And its inclusion in this command for
13  which you are named the author, it's included there
14  because it was already part of IOS?
15    A  It was a root part of the command to which    15:06:12
16  I added extensions.
17    Q  And the root was in IOS before you started
18  working at Cisco?
19    A  To the best of my knowledge, it was
20  already there before I started.    15:06:23
21    Q  And the term "user" is a term that comes
22  from the SNMP industry standard?
23    A  I'm not sure I'd say it exactly that way.
24  The term "user" relates to parts of the SNMP V3
25  protocol, yes.    15:06:48

Page 148

1    Q  Is that a term that the protocol uses?    15:06:49
2    A  I believe so, but I -- if you have a copy
3  of the reference, I could take a look.
4    Q  Sure.  Of course.
5    THE VIDEO OPERATOR:  Exhibit 334.    15:07:03
6    (Exhibit 334 was marked for identification
7    and is attached hereto.)
8  BY MR. SANTACANA:
9    Q  Exhibit 334 is RFC 2274 titled "User-based
10  Security Model (USM) for version 3 of the Simple    15:07:17
11  Network Management Protocol (SNMP V3)."
12    Do you know, sir, if this is an RFC that
13  you reviewed when you were --
14    A  Yes.  Let me -- I'm pretty sure this was
15  an RFC I reviewed because I ended up implementing    15:07:39
16  parts of it.
17    Q  And just to be clear, it's an RFC that you
18  reviewed when you were implementing the eight
19  commands in Exhibit 329?
20    A  Seven.  I'm not sure about "snmp host."    15:07:53
21    Q  Okay.  So this is something you would have
22  reviewed before you proposed those command names?
23    A  Yes, that's correct.
24    Q  And does this document use the term "user"
25  in the same way that the "snmp-server user" command    15:08:13

Page 149

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 uses it?                                    15:08:17
2    A  I would have to read it.  Give me a minute
3 to --
4        Can you rephrase or repeat the question,
5 please?                                     15:09:11
6    Q  This RFC 2274, does this document use the
7 term "user" the same way that you used the term
8 "user" in "snmp-server user"?
9    A  The document does not define a CLI command
10 or -- so I will -- the term "user" seems to refer to    15:09:39
11 the same entity in both cases.  But the document
12 does not tell me there needs to be a command called
13 "snmp-server user."
14    Q  I understand.
15    A  Okay.                                 15:10:09
16    Q  So you did not come up with the term
17 "user"?
18    A  In which context?
19    Q  In the context of this "snmp-server user"
20 command.                                    15:10:32
21    A  As I responded earlier, I'm not sure how
22 the term "user" came about, whether it was due to a
23 group interaction or something I did or something
24 somebody else did.
25    Q  Okay.  I'd like to direct your attention    15:10:50

Page 150

1 now to "snmp-server group," which is the next row    15:10:53
2 up.
3    A  Yeah.
4    Q  As you've testified, "snmp-server" was a
5 term that was a root already present in IOS at this    15:11:03
6 time; is that correct?
7    A  Yes.
8    Q  The term "group," did that come from IOS
9 as well or did it come from somewhere else?
10    A  I believe there was a concept of "group"    15:11:20
11 in this document.  Let me look through it one more
12 time.
13    Q  I think you'll have more luck with this
14 one.
15    A  Yeah, there may be a separate document for    15:11:48
16 that.
17        (Exhibit 335 was marked for identification
18        and is attached hereto.)
19 BY MR. SANTACANA:
20    Q  Exhibit 335 is RFC 2275 entitled    15:12:02
21 "View-based Access Control Models (VACM) for the
22 Simple Network Management Protocol (SNMP)."  It's
23 dated January 1998.
24        Do you recognize this document, sir?
25    A  Yes, I do.                            15:12:25

Page 151

1    Q  Is this a document you reviewed when you    15:12:26
2 were preparing to implement the commands in
3 Exhibit 329?
4    A  I believe it would have been something I
5 reviewed before I implemented the commands    15:12:35
6    Q  And if you flip to page 3 of the document,
7 under Section 2 1 titled "Groups," the first
8 paragraph defines the term "group" as follows:  "A
9 group is a set of zero or more securityModel,
10 securityName tuples on whose behalf SNMP management    15:12:55
11 objects can be accessed  A group defines the access
12 rights afforded to all securityNames which belong to
13 that group "
14        Does this RFC use the term "group" the
15 same way that you were using it in your "snmp-server    15:13:08
16 group" command?
17    A  I believe so
18    Q  What does the "snmp-server group" command
19 do?
20    A  Actually, even reading this document    15:13:26
21 probably won't tell me because I need to see all the
22 help extensions to see what it does
23    Q  Okay
24    A  So it's been a while
25    Q  You don't recall what it does?    15:13:34

Page 152

1    A  No.                                    15:13:35
2    Q  Okay.  Do you recall what "snmp-server
3 user" does?
4    A  I would rather not guess at this point.
5 It's been years since I used these commands.    15:13:45
6        I probably would be able to figure it out
7 within about 25 minutes of touching the CLI, but
8 it's really old, old stuff.
9    Q  I understand.
10        I'd like to turn your attention now to the    15:14:14
11 two commands right above that, "snmp-server engineID
12 local" and "snmp-server engineID remote."
13        Did you author those commands?
14    A  I think I have a strong recollection that
15 I had more to do with these commands; in part, the    15:14:32
16 fact that there was the ID which is upper case,
17 which is usually not what we do in these IOS CLI
18 commands.  It stands out.
19    Q  Typically in IOS CLI you weren't
20 accustomed to seeing letters capitalized like they    15:14:52
21 are in the term "engineID"?
22    A  Yes.
23    Q  Why were they capitalized here?
24    A  I have no idea why I capitalized them.
25    Q  Okay.                                 15:15:07

Page 153

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    (Exhibit 336 was marked for identification    09:11:58
2   and is attached hereto.)
3 BY MR. SANTACANA:
4    Q  I'm handing you what's been marked as
5 Exhibit 336, which is RFC 2271, dated January 1998.    15:15:10
6 It's titled "An architecture for Describing SNMP
7 Management Frameworks."
8       Do you recognize this document?
9    A  It's been a long time.  And while the view
10 and the user bring immediate memories, this is    15:15:42
11 probably -- this doesn't bring back immediate
12 memories, but I'm sure I read it at some point.
13    Q  Are you sure you read it --
14    A  I soaked in this.
15    Q  I'm sorry to interrupt you.    15:15:54
16    A  Let me -- I assume I read it.  I'm not
17 sure.  It's been a long time ago.
18    Q  Is this a document you would have reviewed
19 prior to implementing the commands in Exhibit 329?
20    A  I would say yes, though there might be    15:16:21
21 other commands that match more to the proxy that's
22 described in the document.
23       Yeah, some of this, yes, I probably would
24 have read to implement it.
25    Q  If you could flip to page -- sorry --    15:16:35

Page 154

1 page 36.  About a fifth of the way down the page,    15:16:38
2 there's two dashes, and it says, "Textual
3 Conventions used in the SNMP Management
4 Architecture."
5       Do you see that?    15:16:55
6    A  Yeah.
7    Q  What is your understanding as someone who
8 has participated in the IETF process of the phrase
9 "textual conventions used in the SNMP management
10 architecture"?    15:17:12
11    A  It in this case to me would refer to a
12 human-readable string representing a particular data
13 type, and semantics around the use of that
14 particular data type.
15    Q  So this RFC defines semantically what    15:17:55
16 those textual conventions are; is that fair to say?
17    A  It defines textual conventions as they
18 would be used in other MIBs that import from this
19 RFC.
20    Q  Okay.  The first one on this page 36 is    15:18:09
21 titled, without spaces, "SnmpEngineID."
22       Do you see that?
23    A  S capital, E capital, ID capital.  Yes, I
24 do see it.
25    Q  So it's -- the "engineID" is capitalized    15:18:26

Page 155

1 the same way as the commands in Exhibit 329?    15:18:29
2    A  No, it is not.
3    Q  And that's because the E is capitalized?
4    A  Yes.
5    Q  Okay.  The capital ID that you find    15:18:38
6 memorable in the commands in Exhibit 329 is the same
7 capital ID as on this page 36 of --
8    A  Correct.
9    Q  -- this RFC?
10    A  Correct.    15:18:51
11    Q  Does that refresh your recollection as to
12 why "engineID" is the way it is in Exhibit 329?
13    A  No.
14    Q  Okay.
15    A  Because if ID capitalized is from here,    15:19:03
16 which is I think where you're leading me to, I'm
17 questioning why E is also not capitalized, or S is
18 not capitalized.
19    Q  The term here has no spaces in it; is that
20 right?    15:19:20
21    A  "SnmpEngineID," no, it has no spaces in
22 it.
23    Q  And as a software engineer, would it be
24 fair to say that the reason the E is capitalized
25 here is because there is no space but it's the    15:19:32

Page 156

1 beginning of a new term?  In other words, it's    15:19:36
2 CamelCase?
3    A  It is CamelCase.
4    Q  But in the Exhibit 329, there's a space,
5 so it's not in CamelCase; is that right?    15:19:45
6    A  Yeah.  But if it was not -- if we were
7 using CamelCase, why isn't E capitalized is the
8 other question, right?
9    Q  Why isn't the E capitalized?
10    A  So in Exhibit 329, it's not pure CamelCase    15:19:56
11 because "engineID," the first E is not capitalized.
12    Q  That's exactly my point.  You didn't use
13 CamelCase in Exhibit 329, in the commands in
14 Exhibit 329.
15    A  In Exhibit 329, I'm not sure how    15:20:15
16 "engineID" came out with a capital ID.  It could
17 be -- yeah.  At this point I'm not sure what the
18 exact origin is.
19    Q  Okay.  In any case, regardless of
20 capitalization, the term "engineID" is not a term    15:20:37
21 that you came up with, right?
22    A  No, it's not a term that I came up with.
23    Q  That's a term --
24    A  Hold on.  I can't definitely answer
25 whether the term "engineID" by itself is a term I    15:20:52

Page 157

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 came up with for the CLI command or somebody else on     15:20:55

2 my team came up with for the CLI command

3     Q   The -- I'm sorry  I just didn't

4 understand your last answer

5     Did you coin the term "engineID"?     15:21:46

6     A   I am not certain that I coined the term

7 "engineID "

8     Q   Okay  The term appears in this document,

9 right?

10     A   "SnmpEngineID" appears in this document,     15:22:03

11 yes

12     Q   Okay  And you reviewed this document

13 before writing these command names, right?

14     A   Correct

15     Q   The last word in those two commands, the     15:22:19

16 first one, the last word is "local," and the second

17 one, the last word is "remote "

18     Do you know where those terms come from?

19     A   It's been a long time  Am I allowed to

20 look through the document to see if there's anything     15:22:35

21 with "local" and "remote" here?

22     Q   Sure

23     A   So the remote engineID, I'm trying to look

24 where in the protocol we talk about SNMP in PROMs

25 because I suspect it has to do with message exchange     15:25:39

Page 158

1 between two configured SNMP devices where one is     15:25:42

2 notifying the other of activity.

3     Q   That would be remote?

4     A   One would be local, one would be remote.

5     Q   And is that a feature that's provided for     15:26:04

6 in the industry standards?

7     A   I believe so.  I'm not sure they use

8 remote or message authoritative.  Without being able

9 to grab through -- to search through the document,

10 it's hard for me to tell you exactly where -- or     15:26:18

11 what could have triggered the use of the term

12 "remote."

13     (Exhibit 337 was marked for identification

14     and is attached hereto.)

15     MR. SANTACANA:  Exhibit 337 bears the     15:27:40

16 control numbers CSI-CLI-00609071.  It's titled

17 "Document Number ENG-28473, Revision B."  It lists

18 the witness as the author; project manager, Dale

19 Francisco; project headline, SNMP V3 Design

20 Document.     15:28:05

21     Q   Mr. Kavasseri, do you recognize this

22 document?

23     A   No, it's been so long ago.

24     Q   Okay.  Do you have any reason to doubt

25 that you're the author of this document?     15:28:35

Page 159

1     A   Not at all.  I just don't recognize it     15:28:37

2 looking at it right now because it's been so long

3 ago.

4     Q   What is this document?

5     A   It's a detailed design document for the     15:29:04

6 SNMP V3 implementation that went into IOS.

7     Q   And the design document includes -- strike

8 that.

9     Do you know who the author of this --

10 sorry.  Strike that.     15:29:22

11     Do you know who the audience of this

12 document is?

13     A   Other engineers within the team or related

14 teams who have a need to know about how SNMP was

15 designed so they can maintain it.     15:29:37

16     Q   And so is it fair to say the document

17 includes information about how you intended to

18 implement SNMP V3 including some of the commands

19 that you were proposing?

20     A   Yeah.     15:29:55

21     Q   Take a look at Section 1.4 on the first

22 page.  It begins, "Must allow creation and deletion

23 of SNMP communities, users and groups via both the

24 CLI and SNMP sets."

25     When you wrote "Must allow creation and     15:30:11

Page 160

1 deletion of SNMP communities, users and groups,"     15:30:13

2 what is it that has that requirement?

3     A   Can you repeat the question, please?

4     Q   What is it that you were referring to that

5 requires the -- strike that.     15:30:30

6     You wrote that something must allow the

7 creation and deletion of SNMP communities, users and

8 groups.

9     What is the "something"?

10     A   We were striving for feature parity in     15:30:43

11 configuring SNMP through both the CLI and through

12 SNMP.

13     With SNMP V3, if I recall right, if I

14 recall correctly, one of the nice features was that

15 it allowed for SNMP MIBs that could be used to     15:31:04

16 configure SNMP.

17     So if you did a basic amount of

18 configuration of the CLI, the rest of the

19 configuration you could take care of --

20     MR. THOMPSON:  Mr. Kavasseri, slow --     15:31:18

21     THE WITNESS:  Slow it down?  Yeah.

22     MR. THOMPSON:  Thank you.

23     THE WITNESS:  If you -- what SNMP V3 gave

24 us was the ability to do a seed simple configuration

25 through the command line interface, and then do the     15:31:29

Page 161

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 rest of the configuration through SNMP directly         15:31:32
2 This was not possible before
3         Because it was not possible before, we had
4 never bothered with creating communities which
5 existed before SNMP V3 through SNMP  So now we         15:31:46
6 needed to add that as a support feature as well
7 BY MR SANTACANA:
8     Q  And the reason you needed to add the
9 ability to create and delete communities, users and
10 groups was because of the features of the industry         15:31:59
11 standard SNMP V3?
12     A  I don't know whether SNMP V3 -- the
13 SNMP V3 talked about users, not communities, if I
14 remember right  I think that's what we referred to
15 in the -- in getting -- things getting tricky         15:32:24
16         Even now we just had it through SNMP, so
17 only the IOS CLI was the point of record  I'm not
18 sure whether I meant here that you could delete
19 stuff through SNMP that was created through the CLI
20 and now the CLI needs to be regenerated or resaved         15:32:38
21 to NV RAM
22     Q  Okay  I think I understand  And it might
23 be clear if you flip to the page that ends in 75,
24 Section 2 7
25         Section 2 7 says, "SNMP V1/V2 versus SNMP         15:33:02

1 V3 -- differences, and how things work."         15:33:07
2         And then you have a list of differences
3 and how things work between the old and the new
4 versions of SNMP.
5         The first thing that you wrote was, "In         15:33:18
6 SNMP V3, 'community strings' are called 'users,'"
7 and "users" is in quotation marks.  "Each 'user,'"
8 in quotation marks again, "has an access-policy,
9 which is termed a 'group,'" and the word "group" is
10 also in quotation marks, "i.e., users belong to a         15:33:31
11 group."
12     A  Yep.
13     Q  Does this -- strike that.
14         Does this refresh your recollection as to
15 whether the terms "users" and "group" came from the         15:33:49
16 SNMP standard?
17     A  The term "user" and "group" referred to
18 concepts in the SNMP standard.  Of that, I have no
19 issue with saying that.
20         The reason I hesitate is, we use the term         15:34:19
21 "user," and we could have used VACM user or any
22 other combination of "user."
23         We settled on "user."  I'm not sure that
24 that was because it was directly due to looking at
25 the RFC, or somebody in parser police or within my         15:34:35

1 team suggested, "Hey, go with the shortest string."         15:34:39
2         Because when you're talking about the
3 command line, it's all about how many characters you
4 type, or it's a lot to do with how many characters
5 you type.         15:34:51
6     Q  Why is that?
7     A  Well, you could type U and hit "tab," and
8 if there was no other word that started with U, IOS
9 would auto-complete to "user."  So you didn't need
10 to type the whole thing.         15:35:03
11     Q  Okay.  If you turn to the page that ends
12 in 82, this is the end of a list of CLI commands
13 that you're proposing, and this one in particular is
14 the "snmp-server engineID" command.
15         Do you see that?         15:35:28
16     A  Can you repeat that again, please?
17 Just -- I'm slowing down reading stuff already.
18     Q  Of course.  After the first paragraph
19 here, which carries over from the previous page,
20 there's an asterisk, and then there's the         15:35:40
21 "snmp-server engineID" command.
22     A  Yeah.
23     Q  And then below that you describe what the
24 command is and what it's going to do.
25         Do you see that?         15:35:49

1     A  Yeah.         15:35:51
2     Q  And then also it shows that local and
3 remote are optional arguments.
4         Do you see that?
5     A  Where does it say local and remote are         15:36:03
6 optional arguments?
7     Q  Directly under "snmp-server engineID," do
8 you see the open bracket, and then it says, "local,"
9 and then there's a vertical line, and then it says,
10 "remote"?         15:36:13
11     A  So --
12     Q  So it indicates that the command
13 "snmp-server engineID" could either take the local
14 argument or the -- parameter, if you will, or the
15 remote.         15:36:27
16     A  No, I don't think that this is an optional
17 argument.  I think there's a typo in this text here.
18     Q  Okay.
19     A  Because if you look at it, the first
20 bracket is an open curly brace.  There is no close         15:36:34
21 curly brace.
22         I assume that -- and again, I could be
23 completely wrong on this.  I assume that the -- if
24 you look at "remote ipaddress udp-port," and then
25 within angle brackets, "port," following that are         15:36:52

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 two square brackets. I think the second of those is    15:36:55
2 supposed to be a curly bracket.
3      The reason I say that is just from parser
4 theory, if you have both optional, I'm not sure how
5 a programmatic parser would know what you meant.    15:37:08
6   Q  I see.
7   A  There are two optional paths to go by and
8 a required path at the end.
9   Q  I see. And I think I -- I didn't mean to
10 say "optional." What I meant was that the user has    15:37:23
11 an option between using local and using remote.
12   A  Yeah, that is correct. That seems about
13 right.
14   Q  Okay. But the command itself is
15 "snmp-server engineID"; is that fair to say?    15:37:33
16   A  The root of the command is "snmp-server
17 engineID." I agree.
18   Q  The first thing that you write here under
19 that command is, "For SNMP V3 authentication and
20 privacy to work, each SNMP agent needs to have its    15:37:46
21 own SNMP engine ID."
22   A  Yes.
23   Q  Do you see that?
24      What did you mean by that?
25   A  My recollection is hazy, but my hazy    15:38:03

Page 166

1 recollection tells me that this is the key that is    15:38:05
2 used to encrypt packets going back and forth; i.e.,
3 if you change this key, you may not -- yeah. I
4 don't change the key. I have no idea what happens
5 when you change the key anymore.    15:38:21
6   Q  Okay. You can set that aside.
7      You've mentioned a couple of times that
8 some commands can take the word "no" in front of
9 them.
10   A  Yes.    15:38:41
11   Q  Is that -- you'll see that's not listed in
12 Exhibit 329. Cisco doesn't list it that way. "No"
13 is an optional thing that you can write in front of
14 the command, right?
15   A  "No" is an optional extension to add in    15:38:51
16 front of the command.
17   Q  And was that already the way the IOS CLI
18 worked before you started working at Cisco?
19   A  By my recollection, yes.
20   Q  I'd like to turn your attention now to the    15:39:12
21 top four commands in this list, which all begin with
22 the word "show."
23   A  Yes.
24   Q  The words "show snmp," and then there's
25 another word.    15:39:22

Page 167

1      Did you author these commands?    15:39:30
2   A  I think it's just a safe assumption that I
3 authored the engineID command.
4      Again, I'm going by the fact that it's
5 semi CamelCase and it looks odd, and I'm not sure    15:39:43
6 anybody else in my team would have come up with
7 that.
8      The rest of the commands -- they may all
9 have been group efforts, team efforts. But I -- I'm
10 pretty sure I checked in the files of these    15:39:58
11 commands.
12   Q  Okay. Mr. Kavasseri, you've said a couple
13 times that it may be that you were listed here as
14 the author of the command because you were the
15 person who checked in the files.    15:40:35
16      What do you mean when you say that?
17   A  Every Cisco command -- every IOS CLI
18 command is implemented in a source code file. When
19 somebody finished developing that, they checked the
20 command in.    15:41:02
21      So in this case, if you're referring to --
22 by "author," if you mean the person who checked in
23 the files, then yes, these files were all checked in
24 by me originally. But that does not mean that I was
25 the sole creator of these keywords.    15:41:15

Page 168

1      We have a very collaborative work    15:41:20
2 environment when I was there, and I -- especially
3 with an important feature like SNMP V3, I would
4 think that this was a team effort
5   Q  I just need to go back a second Could    15:41:36
6 you grab Exhibit 336, which is RFC 2271?
7   A  Yeah
8   Q  Could you turn to page 45 of that exhibit?
9   A  Yep
10   Q  This is an acknowledgment section which    15:41:52
11 acknowledges the efforts of the SNMP V3 working
12 group at IETF, and it lists as working group members
13 a number of people who work at a variety of
14 different companies
15   A  Yes    15:42:04
16   Q  Some of those people are Keith McCloghrie,
17 and in parentheses it says, "Cisco Systems"; Bob
18 Stewart, and in parentheses, "Cisco Systems"; and
19 Jeff Johnson in the next section, which is a list of
20 members of an advisory team at the IETF, also at    15:42:19
21 Cisco Systems
22      Did you know all of these people?
23   A  Yes, I did
24   Q  Do you recall Mr McCloghrie, Mr Stewart
25 and Mr Johnson contributing to the SNMP V3 industry    15:42:35

Page 169

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  standard protocol while you were working at Cisco?    15:42:40
2      A  I was not in the room for discussions
3  to -- let me rephrase by saying I had very limited
4  interactions at the time this document was written.
5      I know that Jeffrey Johnson was very    15:43:08
6  involved because he was my mentor, and he would tell
7  me that he was working on the RFC draft. I have no
8  direct evidence of the other two that I can recall.
9      I will add an addendum that they both were
10 very respected people, and I'm very sure they did a    15:43:32
11 lot for these documents. I just don't have any
12 direct evidence that I was privy to from a working
13 meeting or anything else.
14     Q  Okay. So you can set that aside now.
15     Looking back at Exhibit 329, we'd started    15:43:57
16 discussing the four "show" commands, "show snmp"
17 commands.
18     "Show" was a term that was already in
19 IOS CLI; is that fair to say?
20     A  When I joined Cisco -- I've actually never    15:44:11
21 asked the question when "show" was in the command.
22 As far as I can tell, it was there when I joined.
23     Q  And the reason that you used it here was
24 because it was already used in other IOS CLI
25 commands?    15:44:37

Page 170

1      A  By the time I implemented these commands,    15:44:38
2  "show" was the standard way to display information
3  from the CLI.
4      Q  And the term "SNMP," of course, as we've
5  discussed, is an industry standard protocol; is that    15:44:49
6  fair to say?
7      A  In which context? The term "SNMP" by
8  itself as an acronym is industry standard protocol,
9  yes.
10     Q  And then so the first two words in each of    15:45:07
11 these commands is "show snmp." And then we have
12 "show snmp user" and "show snmp group."
13     A  Yeah.
14     Q  And the terms "user" and "group" also are
15 terms that are used in the IETF SNMP documents; is    15:45:21
16 that fair to say?
17     A  "User" and "group" appear in the -- "snmp
18 user" and "group" appear in the IETF documents.
19     Q  And the way that they're used here is the
20 same way that they're used in those IETF documents?    15:45:35
21     A  To the best of my knowledge, they refer to
22 the same things. But they're not used in the same
23 way in that the IETF document does not refer to a
24 CLI command. In here they're used specifically for
25 CLI commands.    15:45:52

Page 171

1      Q  I understand.    15:45:53
2      You've expressed some additional haziness
3  about the command "show snmp host."
4      A  Yes.
5      Q  I'm going to apologize in advance for the    15:46:21
6  heft of this thing.
7      A  Holy cow.
8      (Exhibit 338 was marked for identification
9  and is attached hereto.)
10 BY MR. SANTACANA:    15:46:31
11     Q  Exhibit 338 is titled "Cisco IOS Network
12 Management Command Reference." It bears control
13 numbers beginning with CSI-CLI-00319765, and it's
14 dated October 2009.
15     I just want you to flip to the page that    15:47:03
16 ends in 1060. The internal page would be NM-1248.
17     So this page relates to the command
18 "snmp-server host."
19     A  Yes.
20     Q  Do you recognize that command?    15:47:58
21     A  Yes, now I do.
22     Q  Did you author that command?
23     A  I will go back to my earlier statement
24 that it's highly likely that I checked in the file
25 with this command. Especially with this command, I    15:48:21

Page 172

1  am not sure whether I was the original author of the    15:48:24
2  term "host."
3      I'm going to say "term" instead of
4  "command," which you used, because we're talking
5  about an extension to the SNMP server command here.    15:48:32
6      The reason I say "host" is, if I remember
7  right, the previous version, now that I'm reading
8  this, we are specifying the target of an event that
9  is being messaged through SNMP.
10     Previously this event was called a trap.    15:48:58
11 Now we're giving you the option of a trap or an
12 inform.
13     So there was some effort to differentiate
14 between what was before and what is now the
15 acceptable -- accepted way of configuring targets.    15:49:20
16     Q  If you look at the page NM-1251, control
17 number ends in 1063, this is a command history for
18 the command "snmp-server host," and it lists as the
19 first release IOS version 10.
20     Do you see that?    15:50:04
21     A  "Host"? I thought that that previous
22 version was "enable trap." Let me double-check.
23 Yeah, this differs from my recollection.
24     Q  Sorry?
25     A  This differs from my recollection.    15:50:29

Page 173

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 dictate whether the SNMP is an industry standard or    16:21:36
2 not?
3        MR. SANTACANA:  Same objections.
4        THE WITNESS:  I could only offer an
5 opinion on this.  And if you would like my opinion,    16:21:45
6 if enough vendors do not implement a particular
7 proposal, I do not believe that proposal should be
8 called a standard.
9        If you can hold for a second, I need to
10 turn the phone off now.  Sorry.  I turned it on,    16:22:05
11 checking.  Sorry.  Thank you.
12 BY MR. TUNG:
13    Q  Okay.  Can we turn to Exhibit 329?
14    A  I'm going to have nightmares about this.
15    Q  Have you ever done an investigation    16:22:44
16 whether the specific command expressions that appear
17 in Exhibit 329 are used in this exact form in other
18 competitors' CLI?
19    A  Can you repeat that question?
20    Q  Yeah.    16:23:04
21        Have you ever done an investigation
22 whether these specific command expressions that
23 appear in Exhibit 329 appear in Cisco's competitors'
24 CLI?
25    A  I believe I may have gone looking for    16:23:20

Page 190

1 these in at least one competitor's CLI.    16:23:21
2    Q  And did you determine whether any of these
3 command expressions appeared exactly the same way in
4 the competitor's CLI?
5    A  I would prefer to not answer that question    16:23:52
6 because it might impact work product.
7    Q  Okay.  So let me rephrase the question.
8        So setting aside any work done at the
9 direction of attorneys, have you investigated
10 whether any command expressions that appear in    16:24:10
11 Exhibit 329 appear identically in a Cisco
12 competitor's CLI?
13    A  To the best of my recollection, I have not
14 investigated this in any other vendors' products.
15    Q  Now expanding the question a little    16:24:31
16 broader, have you investigated whether any of
17 Cisco's CLI command expressions appear in any Cisco
18 competitors' CLI, again, setting aside any work done
19 at the direction of attorneys?
20    A  I want to clarify with my previous answer    16:24:49
21 that's setting aside any work product.
22        Can you repeat the second question again?
23    Q  The second question, I'm going to say,
24 setting aside any work product, any work done for
25 attorneys, have you investigated whether any of    16:24:59

Page 191

1 Cisco's CLI command expressions appear in any of    16:25:03
2 Cisco's competitors' CLI?
3    A  Setting aside work product done for other
4 attorneys, I am -- I cannot recall if I ever
5 investigated whether Cisco's CLI expressions    16:25:20
6 appeared in any other competitor's product.
7    Q  Okay.
8    A  I would also like to make sure I protect
9 myself -- I want to protect myself from perjuring
10 myself here.  By saying I cannot recall that does    16:25:41
11 not mean that it did not happen.  My memory doesn't
12 bring it up right now.
13        MR. THOMPSON:  Don't be concerned.  If you
14 don't recall something, that's perfectly fine to say
15 that.    16:25:51
16        THE WITNESS:  Okay.  All right.
17 BY MR. TUNG:
18    Q  And I think that's really the intent of my
19 question, if you recall any instance in which you
20 have investigated whether a Cisco's competitor's CLI    16:25:57
21 was identical to Cisco's CLI.
22    A  I have not to the best of my recollection
23 at the moment.  Nothing comes to mind.
24        MR. TUNG:  I have no further questions.
25        MR. SANTACANA:  I don't have any.    16:26:16

Page 192

1        THE VIDEO OPERATOR:  This is the end of    16:26:19
2 today's deposition of Mr. Ramanathan Kavasseri.  We
3 are off the record at 4:26 p.m.  The total number of
4 media used was two and it will be retained by
5 Veritext.  Thank you.    16:26:28
6        (TIME NOTED:  4:26 p.m.)
7        --o0o--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 193

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2
3
4
5
6
7
8        I, RAMANATHAN KAVASSERI, do hereby declare
9   under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14      EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16      (City)        (State)
17
18
19      _____
20          RAMANATHAN KAVASSERI
21
22
23
24
25

Page 194

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 3/7/16
23
24      _Carla Soares_
25          CARLA SOARES
        CSR No. 5908

Page 195

50 (Pages 194 - 195)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5   CISCO SYSTEMS,      )

6   INC.,               )

7       Plaintiff,      )

8           vs.         ) No. 5:14-cv-05344-BlF (PSG)

9   ARISTA NETWORKS,    )

10  INC.,               )

11      Defendant.      )

12  _____

13   CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

14

15       VIDEOTAPED DEPOSITION OF ANTHONY J. LI

16                 Palo Alto, CA

17            Monday, February 1, 2016

18                  Volume I

19

20

21  Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR

22  CSR No. 11661

23  JOB No. 2224600

24

25  PAGES 1-258

                                    Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  CISCO SYSTEMS,    )
6  INC ,            )
7    Plaintiff,   )
8      vs    ) No  5:14-cv-05344-BlF (PSG)
9  ARISTA NETWORKS,   )
10  INC ,           )
11    Defendant   )
12  _____
13
14
15    CONFIDENTIAL INFORMATION UNDER THE
16  PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J  LI
17  taken on behalf of Defendant at WILSON, SONSINI,
18  GOODRICH & ROSATI, 601 South California Avenue,
19  Palo Alto, CA 94304, beginning at 9:13 a m  and
20  ending at 4:17 p m  on Monday, February 1, 2016,
21  before Susan F  Magee, RPR, CCRR, CLR, Certified
22  Shorthand Reporter No  11661
23
24
25

Page 2

1          I N D E X
2
3  CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
4  VIDEO DEPOSITION OF ANTHONY J  LI
5  Volume I
6  EXAMINATION BY                  PAGE
7  BY MR  WONG                      9
8  BY MR PAK                      191
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1  APPEARANCES:
2
3    For the Plaintiff:
4    QUINN, EMANUEL, URQUHART & SULLIVAN
5    BY: SEAN PAK, ESQ.
6    50 California Street
7    22nd Floor
8    San Francisco, CA 94111
9    (415) 875-6600
10    seanpak@quinnemanuel.com
11
12    For the Defendant:
13    KEKER & VAN NEST LLP
14    BY: RYAN WONG, ESQ.
15      BRIAN L. FERRALL, ESQ.
16    633 Battery Street
17    San Francisco, CA 94111-1809
18    (415) 773-6682
19    rwong@kvn.com
20    bferrall@kvn.com
21
22    The Videographer:
23    JEFREE ANDERSON
24
25

Page 3

1          E X H I B I T S
2  NUMBER          DESCRIPTION          PAGE
3
4  Exhibit 136   LinkedIn Profile (8 pages)      12
5  Exhibit 137   RFC Table (3 pages)       90
6  Exhibit 138   March 1995 RFC 1771, A Border    100
7          Gateway Protocol 4 (BGP-4) (57
8          pages)
9  Exhibit 139   December 1995 RFC 1887, An    105
10          Architecture for IPv6 Unicast
11          Address Allocation,
12          ARISTANDCA00025747-ARISTANDCA
13          00025772
14  Exhibit 140   June 1996 RFC 1966, BGP Route    111
15          Reflection, An Alternative to
16          Full Mesh IBGP,
17          ARISTANDCA00025927-ARISTANDCA
18          00025933
19  Exhibit 141   October 2008 RFC 2966,    116
20          Domain-Wide Prefix Distribution
21          with Two-Level IS-IS (16 pages)
22  Exhibit 142   August 1996 RFC 1997, BGP    119
23          Communities Attribute,
24          ARISTANDCA00026094-ARISTANDCA
25          00026098

Page 5

2 (Pages 2 - 5)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1      E X H I B I T S (continued)
2  NUMBER        DESCRIPTION              PAGE
3
4  Exhibit 143   March 1998 RFC 2281, Cisco Hot   124
5               Standby Router Protocol (HSRP),
6               ARISTANDCA00026832-ARISTANDCA
7               00026848
8  Exhibit 144   E-mail String Containing      143
9               9/22/92 E-mail from/to Toni Li,
10              TS-00000066
11 Exhibit 145   Procket Networks PRO/8000     163
12              Series Software Introduction
13              (144 pages)
14 Exhibit 146   Procket Networks PRO/8000     164
15              Series IPv6 Routing Protocols
16              (180 pages)
17 Exhibit 147   Procket Networks PRO/8000     164
18              Series System Management and
19              Operations (604 pages)
20 Exhibit 148   Cisco's 6th Supplemental      167
21              Response to Interrogatory NO.
22              16 and Response to
23              Interrogatory No. 19 Amended
24              Exhibit F (45 pages)
25 Exhibit 149   List of Commands (1 page)     169
Page 6

1      Palo Alto, CA, Monday February 1, 2016
2          9:13 a.m.
3
4          THE VIDEOGRAPHER:  Good morning.  We're on
5  the record at 9:13 a.m. on February 1st, 2016.  This   09:13:47
6  is the video recorded deposition of -- so sorry.  Of
7  Anthony Li here with our court reporter Susan Magee.
8          My name is Jefree Anderson.  We are here
9  from Veritext Legal Solutions at the request of
10 counsel for the -- defendant or the plaintiff?        09:14:16
11         MR. WONG:  Defendants.
12         THE VIDEOGRAPHER:  For the defendant.  This
13 deposition is being held at Wilson Sonsini at
14 601 California Avenue, Palo Alto, California.  The
15 caption of this case is Cisco Systems, Incorporated   09:14:31
16 vs. Arista Networks, Incorporated.  The case number
17 is 5:14-cv-05344.
18         Please note that audio and video recording
19 will take place unless all parties agree to go off
20 the record, and microphones are sensitive and may    09:14:53
21 pick up whispers, private conversations and cellular
22 interference; so please be aware of that.
23         Beginning with our noticing attorney,
24 please state your name and the firm you represent.
25         MR. WONG:  Ryan Wong from Keker & Van Nest   09:15:05
Page 8

1      E X H I B I T S (continued)
2  NUMBER        DESCRIPTION              PAGE
3
4  Exhibit 150   1/20/96 E-mail from Toni Li to   183
5               Bill W., CSI-CLI-00746246
6  Exhibit 151   CSCdi14533, CSI-CLI-01339850    185
7  Exhibit 152   Group of E-mails Containing     239
8               2/23/1996 E-mail from Tony Li
9               to widmer@cisco.com,
10              CSI-CLI-00746331 -
11              CSI-CLI-00746347
12
13
14
15
16
17
18
19
20
21
22
23
24
25
Page 7

1  for defendant Arista Networks.
2          MR. FERRALL:  Brian Ferrall, Keker & Van
3  Nest, also for Arista.
4          MR. PAK:  Sean Pak of Quinn for Cisco.
5          THE VIDEOGRAPHER:  Thank you.        09:15:16
6          Will the court reporter please swear in the
7  witness.
8
9              ANTHONY J. LI,
10 having been administered an oath, was examined and   09:15:19
11 testified as follows:
12
13             EXAMINATION BY MR. WONG
14
15 Q.  Good morning, Mr. Li.              09:15:29
16 A.  Good morning.
17 Q.  Please state your full name.
18 A.  Anthony Joseph Li.
19 Q.  Do you live in the Bay Area, Mr. Li?
20 A.  I do.                        09:15:36
21 ███  ████████████████████████████
22 ███  ████████████████████████████████
23 ██████
24 Q.  Mr. Li, do you understand that are you
25 testifying here in response to a subpoena in this    09:15:46
Page 9

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 lawsuit?
2   A. I do.
3   Q. Have you seen the subpoena in the lawsuit?
4   A. Yes, I have.
5   Q. Mr. Li, are you represented by an attorney    09:15:55
6 at this deposition?
7   A. No, I am not.
8   Q. Have you been deposed before, Mr. Li?
9   A. Yes, I have.
10   Q. Okay. I'm just going to go over some of    09:16:03
11 the ground rules of a deposition just to refresh how
12 this goes.
13       Mr. Li, do you understand that you are
14 testifying under oath under penalty of perjury?
15   A. I do.    09:16:14
16   Q. Do you understand that the testimony that
17 you are providing today is as if you were testifying
18 in court?
19   A. I do.
20   Q. The court reporter is writing down    09:16:21
21 everything we say, so it's important to give
22 verbal answers to my questions.
23       Do you understand?
24   A. I do.
25   Q. It's also important that we don't speak    09:16:29

Page 10

1 over each other. So I'll do my best to let you
2 finish your answers before I ask the next question
3 and I would ask that you let me finish my next
4 question before you begin your answer.
5       Is that clear?    09:16:41
6   A. Yes.
7   Q. If there is a question that I ask that you
8 don't understand, please let me know, and I'll try
9 to clarify it, okay?
10   A. Okay.    09:16:48
11   Q. Otherwise, if you answer my question, I'll
12 assume that you understood my question.
13   A. Okay.
14   Q. Okay. Is there any reason, Mr. Li, that
15 you can't give full and truthful testimony today?    09:16:57
16   A. No.
17   Q. Mr. Li, I know you're not represented by
18 counsel today. If there is any answer that you
19 provide today that you would like to request to
20 designate confidential under the protective order in    09:17:09
21 this case, please state that on the record.
22   A. Okay.
23       MR. PAK: Mr. Li, I'll also add that, on
24 behalf of Cisco, I'll be making some objections from
25 time to time just to preserve the record. And    09:17:21

Page 11

1 obviously if anything that's confidential to Cisco,
2 I will be designating that as confidential under the
3 protective order.
4       THE WITNESS: Okay.
5       BY MR. WONG: Q. And I will be taking    09:17:31
6 breaks during the day, Mr. Li. I'll try to take a
7 break about every hour.
8       But if you would like to take a break for
9 any reason, just let me know, and I will try to
10 accommodate that, okay?    09:17:40
11   A. Thank you.
12   Q. Mr. Li, do you maintain a profile on the
13 Web site called LinkedIn?
14   A. I do.
15   MR. WONG: Let's mark this as Exhibit 136,    09:18:01
16 please.
17       (Exhibit 136 was marked for identification
18 by the court reporter and is attached hereto.)
19       BY MR. WONG: Q. Court reporter has marked
20 Exhibit 136.    09:18:19
21       Mr. Li, do you have Exhibit 136 in front of
22 you?
23   A. I do.
24   Q. Okay. Do you recognize Exhibit 136?
25   A. This appears to be my profile for LinkedIn.    09:18:25

Page 12

1   Q. Can you please take a moment to look at
2 Exhibit 136 and let me know if the information is
3 up-to-date and accurate.
4   A. It is accurate. It is reasonably
5 up-to-date, but it is not complete.    09:18:48
6   Q. What is incomplete about the information on
7 Exhibit 136?
8   A. In particular, it is not a complete list of
9 patents and publications.
10   Q. Is there anything else that is incomplete    09:19:01
11 about Exhibit 136?
12   A. I don't believe -- you know, my work
13 history here only goes back to '91.
14   Q. Anything else, Mr. Li?
15   A. No.    09:19:21
16   Q. What is your educational background,
17 Mr. Li?
18   A. I have a B.S. in mathematics from
19 Harvey Mudd College and a Ph.D. in computer science
20 from USC.    09:19:39
21   Q. When did you receive your B.S. in
22 mathematics from Harvey Mudd?
23   A. '82.
24   Q. And when did you receive your Ph.D. from
25 USC?    09:19:49

Page 13

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  A. 1990.
2  Q. And the USC you're referring to, that's the
3  University of Southern California; correct?
4  A. Correct.
5  Q. Do you have any other degrees besides the    09:19:58
6  bachelor's degree and your Ph.D.?
7  A. No.
8  Q. Your LinkedIn profile marked as Exhibit 136
9  states that you attended Rutgers University; is that
10  correct?                                        09:20:20
11  A. I spent one year at Rutgers. Did not get a
12  degree there.
13  Q. Was your focus at the University of
14  Southern California on anything in particular?
15  A. I was working on a Ph.D. in computer    09:20:31
16  science in the programming languages area.
17  Q. What programming languages were you working
18  on.
19  A. So it was not a specific language. It was
20  in language theory, and in particular I was working    09:20:47
21  on compiler specifications.
22  Q. What routing protocols, if any, did you
23  learn about as part of obtaining your Ph.D. at USC?
24  A. None; however, as a postdoc at USC, I
25  actually worked on IDPR, Inter-Domain Policy    09:21:13

Page 14

1  Routing.
2  Q. Inter-Domain Policy Routing?
3  A. Correct. Also, while I was assist admin at
4  USC, I was a network administrator, so I had
5  familiarity there with EGP and IGRP.    09:21:41
6  Q. What is EGP?
7  A. Exterior Gateway Protocol.
8  Q. And what is IGRP?
9  A. Interior Gateway Routing Protocol.
10  Q. You mentioned IDPR as part of your postdoc    09:22:06
11  work; correct?
12  A. Correct.
13  Q. Can you describe for me how you worked with
14  IDPR in your postdoc work at USC.
15  A. So I was working for Deborah Estrin, and    09:22:24
16  she was collaborating with Martha Steenstrup of
17  Bolt, Beranek & Newman in Boston. They was a --
18  they had some sort of research contract to develop a
19  routing protocol that supported policy routing.
20  Q. Was IDPR a proprietary standard?    09:22:43
21  A. I have no idea.
22  Q. You said you worked at -- you worked on EGP
23  while as a sys admin at USC; is that correct?
24  A. That's correct.
25  Q. What is EGP?    09:23:07

Page 15

1  A. EGP is a routing protocol that allows
2  individual hosts to advertise routing prefixes to
3  the gateways of the then ARPANET or MILNET.
4  Q. Is EGP a standardized routing protocol?
5  A. Yes, it is.    09:23:29
6  Q. How do you know that?
7  A. I've read the RFC.
8  Q. What is an RFC, Mr. Li?
9  A. It as a Request For Comments that is a
10  document from the Internet Engineering Task Force,    09:23:41
11  IETF, that they use for standardizing protocols.
12  I'm unaware of the exact standards placement of --
13  or progression of EGP at this time. It's probably
14  moved to historic by now.
15  Q. When you say it's "moved to historic by    09:24:01
16  now," what do you mean by that?
17  A. So the IETF has a progression for
18  standards, and standards that are no longer actively
19  used or recommended are moved to historic to
20  indicate that they are no longer productive.    09:24:19
21  Q. You also mentioned IGRP. Can you describe
22  to me what IGRP is.
23  A. IGRP is Cisco's proprietary classful
24  protocol.
25  Q. When you say Cisco proprietary, what do you    09:24:40

Page 16

1  mean by that?
2  A. Cisco owns the code, has a patent on the --
3  or on the concepts behind the implementation, and as
4  far as I know, has not licensed it with the
5  exception of licensing their whole source code    09:24:58
6  stack.
7  Q. How did you work with EGP while you were a
8  sys admin?
9  A. So I was responsible for maintaining EGP
10  connectivity between USC's site and the ARPANET core    09:25:11
11  gateways.
12  Q. And what was your experience as a sys admin
13  working with IGRP?
14  A. I was maintaining the Los Nettos Network
15  which was a small regional network in Los Angeles.    09:25:24
16  We used IGRP for routing between the sites and our
17  small network.
18  Q. And what period of time were you a sys
19  admin for USC?
20  A. Approximately 1983 through 1990.    09:25:36
21  Q. Besides IDPR, EGP and IGRP, did you work
22  with any other routing protocols while you were
23  either obtaining your Ph.D. or serving as a postdoc?
24  A. Probably. So I do not recall the details,
25  but I do know that we had also a DECnet network, and    09:26:12

Page 17

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 I believe that DECnet routing was involved, and that
2 is a -- uses an internal routing protocol that is
3 very simple -- similar to RIP.
4    Q.  Now, you said DECnet.  What is DECnet?
5    A.  DECnet was a proprietary networking stack    09:26:36
6 from Digital Equipment Corporation.
7    Q.  So the DEC in DECnet stands for
8 Digital Equipment Corporation?
9    A.  Yes.
10    Q.  When you say "we also had a DECnet    09:26:56
11 network," who is "we"?
12    A.  I was referring to my employers at USC, in
13 particular engineering computer services which then
14 became university computing services.
15    Q.  What experience did you have working with    09:27:20
16 the DECnet network at USC?
17    A.  Mostly it was frustrating.  The DECnet
18 network was interconnecting the router -- the
19 various hosts around the campus, allowing students
20 and faculty to move data around between the various    09:27:36
21 computers.
22    Q.  What was the operating system like on the
23 DECnet network?
24    A.  So we had multiple systems speaking DECnet.
25 There were many VAXes running the VMS operating    09:27:54

Page 18

1 system.  We also had several systems running
2 TOPS-20.
3    Q.  You said VAX/VMS.  Does that stand for
4 anything?
5    A.  VAX is virtual address extension.  VMS is    09:28:15
6 virtual memory system.
7    Q.  How much experience did you have working
8 with the VAX/VMS operating system?
9    A.  I was a system administrator for several
10 years while at USC.    09:28:36
11    Q.  And how many years of experience did you
12 have working with the TOPS-20 operating system?
13    A.  I was only a user of TOPS-20.  I got my
14 first TOPS-20 account in 1982.  I probably used
15 that -- well, at least eight years, so . . .    09:29:03
16    Q.  So as a user, you used TOPS-20 for
17 approximately eight years?
18    A.  Yes.
19    Q.  And approximately how many years did you
20 work as a system administer [sic] for the VAX/VMS    09:29:17
21 operating system?
22    A.  I'm not certain.  I believe it was
23 approximately 1983 through about 1987.
24    Q.  Mr. Li, do you know what a command line
25 interface is?    09:29:40

Page 19

1    A.  I do.
2    Q.  What is a command line interface?
3    A.  A command line interface is a means for a
4 user to enter commands typing out names of words and
5 then interacting with a computer by having the    09:29:50
6 computer respond to those words.
7    Q.  If I use the term "CLI," will you
8 understand that I'm referring to a command line
9 interface?
10    A.  I understand.    09:30:06
11    Q.  Did the VAX/VMS operating system have a
12 command line interface?
13    A.  It did.
14    Q.  Can you describe for me generally how the
15 VAX/VMS command line interface worked.    09:30:17
16    A.  It was a very standard command-and-response
17 interface.  Predominant were set and show.  Change
18 parameters and then display parameters.
19    Q.  When you say "very standard
20 command-and-response interface," what do you mean by    09:30:39
21 "very standard"?
22    A.  So very similar to other things in the
23 industry.
24    Q.  At that time?
25    A.  Yes.    09:30:50

Page 20

1    Q.  And approximately what time period are we
2 talking about, Mr. Li?
3    A.  The first time I saw VMS was '81.
4    Q.  You mentioned that set and show commands
5 were predominant in VAX/VMS; correct?    09:31:13
6    A.  Mm-hmm.
7    Q.  Were there any other commands that you
8 recall from using the VAX/VMS command line
9 interface?
10    A.  There were many other commands, and you    09:31:25
11 could easily extend it by adding additional commands
12 to it, so . . .
13    Q.  How would you extend it by adding
14 additional commands to it?
15    A.  So the entire operating system CLI was    09:31:39
16 built around what was called DCL, digital command
17 language.  You so actually write command definitions
18 and add those to the CLI.
19    Q.  Were you familiar with digital command
20 language at the time?    09:32:00
21    A.  Slightly.
22    Q.  Did the show commands in VAX/VMS follow any
23 particular syntax?
24    A.  Yes.  They typically were invoked by show
25 and then usually an object name and then a set of    09:32:16

Page 21

6 (Pages 18 - 21)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 parameters. The parameters were delineated by a
2 slash and then parameter name. Sometimes there was
3 a value attached with an equal sign and then a value
4 attached to a given parameter. The set commands
5 were pretty much the same way.                    09:32:39
6    Q. Now, you said, "typically were invoked" was
7 part of your answer about how show commands worked.
8        Were there any exceptions to the syntax you
9 just described?
10    A. Well, that was very much a generalization,    09:32:58
11 so yes.
12    Q. What was the command syntax like for
13 TOPS-20?
14    A. TOPS-20 had a command syntax that was
15 somewhat similar to VMS. The notable difference was    09:33:22
16 that TOPS-20 allowed for a command completion, and
17 so you could use escape and tab and question mark
18 characters to interact directly with the command
19 line interpreter while you were typing a command
20 line.                                              09:33:42
21    Q. What type -- what time period are you
22 talking about here, Mr. Li?
23    A. I am unaware of when TOPS-20 first came
24 out.
25    Q. At what time period were you working with    09:33:54

Page 22

1 TOPS-20?
2    A. Again, I got my first TOPS-20 account in
3 1982.
4    Q. Okay. So these features you just
5 described, command completion, were those in TOPS-20    09:34:05
6 when you first got your account in 1982?
7    A. Yes.
8    Q. What is command completion?
9    A. Command completion is the ability for the
10 command line interpreter to infer from what the user    09:34:25
11 has typed as a partial command and then actually
12 have it type out the rest of the command for the
13 user.
14    Q. Can you give me an example of how command
15 completion would work in a TOPS-20 command line    09:34:41
16 interface.
17    A. Oh, dear. So not accurately.
18 Approximately, you would type a partial command. So
19 for example, if you were to type "SHO," S-H-O, and
20 then complete it, you would get the W and then a    09:34:58
21 space, so you could then enter a parameter.
22        MR. PAK: I'm going to object that this
23 calls for expert testimony. Speculation.
24        BY MR. WONG: Q. Mr. Li, did you use the
25 command -- did you use the command completion    09:35:17

Page 23

1 feature while you were working with TOPS-20?
2    A. Yes.
3    Q. Is the recollection you just described
4 based upon your hands-on experience with TOPS-20?
5    A. Yes, it is.                                  09:35:27
6    Q. Now, you said TOPS-20 had a similar syntax
7 to VMS.
8        What was similar about the TOPS-20 command
9 syntax to the VAX/VMA command syntax?
10    A. Again, the general intent of -- or design    09:35:58
11 of the -- in the language was an imperative language
12 where they would design it as verb and then noun,
13 noun. So you would give the command as SHO and then
14 some parameters to go with it.
15        The details of the syntax were definitely    09:36:23
16 different. TOPS-20 in particular never used a slash
17 as a parameter separator.
18    Q. Now, you've used the word "parameter" to
19 describe the syntax for both VAX/VMS and TOPS-20?
20    A. Mm-hmm.                                      09:36:46
21    Q. What do you mean by a parameter?
22    A. It's a qualifier or other conditional
23 information about the specific request.
24    Q. Can you give me an example of what would be
25 a command parameter?                               09:36:56

Page 24

1    A. For example, if the database of files had a
2 set of file names, you could give a directory
3 command which would show the files in the directory.
4 Then you could also give directory followed by a
5 parameter which would explain -- which would specify    09:37:17
6 some subset of the files that you would like to see.
7    Q. Besides VAX/VMS and TOPS-20, did you have
8 experience with any other command line interfaces?
9    A. Many.
10    Q. Okay. What other command line interfaces    09:37:43
11 do you have experience with, Mr. Li?
12    A. That could take a while. CPM, VMCMS.
13 Let's see. Concurrent CPM, MS-DOS, RSX-11M.
14 Probably many others.
15    Q. Which of those existed prior to 1985?        09:38:15
16    A. All of those.
17    Q. Did any of those exist prior to 1980?
18    A. Yes, very definitely. Let's see. UNIX
19 already existed. There was a CLI there. I believe
20 that CPM predates 1980.                            09:38:38
21    Q. And did you work directly with all of the
22 command line interfaces that you just recited?
23    A. Yes.
24    Q. In what capacity did you work with those
25 command line interfaces?                           09:39:02

Page 25

7 (Pages 22 - 25)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  A.  That varies.  I was a programmer at
2  Digital Research working on CPM, so I was a
3  developer in that role.  Most of the others I was a
4  user.
5  Q.  When were you a programmer at          09:39:12
6  Digital Research?
7  A.  So I had two summer internships, the
8  summers of 1982 and 1981.
9  Q.  What was the command -- strike that.
10     Actually, what was the command syntax used   09:39:34
11 for CPM?
12  A.  Again, it was very similar to use -- what
13 was used in TOPS-20 and VMS.  Again, verb, noun and
14 qualifiers.
15  Q.  What were some of the verbs that were used   09:39:52
16 in the command set for CPM?
17  A.  I'm sorry.  I've forgotten.
18  Q.  Do you recall any of the verbs that were
19 used in the command sets for TOPS-20?
20  A.  Info, show, DIR.  I've forgotten most of   09:40:07
21 the others.
22  Q.  You mentioned MS-DOS as one of the command
23 line interfaces that you had worked with; correct?
24  A.  Mm-hmm.
25  Q.  In what context did you work with MS-DOS?   09:40:30

Page 26

1  accessible to the system administrator.
2  Q.  When you say "privileged," what do you mean
3  by that?
4  A.  The system administration and management
5  commands are -- cannot be executed by a normal user.  09:42:46
6  Q.  Were there similar separations of command
7  sets in any of the other operating systems that we
8  discussed this morning?
9  A.  Almost all have that kind of separation.
10  Q.  What -- describe for me the separation in   09:43:08
11 command sets that existed in TOPS-20.
12  A.  As a user of TOPS-20, I don't recall the
13 details of the administration commands, so I never
14 used them.
15  Q.  Were the administration commands in TOPS-20  09:43:25
16 accessible to you as a user?
17  A.  No.
18  Q.  How were command sets separated in VAX/VMS?
19  A.  Again, there were privileged commands that
20 one could use if you were a system administrator.      09:43:46
21  Q.  Was the term "privileged" a term that you
22 came up with, Mr. Li?
23  A.  No.  I'm sure that several of -- I've
24 picked that up somewhere, but that is commonly used.
25  Q.  That is commonly used to describe what?   09:44:14

Page 28

1  A.  Just as a user.
2  Q.  And that was in the early 1980s?
3  A.  At some point, yes.
4  Q.  You also mentioned UNIX as a system that
5  you have experience with; correct?          09:40:54
6  A.  That's correct.
7  Q.  In what context did you work with the UNIX
8  operating system?
9  A.  I had access to a UNIX system as a user
10 starting in 1975.                            09:41:03
11  Q.  Do you know how long UNIX has been in
12 existence as an operating system?
13  A.  No, I don't.
14  Q.  And how many years did you work with the
15 UNIX operating system?                       09:41:22
16  A.  I've been working with it on and off since
17 1975.
18  Q.  Can you describe for me how the UNIX CLI
19 worked?
20  A.  UNIX CLI is, again, a command and     09:42:06
21 parameters structure with a verb and then nouns and
22 qualifiers behind it.
23  Q.  Were all commands available to a UNIX user?
24  A.  There are commands that are not available
25 that they are -- they're privileged and only   09:42:33

Page 27

1  A.  Throughout the industry to indicate that
2  people -- certain administrators have abilities that
3  are past normal users.
4  Q.  Was the term "privileged" commonly used at
5  the time that you were working on VAX/VMS?          09:44:30
6     MR. PAK:  Objection.  Calls for expert
7  testimony.
8     BY MR. WONG:  Q.  Just to your
9  recollection, Mr. Li.
10  A.  Yes.                              09:44:40
11  Q.  And what facts are you basing that answer
12 on?
13  A.  I was a system administrator for a VMS
14 system.
15  Q.  Did you use the term "privileged" to       09:44:50
16 describe commands that were accessible only to
17 system administrators at the time you were working
18 on VAX/VMS?
19  A.  Probably.
20  Q.  Was it likely that you were using that      09:45:03
21 term?
22  A.  Very likely.
23  Q.  You mentioned VMCMS.  What experience did
24 you have working with VMCMS?
25  A.  So USC maintained, in addition to numerous  09:45:27

Page 29

8 (Pages 26 - 29)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 DEC systems, also had several IBM systems. VMCMS is
2 an operating system for IBM mainframes, and USC had
3 one and I had an account on the VM system.
4    Q. And what was the command syntax like for
5 the CLI on VMCMS?                          09:45:55
6    A. I'm sorry. I don't remember.
7    Q. You mentioned RSX-IIM?
8    A. It's 11M.
9    Q. 11M. Sorry.
10    A. This was an operating system for PDP-11s.   09:46:06
11    Q. What are PDP-11s?
12    A. That was a computer built by
13 Digital Equipment Corporation.
14    Q. Do you recall the command syntax of the
15 command line interface used on the RSX-11M?   09:46:25
16    A. No, I'm sorry. I don't.
17    Q. You mentioned that the LinkedIn profile
18 that we marked as Exhibit 136 did not have your full
19 work history?
20    A. Correct.                          09:46:46
21    Q. What work history is missing from your
22 LinkedIn profile?
23    A. In particular the sys admin positions that
24 I mentioned, summer internships predating. There
25 were several of those. Full-time positions that are   09:46:59

Page 30

1 not relevant to my professional experience,
2 particularly while I was in high school.
3    Q. Sure. After you graduated from USC, what
4 did you do then?
5    A. So I -- next fall I went to Rutgers and   09:47:20
6 spent a year there, hated it and immediately
7 transferred to USC.
8    Q. Oh, I'm sorry. My question was after you
9 graduated from USC, what did you do after that?
10    A. After USC? So I graduated in September   09:47:38
11 of 1990. I worked on a postdoc at USC with
12 Deborah Estrin and then took a position at
13 Cisco Systems.
14    Q. Do you know when you started at
15 Cisco Systems?                          09:47:53
16    A. January 14th, 1991.
17    Q. Why did you join Cisco after graduating
18 from USC?
19    A. Lack of a better job.
20    Q. Did you apply elsewhere besides Cisco?   09:48:02
21    A. I did.
22    Q. And describe for me the projects that you
23 worked on while you worked at Cisco starting in
24 1991.
25    A. I worked on a wide, wide variety of   09:48:22

Page 31

1 projects throughout the router. I started off doing
2 mostly maintenance work and answering customer
3 questions. I then had several development projects.
4 My first development project was implementing
5 something called TCP header compression.   09:48:41
6    Q. And after you worked on TCP header
7 compression, what else did you do work on while at
8 Cisco?
9    A. I had numerous routing -- small projects
10 within routing extending various interfaces and   09:48:58
11 extending protocols as necessary.
12    My next big project was actually working on
13 BGP, Border Gateway Protocol.
14    BY MR. WONG: Q. You mentioned TCP header
15 expression. What does TCP mean?   09:49:22
16    A. That's Transmission Control Protocol. It's
17 part of the Internet Protocol suite.
18    Q. Is TCP an industry standard?
19    A. It is.
20    Q. Was it an industry standard at the time you   09:49:37
21 worked on it at Cisco?
22    A. It was.
23    Q. What standard-setting body produced the TCP
24 standard?
25    A. That's a difficult question. The TCP   09:49:49

Page 32

1 standard was really a product of -- I guess the
2 ARPANET project, but this actually predates IETF
3 being accepted as a standards-making body, which is
4 a whole book in itself. Great deal of politics
5 behind that. So it was a de facto standard   09:50:16
6 effectively.
7    Q. What do you mean by "de facto standard"?
8    A. Which meant that the industry used it and
9 it was publicly available, everyone was free to
10 adopt it, and yet it did not have the backing of a   09:50:36
11 formal standards body such as the IEEE.
12    MR. PAK: I'll object to this line of
13 questioning as calling for expert testimony.
14    BY MR. WONG: Q. Now, you said that the
15 TCP standard was really a product of ARPANET;   09:51:10
16 correct?
17    A. Correct.
18    Q. What is ARPANET?
19    A. ARPANET was a project from the Defense
20 Department's Advanced Research Projects Agency to   09:51:18
21 build a network for computers that was highly robust
22 and relayed data between computers efficiently.
23    Q. How do you know that, Mr. Li?
24    A. Having worked on it for many, many years
25 and been involved with it as soon as it became   09:51:34

Page 33

9 (Pages 30 - 33)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 available to USC and Rutgers.
2    Q.  And by "it," you mean ARPANET?
3    A.  ARPANET.
4    Q.  You mentioned that TCP was part of an
5 Internet Protocol suite.  Is that what you said?    09:51:47
6    A.  Correct.
7    Q.  Were there any other protocols that were
8 part of the Internet Protocol suite?
9    A.  Many.
10    Q.  Can you list off for me the protocols that    09:51:55
11 you remember being part of the Internet Protocol
12 suite.
13    A.  I'll give you a small set.  HTTP; BGP; RIP,
14 R-I-P; DNS; DHCP.  I could go on, but Susan's
15 fingers are going to fall off.                         09:52:17
16    Q.  You mentioned HTTP.
17       Is HTTP an industry standard?
18    A.  It is.
19    Q.  How do you know that?
20    A.  There is an RFC on it.  I don't know what    09:52:31
21 its exact standard status is but I believe it's at
22 least proposed standard.
23    Q.  And how long has HTTP been an industry
24 standard, to your knowledge?
25       MR. PAK:  Calls for expert testimony.    09:52:49

1    A.  IETF.
2    Q.  What does HTTP stand for?
3    A.  Hypertext Transfer Protocol.
4    Q.  You mentioned RIP; correct?
5    A.  Correct.                                    09:54:18
6    Q.  What does -- is that -- is that called RIP
7 by the industry?
8    A.  Normally pronounced that way, yes.
9    Q.  What does RIP stand for?
10    A.  Routing Information Protocol.              09:54:27
11    Q.  Routing Information Protocol is also part
12 of the Internet Protocol suite you mentioned?
13    A.  It is.
14    Q.  Is Routing Information Protocol an industry
15 standard?                                          09:54:43
16    A.  Yes, it is.
17    Q.  How long has Routing Information Protocol
18 been an industry standard?
19    A.  I don't know when the RFC came out.
20    Q.  And what is the standard-setting body that    09:54:56
21 manages the RIP protocol?
22    A.  IETF.
23    Q.  You mentioned DHCP?
24    A.  Correct.
25    Q.  What does DHCP stand for?                  09:55:09

1       THE WITNESS:  Approximately 1992.
2       BY MR. WONG:  Q.  And how do you know that,
3 Mr. Li?
4    A.  I first used a Web browser about that time,
5 and had some involvement in developing a Web server    09:53:02
6 for the Cisco router.
7    Q.  You mentioned BGP?
8    A.  Correct.
9    Q.  What does BGP stand for?
10    A.  Border Gateway Protocol.                    09:53:23
11    Q.  And BGP was part of the Internet Protocol
12 suite?
13    A.  Yes, it was.
14    Q.  Was BGP also an industry standard?
15    A.  It is.                                     09:53:33
16    Q.  And how do you know that, Mr. Li?
17    A.  I helped write the latest RFC on that.
18    Q.  How long has BGP been an industry standard,
19 to your knowledge?
20    A.  BGP?                                       09:53:48
21    Q.  BGP.
22    A.  BGP has been an industry standard since
23 approximately 1993.
24    Q.  And what is the standard-setting body that
25 established BGP as an industry standard?            09:54:02

1    A.  Dynamic Host Configuration Protocol.
2    Q.  And is DHCP also an industry standard?
3    A.  It is.
4    Q.  How do you know that, Mr. Li?
5    A.  I've read the RFC.                          09:55:21
6    Q.  What is the standard-setting body that
7 manages DHCP?
8    A.  The IETF.
9    Q.  How long has DHCP been an industry
10 standard, to your knowledge?                        09:55:42
11    A.  Since the early '90s.
12    Q.  And how do you know that, Mr. Li?
13    A.  He read the RFC.
14    Q.  Back in the early '90s?
15    A.  Yes.                                       09:55:51
16    Q.  Why were you -- strike that.
17       Besides HTTP, BGP, RIP and DHCP, are there
18 any other well-known protocols that are part of the
19 Internet Protocol suite?
20    A.  Many.                                      09:56:13
21    Q.  Can you list for me a few more well-known
22 protocols from the Internet Protocol suite?
23    A.  Well, the base protocol is IP, Internet
24 Protocol.  On top of that we have DNS, the Domain
25 Name System.  There's the File Transfer Protocol,    09:56:40

1 FTP; the Simple Mail Transfer Protocol, SMTP; Post
2 Office Protocol, POP; IMAP which is another mail
3 protocol.
4     Q. And the protocols you just mentioned, are
5 all of them industry standards, to your knowledge?     09:57:04
6     A. They are.
7     Q. What standard-setting body manages the
8 Internet Protocol?
9     A. Internet Engineering Task Force.
10     Q. And what standard-setting body manages the     09:57:17
11 DNS protocol?
12     A. IETF.
13     Q. Is the IETF the standard-setting body for
14 each of the protocols you just mentioned?
15     A. Yes.     09:57:31
16     Q. We just went through several acronyms for
17 different industry standard protocols; correct?
18     A. Yes.
19     Q. Was "HTTP" a well-known term used in the
20 networking industry at the time that you first     09:58:00
21 started working with it?
22     A. No, it was not well-known.
23     Q. When did you start working with HTTP again?
24     A. Very early '90s. Probably '92, '93 time
25 frame.     09:58:17

Page 38

1     Q. Did HTTP ever become a well-known acronym
2 in the industry?
3     A. Yes. It's very well-known.
4     Q. It's very well-known today?
5     A. Today.     09:58:27
6     Q. Do you approximately when HTTP became a
7 well-known acronym, to your knowledge?
8     MR. PAK: Objection. Calls for expert
9 testimony.
10     THE WITNESS: Approximately 1995.     09:58:33
11     BY MR. WONG: Q. Why do you say 1995,
12 Mr. Li?
13     A. That's when most people started using the
14 Web.
15     Q. Let's go back to your description of     09:58:40
16 responsibilities when you were working at Cisco
17 starting in 1991.
18     The last thing you mentioned was that you
19 started working on a BGP project; correct?
20     A. Correct.     09:59:07
21     Q. Describe for me what that BGP project
22 entailed.
23     A. So my starter project on BGP was to upgrade
24 it from BGP Version 2 to Version 3 of the protocol.
25 This involved adding a small mechanism for resolving     09:59:21

Page 39

1 connection collisions.
2     MR. PAK: At this point I'd like to mark
3 this deposition transcript as confidential
4 information under the protective order.
5     BY MR. WONG: Q. And approximately what     09:59:38
6 time period did you work on this starter project on
7 BGP?
8     A. Approximately 1992.
9     Q. What were you upgrading from BGP Version 2
10 to BGP Version 3?     09:59:57
11     A. So the internal implementation of BGP
12 required a change. The version number required
13 changing.
14     Q. When you say "internal implementation,"
15 what do you mean by that?     10:00:14
16     A. The code that actually performs the
17 functions inside the router.
18     Q. And describe for me generally what is the
19 function of a router?
20     A. Its purpose is to receive packets and     10:00:34
21 decide where they should go and then send them out
22 to the best interface in the network.
23     Q. When you say the word "interface," what do
24 you mean by "interface"?
25     A. That is the connection of the router to     10:00:58

Page 40

1 another router via a link of some flavor.
2 Communications channel.
3     Q. Was "router" a commonly used term at the
4 time that you were working on this BGP project for
5 Cisco?     10:01:17
6     A. It was. It's also known as a gateway in
7 some circumstances.
8     Q. Were there any particular routers that your
9 project applied to?
10     A. In particular it applied to the Cisco AGS     10:01:42
11 Plus and the remainder of Cisco's product line at
12 the time.
13     Q. After you worked on this BGP project, what
14 else did you do at Cisco?
15     A. I've worked on many different things. The     10:02:10
16 silicon switch engine, various other routing
17 protocol maintenance tasks, the router called GSR.
18     Q. And just to be clear, Mr. Li, are we
19 talking about the time period where you first
20 started working at Cisco in 1991?     10:02:37
21     A. That was just the '91 through '96 time
22 frame.
23     Q. Now, you mentioned performing various other
24 routing protocol maintenance tasks.
25     What other routing protocols did you work     10:02:54

Page 41

11 (Pages 38 - 41)

1  with during this 1991 through 1996 time period at
2  Cisco?
3      A.  Everything else in the IP protocol suite
4  within Cisco.  This includes RIP, IGRP, EIGRP, EGP,
5  OSPF, IS-IS.  I also had my hands in some of the      10:03:14
6  CLNS stack.
7      Q.  What is OSPF?
8      A.  Open Shortest Path First routing protocol
9  from the IETF.
10     THE REPORTER:  Would you mind repeating      10:03:43
11 that.  I'm sorry.
12     THE WITNESS:  Open Shortest Path First
13 routing protocol from the IETF.
14     THE REPORTER:  Thank you.
15     BY MR. WONG:  Q.  And the RIP and the IGRP   10:03:51
16 you just mentioned, those are the same RIP and IGRP
17 you were discussing earlier today; correct?
18     A.  Yes.
19     Q.  You mentioned IS-IS.
20         What is IS-IS?                           10:04:00
21     A.  This is another routing protocol that comes
22 from the ISO protocol stack and the OSI standards
23 body.  It supports routing for both CLNP and IP.
24     Q.  What is CLNP?
25     A.  Connectionless Network Protocol.         10:04:25

Page 42

1      Q.  And is that protocol also an industry
2  standard?
3      A.  It is.
4      Q.  What is the standard-setting body that
5  manages CLNP?                                    10:04:37
6      A.  ISO.
7      Q.  What is ISO?
8      A.  International Standards Organization.
9  Although that's more formally it's -- the official
10 name is in French, so . . .                      10:04:53
11     Q.  When you were talking about IS-IS, you
12 mentioned the OSI standards body.
13        Do you remember that?
14     A.  That's correct.
15     Q.  What is the OSI standards body?           10:05:04
16     A.  Open systems -- I don't remember the full
17 expansion.  Sorry.
18     Q.  Okay.  So who was the standard-setting body
19 for IS-IS?
20     A.  I believe that was -- falls under ISO which 10:05:20
21 is the child of OSI.
22     Q.  And how do you know that, Mr. Li?
23     A.  I've read the document.
24     Q.  When you say "the document," do you mean
25 the --                                           10:05:34

Page 43

1      A.  The standard -- the standard for IS-IS.
2          MR. PAK:  Ryan, when you get a chance, can
3  we take a break?  We've been going for about an
4  hour.
5          MR. WONG:  Sure.  We can take a break now.   10:05:45
6          THE WITNESS:  Thank you.
7          THE VIDEOGRAPHER:  Going off the record.
8  The time is 10:05.
9          (Recess taken from 10:05 a.m. to
10 10:11 a.m.)                                          10:11:25
11         THE VIDEOGRAPHER:  We're back on the
12 record.  The time is 10:11.
13         BY MR. WONG:  Q.  Mr. Li, you used the
14 acronym BGP to refer to the Border Gateway Protocol;
15 correct?                                             10:11:46
16     A.  Correct.
17     Q.  Is BGP a commonly known acronym for Border
18 Gateway Protocol?
19     A.  No, not common.
20     Q.  Okay.  Is it a -- strike that.               10:11:54
21         Why do you use the term "BGP" to refer to
22 the Border Gateway Protocol?
23     A.  So that's the acronym that is used within
24 the industry.
25     Q.  When you say that's the acronym that's used  10:12:10

Page 44

1  within the industry, you're referring to the BGP
2  acronym; correct?
3      A.  Correct.
4      Q.  And when you say "the industry," what do
5  you mean by "the industry"?                          10:12:21
6      A.  Computer network.
7      Q.  And how long as BGP been used as an acronym
8  within the computer networking industry, to your
9  knowledge?
10     A.  Since BGP was first introduced, which I      10:12:42
11 believe was approximately 1989.
12     Q.  Okay.  And why do you use the term "RIP" or
13 R-I-P to refer to Router Information Protocol?
14     A.  That is the common acronym used for that
15 protocol.                                            10:13:21
16     Q.  In the networking industry?
17     A.  In the networking industry.
18     Q.  And how long has RIP been a commonly used
19 acronym in the networking industry?
20     A.  I don't know.                                10:13:30
21         MR. PAK:  Objection.  Calls for expert
22 testimony.
23         BY MR. WONG:  Q.  Okay.  But to your
24 knowledge, it is a commonly used acronym in the
25 networking industry today?                           10:13:39

Page 45

12 (Pages 42 - 45)

1  A. It is.

2  Q. Do you know when you first started using

3 the acronym RIP?

4  A. 1991 when I came to Cisco.

5  Q. And did you come up with the acronym RIP?    10:13:48

6  A. No, I did not.

7  Q. Where did you get that acronym from?

8  A. I heard it from coworkers first.

9  Q. And you did not come with the acronym BGP;

10 correct?                          10:14:07

11  A. Correct.

12  Q. Where did you first hear the acronym BGP?

13  A. From discussions on a Usenet mailing list.

14  Q. What is a Usenet mailing list?

15  A. Usenet was a system for exchanging        10:14:23

16 messaging in a broadcast fashion, and there were

17 groups within that where people would circulate

18 messages. And so there was a discussion of routing

19 protocols, and I heard about it first through that.

20  Q. And what time period are you talking about   10:14:45

21 here when you first heard the acronym BGP?

22  A. This would be somewhere between about 1985

23 to 1990.

24  Q. So that was before you started working at

25 Cisco; correct?                        10:15:01

Page 46

1  A. Correct.

2  Q. Is "IGRP" also a commonly used term in the

3 networking industry?

4  A. It is.

5  Q. And how long, to your knowledge, has "IGRP"   10:15:17

6 been a commonly used term in the networking

7 industry?

8  MR. PAK: Objection. Calls for expert

9 testimony.

10  THE WITNESS: I recall seeing it very early   10:15:24

11 on. I first learned about it in 1987.

12  BY MR. WONG: Q. And you did not come up

13 with the acronym IGRP; right?

14  A. No, I did not.

15  Q. Do you recall how you first learned about   10:15:38

16 the acronym IGRP?

17  A. So I was asked to administer a Cisco router

18 in 1987 and was -- did Cisco training and learned

19 about IGRP through that training.

20  Q. And that was before you joined Cisco in   10:15:58

21 1991; right?

22  A. That's correct. I was a customer before an

23 employee.

24  Q. How many years of experience did you have

25 working with Cisco routers before you started   10:16:15

Page 47

1 working for Cisco in 1991?

2  A. Approximately three.

3  Q. What was your familiarity with the command

4 line interface on Cisco's routers before you started

5 working at Cisco in 1991?             10:16:30

6  A. So I used Cisco's CLI for those three years

7 between '87 and 1991.

8  Q. What level of familiarity -- strike that.

9  Was OSPF a well-known acronym in the

10 networking industry? Actually, strike that.   10:17:02

11  Is OSPF a well-known acronym in the

12 networking industry?

13  A. Yes, it is very well-known.

14  Q. And when did you first hear of the acronym

15 OSPF, Mr. Li?                        10:17:12

16  A. As part of my employment at Cisco.

17  Q. Approximately when did you hear -- first

18 hear of OSPF?

19  A. About 1992.

20  Q. Approximately how long has "OSPF" been a   10:17:23

21 well-known term in the networking industry, to your

22 knowledge?

23  MR. PAK: Objection. Calls for expert

24 testimony.

25  THE WITNESS: I suspect at least 1989.   10:17:32

Page 48

1  BY MR. WONG: Q. Why do you say that,

2 Mr. Li?

3  A. So there's work started on OSPF early on

4 prior to my joining Cisco and prior to my learning

5 about it, and I believe that was about '89.   10:17:44

6  Q. When you say there was work started on

7 OSPF, what are you referring to by that?

8  A. This is work in the IETF to specify the

9 protocol.

10  Q. And how did you know that there was work   10:18:02

11 started on OSPF by the IETF around 1989?

12  A. So there was a discussion list about it,

13 and I looked at some of the history of OSPF and looked

14 at the RFC that subsequently came out. I knew that

15 folks had been working on it for quite some time.   10:18:33

16  Q. Who was participating in the discussion

17 list about OSPF at that 1989 time period?

18  A. I --

19  MR. PAK: Objection. Calls for

20 speculation.                        10:18:48

21  THE WITNESS: So John Moy, Milo Medin,

22 Vince Fuller, Cathy Wittbrodt. Don't remember the

23 rest.

24  BY MR. WONG: Q. And how do you know those

25 individuals you just named were part of the   10:19:12

Page 49

13 (Pages 46 - 49)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 discussion of OSPF in 1989?
2    A.  I subsequently worked with them as part of
3 IETF and learned of their involvement with OSPF.
4    Q.  You worked -- strike that.
5        When did you work with those individuals as   10:19:31
6 part of the IETF?
7    A.  I started working with them in 1991.
8    Q.  What companies, if you recall, did those
9 individuals work for?
10    A.  John Moy represented Proteon.  Milo Medin   10:19:50
11 worked for NASA.  Cathy Wittbrodt was at
12 Energy Sciences Network at -- as part of
13 Lawrence Livermore Labs.
14    Q.  Did any other vendors -- strike that.
15        Did any other companies or organizations   10:20:20
16 besides the ones you just mentioned participate in
17 OSPF standardization?
18        MR. PAK:  Objection.  Calls for
19 speculation.  Calls for expert testimony.
20        THE WITNESS:  So I'm certain that several   10:20:32
21 others did.  The best way to check would be to look
22 at the IETF attendance records.
23        BY MR. WONG:  Q.  When you say you're
24 certain that several others did, why are you so
25 certain?                                          10:20:43

Page 50

1    A.  The IETF typically has dozens of people
2 operating, working together on any given protocol.
3    Q.  And how do you -- how do you know that,
4 Mr. Li?
5    A.  So that's -- I started participating in the   10:20:57
6 IETF in 1991, and that's their standard way of
7 working.
8    Q.  How many years have you been participating
9 in the IETF since 1991?
10    A.  I participated quite consistently up and   10:21:15
11 through about -- from 1991 to about 1999, and then
12 it's been sporadic since then.
13    Q.  When you say the IETF typically has dozens
14 of people working together on any given protocol,
15 are those people from the same company or different   10:21:42
16 companies?
17        MR. PAK:  Objection.  Calls for
18 speculation.  Vague.
19        THE WITNESS:  Typically the group --
20 working groups that are working on a protocol draw   10:21:54
21 people from all sorts of different companies and
22 organizations.
23        BY MR. WONG:  Q.  Can you think of any
24 protocols from the IETF where different
25 organizations did not participate in creating the   10:22:12

Page 51

1 standard?
2    A.  Not offhand.
3    Q.  Is IS-IS a well-known acronym in the
4 networking industry?
5    A.  Largely, no.                               10:22:41
6    Q.  How do you know the IS-IS acronym?
7    A.  I'm part of a small group who've made use
8 of the protocol.
9    Q.  Is IS-IS a well-known acronym amongst those
10 who make use of the IS-IS protocol?               10:23:01
11    A.  Yes, it is.
12    Q.  Why is it a smaller group that makes use of
13 the IS-IS protocol?
14    A.  So IS-IS is part of the ISO protocol stack
15 which ended up not having a significant market   10:23:15
16 share, and thus there's a very small user base.
17 Only a very small portion of the I net -- IP
18 networking industry ended up using IS-IS, and so the
19 number of people that use IS-IS for IP routing is
20 very, very small.                                 10:23:38
21    Q.  How long has IS-IS been a well-known
22 acronym amongst those who make use of the IS-IS
23 protocol, to your knowledge?
24    A.  At least 1991.
25    Q.  And when did -- when did you first hear of   10:23:50

Page 52

1 the IS-IS acronym?
2    A.  1991 when I joined Cisco.
3    Q.  Is "IP" a well-known industry term in the
4 networking industry?
5    A.  Very well.                                 10:24:07
6    Q.  In your view, what other acronyms are as
7 well-known as IP in the networking industry?
8        MR. PAK:  Objection.  Calls for expert
9 testimony.
10        THE WITNESS:  TCP, TCP/IP, WWW.           10:24:19
11        BY MR. WONG:  Q.  How long has IP been a
12 well-known acronym in the networking industry?
13    A.  At least since 1983.
14    Q.  And when did you first learn of the acronym
15 IP?                                              10:24:44
16    A.  Approximately 1984 I took a class in
17 computer networking and read the -- first read the
18 RFCs on IP.
19    Q.  Is BGP a -- let me start that again.
20        Is "BGP" a well-known term in the         10:25:25
21 networking industry?
22    A.  It is.
23    Q.  How long has "BGP" been a well-known term
24 in the networking industry?
25        MR. PAK:  Objection.  Calls for expert   10:25:34

Page 53

14 (Pages 50 - 53)

1 testimony.

2       THE WITNESS:  Probably since about 1993.

3       BY MR. WONG:  Q.  And why do you say that

4 "BGP" has been a well-known term in the networking

5 industry since 1993?                    10:25:47

6    A.  I'm an expert in BGP.

7    Q.  Why do you say that you are an expert in

8 BGP?

9    A.  I helped deploy BGP throughout the

10 Internet.                              10:26:00

11    Q.  What did you do to help deploy BGP

12 throughout the Internet?

13    A.  So I was responsible for maintaining and

14 enhancing BGP.  I was responsible for doing a great

15 deal of bug fixing to BGP.  And as part of that, I    10:26:17

16 ended up reimplementing much of Cisco's BGP code and

17 replacing the vast majority of the code that they

18 had.

19    Q.  And when did you first hear of the acronym

20 BGP?                                   10:26:43

21    A.  Again, I believe it was in the late '80s as

22 part of the Usenet group.

23    Q.  Is "DNS" a well-known term in the

24 networking industry?

25    A.  It is.                         10:27:07

Page 54

1    Q.  How long has "DNS" been a well-known term

2 in the networking industry, Mr. Li?

3    A.  At least since late '80s.

4    Q.  When did you first learn of the term "DNS"?

5    A.  I was a sys admin at USC at the time.    10:27:19

6 Could have been anywhere from '83 on.

7    Q.  How do you know that "DNS" has been a

8 well-known term in the networking industry since the

9 late 1980s?

10    A.  So I would helped convert USC from using    10:27:40

11 host.text, which was previous system, to using DNS.

12    Q.  Is "DHCP" a well-known term in the

13 networking industry?

14    A.  It is.

15    Q.  How long has "DHCP" been a well-known term    10:28:00

16 in the networking industry?

17    A.  I don't know.

18    Q.  When did you first hear of the acronym

19 DHCP?

20    A.  Probably 1991.                  10:28:08

21    Q.  Why do you think you first heard of DHCP in

22 1991?

23    A.  I helped maintain DHCP relay functionality

24 in Cisco IOS.

25    Q.  What did that -- strike that.    10:28:21

Page 55

1       What did that entail, maintaining DHCP

2 relay functionality in Cisco IOS?

3    A.  Means that I had to look at the source

4 code, read the DHCP RFC, test the behavior of the

5 Cisco DHCP relay and then repair the functionality    10:28:49

6 in the source code as necessary.

7    Q.  At some point, Mr. Li, you left Cisco's

8 employment; correct?

9    A.  Several times.

10    Q.  When you started at Cisco in 1991, when did    10:29:12

11 you leave?

12    A.  I believe it was 1996.

13    Q.  What did you do after you left Cisco in

14 1996?

15    A.  After a while I joined Juniper Networks.    10:29:28

16    Q.  And what was Juniper's business at the

17 time?

18    A.  Juniper was a startup in the computer

19 networking space.

20    Q.  What was Juniper's main product at the    10:29:41

21 time?

22    A.  They had no product initially, and their

23 first product was a router, the M40, and I believe

24 that came out in 1998.

25    Q.  Did you work on the M40 Juniper router?    10:29:59

Page 56

1    A.  I did.

2    Q.  Now, you said Juniper had no product

3 initially.

4       Did they have no product when you joined

5 them in 1996?                          10:30:16

6    A.  That's correct.  We were a startup.  We

7 had -- I was Employee No. 5.  We had an office, and

8 that was it.

9    Q.  Who were Juniper's competitors?

10    A.  At the time it was Cisco.  I believe Pluris    10:30:30

11 came along shortly thereafter, but I don't know

12 exactly when.  There was another company called

13 NetStar.  Wellfleet.  Proteon had not quite gone

14 under.

15       That's all I can remember.         10:31:03

16    Q.  Now, you said you were Employee No. 5;

17 correct?

18    A.  Correct.

19    Q.  Where did the other first employees at

20 Juniper come from?                     10:31:15

21    A.  So the founder Pradeep Sindhu was coming

22 out of Xerox PARC and Sun.  Bjorn Liencres I believe

23 was Sun.  Dennis Ferguson, I knew him through IETF,

24 and he was at -- running CAnet, although I don't

25 know who he was affiliated with.        10:31:36

Page 57

15 (Pages 54 - 57)

1    Q. What was your involvement in -- strike
2 that.
3        What is Exhibit 139?
4    A. It appears to be a copy of RFC 1887.
5    Q. What was your involvement in RFC 1887,    11:46:30
6 Mr. Li?
7    A. So Yakov and I coauthored or coedited this
8 document in an attempt to document a routing
9 protocol architecture -- a routing architecture for
10 IPv6.    11:46:45
11    Q. What is IPv6?
12    A. That is the next version of the Internet
13 Protocol. What a widely deployed right now today is
14 known as IPv4. It has the problem that it does not
15 have enough address space and can only support about    11:46:59
16 4 billion hosts.
17        IPv6 is a -- the next version that has been
18 approved by the IETF and we're currently
19 transitioning to IPv6, slowly.
20    Q. We're currently transitioning today, you    11:47:17
21 mean?
22    A. Yes. Twenty years and counting.
23    Q. And I'm sorry. What was the date on the
24 document marked as Exhibit 138, Mr. Li?
25    A. That appears to be March 1995.    11:47:33

Page 106

1    Q. Was this document -- strike that.
2        When was the first version of the document
3 marked as 138 completed, to your knowledge?
4    A. I would have to check my notes to be
5 precise but somewhere approximately 1994.    11:48:04
6    Q. Turning back to Exhibit 139, Mr. Li, what
7 is the date on this document?
8    A. December 1995.
9    Q. Is that the publication date for this RFC?
10    A. Yes, it is.    11:48:19
11    Q. And was the document that is shown
12 Exhibit 139, was that completed before the
13 publication date shown on Exhibit 139?
14    A. Yes, it was.
15    Q. Do you know approximately when?    11:48:34
16    A. Somewhere between '93 and '94.
17    Q. Did you come up with the term "IPv6,"
18 Mr. Li?
19    A. No, I did not.
20    Q. Do you know who?    11:48:42
21    A. No. Can't be specific.
22    Q. Is IPv6 a well-known acronym in the
23 networking industry?
24    A. Yes, it is. It is a well-known acronym for
25 Internet Protocol version 6, and this -- this    11:48:53

Page 107

1 acronym was designated by the IETF.
2    Q. What do you mean, "this acronym was
3 designated by the IETF"?
4    A. So the IETF, in selecting this protocol to
5 migrate to, decided that we should all refer to    11:49:10
6 version 6 of the protocol as IPv6.
7    Q. And how do you know that the IETF decided
8 that we all should refer to version 6 of the IP
9 protocol as IPv6?
10    A. I was there as part of the discussion.    11:49:27
11    Q. What vendors were part of that discussion?
12    A. I'm sorry. I don't recall.
13    Q. Were there more than one vendor part of
14 that discussion?
15    A. Yes, many.    11:49:40
16    Q. Do you recall if Cisco was part of that
17 discussion?
18    A. I believe so.
19    Q. Do you recall if Juniper was part of that
20 discussion?    11:49:48
21    A. I believe so.
22    Q. Were there any other acronyms relating to
23 routing protocols that the IETF decided should be
24 used to refer to those protocols?
25    A. Yes, many.    11:50:05

Page 108

1    Q. What protocols did the IETF decide that
2 everyone in the network industry should use in
3 addition to IPv6?
4        MR. PAK: Objection. Calls for expert
5 testimony.    11:50:18
6        THE WITNESS: So OSPF, BGP, RSVP, LDP,
7 HTTP.
8        BY MR. WONG: Q. Was "IS-IS" a -- a
9 term -- strike that.
10        Did the IETF have any role in the decision    11:50:50
11 for IS-IS to be used by the networking industry?
12    A. Somewhat. Again, IS-IS was originally
13 standardized outside of the IETF. The IETF had the
14 responsibility of managing the usage of IS-IS for
15 Internet Protocol routing.    11:51:14
16    Q. And to your knowledge, Mr. Li, based on
17 your experience working in the industry, did various
18 vendors use those acronyms that you just listed out
19 for me?
20    A. Yes, frequently.    11:51:38
21    Q. To what extent was there any belief that
22 these acronyms for routing protocols were
23 proprietary to any single vendor?
24        MR. PAK: Objection. Calls for
25 speculation.    11:51:58

Page 109

28 (Pages 106 - 109)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    THE WITNESS:  So the acronyms were never
2  proprietary.
3    BY MR. WONG:  Q.  And on what facts do you
4  base that opinion, Mr. Li?
5    A.  So the acronyms were never published with a  11:52:06
6  trademark or copyright notice attached to them.
7    Q.  Did you ever believe personally that the
8  use of OSPF, BGP, IP or any of the other acronyms
9  that we've been discussing today were proprietary to
10  any vendor?        11:52:32
11    A.  No.
12    Q.  In your experience at multiple companies in
13  the networking industry, did anybody else that you
14  worked with express the belief to you that any of
15  these acronyms were proprietary to any vendor?      11:52:48
16    A.  No.
17    Q.  So in the 25 years that you have been
18  working in the networking industry, you have not
19  heard anybody express the belief that any of these
20  acronyms were proprietary to a single vendor?      11:53:08
21    A.  That's correct.
22    Q.  Turning back to Exhibit 139, Mr. Li, first
23  page further down, second paragraph from the bottom,
24  the word "domain" is used.
25    Do you see that?        11:53:23
                                        Page 110

1  by the court reporter and is attached hereto.)
2    BY MR. WONG:  Q.  The court reporter has
3  marked as Exhibit 140 a document bearing Control
4  Nos. ARISTANDCA00025927 to -25933.
5    Mr. Li, have you seen this document before?  11:55:28
6    A.  I believe so.
7    Q.  What is the document marked as Exhibit 140?
8    A.  It appears to be a copy of RFC 1966, BGP
9  Route Reflection.
10    Q.  Did you -- what was your involvement, if   11:55:45
11  any, in the creation of the document marked as
12  Exhibit 140?
13    A.  So I helped discuss many of the concepts in
14  this document.  As part of the development and
15  deployment of BGP, we found that we had numerous   11:56:02
16  scalability issues that we needed to overcome.
17  There were several approaches proposed.  I helped
18  work on the Route Reflection proposal.
19    Some of the original work was proposed by
20  Dimitry Haskin of Bay Networks.  And as part of the   11:56:20
21  IDR working group, we jointly discussed and came up
22  with this proposal.
23    Mr. Bates and Mr. Chandra eventually wrote
24  up the actual document as you see it here.
25    Q.  What is BGP Route Reflection?     11:56:34
                                        Page 112

1    A.  Yes.
2    Q.  Did you come up with the word "domain"?
3    A.  No, I did not.
4    Q.  Do you know who did?
5    A.  I believe that was Dr. Rechter.       11:53:31
6    Q.  Do you know when Dr. Rechter came up with
7  the name "domain"?
8    A.  I believe that he came up with that term
9  during the work for IDRP, and that flowed -- and it
10  is semantically equivalent to Autonomous System, and  11:53:49
11  it flowed from his work in IDRP into both this
12  document and the BGP specification.
13    Q.  And how do you -- how do you know that,
14  Mr. Li?
15    A.  Direct work with both of those       11:53:58
16  specifications.
17    Q.  Okay.  By the time of this RFC,
18  December 1995, was "domain" a well-known industry
19  term?
20    MR. PAK:  Objection.  Vague.       11:54:10
21    THE WITNESS:  No, it was not well-known and
22  still is not very well-known.
23    MR. WONG:  Let's mark this one as 140,
24  please.
25    (Exhibit 140 was marked for identification   11:54:45
                                        Page 111

1    A.  BGP Route Reflection is a mechanism for
2  taking routing information and reflecting it from
3  one router to another through a third router.  This
4  allows for better scalability because it fixes the
5  problem where BGP previously had where all BGP       11:57:03
6  routers within a particular AS had to be directly
7  interconnected.  That led to some significant
8  computational and configuration management
9  challenges.
10    Q.  Who came up with the phrase "Route       11:57:17
11  Reflection"?
12    A.  I believe, but I'm not certain, that that
13  would be Mr. Haskin.
14    Q.  And Mr. Haskin, to your recollection,
15  worked for Bay Networks?        11:57:33
16    A.  It may have been Wellfleet at the time.
17    Q.  And just by implication from your answer,
18  was Wellfleet acquired by Bay Networks?
19    A.  Bay and -- I'm sorry.
20    Yes.  Bay -- Bay was the merger of Synoptix  11:57:52
21  and Wellfleet, and I believe he was on the Wellfleet
22  side.
23    Q.  And why do you think that Mr. Haskin came
24  up with the phrase "Route Reflection"?
25    A.  So I believe he was the first one at IDR   11:58:11
                                        Page 113

29 (Pages 110 - 113)

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 standards organization like IETF?

2    A.  I have never seen anyone do that.  I have

3 never seen Cisco have any UI patents; so I don't

4 understand.

5    Q.  Mr. Li, is there any other views or        04:15:36

6 opinions that you have with respect to this case

7 that you have not shared with us on the record that

8 you would like to share with us now?

9       MR. WONG:  Objection.  Vague.

10      THE WITNESS:  I don't understand your        04:15:55

11 question.

12      BY MR. PAK:  Q.  We talked about a lot of

13 different topics.  I'm giving you the opportunity to

14 provide any further testimony that you would like on

15 any of these topics if you'd like it.              04:16:05

16    A.  So I don't understand what intellectual

17 property people think there is in some CLI syntax.

18 The intellectual property is -- that's of

19 significance gets covered in patents.  If we thought

20 it was worth protecting, we would copyright it.  We  04:16:22

21 would patent it.

22      MR. WONG:  Object to the form of the

23 question.

24      BY MR. PAK:  Q.  Do you believe that

25 copyright is a form of intellectual property?       04:16:34

Page 254

1      MR. WONG:  Objection.  Calls for opinion

2 testimony.

3      THE WITNESS:  It calls for legal testimony.

4 I don't understand.

5      BY MR. PAK:  Q.  What is your understanding    04:16:44

6 of copyright law?

7      MR. WONG:  Same objection.

8      THE WITNESS:  Vague as best.

9      BY MR. PAK:  Q.  I take it, sir, that you

10 haven't analyzed any copyright laws relating to      04:16:56

11 interface, APIs, user interfaces?

12    A.  I know that I'm supposed to put a copyright

13 notice in the top of every source code file.  That's

14 about all I know.

15    Q.  Okay.                                        04:17:08

16    A.  I can't even tell you for certain what I'm

17 supposed to put in the top of the file because

18 nobody can tell me exactly how I should deal with

19 multiple years.

20      MR. PAK:  Thank you.  Sir, I think those      04:17:18

21 are the questions I have for you today.

22      MR. WONG:  I have no further questions.

23 ////

24

25

Page 255

1      THE VIDEOGRAPHER:  Okay.  This marks the

2 end of DVD No. 4 in the deposition of Anthony Li.

3      Going off the record.  The time is 4:17.      04:17:29

4      (TIME NOTED:  4:17 p.m.)

5         --o0o--

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 256

1      I, ANTHONY J. LI, do hereby declare under

2 penalty of perjury that I have read the foregoing

3 transcript; that I have made any corrections as appear

4 noted, in ink, initialed by me, or attached hereto; that

5 my testimony as contained herein, as corrected, is true

6 and correct.

7      Executed this _____ day of _____,

8 2016, at _____, _____.

9         (city)         (state)

10

11

12

13

14      _____

15      ANTHONY J. LI

16      Volume I

17

18

19

20

21

22

23

24

25

Page 257

65 (Pages 254 - 257)

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4      That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21      Dated: February 3, 2016
22
23

24      Susan F. Magee
25      CSR No. 11661, RPR, CCRR, CLR

                                        Page 258

Veritext Legal Solutions
866 299-5127

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
            Plaintiff,
vs.              No. 5:14-cv-05344-BLF(PSG)
ARISTA NETWORKS, INC.,
            Defendant.
_____/


CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER


VIDEOTAPED DEPOSITION OF TONG LIU
FRIDAY, JANUARY 15, 2016
PALO ALTO, CALIFORNIA


Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
CSR LICENSE NO. 9830
JOB NO. 2211574
Pages 1 - 215

---

Page 3

1   A P P E A R A N C E S :
2
3
4       ON BEHALF OF THE PLAINTIFF CISCO SYSTEMS, INC., and
5       the WITNESS:
6          QUINN EMANUEL URQUHART & SULLIVAN, LLP
7          By:  SEAN S. PAK, Esq.
8          50 California Street, 22nd Floor
9          San Francisco, California 94111
10         Phone:  415.875.6600
11         seanpak@quinnemanuel.com:
12
13
14      ON BEHALF OF THE DEFENDANT ARISTA NETWORKS, INC.:
15         KEKER & VAN NEST LLP
16         By:  RYAN WONG, Esq.
17         633 Battery Street
18         San Francisco, California 94111-1809
19         Phone:  415.773.6682
20         rwong@kvn.com
21
22      ALSO PRESENT:  Kevin Foor, Videographer
23
24            ---oOo---
25

---

Page 2

1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4
5    CISCO SYSTEMS, INC.,
6               Plaintiff,
7    vs.              No. 5:14-cv-05344-BLF(PSG)
8    ARISTA NETWORKS, INC.,
9               Defendant.
     _____/
10
11
12
13
14        Videotaped Deposition of Tong Liu, taken on
15   Friday, January 15, 2016, pursuant to notice, on
16   behalf of the Defendants, at 610 Page Mill Road,
17   Palo Alto, California before me, ANDREA M. IGNACIO,
18   CSR, RPR, CRR, CCRR, CLR ~ CSR License No. 9830
19
20
21
22
23
24
25

---

Page 4

1                I N D E X
2
3    WITNESS:  Tong Liu
4
5    EXAMINATION                         PAGE
6    By Mr. Wong                         7, 207
7    By Mr. Pak                          185
8
9             E X H I B I T S
10   EXHIBIT                             PAGE
11   Exhibit 92   Amended Exhibit F; 45 pgs.      67
12   Exhibit 93   IEEE Standard for a Precision   84
13         Clock Synchronization Protocol
14         for Networked Measurement and
15         Control Systems, Bates
16         ARISTANDCA00031733 - '32021;
17         289 pgs.
18   Exhibit 94   IEEE1588 Precision Tine Protocol  100
19         Platform-Independent Software
20         Functional Specification, Bates
21         CSI-CLI-00610555 - '81; 27 pgs.
22   Exhibit 95   6-25-08 E-mail, Subject: Seeking  122
23         permission for adding PTP CLI
24         comments; Bates CSI-CLI-00846643;
25         1 pg.

Page 5

```
 1        E X H I B I T S  (Continued.)
 2
 3    EXHIBIT                    PAGE
 4    Exhibit 96  6-25-08 E-mail, Subject: Seeking   124
 5          permission for adding PTP CLI
 6          commands, Bates CSI-CLI-00608739
 7          - '40; 2 pgs.
 8    Exhibit 97  6-26-08 E-mail, Subject: Seeking   128
 9          permission for adding PTP CLI
10          commands, Bates CSI-CLI-00846656
11          - '57; 2 pgs.
12    Exhibit 98  Cisco Nexus 7000 Series NX-OS     157
13          System Management Command
14          Reference, Bates CSI-CLI-00194055
15          - '9480; 626 pgs.
16
17              ---oOo---
18
19      PREVIOUSLY MARKED EXHIBITS
20
21    Exhibit 53  CLI Design and Review Guide, Bates
22          CSI-ANI-00073381 - '.000014; 15 pgs.
23
24
25
```

Page 6

```
 1        PALO ALTO, CALIFORNIA
 2        FRIDAY, JANUARY 15, 2016
 3             9:32 A.M.
 4
 5
 6
 7      THE VIDEOGRAPHER:  Good morning.  We are on
 8  the record at 9:32 on January 15th of the year 2016.
 9  This is the video deposition of Tong Liu.
10      My name is Kevin Foor.  I'm here with court
11  reporter Andrea Ignacio.  And we are here from
12  Veritext Legal Solutions at the request of Keker &
13  Van Nest.
14      This deposition is being held at Wilson
15  Sonsini Goodrich & Rosati in Palo Alto.
16      The caption of the case is Cisco Systems,
17  Inc., v. Arista Networks.  That is case 514-CV-05344
18  ELF BSG.
19      Please note that audio and video recording
20  will take place unless all parties agree to go off the
21  record.  Microphones are sensitive and may pick up
22  whispers, private conversations, and cell
23  interference.
24      I'm not related to any party in this action,
25  nor am I interested financially in the outcome in any
```

Page 7

```
 1  way.
 2      If there are any objections to proceeding,
 3  please state them at the time of your appearance.
 4      And if you would please state your
 5  appearances.
 6      MR. WONG:  Ryan Wong from Keker & Van Nest
 7  for defendant Arista Networks.
 8      MR. PAK:  Sean Pak of Quinn Emanuel,
 9  representing Cisco and the witness.
10      THE VIDEOGRAPHER:  Thank you.
11      If the court reporter would please swear the
12  witness, we can begin.
13
14            TONG LIU,
15        having been sworn as a witness
16      by the Certified Shorthand Reporter,
17          testified as follows:
18
19            EXAMINATION
20  BY MR. WONG:
21  Q   Good morning, Ms. Liu.
22  A   Good morning.
23  Q   Please state your full name for the record.
24  A   Tong Liu.
25  Q   Do you go by any other names, Ms. Liu?
```

Page 8

```
 1  A   At work, I go with Toni.
 2  Q   Could you spell Toni for me, please.
 3  A   T-O-N-I.
 4  Q   Okay.  Have you gone by Toni Liu for -- for
 5  what period of time have you gone by Toni Liu?
 6  A   That name is only used at work.  It's not an
 7  officially alternative name.
 8
 9
10
11
12
13
14
15
16
17
18
19
20  Q   Thank you.
21      Who is your current employer, Ms. Liu?
22  A   Aruba Networks.
23  Q   Do you have a work address for Aruba
24  Networks?
25  A   1322 Crossman Avenue, Sunnyvale.
```

Page 93

1      MR. WONG:  You testified earlier that PTP was
2   one of the protocols identified to be interoperative.
3      Q   Were there -- were you aware of any other
4   protocols that were identified to be interoperative?
5      A   I'm not aware of that.
6      Q   Okay.  But you were aware that PTP was
7   identified?
8      A   Right.
9      Q   And do you know which other vendors supported
10  PTP, based upon your team's investigation, before
11  adding PTP to the industrial Ethernet products?
12     A   Siemens is one vendor.
13     Q   Okay.  So Siemens supported PTP in its
14  devices before PTP functionality was added to the
15  Cisco industrial Ethernet devices; correct?
16     MR. PAK:  Objection; calls for speculation.
17     THE WITNESS:  I don't know the -- I don't
18  recall the exact details, but I do remember Siemens
19  was mentioned in our previous conversations.  I mean,
20  the -- was in the team.
21     MR. WONG:  Oh.
22     Q   Siemens was --
23     A   I --
24     Q   Sorry.  Go ahead.
25     A   Yes, as one important vendor for industrial

Page 94

1   devices.
2      Q   And I think you answered this earlier, but
3   your team did not look at the specifics of how Siemens
4   implemented PTP when you started adding PTP commands
5   to Cisco's industrial Ethernet devices; correct?
6      A   We didn't look at any other vendor's device
7   at the time.
8      Q   Okay.  Have you seen the IEEE PTP standard
9   before?
10     A   "Before" meaning before today or before --
11     Q   Yes, before today.
12     A   Before today, yes.
13     Q   When was the first time that you saw the IEEE
14  PTP standard?
15     A   That's when I was working on this industrial
16  Ethernet switch development around 2008, I think.
17     Q   Was it your choice to add -- I'm sorry.
18  Strike that.
19     Was it your suggestion to add PTP
20  functionality to the Cisco industrial Ethernet device?
21     A   It was some decision made, and I was the one
22  implementing it.
23     Q   I see.
24     So somebody else at Cisco made the decision
25  to add PTP functionality to the Cisco industrial

Page 95

1   Ethernet device, and you worked on implementing that?
2      A   Right.
3      Q   Okay.  And you don't know the reasons behind
4   the decision to add PTP functionality -- well,
5   actually, strike that.
6      So did you see the IEEE PTP standard before
7   you began adding PTP functionality to the Cisco
8   industrial Ethernet device?
9      A   When you say "before," it's before I started
10  writing code?
11     Q   Yes.
12     A   I -- yes, I read the spec --
13     Q   Okay.
14     A   -- for understanding -- to understand how it
15  works.
16     Q   I see.
17     So you read the -- and by "the spec," you
18  mean the IEEE PTP spec?
19     A   Yes.
20     Q   During the break, the court reporter marked
21  as Exhibit No. 93 the document right there to your
22  right.
23     MR. WONG:  And counsel, here's a copy for you
24  as well.
25     MR. PAK:  Thanks.

Page 96

1      MR. WONG:  The document bears control numbers
2   AristaNDCA00031733 to '32021.
3      Q   Ms. Liu, you can take your time to look at
4   the document, but the question that I have for you is:
5   Do you recognize this document marked as Exhibit 93?
6      A   Yes, I -- I think this is the one we used, as
7   well as the standard.
8      Q   Okay.  Can you read the title of the IEEE
9   specification marked as Exhibit 93.
10     A   "IEEE standard for the precision clock
11  synchronization protocol for network measurement and
12  control systems."
13     Q   Okay.  And the -- the -- I guess the number
14  for the standard on the bottom right is IEEE
15  standard 1588-2008.
16     Do you see that?
17     A   Yes, uh-huh.
18     Q   And this is the PTP IEEE standard that we
19  have been talking about in this deposition; correct?
20     A   Yes.
21     Q   Okay.  So -- so the exhibit marked as 93 is
22  the standard that you reviewed before you began coding
23  the PTP functionality for the Cisco industrial
24  Ethernet device; correct?
25     A   Yes.

Page 97

1    Q  Okay.  And did you read the entire standard
2  before you began working on the PTP functionality?
3    A  Yeah, I believe I read the -- the entire --
4  or the majority part of it.
5    Q  That's -- that's impressive.
6       How -- the standard is -- is several hundred
7  pages long.
8       But you read the whole thing -- you remember
9  reading the whole thing?
10   A  Yes.
11   Q  Did you consult with the standard marked as
12 Exhibit 93 while you were coding the PTP functionality
13 for Cisco's industrial Ethernet devices?
14   A  Yes.  All of the messages format, the field
15 definitions behaviors, are documented here.
16   Q  Okay.  So -- so every PTP functionality --
17 every aspect of PTP functionality that you implemented
18 in Cisco's industrial Ethernet devices are based on
19 the IEEE standard marked as Exhibit 93?
20      MR. PAK:  Objection; mischaracterizes the
21 witness' testimony.
22      MR. WONG:  Q.  Correct?
23      MR. PAK:  Assumes facts not in evidence.
24      THE WITNESS:  There are multiple parts of it
25 for the implementation part.  There is the protocol

Page 98

1  part, which are the messages, the state machine, the
2  field definitions.  Those we base off the -- the spec.
3  There are the way we calculate the clock difference.
4  Those are not documented here.  Those are what we
5  developed.  And there's also the CLI command which we
6  came up with separately.
7       MR. WONG:  Q.  When you say "messages," what
8  do you mean by messages?
9    A  So, the PTP protocol has -- if I recall, has
10 multiple set -- is a handshaking message.  So the
11 format of the message, which one follows what, which
12 field is contained in which message, those are defined
13 in the spec.
14   Q  Okay.  And you followed those definitions
15 when you implemented the PTP functionality in Cisco's
16 industrial Ethernet devices; right?
17   A  Yes, the format of the messages.
18   Q  Okay.  You also mentioned field definitions.
19      What do you mean by field definitions?
20   A  Those are inside of the message itself.
21   Q  Okay.  What are fields?
22   A  Like, header, checksum.  There are time
23 stamps inside of the message, and how big -- how wide
24 the field is.  So those -- those are the field
25 definitions which have specific meaning inside of the

Page 99

1  message.
2    Q  And those are specified in the IEEE PTP
3  standard; right?
4    A  Yes.
5    Q  And you followed those standards when
6  implementing the PTP functionality in Cisco's
7  industrial Ethernet products; right?
8       MR. PAK:  Objection; vague.
9       THE WITNESS:  For the messages, yes.
10      MR. WONG:  Q.  And for the field definitions
11 as well?
12   A  The field definition -- if you mean the --
13 how wide the field is, which field needs to follow
14 which one, yes.  But particularly on the name of the
15 field, that may not necessarily be the same as the
16 spec.
17   Q  Okay.  Did you have any role in developing
18 the PTP standard marked as Exhibit 93?
19   A  You mean contributing to the standard itself?
20   Q  Yes.
21   A  No.
22   Q  Did you contribute to the standard that
23 preceded the standard marked as Exhibit 93?
24      And I believe you called that PTP version 1.
25   A  No.

Page 100

1    Q  Did you have any role in drafting the
2  document that is marked as Exhibit 93?
3    A  No.
4    Q  Do you know -- I think I know the answer --
5  but do you know if Mr. Bilstead had any role in
6  developing the standard marked as Exhibit 93?
7    A  I don't know anything about that part.
8    Q  Okay.  And you don't know anything about
9  whether Mr. Watve had contributed to the standard
10 marked as Exhibit 93?
11   A  I don't know that part, either.
12   Q  Okay.  Excuse me.
13      MR. WONG:  Can we mark this one as 94.
14      (Document marked Exhibit 94
15       for identification.)
16      MR. WONG:  Okay.  The court reporter has
17 marked Exhibit 94, the document with control
18 Nos. CSI-CLI-00610555 to '610581.
19   Q  Ms. Liu, take your time in looking at this
20 document, but my first question for you is whether you
21 recognize this document?
22   A  I don't recognize this document.
23   Q  Okay.  Have you seen any version of this
24 document, to your knowledge?
25   A  No, I don't recall seeing this document.

Page 105

1     MR. WONG: Q. -- that PTP meant precision
2  time protocol?
3     MR. PAK: Same objections.
4     THE WITNESS: I don't think it's well known
5  in the entire networking industry.
6     MR. WONG: Okay.
7     Q  Was there a subset of the networking industry
8  where PTP was known to refer to the PTP in Exhibit 93?
9     MR. PAK: Objection; vague; calls for
10 speculation; assumes facts not in evidence.
11     THE WITNESS: It's not as normal a term as IP
12 or MAC.  The -- the term is still -- I think even for
13 people who are working on the Catalyst switches, it's
14 not a very well-known term.
15     MR. WONG: Okay.
16     Q  But certainly, the IEEE standard marked as
17 Exhibit 93 defines the PTP acronym; correct?
18     A  Yes.
19     Q  And uses the PTP acronym --
20     A  Yes.
21     Q  -- to describe precision time protocol;
22 correct?
23     A  True.
24     Q  And it uses that PTP acronym to describe the
25 PTP functionality that you implemented in Cisco's

Page 106

1  industrial Ethernet devices; right?
2     MR. PAK: Objection; assumes facts not in
3  evidence; mischaracterizes the witness' prior
4  testimony.
5     THE WITNESS: In this spec, yes.
6     MR. WONG: Q.  Well, is PTP used in Cisco's
7  industrial Ethernet device in a different way than
8  what PTP means in Exhibit 93?
9     MR. PAK: Objection; vague.
10     MR. WONG: Let me rephrase the question.
11     Q  In the five commands that you're associated
12 with in Exhibit 92 --
13     A  Right.
14     Q  -- all of them use the acronym PTP; correct?
15     A  Yes.
16     Q  That PTP refers to the same PTP that is shown
17 on page 8 of Exhibit 93; right?
18     MR. PAK: Objection; vague.
19     THE WITNESS: I think when I chose the
20 command, yes, I used PTP to mean the same as precision
21 time protocol --
22     MR. WONG: Right.
23     THE WITNESS: -- as in the spec.
24     MR. WONG: Q.  As in the spec and, in fact,
25 as in -- as on page 8 of Exhibit 93, correct, which

Page 107

1  lists the PTP -- which lists PTP as an acronym;
2  correct?
3     MR. PAK: Objection; vague.
4     THE WITNESS: I would say the meanings are
5  the same, that they mean precision time protocol.
6     MR. WONG: Well, the -- the words are the
7  same, too; correct?
8     PTP in the command is the same three letters
9  that appear on page 8 of Exhibit 93; correct?
10     A  It's the same acronym.
11     Q  And they're referring to the same protocol;
12 correct?
13     A  Yes.
14     Q  Now, if you'll turn to page 4 of Exhibit 93.
15     A  (Witness complies.)  Okay.
16     Q  You can take off the -- well --
17     A  This is --
18     Q  -- maybe you want to keep that together,
19 actually.
20     A  Right.
21     Q  On page 4 of Exhibit 93, there is a large
22 heading No. 3 entitled:
23     "Definitions, acronyms, and abbreviations."
24     Do you see that?
25     A  Yes.

Page 108

1     Q  And then subsection 3.1 says "Definitions."
2     Do you see that?
3     A  Yes.
4     Q  Definition 3.1.4 in the IEEE PTP
5  specification defines the term "clock."
6     Do you see that?
7     A  Yes, uh-huh.
8     Q  What is the definition of clock in the IEEE
9  standard?
10     A  It's no participating in the precision time
11 protocol, PTP, that is capable of providing a
12 measurement of the passage of time since a defined
13 epoch.
14     Q  And you have read these definitions before
15 you began developing the PTP functionality in Cisco's
16 industrial Ethernet devices; right?
17     A  Yes.
18     Q  So you were familiar with these IEEE defined
19 terms before you began working on the PTP
20 functionality; correct?
21     A  Yes.
22     Q  And you knew they were in the IEEE standard;
23 correct?
24     A  Yes.
25     Q  Okay.  Now, the definition of clock that you

Page 109

1    read, is that your understanding of what a clock is in
2    the context of PTP?
3         MR. PAK: Objection; vague.
4         THE WITNESS: So, in the context of PTP
5    standard or spec, yes, a clock means this.
6         MR. WONG: Q. A clock means what it says on
7    page 4 of --
8    A  Yes.
9    Q  -- Exhibit 93?
10   A  Right.
11   Q  And you -- you -- you did not come up with
12   the term clock in the context of PTP; correct?
13   A  No.
14   Q  All right.
15        Clock is just a defined term in the IEEE
16   standard marked as Exhibit 93; correct?
17   A  Yes.
18   Q  Okay. If you'll look at page 6 of
19   Exhibit 93.
20   A  (Witness complies.) Right.
21   Q  Term 3.1.23; do you see that?
22        It defines the term "parent clock" correct?
23   A  Yes.
24   Q  What's the definition of parent clock?
25   A  The master clock to which a clock is

Page 110

1    synchronized.
2    Q  And is that your understanding of what a
3    parent clock is in the context of PTP?
4    A  It is.
5    Q  And you get that understanding from the IEEE
6    standard marked as Exhibit 93; correct?
7    A  Yes.
8    Q  All right.
9         You don't disagree with that definition;
10   correct?
11   A  No.
12   Q  And you don't disagree with the definition of
13   clock in the IEEE PTP standard; right?
14   A  No, I don't.
15   Q  Okay. Now, the term parent also refers to
16   the parent clock in a PTP context; correct?
17   A  The term parent --
18        MR. PAK: Objection; vague.
19        THE WITNESS: -- in this document --
20        MR. WONG: Yes.
21        THE WITNESS: -- whenever -- yeah, a parent
22   clock is used, it means the definition here.
23        MR. WONG: Sure.
24        THE WITNESS: Is that the question?
25        MR. WONG: Sure.

Page 111

1    Q  If you'd turn to page 53 of Exhibit 93. Let
2    me know when you're there.
3    A  53?
4    Q  The ending control number for that is '31805.
5    A  (Witness complies.) Yeah, I found it.
6    Q  Okay. If you look above -- so, near the
7    bottom of the page, you see in bold:
8         "7.6.2 PTP Device Attributes."
9         Do you see that?
10   A  Yes.
11   Q  Okay. Right above that, there are -- there
12   are two sort of indented bullet points, I guess, or
13   dashes.
14        Do you see that?
15   A  (Witness nods head.)
16   Q  And then, right above that is a sentence that
17   begins with the words "ordinary and boundary clocks."
18        Do you see that?
19   A  Ordinary and boundary clocks.
20   Q  Yep.
21   A  Okay.
22   Q  So that full sentence says:
23        "Ordinary and boundary clocks may keep
24   statistics on the performance of their parents using
25   the following attributes."

Page 112

1         Do you see that?
2    A  I haven't found that sentence.
3         Oh, yeah, found it.
4    Q  Okay. That sentence in the IEEE standard
5    uses the term parents; do you see that?
6    A  Yes.
7    Q  Is it your understanding that -- that that
8    parents term refers to a parent clock?
9         MR. PAK: If you need to take some time to
10   look at the document more closely, you can do that.
11        THE WITNESS: Yes.
12        MR. PAK: Okay.
13        THE WITNESS: I think it -- it's referring to
14   the parent clock.
15        MR. WONG: Right.
16   Q  There's no ambiguity in the context of the
17   IEEE standard that parent refers to parent clock;
18   right?
19   A  Yes. Here, it means -- yeah, it does mean
20   parent clock.
21   Q  Okay. So, in the context of the PTP
22   standard, referring to the parent of a clock is
23   referring to the defined term parent clock that we
24   discussed a few minutes ago; correct?
25   A  Yes.

Page 113

1    Q  Okay.  Now, if you look on that same page,
2  underneath the heading "PTP Device Attributes," you
3  see the term "Priority 1"?
4    A  Yes.
5    Q  What is a PTP device attribute?
6    A  It's certain characteristics of a PTP clock.
7    Q  That are defined by the IEEE standard;
8  correct?
9    A  Yes, uh-huh.
10    Q  Okay.  And these are device attributes that
11  are mandatory to be supported to comply with the PTP
12  standard; correct?
13    MR. PAK:  Objection; calls for expert
14  testimony.
15    MR. WONG:  Q.  If you know.
16    A  I didn't see anything as mandatory here.
17    Q  Okay.  If you read the description of
18  priority 1, it says:
19    "The attribute priority 1 is used in the
20  execution of the best master clock algorithm; see
21  9.3.2.  Lower values take precedence.  The
22  initialization value of priority 1 is specified in a
23  PTP profile.  The value of priority 1 shall be
24  configurable to any value in the range 0 to 255,
25  unless restricted by limits established by an

Page 114

1  applicable PTP protocol" -- I'm sorry -- "PTP
2  profile."
3    Did I read that correctly?
4    A  Yes.
5    Q  Okay.  Now, the -- the definition says the
6  value of priority 1 shall be configurable.
7    Do you see that?
8    A  Yes.
9    Q  "Shall" is a mandatory term in the IEEE
10  standard; correct?
11    MR. PAK:  Same objection; calls for expert
12  testimony.
13    THE WITNESS:  Would you please rephrase that
14  question.
15    MR. WONG:  Sure.
16    Q  "Shall" is a mandatory term -- strike that.
17    "Shall" indicates a mandatory requirement in
18  the IEEE standard; correct?
19    MR. PAK:  Objection; calls for expert
20  testimony.
21    MR. WONG:  Q.  And it may help --
22    A  I can say only my understanding, that it's
23  recommending that priority 1 is an attribute, that
24  this is a configurable value.
25    Q  If you'd turn to page 9 of the same document,

Page 115

1  Exhibit 93.
2    A  (Witness complies.)  Okay.
3    Q  And you see right in the middle of the page,
4  it says "word usage"; correct?
5    A  Uh-huh, I see.
6    Q  And it defines "shall" in 4.2.1.
7    Do you see that?
8    A  Yes.
9    Q  And this -- and you -- you read the entire
10  standard before you implemented any of the
11  functionality with Cisco's products; right?
12    A  Yes.
13    Q  The definition of "shall" -- well, why don't
14  you please read the definition of "shall."
15    A  "The word 'shall,' which is equivalent to 'is
16  required to,' is used to indicate mandatory
17  requirements strictly to be followed in order to
18  conform to the standard and from which no deviation is
19  permitted."
20    Q  Okay.  And you understood that when you read
21  the standard; correct?
22    A  Yes.
23    Q  Okay.  If you'd turn back to page 53 that we
24  were just on.
25    A  (Witness complies.)  Right.

Page 116

1    Q  So, it is a -- it is a requirement to comply
2  with the standard for there to be a value of
3  priority 1 that is configurable as described here on
4  page 53; correct?
5    A  Yes.
6    MR. PAK:  Same -- and again same objection;
7  calls for expert testimony.
8    MR. WONG:  Q.  If you'd turn -- I'm sorry.
9    And -- and do you have any disagreements with
10  the description of priority 1 here on page 53?
11    A  No.
12    Q  Okay.  If you'd turn to the next page in
13  Exhibit 93.
14    A  (Witness complies.)
15    Q  At the top, it has another attribute,
16  "priority 2."
17    Do you see that?
18    A  Yes.
19    Q  And the definition of priority 2 also has a
20  sentence that says:
21    "The value of priority 2 shall be
22  configurable to any value in the range 0 to 255,
23  unless restricted by limits established by an
24  applicable PTP profile."
25    Do you see that?

Page 117

1      A   Uh-huh, yes.
2      Q   So the value of priority 2 -- strike that.
3          So it's a requirement to comply with the PTP
4      standard for the value of priority 2 to be
5      configurable as described here on page 54; correct?
6          MR. PAK:  Same objection; calls for expert
7      testimony.
8          THE WITNESS:  Yes, it's a parameter.
9          MR. WONG:  Right.
10         THE WITNESS:  Right.
11     Q   And that's your understanding, based upon the
12     standard's own definition of what "shall" means within
13     the document; correct?
14     A   Yes.
15     Q   Okay.  And when you implemented the PTP
16     functionality in Cisco's devices, was it your
17     intention to comply with the standard -- with the IEEE
18     standard marked as Exhibit 93?
19         MR. PAK:  Objection; vague.
20         THE WITNESS:  Again, there were certain
21     multiple aspects of it; right?
22         MR. WONG:  Q.  But, with respect to the two
23     device attributes that we just discussed, was it your
24     intention to comply with the IEEE standard?
25         MR. PAK:  Same objection; vague.

Page 118

1          THE WITNESS:  I think we intended to make
2      these two parameters as configurable for PTP clock.
3      So, for that part, yes, the compliance is that we
4      shall make these as configurable values.
5          MR. WONG:  Q.  As required by the IEEE
6      standard marked as --
7      A   Yes.
8      Q   -- Exhibit 93; correct?
9      A   Yes.
10     Q   Is it possible to have vendor
11     interoperability for PTP if you don't comply with the
12     PTP standard?
13         MR. PAK:  Objection; calls for expert
14     testimony; vague.
15         MR. WONG:  Q.  In your view?
16         MR. PAK:  Same objections.
17         THE WITNESS:  In my view, the basic external
18     behaviors needs to be consistent to be interoperable.
19         MR. WONG:  Q.  And are the device attributes
20     that we just discussed, priority 1 and priority 2, are
21     those part of those external behaviors that need to be
22     consistent in order to support interoperability?
23         MR. PAK:  Same objection; vague.
24         THE WITNESS:  I think the priority value
25     being configurable, changeable by users is -- as you

Page 119

1      said, as required -- it's required to be
2      interoperable --
3          MR. WONG:  Okay.
4          THE WITNESS:  -- at the PlugFest.
5          MR. WONG:  Q.  So, to comply with the PTP
6      standard, there have to be configurable device
7      attributes called priority 1 and priority 2 as
8      described on pages 53 and 54 of Exhibit 93?
9          MR. PAK:  Objection; calls for expert
10     testimony.  Objection; vague.
11         THE WITNESS:  My understanding is these two
12     parameters, which needs to be configurable.
13         MR. WONG:  Okay.
14     Q   To comply with the PTP standard?
15     A   Yes.
16     Q   Okay.  If you'd turn to page 62 of that same
17     document, Exhibit 93.  Let me know when you're there.
18     A   (Witness complies.)  Yes, I'm on page 63.
19     Q   62.  I'm sorry.
20     A   62.  (Witness complies.)  Okay.
21     Q   Okay.  About two-thirds down on that page 62,
22     there is a subheading 7.7.2.3.
23         Do you see that?
24     A   Yes.
25     Q   And the text next to that is:

Page 120

1          "Sync (multicast) message transmission
2      interval."
3          Do you see that?
4      A   Yes.
5      Q   Now, the sentence below that says:
6          "The port DS.log sync interval shall specify
7      the mean time interval between successive sync
8      messages, i.e., the sync interval, when transmitted as
9      multicast messages."
10         Do you see that?
11     A   Yes.
12     Q   Did I read that correctly?
13     A   Yes.
14     Q   So the -- and that sentence, by the way, uses
15     the word "shall" again; correct?
16     A   Yes.
17     Q   That indicates that this is a required -- a
18     requirement of the PTP standard; correct?
19         MR. PAK:  Objection; calls for expert
20     testimony.
21         THE WITNESS:  I -- my understanding is this
22     is to be supported to implement a PTP protocol.
23         MR. WONG:  Q.  And that understanding is
24     based upon the definition of "shall" provided on
25     page 9 of the standard; correct?

1    A   Yes, uh-huh.
2    Q   That definition of "shall" says that no
3   deviation is permitted; correct?
4        If you need to look at page 9, you can
5   confirm that.
6    A   Right.  No deviation of the behavior, I
7   guess.
8    Q   Okay.
9    A   Right.
10   Q   Is that your understanding?
11   A   Right.
12   Q   So turning -- so you're still on page 62.
13  The IEEE standard uses the term "sync interval" to
14  describe the mean time interval between successive
15  sync messages; correct?
16   A   Sync interval as specified in the text here?
17   Q   Yes.
18   A   Right.  Yes.
19   Q   So, do you agree that the IEEE standard
20  marked as Exhibit 93 on page 62 defines the sync
21  interval as the mean time interval between successive
22  sync messages when transmitted as multicast messages?
23   A   Yes.
24   Q   Okay.  Do you have any disagreements with
25  that definition?

1    A   No.
2    Q   Okay.  Is that your understanding of what a
3   sync interval is in the context of PTP?
4    A   Yes.
5        MR. PAK:  Objection; calls for expert
6   testimony.
7        MR. WONG:  I'm going to mark two exhibits
8   right now.  This one will be -- what number are we on?
9        THE REPORTER:  95.
10       MR. WONG:  Okay.  This one will be 95.
11       (Document marked Exhibit 95
12        for identification.)
13       MR. WONG:  95.  I'll do them one at a time.
14  Okay.
15   Q   So the court reporter has marked as
16  Exhibit 95 the document with control
17  Nos. CSICLI00846643, and that's it.
18   A   Uh-huh.
19   Q   Ms. Liu, do you recognize this document?
20   A   Yes.
21   Q   Is this one of the documents that refreshed
22  your recollection as to prior events?
23   A   Yes.
24   Q   Okay.  At the top -- first of all, this is an
25  e-mail; correct?

1    A   Yes.
2    Q   And at the top of Exhibit 95, there is a
3   "From" field on the e-mail.
4        Do you see that?
5    A   Yes.
6    Q   And it says "Toni Liu."
7        Do you see that?
8    A   Yes.
9    Q   That's you; correct?
10   A   Yes.
11   Q   Your e-mail address while at Cisco was
12  liut@cisco.com; correct?
13   A   Yes.
14   Q   Now, was your e-mail address the same as it
15  was -- in your second period at Cisco as it was at
16  your first period at Cisco?
17   A   It's the same.
18   Q   It's the same?
19   A   Yes.
20   Q   Okay.  And this was -- this e-mail, marked as
21  Exhibit 95, was sent on June 25th, 2008; correct?
22   A   Yes.
23   Q   Okay.  All right.  Set that down for a
24  moment.
25       MR. WONG:  Let's mark this one as Exhibit 96.

1        (Document marked Exhibit 96
2         for identification.)
3        MR. WONG:  This is 96.
4    Q   The court reporter has marked as Exhibit 96 a
5   document bearing control Nos. CSICLI00608739 to '740.
6   Please take a moment to look at this document.
7    A   (Witness complies.)  Okay.
8    Q   This is also an e-mail; correct?
9    A   Yes.
10   Q   At the very top, there's a "From" field for
11  this e-mail.
12       Do you see that?
13   A   Yes.
14   Q   It also says it's from liut@cisco.com, Toni
15  Liu?
16   A   Yes.
17   Q   That's you; correct?
18   A   True.
19   Q   Do you have any doubt that you sent this
20  e-mail marked as Exhibit 96?
21   A   I don't have any doubt I sent it.
22   Q   Okay.  And the exhibit marked as Exhibit 95,
23  do you have any doubt that you sent that e-mail?
24   A   No.
25   Q   Okay.  Now, if you look at Exhibit 95 and

Page 137

1        A F T E R N O O N   S E S S I O N
2                1:41 P.M.
3
4
5
6        THE VIDEOGRAPHER:  We are back on the record.
7   It is 1:41.
8        MR. WONG:  Q.  So, Ms. Liu, before the lunch
9   break, we talked about the five commands that are
10  associated with you in Exhibit 92.
11       A  Yes.
12       Q  One of the commands is "PTP priority 1."
13       A  Yes.
14       Q  Do you see that?
15       A  Uh-huh.
16       Q  What is the function that the "PTP
17  priority 1" command performs?
18       A  It configures the priority 1 parameter for
19  the PTP clock.
20       Q  Okay.  And when you say "for the PTP clock,"
21  you mean PTP as defined by the IEEE standard; right?
22       A  Yes.
23       Q  You're not talking about a different PTP
24  that's separate from the IEEE standard; right?
25       A  No.

Page 138

1        Q  Okay.  And the PTP in the command "PTP
2   priority 1" refers to the IEEE standard; correct?
3        MR. PAK:  Objection; vague.
4        THE WITNESS:  It refers to, yeah, PTP.
5        MR. WONG:  Q.  It refers to the IEEE PTP
6   standard that we marked as Exhibit 93; correct?
7        A  Yes.
8        Q  Okay.  And the use of the word PTP in all
9   five of the commands that are associated with you in
10  Exhibit 92, they all come from the IEEE standard
11  marked as Exhibit 93; correct?
12       MR. PAK:  Objection; vague; mischaracterizes
13  the witness' testimony.
14       THE WITNESS:  You mean the PTP --
15       MR. WONG:  Q.  Let me ask the question --
16       A  -- word in the command?
17       Q  Yes.
18       Let me ask a clean question.
19       The use of the word PTP in all five of the
20  commands that are associated with you in Exhibit 92 --
21       A  Right.
22       Q  -- that word came from the PTP IEEE standard
23  that was marked as Exhibit 93; correct?
24       MR. PAK:  Same objections.
25       THE WITNESS:  Yes, it means the same.

Page 139

1        MR. WONG:  Okay.
2        Q  And you -- in describing the function
3   performed by the "PTP priority 1" command, you
4   testified that it configures the priority 1 parameter
5   for the PTP clock; correct?
6        A  Yes.
7        Q  And the priority 1 parameter for the PTP
8   clock, that's the same priority 1 parameter that we
9   discussed in Exhibit 93; correct?
10       A  When you say "parameter," I think they are a
11  little different in the CLI and the spec.
12       Q  How are they different?
13       A  The -- in the spec, it's the attribute of the
14  clock; right?  When I say parameter, I mean the -- in
15  the context of the CLI command is a parameter.
16       Q  Oh, I see.
17       So -- so the word priority 1 in the "PTP
18  priority 1" CLI command is a parameter of the command?
19       A  Yes.
20       Q  That's what you mean by --
21       A  Right.
22       Q  -- parameter?
23       A  Right.
24       Q  Okay.  Now, does the priority 1 parameter in
25  the CLI command "PTP priority 1," does that refer to

Page 140

1   the priority 1 attribute in the IEEE standard marked
2   as Exhibit 93?
3        MR. PAK:  Objection; vague.
4        THE WITNESS:  Yes.  I think I chose it for
5   the intention to mean the priority 1 attribute of the
6   clock.
7        MR. WONG:  Q.  And is your answer the same
8   for the command "PTP priority 2"?
9        Is the priority 2 command parameter -- does
10  that refer to the priority 2 attribute in the IEEE
11  standard marked as Exhibit 93?
12       MR. PAK:  Same objection.
13       THE WITNESS:  It's referring to the same --
14  that attribute, yes.
15       MR. WONG:  Q.  That attribute in the IEEE
16  standard?
17       A  In the IEEE standard, yes.
18       Q  Okay.  And you knew about the priority 1 and
19  priority 2 attributes in the IEEE standard before you
20  started adding the "PTP priority 1" and "PTP
21  priority 2" commands to the iOS software; correct?
22       A  Yes, I read the spec.
23       Q  And you were aware of those two particular
24  attributes before you started adding the "PTP
25  priority 1" and "PTP priority 2" commands to Cisco's

Page 141

1  routing software; right?
2  A  Yes.
3  Q  How long did it take you to come up with the
4  "PTP priority 1" command?
5  A  I don't remember how long it took for me to
6  come up with the list of CLI commands.
7  Q  Okay.  I'm just asking about the -- the one
8  command, "PTP priority 1."
9  A  Right.
10  Q  Did -- did that take you an hour to come up
11  with that command?
12  MR. PAK:  Objection; vague.
13  THE WITNESS:  You mean just to decide on the
14  syntax of the command?
15  MR. WONG:  On the two words in the command.
16  That's right.
17  Q  How long did it take you to decide on the
18  two words, "PTP priority 1," in that command?
19  A  I don't remember.
20  Q  Did it take you more than a day?
21  MR. PAK:  Objection; vague.
22  THE WITNESS:  Maybe not.  I don't recall the
23  details of -- of this level.
24  MR. WONG:  Okay.
25  Q  Do you --

Page 142

1  A  How long, yeah.
2  Q  Are you done with your answer?
3  A  Right.
4  Yes, I'm done with my answer.
5  Q  Okay.  Do you know if it took you just a few
6  minutes?
7  MR. PAK:  Same objections.
8  THE WITNESS:  I don't recall the details of
9  how long it took.
10  MR. WONG:  Okay.
11  Q  So, you don't know whether it took you a few
12  minutes or more than a day to decide upon the
13  two words "PTP priority 1"; is that correct?
14  A  I don't recall the details on that.
15  Q  Okay.  And are -- are there any documents
16  that would refresh your memory of how long it took you
17  to come up with the "PTP priority 1" command?
18  A  I don't see anything in the conversation
19  here.  So the e-mail here was after I came up with the
20  command.
21  Q  Okay.  Were there any other e-mails that you
22  reviewed in preparation for this deposition that
23  refreshed your recollection about the five commands
24  that are associated with you?
25  A  It's the same e-mail that you give me

Page 143

1  today --
2  Q  Okay.
3  A  -- that I saw.
4  Q  So the --
5  A  Yeah.
6  Q  So the same e-mails that were marked as
7  exhibits in today's deposition are the ones that
8  refreshed your memory?
9  A  Right.
10  Q  Okay.  How long did it take you to write
11  the -- strike that.
12  Did you write the implementing source code
13  for the "PTP priority 1" command
14  A  I did write the source code for implementing
15  this command.
16  Q  How long did it take you to write the source
17  code for the "PTP priority 1" command?
18  A  I don't remember any time frame on this.
19  It's -- it's been a while.
20  Q  Do you know if it took you longer to write
21  the implementing source code for the "PTP priority 1"
22  command than it took you to choose the two words "PTP
23  priority 1"?
24  MR. PAK:  Objection; vague.
25  THE WITNESS:  I would think it took longer to

Page 144

1  implement it.
2  MR. WONG:  Q.  Would your answer be the same
3  for the other four commands that are associated with
4  you in Exhibit 92?
5  A  I know I gave some thought on these commands
6  when I came up with them.  But particular to how long
7  it took for me to do any of these, that's the part I
8  don't remember anymore.
9  But I did remember it's among all of the
10  attributes of -- or things mentioned in the spec, I
11  chose a particular subset of things which I think I
12  should provide a CLI command for user to configure
13  them.
14  So that's the -- that's -- I think it's part
15  of the decision-making, and that could have taken some
16  time.  But how long I took, that's the part I don't
17  remember now.
18  Q  Okay.  And my question was more about your
19  testimony about the "PTP priority 1" command, where
20  you said it took longer to write the implementing code
21  for that command than it did to choose the two words
22  in the command.
23  Do you -- do --
24  A  I --
25  Q  -- do you remember testifying to that effect?

Page 145

1    A  Yes.  I -- I agree --
2    Q  Okay.
3    A  -- that's likely true.
4    Q  So that's likely true for the other four
5  commands as well?
6       MR. PAK:  Objection; vague.
7       THE WITNESS:  That's -- yeah, I can always
8  say that's likely true.
9       MR. WONG:  Okay.
10    Q  And you say "it's likely true" just based
11  upon your experience programming?
12    A  It's -- yeah, it's just based on my
13  experience working with CLI commands.
14    Q  What type of programming is required to
15  implement a command like "PTP priority 1"?
16    A  It's a C programming that we were using.  So
17  for the -- in general, you do the front end of
18  interface, so you come up with the command.  But then
19  you -- then you spend time implementing hooking it up
20  to the back-end code.
21    Q  Excuse me.
22       And when you say "back-end code," is that the
23  same thing as the implementing source code?
24       That's the term that I was using.
25       Is that the same thing, in your

Page 146

1  understanding?
2    A  Yes.
3       There -- so, when the CLI command is
4  received, something needs to happen based on what has
5  been configured as being specified as the parameter.
6  So that's the interface I was referring to, that I
7  hook up to the back-end behavior of the clock.
8    Q  And the back-end behavior for each command
9  that you are associated with in Exhibit 92, did you
10  write that source code?
11    A  I did write the source code.
12    Q  Did you have anyone else's help in writing
13  the source code for those five commands associated
14  with you in Exhibit 92?
15    A  No.  I wrote all of them.
16    Q  The "PTP sync interval" command --
17    A  Yes.
18    Q  Well, actually, just for clarity, what
19  function does the "PTP priority 2" command perform?
20    A  It configures another parameter which helps
21  to determine the -- the clock.
22    Q  And that other parameter you're talking about
23  is the priority 2 attribute that is defined by the
24  IEEE standard marked as Exhibit 93; correct?
25    A  Yes.

Page 147

1    Q  Okay.  What function does the "PTP sync
2  interval" command perform?
3    A  It configures how often the clock syncs with
4  the master.
5    Q  And do you recall earlier we were looking at
6  the IEEE standard marked Exhibit 93 and a term called
7  sync interval in there?
8    A  Right.
9    Q  Is the sync interval, that the "PTP sync
10  interval" command refers to, the same sync interval
11  that we discussed in Exhibit 93?
12       MR. PAK:  Objection; vague.
13       THE WITNESS:  I think that was -- this
14  command was used -- was defined to be used to
15  configure that part of the clock.
16       MR. WONG:  Right.
17    Q  And by "that part of the clock," you mean the
18  sync interval attribute defined by the IEEE PTP
19  standard; right?
20    A  Yes.
21    Q  Now, you chose the term priority 1 because
22  priority 1 is an attribute that's in the IEEE
23  standard; right?
24       MR. PAK:  Objection; vague.
25       THE WITNESS:  You mean when I wrote the

Page 148

1  command?
2       MR. WONG:  Q.  When you --
3    A  When I -- when I chose to use priority 1;
4  right?
5    Q  Yes, that's what I'm asking.
6    A  Yes.  When I chose the word, I meant to
7  configure this attribute for the clock.  That was
8  true.
9    Q  And this attribute for the clock, you're
10  referring to the priority 1 attribute that's defined
11  in the IEEE standard; right?
12    A  Yes.
13    Q  And your answer is the same for the
14  priority 2 attribute defined in the IEEE standard,
15  correct, with respect to the PTP priority 2 command?
16    A  Yes.
17    Q  And you chose the words sync interval because
18  the IEEE standard marked as Exhibit 93 described --
19  strike that.
20       You chose the words sync interval because the
21  IEEE standard marked as Exhibit 93 also used the term
22  sync interval; correct?
23       MR. PAK:  Objection; vague.
24       THE WITNESS:  When you say that, it makes me
25  feel that you -- it's a direct translate from the spec

Page 153

1     Q  You were aware that the terms priority 1,
2  priority 2, sync interval, and PTP were defined in the
3  IEEE specification marked as Exhibit 93 before you
4  added those three commands to Cisco's routing
5  software; correct?
6     A  I'm aware of those terms being defined in the
7  1588 standard.
8     Q  Okay.  Before you added those three commands
9  to the Cisco software; correct?
10    A  Yes.
11    Q  Okay.  Now, "show PTP clock" is another
12  command that you're associated with; correct?
13    A  Yes.
14    Q  What's the function performed by the "show
15  PTP clock" command?
16    A  It shows the state and status of the clock.
17  And I don't recall the entire output from the command,
18  but I think that's probably summarize majority of the
19  output.
20    Q  Okay.  And as we discussed earlier in today's
21  deposition, the PTP IEEE specification defines the
22  term clock; correct?
23    A  It defined the term clock, yes.
24    Q  Okay.  And the clock that is referred to in
25  the command "show PTP clock" is the clock that is

Page 154

1  defined in the PTP standard; correct?
2        MR. PAK:  Objection; vague.
3        THE WITNESS:  Well, the command shows the PTP
4  clock status.
5        MR. WONG:  Q.  And when you refer to "the PTP
6  clock" in that response you just gave, you're
7  referring to the clock that is defined in the PTP
8  standard; correct?
9     A  Yes, it means the clock.
10    Q  Now, the -- the word "show" in that command,
11  were there other commands in iOS that used the word
12  "show" before you added this "show PTP clock" command
13  to the software?
14    A  Yes.
15    Q  Okay.  You were familiar that other commands
16  used the first word of "show" to display information
17  before you added the "show PTP clock" command;
18  correct?
19    A  Yes.
20    Q  Okay.  So you -- you simply followed what
21  other commands were doing when you chose the word
22  "show" in "show PTP clock"; is that right?
23        MR. PAK:  Objection; assumes facts not in
24  evidence; mischaracterizes the witness' testimony.
25        MR. WONG:  Q.  If anything that I'm saying --

Page 155

1     A  "Show" is a --
2     Q  Sorry.
3     A  -- big category of commands.  Like, there is
4  debug.  There is config.  There is show.  So show is
5  one big category of commands.
6     Q  And there was a big -- and that category of
7  commands, the show commands, existed before you added
8  the "show PTP clock" command to the software; correct?
9     A  Yes.
10    Q  And you were just building upon that category
11  of commands when you used the word "show" in "show PTP
12  clock"; correct?
13        MR. PAK:  Objection; mischaracterizes the
14  witness' testimony.
15        THE WITNESS:  Yes, I think that -- that was
16  the intention.
17        MR. WONG:  Q.  And is the same
18  explanation -- does the same explanation apply to
19  "show PTP parent" for the show aspect of that command?
20    A  Yes, for the show aspect of the command, yes.
21    Q  Okay.  What function does the "show PTP
22  parent" command perform?
23    A  It shows the status of the parent clock.
24    Q  When you say "the parent clock," are you
25  referring to the parent clock as defined in the PTP

Page 156

1  standards?
2     A  Yes.
3     Q  And you recall discussing the definition of
4  parent clock in the standards earlier in this
5  deposition; correct?
6     A  Yes.
7     Q  And another shorthand used by the IEEE
8  standard for parent clock is simply parent; correct?
9        MR. PAK:  Objection; vague.
10        THE WITNESS:  Can you refer me to that page.
11        MR. WONG:  Sure, sure, absolutely.
12    Q  I think it's on page 53 of Exhibit 93.  It's
13  in that sentence maybe two-thirds of the way down on
14  page 53 that starts with:
15        "Ordinary and boundary clocks may keep
16  statistics."
17    A  Uh-huh.
18        "Using the following attribute."
19        Okay.
20    Q  So you would agree that, in the IEEE
21  standard, it uses the term parent as shorthand for
22  parent clock?
23    A  Yes.
24    Q  Okay.  Do you know if commands that use the
25  word "show" were used before they were used in Cisco's

Page 213

```
 1        (WHEREUPON, the deposition ended
 2            at 3:36 p.m.)
 3            ---oOo---
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 215

```
 1          CERTIFICATE OF REPORTER
 2        I, ANDREA M. IGNACIO, hereby certify that the
 3    witness in the foregoing deposition was by me duly
 4    sworn to tell the truth, the whole truth, and nothing
 5    but the truth in the within-entitled cause;
 6        That said deposition was taken in shorthand
 7    by me, a disinterested person, at the time and place
 8    therein stated, and that the testimony of the said
 9    witness was thereafter reduced to typewriting, by
10    computer, under my direction and supervision;
11        That before completion of the deposition,
12    review of the transcript [x] was [ ] was not
13    requested.  If requested, any changes made by the
14    deponent (and provided to the reporter) during the
15    period allowed are appended hereto.
16        I further certify that I am not of counsel or
17    attorney for either or any of the parties to the said
18    deposition, nor in any way interested in the event of
19    this cause, and that I am not related to any of the
20    parties thereto.
21    Dated: 01/29/2016
22
23            <%signature%>
24            ANDREA M. IGNACIO,
25            RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 214

```
 1            J U R A T
 2
 3        I, TONG LIU, do hereby certify under penalty
 4    of perjury, that I have read the foregoing
 5    transcript of my deposition in the matter of
 6    Cisco Systems, Inc., vs. Arista Networks, Inc.,
 7    taken on January 15, 2016; that I have made such
 8    corrections as appear noted herein in ink,
 9    initialed by me; that my testimony as contained
10    herein, as corrected, is true and correct.
11        DATED this ____ day of _____,
12    2015, at _____.
13        _____
14            SIGNATURE OF WITNESS
15
16    NOTARIZATION (If Required)
17    State of _____
18    County of _____
19    Subscribed and sworn to (or affirmed) before me on
20    this _____ day of _____, 20____,
21    by _____, proved to me on the
22    basis of satisfactory evidence to be the person who
23    appeared before me.
24    Signature: _____ (Seal)
25
```

Page 1

1                  UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5      CISCO SYSTEMS, INC.,        )
                                   )
6                    Plaintiff,    )
                                   ) Case No.
7            vs.                   ) 5:14-cv-05344-BLF (PSG)
                                   )
8      ARISTA NETWORKS, INC.,      )
                                   )
9                    Defendant.    )
       _____)

10

11

12          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15          VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16                  Palo Alto, California

17                Friday, November 20, 2015

18                       Volume I

19

20

21

22     Reported by:
       CARLA SOARES
23     CSR No. 5908

24     Job No. 2187110

25     Pages 1 - 189

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,     )
                         )
          Plaintiff,     )
                         ) Case No.
     vs.                 ) 5:14-cv-05344-BLF (PSG)
                         )
ARISTA NETWORKS, INC.,   )
                         )
          Defendant.     )
_____)

VIDEOTAPED DEPOSITION OF KIRK LOUGHEED,
Volume I, taken on behalf of Defendant, at
650 Page Mill Road, Palo Alto, California, beginning
at 9:19 a.m., and ending at 6:15 p.m., on Friday,
November 20, 2015, before CARLA SOARES, Certified
Shorthand Reporter No. 5908.

Page 2

APPEARANCES:

For the Plaintiff and the Witness:
     QUINN EMANUEL URQUHART & SULLIVAN, LLP
     BY:  JOHN (JAY) NEUKOM, Attorney at Law
     50 California Street, 22nd Floor
     San Francisco, California 94111
     415.875.6341
     johnneukom@quinnemanuel.com
          and
     KIRKLAND & ELLIS LLP
     BY:  JOSHUA L. SIMMONS, Attorney at Law
     601 Lexington Avenue
     New York, New York 10022
     212-446-4989
     joshua.simmons@kirkland.com

Page 3

APPEARANCES (Continued):

For the Defendant:
     KEKER & VAN NEST LLP
     BY:  BRIAN L. FERRALL, Attorney at Law
     BY:  RYAN WONG, Attorney at Law
     633 Battery Street
     San Francisco, California 94111
     415.391.5400
     bferrall@kvn.com
     rwong@kvn.com

ALSO PRESENT:  Sean Grant, Video Operator
                    --o0o--

Page 4

INDEX
WITNESS
KIRK LOUGHEED                    EXAMINATION
Volume I

     BY MR. FERRALL            10

          EXHIBITS
NUMBER          DESCRIPTION          PAGE
Exhibit 29  Document headed "Internet          73
     Protocol,"
     Bates ARISTANDCA0031553 - 1601

Exhibit 30  Document headed "DoD Internet      73
     Host Table Specification"

Exhibit 31  Document headed "An Ethernet        73
     Address Resolution Protocol or
     Converting Network Protocol
     Addresses to 48.bit Ethernet
     Address for Transmission on
     Ethernet Hardware,"
     Bates ARISTANDCA0003130 - 1639

Page 5

Pages 2 to 5

```
 1              EXHIBITS
 2    NUMBER        DESCRIPTION        PAGE
 3    Exhibit 32  Document headed "Address      85
 4       Resolution Protocol (ARP) module
 5       for the Yeager gateway"
 6
 7    Exhibit 33  Email string, top email to Kirk    89
 8       Lougheed and Paula Labloner from
 9       Mike Sanchez, dated 11-17-14,
10       Bates CSI-CLI-01326834 - 6837
11
12    Exhibit 34  Email string, top email to Phillip    93
13       Remaker from Kirk Lougheed, dated
14       3-30-10, Bates CSI-CLI-01317865 -
15       7866
16
17    Exhibit 35  Email string, top email to Joe    100
18       Hielscher from Kirk Lougheed,
19       dated 7-23-08,
20       Bates CSI-CLI-01134849 - 4850
21
22    Exhibit 36  Document entitled "Stanford    101
23       Ethertip/Gateway User and
24       Configuration Guide,"
25       Bates CSI-CLI-01315523 - 5568
                                    Page 6
```

```
 1              EXHIBITS
 2    NUMBER        DESCRIPTION        PAGE
 3    Exhibit 43  Document entitled "DECbrouter 90    181
 4       Products," Bates CSI-ANI-00081683 -
 5       1683.000344
 6
 7              --o0o--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 8
```

```
 1              EXHIBITS
 2    NUMBER        DESCRIPTION        PAGE
 3    Exhibit 37  Document entitled "cisco Systems    106
 4       AGS User Manual,"
 5       Bates CSI-CLI-00358166 - 8223
 6
 7    Exhibit 38  Email string, top email to Phillip    122
 8       Remaker from Kirk Lougheed, dated
 9       12-11-08, Bates CSI-ANI-00043306 -
10       3306.000001
11
12    Exhibit 39  Document entitled "Cisco's    152
13       Response to Arista's Interrogatory
14       No. 16 Amended Exhibit D1 (IOS
15       Release 11.0)"
16
17    Exhibit 40  Email to Craig Fox from Kirk    160
18       Lougheed, dated 3-6-96,
19       Bates CSI-CLI-00746398
20
21    Exhibit 41  Document described as source    162
22       code file
23
24    Exhibit 42  Document described as code    177
25
                                    Page 7
```

```
 1        Palo Alto, California          08:37:04
 2        Friday, November 20, 2015
 3        9:19 a.m.
 4
 5        P R O C E E D I N G S          08:37:10
 6        THE VIDEO OPERATOR:  Good morning.  We're
 7   on the record.  The time is 9:19 a.m., and the date
 8   is November 20th, 2015.  This begins the videotaped
 9   deposition of Kirk Lougheed.
10        My name is Sean Grant, here with our court    09:19:25
11   reporter, Carla Soares.  We're here from Veritext
12   Legal Solutions at the request of counsel for
13   defendant.
14        This deposition is being held at Wilson
15   Sonsini in Palo Alto, California.  The caption of    09:19:34
16   this case is Cisco Systems, Inc., versus Arista
17   Networks, Inc., Case No. 5:14-CV-05344-BLF.
18        Please note that audio- and
19   video-recording will take place unless all parties
20   have agreed to go off the record.  Microphones are    09:19:54
21   sensitive and may pick up whispers, private
22   conversations, or cellular interference.
23        At this time, will counsel please identify
24   themselves and state whom they represent.
25        MR. FERRALL:  Brian Ferrall of Keker &    09:20:06
                                    Page 9
```

1    right now.                          12:58:39
2        Mr. Lougheed, you have to understand,
3    we've got a lot to cover today, and I need to --
4        A  And I'm also under oath, and I want to
5    make sure my replies to your answers (sic) are    12:58:47
6    correct.
7        Q  Okay.  So I'm asking you -- you can put
8    the document down, frankly.
9        Do you ever recall reviewing an RFC for an
10   address resolution protocol?              12:58:58
11       A  Yes, I do recall reviewing a document --
12   it may have been an RFC -- on address resolution.
13       Q  Do you know who developed address
14   resolution protocols?
15       A  I don't recall.                    12:59:20
16       Q  Did you contribute to that field?
17       A  No.
18       Q  All right.  Do you know David Plummer?
19       A  I have heard the name before but I don't
20   know the person.                        12:59:31
21       Q  How many IETF RFCs have you authored in
22   whole or in part?
23       A  Two, maybe three.
24       Q  What were the subject or subjects of those
25   RFCs?                                  13:00:07

Page 78

1        A  They were all on the border gateway    13:00:09
2    protocol.
3        Q  Has Cisco ever had any policies about
4    their employees submitting RFCs to the IETF?
5        A  I'm not aware of any specific policies.    13:01:02
6        Q  Did the software that you worked on at
7    Stanford, the routing and terminal server software
8    we talked about, did that include an address
9    resolution protocol?
10       MR. NEUKOM:  Objection to form.  Vague.    13:02:09
11   BY MR. FERRALL:
12       Q  I should say an address resolution
13   protocol feature.
14       MR. NEUKOM:  Same objection.
15       THE WITNESS:  Yes.                    13:02:23
16   BY MR. FERRALL:
17       Q  And what were the sources of information
18   for you in order to -- well, strike that.
19       Did you write software for the address
20   resolution protocol feature?              13:02:38
21       A  Yes.
22       Q  And what were the sources of information
23   that you used to prepare that address resolution
24   protocol feature?
25       MR. NEUKOM:  Objection to form.  Vague,    13:02:58

Page 79

1    calls for a conclusion.                  13:03:06
2        THE WITNESS:  Documents whose name I do
3    not recall.
4    BY MR. FERRALL:
5        Q  Can you describe generally what they were?    13:03:16
6        A  They were documents that described a
7    packet format and described an associated state
8    machine.
9        Q  Is the address resolution protocol
10   referred to simply by the acronym ARP?        13:03:59
11       A  There's a general concept of an address
12   resolution protocol, and then there's one, possibly
13   more, that are -- may be described in various
14   documents from the IETF.
15       Q  When did you first hear -- have you ever    13:04:52
16   heard the address resolution protocol abbreviated as
17   ARP?
18       A  Yes.
19       Q  When did you first hear that abbreviation?
20       A  I don't recall -- I don't recall the    13:05:17
21   precise time.
22       Q  Was it while you were still at Stanford?
23       A  It certainly could have been.
24       Q  Did you develop any features for the
25   address resolution protocol yourself?        13:05:52

Page 80

1        MR NEUKOM:  Objection  Vague        13:05:56
2        THE WITNESS:  I do not understand your
3    question  What do you mean, develop features for
4    the address resolution protocol?
5    BY MR FERRALL:                        13:06:12
6        Q  Fair enough.  Let me ask it a different
7    way.
8        Did you contribute to any IETF RFC
9    relating to the address resolution protocol?
10       MR. NEUKOM:  Objection  Asked and        13:06:27
11   answered
12       THE WITNESS:  No
13   BY MR FERRALL:
14       Q  Did you develop features at -- while at
15   Cisco that relate to ARP, if you don't mind me using    13:06:44
16   the acronym?
17       A  I don't understand the question
18       Q  Who is Glenn Truitt?
19       A  He's a -- at my time at Stanford, he was a
20   graduate student                        13:08:37
21       Q  Did you work with him while at Stanford?
22       A  Briefly
23       Q  In what capacity?
24       A  I recollect that he may have written a
25   user guide to the software at the time, but that's    13:09:21

Page 81

Pages 78 to 81

**Veritext Legal Solutions**
**866 299-5127**

1       MR. FERRALL: Let's mark this as the next     15:26:35
2   exhibit.
3       (Exhibit 38 was marked for identification
4       and is attached hereto.)
5   BY MR. FERRALL:                              15:26:37
6       Q  Exhibit 38 is a set of emails between you
7   and Mr. Remaker, among others.  It bears control
8   numbers CSI-ANI-00043306.
9       A  Okay.  I'd like to read this.
10      Q  First let me ask you the question so you     15:27:19
11  know what to ask for.
12      A  I will forget the question by the time I'm
13  done reading this.
14      Q  Well, Mr. Lougheed, that's not the way it
15  works, actually.  I ask the question and you answer  15:27:28
16  it.
17      A  Okay.
18      Q  If you can't answer it, then you tell me.
19      My only question is, did you send the
20  email that's at the top of Exhibit 38, the one at    15:27:38
21  12-11-2008 at 10:14 p.m.?
22      MR. NEUKOM:  Mischaracterizes the document
23  on its face.
24      And I know that Mr. Ferrall would like you
25  to feel comfortable to read the page-and-a-half      15:27:54

Page 122

1   document that he's just put in front of you before   15:27:57
2   answering his question.
3       THE WITNESS:  Okay.  I'll read it.
4       MR. FERRALL:  Actually, no, I would like
5   him to answer the question.                  15:28:03
6       Q  Are you telling me you can't tell me
7   whether you sent the email?
8       MR. NEUKOM:  It's a totally unfair
9   question.  The email that he sent would necessarily
10  include everything that follows.             15:28:10
11      If you want him to tell you whether he
12  remembers this or whether he sent it, let him read
13  the document.  Come on, Brian.
14      It's a page and a half.  We're not talking
15  about him wasting 30 minutes to read a product      15:28:20
16  manual.  It's a page-and-a-half email.  The witness
17  has said he wants to read it, and we're going to let
18  him read it.
19      THE WITNESS:  Okay.  I've read it.
20  BY MR. FERRALL:                              15:29:28
21      Q  Okay.  Did you send this email that's
22  dated December 11, 2008, at 10:14 p.m.?
23      A  I believe I did.
24      Q  Okay.  And in the last paragraph of that
25  email, you write, "The percent sign leading a        15:29:41

Page 123

1   message indicates that you are looking at an error   15:29:49
2   message.  An ancient operating system called TOPS-20
3   used such a convention and I adopted it."
4       Do you see that?
5       A  Yeah, I do see that.                 15:29:59
6       Q  Why did you adopt a TOPS-20 convention?
7       A  Of the possibilities that I had, that
8   seemed -- that seemed a reasonable -- to me, it
9   seemed like a reasonable way of doing things.
10      Q  Did you get permission from Digital       15:30:32
11  Equipment Company to use that convention?
12      MR. NEUKOM:  Objection.  Calls for a legal
13  conclusion and misstates prior testimony.
14      THE WITNESS:  No, I did not seek
15  permission.                                  15:30:55
16  BY MR. FERRALL:
17      Q  Have you ever heard of the acronym RIP in
18  the context of networking?
19      A  It typically means routing information
20  protocol.                                    15:31:18
21      Q  You're familiar with that protocol?
22      A  It's been a while, but yes, I'm familiar
23  with it.
24      Q  Did you make up the acronym RIP for
25  routing information protocol?                 15:31:32

Page 124

1       A  No, I did not make up that acronym.       15:31:37
2       Q  Did you make up the term "routing
3   information protocol"?
4       A  No.
5       Q  Did you submit an RFC for the routing     15:31:51
6   information protocol?
7       A  No.
8       Q  Do you know who did?
9       A  No, I don't know who did.
10      Q  Did you ever ask permission from the      15:32:25
11  person who made up the term "RIP" for permission to
12  use it, to use that term?
13      MR. NEUKOM:  Objection.  Foundation,
14  vague, and calls for a legal conclusion.
15      THE WITNESS:  There was no one whose        15:32:50
16  permission one could ask.
17  BY MR. FERRALL:
18      Q  Well, I'll tell you, a Mr. Charles Hedrick
19  at Rutgers submitted what I believe to be the first
20  RFC on the routing information protocol.      15:33:05
21      Do you know Mr. Hedrick?
22      A  I do.
23      Q  Did you ever ask him for permission to use
24  the term "RIP"?
25      MR. NEUKOM:  Objection.  Asked and          15:33:15

Page 125

Pages 122 to 125

1  answered.                              15:33:15
2       THE WITNESS:  Mr. Hedrick formally
3  documented an informal standard that was already in
4  use in the industry for a number of years.
5  BY MR. FERRALL:                        15:33:27
6       Q   And what's the significance of that?
7       MR. NEUKOM:  Objection.  Calls for
8  speculation.
9       THE WITNESS:  It wouldn't have occurred to
10  me to ask him for permission.          15:33:47
11  BY MR. FERRALL:
12       Q   I think you testified earlier that you
13  submitted several RFCs for the border gateway
14  protocol, correct?
15       A   Correct.                      15:34:07
16       Q   And your co-author on at least the first
17  such RFC was a Mr. Yakov Rekhter, correct?
18       A   Correct.
19       Q   Was he your co-author on the subsequent
20  submissions, too, do you know?         15:34:31
21       A   Certainly on the second one.  I don't
22  recall on the third one.  And after that, there were
23  other co-authors.
24       Q   And where does Mr. Rekhter or did
25  Mr. Rekhter work at the time?          15:34:50

Page 126

1       A   He worked for IBM.            15:34:52
2       Q   What was Mr. Rekhter's contribution to the
3  BGP RFC?  The first one?
4       A   We were co-designers.
5       Q   Are you able to describe what he    15:35:28
6  contributed as opposed to what you contributed?
7       A   No.  We worked closely together.
8       Q   Do you know whether you ever made any
9  declarations to the IETF concerning copyrights that
10  Cisco claimed in any of the language in the first    15:35:57
11  BGP RFC?
12       MR. NEUKOM:  Objection.  Vague, compound.
13       THE WITNESS:  To the best of my
14  recollection, we made no copyright claims in the
15  first BGP RFC.                         15:36:17
16  BY MR. FERRALL:
17       Q   Did Cisco make any disclosures to the IETF
18  regarding copyright claims in any of the BGP RFCs?
19       MR. NEUKOM:  Objection.  Compound, vague.
20       THE WITNESS:  Not to my knowledge.   15:36:35
21  BY MR. FERRALL:
22       Q   Did you ever make a disclosure to the
23  Internet Architecture Board of any intellectual
24  property rights in BGP, to your knowledge?
25       A   To my knowledge --             15:36:57

Page 127

1       MR. NEUKOM:  Objection.  Compound, vague.    15:37:00
2       THE WITNESS:  -- we did not make any such
3  assertions.
4       MR. NEUKOM:  And foundation.
5  BY MR. FERRALL:                        15:37:08
6       Q   Did you ever have an agreement with
7  Mr. Rekhter about the right to use any of his
8  contributions to the BGP work that you guys did?
9       MR. NEUKOM:  Vague, compound, calls for a
10  legal conclusion --                    15:37:44
11       THE WITNESS:  Could you --
12       MR. NEUKOM:  -- and mischaracterizes prior
13  testimony.
14       THE WITNESS:  Could you repeat the
15  question, please?                      15:37:59
16  BY MR. FERRALL:
17       Q   Sure.  I'll ask a slightly different
18  question.
19       Did you ever ask permission from
20  Mr. Rekhter to use any of his contributions to the    15:38:09
21  BGP project?
22       MR. NEUKOM:  Objection.  Vague, compound,
23  calls for a legal conclusion.
24       THE WITNESS:  We did not seek permission
25  from one another for our individual contributions.    15:38:26

Page 128

1  BY MR. FERRALL:                        15:38:30
2       Q   Okay.  IBM didn't ask you for permission,
3  either, correct?
4       A   No.
5       Q   One of the CLI terms in this case is the    15:39:20
6  term "IP address."
7       Are you familiar with that?
8       A   I'm familiar with the command expression
9  "IP address."
10       Q   Did you come up with the phrase "IP    15:39:33
11  address"?
12       A   When Cisco came out of Stanford, we were
13  shipping an IP -- an Internet protocol only router.
14  And there was a command "address" that took some
15  arguments.                             15:40:12
16       And after -- after a while, we started
17  adding other protocols to the software.  The first
18  one was "DECnet."  And since "address" was already
19  taken to refer to IP functionality, Internet
20  protocol functionality, we came up with "DECnet    15:40:44
21  address," and then had a DECnet address after it.
22       That "DECnet address" command could have
23  very well have said "address," and then DECnet
24  addresses look different than IP addresses, and we
25  could have had the software figure out which type of    15:41:11

Page 129

Pages 126 to 129

1    address we were referring to. But we chose "DECnet    15:41:13
2    address."
3        It became clear that much more -- that we
4    were becoming a multi-protocol router. We were
5    adding other protocols into the box, into the    15:41:27
6    software.
7        And I had -- I value -- I value the
8    aesthetic of having a symmetric-looking command line
9    expression, symmetric hierarchy. It was clear we
10    were heading towards a hierarchy.    15:41:52
11        So at some point after DECnet and perhaps
12    a few other protocols to make things look very
13    similar, we started prefacing our IP-only commands
14    with "IP." And that gave a very -- what I thought
15    was a very elegant, symmetric, elegant way of    15:42:16
16    referring to different protocols within a
17    multi-protocol router.
18        So that is the history of the "IP address"
19    command.
20    **Q  Okay. My question was simpler. I**    15:42:36
21    **appreciate that answer. But my question was a**
22    **little simpler than that, but let me ask it a**
23    **different way.**
24    **    You had heard of the term "IP address"**
25    **before you joined Cisco, hadn't you?**    15:42:51

Page 130

1        MR. NEUKOM: Objection. Vague and asked    15:42:59
2    and answered.
3        THE WITNESS: I suppose I had. When one
4    is talking about different networking protocols, one
5    needs to clarify which networking protocol one is    15:43:10
6    talking about. So it was probably terminology that
7    was in the air.
8    BY MR. FERRALL:
9    **Q  Does the same go for "IP host," also?  You**
10    **had heard that before you joined Cisco?**    15:43:29
11        MR. NEUKOM: Objection. Misstates prior
12    testimony.
13        THE WITNESS: The original form of the
14    "host" command was just "host command." It was
15    another one that had to distinguish, in a    15:43:41
16    multi-protocol world, in a multi-protocol piece of
17    software, what you were talking about.
18        It would have looked very odd in a
19    multi-protocol router that there was one protocol
20    that wasn't prefaced by a -- some descriptive    15:44:03
21    keyword.
22    BY MR. FERRALL:
23    **Q  Following up on that, the purpose of your**
24    **use of "IP" as the first keyword in that command "IP**
25    **host" was to distinguish the protocol that it's**    15:44:33

Page 131

1    referring to?    15:44:36
2        A  That was the aesthetic choice I made.
3        MR. NEUKOM: Objection. Mischaracterizes
4    prior testimony.
5        THE WITNESS: There were many possible    15:44:49
6    ways of doing it. As I indicated, I could perhaps
7    take a look at an address and then infer what it
8    was. But that was not the choice that I made at the
9    time.
10    BY MR. FERRALL:    15:45:07
11    **Q  What were the alternative commands that**
12    **you considered for "IP host"?**
13        A  "Name." "Name" was certainly one of the
14    possible candidates. "Network system" or
15    "system" -- there are many, many words that one    15:45:51
16    could use to refer to all sorts of different things.
17    **Q  Okay. But now you're talking about**
18    **alternatives for the word "host," right?**
19        A  Um-hum.
20    **Q  Okay. You didn't -- you're not the first**    15:46:08
21    **one to use the word "host," are you?**
22        A  No.
23    **Q  I mean, "host" had been used for -- well**
24    **before you joined Cisco to refer to a computer host.**
25    **It's a conventional term, right?**    15:46:29

Page 132

1        MR. NEUKOM: Objection. Vague, compound,    15:46:31
2    foundation, and calls for opinion testimony.
3        THE WITNESS: It was one of the
4    possibilities that I had -- that I had
5    BY MR. FERRALL:    15:46:46
6    **Q  And "host" was the term that was used in**
7    **the commands in the software that came from**
8    **Stanford; is that right?**
9        MR. NEUKOM: Objection. Mischaracterizes
10    prior testimony    15:47:13
11        THE WITNESS: I had implemented the "host"
12    command while I was at Stanford
13    BY MR FERRALL:
14    **Q  Okay. And what did you -- so did you**
15    **decide to use the word "host" for the command on the**    15:47:27
16    **software you worked at while you were employed by**
17    **Stanford?**
18        MR. NEUKOM: Objection. Vague
19        THE WITNESS: Could you restate that
20    question?    15:47:50
21    BY MR. FERRALL:
22    Q  Sure.
23        For the software that -- strike that.
24        For the gateway TIP software that you
25    worked on while you were employed at Stanford, was    15:48:02

Page 133

Pages 130 to 133

1  interface, and it would -- as a packet that was      16:12:12
2  being sent -- sent out that interface, it could
3  either be permitted or denied going through that
4  interface.
5       Those were the two original uses of the      16:12:29
6  "access list" command expression.
7       Q  Do you believe that you coined the term
8  "access list"?
9       A  It was my choice to use that description.
10      Q  Well, I'm asking you if you coined that      16:12:56
11 term, or had you ever heard that term before in the
12 context of networking?
13      MR. NEUKOM:  Objection.  Vague, compound,
14 asked and answered.
15      THE WITNESS:  I do not believe that I had      16:13:13
16 heard the term before.
17 BY MR. FERRALL:
18      Q  Had you heard the term "IP access group"
19 before?
20      A  Yes.                                        16:13:25
21      Q  Who coined that term, to your knowledge,
22 do you know?
23      A  I did.
24      Q  Under what circumstances?  Or for what
25 purpose, I should say?                               16:13:39

Page 142

1       A  I don't remember the exact details, but it   16:13:52
2  is -- either assigns an access list to an interface
3  or -- I think it assigns an interface to a -- an
4  access list to an interface.  I believe it's access
5  class or something like that that assigns it to an   16:14:07
6  interface or to a line number.
7       Q  The term "domain name" is not a term that
8  you made up, is it?
9       A  No, I didn't make -- I -- no, I did not.
10      Q  "Domain name" is a term that goes back to   16:15:38
11 the ARPANET, actually.  Are you aware of that?
12      MR. NEUKOM:  Objection.  Foundation.
13      THE WITNESS:  I would be unsurprised if it
14 went back that far.
15      Are you referring to ARPANET protocols or      16:16:02
16 ARPANET network?
17 BY MR. FERRALL:
18      Q  The ARPANET network.
19      A  I believe the concept was introduced while
20 the ARPANET network was still running.                16:16:15
21      Q  What about the words "domain lookup"?  Did
22 you coin that term "domain lookup"?
23      MR. NEUKOM:  Objection.  Vague.
24      THE WITNESS:  It's a parallel construction
25 to terms like "address lookup" or "host lookup" or   16:16:52

Page 143

1  the like, or "database lookup" or                    16:16:59
2  BY MR. FERRALL:
3       Q  Did you coin the term "domain lookup"?
4       A  I decided to use that as a command
5  expression within the software, yes               16:17:21
6       Q  I'll ask the question one more time.  I'm
7  asking you if you coined the term "domain lookup."
8       MR. NEUKOM:  Objection.  Asked and
9  answered and vague.
10      THE WITNESS:  I did not                        16:17:43
11 BY MR. FERRALL:
12      Q  Do you know who did?
13      A  No idea
14      Q  When was -- to your knowledge, when was
15 the term "routing" ever used in conjunction with the  16:18:41
16 Internet protocol?
17      MR. NEUKOM:  Objection  Vague and
18 foundation
19      THE WITNESS:  I don't know when the term
20 "routing" was used                                   16:19:05
21 BY MR. FERRALL:
22      Q  Were people in the field talking about
23 routing in connection with IP before you joined
24 Cisco?
25      MR. NEUKOM:  Objection  Vague, compound      16:19:24

Page 144

1       THE WITNESS:  Yes                              16:19:27
2  BY MR. FERRALL:
3       Q  Tell me what, if anything, was creative
4  about your decision to use the term "IP routing" as
5  a CLI command.                                       16:19:51
6       MR. NEUKOM:  Objection  Calls for opinion
7  testimony
8       THE WITNESS:  At Stanford where we had
9  terminal servers and gateways in the same software,
10 there were times when it was convenient -- just      16:20:26
11 because something had multiple interfaces, it could
12 still perhaps be a terminal server  So I decided a
13 way of turning off, disabling routing functionality
14      And I used the command -- I chose the
15 keyword -- configuration keyword command expression   16:21:07
16 "routing "  Then "no routing" would turn off routing
17 functionality in whatever software was running at
18 the time despite its hardware configuration
19      And then later on at Cisco, to keep the --
20 keep the form of the hierarchy of commands, we added   16:21:35
21 the -- we added our choice of -- we added "IP" in
22 front of it because you could potentially turn off
23 other sorts of routing, or at least that was the --
24 that was the -- that was a possibility for other
25 network protocols                                    16:22:02

Page 145

Pages 142 to 145

**Veritext Legal Solutions**
**866 299-5127**

BY MR. FERRALL:                                    17:55:19

Q   Mr. Lougheed, this is a document that
appears to be your work, according to the copyright
notice on the front.

Do you see that?                                   17:55:29

A   Yes, I see that.

Q   Okay.  Do you know when -- do you
recognize it?

A   Yes, I do.

Q   What is it?                                    17:55:36

A   It's a file called "globs.h."  It is
declaring a set of variables that are used in the
software.

Q   And when did you compose what's
Exhibit 42?                                         17:56:02

A   Is there a question?

Q   Yes.  I asked when did you compose
Exhibit 42?

A   Apparently June of 1985.

Q   And you were employed by Stanford at that     17:56:28
time, right?

A   Correct.

Q   We had talked earlier about the ARP,
address resolution protocol.

Do you remember that?                              17:56:57

Page 178

A   Yes.                                           17:56:58

Q   Okay.

A   I remember you asked questions about that.

Q   Are you familiar with there being a
provision for time-outs in the ARP protocol?       17:57:15

MR. NEUKOM:  Objection.  Vague and
compound.

THE WITNESS:  There is the -- ARP entries
can become stale.  If you unplug the computer or you
move the computer somewhere else or you replace the  17:57:43
network interface, entries will become stale.
Implementing a time-out is a way of making sure the
cache isn't stale.

BY MR. FERRALL:

Q   Are you aware of there being a provision      17:58:10
for time-outs in the RFC for ARP?

MR. NEUKOM:  Objection.  Vague and
compound, asked and answered.

THE WITNESS:  I'm not -- I don't remember
such language right now.                            17:58:38

BY MR. FERRALL:

Q   Did you create the term "distance BGP"?

A   Yes.

Q   How did you come up with that term?

A   The Cisco IOS started supporting multiple     17:59:11

Page 179

interior routing protocols.  And customer networks,  17:59:19
especially in the early days when they were attached
to the -- they had campus networks running one
routing protocol, they'd be attached to the NSFNET
backbone as well running a different routing         17:59:39
protocol.

And since routing protocols would give
incommensurate metrics, metrics that could not be
compared, I developed a concept of distance that
says if one routing protocol says it knows a route   18:00:08
to one destination and another routing protocol says
it knows a route to that same destination, which --
the routing protocol with the smallest
administrative distance would be the one that would
be entered into the routing table.                   18:00:24

And so that was the problem, and my
solution was the administrative distance mechanism
that I described.

And when I implemented BGP, that was a
natural extension to include for BGP as well to be   18:00:49
able to configure an administrative distance to
determine the believability of BGP.

If no routing protocol -- if only one
routing protocol knew the destination, you would
believe that.  If there are two or more,             18:01:10

Page 180

administrative distance was the tie-breaker.         18:01:16

Q   Sorry.  I'm going to jump back to ARP.
There's a term you use associated with
ARP, "ARP cache."  We talked about that earlier in
looking at one of the "clear" commands, right?       18:01:52

Where did the term "ARP cache" come from?

A   The cache is a -- logically a list of
items.  An ARP cache would be a list of ARP requests
that have been satisfied, including their MAC
addresses and how long since the last time we'd seen 18:02:37
a -- the router had seen an ARP request go by for
that particular source address.

That sort of computer science concept of a
cache is found all over.

Q   One of the commands that is indicated that    18:03:14
you authored is the command "boot system."

Had you ever heard someone use the words
"boot system" together before you joined Cisco?

MR. NEUKOM:  Objection.  Vague.

THE WITNESS:  I had heard phrases like      18:03:45
"boot the system up," "reboot the system," "reload
the system," "start the system," "restart the
system."

(Exhibit 43 was marked for identification
and is attached hereto.)                            16:48:10

Page 181

Pages 178 to 181

1    Q  How did you choose the term -- the words    18:13:39
2    "timers basic" for this function?
3        A  I don't remember where "basic" came from.
4    But using the keyword "timers" was my -- was my
5    introduction, was my creation.    18:14:00
6        MR. NEUKOM:  Counsel, I believe we're now
7    beyond seven hours.
8        MR. FERRALL:  Okay.  Well, I -- given
9    Mr. Lougheed's tenure at Cisco, I thank him for his
10   time, but I will say I think we deserve some more    18:14:22
11   time with him.
12        But I understand seven hours is up and
13   you're going to say enough is enough for today I
14   take it; is that right?
15        MR. NEUKOM:  Certainly for today for the    18:14:31
16   sake of the witness.  And we will respectfully
17   disagree with the idea that counsel needs more than
18   seven hours --
19        MR. FERRALL:  Okay.
20        MR. NEUKOM:  -- needs more than today.    18:14:41
21   But we can discuss that for another day.
22        In the meantime, I should note for the
23   record the witness reserves the right to review the
24   transcript and make corrections.
25        Brian, I'm not sure I did that for    18:14:51

Page 186

1    Mr. Tjong.  If you're okay with it, I'd like to just    18:14:53
2    do a stipulation across the case that both sides
3    have the 30-day review and errata right for all
4    transcripts regardless whether counsel puts it on
5    the record at the depo as a two-way street.    18:15:04
6        MR. FERRALL:  That's fine.  I thought it
7    existed as a matter of procedure anyway.  So that's
8    fine.
9        MR. NEUKOM:  I hope you're right, but glad
10   to have the stipulation, even if it's unnecessary.    18:15:17
11        MR. FERRALL:  Okay.
12        MR. NEUKOM:  Thanks very much.
13        THE VIDEO OPERATOR:  This concludes
14   today's videotaped deposition of Mr. Kirk Lougheed.
15   We're off the record at 6:15 p.m.  Thank you.    18:15:25
16        (TIME NOTED:  6:15 p.m.)
17        --o0o--
18
19
20
21
22
23
24
25

Page 187

8        I, KIRK LOUGHEED, do hereby declare under
9    penalty of perjury that I have read the foregoing
10   transcript; that I have made any corrections as
11   appear noted, in ink, initialed by me, or attached
12   hereto; that my testimony as contained herein, as
13   corrected, is true and correct.
14        EXECUTED this _____ day of _____,
15   2015, at _____, _____.
16        (City)        (State)
17
18
19        _____
20        KIRK LOUGHEED
21
22
23
24
25

Page 188

1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4        That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12        Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16        I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19        IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 11/25/2015
23
24        <%signature%>
25        CARLA SOARES

Page 189

Pages 186 to 189

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

CISCO SYSTEMS, INC.      Case No.: 5:14-cv-05344-BLF(PSG)

5

6                Plaintiff,

     v.

7

ARISTA NETWORKS, INC.

8

9                Defendants.
_____

10

11

12

13      * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14        VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

15              Palo Alto, California

16             Monday, April 4, 2016

17                  Volume 2

18

19

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CSR No. 11451

24   Job No.: 2285024

25   PAGES 190 - 399

                                      Page 190

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          UNITED STATES DISTRICT COURT
 2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3          SAN JOSE DIVISION
 4
     CISCO SYSTEMS, INC    Case No : 5:14-cv-05344-BLF(PSG)
 5
          Plaintiff,
 6
       v
 7
     ARISTA NETWORKS, INC
 8
          Defendants
 9    _____
10
11
12
13
14    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17    VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, Volume 2,
18  taken on behalf of Defendant, at 601 California Avenue,
19  Palo Alto, California, beginning at 9:25 a m  and ending
20  at 4:37 p m , on Monday, April 4, 2016, before
21  LESLIE JOHNSON, Certified Shorthand Reporter No  11451
22
23
24
25
                                          Page 191
```

```
 1                 I N D E X
 2
 3  WITNESS                    EXAMINATION
 4  KIRK LOUGHEED
    Volume 2
 5
 6    BY MR. WONG                    197
 7
 8          EXHIBITS
 9          KIRK LOUGHEED
10  NUMBER        DESCRIPTION         PAGE
11  Exhibit 452  Copy of name badge; 1 page      198
12  Exhibit 453  Black and white copy of photograph;  198
                 1 page
13
      Exhibit 454  Patent Agreement; Bates stamped   208
14      KL-00000872 to 891
15  Exhibit 455  A Multiple Protocol Kernel for      228
       Local Area Network Software
16       Development Reference Manual; Bates
         stamped KL-00000001 to 93
17
      Exhibit 456  Document entitled "Chaosnet"; Bates   238
18      stamped KL-00000186 to 250
19  Exhibit 457  Document entitled "Debugging      241
       Information"; Bates stamped
20       KL-00000564-654
21  Exhibit 458  DECnet Digital Network Architecture   244
       (Phase V); Bates stamped
22       KL-00000251 to 380
23  Exhibit 459  E-mail from Stanford Low Overhead    252
       Timesharing; Bates stamped
24       KL-00001699 to 763
25
                                          Page 193
```

```
 1  APPEARANCES:
 2
 3  FOR PLAINTIFF CISCO SYSTEMS, INC.:
 4    QUINN EMANUEL URQUHART & SULLIVAN LLP
 5    BY: JOHN (JAY) NEUKOM, ESQ.
 6    50 California Street, 22nd Floor
 7    San Francisco, California  94111
 8    (415)875-6600
 9    johnneukom@quinnemanuel.com
10  FOR DEFENDANT ARISTA NETWORKS, INC.:
11    KEKER & VAN NEST LLP
12    BY: RYAN WONG, ESQ.
13    633 Battery Street
14    San Francisco, California  94111
15    (415)391-5400
16    rwong@kvn.com
17  ALSO PRESENT:
18    SEAN GRANT, Videographer
19
20
21
22
23
24
25
                                          Page 192
```

```
 1          EXHIBITS (Cont )
 2          KIRK LOUGHEED
 3  NUMBER        DESCRIPTION         PAGE
 4  Exhibit 460  E-mail dated 10-Jan-83 from Barb    260
       at ISL to Computer Committee; Bates
 5       stamped KL-00000868 to 871
 6  Exhibit 461  Stanford Ethertip/Gateway User and   263
       Configuration Guide; Bates stamped
 7       CSI-CLI-01315367 to 97
 8  Exhibit 462  Letter dated August 21, 1986 from    281
       Robert L  Street to Len Bosack;
 9       Bates stamped CSI-CLI-01839502
         to 504
10
      Exhibit 463  E-mail dated 4/3/2006 from Kirk    298
11      Lougheed to Vivian Neou; Bates
         stamped CSI-CLI-01124245
12
      Exhibit 464  Cisco's Amended Exhibit F; 44 pages   302
13
      Exhibit 465  Software Unit External Functional    310
14       Specification; Bates stamped
         CSI-CLI-00608751 to 752
15
      Exhibit 466  ipsupport c -- miscellaneous IP     328
16       support code; 20 pages
17  Exhibit 467  Document entitled "Part 3: Media    332
       Access Control (MAC) Bridges";
18       Bates stamped ARISTADCA00032440
         to 812
19
      Exhibit 468  Contents of "tip" directory; 1 page   348
20
      Exhibit 469  Command1 c -- ASM/AGS commands;    355
21       Bates stamped KL-SC-00000001 to 9
22  Exhibit 470  Config c -- parse and act upon    358
       configuration commands; Bates
23       stamped KL-SC-00000010 to 20
24  Exhibit 471  Exec c -- ASM/AGS command level;    365
       Bates stamped KL-SC-00000021 to 32
25
                                          Page 194
```

2 (Pages 191 - 194)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          EXHIBITS (Cont.)
2             KIRK LOUGHEED
3  NUMBER        DESCRIPTION            PAGE
4  Exhibit 472  "cisco.c" source code; 1 page      371
5  Exhibit 473  "stanford.c" source code; 1 page   371
6  Exhibit 474  Source code; Bates stamped         375
              KL-SC-00000033 to 41
7
   Exhibit 475  Source code; Bates stamped         375
8             KL-SC-00000042 to 52
9  Exhibit 476  Cisco Systems ASM/AGS User Manual  383
              and Configuration Guide; Bates
10            stamped CSI-CLI-00358622 to 54
11                  * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 195

1          THE VIDEOGRAPHER:  Thank you.  Will the
2  certified court reporter please swear in the
3  witness.
4
5             KIRK LOUGHEED,
6  having been administered an oath, was examined and
7          testified as follows:
8
9          EXAMINATION (RESUMED)
10 BY MR. WONG:
11  Q.  Good morning, Mr. Lougheed.
12  A.  Good morning.
13  Q.  Mr. Lougheed, do you understand that this
14 is a continuation of your personal deposition that
15 was taken back on November 20th, 2015?
16  A.  I do.
17  Q.  And do you understand that you are still
18 testifying under oath as if you were testifying at
19 trial?
20  A.  I do.
21  Q.  And is there any reason why you cannot
22 give full and truthful testimony today?
23  A.  There is no reason.
24  Q.  And are you generally still familiar with
25 the ground rules for a deposition?
                                        Page 197

1     Palo Alto, California, Monday, April 4, 2016
2             9:25 a.m.
3
4     THE VIDEOGRAPHER:  Good morning.  We're on
5  the record.  The time is 9:25 a.m., and the date is
6  April 4th, 2016.  This begins Volume 2 of the
7  videotaped deposition of Mr. Kirk Lougheed.  My name
8  is Sean Grant, here with our court reporter, Leslie
9  Johnson.  We're here from Veritext Legal Solutions
10 at the request of counsel for Defendant.  This
11 deposition is being held at Wilson Sonsini in Palo
12 Alto, California.  The caption of this case is
13 "Cisco Systems Inc. versus Arista Networks Inc.,"
14 Case No. 5:14-cv-05344-BLF.
15    Please note that audio and video recording
16 will take place unless all parties have agreed to go
17 off the record.  Microphones are sensitive and may
18 pick up whispers, private conversations or cellular
19 interference.
20    At this time, will counsel please identify
21 themselves and state whom they represent.
22    MR. WONG:  Ryan Wong from Keker & Van Nest
23 for Defendant Arista Networks.
24    MR. NEUKOM:  John Neukom for the plaintiff
25 and also today for the witness.
                                        Page 196

1  A.  Yes.
2  Q.  Okay.  Well, I'll just repeat some of the
3  more important rules.  If you need to take a break
4  at any time, just let me know.  And all I'd ask is
5  that if there is a question pending, that you answer
6  it before we go on the break.  Okay?
7  A.  (Witness nods head.)
8     MR. WONG:  Why don't we mark this as the
9  first exhibit for today.
10    (Exhibit 452 marked for identification.)
11    MR. WONG:  And we will mark this one as
12 the next exhibit.
13    (Exhibit 453 marked for identification.)
14    MR. NEUKOM:  Ryan, I have two separate
15 pieces of paper.  Are you treating these as two
16 separate exhibits?
17    MR. WONG:  Yes.  I'm going to give them
18 two exhibit numbers and read them into the record in
19 just a second.
20    The court reporter has marked as
21 Exhibit 452 a photocopy -- photo bearing Bates Nos.
22 KL-00002202.  The court reporter has also marked as
23 Exhibit 453, a black and white photo with Bates Nos.
24 KL-00002201.
25 ////
                                        Page 198

3 (Pages 195 - 198)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   A type of computer manufactured by the
2  Digital Equipment Corporation.
3    Q.   And Digital Equipment Corporation is also
4  known as DEC, right?
5    A.   Correct.
6    Q.   And did you work with these DEC VAX
7  super-minicomputers while an employee at Stanford?
8    A.   One of the -- actually, at least two of
9  the systems programmers were the ones that were
10  primarily responsible for making sure that those
11  systems ran properly.
12    Q.   Was Mr. Satz one of those systems
13  programmers that --
14    A.   Yes.
15    Q.   -- worked with the VAX system?
16    A.   Yes.
17    Q.   Is the answer the same for the VAX-11/750
18  super-minicomputers?
19    A.   Yes.
20    Q.   Did those VAX machines have a command-line
21  interface?
22        MR. NEUKOM:  Objection.  Vague.
23  BY MR. WONG:
24    Q.   Did the VAX-11/780 systems have a
25  command-line interface?

Page 223

1    Q.   And the first full sentence of that bullet
2  point says, "Supervised a computer science
3  department electronics design engineer in the
4  hardware debugging of a DEC-20 to ethernet
5  interface."
6        The next sentence says, "I also wrote the
7  interface's control microcode, the hardware
8  diagnostics, and the operating system support for
9  the device."
10        Do you see that?
11    A.   I do.
12    Q.   Is that referring to the EtherTIP
13  software?
14    A.   No.
15    Q.   What is that referring to?
16    A.   That's referring to the Massbus-Ethernet
17  Interface Subsystem.
18    Q.   And that's also reflected with the acronym
19  MEIS, correct?
20    A.   Yes.
21    Q.   Did Cisco use any of the software for the
22  MEIS?
23    A.   No.
24    Q.   Can you go to the page ending with Bates
25  No. 888 in Exhibit 454.

Page 225

1        MR. NEUKOM:  Objection.  Vague.
2        THE WITNESS:  Yes.
3  BY MR. WONG:
4    Q.   Were you familiar with how the VAX
5  command-line interface operated?
6    A.   VAX is the name of a piece of hardware
7  that would run an operating system.
8    Q.   Thank you.
9        What is the operating system that the VAX
10  hardware ran?
11    A.   At Stanford there were two possibilities,
12  something called VAX VMS, and there was also
13  Berkeley UNIX.
14    Q.   Is Berkeley UNIX the same as BSD?
15    A.   Yes.
16    Q.   Were you familiar with the VAX VMS
17  command-line interface?
18    A.   No.
19    Q.   Were you familiar with the Berkeley UNIX
20  command-line interface?
21    A.   Yes.
22    Q.   The last bullet point on the page ending
23  in 886 of Exhibit 454, do you see that?  It starts
24  with "Supervised a computer science department."
25    A.   Yes, I see that paragraph.

Page 224

1    A.   Uh-huh.  Yes.  I'm on that page.
2    Q.   The first bullet point, or I guess the
3  only bullet point on this page starts with "Acted as
4  Stanford contact."
5        Do you see that?
6    A.   Yes, I see that paragraph.
7    Q.   Is it true that you acted as Stanford
8  contact with DEC for field testing of two new
9  releases of the DEC-20 operating system?
10    A.   Let me finish the paragraph so I can
11  establish context.
12    Q.   Sure.  Please take your time.
13    A.   Okay.  I've read the paragraph.  Your
14  question is?
15    Q.   Is it true you that you acted as the
16  Stanford contact with Digital Equipment Corporation
17  for field testing two new releases of the DEC-20
18  operating system?
19    A.   Yes.
20    Q.   Is the DEC 20 operating system the same
21  thing as the TOPS-20 operating system?
22    A.   Yes.
23    Q.   Further down on this same page ending with
24  control numbers 888 on Exhibit 454, there's a
25  section called "Special Skills Knowledge or Training

Page 226

10 (Pages 223 - 226)

1 Required Including Tools or Equipment Used."
2     Do you see that?
3     A.  I see that.
4     Q.  And one sentence underneath that heading
5 says "Familiarity with the hardware and protocols
6 used in local area networks in (ethernet) and
7 long-haul national networks (ARPANET)."
8     Do you see that?
9     A.  I see that sentence.
10     Q.  Did I read that correctly?
11     A.  You did.
12     Q.  What protocols were you familiar with as
13 of May 6th, 1985 that were used in local area
14 networks?
15     A.  There -- ethernet, even in 1985 had many,
16 many protocols.  You could run PUP or Park Universal
17 Packet.  You could run PCPIP.  You could run XNS.
18 You could run -- by that time, pretty much any
19 network protocol would run on an ethernet.
20     Q.  Was address resolution protocol a protocol
21 that was used in local area networks?
22     A.  On ethernets, yes.
23     Q.  You can put that document aside.
24     MR. WONG:  Let's mark this one as
25 Exhibit 455, please.

Page 227

1     (Exhibit 455 marked for identification.)
2 BY MR. WONG:
3     Q.  The court reporter has marked as
4 Exhibit 455 a document bearing control numbers KL
5 00000001 to 93.
6     Mr. Lougheed, do you recognize the
7 document marked as Exhibit 455?
8     A.  I recognize what it is.  I don't believe I
9 have read it before.
10     Q.  Okay.  You say you recognize what it is.
11 What is the document marked as Exhibit 455?
12     A.  It appears to be a reference manual for
13 Bill Yaeger's software that he developed under the
14 SUMEX project.
15     Q.  And this was produced from your personal
16 files, correct, Exhibit 455?
17     A.  Yes.
18     Q.  Why did you have the document marked as
19 Exhibit 455 in your personal files?
20     A.  It seemed to me to be of -- whenever I
21 obtained it, it seemed to me to be of at least
22 historical interest.
23     Q.  Would you have obtained the document
24 marked as Exhibit 455 before you left Stanford in
25 July of 1986?

Page 228

1     MR. NEUKOM:  Objection.  The question is
2 phrased in the hypothetical.
3     MR. WONG:  Let me rephrase the question so
4 it's not hypothetical.
5 BY MR. WONG:
6     Q.  Did you obtain the document marked as
7 Exhibit 455 before you left Stanford in July of
8 1986?
9     A.  I believe so.
10     Q.  Do you remember if you obtained the
11 document marked as Exhibit 455 directly from
12 Mr. Yaeger?
13     A.  I have no memory of now I actually
14 obtained this document.
15     Q.  Were documents -- strike that.
16     Was the document marked as Exhibit 455
17 available for you to get, besides going directly
18 through Mr. Yaeger?
19     MR. NEUKOM:  Objection.  Vague.
20     THE WITNESS:  I don't have a memory of how
21 I actually obtained it.  I -- these -- such
22 documents were certainly easily obtainable at
23 Stanford University.
24 BY MR. WONG:
25     Q.  When you say such documents like

Page 229

1 Exhibit 455 were easily obtainable at Stanford
2 University, how were these documents easily
3 obtainable?
4     A.  It was a community where -- it was a
5 research community where research reports, if you
6 wanted them, you could -- you could ask around for
7 them.
8     Q.  Now, you said you weren't sure if you had
9 read the document marked as Exhibit 455, correct?
10     A.  I have no --
11     MR. NEUKOM:  Objection.  Misstates prior
12 testimony.
13     THE WITNESS:  I have no memory of reading
14 this before.  I may have.  I may not have.  I have
15 no memory.
16 BY MR. WONG:
17     Q.  Were you familiar with the functionality
18 of the SUMEX software that Mr. Yaeger wrote while at
19 Stanford?
20     A.  Yes.
21     Q.  Were you familiar with how the command
22 parser worked in the SUMEX software that Mr. Yaeger
23 wrote?
24     A.  At one point I certainly was.
25     Q.  Were you familiar with how the command

Page 230

11 (Pages 227 - 230)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.  And was Exhibit 456 a document that was in
2  your personal files?
3    A.  Yes, it was.
4    Q.  Okay.  And why did you have this CHAOS net
5  document marked as Exhibit 456 in your personal
6  files?
7    A.  Because in 1987, at the request of some
8  customers, we added CHAOS net to the Cisco router
9  software.  A consultant named Eric Weaver actually
10  did the -- I believe it was Eric Weaver did the
11  actual implementation in the Cisco software.  He was
12  a contractor for us.
13    Q.  Okay.  So your possession of the document
14  marked as Exhibit 456 was in connection with work
15  that Cisco did with respect to CHAOS net?
16    A.  Correct.  I suspect this was the document
17  I handed him to say I want this in the router.
18    Q.  Did you ever read the document marked as
19  Exhibit 456 before you handed it to Mr. Weaver?
20    A.  I may have.
21    Q.  Can you turn to page 17 of Exhibit 456.
22  The control number at the bottom ends in 206.  Let
23  me know when you're there, please.
24    A.  Okay.  I'm on page -- page 17 of the CHAOS
25  net document.

Page 239

1    Q.  And the first -- strike that.  At the top
2  of this page ending in control numbers 206 of
3  Exhibit 456, it says "3.8 Flow and Error Control."
4      Do you see that?
5    A.  Yes.
6    Q.  Do you understand what flow control is,
7  Mr. Lougheed?
8    A.  In a general sense.
9    Q.  Can you please explain to me what flow
10  control means in a general sense.
11    A.  How you put packets onto the network and
12  what speed, rate that you -- and under what
13  conditions you put the packets onto the network.
14  That's my general understanding.  I'm not sure --
15  every protocol has its own nuances, so -- and I have
16  not read the rest of this page, so . . .
17    Q.  Understood.
18      When you say every protocol has its own
19  nuances, do you mean that every protocol has its own
20  nuances for flow control?
21    A.  Pretty much.
22    Q.  When was -- strike that.
23      Do you know when the term "flow control"
24  was first used in the networking industry?
25    A.  No.

Page 240

1    Q.  Did you come up with the term "flow
2  control"?
3    A.  No.  You're doing a bit of random word
4  matching.
5    Q.  Yes.  Random questioning is definitely my
6  style.
7      You can set that document aside.
8      MR. WONG:  Let's mark this one as the next
9  exhibit, please.
10      (Exhibit 457 marked for identification.)
11  BY MR. WONG:
12    Q.  The court reporter has marked as
13  Exhibit 457 a document bearing control numbers
14  KL-00000564 to 654.
15      And Mr. Lougheed, take your time to look
16  at Exhibit 457.  But my question to you is, do you
17  recognize the document marked as Exhibit 457?
18    A.  There is no title to this document, other
19  than Chapter 1.  It appears to be -- have to do with
20  DEC-20 hardware.  So I don't -- I do not recognize
21  where this document came from.
22    Q.  Okay.  I'll represent to you that this
23  document was produced to us without a cover page.
24  So this is -- this is the document that was produced
25  to us.

Page 241

1      Do you have any doubt that this document
2  was in your personal files that you handed over to
3  Cisco's counsel?
4    A.  I don't doubt that.
5    Q.  Do you know when you came into possession
6  of the document marked as Exhibit 457?
7    A.  Probably while I was working at Stanford,
8  if this indeed came from the contents of the boxes
9  in my garage.
10    Q.  Mr. Lougheed, did you give the documents
11  that were in your garage to your counsel after the
12  first deposition took place?
13    A.  There were -- yes.
14    Q.  Was there anything else besides documents
15  that were stored in your garage that you provided to
16  your counsel after the first deposition of you?
17  Anything besides paper documents that you found in
18  your garage?  Did you provide any other documents to
19  your counsel after your first deposition?
20    A.  Just paper documents.
21    Q.  Did you have -- strike that.
22      While you were working at Stanford and
23  before you left to join Cisco in July of 1986, did
24  you have TOPS-20 user manuals in your possession?
25      MR. NEUKOM:  Objection.  Vague.

Page 242

14 (Pages 239 - 242)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   Yes.
2    Q.   Do you know when a spanning tree is?
3    A.   Yes, I do.
4    Q.   What is a spanning tree?
5    A.   A spanning tree is a --
6         MR. NEUKOM:  Objection.  Calls for
7  opinion.
8         THE WITNESS:  It's a graph imposed on the
9  network to ensure that packets that are being
10 bridged do not get into loops as they are being
11 transmitted by bridges.
12 BY MR. WONG:
13   Q.   And is that the function that is served by
14 a spanning tree?
15        MR. NEUKOM:  Objection.  Calls for opinion
16 testimony, and the question is phrased in the
17 hypothetical or abstract.
18 BY MR. WONG:
19   Q.   Let me ask the question differently,
20 Mr. Lougheed.
21        What is the function served by a spanning
22 tree?
23        MR. NEUKOM:  Same objections.
24        THE WITNESS:  The spanning tree is
25 essentially a data structure -- in effect is a data

Page 251

1  structure that allows bridges and other things that
2  forward at the MAC layer -- it tells them which
3  ports they should not forward packets on.
4  BY MR. WONG:
5    Q.   When did first hear of the term "spanning
6  tree"?
7    A.   During my -- during Cisco.  Probably late
8  '80s.
9    Q.   You can set that document aside.
10        MR. WONG:  Let's have that marked as the
11 next exhibit, please.
12        (Exhibit 459 marked for identification.)
13 BY MR. WONG:
14   Q.   The court reporter has marked as
15 Exhibit 459 a document bearing control numbers
16 KL-00001699 to 1763.
17        Mr. Lougheed, please take a moment to look
18 at Exhibit 459 and let me know -- well, and my first
19 question to you will be, do you recognize
20 Exhibit 459?
21   A.   Yes.
22   Q.   And what is Exhibit 459?
23   A.   It's a computer listing of my e-mail while
24 I was working at the Stanford low overhead
25 time-sharing.

Page 252

1    Q.   And the Stanford low overhead
2  time-sharing, is that also -- does that also use the
3  acronym LOTS?
4    A.   Yes.
5    Q.   If you turn to the first page of
6  Exhibit 459, the Bates number ends in 1700.  Let me
7  know when you're there.
8    A.   Okay.
9    Q.   There is a -- I guess this is an e-mail at
10 the top of the page ending in Bates Nos. 1700,
11 correct?  Is that an e-mail at the top of the page
12 ending in Bates No. 1700?
13   A.   Yeah.
14   Q.   And there's a CC there to b.bombadil?  Do
15 you see that?
16   A.   Right.
17   Q.   Is that your e-mail address?
18   A.   That was my -- that was my user ID at the
19 LOTS computer facility.
20   Q.   Okay.  So where "b.bombadil" appears in
21 Exhibit 459, that is your user ID, correct?
22   A.   Correct.
23   Q.   What does the "B" stand for for the
24 b.bombadil?
25   A.   So in the -- in 1976, when they set up the

Page 253

1  student computing facility, they needed to support
2  several thousand users, and the operating system had
3  a limitation that it could only support some number
4  smaller than the total number of students.  So what
5  they did was they created top level directories A
6  through Z, and then the dot indicates that there is
7  a subdirectory or, you know, a subuser of that.  So
8  everybody's user ID had the initial letter, dot
9  username.
10   Q.   Understood.  I was wondering why it wasn't
11 T. Bombadil.  But I'm assuming the Bombidel refers
12 to --
13   A.   The Tolkien character.
14   Q.   Yes.
15        THE REPORTER:  To what character?
16        THE WITNESS:  Tolkien.  As in Lord of the
17 Rings.  Or actually, as in the Hobbit.  No.
18 Actually, it's Lord of the Rings.
19 BY MR. WONG:
20   Q.   I think it's Lord of the Rings.
21   A.   What can I say?  I was an undergraduate.
22 I was stuck with that same username.
23   Q.   I would have chosen Radagast.
24        Are you aware of the e-mail alias at Cisco
25 called Clueless@Cisco.com?

Page 254

17 (Pages 251 - 254)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. WONG:
2    Q.  Can access lists be associated with
3 different routing protocols?
4    A.  Yes.
5        MR. NEUKOM:  Objection.  Calls for opinion
6 testimony.
7 BY MR. WONG:
8    Q.  Yes, right?
9    A.  We have implemented such in the past.
10   Q.  What other routing protocols have -- for
11 what -- strike that.
12       For what other routing protocols have you
13 implemented access lists?
14   A.  I'll have to think carefully about this.
15 XNS, Banyan VINES, I believe.  I'd have to go refer
16 to the Cisco documentation, but I know that we did
17 have access lists for a number of network protocols.
18       MR. WONG:  Just for the court reporter's
19 knowledge, did you say Banyan VINES?
20       THE WITNESS:  Banyan VINES.  B-A-N-Y-A-N,
21 and then VINES, as in --
22       MR. NEUKOM:  Red vines.
23       THE WITNESS:  As in red vines.  Okay.
24 BY MR. WONG:
25   Q.  As in a banyan tree?

Page 315

1    Q.  When you added the "ip access-group"
2 command, did you consider using a different term
3 other than "IP"?
4    A.  I do not recall whether we had switched
5 everything to the IP's hierarchy then.  I'd have to
6 refer to the documentation to see whether or not we
7 actually had an IP hierarchy or whether we assumed
8 everything was IP.
9    Q.  I understand.  If there had been an IP
10 hierarchy already implemented at the time you added
11 the "ip access-group" command would you have
12 considered any other term besides "IP" in the "ip
13 access-group" command?
14       MR. NEUKOM:  Objection.  Calls for
15 speculation, and the question poses a hypothetical.
16       THE WITNESS:  I could have perhaps
17 inverted the hierarchy.  I'm sorry.  The question is
18 again?
19 BY MR. WONG:
20   Q.  You testified that you weren't sure
21 whether or not there had been an IP hierarchy
22 implemented at the time you added this "ip
23 access-group" command?
24   A.  Right.
25   Q.  Assuming you checked and there was already

Page 317

1    A.  A banyan tree.
2    Q.  So the "IP" word in the "ip access-group"
3 command is meant to indicate that the access groups
4 are for the IP protocol, correct?
5    A.  It is an indication that that command
6 applies to the IP -- into the IP hierarchy of the
7 interface command.
8    Q.  So if you were implementing access groups
9 for the XNS protocol, it would be "XNS
10 access-group," right?
11   A.  Yes.
12   Q.  Have you had -- strike that.
13       Did you come up with the term "access
14 group" in 1989?
15   A.  That was the command expression I chose.
16   Q.  Well, was it the first -- had you heard of
17 the term "access group" at the time that you added
18 this command to the Cisco IOS?
19   A.  No, I hadn't.  I had previously
20 implemented an "access class" command associated --
21 for associating an access list with a terminal line.
22 And I needed something to associate it with an
23 interface.  And I was -- I just needed something
24 different.  And that was the best I could come up
25 with that day.

Page 316

1 an IP hierarchy in existence when you added the "ip
2 access-group" command, would you have changed the
3 first word to be anything other than "IP"?
4    A.  Given that I had made the -- made the
5 choice of "IP" as the keyword indicating Internet
6 protocol-related stuff, I would have felt
7 constrained to use that as the leading keyword.
8 Otherwise, it would be a seemingly asymmetric
9 construction in the hierarchy.
10   Q.  How long did it take you to come up with
11 the ""ip access-group"" command syntax?
12   A.  Not very long.  All I needed was some sort
13 of keyword that had "access" in it and something
14 after it to distinguish it between class and list.
15 And as I said earlier, that was the best I could
16 come up with that day.  I wasn't necessarily
17 terribly happy about it.  It was not a terribly
18 descriptive command, as far as I was concerned.
19   Q.  When you say "not very long," are you
20 talking about a matter of minutes?
21   A.  Yep.
22   Q.  How long -- did you write the source code
23 for the "ip access-group" command?
24   A.  For the original, yes.
25   Q.  How long did it take you to write the

Page 318

33 (Pages 315 - 318)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  source code for the original "ip access-group"
2  command?
3      A.  So writing it for that command would have
4  been part of writing the entire functionality of
5  putting access lists onto interfaces, I guess on the
6  order of a day.
7      Q.  If you turn to page 20 on Exhibit 464.
8  Let me know when you're there.
9      A.  Okay.  I'm on page 20.
10     Q.  The second to the top command is
11 "mac-address."
12         Do you see that?
13     A.  Uh-huh.
14     Q.  Are you the originator of the
15 "mac-address" command?
16     A.  Yes.
17     Q.  How do you know that you're the originator
18 of the "mac-address" command?
19     A.  I remember the problem that I was solving
20 that I needed that sort of functionality.
21     Q.  What was the problem that you were trying
22 to solve by the "mac-address" command?
23     A.  I needed to send packets on a serial line
24 that actually -- which a serial line does not have
25 MAC addresses, but I needed to somehow get a MAC

Page 319

1      But to your knowledge, MAC is an
2  industry-standard term defined either on OSI or the
3  IEEE?
4         MR. NEUKOM:  Objection.  Vague.  Calls for
5  opinion.
6  BY MR. WONG:
7      Q.  Correct?
8      A.  I believe at least IEEE has used the term
9  "MAC address."
10     Q.  And at the time that you added the
11 "mac-address" command to Cisco IOS, had the IEEE, to
12 your knowledge, already started using the term "MAC
13 address"?
14     A.  Yes.
15     Q.  How long did it take you -- strike that.
16        How long did it take you to come up with
17 the syntax for the "mac-address" command?
18     A.  I don't remember how long.  I suspect it
19 was less than a day.
20     Q.  Why do you say that?
21     A.  I tend to make decisions quickly.
22     Q.  How long did it take you to write the
23 source code for the functionality associated with
24 the "mac-address" command?
25     A.  It was probably the same day.

Page 321

1  address associated with that particular serial line.
2      Q.  Was that related to a client request?
3      A.  Yes.  I don't remember the exact customer
4  or the details to it.
5      Q.  Do you remember if the customer suggested
6  you calling the command "mac-address"?
7      A.  I don't remember if the customer suggested
8  anything in that particular -- in that particular
9  instance.
10     Q.  And is the function of the "mac-address"
11 command to associate a MAC address with a particular
12 serial line?
13     A.  It could be a serial line.  It could be
14 actually any interface.  It would depend what
15 protocols are running across the interface as to
16 what it would do.
17     Q.  And what is -- strike that.
18        The MAC part of the words "mac-address,"
19 that refers to media access control, correct?
20     A.  Yes.
21     Q.  And we talked about that media access
22 control being a layer defined by OSI, correct?
23     A.  I think we were wondering whether it was
24 OSI or IEEE.
25     Q.  Thank you.

Page 320

1      Q.  Did you ever consider a command syntax
2  without the hyphen between "mac" and "address"?
3      A.  Stylistically, I prefer dashes as opposed
4  to cramming the words together.  I like commands
5  that have an English-like flavor to them.  And I
6  detest periods in commands and underscores.  So this
7  was . . .
8      Q.  Did you ever consider two -- let me strike
9  that.
10        Do you know what a token is in the context
11 of a command?
12     A.  Yes.
13     Q.  Did you ever consider a command syntax of
14 "mac address"?
15     A.  I don't recall if I did.
16     Q.  What impact would it have, if any, on the
17 user if -- strike that.
18        Would the CLI behave differently if the
19 command was "mac address," as opposed to
20 "mac-address"?
21        MR. NEUKOM:  Objection.  Hypothetical
22 question.
23        THE WITNESS:  Well, it behaves differently
24 in that instead of one token, there's two tokens.
25 So there would be that.

Page 322

34 (Pages 319 - 322)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 but for different protocols, then it was a very easy
2 generalization.
3    Q.   So a matter of minutes?
4    A.   Once the decision had been made to do
5 that, yes.
6    Q.   What do you think is creative about the
7 command "show ip route"?
8        MR. NEUKOM:  Objection.  Calls for opinion
9 and legal conclusion.
10        THE WITNESS:  So for the "route" command,
11 I originally needed some way of saying -- what I
12 needed was a way of indicating to the software that
13 if I had a packet destined for a particular network,
14 which is the first argument, that I send it to a
15 particular IP address, which is the IP address of a
16 router.  And one of those list of network and router
17 pairs may actually be the default, if I didn't find
18 a network mentioned anywhere and couldn't figure out
19 what to do with it.  Otherwise, send it to this
20 particular router or gateway.  Those are the pieces
21 of information that I needed, and I just -- I chose
22 the name "route."  And "IP route" came along
23 afterwards.
24 BY MR. WONG:
25    Q.   Are you the originator of the "show

Page 331

1 spanning-tree" command?
2    A.   Yes, I am.
3    Q.   What is a spanning tree?
4    A.   My testimony earlier in the day addresses
5 that question.
6    Q.   So thank you.
7        And your explanation of what is a spanning
8 tree earlier in today's deposition would be the same
9 for my question regarding the "show spanning-tree"
10 command; is that correct?
11    A.   Right.
12    Q.   And what functionality does the "show
13 spanning-tree" command perform?
14    A.   It displayed global parameters having to
15 do with the spanning tree and interface-specific
16 parameters having to do with the spanning tree on
17 the box.
18    Q.   And the term "spanning tree," you didn't
19 come up with that, right, Mr. Lougheed?
20    A.   No, I didn't.
21    Q.   The term "spanning tree" is used in
22 ANSI/IEEE standards, correct?
23    A.   Yes.  To my knowledge.
24        (Exhibit 467 marked for identification.)
25 ////

Page 332

1 BY MR. WONG:
2    Q.   The court reporter has marked Exhibit 467,
3 a document bearing control numbers
4 ARISTANDCA00032440 to 32812.
5        And my only question for you,
6 Mr. Lougheed, on this document marked as Exhibit 467
7 is, is this one of the ANSI/IEEE standards that
8 defines a spanning tree?
9        MR. NEUKOM:  Objection.  Vague.  Also
10 calls for opinion testimony.  And to the extent that
11 you can find a way to answer this question insofar
12 as the task is an assessment of a document which is
13 double-sided, still over an inch thick, and appears
14 to have --
15        THE WITNESS:  10-point font.
16        MR. NEUKOM:  And appears to have about 350
17 pages.  And that's right, size 6 font, size 8 font.
18 It's an unreasonable question on its face.
19 BY MR. WONG:
20    Q.   Let me ask it this way, Mr. Lougheed.
21        At the top of page 467, top right, you see
22 it says "1998 edition," right?
23    A.   Yes.
24    Q.   Have you seen IEEE/ANSI standards before?
25    A.   Yes.

Page 333

1    Q.   From the first page of Exhibit 467, do you
2 have any reason to doubt that this is an IEEE
3 standard?
4        MR. NEUKOM:  Objection.  Vague.  Calls for
5 opinion testimony.  And lack of foundation.
6        THE WITNESS:  I'm willing to accept the
7 assertion that it's an IEEE standard.
8 BY MR. WONG:
9    Q.   Had you ever reviewed the ANSI/IEEE
10 standard 802.1D 1998 edition?
11    A.   I have never reviewed the 1998 edition of
12 IEEE 802.1D.
13    Q.   Have you ever reviewed any other editions
14 of 802.1D?
15    A.   A much earlier version.
16    Q.   In that much earlier -- you can set that
17 down, Mr. Lougheed.
18        In that earlier version of 802.1D, do you
19 recall whether the standard used the term "spanning
20 tree"?
21        MR. NEUKOM:  Objection.  Vague.  I'm
22 pretty sure if that document uses the word
23 "standard" the way the document before uses the word
24 "standard," the document presupposes a
25 mischaracterization of the document.

Page 334

37 (Pages 331 - 334)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. WONG:
2   Q.  Please answer.
3   A.  What's your question again?
4   Q.  Sure.  In the earlier version of the
5 802.1D standard that you have reviewed -- strike
6 that.
7       You just testified that you had reviewed
8 an earlier version of the 802.1D standard earlier
9 than the 1998 edition, right?
10  A.  Right.
11  Q.  And do you recall approximately what year
12 that version of the 802.1D standard was?
13  A.  Not the year.  The year I would have
14 reviewed something like that would have been '87 or
15 '88.
16  Q.  And in your review of that version of the
17 802.1D standard that you would have reviewed in 1987
18 or '88, do you recall whether the word "spanning
19 tree" existed in that document?
20  A.  No, I don't recall if that word appeared
21 there.
22  Q.  But when you came up with the "show
23 spanning-tree" command for Cisco IOS, had you heard
24 of the term "spanning tree" before that?
25  A.  Yes, I had.

Page 335

1   Q.  And why did you choose to put a hyphen
2 between the words "spanning" and "tree"?
3   A.  Because I like English phrases and I like
4 separating them with dashes.
5   Q.  Why did you --
6   A.  And I saw -- go ahead.
7   Q.  No, no.  I interrupted you, Mr. Lougheed.
8 Go ahead.
9   A.  And I had no concept or no belief at the
10 time that I would need to turn that into a
11 hierarchy.
12  Q.  And when you say -- refer to a need to
13 turn it into a hierarchy, are you referring to the
14 option of using a space instead of a hyphen in
15 between the word "spanning" and "tree"?
16  A.  Yes.
17  Q.  How long did it take for you to come up
18 with the command "show spanning-tree," the syntax?
19  A.  The syntax?  Once I had the protocol
20 working, wouldn't have been very long.
21  Q.  Matter of minutes?
22  A.  Less than a day.
23  Q.  Do you think the command "show
24 spanning-tree" is creative?
25  A.  I don't understand.

Page 336

1       MR. NEUKOM:  Objection.  Calls for opinion
2 testimony.
3       THE WITNESS:  I don't understand what you
4 mean by the word "creative."
5 BY MR. WONG:
6   Q.  Do you believe that it took any degree of
7 creativity to come up with the command "show
8 spanning-tree"?
9       MR. NEUKOM:  Same objection.  Calls for
10 opinion testimony.  Also calls for a legal
11 conclusion.
12      But notwithstanding my objections, you
13 should still try to answer these questions to the
14 best of your ability.
15      THE WITNESS:  And the question is?
16 BY MR. WONG:
17  Q.  Do you believe that it took any creativity
18 to come up with the command "show spanning-tree"?
19  A.  I do believe that it shows a degree of
20 creativity.
21  Q.  And describe -- go ahead.
22  A.  I mean --
23  Q.  Were you done with your answer?
24  A.  Yes.
25  Q.  And what is creative about the command

Page 337

1 "show spanning-tree"?
2       MR. NEUKOM:  Objection.  Calls for a legal
3 conclusion and calls for opinion testimony.
4       THE WITNESS:  And I just -- I'm not sure
5 what the hell you mean by "creative."
6 BY MR. WONG:
7   Q.  Have you -- do you know what the word
8 "creative" means?
9       What do you understand the word "creative"
10 to mean?  The question is, what do you understand
11 the word "creative" to mean?
12      MR. NEUKOM:  Objection to form.
13      THE WITNESS:  It's the ability to create
14 things.  And I was creating a command expression to
15 monitor a piece of complex software.
16      What do you mean by "creative"?
17 BY MR. WONG:
18  Q.  I'm going to use your definition of
19 creative here, Mr. Lougheed.  Under your definition
20 of "creative," what's creative about the "show
21 spanning-tree" command?
22      MR. NEUKOM:  Objection.  Calls for opinion
23 testimony and calls for a legal conclusion.
24      THE WITNESS:  Writing any piece of
25 software involves some degree of creativity.  It may

Page 338

38 (Pages 335 - 338)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   And actually, if you look on that same
2  page, page 42 of Exhibit 464, the command right
3  above it is "timers basic (RIP)."
4       Do you see that?
5    A.   Uh-huh.
6    Q.   And you are also the originator of that
7  command, correct?
8    A.   Yes.
9    Q.   And the date of earliest known document
10 for that command is September 14th, 1989.
11      Do you see that?
12   A.   Uh-huh.
13   Q.   Is that -- strike that.
14      Did you work on different "timers"
15 commands at the -- roughly the same time period for
16 Cisco IOS?
17      MR. NEUKOM:  Objection.  Vague and
18 compound.
19 BY MR. WONG:
20   Q.   Let me ask specifically, actually, about
21 these.
22      Did you work on the "timers basic" command
23 and the "timers bgp" command at the same time?
24   A.   I don't know if it was the same time, but
25 it was certainly in the late '80s.

Page 343

1    Q.   Were there already commands in Cisco IOS
2  at the time you added the "timers bgp" command where
3  the first token was the word "timers"?
4    A.   Yes.
5    Q.   What existing commands were present in
6  Cisco IOS that started with the first token of
7  "timers" when you added the "timers bgp" command?
8    A.   They were all -- they were all subcommands
9  of the "routing" protocol command.  They were --
10 that was the only -- the only domain that was -- the
11 "timers" command at that time was for routing --
12 adjusting timers for routing protocols.
13   Q.   And just so I can understand, when you say
14 they were all subcommands of the "routing-protocol"
15 command, what is the "routing-protocol" command?
16   A.   These days, it would be the "router"
17 command.  And the "router" command -- it's a command
18 mode where you say "router," then the name on the
19 routing protocol, like "IGRP" or "RIP" or "BGP."
20 And then you would -- on subsequent lines, you would
21 give command expressions that would tweak stuff that
22 is specific to that particular protocol.
23   Q.   So was the "timers bgp" command a
24 subcommand of the "routing-protocol" command?
25   A.   Yes.

Page 344

1    Q.   Do you have to --
2    A.   It's either "routing-protocol" or
3  "router."  The command form changed in that time
4  frame.  But it's the same -- it's the same concept.
5    Q.   So just so I understand, Mr. Lougheed,
6  before a user at the command-line interface types in
7  "timers bgp" as a command, before that, the user has
8  to type in a routing protocol command?
9    A.   Right.  For example, "router bgp,"
10 "timers" plus the number, and then you would say,
11 you know, "bgp timers" or timers bgp."
12   Q.   Got it.
13      And BGP refers to border gateway protocol,
14 correct?
15   A.   Yes.
16   Q.   And we discussed border gateway protocol
17 during your first deposition.  Remember that?
18   A.   That correct.
19   Q.   And as the 1989, BGP was already in IETF
20 industry standards, correct?
21   A.   No.
22   Q.   At what stage was -- strike that.
23      Today BGP is specified in IETF industry
24 standards, correct?
25   A.   It is described in an RFC that is a

Page 345

1  standard -- what the IETF calls a standard, yes.
2    Q.   So as of the time that the timers BGP
3  proto- -- strike that.
4       At the time that the timers BGP command
5  was added to Cisco IOS, at what stage was the BGP
6  standardization process in the IETF, to your
7  knowledge.
8    A.   Yakov Rekhter and I came up with the very
9  first version of BGP in January of 1989, wrote an
10 RFC describing it.  And there were other
11 implementations that were starting to pop up after
12 we did the first couple of RFCs.  I don't
13 remember -- Yakov Rekhter was the person who handled
14 the standards process within the IETF.
15   Q.   Do you remember the RFC number of the
16 first BGP RFC?
17   A.   I believe it was 1105.
18   Q.   I think you're right.
19      The source code relating to the Cisco fork
20 of the EE-CF software that was provided to counsel
21 in this case, you testified earlier that it had
22 different -- it had copies of source code other than
23 the Cisco fork.  Do you remember that testimony?
24   A.   Could you refresh me as to what the
25 question was you asked and what I answered?

Page 346

40 (Pages 343 - 346)

1 Mr. Lougheed.
2      Now, those two sentences that you read
3 from the Stanford Ethertip User Guide marked as
4 Exhibit 36 and the Cisco Systems ASM/AGS User Manual
5 marked as Exhibit 476 are exactly the same, correct?
6      A.  Yes. I wrote both sentences.
7      Q.  And so Cisco copied those two sentences
8 from the Stanford guide marked as Exhibit 36 and put
9 them into the Cisco guide marked as Exhibit 476,
10 correct?
11      MR. NEUKOM:  Objection.  Asked and
12 answered a couple times now.
13      MR. WONG:  I'm asking about those two
14 particular sentences.
15      MR. NEUKOM:  Yeah.  And before you asked a
16 blanket question and you didn't like his answer,
17 which I thought was a pretty darn good one.  So you
18 decided to just keep him in the room --
19      MR. WONG:  Counsel.
20      MR. NEUKOM:  Look, you responded to my
21 objection.  You wanted to engage me.  So I'll
22 explain my objection.  If you don't want me piping
23 up, that's fine.  Just let me make objections for
24 the record.
25      Now you're asking him the exact same

Page 395

1      MR. WONG:  I think it's our understanding
2 that all witnesses can have 30 days or something.
3      MR. NEUKOM:  By stipulation.
4      MR. WONG:  Great.
5      THE VIDEOGRAPHER:  This concludes today's
6 videotaped deposition of Mr. Kirk Lougheed.  We're
7 off the record at 4:37 p.m.
8      (TIME NOTED:  4:37 P.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 397

1 question after having had the fourth employee of
2 Cisco, Mr. Lougheed, who is now here at almost 5:00
3 reading aloud from documents.  And you asked him the
4 same question again to see if you can get a
5 different answer.  So go for it.  This is starting
6 to feel increasingly not very respectful of this
7 witness's time.
8 BY MR. WONG:
9      Q.  Do you want me to read the question again?
10 I'll read the question again.
11      A.  That would be fine.
12      Q.  Cisco copied those two sentences that you
13 just read aloud into the record for its user manual
14 marked as Exhibit 476 from the Stanford user manual
15 marked as Exhibit 36, correct?
16      A.  I wrote both manuals.
17      MR. WONG:  I have no further questions.
18      THE VIDEOGRAPHER:  This concludes today's
19 videotaped deposition of Mr. Kirk --
20      MR. NEUKOM:  Oh, I'm sorry to interrupt.
21      On behalf of Mr. Lougheed, he reserves the
22 right to review an errata of the transcript.  I
23 don't know, Ryan, if we've been doing this by
24 stipulation for all witnesses, even if it's not put
25 on the record.

Page 396

1      DECLARATION UNDER PENALTY OF PERJURY
2
3      I, KIRK LOUGHEED, the witness herein,
4 declare under penalty of perjury that I have read the
5 foregoing in its entirety; and that the testimony
6 contained therein, as corrected by me, is a true and
7 accurate transcription of my testimony elicited at said
8 time and place.
9
10   Executed this _____ day of _____ 2016, at
11 _____, _____.
12   (City)          (State)
13
14
15
16
17      _____
18          KIRK LOUGHEED
19
20
21
22
23
24
25

Page 398

53 (Pages 395 - 398)

```
 1        REPORTER'S CERTIFICATION
 2       I, Leslie Johnson, a Certified Shorthand
 3  Reporter of the State of California, do hereby certify:
 4       That the foregoing proceedings were taken
 5  before me at the time and place herein set forth; that
 6  any witnesses in the foregoing proceedings, prior to
 7  testifying, were administered an oath; that a record of
 8  the proceedings was made by me using machine shorthand
 9  which was thereafter transcribed under my direction;
10  that the foregoing transcript is a true record of the
11  testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially interested in
17  the action nor a relative or employee of any attorney or
18  any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated: April 19, 2016
22
23       Leslie Johnson
24       LESLIE JOHNSON
25       CSR No. 11451, RPR, CCRR
                              Page 399
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

5    CISCO SYSTEMS, INC.,          )

6              Plaintiff,          )

7         vs.                      )Civil Action No.:

8    ARISTA NETWORKS, INC.,        )5:14-cv-05344-BLF(PSG)

9              Defendant.          )

10   _____)

11

12                    CONFIDENTIAL

13

14        VIDEOTAPED DEPOSITION OF DEVADAS PATIL

15              Palo Alto, California

16            Sunday, February 21, 2016

17                    Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER, CSR No. 6948

23   Job No. 2223126

24

25   PAGES 1 - 234

                                        Page 1

CONFIDENTIAL

| | |
|---|---|
| 1     UNITED STATES DISTRICT COURT | 1            INDEX |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

CISCO SYSTEMS, INC ,     )

    Plaintiff,     )

  vs       )Civil Action No :

ARISTA NETWORKS, INC ,     )5:14-cv-05344-BLF(PSG)

    Defendant    )

_____)

VIDEOTAPED DEPOSITION OF DEVADAS PATIL, VOLUME 1,

taken on behalf of the Defendant, at Wilson Sonsini

Goodrich & Rosati, 650 Page Mill Road, Palo Alto,

California, beginning at 9:25 a m and ending at

3:44 p m, on Sunday, February 21, 2016, before

RACHEL FERRIER, Certified Shorthand Reporter No 6948

Page 2

---

INDEX

WITNESS              EXAMINATION

DEVADAS PATIL

VOLUME 1

    BY MR. RYAN         8, 121

    BY MR. CANNON     217

 

 

INSTRUCTION NOT TO ANSWER

    Page   Line

    13    2

Page 4

---

APPEARANCES:

For Plaintiff:

    KEKER & VAN NEST LLP

    BY: RYAN WONG

    Attorney at Law

    633 Battery Street

    San Francisco, CA 94111

    415.773.6682

    rwong@kvn.com

For Defendant:

    QUINN EMANUEL URQUHART & SULLIVAN, LLP

    BY: MATTHEW D. CANNON

    Attorney at Law

    50 California Street, 22nd Floor

    San Francisco, CA 94111

    415.875.6412

    matthewcannon@quinnemanuel.com

Videographer:

    SOSEH KEVORKIAN

Page 3

---

EXHIBITS

NUMBER         DESCRIPTION        PAGE

Exhibit 310  Subpoena to Testify at a
    Deposition in a Civil
    Action to Devadas Patil     21

Exhibit 311  Letter dated 2/19/16 to
    Devadas Patil from Sean Park   22

Exhibit 312  Resume for Devadas Patil   29

Exhibit 313  Resume for Devadas Patil
    (Bates CSI-CLI-01611242 -
    01611243)        49

Exhibit 314  "Business Development Trends and
    Analysis for the Data Networking
    Market" by Devadas Patil   107

Exhibit 315  IEEE 802.1AB Standard for
    local and metropolitan
    area networks
    (Bates ARISTANDCA00017907
    - 18078)       117

Exhibit 316  Spreadsheet entitled
    "Corrected Information
    Regarding Cisco Command
    Expression Associated
    with Devadas Patil"   121

Exhibit 317  LLDP on Cisco IOS Software
    Functional Specification
    (Bates CSI-CLI-01507526
    - 01507544)    134

Page 5

2 (Pages 2 - 5)

EXHIBITS

NUMBER          DESCRIPTION                PAGE

Exhibit 318  Parser-Police Manifest,
             Version 5
             (Bates CSI-CLI-00358164)        165
Exhibit 319  E-mail dated 10/10/07
             from Devadas Patil
             (Bates CSI-CLI-00836482)        176
Exhibit 320  E-mail chain dated 8/10/06
             from Devadas Patil
             (Bates CSI-CLI-00817320
             - 817321)                       180
Exhibit 321  E-mail chain dated 8/21/06
             from Devadas Patil
             (Bates CSI-CLI-0817660)         183
Exhibit 322  Cisco IOS Carrier Ethernet
             Command Reference
             (Bates CSI-CLI-00291752
             - 292238)                       191
Exhibit 323  E-mail chain dated 1/5/06
             from Devadas Patil
             (Bates CSI-CLI-00810826
             - 810828)                       208
Exhibit 324  E-mail chain dated 2/1/06
             from Devadas Patil
             (Bates CSI-CLI-00811125
             - 811128)                       212

Page 6

---

1 Palo Alto, California; Sunday, February 21, 2016

2         9:25 a m

3

4 THE VIDEOGRAPHER:  Good morning        09:25AM

5 THE WITNESS:  Morning                  09:25AM

6 THE VIDEOGRAPHER:  We are on the record at    09:25AM

7 9:25 a m on February 21st, 2016

8 This is the video-recorded deposition of Devadas    09:25AM

9 Patil                                  09:25AM

10 My name is Soseh Kevorkian, here with our Court    09:25AM

11 Reporter, Rachel Ferrier  We are here on behalf of    09:25AM

12 Defendants at 650 Page Mill Road in Palo Alto    09:25AM

13 The caption of this case is Cisco Systems,    09:25AM

14 Incorporated, versus Arista Networks, Incorporated, Case    09:25AM

15 No  5:14-cv-05344- BLF(PSG)            09:25AM

16 Please note that audio and video recording will    09:25AM

17 take place unless all parties agree to go off the    09:26AM

18 record                                 09:26AM

19 Microphones are sensitive  They pick up    09:26AM

20 whispers, private conversations, and all cellular    09:26AM

21 interference                           09:26AM

22 At this time, would counsel and all present    09:26AM

23 please identify themselves for the record    09:26AM

24 MR WONG:  Ryan Wong from Keker & Van Nest for    09:26AM

25 Defendant Arista Networks            09:26AM

Page 7

---

1 MR CANNON:  Matthew Cannon from Quinn, Emanuel    09:26AM

2 on behalf of Plaintiff Cisco and the witness    09:26AM

3 THE VIDEOGRAPHER:  Thank you        09:26AM

4         DEVADAS PATIL,               09:26AM

5 having been administered an oath, was examined and    09:26AM

6 testified as follows:                  09:26AM

7         EXAMINATION                  09:26AM

8 BY MR  WONG:                           09:26AM

9 Q  Good morning                       09:26AM

10 A  Morning                            09:26AM

11 Q  Please state your full name for the record    09:26AM

12 A  Devadas Patil                      09:26AM

13 Q  And, Mr  Patil, what is your home address?    09:26AM

14 A  3137 Kittery Avenue in San Ramon, California    09:26AM

15 94583                                 09:26AM

16 Q  And who is your current employer, Mr  Patil?    09:26AM

17 A  GE Digital                         09:27AM

18 Q  Do you have a work e-mail address for GE Digital?    09:27AM

19 A  I do                               09:27AM

20 Q  Could you please state it for the record    09:27AM

21 A  It is devadas patil@ge com             09:27AM

22 Q  Do you have any personal e-mail addresses that    09:27AM

23 you use, Mr  Patil?                    09:27AM

24 A  I do                               09:27AM

25 Q  Could you please state those for the record    09:27AM

Page 8

---

1 A  Dpatil44@hotmail.com.              09:27AM

2 Q  Anything else?                     09:27AM

3 A  That's the only one I do use.        09:27AM

4 Q  Okay.  And you current -- or, excuse me, strike    09:27AM

5 that.                                 09:27AM

6 You previously worked for Cisco; correct?    09:27AM

7 A  That's correct.                    09:27AM

8 Q  Did you have an e-mail address when you were    09:27AM

9 employed at Cisco?                     09:27AM

10 A  Yes.                               09:27AM

11 Q  And what was that e-mail address while you were    09:27AM

12 employed at Cisco?                     09:27AM

13 A  If I recall from five years ago, it's    09:27AM

14 dpatil@cisco.com, I think.             09:27AM

15 Q  Okay.  Mr. Patil, are you being represented by    09:28AM

16 counsel at this deposition?            09:28AM

17 A  Yes.                               09:28AM

18 Q  Okay.  And who's representing you at this    09:28AM

19 deposition?                           09:28AM

20 A  Matt Cannon.                       09:28AM

21 Q  Mr. Cannon --                      09:28AM

22 A  Mr. Cannon --                      09:28AM

23 Q  -- to your left?                   09:28AM

24 A  Correct.                           09:28AM

25 Q  Have you ever been deposed before, Mr. Patil?    09:28AM

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

BY MR. WONG:                                    11:09AM

2   Q  Can you describe for me, just so I can      11:09AM

3  understand, at what -- what are the various stages, in   11:09AM

4  your mind, are a part of the development of the LLDP   11:09AM

5  features at Cisco?                              11:09AM

6   A  Back then, we were following what is probably   11:09AM

7  known as waterfall model, and it was a classic waterfall   11:10AM

8  experience, in a sense, that there was market analysis,   11:10AM

9  slash, requirements gathering.  Then there was   11:10AM

10  architecture, and then there was design, and then there   11:10AM

11  was implementation, and then there was testing, in each   11:10AM

12  of the phases that I mentioned earlier.         11:10AM

13   Q  So the first phase of the three phases you   11:10AM

14  mentioned earlier was the discovery aspect, as you   11:10AM

15  called it, of implementing LLDP; correct?        11:10AM

16   A  Yes.                                        11:10AM

17   Q  So the first stage of implementing Phase 1 --   11:10AM

18  strike that.                                    11:10AM

19      So when I say "Phase 1 of the LLDP project," do   11:10AM

20  you understand that I'm referring to the discovery   11:11AM

21  aspect of that project?                         11:11AM

22   A  I do.                                       11:11AM

23   Q  Now, for Phase 1 of the LLDP project, did the   11:11AM

24  list of stages you just described apply to that phase?   11:11AM

25   A  Yes.                                        11:11AM

Page 70

---

1   Q  So the market analysis and requirements phase   11:11AM

2  is -- strike that.                              11:11AM

3      So the market analysis and requirement stage is   11:11AM

4  the first stage in the multistage process for Phase 1 of   11:11AM

5  the LLDP project?                               11:11AM

6   A  That's correct                               11:11AM

7   Q  Is there anything that precedes the market   11:11AM

8  analysis portion -- strike that                  11:11AM

9      Is there anything that precedes the market   11:11AM

10  analysis stage as part of this multistage process you   11:11AM

11  described?                                      11:11AM

12   A  No                                          11:11AM

13   Q  So the first thing you did when you were working   11:11AM

14  on Phase 1 of the LLDP project was to perform a market   11:11AM

15  analysis to see what other vendors were doing; is that   11:11AM

16  correct?                                        11:11AM

17      MR CANNON:  Objection; vague, mischaracterizes   11:11AM

18  the witness's prior testimony                    11:12AM

19      THE WITNESS:  No  No  It -- it -- that's not   11:12AM

20  accurate                                        11:12AM

21  BY MR WONG:                                     11:12AM

22   Q  What is inaccurate about what I just asked you?   11:12AM

23   A  I didn't do it as a requirement  I did it as   11:12AM

24  aside effect in the sense that this whole protocol was   11:12AM

25  very -- was brand new and I needed someone to -- to   11:12AM

Page 71

---

1  exchange information with and exchange ideas with, and   11:12AM

2  so as part of that, I worked with pro- -- product   11:12AM

3  managers, and I did my own research to see who else is   11:12AM

4  active -- actively working on this technology and what   11:12AM

5  platforms they are targeting, what markets they are   11:12AM

6  going after, etc , and what -- ultimately, what our   11:13AM

7  requirements for Phase 1 are                    11:13AM

8   Q  You mentioned, as some of the vendors that you   11:13AM

9  looked at, the HP ProCurve; is that right?       11:13AM

10   A  That's right                                11:13AM

11   Q  You also mentioned Nortel?                    11:13AM

12   A  Yes                                         11:13AM

13   Q  What equipment of Nortel's did you look at as   11:13AM

14  part of this market analysis stage for Phase 1?   11:13AM

15   A  I looked at their ability to -- I was sort of   11:13AM

16  thinking ahead in that I looked at their platforms that   11:13AM

17  support the endpoints, such as desk -- desk phones, and   11:14AM

18  see how -- see what Nortel does to discover desk phones   11:14AM

19  and service them                                11:14AM

20      I looked at -- so that -- and later on, of   11:14AM

21  course, in Phase 3, I was looking at exactly what Nortel   11:14AM

22  is doing to support locations                   11:14AM

23   Q  So let's just stick with what you did for   11:14AM

24  Phase 1                                         11:14AM

25   A  Yes  Yes                                    11:14AM

Page 72

---

1   Q  Did you do anything else with respect to Nortel   11:14AM

2  equipment with respect to the market analysis portion of   11:14AM

3  Phase 1?                                        11:14AM

4   A  I read -- I might have read some white papers to   11:14AM

5  see, you know, how -- how endpoint-to-infrastructure   11:14AM

6  discovery happens in a -- in a typical Nortel   11:14AM

7  deployment, but that's about all for Phase 1     11:14AM

8   Q  And why were you looking at that aspect of   11:14AM

9  Nortel's business in connection with Phase 1 of the LLDP   11:15AM

10  project                                         11:15AM

11   A  Primarily to understand the market landscape, to   11:15AM

12  see who -- who is -- who is doing this and how they are   11:15AM

13  doing it now and what -- what they have planned for this   11:15AM

14  new technology coming in in the form of LLDP and how we   11:15AM

15  are going at it, just an understanding of that   11:15AM

16   Q  And you did a similar analysis for the HP   11:15AM

17  ProCurve; is that correct?                      11:15AM

18   A  No                                          11:15AM

19   Q  What did you do for the HP ProCurve -- actually,   11:15AM

20  strike  Let me re-ask -- let me rephrase the question   11:15AM

21      What did you look at as part of the market   11:15AM

22  analysis stage of Phase 1 when you were looking at the   11:15AM

23  HP ProCurve?                                    11:15AM

24   A  My interaction with the HP ProCurve was, of   11:16AM

25  course, to -- to read about their product, what feature   11:16AM

Page 73

19 (Pages 70 - 73)

CONFIDENTIAL

1 sets they have on that particular product, and I recall  11:16AM

2 that my interaction with HP ProCurve was more technical  11:16AM

3 in the sense that I actively exchanged LLDP concept --  11:16AM

4 concepts with people representing HP ProCurve in -- in  11:16AM

5 the standards in -- in the -- in the IETF standards  11:16AM

6   Q  What LLDP concepts did you discuss with your  11:16AM

7 contact at HP during the market analysis stage of  11:16AM

8 Phase 1?  11:16AM

9   A  During the market analysis, not -- not -- nothing  11:16AM

10 significant with HP ProCurve, I would say  11:16AM

11   Q  How about just during any stages of Phase 1; what  11:17AM

12 type of LLDP concepts did you discuss with your  11:17AM

13 colleagues at HP ProCurve?  11:17AM

14   A  I recall having discussed some of the topics in  11:17AM

15 the standard that were not immediately clear, and I  11:17AM

16 discussed the language in there to be certain that it  11:17AM

17 means a -- means a certain entity in our implementation  11:17AM

18 and how it maps to in their implementation, etc  11:17AM

19   Q  Were these conver- -- strike that  11:17AM

20     Were these communications by phone?  11:17AM

21   A  Mainly through e-mail  11:17AM

22   Q  And were you using your Cisco e-mail account for  11:17AM

23 those communications?  11:17AM

24   A  Yes  11:17AM

25   Q  You don't have any copies of those e-mail  11:18AM

Page 74

1 communications that you might have had with HP ProCurve,  11:18AM

2 do you?  11:18AM

3   A  No  No  11:18AM

4   Q  You mentioned that you were discussing with HP  11:18AM

5 ProCurve topics relating to IETF standards?  11:18AM

6   A  The LLDP standard  11:18AM

7   Q  Is the IETF the standard-setting body for LLDP?  11:18AM

8   A  I've not been in touch with LLDP for a few years  11:18AM

9 now, but my recollection is LLDP originated -- I don't  11:18AM

10 know whether it's LLDP or LLDP-MED -- outside of IETF  11:18AM

11 first, and then two organizations have to -- have to  11:18AM

12 come together to actually ratify the standard, but I  11:18AM

13 know that IETF had a big -- IEEE -- IEEE and IETF had a  11:18AM

14 big role in it  11:18AM

15   Q  Did you discuss any implementation-related issues  11:19AM

16 with the colleagues at HP ProCurve with respect to  11:19AM

17 Phase 1 of the LLDP project?  11:19AM

18     MR CANNON: Objection; vague, asked and  11:19AM

19 answered  11:19AM

20     THE WITNESS: Yes  11:19AM

21 BY MR  WONG:  11:19AM

22   Q  What aspects of the actual implementation of LLDP  11:19AM

23 did you discuss with the HP ProCurve engineers?  11:19AM

24     MR  CANNON: Objection; vague  11:19AM

25 BY MR  WONG:  11:19AM

Page 75

1   Q  And this is specific to Phase 1 of the LLDP  11:19AM

2 project?  11:19AM

3     MR. CANNON:  Same objection.  11:19AM

4     THE WITNESS:  Yes.  I recall discussing how  11:19AM

5 sub-interfaces are handled.  I recall that for sure.  I  11:19AM

6 also recall several other discussions about some of the  11:19AM

7 fields in the TLV data that we send in LLDP.  11:20AM

8 BY MR. WONG:  11:20AM

9   Q  What is TLV?  11:20AM

10   A  It's an acronym for type, length, and value.  11:20AM

11   Q  Did you come up with that acronym?  11:20AM

12   A  No.  11:20AM

13   Q  Do you know who came up with that acronym?  11:20AM

14   A  It is widely used in the standard.  11:20AM

15   Q  When you say "widely used in the standard," are  11:20AM

16 you referring to the LLDP standard?  11:20AM

17   A  That's correct.  11:20AM

18   Q  Did you also speak with -- strike that.  11:20AM

19     What type of market analysis did you do with  11:20AM

20 respect to Ericsson in Phase 1 of the LLDP project?  11:20AM

21   A  Not much.  I must have -- I was -- I was under  11:20AM

22 time pressure to finish Phase 1 on -- in -- in a timely  11:21AM

23 manner, and, basically, I was looking at other people  11:21AM

24 actively involved in -- in actual development of this  11:21AM

25 product.  And as a side effect of that, I was reading  11:21AM

Page 76

1 white papers as fast as I could to see what other  11:21AM

2 network vendors are involved in this area; discovery  11:21AM

3 area, servicing, endpoint, etc , in general, and I must  11:21AM

4 have done some research on Ericsson as well  11:21AM

5   Q  Okay  So you didn't speak to anybody at Ericsson  11:21AM

6 who was working on LLDP?  11:21AM

7   A  No  11:21AM

8   Q  What about Juniper; what was your -- strike that  11:21AM

9     What type of market analysis did you do for  11:21AM

10 Phase 1 of the LLDP project with respect to Juniper?  11:21AM

11   A  None  11:21AM

12   Q  Okay  Aside from HP ProCurve, Nortel, and  11:21AM

13 Ericsson, were there any other third-party vendors that  11:22AM

14 you investigated as part of the market analysis stage of  11:22AM

15 Phase 1 of the LLDP project?  11:22AM

16   A  Yes  11:22AM

17   Q  What are those other vendors?  11:22AM

18   A  Mitel, Avaya, Polycom  11:22AM

19   Q  Any other vendors?  11:22AM

20   A  Yes, but I can't recall their names at this time  11:22AM

21   Q  You mentioned that you actively communicated with  11:22AM

22 somebody from HP ProCurve; correct?  11:22AM

23   A  Yes  11:22AM

24   Q  Were there any other people that you actively  11:22AM

25 communicated with while working on Phase 1 of the LLDP  11:22AM

Page 77

20 (Pages 74 - 77)

Page 78

```
1 project at Cisco?                          11:22AM
2      MR. CANNON:  Objection; vague.        11:22AM
3      THE WITNESS:  Yes.                    11:22AM
4 BY MR. WONG:                               11:22AM
5   Q   Who else were you working with when you were   11:22AM
6 working on Phase 1 of the LLDP project at Cisco?     11:23AM
7   A   You mean external to Cisco?          11:23AM
8   Q   External to Cisco, yes.              11:23AM
9   A   I must have sent some e-mails clarifying some of  11:23AM
10 the language in the standard, and I don't recall the   11:23AM
11 actual people that responded to me from the standards  11:23AM
12 e-mail areas, but I would say a few e-mails with people  11:23AM
13 other than HP ProCurve that were part of the standards  11:23AM
14 body, and, of course, HP ProCurve people were also in  11:23AM
15 the standards body.                       11:23AM
16   Q   And when you are referring to "the standards,"   11:23AM
17 are you referring to the IEEE?            11:23AM
18   A   Yes.                               11:23AM
19   Q   Are you an IEEE member, Mr. Patil?   11:23AM
20   A   I am, but I'm not very active.       11:23AM
21   Q   How long have you been a member of the IEEE?   11:23AM
22   A   I don't know whether my membership has actually  11:24AM
23 expired, but I started very early in the '90s.   11:24AM
24   Q   And were you involved in the standard-setting   11:24AM
25 process for LLDP?                         11:24AM
```

Page 79

```
1   A   No                                 11:24AM
2   Q   Why was it important for you to find other people  11:24AM
3 to talk with you while you were working on Phase 1 of the LLDP  11:24AM
4 project?                                  11:24AM
5   A   To make the right architectural and design  11:24AM
6 decisions so that we don't have to tear down a lot of  11:24AM
7 stuff later, post-implementation, post-testing, and  11:24AM
8 that's the, I would say, cautious approach for a project  11:24AM
9 of this size                              11:24AM
10   Q   How does talking with other vendors outside of  11:24AM
11 Cisco help you to make the right architectural and  11:24AM
12 design decisions with respect to Cisco's LLDP  11:25AM
13 implementation?                          11:25AM
14   A   It gives us an understanding of how this can be  11:25AM
15 done in phases  It helps us avoid costly architectural  11:25AM
16 and design mistakes so that we abstract the initial  11:25AM
17 implementation for extensibility, and it also helps us  11:25AM
18 plan for things coming down the pipeline, such as  11:25AM
19 Phase 2 or even Phase 3 when it comes to a map and  11:25AM
20 locations                                11:25AM
21   Q   What do you mean by "extensibility"?  11:25AM
22   A   The ability to support value-added features to  11:25AM
23 target certain markets  An example is something like  11:26AM
24 inline power provisioning on endpoints through LLDP  11:26AM
25 Knowing that it's coming in the roadmap, in the  11:26AM
```

Page 80

```
1 progression of development, and being able to abstract  11:26AM
2 the current implementation to allow for that is what I  11:26AM
3 mean by "extensibility "                  11:26AM
4   Q   So when you were discussing the LLDP project --  11:26AM
5 Phase 1 one of the LLDP project with your colleagues at  11:26AM
6 HP, did you talk about what you were planning to do for  11:26AM
7 Cisco's implementation?                   11:26AM
8      MR CANNON: Objection; vague          11:26AM
9      THE WITNESS:  No                     11:26AM
10 BY MR  WONG:                             11:26AM
11   Q   Okay  Did your colleague tell you what HP was  11:26AM
12 planning to do for HP's implementation?   11:26AM
13      MR  CANNON: Objection; vague         11:26AM
14      THE WITNESS:  No                     11:26AM
15 BY MR  WONG:                             11:27AM
16   Q   Which of those vendors that we just discussed  11:27AM
17 were also in the process of implementing LLDP in their  11:27AM
18 products?                                11:27AM
19   A   I know for sure that HP ProCurve was   I -- I  11:27AM
20 think Nortel was too, but I was not 100 percent sure  11:27AM
21      MR CANNON:  Why don't we take a quick break  11:27AM
22      THE WITNESS:  Okay                   11:27AM
23      THE VIDEOGRAPHER:  We are going off the record at  11:27AM
24 11:27 a m                                11:27AM
25      (Recess taken )                     11:27AM
```

Page 81

```
1      THE VIDEOGRAPHER:  We are back on the record at  11:33AM
2 11:33 a m                                11:33AM
3 BY MR  WONG:                             11:33AM
4   Q   Before the break, Mr  Patil, we were discussing  11:33AM
5 the various stages that are involved in implementing the  11:33AM
6 LLDP project at Cisco                     11:34AM
7   A   Mm-hmm                             11:34AM
8   Q   We were talking specifically about Phase 1  11:34AM
9   A   Yes                                11:34AM
10   Q   During what phase -- strike that     11:34AM
11      During what stage of the stages that you  11:34AM
12 described are the syntaxes for the commands created?  11:34AM
13      MR  CANNON:  Objection; vague        11:34AM
14      THE WITNESS:  Both Phase 1 and Phase 2  11:34AM
15 BY MR  WONG:                             11:34AM
16   Q   I'm sorry, my question was:  During which of the  11:34AM
17 stages that you listed out for me are the syntaxes for  11:34AM
18 the commands, and specifically the LLDP commands,  11:34AM
19 created?                                 11:34AM
20      MR  CANNON:  Objection; vague        11:34AM
21      THE WITNESS:  In the design specification for the  11:34AM
22 phase                                    11:34AM
23 BY MR  WONG:                             11:34AM
24   Q   And just so it's clear to me, the first stage  11:34AM
25 that you described was the market analysis and  11:35AM
```

CONFIDENTIAL

1  requirement stage; correct?                    11:35AM
2  A  Correct.                                     11:35AM
3  Q  And the second stage that you described was an   11:35AM
4  architectural stage; is that right?             11:35AM
5  A  That's correct.                              11:35AM
6  Q  And the third stage is the design stage?     11:35AM
7  A  Yes.                                         11:35AM
8  Q  So it's the third stage where the command syntax   11:35AM
9  for the LLDP commands, talking specifically with respect   11:35AM
10 to Phase 1, were created; correct?             11:35AM
11 A  That's correct.                              11:35AM
12    MR. CANNON:  Objection; vague.               11:35AM
13 BY MR. WONG:                                    11:35AM
14 Q  Was there any discussion with any of the third   11:35AM
15 parties that we just discussed about the commands that   11:35AM
16 would be used for LLDP?                         11:35AM
17    MR. CANNON:  Objection; vague.               11:35AM
18    THE WITNESS:  No.                            11:35AM
19 BY MR. WONG:                                    11:35AM
20 Q  Was there any discussion with any of the third   11:35AM
21 parties that we just discussed about the interface --   11:35AM
22 command-line interface in general that would be used for   11:35AM
23 LLDP?                                           11:36AM
24 A  No.                                          11:36AM
25 Q  Looking back at Exhibit 313 under the description   11:36AM
Page 82

1  under "Cisco Systems."                          11:36AM
2  A  Yeah.                                        11:36AM
3  Q  It says, "... lead design and development of   11:36AM
4  software modules of Cisco IOS."                  11:36AM
5    Do you see that?                              11:36AM
6  A  Yes.                                         11:36AM
7  Q  What software modules of Cisco IOS are you   11:36AM
8  referring to there?                             11:36AM
9  A  In terms of actual leadership for those modules,   11:36AM
10 I led the Phase 1 for LLDP, Phase 2 of LLDP.  I also led   11:36AM
11 another project which was completely unrelated.   11:36AM
12 Q  And what was that project about?             11:36AM
13 A  It was a product for developing what is called   11:36AM
14 Multilayer Routing Information Base.             11:37AM
15 Q  Further down in Exhibit 313, in that same     11:37AM
16 paragraph, it says, "Made key architectural decisions   11:37AM
17 for products, resulting in successful deliveries for   11:37AM
18 several multi-billion dollar market segments."   11:37AM
19    Do you see that?                             11:37AM
20 A  Mm-hmm.                                      11:37AM
21 Q  What are you talking about there?            11:37AM
22 A  I'm talking primarily about Phase 1 of LLDP and   11:37AM
23 Phase 2 of LLDP and even, to some extent, MLRIB.   11:37AM
24 Q  What was that last acronym you said?         11:37AM
25 A  "MLRIB," which stood for the Multilayer Layer   11:37AM
Page 83

1  Routing Information Base that I talked about earlier --   11:37AM
2  or mentioned                                    11:37AM
3  Q  How -- focusing specifically on Phase 1 of the   11:37AM
4  LLDP project, how was that a key architectural decision?   11:37AM
5    MR. CANNON:  Objection; vague                 11:37AM
6  BY MR. WONG:                                    11:37AM
7  Q  I'm using your own words here in your resume,   11:37AM
8  Mr. Patil                                       11:38AM
9    How was that -- how was Phase 1 of the LLDP   11:38AM
10 project a key architectural decision for Cisco products?   11:38AM
11    MR. CANNON:  Objection; vague, mischaracterizes   11:38AM
12 testimony                                       11:38AM
13    THE WITNESS:  From an architectural perspective,   11:38AM
14 it was -- it had to do with how to co-exist with   11:38AM
15 existing protocols and features on Cisco platforms   11:38AM
16 BY MR. WONG:                                    11:38AM
17 Q  And what did you do with respect to Phase 1 of   11:38AM
18 the LLDP project to ensure that it co-existed with   11:38AM
19 existing protocols and features on Cisco platforms?   11:38AM
20 A  From an architectural standpoint, kept the LLDP   11:38AM
21 database insulated and separate and disjoined from other   11:38AM
22 discovery protocols                             11:39AM
23    And from a protocol standpoint, made sure that   11:39AM
24 there is no relationship or collaboration between   11:39AM
25 discovery protocols and they just function       11:39AM
Page 84

1  independently                                   11:39AM
2  Q  Before the break, you testified about        11:39AM
3  conversations that you had with someone at HP ProCurve   11:39AM
4  regarding LLDP                                  11:39AM
5  A  Yes                                          11:39AM
6  Q  Do you remember that?                        11:39AM
7  A  Yes                                          11:39AM
8  Q  Who was the person or persons that you spoke with   11:39AM
9  at HP ProCurve regarding Phase 1 of the LLDP project?   11:40AM
10 A  I do not recall their name, but I do remember   11:40AM
11 that he was a highly knowledgeable person at HP ProCurve   11:40AM
12 who was responsible for product development, as well as   11:40AM
13 represent HP ProCurve at IEEE               11:40AM
14 Q  And how did you come to know of this person at HP   11:40AM
15 ProCurve?                                       11:40AM
16 A  I don't recall the actual event that made me   11:40AM
17 aware of this person, but it might have been through   11:40AM
18 some keyword search that eventually led to their contact   11:40AM
19 information                                     11:40AM
20 Q  When you say "keyword search," what type of   11:40AM
21 search are you referring to?                    11:41AM
22 A  A search on LLDP feature set of our -- the   11:41AM
23 mechanics of it at a -- at a level deeper than what one   11:41AM
24 would search for discovery protocols in general  So   11:41AM
25 something that's technical and involved from an   11:41AM
Page 85

22 (Pages 82 - 85)

CONFIDENTIAL

| | |
|---|---|
| 1   MR WONG: Right                              12:24PM | 1   activity for LLDP was -- was happening, and it -- I     12:28PM |
| 2   Q  The Arista Networks's EOS was an example of      12:24PM | 2   recall that it was -- it was slow for a period of time   12:28PM |
| 3   innovation in this area; correct?              12:24PM | 3   in between and then it took off again.              12:28PM |
| 4   MR CANNON: Objection; vague --              12:24PM | 4   BY MR. WONG:                                12:28PM |
| 5   THE WITNESS: Example, yes                 12:24PM | 5   Q  And you didn't participate in any of the efforts   12:28PM |
| 6   MR CANNON:  -- mischaracterizes prior testimony,  12:24PM | 6   to standardize LLDP from the '90s to 2004; is that    12:28PM |
| 7   lacks foundation, calls for improper opinion testimony  12:24PM | 7   right?                                       12:28PM |
| 8   BY MR WONG:                             12:24PM | 8   A  No.  No.                                12:28PM |
| 9   Q  And these are -- these are your words here on    12:24PM | 9   Q  And you played no role whatsoever in the creation  12:28PM |
| 10  page 17 of Exhibit 314; correct, Mr  Patil?         12:24PM | 10  of the LLDP standard; correct?                  12:28PM |
| 11  A  These are my words, yes                  12:24PM | 11  A  No.                                     12:28PM |
| 12  Q  And you believed them to be true when you wrote   12:24PM | 12  Q  And how did you first learn about LLDP?          12:28PM |
| 13  your thesis marked as Exhibit 314; correct?         12:24PM | 13  A  When I was tasked to lead that project at Cisco.    12:28PM |
| 14  MR CANNON: Objection; calls for improper       12:24PM | 14  Q  Who tasked you to lead that project at Cisco?      12:29PM |
| 15  opinion testimony, lacks foundation             12:24PM | 15  A  My director.                             12:29PM |
| 16  THE WITNESS: These are my words  These are my   12:24PM | 16  Q  Who was your director?                     12:29PM |
| 17  opinions                                  12:25PM | 17  A  Purnam Sheth.                           12:29PM |
| 18  MR WONG: Yeah                          12:25PM | 18  Q  Can you spell that, please.                  12:29PM |
| 19  Q  Can you please provide me with a general        12:25PM | 19  A  S-h-e-t-h is the last name, and first name is       12:29PM |
| 20  description of what "LLDP" is?                 12:25PM | 20  P-u-r-n-a-m.                              12:29PM |
| 21  A  Yes, I can                             12:25PM | 21  Q  And how did you learn about the LLDP standard,    12:29PM |
| 22  Q  What -- what is LLDP?                    12:25PM | 22  the -- the way it worked?                      12:29PM |
| 23  A  "LLDP" stands for Link Layer Discovery Protocol,  12:25PM | 23  A  I -- upon being tasked with this -- with this       12:29PM |
| 24  and it is a -- at a high-level, it's a standardized way   12:25PM | 24  project, to lead this project, I did some initial       12:29PM |
| 25  for devices to discover each other and know of each    12:25PM | 25  research and it was very aggressive project at that     12:29PM |
| Page 114 | Page 116 |

| | |
|---|---|
| 1   other.                                    12:25PM | 1   point, and so I -- yeah, I researched it actively and    12:29PM |
| 2   Q  When you say it's a "standardized way for devices  12:25PM | 2   wanted to know as much of it as possible as early as    12:29PM |
| 3   to discover each other and know of each other," what do  12:26PM | 3   possible.                                    12:29PM |
| 4   you mean by a "standardized way"?              12:26PM | 4   Q  When were you tasked with the LLDP project?      12:29PM |
| 5   A  "Standardized" in the sense that it's a industry    12:26PM | 5   A  Late 2005.                              12:30PM |
| 6   standardized agreement and -- and ratified agreement on  12:26PM | 6   Q  And what documents, if any, did you review to      12:30PM |
| 7   how a discovery can happen in a standardized way, and  12:26PM | 7   learn about the LLDP standard?                  12:30PM |
| 8   it's meant in contrast with how proprietary discovery   12:26PM | 8   A  I recall reviewing the very first version of the     12:30PM |
| 9   mechanisms can happen.                     12:26PM | 9   RFC that they put out that was still not ratified, but   12:30PM |
| 10  Q  When you say a "ratified agreement," what do    12:26PM | 10  there was an RFC and that -- that got me into it, yeah.  12:30PM |
| 11  you mean by "ratified"?                      12:26PM | 11  Q  Did you review the IEEE standard that related to    12:30PM |
| 12  A  "Ratified" means something that has been --      12:26PM | 12  LLDP?                                    12:30PM |
| 13  something that has withstood the test of time and has   12:26PM | 13  A  Yes.                                    12:30PM |
| 14  been reviewed by several experts in the industry who --  12:27PM | 14  MR. WONG: Let's mark this as 315, please.        12:30PM |
| 15  who have the ability to see that -- not just from a     12:27PM | 15  (Exhibit 315 was marked for                12:31PM |
| 16  feature perspective but also from a holistic perspective  12:27PM | 16  identification by the Court Reporter.)          12:31PM |
| 17  to see if it was actually viable -- viable to do that,   12:27PM | 17  MR. WONG: The Reporter has marked, as         12:31PM |
| 18  and then they collectively meet and discuss their     12:27PM | 18  Exhibit 315, document bearing control numbers      12:31PM |
| 19  concerns and refine the standard appropriately and then  12:27PM | 19  ARISTANDCA00017907 to 18078.                12:31PM |
| 20  agree on a version that is -- that can be considered    12:27PM | 20  Q  Mr. Patil, do you recognize the document marked   12:31PM |
| 21  standard.                                 12:27PM | 21  as Exhibit 315?                            12:31PM |
| 22  Q  Do you know when LLDP was standardized?      12:27PM | 22  A  I do.                                    12:31PM |
| 23  MR. CANNON: Objection; vague.             12:27PM | 23  Q  And what is the document marked as Exhibit 315?   12:31PM |
| 24  THE WITNESS: The initial attempt, I think, from   12:27PM | 24  A  This is the 802.1AB, which is the technical name    12:31PM |
| 25  late '90s to early -- to 2004 is when the standards    12:28PM | 25  for LLDP, and it's an IEEE standard that represents the  12:31PM |
| Page 115 | Page 117 |

30 (Pages 114 - 117)

CONFIDENTIAL

1  initial version of LLDP                    12:31PM
2  Q  And when was this IEEE standard approved?     12:31PM
3  A  I don't recall the exact dates, but sometime in   12:31PM
4  2007, is what I think the initial LLDP standard itself   12:32PM
5  got approved                               12:32PM
6  Q  Okay  If you look at page 2 of 802 1AB -- excuse  12:32PM
7  me                                         12:32PM
8     If you look at page 2 of Exhibit 315, there are   12:32PM
9  several dates there of -- of approval        12:32PM
10    Do you see that?                         12:32PM
11  A  Page --                                 12:32PM
12  Q  I'm sorry, it's the second page of the actual   12:32PM
13  exhibit, not -- not the numbered page 2      12:32PM
14  A  Yeah, so second page here, copyrights -- I'm   12:32PM
15  looking at the physical second page          12:32PM
16  Q  Mm-hmm                                  12:32PM
17  A  Is that what you mean?                   12:32PM
18  Q  That's correct                          12:32PM
19  A  This is page 1 and this is page 2          12:33PM
20  Q  That's right                            12:33PM
21  A  So approved 28 June 2005 and approved March 2005,  12:33PM
22  yes                                        12:33PM
23  Q  So does that match your recollection of when the   12:33PM
24  LLDP standard was approved?                 12:33PM
25  A  Approved, but not ratified and finalized    12:33PM
                                              Page 118

1  Q  I see                                   12:33PM
2     What's the difference between the approval of a   12:33PM
3  standard and the ratification and finalization of a   12:33PM
4  standard?                                  12:33PM
5     MR CANNON:  Objection; vague, lacks foundation  12:33PM
6     THE WITNESS:  I have not been in the standards   12:33PM
7  bodies myself, and my understanding is the   12:33PM
8  various phases of it leading up -- leading to the actual  12:33PM
9  ratification whereby experts in that area of interest   12:33PM
10  agree on a certain standard                 12:33PM
11  BY MR  WONG:                               12:33PM
12  Q  And did you review the 802 1AB standard marked as  12:33PM
13  Exhibit 315 while you were working on the LLDP   12:34PM
14  project --                                 12:34PM
15  A  That's correct --                       12:34PM
16  Q  -- for Cisco?                           12:34PM
17  A  -- yes                                  12:34PM
18  Q  Did you review the standard, or at least a draft   12:34PM
19  of the IEEE LLDP standard, in the course of Phase 1 of   12:34PM
20  the LLDP project?                          12:34PM
21  A  That's correct                          12:34PM
22  Q  Do you recall reviewing the IEEE LLDP standard   12:34PM
23  during the 2005 time period?                12:34PM
24  A  Yes                                     12:34PM
25  Q  When you were tasked by your supervisor to   12:34PM
                                              Page 119

1  implement LLDP, was it just you who was involved in that  12:34PM
2  effort?                                    12:34PM
3  A  I recall that the first three months were    12:34PM
4  extremely aggressive, and I was the only one actually   12:34PM
5  taking the lead on it and doing everything -- all the   12:34PM
6  stages of it in the -- in the first three -- three   12:34PM
7  months, so, yes, in the first three months, but no after  12:35PM
8  that                                       12:35PM
9  Q  And after the first three months, who else was   12:35PM
10  involved in the LLDP project at Cisco?       12:35PM
11  A  A lot of the -- there are a lot of testing people  12:35PM
12  who were -- who got involved, a lot of people from   12:35PM
13  individual business units who wanted to sort of, for   12:35PM
14  lack of a better term, acquire this technology for their  12:35PM
15  platform  Their engineers wanted to get involved, and   12:35PM
16  they there were also people in our own NSSTG that were   12:35PM
17  supporting me                              12:35PM
18     THE VIDEOGRAPHER:  Counsel                12:35PM
19     MR  WONG:  Yes?                         12:35PM
20     Why don't we take a break right now       12:36PM
21     THE VIDEOGRAPHER:  We are going off the record at  12:36PM
22  12:35 p m  This is the end of Media 2         12:36PM
23     (Lunch recess taken )                    12:36PM
24     ---o0o---                               12:36PM
25
                                              Page 120

1  AFTERNOON SESSION                  1:03 P M  12:36PM
2                                             12:36PM
3     (Exhibit 316 was marked for                12:36PM
4     identification by the Court Reporter )      01:03PM
5     THE VIDEOGRAPHER:  We are on the record at   01:03PM
6  1:01 -- 1:03 p m  This is the beginning of Media 3 in   01:03PM
7  the deposition of Devadas Patil              01:03PM
8  BY MR  WONG:                               01:03PM
9  Q  Welcome back from the break, Mr Patil      01:03PM
10  A  Thank you                               01:03PM
11  Q  The Court Reporter has marked, during the break,   01:04PM
12  as Exhibit 316, a document that's been placed in front   01:04PM
13  of you                                     01:04PM
14     Do you see that?                         01:04PM
15  A  Yes                                     01:04PM
16  Q  And I'll represent to you, Mr Patil, that this   01:04PM
17  is a document that was provided to Arista's attorneys by  01:04PM
18  Cisco's attorneys, and it lists -- it includes a table   01:04PM
19  that has a list of commands on the left-side column   01:04PM
20     Do you see that?                         01:04PM
21  A  Yes                                     01:04PM
22  Q  Please take a moment, Mr Patil, and look at   01:04PM
23  Exhibit 316 and, in particular, the commands that are   01:04PM
24  listed on the left-hand side of the table  Let me know   01:04PM
25  when you are done                           01:04PM
                                              Page 121

31 (Pages 118 - 121)

Page 122

1   A   Okay.  Yeah, I'm done.                        01:04PM
2   Q   Do you understand that Cisco has identified you   01:04PM
3   as the author or originator of the commands lifted --   01:04PM
4   listed on the left-side column of Exhibit 316?   01:05PM
5   A   Yes.                                           01:05PM
6   Q   Okay.  Now, are these commands listed in       01:05PM
7   Exhibit 316 associated with the LLDP project that we   01:05PM
8   have been talking about this morning?              01:05PM
9   A   Yes.                                           01:05PM
10  Q   Were these commands added to Cisco IOS as part of   01:05PM
11  Phase 1 of the LLDP project?                       01:05PM
12  A   Yes.  That's correct, yes.                     01:05PM
13  Q   Okay.  You can set that aside for now, Mr. Patil.   01:05PM
14     We were talking before the break about how you   01:05PM
15  became involved in the LLDP project.               01:05PM
16     Do you remember that?                           01:05PM
17  A   Mm-hmm.                                        01:05PM
18  Q   Were there particular Cisco products that the   01:05PM
19  LLDP implementation was going to apply to?         01:05PM
20  A   Yes.                                           01:05PM
21  Q   Okay.  And I'm asking at the time that you     01:05PM
22  started working on the LLDP project.               01:05PM
23     Do you understand?                              01:05PM
24  A   Mm-hmm.                                        01:05PM
25  Q   What Cisco products were targeted for the LLDP   01:05PM

Page 123

1   implementation at the start of Phase 1 of the project?   01:06PM
2   A   The initial rollout was for the Catalyst family   01:06PM
3   of enterprise switches, the Catalyst 6500, the     01:06PM
4   Catalyst 3000 series was soon to follow after that and,   01 06PM
5   later on, other platforms, including the SR1K, it opted   01:06PM
6   the standard                                       01:06PM
7   Q   When you say "later on, other platforms," what do   01:06PM
8   you mean by "later on"?                            01:06PM
9   A   "Later on" as in the 2010-'11 time frame, yeah   01:06PM
10  Q   Okay  So initially in 2005, though, what were   01:06PM
11  the targeted Cisco products for the LLDP implementation?   01:06PM
12  A   The Catalyst switches                          01:06PM
13  Q   And in terms of the operating system that the   01:06PM
14  LLDP implementation would apply to, was it just Cisco   01:07PM
15  IOS?                                               01 07PM
16  A   Yes                                            01:07PM
17  Q   Okay  You are aware of other operating systems   01:07PM
18  that are used by other Cisco products?             01:07PM
19  A   I am                                           01:07PM
20  Q   What are the other operating systems that you are   01:07PM
21  aware of that are used by other Cisco products?    01:07PM
22  A   The Cisco XR, Cisco ENA  I think it's been     01:07PM
23  renamed the NX-OS  There's also -- what do they call --   01:07PM
24  the software router, but those are the main ones   01:07PM
25  Q   And those other operating systems that you just   01:07PM

Page 124

1   mentioned, did the LLDP project involve implementing   01:07PM
2   LLDP on those other operating systems?             01:07PM
3   A   I was not aware of that                        01:07PM
4   Q   Okay  So your personal involvement in Phase 1 of   01:07PM
5   the LLDP project focused only on implementing LLDP for   01:07PM
6   Cisco IOS; correct?                                01:08PM
7   A   Mm-hmm  Yeah                                   01:08PM
8   Q   We mentioned -- strike that                    01:08PM
9      You mentioned the different stages that were part   01:08PM
10  of Phase 1 of the LLDP project                     01:08PM
11     Do you remember that?                           01:08PM
12  A   Yes                                            01:08PM
13  Q   Can you let me know -- strike that             01:08PM
14     Can you list for me again the stages in the order   01 08PM
15  that they are handled?                             01 08PM
16  MR  CANNON:  Objection; asked and answered         01:08PM
17  THE WITNESS:  It's market analysis, slash,         01:08PM
18  requirements as Stage 1  Architecture would be Stage 2   01:08PM
19  Design would be Stage 3, and implementation and testing   01:08PM
20  would be Stages 4 and 5                            01:08PM
21  BY MR  WONG:                                       01:08PM
22  Q   Testing is the fifth stage; correct?           01:08PM
23  A   Yes                                            01:08PM
24  Q   And it would go in that order, from Stage 1 to   01:08PM
25  Stage 2 to Stage 3 to Stage 4 to Stage 5; correct?   01:09PM

Page 125

1   A   Technically, yes, but in the interest of time,   01:09PM
2   some of these phases will -- stages will overlap.   01:09PM
3   Q   How long did Phase 1 of the LLDP project take to   01:09PM
4   go from Stage 1 to Stage 5?                        01:09PM
5   A   I would say Stage 1 to Stage 5, roughly six    01:09PM
6   months.                                            01:09PM
7   Q   So it took six months to go from the           01:09PM
8   marketing/requirements stage all the way through the   01:09PM
9   fifth testing stage for -- for Phase 1; correct?   01:09PM
10  A   Yes.                                           01:09PM
11  Q   Which of the five stages consumed the most time   01:09PM
12  out of those six months?                           01:09PM
13  A   Architecture and design.                       01:10PM
14  Q   Oh, Stages 2 and 3?                            01:10PM
15  A   Yes.                                           01:10PM
16  Q   Did either architecture or design take more time   01:10PM
17  than the other?                                    01:10PM
18  A   I would say architecture took -- took more than a   01:10PM
19  couple -- couple months to firm up.                01:10PM
20  Q   So how many months or weeks -- strike that.    01:10PM
21     How long, approximately, did it take for the   01:10PM
22  design stage of Phase 1 of the LLDP project to be   01:10PM
23  completed?                                         01:10PM
24  A   About three and a half to four weeks.          01:10PM
25  Q   And what is part of the design stage for Phase 1   01:10PM

32 (Pages 122 - 125)

CONFIDENTIAL

1  my reviewers' discussion, a good, I would say -- I mean,    01:16PM

2  if you just add up all the time phases, maybe three man    01:16PM

3  days to four man days                01:16PM

4  BY MR WONG:

5    Q  And when you say "man days," you mean 9:00 to    01:16PM

6  5:00?                    01:16PM

7    A  Yes                01:16PM

8    Q  Now, you testified, before the break, that you    01:16PM

9  had reviewed the IEEE LLDP standard that we marked as    01:17PM

10  Exhibit 315 sometime in 2005            01:17PM

11      Do you remember that testimony?        01:17PM

12    A  Yes                01:17PM

13    Q  During what stage of Phase 1 of the LLDP project    01:17PM

14  did you review the IEEE LLDP standard?        01:17PM

15    A  Mainly in the market analysis and architecture    01:17PM

16  phases                    01:17PM

17    Q  So those would be Phases 1 and -- excuse me,    01:17PM

18  those would be Stages 1 and 2?            01:17PM

19    A  Yes                01:17PM

20    Q  And did you review the IEEE LLDP standard from    01:17PM

21  front to back?                01:17PM

22    A  I made a full attempt to do that, yes  I don't    01:17PM

23  know if I reviewed every word of it, but        01:17PM

24    Q  And you made a full attempt to review the    01:17PM

25  complete IEEE LLDP standard before moving on to the
Page 130

1  design stage of Phase 1 of the LLDP project; correct?    01:17PM

2    MR  CANNON: Objection; vague            01:18PM

3    THE WITNESS:  Yes  I mean, I didn't read the --    01:18PM

4  each cell of the table, but from a general understanding    01:18PM

5  and the main concepts, yes            01:18PM

6  BY MR WONG:                01:18PM

7    Q  Why was it important to review as much of the    01:18PM

8  IEEE LLDP standard as possible before moving on to the    01:18PM

9  design stage of Phase 1 of the LLDP project?        01:18PM

10    MR  CANNON: Objection; vague, assumes facts not    01:18PM

11  in evidence, mischaracterizes testimony        01:18PM

12    THE WITNESS:  Because we wanted to do a very    01:18PM

13  solid job of the architecture, and, fundamentally, we    01:18PM

14  were, from an architecture standpoint, trying to    01:18PM

15  understand how they should co-exist with CDP    01:18PM

16  BY MR WONG:                01:18PM

17    Q  And what is "CDP"?            01:18PM

18    A  Oh, Cisco Discovery Protocol        01:18PM

19    Q  And was Cisco Discovery Protocol an        01:18PM

20  industry-standardized protocol?            01:19PM

21    A  No                01:19PM

22    Q  What was it, then?            01:19PM

23    A  Cisco proprietary discovery protocol        01:19PM

24    Q  What's the difference between a        01:19PM

25  industry-standardized protocol like LLDP and a        01:19PM
Page 131

1  proprietary protocol like CDP?            01:19PM

2    MR. CANNON:  Objection; vague, lacks foundation,    01:19PM

3  and calls for improper opinion testimony.        01:19PM

4    MR. WONG:  Let me -- let me take a step back    01:19PM

5  here.                    01:19PM

6    Q  You are -- you are familiar with CDP; correct?    01:19PM

7    A  Yes.                01:19PM

8    Q  And you -- you were familiar with CDP from your    01:19PM

9  time working at Cisco; correct?            01:19PM

10    A  Yes.  Yes.                01:19PM

11    Q  What type of experience did you have working with    01:19PM

12  CDP from your employment at Cisco?        01:19PM

13    A  I -- before getting into this project, I didn't    01:19PM

14  have a lot of opportunity or need to work with CDP.  I    01:19PM

15  know that it existed, and after I got tasked with this,    01:19PM

16  I -- I -- I looked at it and got deeper knowledge of it    01:19PM

17  and understood that it is a proprietary protocol and we    01:19PM

18  are standardizing it in LLDP and -- yeah.        01:20PM

19    Q  And so during what stage of the five stages that    01:20PM

20  we have been talking about for Phase 1 of the LLDP    01:20PM

21  project did you look at Cisco's implementation of CDP?    01:20PM

22    A  The first three.            01:20PM

23    Q  And what did you -- what did you review to get up    01:20PM

24  to speed on Cisco's implementation of CDP?        01:20PM

25    A  I -- I looked at the code.  I looked at the    01:20PM
Page 132

1  specifications, and I probably discussed with the    01:20PM

2  original developer for it, and that's about what I must    01:20PM

3  have done, yeah.                01:20PM

4    Q  Is LLDP based at all on CDP, to your knowledge?    01:20PM

5    MR. CANNON:  Objection; vague, lacks foundation,    01:20PM

6  calls for improper opinion testimony.        01:21PM

7    THE WITNESS:  It's very similar, and I -- it's    01:21PM

8  certainly heavily influenced by CDP, but I -- I -- I    01:21PM

9  would be wrong to say that it is based on CDP.    01:21PM

10  BY MR. WONG:                01:21PM

11    Q  What are the similarities between CDP and LLDP,    01:21PM

12  to your knowledge?                01:21PM

13    MR. CANNON:  Objection; vague, lacks foundation,    01:21PM

14  and calls for improper opinion testimony.        01:21PM

15    THE WITNESS:  The mechanics of it, meaning we    01:21PM

16  send it -- there is a frequency of keep-alive messages.    01:21PM

17  There is a frequency of initial discovery as opposed to    01:21PM

18  a push button, one point say -- message saying, hey, I'm    01:21PM

19  alive, and until I send another message that I'm not    01:21PM

20  alive, don't even bother.            01:21PM

21      There are various paradigms of how this can be    01:21PM

22  done, right?  So in that respect, it's -- it's similar,    01:21PM

23  and that's how it influences the -- the standard    01:22PM

24  protocol in LLDP.                01:22PM

25  BY MR. WONG:                01:22PM
Page 133

34 (Pages 130 - 133)

CONFIDENTIAL

1 Q  Did you come up with the term "neighbors" in the  01:32PM
2 sense of discovery?                              01:32PM
3 A  No.                                           01:32PM
4 Q  Where did the term "neighbors" come from as used  01:32PM
5 in the sense of discovery?                       01:32PM
6    MR. CANNON:  Objection; lacks foundation.      01:32PM
7 BY MR. WONG:                                     01:32PM
8 Q  If you know.                                  01:32PM
9 A  More from intuition, more from just being able to  01:32PM
10 communicate it correctly.                       01:32PM
11 Q  Communicate it correctly to who -- strike that.  01:32PM
12    Communicate it directly to whom?             01:32PM
13 A  The reviewers, the -- the reviewers and people  01:32PM
14 who will give me suggestions on where -- what -- what to  01:32PM
15 change or how to improve it.                     01:33PM
16 Q  Why is it that a non-Cisco device cannot interact  01:33PM
17 with a Cisco device in the process of discovering each  01:33PM
18 other as neighbors, as you say here on page 3 of  01:33PM
19 Exhibit 317?                                     01:33PM
20    MR. CANNON:  Objection; vague, incomplete     01:33PM
21 hypothetical, calls for improper opinion testimony,  01:33PM
22 lacks foundation.                               01:33PM
23    THE WITNESS:  Because the existing protocols back  01:33PM
24 then were proprietary.  Cisco had its own proprietary  01:33PM
25 protocol for discovery.  Model [phonetic] had its own  01:33PM

Page 142

1 proprietary protocol for discovery, and they don't talk  01:33PM
2 to each other.  That's what I meant.             01:33PM
3 BY MR. WONG:                                     01:33PM
4 Q  And the next sentence in this paragraph, you   01:33PM
5 wrote:  "Thus there is a need for Cisco devices to  01:33PM
6 comply with an industry standard for network topology  01:33PM
7 discovery."                                      01:33PM
8    Do you see that?                             01:33PM
9 A  Yes.                                          01:33PM
10 Q  Why is there a need for Cisco devices to comply  01:33PM
11 with an industry standard for network topology   01:33PM
12 discovery, as you wrote in Exhibit 317?          01:34PM
13    MR. CANNON:  Objection; vague, lacks foundation,  01:34PM
14 calls for improper opinion testimony.            01:34PM
15    THE WITNESS:  The answer is in the very previous  01:34PM
16 sentence for that, yeah.  Basically says that a   01:34PM
17 non-Cisco device cannot interact with a Cisco device in  01:34PM
18 the process of discovery.                        01:34PM
19 BY MR. WONG:                                     01:34PM
20 Q  Is it important for a non-Cisco device to be able  01:34PM
21 to interact with a Cisco device in the process of  01:34PM
22 discovering each other as neighbors?             01:34PM
23    MR. CANNON:  Objection; vague, lacks foundation,  01:34PM
24 calls for improper opinion testimony.            01:34PM
25    THE WITNESS:  This is an architectural question,  01:34PM

Page 143

1 and there is no right answer for this, but my personal  01:34PM
2 opinion is a yes.                               01:34PM
3 BY MR. WONG:                                     01:34PM
4 Q  And why is that important, Mr. Patil?          01:34PM
5    MR. CANNON:  Same objections.                 01:34PM
6    THE WITNESS:  My personal opinion is that devices  01:34PM
7 should freely discover each other and collaborate to  01:35PM
8 bring about functionality, and that's the reason they   01:35PM
9 should be -- there should be a standard.          01:35PM
10 BY MR. WONG:                                     01:35PM
11 Q  And when you say devices should be able to freely  01:35PM
12 discover each other, you are referring to devices from  01:35PM
13 different vendors; correct?                       01:35PM
14 A  That's correct.                              01:35PM
15 Q  And the only way that you can have devices from  01:35PM
16 different vendors to freely discover each other, as you  01:35PM
17 say, would be to have a standard to do that; correct?  01:35PM
18    MR. CANNON:  Objection; vague, lacks foundation,  01:35PM
19 calls for improper opinion testimony.            01:35PM
20    THE WITNESS:  That's correct.                 01:35PM
21 BY MR. WONG:                                     01:35PM
22 Q  And, finally, the last sentence in this        01:35PM
23 paragraph, top of page 3 of Exhibit 317, says, "LLDP was  01:35PM
24 standardized by IEEE as part of 802.1ab, and Cisco's  01:35PM
25 implementation will be based on this standard."   01:35PM

Page 144

1    Do you see that?                             01:35PM
2 A  Yes                                           01:35PM
3 Q  Right                                         01:35PM
4    This 802.1AB that you are referring to in      01:35PM
5 Exhibit 317 is the same standard marked as Exhibit 315  01:36PM
6 here; correct?                                   01:36PM
7 A  That's correct                               01:36PM
8 Q  Okay  And is it correct that Cisco's          01:36PM
9 implementation of LLDP was based upon the IEEE standard  01:36PM
10 marked as Exhibit 315?                           01:36PM
11    MR CANNON:  Objection; vague                  01:36PM
12    THE WITNESS:  It is based upon that, right     01:36PM
13 BY MR WONG:                                      01:36PM
14 Q  And that was intentional; correct?            01:36PM
15    MR CANNON:  Objection; vague                  01:36PM
16    MR WONG:  Let me rephrase the question        01:36PM
17 Q  When you were working on implementing LLDP in   01:36PM
18 Cisco's devices, you intended the implementation to   01:36PM
19 follow the IEEE standard marked as Exhibit 315; correct?  01:36PM
20    MR CANNON:  Objection; vague                  01:36PM
21    THE WITNESS:  Correct                         01:36PM
22 BY MR WONG:                                      01:36PM
23 Q  You intended Cisco's implementation of LLDP to be  01:36PM
24 compliant with the IEEE standard marked as Exhibit 315;  01:36PM
25 right?                                           01:37PM

Page 145

37 (Pages 142 - 145)

CONFIDENTIAL

1  A  Compliant with, yes                    01:37PM
2  Q  In the third paragraph on page 3 of Exhibit 317,  01:37PM
3  first sentence says, "LLDP facilitates the use of   01:37PM
4  standard management tools such as SNMP in a multi-vendor  01:37PM
5  network  "                                01:37PM
6     Do you see that?                       01:37PM
7  A  Yes                                    01:37PM
8  Q  What do you mean by that statement?    01:37PM
9  A  So the answer to that might get a little   01:37PM
10 technical, but I'll say that anyway        01:37PM
11    Part of the IEEE standard is also a specification  01:37PM
12 of topology Management Information Base, which can be   01:37PM
13 developed to make SNMP queries, so if the Management  01:37PM
14 Information Base can be standard across all vendors,   01:37PM
15 that means that the SNMP queries will apply universally  01:38PM
16 across all vendors, and that's the -- added   01:38PM
17 advantage of standardizing this            01:38PM
18 Q  And what is "SNMP"?                     01:38PM
19 A  It -- it stands for Simple Network Management   01:38PM
20 Protocol                                   01:38PM
21 Q  And how was -- what's the function or purpose of  01:38PM
22 SNMP?                                      01:38PM
23    MR  CANNON:  Objection; vague          01:38PM
24    THE WITNESS:  The purpose of SNMP is to,   01:38PM
25 essentially, allow network administrators and engineers  01:38PM

Page 146

1  and developers to be able to create network information  01:38PM
2  and send -- send trap -- what are called -- technically  01:38PM
3  called "traps," SNMP traps, to signal significant events  01:39PM
4  in a network.  And it's a protocol that persists network  01:39PM
5  information in a -- in a place called MIB, Management  01:39PM
6  Information Base, and then provides a user interface   01:39PM
7  to -- to query that data.                  01:39PM
8  BY MR. WONG:                              01:39PM
9  Q  And I think you said that if the Management   01:39PM
10 Information Base, or MIB, can be standard across all   01:39PM
11 vendors, that means that the SNMP inquiries [sic] will   01:39PM
12 apply universally across all vendors; right?   01:39PM
13 A  Yes.                                   01:39PM
14 Q  So that means that a network administrator and   01:39PM
15 engineers can use the same SNMP inquiries for different   01:39PM
16 vendor products; correct?                  01:39PM
17 A  Correct, if they are connect -- interconnected.  01:39PM
18 Q  And what's the advantage of -- what's the   01:39PM
19 advantage to a network administrator to be able to use   01:40PM
20 the same SNMP inquiries for different vendor products?  01:40PM
21    MR. CANNON:  Objection; vague, lacks foundation,  01:40PM
22 calls for improper opinion testimony.      01:40PM
23    THE WITNESS:  If a certain topology or deployment  01:40PM
24 includes multiple -- inputs equipment from multiple   01:40PM
25 vendors, they don't have to tear that apart and replace  01:40PM

Page 147

1  that with one -- with just one vendor's equipment just  01:40PM
2  to make SNMP work, and that level of interoperability at  01:40PM
3  the SNMP level can be very handy in -- in -- in larger  01:40PM
4  networks.                                  01:40PM
5  BY MR. WONG:                              01:40PM
6  Q  If there wasn't the standardization for SNMP   01:40PM
7  inquiries and you had a multivendor network, would you  01:40PM
8  have to write different SNMP inquiries for each network?  01:40PM
9     MR. CANNON:  Objection; vague, incomplete   01:41PM
10 hypothetical, lacks foundation, calls for improper   01:41PM
11 opinion testimony.                         01:41PM
12    THE WITNESS:  If that were the case, then -- then  01:41PM
13 we are -- we are essentially talking of vendor-specific  01:41PM
14 Management Information Bases, and that would, at the   01:41PM
15 very least, at least require some level of nonstandard  01:41PM
16 or tailored queries for each vendor.       01:41PM
17 BY MR. WONG:                              01:41PM
18 Q  If you turn back to Exhibit 315, it's the IEEE   01:42PM
19 standard for LLDP.                         01:42PM
20 A  Yes.                                   01:42PM
21 Q  Now, LLDP is a defined term in the IEEE standard;  01:42PM
22 correct?                                   01:42PM
23 A  Yes.                                   01:42PM
24 Q  In fact, if you look to page 5 of -- and I'm   01:42PM
25 looking -- pointing to page 5 at the bottom of the page  01:42PM

Page 148

1  of Exhibit 315, there is a section on the top that it   01:42PM
2  says "Definitions and numerical representation "   01:42PM
3     Do you see that?                       01:42PM
4  A  Yes                                    01:42PM
5  Q  And entry 3 1 6 --                     01:42PM
6  A  Yes                                    01:42PM
7  Q  -- defines Link Layer Discovery Protocol and, in  01:42PM
8  parentheses, LLDP                          01:42PM
9     Do you see that?                       01:42PM
10 A  Mm-hmm                                 01:42PM
11 Q  So you were aware that LLDP was a defined acronym  01:42PM
12 in the actual IEEE standard while you were working on   01:43PM
13 Phase 1 of the LLDP project; correct?      01:43PM
14    MR CANNON:  Objection; vague           01:43PM
15    THE WITNESS:  Yes                      01:43PM
16 BY MR  WONG:                              01:43PM
17 Q  If you turn the page to page 6 --       01:43PM
18 A  Mm-hmm                                 01:43PM
19 Q  -- entry 3 1 21                        01:43PM
20    Do you see that?                       01:43PM
21 A  Yes                                    01:43PM
22 Q  It says, "type, length, value (TLV) "   01:43PM
23    Do you see that?                       01:43PM
24 A  Yes                                    01:43PM
25 Q  You were aware, by Stage 1 or at least Stage 2 of  01:43PM

Page 149

38 (Pages 146 - 149)

**Page 150**

1  Phase 1 of the LLDP project, that the IEEE standard for  01:43PM
2  LLDP defined the acronym TLV; correct?                  01:43PM
3      MR. CANNON:  Objection; vague, mischaracterizes     01:43PM
4  the document.                                           01:43PM
5      THE WITNESS:  Yes.                                  01:43PM
6  BY MR. WONG:                                            01:43PM
7   Q  In fact, on page 7 of Exhibit 315, at the very      01:43PM
8  top, it's a section called "Acronyms and abbreviations"; 01:43PM
9  correct?                                                01:43PM
10  A  Yes.                                                01:43PM
11  Q  And both LLDP and TLV are listed as defined         01:43PM
12  acronyms within the IEEE LLDP standard; right?         01:43PM
13  A  Yes.                                                01:44PM
14  Q  And you were aware of that before you began the     01:44PM
15  design stage for Phase 1 of the LLDP project; right?   01:44PM
16  A  Yes.                                                01:44PM
17  Q  And you were aware of that during the design        01:44PM
18  period for the LLDP project; correct?                  01:44PM
19  A  Yes.                                                01:44PM
20  Q  And if you look at Exhibit 316, which is this       01:44PM
21  list of commands?                                      01:44PM
22  A  Okay.                                               01:44PM
23  Q  Are you there?                                      01:44PM
24      Each of the commands associated with you include   01:44PM
25  the acronym LLDP.                                      01:44PM

**Page 151**

1      Do you see that?                                    01:44PM
2  A  Yes                                                  01:44PM
3   Q  That LLDP is the same LLDP that is defined within   01:44PM
4  the IEEE LLDP standard; right?                          01:44PM
5      MR CANNON:  Objection; vague                        01:44PM
6      THE WITNESS:  It's -- yeah, it -- it refers to      01:44PM
7  the Link Layer Discovery Protocol                       01:44PM
8  BY MR WONG:                                             01:45PM
9   Q  I mean, that's the same acronym that appears here   01:45PM
10  on page 7 of Exhibit 315; right?  Under "Acronyms and  01:45PM
11  abbreviations" within the IEEE standard; correct?      01:45PM
12      MR. CANNON:  Objection; documents speak for        01:45PM
13  themselves                                             01:45PM
14      THE WITNESS:  Yes                                  01:45PM
15  BY MR WONG:                                            01:45PM
16  Q  And your choice of LLDP in each of the commands     01:45PM
17  listed on Exhibit 316, that was intentionally meant to 01:45PM
18  refer to the LLDP acronym within the IEEE standard;    01:45PM
19  right?                                                 01:45PM
20      MR CANNON:  Objection; vague                       01:45PM
21      THE WITNESS:  Yes                                  01:45PM
22  BY MR WONG:                                            01:45PM
23   Q  If you look at Section 10 3 4 of Exhibit 315 --    01:45PM
24  let me know when you are there                         01:45PM
25      MR CANNON:  Do you have the page number for        01:45PM

**Page 152**

1  that?                                                   01:45PM
2      MR. WONG:  I'll tell you once I see it.  Yes,       01:45PM
3  page 39.  Control number is -- ends in 17959.          01:46PM
4   Q  Are you there?                                      01:46PM
5   A  Yeah, I am.                                         01:46PM
6   Q  So Section 10.3.4 is called "Too many neighbors."   01:46PM
7      Do you see that?                                    01:46PM
8   A  Mm-hmm.                                             01:46PM
9   Q  Now, we were talking earlier about the use of the  01:46PM
10  word "neighbors" in the functional specification that  01:46PM
11  you wrote --                                           01:46PM
12  A  Yes.                                                01:46PM
13  Q  -- right?                                           01:46PM
14  A  Yes.                                                01:46PM
15  Q  Is this use of the word "neighbors" here in the     01:46PM
16  IEEE specification the -- the same use of the word     01:46PM
17  "neighbors" that you were using in the functional      01:46PM
18  specification?                                         01:46PM
19      MR. CANNON:  Objection; vague.                     01:46PM
20      THE WITNESS:  I was -- I read this specification   01:46PM
21  thoroughly, so I -- yeah, I was influenced by some of  01:46PM
22  the language in here.                                  01:47PM
23  BY MR. WONG:                                           01:47PM
24  Q  But you -- you became familiar with the            01:47PM
25  terminology relevant to LLDP by reading the IEEE       01:47PM

**Page 153**

1  standard on LLDP; right?                                01:47PM
2      MR. CANNON:  Objection; vague.                      01:47PM
3      THE WITNESS:  Yes.                                  01:47PM
4  BY MR. WONG:                                            01:47PM
5   Q  And in particular here, you were aware that the     01:47PM
6  term "neighbors" was used in the IEEE LLDP standard;    01:47PM
7  right?                                                  01:47PM
8   A  Mm-hmm.                                             01:47PM
9      MR. CANNON:  Objection; vague.                      01:47PM
10  BY MR. WONG:                                           01:47PM
11  Q  Oh, I'm sorry, can you -- let me -- let me ask       01:47PM
12  the question one more time.                            01:47PM
13      And in particular here, Section 10.3.4 of          01:47PM
14  Exhibit 315, you were aware that the term "neighbors"  01:47PM
15  was used in the IEEE LLDP standard, yes?               01:47PM
16      MR. CANNON:  Objection; vague.                     01:47PM
17      THE WITNESS:  Yes.                                 01:47PM
18  BY MR. WONG:                                           01:47PM
19  Q  Can you turn to page -- or Section 5.2, please,     01:48PM
20  of Exhibit 315, and that is page 8.                    01:48PM
21      Are you there?                                     01:48PM
22  A  Yes.                                                01:48PM
23  Q  Section 5.2 on page 8 of Exhibit 315 says           01:48PM
24  "Required capabilities."                                01:48PM
25      Do you see that?                                   01:48PM

39 (Pages 150 - 153)

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A  Yes | 01:48PM |
| 2 | Q  And under that, it says, "A system for which | 01:48PM |
| 3 | conformance to this standard is claimed shall, for all | 01:48PM |
| 4 | ports for which support is claimed, include the | 01:48PM |
| 5 | following capabilities," and then it lists items a | 01:48PM |
| 6 | through k | 01:48PM |
| 7 | Do you see that? | 01:48PM |
| 8 | A  Yes | 01:48PM |
| 9 | MR  CANNON:  Objection; mischaracterizes the | 01:48PM |
| 10 | document | 01:48PM |
| 11 | BY MR  WONG: | 01:48PM |
| 12 | Q  Did I read that correctly, Mr  Patil? | 01:48PM |
| 13 | MR  CANNON:  Objection; mischaracterizes the | 01:48PM |
| 14 | document | 01:48PM |
| 15 | THE WITNESS:  You did | 01:48PM |
| 16 | BY MR  WONG: | 01:48PM |
| 17 | Q  and did the Cisco products for which you worked | 01:49PM |
| 18 | on the LLDP implementation conform to the standard | 01:49PM |
| 19 | marked as Exhibit 315? | 01:49PM |
| 20 | MR  CANNON:  Objection; vague, lacks foundation. | 01:49PM |
| 21 | calls for improper opinion testimony | 01:49PM |
| 22 | MR  WONG:  Let me rephrase the question | 01:49PM |
| 23 | Q  Were the required capabilities listed in | 01:49PM |
| 24 | Section 5 2 of Exhibit 315 implemented when you did the | 01:49PM |
| 25 | LLDP implementation for Cisco's products? | 01:49PM |

Page 154

| | | |
|---|---|---|
| 1 | MR  CANNON:  Objection; vague, compound, lacks | 01:49PM |
| 2 | foundation, and calls for improper opinion testimony | 01:49PM |
| 3 | THE WITNESS:  I don't know how many are specific | 01:49PM |
| 4 | deal with are implemented, but the focus was to be as | 01:49PM |
| 5 | compliant as possible | 01:49PM |
| 6 | BY MR  WONG: | 01:49PM |
| 7 | Q  If you look at subsection i under Section 5 2 -- | 01:49PM |
| 8 | A  Yes | 01:50PM |
| 9 | Q  -- it says, "The protocol shall conform to the | 01:50PM |
| 10 | specifications for all Clause 10 subclauses indicated in | 01:50PM |
| 11 | Table 10-1 for the particular operating mode," and then | 01:50PM |
| 12 | in parentheses it has "transmit only, receive only, or | 01:50PM |
| 13 | transmit and receive," close parentheses, "being | 01:50PM |
| 14 | implemented " | 01:50PM |
| 15 | Do you see that? | 01:50PM |
| 16 | A  Yes | 01:50PM |
| 17 | Q  Did I read that correctly? | 01:50PM |
| 18 | A  Yes | 01:50PM |
| 19 | Q  Did the LLDP implementation that you worked on at | 01:50PM |
| 20 | Cisco include this capability described by subsection i | 01:50PM |
| 21 | under Section 5 2? | 01:50PM |
| 22 | MR  CANNON:  Objection; vague, lacks foundation, | 01:50PM |
| 23 | calls for improper opinion testimony | 01:50PM |
| 24 | THE WITNESS:  Yes, it included | 01:50PM |
| 25 | BY MR  WONG: | 01:50PM |

Page 155

| | | |
|---|---|---|
| 1 | Q  So the LLDP implementation that you worked on at | 01:50PM |
| 2 | Cisco -- and, in particular, Phase 1 -- supported a | 01:50PM |
| 3 | transmit-only operating mode? | 01:50PM |
| 4 | A  Yes.  I don't recall the -- I don't remember it | 01:51PM |
| 5 | very clearly, but, yes. | 01:51PM |
| 6 | Q  Okay.  And did it also support a receive only -- | 01:51PM |
| 7 | excuse me. | 01:51PM |
| 8 | Did it also support a receive-only operating | 01:51PM |
| 9 | mode? | 01:51PM |
| 10 | MR. CANNON:  Objection; vague, lacks foundation. | 01:51PM |
| 11 | THE WITNESS:  Let me take a moment.  Yes. | 01:51PM |
| 12 | BY MR. WONG: | 01:51PM |
| 13 | Q  And did it also support a transmit and receive | 01:51PM |
| 14 | operating mode? | 01:51PM |
| 15 | MR. CANNON:  Objection; vague, lacks foundation. | 01:51PM |
| 16 | THE WITNESS:  Yes. | 01:51PM |
| 17 | BY MR. WONG: | 01:51PM |
| 18 | Q  And each of those features that we just talked | 01:51PM |
| 19 | about, those were implemented as part of Phase 1 of the | 01:51PM |
| 20 | LLDP project that you worked on, Mr. Patil? | 01:51PM |
| 21 | MR. CANNON:  Objection; vague. | 01:51PM |
| 22 | THE WITNESS:  Yes. | 01:51PM |
| 23 | BY MR. WONG: | 01:51PM |
| 24 | Q  If you turn to page 43 of Exhibit 315 -- let me | 01:52PM |
| 25 | know when you are there. | 01:52PM |

Page 156

| | | |
|---|---|---|
| 1 | A  Yes | 01:52PM |
| 2 | Q  -- section 10 5 2 is called "Statistical | 01:52PM |
| 3 | counters " | 01:52PM |
| 4 | Do you see that? | 01:52PM |
| 5 | A  Yes | 01:52PM |
| 6 | Q  And, under that, it says, "Statistical counters | 01:52PM |
| 7 | shall be provided to accumulate operational statistics | 01:52PM |
| 8 | on a per-port basis " | 01:52PM |
| 9 | Do you see that? | 01:52PM |
| 10 | A  Yes | 01:52PM |
| 11 | Q  Is it your understanding that the support of | 01:52PM |
| 12 | statistical counters is required by the IEEE LLDP | 01:52PM |
| 13 | standard? | 01:52PM |
| 14 | MR. CANNON:  Objection; vague, lacks foundation, | 01:52PM |
| 15 | calls for improper opinion testimony | 01:52PM |
| 16 | THE WITNESS:  Can you repeat the question again? | 01:52PM |
| 17 | MR  WONG:  Sure | 01:52PM |
| 18 | Q  Is it your understanding that providing | 01:52PM |
| 19 | statistical counters is a requirement of complying with | 01:52PM |
| 20 | the IEEE LLDP standard? | 01:53PM |
| 21 | MR  CANNON:  Same objections | 01:53PM |
| 22 | THE WITNESS:  Yes | 01:53PM |
| 23 | BY MR  WONG: | 01:53PM |
| 24 | Q  And did you, in fact, support statistical | 01:53PM |
| 25 | counters when you worked on the LLDP implementation at | 01:53PM |

Page 157

40 (Pages 154 - 157)

1  Cisco?                                01:53PM
2      MR CANNON: Same objections             01:53PM
3      THE WITNESS: Yes                 01:53PM
4  BY MR WONG:                        01:53PM
5   Q  Now, you were looking at Exhibit 316 while you   01:53PM
6  were confirming your answer; correct?         01:53PM
7   A  That's correct                01:53PM
8   Q  What -- what were you looking for in Exhibit 316  01:53PM
9  to confirm your answer?               01:53PM
10     MR CANNON: Objection; mischaracterizes     01:53PM
11 testimony                         01:53PM
12     THE WITNESS: I was looking at the CLI  I    01:53PM
13 vaguely recalled that I supported that, but I was   01:53PM
14 looking at the -- the list of CLIs here to -- to confirm  01:53PM
15 that it -- it was in Phase 1              01:54PM
16 BY MR WONG:                      01:54PM
17  Q  And which CLI command did you look at to confirm  01:54PM
18 that the support of counters was included in Phase 1 of  01:54PM
19 the LLDP project?                  01:54PM
20     MR CANNON: Objection; vague, mischaracterizes  01:54PM
21 testimony                       01:54PM
22     THE WITNESS: I just confirmed that "show lldp   01:54PM
23 traffic" does exist in this table so that I can answer   01:54PM
24 you                           01:54PM
25 BY MR WONG:                      01:54PM

Page 158

1   Q  If you turn to page 49 of Exhibit 315 -- let me   01:54PM
2  know when you are there.               01:54PM
3   A  Yes.                        01:54PM
4   Q  -- if you look under Section 11.2.2, it's called  01:54PM
5  "TLV selection management."              01:54PM
6      Do you see that?                 01:54PM
7   A  Yes.                        01:54PM
8   Q  What is "TLV selection management"?         01:54PM
9   A  So some of the data that is sent in a discovery   01:54PM
10 packet is mandatory, and some of it is optional, and   01:55PM
11 what the standard calls for is the ability to specify   01:55PM
12 which of the optional TLVs the admin wants to send on a  01:55PM
13 particular port or suppress on a particular port, so   01:55PM
14 that's what TLV selection management essentially means.  01:55PM
15  Q  And when you worked on Phase 1 of the LLDP    01:55PM
16 project at Cisco, did you include the ability for TLV   01:55PM
17 selection in that implementation?           01:55PM
18  A  Yes.                        01:55PM
19  Q  In that first paragraph below Section 11.2.2 in  01:55PM
20 Exhibit 315 --                     01:56PM
21  A  Mm-hmm.                      01:56PM
22  Q  -- the second sentence says, "The following LLDP  01:56PM
23 variables cross reference to LLDP local systems      01:56PM
24 configuration MIB tables," and then it -- there's a   01:56PM
25 remainder of the sentence.              01:56PM

Page 159

1      Do you see that?                 01:56PM
2   A  Yes.                        01:56PM
3   Q  What are "MIB tables"?              01:56PM
4   A  So "MIB tables" are the -- the storage that make  01:56PM
5  SNMP queries possible, so MIBs are -- essentially     01:56PM
6  support information for SNMP.             01:56PM
7   Q  And so are -- are the tables different from the  01:56PM
8  MIBs themselves?                   01:56PM
9   A  MIBs -- MIB tables are like the blueprint for the  01:56PM
10 actual tables -- I'm sorry, MIB tables are the blueprint  01:56PM
11 for the actual MIB data, if that makes sense.      01:56PM
12  Q  MIB tables -- I'm sorry, can you explain that?   01:56PM
13 So let me -- let me ask the question again.       01:57PM
14     How -- strike that.               01:57PM
15     Are tables different from the MIBs themselves?   01:57PM
16  A  In -- in the -- and I have not used this language  01:57PM
17 for a long time, and I've not used SNMP in a long time,  01:57PM
18 but my understanding is that the language of SNMP -- in  01:57PM
19 the language of SNMP, the MIB table is like a blueprint.  01:57PM
20 It's called the data that is housed in the MIB.    01:57PM
21  Q  And the -- the term "MIB table," that -- is that  01:57PM
22 a term that is familiar to those in networking industry?  01:57PM
23     MR. CANNON: Objection; vague, lacks foundation,  01:57PM
24 calls for improper opinion testimony.        01:57PM
25     THE WITNESS: Yes.                01:57PM

Page 160

1  BY MR. WONG:                      01:57PM
2   Q  And you certainly know what a "MIB table" is if  01:57PM
3  you heard that term used; correct?           01:58PM
4   A  Yes.                        01:58PM
5   Q  And you would understand what a "MIB table" is   01:58PM
6  based upon your experience working in the networking   01:58PM
7  industry; correct?                  01:58PM
8   A  Yes.                        01:58PM
9   Q  What was the process at Cisco for selecting a    01:58PM
10 command syntax?  And we can talk specifically about the  01:58PM
11 commands listed on Exhibit 316 --           01:58PM
12  A  Mm-hmm.                      01:58PM
13  Q  -- but -- so let me just rephrase the question,   01:58PM
14 actually.                       01:58PM
15     For the commands listed in Exhibit 316, what was  01:58PM
16 the process at Cisco for selecting the command syntax?  01:58PM
17     MR. CANNON: Objection; vague, lacks foundation,  01:58PM
18 calls for speculation.               01:58PM
19     THE WITNESS: Well, there is -- the -- the      01:58PM
20 product owner, which is me, lead developer for the   01:58PM
21 product, comes up with initial proposal, and it is,   01:58PM
22 essentially, reviewed by a group of people that are   01:58PM
23 highly experienced for -- for usability and      01:59PM
24 extensibility, and so on, so there are certain criteria  01:59PM
25 that they look -- look at, including usability,     01:59PM

Page 161

41 (Pages 158 - 161)

CONFIDENTIAL

1  subcommands under certain -- at certain places, and    02:16PM
2  that -- that's -- that's what it means    02:16PM
3    Q  And why is that important when coming up with a    02:16PM
4  command syntax?    02:16PM
5    MR CANNON: Objection; vague, lacks foundation,    02:16PM
6  incomplete hypothetical, calls for improper opinion    02:16PM
7  testimony    02:16PM
8    THE WITNESS: To support extensibility in -- in    02:16PM
9  general in the sense that we might do certain things in    02:17PM
10  Phase 1 and we might plan to include more commands at a    02:17PM
11  certain level in -- in the command hierarchy at a later    02:17PM
12  phase, and that is if you know you already want to do    02:17PM
13  that  But sometimes we don't even know, and it's all    02:17PM
14  the more pressing at that point to -- for -- for it to    02:17PM
15  be designed for extensibility    02:17PM
16  BY MR  WONG:    02:17PM
17    Q  Did you consider extensibility when you were    02:17PM
18  proposing the command syntaxes for the commands listed    02:17PM
19  on Exhibit 316?    02:17PM
20    MR CANNON: Objection; vague    02:17PM
21    THE WITNESS: Definitely, yes    02:17PM
22  BY MR  WONG:    02:17PM
23    Q If you turn to page 4 of Exhibit 318, No  6 --    02:17PM
24  let me know when you are there    02:18PM
25    A  Okay    02:18PM

Page 170

1    Q  -- it says, "When naming a command, try to pick    02:18PM
2  names that would be familiar to people in the industry "    02:18PM
3    Do you see that?    02:18PM
4    A  Yes    02:18PM
5    Q  When you came up with the commands listed on    02:18PM
6  Exhibit 316, did you try to pick names that would be    02:18PM
7  familiar to people in the industry?    02:18PM
8    MR CANNON: Objection; vague    02:18PM
9    THE WITNESS: Yes    02:18PM
10  BY MR  WONG:    02:18PM
11    Q  And did you try to use accepted industry acronyms    02:18PM
12  when coming up with the commands listed in Exhibit 316?    02:18PM
13    MR CANNON: Objection; vague    02:18PM
14    THE WITNESS: Yes    02:18PM
15  BY MR  WONG:    02:18PM
16    Q  If you look down at the bottom of page 4,    02:18PM
17  No  10 -- let me know when you are there    02:18PM
18    A  Yeah    02:19PM
19    Q  -- it says, "Commands should tend to be    02:19PM
20  self-explanatory so that a relatively knowledgeable user    02:19PM
21  can figure out the command function from the command and    02:19PM
22  on-line help without having to scurry off to the    02:19PM
23  manuals "    02:19PM
24    Do you see that?    02:19PM
25    A  Yes    02:19PM

Page 171

1    Q  Did you consider that guideline when you were    02:19PM
2  devising the command syntaxes listed on Exhibit 316?    02:19PM
3    MR  CANNON: Objection; vague    02:19PM
4    THE WITNESS: Yes  In general, yes    02:19PM
5  BY MR  WONG:    02:19PM
6    Q  How important is the vocabul-- strike that    02:19PM
7    How important is -- is understanding the    02:19PM
8  vocabulary of the intended user of a command to coming    02:19PM
9  up with a command syntax, in your view?    02:19PM
10    MR  CANNON: Objection; vague, lacks foundation,    02:19PM
11  calls for improper opinion testimony    02:19PM
12    THE WITNESS: It's fairly important    02:19PM
13  BY MR  WONG:    02:20PM
14    Q  Did you consider the vocabulary of the intended    02:20PM
15  user of the LLDP functionality when you were coming up    02:20PM
16  with the commands listed on Exhibit 316?    02:20PM
17    MR  CANNON: Objection; vague    02:20PM
18    THE WITNESS: Yes    02:20PM
19  BY MR  WONG:    02:20PM
20    Q  Do you think it's important to have guidelines    02:20PM
21  for the addition of new commands to a command-line    02:20PM
22  interface?    02:20PM
23    MR  CANNON: Objection; vague, incomplete    02:20PM
24  hypothetical, lacks foundation, calls for improper    02:20PM
25  opinion testimony    02:20PM

Page 172

1    THE WITNESS: Yes.    02:20PM
2  BY MR. WONG:    02:20PM
3    Q  Why do you think it's important to have    02:20PM
4  guidelines for the addition of new commands to a    02:20PM
5  command-line interface?    02:20PM
6    MR. CANNON: Same objections.    02:20PM
7    THE WITNESS: The primary reason is the inability    02:20PM
8  to reverse commands and the need for backward    02:21PM
9  compatibility at every stage of the product evolution.    02:21PM
10  And that calls for basically putting out commands in a    02:21PM
11  manner that is backward compatible and extensible.    02:21PM
12  BY MR. WONG:    02:21PM
13    Q  So, in your view, considering backwards    02:21PM
14  compatibility and extensibility are both important when    02:21PM
15  coming up with a new command; correct?    02:21PM
16    MR. CANNON: Objection; vague, mischaracterizes    02:21PM
17  testimony, lacks foundation, calls for improper opinion    02:21PM
18  testimony, incomplete hypothetical.    02:21PM
19    THE WITNESS: In the context of the CLI we are    02:21PM
20  talking about, that would be correct.    02:21PM
21  BY MR. WONG:    02:21PM
22    Q  And did you consider backwards compatibility and    02:21PM
23  extensibility when you proposed the commands listed on    02:21PM
24  Exhibit 316?    02:22PM
25    MR. CANNON: Objection; vague.    02:22PM

Page 173

44 (Pages 170 - 173)

CONFIDENTIAL

Page 186

```
 1 hierarchy.                                02:38PM
 2     If you want a strict hierarchy, you would have an  02:38PM
 3 intermediate node and list all the specific options, but  02:38PM
 4 since there aren't any, I might have taken this  02:38PM
 5 position; although, it's -- it's -- it may seem a little  02:38PM
 6 bit weak for in terms of future-proofing things.  02:38PM
 7     So there's a -- there's a -- there's a balance  02:38PM
 8 between future-proofing and -- and verbosity, and -- and  02:39PM
 9 the more you try to feature-proof, the more verbose you  02:39PM
10 can become, so it's more of a subjective column how you  02:39PM
11 design, keeping all of these in mind, yeah.  02:39PM
12   Q  Thank you.                           02:39PM
13     And after letter "d" on Exhibit 321, you say,  02:39PM
14 quote:  It is more intuitive for first-time users, end  02:39PM
15 quote.                                     02:39PM
16     Do you see that?                       02:39PM
17   A  Yes.                                  02:39PM
18   Q  What did you mean by that?            02:39PM
19   A  This means that -- that user interface should  02:39PM
20 flow naturally in a sense that if I've never used  02:39PM
21 anything similar, I should be pretty much able to -- I  02:39PM
22 should be able to come in and type in a reasonable  02:39PM
23 keyword for things and get help on it and be able to  02:40PM
24 complete a configuration within a reasonable amount of  02:40PM
25 time rather than going through hours of research on it.  02:40PM
```

Page 187

```
 1   Q  And that approach that you just described, did  02:40PM
 2 you apply that approach for the commands that are listed  02:40PM
 3 in Exhibit 316?                            02:40PM
 4     MR. CANNON:  Objection; vague.         02:40PM
 5     THE WITNESS:  The -- what is 316?  This is the  02:40PM
 6 one -- okay.  This -- it -- it certainly influenced our  02:40PM
 7 structure for these commands.  Yeah, so intuitiveness,  02:40PM
 8 extensibility, usability, aesthetics are all factors  02:40PM
 9 that we considered.                        02:40PM
10 BY MR. WONG:                               02:40PM
11   Q  Let's look at Exhibit 316 now, Mr. Patil.  02:41PM
12   A  Yeah.                                 02:41PM
13   Q  Starting with the first command, you were  02:41PM
14 associated with "clear lldp counters."     02:41PM
15     Do you see that?                       02:41PM
16   A  Yes.                                  02:41PM
17   Q  What function does the "clear lldp counters"  02:41PM
18 command perform?                           02:41PM
19   A  It's basically a reset, if you will, of all the  02:41PM
20 statistics that have been accumulated over a period of  02:41PM
21 time, and if you want to start off on a clean slate  02:41PM
22 again at a certain period of time on a -- on a certain  02:41PM
23 router or switch, then you could issue that command and  02:42PM
24 it will clear all the statistics.          02:42PM
25   Q  And how long did it take you, approximately, to  02:42PM
```

Page 188

```
 1 come up with the syntax of "clear lldp counters"?  02:42PM
 2     MR. CANNON:  Objection; vague.         02:42PM
 3     THE WITNESS:  Oh, just that one command?  02:42PM
 4     MR. WONG:  Mm-hmm.                     02:42PM
 5     THE WITNESS:  I don't know, 15 minutes.  02:42PM
 6 BY MR. WONG:                               02:42PM
 7   Q  Okay.  How long did it take you, approximately,  02:42PM
 8 to do the source code writing to implement the  02:42PM
 9 functionality for the "clear lldp counters" command?  02:42PM
10     MR. CANNON:  Objection; vague, assumes facts not  02:42PM
11 in evidence.                               02:42PM
12     THE WITNESS:  Okay.  That would be, again,  02:42PM
13 15 minutes, and I have to add that this is a easiest one  02:42PM
14 to implement.                              02:42PM
15 BY MR. WONG:                               02:42PM
16   Q  For the "clear lldp table" command --  02:42PM
17   A  Mm-hmm.                               02:42PM
18   Q  -- what functionality does that perform?  02:43PM
19   A  That is, again, a reset, but more at the enable  02:43PM
20 level in the sense that, let's say, a device comes up  02:43PM
21 and it discovers ten neighbors and we want to come in  02:43PM
22 and manually reset the table by making it forget all  02:43PM
23 those ten neighbors instantly, then we would use that  02:43PM
24 command.                                   02:43PM
25   Q  And approximately how long did it take you to  02:43PM
```

Page 189

```
 1 come up with the syntax of "clear lldp table"?  02:43PM
 2     MR. CANNON:  Objection; vague          02:43PM
 3     THE WITNESS:  The answer would be very similar to  02:43PM
 4 the other "clear" command                  02:43PM
 5 BY MR WONG:                                02:43PM
 6   Q  About 15 minutes?                     02:43PM
 7   A  Yes                                   02:43PM
 8   Q  And did it take you also about 15 minutes to  02:43PM
 9 write the underlying source code for the functionality  02:43PM
10 of the "clear lldp table" command?         02:43PM
11   A  No                                    02:43PM
12   Q  How long, approximately, did it take you to come  02:43PM
13 up with the -- strike that                 02:43PM
14     How long, approximately, did it take you to write  02:43PM
15 the source code for the "clear lldp table" command?  02:43PM
16     MR. CANNON:  Objection; vague          02:44PM
17     THE WITNESS:  I can't quantify it readily, but it  02:44PM
18 would be, if you tally the total time spent on it, maybe  02:44PM
19 a couple hours, because there is dependencies to handle  02:44PM
20 It's not as easy as setting a bunch of numbers to zero  02:44PM
21 BY MR WONG:                                02:44PM
22   Q  And for all of the commands listed on  02:44PM
23 Exhibit 316, Mr Patil, can you describe for me,  02:44PM
24 generally, what type of source code you would need to  02:44PM
25 write to implement the functionality?      02:44PM
```

48 (Pages 186 - 189)

CONFIDENTIAL

**Page 190**

1    MR CANNON: Objection; compound, vague, lacks    02:44PM
2    foundation, incomplete hypothetical, calls for improper    02:44PM
3    opinion testimony    02:44PM
4    THE WITNESS: So to clarify the question, what    02:44PM
5    type of code needs to be written to clear the command    02:44PM
6    for the "clear" commands?    02:44PM
7    MR WONG: No, no    02:44PM
8    Q  So, for example, you know, to write the source    02:44PM
9    code for any of these commands listed on Exhibit 316 --    02:44PM
10    A  Yeah    02:44PM
11    Q  -- what are the types of source code that would    02:44PM
12    need to be written in order to implement them?    02:45PM
13    MR CANNON: Objection; compound, vague, lacks    02:45PM
14    foundation, incomplete hypothetical, calls for improper    02:45PM
15    opinion testimony    02:45PM
16    THE WITNESS: The source code is written in C --    02:45PM
17    C language, and, essentially, all these commands have a    02:45PM
18    callback which can be implemented as a C function, and    02:45PM
19    whenever a user travels to a certain point and they pass    02:45PM
20    tree, that function gets attached to that node in    02:45PM
21    the tree gets executed, and basically, it's -- it's    02:45PM
22    given the information about the construct that it's    02:45PM
23    handling, and, at that point, they -- they just -- we    02:45PM
24    just go in and change the fields in there    02:45PM
25    BY MR WONG:    02:45PM

**Page 191**

1    Q  And that explanation you just provided applies to    02:45PM
2    all of the commands listed here on Exhibit 316; correct?    02:45PM
3    A  Yes.    02:45PM
4    MR. CANNON: Objection; vague, compound.    02:45PM
5    BY MR. WONG:    02:45PM
6    Q  What is the functionality performed by the "lldp    02:46PM
7    holdtime" command?    02:46PM
8    A  Yeah, so that's an interesting one.  It's a    02:46PM
9    subtle one, and I -- being that it's ten years since I    02:46PM
10    wrote this, I've forgotten that, but it's -- it's kind    02:46PM
11    of technical detail on LLDP that I can look up if you    02:46PM
12    want, but --    02:46PM
13    MR. WONG: Maybe this will help you.    02:46PM
14    What's the next exhibit number?    02:46PM
15    THE REPORTER: 322.    02:47PM
16    (Exhibit 322 was marked for    02:47PM
17    identification by the Court Reporter.)    02:47PM
18    MR. WONG: The Court Reporter has marked, as    02:47PM
19    Exhibit 322, a document bearing Bates number, on the    02:47PM
20    front page, CSI-CLI-00291752, and the last page of this    02:47PM
21    document is CSI-CLI-00292238, and for clarity on the    02:47PM
22    record, this is not the complete document.  The complete    02:47PM
23    document is over 500 pages long.  This is excerpted    02:47PM
24    pages from this document produced by Cisco with just the    02:47PM
25    LLDP-related commands.    02:47PM

**Page 192**

1    MR CANNON: And because of that, we are going to    02:47PM
2    have a standing objection to questions about this    02:47PM
3    partial document without the sufficient context for it    02:47PM
4    to be reviewed or understood    02:47PM
5    BY MR WONG:    02:47PM
6    Q  Now, Mr Patil, I'm just providing this exhibit    02:47PM
7    for you so that you can refresh your recollection, if    02:48PM
8    you need to --    02:48PM
9    A  Mm-hmm    02:48PM
10    Q  -- about what these various commands do  I won't    02:48PM
11    ask you any other questions about this exhibit, but feel    02:48PM
12    free to refer to Exhibit 322 --    02:48PM
13    A  Yeah    02:48PM
14    Q  -- to answer my questions    02:48PM
15    A  Yes    02:48PM
16    Q  So my question that I posed a few minutes ago is:    02:48PM
17    What is the function performed by the "lldp holdtime"    02:48PM
18    command?    02:48PM
19    MR CANNON: Objection --    02:48PM
20    THE WITNESS: So    02:48PM
21    MR CANNON: -- lacks foundation, document speaks    02:48PM
22    for itself    02:48PM
23    THE WITNESS: -- after reading, I still cannot    02:48PM
24    completely understand why we did that or what the    02:48PM
25    concept is, because it's been a while since I wrote this    02:48PM

**Page 193**

1    and I've not used it for a long time    02:48PM
2    But I think it's a request from the sender to the    02:49PM
3    receiver to hold neighbor information, at least for a    02:49PM
4    certain period of time, regardless of whether they get    02:49PM
5    utilized  That's my understanding    02:49PM
6    BY MR WONG:    02:49PM
7    Q  And how long, approximately, did it take you to    02:49PM
8    come up with the syntax for the "lldp holdtime" command?    02:49PM
9    MR CANNON: Objection; vague    02:49PM
10    THE WITNESS: The actual -- the command itself?    02:49PM
11    MR WONG: The actual -- yes, the syntax of the    02:49PM
12    command    02:49PM
13    MR CANNON: Objection; vague    02:49PM
14    THE WITNESS: 15 minutes    02:49PM
15    BY MR WONG:    02:49PM
16    Q  Is your answer 15 minutes for all of the commands    02:49PM
17    listed in Exhibit 316?    02:49PM
18    A  No    02:49PM
19    MR CANNON: Objection; compound and vague    02:49PM
20    MR WONG: I'm just trying to save time here,    02:49PM
21    Mr Patil    02:49PM
22    Q  Okay  What is the function performed by the    02:49PM
23    "lldp receive" command?    02:49PM
24    A  Basically, we announce that we are open on the    02:49PM
25    receive channel for that interface    02:50PM

CONFIDENTIAL

**Page 194**

1  Q  And how long did it take for you to come up with  02:50PM
2  the syntax for that command?  02:50PM
3  MR. CANNON: Objection; vague.  02:50PM
4  THE WITNESS: Several hours because that's where  02:50PM
5  we went back and forth on the extensibility, usability,  02:50PM
6  redundancy, verbosity, and those discussions.  02:50PM
7  BY MR. WONG:  02:50PM
8  Q  What is the function performed by the "lldp  02:50PM
9  reinit" command?  02:50PM
10  A  It specifies the amount of wait time for the  02:50PM
11  protocol to reinitialize at any point in time.  02:50PM
12  Q  And how long did it take for you to come up with  02:50PM
13  the command syntax for the "lldp reinit" command?  02:50PM
14  MR. CANNON: Objection; vague.  02:50PM
15  THE WITNESS: That's -- that one is in the  02:50PM
16  15-minute category.  02:50PM
17  BY MR. WONG:  02:50PM
18  Q  Did it also take you approximately 15 minutes to  02:51PM
19  come up with the "lldp run" command? And I'm referring  02:51PM
20  to the command syntax.  02:51PM
21  MR. CANNON: Objection; vague.  02:51PM
22  THE WITNESS: "Lldp run," yes.  02:51PM
23  BY MR. WONG:  02:51PM
24  Q  Did it also take you 15 minutes to come up with  02:51PM
25  the syntax for "lldp timer"?  02:51PM

**Page 195**

1  MR. CANNON: Objection; vague  02:51PM
2  THE WITNESS: I don't know that one because I --  02:51PM
3  I recall that some of these had a lot of discussion  02:51PM
4  involved, and I -- I can clearly say that transmit and  02:51PM
5  receive fell into that category  02:51PM
6  BY MR. WONG:  02:51PM
7  Q  Of taking longer than 15 minutes?  02:51PM
8  A  Longer time, longer than 15 minutes  02:51PM
9  Q  For the other commands listed on Exhibit 316 that  02:51PM
10  are not the "lldp transmit" and "lldp receive"  02:51PM
11  commands --  02:51PM
12  A  Mm-hmm  02:51PM
13  Q  -- do you believe that you spent approximately  02:52PM
14  15 minutes coming up with the command syntax for each of  02:52PM
15  those?  02:52PM
16  MR. CANNON: Objection; vague and compound  02:52PM
17  THE WITNESS: I would say a good 50 percent of  02:52PM
18  those, but some of the commands I struggle with myself  02:52PM
19  to -- to put out the best initial proposal, so not  02:52PM
20  everything is 15 minutes  Some of them took where I  02:52PM
21  went back and looked at other things and see what's the  02:52PM
22  most usable token to put there and a keyword to put  02:52PM
23  there  02:52PM
24  BY MR. WONG:  02:52PM
25  Q  Which of the commands do you think took longer  02:52PM

**Page 196**

1  than 15 minutes for you to come up with the command  02:52PM
2  syntax, setting aside the "lldp transmit" and "lldp  02:52PM
3  receive" commands.  02:52PM
4  A  Right.  02:52PM
5  "Tlv-select." Some of the org-specific ones  02:52PM
6  are -- they are just basically the -- they -- they are  02:53PM
7  straight up describing what they are, so that shouldn't  02:53PM
8  have been long.  02:53PM
9  I would say "tlv-select," "transmit" and  02:53PM
10  "receive," and maybe even "rate" command.  Significant  02:53PM
11  thought process involved in -- in coming up with the  02:53PM
12  right keywords.  02:53PM
13  Q  I'm sorry, did you say "rate command"?  02:53PM
14  A  Yeah, "lldp rate."  02:53PM
15  Q  Oh, okay.  So I'm looking at Exhibit 316, and I  02:53PM
16  do not believe the "rate" command --  02:53PM
17  A  Oh, oh, I see --  02:53PM
18  Q  -- is -- is part of that.  02:53PM
19  A  -- is part of that.  Okay.  I was looking at 322.  02:53PM
20  So among 316, I would say --  02:53PM
21  Q  Let me just ask the fresh question so that it's  02:53PM
22  clear --  02:53PM
23  A  Yes.  02:53PM
24  Q  -- on the record.  02:53PM
25  A  Yes.  02:53PM

**Page 197**

1  Q  So for the commands listed on Exhibit 316 --  02:53PM
2  A  Yeah  02:53PM
3  Q  -- which of the commands do you believe you spent  02:54PM
4  more than 15 minutes on coming up with the command  02:54PM
5  syntax?  02:54PM
6  A  "Transmit" and "receive," the "show" commands,  02:54PM
7  "tlv-select" command, "lldp timer" command, and "lldp  02:54PM
8  reinit" command  02:54PM
9  Q  Approximately how long do you think it took you  02:54PM
10  to come up with the command syntax for the "lldp reinit"  02:54PM
11  command?  02:54PM
12  MR. CANNON: Objection; vague  02:54PM
13  THE WITNESS: I struggled with it  I'm not  02:54PM
14  particularly happy with the way it is right -- right  02:54PM
15  here  Reading it is kind of a, for lack of a better  02:54PM
16  term, awkward keyword, but I didn't have anything better  02:55PM
17  to say -- to use there, so I might have struggled with  02:55PM
18  it for 45 minutes  02:55PM
19  BY MR. WONG:  02:55PM
20  Q  But do you have an actual memory of spending  02:55PM
21  45 minutes on this command?  02:55PM
22  A  Yes  02:55PM
23  Q  Okay  02:55PM
24  A  I mean, I had something else before, and I took  02:55PM
25  it out and rewired the code and etc , yeah  02:55PM

50 (Pages 194 - 197)

1  Q  When --                          03:42PM
2  A  Actually, I'm sorry, I take that back.  I do have  03:42PM
3  a legal certificate -- I used to have a legal          03:42PM
4  certification.                          03:42PM
5  Q  What kind of legal certi- -- certification did  03:42PM
6  you have?                          03:42PM
7  A  I had a Series 63 at one point.          03:42PM
8  Q  Do you have any training in intellectual property  03:42PM
9  law?                          03:42PM
10  A  No.                          03:42PM
11  Q  Did you analyze intellectual property issues when  03:42PM
12  you were writing your master's thesis at MIT?          03:42PM
13  A  No.                          03:42PM
14  Q  Have you reviewed any of Cisco's patents related  03:42PM
15  to SysDB?                          03:42PM
16  A  Related to SysDB, I might have glossed over a  03:42PM
17  couple of them, but I've not reviewed them in detail.  03:42PM
18  Q  Are you aware that the administrative law judge  03:42PM
19  in an International Trade Commission investigation has  03:42PM
20  found that Arista's EOS software infringes Cisco patents  03:42PM
21  related to SysDB?                      03:42PM
22      MR. WONG:  Object to the form of the question.  03:43PM
23      THE WITNESS:  I'm now aware of it, but not before  03:43PM
24  a few days ago.                      03:43PM
25  BY MR. CANNON:                      03:43PM

Page 230

1  Q  So you were not aware of that when you wrote your  03:43PM
2  master's thesis?                      03:43PM
3  A  No.                          03:43PM
4  Q  Last bit.                          03:43PM
5      Earlier, do you remember talking about how you  03:43PM
6  weren't particularly happy sitting here today with the  03:43PM
7  "lldp reinit" command?                  03:43PM
8  A  Yes.                          03:43PM
9  Q  Why aren't you happy about that, sitting here  03:43PM
10  today?                          03:43PM
11  A  It's not about just today.  I was not happy to  03:43PM
12  begin with it -- to begin with, because I struggled with  03:43PM
13  it a lot, and I couldn't come up with a nice term to  03:43PM
14  mean reinit, reinitialize, and, yeah, that was the  03:43PM
15  source of my dissatisfaction with it.          03:43PM
16  Q  Do you recall alternatives to "reinit" that you  03:43PM
17  considered at the time?                  03:43PM
18  A  I -- like I said, I spent 45 minutes on it, and  03:44PM
19  that's the best I could come up with, and given the time  03:44PM
20  pressure, I had to propose it and move with it.          03:44PM
21      MR. CANNON:  Nothing further for me right now.  03:44PM
22      MR. WONG:  We're done.              03:44PM
23      THE WITNESS:  Great.              03:44PM
24      MR. CANNON:  Thank you very much.          03:44PM
25      THE WITNESS:  Not a problem.  I hope it is useful  03:44PM

Page 231

1  to both of you                      03:44PM
2      MR. WONG:  Thank you              03:44PM
3      THE VIDEOGRAPHER:  We are off the record at  03:44PM
4  3:45 p m  This concludes today's testimony given by  03:44PM
5  Devadas Patil  The total number of media used was four  03:44PM
6  and will be retained by Veritext LLC          03:44PM
7      (TIME NOTED:  3:44 P M )
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 232

1      I declare under penalty of perjury
2  under the laws that the foregoing is
3  true and correct.
4
5      Executed on _____ , 20___,
6  at _____, _____.
7
8
9
10
11      _____
12      DEVADAS PATIL
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 233

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1        I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken before
4    me at the time and place herein set forth; that any
5    witnesses in the foregoing proceedings, prior to
6    testifying, were placed under oath; that a verbatim
7    record of the proceedings was made by me using machine
8    shorthand which was thereafter transcribed under my
9    direction; further, that the foregoing is an accurate
10   transcription thereof.
11       I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney or any of the parties.
14       IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16       Dated:  March 2, 2016
17
18
19
20
21       RACHEL FERRIER
22       CSR No. 6948
23
24
25
                                        Page 234
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

CISCO SYSTEMS, INC.      Case No.: 5:14-cv-05344-BLF(PSG)

5

6              Plaintiff,

7        v.

ARISTA NETWORKS, INC.

8

9              Defendants.
_____

10

11

12

13     * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14

15     VIDEOTAPED DEPOSITION OF PHILLIP REMAKER

16          30(b)(6) FOR CISCO SYSTEMS, INC.

17              Palo Alto, California

18             Thursday, March 31, 2016

19                  Volume 1

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CSR No. 11451

24   Job No.: 2281749

25   PAGES 1 - 216

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3         SAN JOSE DIVISION
4
     CISCO SYSTEMS, INC    Case No : 5:14-cv-05344-BLF(PSG)
5
          Plaintiff,
6
     v
7
     ARISTA NETWORKS, INC
8
          Defendants
9

10
11
12
13
14    * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17    VIDEOTAPED DEPOSITION OF PHILLIP REMAKER, Volume 1,
18  taken on behalf of Defendant, at 601 California Avenue,
19  Palo Alto, California, beginning at 9:30 a m  and ending
20  at 4:14 p m , on Thursday, March 31, 2016, before
21  LESLIE JOHNSON, Certified Shorthand Reporter No  11451
22
23
24
25
                                        Page 2

1              I N D E X
2
3  WITNESS                    EXAMINATION
4  PHILLIP REMAKER
   30(b)(6) for CISCO SYSTEMS
5  Volume 1
6    BY MR. WONG               8
7    BY MR. NEUKOM            212
8
9          EXHIBITS
10    PHILLIP REMAKER, 30(b)(6)
11  NUMBER        DESCRIPTION         PAGE
12  Exhibit 429  Defendant Arista Network, Inc.'s    9
      Notice of 30(b)(6) Deposition of
13     Plaintiff Cisco Systems, Inc.;
      33 pages
14
      Exhibit 430  Amended Exhibit F Document Index;   11
15     40 pages
16  Exhibit 431  Amended Exhibit F; 44 pages    14
17  Exhibit 432  Binder labeled "Bates Does Cited   15
      in Cisco Rog Exhibit F," Volume 1
18     of 2
19  Exhibit 433  Binder labeled "Bates Does Cited   15
      in Cisco Rog Exhibit F," Volume 2
20     of 2
21  Exhibit 434  Binder labeled "Source Code Cited   15
      in Cisco Rog Exhibit F," Volume 1
22     of 2
23  Exhibit 435  Binder labeled "Source Code Cited   15
      in Cisco Rog Exhibit F," Volume 2
24     of 2
25
                                        Page 4

1  APPEARANCES:
2
3  FOR PLAINTIFF CISCO SYSTEMS, INC.:
4    QUINN EMANUEL URQUHART & SULLIVAN LLP
5    BY: JOHN (JAY) NEUKOM, ESQ.
6    50 California Street, 22nd Floor
7    San Francisco, California  94111
8    (415)875-6600
9    johnneukom@quinnemanuel.com
10  FOR DEFENDANT ARISTA NETWORKS, INC.:
11    KEKER & VAN NEST LLP
12    BY: RYAN WONG, ESQ.
13    633 Battery Street
14    San Francisco, California  94111
15    (415)391-5400
16    rwong@kvn.com
17  ALSO PRESENT:
18    SEAN GRANT, Videographer
19
20
21
22
23
24
25
                                        Page 3

1          EXHIBITS (Cont )
2      PHILLIP REMAKER, 30(b)(6)
3  NUMBER        DESCRIPTION         PAGE
4  Exhibit 436  E-mail dated 1/12/99 from Phillip    40
      Remaker to Carl Schaefer, et al ;
      Bates stamped CSI-CLI-00794351 to 95
5  Exhibit 437  E-mail dated 6/7/2003 from Shaubin    80
      Xie; Bates stamped CSI-CLI-00783473
6      to 81
7  Exhibit 438  Parser-Police Manifesto, version 6;   82
8      10 pages
9  Exhibit 439  CLI Design and Review Guide; Bates    85
10     stamped CSI-CLI-02824651 to 719
11  Exhibit 440  E-mail thread, top e-mail dated     87
      7/8/2005, from Jain Dhanendra; Bates
12     stamped CSI-CLI-00807444 to 68
13  Exhibit 441  Interrogatory No  2 First Supplemental  98
      Response - Exhibit C; 3 pages
14
15  Exhibit 442  Document entitled "Show Inventory    104
      Command"; Bates stamped CSI-CLI-610102
      to 610105
16
17  Exhibit 443  E-mail dated 12/6/2002 from Eric    114
      Osborne; Bates stamped CSI-CLI-777457
      to 459
18
19  Exhibit 444  Interrogatory No  2 First Supplemental  122
      Response - Exhibit B; 102 pages
20  Exhibit 445  E-mail dated 25 June 2002 from Ilse   151
      Van Hoeck; Bates stamped
21     CSI-CLI-00608702 to 703
22  Exhibit 446  E-mail dated 17 May 1999 from Liming   159
      Wei; Bates stamped CSI-CLI-60866
23
24
25
                                        Page 5

Pages  2  to  5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            EXHIBITS (Cont.)
 2       PHILLIP REMAKER, 30(b)(6)
 3  NUMBER        DESCRIPTION              PAGE
 4  Exhibit 447  Plaintiff Cisco Systems, Inc.'s Seventh  164
                 Supplemental Objections and Responses
 5               to Defendant Arista Network, Inc.'s
                 Second Set of Interrogatories
 6               (No. 16); 50 pages
 7  Exhibit 448  Plaintiff Cisco System, Inc.'s Fourth   167
                 Supplemental Objections and Responses
 8               to Defendant Arista Network, Inc's
                 First Set of Interrogatories (2 and 5);
 9               44 pages
10  Exhibit 449  Cisco's Response to Arista's            182
                 Interrogatory No. 16 Amended Exhibit
11               D1 (IOS Release 11.0); 28 pages
12  Exhibit 450  Exhibit E Exemplary Copying of Command  201
                 Responses; 27 pages
13
    Exhibit 451  Writing Command Line Interfaces (CLI)   204
14               and CLI Output; Bates stamped
                 CSI-CLI-02607986 to 8010
15
                       * * *
16
17
18
19
20
21
22
23
24
25
                                              Page 6
```

```
 1       Palo Alto, California, Thursday, March 31, 2016
 2             9:30 a.m.
 3
 4       THE VIDEOGRAPHER:  Good morning.  We're on
 5  the record.  The time is 9:30 a.m. and the date is
 6  March 31st, 2016.  This begins the videotaped
 7  deposition of Cisco Systems, Inc. pursuant to Rule
 8  30(b)(6).  My name is Sean Grant, here with our
 9  court reporter, Leslie Johnson.  We're here from
10  Veritext Legal Solutions at the request of counsel
11  for Defendant.  This deposition is being held at
12  Wilson Sonsini in Palo Alto, California.
13       The caption of this case is Cisco Systems
14  Inc. versus Arista Networks, Inc., Case No.
15  5:14-cv-05344-BLF.
16       Please note that audio and video recording
17  will take place unless all parties have agreed to go
18  off the record.  Microphones are sensitive and may
19  pick up whispers, private conversations or cellular
20  interference.
21       At this time, will counsel please identify
22  themselves and state whom they represent.
23       MR. WONG:  Ryan Wong from Keker & Van Nest
24  for Defendant Arista Networks.
25       MR. NEUKOM:  John Neukom for the
                                              Page 7
```

```
 1  plaintiff.
 2       THE VIDEOGRAPHER:  Thank you.  Will the
 3  certified court reporter please swear in the
 4  witness.
 5
 6           PHILLIP REMAKER,
 7  having been first duly sworn, was examined
 8  and testified as follows:
 9
10           EXAMINATION
11  BY MR. WONG:
12  Q.  Good morning, Mr. Remaker.
13  A.  Good morning.
14  Q.  Do you understand that you are testifying
15  under oath?
16  A.  I understand.
17  Q.  Okay.  And I know we took your personal
18  deposition yesterday.  Do you understand that the
19  general rules for conducting a deposition are also
20  applicable today?
21  A.  Yes.
22  Q.  Do you understand that you have been
23  designated by Plaintiff Cisco to provide corporate
24  testimony under Rule 30(b)(6) today?
25  A.  Yes.
                                              Page 8
```

```
 1       (Exhibit 429 marked for identification.)
 2       MR. WONG:  Let's mark this as the first
 3  deposition exhibit.  I believe we are on 429.
 4       THE REPORTER:  Correct.
 5  BY MR. WONG:
 6  Q.  The court reporter has marked Exhibit 429,
 7  a document that on its face says "Defendant Arista
 8  Network, Inc.'s Notice of Rule 30(b)(6) Deposition
 9  of Plaintiff Cisco Systems, Inc."
10       Mr. Remaker, do you recognize the document
11  marked as Exhibit 429?
12       MR. NEUKOM:  It might help you to turn to
13  page 23.
14       MR. WONG:  Thank you, Counsel.
15       MR. NEUKOM:  Start with paragraph 78.
16       THE WITNESS:  Yes, I recognize this
17  document.
18  BY MR. WONG:
19  Q.  Do you understand that you have been
20  designated by Cisco to provide corporate testimony
21  for topic No. 78 that appears on page 23 of
22  Exhibit 429?
23  A.  Yes.
24  Q.  Do you understand that you've been
25  designated by Cisco to provide corporate testimony
                                              Page 9
```

Pages 6 to 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 answered.
2     THE WITNESS: Cisco trusts the engineers
3 that they hired that are experts in the topic.
4 BY MR. WONG:
5     Q. Mr. Remaker, did you review any deposition
6 testimony provided in this case to prepare for this
7 corporate deposition?
8     A. Yes.
9     Q. Did you review the deposition transcript
10 of Mr. Patel?
11     A. I did not.
12     Q. In the process of adding a new CLI command
13 to a Cisco operating system, is there a preferred or
14 best practice development approach that are followed
15 by Cisco engineers?
16     MR. NEUKOM: Objection. Asked and
17 answered. Also vague and compound.
18     THE WITNESS: Is there a best practice
19 for?
20 BY MR. WONG:
21     Q. The development of and creation of a new
22 CLI command to be added to the operating system?
23 And let me just give you some context.
24     Mr. Patel testified about a five-stage
25 development process for adding new features to the

Page 154

1 group, the Parser Police mailing list, and any other
2 related mailing lists run by individual
3 organizations.
4     Q. Anything else?
5     A. Nothing I can think of off the top of my
6 head.
7     Q. Is customer feedback a potential resource
8 for an employee who is creating a new CLI command?
9     MR. NEUKOM: Objection. The question
10 phrased in a hypothetical.
11     THE WITNESS: Customer feedback may be
12 used in the creation of a new CLI command.
13 BY MR. WONG:
14     Q. Are industry standards resources that may
15 be used by Cisco employees to create CLI commands?
16     MR. NEUKOM: Objection. Vague. Calls for
17 a legal solution.
18     THE WITNESS: Development engineers may
19 use standards in the preparation of CLI commands.
20 BY MR. WONG:
21     Q. And that includes IEEE standards, correct.
22     MR. NEUKOM: Objection. Vague and
23 compound.
24     THE WITNESS: That is my understanding.
25 ////

Page 156

1 Cisco's CLI and described how proposing the new CLI
2 commands for those features, what stages those were
3 done in.
4     A. Okay.
5     Q. And he testified that he thought this was
6 called the waterfall approach. I wasn't familiar
7 with that, but he described it as a five-stage
8 approach to development.
9     So my question to you is: Is there a
10 preferred approach at Cisco to come up with new CLI
11 commands in the process of adding new functionality
12 to Cisco's devices?
13     A. The best practices may vary by individual
14 development group.
15     Q. So you would have to look at each
16 development group to see whether there is a best
17 practice to coming up with a new CLI command; is
18 that right?
19     A. I would have to look at each individual
20 development group.
21     Q. What resources are available for an
22 engineer to consult when coming up with a new CLI
23 command?
24     A. The resources include specific documents
25 in the development process for each individual

Page 155

1 BY MR. WONG:
2     Q. That could also include IETF standards,
3 correct?
4     A. That is my understanding.
5     Q. And is the existing command set in the
6 Cisco CLI another resource that an engineer may
7 consult when coming up with a new CLI command?
8     MR. NEUKOM: Objection. Vague and
9 compound.
10     THE WITNESS: Are you saying can they look
11 at the existing code to develop new code?
12 BY MR. WONG:
13     Q. Uh-huh.
14     A. Yes.
15     Q. Are there any resources that a Cisco
16 engineer is not allowed to consult when coming up
17 with a new command syntax?
18     A. Beyond what they're not allowed to consult
19 with in general, based on the terms of employment,
20 I'm not aware of any specific restrictions.
21     Q. Are Cisco employees free to rely upon
22 their own experiences working with non-Cisco CLI's
23 when coming up with new CLI commands for Cisco IOS?
24     MR. NEUKOM: Objection. Vague.
25 Hypothetical.

Page 157

Pages 154 to 157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  estimate for us the number of documents -- the
2  number of historical Cisco documents you reviewed to
3  prepare yourself to testify today as a corporate
4  representative?
5      A.  Easily 60 to 100 documents.
6      Q.  And can you describe by category what
7  sorts of documents you reviewed to prepare yourself
8  to come testify today about the historical
9  origination of Cisco command line expressions?
10     A.  Individual command specifications written
11  by engineers, source code, some e-mails, some
12  internal web pages, and the deposition of Kirk
13  Lougheed.
14     Q.  Do you believe there is anybody within
15  Cisco who knows more about the historical creation
16  of the 500-plus command line expressions identified
17  in Exhibit 431, other than you?
18     A.  No.
19         MR. NEUKOM:  Thanks very much.
20         MR. WONG:  Thank you.
21         THE VIDEOGRAPHER:  This concludes today's
22  videotaped deposition of Cisco Systems, Inc.
23  pursuant to Rule 30(b)(6).
24         We're off the record at 4:14 p.m.
25         (TIME NOTED:  4:14 p.m.)

Page 214

1          DECLARATION UNDER PENALTY OF PERJURY
2
3      I, PHILLIP REMAKER, the witness herein,
4  declare under penalty of perjury that I have read the
5  foregoing in its entirety; and that the testimony
6  contained therein, as corrected by me, is a true and
7  accurate transcription of my testimony elicited at said
8  time and place.
9
10     Executed this _____ day of _____ 2016, at
11  _____, _____.
12     (City)         (State)
13
14
15
16
17     _____
18              PHILLIP REMAKER
19
20
21
22
23
24
25

Page 215

1              REPORTER'S CERTIFICATION
2
3      I, Leslie Johnson, a Certified Shorthand
4  Reporter of the State of California, do hereby certify:
5      That the foregoing proceedings were taken
6  before me at the time and place herein set forth; that
7  any witnesses in the foregoing proceedings, prior to
8  testifying, were administered an oath; that a record of
9  the proceedings was made by me using machine shorthand
10  which was thereafter transcribed under my direction;
11  that the foregoing transcript is a true record of the
12  testimony given.
13      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16  I further certify I am neither financially interested in
17  the action nor a relative or employee of any attorney or
18  any party to this action.
19      IN WITNESS WHEREOF, I have this date
    subscribed my name.
20  Dated:  April 15, 2016
21
22
23      <%signature%>
24      LESLIE JOHNSON
25      CSR No. 11451, RPR, CCRR

Page 216

Pages 214 to 216

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    _____

                                    )

6    CISCO SYSTEMS, INC.,           )

7              Plaintiff,           )

8         vs.                       ) Case No.:

                                    ) 5:14-cv-05344-BLF(PSG)

9    ARISTA NETWORKS, INC.,         )

                                    )

10            Defendant.            )

     _____)

11

12

13         ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14            VIDEOTAPED DEPOSITION OF ABHAY ROY

15                 Palo Alto, California

16               Friday, December 18, 2015

17                      Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER

23   CSR No. 6948

24   Job No. 2200521

25   PAGES 1 - 232

                                              Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5  _____
                             )
 6  CISCO SYSTEMS, INC.,      )
                             )
 7       Plaintiff,           )
                             )
 8       vs.              )Case No.:
                         )5:14-cv-05344-BLF(PSG)
 9  ARISTA NETWORKS, INC.,    )
                             )
10       Defendant.           )
   _____)
11
12
13      VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME 1,
14  taken on behalf of the Defendant, at Wilson Sonsini
15  Goodrich & Rosati, 601 California Avenue, Palo Alto,
16  California, beginning at 9:30 a.m. and ending at
17  4:47 p.m. on Friday, December 18, 2015, before
18  RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
19
20
21
22
23
24
25
                                              Page 2
```

```
 1  APPEARANCES:
 2
 3  For Plaintiff CISCO SYSTEMS, INC., and the Witness:
 4     QUINN EMANUEL URQUHART & SULLIVAN LLP
 5     BY:  JOHN M. NEUKOM
 6     Attorney at Law
 7     50 California Street, 22nd Floor
 8     San Francisco, CA  94111
 9     415.875.6320
10     johnneukom@quinnemanuel.com
11  and
12     QUINN EMANUEL URQUHART & SULLIVAN LLP
13     BY:  SIDNEY ARCHIBALD
14     Attorney at Law
15     555 Twin Dolphin Drive, 5th Floor
16     Redwood Shores, CA 94065
17     650.801.5000
18     sydneyarchibald@quinnemanuel.com
19
20
21
22
23
24
25
                                              Page 3
```

```
 1  APPEARANCES (continued):
 2
 3  For Defendant ARISTA NETWORKS, INC.:
 4     KEKER & VAN NEST, LLP
 5     BY:  DAVID J. SILBERT
 6     ELIZABETH K. McCLOSKEY
 7     Attorneys at Law
 8     633 Battery Street
 9     San Francisco, CA 94111
10     415.676.2269
11     dsilbert@kvn.com
12     emccloskey@kvn.com
13
14  Videographer:
15     CASSIA LEET
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1              INDEX
 2  WITNESS              EXAMINATION
 3  ABHAY ROY
 4  VOLUME 1
 5
 6      BY MR SILBERT    10, 87, 219
 7
 8          EXHIBITS
 9
10  NUMBER      DESCRIPTION          PAGE
11  Exhibit 51  LinkedIn Profile for
              Abhay Roy           11
12
    Exhibit 52  Cisco IOS Master Command
13           List, All Releases        18
14  Exhibit 53  CLI Design and Review
              Guide
15           (Bates CSI-ANI-00073381 -
              00073381 000014)      40
16
    Exhibit 54  Cisco's Third Supplemental
17           Response to Interrogatory
              No  16 and Response to
18           Interrogatory No  19
              Amended Exhibit F       57
19
    Exhibit 55  Bidirectional Forwarding
20           Detection (BFD) for IPv4
              and IPv6 (Single Hop)
21           (Bates ARISTANDCA00030805 -
              00030811)        61
22
    Exhibit 56  The OSPF Specification
23           (Bates ARISTANDCA00022597 -
              00022703)        80
24
25
                                              Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

|  | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER      DESCRIPTION | PAGE |
| 3 | Exhibit 57  Bidirectional Forwarding | |
|  | Detection (BFD) | |
| 4 | (Bates ARISTANDCA00030756 - | |
|  | 00030804) | 99 |
| 5 | | |
|  | Exhibit 58  Internet Protocol, | |
| 6 | Version 6 (IPv6) | |
|  | Specification | |
| 7 | (Bates ARISTANDCA00025710 - | |
|  | 00025746) | 105 |
| 8 | | |
|  | Exhibit 59  OSPF Commands: ip ospf | |
| 9 | fast-reroute per-prefix | |
|  | through R | 130 |
| 10 | | |
|  | Exhibit 60  CSCdi42640 | |
| 11 | (Bates CSI-CLI-01542004) | 137 |
| 12 | Exhibit 61  CSCdj76740 | 140 |
| 13 | Exhibit 62  CSCdj76740 | 140 |
| 14 | Exhibit 63  Screen shot of a webpage | |
|  | titled "Do you have | |
| 15 | knowledge of IPR in | |
|  | draft-ietf-isis-mi" | 169 |
| 16 | | |
|  | Exhibit 64  Screen shot of a webpage | |
| 17 | titled "Re:[68ATTENDEES] | |
|  | RFC Author License | |
| 18 | Execution Opportunity" | 171 |
| 19 | Exhibit 65  E-mail chain dated | |
|  | 11/23/15 to Leo Boulton, | |
| 20 | et al , from Brian | |
|  | Jackson | |
| 21 | (Bates CSI-CLI-01477442 - | |
|  | 01477448) | 179 |
| 22 | | |
|  | Exhibit 66  E-mail chain dated 9/8/15 | |
| 23 | from Umesh Dudani to | |
|  | Abhay Roy | |
| 24 | (Bates CSI-CLI-01438733 - | |
|  | 01438743) | 193 |
| 25 | | |

Page 6

|  | EXHIBITS | |
|---|---|---|
| 1 | | |
| 2 | NUMBER      DESCRIPTION      PAGE | |
| 3 | Exhibit 67  E-mail chain dated 7/3/13 | |
|  | from Vittal Krishnamurthy | |
| 4 | to Pranav Mehta, et al | |
|  | (Bates CSI-CLI-01483915 - | |
| 5 | 01483921) | 201 |
| 6 | Exhibit 68  E-mail chain dated 9/16/15 | |
|  | from Shane Corban to Yong | |
| 7 | Hu, et al | |
|  | (Bates CSI-CLI-01440122 - | |
| 8 | 01440128) | 204 |
| 9 | Exhibit 69  OSPFv3 support in IOS | |
|  | Software Unit Functional | |
| 10 | Specification | |
|  | (Bates CSI-CLI-00609752 - | |
| 11 | 00609769) | 219 |
| 12 | Exhibit 70  Support of BFD in OSPFv2 | |
|  | Functional Specification | |
| 13 | (Bates CSI-CLI-00610401 - | |
|  | 00610409) | 219 |
| 14 | | |
|  | Exhibit 71  CSCdk33792 | 219 |
| 15 | | |
|  | Exhibit 72  CSCdk33792 | 219 |
| 16 | | |
|  | Exhibit 73  Support of BFD in OSPFv2 | |
| 17 | Functional Specification | |
|  | (Bates CSI-CLI-00610410 - | |
| 18 | 00610420) | 219 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 7

| 1 | INDEX (Continued): |
|---|---|
| 2 | PREVIOUSLY MARKED EXHIBITS |
| 3 | EXHIBIT   PAGE |
| 4 | 29      75 |
| 5 | (Retained by Counsel) |
| 6 | |
| 7 | INSTRUCTION NOT TO ANSWER |
| 8 | Page   Line |
| 9 | 57     23 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 8

1     Palo Alto, California; Friday, December 18, 2015
2            9:30 a m
3                  09:30AM
4     THE VIDEOGRAPHER:  Good morning  We are on the   09:30AM
5  record at 9:30 a m  on December 18th, 2015           09:30AM
6     This is the video-recorded deposition of          09:30AM
7  Abhay Roy                                             09:30AM
8     My name is Cassia Leet, here with our Court       09:30AM
9  Reporter, Rachel Ferrier  We are here from Veritext  09:30AM
10  Legal Solutions at the request of counsel for the    09:30AM
11  defendant                                            09:30AM
12     This deposition is being held at 601 California  09:30AM
13  Avenue, Palo Alto, California 94304                  09:30AM
14     The caption of this case is Cisco Systems, Inc ,  09:31AM
15  versus Arista Networks, Inc , in the United States   09:31AM
16  District Court, Northern District of California,     09:31AM
17  San Jose Division, Case No  5:14-cv-05344-BLF (PSG)  09:31AM
18     Please note that the audio and video recording    09:31AM
19  will take place unless all parties agree to go off the  09:31AM
20  record  Microphones are sensitive and may pick up    09:31AM
21  whispers and private conversations                   09:31AM
22     I am not related to any party in this action, nor  09:31AM
23  am I financially interested in the outcome in any way  09:31AM
24     If there are any objections to the proceeding,    09:31AM
25  please state them at the time of your appearance,    09:31AM

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1    Q  And -- do you know the general dates?          11:11AM
2    A  Yeah, I mean, I'll be completely widely         11:11AM
3    speculating, so I would rather not                 11:12AM
4    Q  Okay  Do you have any knowledge of when Mr  Ward  11:12AM
5    worked at Cisco?                                   11:12AM
6    A  Same thing                                      11:12AM
7    Q  Okay  At the time Exhibit 55 was published,     11:12AM
8    they -- both Mr  Katz and Mr  Ward worked at Juniper  11:12AM
9    Networks; is that right?                           11:12AM
10   A  Yes  That's what this -- that's what this       11:12AM
11   document is telling us --                          11:12AM
12   Q  Okay                                            11:12AM
13   A  -- that is rendered, yes                        11:12AM
14   Q  And Juniper Networks is a competitor of Cisco;  11:12AM
15   correct?                                           11:12AM
16   A  Yes  Juniper makes routers and switches         11:12AM
17   Q  Okay  If you look at the title of the document,  11:12AM
18   it says "Bidirectional Forwarding Detection (BFD) "  11:12AM
19       Do you see that?                               11:13AM
20   A  Yes, I see that                                 11:13AM
21   Q  Is the acronym BFD one that's commonly used in  11:13AM
22   the industry?                                      11:13AM
23       MR  NEUKOM:  Objection; foundation, calls for  11:13AM
24   opinion testimony                                  11:13AM
25       THE WITNESS:  So if you stay in the scope of this  11:13AM

Page 66

1    document, the primary purpose, as I was answering  11:13AM
2    earlier, is for the reader to understand this document  11:13AM
3    and refer to -- to BFD as -- as a acronym versus saying  11:13AM
4    or fully spelling out Bidirectional Forwarding     11:13AM
5    Detection.  That's the purpose in this document.   11:13AM
6        Now, as far as the industry is concerned, I have  11:13AM
7    no idea what people want to call it, but the correct  11:13AM
8    thing to call it would be the full name, which is the  11:13AM
9    technology, which is Bidirectional Forwarding Detection.  11:13AM
10   People could abbreviate and say all sorts of things,  11:13AM
11   detection using bidirectional checks or doing all sorts  11:13AM
12   of things, so variety of options possible.         11:14AM
13       MR  SILBERT:  Okay.  But fair enough.          11:14AM
14   Q  But you agree that the acronym BFD, to refer to  11:14AM
15   Bidirectional Forwarding Detection, appears in     11:14AM
16   Exhibit 55?                                        11:14AM
17   A  Yes, that is correct.  I see that.              11:14AM
18   Q  Yeah.  Okay.                                    11:14AM
19       Would you please turn to the second page of the  11:14AM
20   document under Section 2, and I'm looking at the   11:14AM
21   section -- Section 2 with the heading "Applications and  11:14AM
22   Limitations."                                      11:14AM
23       Do you see that?                               11:14AM
24   A  Yes, I see that.                                11:14AM
25   Q  Under that, it says, "This application of BFD can  11:14AM

Page 67

1    be used by any pair of systems communicating via IPv4  11:14AM
2    and/or IPv6 across a single IP hop that is associated  11:14AM
3    with an incoming interface."                       11:14AM
4        Do you see that language?                      11:14AM
5    A  Yes, I see that.                                11:14AM
6    Q  Under the BFD standard, is BFD enabled for a    11:14AM
7    specific interface?                                11:15AM
8        MR  NEUKOM:  Objection; vague, calls for opinion  11:15AM
9    testimony.                                         11:15AM
10       THE WITNESS:  So I don't remember the complete  11:15AM
11   details of the document.  My closest recollection is the  11:15AM
12   specified -- as -- the line you just quoted, it is a  11:15AM
13   technology where two devices on a single interface can  11:15AM
14   detect each other in a faster way.                 11:15AM
15   BY MR  SILBERT:                                    11:15AM
16   Q  Okay.  Sorry to jump around on you, but I'm going  11:15AM
17   to do this -- I'm going to warn you, I'm going to do  11:15AM
18   this some today.                                   11:15AM
19       Could you look back at Exhibit 54 -- or,       11:15AM
20   actually, strike that.  That's okay.               11:16AM
21       What -- what is the function of the            11:16AM
22   "bfd all-interfaces" command in Cisco IOS?         11:16AM
23   A  So BFD -- I mean, this is a slightly longer     11:16AM
24   answer, so BFD -- we just looked at the spec.  This is  11:16AM
25   the technology where, on a per-interface basis between  11:16AM

Page 68

1    two devices, you can set up this functionality to detect  11:16AM
2    whoever goes down faster, right?                   11:16AM
3        When we ship this technology to our customers,  11:16AM
4    what we realized is they have a lot of such interfaces,  11:16AM
5    and if you had, let's say, a hundred interfaces, it was  11:16AM
6    quite cumbersome to go and configure, on each interface,  11:16AM
7    that I really want to protect myself; I really want BFD  11:16AM
8    enabled                                            11:17AM
9        So what we came up with is:  What if we gave you  11:17AM
10   a shorthand which you can configure at a higher     11:17AM
11   construct?                                         11:17AM
12       So the example I was giving earlier is, in     11:17AM
13   OSPF -- OSPF Version 3, in the router context -- not in  11:17AM
14   the interface context, in the router context -- you can  11:17AM
15   go and say, BFD, please configure for all interfaces  11:17AM
16       And that simplifies the operational aspect, and  11:17AM
17   customers can now just do this versus having to go to  11:17AM
18   each interface and enabling one at a time, so that's the  11:17AM
19   primary intent based on the feedback we got         11:17AM
20   Q  Okay  And so just to make sure that I           11:17AM
21   understand, the "bfd all-interfaces" command enables BFD  11:17AM
22   for all interfaces; is that correct?               11:17AM
23       MR  NEUKOM:  Objection; misstates prior        11:17AM
24   testimony                                          11:17AM
25       THE WITNESS:  I would add little bit to that  In  11:17AM

Page 69

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 the context of a certain routing protocol --    11:17AM
2    MR. SILBERT: Okay.    11:17AM
3    THE WITNESS: -- it enables BFD for all    11:18AM
4 interfaces where that routing protocol is enabled, but,    11:18AM
5 yeah.    11:18AM
6 BY MR. SILBERT:    11:18AM
7    Q  Okay. We discussed earlier the fact that you    11:18AM
8 don't know who came up with the expression    11:18AM
9 "bfd all-interfaces"; is that correct?    11:18AM
10    MR. NEUKOM: Objection; misstates prior    11:18AM
11 testimony.    11:18AM
12    THE WITNESS: Yeah, so as I said earlier, this    11:18AM
13 was a set of engineers who were working on this across    11:18AM
14 multiple protocols, and it's collaborative. I can't    11:18AM
15 pinpoint to specific engineer who probably suggested    11:18AM
16 these exact words.    11:18AM
17 BY MR. SILBERT:    11:18AM
18    Q  Okay. And I take it that you also don't know    11:18AM
19 what sources that engineer or those engineers referred    11:18AM
20 to in coming up with that expression; is that correct?    11:19AM
21    MR. NEUKOM: Objection; misstates prior    11:19AM
22 testimony.    11:19AM
23    THE WITNESS: Yeah, so, I mean, I can't recollect    11:19AM
24 what -- what sources they used to come up with this    11:19AM
25 exactly.    11:19AM

Page 70

1 BY MR  SILBERT:    11:19AM
2    Q  What was your personal involvement, if any, in    11:19AM
3 naming the "bfd all-interfaces" command?    11:19AM
4    A  So I remember the implementation part of the    11:19AM
5 command where I was a developer writing the code and    11:19AM
6 implementing the command    11:19AM
7    In the naming part, as I said, I don't quite    11:19AM
8 recollect was it my idea or was it a collaborative idea    11:19AM
9 which finally came to these exact choice of words, yeah,    11:19AM
10 so I don't recall  Probably participated in the    11:19AM
11 discussion of coming to this exact command syntax    11:19AM
12    Q  Okay  Where you say "probably participated in    11:19AM
13 the discussion," do you have any recollection of    11:20AM
14 participating in a discussion that came to this exact    11:20AM
15 command syntax?    11:20AM
16    A  Yeah, so no specific recollection    11:20AM
17    Q  Do you have a general recollection of    11:20AM
18 participating in that discussion?    11:20AM
19    A  The general recollection is, again, based on some    11:20AM
20 of the earlier comments I made  The -- the way we    11:20AM
21 actually design a new command is the team talks about    11:20AM
22 it  The team brainstorms about it, and I was part of    11:20AM
23 the team working at that time, so it will be hard to    11:20AM
24 believe that I was hiding under the table not really    11:20AM
25 doing anything, so I was probably participating  That's    11:20AM

Page 71

1 where the "probably" comes from    11:20AM
2    Q  Okay  But you don't have any actual image in    11:20AM
3 your head of those discussions; is that right?    11:20AM
4    A  That's correct    11:20AM
5    Q  Okay  Why don't you go back to -- let's -- let's    11:20AM
6 look again at Exhibit 54, this table, and would you    11:20AM
7 please turn to page 12    11:20AM
8    Do you see, a little more than midway down the    11:21AM
9 page, the Command Expression in the left-hand column    11:21AM
10 "ip ospf authentication"?    11:21AM
11    A  Yeah, I see that    11:21AM
12    Q  Okay  And do you see the next column with the    11:21AM
13 heading "Author/Originator Information"?  It says    11:21AM
14 "Cisco" and then your name?    11:21AM
15    A  Yes, I see that    11:21AM
16    Q  Did you come up with the expression "ip ospf    11:21AM
17 authentication"?    11:21AM
18    A  I'll probably give you a similar answer; that I    11:21AM
19 was part of the team who were working on it  Was this    11:21AM
20 purely me or was it a combined brainstorming with the    11:21AM
21 team, I don't have specific recollection    11:21AM
22    Q  Okay  And similar to the "bfd all-interfaces"    11:22AM
23 command that we discussed, do you have any knowledge of    11:22AM
24 what person or persons actually came up with the    11:22AM
25 expression "ip ospf authentication"?    11:22AM

Page 72

1    MR. NEUKOM: Objection; asked and answered.    11:22AM
2    THE WITNESS: Yeah, no specific names I can cite,    11:22AM
3 but, again, this is similar to what I said.  The team    11:22AM
4 talks about it and comes up with the name.  Who -- who    11:22AM
5 seeded the word or part of the word and how we arrived    11:22AM
6 at the final word, no specific recollection.    11:22AM
7 BY MR. SILBERT:    11:22AM
8    Q  Okay.  And, again, I -- I'm assuming this is    11:22AM
9 true, but correct me if I'm wrong.    11:22AM
10    You -- you have no image in your head of any    11:22AM
11 discussions surrounding this particular term with    11:22AM
12 respect to coming up with this expression?    11:23AM
13    A  That's correct, no specific recollection.    11:23AM
14    Q  Okay.  What is the function of the command    11:23AM
15 "ip ospf authentication"?    11:23AM
16    A  This command is at a -- at a interface level, if    11:23AM
17 I remember, and what this does is if -- if two devices    11:23AM
18 are talking OSPF, you can configure both devices to --    11:23AM
19 to do some level of encoding in the packets so that they    11:23AM
20 can validate each other.  There are different types of    11:23AM
21 authentication.  There is -- if I remember, again,    11:23AM
22 correctly, there is a clear text authentication.  There    11:23AM
23 is a message digest -- digest authentication, and I    11:23AM
24 think those are the -- those are the additional keywords    11:23AM
25 associated with this command.    11:24AM

Page 73

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  Q  Okay.  What's the significance of the term "ip"  11:24AM
2  at the start of this command?                11:24AM
3  A  IP -- I think we -- we kept "ip" as the top-level  11:24AM
4  keyword for things which were related to IP before, so  11:24AM
5  "ip" really implies IP Version 4.           11:24AM
6  Q  Okay.  And just to back up for a second, IP    11:24AM
7  stands for Internet protocol; correct?      11:24AM
8  A  That is correct.                11:24AM
9  Q  And IPv4 stands for -- or refers to Version 4 of  11:24AM
10 the Internet protocol; is that correct?     11:24AM
11 A  That is correct.  That is correct.     11:24AM
12 Q  And the Internet protocol is specified in a    11:24AM
13 standard published by the IETF; correct?    11:24AM
14 A  That it's correct.              11:24AM
15 Q  And IPv4 is specified in a standard published by  11:24AM
16 the IP -- IETF; correct?                11:25AM
17 A  Yes, that's correct.            11:25AM
18 Q  Okay.  The acronym IP was used by the industry to  11:25AM
19 refer to Internet protocol before Cisco used it in CLI  11:25AM
20 commands; correct?                  11:25AM
21    MR. NEUKOM: Objection; foundation.       11:25AM
22    THE WITNESS:  So the term "IP," just like we    11:25AM
23 discussed for BFD -- right? -- when you write Internet  11:25AM
24 standard, you try to abbreviate technologies, and,    11:25AM
25 again, we can look at that document and confirm that's  11:25AM

Page 74

1  this document, Exhibit 29?              11:27AM
2    MR. NEUKOM: Objection; foundation.       11:27AM
3    THE WITNESS:  So I'm just reading page 1 -- or  11:27AM
4  what you have in your bottom as 1557.  Just below the  11:27AM
5  RFC 791, it says, Replaces RFC 760, which generally    11:27AM
6  implies there was prior work, which -- which his    11:27AM
7  supersedes.                     11:27AM
8  BY MR. SILBERT:                 11:28AM
9  Q  Okay.  And forgive me if I've asked you this --  11:28AM
10    (Discussion off the stenographic record.)    11:28AM
11 BY MR. SILBERT:                 11:28AM
12 Q  I apologize if I've asked you this already, but  11:28AM
13 have -- have you heard the Internet protocol abbreviated  11:28AM
14 IP outside the context of Cisco?        11:28AM
15 A  As in what are the other possible abbreviations?  11:29AM
16 For example, intellectual property we use "IP" term all  11:29AM
17 the time.                       11:29AM
18 Q  We do that too.  No.            11:29AM
19    My question is:  Have you heard the abbreviation  11:29AM
20 IP used to refer to the Internet protocol outside the  11:29AM
21 context of Cisco?                   11:29AM
22    MR. NEUKOM: Objection; vague.           11:29AM
23    THE WITNESS:  So in -- in IETF -- as part of my  11:29AM
24 role in IETF, people do loosely refer Internet Protocol  11:29AM
25 Version 6 as "IP," as -- as one -- one of the variants.  11:29AM

Page 76

1  true or not  I'm guessing it says Internet protocol and  11:25AM
2  that abbreviates it as "IP," and the document refers to  11:25AM
3  that so that you don't have to keep saying "Internet    11:25AM
4  protocol" or "Internet Protocol Version 4 "  11:25AM
5    MR. NEUKOM: By the way, David, while you are    11:26AM
6  getting a new document, just as a housekeeping matter,  11:26AM
7  30 minutes or so ago I objected to a question you asked  11:26AM
8  the witness on the basis of attorney-client privilege,  11:26AM
9  and I meant to have objected on the basis of attorney    11:26AM
10 work product                    11:26AM
11    MR. SILBERT: Okay                   11:26AM
12    MR. NEUKOM: So                  11:26AM
13 BY MR. SILBERT:                 11:26AM
14 Q  This is -- let me show you a document that's    11:26AM
15 already been marked as Exhibit 29 in this case  11:26AM
16    Do you recognize this document?         11:26AM
17 A  Yes, I do                   11:27AM
18 Q  What is it?                  11:27AM
19 A  This is an RFC which details the Internet    11:27AM
20 protocol                        11:27AM
21 Q  And the publication date shown here is       11:27AM
22 September 1981; correct?            11:27AM
23 A  Yes, that is correct            11:27AM
24 Q  And was this, to your knowledge, the first    11:27AM
25 version of the Internet protocol that's described in    11:27AM

Page 75

1  There are, again, multiple ways to say that    11:29AM
2  BY MR  SILBERT:                 11:29AM
3  Q  Have you heard the expression "TCP/IP"?    11:29AM
4  A  Yes, I have                 11:29AM
5  Q  Do you know what the IP stands for in that    11:29AM
6  expression?                     11:29AM
7  A  That is the Internet protocol          11:30AM
8  Q  Okay  And that's the same Internet protocol that  11:30AM
9  we have been discussing here this morning; correct?    11:30AM
10 A  Correct                     11:30AM
11    Except in -- when you say "TCP/IP," it's probably  11:30AM
12 a little broader because it does not imply which IP    11:30AM
13 version you might be using  For example, you may be    11:30AM
14 using IP with IP Version 6, or you may be using    11:30AM
15 IP Version 4  It's a slightly broader term    11:30AM
16 Q  Okay  I think you mentioned this previously, but  11:30AM
17 before somebody came up with the expression "ip ospf    11:30AM
18 authentication," Cisco used "IP" as a top-level keyword  11:30AM
19 in other commands; correct?             11:30AM
20 A  That is correct                11:30AM
21 Q  And so when someone came up with the expression  11:31AM
22 "ip ospf authentication," they followed that same    11:31AM
23 syntax; correct?                    11:31AM
24    MR. NEUKOM: Objection; vague           11:31AM
25    THE WITNESS:  Authentication keyword, when it was  11:31AM

Page 77

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  introduced -- again, I'm trying to recollect from my    11:31AM
2  20-year-old memory  IP OSPF existed in the sense that    11:31AM
3  there were commands with IP OSPF some other options  It    11:31AM
4  made sense to attach authentication to that chain    11:31AM
5  already rather than sort of create something brand new    11:31AM
6  BY MR  SILBERT:    11:31AM
7    Q  Okay  And, in fact, if you look below -- looking    11:31AM
8  still at Exhibit 54, if you look immediately below "ip    11:31AM
9  ospf authentication," do you see the entry for "ip ospf    11:31AM
10  authentication-key"?    11:32AM
11    A  Yes, I see that    11:32AM
12    Q  And the -- if you look there, the date of the    11:32AM
13  earliest-known document that's listed for that    11:32AM
14  expression is 1993, which is five years or so earlier    11:32AM
15  than the date listed for "ip ospf authentication"; is    11:32AM
16  that correct?    11:32AM
17    A  That's what this document says, yes    11:32AM
18    Q  Do you know what the person or persons who came    11:32AM
19  up with the expression "ip ospf authentication" referred    11:32AM
20  to when coming up with that expression?    11:32AM
21    A  Are you asking for the previous command, which is    11:32AM
22  the "ip ospf authentication" --    11:32AM
23    Q  Yes    11:32AM
24    A  -- or the "key" command --    11:32AM
25    Q  No    11:32AM

Page 78

1    A  -- the previous -- okay    11:32AM
2    Q  Yeah    11:32AM
3    A  "Ip ospf authentication" referred to enabling the    11:32AM
4  authentification features -- as we said, it could be    11:33AM
5  clear text or it could be message digest -- on that    11:33AM
6  interface    11:33AM
7    Q  Yeah, I apologize because my question --    11:33AM
8    A  Okay    11:33AM
9    Q  -- wasn't clear    11:33AM
10    What I actually was trying to ask you was: Do    11:33AM
11  you know what documents or source materials the people    11:33AM
12  who came up with the expression "ip ospf authentication"    11:33AM
13  referred to when naming that command?    11:33AM
14    A  So I can't tell you anything very specific, but    11:33AM
15  what typically happens, I can say, is when you write a    11:33AM
16  new command, of course, you will see source code    11:33AM
17  changes, which looks like it refers to  You may also    11:33AM
18  produce customer-facing documents  For example, we saw    11:33AM
19  command reference where also this will get documented as    11:33AM
20  what it does and what the syntax is and so on    11:33AM
21    Q  Okay  And just to be clear, you are saying    11:33AM
22  that's what typically happens because you don't know    11:34AM
23  what the person or persons who named the command    11:34AM
24  "ip ospf authentication" actually referred to when they    11:34AM
25  named that command; is that correct?    11:34AM

Page 79

1    A  Yes    11:34AM
2    MR NEUKOM: Objection: misstates prior    11:34AM
3  testimony    11:34AM
4    THE WITNESS:  Yes  I don't have, again, specific    11:34AM
5  recollection of what sort of documentation or documents    11:34AM
6  we wrote at that time    11:34AM
7  BY MR  SILBERT:    11:34AM
8    Q  Okay  We have talked a little bit about OSPF    11:34AM
9    There's an OSPF standard that's published by    11:34AM
10  IETF; correct?    11:34AM
11    MR NEUKOM: Objection; vague    11:34AM
12    THE WITNESS:  So OSPF is basically Open Shortest    11:34AM
13  Path First  It's one of the routing protocols  OSPF    11:34AM
14  has had multiple IETF standards published over time, and    11:34AM
15  as we just saw, in the case of IP, sometimes the newer    11:35AM
16  one deprecate the older one and so on, so there are    11:35AM
17  multiple standards out there related to OSPF    11:35AM
18    MR  SILBERT: Okay    11:35AM
19    (Exhibit 56 was marked for    11:35AM
20    identification by the Court Reporter )    11:35AM
21  BY MR  SILBERT:    11:35AM
22    Q  Mr Roy, would you please look at Exhibit 56 and    11:36AM
23  tell me if you recognize it    11:36AM
24    A  Yes, I do    11:36AM
25    Q  What is it?    11:36AM

Page 80

1    A  This is another of OSPF standards RFC, which    11:36AM
2  specifies OSPF protocol, protocol specification.    11:36AM
3    Q  And this document states that it was published in    11:36AM
4  October 1989; correct?    11:36AM
5    A  That is correct.    11:36AM
6    Q  And the author listed here is someone named    11:36AM
7  J. Moy, M-o-y; is that correct?    11:36AM
8    A  Yes.  John Moy was the author.    11:36AM
9    Q  And the company where he's listed as working is    11:36AM
10  Proteon, Inc.; is that correct?    11:37AM
11    A  Correct, so at the time of publication of this    11:37AM
12  document, he was employed by Proteon, Inc.    11:37AM
13    Q  Do you know Mr. Moy?    11:37AM
14    A  Yes, I do.    11:37AM
15    Q  Did he ever work for Cisco?    11:37AM
16    A  Not that I know of.    11:37AM
17    Q  This document, in its title, uses the acronym    11:37AM
18  OSPF; correct?    11:37AM
19    A  Yes, it does.    11:37AM
20    Q  Who -- who came up with that acronym, to your    11:37AM
21  knowledge?    11:37AM
22    A  So I think I'll give you the same answer I gave    11:37AM
23  for BFD.  If you move to the page 1, which is 2601 in    11:37AM
24  the bottom-right label, and if you see Section 1, talks    11:37AM
25  about the first time that abbreviation was introduced,    11:37AM

Page 81

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 and that's very typical in IETF standards, that the long 11:38AM
2 things we create acronym at the first reference and 11:38AM
3 continue to use it in this document 11:38AM
4 Q So my question is just this: So far as you know, 11:38AM
5 someone outside of Cisco came up with the acronym OSPF; 11:38AM
6 correct? 11:38AM
7 A So IETF -- IETF products is a complicated 11:38AM
8 process, and let me just give you a quick glimpse of it 11:38AM
9 What you are seeing is the finished product, 11:38AM
10 which John Moy was the lead author and he took it to the 11:38AM
11 RFC 11:38AM
12 What happened before that and how many versions 11:38AM
13 were there and who are the people who sort of worked and 11:38AM
14 collaborated to get to this stage, you can find that 11:38AM
15 information, that -- how many earlier revisions of the 11:38AM
16 drafts are there, who are the collaborator, where they 11:38AM
17 worked for -- whichever companies they worked for, 11:39AM
18 right? -- and how did they come to this 11:39AM
19 So it's hard to say, just looking at this, who 11:39AM
20 came with this and who coined the term or who coined the 11:39AM
21 acronym OSPF 11:39AM
22 Q Okay But nevertheless, that acronym was in 11:39AM
23 common usage before it was used by Cisco in a CLI 11:39AM
24 command; correct? 11:39AM
25 MR NEUKOM: Objection; calls for opinion 11:39AM

Page 82

1 testimony. 11:39AM
2 THE WITNESS: So I don't know when Cisco 11:39AM
3 implemented OSPF first, so it's hard to say what 11:39AM
4 happened first. 11:39AM
5 Again, a corollary comment, a lot of times Cisco 11:39AM
6 is -- is the driver of technologies, and we implement 11:39AM
7 things, and then we publish standards off it, so there 11:39AM
8 could be a coincidence where it has been used in Cisco 11:39AM
9 before or -- or in a standard document before -- again, 11:39AM
10 I don't know enough history on this that what happened 11:40AM
11 when. 11:40AM
12 BY MR. SILBERT: 11:40AM
13 Q Okay. You are going to agree with me, though, I 11:40AM
14 think, that the standard itself uses the acronym OSPF; 11:40AM
15 right? 11:40AM
16 A The document does create the acronym for the use 11:40AM
17 for the document. 11:40AM
18 Q Okay. Would you turn to the page that ends in 11:40AM
19 the Bates No. 622? 11:40AM
20 MR. NEUKOM: Sorry, what page, David? 11:40AM
21 MR. SILBERT: Bates No. 622. 11:40AM
22 MR. NEUKOM: Okay. Thank you. 11:41AM
23 BY MR. SILBERT: 11:41AM
24 Q Do you see Section 6 that's with the heading "The 11:41AM
25 Area Data Structure"? 11:41AM

Page 83

1 A Yeah, I see that. 11:41AM
2 Q What is an area data structure in OSPF? 11:41AM
3 MR. NEUKOM: Objection; calls for opinion 11:41AM
4 testimony. 11:41AM
5 THE WITNESS: So "data structure" is -- is a 11:41AM
6 computer science terminology which is how you store 11:41AM
7 data, potentially, in a software implementation. 11:41AM
8 "Area" is a concept introduced in this RFC 11:41AM
9 which -- which refers to a collection of devices which 11:42AM
10 have -- which are in the same area -- or who make a 11:42AM
11 collective decision together by -- by knowing each 11:42AM
12 other's state up front. 11:42AM
13 So Internet data structure, I think, is going 11:42AM
14 into, if you had such a collection of objects, these are 11:42AM
15 the objects you probably want to keep in that collection 11:42AM
16 of objects. 11:42AM
17 BY MR. SILBERT: 11:42AM
18 Q Okay. Okay. Would you look at two pages more 11:42AM
19 at -- on the page that ends with the Bates No. 624? 11:42AM
20 A Yes. 11:42AM
21 Q And do you see the bolded term "authentication 11:42AM
22 type"? It's in the top third -- 11:42AM
23 A Yes, I see that. 11:42AM
24 Q -- of the page? 11:42AM
25 A Yeah, I see that. 11:42AM

Page 84

1 Q Under the OSPF standard, does an operator specify 11:42AM
2 the authentification type to be used for an area? 11:43AM
3 MR. NEUKOM: Objection; vague, calls for opinion 11:43AM
4 testimony 11:43AM
5 THE WITNESS: So as per this document, what was 11:43AM
6 described here is in a area you could specify if 11:43AM
7 authentication is in use, and I think it also refers to 11:43AM
8 this other section where you can find details of what 11:43AM
9 types of authentication, Appendix E 11:43AM
10 As a -- as a operator, you may or may not choose 11:43AM
11 to have authentication That is totally up to you If 11:43AM
12 you think your network is very secure, you may choose to 11:43AM
13 not have authentication If you really want to secure 11:43AM
14 your network, there are a variety of ways to 11:43AM
15 authenticate it, and this just refers to that -- what 11:43AM
16 mechanisms exist at the area level 11:44AM
17 BY MR. SILBERT: 11:44AM
18 Q Okay And would you agree that authentication is 11:44AM
19 a concept that's introduced in this OSPF specification? 11:44AM
20 MR. NEUKOM: Objection; calls for opinion 11:44AM
21 testimony and vague 11:44AM
22 THE WITNESS: This document has used the term 11:44AM
23 "authentication," but basically what we are talking 11:44AM
24 about is: Are there ways -- are there ways to validate? 11:44AM
25 Are there ways to secure communication between devices? 11:44AM

Page 85

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1     MR SILBERT: Okay  We need to change the tape,  11:44AM
 2  so we will have to pause there                    11:44AM
 3     THE VIDEOGRAPHER: This marks the end of        11:44AM
 4  Volume 1, Media No  1 of the deposition of Abhay Roy   11:44AM
 5     The time is 11:44 a m  We are off the record   11:44AM
 6     (Lunch recess taken )                          11:44AM
 7          ---o0o---                                 11:44AM
 8                                                     11:44AM
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 86
```

```
 1  AFTERNOON SESSION            12:24 P M  11:44AM
 2                               12:24PM
 3     THE VIDEOGRAPHER: We are back on the record at  12:24PM
 4  12:24 p m                   12:24PM
 5     This marks the beginning of Volume 1, Media No  2  12:24PM
 6  of the deposition of Abhay Roy         12:24PM
 7     Please continue             12:24PM
 8  BY MR  SILBERT:                12:24PM
 9   Q  Good afternoon, Mr  Roy         12:24PM
10     Before the lunch break, we were talking about the  12:24PM
11  command "ip ospf authentication "      12:24PM
12     Do you recall that?         12:24PM
13   A  Yes, I do                  12:24PM
14   Q  Do you agree that authentication is a parameter  12:24PM
15  that's introduced in the OSPF specification?  12:24PM
16     MR  NEUKOM: Objection; vague, calls for opinion  12:24PM
17     THE WITNESS: I think you referred me to some  12:24PM
18  section  Could you point me to that again?  12:24PM
19     MR  SILBERT: Yeah  We were looking at the page  12:24PM
20  that ends in Bates No  624 in Exhibit 56, which is the  12:24PM
21  OSPF specification dated October 1989      12:25PM
22     THE WITNESS: Was that 624?       12:25PM
23     MR  SILBERT: Yes                12:25PM
24   Q  Yeah, in the top third of the page --  12:25PM
25   A  Oh, yes  Yes  Sorry, my bad       12:25PM
                                                    Page 87
```

```
 1   Q  -- there is a bold entry "authentication type."  12:25PM
 2     Do you see that?             12:25PM
 3   A  Yes.                        12:25PM
 4     Yeah, so what -- what that -- in the -- what  12:25PM
 5  is -- what it's trying to say in the RFC is if you have  12:25PM
 6  for area some objects -- one of the objects is the  12:25PM
 7  authentication type.  That's what that document is  12:25PM
 8  talking about.                  12:25PM
 9   Q  And the -- the document is getting at the idea  12:25PM
10  that an operator can set the authentification type for  12:25PM
11  objects in an area; correct?       12:25PM
12     MR  NEUKOM: Objection; document speaks for  12:25PM
13  itself, calls for opinion testimony.      12:25PM
14     THE WITNESS: Yeah, so document is talking about,  12:26PM
15  at the area scope, if you support authentication, you  12:26PM
16  probably want to store objects related to the  12:26PM
17  authentication in that type of data store.   12:26PM
18  BY MR  SILBERT:                  12:26PM
19   Q  Okay.  So looking at the command "ip ospf  12:26PM
20  authentication," the term "ip" in that command refers to  12:26PM
21  the Internet protocol standard; right?      12:26PM
22     MR  NEUKOM: Objection; misstates prior  12:26PM
23  testimony.                      12:26PM
24     THE WITNESS: "ip" in that command refers to  12:26PM
25  Internet Protocol Version 4.       12:26PM
                                                    Page 88
```

```
 1  BY MR  SILBERT:                  12:26PM
 2   Q  Okay  And that's a standard that's published by  12:26PM
 3  the IETF; correct?               12:26PM
 4   A  Internet protocol is an RFC 791, which is  12:26PM
 5  published by the IETF, yes        12:26PM
 6   Q  Right                       12:27PM
 7     And -- and 791 might be an earlier version, but  12:27PM
 8  are you aware that there's a separate RFC that's a  12:27PM
 9  standard for Internet Protocol 4?      12:27PM
10   A  I don't know exactly if -- if there is a one --  12:27PM
11  there is a version later than this which supersedes  12:27PM
12  this --                         12:27PM
13   Q  Okay                        12:27PM
14   A  -- but there might be; might not be not aware  12:27PM
15   Q  Okay  And in the command "ip ospf  12:27PM
16  authentication," "ospf" refers to the OSPF  12:27PM
17  specification, Exhibit 56; correct?      12:27PM
18     MR  NEUKOM: Objection; misstates prior  12:27PM
19  testimony                       12:27PM
20     THE WITNESS: So OSPF command -- or this command,  12:27PM
21  which is in Cisco's implementation, refers to the  12:27PM
22  protocol called "OSPF," which is documented in an IETF  12:27PM
23  stand -- IETF RFC                12:28PM
24  BY MR  SILBERT:                  12:28PM
25   Q  Okay  And in the term "ip ospf authentication,"  12:28PM
                                                    Page 89
```

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  the term "authentication" refers to an authentication    12:28PM
2  parameter that's described in the OSPF standard;    12:28PM
3  correct?    12:28PM
4      MR NEUKOM: Objection; calls for opinion    12:28PM
5  testimony and document speaks for itself    12:28PM
6      THE WITNESS: So OSPF RFC does use the language    12:28PM
7  "authentication," and Cisco's CLI also happens to use    12:28PM
8  the language "authentication"; although, we are    12:28PM
9  primarily talking about how to secure, how to validate    12:28PM
10  OSPF packets, really    12:28PM
11  BY MR SILBERT:    12:28PM
12   Q  Okay  Are you saying that your command uses    12:28PM
13  "authentication" in a different way than the standard    12:28PM
14  does?    12:28PM
15   A  So the -- so the section we are looking at in the    12:28PM
16  standard is at the area scope versus the command we are    12:28PM
17  looking at is at the interface scope  They are two    12:29PM
18  different things  The scope is different    12:29PM
19   Q  I see  Okay    12:29PM
20      I think we have covered this in general, but I    12:29PM
21  just want to be clear    12:29PM
22      Is it correct that you do not know who actually    12:29PM
23  named the command "ip ospf authentication" at Cisco?    12:29PM
24   A  So as I -- as I have said in the past, I was part    12:29PM
25  of the team  I did participate in the team to come up    12:29PM

Page 90

1  with this.  Was it exactly my idea or somebody else's    12:29PM
2  idea?  That I don't specifically recall, but I was part    12:29PM
3  of the team who came up with the -- the keyword, and I    12:29PM
4  was part of the team which was doing the implementation.    12:29PM
5   Q  Okay.  And it's -- you have no memory of the    12:29PM
6  actual process of coming up with this command; correct?    12:29PM
7      MR NEUKOM: Objection; misstates prior    12:29PM
8  testimony.    12:30PM
9      THE WITNESS: Specifically what happened for this    12:30PM
10  particular command and what process, I don't have a    12:30PM
11  specific memory, but as I have said earlier, the way the    12:30PM
12  process is, is one or -- or more engineers come up with    12:30PM
13  certain set of keywords.  We have a discussion.  And    12:30PM
14  then we arrive at what finally happens.  And then there    12:30PM
15  was more about parser police, but I'll not go into that.    12:30PM
16  BY MR SILBERT:    12:30PM
17   Q  Okay.  And with respect to this command, you    12:30PM
18  don't know who came up with the expression; correct?    12:30PM
19      MR NEUKOM: Objection; asked and answered.    12:30PM
20      THE WITNESS:  So I participated in the team of    12:30PM
21  engineers who came up with this, but I can't tell you    12:30PM
22  exactly the engineer who uttered the word, "This is    12:30PM
23  exactly what we should call it."    12:30PM
24  BY MR SILBERT:    12:30PM
25   Q  Okay.  And you don't know what resources were    12:30PM

Page 91

1  drawn on in coming up with the expression "ip ospf    12:30PM
2  authentication"; correct?    12:31PM
3      MR NEUKOM: Objection; asked and answered    12:31PM
4      THE WITNESS:  Resources -- could you -- could you    12:31PM
5  rephrase what resources?    12:31PM
6      MR SILBERT: Sure    12:31PM
7   Q  Do you know if the person or people who came up    12:31PM
8  with this expression had the OSPF standard in front of    12:31PM
9  them when they came up with the expression?    12:31PM
10   A  Again, I can't say that with -- with certainty    12:31PM
11  They may or may not have referred to the standard    12:31PM
12   Q  Okay  And do you know whether the person or    12:31PM
13  people who came up with this expression derived it from    12:31PM
14  a pre-existing expression?    12:31PM
15      MR NEUKOM: Objection; calls for opinion    12:31PM
16  testimony and legal conclusion    12:31PM
17      THE WITNESS:  Yeah, so I have some more context    12:31PM
18  on that    12:31PM
19      What you just saw in -- in the RFC -- what I was    12:31PM
20  saying, it's area scope -- Cisco actually supports that    12:31PM
21  command also  There is a similar command at the area    12:31PM
22  scope    12:32PM
23      When -- when we did this, this was sort of over    12:32PM
24  and beyond what standards do, and this is where Cisco's    12:32PM
25  value-add came in  We saw people who wanted to do this    12:32PM

Page 92

1  type of behavior in specific interfaces and not all    12:32PM
2  interfaces which are part of an area  So this was    12:32PM
3  created to be similar to what the area command Cisco    12:32PM
4  already has    12:32PM
5  BY MR SILBERT:    12:32PM
6   Q  Okay  And is that area command that Cisco    12:32PM
7  already had "ip ospf authentication-key"?    12:32PM
8   A  No  That is -- we are still looking at interface    12:32PM
9  scope commands  It will be probably in a different    12:32PM
10  context  It will be under routing context, and the    12:32PM
11  command will be called different  I don't recall what    12:32PM
12  the command is exactly called, but that is not the    12:32PM
13  command    12:32PM
14   Q  Okay  What -- what is the command that you are    12:32PM
15  saying the command "ip ospf authentication" was designed    12:33PM
16  to be similar to?    12:33PM
17      MR NEUKOM: Objection; misstates prior    12:33PM
18  testimony    12:33PM
19      THE WITNESS:  I don't recall the exact syntax of    12:33PM
20  that command, but it will be -- it will be in a    12:33PM
21  different context  It will be in the router context,    12:33PM
22  not in the interface context    12:33PM
23  BY MR SILBERT:    12:33PM
24   Q  How would I find that command if I wanted to find    12:33PM
25  it?    12:33PM

Page 93

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  A  If you saw a complete reference of OSPF          12:33PM
2  configuration on a device, we could find it from there.   12:33PM
3  Q  What would I look for to find it?          12:33PM
4  A  You could search for keywords like "area" or   12:33PM
5  "authentication."          12:33PM
6  Q  Okay.  Who else was on the team who came up with   12:33PM
7  the command "ip ospf authentication"?          12:33PM
8  A  So I'm trying to recollect who all were part of   12:34PM
9  the OSPF team.  There were probably a small set of   12:34PM
10  people.          12:34PM
11     Are you looking for specific names?          12:34PM
12  Q  Yes.          12:34PM
13  A  One person I could think of is Derek Yeung.   12:34PM
14  Q  Can you spell that, please.          12:34PM
15  A  Actually, he calls himself Derek, but the --   12:34PM
16  okay.  D-r-e-k [sic] and Yeung is Y-e-u-n-g.          12:34PM
17  Q  Okay.          12:34PM
18  A  He was -- he was one of the senior guys in the   12:34PM
19  team.          12:34PM
20     Who were other people around that time.  There   12:34PM
21  was -- there was somebody called Padma, P-a-d-m-a.  Her   12:34PM
22  last name was Esnault, E-s-n-a-u-l-t.  And these two   12:34PM
23  names I can remember very clearly.  There may be more   12:35PM
24  people who were part of the OSPF team at that time.   12:35PM
25  Q  Is that the best recollection you have, as you   12:35PM

Page 94

1  sit here today, of who else was on the team that came up   12:35PM
2  with the command "ip ospf authentication"?          12:35PM
3  A  Yes          12:35PM
4  Q  Okay  Who else was on the team that came up with   12:35PM
5  the command "bfd all-interfaces"?          12:35PM
6  A  That was on page 3?          12:35PM
7  Q  Correct          12:35PM
8     MR  NEUKOM:  Page 3 of Exhibit 54          12:35PM
9     THE WITNESS:  This is actually much later than   12:36PM
10  that, so this -- I'm just going with the date, which is   12:36PM
11  also listed here, 2004 to 2005  We had different   12:36PM
12  engineers around that time on those PF [phonetic] team   12:36PM
13  Couple names I can recollect  One was Liem, L-i-e-m,   12:36PM
14  and Nguyen, N-g-y-u-e-n, I think  Last name may have   12:36PM
15  spelled incorrectly  Another engineer was Peter,          12:36PM
16  P-e-t-e-r, Psenak, P-s-e-n-a-k  There are probably more   12:36PM
17  names, but those are a couple of names          12:37PM
18  BY MR  SILBERT:          12:37PM
19  Q  Okay  Are you able to tell me any other names of   12:37PM
20  people who are on the team who named the command   12:37PM
21  "bfd all-interfaces"?          12:37PM
22  A  Yeah, I don't recall any more specific names  I   12:37PM
23  mean, there are people around that time, but I want to   12:37PM
24  make sure that they were in Cisco at that time          12:37PM
25     For example, there is one engineer called Acee,   12:37PM

Page 95

1  A-c-e-e, Lindem, L-i-n-d-e-m, but I'm not 100 percent   12:37PM
2  sure if he was still on that team or he left Cisco by   12:37PM
3  that time.          12:37PM
4  Q  Okay.  Can you remember any other names of people   12:37PM
5  who were on the team?          12:37PM
6  A  Nothing is coming to my head.          12:37PM
7  Q  Referring back to Exhibit 54, would you          12:38PM
8  please turn to page 12.          12:38PM
9  A  Yeah, I'm there.          12:38PM
10  Q  In the bottom third of the page, do you see the   12:38PM
11  command expression "ip ospf bfd"?          12:38PM
12  A  Yes.          12:38PM
13  Q  Okay.  And then in the next column with the   12:38PM
14  heading "Author/Originator Information," it says "Cisco"   12:38PM
15  and your name; correct?          12:38PM
16  A  Yes.          12:38PM
17  Q  Did you come up with the expression "ip ospf   12:38PM
18  bfd"?          12:38PM
19  A  Yeah, so BFD -- I was the lead implementer of it   12:38PM
20  and very likely I proposed the -- the command.          12:39PM
21  Q  Okay.  And you say very likely you proposed the   12:39PM
22  command.          12:39PM
23     Do you have any recollection of doing that?          12:39PM
24  A  I don't remember anybody else worked on it, so   12:39PM
25  I -- I proposed the command.  Yeah, I think I proposed   12:39PM

Page 96

1  the command  I don't think there was anybody else on   12:39PM
2  this project          12:39PM
3  Q  Okay  And I appreciate your reasons for saying   12:39PM
4  that, but my question is:  Do you have any recollection   12:39PM
5  of proposing this command "ip ospf bfd"?          12:39PM
6  A  Yes          12:39PM
7     MR  NEUKOM:  Objection; asked and answered          12:39PM
8  BY MR  SILBERT:          12:39PM
9  Q  What's your recollection?          12:39PM
10  A  I remember the document which described this, and   12:39PM
11  I think I was -- I was the author of the document  It's   12:39PM
12  a small amount of work  And generally what happens is   12:39PM
13  if there is large project, you have a larger group of   12:39PM
14  people who work on the project  For smaller ones, you   12:40PM
15  are the sole implementer, so you pretty much do most of   12:40PM
16  the work, all the way from designing the command and the   12:40PM
17  implementation  This was another smaller features          12:40PM
18  Q  Okay  The term "ip" in the command "ip ospf bfd"   12:40PM
19  refers to the Internet protocol standard that's          12:40PM
20  specified by the IETF; correct?          12:40PM
21  A  "ip" in this command refers to Internet Protocol   12:40PM
22  Version 4, which is documented in RFC 791, and there   12:40PM
23  might be further revisions of it, if not          12:40PM
24  Q  Okay  And the term "ospf" in the command          12:40PM
25  "ip ospf bfd" refers to the OSPF standard that's          12:40PM

Page 97

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 specified by the IETF; correct?                12:40PM

2 A   Yes                          12:40PM

3     MR  NEUKOM:  Objection: misstates prior      12:41PM

4 testimony, calls for opinion               12:41PM

5     THE WITNESS:  The OSPF acronym we have used is    12:41PM

6 for Open Shortest Path First protocol, which is also   12:41PM

7 described and captured in RFC              12:41PM

8 BY MR SILBERT:                      12:41PM

9   Q   Okay  And the -- the term "bfd" in the command   12:41PM

10 "ip ospf bfd" refers to the BFD standard that's     12:41PM

11 specified by the IETF; correct?             12:41PM

12   A   BFD acronym stands for Bidirectional Forwarding   12:41PM

13 Detection, which is -- which is, yes, also captured in   12:41PM

14 IETF RFC                         12:41PM

15   Q   And the BFD standard itself describes using BFD   12:41PM

16 with OSPF; is that correct?               12:41PM

17     MR  NEUKOM:  Objection; document calls for its --   12:41PM

18 pardon me  Document speaks for itself, calls for     12:42PM

19 opinion testimony                    12:42PM

20     THE WITNESS:  BFD spec -- again, my recollection   12:42PM

21 is BFD spec was written in a more generic sense  It may   12:42PM

22 or may not have explicitly called out how and which    12:42PM

23 protocols you can -- you can make use of it, but, again,   12:42PM

24 if you have some more text, I can look into it      12:42PM

25 //                          12:42PM

Page 98

1     (Exhibit 57 was marked for             12:42PM

2       identification by the Court Reporter )      12:43PM

3 BY MR  SILBERT:                     12:43PM

4   Q   Mr  Roy, would you please look at Exhibit 57 and   12:43PM

5 tell me if you recognize it                12:43PM

6   A   Yes, I do                     12:43PM

7   Q   What is it?                    12:44PM

8   A   This is an RFC which describes the base protocol   12:44PM

9 for bidirectional detection              12:44PM

10   Q   Would you look, please, at the page that ends    12:44PM

11 with the Bates No  760                 12:44PM

12   A   Yes, I'm there                  12:44PM

13   Q   Do you see Section 3 1?  Towards the bottom of    12:44PM

14 that section in that single paragraph, it says, "For    12:44PM

15 example, an OSPF   implementation may request a BFD    12:44PM

16 session to be established to a neighbor discovered using   12:44PM

17 the OSPF Hello protocol "               12:44PM

18     Do you see that?                 12:44PM

19   A   Yes, I see that                 12:44PM

20   Q   And that sentence is describing using BFD with   12:44PM

21 OSPF; correct?                      12:45PM

22     MR  NEUKOM:  Objection; document speaks for     12:45PM

23 itself, and to the extent it doesn't, calls for opinion   12:45PM

24 testimony                        12:45PM

25     THE WITNESS:  Yeah, it -- so this does reference   12:45PM

Page 99

1 the OSPF standard, a newer version than what you have   12:45PM

2 shown me, and it talks about if you are compliant to    12:45PM

3 that version, that implementation could use BFD      12:45PM

4 services                         12:45PM

5 BY MR SILBERT:                      12:45PM

6   Q   Okay  What resources did you use when naming the   12:45PM

7 "ip ospf bfd" command?                 12:46PM

8     MR  NEUKOM:  Objection; vague           12:46PM

9     THE WITNESS:  By "resources" you are implying   12:46PM

10 what type of material documents, those kind of things?   12:46PM

11     MR  SILBERT:  Correct               12:46PM

12     THE WITNESS:  I had looked at the specification,   12:46PM

13 of course  It -- I don't know if it was this version or   12:46PM

14 if it was an earlier version of -- of the BFD protocol   12:46PM

15 specification, and beyond that, it may have been some    12:46PM

16 conversation about who wants it, but I don't have any    12:46PM

17 specific recollection was there a formal Product      12:46PM

18 Requirement Document also written with it         12:46PM

19 BY MR  SILBERT:                     12:46PM

20   Q   What do you mean when you say "some conversation   12:47PM

21 about who wants it"?                   12:47PM

22   A   Yes  As I was saying earlier, most of the things   12:47PM

23 we implement are of two categories, typically       12:47PM

24     One is customer-driven, which is, you are talking   12:47PM

25 to certain customers  They are telling you they want    12:47PM

Page 100

1 this type of technology  Then you try to build that    12:47PM

2 technology                        12:47PM

3     Or they are innovation-driven, which is we want   12:47PM

4 to showcase some new things which we have built, and    12:47PM

5 they are more outwards                 12:47PM

6     In the latter, you will not have a customer     12:47PM

7 requirement document -- or Product Requirement Document   12:47PM

8 because there is -- nobody has requested at this point   12:47PM

9 versus, in the former case, you will have some level of   12:47PM

10 conversation, communication, or perhaps a more formal   12:47PM

11 document which describes what a customer really intends   12:47PM

12 to do                          12:47PM

13   Q   In the case of customer-driven developments, do   12:47PM

14 customers ever suggest CLI commands?           12:48PM

15     MR  NEUKOM:  Objection; vague, compound, phrased   12:48PM

16 in the subjunctive                    12:48PM

17     MR SILBERT:  Now you got me             12:48PM

18     THE WITNESS:  Is that -- is that in reference to   12:48PM

19 this command in particular, or is it --          12:48PM

20     MR SILBERT:  No  I was asking you more        12:48PM

21 generally                        12:48PM

22     THE WITNESS:  Okay  You are asking for my      12:48PM

23 opinion?                         12:48PM

24     MR SILBERT:  I'm asking for your personal      12:48PM

25 knowledge                        12:48PM

Page 101

26 (Pages 98 - 101)

1 THE WITNESS: Okay I mean, from -- I mean, this    12:48PM
2 is probably a more broader comment I don't recall    12:48PM
3 seeing any specifics of what command somebody should    12:48PM
4 implement They typically talk about the customer wants    12:48PM
5 to get this functionality, not how Cisco should    12:48PM
6 implement from the CLI perspective That will be rare    12:48PM
7 if somebody even ventures into that    12:48PM
8 BY MR SILBERT:    12:48PM
9 Q Are you aware of Cisco customers providing any    12:49PM
10 feedback on CLI commands?    12:49PM
11 MR NEUKOM: Same objections; vague and compound    12:49PM
12 THE WITNESS: I'm not aware of anything in    12:49PM
13 particular    12:49PM
14 BY MR SILBERT:    12:49PM
15 Q Are you aware of anything in general?    12:49PM
16 A We do something called "early field trial," which    12:49PM
17 typically happens if a new product goes out or a new    12:49PM
18 software release goes out Customers will typically try    12:49PM
19 your functionality and give you feedback in terms of how    12:49PM
20 they want to change the functionality, if it is not    12:49PM
21 meeting their exact functional needs So we get    12:49PM
22 feedbacks on -- on that type of thing; that, "I asked    12:49PM
23 you to do this, but your thing is doing slightly    12:49PM
24 different Can you change the behavior of that?"    12:49PM
25 Command line kind of thing, customers don't care    12:49PM

Page 102

1 They don't want to get into Cisco does what Cisco    12:49PM
2 does    12:50PM
3 Q Okay Let's go back to Exhibit 54, and could you    12:50PM
4 please turn to page 16    12:50PM
5 Do you see the command "IPv6 ospf area"? It's    12:50PM
6 third from the bottom    12:50PM
7 A Yes    12:50PM
8 Q And you are indicated as the author, slash,    12:50PM
9 originator with respect to that command; is that    12:50PM
10 correct?    12:50PM
11 A Yes    12:50PM
12 Q Did you come up with the expression "IPv6 ospf    12:50PM
13 area"?    12:50PM
14 A Yes So -- yes I mean, the answer is yes    12:50PM
15 Q You, personally, did that, or you were part of a    12:50PM
16 team that did that?    12:50PM
17 A So that's what I was thinking It was -- it was    12:51PM
18 a set of people, but I was the lead developer, so I    12:51PM
19 wrote the initial functional spec, initial design and    12:51PM
20 initial user interface, but there were different    12:51PM
21 implementer -- implementers who were part of the    12:51PM
22 project, so they helped code it, basically    12:51PM
23 Q Okay And do you know whether, in the initial    12:51PM
24 functional spec and design and user interface, the    12:51PM
25 command that you proposed was "IPv6 ospf area" versus    12:51PM

Page 103

1 some other command?    12:51PM
2 MR NEUKOM: Objection; vague and compound    12:51PM
3 THE WITNESS: I don't recall if we -- if we ever    12:51PM
4 had multiple iterations on this particular command In    12:51PM
5 the slightly longer context is OSPF Version 3 was    12:52PM
6 inspired and seeded with some of the same concepts we    12:52PM
7 had in OSPF Version 2, so when we designed the CLI, it    12:52PM
8 was actually more to align how OSPF Version 2 things are    12:52PM
9 structured and -- yeah    12:52PM
10 BY MR SILBERT:    12:52PM
11 Q So -- right    12:52PM
12 What -- tell me why you are referring to OSPF    12:52PM
13 Version 3?    12:52PM
14 A So IPv6 OSPF is -- is what is referred to as OSPF    12:52PM
15 Version 3 So, again, the longer story there is OSPF    12:52PM
16 had a first version -- I should say second version, OSPF    12:52PM
17 second -- Version 2 was the real version which most    12:52PM
18 people actually implemented and deployed That only    12:52PM
19 supported IP Version 4 prefix routing    12:52PM
20 When IP Version 6 became popular, OSPF had to    12:53PM
21 reinvent itself, and OSPF Version 3 came along, which is    12:53PM
22 a separate Internet -- Internet RFC, right?    12:53PM
23 So if you look at RFC OSPF Version 3, it came    12:53PM
24 later when IPv6 work was happening So if you see    12:53PM
25 things which are referred to IPv6 OSPF, they are    12:53PM

Page 104

1 referring to OSPF Version 3 We could have chosen to    12:53PM
2 call it OSPFv3, or OSPF Version 3 We chose to call it    12:53PM
3 IPv6 OSPF in our command syntax    12:53PM
4 Q So before you named the IPv6 OSPF area command,    12:53PM
5 Cisco already used a command with a name "ip ospf area";    12:53PM
6 correct?    12:53PM
7 A That is correct    12:53PM
8 Q Okay    12:53PM
9 A And "ip ospf" there referred to OSPF Version 2    12:53PM
10 Q Right    12:53PM
11 And IPv6 refers to Version 6 of the IP protocol;    12:53PM
12 correct?    12:54PM
13 A IP version -- yes IPv6 refers to Version 6 of    12:54PM
14 the IP protocol, which is a different Internet RFC    12:54PM
15 Q Right    12:54PM
16 And -- and in that RFC -- and I'm happy to show    12:54PM
17 it to you if you want -- the -- it uses -- that RFC uses    12:54PM
18 the acronym IPv6; correct?    12:54PM
19 A I don't recall if it does or does not    12:54PM
20 (Exhibit 58 was marked for    12:54PM
21 identification by the Court Reporter )    12:54PM
22 BY MR SILBERT:    12:54PM
23 Q Mr Roy, would you please look at Exhibit 58 and    12:55PM
24 tell me if you recognize it    12:55PM
25 A Yes, I do    12:55PM

Page 105

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1   Q   What is it?                              12:55PM
2   A   This is an RFC which captures all the       12:55PM
3   specifications for Internet Protocol Version 6.   12:55PM
4   Q   Okay.  And the title is "Internet Protocol       12:55PM
5   Version 6 (IPv6) Specification"; correct?       12:55PM
6   A   That is correct.                         12:55PM
7   Q   Okay.  And does this refresh your recollection    12:55PM
8   that the Internet Protocol Version 6 specification    12:55PM
9   itself uses the acronym IPv6?               12:55PM
10   A   This document does introduce the acronym IPv6,   12:55PM
11   again, for the purposes of making the document more    12:55PM
12   readable and not having to expand Internet Protocol    12:56PM
13   Version 6 everywhere.                       12:56PM
14   Q   And in the command "ipv6 ospf area," the term    12:56PM
15   "ipv6" refers to this protocol, Exhibit 58; correct?    12:56PM
16   A   The term IP -- yes, "ipv6" refers to the Internet    12:56PM
17   Protocol Version 6, which is described in this RFC.    12:56PM
18   Q   Okay.  And in the command "ipv6 ospf area," the    12:56PM
19   term "ospf" refers to the OSPF standard published by the    12:56PM
20   IETF; correct?                            12:56PM
21   A   Not really.  So if you just say "OSPF," you might    12:56PM
22   think OSPF Version 2, and that's where you have to see    12:56PM
23   the whole context of what we are talking about.    12:56PM
24   IPv6 OSPF is OSPF Version 3.  So these two words    12:57PM
25   combined, IPv6 and OSPF, actually tells you to look at a    12:57PM
                                                Page 106

1   different RFC, which is the OSPF Version 3 RFC, but if    12:57PM
2   you just told me "OSPF," I would have interpreted it as    12:57PM
3   you mean OSPF Version 2, which is a different RFC, just    12:57PM
4   for semantics                             12:57PM
5   Q   Understood, and you explained to me previously    12:57PM
6   that the reason OSPF Version 3 was developed was to    12:57PM
7   accommodate IPv6; correct?                12:57PM
8   A   That's correct                           12:57PM
9   Q   Okay  And we may have discussed this earlier,    12:57PM
10   but area is a parameter that's introduced in the OSPF    12:57PM
11   specification; correct?                       12:57PM
12   A   Area is a collection or a cluster of devices    12:57PM
13   That concept does exist in -- in the RFCs, yes    12:57PM
14   Q   Okay  And the RFCs refer to it as "area"; right?    12:57PM
15   A   RFC documents does use the word "area," yes    12:57PM
16   Q   Okay  Is it a fair statement that when you came    12:58PM
17   up with the command "ipv6 ospf area," did you    12:58PM
18   refer to the pre-existing command "ip ospf area" and    12:58PM
19   changed the "ip" to "ipv6" because you were now dealing    12:58PM
20   with the IP Version 6?                      12:58PM
21       MR. NEUKOM:  Objection; vague and compound    12:58PM
22       THE WITNESS:  So we looked at -- we looked at    12:58PM
23   what is existing in -- in Cisco IOS implementation, and    12:58PM
24   that, generally, is one of the overriding things; that    12:58PM
25   don't reinvent the wheel  If there is something which    12:58PM
                                                Page 107

1   is done, go with it.                        12:58PM
2       Some of the other ways to do that could be, you    12:58PM
3   could just say "ospfv3 area."  We chose to call it "ipv6    12:58PM
4   ospf area."                               12:59PM
5   BY MR. SILBERT:                           12:59PM
6   Q   And -- and did you model the command "ipv6 ospf    12:59PM
7   area" on the pre-existing command "ip ospf area"?    12:59PM
8       MR. NEUKOM:  Objection; vague.           12:59PM
9       THE WITNESS:  The pre-existence of "ip ospf area"    12:59PM
10   was a strong motivator for us to converge on this    12:59PM
11   choice.                                  12:59PM
12   BY MR. SILBERT:                          12:59PM
13   Q   Okay.  Who else was on the team that -- I mean, I    12:59PM
14   understand you are saying you -- you did come up with    12:59PM
15   this command, but who else was on the team with you at    12:59PM
16   the time you came up with this command?  And by "this    12:59PM
17   command," I'm referring to "ipv6 ospf area."    12:59PM
18   A   I think there were multiple engineers.  I can't    12:59PM
19   recollect the exact names at this point.        01:00PM
20   Q   Okay.  Let's move on.                   01:00PM
21       Do you still have page 16 of Exhibit 54 in front    01:00PM
22   of you?                                  01:00PM
23   A   Yes, I do.                            01:00PM
24   Q   Next is "ipv6 ospf cost."               01:00PM
25       Do you see that, second from the bottom?    01:00PM
                                                Page 108

1   A   Yes, I do.                            01:00PM
2   Q   And, again, you are indicated as the author,    01:00PM
3   slash, originator with respect to that command    01:00PM
4   expression.                              01:00PM
5       Do you see that?                      01:00PM
6   A   Yes.                                 01:00PM
7       MR. NEUKOM:  Objection; misstates --      01:00PM
8   mischaracterizes the document.               01:01PM
9   BY MR. SILBERT:                          01:01PM
10   Q   Okay.  You and Cisco are indicated as the author,    01:01PM
11   slash, originator; is that correct?            01:01PM
12   A   Yeah, that's correct.                   01:01PM
13   Q   And did you come up with the expression "ipv6    01:01PM
14   ospf cost"?                              01:01PM
15   A   Yeah, it's the same.  If you see the document,    01:01PM
16   which it lists the EK number, it's part of the same    01:01PM
17   document, so this and anything which talks about IPv6    01:01PM
18   OSPF is all part of sort of one development deferred,    01:01PM
19   and all those commands pretty much follow the same    01:01PM
20   paradigm.                                01:01PM
21       But to answer your specific question, yes, I    01:01PM
22   wrote that document and pretty much came up with the    01:01PM
23   whole IPv6 OSPF command set.               01:01PM
24   Q   And we can go through these one by one, and I    01:01PM
25   suspect we will, but isn't it true that for every    01:01PM
                                                Page 109

                                      28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  command for which your name appears in the          01:01PM
2  author/originator column that starts with "ipv6," that          01:02PM
3  command is identical to a pre-existing command, with the  01:02PM
4  only difference that the pre-existing command used "ip"  01:02PM
5  instead of "ipv6"?          01:02PM
6          MR. NEUKOM:  Objection; vague, compound.          01:02PM
7          THE WITNESS:  So I'll have to see the -- the          01:02PM
8  complete list of commands to make that statement.  I'm  01:02PM
9  not sure if this has the complete list, but if you have  01:02PM
10  the both -- the command set --          01:02PM
11  BY MR. SILBERT:          01:02PM
12      Q  Well, you do have it in front of you in this          01:02PM
13  large document, but I don't know that it's the best use  01:02PM
14  of our collective time to -- for you to go point by          01:02PM
15  point.          01:02PM
16      A  Sure.          01:02PM
17      Q  With respect to specifically the command "ipv6  01:02PM
18  ospf cost," did you model that on a pre-existing command  01:02PM
19  used at Cisco, "ip ospf cost"?          01:02PM
20      A  Yes, that is correct.          01:03PM
21      Q  Okay.  And in the command, "ipv6" refers to          01:03PM
22  Version 6 of the IP standard that's specified by the          01:03PM
23  IETF; correct?          01:03PM
24      A  Correct.  "ipv6" refers to Internet Protocol          01:03PM
25  Version 6 as specified in the RFC.          01:03PM

Page 110

1      Q  Right.          01:03PM
2          And in the command "ipv6 ospf cost," "ospf"          01:03PM
3  refers to Version 3 of the OSPF standard that's          01:03PM
4  specified by the IETF; correct?          01:03PM
5      A  Correct.  In this context, "ipv6" refers to          01:03PM
6  Version 3 of Internet RFC, yes.          01:04PM
7      Q  And cost is a parameter that's described in the  01:04PM
8  OSPF specification; correct?          01:04PM
9      A  I have to refer to that, if you have handy, if  01:04PM
10  you can point me.          01:04PM
11      Q  Sure.          01:04PM
12          So if you go to the OSPF specification, which is  01:04PM
13  RFC 1131, which is Exhibit --          01:04PM
14      A  56.          01:04PM
15      Q  -- 56 --          01:04PM
16      A  Yeah.          01:05PM
17      Q  -- and look at the page that ends with the Bates  01:05PM
18  No. 6007.          01:05PM
19      A  6007.  Okay.          01:05PM
20      Q  I'm looking at the first full paragraph at the  01:05PM
21  top of that page.          01:05PM
22          Do you see where it says, "A cost is associated  01:05PM
23  with the output side of each router interface.  This  01:05PM
24  cost is configurable by the system administrator."          01:05PM
25          Do you see that?          01:05PM

Page 111

1      A  Yes, I see that          01:05PM
2      Q  So do you agree that the OSPF specification          01:05PM
3  describes cost as a parameter that the system          01:05PM
4  administrator can configure?          01:05PM
5          MR. NEUKOM:  Objection; document speaks for          01:05PM
6  itself  To the extent it doesn't, calls for opinion          01:05PM
7          THE WITNESS:  So document is using the language  01:05PM
8  with the word "cost "  Now, you could use cost metric, a  01:06PM
9  number, but I do structurally see what you mean  I          01:06PM
10  don't think the document, at least this paragraph, talks  01:06PM
11  about you must call it cost, if that makes sense          01:06PM
12  BY MR SILBERT:          01:06PM
13      Q  Okay  The standard doesn't say you must call it  01:06PM
14  cost, but the standard does call it "cost"; right?          01:06PM
15      A  The document does use the word "cost" to refer to  01:06PM
16  that, yes          01:06PM
17      Q  And that's the same word that you use in the          01:06PM
18  command "ip ospf cost"; right?          01:06PM
19      A  We have used the word "cost "          01:06PM
20      Q  Same word that's in the standard?          01:06PM
21      A  The two words are the same          01:06PM
22      Q  Yes          01:06PM
23          Let's go on  I suspect that your explanation is  01 07PM
24  going to be similar for this group of IPv6 commands          01:07PM
25      A  Yeah          01:07PM

Page 112

1      Q  But for the sake of the record, I think we need  01:07PM
2  to just cover them all.          01:07PM
3      A  Yeah, please.          01:07PM
4      Q  If you go back to Exhibit 54, we are looking at  01:07PM
5  page 16.          01:07PM
6          Do you see the last entry there in the "Command  01:07PM
7  Expression" column is "ipv6 ospf dead-interval"?          01:07PM
8      A  Yes.          01:07PM
9      Q  Okay.  And do you see that Cisco and you are          01:07PM
10  indicated as the author, slash, originator with respect  01:07PM
11  to that command expression?          01:07PM
12      A  Yes.          01:07PM
13      Q  Did you come up with the expression "ipv6 ospf  01:07PM
14  dead-interval"?          01:07PM
15      A  Yes, I did.          01:07PM
16      Q  And when you came up with the expression "ipv6  01:07PM
17  ospf dead-interval," did you model it on a pre-existing  01:08PM
18  command with the name "ip ospf dead-interval"?          01:08PM
19      A  Yes.  That was the dominant decision-maker, yes.  01:08PM
20      Q  Okay.  And in the command "ipv6 ospf          01:08PM
21  dead-interval," "ipv6" refers to Internet Protocol          01:08PM
22  Version 6 as specified by the IETF; correct?          01:08PM
23      A  Yes.  It refers to Internet Protocol Version 6 as  01:08PM
24  specified in Internet RFC.          01:08PM
25      Q  And in the command "ipv6 ospf dead-interval," the  01:08PM

Page 113

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 term "ospf" refers to the OSPF Version 3 standard        01:08PM
2 specified by the IETF; correct?        01:09PM
3    A   Yes.  In this context, "ipv6 ospf" refers to the  01:09PM
4 OSPF Version 3 specification as specified in an Internet  01:09PM
5 RFC.        01:09PM
6    Q   Okay.  And a dead interval is a parameter that's  01:09PM
7 described in the OSPF specification; right?        01:09PM
8    A   Not sure if you have -- do you have --        01:09PM
9    Q   Yeah.  It's, again, looking at the -- oh, that's  01:09PM
10 the wrong one.  The OSPF specification, which I should  01:09PM
11 just keep in front of me -- okay, 56.        01:09PM
12    A   Yeah.  Yeah.        01:09PM
13    Q   And please look at the page that ends in Bates  01:09PM
14 No. 683.        01:09PM
15       Do you see the section with the heading "A.4 The  01:10PM
16 Hello packet"?        01:10PM
17    A   Yes.        01:10PM
18    Q   I'm reading at the beginning of the second  01:10PM
19 paragraph.  Do you see where it says:  "All routers  01:10PM
20 connected to a common network must agree on certain  01:10PM
21 parameters (network mask, hello and dead intervals)."  01:10PM
22       Do you see that?        01:10PM
23    A   Yes, I see that.        01:10PM
24    Q   Okay.  So do you agree that a dead interval is a  01:10PM
25 parameter that's described in the OSPF specification?  01:10PM

Page 114

1       MR. NEUKOM:  Objection; document speaks for  01:10PM
2 itself        01:10PM
3       THE WITNESS:  So if you -- if you look at the  01:10PM
4 packet from that picture, there is one which is called  01:10PM
5 "DeadInt," and that's the packet format, and the  01:10PM
6 document does refer to as "DeadInt," or dead interval,  01:11PM
7 in multiple places        01:11PM
8       MR. SILBERT:  Right        01:11PM
9    Q   Okay  So in the command "ipv6 ospf  01:11PM
10 dead-interval," you are referring to the dead interval  01:11PM
11 parameter using the same term that's used in the OSPF  01:11PM
12 specification; right?        01:11PM
13       MR. NEUKOM:  Objection; mischaracterizes the  01:11PM
14 document        01:11PM
15       THE WITNESS:  So dead, dash, interval, at least  01:11PM
16 from the quick scan, I'm not seeing that in the  01:11PM
17 document  The document does use "DeadInt," or dead,  01:11PM
18 space, interval, some of the other variants        01:11PM
19 BY MR. SILBERT:        01:11PM
20    Q   Okay  So the variation in the command that you  01:11PM
21 have identified is that you added a hyphen; right?  01:11PM
22       MR. NEUKOM:  Objection; misstates the document  01:11PM
23 and misstates his prior testimony        01:11PM
24       THE WITNESS:  Dead, hyphen, interval is how we  01:12PM
25 had implemented a similar command in -- in OSPF  01:12PM

Page 115

1 Version 2, or the IP OSPF, and, again, we have kept the  01:12PM
2 same flow and same -- same syntax        01:12PM
3       MR. SILBERT:  Right        01:12PM
4    Q   And so just, if I understand your testimony  01:12PM
5 correctly, you are saying that where the specification  01:12PM
6 uses the term "dead," space "interval," the command uses  01:12PM
7 the term "dead," hyphen, "interval"?        01:12PM
8       MR. NEUKOM:  Objection; misstates the document --  01:12PM
9 or, pardon me, prior testimony and mischaracterizes the  01:12PM
10 document        01:12PM
11       THE WITNESS:  Yeah, so the Internet specification  01:12PM
12 uses multiple ways  It does use a variant, which is  01:12PM
13 dead, space, interval  It also uses DeadInt        01:12PM
14       The Cisco implementation of IPv6 OSPF uses dead,  01:12PM
15 hyphen, interval        01:12PM
16 BY MR. SILBERT:        01:12PM
17    Q   Okay   Just -- just so we can save a little time,  01:12PM
18 do you -- and when we get to the next term, do you agree  01:13PM
19 that the OSPF specification describes something  01:13PM
20 called -- a parameter called a Hello interval?  01:13PM
21    A   So on the same page, your 683, if you look at the  01:13PM
22 packet, there is something called HelloInt, which is  01:13PM
23 Hello interval        01:13PM
24    Q   Right        01:13PM
25       And also in the sentence above that I read  01:13PM

Page 116

1 previously, it says, "All routers connected to a common  01:13PM
2 network must agree on certain parameters (network mask,  01:13PM
3 hello and dead intervals)"; right?        01:13PM
4    A   Yes, that's another reference to it        01:13PM
5    Q   Okay   Who else was on the team with you when you  01:13PM
6 came up with the expression "ipv6 ospf dead-interval"?  01:14PM
7    A   It's the same set of people, but I don't remember  01:14PM
8 a specific name at this point   Pretty much all of this  01:14PM
9 IPv6 OSPF command we did together at the same time  01:14PM
10    Q   Okay   So is that --        01:14PM
11    A   Same answer as before        01:14PM
12    Q   Let me just ask you, and if it's not fair, just  01:14PM
13 say so, but is that answer going to be true for every  01:14PM
14 one of these IPv6 OSPF commands?        01:14PM
15    A   That is correct        01:14PM
16    Q   Okay        01:14PM
17    A   It's all done together, one time        01:14PM
18    Q   Okay   Okay   Let's just move to the next  01:14PM
19 command, which is "ipv6 ospf hello-interval "  We are  01:14PM
20 now on the next page of Exhibit 54, page 17        01:14PM
21       Do you see that?        01:14PM
22    A   Yes        01:14PM
23    Q   And Cisco and you, again, are indicated as the  01:14PM
24 author, slash, originator with respect to that command  01:14PM
25       Do you see that?        01:14PM

Page 117

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A  Yes. | 01:14PM |
| 2 | MR. NEUKOM:  Objection; mischaracterizes the | 01:14PM |
| 3 | document. | 01:14PM |
| 4 | MR. SILBERT:  Man.  Okay. | 01:15PM |
| 5 | Q  And did you come up with the expression "ipv6 | 01:15PM |
| 6 | ospf hello-interval"? | 01:15PM |
| 7 | A  Yes.  I think we are repeating it for all | 01:15PM |
| 8 | commands.  It's one document.  It was all done together, | 01:15PM |
| 9 | but that's it. | 01:15PM |
| 10 | Q  Okay.  Fair -- fair enough. | 01:15PM |
| 11 | When you -- | 01:15PM |
| 12 | MR. NEUKOM:  To be clear -- sorry -- this is a | 01:15PM |
| 13 | comment generally intended to be helpful.  I think when | 01:15PM |
| 14 | the witness is saying it's all one document, he's not | 01:15PM |
| 15 | referring to Exhibit 54.  He's, rather, talking to the | 01:15PM |
| 16 | Bates-stamp number, which is included in the | 01:15PM |
| 17 | earliest-known document. | 01:15PM |
| 18 | MR. SILBERT:  Yeah, yeah, I understand what he's | 01:15PM |
| 19 | referring to. | 01:15PM |
| 20 | MR. NEUKOM:  Okay. | 01:15PM |
| 21 | BY MR. SILBERT: | 01:15PM |
| 22 | Q  When you came up with the expression "ipv6 ospf | 01:15PM |
| 23 | hello-interval," did you model it on a pre-existing | 01:15PM |
| 24 | command with a name "ip ospf hello interval"? | 01:15PM |
| 25 | A  Yeah, it's the same answer.  That was our | 01:15PM |

Page 118

| | | |
|---|---|---|
| 1 | dominant reason to choose this set of keywords. | 01:16PM |
| 2 | Q  And in the command "ipv6 ospf hello-interval," | 01:16PM |
| 3 | does "ipv6" refer to Internet Protocol Version 6 as | 01:16PM |
| 4 | specified by the IETF? | 01:16PM |
| 5 | A  Yes, and "ipv6" refers to Internet Protocol | 01:16PM |
| 6 | Version 6 RFC -- | 01:16PM |
| 7 | Q  Okay -- sorry, I didn't mean to interrupt you. | 01:16PM |
| 8 | A  That's okay. | 01:16PM |
| 9 | Q  And in the command "ipv6 ospf hello-interval," | 01:16PM |
| 10 | does the term "ospf" refer to OSPF Version 3 as | 01:16PM |
| 11 | specified by the IETF? | 01:16PM |
| 12 | A  Yes.  In the context of IPv6 OSPF, it refers to | 01:16PM |
| 13 | OSPF Version 3, which is an RFC. | 01:16PM |
| 14 | Q  Okay.  And in the command "ipv6 ospf | 01:16PM |
| 15 | hello-interval," does "hello-interval" refer to a | 01:16PM |
| 16 | parameter that the OSPF specification describes as a | 01:16PM |
| 17 | Hello interval? | 01:16PM |
| 18 | MR. NEUKOM:  Objection; mischaracterizes the | 01:17PM |
| 19 | document. | 01:17PM |
| 20 | THE WITNESS:  So Hello, hyphen, interval, you can | 01:17PM |
| 21 | map it to what the -- the RFC is saying in terms of | 01:17PM |
| 22 | HelloInt or Hello, space, interval. | 01:17PM |
| 23 | BY MR. SILBERT: | 01:17PM |
| 24 | Q  Okay.  So -- | 01:17PM |
| 25 | A  They are implying the same thing. | 01:17PM |

Page 119

| | | |
|---|---|---|
| 1 | Q  Okay  So other than the hyphen, there's -- | 01:17PM |
| 2 | again, there's a difference here because | 01:17PM |
| 3 | "hello-interval," in the command expression, is | 01:17PM |
| 4 | hyphenated, and the term "Hello interval" in the -- in | 01:17PM |
| 5 | the specification has a space instead of a hyphen; is | 01:17PM |
| 6 | that -- is that it? | 01:17PM |
| 7 | MR. NEUKOM:  Objection; mischaracterizes the | 01:17PM |
| 8 | document | 01:17PM |
| 9 | THE WITNESS:  This command implements the | 01:17PM |
| 10 | functionality as specified by either HelloInt or Hello, | 01:17PM |
| 11 | space, interval | 01:17PM |
| 12 | BY MR SILBERT: | 01:17PM |
| 13 | Q  Okay  All right  Let's just keep going | 01:17PM |
| 14 | "Ipv6 ospf network," which is the next command on | 01:17PM |
| 15 | page 17 of Exhibit 54, again, you came up with that | 01:18PM |
| 16 | command expression; is that correct? | 01:18PM |
| 17 | A  Yes, I did | 01:18PM |
| 18 | Q  And when you came up with the command expression | 01:18PM |
| 19 | "ipv6 ospf network," did you model it on a pre-existing | 01:18PM |
| 20 | command with a name "ip ospf network"? | 01:18PM |
| 21 | A  Yes  That is the dominant reason to make this | 01:18PM |
| 22 | choice | 01:18PM |
| 23 | Q  Okay  And what's the function of this command, | 01:18PM |
| 24 | incidentally, "ipv6 ospf network"? | 01:18PM |
| 25 | A  So this is a interface scope command  Interfaces | 01:18PM |

Page 120

| | | |
|---|---|---|
| 1 | are of different type.  There are interfaces which are | 01:19PM |
| 2 | used to connect two devices together, which are known as | 01:19PM |
| 3 | point-to-point interfaces, or there are interfaces which | 01:19PM |
| 4 | are used to connect one to many.  Those are broadcast | 01:19PM |
| 5 | interfaces, and there are others.  I'll not get into the | 01:19PM |
| 6 | comprehensive list. | 01:19PM |
| 7 | This command will let you choose what type of | 01:19PM |
| 8 | network you are connecting to.  Are you connecting to, | 01:19PM |
| 9 | again, a point-to-point-type circuit or a broadcast-type | 01:19PM |
| 10 | circuit or other possible types of circuit? | 01:19PM |
| 11 | Q  Okay.  And choosing what type of network you are | 01:19PM |
| 12 | connecting to is something that's described in the OSPF | 01:19PM |
| 13 | standard; is that correct? | 01:19PM |
| 14 | A  OSPF standard describes procedure for different | 01:19PM |
| 15 | type of interconnections.  So, for example, there -- I | 01:20PM |
| 16 | can look deeper into it, but there might be sections | 01:20PM |
| 17 | which will describe if you are connecting in a | 01:20PM |
| 18 | point-to-point sense, these are the procedures you | 01:20PM |
| 19 | should be implementing, or if you are -- if you are | 01:20PM |
| 20 | connecting to a one-too-many-type circuit, these are the | 01:20PM |
| 21 | procedures you should be implementing, so the RFC | 01:20PM |
| 22 | describes the procedures, and we will have -- Cisco has | 01:20PM |
| 23 | CLI, which will implement that procedure in the back | 01:20PM |
| 24 | end. | 01:20PM |
| 25 | Q  Okay.  Could you -- do you have the OSPF | 01:20PM |

Page 121

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | A  So -- 04:46PM |
| 2 | Q  Thank you 04:46PM |
| 3 | A  -- so the enclosure title "Description" was 04:46PM |
| 4 | written by Friedman, and this describes what he has 04:46PM |
| 5 | suggested, so I'm basing on this document 04:47PM |
| 6 | Q  Okay  Other than what you read in that document, 04:47PM |
| 7 | do you know anything else about the origination of the 04:47PM |
| 8 | command expression "ip ospf authentication"? 04:47PM |
| 9 | A  No 04:47PM |
| 10 | MR  SILBERT:  Okay  Then thank you  At this 04:47PM |
| 11 | point, again, subject to any redirect based on 04:47PM |
| 12 | questioning by your counsel, I thank you very much for 04:47PM |
| 13 | your time and attention, and I'm concluding the 04:47PM |
| 14 | deposition 04:47PM |
| 15 | THE WITNESS:  Sure  Thanks 04:47PM |
| 16 | MR  NEUKOM:  No direct 04:47PM |
| 17 | THE VIDEOGRAPHER:  Okay 04:47PM |
| 18 | MR  NEUKOM:  At this time 04:47PM |
| 19 | THE VIDEOGRAPHER:  This concludes today's 04:47PM |
| 20 | deposition of Abhay Roy  The number of media used was 04:47PM |
| 21 | three and be retained by Veritext Legal Solutions 04:47PM |
| 22 | The time is 4:47 p m  We are off the record 04:47PM |
| 23 | (TIME NOTED:  4:47 P M ) |
| 24 | |
| 25 | |

Page 230

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | I, the undersigned, a Certified Shorthand |
| 4 | Reporter of the State of California, do hereby certify: |
| 5 | That the foregoing proceedings were taken before |
| 6 | me at the time and place herein set forth; that any |
| 7 | witnesses in the foregoing proceedings, prior to |
| 8 | testifying, were placed under oath; that a verbatim |
| 9 | record of the proceedings was made by me using machine |
| 10 | shorthand which was thereafter transcribed under my |
| 11 | direction; further, that the foregoing is an accurate |
| 12 | transcription thereof. |
| 13 | I further certify that I am neither financially |
| 14 | interested in the action nor a relative or employee of |
| 15 | any attorney or any of the parties. |
| 16 | IN WITNESS WHEREOF, I have this date subscribed |
| 17 | my name. |
| 18 | |
| 19 | Dated: December 30, 2015 |
| 20 | |
| 21 | |
| 22 | |
| 23 | <%signature%> |
| 24 | RACHEL FERRIER |
| 25 | CSR No. 6948 |

Page 232

| | |
|---|---|
| 1 | I, ABHAY ROY, do hereby declare under penalty |
| 2 | of perjury that I have read the foregoing transcript; |
| 3 | that I have made any corrections as appear noted, in |
| 4 | ink, initialed by me, or attached hereto; that my |
| 5 | testimony as contained herein, as corrected, is true and |
| 6 | correct. |
| 7 | EXECUTED this _____ day of _____, |
| 8 | 2015, at _____, _____. |
| 9 | (City)         (State) |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | _____ |
| 17 | ABHAY ROY |
| 18 | VOLUME 1 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 231

59 (Pages 230 - 232)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4
     - - - - - - - - - - - - - - - - - -x   Case No.
 5                                       :   5:14-cv-05344-BLF (PSG)

                                         :
 6   CISCO SYSTEMS, INC.,                :

                                         :
 7                     Plaintiff,        :

                                         :
 8           vs.                         :

                                         :
 9   ARISTA NETWORKS, INC.,              :

                                         :
10                     Defendant.        :

                                         :
11   - - - - - - - - - - - - - - - - - -x

12

13            VIDEOTAPED DEPOSITION OF GREG SATZ

14                      March 23, 2016

15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16                        VOLUME 1

17

18

19

20

21   Reported by

22   Brooke R. Bohr

23   CSR No. 753

24   Job No 2272380

25   Pages 1 - 168
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 VIDEOTAPED DEPOSITION OF GREG SATZ, | 1 BOISE, IDAHO |
| 2 taken at the instance of the Defendant, at the | 2 March 23, 2016, 10:10 a.m. |
| 3 offices of TUCKER & ASSOCIATES, 605 W. Fort | 3 |
| 4 Street, in the City of Boise, State of Idaho, | 4 THE VIDEOGRAPHER: We are now on the record. |
| 5 commencing at 10:10 a.m., on March 23, 2016, | 5 Please note that the microphones are |
| 6 before Brooke R. Bohr, CSR, RPR, a Notary Public | 6 sensitive and may pick up whispering and private |
| 7 in and for the State of Idaho, pursuant to notice, | 7 conversations. Please turn off all cell phones or |
| 8 and in accordance with the applicable Rules of | 8 place them away from the microphones as they can |
| 9 Civil Procedure. | 9 interfere with the deposition audio. Recording |
| 10 | 10 will continue until all parties agree to go off |
| 11 A P P E A R A N C E S | 11 record. |
| 12 FOR PLAINTIFF | 12 My name is David Cromwell, representing |
| John M. Neukom, Esq. | 13 Veritext. The date today is March 23, 2016, and |
| 13 QUINN EMAMUEL URQUHART & SULLIVAN LLP | 14 the time is approximately 10:10 a.m. This |
| 50 California Street, 22nd Floor | 15 deposition is being held at Tucker & Associates |
| 14 San Francisco, CA 94111 | 16 located at 605 West Fort Street, Boise, Idaho |
| (415) 875-6320 | 17 83702, and is being taken by counsel for the |
| 15 johnneukom@quinnemanuel.com | 18 defendant. |
| 16 FOR DEFENDANT | 19 The caption of this case is Cisco |
| Brian L. Ferrall, Esq. | 20 Systems, Inc. v. Arista Networks, Inc. This case |
| 17 KEKER & VAN NEST LLP | 21 is filed in the United States District Court, |
| 633 Battery Street | 22 Northern District of California, San Jose |
| 18 San Francisco, CA 94111 | 23 Division, Case No. 5:14-CV-05344-BLF PSG. The |
| (415) 391-5400 | 24 name of the witness is Greg Satz. |
| 19 bferrall@kvn.com | 25 At this time, the attorneys present in |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| Page 2 | Page 4 |

| | |
|---|---|
| 1 W I T N E S S | 1 the room will identify themselves and the parties |
| 2 GREG SATZ Page: | 2 they represent. |
| 3 Examination by Mr. Ferrall 5 | 3 MR. FERRALL: Brian Ferrall of Keker & |
| 4 Examination by Mr. Neukom 151 | 4 Van Nest on behalf of Arista Networks. |
| 5 Further Examination by Mr. Ferrall 158 | 5 MR. NEUKOM: John Neukom for the plaintiff. |
| 6 | 6 THE COURT: Our court reporter, Brooke Bohr, |
| * * * * * | 7 representing Veritext, will swear in the witness, |
| 7 | 8 and we can proceed. |
| 8 E X H I B I T S | 9 |
| 9 | 10 GREG SATZ, |
| Page: | 11 produced as a witness at the instance of the |
| 10 | 12 Defendant, having been first duly sworn, was |
| 11 Exhibit 400 Greg Satz LinkedIn 13 | 13 examined and testified as follows: |
| 12 Exhibit 401 "TOPS-20 DECnet-20 Programmers 22 | 14 |
| Guide and Operations Manual" | 15 EXAMINATION |
| 13 | 16 BY MR. FERRALL: |
| Exhibit 402 One-page Document with 36 | 17 Q. Good morning, Mr. Satz. Can you please |
| 14 Bates No. KL-883 | 18 state your full name. |
| 15 Exhibit 403 Document Beginning Bates No. 69 | 19 A. Greg Leonard Satz. |
| ARISTANDCA00022465 | 20 Q. Mr. Satz, you are not represented by |
| 16 | 21 counsel today; is that right? |
| Exhibit 404 Document Beginning Bates No. 84 | 22 A. Correct. |
| 17 CSI-CLI-00359132 | 23 Q. Have you ever been deposed before? |
| 18 Exhibit 405 One-page Document Bates No. 106 | 24 A. I have. |
| CSI-CLI-00746924 | 25 Q. All right. So you know the basic |
| 19 | Page 5 |
| Exhibit 406 Document Bates No. CSI-CLI-01828732 112 | |
| 20 Through Bates No. CSI-CLI-01828783 | |
| 21 Exhibit 407 Document Beginning Bates No. 141 | |
| CSI-CLI-01295215 | |
| 22 | |
| 23 Exhibit 408 Document Beginning Bates No. 143 | |
| CSI-CLI-01295181 | |
| 24 | |
| 25 * * * * * | |
| Page 3 | |

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  did, while it had the same capability, was more
2  robust, had a higher performance capability.
3  Because as the networks evolved, you needed to be
4  able to push data faster. And Stanford's code was
5  basic. It was there to just move the data, not
6  move it with the requirements that the next few
7  years dictated. And a lot of what Kirk did was to
8  create high-speed interfaces, and that's what
9  Wellfleet showed up to compete on was could they
10  go faster than Cisco. And it created an arms
11  race, as it were. Who could go faster.
12      Q. Now, you mentioned IETF, and I think
13  earlier today you mentioned RFCs. Can you tell me
14  what an RFC is?
15      A. Request for comments.
16      Q. And what's the purpose of a request for
17  comment?
18      A. To create a protocol definition or
19  solution and to publish it as a request for
20  comments in an effort to move it forward as a
21  proposed solution and a trial solution and then a
22  committed solution, as the solution progressed
23  through a community and an implementation and a
24  trial and then some feedback. So it was an
25  engineering group. Their goal was to deliver

Page 66

1  something working. Companies would try to use it
2  as -- to competitive advantages. But the
3  standards body existed to create a level playing
4  field.
5      Q. And did you have a view at the time as
6  to the importance of publishing technology through
7  RFCs? Well, let me strike that. That was a
8  garbled question.
9          In your experience at Cisco in the
10  early years, was the sharing of technology through
11  RFCs important to Cisco?
12      MR. NEUKOM: Objection; vague, compound, and
13  lack of foundation.
14      THE WITNESS: Back then it wasn't clear how
15  successful Cisco would be and/or whether we might
16  maintain or keep a competitive advantage. So
17  there really was a series of tradeoffs in the
18  decision to create an RFC and make it a community
19  effort or to create a proprietary solution and
20  then decide whether to make it an RFC later. Most
21  of the times, it was to make the customers happy.
22  If the customers wanted something documented, we
23  would typically figure out how to comply with
24  that. Later, as the company got larger and I
25  wasn't involved, managing the IETF and RFC process

Page 67

1  evolved. And I can't speak to that as much.
2      Q. BY MR. FERRALL: Okay. But --
3      A. But managing that was important.
4      Q. And just by way of example, you
5  mentioned IGRP.
6      A. Um-hum.
7      Q. And that was a technology that Cisco
8  chose to keep proprietary, right?
9      A. Yes.
10      Q. All right. And there were other
11  technologies that Cisco was involved in
12  developing, like BGP, for example?
13      A. Right.
14      Q. And that Cisco chose to publish RFCs
15  about, right?
16      A. Well, Cisco didn't publish the RFCs.
17  Cisco -- a person like Kirk might be a part of the
18  team that developed BGP and then Kirk would have
19  his name on it with a Cisco title, but it wasn't
20  Cisco, it was actually Kirk. And the RFC itself
21  is an open document. So just to make that
22  distinction.
23          If there was a protocol that showed up
24  from the IETF, Cisco was typically involved.
25      Q. And what was your involvement in

Page 68

1  IETF -- in IETF? Did you --
2      A. I would go to the meetings and attend
3  various functions and decide, based on the
4  software responsibility I had, to participate in
5  different standards or not.
6      MR. FERRALL: Let's mark this as the next
7  exhibit.
8      (Exhibit 403 marked.)
9      THE WITNESS: More ancient history.
10      Q. BY MR. FERRALL: Yeah. So I've marked
11  as Exhibit 403 what I think is an IETF RFC for a
12  simple network management protocol, SNMP. Do you
13  recognize this, Mr. Satz?
14      A. I do.
15      Q. Did you have involvement in the SNMP
16  RFC?
17      A. I did.
18      Q. What was that involvement?
19      A. I was just part of the working group
20  that went through the process of deciding what
21  would be done as a solution to network management.
22  And SNMP was the output.
23      Q. Do you remember when this SNMP working
24  group began to discuss this solution?
25      A. Probably a couple years before this

Page 69

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  document, at least a year.
2      Q.  And do you remember any particular
3  parts that you contributed, specifically?
4      A.  I think I did an RFC for a MIB for
5  CLNS, another protocol stack that since
6  disappeared.
7      Q.  Was there a -- have you ever heard of
8  the term "SNMP server"?
9      A.  Oh, the command line, parsed for the --
10  yeah -- configuration?  Um-hum.  Yes, I created
11  that.
12      Q.  What's -- is there such a thing as an
13  SNMP server, or what does that term mean?
14      A.  Wow.
15      MR. NEUKOM:  Objection; lack of foundation,
16  calls for opinion testimony.
17      THE WITNESS:  I think all of that code is
18  gone now.  The SNMP server was the way to tell the
19  router software that it was to be an SNMP -- it
20  was to start the SNMP protocol.  So it would then
21  begin to listen to and process SNMP packets.  And
22  it was probably one of the first commands
23  implemented as part of this RFC to implement it
24  and create an SNMP protocol within the Cisco
25  software.

Page 70

1      MR. NEUKOM:  And, Brian, I rescind my prior
2  objection.  Pardon me.
3      THE WITNESS:  Hey, just because I write it,
4  doesn't mean I'm the expert.
5      MR. FERRALL:  You can't -- you can't
6  rescind.  No rescinding objections, Mr. Neukom.
7      Q.  BY MR. FERRALL:  What's -- what's the
8  notion of community in the context of SNMP?
9      A.  After a while, you start running out of
10  words, so you pick one that tries to create a
11  sense of purpose.  And so "community" was an
12  attempt to describe a collection of users who
13  would have a specific purpose with respect to
14  using the protocol.  It was nothing more than an
15  authorization or an access.  A password, as it
16  were.
17      Q.  So if you look at Page 7 of this
18  Exhibit 403.
19      MR. NEUKOM:  Sorry.  Which page are we on?
20      MR. FERRALL:  Page 7.
21      Q.  BY MR. FERRALL:  If you see under
22  Section 3.2.5, Definition of Administrative
23  Relationships, and then the second paragraph there
24  says, quote, appearing of an SNMP agent with some
25  arbitrary set of SNMP application entities is

Page 71

1  called an SNMP community.
2      Do you see that?
3      A.  Yes.
4      Q.  Is that consistent with your definition
5  of SNMP community that you just described?
6      A.  Yeah.  It's more mind-numbing when you
7  see it in words.
8      Q.  I couldn't agree more.
9      A.  Yeah.  It turns out a lot of these
10  things are written to be really obtuse.  They are
11  not intended to be obtuse, but they have a
12  structure to them that when you turn it into
13  English or a simple picture it takes a lot of this
14  out.  They tried to make a more generic
15  mathematical underpinning to a mapping that added
16  a level of complexity that just ultimately wasn't
17  necessary.  But they were trying to be very
18  flexible.
19      Q.  Okay.  But this notion of community as
20  described in the Exhibit 403 is the same as the
21  community that you understood when you --
22      A.  I made the implementation simpler
23  because of adding a whole layer.  The idea, if I
24  can remember any of this craziness, is that you
25  would have a table of -- no different than a

Page 72

1  database in today's language -- and you could be
2  able pull out individual things.  And so they
3  wanted to be able to map authorizations to
4  individual entries in the database.  And the
5  implementation I did was to make it an all or
6  nothing.  Because if somebody wanted that level of
7  specificity they'd ask for it and then we'd go
8  back and put all that crazy complexity into the
9  code.  But just because the standard made it that
10  flexible we weren't going to go that far.  It was
11  an engineering choice and cost benefit.
12      Yeah, I don't know if you've ever heard
13  of Vint Cerf?
14      Q.  Sure.
15      A.  So one of the more inspiring aspects of
16  this work, we had three different protocols
17  compete to be the network management RFC, and so
18  there was just three groups of engineers that were
19  not happy, or wanted their choice.  And I watched
20  Vint come in and broker a -- mediate, and I had
21  never seen that kind of mediation happen before,
22  let alone difficult engineers.  And so it was a
23  very inspiring time to watch somebody.  And then
24  so, you know, Vint was the author of a lot of
25  TCP/IP protocols.  So people respected him and

Page 73

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Exhibit 405 is a one-page document
2   marked CSI-CLI-00746924.
3        Exhibit 406 begins CSI-CLI-01828732,
4   and for this document I'll read the last number
5   because I think we're all unclear whether it is
6   one versus multiple documents.  This ends with
7   Bates stamp CSI-CLI-01828783.
8        Exhibit 407 begins Bates stamp
9   CSI-CLI-01295215.
10       And Exhibit 408 begins
11  CSI-CLI-01295181.
12     MR. NEUKOM:  Thanks all.
13     MR. FERRALL:  Agreed.  Thank you.
14     (The deposition concluded at 3:31 p.m.)
15              -oo0oo-
16
17
18
19
20
21
22
23
24
25
                                    Page 166

1        R E P O R T E R ' S   C E R T I F I C A T E
2
3
4        I, BROOKE R. BOHR, a Notary Public in
5   and for the State of Idaho, do hereby certify:
6        That prior to being examined, the
7   witness named in the foregoing deposition was by
8   me duly sworn to testify the truth, the whole
9   truth, and nothing but the truth;
10       That said deposition was taken down by
11  me in shorthand at the time and place therein
12  named and thereafter reduced into typewriting
13  under my direction, and that the foregoing
14  transcript contains a full, true, and verbatim
15  record of the said deposition.
16       I further certify that I have no
17  interest in the event of the action.
18       WITNESS my hand and seal March 30, 2016.
19
20
21
22
23       <%signature%>
24       Brooke R. Bohr
25       CSR No. 753
                                    Page 168

1        V E R I F I C A T I O N
2     I declare under penalty of perjury
3   under the laws that the foregoing is
4   true and correct.
5
6     Executed on _____ , 20___,
7   at _____, _____.
8
9
10
11
12     _____
13     WITNESS SIGNATURE
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 167

                                    43 (Pages 166 - 168)