# ATTACHMENT 54

# EXHIBIT 64A

# BROCADE TURBOIRON 24X SWITCH

**DATA CENTER**

# A Powerful Top-of-Rack Switch for Data Center and High-Performance Computing

## HIGHLIGHTS

- A 1U, high-density top-of-rack data center switch for 10 GbE server access and aggregation with 24 10 GbE/1 GbE dual-speed ports and four 1 GbE ports
- Flexibility to mix 10 GbE and 1 GbE servers, protecting investments and streamlining migration to 10 GbE-capable server farms
- Wire-speed performance with an ultra-low-latency, cut-through, non-blocking architecture that is ideal for HPC environments
- Highly efficient power and cooling with front-to-back airflow, automatic fan speed adjustment, and use of SFP+ and direct attached SFP+ copper (Twinax)
- High availability with redundant, load-sharing, hot-swappable, auto-sensing/switching power supplies and triple-fan assembly
- End-to-end QoS with hardware-based marking, queuing, and congestion management
- Embedded per-port sFlow capabilities to support scalable hardware-based traffic monitoring

Today's data centers are expanding as demand for data and storage continues to grow exponentially. Moreover, requirements such as application convergence, non-stop operation, scalability, high availability, and power efficiency are placing even greater demands on the network infrastructure. To meet this challenge, today's data center network solutions must provide a broad set of capabilities—including higher levels of performance, reliability, security, and Quality of Service (QoS)—as well as low Total Cost of Ownership (TCO).

Specifically designed for data centers, the Brocade® TurboIron® 24X Switch is a compact, high-performance, high-availability, and high-density 10 Gigabit Ethernet (GbE) solution that meets mission-critical data center and High-Performance Computing (HPC) requirements. With an ultra-low-latency, cut-through, non-blocking architecture, the Brocade TurboIron 24X provides a cost-effective solution for server or compute-node connectivity.

The TurboIron 24X can support 1 GbE servers until they are upgraded to 10 GbE-capable Network Interface Cards (NICs), simplifying migration to 10 GbE server farms. In addition, the TurboIron 24X can provide 10 GbE aggregation behind 1 GbE access switches. Either way, the TurboIron 24X is designed to save valuable rack space, power, and cooling in the data center while delivering 24×7 service through its high-availability design.



# BROCADE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    ARISTANDCA13681614

## LEADING-EDGE FLEXIBILITY AND RELIABILITY
The TurboIron 24X provides a highly flexible data center solution that offers the highest levels of reliability.

### Flexible Data Center Deployment and Future-Proofing
The TurboIron 24X is a high-density 10 GbE solution for direct server or compute-node connectivity in data center and HPC cluster environments. Each dual-speed port on the TurboIron 24X can function as a 1 GbE port by plugging in an SFP, making it a flexible solution for environments where some servers have not yet been upgraded to 10 GbE-capable NICs.

When organizations upgrade a server's NICs to 10 GbE, they only need to replace the SFP optics with SFP+ optics or direct attached SFP+ copper (Twinax). This approach protects Ethernet-based investments and streamlines migration to 10 GbE. In data center environments where all servers are 1 GbE-capable, organizations can deploy the TurboIron 24X as a compact and cost-effective 10 GbE aggregation switch—moving it to the front layer when servers are ready for the 10 GbE upgrade.

The TurboIron 24X also includes four 1 GbE copper RJ45 ports for server connectivity or separate management network connectivity.

The high density of dual-speed ports in a 1U space enables organizations to design highly flexible and cost-effective networks. In addition, organizations can utilize various combinations of short-range and long-range transceivers for a variety of connectivity options.

### Increased Reliability through Redundancy and Intelligence
The TurboIron 24X includes internal power redundancy features, which are usually available only in a modular chassis form factor. Every TurboIron 24X has a single AC power supply, but organizations can add another AC power supply for 1+1 redundancy. The AC power supplies are hot-swappable and load-sharing with auto-sensing and auto-switching capabilities, which are critical for power redundancy and deployment flexibility (see Figure 1).

The hot-swappable power supplies and fan assembly enable organizations to replace components without service disruption. In addition, several high-availability and fault-detection features help in failover of critical data flows, enhancing overall system availability and reliability. Organizations can use Brocade IronView® Network Manager (INM) and sFlow-based network monitoring and trending to proactively monitor risk areas and optimize network resources to avoid many network issues altogether.

## GREENER DATA CENTERS WITH LOWER TCO
As application data and storage requirements continue to rise exponentially, demand for higher port density and bandwidth grows, as do the number of network devices and power consumption. Organizations looking to reduce TCO need solutions with higher scalability and density per rack unit that consume less power and dissipate less heat.

The TurboIron 24X addresses those needs with a state-of-the-art ASIC, front-to-back airflow, automatic fan speed control, and power-efficient optics to ensure the most efficient use of power and cooling. For low-cost, low-latency (0.25 μs), and low-energy-consuming (0.1 watts) cabling within and between the racks, the TurboIron 24X supports direct attached SFP+ copper (Twinax) cabling at up to 10 meters. For switch-to-switch connectivity, the TurboIron 24X supports low-power-consuming (1.0 watts) SFP+ optics at up to 300 meters. In high-port-density deployments, these features save significant operating costs.

### SUPERIOR ROI AND INVESTMENT PROTECTION
The TurboIron 24X combines strategic performance, availability, and scalability advantages with investment protection for existing LAN environments. It utilizes the same Brocade IronWare® operating system used by other Brocade Ethernet/IP products. This helps ensure full forward and backward compatibility among the product family while simplifying software maintenance and field upgrades.

Moreover, the use of the same industry-standard CLI eliminates the need for staff retraining. As a result, the TurboIron 24X enables organizations to better leverage their current training, tools, devices, and processes.



**Figure 1.**
The TurboIron 24X features hot-swappable power supplies and a triple-fan unit.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13681615

**SIMPLIFIED, STANDARDS-BASED MANAGEMENT**
While deploying more switches in a data center infrastructure can increase overall network performance, it often inhibits the ability to receive a complete view of network capacity, bandwidth consumption, utilization, and overall health.

To overcome this challenge, the TurboIron 24X utilizes sFlow, a unique solution that helps simplify network management and monitoring. The TurboIron 24X uses sFlow to provide real-time network visibility so organizations can more effectively manage the transactions flowing throughout the network. This approach enables organizations to leverage a wide range of management, monitoring, and trending utilities. Brocade INM can manage all Brocade data center Ethernet/IP switches, including the Brocade TurboIron, FastIron®, BigIron®, ServerIron®, and NetIron® series of switches and routers.

The TurboIron 24X also supports the IEEE 802.1AB LLDP standard, enabling organizations to build open, converged, and advanced multivendor networks. LLDP greatly simplifies and enhances network management, asset management, and network troubleshooting.

With the resulting insight, organizations can quickly and accurately review overall data center operations, identify hot spots, and quickly diagnose and troubleshoot issues before they develop into widespread problems. The TurboIron 24X provides accurate SNMP/RMON statistics to Brocade INM, reducing the administrative burden normally associated with proactive network management, design, and capacity planning.

**PURPOSE-BUILT FEATURE SET**
The TurboIron 24X combines a wide range of unique features to help organizations overcome the most challenging business requirements.

**Industry-Leading Advanced Layer 2 Features**
To provide self-healing topologies in Layer 2 configurations, the TurboIron 24X supports industry-standard Ethernet protocols, including multiple varieties of Spanning Tree Protocol (STP) and link aggregation as well as optic-, link-, and switch-level fault detection and correction features. The advanced Layer 2 feature set is leveraged from Brocade FastIron switches that have been field-proven in enterprise and data center networks for more than a decade.

**Data Protection through Robust Security**
Security is a critical requirement in today's data centers, and the TurboIron 24X provides robust security through a wide range of advanced features. Organizations can use both regular and extended Access Control Lists (ACLs) to control access to and through data center networks.

Organizations can use control policies that permit or deny traffic based on a wide variety of identification characteristics—such as source/destination MAC addresses, source/destination IP addresses, TCP/UDP ports/sockets, and well-known port numbers—further protecting and restricting network access.

The TurboIron 24X implements ACL lookups at the hardware level, so security does not adversely affect switching performance. In addition, BPDU Guard and Root Guard prevent rogue hijacking of the spanning tree root and maintain a contention- and loop-free environment, especially during dynamic network deployments.

**Advanced QoS to Improve Data Traffic Integrity**
The TurboIron 24X offers superior QoS features designed to ensure high-reliability services throughout the data center. The TurboIron 24X can identify, mark, classify, reclassify, and manage traffic based on specific criteria. This enables organizations to classify bandwidth-critical application traffic, discriminating among various traffic flows and enforcing bandwidth policies.

After the traffic is classified, organizations have complete control over the method the system uses to service the queues: Weighted Round Robin (WRR), Strict Priority (SP), or a mix of both. For granular control to regulate bandwidth utilization, the TurboIron 24X can also perform ingress rate limiting and egress rate shaping.

**Multicast-Based Applications**
The use of video, financial, and other one-to-many applications requires support for scalable multicast services. The TurboIron 24X supports IGMP and PIM Snooping for optimized multicast forwarding. In addition, the TurboIron 24X provides storm control features to contain and intelligently switch rather than broadcast multicast traffic.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13681616

## KEY SOLUTION AREAS

The TurboIron 24X provides a high-performance, cost-effective solution for many types of data center environments, including top-of-rack server connectivity, 10 GbE aggregation, and HPC environments.

### Data Center Top-of-Rack Server Connectivity

The TurboIron 24X is designed to fit in server racks, and it consumes only one rack unit. To simplify cabling, the 10 GbE NICs in the servers connect to the TurboIron 24X 10 GbE ports by using SFP+ or direct attached SFP+ copper (see Figure 2).

If any servers in the rack have only 1 GbE-capable NICs, organizations can connect them to the same TurboIron 24X by using a 10 GbE port as a 1 GbE port through an SFP. Some of the 10 GbE ports on the TurboIron 24X can connect to the data center middle-of-row/end-of-row aggregation chassis, usually through link aggregation.

### Cost-Effective 10 GbE Aggregation

In data center environments where most servers are 1 GbE-capable, the TurboIron 24X provides a compact and cost-effective 10 GbE aggregation switch. It connects to the data center core through wire-speed 10 GbE while Brocade FastIron EdgeX, FastIron CX, or NetIron CES 1 GbE top-of-rack switches connect the 1 GbE servers through 10 GbE uplinks to the TurboIron 24X (see Figure 3).



**Figure 2.**
The TurboIron 24X provides data center top-of-rack access while the Brocade BigIron RX provides an aggregation solution.



**Figure 3.**
The TurboIron 24X provides data center aggregation with the Brocade FastIron EdgeX, FastIron CX, and NetIron CES offerings providing top-of-rack access.



**Figure 4.**
The TurboIron 24X provides HPC cluster interconnectivity, and the Brocade FastIron, NetIron, and BigIron offerings provide MRP connectivity.

**High-Performance Cluster Computing Connectivity**

HPC cluster connectivity has entered the mainstream marketplace with Ethernet switching as the technology of choice. Ultra-low-latency and high-density Ethernet switching are required for successful deployment, making the TurboIron 24X ideal for this type of environment.

The high performance, density, and reliability of the TurboIron 24X are designed for the most demanding HPC environments. In environments where high-speed inter-cluster connectivity is required over distance, organizations can use Brocade Metro-Ring Protocol (MRP)-supporting devices (such as the Brocade FastIron, NetIron, and BigIron offerings) in conjunction with the TurboIron 24X to provide dual-ring, fault-tolerant connectivity (see Figure 4).

**MAXIMIZING INVESTMENTS**

To help optimize technology investments, Brocade and its partners offer complete solutions that include education, support, and services. For more information, contact a Brocade sales partner or visit www.brocade.com.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA13681618

**BROCADE TURBOIRON 24X SPECIFICATIONS**

### System Architecture

| | |
|---|---|
| 1 Gigabit Ethernet ports | Four 10/100/1000 RJ45 ports + 24 10 GbE/1 GbE dual-speed ports |
| 10 Gigabit Ethernet ports | 24 10 GbE ports |
| Performance | 488 Gbps line speed full-duplex throughput |
| | 363 MPPS forwarding capacity |
| | 1.5 micro-second latency |
| Scalability | VLANs: 4000 |
| | MAC addresses: 32,000 |
| | ACLs: 2000 |
| | QoS queues per port: 8 |
| | Link aggregation: 8 links per group, 28 link groups per switch |
| Maximum frame size | 9216-byte Ethernet frame |
| Data traffic types | Unicast, multicast, and broadcast IP traffic |
| Media types | RJ45 1000 BASE-T copper (Cat6, Cat6a/7) |
| | SFP+ LR SMF 10 km reach |
| | SFP+ SR MMF short reach |
| | SFP+ USR MMF ultra-short reach |
| | Direct attached SFP+ copper (Twinax) |
| Licensing options | IronWare Advanced Layer 2 feature set (included) |

### Management

| | |
|---|---|
| Supported management software | SSHv2, SNMPv1/v3, Telnet; SNMP; IronView Network Manager (INM); RADIUS |
| Management access | One 10/100/1000 Mbps (RJ-45) port and one DB9 serial console port |
| Diagnostics | POST and embedded online/offline diagnostics |

### Mechanical

| | |
|---|---|
| Enclosure | Port to non-port side airflow; 1U; 17.1-inch EIA-compliant; power from non-port side |
| Size | Width: 435.0 mm (17.1 in.) |
| | Height: 42.8 mm (1.7 in.) |
| | Depth: 393.7 mm (15.5 in.) |
| System weight | 6.0 kg (13.2 lb.) with one power supply, without transceivers |
| | 7.4 kg (16.3 lb.) with two power supplies, without transceivers |

### Environmental

| | |
|---|---|
| Temperature | Operating: 0°C to 40°C (32°F to 104°F) |
| | Non-operating: –25°C to 70°C (–23°F to 158°F) |
| Humidity | Operating: 5% to 95% non-condensing |
| | Non-operating: 5% to 80% non-condensing |
| Operating noise | 65 dB |
| Altitude | Operating: Up to 9842 feet (3000 meters) |
| | Storage: Up to 9842 feet (3000 meters) |
| Shock | IEC 68-2-29 |
| Vibration | IEC 68-2-36, IEC 68-2-6 |
| $CO_2$ emissions | 0.65 kg per year (with 24 ports of 10 GbE and four ports of GbE at 0.42 kg/kWh) |
| | 2.2 kg per Gbps per year |
| Airflow | Maximum: 36.4 CFM |
| | Nominal (65% speed): 23.5 CFM |
| Heat dissipation | 600 BTU/hour |

### Power

| | |
|---|---|
| Power | Maximum power output: 300 watts per power supply |
| | Maximum power consumption: 176 watts per 24 10 GbE ports (7.3 watts per 10 GbE port) |
| Input voltage | 100 to 250 VAC nominal |
| Input line frequency | 50–60 Hz |
| Inrush current | 70 amps peak |
| Maximum current | Input current: 5 amps |
| | 1.76 amps maximum at 100 VAC |
| | 0.73 amps maximum at 240 VAC |

### Regulatory Compliance

| | |
|---|---|
| Environment and regulatory compliance | RoHS Compliant (5 of 6) |
| | WEEE Compliant |
| Safety | EN 60950 |
| | EN 60825-1 Safety of Laser Products – Part 1 |
| | EN 60825-2 Safety of Laser Products – Part 2 |
| | IEC 950 |
| | CSA 950 |
| | UL 1950 Third Edition |
| | CAN/CS-C22.2 No. 60950-00 |
| Electromagnetic emission certification | FCC Class A (Part 15) |
| | EN 55022/CISPR-22 Class A |
| | VCCI Class A |
| Immunity | Generic EN 50082-1 |

### RFC Compliance and Features

| | |
|---|---|
| General | Jumbo Frame |
| | IEEE 802.3x Flow Control |
| | IEEE 802.3ad Link Aggregation |
| | IEEE 802.1D MAC Bridging/STP |
| | IEEE 802.1Q VLAN Tagging |
| | IEEE 802.1w Rapid Spanning Tree Protocol (RSTP) |
| | IEEE 802.1s Multiple Spanning Tree Protocol (MSTP) |
| | IEEE 802.3AB LLDP |
| Security | Access Control Lists |
| | AES Encryption for SSHv2, SNMPv3 |
| | Port Mirroring |
| | sFlow |
| | Authentication, Authorization, and Accounting (AAA) |
| | Username/Password (Challenge and Response) |
| | Bi-Level Access Mode (Standard and EXEC Level) |
| | Secure Copy (SCP) |
| | Secure Shell (SSHv2) |
| | RFC 2865 RADIUS |
| | TACACS/TACACS+ |

| | |
|---|---|
| IP protocols | RFC 791 IP |
| | RFC 768 UDP |
| | RFC 783 TFTP |
| | RFC 792 ICMP |
| | RFC 793 TCP |
| | RFC 826 ARP |
| | RFC 894 IP over Ethernet |
| | RFC 903 RARP |
| | RFC 906 TFTP Bootstrap |
| | RFC 1027 Proxy ARP |
| | RFC 1519 CIDR |
| | RFC 1541 and 2131 DHCP |
| | RFC 1591 DNS (client) |
| Quality of service | Rate Limiting |
| | Traffic Shaping |
| | MAC Address Mapping to Priority Queue |
| | ACL Mapping to Priority Queue |
| | ACL Mapping to ToS/DSCP |
| | ACL Mapping and Marking of ToS/DSCP |
| | QoS Queue Management using Weighted Round Robin (WRR), Strict Priority (SP), and a combination of WRR and SP |
| Multicast | RFC 1112 IGMP |
| | RFC 2236 IGMPv2 |
| | RFC 3376 IGMPv3 |
| | IGMP Proxy |
| | RFC 1122 Host Extensions |

| | |
|---|---|
| Management | Industry-standard Command Line Interface (CLI) |
| | Configuration logging |
| | LLDP |
| | sFlow |
| | IronView Network Manager (INM) Web-based GUI |
| | Integration with HP OpenView for Sun Solaris, HP-UX, IBM AIX, and Windows NT |
| | IEEE 802.3 MAU MIB (RFC 2239) |
| | RFC 2571 Architecture for Describing SNMP Framework |
| | RFC 951 BootP |
| | RFC 1542 BootP Extensions |
| | RFC 2131 DHCP |
| | RFC 854 TELNET |
| | RFC 2865 RADIUS |
| | RFC 1493 Bridge MIB |
| | RFC 1643 Ethernet-like Interface MIB |
| | RFC 3176 sFlow |
| | RFC 1213 MIB-II |
| | RFC 1516 Repeater MIB |
| | RFC 1354 IP Forwarding Table MIB |
| | RFC 1757 RMON MIB |
| | RFC 2572 SNMP Message Processing and Dispatching |
| | RFC 1573 SNMP MIB II |
| | RFC 1157 SNMPv1/v2c |
| | RFC 3411 SNMPv3 Framework |
| | RFC 2570 SNMPv3 Intro to Framework |
| | RFC 3412 SNMPv3 Processing |
| | RFC 3414 SNMPv3 USM |
| | RFC 2574 SNMPv3 User-Based Security Model (USM) |
| | RFC 2573 SNMPv3 Applications |
| | RFC 2575 SNMP View-Based Access Control Model (VACM) |
| | RFC 3415 SNMPv3 VACM |

| Warranty | |
|---|---|
| Hardware | 5-year limited lifetime hardware warranty |
| Software | 90-day limited software warranty |

### BROCADE TURBOIRON 24X ORDERING INFORMATION

| Part Number | Description |
|---|---|
| TI-24X-AC | TurboIron 1U, 24 ports of 1 GbE/10 GbE SFP+, four ports of 10/100/1000 RJ-45, one AC power supply and fan assembly |
| RPS11 | TurboIron 24X AC power supply (300 W) |
| TI-24X-FAN | TurboIron 24X fan assembly |

| **Corporate Headquarters** | **European Headquarters** | **Asia Pacific Headquarters** |
|---|---|---|
| San Jose, CA USA | Geneva, Switzerland | Singapore |
| T: +1-408-333-8000 | T: +41-22-799-56-40 | T: +65-6538-4700 |
| info@brocade.com | emea-info@brocade.com | apac-info@brocade.com |

© 2009 Brocade Communications Systems, Inc. All Rights Reserved. 04/09 GA-DS-1348-00

Brocade, the B-wing symbol, BigIron, DCX, Fabric OS, FastIron, IronPoint, IronShield, IronView, IronWare, JetCore, NetIron, SecureIron, ServerIron, StorageX, and TurboIron are registered trademarks, and DCFM, Extraordinary Networks, and SAN Health are trademarks of Brocade Communications Systems, Inc., in the United States and/or in other countries. All other brands, products, or service names are or may be trademarks or service marks of, and are used to identify, products or services of their respective owners.

Notice: This document is for informational purposes only and does not set forth any warranty, expressed or implied, concerning any equipment, equipment feature, or service offered or to be offered by Brocade. Brocade reserves the right to make changes to this document at any time, without notice, and assumes no responsibility for its use. This informational document describes features that may not be currently available. Contact a Brocade sales office for information on feature and product availability. Export of technical data contained in this document may require an export license from the United States government.



**BROCADE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      ARISTANDCA13681621