| | |
|---|---|
| ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>ASHOK RAMANI - # 200020<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com, aramani@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK, *PHV To Be Submitted*
DAVID H. REICHENBERG, *PHV To Be Submitted*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Plaintiff ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | Case No.     5:14-cv-05344-BLF<br><br>**NOTICE OF APPEARANCE OF PAUL EHRLICH**<br><br>Trial Date:   Not set. |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff ARISTA NETWORKS, INC. in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

    Paul Ehrlich
    paul.ehrlich@tensegritylawgroup.com
    Tensegrity Law Group LLP
    555 Twin Dolphin Drive, Suite 650
    Redwood Shores, CA  94065
    Telephone:     (650) 802-6075
    Facsimile:       (650) 802-6001

Dated:  September 15, 2016                TENSEGRITY LAW GROUP LLP

                                    By:  */s/ Paul Ehrlich*
                                           PAUL EHRLICH

                                           Attorneys for Plaintiff
                                           ARISTA NETWORKS, INC.