UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-05344-BLF<br><br>**OMNIBUS ORDER REGARDING *DAUBERT* SEALING MOTIONS**<br><br>[Re: ECF 419, 422, 426, 438, 462, 467, 470, 475, 476, 491, 494, 498] |

　　　Before the Court are the parties' administrative motions to file under seal portions of their briefing and exhibits in connection with the parties' *Daubert* motions. ECF 419, 422, 426, 438, 462, 467, 470, 475, 476, 491, 494, 498. For the reasons stated below, the motions are GRANTED IN PART AND DENIED IN PART.

**I.　LEGAL STANDARD**

　　　"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Consequently, access to motions and their attachments that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id*. at 1097. In addition, sealing motions filed in this district must be "narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b). A party moving to seal a document in whole or in part must file a declaration establishing that the identified material is "sealable." Civ. L.R. 79-5(d)(1)(A). "Reference to a stipulation or

protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id*.

## II.      DISCUSSION

The Court has reviewed the parties' sealing motions and respective declarations in support thereof.  The Court finds the parties have articulated compelling reasons to seal certain portions of most of the submitted documents.  The proposed redactions are also narrowly tailored.  The Court's rulings on the sealing request are set forth in the tables below:

### A.      ECF 419

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Cisco does not seek to seal the highlighted portions. | DENIED. |
| Exhibit 1 to the Declaration of Ryan Wong in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth ("Wong *Daubert* Declaration") (Excerpts from the "Opening Expert Report of Kevin Almeroth Regarding Copy" dated June 3, 2016) | Paragraphs ¶¶ 83-86, 118, 119 and pages 437-661 ("Copying Exhibit 6") contain information about Cisco's source code.<br><br>Paragraphs ¶¶ 73, 74, 78, 79, 112, 118, 138-142, 145, 147, 148, 152, 153, 157, 195, 203, 219 (and associated images on pages 107 through 115), 220, 239-242, 246, 250-52, 257 and footnotes 99, 102 contain information of Arista's software and business strategies. | GRANTED as to Paragraphs ¶¶ 83-86, 118, 119 and pages 437-661; and ¶¶ 73, 74, 78, 79, 112, 118, 138-142, 145, 147, 148, 152, 153, 157, 195, 203, 219 (and associated images on pages 107 through 115), 220, 239-242, 246, 250-52, 257 and footnotes 99, 102; and DENIED as to remainder. |
| Exhibit 2 to the Wong *Daubert* Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | Paragraphs ¶¶ 104, 134, 137, 138, 142, 143, 144-47, 149, 154 and footnotes 106, 112 contain information of Arista's software, products, and business strategies, as well as discussion of a confidential ITC order. | GRANTED as to Paragraphs ¶¶ 104, 134, 137, 138, 142, 143, 144-47, 149, 154 and footnotes 106, 112; and DENIED as to remainder. |
| Exhibit 3 to the Wong *Daubert* Declaration (Excerpts from the deposition of Dr. Kevin | Testimony of Dr. Almeroth at 145:22-24 contains information regarding Arista's | GRANTED as to 145:22-24, and 289:21-291:14; and DENIED as to remainder. |

2

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Almeroth) | customer information.<br><br>Testimony at 289:21-291:14, contains information about Cisco's confidential technology. | |
| Exhibit 4 to the Wong *Daubert* Declaration (Cisco's Supplemental Objections and Responses to Defendant's Interrogatory No. 20) | Contains information regarding Cisco's technology and source code. | GRANTED. |

**B.   ECF 422**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Page 2, lines 10-13; page 6, lines 10-26; page 7, lines 4-6 contain information of Arista's marketing and sales strategies. | GRANTED as to 2:10-13, 6:10-26, and 7:4-6; and DENIED as to remainder. |
| Exhibit A to the Declaration of Elizabeth k. McCloskey in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Information about Arista's and Cisco's sales, customers, competitive strategies. | GRANTED. |
| Exhibit B to the Declaration of Elizabeth K. McCloskey in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Portions of the document from 154:1-157:17, 157:18-166:19, 194:21-196:10 and 218:8-18 contain information about Cisco's sales strategies, competitive strategies and customers. | GRANTED as to 154:1-157:17, 157:18-166:19, 194:21-196:10 and 218:8-18; and DENIED as to remainder. |
| Exhibit C to the Declaration of Elizabeth K. McCloskey in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Contains parties' detailed confidential business information. | GRANTED. |
| Exhibit D to the Declaration of Elizabeth K. McCloskey in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Highlighted portions contain parties' detailed confidential business information. | GRANTED. |
| Exhibit E to the Declaration of Elizabeth K. McCloskey in Support of Arista's Motion to Strike Expert Opinions and | Contains detailed parties' confidential business information. | GRANTED. |

3

| Testimony of Dr. Judith A. Chevalier | | |
|---|---|---|
| Exhibit F to the Declaration of Elizabeth K. McCloskey in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Contains confidential business, product, and customer information. | GRANTED. |

**C.   ECF 426**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Dr. John Black | Arista does not seek to seal the highlighted portions. | DENIED. |
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert William M. Seifert | Arista does not seek to seal the highlighted portions. | DENIED. |
| Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Cate M. Elsten | Pages 4, 5, 6:3, and 7:7 contains Arista's confidential business and sales information. | GRANTED as to pages 4, 5, 6:3, and 7:7; and DENIED as to remainder. |
| Exhibit 1 to the Declaration of Andrew M. Holmes "Black Opening Report" | Paragraphs ¶¶ 120, 123-125, 132, 161, 433, 438, 448-459, 461-471, 478-482, 498, 500-502, 504, 508, 510, 514, 515, 570, 580, 636, 689-691, 696, 700 and footnotes 32, 35, 40, and 128 contain information related to Cisco's source code, third-party source code, as well as Cisco's business information.<br><br>Paragraph 397 contains confidential information related to Arista EOS software. Paragraphs ¶¶ 519, 525, and 678(i) contain information related to Arista's source code.<br><br>Paragraphs ¶¶ 375-377 contain confidential information related to Juniper's software. | GRANTED as to Paragraphs ¶¶ 120, 123-125, 132, 161, 375-377, 397, 433, 438, 448-459, 461-471, 478-482, 498, 500-502, 504, 508, 510, 514, 515, 519, 525, 570, 580, 636, 678(i), 689-691, 696, 700 and footnotes 32, 35, 40, and 128; and redacted portions on page 141, 142, and 143 of Exhibit A to non-party Dell's declaration, ECF 442; and DENIED as to remainder. |

| | | |
|---|---|---|
| | Portions redacted on page 141, 142, and 143 of Exhibit A to non-party Dell's declaration, ECF 442, contain Dell's confidential customer information. | |
| Exhibit 2 to the Holmes Declaration "Black Rebuttal Report" | Paragraphs ¶¶ 50-51, 55, 148, 155, 156, 159, 160, 165, and 170 contain information related to Cisco's source code, third-party source code, and confidential business information.<br><br>Paragraphs ¶¶ 148, 155, 156, 160-166, and 169-171 contain confidential information related to Arista's source code. | GRANTED as to Paragraphs ¶¶ 50-51, 55, 148, 155, 156, 159, 160-166 and 169-171; and DENIED as to remainder. |
| Exhibit 4 to the Holmes Declaration | Arista does not seek to seal this exhibit, which contains excerpts of Dr. Black's deposition transcript. | DENIED. |
| Exhibit 5 to the Holmes Declaration "Seifert Report" | Paragraphs ¶¶ 90 (including footnote 78), 96 (including charts on Pages 43 and 44), 97 (including footnote 88), 98 (including footnotes 89–91), 99 (including footnote 92), 100(i), 100(ii) (including footnote 94), 100(iv) (including footnote 95), 100(v) (including footnote 97), 101, 103 (including footnote 106), 108, and 109 contain Arista's confidential sales and customer information.<br><br>Portions of paragraph 79 contain confidential information of Juniper's software and trade secrets. | GRANTED as to Paragraphs ¶¶ 90 (including footnote 78), 96 (including charts on Pages 43 and 44), 97 (including footnote 88), 98 (including footnotes 89–91), 99 (including footnote 92), 100(i), 100(ii) (including footnote 94), 100(iv) (including footnote 95), 100(v) (including footnote 97), 101, 103 (including footnote 106), 108, and 109; and portions of ¶ 79 relating to Juniper's software and trade secrets; and DENIED as to remainder. |
| Exhibit 6 to the Holmes Declaration | Pages 135-36 (13:42:25–13:43:52) contain Arista's confidential business information. | GRANTED as to pages 135-36 (13:42:25–13:43:52); and DENIED as to remainder. |

5

| Exhibit 7 to the Holmes Declaration "Elsten June 3, 2016 Report" | Pages 7, 9, 14, 15, 21-28, 32, and 33 contain Cisco's confidential business information.<br><br>Pages 9, 17, 22-23 contain Arista's confidential business, product and customer information. | GRANTED as to pages 7, 9, 14, 15, 17, 21-28, 32 and 33; and DENIED as to remainder. |
|---|---|---|
| Exhibit 8 to the Holmes Declaration "Elsten Rebuttal Report" | Contains parties' confidential business and customer information. | GRANTED. |
| Exhibit 9 to the Holmes Declaration | 58:2-65:25 contain information related to Cisco's customers and Cisco's confidential business information.<br><br>Pages 58-60, 62–65, 81, and 212-215 contain Arista's confidential customer and business information. | GRANTED as to 58:2-65:25; and pages 58-60, 62–65, 81, and 212-215; and DENIED as to remainder. |
| Exhibit 10 to the Holmes Declaration | Contains Cisco's business information and competitive intelligence and related strategies. | GRANTED. |
| Exhibit 12 to the Holmes Declaration "Clark June 3, 2016 Report" | Paragraphs ¶¶ 170-191 contain information related to Juniper's software and trade secrets. | GRANTED as to ¶¶ 170-191; and DENIED as to remainder. |
| Exhibit 13 to the Holmes Declaration (Excerpts of the "Clark Rebuttal Report") | Arista does not seek to seal these excerpts of Dr. Clark's Rebuttal Report. | DENIED. |

### D.   ECF 438

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Cisco does not seek to seal the highlighted portions. | DENIED. |

### E.   ECF 462

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John | Highlighted text on page 8 at lines 25-26 contains Cisco's confidential litigation | GRANTED as to the highlighted text at 8:25-26; and DENIED as to remainder. |

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Black | settlement. | |
| Exhibit 4 to the Declaration of Ryan Wong in Support of Arista's Opposition to Exclude Expert Opinion Testimony of John Black ("Wong Opp. Declaration") (Excerpts from the deposition transcript of Dr. Kevin C. Almeroth, taken on June 28, 2016) | Cisco does not seek to seal these excerpts of Dr. Almeroth's deposition transcript. | DENIED. |
| Exhibit 5 to the Wong Opp. Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | Cisco does not seek to seal these excerpts of Dr. Almeroth's Rebuttal Report. | DENIED. |

F.   ECF 467

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten | Highlighted portions contain Arista's confidential business and product information.<br><br>Highlighted text on page 8 at lines 1-4 contains Cisco's confidential business information. | GRANTED. |
| Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten | Cisco does not seek to seal this exhibit, which contains excerpts of Dr. Chevalier's deposition transcript. | DENIED. |

G.   ECF 470

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Arista Network Inc.'s Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of William M. Seifert | Cisco did not file a declaration in support of sealing the highlighted portions of this exhibit that cite to Mr. Seifert's deposition transcript. | DENIED. |
| Exhibit 1 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 1") | Cisco did not file a declaration in support of sealing this exhibit, which contains excerpts of Mr. Seifert's deposition transcript. | DENIED. |
| Exhibit 4 to the Declaration of | Excerpts from the Expert | GRANTED. |

| Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 4") | Report of Judith A. Chevalier (submitted on June 24, 2016) contain Arista's confidential business information, such as marketing and sales strategies. | |
|---|---|---|
| Exhibit 5 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 5") | Excerpts from the Rebuttal Expert Report on Fair Use of Judith A. Chevalier (submitted on June 17, 2016) contain Arista's confidential customer and product information. | GRANTED. |

**H.   ECF 475**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth. | Highlighted text on page 4 at lines 7-13 and 16-20, page 7 at lines 26-28, page 8 at line 1, page 9 at lines 24-26, page 10 at lines 18-20 contains Arista's confidential product and customer information. | GRANTED as to highlighted text at 4:7-13, 4:16-20; 7:26-28; 8:1; 9:24-26; 10:18-20; and DENIED as to remainder. |
| Exhibit 1 to the Declaration of John M. Neukom in Support of Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth. ("Neukom Declaration") | Paragraphs ¶¶ 72-74 (including the image shown on Page 29) contains Arista's confidential product and business information. | Granted as to paragraphs ¶¶ 72-74, including the image on page 29; and DENIED as to remainder. |
| Exhibit 2 to the Neukom Declaration | Arista does not seek to file under seal this exhibit, which contains excerpts of Dr. Almeroth's deposition transcript. | DENIED. |
| Exhibit 3 to the Neukom Declaration | Arista does not seek to file under seal this exhibit, which contains excerpts of Dr. Black's deposition transcript. | DENIED. |

**I.   ECF 476**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Cisco's Opposition to | Highlighted text on page 1 at | GRANTED as to 1:24-26; 8:9- |

| Arista's Motion to Exclude Expert Opinion Testimony From Dr. Judith A. Chevalier | lines 24-26, page 8 at lines 9-13 and footnote 3, page 9 at lines 6-26, page 10 at lines 3-24 contains Arista's confidential product, customer, and business information. | 13 & n.3; 9:6-26; 10:3-24; and DENIED as to remainder. |
|---|---|---|
| Exhibit 1 to the Declaration of Sara E. Jenkins in Support of Cisco's Opposition to Arista's Motion to Exclude Expert Opinion Testimony From Dr. Judith A. Chevalier | Excerpts from Anshul Sadana's deposition transcript contain Arista's confidential customer and product information. | GRANTED. |

**J.   ECF 491**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Defendant Arista Networks, Inc.'s Reply in Support of its Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | Highlighted portions contain Arista's confidential software and business information.<br><br>Cisco did not file a declaration in support of sealing the highlighted text at 1:13-14. | GRANTED as to highlighted portions at 1:20, 24; 4:3-4; 5:9-11; and DENIED as to 1:13-14. |

**K.   ECF 494**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Defendant Arista Networks, Inc.'s Reply in Support of its Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | Highlighted portions on page 5 at lines 7-11 and line 17 contain Arista's confidential software, sales, and product information.<br><br>Cisco did not file a declaration in support of sealing the remaining highlighted portions. | GRANTED as to the highlighted portions at 5:7-11 and 17; and DENIED as to remainder. |

**L.   ECF 498**

| Identification of Documents to be Sealed | Description of Documents | Court's Order |
|---|---|---|
| Cisco's Reply in Support of Its Motion to Exclude Expert Opinion Testimony From Arista's Expert Dr. John Black | Arista did not file a declaration in support of sealing this exhibit. | DENIED. |
| Cisco's Reply in Support | Arista did not file a declaration | DENIED. |

9

| | | |
|---|---|---|
| of Its Motion to Exclude Expert Opinion Testimony From Arista's Expert William M. Seifert | in support of sealing this exhibit. | |
| Cisco's Reply in Support of Its Motion to Exclude Expert Opinion Testimony From Arista's Expert Cate M. Elsten | Highlighted portions contain Arista's confidential product, sales, and customer information. | GRANTED. |

### III.  ORDER

For the foregoing reasons, the sealing motions at ECF 419, 422, 426, 438, 462, 467, 470, 475, 476, 491, 494, 498 are GRANTED IN PART and DENIED IN PART.  Under Civil Local Rule 79-5(e)(2), for any request that has been denied because the party designating a document as confidential or subject to a protective order has not provided sufficient reasons to seal, the submitting party must file the unredacted (or lesser redacted) documents into the public record no earlier than 4 days and no later than 10 days form the filing of this order.

**IT IS SO ORDERED.**

Dated: September 16, 2016

_____
BETH LABSON FREEMAN
United States District Judge