KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S MOTIONS IN LIMINE NOS. 1–5**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)-(e), Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file under seal documents and information filed in connection with Arista's Motions *in Limine* Nos. 1–5.

Arista requests an order granting its motion to seal the following documents:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's Motion *in Limine* No. 1 Re ITC Investigations References | Highlighted Portions | *Arista* |
| Arista's Motion *in Limine* No. 5 to Exclude Evidence and Argument Regarding Documents Labeled as "Confidential" to Cisco | Highlighted Portions | *Cisco* |
| Exhibit A to the Wong Decl. (Excerpts from the Cisco Trial Exhibit List) | Entire | *Cisco* |
| Exhibit C to the Wong Decl. (Excerpts from Exhibit Copying-6 to the Expert Report of Kevin Almeroth, served on June 3, 2016) | Entire | *Cisco* |
| Exhibit D to the Wong Decl. (Cisco's Supplemental Objections and Responses to Arista Networks, Inc.'s Interrogatory Nos. 2–10, dated May 27, 2016) | Page 16 (highlighted) | *Cisco* |
| Exhibit V to the Wong Decl. (TX03480 – Example of an Arista-Produced Document with "Cisco Confidential" Labeling on Cisco's trial exhibit list) | Entire | *Cisco* |

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit W to the Wong Decl. (TX03741 – Example of an Arista-Produced Document with "Cisco Confidential" Labeling on Cisco's trial exhibit list) | Entire | *Cisco* |
| Exhibit X to the Wong Decl. (TX04564 – Example of an Arista-Produced Document with "Cisco Confidential" Labeling on Cisco's trial exhibit list) | Entire | *Cisco* |
| Exhibit Y to the Wong Decl. (Drew Pletcher Deposition Transcript Excerpts) | Entire | *Cisco* |
| Exhibit Z to the Wong Decl. (Deepak Malik Deposition Transcript Excerpts) | Entire | *Cisco* |

Arista's Motions *in Limine* Nos. 1–5 are non-dispositive motions. In the context of non-dispositive motions, the materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, that the document is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

For the portions of the foregoing exhibits that Arista seeks to file under seal, Arista has established good cause to seal those materials through the Declaration of Andrea Nill Sanchez in Support of Arista's Administrative Motion to File Under Seal, which is being filed contemporaneously herewith. Also filed concurrently with this Motion are redacted and

1  highlighted versions of the above-referenced documents indicating the specific portions of the
2  documents that Arista is submitting under seal.
3      To the extent that Arista has not sought to seal Arista-related material, Arista takes no
4  position on whether the Cisco-designated portions of any of the foregoing documents should be
5  filed under seal.  For those portions of the materials submitted under seal, Arista files this
6  administrative motion only to afford Cisco the opportunity to defend its confidentiality
7  designations as provided by Civil Local Rule 79-5(e).

Dated:  September 16, 2016

KEKER & VAN NEST LLP

WILSON SONSINI GOODRICH & ROSATI

By:  */s/ Andrea Nill Sanchez*
     ANDREA NILL SANCHEZ

Attorneys for Defendant
ARISTA NETWORKS, INC.