| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>              Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S MOTIONS IN LIMINE NOS. 1–5**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1114892

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal filed in connection with Arista's Motions *in Limine* Nos. 1–5 as follows:

| Document | Portions of Document to be Sealed |
|---|---|
| Arista's Motion in Limine No. 1 Re ITC Investigations References | Highlighted Portions |
| Arista's Motion in Limine No. 5 to Exclude Evidence and Argument Regarding Documents Labeled as "Confidential" to Cisco | Highlighted Portions |
| Exhibit A to the Wong Decl. (Excerpts from the Cisco Trial Exhibit List) | Entire |
| Exhibit C to the Wong Decl. (Excerpts from Exhibit Copying-6 to the Expert Report of Kevin Almeroth, served on June 3, 2016) | Entire |
| Exhibit D to the Wong Decl. (Cisco's Supplemental Objections and Responses to Arista Networks, Inc.'s Interrogatory Nos. 2–10, dated May 27, 2016) | Page 16 (highlighted) |
| Exhibit V to the Wong Decl. (TX03480 – Example of an Arista-Produced Document with "Cisco Confidential" Labeling on Cisco's trial exhibit list) | Entire |
| Exhibit W to the Wong Decl. (TX03741 – Example of an Arista-Produced Document with "Cisco Confidential" Labeling on Cisco's trial exhibit list) | Entire |
| Exhibit X to the Wong Decl. (TX04564 – Example of an Arista-Produced Document with "Cisco Confidential" Labeling on Cisco's trial exhibit list) | Entire |
| Exhibit Y to the Wong Decl. (Drew Pletcher Deposition Transcript Excerpts) | Entire |

1
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1114892

| Document | Portions of Document to be Sealed |
|---|---|
| Exhibit Z to the Wong Decl. (Deepak Malik Deposition Transcript Excerpts) | Entire |

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. BETH LABSON FREEMAN

2
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1114892