# Ex. A

# Document Sought to be Sealed