# Ex. C

# Document Sought to be Sealed