# Ex. D

# Redacted Version of Document Sought to be Sealed

1   Kathleen Sullivan (SBN 242261)     Steven Cherny (admitted *pro hac vice*)
kathleensullivan@quinnemanuel.com     steven.cherny@kirkland.com
2   QUINN EMANUEL URQUHART &     KIRKLAND & ELLIS LLP
SULLIVAN LLP     601 Lexington Avenue
3   51 Madison Avenue, 22nd Floor     New York, New York 10022
New York, NY 10010     Telephone: (212) 446-4800
4   Telephone: (212) 849-7000     Facsimile: (212) 446-4900
Facsimile: (212) 849-7100
5                         Adam R. Alper (SBN 196834)
Sean S. Pak (SBN 219032)     adam.alper@kirkland.com
6   seanpak@quinnemanuel.com     KIRKLAND & ELLIS LLP
John M. Neukom (SBN 275887)     555 California Street
7   johnneukom@quinnemanuel.com.     San Francisco, California  94104
QUINN EMANUEL URQUHART &     Telephone: (415) 439-1400
8   SULLIVAN LLP     Facsimile: (415) 439-1500
50 California Street, 22nd Floor
9   San Francisco, CA 94111     Michael W. De Vries (SBN 211001)
Telephone: (415) 875-6600     michael.devries@kirkland.com
10   Facsimile: (415) 875-6700     KIRKLAND & ELLIS LLP
                        333 South Hope Street
11   Mark Tung (SBN 245782)     Los Angeles, California 90071
marktung@quinnemanuel.com     Telephone: (213) 680-8400
12   QUINN EMANUEL URQUHART &     Facsimile: (213) 680-8500
SULLIVAN LLP
13   555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
14   Telephone: (650) 801-5000
Facsimile: (650) 801-5100
15

16   *Attorneys for Plaintiff Cisco Systems, Inc.*

17              **UNITED STATES DISTRICT COURT**

18           **NORTHERN DISTRICT OF CALIFORNIA**

19   CISCO SYSTEMS, INC.,      )    CASE NO.  5:14-cv-05344-BLF
                        )
20         Plaintiff,      )
                        )    **PLAINTIFF CISCO SYSTEMS, INC.'S**
21      v.         )    **SUPPLEMENTAL OBJECTIONS AND**
                        )    **RESPONSES TO DEFENDANT**
22   ARISTA NETWORKS, INC.,    )    **ARISTA NETWORKS, INC.'S**
                        )    **INTERROGATORY NOS. 2-10**
23        Defendant.     )
                        )
24                         )

25

26

27

28

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Cisco Systems, Inc. ("Cisco"), by counsel, hereby provides the following supplemental objections and responses to Defendant Arista Networks, Inc.'s ("Arista's") Interrogatory Nos. 2-10 (the "Interrogatories").

## GENERAL OBJECTIONS

Cisco makes the following general objections to Arista's Interrogatories, which apply to each interrogatory regardless of whether the general objections are specifically incorporated into the specific objections and responses below.

1. Cisco is responding to each interrogatory as it interprets and understands each interrogatory with respect to the issues in this Litigation. If Arista asserts a different interpretation of any interrogatory, Cisco reserves the right to supplement or amend its responses or objections.

2. Cisco objects to each interrogatory to the extent it is inconsistent with or seeks to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Civil and Patent Local Rules of the Northern District of California, and any orders governing this Litigation.

3. Cisco objects to the definitions of "Cisco," "You," and "Your," to the extent that the definitions are overly broad and purport to require Cisco to provide information that is not within the possession, custody, or control of Cisco.

4. Cisco objects to Arista's definition of "Asserted Patents" and "Asserted Claim" to the extent that Arista's use of those terms in its interrogatories to Cisco renders certain of Arista's Interrogatories as constituting multiple discrete subparts that are in fact multiple, separate interrogatories.

5. Cisco objects to the definitions of "CLI Command" and "Network Management Product" to the extent that these terms are vague and ambiguous with respect to their scope and application as used by Arista, rendering these terms at least potentially unclear with respect to what particular devices are intended to be incorporated thereby, and further on the grounds that use of the terms in Arista's Interrogatories renders those interrogatories overbroad and unduly burdensome to the extent that the discovery sought by such interrogatories is not reasonably tied to Cisco's claims or Arista's defenses in this Litigation. Cisco further objects to the use of these

23.     Cisco objects to each interrogatory as premature to the extent it calls for documents or information that is the subject of later disclosure deadlines in this Litigation and/or expert reports and testimony, including as set forth in Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Patent Local Rules of the Northern District of California, and the Case Management Order to be entered in this Litigation.

24.     Any Cisco response that it will provide information or produce documents should not be construed to mean that responsive information or documents in fact exist; only that, if such relevant, non-privileged, non-objectionable information or documents exist, are in Cisco's possession, custody, or control, and are located after a reasonable search of the location or locations where responsive information or documents are likely to be located, such information or documents will be produced in a timely manner.

25.     Cisco further reserves all rights to supplement its responses to Arista's Interrogatories in compliance with the Federal Rules of Civil Procedure, including under Rule 26(e), as well as the Civil and Patent Local Rules of the Northern District of California and any orders governing this Litigation, and as Cisco's investigation and discovery proceeds in this Litigation.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify with specificity every similarity that Cisco contends is a basis for its claim of copyright infringement, including the source material in Cisco's copyrighted work(s) that Cisco contends is the source of the similarity; the material in the allegedly infringing work(s) that Cisco contends reflects the similarity, and why Cisco contends that the source material is protected by copyright.

**RESPONSE TO INTERROGATORY NO. 1:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery

1   of admissible evidence to the extent it calls for evidence pertaining to specific similarities between

2   Cisco's copyrighted works and Arista's accused products.  Cisco further objects to this

3   interrogatory to the extent that it calls for information that is publicly available, equally available

4   to Arista, and/or in Arista's control, and therefore is of no greater burden for Arista to obtain than

5   for Cisco to obtain.  Cisco further objects to this interrogatory as compound.  Cisco also objects to

6   this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of

7   the terms "with specificity," "every similarity," "why Cisco contends that the source material is

8   protected by copyright."  Cisco further objects to this interrogatory as premature contention

9   discovery, especially in light of Arista's failure to produce information regarding its accused

10  products, including source code.  Cisco further objects to this interrogatory on the grounds that it

11  prematurely seeks expert testimony.  Cisco further objects to this interrogatory to the extent it

12  seeks information that is protected by the attorney-client privilege, that constitutes attorney work-

13  product, or that is protected by any other applicable privilege, protection, or immunity, including

14  without limitation in connection with the common interest doctrine.

15          Subject to and without waiver of its general and specific objections, Cisco incorporates by

16  reference, as if fully set forth herein, its operative complaint and all documents cited therein,

17  including Cisco's copyright registrations as well as any subsequent amendments thereto.  Cisco

18  further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing

19  information responsive to this interrogatory, which information may be obtained from the

20  documents by Arista as easily as by Cisco.

21          In addition to the examples set forth in Exhibits 1 and 2 to Cisco's operative complaint,

22  Cisco identifies in Exhibit A similarities between Cisco's copyrighted works and Arista products.

23  Each of the Cisco works cited in Exhibit A is protected by copyright because each of these works

24  constitutes an original work of authorship fixed in a tangible medium of expression.  Each Cisco

25  work in Exhibit A contains expressive content, which is the subject of copyright protection.

26  Further, each Cisco document cited in Exhibit A was first published in the United States and was

27  authored by at least one author who is a national or domiciliary of the United States.  *See, e.g.,*

28  Cisco copyright registrations attached to Cisco's operative complaint. Cisco has complied with all

applicable statutory formalities related to these copyrighted works.  Additionally, because many of the Cisco works cited in Exhibit A were deposited with copyright registrations within five years of publication, the certificate of registration for these documents constitutes prima facie evidence of the validity of the underlying copyrights.  *See, e.g.,* Cisco copyright registrations attached to Cisco's operative complaint.  For the remainder of the Cisco works cited in Exhibit A, the copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products and expert discovery.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The similarity between Cisco's copyrighted works and Arista's accused products is also evidenced by Arista's copying of numerous multi-word command expressions from Cisco's copyrighted works.  Each of those command expressions identified by Cisco in its copyrighted works represents an original, creative expression.  Attached as Exhibit B is a more comprehensive listing of the multiword command expressions from Cisco's copyrighted works that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these protected elements.

Arista also has copied Cisco's copyrighted command hierarchies.  The organization of Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted works.  Because Cisco's command expressions are organized hierarchically, the copying of Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's command hierarchies.

Arista has also copied Cisco's command modes and prompts, which also represent original and creative contributions to Cisco's copyrighted works.  For example, Cisco's copyrighted works include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration"

1  modes, the names of which are duplicated in Arista's infringing products, using substantially

2  similar prompts.  Attached as Exhibit C is a more comprehensive listing of the command modes

3  and prompts from Cisco's copyrighted works that were copied by Arista, as well as the version(s)

4  of Arista's infringing works that contain these protected elements.

5      Because the burden of finding each of these command expressions, command hierarchies,

6  and command modes and prompts in the copyrighted works and the infringing works is the same

7  for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following

8  documents as containing responsive information:

9      IOS v. 11.0: Source Code, CSI-CLI-00403865.

10     IOS v. 11.1: Source Code, CSI-CLI-00403866.

11     IOS v. 11.2: Source Code, CSI-CLI-00403867.

12     IOS v. 11.3: Source Code, CSI-CLI-00403868.

13     IOS v. 12.0: Source Code, CSI-CLI-00403869.

14     IOS v. 12.1: Source Code, CSI-CLI-00403870.

15     IOS v. 12.2: Source Code, CSI-CLI-00403871.

16     IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.

17     IOS v. 12.4: Source Code, CSI-CLI-00403873.

18     IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 –

19  CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-

20  00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914,

21  CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-

22  00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 –

23  CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-

24  00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,

25  CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-

26  00350066 – CSI-CLI-00351948.

27     IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 –

28  CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-

1  00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731,

2  CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-

3  00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 –

4  CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-

5  00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696,

6  CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.

7        IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 –

8  CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-

9  00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428,

10  CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-

11  00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 –

12  CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-

13  142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361,

14  CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-

15  00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 –

16  CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-

17  00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575,

18  CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-

19  00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 –

20  CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-

21  00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137,

22  CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-

23  00292982 – CSI-CLI-00294561.

24        IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 –

25  CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,  CSI-CLI-

26  00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 –

27  CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.

28        IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1    IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474.

2    IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671.

3    IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727.

4    IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864.

5    IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-
6    00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 –
7    CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-
8    00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120,
9    CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-
10   00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891,
11   CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-
12   00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 –
13   CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-
14   00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763,
15   CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-
16   00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 –
17   CSI-CLI-00173412.

18   IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-
19   00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 –
20   CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-
21   00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

22   IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-
23   00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 –
24   CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-
25   00325496.

26   IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-
27   00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 –
28   CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-

1    00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,

2    CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-

3    00310346 – CSI-CLI-00313894.

4            NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-

5    00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.

6            NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-

7    00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –

8    CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-

9    00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.

10           NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-

11   00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –

12   CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-

13   00201822, CSI-CLI-00201849 – CSI-CLI-00202928.

14           NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-

15   00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.

16           EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.

17           EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.

18           EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.

19           EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.

20           EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.

21           EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.

22           EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.

23           EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

24           EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

25           EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

26           EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

27           Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

28   supplement this response in light of facts learned during discovery, including information

1  regarding Arista's accused products (including source code and other non-public materials) and

2  expert discovery.

3

4  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

5      Subject to and without waiver of its general and specific objections, Cisco further responds

6  as follows:

7      Arista has copied Cisco's copyrighted command hierarchy and the structure, sequence and

8  organization of Cisco's command expressions.  Cisco's command expressions are organized

9  hierarchically such that certain groups and sub-groups of command expressions can be identified.

10  For example, paragraph 52 of Cisco's Second Amended Complaint for Copyright and Patent

11  Infringement (Dkt. 64) identify various command hierarchies (e.g., "aaa" command hierarchy,

12  "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip"

13  command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show"

14  command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy,

15  "vrrp" command hierarchy, and other command expressions and hierarchies).  Within a given

16  command hierarchy, all of the commands start with the same word; for example, all of the

17  commands within the "aaa" command hierarchy start with "aaa."  The Second Amended

18  Complaint further identifies sub-hierarchies within a command hierarchy (e.g., "ip dhcp" sub-

19  hierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip ospf" sub-hierarchy, "ip pim"

20  sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" sub-

21  hierarchy, "show ipv6" sub-hierarchy).  Within a given command sub-hierarchy, all of the

22  commands start with the same two words; for example, all of the commands within the "ip dhcp"

23  sub-hierarchy start with "ip dhcp."  There can be further sub-hierarchies within a given sub-

24  hierarchy.  One way to demonstrate the hierarchy and organization of Cisco's command

25  expressions visually is through the use of a tree structure.  An example tree structure of a portion

26  of the "ip" command hierarchy is provided in Exhibit D.  Arista's copied commands are organized

27  into the same hierarchies and sub-hierarchies and have the same tree structure.

28

1    Arista also has copied Cisco's command responses and their organization.  Cisco's

2 command responses constitute original, creative contributions to Cisco's copyrighted works.

3 Attached as Exhibit E is a listing of some command responses from Cisco's copyrighted works

4 that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these

5 protected elements.  In addition, Arista has copied the non-literal elements of Cisco's command

6 responses, including their structure, sequence and organization as also shown in Exhibit E.  The

7 command responses identified in Exhibit E are exemplary only, as Cisco's investigation is

8 ongoing.

9    Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

10 supplement this response in light of facts learned during discovery, including information

11 regarding Arista's accused products (including screenshots, source code and other non-public

12 materials) and expert discovery.

13

14 **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

15    Subject to and without waiver of its general and specific objections, Cisco further responds

16 as follows:

17    Exhibit C to Cisco's Second Supplemental Response to Interrogatory No. 2 identifies

18 certain command modes and associated prompts that were created by Cisco and copied by Arista.

19 Arista's copying of command modes and prompts extends to interface-, feature-, protocol- and

20 other more specific command modes and submodes, with associated prompts.  Cisco's discovery

21 regarding those modes and submodes is ongoing, and Cisco reserves the right to supplement its

22 response in light of information learned subsequently from Arista's source code and/or operable

23 Arista devices, which Cisco requested on September 18, 2015 but Arista has not yet produced.

24    Attached hereto as Amended Exhibit D1-D26 are command hierarchies containing Cisco's

25 copyrighted command expressions that have been copied in whole or in part by Arista.  These

26 hierarchies are contained in Cisco's and Arista's respective product documentation and source

27 code.  The hierarchies contained in Amended Exhibit D1-D26 identify multi-word command

28 expressions that Arista has copied.  To the extent that Arista has utilized other command

1  expressions that fit within the identified hierarchies, copying of such expressions further

2  demonstrates copying of command hierarchies.  In addition, Arista's location of individual

3  command expressions within the same modes as those commands are located in Cisco's operating

4  systems (*e.g.*, the "enable" EXEC command in EOS and IOS) is further evidence of Arista's

5  copying of Cisco's command hierarchies.  Cisco's discovery regarding these command hierarchies

6  is ongoing, and Cisco reserves the right to supplement its response in light of information learned

7  subsequently from Arista's source code and/or operable Arista devices, which Cisco requested on

8  September 18, 2015 but Arista has not yet produced.

9       Exhibit E to Cisco's Second Supplemental Response to Arista's Interrogatory No. 2

10  included examples of Arista's copying of certain command outputs from Cisco's copyrighted

11  works.  Cisco's discovery regarding these command outputs is ongoing, and Cisco reserves the

12  right to supplement its response in light of information learned subsequently from Arista's source

13  code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

14       Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

15  supplement this response in light of facts learned during discovery, including information

16  regarding Arista's accused products (including source code and other non-public materials, as well

17  as operable Arista devices) and expert discovery, or any other reason for which supplementation is

18  permissible under the Federal Rules of Civil Procedure.

19

20  **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

21       Subject to and without waiver of its general and specific objections, Cisco further responds

22  as follows:

23       In addition to the command outputs previously identified in Exhibit E to Cisco's response

24  to this interrogatory, Arista has copied the interactive "help" screens from Cisco's copyrighted

25  works.  For example, in response to the "help" command, both Cisco's and Arista's operating

26  systems display the following text, which was originally created by Cisco in version 9.21 of IOS:

27

28

```
Help may be requested at any point in a command by entering
a question mark '?'. If nothing matches, the help list will
be empty and you must back up until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)
```

Arista's copying of the help screen displays extends to the description of various command expressions.  In both Cisco's CLI and Arista's CLI, users can type "?" to generate context-sensitive help, including a list of available commands and descriptions thereof.  Arista has copied numerous examples of Cisco's original command expression descriptions (*e.g.*, explaining that the "enable" command will "Turn on privileged commands"). Cisco's discovery regarding these screen displays is ongoing, and Cisco reserves the right to supplement its response in light of information learned subsequently from Arista's source code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

## FIFTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The evidence of Arista's copyright infringement is pervasive.  Arista's CEO has admitted and apologized for copying.  CSI-CLI-00357842 at CSI-CLI-00357849. Arista's CTO has admitted (unapologetically) to copying Cisco "slavishly."  Packet Pushers Clip (Audio File) (Duda Exh. 274).  And numerous other Arista employees (including executives) have admitted that Arista intentionally copied Cisco.  *E.g.*, ARISTANDCA11406349, ARISTANDCA10499890, ARISTANDCA10499890; ARISTANDCA10499890; *see also* additional documents listed below. In sum, the evidence of admitted copyright infringement by Arista is overwhelming.  And, contrary to Arista's claim, Arista is not an "American success story."  Arista created and then built its business around a corporate culture of copying others.  And that corporate culture of copying was created and fostered by the highest ranking Arista executives and then executed by its

1    employees.

2    ████████████████████████████████████████████

3    ████████████████████████████████████

4    ██████████████████████████████████████████████████

5    ██████████████████████████████████████████████████████████

6    ██████████████████████████████████████████████████████████

7    ██████████████████████████████████████████████████████

8    ██████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████

10   ██████████████████████████████████████████████████

11   ████████████████████

12   ████████████████████████████████████████████████████

13   ██████████████████████████████████████████████████

14 █ ████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████

16   ███████████████████████████████████████████████

17   █████████████████████████████

18 █ ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   █████████████████████████

21 █ ████████████████████████████████████████████████████████

22   █████████████████████████████████████████████████

23 █ ████████████████████████████████████████████████████████

24   ██████████████████████████

25   ██████████████████████████████████████████████

26   ████████████████████████████████████████

27        Cisco identifies at least the following documents and testimony as containing responsive

28   information:

- CSI-CLEO3838924
- CSI-CLI-00226710
- CSI-CLI-00358622
- CSI-CLI-00408381
- CSI-CLI-00248571
- CSI-CLI-00178252
- CSI-CLI-00357842
- ARISTANDCA1195413
- ANI-ITC-944_94 0962624
- CSI-ANI-00381280
- CSI-CLEO3838924
- CSI-CLI-00007473
- CSI-CLI-00007244
- CSI-CLI-00006858
- CSI-CLI-00007841
- CSI-CLI-00010517
- CSI-CLI-00008985
- CSI-CLI-00014141
- CSI-CLI-00011973
- CSI-CLI-00018146
- CSI-CLI-00000084
- CSI-CLI-00004616
- CSI-CLI-00020575
- CSI-CLI-00002332
- CSI-CLI-00016001
- ARISTANDCA1199299
- ANI-ITC-944_945-3473603
- CSI-CLI-00016001
- CSI-CLI00608716
- ANI-ITC-944 _ 945-0962624
- ARISTANDCA 10491957
- ARISTANDCA_SW_105998
- ARISTANDCA_SW_105998,
- ARISTANDCA SW_10599845.
- ANI-ITC-944_945-0152061
- ARISTANDCA1199691
- ARISTANDCA12426192.
- ARISTANDCA11417372.
- CSI-ANI-00356028
- CSI-ANI-00381280
- ARISTANDCA1195413.
- ANI-ITC-944_945-1365341
- ARISTANDCA11406349.
- ANI-ITC-944_945-3451012.

- ARISTANDCA1206055.
- ANI-ITC-944_945-3937682
- ARISTANDCA11411864
- ARISTANDCA1141720.
- ANI-ITC-944_945-3453648.
- ARISTANDCA 12060827.
- ARISTANDCA119969.
- ARISTANDCA10499890
- ARISTANDCA10499890;
- ARISTANDCA10499891
- ANI-ITC-944_945-3927203
- ARISTANDCA10526625.
- ARISTANDCA10525014.
- ARISTANDCA1199299.
- ANI-ITC-944_945-3473603.
- ARISTANDCA 10508650.
- ARISTANDCA 10537469
- ARISTANDCA1206372.
- ARISTANDCA104437.
- ARISTANDCA11996066.
- ARISTANDCA10446381.
- ARISTANDCA1194925.
- ANI-ITC-944_945-349442
- ARISTANDCA1200259
- ARISTANDCA1059782
- ARISTANDCA119495
- ANI-ITC-944_945-0006860.
- ARISTANDCA 10384101.
- ANI-ITC-944_945-0009544.
- ANI-ITC-944 945-1688838.
- ARISTANDCA1266331
- ARISTANDCA_SW_105998
- ANI-ITC-944_945-3452525.
- ANI-ITC-944_945-3452525
- CSI-CLI-00540078
- CSI-CLI-00357842
- ARISTANDCA 10430978.
- ARISTANDCA11406349.
- ARISTANDCA12244290.
- ARISTANDCA1224429
- ANI-ITC-944_945-3937682.
- ARISTANDCA1195413.
- CSI-CLI-00540078
- ARISTANDCA12244293
- CSI-ANI-00356028

- CSI-CLI-00356391 - CSI-CLI-00356394
- CSI-CLI-00356385 - CSI-CLI-00356388
- CSI-CLI-00356500 - CSI-CLI-00356501
- CSI-CLI-00356578 - CSI-CLI-00356581
- CSI-CLI-00356538 - CSI-CLI-00356541
- CSI-CLI-00356582 - CSI-CLI-00356587
- CSI-CLI-00356520 - CSI-CLI-00356523
- CSI-CLI-00356550 - CSI-CLI-00356555
- CSI-CLI-00356512 - CSI-CLI-00356515
- CSI-CLI-00356490 - CSI-CLI-00356495
- CSI-CLI-00356508 - CSI-CLI-00356511
- CSI-CLI-00356556 - CSI-CLI-00356561
- CSI-CLI-00356524 - CSI-CLI-00356527
- CSI-CLI-00356486 - CSI-CLI-00356489
- CSI-CLI-00356480 - CSI-CLI-00356483
- CSI-CLI-00356502 - CSI-CLI-00356505
- CSI-CLI-00356528 - CSI-CLI-00356531
- CSI-CLI-00356657 - CSI-CLI-00356660
- CSI-CLI-00356665 - CSI-CLI-00356668
- CSI-CLI-00356661 - CSI-CLI-00356664
- CSI-CLI-00356689 - CSI-CLI-00356692
- CSI-CLI-00356634 - CSI-CLI-00356637
- CSI-CLI-00356685 - CSI-CLI-00356688
- CSI-CLI-00356681 - CSI-CLI-00356684
- CSI-CLI-00356626 - CSI-CLI-00356629
- CSI-CLI-00356693 - CSI-CLI-00356696
- CSI-CLI-00356610 - CSI-CLI-00356613
- CSI-CLI-00356646 - CSI-CLI-00356648
- CSI-CLI-00356599 - CSI-CLI-00356601
- CSI-CLI-00356596 - CSI-CLI-00356598
- CSI-CLI-00356593 - CSI-CLI-00356595
- CSI-CLI-00356395 - CSI-CLI-00356398
- CSI-CLI-00356588 - CSI-CLI-00356591
- CSI-CLI-00356562 - CSI-CLI-00356563
- CSI-CLI-00356496 - CSI-CLI-00356499
- CSI-CLI-00356446 - CSI-CLI-00356549
- CSI-CLI-00356576 - CSI-CLI-00356577
- CSI-CLI-00356516 - CSI-CLI-00356519
- CSI-CLI-00356484 - CSI-CLI-00356485
- CSI-CLI-00356572 - CSI-CLI-00356575
- CSI-CLI-00356506 - CSI-CLI-00356507
- CSI-CLI-00356506 - CSI-CLI-00356508
- CSI-CLI-00356536 - CSI-CLI-00356537
- CSI-CLI-00356542 - CSI-CLI-00356545
- CSI-CLI-00356705 - CSI-CLI-00356705

- CSI-CLI-00356564 - CSI-CLI-00356567
- CSI-CLI-00356532 - CSI-CLI-00356535
- CSI-CLI-00356697 - CSI-CLI-00356700
- CSI-CLI-00356653 - CSI-CLI-00356656
- CSI-CLI-00356618 - CSI-CLI-00356621
- CSI-CLI-00356701 - CSI-CLI-00356704
- CSI-CLI-00356642 - CSI-CLI-00356645
- CSI-CLI-00356638 - CSI-CLI-00356641
- CSI-CLI-00356614 - CSI-CLI-00356617
- CSI-CLI-00356649 - CSI-CLI-00356652
- CSI-CLI-00356602 - CSI-CLI-00356605
- CSI-CLI-00356606 - CSI-CLI-00356609
- CSI-CLI-00356630 - CSI-CLI-00356633
- CSI-CLI-00356622 - CSI-CLI-00356625
- CSI-CLI-00356677 - CSI-CLI-00356680
- CSI-CLI-00356673 - CSI-CLI-00356676
- CSI-CLI-00356669 - CSI-CLI-00356672
- Packet Pushers Clip (Audio File) (Duda Exh. 274).
- Arista produced source code
- Cisco produced source code
- Cisco IOS 15.4, Cisco IOS SNMP Support Command Reference at 83 (2013).
- Arista User Manual v. 4.14.3F (Rev. 2) at 1967-68 (Oct. 2, 2014).
- Cisco IOS Configuration Fundamentals Command Reference at CF-522 (Apr. 2010);
- Arista 4.13.6F Manual at 380 (Apr. 2014).
- Deposition Testimony of Jayshree Ullal (Arista President & CEO) at 68:14-69:4, 208:7-210:16, 217:11-21, 223:12-19; 253:14-254:7, 276:10-277:16, 304:12-307:24; 253:14-254:7.
- Deposition Testimony of Kenneth Duda (Arista CTO & SVP of Software Engineering) at 58:8-59:24, 70:4-17, 73:23-75:16, 93:20-95:2, 195:18-197:8, 323:22-324:19, 326:6-329:11; 143:2-145:3, 145:4-151:9, 159:15-23, 176:16-177:17, 350:7-351:6, 150:16-151:9, 176:16-177:16, 145:4-155:20, 176:16-177:17, 350:7-351:25
- Deposition Testimony of Anshul Sadana (Arista SVP of Customer Engineering) at 93:20-103:4, 281:12-20, 108:17-109:4, 242:17-247:19, 267:2-271:24, 272:24-273:5; 51:14-18, 70:24-74:8, 230:24-25;
- Deposition Testimony of Adam Sweeney (Arista VP of Software Engineering)  at 156:12-19 (May 13, 2016)
- Deposition Testimony of Adam Sweeney (Arista VP of Software Engineering) at 159:9-160:9, 161:8-16, 161:25-162:7, 163:12-164:2, 165:1-6; 175:15-23, 217:12-218:8; 223:17-224; at 257:12-17; 452:13-20, 452:21-453:5 (Jan. 29, 2016).
- Deposition Testimony of Lincoln Dale (Arista Distinguished Engineer) at 272:20-274:24, 215:23-216:7, 216:14-217:4, 222:4-13; 231:5-17, 186:14-187:7, 193:1-25, 194:14-195:2, 195:7-196:2, 267:13-268:5, 271:18-25, 272:11-19
- Deposition Testimony of Hugh Holbrook (Arista VP of Software Engineering) at 84:13-17, 147:25-148:13, 248:8-12; 224:7-19, 241:4-22, 243:6-244:17
- Deposition Testimony of Mark Foxx (Arista SVP of Global Operations & Marketing) at 100:10-12, 100:23-101:2, 112:11-13

- Deposition Testimony of Mark Berly at 140:25-141
- Deposition Testimony of Lorenz Redlefsen Tr. at 40:1-9
- Deposition Testimony of Hafeez Deposition Tr. at 79:23-80:7,67:8-11, 78:20-25
- Deposition Testimony of Kirk Lougheed Tr. at 338:24-339:9, 331:6-23, 337:17-20 (Apr. 4, 2016).
- Deposition Testimony of Kirk Lougheed Tr. at 128:10-129:19, 145:3-25, 168:21-169:16, 174:5-175:4, 185:13-186:5, 128:10-129:19 (Nov. 20, 2015).
- Deposition Testimony of Abhay Roy at 24:12-25; 26:2-9; 45:6-20; 47:8-18.
- Deposition Testimony of Devadas Patil at 161:19-162:1, 186:7-11, 187:1-9 (Feb. 21, 2016).
- Deposition Testimony of Phillip Remaker at 98:22-99:12, 106:25-107:5, 107:7-12 (Mar. 30, 2016).
- Deposition Testimony of Phillip Remaker at 114:2-15 (Mar. 31, 2016).
- Deposition Testimony of HP Corporate Representative Tr. at 110:24-112:7 (May 2, 2016).
- Deposition Testimony of Adam Sweeney at 416:12-15, 452:3-12.
- Deposition Testimony of Anshul Sadana Deposition, Exhibit 382
- http://www.cisco.com/c/en/us/products/collateral/ios-nx-os-software/nx-os-software/data_sheet_c78-652063.pdf
- https://www.arista.com/en/products/eos
- Arista, *EOS Bites & Bytes - Episode 1 - Lessons Learned While Building a Network OS on Top of Linux*, Arista EOS Central - Video Library (Jan. 30, 2014), at 6:55–7:56, *available at* http://eos.arista.com/wpcontent/themes/aristaeos/video-lightbox.php?vid=ttp6lavHKGo.
- Cisco's Responses, supplements, and exhibits to Interrogatory Nos. 16, 19, and 21
- Arista, *EOS: An Extensible Operating System*.
- *See, e.g.*, Business Insider, "Cisco Just Fired Another Shot At Its Hated Rival, An Upstart Formed by Ex-Cisco Employees," Dec. 19, 2014, *available at* http://www.businessinsider.com/cisco-justfied-another-shot-at-arista-2014-12;
- New York Times, "Arista's Chief Executive Counters Cisco Lawsuit," Dec. 10, 2014, *available at* http://bits.blogs.nytimes.com/2014/12/10/aristas-chiefexecutive-counters-cisco-lawsuit/?_r=0.
- QuestNET Conference July 2013, slide 38.
- Arista's responses (including all supplements thereto) to Cisco's Interrogatory No. 10.

Cisco further identifies the deposition testimony of Adam Sweeney on January 29, 2016, May 12, 2016, May 13, 2016, and his remaining deposition testimony yet to be taken, in his personal capacity and as a designee under Rule 30(b)(6) in its entirety and all exhibits thereto, and the source code produced by Arista in this Litigation, including but not limited to ARISTA_SRC000001 through ARISTA_SRC000884, as evidence Arista has infringed Arista has infringed its copyrighted works. Cisco further identifies ARISTANDCA13171542-ARISTANDCA13171545. Cisco also identifies the Arista switches that Arista has made available

for inspection as evidence it may rely on to show infringement. Cisco may, in its expert report(s) and at trial, demonstrate Arista's infringement using virtual or operating Arista switches, or demonstratives showing the same.

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

**INTERROGATORY NO. 2:**

State in detail Cisco's factual bases for its claim that any copyright infringement by Arista (or for which Cisco claims Arista is liable) was willful.

**RESPONSE TO INTERROGATORY NO. 2:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it calls for information not pertaining to the acts at issue in this suit.  Cisco further objects to this interrogatory to the extent that it calls for information that is publicly available or equally available to Arista, and therefore is of no greater burden for Arista to obtain than for Cisco to obtain.  Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the term "any copyright infringement."  Cisco further objects to this interrogatory as premature contention discovery, especially in light of Arista's failure to produce information regarding its accused products.  Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work-product, or that is protected by any other applicable privilege, protection, or immunity, including without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, Cisco further responds that its copyrighted works-in-suit are marked with copyright notices, yet were nonetheless copied

by Arista.  Arista's employees had knowledge of Cisco's copyrights, given that many of those employees had formerly worked at Cisco and were aware of Cisco's copyrighted works.  And Arista has been on notice of Cisco's copyright claims at least since the filing of Cisco's complaint, yet Arista has continued to sell infringing products and has released a new infringing product, EOS+.

Arista also has boasted of the savings in development costs it accrued by copying Cisco's copyrighted works:  "Since I helped build the enterprise, I would never compete with Cisco directly in the enterprise in a conventional way.  It makes no sense.  It would take me 15 years and 15,000 engineers, and that's not a recipe for success." *See, e.g.*, Adam Lashinsky, "An Ex-Cisco Exec Reflects," Fortune (Mar. 20, 2014) , *available at* http://fortune.com/2014/03/20/an-ex-cisco-exec-reflects/.

Arista also has explained that its use of Cisco's copyrighted CLI was an intentional ploy to win customers from Cisco, as Arista can market its products as an easily implemented alternative to Cisco products for Cisco's existing customers:

- "[A] Cisco CCIE expert would be able to use Arista right away, because we have a similar command-line interface and operational look and feel.  Where we don't have to invent, we don't."  John Gallant, "How Arista Networks Got Out In Front of the SDN Craze," Network World (Feb. 22, 2013).

- Arista has learned to "[p]rovide familiar interfaces to ease adoption" including a "standard CLI that … retains familiar management commands" so much so that "80% [of Arista customers] tell us they appreciate the way they can leverage their deep [Cisco] IOS experience, as they can easily upgrade an aging [Cisco] Catalyst infrastructure to Arista."  Posting of Kenneth Duda to Arista EOS Central, "Linux as a Switch Operating System: Five Lessons Learned" (Nov. 5, 2013), *available at* https://eos.arista.com/linux-as-a-switch-operating-system-five-lessons-learned/.

- "Familiar management interfaces, standard CLI …  It's been very helpful for our customers to be able to rapidly adopt our products and integrate them into their environments … that our switches provide a familiar management interface so their

existing tools and processes, screen scraping, automation, continue to work just as they did before."  Arista, *EOS Bites & Bytes - Episode 1 - Lessons Learned While Building a Network OS on Top of Linux*, Arista EOS Central - Video Library (Jan. 30, 2014), at 6:55–7:56, *available at* http://eos.arista.com/wp-content/themes/aristaeos/video-lightbox.php?vid=ttp6lavHKGo.

- "The familiar EOS command-line interface (CLI) avoids retraining costs."  Arista, *EOS: An Extensible Operating System*.

The extent of Arista's copying further demonstrates its willfulness.  As detailed in Cisco's operative complaint at paragraph 53 and Exhibit 1, which are incorporated by reference as if fully set forth herein, Arista copied more than 500 multi-word command expressions from Cisco's copyrighted CLI.  Moreover, Arista has admitted that it uses those expressions.  *See* Answer at ¶ 53.

Arista similarly has admitted in public statements that it copied the copyrighted documentation for Cisco's IOS CLI.  For example, Arista's CEO admitted in public statements that Arista had wrongfully copied at least portions of Cisco's copyrighted product documentation. *See, e.g.*, Business Insider, "Cisco Just Fired Another Shot At Its Hated Rival, An Upstart Formed by Ex-Cisco Employees," Dec. 19, 2014, *available at* http://www.businessinsider.com/cisco-just-fied-another-shot-at-arista-2014-12; New York Times, "Arista's Chief Executive Counters Cisco Lawsuit," Dec. 10, 2014, *available at* http://bits.blogs.nytimes.com/2014/12/10/aristas-chief-executive-counters-cisco-lawsuit/?_r=0. Arista's copying was so egregious that it even included grammatical errors from Cisco's copyrighted documents.  *See* Exhibit 2 to Cisco's operative complaint and Cisco's response to interrogatory number 2, both of which are incorporated herein by reference.

Cisco further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing information responsive to this interrogatory, which information may be obtained from the documents by Arista as easily as by Cisco.  Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products.

- Deposition Testimony of Phillip Remaker at 114:2-15 (Mar. 31, 2016).
- Deposition Testimony of HP Corporate Representative at 110:24-112:7 (May 2, 2016).
- Deposition Testimony of Adam Sweeney at 416:12-15, 452:3-12.
- Deposition Testimony of Anshul Sadana Deposition, Exhibit 382
- http://www.cisco.com/c/en/us/products/collateral/ios-nx-os-software/nx-os-software/data_sheet_c78-652063.pdf
- https://www.arista.com/en/products/eos
- Arista, *EOS Bites & Bytes - Episode 1 - Lessons Learned While Building a Network OS on Top of Linux*, Arista EOS Central - Video Library (Jan. 30, 2014), at 6:55–7:56, *available at* http://eos.arista.com/wpcontent/themes/aristaeos/video-lightbox.php?vid=ttp6lavHKGo.
- Cisco's Responses, supplements, and exhibits to Interrogatory Nos. 16, 19, and 21
- Arista, *EOS: An Extensible Operating System*.
- *See, e.g.*, Business Insider, "Cisco Just Fired Another Shot At Its Hated Rival, An Upstart Formed by Ex-Cisco Employees," Dec. 19, 2014, *available at* http://www.businessinsider.com/cisco-justfied-another-shot-at-arista-2014-12;
- New York Times, "Arista's Chief Executive Counters Cisco Lawsuit," Dec. 10, 2014, *available at* http://bits.blogs.nytimes.com/2014/12/10/aristas-chiefexecutive-counters-cisco-lawsuit/?_r=0.
- QuestNET Conference July 2013, slide 38.
- Arista's responses (including all supplements thereto) to Cisco's Interrogatory No. 10.

Cisco further identifies the deposition testimony of Adam Sweeney on January 29, 2016, May 12, 2016, May 13, 2016, and his remaining deposition testimony yet to be taken, in his personal capacity and as a designee under Rule 30(b)(6) in its entirety and all exhibits thereto, and the source code produced by Arista in this Litigation, including but not limited to ARISTA_SRC000001 through ARISTA_SRC000884, as evidence Arista has infringed Arista has infringed its copyrighted works.  Cisco further identifies ARISTANDCA13171542-ARISTANDCA13171545. Cisco also identifies the Arista switches that Arista has made available for inspection as evidence it may rely on to show infringement.  Cisco may, in its expert report(s) and at trial, demonstrate Arista's infringement using virtual or operating Arista switches, or demonstratives showing the same.

Cisco's investigation of the subject matter of this interrogatory is ongoing.  Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

1  earliest operating system (product) that contained each command expression, and the date on

2  which each such operating system was first distributed.  Pursuant to Fed. R. Civ. P. 33(d), Cisco

3  additionally refers Arista to the documents cited in its supplemental responses to Arista's

4  Interrogatory No. 16, including source code and documents identified by Bates number.

5       Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

6  supplement this response in light of facts learned during discovery, including information

7  regarding Arista's accused products and expert discovery.

8

9  **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

10      Subject to and without waiver of its general and specific objections, Cisco further responds

11  as follows:

12      Cisco incorporates by reference its responses (and all supplements and exhibits) to

13  Interrogatory Nos. 24 and 25.

14      Insofar as Arista is asking whether Cisco took its CLI commands from third parties—for

15  example, third parties using the same multi-word commands as those implemented by Cisco in

16  IOS—Cisco also incorporates by reference its responses to Interrogatory Nos. 8, 16, 19 and 22.

17  Cisco also incorporates by reference the deposition testimony of the following witnesses:  Kirk

18  Lougheed; Abhay Roy; Adam Sweeney; Anthony Li; Devadas Patil; Greg Satz; Hugh Holbrook;

19  Phillip Remaker; Ramanthan Kavasseri; and Tong Liu.

20      Cisco's investigation of the subject matter of this interrogatory is ongoing.  Cisco therefore

21  reserves the right to supplement this response as additional information becomes available,

22  including information that may be the subject of expert testimony and expert discovery.

23

24  **INTERROGATORY NO. 5:**

25      Identify with specificity each copyrighted work (by copyright and registration number) that

26  You contend Arista has unlawfully copied.

27

28

**RESPONSE TO INTERROGATORY NO. 5:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory on the grounds that it is needlessly duplicative of other interrogatories, including Interrogatory No. 2. Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the terms "by copyright and registration number" and "unlawfully copied." Cisco further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, that constitutes attorney work-product, or that is protected by any other applicable privilege, protection, or immunity, including without limitation in connection with the common interest doctrine.

Subject to and without waiver of its general and specific objections, Cisco incorporates by reference, as if fully set forth herein, its operative complaint (and any subsequent amendments thereto) and all documents cited therein. Cisco further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing information responsive to this interrogatory, which information may be obtained from the documents by Arista as easily as by Cisco. Cisco further responds that Arista has infringed at least Cisco's copyrights in the following works:

| Copyrighted Work Infringed by Arista | Registration Number(s) |
|---|---|
| Cisco IOS 11.0 | TXu 1-036-057 |
| Cisco IOS 11.1 (including supplement) | TX 5-531-435; TXu1-048-569 |
| Cisco IOS 11.2 | TXu1-036-063 |
| Cisco IOS 11.3 (including supplement) | TXu1-036-062; TXu1-057-804 |
| Cisco IOS 12.0 (including supplement) | TXu1-036-064; TXu1-057-805 |
| Cisco IOS 12.1 (including supplement) | TXu1-036-066; TXu1-057-807 |
| Cisco IOS 12.2 (including supplement) | TXu1-036-065; TXu1-057-806 |
| Cisco IOS 12.3 | TXu1-188-975 |
| Cisco IOS 12.4 | TXu1-259-162 |
| Cisco IOS 15.0 | TX 7-938-524 |
| Cisco IOS 15.1 | TX 7-938-525 |
| Cisco IOS 15.2 | TX 7-937-159 |
| Cisco IOS 15.4 | TX 7-938-341 |
| Cisco IOS XR 3.0 | TXu1-237-896 |
| Cisco IOS XR 3.2 | TXu1-270-592 |
| Cisco IOS XR 3.3 | TXu1-336-997 |
| Cisco IOS XR 3.4 | TXu1-344-750 |
| Cisco IOS XR 3.5 | TXu1-592-305 |

| Copyrighted Work Infringed by Arista | Registration Number(s) |
|---|---|
| Cisco IOS XR 4.3 | TX 7-933-364 |
| Cisco IOS XR 5.2 | TX 7-933-353 |
| Cisco IOS XE 2.1 | TX 7-937-240 |
| Cisco IOS XE 3.5 | TX 7-937-234 |
| Cisco NX OS 4.0 | TX 7-940-713 |
| Cisco NX OS 5.0 | TX 7-940-718 |
| Cisco NX OS 5.2 | TX 7-940-727 |
| Cisco NX OS 6.2 | TX 7-940-722 |

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

Cisco identifies at least the following documents and testimony as containing responsive information:  Deposition Testimony of Phillip Remaker, Tong Liu, Abhay Roy, Kenneth Duda, Philip Shafer, Anthony Li, Greg Satz, and Kirk Lougheed.

Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore reserves the right to supplement this response as additional information becomes available, including information that may be the subject of expert testimony and expert discovery.

**INTERROGATORY NO. 6:**

Identify with specificity each Arista CLI Command that You contend infringes any copyrighted work identified in your response to Arista's Interrogatory No. 6, identify which work(s) it infringes, and explain in detail how each infringes.

**RESPONSE TO INTERROGATORY NO. 6:**

Cisco incorporates by reference its General Objections as though fully set forth herein. Cisco further objects to this interrogatory on the grounds that it is needlessly duplicative of other

1    interrogatories, including Interrogatory No. 2.  Cisco also objects to this interrogatory as

2    undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of the term "each

3    Arista CLI Command that You content infringes."  Cisco further objects to this interrogatory as

4    irrelevant and not calculated to lead to the discovery of admissible evidence to the extent it calls

5    for evidence pertaining to similarities between Cisco's copyrighted works and specific Arista CLI

6    commands, as well as for information not related to the copyrighted works-in-suit.  Cisco further

7    objects to the characterization in this interrogatory that any Cisco accuses specific Arista CLI

8    commands of infringement.  Cisco further objects to this interrogatory to the extent that it calls for

9    information that is publicly available or equally available to Arista, and therefore is of no greater

10   burden for Arista to obtain than for Cisco to obtain.  Cisco further objects to this interrogatory as

11   premature contention discovery, especially in light of Arista's failure to produce information

12   regarding its accused products and sales thereof.  Cisco further objects to this interrogatory to the

13   extent it seeks information that is protected by the attorney-client privilege, that constitutes

14   attorney work-product, or that is protected by any other applicable privilege, protection, or

15   immunity, including without limitation in connection with the common interest doctrine.

16         Subject to and without waiver of its general and specific objections, Cisco incorporates by

17   reference, as if fully set forth herein, its response to Interrogatory No. 2, including Exhibit 1 to

18   Cisco's operative complaint, which is incorporated by reference therein.  Cisco's discovery efforts

19   in this case are ongoing, and Cisco reserves the right to further supplement this response in light of

20   facts learned during discovery, including information regarding Arista's accused products.

21

22   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

23         Subject to and without waiver of its general and specific objections, Cisco further responds

24   as follows:

25         Cisco identifies at least the following documents and testimony as containing responsive

26   information:  Deposition Testimony of Phillip Remaker, David Sollender, Adam Sweeney, Tong

27   Liu, Abhay Roy, Kenneth Duda, Philip Shafer, Anthony Li, Greg Satz, Hugh Holbrook, Lincoln

28   Dale, Jayshree Ullal, Anshul Sadana, and Kirk Lougheed.

Because the burden of locating the information sought by this interrogatory is the same for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies and incorporates by reference herein the documents cited and referenced in Cisco's Responses to Interrogatory Nos. 2, 6, 16, 18 and 19, including Exhibits B and F, as well as the documents cited and referenced in Cisco's operative complaint and the exhibits thereto. Cisco additionally identifies the following previously-produced business records from which this information can be derived:

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 11.0 | TXu 1-036-057 | CSI-CLI-00356391 - CSI-CLI-00356394; CSI-CLI-00356395 - CSI-CLI-00356398; CSI-CLI-00403865; Source Code |
| Cisco IOS 11.1 | TX 5-531-435; TXu1-048-569 | CSI-CLI-00356385 - CSI-CLI-00356388; CSI-CLI-00356588 - CSI-CLI-00356591; CSI-CLI-00356500 - CSI-CLI-00356501; CSI-CLI-00356562 - CSI-CLI-00356563 CSI-CLI-00403866; Source Code |
| Cisco IOS 11.2 | TXu1-036-063 | CSI-CLI-00356578 - CSI-CLI-00356581; CSI-CLI-00356496 - CSI-CLI-00356499; CSI-CLI-00403867; Source Code |
| Cisco IOS 11.3 | TXu1-036-062; TXu1-057-804 | CSI-CLI-00356538 - CSI-CLI-00356541; CSI-CLI-00356446 - CSI-CLI-00356549; CSI-CLI-00356582 - CSI-CLI-00356587; CSI-CLI-00356576 - CSI-CLI-00356577; CSI-CLI-00403868; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 12.0 | TXu1-036-064; TXu1-057-805 | CSI-CLI-00356520 - CSI-CLI-00356523; CSI-CLI-00356516 - CSI-CLI-00356519; CSI-CLI-00356550 - CSI-CLI-00356555; CSI-CLI-00356484 - CSI-CLI-00356485; CSI-CLI-00403869; Source Code |
| Cisco IOS 12.1 | TXu1-036-066; TXu1-057-807 | CSI-CLI-00356512 - CSI-CLI-00356515; CSI-CLI-00356572 - CSI-CLI-00356575; CSI-CLI-00356490 - CSI-CLI-00356495; CSI-CLI-00356506 - CSI-CLI-00356507; CSI-CLI-00403870; Source Code |
| Cisco IOS 12.2 | TXu1-036-065; TXu1-057-806 | CSI-CLI-00356508 - CSI-CLI-00356511; CSI-CLI-00356568 - CSI-CLI-00356571; CSI-CLI-00356556 - CSI-CLI-00356561; CSI-CLI-00356536 - CSI-CLI-00356537; CSI-CLI-00403871; Source Code |
| Cisco IOS 12.3 | TXu1-188-975 | CSI-CLI-00356524 - CSI-CLI-00356527; CSI-CLI-00356524 - CSI-CLI-00356527; CSI-CLI-00403872; CSI-CLI-00403874; Source Code |
| Cisco IOS 12.4 | TXu1-259-162 | CSI-CLI-00356486 - CSI-CLI-00356489; CSI-CLI-00356705 - CSI-CLI-00356708; CSI-CLI-00403873; Source Code |
| Cisco IOS 15.0 | TX 7-938-524 | CSI-CLI-00356480 - CSI-CLI-00356483; CSI-CLI-00356564 - CSI-CLI-00356567; CSI-CLI-00054598 - CSI-CLI-00351948; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS 15.1 | TX 7-938-525 | CSI-CLI-00356502 - CSI-CLI-00356505; CSI-CLI-00356532 - CSI-CLI-00356535; CSI-CLI-00034689 - CSI-CLI-00354832; Source Code |
| Cisco IOS 15.2 | TX 7-937-159 | CSI-CLI-00356528 - CSI-CLI-00356531; CSI-CLI-00356697 - CSI-CLI-00356700; CSI-CLI-00024968 - CSI-CLI-00294561; Source Code |
| Cisco IOS 15.4 | TX 7-938-341 | CSI-CLI-00356657 - CSI-CLI-00356660; CSI-CLI-00356653 - CSI-CLI-00356656; CSI-CLI-00074114 - CSI-CLI-00332892; Source Code |
| Cisco IOS XR 3.0 | TXu1-237-896 | CSI-CLI-00356665 - CSI-CLI-00356668; CSI-CLI-00356618 - CSI-CLI-00356621; CSI-CLI-00359263 - CSI-CLI-00362850; Source Code |
| Cisco IOS XR 3.2 | TXu1-270-592 | CSI-CLI-00356661 - CSI-CLI-00356664; CSI-CLI-00356701 - CSI-CLI-00356704; CSI-CLI-00362851 - CSI-CLI-00370474; Source Code |
| Cisco IOS XR 3.3 | TXu1-336-997 | CSI-CLI-00356689 - CSI-CLI-00356692; CSI-CLI-00356642 - CSI-CLI-00356645; CSI-CLI-00370475 - CSI-CLI-00380671; Source Code |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| Cisco IOS XR 3.4 | TXu1-344-750 | CSI-CLI-00356634 - CSI-CLI-00356637; CSI-CLI-00356638 - CSI-CLI-00356641; CSI-CLI-00380672 - CSI-CLI-00389726; Source Code |
| Cisco IOS XR 3.5 | TXu1-592-305 | CSI-CLI-00356685 - CSI-CLI-00356688; CSI-CLI-00356614 - CSI-CLI-00356617; CSI-CLI-00389728 - CSI-CLI-00403864; Source Code |
| Cisco IOS XR 4.3 | TX 7-933-364 | CSI-CLI-00356681 - CSI-CLI-00356684; CSI-CLI-00356649 - CSI-CLI-00356652; CSI-CLI-00099911 - CSI-CLI-00173412; Source Code |
| Cisco IOS XR 5.2 | TX 7-933-353 | CSI-CLI-00356626 - CSI-CLI-00356629; CSI-CLI-00356602 - CSI-CLI-00356605; CSI-CLI-00110638 - CSI-CLI-00191711; Source Code |
| Cisco IOS XE 2.1 | TX 7-937-240 | CSI-CLI-00356693 - CSI-CLI-00356696; CSI-CLI-00356606 - CSI-CLI-00356609; CSI-CLI-00229755 - CSI-CLI-00325496; Source Code |
| Cisco IOS XE 3.5 | TX 7-937-234 | CSI-CLI-00356610 - CSI-CLI-00356613; CSI-CLI-00356630 - CSI-CLI-00356633; CSI-CLI-00180764 - CSI-CLI-00313894; Source Code |
| Cisco NX-OS 4.0 | TX 7-940-713 | CSI-CLI-00356646 - CSI-CLI-00356648; CSI-CLI-00356622 - CSI-CLI-00356625; CSI-CLI-00054566 - CSI-CLI-00054597; |

| Registered Work | Registration No. | Related Documents |
|---|---|---|
| | | CSI-CLI-00191712 - CSI-CLI-00207082; Source Code |
| Cisco NX-OS 5.0 | TX 7-940-718 | CSI-CLI-00356599 - CSI-CLI-00356601; CSI-CLI-00356677 - CSI-CLI-00356680; CSI-CLI-00173413 - CSI-CLI-00216955; Source Code |
| Cisco NS-OX 5.2 | TX 7-940-727 | CSI-CLI-00356596 - CSI-CLI-00356598; CSI-CLI-00356673 - CSI-CLI-00356676; CSI-CLI-00176460 - CSI-CLI-00202928; Source Code |
| Cisco NS-OX 6.2 | TX 7-940-722 | CSI-CLI-00356593 - CSI-CLI-00356595; CSI-CLI-00356669 - CSI-CLI-00356672; CSI-CLI-00178218 - CSI-CLI-00216925; Source Code |

Cisco further identifies the deposition testimony of Adam Sweeney on January 29, 2016, May 12, 2016, May 13, 2016, and his remaining deposition testimony yet to be taken, in his personal capacity and as a designee under Rule 30(b)(6) in its entirety and all exhibits thereto, and the source code produced by Arista in this Litigation, including but not limited to ARISTA_SRC000001 through ARISTA_SRC000884, as evidence Arista has infringed its copyrighted works.  Cisco further identifies ARISTANDCA13171542-ARISTANDCA13171545. Cisco also identifies the Arista switches that Arista has made available for inspection as evidence it may rely on to show infringement.  Cisco may, in its expert report(s) and at trial, demonstrate Arista's infringement using virtual or operating Arista switches, or demonstratives showing the same.

1   Cisco's investigation of the subject matter of this interrogatory is ongoing. Cisco therefore

2   reserves the right to supplement this response as additional information becomes available,

3   including information that may be the subject of expert testimony and expert discovery.

4

5   **INTERROGATORY NO. 7:**

6   Identify with specificity any and all CLI Command(s) that were used by anyone other than

7   You before such CLI Command(s) were used by You, and identify who used those CLI

8   Command(s) before You used them.

9

10  **RESPONSE TO INTERROGATORY NO. 7:**

11  Cisco incorporates by reference its General Objections as though fully set forth herein.

12  Cisco further objects to this interrogatory as irrelevant and not calculated to lead to the discovery

13  of admissible evidence to the extent it (1) seeks information not relevant to the copyrightability of

14  Cisco's works-in-suit and (2) seeks information regarding acts not at issue in this suit. Cisco

15  further objects to the characterization in this interrogatory that any Cisco CLI command was "used

16  by anyone other than [Cisco] before such CLI Command(s) were used by [Cisco]." Cisco further

17  objects to this interrogatory to the extent that it calls for information that is publicly available or

18  equally available to Arista, and therefore is of no greater burden for Arista to obtain than for Cisco

19  to obtain. Cisco further objects to this interrogatory on the grounds that it seeks information that

20  is not within Cisco's possession, custody, or control and is not reasonably available to Cisco.

21  Cisco also objects to this interrogatory as undefined, vague, ambiguous, overbroad, and unduly

22  burdensome in its use of the terms "used by anyone other than You," "used by You," and "who

23  used those CLI Command(s) before You used them." Cisco further objects to this interrogatory to

24  the extent it seeks information that is protected by the attorney-client privilege, that constitutes

25  attorney work-product, or that is protected by any other applicable privilege, protection, or

26  immunity, including without limitation in connection with the common interest doctrine.

27  Subject to and without waiver of its general and specific objections, and to the extent this

28  interrogatory can be understood, Cisco responds that after conducting a reasonable search it is not

1

2

**<u>PROOF OF SERVICE</u>**

3      I hereby certify that, at the date entered below and per the agreement of the parties, I

4 caused a true and correct copy of the foregoing to be served by transmission via electronic mail,

5 made available to counsel at the email addresses below:

6      Juanita R. Brooks                    Brian L. Ferrall
       brooks@fr.com                        blf@kvn.com
7      Fish & Richardson P.C.               Michael S. Kwun
       12390 El Camino Real                 mkwun@kvn.com
8      San Diego, CA 92130-2081             David J. Silbert
                                            djs@kvn.com
9
       Kelly C. Hunsaker                    Robert Van Nest
10     hunsaker@fr.com                      rvannest@kvn.com
       Fish & Richardson PC                 Keker & Van Nest LLP
11     500 Arguello Street, Suite 500       633 Battery Street
       Redwood City, CA 94063               San Francisco, CA 94111-1809
12
                                            Susan Chreighton
13     Ruffin B. Cordell                    screighton@wsgr.com
       cordell@fr.com                       Scott Andrew Sher
14     Lauren A. Degnan                     ssher@wsgr.com
       degnan@fr.com                        Wilson Sonsini Goodrich Rosati
15     Michael J. McKeon                    1700 K Street
       mckeon@fr.com                        Washington, DC 20006
16     Fish & Richardson PC
17     1425 K Street NW
       11th Floor
18     Washington, DC 20005

19

20      I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

21 27, 2016, at San Francisco, California.

22                              */s/ Catherine R. Lacey*
                               _____
23                              Catherine R. Lacey

24

25

26

27

28