# Ex. V

# Document Sought to be Sealed