# Ex. W

# Document Sought to be Sealed