# Ex. X

# Document Sought to be Sealed