# Ex. Y

# Document Sought to be Sealed