# Ex. Z

# Document Sought to be Sealed