1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone:  (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7
8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S MOTIONS IN LIMINE NOS. 1–5** <br><br> Date:     November 3, 2016 <br> Time:    1:30 p.m. <br> Judge:   Hon. Beth Labson Freeman <br><br> Date Filed: December 5, 2014 <br><br> Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
MOTIONS IN LIMINE Case No. 5:14-cv-05344-BLF (NC)

1114910

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Cisco's Trial Exhibit list.

3. Attached hereto as **Exhibit B** is a true and correct copy of Arista's First Set of Interrogatories to Cisco, dated April 10, 2015.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of Exhibit 6 to the Expert Report of Kevin Almeroth (dated June 3, 2016) re Evidence of HelpDesc Copying.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Cisco's Supplemental Objections and Responses to Arista Networks, Inc.'s Interrogatory Nos. 2–10, dated May 27, 2016.

6. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit A to Cisco's Objections and Responses to Arista's First Set of Interrogatories.

7. Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 1 to the Expert Report of Kevin Almeroth re Evidence of Documentation Copying.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Rebuttal Expert Report of Kevin Almeroth, dated June 16, 2016. While this document is labeled "Highly Confidential – Attorney's Eyes Only," the excerpted pages were previously filed without redactions on the public docket in this litigation at ECF 404-1 on July 26, 2016, with the consent of Cisco's counsel in this litigation.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of Charles Giancarlo in Support of Plaintiff Cisco's Motion For Preliminary Injunction in *Cisco*

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
MOTIONS IN LIMINE Case No. 5:14-cv-05344-BLF (NC)

1114910

*Systems, Inc. v. Huawei Technologies, Co., Ltd.*, Case No. 2:03-CV-027, United States District Court for the Eastern District of Texas, dated February 3, 2003. While this document is labeled "Confidential," it was previously filed without redactions on the public docket in this litigation at ECF 404-2 on July 26, 2016, with the consent of Cisco's counsel in this litigation.

10.  Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the deposition transcript of Charles Giancarlo, taken on April 25, 2016. While the transcript is labeled "Highly Confidential – Attorney's Eyes Only," the excerpted pages were previously filed without redactions on the public docket in this litigation at ECF 404-3 on July 26, 2016, with the consent of Cisco's counsel in this litigation.

11.  Attached hereto as **Exhibit J** is a true and correct copy of Cisco's First Supplemental Initial Disclosures, dated May 3, 2016.

12.  Attached hereto as **Exhibit K** is a true and correct copy of the email string between counsel for Arista and Cisco, dated May 16 and 22, 2016.

13.  Attached hereto as **Exhibit L** is a true and correct copy of Cisco's Trial Witness List, dated September 7, 2016.

14.  Attached hereto as **Exhibit M** is a true and correct copy of the email from Sara Jenkins, counsel for Cisco, to Elizabeth McCloskey, counsel for Arista, dated September 15, 2016.

15.  Attached hereto as **Exhibit N** is a true and correct copy of the email from Elizabeth McCloskey, counsel for Arista, to counsel for Cisco, dated September 12, 2016.

16.  Attached hereto as **Exhibit O** is a true and correct copy of the LinkedIn profile page of Jeff Reed., Senior Vice President and General Manager of the Enterprise Infrastructure and Solutions Group at Cisco Systems.

17.  Attached hereto as **Exhibit P** is a true and correct copy of the LinkedIn profile page of Dave Ward, Chief Technology Officer of Engineering and Chief Architect at Cisco Systems.

18.  Attached hereto as **Exhibit Q** is a true and correct copy of the profile page of Mallum Yen, Executive Vice President of RPX Corporation.

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
MOTIONS IN LIMINE Case No. 5:14-cv-05344-BLF (NC)

1114910

19. Attached hereto as **Exhibit R** is a true and correct copy of the LinkedIn profile page of Christine Bakan, Senior Director of Software Defined Networking at Cisco Systems.

20. Attached hereto as **Exhibit S** is a true and correct copy of the LinkedIn profile page of Dylan Cannon, Vice President of Finance at Cisco Systems.

21. Attached hereto as **Exhibit T** is a true and correct copy of the LinkedIn profile page of Frank Palumbo, Senior Vice President at Cisco Systems.

22. Attached hereto as **Exhibit U** is a true and correct copy of Arista's First Set of Request for Production to Cisco, dated March 7, 2015.

23. Attached hereto as **Exhibit V** is a true and correct copy of Cisco's Trial Exhibit No. 3480, which bears control numbers ANI-ITC-944_945-3680401 to 3680414.

24. Attached hereto as **Exhibit W** is a true and correct copy of Cisco's Trial Exhibit No. 3741, which bears control numbers ARISTANDCA11424063 to 64.

25. Attached hereto as **Exhibit X** is a true and correct copy of Cisco's Trial Exhibit No. 4564, which bears control numbers ARISTANDCA00055945 to 82.

26. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the deposition transcript of Cisco engineer Drew Pletcher, taken on May 26, 2016.

27. Attached hereto as **Exhibit Z** is a true and correct copy of excerpts from the deposition transcript of Cisco engineer Deepak Malik, taken on May 19, 2016.

28. On September 15, 2016, I spoke by phone with Ms. Sara Jenkins and Mr. Sean Pak, counsel for Cisco. Ms. Jenkins and Mr. Pak stated that Cisco would not agree to limit the trial testimony of Dylan Cannon, Frank Palumbo, and Christine Bakan to the Federal Rule of Civil Procedure 30(b)(6) topics on which they were designated and deposed in this litigation.

Executed September 16, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Ryan Wong*
RYAN WONG