Ex. J

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-05344- BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC.'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and 26(e), Plaintiff Cisco Systems, Inc. ("Cisco") hereby makes the following supplemental initial disclosures. Cisco makes these disclosures based on information that is reasonably available to Cisco at this time and at this stage of the proceedings. Cisco makes these initial disclosures without waiving its right to object to the production of any particular document, electronically stored information, or tangible thing disclosed herein on the basis of any privilege, the work product immunity doctrine, relevancy, materiality, competency, undue burden, hearsay, or any other objection to its discoverability or to its use as evidence. Cisco does not waive any objections, defenses, or applicable privileges by providing these initial disclosures.

Cisco's investigations of its claims and defenses is ongoing. Pursuant to the Federal Rules of Civil Procedure, including Rule 26(e), and the Local Rules of this Court, Cisco may supplement or amend any portion of this disclosure upon learning additional relevant information.

**I.     Individuals Likely to Have Discoverable Information (Rule 26(a)(1)(A)(i))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Cisco identifies the following individuals likely to have discoverable information that Cisco may use to support its claims or defenses, unless solely for impeachment; identifies the subjects of that information; and provides, if known, the address and telephone number of each individual.

| Name | Contact Information | Subject |
|---|---|---|
| Beecher Adams | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's Network Compliance Manager products |
| Anil Bansal | c/o counsel for Cisco | U.S. Patent No. 7,953,886, including conception, reduction to practice, and inventorship |
| Isabelle Bertin Bailly | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Christine Bakan | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products |


| Name | Contact Information | Subject |
| --- | --- | --- |
| Andy Bechtolsheim | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Mark Berly | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers and potential customers |
| Prakash Bettadapur | c/o counsel for Cisco | U.S. Patent No. 7,953,886, including conception, reduction to practice, and inventorship |
| Johan Bevemyr | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Tail-f |
| Dylan Cannon | c/o counsel for Cisco | Cisco's financial recordkeeping; Cisco's marketing and sales of its products; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Ed Chapman | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| David Cheriton | Unknown | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Lincoln Dale | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Dell Inc. | c/o counsel for Dell: Roderick M. Thompson Farella Braun + Martel LLP 235 Montgomery Street, 17th Floor San Francisco, CA 94104 415-954-4400 | Knowledge of Force10 and Dell's command line interfaces |
| Kenneth Duda | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |

| Name | Contact Information | Subject |
|---|---|---|
| Mark Foss | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Charles Giancarlo | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Cisco's litigation with Huawei Technologies |
| Douglas Gourlay | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Sean Hafeez | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| John Hartingh | c/o counsel for Cisco | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Hewlett Packard | c/o counsel for Hewlett-Packard: Anupam Sharma Covington & Burling LLP 333 Twin Dolphin Drive Redwood Shores, CA 94065 | Knowledge of Hewlett Packard's command line interfaces |

| Name | Contact Information | Subject |
|---|---|---|
| Dave Heyman | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Jeffrey Hirschman | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Hugh Holbrook | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Martin Hull | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Praveen Jain | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products, including its CLI |
| Soni Jiandani | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products, including its CLI; Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Juniper Networks – Philip Kasten & Philip Shafer | c/o counsel for Juniper Networks:<br>Josh Glucoft<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | Knowledge of Juniper's command line interfaces |

| Name | Contact Information | Subject |
|---|---|---|
| Mansour Karam | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Pradeep Kathail | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products, including IOS-XE and NCS |
| Ram Kavasseri | c/o Rod Thompson<br>Farella Bruan + Martel LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104 | Cisco's development of IOS and Cisco's CLI |
| Dan Lang | c/o counsel for Cisco | Cisco's licensing behavior; applications for copyrights |
| Pedro Leonardo | c/o counsel for Cisco | Operation and/or characteristics of third party product LiveAction |
| Anthony Li | 1218 Thurston Avenue<br>Los Altos, California 94024 | Cisco's development of IOS and Cisco's CLI |
| Tong Liu | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Kirk Lougheed | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Dave Malik | c/o counsel for Cisco | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Ramana Mellacheruvu | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products, including its CLI |

| Name | Contact Information | Subject |
|---|---|---|
| Christophe Metivier | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Carl Moberg | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Tail-f |
| Paul Mustoe | c/o counsel for Cisco | U.S. Patent No. 7,047,526, including conception, reduction to practice, and inventorship |
| Frank Palumbo | c/o counsel for Cisco | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Devadas Patil | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Andre Pech | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Andrew Pletcher | c/o counsel for Cisco | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Lorenz Redlefsen | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |

| Name | Contact Information | Subject |
|---|---|---|
| Jeff Reed | c/o counsel for Cisco | Cisco's history, business and strategy; Development, structure, operation and/or characteristics of Cisco's products |
| Phillip Remaker | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Hilton Romanski | c/o counsel for Cisco | Cisco's history, business, strategy and products |
| Abhay Roy | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Collin Sacks | c/o counsel for Cisco | Cisco's financial recordkeeping |
| Anshul Sadana | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Greg Satz | satz@iranger.com | Cisco's development of IOS and Cisco's CLI |
| Chris Schmidt | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Drago Sijan | c/o counsel for Cisco | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers |
| Terry Slattery | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Mark Smith | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| David Sollender | c/o Andrew Levine Braunhagey & Borden LLP levine@braunhagey.com (415) 599-0207 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |

| Name | Contact Information | Subject |
|------|---------------------|---------|
| Stanford University | Melissa Burke<br>Office of the General Counsel<br>Stanford University, Main Quadrangle Building 170, 3rd Floor<br>Stanford CA, 94305<br>(650) 725-8648 | The License Agreement between Cisco and Stanford University |
| Sukumar Subburayan | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products, including NX-OS |
| Adam Sweeney | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Jung Tjong | c/o counsel for Cisco | U.S. Patent No. 7,953,886, including conception, reduction to practice, and inventorship |
| Jayshree Ullal | c/o counsel for Arista | Arista's awareness of, access to, and use of Cisco's intellectual property and damages caused thereby |
| Sankara Sastry Varanasi | Unknown | U.S. Patent No. 7,953,886, including conception, reduction to practice, and inventorship |
| David Ward | c/o counsel for Cisco | Development, structure, operation and/or characteristics of Cisco's products |
| William Westfield | c/o counsel for Cisco | Cisco's development of IOS and Cisco's CLI |
| Jeffrey Wheeler | c/o counsel for Cisco | U.S. Patent No. 7,047,526, including conception, reduction to practice, and inventorship |
| Mallun Yen | c/or counsel for Cisco | The License Agreement between Cisco and Stanford University |

Cisco also identifies all individuals identified in Defendant Arista Networks, Inc.'s ("Arista's") initial and subsequent disclosures as likely to have discoverable information to support Arista's claims or defenses.

-8- CASE NO. 5:14-cv-05344-BLF
CISCO'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

II. **Documents in Cisco's Possession, Custody or Control that Cisco May Use to Support its Claims or Defenses (Rule 26(a)(A)(ii))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Cisco identifies the following documents, electronically stored information, and tangible things currently in its possession, custody, or control that it may use to support its claims or defenses, unless solely for impeachment. These documents that are available include at least the following:

- Documents reflecting Cisco's ownership of valid copyrights in the Cisco IOS Copyrighted Works (as defined in Cisco's Amended Complaint), including copyright registrations and applications for registration with the United States Copyright Office;

- Documents reflecting any market for the Cisco IOS Copyrighted Works, including but not limited to licensing policies and revenues associated therewith;

- Documents relating to Arista's copying of elements from the Cisco IOS Copyrighted Works, including but not limited to documents reflecting Arista's purpose in doing so;

- Documents reflecting the willfulness of Arista's infringement of the Cisco IOS Copyrighted Works;

- Documents reflecting damages and irreparable harm resulting from Arista's infringement of the Cisco IOS Copyrighted Works;

- The patents-in-suit, file histories, and documents cited by the United States Patent and Trademark Office during prosecution of the patents-in-suit;

- Documents reflecting the conception and reduction to practice of the inventions claimed in the patents-in-suit;

- Documents relating to Arista's infringement of the patents-in-suit;

- Documents relating to the validity and enforceability of the patents-in-suit; and

- Documents reflecting damages and irreparable harm resulting from Arista's infringement of the patents-in-suit.

III. **Computation of Any Category of Damages Claimed (Rule 26(a)(1)(A)(iii))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), Cisco provides a computation of each category of damages claimed. In this action, Cisco seeks damages for Arista's infringement of Cisco's copyrights and the patents-in-suit, pre- and post- judgment interest, and

preliminary and permanent injunctive relief, as well as Cisco's reasonable attorney's fees, expenses, and costs incurred in this action.

On its copyright claim, Cisco reserves its right to elect actual damages and profits, or statutory damages for Arista's infringement, together with interest and costs as fixed by the Court. Without the benefit of discovery, Cisco cannot presently calculate the amount of its actual damages or Arista's profits, which are complementary remedies. For its alternative copyright infringement remedy of statutory damages, Cisco will seek enhanced damages of $150,000 per work-in-suit based on Arista's willful infringement of the Copyrights-in-Suit. Cisco also is seeking an injunction to halt ongoing infringement of the Copyrights-in-Suit. Cisco also is seeking an award of its reasonable attorneys' fees, expenses, and costs pursuant to 17 U.S.C. § 505.

On its patent claims, Cisco is seeking actual damages, including lost profits, and/or a reasonable royalty for Arista's infringement of the Patents-in-Suit, together with interest and costs as fixed by the Court. Without the benefit of discovery, Cisco cannot presently calculate the amount of its actual damages or a reasonable royalty. Cisco is seeking enhanced damages pursuant to 35 U.S.C. § 284 based on Arista's willful infringement of the Patents-in-Suit. Cisco also is seeking an injunction to halt ongoing infringement of the Patents-in-Suit. Cisco also is seeking an award of its reasonable attorneys' fees, expenses, and costs on the grounds that this case should be declared "exceptional" under 35 U.S.C. § 285.

Cisco cannot currently ascertain the amount of damages arising from Arista's conduct as some if not all of the conduct is ongoing, requires additional discovery, and may require expert testimony. In addition, Cisco cannot currently ascertain its reasonable attorneys' fees, expenses, and costs.

**IV.     Applicable Insurance Agreement (Rule 26(a)(1)(A)(iv))**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iv), Cisco discloses that it is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action, or to indemnify or reimburse for payments made to satisfy the judgment.

| | |
|---|---|
| Dated: May 3, 2015 | Respectfully submitted, |
| | */s/ Amy H. Candido* |
| | Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| | Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| | Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

## PROOF OF SERVICE

I further certify that, at the date entered below, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail to the addresses below:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 | Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com |
| Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Robert Van Nest<br>rvannest@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 |
| Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | Bradley T Tennis<br>Wilson Sonsini Goodrich and Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304<br>Email: btennis@wsgr.com<br><br>Chul Pak<br>Email: cpak@wsgr.com<br>David Reichenberg<br>Email: dreichenberg@wsgr.com<br>Jonathan M. Jacobson<br>Email: jjacobson@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>1301 Ave. of the Americas 40th Floor<br>New York, NY 10019 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2016, at San Francisco, California.

                                       */s/ Catherine R. Lacey*
                                       Catherine R. Lacey