# Ex. L

1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   Amy H. Candido (SBN 237829)
7  amycandido@quinnemanuel.com
   John M. Neukom (SBN 275887)
8  johnneukom@quinnemanuel.com.
   QUINN EMANUEL URQUHART &
9  SULLIVAN LLP
   50 California Street, 22nd Floor
10 San Francisco, CA 94111
   Telephone: (415) 875-6600
11 Facsimile: (415) 875-6700

12 Mark Tung (SBN 245782)
   marktung@quinnemanuel.com
13 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
14 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
15 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

16

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

17  *Attorneys for Plaintiff Cisco Systems, Inc.*

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20  CISCO SYSTEMS, INC.,              )    CASE NO.  5:14-cv-05344- BLF
                                      )
21              Plaintiff,            )
                                      )    **PLAINTIFF CISCO SYSTEMS, INC.'S**
22         v.                         )    **TRIAL WITNESS LIST**
                                      )
23  ARISTA NETWORKS, INC.,            )
                                      )
24              Defendant.            )
                                      )
25  _____      )

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 26 and the Amended Scheduling Order

2  entered by the Court (Dkt. 406), Plaintiff Cisco Systems, Inc. ("Cisco") respectfully submits the

3  following list of witnesses that it may call to testify at trial during its case in chief, other than

4  solely for impeachment and/or rebuttal purposes.  Because the admissibility of testimony from a

5  witness is dependent on the context, the inclusion of a witness on Cisco's list of witnesses should

6  not be construed as a waiver of the right to object to the witness or to the use of testimony from

7  the witness if called by Defendant.  Likewise, Cisco's identification of potential witnesses below

8  is not intended to waive Cisco's objections to the relevance or admissibility of testimony from

9  such witnesses.  Further, the subject matter of testimony listed below for witnesses also includes

10  the subject matter of any deposition designation of such witnesses.

11

12

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
|---|---|---|
| Beecher Adams | May Call | Development, structure, operation and/or characteristics of Cisco's Network Compliance Manager products and related products |
| Kevin Almeroth, Ph.D. | Will Call | Expert testimony, including but not limited to the testimony regarding the topics disclosed in his expert reports; rebuttal expert testimony relating to Arista's expert testimony |
| Christine Bakan | May Call | Development, structure, operation, marketing, sales and/or characteristics of Cisco's products |
| Andy Bechtolsheim | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Mark Berly | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers  and potential customers |
| Prakash Bettadapur | May Call | Use of the '526 patented technology in Cisco's products; the importance of the '526 patent technology for creating extensible operating systems |

28

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
|---|---|---|
| Johan Bevemyr | May Call | Development, structure, operation, marketing, sales, and/or characteristics of Tail-f products and related Cisco products |
| Dylan Cannon | May Call | Cisco's financial recordkeeping; Cisco's marketing and sales of its products; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| John Chambers | May Call | Cisco's history, business, strategy and products |
| Judith Chevalier, Ph.D. | Will Call | Expert testimony, including but not limited to the testimony regarding the topics disclosed in her expert reports; rebuttal expert testimony relating to Arista's expert testimony |
| Lincoln Dale | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Kenneth Duda | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Mark Foss | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Charles Giancarlo | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Cisco's litigation with Huawei Technologies; value and importance of Cisco IOS and CLI |
| Douglas Gourlay | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |

02099-00004/8306924.5

CASE NO. 5:14-cv-05344-BLF
CISCO'S TRIAL WITNESS LIST

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
|---|---|---|
| Sean Hafeez | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers and potential customers |
| John Hartingh | May Call | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Dave Heyman | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Hugh Holbrook | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Martin Hull | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Praveen Jain | May Call | Development, structure, operation and/or characteristics of Cisco's products, including its CLI |
| Kevin Jeffay, Ph.D. | Will Call | Expert testimony, including but not limited to the testimony regarding the topics disclosed in his expert reports; rebuttal expert testimony relating to Arista's expert testimony |

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
|---|---|---|
| Soni Jiandani | May Call | Development, structure, operation and/or characteristics of Cisco's products, including its CLI; Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Juniper Networks | May Call | Knowledge of Juniper's command line interfaces |
| Mansour Karam | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Pradeep Kathail | May Call | Development, structure, operation and/or characteristics of Cisco's products |
| Ram Kavasseri | May Call | Cisco's development of IOS and Cisco's CLI |
| Dan Lang | May Call | Cisco's licensing policies and related behavior; applications for copyrights; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Tong Liu | May Call | Cisco's development of IOS and Cisco's CLI |
| Kirk Lougheed | Will Call | Cisco's development of IOS and Cisco's CLI |

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
|---|---|---|
| Dave Malik | May Call | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Kevin McCabe | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers and potential customers; competition for high speed data center switching customers and potential customers |
| Ramana Mellacheruvu | May Call | Development, structure, operation and/or characteristics of Cisco's products, including its CLI |
| Christophe Metivier | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Carl Moberg | May Call | Development, structure, operation, marketing, sales, and/or characteristics of Tail-f products and related products |
| Paul Mustoe | May Call | U.S. Patent No. 7,047,526, including conception, reduction to practice, and inventorship |
| Frank Palumbo | Will Call | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Devadas Patil | May Call | Cisco's development of IOS and Cisco's CLI |

02099-00004/8306924.5

-5-

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
|---|---|---|
| Andre Pech | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Andrew Pletcher | May Call | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Lorenz Redlefsen | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Jeff Reed | May Call | Cisco's history, business and strategy; Development, structure, operation and/or characteristics of Cisco's products |
| Phillip Remaker | Will Call | Cisco's development of IOS and Cisco's CLI |
| Hilton Romanski | May Call | Cisco's history, business, strategy and products |
| Abhay Roy | May Call | Cisco's development of IOS and Cisco's CLI |
| Anshul Sadana | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Greg Satz | May Call | Cisco's development of IOS and Cisco's CLI |
| Terry Slattery | May Call | Cisco's development of IOS and Cisco's CLI |
| Mark Smith | May Call | Arista's awareness of, access to, and use of Cisco's intellectual property |

| Name of Witness | Will Call or May Call | Subject Matter of Testimony |
| --- | --- | --- |
| David Sollender | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Sukumar Subburayan | May Call | Development, structure, operation and/or characteristics of Cisco's products |
| Adam Sweeney | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Jayshree Ullal | Will Call | Arista's awareness of, access to, and use of Cisco's intellectual property and damages caused thereby |
| Tejas Vashi | May Call | Cisco's training for IT professionals regarding Cisco's IOS and CLI and Cisco's investment in such training |
| Mike Volpi | Will Call | The non-existence of an "industry standard" for CLI |
| David Ward | May Call | Development, structure, operation and/or characteristics of Cisco's products; Cisco's history, business, strategy and products |
| Jeffrey Wheeler | May Call | U.S. Patent No. 7,047,526, including conception, reduction to practice, and inventorship |
| Mallun Yen | May Call | The License Agreement between Cisco and Stanford University |
| Arista's corporate representative at trial | May Call | Arista's history, business, strategy and products; Arista's copying of Cisco's copyrighted works; matters addressed by Arista during its examination |
| Cisco's corporate representative at trial | May Call | Development, structure, operation and/or characteristics of Cisco's products;  Cisco's history, business, strategy, and products; injuries to Cisco from Arista's use of Cisco's intellectual property |

1

2    Dated:  September 7, 2016                 Respectfully submitted,

3
                                              /s/ John M. Neukom
4
                                              Kathleen Sullivan (SBN 242261)
5                                             kathleensullivan@quinnemanuel.com
                                              QUINN EMANUEL URQUHART &
6                                             SULLIVAN LLP
                                              51 Madison Avenue, 22nd Floor
7                                             New York, NY 10010
                                              Telephone: (212) 849-7000
8                                             Facsimile: (212) 849-7100

9                                             Sean S. Pak (SBN 219032)
                                              seanpak@quinnemanuel.com
10                                            Amy H. Candido (SBN 237829)
                                              amycandido@quinnemanuel.com
11                                            John M. Neukom (SBN 275887)
                                              johnneukom@quinnemanuel.com.
12                                            QUINN EMANUEL URQUHART &
                                              SULLIVAN LLP
13                                            50 California Street, 22nd Floor
                                              San Francisco, CA 94111
14                                            Telephone: (415) 875-6600
                                              Facsimile: (415) 875-6700
15
                                              Mark Tung (SBN 245782)
16                                            marktung@quinnemanuel.com
                                              QUINN EMANUEL URQUHART &
17                                            SULLIVAN LLP
                                              555 Twin Dolphin Drive, 5th Floor
18                                            Redwood Shores, CA 94065
                                              Telephone: (650) 801-5000
19                                            Facsimile: (650) 801-5100

20                                            Steven Cherny (admitted *pro hac vice*)
                                              steven.cherny@kirkland.com
21                                            KIRKLAND & ELLIS LLP
                                              601 Lexington Avenue
22                                            New York, New York 10022
                                              Telephone: (212) 446-4800
23                                            Facsimile: (212) 446-4900

24                                            Adam R. Alper (SBN 196834)
                                              adam.alper@kirkland.com
25                                            KIRKLAND & ELLIS LLP
                                              555 California Street
26                                            San Francisco, California  94104
                                              Telephone: (415) 439-1400
27                                            Facsimile: (415) 439-1500

28                                            Michael W. De Vries (SBN 211001)

1    michael.devries@kirkland.com
     KIRKLAND & ELLIS LLP
2    333 South Hope Street
     Los Angeles, California 90071
3    Telephone: (213) 680-8400
     Facsimile: (213) 680-8500
4
     *Attorneys for Plaintiff Cisco Systems, Inc.*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02099-00004/8306924.5

-9-                                    CASE NO. 5:14-cv-05344-BLF
                                       CISCO'S TRIAL WITNESS LIST

**PROOF OF SERVICE**

I further certify that, at the date entered below, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail to the addresses below:

Juanita R. Brooks
brooks@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081

Kelly C. Hunsaker
hunsaker@fr.com
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, CA 94063

Ruffin B. Cordell
cordell@fr.com
Lauren A. Degnan
degnan@fr.com
Michael J. McKeon
mckeon@fr.com
Fish & Richardson PC
1425 K Street NW
11th Floor
Washington, DC 20005

Brian L. Ferrall
blf@kvn.com
Michael S. Kwun
mkwun@kvn.com
David J. Silbert
djs@kvn.com
Robert Van Nest
rvannest@kvn.com
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

Bradley T Tennis
Wilson Sonsini Goodrich and Rosati
650 Page Mill Rd.
Palo Alto, CA 94304
Email: btennis@wsgr.com

Chul Pak
Email: cpak@wsgr.com
David Reichenberg
Email: dreichenberg@wsgr.com
Jonathan M. Jacobson
Email: jjacobson@wsgr.com
Wilson Sonsini Goodrich & Rosati
1301 Ave. of the Americas 40th Floor
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2016, at San Francisco, California.

*/s/* John M. Neukom

02099-00004/8306924.5

-10-

CASE NO. 5:14-cv-05344-BLF
CISCO'S TRIAL WITNESS LIST