# Ex. M

| | |
|---|---|
| **From:** | Sara Jenkins <sarajenkins@quinnemanuel.com> |
| **Sent:** | Thursday, September 15, 2016 4:10 PM |
| **To:** | Elizabeth K. McCloskey |
| **Cc:** | ARISTA-KVN; Cisco-Arista |
| **Subject:** | Cisco v. Arista: Trial Witnesses |

Lizzy,

As we discussed on the phone today, we are confirming that Cisco will remove Praveen Jain, Ramana Mellacheruvu and Sukumar Subburayan from its trial witness list.  Also, as we discussed, in an effort to narrow disputed issues to be heard by the Court, Cisco agrees to remove Hilton Romanski from its trial witness list.  Consistent with Cisco's position when it disclosed these witnesses prior to fact discovery cutoff, Cisco repeats its offer to present Jeff Reed, Mallun Yen, and David Ward for deposition.  If you would like to take their depositions, please let us know so we can start coordinating on deposition times and logistics.

Thank you,
Sara


Sara Jenkins
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
650-801-5040 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sarajenkins@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.