Ex. O

| in | All | | Search | Advanced | | | |

Home | Profile | My Network | Jobs | Interests | | Business Services | Try Premium for free

116 New CA Clients - 116 new legal clients seeking a CA attorney. View their cases today. | Read More »



# Jeff Reed
SVP/GM- Enterprise Infrastructure and Solutions Group at Cisco

San Francisco Bay Area | Computer Networking

Previous    Cisco, Symantec, BestOffer.com
Education    Stanford University Graduate School of Business

**Send Jeff InMail**

**500+** connections

DWR Diamond Percale Sheet Set    Float Candleholder

https://www.linkedin.com/in/jeffreed4    Contact Info

**Background**

### Experience

**SVP/GM- Enterprise Infrastructure and Solutions Group**
Cisco
March 2016 – Present (7 months)

Lead product management and GTM for Cisco's enterprise networking portfolio. Responsible for $15B+ in product and solution revenue across networking infrastructure, SDN and management applications.

**Vice President / General Manager- Software Defined Networking**
Cisco
April 2013 – October 2014 (1 year 7 months)

Lead strategy and development of Cisco's Enterprise Networking SDN products

**Vice President / General Manager- Unified Access Business Unit**
Cisco Systems
January 2012 – April 2013 (1 year 4 months)

**Vice President- Product Management, Ethernet Switching Technology Group**
Cisco Systems
April 2010 – December 2011 (1 year 9 months)

**Vice President / GM, Clustered Storage**
Symantec
March 2009 – July 2010 (1 year 5 months)

**Vice President, Strategic Alliances**
Symantec
October 2007 – March 2009 (1 year 6 months)

### People Also Viewed

**Robert Soderbery**
SVP, Enterprise Products and Solutions at Cisco

**Sachin Gupta**
Vice President, Data Center & Enterprise Switching at Cisco

**Rowan Trollope**
SVP & GM - Internet of Things (IoT) and Applications Division at Cisco Systems

**V. Don Angspatt**
Vice President, Strategy, Business Development, and Operations at Cisco Systems

**Kip Compton**
VP, Cisco Cloud Platform and Services at Cisco

**Chuck Robbins**
CEO, Cisco

**David Goeckeler**
Senior Vice President and General Manager, Networking and Security Business Group at Cisco

**John Brigden**
Senior Vice President, Software Strategy & Operations at Cisco Systems

**Ravi Chandra**
Senior Vice President at Cisco

**Jens Meggers**
SVP and General Manager at Cisco

**In Common with Jeff**

### Senior Director, Product Management
Symantec
February 2006 – October 2007 (1 year 9 months)

### Director, Product Management
VERITAS Software
September 2004 – February 2006 (1 year 6 months)

### Business Development Manager
VERITAS Software
May 2001 – September 2004 (3 years 5 months)

### President
BestOffer.com
1999 – 2001 (2 years)

### Consultant
Monitor Group
1993 – 1997 (4 years)

## Education

### Stanford University Graduate School of Business
1997 – 1999

### Stanford University
B.S.

Help Center  About  Careers  Advertising  Talent Solutions  Sales Solutions  Small Business  Mobile  Language  Upgrade Your Account

LinkedIn Corporation © 2016  User Agreement  Privacy Policy  Ad Choices  Community Guidelines  Cookie Policy  Copyright Policy  Send Feedback

# Ex. P

| in. | All | | Search | Advanced | | | | |

Home | Profile | My Network | Jobs | Interests | | Business Services | Try Premium for free

116 New CA Clients - 116 new legal clients seeking a CA attorney. View their cases today. | Read More »



# Dave Ward
CTO of Engineering and Chief Architect at Cisco Systems
San Francisco Bay Area | Internet

Previous: Cisco Systems, Juniper Networks, Internet Engineering Group
Education: University of Minnesota-Twin Cities

Send Dave InMail

**500+** connections

DWR Diamond Percale Sheet Set    DWR Aerocotton Bathmat

### People Also Viewed

**Lew Tucker**
Vice President and CTO, Cloud Computing, at Cisco

**Tony Li**
Principal Networking Architect, Peloton Technology

**Chuck Robbins**
CEO, Cisco

**Zorawar Biri Singh**
CTO & SVP/GM at Cisco

**Kristen Wright**
Director, Cisco Research Center & Open Innovation

**Padmasree Warrior**
CEO at NextEV USA

**Susie Wee**
VP and CTO of Networked Experiences at Cisco Systems

**Kirk Lougheed**
Cisco Fellow at Cisco

**John Apostolopoulos**
VP & CTO for Enterprise Segment, and Lab Director for Innovation Labs

**Cullen Jennings**
Fellow at Cisco Systems

https://www.linkedin.com/in/dave-ward-3248b23

**Background**

### Experience

**CTO of Engineering and Chief Architect**
Cisco Systems
October 2012 – Present (4 years) | San Jose, California

**Cisco Fellow**
Cisco Systems
December 2011 – November 2012 (1 year) | San Jose

CTO and Chief Architect of the Service Provider Division

**Juniper Fellow**
Juniper Networks
December 2009 – December 2011 (2 years 1 month) | Sunnyvale

CTO and Chief Architect of the Platform Systems Division

**Cisco Fellow**
Cisco Systems
December 1999 – December 2009 (10 years 1 month) | San Jose

Architect of IOS-XR operating system, CRS-1, CRS-3, ASR-9k, and a bunch of boards (bunch1 and LC) for the GSR.

**Engineer**
Internet Engineering Group
1997 – 1999 (2 years)

**Engineer**
NetStar
1996 – 1998 (2 years)

**In Common with Dave**

## Skills

Top Skills

- Cisco Technologies
- Network Architecture
- Juniper
- Operating Systems
- Routing
- TCP/IP
- IP
- Cloud Computing
- IPv6
- Juniper Technologies

Dave also knows about...

- Distributed Systems
- QoS
- MPLS
- Ethernet
- Data Center
- BGP
- Linux
- IOS-XR
- Routing Protocols
- Network Design
- System Architecture
- Security
- VoIP
- Unix
- Go-to-market Strategy

See 12+ >

## Education

**University of Minnesota-Twin Cities**
1990 – 1995

**Hall High**

Help Center  About  Careers  Advertising  Talent Solutions  Sales Solutions  Small Business  Mobile  Language  Upgrade Your Account

LinkedIn Corporation © 2016   User Agreement   Privacy Policy   Ad Choices   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

https://www.linkedin.com/in/dave-ward-3248b23[9/16/2016 12:27:21 PM]

# Ex. Q



## RATIONAL PATENT®

© 2008-2015 RPX Corporation.

# Mallun Yen

Executive Vice President

---

Mallun Yen is Executive Vice President of RPX Corporation and head of Corporate Development, M&A and Structured Acquisitions. Ms. Yen joined RPX following an eight-year career at Cisco where, as Vice President of Worldwide Intellectual Property and Deputy General Counsel, she was responsible for developing and implementing the *Fortune 100* company's strategy to protect, enhance, defend, and capture the value of its intellectual property. She was the technology giant's second intellectual property attorney and built a group of over two dozen senior industry professionals with responsibility for all patent, copyright and trademark strategy, development, prosecution, disputes, licensing, acquisitions, marketplace, and policy, as well as patent pools and standards-related matters. She is credited with transforming Cisco's approach to IP from being primarily defensive to one closely aligned with business objectives and providing competitive differentiation, which marked the company's transformation into a global IP leader.

Ms. Yen chairs the advisory board of the Berkeley Center for Law and Technology at UC Berkeley Law School and currently serves on the advisory board for Stanford Law School's Center for Law, Science and Technology, as well as on the Executive Committee of the Association of Corporate Patent Counsel. She is a founding board member of ChIPs, an organization dedicated to the advancement, mentoring and retention of women in the IP field. She is a frequent invited speaker on a wide range of topics, including IP strategy, patent best practices, patent defense strategies, patent pools, innovation, and standards. By invitation, she has testified before the FTC on the "Evolving IP Marketplace."

Ms. Yen received her BS from California Polytechnic State University, San Luis Obispo and her JD from UC Berkeley School of Law, Boalt Hall

https://www.rpxcorp.com/bios/bio-location/rpx-leadership-team/mallun-yen-bio/

# Ex. R

# Christine Bakan

Cisco Systems

San Francisco Bay Area | Computer Software

Current    Cisco Systems
Previous   BMC Software, Oracle Corporation, Ernst & Young, LLP
Education  Stanford University Graduate School of Business

**Send Christine InMail**

192 connections



In Common with Christine

## Background

### Experience

**Senior Director, Software Defined Networking**
Cisco Systems
2013 – Present (3 years)

**Area VP, R&D**
BMC Software
2005 – 2013 (8 years)

**Director, SW Development**
Oracle Corporation
1997 – 2005 (8 years)

**Management Consultant**
Ernst & Young, LLP
1995 – 1997 (2 years)

**Engineer**
Department of Computer Science, UC Berkeley
1992 – 1995 (3 years)

### Skills

Top Skills

Enterprise Software

SaaS

- Agile Methodologies
- Software Development
- Software Project...
- Cloud Computing
- Strategy
- Distributed Systems
- Product Management
- Business Development

Christine also knows about...

- Software Engineering

## Education

**Stanford University Graduate School of Business**

**University of California, Berkeley**



### Recommendations

Given (2)

**Christina Delahanty**
Manager, R&D Program Management

Christina is a highly skilled program manager who delivers quality results. She is very dedicated to her projects and makes sure that each project is managed and delivered per agreed to goals and objectives. Definitely one of the most competent program managers I have had the pleasure to work with.

July 22, 2013, Christine managed Christina at BMC Software

**Vitaly M.**
Technical Director/Product Development Architect

Vitaly is a highly skilled architect and a technical leader in the enterprise applications security space. At BMC Software, he worked across multiple engineering organizations to ensure standards clarity and technical alignment. Vitaly also has excellent communication skills and works very effectively with customers and field organizations. I highly recommend Vitaly.

July 22, 2013, Christine managed Vitaly indirectly at BMC Software

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2016   User Agreement   Privacy Policy   Ad Choices   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

Ex. S



116 New CA Clients - 116 new legal clients seeking a CA attorney. View their cases today. | Read More »

# Dylan Cannon
Experienced Finance Leader
San Francisco Bay Area | Information Technology and Services

Current   Cisco
Previous  General Electric

**191** connections

https://www.linkedin.com/in/dylan-cannon-2819b722

### Ads You May Be Interested In

**Are You an Attorney?**
We need more attorneys in your area. Apply now for membership.

**Master of Legal Studies**
Online Master of Legal Studies in 1 year from WashU, no GRE/LSAT required.

**Look Like a Big Law Firm**
Without spending like one! Get a prestigious business address for $65/mth.

### People Also Viewed

**Kelly Kramer**
Executive Vice President & Chief Financial Officer at Cisco

**Chantelle Breithaupt**
Senior Director of Finance at Cisco

**Brian Maddox**
VP Corporate Finance at Cisco

**Mike Mohn**
Senior Vice President, Sales and Services Finance at Cisco

**Andrew Ashton**
Vice President, CFO, Security Group at Cisco

**Brian Fukuhara**
Vice President of Finance, CFO, Global Service Providers at Cisco

**Steve Vigne**
Vice President, CFO, Service Provider Networking Group at Cisco

**Eric Refuerzo**
Senior Finance Director at Cisco Systems, Inc.

**Michael Foy**
Vice President, CFO Americas

**Robert Parker**
Director Finance at Cisco

## Experience

**Vice President Finance, Cisco Systems**
Cisco
March 2014 – Present (2 years 7 months) | San Jose, CA

**CFO GE Dresser (Formerly Dresser Flow Technologies & Infrastructure Solutions)**
General Electric
February 2011 – March 2014 (3 years 2 months) | Houston, TX

**CFO GE O&G Drilling (Formerly Hydril Pressure Control & VetcoGray Drilling)**
GE
April 2008 – February 2011 (2 years 11 months) | Houston, TX

**Director of Financial Planning & Analysis - GE Transportation**
GE
July 2006 – April 2008 (1 year 10 months) | Erie, PA

**Finance Director/Manager Finance - GE Transportation Global Services**
GE
July 2003 – July 2006 (3 years 1 month) | Erie, PA

**Sr Audit Manager - GE Corporate Audit Staff**
GE
January 2002 – June 2006 (4 years 6 months) | Fairfield, CT

**Audit Manager - GE Corporate Audit Staff**
GE
January 2001 – January 2002 (1 year 1 month) | Fairfield, CT

### In Common with Dylan

**Auditor - GE Corporate Audit Staff**
GE
January 1999 – January 2001 (2 years 1 month) | Fairfield, CT

Skills

Top Skills

- Finance
- Auditing
- Financial Analysis
- Cross-functional Team...
- Analysis
- Strategic Financial...
- Financial Audits
- Acquisition Integration

Due Diligence

Mergers & Acquisitions

Dylan also knows about...

Matrix Management    P&L Management    Long Range Planning

Risk Management

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2016   User Agreement   Privacy Policy   Ad Choices   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

https://www.linkedin.com/in/dylan-cannon-2819b722[9/16/2016 12:41:50 PM]

# Ex. T

Home | Profile | My Network | Jobs | Interests | Business Services | Try Premium for free

116 New CA Clients - 116 new legal clients seeking a CA attorney. View their cases today. | Read More »

# Frank Palumbo

Senior Vice President at Cisco Systems

Greater New York City Area | Computer Networking

Previous     Wang Laboratories
Education    Rutgers, The State University of New Jersey-Newark

**Connect**

**500+**
connections

DWR Sateen Fitted Sheet     DWR Percale Pillowcases, Set of 2

https://www.linkedin.com/in/frankpalumbo     Contact Info

**Background**

## Summary

Reinventing myself and always learning, while keeping it real

Follow me on Twitter @fpalumbo

Specialties: Customer Success, Networking, Storage, Data Center, Sales Management,

## Experience

### Senior Vice President
Cisco Systems
May 1992 – Present (24 years 5 months)

Lead the WW Data Center Sales Team

### Corporate Account Executive
Wang Laboratories
January 1984 – May 1992 (8 years 5 months)

## Skills

Top Skills

99+  Data Center
99+  Storage
99+  Cloud Computing
94   Go-to-market Strategy

- Unified Communications
- Networking
- Solution Selling
- SaaS
- Managed Services
- Professional Services

Frank also knows about...

- Strategic Partnerships
- Virtualization
- Channel Partners
- Cisco Technologies
- Enterprise Software
- Sales Management
- Sales Enablement
- Management
- Network Architecture
- VoIP
- Business Alliances
- Cross-functional Team...
- Direct Sales
- Start-ups
- Telecommunications

See 8+ >

## Education

**Rutgers, The State University of New Jersey-Newark**
BA, Business Administration
1978 – 1982

## Additional Info

### • Interests

NY Yankees & NY Giants Rutgers Football and Hoops Allman Brothers

### • Advice for Contacting Frank

Looking to grow my business, my team, and myself.

## Organizations

**Additional Organizations**

New York Road Runners

## Honors & Awards

**Additional Honors & Awards**

NYC Marathon - 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, Sandy, 2013, 2014, 2015
NYC Triathlon - 2007, 2008, 2009, 2010, 2011, 2012, 2014, 2015, 2016
Boston Marathon - 2010

Frank Palumbo | LinkedIn

Philadelphia Marathon - 2010, 2011, 2014
Chicago Marathon - 2014

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   Upgrade Your Account

LinkedIn Corporation © 2016   User Agreement   Privacy Policy   Ad Choices   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback

https://www.linkedin.com/in/frankpalumbo[9/16/2016 12:37:26 PM]