KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO. 3 RE GIANCARLO DECLARATION AND RELATED TESTIMONY**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO. 3 RE GIANCARLO
DECLARATION AND RELATED TESTIMONY
Case No. 5:14-cv-05344-BLF (NC)

1115106

1   The Court, having fully considered the papers and arguments presented by the parties,
2   hereby GRANTS Arista's Motion *in Limine* No. 3.
3   Plaintiff Cisco Systems, Inc. ("Cisco") is precluded from offering in evidence or using the
4   declaration signed by Charles Giancarlo in 2003 relating to Cisco's lawsuit against Huawei
5   Technologies and is further precluded from offering in evidence or using any testimony relating
6   to that declaration or making any argument relating thereto.
7   **IT IS SO ORDERED.**

8

9   Dated: _____          HON. BETH LABSON FREEMAN