| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING DOCUMENTS LABELED AS "CONFIDENTIAL" TO CISCO**<br><br>Date:         November 3, 2016<br>Time:         1:30 p.m.<br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO.5 TO EXCLUDE EVIDENCE
AND ARGUMENT REGARDING DOCUMENTS LABELED AS "CONFIDENTIAL" TO CISCO
Case No. 5:14-cv-05344-BLF (NC)

1115108

1  The Court, having fully considered the papers and arguments presented by the parties,
2  hereby GRANTS Arista's Motion *in Limine* No. 5.
3  Plaintiff Cisco Systems, Inc. ("Cisco") may not introduce evidence and argument during
4  the jury trial, and may not elicit testimony from witnesses, suggesting that Arista improperly
5  obtained or possessed documents labeled "Cisco Confidential" (or with a similar designation).
6  Cisco is further precluded from introducing any such documents in evidence unless the Court
7  determines (at the time that Cisco attempts to introduce such documents at trial) that such
8  documents are relevant to some other trial issue and admissible.  If any such documents are found
9  by the Court to be relevant to some other trial issue and admissible, any "Cisco Confidential" or
10 similar label visible on the document(s) shall be redacted from the document(s) before being
11 admitted in evidence.

14 **IT IS SO ORDERED.**

17 Dated: _____           _____
                                        HON. BETH LABSON FREEMAN

1
[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO.5 TO EXCLUDE EVIDENCE
AND ARGUMENT REGARDING DOCUMENTS LABELED AS "CONFIDENTIAL" TO CISCO
Case No. 5:14-cv-05344-BLF (NC)

1115108