KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **PROOF OF SERVICE** <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

1115236

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On September 16, 2016, I served the following document(s):

1.    UNREDACTED VERSION OF ARISTA'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO ITC INVESTIGATIONS

2.    UNREDACTED VERSION OF ARISTA'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING DOCUMENTS LABELED AS "CONFIDENTIAL" TO CISCO

3.    SEALED VERSION OF EXHIBIT A

4.    SEALED VERSION OF EXHIBIT C

5.    UNREDACTED VERSION OF EXHIBIT D

6.    SEALED VERSION OF EXHIBIT V

7.    SEALED VERSION OF EXHIBIT W

8.    SEALED VERSION OF EXHIBIT X

9.    SEALED VERSION OF EXHIBIT Y

10.   SEALED VERSION OF EXHIBIT Z

☑  by **E-MAIL VIA PDF FILE/FTP**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Kathleen Marie Sullivan
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY  10022
Tel:    (212) 849-7000
Fax:    (212) 869-7100
kathleensullivan@quinnemanuel.com

Sean Sang-Chul Pak
John M. Neukom
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Tel:    (415) 875-6320
Fax:    (415) 875-6700
seanpak@quinnemanuel.com
johnneukom@quinnemanuel.com
Cisco-Arista@quinnemanuel.com

1115236

Adam R. Alper
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA  94104
Tel:    (415) 439-1476
Fax:    (415) 439-1500
aalper@kirkland.com

Mark Yeh-Kai Tung
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Tel:    (650) 801-5000
Fax:    (650) 801-5100
marktung@quinnemanuel.com

Michael W. De Vries
Kirkland & Ellis LLP
333 South Hope Street, 29th Floor
Los Angeles, CA  90071
Tel:    (213) 680-8590
Fax:    (213) 680-8500
michael.devries@kirkland.com
Cisco-AristaCopyrightTeam@kirkland.com

Steven C. Cherny
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Tel:    (212) 446-4800
Fax:    (212) 446-6460
Steven.cherny@kirkland.com

John M. Desmarais
Paul A. Bondor
Desmarais LLP
230 Park Avenue
New York, NY  10169
Tel:    (212) 351-3400
Fax:    (212) 351-3401
jdesmarais@desmaraisllp.com
pbondor@desmaraisllp.com
ciscoaristaservice@desmaraisllp.com

Executed on September 16, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Laura Lind

PROOF OF SERVICE
Case No. 5:14-cv-05344-BLF (NC)

1115236