Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**BRIEF RE: OPINION OF DR. ALMEROTH ON PARSER SOURCE CODE AS REQUESTED BY THE COURT**<br><br>Judge:   Hon. Beth Labson Freeman |

1	Pursuant to the Court's instructions following the *Daubert* hearing, Cisco provides the
2	following submission relating to Dr. Kevin Almeroth's expert opinions on the similarities in the
3	CLI parser source code between Cisco and Arista products.  Dr. Almeroth had previously
4	provided his expert opinions for the '526 patent in the context of the claim construction
5	proceedings.  (Dkt. 91-1).

6	In the Second Amended Complaint, Cisco set forth its allegations that Arista willfully
7	infringed Cisco's '526 patent.  As part of these allegations, Cisco specifically alleged that "[o]n
8	information and belief, Mr. Duda and/or other Arista engineers who had worked previously for
9	Cisco were ***exposed to highly confidential source code*** and product implementation details for a
10	wide variety of Cisco's proprietary products and technologies, *e.g.,* ***Cisco's CLI parser,***
11	centralized database system ("sysDB"), management applications, and software development tools
12	and interfaces." (Dkt. 64, Second Amended Complaint, ¶ 61).

13	Under Federal Circuit precedent, evidence of product copying is relevant to the
14	determination of willful infringement.  *Liquid Dynamics Corp. v. Vaughan Co.*, 449 F.3d 1209,
15	1225 (Fed. Cir. 2006).  Accordingly, in support of Cisco's willfulness allegations for the '526
16	patent, Dr. Kevin Almeroth provided his expert analysis and opinions regarding non-standard
17	similarities in the CLI parser source code for both Cisco and Arista products, including similarities
18	in the application of parser rules and the processing of command tokens.  (Dkt. 419-10 at ¶¶ 83-
19	86).  At his deposition, he was asked to explain his opinions on those topics, and he responded by
20	providing further details on his reasoning and bases for his opinions.  (Dkt.  419-12 at 274:1-
21	293:14).

22	Thus, under Federal Rule of Civil Procedure 26, Cisco has properly preserved the issue of
23	non-standard similarities in the CLI parser code with respect to the '526 patent.  At the *Daubert*
24	hearing, however, the Court observed that the issue of "non-standard" behavior associated with
25	Dr. Almeroth's opinions is "not unlike the problem identified with Dr. Black" and "so you know I
26	need to be consistent here."  (Dkt. 516. 9/9/16 Hearing Tr. at 51:10-12).  In light of the Court's
27	comments, and in order to streamline the issues for the Court, Cisco hereby stipulates that it will
28	not present at trial Dr. Almeroth's opinions relating to the non-standard similarities in the CLI

parser source code between Cisco and Arista products (setting aside his opinions on the screen output and helpdesc similarities) for any purpose. Cisco maintains its *Daubert* objections to the *de facto* industry standard opinions from Arista's experts, including Dr. Black.

Dated: September 16, 2016

Respectfully submitted,

*/s/ John M. Neukom*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com

KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*