1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S MOTIONS *IN LIMINE*** |

1    Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain

2 documents filed in connection with Cisco's motions *in limine*.

3    Having considered Cisco's motion, and good cause having been shown, the Court

4 GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Motion in Limine No. 1: Motion to Exclude Argument and Evidence in Support of Equitable Defenses | Highlighted Portions | Arista |
| Cisco's Motion in Limine No. 2: Motion to Exclude Evidence Related to "Industry Standard" | Highlighted Portions | Arista |
| Cisco's Motion in Limine No. 3: Motion to Exclude Untimely Disclosed Witnesses | Highlighted Portions | Arista |
| Cisco's Motion in Limine No. 4: Motion to Exclude Untimely Disclosed Non-Infringement Theory | Highlighted Portions | Arista |
| Cisco's Motion in Limine No. 5: Motion to Exclude Testimony of Terry Eger | Highlighted Portions | Arista |
| Exhibit 2 to the Declaration of Sara E. Jenkins in Support of Cisco's Motions in Limine ("Jenkins Declaration") | Entire | Arista |
| Exhibit 4 to the Jenkins Declaration | Entire | Arista |

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 5 to the Jenkins Declaration | Entire | Arista |
| Exhibit 7 to the Jenkins Declaration | Entire | Arista |
| Exhibit 8 to the Jenkins Declaration | Entire | Cisco<br><br>Arista |
| Exhibit 9 to the Jenkins Declaration | Entire | Arista |
| Exhibit 10 to the Jenkins Declaration | Entire | Arista |
| Exhibit 11 to the Jenkins Declaration | Entire | Arista |
| Exhibit 14 to the Jenkins Declaration | Entire | Arista |

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                        Hon. Judge Beth Labson Freeman