KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>         Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO. 4 TO PRECLUDE TESTIMONY FROM LATE-DISCLOSED WITNESSES**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

[PROPOSED] ORDER GRANTING ARISTA'S MOTION IN LIMINE NO. 4 TO PRECLUDE
TESTIMONY FROM LATE-DISCLOSED WITNESSES
Case No. 5:14-cv-05344-BLF (NC)

1115105

1  The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista's Motion *in Limine* No. 4.

Plaintiff Cisco Systems, Inc. ("Cisco") is precluded from calling at trial the following late-disclosed witnesses: Jeff Reed, Mallun Yen, and David Ward. Cisco is further precluded from eliciting testimony from the following three witnesses on topics outside those for which they were designated by Cisco as Cisco's Rule 30(b)(6) corporate designees: Dylan Cannon, Frank Palumbo, and Christine Bakan.

**IT IS SO ORDERED.**

Dated: _____    _____
HON. BETH LABSON FREEMAN