1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 1: MOTION TO EXCLUDE ARGUMENT AND EVIDENCE IN SUPPORT OF EQUITABLE DEFENSES** |

[PROPOSED] ORDER GRANTING CISCO'S MOTION *IN LIMINE* NO. 1: MOTION TO EXCLUDE ARGUMENT AND EVIDENCE IN SUPPORT OF EQUITABLE DEFENSES
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367213.1

-2-

1   Before this Court is Plaintiff Cisco Systems, Inc.'s Motion *In Limine* No. 1: Motion to
2   Exclude Argument and Evidence In Support of Equitable Defenses. Based on the arguments
3   presented in the Motion and supporting filings and any opposition thereto, the Court hereby grants
4   Cisco's Motion *In Limine* No. 1: Motion to Exclude Argument and Evidence In Support of
5   Equitable Defenses as filed with the Court on September 16, 2016.

Dated: _____          By: _____
                                       Hon. Judge Beth Labson Freeman

-2-
[PROPOSED] ORDER GRANTING CISCO'S MOTION *IN LIMINE* NO. 1: MOTION TO EXCLUDE ARGUMENT
AND EVIDENCE IN SUPPORT OF EQUITABLE DEFENSES
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367213.1