1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION *IN LIMINE* NO. 2: CISCO'S MOTION TO EXCLUDE EVIDENCE RELATED TO "INDUSTRY STANDARD"** |

[PROPOSED] ORDER GRANTING CISCO'S MOTION *IN LIMINE* NO. 2: CISCO'S MOTION TO EXCLUDE
EVIDENCE RELATED TO "INDUSTRY STANDARD"
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367177.1

1  Before this Court is Plaintiff Cisco Systems, Inc.'s Motion *In Limine* No. 2: Cisco's
2 Motion to Exclude Evidence related to "Industry Standard." Based on the arguments presented in
3 the Motion and supporting filings and any opposition thereto, the Court hereby grants Cisco's
4 Motion *In Limine* No. 2: Cisco's Motion to Exclude Evidence related to "Industry Standard" as
5 filed with the Court on September 16, 2016.

Dated: _____     By: _____
                                                                  Hon. Judge Beth Labson Freeman