1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11
12
13
14

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE UNTIMELY DISCLOSED WITNESSES** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

02099-00004/8367263.1

[PROPOSED] ORDER GRANTING CISCO'S MOTION *IN LIMINE*
NO. 3 TO EXCLUDE UNTIMELY DISCLOSED WITNESSES
CASE NO. 5:14-cv-5344-BLF

-2-

1   Before this Court is Plaintiff Cisco Systems, Inc.'s Motion *In Limine* No. 3 to Exclude
2   Untimely Disclose Witnesses.  Based on the arguments presented in the Motion and supporting
3   filings and any opposition thereto, the Court hereby grants Cisco's Motion *In Limine* No. 3 to
4   Exclude Untimely Disclosed Witnesses as filed with the Court on September 16, 2016.

6   Dated: _____          By: _____
7                                              Hon. Judge Beth Labson Freeman

-2-
[PROPOSED] ORDER GRANTING CISCO'S MOTION *IN LIMINE*
NO. 3 TO EXCLUDE UNTIMELY DISCLOSED WITNESSES
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367263.1