1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CISCO SYSTEMS, INC.,

       Plaintiff,

   vs.

ARISTA NETWORKS, INC.,

      Defendant.

CASE NO. 5:14-cv-5344-BLF

**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 4: CISCO'S MOTION TO EXCLUDE UNTIMELY DISCLOSED NON-INFRINGEMENT THEORY**

[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 4: CISCO'S MOTION TO EXCLUDE UNTIMELY DISCLOSED NON-INFRINGEMENT THEORY
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367276.1

1       Before this Court is Plaintiff Cisco Systems, Inc.'s Motion *In Limine* No. 4: Cisco's

2  Motion to Exclude Untimely Disclosed Non-Infringement Theory.  Based on the arguments

3  presented in the Motion and supporting filings and any opposition thereto, the Court hereby grants

4  Cisco's Motion *In Limine* No. 4: Cisco's Motion to Exclude Untimely Disclosed Non-

5  Infringement Theory as filed with the Court on September 16, 2016.

6

7

   Dated: _____              By: _____
8                                                Hon. Judge Beth Labson Freeman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 4: CISCO'S MOTION TO EXCLUDE UNTIMELY
DISCLOSED NON-INFRINGEMENT THEORY
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367276.1