1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 5: CISCO'S MOTION TO EXCLUDE TESTIMONY FROM TERRY EGER** |

[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 5: CISCO'S MOTION TO EXCLUDE TESTIMONY FROM TERRY EGER
CASE NO. 5:14-cv-5344-BLF

02099-00004/8367286.1

1  Before this Court is Plaintiff Cisco Systems, Inc.'s Motion *In Limine* No. 5: Cisco's
2  Motion to Exclude Testimony from Terry Eger.  Based on the arguments presented in the Motion
3  and supporting filings and any opposition thereto, the Court hereby grants Motion *In Limine* No.
4  5: Cisco's Motion to Exclude Testimony from Terry Eger as filed with the Court on September 16,
5  2016.

7  Dated: _____         By: _____
8                                        Hon. Judge Beth Labson Freeman