| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>     vs.<br><br>ARISTA NETWORKS, INC.,<br><br>                Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF SARA E. JENKINS IN SUPPORT OF CISCO'S MOTIONS *IN LIMINE***<br><br>**DEMAND FOR JURY TRIAL** |

## DECLARATION OF SARA E. JENKINS

I, Sara E. Jenkins, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Cisco's Motions *In Limine*.

3. Attached hereto as Exhibit 1 is a true and correct copy of Arista's Trial Witness List, served on September 8, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the May 25, 2016 deposition transcript of Terry Eger.

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Cisco Systems. Inc. Fourth Set of Interrogatories (Nos. 17-21) to Defendant Arista Networks, Inc., served on March 21, 2016.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Arista Networks, Inc.'s Responses to Plaintiff Cisco Systems, Inc.'s Fourth Set of Interrogatories (Nos. 17-21), served on May 9, 2016.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Defendant Arista Networks, Inc.'s Supplemental Responses to Plaintiff Cisco Systems, Inc.'s First, Third, and Fourth Set of Interrogatories (Nos. 10-12, 13, 15-18, and 21), served on May 27, 2016.

8. Attached hereto as Exhibit 6 is a true and correct copy of Defendant Arista Networks, Inc.'s Sixth Supplemental Initial Disclosures, served on August 1, 2016.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the July 13, 2016 Rebuttal Expert Report and Disclosure of Cate M. Elsten.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the July 13, 2016 Rebuttal Expert Report and Disclosure of Cate M. Elsten.

1    11.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the April 5, 2016 deposition transcript of Mark Edward Berly.

12.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the February 25, 2016 deposition transcript of Jayshree Ullal.

13.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the June 17, 2016 Rebuttal Expert Report of John R. Black, Jr.

14.    Attached hereto as Exhibit 12 is a true and correct copy of Defendant Arista Networks, Inc.'s Objections and Response to Plaintiff Cisco Systems, Inc.'s Rule 30(b)(6) Notice of Deposition, served on March 14, 2016.

15.    Attached hereto as Exhibit 13 is a true and correct copy of a May 3, 2016 email from Elizabeth McCloskey regarding designating Anshul Sadana as a 30(b)(6) witness.

16.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the May 26, 2016 deposition transcript of Anshul Sadana.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Redwood Shores, California, on September 16, 2016.

                                                  */s/ Sara E. Jenkins*
                                                  Sara E. Jenkins

**SIGNATURE ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of registered ECF user Sara E. Jenkins.

Dated: September 16, 2016              */s/ John M. Neukom*
                                       John M. Neukom