# EXHIBIT 1

| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>BRIAN L. FERRALL - # 160847<br>DAVID SILBERT - # 173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**ARISTA'S WITNESS LIST**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

# WITNESS LIST

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, and Judge Freeman's Jury Pretrial Standing Order, Arista Networks, Inc. ("Arista") hereby discloses the following witnesses for the trial of this matter. These disclosures are made based on information that is reasonably available to Arista at this time and at this stage of the proceedings. Further investigation and analysis may yield additional information. As additional information becomes available, Arista reserves the right to supplement, revise, correct, clarify or otherwise amend these disclosures.

These disclosures are made without waiver of and without prejudice to any objections Arista may have regarding the subject matter of these disclosures or individuals identified herein. Arista reserves all such objections.

## WITNESSES ARISTA EXPECTS TO CALL

Arista presently expects to present the following witnesses at the trial of this matter, subject to Arista's right to modify this list according to the developments in the case and rulings of the Court.

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| 1 | Andy Bechtolsheim | Founding of Arista; Arista hardware design; fair use; asserted CLI elements; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 2 | Jeff Birnbaum | Knowledge relevant to damages. Customer preferences and uses of networking equipment and CLI. | | |
| 3 | Dr. John Black | Dr. Black is an expert retained by Arista. He will testify on the matters disclosed in his expert reports, including copyright non-infringement; non-copyrightability of asserted elements; fair use; copyright misuse. | | |
| 4 | John Chambers | Relevant market conditions; Cisco competition with Arista; fair use; copyright misuse; estoppel. | | |

| | | | | |
|---|---|---|---|---|
| | | Documents on the exhibit list that were either authored or received by him. | | |
| 5 | Mark Chandler | Relevant market conditions; Cisco competition with Arista; fair use; copyright misuse; estoppel. Documents on the exhibit list that were either authored or received by him. | | |
| 6 | Dr. Jeffrey Chase | Dr. Chase is an expert retained by Arista.  He will testify on the matters disclosed in his expert report, including patent non-infringement. | | |
| 7 | Dr. Douglas Clark | Dr. Clark is an expert retained by Arista.  He will testify on the matters disclosed in his expert reports, including patent invalidity. | | |
| 8 | Ken Duda | Founding of Arista; development of EOS; accused CLI elements; fair use; estoppel; copyright misuse. Documents on the exhibit list that were either authored or received by him. | | |
| 9 | Cate Elsten | Ms. Elsten is an expert retained by Arista.  She will testify on the matters disclosed in her expert reports, including copyright and patent damages and disgorgement. | | |
| 10 | Anthony Li | Asserted CLI elements; fair use; estoppel; copyright misuse. Documents on the exhibit list that were either authored or received by him. | | |
| 11 | Anshul Sadana | Competition with Cisco; relevant market conditions; asserted CLI elements; damages issues; fair use; estoppel; copyright misuse. Documents on the exhibit list that were either authored or received by him. | | |
| 12 | William Seifert | Mr. Seifert is an expert retained by Arista.  He will testify on the matters disclosed in his expert report, including relevant market | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | conditions; asserted CLI elements; fair use; estoppel; copyright misuse. | | |
| 13 | Adam Sweeney | Development of EOS; accused and asserted CLI elements; fair use; patent non-infringement; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 14 | Jayshree Ullal | Competition with Cisco; relevant market conditions; asserted CLI elements; damages issues; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by her. | | |
| 15 | Michael Volpi | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. | | |

## WITNESSES ARISTA MAY CALL

Arista may call the following witnesses at the trial of this matter, subject to Arista's right to modify this list according to the developments in the case and rulings of the Court.

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| 1 | Cisco's Rule 30(b)(6) corporate designees | Cisco's Rule 30(b)(6) corporate designees may be called to testify to the topics testified to in their depositions. | | |
| 2 | Beecher Adams | Topics testified to as Cisco's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | |
| 3 | Rhonda Andrew | Publicly-found "Cisco Confidential" documents. Chart re copyright presumptions; certified copies of copyright office records. | | |
| 4 | Prakash Bettadapur | The Patents-in-Suit and issues relating thereto. Topics testified to as Cisco's Rule 30(b)(6) corporate designee; authenticity and/or business records status of | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| 5 | Johan Bevemyr | Topics testified to as Cisco's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | |
| 6 | Mark Berly | Knowledge relevant to damages; customer preferences and uses of networking equipment and CLI. Competition with Cisco; relevant market conditions.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 7 | Leo Boulton | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 8 | Luca Cafiero | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 9 | Gavin Cato | Topics testified to as Dell's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | |
| 10 | Linda Chao | License agreement executed between Stanford and Cisco in or around 1987, including all amendments thereto; authenticity and/or business records status of documents on exhibit list. | | |
| 11 | Lincoln Dale | Development of EOS; accused and asserted CLI elements; fair use; estoppel; copyright misuse. | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
|  |  | Documents on the exhibit list that were either authored or received by him. |  |  |
| 12 | Terry Eger | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses. Development of IOS. Cisco's marketing and sales of its products.<br><br>Documents on the exhibit list that were either authored or received by him. |  |  |
| 13 | Mark Foss | Arista's marketing and sales of its products, and Cisco's marketing and sales of its products.<br><br>Documents on the exhibit list that were either authored or received by him. |  |  |
| 14 | Charles Giancarlo | Knowledge relevant to Arista's estoppel, laches, fair use, and misuse defenses.<br><br>Documents on the exhibit list that were either authored or received by him. |  |  |
| 15 | Douglas Gourlay | Development, structure, operation, and/or characteristics of Arista's products including its EOS and use of CLI commands. Arista's relationship with customers and potential customers. Cisco's conduct with respect to its CLI.<br><br>Documents on the exhibit list that were either authored or received by him. |  |  |
| 16 | Sean Hafeez | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. Cisco competition with Arista. Cisco's relationship with customers and potential customers.<br><br>Documents on the exhibit list |  |  |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|-----|---------|------------------------------|------------------|------------------------|
|     |         | that were either authored or received by him. | | |
| 17  | John Hartingh | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 18  | Dave Heyman | Arista's customer support and documentation.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 19  | Hugh Holbrook | Development of EOS; accused CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 20  | Martin Hull | Development of EOS; accused CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 21  | Soni Jiandani | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; relevant market conditions; Cisco competition with Arista.<br><br>Documents on the exhibit list that were either authored or received by her. | | |
| 22  | Philip Kasten | Topics testified to as Juniper's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | |
| 23  | Pradeep Kathail | Knowledge relevant to Arista's estoppel, laches, fair | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | use and misuse defenses and damages; Cisco's Tail-f products.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 24 | Ram Kavasseri | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 25 | Tong Liu | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 26 | Kirk Lougheed | Asserted CLI elements; fair use; estoppel; copyright misuse; Cisco's dispute with Stanford.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 27 | Deepak Malik | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco competition with Arista.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 28 | Kevin McCabe | Knowledge relevant to Arista's estoppel, fair use and misuse defenses and damages. Arista's marketing and sales of its products, and Cisco's marketing and sales of its products.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 29 | Carl Moberg | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | damages; Cisco's Tail-f products. Documents on the exhibit list that were either authored or received by him. | | |
| 30 | Paul Mustoe | The Patents-in-Suit and issues relating thereto. Topics testified to as Cisco's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | |
| 31 | Cesar Obediente | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco competition with Arista. Documents on the exhibit list that were either authored or received by him. | | |
| 32 | Devadas Patil | Asserted CLI elements; fair use; estoppel; copyright misuse. Documents on the exhibit list that were either authored or received by him. | | |
| 33 | Andre Pech | Development, structure, operation, and/or characteristics of Arista's products, including its Extensible Operating System and use of CLI commands. Documents on the exhibit list that were either authored or received by him. | | |
| 34 | Andrew Pletcher | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco competition with Arista. Documents on the exhibit list that were either authored or received by him. | | |
| 35 | Ariff Premji | Knowledge relevant to damages; customer preferences and uses of | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | networking equipment and CLI.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 36 | Philip Remaker | Development of Cisco CLI. Also knowledgeable about Arista's fair use and misuse defenses.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 37 | Abhay Roy | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 38 | Greg Satz | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 39 | Philip Shafer | Topics testified to as Juniper's Rule 30(b)(6) corporate designee.<br><br>Documents on the exhibit list that were either authored or received by Juniper. | | |
| 40 | Terry Slattery | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 41 | Mark Smith | Relevant market conditions; asserted CLI elements; damages issues, including information concerning Arista's customers; fair use; estoppel; copyright misuse. | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | Documents on the exhibit list that were either authored or received by him. | | |
| 42 | David Sollender | Arista's documentation.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 43 | Chris Summers | Knowledge relevant to damages; customer preferences and uses of networking equipment and CLI.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 44 | Jung Tjong | The Patents-in-Suit and issues relating thereto.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 45 | Balaji Venkatraman | Hewlett-Packard's Rule 30(b)(6) corporate designee may be called to testify to the topics testified to in their depositions. | | |
| 46 | Jeffrey Wheeler | The Patents-in-Suit and issues relating thereto.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 47 | Chris Wilson | Knowledge relevant to damages.  Customer preferences and uses of networking equipment and CLI.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 48 | Document custodian(s) from Avaya, Inc. | Avaya's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 49 | Document custodian(s) from | Brocade's custodian of records may be called to testify as to the authenticity | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | Brocade Communications Systems, Inc. | and/or business records status of documents on exhibit list. | | |
| 50 | Document custodian(s) from Cisco | Cisco's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 51 | Document custodian(s) from Dell Inc. | Dell's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 52 | Document custodian(s) from D-Link | D-Link's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 53 | Document custodian(s) from Edgecore USA Corporation | Edgecore's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 54 | Document custodian(s) from Extreme USA Corporation | Extreme's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 55 | Document custodian(s) from Hewlett-Packard Enterprise | Hewlett-Packard's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 56 | Document custodian(s) from Juniper Networks, Inc. | Juniper's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 57 | Document custodian(s) from Lenovo | Lenovo's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 58 | Document custodian(s) from Nortel | Nortel's custodian of records may be called to testify as to the authenticity and/or | | |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | business records status of documents on exhibit list. | | |
| 59 | Document custodian(s) from Stanford | Stanford's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | |

In addition to the witnesses identified above, Arista reserves the right to call any witness identified on Cisco's witness list. Arista will counter-designate testimony of various witnesses designated by Cisco pursuant to Judge Freeman's Jury Pretrial Standing Order. Should Cisco introduce any deposition testimony it has designated for witnesses not at trial, Arista reserves the right, in rebuttal, to introduce the testimony it has counter-designated.


Dated: September 7, 2016                    KEKER & VAN NEST LLP



                                            By:   */s/ Robert A. Van Nest*
                                                  ROBERT A. VAN NEST


                                            Attorneys for Defendant
                                            ARISTA NETWORKS, INC.