# EXHIBIT 13

| | |
|---|---|
| **From:** | Elizabeth K. McCloskey <EMcCloskey@kvn.com> |
| **Sent:** | Tuesday, May 03, 2016 10:51 PM |
| **To:** | Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) |
| **Cc:** | ARISTA-KVN |
| **Subject:** | Cisco v. Arista |

Counsel,

Subject to its objections, Arista designates Anshul Sadana on Topics 13-16, 18-25, and 36 of Cisco's Rule 30(b)(6) Notice. Mr. Sadana is available to be deposed on those topics on May 25 and May 26.

Please confirm that Cisco will proceed with Mr. Sadana's deposition on the offered dates.

Thanks,
Lizzy

---

**Elizabeth K. McCloskey**
Attorney at Law

**KEKER & VAN NEST** LLP

415 676 2269 direct   |   vCard   |   emccloskey@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

1