| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny *(admitted pro hac vice)*<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**CERTIFICATE OF SERVICE** |

02099-00004/8382790.1

I, Sara E. Jenkins, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco").

2. On September 21, 2016, I caused the following documents to be served on counsel for interested parties via electronic mail to the addresses listed below: partially-redacted copies of excerpts of exhibit 5 to the Declaration of Sara E. Jenkins in Support of Cisco's Motions *in limine* and a copy of the Corrected Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to File under Seal Confidential Information in Cisco's Motions *in limine*. The documents were transmitted by electronic transmission in PDF format and such transmission was reported as complete and without error to the electronic mail addresses listed below:

> Hewlett Packard, c/o
> Covington & Burling LLP
> Thomas E. Garten
> 333 Twin Dolphon Drive, Suite 700
> Redwood Shores, California 94065
> (650) 632-4708
> tgarten@cov.com

3. On September 21, 2016, I caused the following documents to be served on counsel for interested parties via electronic mail to the addresses listed below: partially-redacted copies of excerpts of exhibit 5 to the Declaration of Sara E. Jenkins in Support of Cisco's Motions *in limine* and a copy of the Corrected Declaration of Sara E. Jenkins in Support of Cisco's Administrative Motion to File under Seal Confidential Information in Cisco's Motions *in limine*. The documents were transmitted by electronic transmission in PDF format and such transmission was reported as complete and without error to the electronic mail addresses listed below:

> Juniper Networks, c/o
> Irell & Manella LLP
> Joshua Glucoft
> 1800 Avenue of the Stars Suite 900
> Los Angeles, CA 90067-4276
> jglucoft@irell.com

4. On September 21, 2016, I caused the following documents to be served on counsel for interested parties via electronic mail to the addresses listed below: partially-redacted copies of

1  excerpts of exhibit 5 to the Declaration of Sara E. Jenkins in Support of Cisco's Motions *in limine*
2  and a copy of the Corrected Declaration of Sara E. Jenkins in Support of Cisco's Administrative
3  Motion to File under Seal Confidential Information in Cisco's Motions *in limine*.  The documents
4  were transmitted by electronic transmission in PDF format and such transmission was reported as
5  complete and without error to the electronic mail addresses listed below:

> Dell Inc.
> Farrell Braun & Martel LLP
> Roderick M. Thompson
> 235 Montgomery Street
> San Francisco, California 94105
> rthompson@fbm.com

10  I declare under penalty of perjury under the laws of the State of California that the
11  foregoing is true and correct, and that this declaration was executed in Redwood Shores,
12  California, on September 21, 2016.

> /s/ Sara E. Jenkins
> Sara E. Jenkins (Bar No.230097)

02099-00004/8382790.1

3
CERTIFICATE OF SERVICE
Case No. 5:14-cv-05344-BLF