KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**NOTICE OF PUBLIC FILING OF EXHIBITS PURSUANT TO COURT'S ORDER GRANTING IN PART THE PARTIES' MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF SUMMARY JUDGMENT MOTIONS [RE ECF 328]**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

Pursuant to the Order Granting in Part Motions to Seal (ECF 520), Arista hereby files publicly Attachments 1-14 to this Notice of Public Filing, which correspond to the appropriate documents or portions of documents the Court ordered be filed publicly in connection with Arista's administrative motion to seal (ECF 328-3 through 328-19).

| Original ECF | Document | Attachment |
|---|---|---|
| 328-3 | Exhibit 1 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Rebuttal Expert Report of Judith A. Chevalier, served June 17, 2016). | 1 |
| 328-4 | Exhibit 2 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Opening Expert Report of Kevin Almeroth Regarding Copying, Submitted on Behalf of Cisco Systems, served June 3, 2016). | 2 |
| 328-5 | Exhibit 3 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Cisco's Supplemental Responses to Defendants Arista Networks, Interrogatory No. 2, dated May 27, 2016). | 3 |
| 328-6 | Exhibit 7 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Rebuttal Expert Report of Kevin Almeroth Submitted on Behalf of Cisco Systems, served June 17, 2016). | 4 |
| 328-7 | Exhibit 8 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Amended Exhibit D26 to Cisco's Response to Arista's Interrogatory No. 16, dated October 14, 2015). | 5 |
| 328-8 | Exhibit 9 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Exhibit 4 to the Opening Expert Report of Kevin Almeroth regarding Copying Submitted on Behalf of Cisco Systems, served June 3, 2016). | 6 |
| 328-9 | Exhibit 10 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Deposition Transcript of Kirk Lougheed, taken April 4, 2016 – Volume 2). | 7 |
| 328-10 | Exhibit 11 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Deposition Transcript of Kirk Lougheed, taken November 20, 2015 – Volume 1). | 8 |
| 328-11 | Exhibit 16 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Deposition Transcript of Phillip Remaker, taken March 31, 2015 – Volume 2). | 9 |
| 328-13 | Exhibit 18 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Opening Expert Report of John R. Black Jr., served June 3, 2016). | 10 |

| Original ECF | Document | Attachment |
|---|---|---|
| 328-14 | Exhibit 19 (Part 1) to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Compilation of deposition transcript excerpts of Ramanathan Kavasseri, taken February 23, 2016; Anthony Li, taken February 1, 2016; Tong Liu, taken January 15, 2016; Kirk Lougheed, taken November 20, 2015; Kirk Lougheed, taken April 4, 2016; Devadas Patil, taken February 21, 2016; Abhay Roy, taken December 18, 2015; and Greg Satz, taken March 23, 2016; including Exhibits 1374 and 1375 to the deposition of Kevin Jeffay). | 11-1 |
| 328-15 | Exhibit 19 (Part 2) to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Compilation of deposition transcript excerpts of Ramanathan Kavasseri, taken February 23, 2016; Anthony Li, taken February 1, 2016; Tong Liu, taken January 15, 2016; Kirk Lougheed, taken November 20, 2015; Kirk Lougheed, taken April 4, 2016; Devadas Patil, taken February 21, 2016; Abhay Roy, taken December 18, 2015; and Greg Satz, taken March 23, 2016; including Exhibits 1374 and 1375 to the deposition of Kevin Jeffay). | 11-2 |
| 328-16 | Exhibit 19 (Part 3) to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Compilation of deposition transcript excerpts of Ramanathan Kavasseri, taken February 23, 2016; Anthony Li, taken February 1, 2016; Tong Liu, taken January 15, 2016; Kirk Lougheed, taken November 20, 2015; Kirk Lougheed, taken April 4, 2016; Devadas Patil, taken February 21, 2016; Abhay Roy, taken December 18, 2015; and Greg Satz, taken March 23, 2016; including Exhibits 1374 and 1375 to the deposition of Kevin Jeffay). | 11-3 |
| 328-17 | Exhibit 22 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Rough Deposition Transcript of Kevin Almeroth, taken June 28, 2016). | 12 |
| 328-18 | Exhibit 23 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Deposition Transcript of Anthony J. Li, taken February 1, 2016). | 13 |
| 328-19 | Exhibit 24 to the Declaration of Eduardo Santacana in Support of Arista's Motion for Partial Summary Judgment (Excerpts of the Deposition Transcript of Greg Satz, taken March 23, 2016). | 14 |

Dated: September 26, 2016                KEKER & VAN NEST LLP

By:   */s/ Brian L. Ferrall*
ROBERT A. VAN NEST
BRIAN L. FERRALL
DAVID SILBERT
MICHAEL S. KWUN

Attorneys for Defendant
ARISTA NETWORKS, INC.