# ATTACHMENT 3

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO.  5:14-cv-05344-BLF <br><br> **PLAINTIFF CISCO SYSTEMS, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT ARISTA NETWORKS, INC.'S INTERROGATORY NOS. 2-10** |

1    Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Cisco

2  Systems, Inc. ("Cisco"), by counsel, hereby provides the following supplemental objections and

3  responses to Defendant Arista Networks, Inc.'s ("Arista's") Interrogatory Nos. 2-10 (the

4  "Interrogatories").

5                              **GENERAL OBJECTIONS**

6    Cisco makes the following general objections to Arista's Interrogatories, which apply to

7  each interrogatory regardless of whether the general objections are specifically incorporated into

8  the specific objections and responses below.

9    1.    Cisco is responding to each interrogatory as it interprets and understands each

10  interrogatory with respect to the issues in this Litigation.  If Arista asserts a different interpretation

11  of any interrogatory, Cisco reserves the right to supplement or amend its responses or objections.

12    2.    Cisco objects to each interrogatory to the extent it is inconsistent with or seeks to

13  impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Civil and

14  Patent Local Rules of the Northern District of California, and any orders governing this Litigation.

15    3.    Cisco objects to the definitions of "Cisco," "You," and "Your," to the extent that

16  the definitions are overly broad and purport to require Cisco to provide information that is not

17  within the possession, custody, or control of Cisco.

18    4.    Cisco objects to Arista's definition of "Asserted Patents" and "Asserted Claim" to

19  the extent that Arista's use of those terms in its interrogatories to Cisco renders certain of Arista's

20  Interrogatories as constituting multiple discrete subparts that are in fact multiple, separate

21  interrogatories.

22    5.    Cisco objects to the definitions of "CLI Command" and "Network Management

23  Product" to the extent that these terms are vague and ambiguous with respect to their scope and

24  application as used by Arista, rendering these terms at least potentially unclear with respect to

25  what particular devices are intended to be incorporated thereby, and further on the grounds that

26  use of the terms in Arista's Interrogatories renders those interrogatories overbroad and unduly

27  burdensome to the extent that the discovery sought by such interrogatories is not reasonably tied to

28  Cisco's claims or Arista's defenses in this Litigation.  Cisco further objects to the use of these

terms in Arista's Interrogatories to the extent that such interrogatories are not reasonably calculated to lead to the discovery of admissible evidence.

6.      Cisco objects to the definition of "Relating to" as vague and ambiguous and overly broad, unduly burdensome, and further to the extent that interrogatories using such terms are not reasonably calculated to lead to the discovery of admissible evidence.

7.      Cisco objects to the definition of "Identify" and the instructions set out in Paragraphs 10–12 as overly broad, unduly burdensome, and further to the extent that interrogatories using such terms are not reasonably calculated to lead to the discovery of admissible evidence.  Cisco further objects to these definitions and instructions to the extent that the burden of deriving or ascertaining the requested information is substantially the same for Arista as it is for Cisco.

8.      Cisco objects to each and every interrogatory as overly broad, unduly burdensome, cumulative, and duplicative to the extent it seeks identification of "any," "each," or "all" documents of a specified type or nature, when a subset of such documents will provide the requested information.  Cisco objects generally to each and every interrogatory as overly broad, vague and ambiguous, and not reasonably calculated to lead to the discovery of admissible evidence, to the extent that it seeks information regarding "any," "each," or "all" persons, entities, objects, or events.

9.      Cisco objects to the "Definitions" and "Instructions" of the Interrogatories to the extent they alter the plain meaning of any specific interrogatory and render the interrogatory vague, ambiguous, and overbroad.

10.     Cisco objects to each interrogatory to the extent that it is unlimited in temporal and/or geographic scope, or to the extent it would require Cisco to provide information or documents in violation of an applicable foreign law or regulation.

11.     Cisco objects to each interrogatory to the extent that it is overbroad, unduly burdensome, and/or calls for provision of information or documents that are neither relevant to any claim or defense in this litigation nor reasonably likely to lead to the discovery of admissible evidence.

12.     Cisco objects to each interrogatory to the extent that it calls for production of information or documents that are not within the possession, custody, or control of Cisco, or to the extent the interrogatory seeks information that may not be disclosed pursuant to a protective order or non-disclosure agreement, or calls for Cisco to prepare documents and/or things that do not already exist.

13.     Cisco objects to each interrogatory to the extent that it calls for production of information or documents that are publicly available or equally available to Arista, and therefore are of no greater burden for Arista to obtain than for Cisco to obtain.

14.     Cisco objects to each interrogatory as overbroad and unduly burdensome to the extent that it is not limited to a time frame relevant to this Litigation or seeks information or documents not within the applicable scope of this Litigation.

15.     Cisco objects to each interrogatory to the extent it seeks information or documents that Cisco is not permitted to disclose pursuant to confidentiality obligations to third parties or court order.  Cisco will provide such responsive, relevant, and non-privileged information and/or produce documents in accordance with the Protective Order governing this Litigation and after complying with its obligations to the third party and/or court.

16.     Cisco objects to each interrogatory to the extent it seeks information, documents, and/or things protected from disclosure by the attorney-client privilege, work-product doctrine, common-interest privilege, and/or any other applicable privilege, immunity, doctrine, or protection, including without limitation in connection with the common interest doctrine (collectively, as used herein, "privileged").  Nothing contained in these objections and responses should be considered a waiver of any attorney-client privilege, work-product protection, or any other applicable privilege or doctrine, including in connection with the common interest doctrine. Cisco does not intend to provide information or produce documents that would divulge any privileged information.  Any such disclosure is inadvertent and shall not be deemed a waiver of any applicable privilege or immunity.

17.     Cisco objects to Arista's Interrogatories to the extent that their subparts exceed the number of interrogatories permitted under the Federal Rules of Civil Procedure, including Rule

1   of admissible evidence to the extent it calls for evidence pertaining to specific similarities between

2   Cisco's copyrighted works and Arista's accused products.  Cisco further objects to this

3   interrogatory to the extent that it calls for information that is publicly available, equally available

4   to Arista, and/or in Arista's control, and therefore is of no greater burden for Arista to obtain than

5   for Cisco to obtain.  Cisco further objects to this interrogatory as compound.  Cisco also objects to

6   this interrogatory as undefined, vague, ambiguous, overbroad, and unduly burdensome in its use of

7   the terms "with specificity," "every similarity," "why Cisco contends that the source material is

8   protected by copyright."  Cisco further objects to this interrogatory as premature contention

9   discovery, especially in light of Arista's failure to produce information regarding its accused

10  products, including source code.  Cisco further objects to this interrogatory on the grounds that it

11  prematurely seeks expert testimony.  Cisco further objects to this interrogatory to the extent it

12  seeks information that is protected by the attorney-client privilege, that constitutes attorney work-

13  product, or that is protected by any other applicable privilege, protection, or immunity, including

14  without limitation in connection with the common interest doctrine.

15      Subject to and without waiver of its general and specific objections, Cisco incorporates by

16  reference, as if fully set forth herein, its operative complaint and all documents cited therein,

17  including Cisco's copyright registrations as well as any subsequent amendments thereto.  Cisco

18  further responds, pursuant to Fed. R. Civ. P. 33(d), that Cisco will produce documents containing

19  information responsive to this interrogatory, which information may be obtained from the

20  documents by Arista as easily as by Cisco.

21      In addition to the examples set forth in Exhibits 1 and 2 to Cisco's operative complaint,

22  Cisco identifies in Exhibit A similarities between Cisco's copyrighted works and Arista products.

23  Each of the Cisco works cited in Exhibit A is protected by copyright because each of these works

24  constitutes an original work of authorship fixed in a tangible medium of expression.  Each Cisco

25  work in Exhibit A contains expressive content, which is the subject of copyright protection.

26  Further, each Cisco document cited in Exhibit A was first published in the United States and was

27  authored by at least one author who is a national or domiciliary of the United States.  *See, e.g.,*

28  Cisco copyright registrations attached to Cisco's operative complaint. Cisco has complied with all

applicable statutory formalities related to these copyrighted works.  Additionally, because many of the Cisco works cited in Exhibit A were deposited with copyright registrations within five years of publication, the certificate of registration for these documents constitutes prima facie evidence of the validity of the underlying copyrights.  *See, e.g.,* Cisco copyright registrations attached to Cisco's operative complaint.  For the remainder of the Cisco works cited in Exhibit A, the copyright registration certificates constitute evidence of the validity of Cisco's copyrights.

Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further supplement this response in light of facts learned during discovery, including information regarding Arista's accused products and expert discovery.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The similarity between Cisco's copyrighted works and Arista's accused products is also evidenced by Arista's copying of numerous multi-word command expressions from Cisco's copyrighted works.  Each of those command expressions identified by Cisco in its copyrighted works represents an original, creative expression.  Attached as Exhibit B is a more comprehensive listing of the multiword command expressions from Cisco's copyrighted works that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these protected elements.

Arista also has copied Cisco's copyrighted command hierarchies.  The organization of Cisco's command expressions represents an original, creative contribution to Cisco's copyrighted works.  Because Cisco's command expressions are organized hierarchically, the copying of Cisco's command expressions, described in Exhibit B, itself reflects Arista's copying of Cisco's command hierarchies.

Arista has also copied Cisco's command modes and prompts, which also represent original and creative contributions to Cisco's copyrighted works.  For example, Cisco's copyrighted works include "EXEC," "Privileged EXEC," "Global configuration," and "Interface configuration"

1 | modes, the names of which are duplicated in Arista's infringing products, using substantially

2 | similar prompts. Attached as Exhibit C is a more comprehensive listing of the command modes

3 | and prompts from Cisco's copyrighted works that were copied by Arista, as well as the version(s)

4 | of Arista's infringing works that contain these protected elements.

5 |        Because the burden of finding each of these command expressions, command hierarchies,

6 | and command modes and prompts in the copyrighted works and the infringing works is the same

7 | for Arista as it is for Cisco, pursuant to Fed. R. Civ. P. 33(d), Cisco identifies the following

8 | documents as containing responsive information:

9 |        IOS v. 11.0: Source Code, CSI-CLI-00403865.

10 |        IOS v. 11.1: Source Code, CSI-CLI-00403866.

11 |        IOS v. 11.2: Source Code, CSI-CLI-00403867.

12 |        IOS v. 11.3: Source Code, CSI-CLI-00403868.

13 |        IOS v. 12.0: Source Code, CSI-CLI-00403869.

14 |        IOS v. 12.1: Source Code, CSI-CLI-00403870.

15 |        IOS v. 12.2: Source Code, CSI-CLI-00403871.

16 |        IOS v. 12.3: Source Code, CSI-CLI-00403872, CSI-CLI-00403874.

17 |        IOS v. 12.4: Source Code, CSI-CLI-00403873.

18 |        IOS v. 15.0: Source Code, CSI-CLI-00054598 – CSI-CLI-00074027, CSI-CLI-00216957 –

19 | CSI-CLI-00217612, CSI-CLI-00223197 – CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-

20 | 00226709, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00271385 – CSI-CLI-00271914,

21 | CSI-CLI-00274107 – CSI-CLI-00274387, CSI-CLI-00275376 – CSI-CLI-00276837, CSI-CLI-

22 | 00314732 – CSI-CLI-00314943, CSI-CLI-00316210 – CSI-CLI-00317412, CSI-CLI-00317634 –

23 | CSI-CLI-00317847, CSI-CLI-00318351 – CSI-CLI-00318532, CSI-CLI-00319252 – CSI-CLI-

24 | 00321189, CSI-CLI-00324036 – CSI-CLI-00324389, CSI-CLI-00325497 – CSI-CLI-00325713,

25 | CSI-CLI-00332893 – CSI-CLI-00345450, CSI-CLI-00348572 – CSI-CLI-00348689, CSI-CLI-

26 | 00350066 – CSI-CLI-00351948.

27 |        IOS v. 15.1: Source Code, CSI-CLI-00034689 – CSI-CLI-00054565, CSI-CLI-00223197 –

28 | CSI-CLI-00224078, CSI-CLI-00226300 – CSI-CLI-00226414, CSI-CLI-00226710 – CSI-CLI-

1  00227953, CSI-CLI-00267773 – CSI-CLI-00268938, CSI-CLI-00314422 – CSI-CLI-00314731,

2  CSI-CLI-00314944 – CSI-CLI-00316209, CSI-CLI-00317413 – CSI-CLI-00317633, CSI-CLI-

3  00317848 – CSI-CLI-00318350, CSI-CLI-00318533 – CSI-CLI-00319251, CSI-CLI-00319765 –

4  CSI-CLI-00325376, CSI-CLI-00325497 – CSI-CLI-00325713, CSI-CLI-00333135 – CSI-CLI-

5  00333809, CSI-CLI-00337967 – CSI-CLI-00338200, CSI-CLI-00338481 – CSI-CLI-00338696,

6  CSI-CLI-00338941 – CSI-CLI-00339290, CSI-CLI-00345451 – CSI-CLI-00354832.

7        IOS v. 15.2: Source Code, CSI-CLI-00024968 – CSI-CLI-00034688, CSI-CLI-00074028 –

8  CSI-CLI-00074113, CSI-CLI-00091773 – CSI-CLI-00091888, CSI-CLI-00098678 – CSI-CLI-

9  00099910, CSI-CLI-00101493 – CSI-CLI-00101653, CSI-CLI-00102320 – CSI-CLI-00102428,

10  CSI-CLI-00102615 – CSI-CLI-00102827, CSI-CLI-00104206 – CSI-CLI-00104306, CSI-CLI-

11  00105599 – CSI-CLI-00105706, CSI-CLI-00106165 – CSI-CLI-00106403, CSI-CLI-00107100 –

12  CSI-CLI-00107198, CSI-CLI-00108121 – CSI-CLI-00110637, CSI-CLI-00142102 – CSI-CLI-

13  142151, CSI-CLI-00145892 – CSI-CLI-00145912, CSI-CLI-00146305 – CSI-CLI-00146361,

14  CSI-CLI-00146494 – CSI-CLI-00146672, CSI-CLI-00150117 – CSI-CLI-00150301, CSI-CLI-

15  00151700 – CSI-CLI-00151794, CSI-CLI-00153045 – CSI-CLI-00154056, CSI-CLI-00154957 –

16  CSI-CLI-00154967, CSI-CLI-00161254 – CSI-CLI-00161264, CSI-CLI-00162423 – CSI-CLI-

17  00162433, CSI-CLI-00162764 – CSI-CLI-00163054, CSI-CLI-00163297 – CSI-CLI-00163575,

18  CSI-CLI-00163892 – CSI-CLI-00163997, CSI-CLI-00167730 – CSI-CLI-00168576, CSI-CLI-

19  00168785 – CSI-CLI-00170897, CSI-CLI-00171210 – CSI-CLI-00171263, CSI-CLI-00173118 –

20  CSI-CLI-00173146, CSI-CLI-00227954 – CSI-CLI-00228224, CSI-CLI-00236536 – CSI-CLI-

21  00237167, CSI-CLI-00237495 – CSI-CLI-00239781, CSI-CLI-00241096 – CSI-CLI-00248137,

22  CSI-CLI-00276838 – CSI-CLI-00288213, CSI-CLI-00288322 – CSI-CLI-00289855, CSI-CLI-

23  00292982 – CSI-CLI-00294561.

24        IOS v. 15.4: Source Code, CSI-CLI-00074114 – CSI-CLI-00091772, CSI-CLI-00091889 –

25  CSI-CLI-00098677, CSI-CLI-00217613 – CSI-CLI-00223196 – CSI-CLI-00224078,  CSI-CLI-

26  00224079 – CSI-CLI-00226299, CSI-CLI-00276838 – CSI-CLI-00277169, CSI-CLI-00289856 –

27  CSI-CLI-00310345, CSI-CLI-00325714 – CSI-CLI-00332892.

28        IOS XR v. 3.0: Source Code, CSI-CLI-00359263 – CSI-CLI-00362850.

CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

1    IOS XR v. 3.2: Source Code, CSI-CLI-00362851 – CSI-CLI-00370474.

2    IOS XR v. 3.3: Source Code, CSI-CLI-00370475 – CSI-CLI-00380671.

3    IOS XR v. 3.4: Source Code, CSI-CLI-00380672 – CSI-CLI-00389727.

4    IOS XR v. 3.5: Source Code, CSI-CLI-00389728 – CSI-CLI-00403864.

5    IOS XR v. 4.3: Source Code, CSI-CLI-00099911 – CSI-CLI-00101492, CSI-CLI-
6    00101654 – CSI-CLI-00102319, CSI-CLI-00102429 – CSI-CLI-00102614, CSI-CLI-00102828 –
7    CSI-CLI-00104205, CSI-CLI-00104307 – CSI-CLI-00105598, CSI-CLI-00105707 – CSI-CLI-
8    00106164, CSI-CLI-00106404 – CSI-CLI-00107099, CSI-CLI-00107199 – CSI-CLI-00108120,
9    CSI-CLI-00102732 – CSI-CLI-00127155, CSI-CLI-00137956 – CSI-CLI-00142101, CSI-CLI-
10   00142214 - CSI-CLI-00142101 – CSI-CLI-00143091, CSI-CLI-00143160 – CSI-CLI-00145891,
11   CSI-CLI-00145913 – CSI-CLI-00146304, CSI-CLI-00146362 – CSI-CLI-00146493, CSI-CLI-
12   00146673 – CSI-CLI-00150166, CSI-CLI-00150302 – CSI-CLI-00151699, CSI-CLI-00151795 –
13   CSI-CLI-00153044, CSI-CLI-00154057 – CSI-CLI-00154956, CSI-CLI-00154968 – CSI-CLI-
14   00161253, CSI-CLI-00161265 – CSI-CLI-00162422, CSI-CLI-00162434 – CSI-CLI-00162763,
15   CSI-CLI-00163998 – CSI-CLI-00167729, CSI-CLI-00168577 – CSI-CLI-00168784, CSI-CLI-
16   00170898 – CSI-CLI-00171209, CSI-CLI-00171264 – CSI-CLI-00173117, CSI-CLI-00173147 –
17   CSI-CLI-00173412.

18   IOS XR v. 5.2: Source Code, CSI-CLI-00110638 – CSI-CLI-00123731, CSI-CLI-
19   00127156 – CSI-CLI-00137955, CSI-CLI-00142152 – CSI-CLI-00142213, CSI-CLI-00143092 –
20   CSI-CLI-00143159, CSI-CLI-00163055 – CSI-CLI-00163296, CSI-CLI-00163576 – CSI-CLI-
21   00163891, CSI-CLI-00189310 – CSI-CLI-00191711.

22   IOS XE v. 2.1: Source Code, CSI-CLI-00229755 – CSI-CLI-00236535, CSI-CLI-
23   00268939 – CSI-CLI-00271384, CSI-CLI-00271915 – CSI-CLI-00274106, CSI-CLI-00274388 –
24   CSI-CLI-00276837, CSI-CLI-00313895 – CSI-CLI-00314421, CSI-CLI-00325377 – CSI-CLI-
25   00325496.

26   IOS XE v. 3.5: Source Code, CSI-CLI-00180764 – CSI-CLI-00189309, CSI-CLI-
27   00228225 – CSI-CLI-00229754, CSI-CLI-00236536 – CSI-CLI-00236768, CSI-CLI-00237168 –
28   CSI-CLI-00237494, CSI-CLI-00237785 – CSI-CLI-00237793, CSI-CLI-00239782 – CSI-CLI-

1   00241095, CSI-CLI-00248138 – CSI-CLI-00267772, CSI-CLI-00277170 – CSI-CLI-00277359,

2   CSI-CLI-00288214 – CSI-CLI-00288321, CSI-CLI-00288673 – CSI-CLI-00289121, CSI-CLI-

3   00310346 – CSI-CLI-00313894.

4        NX-OS v. 4.0: Source Code, CSI-CLI-00054566 – CSI-CLI-00054597, CSI-CLI-

5   00191712 – CSI-CLI-00192226, CSI-CLI-00202929 – CSI-CLI-00207082.

6        NX-OS v. 5.0: Source Code, CSI-CLI-00173413 – CSI-CLI-00176459, CSI-CLI-

7   00196923 – CSI-CLI-00197194, CSI-CLI-00197411 – CSI-CLI-00197600, CSI-CLI-00199585 –

8   CSI-CLI-00200362, CSI-CLI-00201361 – CSI-CLI-00201380, CSI-CLI-00201823 – CSI-CLI-

9   00201848, CSI-CLI-00207083 – CSI-CLI-00212262, CSI-CLI-00216926 – CSI-CLI-00216955.

10       NX-OS v. 5.2: Source Code, CSI-CLI-00176460 – CSI-CLI-00178217, CSI-CLI-

11  00196489 – CSI-CLI-00196922, CSI-CLI-00197195 – CSI-CLI-00197410, CSI-CLI-00197601 –

12  CSI-CLI-00199584, CSI-CLI-00200363 – CSI-CLI-00201360, CSI-CLI-00201381 – CSI-CLI-

13  00201822, CSI-CLI-00201849 – CSI-CLI-00202928.

14       NX-OS v. 6.2: Source Code, CSI-CLI-00178218 – CSI-CLI-00180763, CSI-CLI-

15  00192227 – CSI-CLI-00196488, CSI-CLI-00212263 – CSI-CLI-00216925.

16       EOS 4.0.1: Source Code, CSI-CLI-00007244 – CSI-CLI-00007472.

17       EOS 4.6.2: Source Code, CSI-CLI-00006858 – CSI-CLI-00007243.

18       EOS 4.10.0: Source Code, CSI-CLI-00007841 – CSI-CLI-00008984.

19       EOS 4.11.1.2: Source Code, CSI-CLI-00010517 – CSI-CLI-00011972.

20       EOS 4.12.4: Source Code, CSI-CLI-00014141 – CSI-CLI-00016000.

21       EOS 4.13.6F: Source Code, CSI-CLI-00016001 – CSI-CLI-00018140.

22       EOS 4.13.7M: Source Code, CSI-CLI-00011973 – CSI-CLI-00014140.

23       EOS 4.14.3F: Source Code, CSI-CLI-00018146 – CSI-CLI-00020377.

24       EOS 4.14.5F: Source Code, CSI-CLI-00000084 – CSI-CLI-00002331.

25       EOS 4.14.6M: Source Code, CSI-CLI-00004616 – CSI-CLI-00006857.

26       EOS 4.15.0F: Source Code, CSI-CLI-00002332 – CSI-CLI-00004615.

27       Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

28  supplement this response in light of facts learned during discovery, including information

1  regarding Arista's accused products (including source code and other non-public materials) and

2  expert discovery.

3

4  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

5          Subject to and without waiver of its general and specific objections, Cisco further responds

6  as follows:

7          Arista has copied Cisco's copyrighted command hierarchy and the structure, sequence and

8  organization of Cisco's command expressions.  Cisco's command expressions are organized

9  hierarchically such that certain groups and sub-groups of command expressions can be identified.

10  For example, paragraph 52 of Cisco's Second Amended Complaint for Copyright and Patent

11  Infringement (Dkt. 64) identify various command hierarchies (e.g., "aaa" command hierarchy,

12  "bgp" command hierarchy, "clear" command hierarchy, "dot1x" command hierarchy, "ip"

13  command hierarchy, "ipv6" command hierarchy, "neighbor" command hierarchy, "show"

14  command hierarchy, "snmp-server" command hierarchy, "spanning-tree" command hierarchy,

15  "vrrp" command hierarchy, and other command expressions and hierarchies).  Within a given

16  command hierarchy, all of the commands start with the same word; for example, all of the

17  commands within the "aaa" command hierarchy start with "aaa."  The Second Amended

18  Complaint further identifies sub-hierarchies within a command hierarchy (e.g., "ip dhcp" sub-

19  hierarchy, "ip igmp" sub-hierarchy, "ip msdp" sub-hierarchy, "ip ospf" sub-hierarchy, "ip pim"

20  sub-hierarchy, "ipv6 nd" sub-hierarchy, "ipv6 ospf" sub-hierarchy, "show interfaces" sub-

21  hierarchy, "show ipv6" sub-hierarchy).  Within a given command sub-hierarchy, all of the

22  commands start with the same two words; for example, all of the commands within the "ip dhcp"

23  sub-hierarchy start with "ip dhcp."  There can be further sub-hierarchies within a given sub-

24  hierarchy.  One way to demonstrate the hierarchy and organization of Cisco's command

25  expressions visually is through the use of a tree structure.  An example tree structure of a portion

26  of the "ip" command hierarchy is provided in Exhibit D.  Arista's copied commands are organized

27  into the same hierarchies and sub-hierarchies and have the same tree structure.

28

1    Arista also has copied Cisco's command responses and their organization.  Cisco's

2  command responses constitute original, creative contributions to Cisco's copyrighted works.

3  Attached as Exhibit E is a listing of some command responses from Cisco's copyrighted works

4  that were copied by Arista, as well as the version(s) of Arista's infringing works that contain these

5  protected elements.  In addition, Arista has copied the non-literal elements of Cisco's command

6  responses, including their structure, sequence and organization as also shown in Exhibit E.  The

7  command responses identified in Exhibit E are exemplary only, as Cisco's investigation is

8  ongoing.

9    Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

10  supplement this response in light of facts learned during discovery, including information

11  regarding Arista's accused products (including screenshots, source code and other non-public

12  materials) and expert discovery.

13

14  **THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

15    Subject to and without waiver of its general and specific objections, Cisco further responds

16  as follows:

17    Exhibit C to Cisco's Second Supplemental Response to Interrogatory No. 2 identifies

18  certain command modes and associated prompts that were created by Cisco and copied by Arista.

19  Arista's copying of command modes and prompts extends to interface-, feature-, protocol- and

20  other more specific command modes and submodes, with associated prompts.  Cisco's discovery

21  regarding those modes and submodes is ongoing, and Cisco reserves the right to supplement its

22  response in light of information learned subsequently from Arista's source code and/or operable

23  Arista devices, which Cisco requested on September 18, 2015 but Arista has not yet produced.

24    Attached hereto as Amended Exhibit D1-D26 are command hierarchies containing Cisco's

25  copyrighted command expressions that have been copied in whole or in part by Arista.  These

26  hierarchies are contained in Cisco's and Arista's respective product documentation and source

27  code.  The hierarchies contained in Amended Exhibit D1-D26 identify multi-word command

28  expressions that Arista has copied.  To the extent that Arista has utilized other command

1   expressions that fit within the identified hierarchies, copying of such expressions further

2   demonstrates copying of command hierarchies.  In addition, Arista's location of individual

3   command expressions within the same modes as those commands are located in Cisco's operating

4   systems (*e.g.*, the "enable" EXEC command in EOS and IOS) is further evidence of Arista's

5   copying of Cisco's command hierarchies.  Cisco's discovery regarding these command hierarchies

6   is ongoing, and Cisco reserves the right to supplement its response in light of information learned

7   subsequently from Arista's source code and/or operable Arista devices, which Cisco requested on

8   September 18, 2015 but Arista has not yet produced.

9          Exhibit E to Cisco's Second Supplemental Response to Arista's Interrogatory No. 2

10  included examples of Arista's copying of certain command outputs from Cisco's copyrighted

11  works.  Cisco's discovery regarding these command outputs is ongoing, and Cisco reserves the

12  right to supplement its response in light of information learned subsequently from Arista's source

13  code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

14         Cisco's discovery efforts in this case are ongoing, and Cisco reserves the right to further

15  supplement this response in light of facts learned during discovery, including information

16  regarding Arista's accused products (including source code and other non-public materials, as well

17  as operable Arista devices) and expert discovery, or any other reason for which supplementation is

18  permissible under the Federal Rules of Civil Procedure.

19

20  **FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

21         Subject to and without waiver of its general and specific objections, Cisco further responds

22  as follows:

23         In addition to the command outputs previously identified in Exhibit E to Cisco's response

24  to this interrogatory, Arista has copied the interactive "help" screens from Cisco's copyrighted

25  works.  For example, in response to the "help" command, both Cisco's and Arista's operating

26  systems display the following text, which was originally created by Cisco in version 9.21 of IOS:

27

28

```
Help may be requested at any point in a command by entering
a question mark '?'. If nothing matches, the help list will
be empty and you must back up until entering a '?' shows the
available options.
Two styles of help are provided:
1. Full help is available when you are ready to enter a
   command argument (e.g. 'show ?') and describes each possible
   argument.
2. Partial help is provided when an abbreviated argument is entered
   and you want to know what arguments match the input
   (e.g. 'show pr?'.)
```

Arista's copying of the help screen displays extends to the description of various command expressions. In both Cisco's CLI and Arista's CLI, users can type "?" to generate context-sensitive help, including a list of available commands and descriptions thereof. Arista has copied numerous examples of Cisco's original command expression descriptions (*e.g.*, explaining that the "enable" command will "Turn on privileged commands"). Cisco's discovery regarding these screen displays is ongoing, and Cisco reserves the right to supplement its response in light of information learned subsequently from Arista's source code and/or operable Arista devices, which Cisco has requested but Arista has not yet produced.

**FIFTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiver of its general and specific objections, Cisco further responds as follows:

The evidence of Arista's copyright infringement is pervasive. Arista's CEO has admitted and apologized for copying. CSI-CLI-00357842 at CSI-CLI-00357849. Arista's CTO has admitted (unapologetically) to copying Cisco "slavishly." Packet Pushers Clip (Audio File) (Duda Exh. 274). And numerous other Arista employees (including executives) have admitted that Arista intentionally copied Cisco. *E.g.*, ARISTANDCA11406349, ARISTANDCA10499890, ARISTANDCA10499890; ARISTANDCA10499890; *see also* additional documents listed below. In sum, the evidence of admitted copyright infringement by Arista is overwhelming. And, contrary to Arista's claim, Arista is not an "American success story." Arista created and then built its business around a corporate culture of copying others. And that corporate culture of copying was created and fostered by the highest ranking Arista executives and then executed by its

1  employees.

2            **HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

3            **HIGHLY CONFIDENTIAL—SOURCE CODE**

4            Further, Cisco also has discovered additional copying by Arista.  Arista has copied the

5  command descriptions (also known as "helpdesc") of various commands.  The number and extent

6  of the similarities between Cisco's command descriptions and Arista's command descriptions is

7  evidence that Arista intentionally copied and then incorporated these descriptions into its EOS

8  CLI, including its EOS source code.  The number and extent of the similarities is slavish copying,

9  not mere coincidence.  The copied command descriptions that Cisco has discovered and that

10  further evidence Arista's copyright infringement are listed in Exhibits G and H, which are

11  incorporated here by reference.

12            Moreover, there are uncanny similarities in the structure and organization of Arista's

13  source code that also evidence copying of Cisco's IOS copyrighted works.  For example:

14      •   The EOS code (like Cisco's IOS code) is specifically built and organized to understand

15          and respond to the 500+ multi-word command expressions as well as hierarchical modes

16          and sub-modes (*E.g.*, Mode Hierarchy:  Mode CliParser.py > ConfigModeBase

17          BasicCli.py  > GlobalConfigMode  BasicCli.py);

18      •   The EOS source code includes a parsing engine for analyzing entered commands for each

19          mode, and that parsing engine parses entered commands using rules in a unique structure

20          similar to Cisco's IOS parsing engine;

21      •   The EOS source code's use of tokens is similar to the EOL tokens used by some of Cisco's

22          parsers, suggesting another unique, structural and organizational similarity; and

23      •   Arista's CLI parser checks whether a given token is valid for a given command rule, which

24          also is similar to Cisco's IOS parsers.

25            **HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY**

26            **HIGHLY CONFIDENTIAL—SOURCE CODE**

27            Cisco identifies at least the following documents and testimony as containing responsive

28  information:

1

2                                        */s/ Sean S. Pak*

3                                        Kathleen Sullivan (SBN 242261)
                                         kathleensullivan@quinnemanuel.com
4                                        QUINN EMANUEL URQUHART &
                                         SULLIVAN LLP
5                                        51 Madison Avenue, 22nd Floor
                                         New York, NY 10010
6                                        Telephone: (212) 849-7000
                                         Facsimile: (212) 849-7100
7
                                         Sean S. Pak (SBN 219032)
8                                        seanpak@quinnemanuel.com
                                         John M. Neukom (SBN 275887)
9                                        johnneukom@quinnemanuel.com.
                                         QUINN EMANUEL URQUHART &
10                                       SULLIVAN LLP
                                         50 California Street, 22nd Floor
11                                       San Francisco, CA 94111
                                         Telephone: (415) 875-6600
12                                       Facsimile: (415) 875-6700

13                                       Mark Tung (SBN 245782)
                                         marktung@quinnemanuel.com
14                                       QUINN EMANUEL URQUHART &
                                         SULLIVAN LLP
15                                       555 Twin Dolphin Drive, 5th Floor
                                         Redwood Shores, CA 94065
16                                       Telephone: (650) 801-5000
                                         Facsimile: (650) 801-5100
17
                                         Steven Cherny (admitted *pro hac vice*)
18                                       steven.cherny@kirkland.com
                                         KIRKLAND & ELLIS LLP
19                                       601 Lexington Avenue
                                         New York, New York 10022
20                                       Telephone: (212) 446-4800
                                         Facsimile: (212) 446-4900
21
                                         Adam R. Alper (SBN 196834)
22                                       adam.alper@kirkland.com
                                         KIRKLAND & ELLIS LLP
23                                       555 California Street
                                         San Francisco, California  94104
24                                       Telephone: (415) 439-1400
                                         Facsimile: (415) 439-1500
25
                                         Michael W. De Vries (SBN 211001)
26                                       michael.devries@kirkland.com
                                         KIRKLAND & ELLIS LLP
27                                       333 South Hope Street
                                         Los Angeles, California 90071
28                                       Telephone: (213) 680-8400

                                    -55-                    CASE NO. 5:14-cv-05344-BLF
            CISCO'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO ARISTA'S INTERROGATORY NOS. 2-10

Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

1

2                                    **PROOF OF SERVICE**

3          I hereby certify that, at the date entered below and per the agreement of the parties, I

4   caused a true and correct copy of the foregoing to be served by transmission via electronic mail,

5   made available to counsel at the email addresses below:

6          Juanita R. Brooks                              Brian L. Ferrall
           brooks@fr.com                                  blf@kvn.com
7          Fish & Richardson P.C.                         Michael S. Kwun
           12390 El Camino Real                           mkwun@kvn.com
8          San Diego, CA 92130-2081                       David J. Silbert
                                                          djs@kvn.com
9
           Kelly C. Hunsaker                              Robert Van Nest
10         hunsaker@fr.com                                rvannest@kvn.com
           Fish & Richardson PC                           Keker & Van Nest LLP
11         500 Arguello Street, Suite 500                 633 Battery Street
           Redwood City, CA 94063                         San Francisco, CA 94111-1809
12
                                                          Susan Chreighton
13         Ruffin B. Cordell                              screighton@wsgr.com
           cordell@fr.com                                 Scott Andrew Sher
14         Lauren A. Degnan                               ssher@wsgr.com
           degnan@fr.com                                  Wilson Sonsini Goodrich Rosati
15         Michael J. McKeon                              1700 K Street
           mckeon@fr.com                                  Washington, DC 20006
16         Fish & Richardson PC
           1425 K Street NW
17         11ᵗʰ Floor
           Washington, DC 20005
18

19

20         I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

21   27, 2016, at San Francisco, California.

22                                              */s/ Catherine R. Lacey*
                                                _____
23                                              Catherine R. Lacey

24

25

26

27

28