# ATTACHMENT 11-1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,         )
                                  )
6            Plaintiff,           )
                                  ) Case No.
7        vs.                      ) 5:14-cv-05344-BLF (PSG)
                                  )
8    ARISTA NETWORKS, INC.,       )
                                  )
9            Defendant.           )
     _____)

10

11

12    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

13

14

15    VIDEOTAPED DEPOSITION OF RAMANATHAN KAVASSERI

16              Palo Alto, California

17           Tuesday, February 23, 2016

18                  Volume I

19

20

21

22    Reported by:

      CARLA SOARES

23    CSR No. 5908

24    Job No. 2216982

25    Pages 1 - 195

                                       Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3      SAN JOSE DIVISION
4
5  CISCO SYSTEMS, INC.,   )
                )
6     Plaintiff,  )
              ) Case No.
7    vs.    ) 5:14-cv-05344-BLF (PSG)
              )
8  ARISTA NETWORKS, INC.,  )
              )
9     Defendant.  )
  _____)
10
11
12
13
14
15
16     VIDEOTAPED DEPOSITION OF RAMANATHAN
17  KAVASSERI, Volume I, taken on behalf of Defendant,
18  at 601 California Avenue, Palo Alto, California,
19  beginning at 10:09 a.m., and ending at 4:26 p.m., on
20  Tuesday, February 23, 2016, before CARLA SOARES,
21  Certified Shorthand Reporter No. 5908.
22
23
24
25

Page 2

1  APPEARANCES (Continued):
2
3  For the Witness:
4     FARELLA BRAUN & MARTEL LLP
5     BY:  RODERICK M. THOMPSON, Attorney at Law
6     Russ Building
7     235 Montgomery Street
8     San Francisco, California 94104
9     415.954.4400
10    rthompson@fbm.com
11
12
13  ALSO PRESENT:  Ramon Peraza, Video Operator
14
15      --o0o--
16
17
18
19
20
21
22
23
24
25

Page 4

1  APPEARANCES:
2
3  For the Plaintiff:
4     QUINN EMANUEL URQUHART & SULLIVAN, LLP
5     BY:  MARK TUNG, Ph.D., Attorney at Law
6     555 Twin Dolphin Drive, 5th Floor
7     Redwood Shores, California 94065
8     650.801.5016
9     marktung@quinnemanuel.com
10
11
12  For the Defendant:
13    KEKER & VAN NEST LLP
14    BY:  EDUARDO E. SANTACANA, Attorney at Law
15    BY:  RYAN WONG, Attorney at Law
16    633 Battery Street
17    San Francisco, California 94111
18    415.391.5400
19    esantacana@kvn.com
20    rwong@kvn.com
21
22
23
24
25

Page 3

1        INDEX
2  WITNESS
3  RAMANATHAN KAVASSERI      EXAMINATION
    Volume I
4
5     BY MR. SANTACANA     10
6     BY MR. TUNG     186
7
8      EXHIBITS
9  NUMBER     DESCRIPTION     PAGE
10  Exhibit 325  Ramanathan R. Kavasseri's    22
11     Responses and Objections to
12     Defendant Arista Networks'
13     Subpoena to Testify at a
14     Deposition
15
16  Exhibit 326  LinkedIn page for Ram    24
17     Kavasseri
18
19  Exhibit 327  Document headed "A Simple    52
20     Network Management Protocol,"
21     dated 8/1988,
22     Bates ARISTANDCA00022432 - 2464
23
24  Exhibit 328  Document headed "Event MIB,"    83
25     dated 10/2000

Page 5

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 329 | Document headed "Commands for | 94 |
| | which Cisco listed Ramanathan | |
| | Kavasseri as 'Author/Originator' | |
| | in Cisco's response to Interrogatory | |
| | No. 16, Exhibit F (January 12, 2016)" | |
| Exhibit 330 | Document labeled "Ram Kavasseri, | 101 |
| | Garry Horoupian," dated 2/8/06, | |
| | Bates CSI-CLI-00682250 - 2314 | |
| Exhibit 331 | Document labeled "Parser Police: | 122 |
| | Where can we go from here?" | |
| | Bates CSI-ANI-00031041 - 0032 | |
| Exhibit 332 | Document headed "Hot ICE Product | 129 |
| | Requirements Document," | |
| | Bates CSI-CLI-00662062 - 2085 | |
| Exhibit 333 | Document headed "Unprintable | 132 |
| | File," | |
| | first page Bates CSI-CLI-00358160 | |

Page 6

REFERENCED EXHIBITS
(Not attached)

| Exhibit/Page | |
|---|---|
| 92 | 89 |

--o0o--

Page 8

| | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 334 | Document headed "User-based | 149 |
| | Security Model (USM) for version 3 | |
| | of the Simple Network Management | |
| | Protocol (SNMPv3)," dated 1/1998 | |
| Exhibit 335 | Document headed "View-based | 151 |
| | Access Control Model (VACM) for | |
| | the Simple Network Management | |
| | Protocol (SNMP)," dated 1/1998 | |
| Exhibit 336 | Document headed "An Architecture | 154 |
| | for Describing SNMP Management | |
| | Frameworks," dated 1/1998 | |
| Exhibit 337 | Document headed "Doc Number | 159 |
| | ENG-28473," | |
| | Bates CSI-CLI-00609071 - 9083 | |
| Exhibit 338 | Document entitled "Cisco IOS | 172 |
| | Network Management Command | |
| | Reference," dated 10/2009, | |
| | Bates CSI-CLI-00319765 - 1101 | |

Page 7

1    Palo Alto, California                    09:21:40
2    Tuesday, February 23, 2016
3        10:09 a.m.
4
5        P R O C E E D I N G S          09:21:40
6        THE VIDEO OPERATOR:  Good morning.  We are
7    on the record at 10:09 a.m. on February 23rd, 2016.
8    This is the videotaped deposition of Mr. Ramanathan
9    Kavasseri.
10       My name is Ramon Peraza, here with our        10:09:15
11    court reporter, Carla Soares.  We're here from
12    Veritext Legal Solutions at the request of counsel
13    for the defendant.
14       This deposition is being held at Wilson
15    Sonsini in Palo Alto.  The caption of this case is      10:09:26
16    Cisco Systems, Inc., versus Arista Networks, Inc.,
17    Case No. 5:14-cv-05344-BLF (PSG).
18       Please note that audio- and
19    video-recording will take place unless all parties
20    have agreed to go off the record.  Microphones are     10:09:50
21    sensitive and may pick up whispers or private
22    conversations.
23       At this time, Counsel, please identify
24    yourselves for the record and state whom you
25    represent.                              10:10:00

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 1   Q  Sure.                          11:37:17 | 1  don't recall the features that I was working on, so   11:40:26 |
| 2      The functional specifications that you | 2  I don't recall specifically what I would have done |
| 3  reviewed when developing SNMP features, would that | 3  to compare. |
| 4  specification have been written by someone at Cisco? | 4      Q  I see. |
| 5   A  Yes.                          11:37:27 | 5         Was it part of your process in developing   11:40:35 |
| 6   Q  And did you -- were you involved in | 6  features to review what other vendors were doing to |
| 7  writing any functional specifications? | 7  implement the same features? |
| 8   A  Yes, I was. | 8      A  Other -- so in the space that we worked |
| 9   Q  Was that for the features that you were | 9  with SNMP, vendors contributed to the IETF document |
| 10  implementing?                     11:37:36 | 10  so it wasn't as necessary to look at their   11:40:59 |
| 11   A  Yes, it was.  Yes, it was. | 11  implementations because they were there telling us |
| 12   Q  Do you recall right now which functional | 12  what they were trying to build.  That was the whole |
| 13  specifications you may have written? | 13  point of building an industry standard. |
| 14   A  Not off the top of my head, no. | 14         Also, Cisco was on the leading edge of |
| 15   Q  Did the GEM methodology involve reviewing   11:37:57 | 15  implementing the protocols as they were being   11:41:11 |
| 16  IETF documents? | 16  developed.  In a few cases, we would have the |
| 17   A  As far as I recall, no. | 17  implementations before the protocols were released |
| 18   Q  Did you review IETF documents when you | 18  because we were helping author the protocol. |
| 19  were implementing SNMP features? | 19         So at that point, looking at other vendors |
| 20   A  That is a broad question.  If the feature   11:38:12 | 20  was not possible because they had not done the   11:41:24 |
| 21  had anything specific to do with an IETF document, | 21  implementations or released the implementations, |
| 22  then yes, I would have had to review the document to | 22  which is why I was being very specific in saying, I |
| 23  make sure I was implementing it correctly, "it" | 23  don't recall the exact features I was working on. |
| 24  being whatever I was working on. | 24         But my answer would change depending on |
| 25   Q  Okay.  And that is something -- you would   11:38:26 | 25  what I was working on and depending on whether   11:41:37 |
| Page 62 | Page 64 |

| | |
|---|---|
| 1  have reviewed an IETF document relating to a feature   11:38:31 | 1  somebody had done something in the field.   11:41:40 |
| 2  you were implementing before you implemented the | 2      Q  I understand. |
| 3  feature; is that right? | 3         Who else worked on the team that was |
| 4   A  If there was an IETF document associated | 4  implementing SNMP features at Cisco? |
| 5  with what I was working on and I was required to   11:38:41 | 5      A  I don't remember all the names, but my   11:41:58 |
| 6  implement part or the whole part of that IETF | 6  manager was John Hopprich.  My technical lead and |
| 7  document, then yes, I would have reviewed that IETF | 7  mentor, Jeff -- Jeffrey Johnson.  I had it for a |
| 8  document before I implemented the feature. | 8  moment and it went away there.  Sandra Durham was |
| 9   Q  Were there features that you developed at | 9  one of my peers. |
| 10  Cisco relating to SNMP that were not defined by an   11:38:56 | 10         Anke Dosedal was also one of my team   11:42:34 |
| 11  IETF document? | 11  members.  Robert Stewart, who went by the moniker |
| 12   A  I don't have specifics, but I think that's | 12  Bob, Bob Stewart, was also one of my peers. |
| 13  a fair generalization, that there are parts of | 13         Hold on.  There's one more.  Scott |
| 14  our -- the Cisco SNMP implementation that were not | 14  Mordock, M-O-R-D-O-C-K.  Now, I can't recall if |
| 15  described in any part of any IETF document because   11:39:32 | 15  Scott was on the team when I joined or joined later.   11:43:03 |
| 16  it was internal to how our product worked at the | 16  He was I think at Cisco when I joined, but I'm not |
| 17  time. | 17  sure at what point he was part of the SNMP team or |
| 18   Q  So -- okay.  When you were developing | 18  not.  Long time ago. |
| 19  features related to SNMP at Cisco, did you also | 19         So those are the names that come to mind. |
| 20  review what other vendors were doing?   11:40:04 | 20      Q  What was John Hopprich's role on the team?   11:43:23 |
| 21      MR. TUNG:  Objection.  Vague. | 21      A  He was my manager. |
| 22      THE WITNESS:  I do not recall. | 22      Q  And were the rest of the names, apart from |
| 23  BY MR. SANTACANA: | 23  John Hopprich and Jeff Johnson, were they also |
| 24   Q  You don't recall either way? | 24  software engineers? |
| 25   A  I would like to change my answer to, I   11:40:23 | 25      A  Yes.                          11:43:36 |
| Page 63 | Page 65 |

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    Q  If you take a look at the last command in    14:41:36
2 this table, "snmp-server user," do you know whether
3 you authored that command?
4    A  Define what you mean by "authored that
5 command."    14:41:55
6    Q  Do you know whether you are the one who
7 came up with the sequence of words that resulted in
8 this command, "snmp-server user"?
9    A  I cannot be definitive about it.
10    Q  Who else do you recall working with on    14:42:07
11 this project that resulted in these eight commands?
12    A  I would probably have reviewed this with
13 my team members.  And so I can't -- the reason I
14 answered the way I did is, I don't know if I came up
15 with the word "user" or somebody else came up with    14:42:25
16 the word "user."  So I'm not sure in hindsight.
17    Q  Did you come up with the term
18 "snmp-server"?
19    A  Absolutely not.
20    Q  Okay.  How do you know that?    14:42:39
21    A  It was there before I joined.
22    Q  It was where?
23    A  It was in the IOS CLI before I joined
24 Cisco.
25    Q  Okay.  And so the addition to that term    14:42:48

Page 146

1 that was new was the word "user"?    14:42:52
2    A  Yes.
3    Q  Okay.  And do you know where that word
4 came from?
5    A  The SNMP V3 protocol specification has a    14:43:00
6 definition of roles, if I remember right, and users
7 and groups are in the protocol.
8    Q  So the term "user" came from the
9 protocol -- came from the industry standard
10 protocol?    14:43:21
11    A  Yes.
12        MR. TUNG:  Objection.  Mischaracterizes.
13        THE WITNESS:  It referred to what was in
14 the protocol, yes.
15 BY MR. SANTACANA:    14:43:29
16    Q  And the protocol uses the word "user"?
17    A  I've got to go read the protocol to be
18 absolutely sure.
19    Q  Okay.
20    A  After this, can we take a break?    14:43:51
21    Q  Of course.
22        If you want, we can take a break right
23 now.
24    A  Fantastic.
25        THE VIDEO OPERATOR:  We are off the record    14:44:01

Page 147

1 at 2:44 p.m.    14:44:02
2        (Recess, 2:44 p.m. - 3:05 p.m.)
3        THE VIDEO OPERATOR:  We are back on the
4 record at 3:05 p.m.
5 BY MR. SANTACANA:    15:05:39
6    Q  Mr. Kavasseri, we left off talking about
7 the "snmp-server user" command, and you testified
8 that "snmp-server" came from a prior command in IOS
9 at the time?
10    A  No, I said that I don't know how it came    15:05:56
11 about.  It was already there when I joined Cisco.
12    Q  And its inclusion in this command for
13 which you are named the author, it's included there
14 because it was already part of IOS?
15    A  It was a root part of the command to which    15:06:12
16 I added extensions.
17    Q  And the root was in IOS before you started
18 working at Cisco?
19    A  To the best of my knowledge, it was
20 already there before I started.    15:06:23
21    Q  And the term "user" is a term that comes
22 from the SNMP industry standard?
23    A  I'm not sure I'd say it exactly that way.
24 The term "user" relates to parts of the SNMP V3
25 protocol, yes.    15:06:48

Page 148

1    Q  Is that a term that the protocol uses?    15:06:49
2    A  I believe so, but I -- if you have a copy
3 of the reference, I could take a look.
4    Q  Sure.  Of course.
5        THE VIDEO OPERATOR:  Exhibit 334.    15:07:03
6        (Exhibit 334 was marked for identification
7        and is attached hereto.)
8 BY MR. SANTACANA:
9    Q  Exhibit 334 is RFC 2274 titled "User-based
10 Security Model (USM) for version 3 of the Simple    15:07:17
11 Network Management Protocol (SNMP V3)."
12        Do you know, sir, if this is an RFC that
13 you reviewed when you were --
14    A  Yes.  Let me -- I'm pretty sure this was
15 an RFC I reviewed because I ended up implementing    15:07:39
16 parts of it.
17    Q  And just to be clear, it's an RFC that you
18 reviewed when you were implementing the eight
19 commands in Exhibit 329?
20    A  Seven.  I'm not sure about "snmp host."    15:07:53
21    Q  Okay.  So this is something you would have
22 reviewed before you proposed those command names?
23    A  Yes, that's correct.
24    Q  And does this document use the term "user"
25 in the same way that the "snmp-server user" command    15:08:13

Page 149

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  uses it?                                    15:08:17
2      A   I would have to read it.  Give me a minute
3  to --
4          Can you rephrase or repeat the question,
5  please?                                    15:09:11
6      Q   This RFC 2274, does this document use the
7  term "user" the same way that you used the term
8  "user" in "snmp-server user"?
9      A   The document does not define a CLI command
10 or -- so I will -- the term "user" seems to refer to    15:09:39
11 the same entity in both cases.  But the document
12 does not tell me there needs to be a command called
13 "snmp-server user."
14     Q   I understand.
15     A   Okay.                             15:10:09
16     Q   So you did not come up with the term
17 "user"?
18     A   In which context?
19     Q   In the context of this "snmp-server user"
20 command.                                  15:10:32
21     A   As I responded earlier, I'm not sure how
22 the term "user" came about, whether it was due to a
23 group interaction or something I did or something
24 somebody else did.
25     Q   Okay.  I'd like to direct your attention    15:10:50
                                                Page 150

1  now to "snmp-server group," which is the next row    15:10:53
2  up.
3      A   Yeah.
4      Q   As you've testified, "snmp-server" was a
5  term that was a root already present in IOS at this    15:11:03
6  time; is that correct?
7      A   Yes.
8      Q   The term "group," did that come from IOS
9  as well or did it come from somewhere else?
10     A   I believe there was a concept of "group"    15:11:20
11 in this document.  Let me look through it one more
12 time.
13     Q   I think you'll have more luck with this
14 one.
15     A   Yeah, there may be a separate document for    15:11:48
16 that.
17         (Exhibit 335 was marked for identification
18         and is attached hereto.)
19 BY MR. SANTACANA:
20     Q   Exhibit 335 is RFC 2275 entitled       15:12:02
21 "View-based Access Control Models (VACM) for the
22 Simple Network Management Protocol (SNMP)."  It's
23 dated January 1998.
24         Do you recognize this document, sir?
25     A   Yes, I do.                         15:12:25
                                                Page 151

1      Q   Is this a document you reviewed when you    15:12:26
2  were preparing to implement the commands in
3  Exhibit 329?
4      A   I believe it would have been something I
5  reviewed before I implemented the commands.       15:12:35
6      Q   And if you flip to page 3 of the document,
7  under Section 2.1 titled "Groups," the first
8  paragraph defines the term "group" as follows:  "A
9  group is a set of zero or more securityModel,
10 securityName tuples on whose behalf SNMP management    15:12:55
11 objects can be accessed.  A group defines the access
12 rights afforded to all securityNames which belong to
13 that group."
14         Does this RFC use the term "group" the
15 same way that you were using it in your "snmp-server    15:13:08
16 group" command?
17     A   I believe so.
18     Q   What does the "snmp-server group" command
19 do?
20     A   Actually, even reading this document       15:13:26
21 probably won't tell me because I need to see all the
22 help extensions to see what it does.
23     Q   Okay.
24     A   So it's been a while.
25     Q   You don't recall what it does?           15:13:34
                                                Page 152

1      A   No.                              15:13:35
2      Q   Okay.  Do you recall what "snmp-server
3  user" does?
4      A   I would rather not guess at this point.
5  It's been years since I used these commands.       15:13:45
6          I probably would be able to figure it out
7  within about 25 minutes of touching the CLI, but
8  it's really old, old stuff.
9      Q   I understand.
10         I'd like to turn your attention now to the    15:14:14
11 two commands right above that, "snmp-server engineID
12 local" and "snmp-server engineID remote."
13         Did you author those commands?
14     A   I think I have a strong recollection that
15 I had more to do with these commands; in part, the    15:14:32
16 fact that there was the ID which is upper case,
17 which is usually not what we do in these IOS CLI
18 commands.  It stands out.
19     Q   Typically in IOS CLI you weren't
20 accustomed to seeing letters capitalized like they    15:14:52
21 are in the term "engineID"?
22     A   Yes.
23     Q   Why were they capitalized here?
24     A   I have no idea why I capitalized them.
25     Q   Okay.                            15:15:07
                                                Page 153

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1  rest of the configuration through SNMP directly.    15:31:32
2  This was not possible before.
3        Because it was not possible before, we had
4  never bothered with creating communities which
5  existed before SNMP V3 through SNMP.  So now we    15:31:46
6  needed to add that as a support feature as well.
7  BY MR. SANTACANA:
8        Q  And the reason you needed to add the
9  ability to create and delete communities, users and
10  groups was because of the features of the industry    15:31:59
11  standard SNMP V3?
12        A  I don't know whether SNMP V3 -- the
13  SNMP V3 talked about users, not communities, if I
14  remember right.  I think that's what we referred to
15  in the -- in getting -- things getting tricky.    15:32:24
16        Even now we just had it through SNMP, so
17  only the IOS CLI was the point of record.  I'm not
18  sure whether I meant here that you could delete
19  stuff through SNMP that was created through the CLI
20  and now the CLI needs to be regenerated or resaved    15:32:38
21  to NV RAM.
22        Q  Okay.  I think I understand.  And it might
23  be clear if you flip to the page that ends in 75,
24  Section 2.7.
25        Section 2.7 says, "SNMP V1/V2 versus SNMP    15:33:02
Page 162

1  V3 -- differences, and how things work."    15:33:07
2        And then you have a list of differences
3  and how things work between the old and the new
4  versions of SNMP.
5        The first thing that you wrote was, "In    15:33:18
6  SNMP V3, 'community strings' are called 'users,'"
7  and "users" is in quotation marks.  "Each 'user,'"
8  in quotation marks again, "has an access-policy,
9  which is termed a 'group,'" and the word "group" is
10  also in quotation marks, "i.e., users belong to a    15:33:31
11  group."
12        A  Yep.
13        Q  Does this -- strike that.
14        Does this refresh your recollection as to
15  whether the terms "users" and "group" came from the    15:33:49
16  SNMP standard?
17        A  The term "user" and "group" referred to
18  concepts in the SNMP standard.  Of that, I have no
19  issue with saying that.
20        The reason I hesitate is, we use the term    15:34:19
21  "user," and we could have used VACM user or any
22  other combination of "user."
23        We settled on "user."  I'm not sure that
24  that was because it was directly due to looking at
25  the RFC, or somebody in parser police or within my    15:34:35
Page 163

1  team suggested, "Hey, go with the shortest string."    15:34:39
2        Because when you're talking about the
3  command line, it's all about how many characters you
4  type, or it's a lot to do with how many characters
5  you type.    15:34:51
6        Q  Why is that?
7        A  Well, you could type U and hit "tab," and
8  if there was no other word that started with U, IOS
9  would auto-complete to "user."  So you didn't need
10  to type the whole thing.    15:35:03
11        Q  Okay.  If you turn to the page that ends
12  in 82, this is the end of a list of CLI commands
13  that you're proposing, and this one in particular is
14  the "snmp-server engineID" command.
15        Do you see that?    15:35:28
16        A  Can you repeat that again, please?
17  Just -- I'm slowing down reading stuff already.
18        Q  Of course.  After the first paragraph
19  here, which carries over from the previous page,
20  there's an asterisk, and then there's the    15:35:40
21  "snmp-server engineID" command.
22        A  Yeah.
23        Q  And then below that you describe what the
24  command is and what it's going to do.
25        Do you see that?    15:35:49
Page 164

1        A  Yeah.    15:35:51
2        Q  And then also it shows that local and
3  remote are optional arguments.
4        Do you see that?
5        A  Where does it say local and remote are    15:36:03
6  optional arguments?
7        Q  Directly under "snmp-server engineID," do
8  you see the open bracket, and then it says, "local,"
9  and then there's a vertical line, and then it says,
10  "remote"?    15:36:13
11        A  So --
12        Q  So it indicates that the command
13  "snmp-server engineID" could either take the local
14  argument or the -- parameter, if you will, or the
15  remote.    15:36:27
16        A  No, I don't think that this is an optional
17  argument.  I think there's a typo in this text here.
18        Q  Okay.
19        A  Because if you look at it, the first
20  bracket is an open curly brace.  There is no close    15:36:34
21  curly brace.
22        I assume that -- and again, I could be
23  completely wrong on this.  I assume that the -- if
24  you look at "remote ipaddress udp-port," and then
25  within angle brackets, "port," following that are    15:36:52
Page 165

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1 standard protocol while you were working at Cisco?    15:42:40
2    A  I was not in the room for discussions
3 to -- let me rephrase by saying I had very limited
4 interactions at the time this document was written.
5        I know that Jeffrey Johnson was very    15:43:08
6 involved because he was my mentor, and he would tell
7 me that he was working on the RFC draft.  I have no
8 direct evidence of the other two that I can recall.
9        I will add an addendum that they both were
10 very respected people, and I'm very sure they did a    15:43:32
11 lot for these documents.  I just don't have any
12 direct evidence that I was privy to from a working
13 meeting or anything else.
14    Q  Okay.  So you can set that aside now.
15        Looking back at Exhibit 329, we'd started    15:43:57
16 discussing the four "show" commands, "show snmp"
17 commands.
18        "Show" was a term that was already in
19 IOS CLI; is that fair to say?
20    A  When I joined Cisco -- I've actually never    15:44:11
21 asked the question when "show" was in the command.
22 As far as I can tell, it was there when I joined.
23    Q  And the reason that you used it here was
24 because it was already used in other IOS CLI
25 commands?    15:44:37

Page 170

1    A  By the time I implemented these commands,    15:44:38
2 "show" was the standard way to display information
3 from the CLI.
4    Q  And the term "SNMP," of course, as we've
5 discussed, is an industry standard protocol; is that    15:44:49
6 fair to say?
7    A  In which context?  The term "SNMP" by
8 itself as an acronym is industry standard protocol,
9 yes.
10    Q  And then so the first two words in each of    15:45:07
11 these commands is "show snmp."  And then we have
12 "show snmp user" and "show snmp group."
13    A  Yeah.
14    Q  And the terms "user" and "group" also are
15 terms that are used in the IETF SNMP documents; is    15:45:21
16 that fair to say?
17    A  "User" and "group" appear in the -- "snmp
18 user" and "group" appear in the IETF documents.
19    Q  And the way that they're used here is the
20 same way that they're used in those IETF documents?    15:45:35
21    A  To the best of my knowledge, they refer to
22 the same things.  But they're not used in the same
23 way in that the IETF document does not refer to a
24 CLI command.  In here they're used specifically for
25 CLI commands.    15:45:52

Page 171

1    Q  I understand.    15:45:53
2        You've expressed some additional haziness
3 about the command "show snmp host."
4    A  Yes.
5    Q  I'm going to apologize in advance for the    15:46:21
6 heft of this thing.
7    A  Holy cow.
8        (Exhibit 338 was marked for identification
9        and is attached hereto.)
10 BY MR. SANTACANA:    15:46:31
11    Q  Exhibit 338 is titled "Cisco IOS Network
12 Management Command Reference."  It bears control
13 numbers beginning with CSI-CLI-00319765, and it's
14 dated October 2009.
15        I just want you to flip to the page that    15:47:03
16 ends in 1060.  The internal page would be NM-1248.
17        So this page relates to the command
18 "snmp-server host."
19    A  Yes.
20    Q  Do you recognize that command?    15:47:58
21    A  Yes, now I do.
22    Q  Did you author that command?
23    A  I will go back to my earlier statement
24 that it's highly likely that I checked in the file
25 with this command.  Especially with this command, I    15:48:21

Page 172

1 am not sure whether I was the original author of the    15:48:24
2 term "host."
3        I'm going to say "term" instead of
4 "command," which you used, because we're talking
5 about an extension to the SNMP server command here.    15:48:32
6        The reason I say "host" is, if I remember
7 right, the previous version, now that I'm reading
8 this, we are specifying the target of an event that
9 is being messaged through SNMP.
10        Previously this event was called a trap.    15:48:58
11 Now we're giving you the option of a trap or an
12 inform.
13        So there was some effort to differentiate
14 between what was before and what is now the
15 acceptable -- accepted way of configuring targets.    15:49:20
16    Q  If you look at the page NM-1251, control
17 number ends in 1063, this is a command history for
18 the command "snmp-server host," and it lists as the
19 first release IOS version 10.
20        Do you see that?    15:50:04
21    A  "Host"?  I thought that that previous
22 version was "enable trap."  Let me double-check.
23    Yeah, this differs from my recollection.
24    Q  Sorry?
25    A  This differs from my recollection.    15:50:29

Page 173

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1
2
3
4
5
6
7
8        I, RAMANATHAN KAVASSERI, do hereby declare
9   under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14        EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16        (City)        (State)
17
18
19        _____
20        RAMANATHAN KAVASSERI
21
22
23
24
25
```
Page 194

```
1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12        Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16        I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19        IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 3/7/16
23
24        _____
25        CARLA SOARES
          CSR No. 5908
```
Page 195

50 (Pages 194 - 195)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5    CISCO SYSTEMS,      )

6    INC.,               )

7         Plaintiff,     )

8            vs.         ) No. 5:14-cv-05344-BlF (PSG)

9    ARISTA NETWORKS,    )

10   INC.,               )

11        Defendant.     )

12   _____

13    CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

14

15        VIDEOTAPED DEPOSITION OF ANTHONY J. LI

16                 Palo Alto, CA

17            Monday, February 1, 2016

18                  Volume I

19

20

21   Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR

22   CSR No. 11661

23   JOB No. 2224600

24

25   PAGES 1-258

                                        Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

```
 1      UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA
 3        SAN JOSE DIVISION
 4
 5 CISCO SYSTEMS,   )
 6 INC.,            )
 7    Plaintiff,    )
 8      vs.         ) No. 5:14-cv-05344-BlF (PSG)
 9 ARISTA NETWORKS, )
10 INC.,            )
11    Defendant.    )
12 _____
13
14
15      CONFIDENTIAL INFORMATION UNDER THE
16 PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J. LI
17 taken on behalf of Defendant at WILSON, SONSINI,
18 GOODRICH & ROSATI, 601 South California Avenue,
19 Palo Alto, CA 94304, beginning at 9:13 a.m. and
20 ending at 4:17 p.m. on Monday, February 1, 2016,
21 before Susan F. Magee, RPR, CCRR, CLR, Certified
22 Shorthand Reporter No. 11661.
23
24
25
                                        Page 2
```

```
 1          I N D E X
 2
 3 CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
 4 VIDEO DEPOSITION OF ANTHONY J. LI
 5 Volume I
 6 EXAMINATION BY             PAGE
 7 BY MR. WONG                  9
 8 BY MR PAK                  191
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 4
```

```
 1 APPEARANCES:
 2
 3    For the Plaintiff:
 4      QUINN, EMANUEL, URQUHART & SULLIVAN
 5      BY: SEAN PAK, ESQ.
 6      50 California Street
 7      22nd Floor
 8      San Francisco, CA 94111
 9      (415) 875-6600
10      seanpak@quinnemanuel.com
11
12    For the Defendant:
13      KEKER & VAN NEST LLP
14      BY: RYAN WONG, ESQ.
15         BRIAN L. FERRALL, ESQ.
16      633 Battery Street
17      San Francisco, CA 94111-1809
18      (415) 773-6682
19      rwong@kvn.com
20      bferrall@kvn.com
21
22    The Videographer:
23      JEFREE ANDERSON
24
25
                                        Page 3
```

```
 1            E X H I B I T S
 2 NUMBER         DESCRIPTION         PAGE
 3
 4 Exhibit 136   LinkedIn Profile (8 pages)    12
 5 Exhibit 137   RFC Table (3 pages)           90
 6 Exhibit 138   March 1995 RFC 1771, A Border    100
 7               Gateway Protocol 4 (BGP-4) (57
 8               pages)
 9 Exhibit 139   December 1995 RFC 1887, An    105
10               Architecture for IPv6 Unicast
11               Address Allocation,
12               ARISTANDCA00025747-ARISTANDCA
13               00025772
14 Exhibit 140   June 1996 RFC 1966, BGP Route    111
15               Reflection, An Alternative to
16               Full Mesh IBGP,
17               ARISTANDCA00025927-ARISTANDCA
18               00025933
19 Exhibit 141   October 2008 RFC 2966,       116
20               Domain-Wide Prefix Distribution
21               with Two-Level IS-IS (16 pages)
22 Exhibit 142   August 1996 RFC 1997, BGP    119
23               Communities Attribute,
24               ARISTANDCA00026094-ARISTANDCA
25               00026098
                                        Page 5
```

2 (Pages 2 - 5)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1       E X H I B I T S (continued)
2   NUMBER        DESCRIPTION            PAGE
3
4   Exhibit 143   March 1998 RFC 2281, Cisco Hot   124
5               Standby Router Protocol (HSRP),
6               ARISTANDCA00026832-ARISTANDCA
7               00026848
8   Exhibit 144   E-mail String Containing      143
9               9/22/92 E-mail from/to Toni Li,
10               TS-00000066
11  Exhibit 145   Procket Networks PRO/8000      163
12               Series Software Introduction
13               (144 pages)
14  Exhibit 146   Procket Networks PRO/8000      164
15               Series IPv6 Routing Protocols
16               (180 pages)
17  Exhibit 147   Procket Networks PRO/8000      164
18               Series System Management and
19               Operations (604 pages)
20  Exhibit 148   Cisco's 6th Supplemental       167
21               Response to Interrogatory NO.
22               16 and Response to
23               Interrogatory No. 19 Amended
24               Exhibit F (45 pages)
25  Exhibit 149   List of Commands (1 page)      169
Page 6

1        Palo Alto, CA, Monday February 1, 2016
2             9:13 a.m.
3
4        THE VIDEOGRAPHER:  Good morning.  We're on
5   the record at 9:13 a.m. on February 1st, 2016.  This   09:13:47
6   is the video recorded deposition of -- so sorry.  Of
7   Anthony Li here with our court reporter Susan Magee.
8        My name is Jefree Anderson.  We are here
9   from Veritext Legal Solutions at the request of
10  counsel for the -- defendant or the plaintiff?       09:14:16
11       MR. WONG:  Defendants.
12       THE VIDEOGRAPHER:  For the defendant.  This
13  deposition is being held at Wilson Sonsini at
14  601 California Avenue, Palo Alto, California.  The
15  caption of this case is Cisco Systems, Incorporated   09:14:31
16  vs. Arista Networks, Incorporated.  The case number
17  is 5:14-cv-05344.
18       Please note that audio and video recording
19  will take place unless all parties agree to go off
20  the record, and microphones are sensitive and may   09:14:53
21  pick up whispers, private conversations and cellular
22  interference; so please be aware of that.
23       Beginning with our noticing attorney,
24  please state your name and the firm you represent.
25       MR. WONG:  Ryan Wong from Keker & Van Nest   09:15:05

Page 8

1       E X H I B I T S (continued)
2   NUMBER        DESCRIPTION            PAGE
3
4   Exhibit 150   1/20/96 E-mail from Toni Li to   183
5               Bill W., CSI-CLI-00746246
6   Exhibit 151   CSCdi14533, CSI-CLI-01339850     185
7   Exhibit 152   Group of E-mails Containing      239
8               2/23/1996 E-mail from Tony Li
9               to widmer@cisco.com,
10               CSI-CLI-00746331 -
11               CSI-CLI-00746347
12
13
14
15
16
17
18
19
20
21
22
23
24
25
Page 7

1   for defendant Arista Networks.
2        MR. FERRALL:  Brian Ferrall, Keker & Van
3   Nest, also for Arista.
4        MR. PAK:  Sean Pak of Quinn for Cisco.
5        THE VIDEOGRAPHER:  Thank you.          09:15:16
6        Will the court reporter please swear in the
7   witness.
8
9             ANTHONY J. LI,
10  having been administered an oath, was examined and   09:15:19
11  testified as follows:
12
13             EXAMINATION BY MR. WONG
14
15  Q.  Good morning, Mr. Li.               09:15:29
16  A.  Good morning.
17  Q.  Please state your full name.
18  A.  Anthony Joseph Li.
19  Q.  Do you live in the Bay Area, Mr. Li?
20  A.  I do.                    09:15:36
21  Q.  Please state your home address.
22  A.  1218 Thurston Avenue, Los Altos, California
23  94024.
24  Q.  Mr. Li, do you understand that are you
25  testifying here in response to a subpoena in this   09:15:46

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 DEC systems, also had several IBM systems. VMCMS is
2 an operating system for IBM mainframes, and USC had
3 one and I had an account on the VM system.
4    Q. And what was the command syntax like for
5 the CLI on VMCMS?                    09:45:55
6    A. I'm sorry. I don't remember.
7    Q. You mentioned RSX-IIM?
8    A. It's 11M.
9    Q. 11M. Sorry.
10   A. This was an operating system for PDP-11s.    09:46:06
11   Q. What are PDP-11s?
12   A. That was a computer built by
13 Digital Equipment Corporation.
14   Q. Do you recall the command syntax of the
15 command line interface used on the RSX-11M?    09:46:25
16   A. No, I'm sorry. I don't.
17   Q. You mentioned that the LinkedIn profile
18 that we marked as Exhibit 136 did not have your full
19 work history?
20   A. Correct.                    09:46:46
21   Q. What work history is missing from your
22 LinkedIn profile?
23   A. In particular the sys admin positions that
24 I mentioned, summer internships predating. There
25 were several of those. Full-time positions that are  09:46:59

                                        Page 30

1 not relevant to my professional experience,
2 particularly while I was in high school.
3    Q. Sure. After you graduated from USC, what
4 did you do then?
5    A. So I -- next fall I went to Rutgers and    09:47:20
6 spent a year there, hated it and immediately
7 transferred to USC.
8    Q. Oh, I'm sorry. My question was after you
9 graduated from USC, what did you do after that?
10   A. After USC? So I graduated in September    09:47:38
11 of 1990. I worked on a postdoc at USC with
12 Deborah Estrin and then took a position at
13 Cisco Systems.
14   Q. Do you know when you started at
15 Cisco Systems?                    09:47:53
16   A. January 14th, 1991.
17   Q. Why did you join Cisco after graduating
18 from USC?
19   A. Lack of a better job.
20   Q. Did you apply elsewhere besides Cisco?    09:48:02
21   A. I did.
22   Q. And describe for me the projects that you
23 worked on while you worked at Cisco starting in
24 1991.
25   A. I worked on a wide, wide variety of    09:48:22

                                        Page 31

1 projects throughout the router. I started off doing
2 mostly maintenance work and answering customer
3 questions. I then had several development projects.
4 My first development project was implementing
5 something called TCP header compression.    09:48:41
6    Q. And after you worked on TCP header
7 compression, what else did you work on while at
8 Cisco?
9    A. I had numerous routing -- small projects
10 within routing extending various interfaces and    09:48:58
11 extending protocols as necessary.
12      My next big project was actually working on
13 BGP, Border Gateway Protocol.
14      BY MR. WONG: Q. You mentioned TCP header
15 expression. What does TCP mean?                09:49:22
16      A. That's Transmission Control Protocol. It's
17 part of the Internet Protocol suite.
18      Q. Is TCP an industry standard?
19      A. It is.
20      Q. Was it an industry standard at the time you  09:49:37
21 worked on it at Cisco?
22      A. It was.
23      Q. What standard-setting body produced the TCP
24 standard?
25      A. That's a difficult question. The TCP        09:49:49

                                        Page 32

1 standard was really a product of -- I guess the
2 ARPANET project, but this actually predates IETF
3 being accepted as a standards-making body, which is
4 a whole book in itself. Great deal of politics
5 behind that. So it was a de facto standard        09:50:16
6 effectively.
7    Q. What do you mean by "de facto standard"?
8    A. Which meant that the industry used it and
9 it was publicly available, everyone was free to
10 adopt it, and yet it did not have the backing of a    09:50:36
11 formal standards body such as the IEEE.
12      MR. PAK: I'll object to this line of
13 questioning as calling for expert testimony.
14      BY MR. WONG: Q. Now, you said that the
15 TCP standard was really a product of ARPANET;    09:51:10
16 correct?
17   A. Correct.
18   Q. What is ARPANET?
19   A. ARPANET was a project from the Defense
20 Department's Advanced Research Projects Agency to    09:51:18
21 build a network for computers that was highly robust
22 and relayed data between computers efficiently.
23   Q. How do you know that, Mr. Li?
24   A. Having worked on it for many, many years
25 and been involved with it as soon as it became    09:51:34

                                        Page 33

9 (Pages 30 - 33)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 with during this 1991 through 1996 time period at
2 Cisco?
3     A. Everything else in the IP protocol suite
4 within Cisco. This includes RIP, IGRP, EIGRP, EGP,
5 OSPF, IS-IS. I also had my hands in some of the    10:03:14
6 CLNS stack.
7     Q. What is OSPF?
8     A. Open Shortest Path First routing protocol
9 from the IETF.
10     THE REPORTER: Would you mind repeating    10:03:43
11 that. I'm sorry.
12     THE WITNESS: Open Shortest Path First
13 routing protocol from the IETF.
14     THE REPORTER: Thank you.
15     BY MR. WONG: Q. And the RIP and the IGRP    10:03:51
16 you just mentioned, those are the same RIP and IGRP
17 you were discussing earlier today; correct?
18     A. Yes.
19     Q. You mentioned IS-IS.
20     What is IS-IS?    10:04:00
21     A. This is another routing protocol that comes
22 from the ISO protocol stack and the OSI standards
23 body. It supports routing for both CLNP and IP.
24     Q. What is CLNP?
25     A. Connectionless Network Protocol.    10:04:25

Page 42

1     Q. And is that protocol also an industry
2 standard?
3     A. It is.
4     Q. What is the standard-setting body that
5 manages CLNP?    10:04:37
6     A. ISO.
7     Q. What is ISO?
8     A. International Standards Organization.
9 Although that's more formally it's -- the official
10 name is in French, so . . .    10:04:53
11     Q. When you were talking about IS-IS, you
12 mentioned the OSI standards body.
13     Do you remember that?
14     A. That's correct.
15     Q. What is the OSI standards body?    10:05:04
16     A. Open systems -- I don't remember the full
17 expansion. Sorry.
18     Q. Okay. So who was the standard-setting body
19 for IS-IS?
20     A. I believe that was -- falls under ISO which    10:05:20
21 is the child of OSI.
22     Q. And how do you know that, Mr. Li?
23     A. I've read the document.
24     Q. When you say "the document," do you mean
25 the --    10:05:34

Page 43

1     A. The standard -- the standard for IS-IS.
2     MR. PAK: Ryan, when you get a chance, can
3 we take a break? We've been going for about an
4 hour.
5     MR. WONG: Sure. We can take a break now.    10:05:45
6     THE WITNESS: Thank you.
7     THE VIDEOGRAPHER: Going off the record.
8 The time is 10:05.
9     (Recess taken from 10:05 a.m. to
10 10:11 a.m.)    10:11:25
11     THE VIDEOGRAPHER: We're back on the
12 record. The time is 10:11.
13     BY MR. WONG: Q. Mr. Li, you used the
14 acronym BGP to refer to the Border Gateway Protocol;
15 correct?    10:11:46
16     A. Correct.
17     Q. Is BGP a commonly known acronym for Border
18 Gateway Protocol?
19     A. No, not common.
20     Q. Okay. Is it a -- strike that.    10:11:54
21     Why do you use the term "BGP" to refer to
22 the Border Gateway Protocol?
23     A. So that's the acronym that is used within
24 the industry.
25     Q. When you say that's the acronym that's used    10:12:10

Page 44

1 within the industry, you're referring to the BGP
2 acronym; correct?
3     A. Correct.
4     Q. And when you say "the industry," what do
5 you mean by "the industry"?    10:12:21
6     A. Computer network.
7     Q. And how long as BGP been used as an acronym
8 within the computer networking industry, to your
9 knowledge?
10     A. Since BGP was first introduced, which I    10:12:42
11 believe was approximately 1989.
12     Q. Okay. And why do you use the term "RIP" or
13 R-I-P to refer to Router Information Protocol?
14     A. That is the common acronym used for that
15 protocol.    10:13:21
16     Q. In the networking industry?
17     A. In the networking industry.
18     Q. And how long has RIP been a commonly used
19 acronym in the networking industry?
20     A. I don't know.    10:13:30
21     MR. PAK: Objection. Calls for expert
22 testimony.
23     BY MR. WONG: Q. Okay. But to your
24 knowledge, it is a commonly used acronym in the
25 networking industry today?    10:13:39

Page 45

12 (Pages 42 - 45)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  A. It is.
2  Q. Do you know when you first started using
3  the acronym RIP?
4  A. 1991 when I came to Cisco.
5  Q. And did you come up with the acronym RIP?   10:13:48
6  A. No, I did not.
7  Q. Where did you get that acronym from?
8  A. I heard it from coworkers first.
9  Q. And you did not come with the acronym BGP;
10 correct?   10:14:07
11 A. Correct.
12 Q. Where did you first hear the acronym BGP?
13 A. From discussions on a Usenet mailing list.
14 Q. What is a Usenet mailing list?
15 A. Usenet was a system for exchanging   10:14:23
16 messaging in a broadcast fashion, and there were
17 groups within that where people would circulate
18 messages. And so there was a discussion of routing
19 protocols, and I heard about it first through that.
20 Q. And what time period are you talking about   10:14:45
21 here when you first heard the acronym BGP?
22 A. This would be somewhere between about 1985
23 to 1990.
24 Q. So that was before you started working at
25 Cisco; correct?   10:15:01

Page 46

1  A. Correct.
2  Q. Is "IGRP" also a commonly used term in the
3  networking industry?
4  A. It is.
5  Q. And how long, to your knowledge, has "IGRP"   10:15:17
6  been a commonly used term in the networking
7  industry?
8  MR. PAK: Objection. Calls for expert
9  testimony.
10 THE WITNESS: I recall seeing it very early   10:15:24
11 on. I first learned about it in 1987.
12 BY MR. WONG: Q. And you did not come up
13 with the acronym IGRP; right?
14 A. No, I did not.
15 Q. Do you recall how you first learned about   10:15:38
16 the acronym IGRP?
17 A. So I was asked to administer a Cisco router
18 in 1987 and was -- did Cisco training and learned
19 about IGRP through that training.
20 Q. And that was before you joined Cisco in   10:15:58
21 1991; right?
22 A. That's correct. I was a customer before an
23 employee.
24 Q. How many years of experience did you have
25 working with Cisco routers before you started   10:16:15

Page 47

1  working for Cisco in 1991?
2  A. Approximately three.
3  Q. What was your familiarity with the command
4  line interface on Cisco's routers before you started
5  working at Cisco in 1991?   10:16:30
6  A. So I used Cisco's CLI for those three years
7  between '87 and 1991.
8  Q. What level of familiarity -- strike that.
9  Was OSPF a well-known acronym in the
10 networking industry? Actually, strike that.   10:17:02
11 Is OSPF a well-known acronym in the
12 networking industry?
13 A. Yes, it is very well-known.
14 Q. And when did you first hear of the acronym
15 OSPF, Mr. Li?   10:17:12
16 A. As part of my employment at Cisco.
17 Q. Approximately when did you hear -- first
18 hear of OSPF?
19 A. About 1992.
20 Q. Approximately how long has "OSPF" been a   10:17:23
21 well-known term in the networking industry, to your
22 knowledge?
23 MR. PAK: Objection. Calls for expert
24 testimony.
25 THE WITNESS: I suspect at least 1989.   10:17:32

Page 48

1  BY MR. WONG: Q. Why do you say that,
2  Mr. Li?
3  A. So there's work started on OSPF early on
4  prior to my joining Cisco and prior to my learning
5  about it, and I believe that was about '89.   10:17:44
6  Q. When you say there was work started on
7  OSPF, what are you referring to by that?
8  A. This is work in the IETF to specify the
9  protocol.
10 Q. And how did you know that there was work   10:18:02
11 started on OSPF by the IETF around 1989?
12 A. So there was a discussion list about it,
13 and I looked at some the history of OSPF and looked
14 at the RFC that subsequently came out. I knew that
15 folks had been working on it for quite some time.   10:18:33
16 Q. Who was participating in the discussion
17 list about OSPF at that 1989 time period?
18 A. I --
19 MR. PAK: Objection. Calls for
20 speculation.   10:18:48
21 THE WITNESS: So John Moy, Milo Medin,
22 Vince Fuller, Cathy Wittbrodt. Don't remember the
23 rest.
24 BY MR. WONG: Q. And how do you know those
25 individuals you just named were part of the   10:19:12

Page 49

13 (Pages 46 - 49)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 discussion of OSPF in 1989?
2     A. I subsequently worked with them as part of
3 IETF and learned of their involvement with OSPF.
4     Q. You worked -- strike that.
5       When did you work with those individuals as  10:19:31
6 part of the IETF?
7     A. I started working with them in 1991.
8     Q. What companies, if you recall, did those
9 individuals work for?
10     A. John Moy represented Proteon. Milo Medin  10:19:50
11 worked for NASA. Cathy Wittbrodt was at
12 Energy Sciences Network at -- as part of
13 Lawrence Livermore Labs.
14     Q. Did any other vendors -- strike that.
15       Did any other companies or organizations  10:20:20
16 besides the ones you just mentioned participate in
17 OSPF standardization?
18     MR. PAK: Objection. Calls for
19 speculation. Calls for expert testimony.
20     THE WITNESS: So I'm certain that several  10:20:32
21 others did. The best way to check would be to look
22 at the IETF attendance records.
23     BY MR. WONG: Q. When you say you're
24 certain that several others did, why are you so
25 certain?                                10:20:43

Page 50

1     A. The IETF typically has dozens of people
2 operating, working together on any given protocol.
3     Q. And how do you -- how do you know that,
4 Mr. Li?
5     A. So that's -- I started participating in the  10:20:57
6 IETF in 1991, and that's their standard way of
7 working.
8     Q. How many years have you been participating
9 in the IETF since 1991?
10     A. I participated quite consistently up and  10:21:15
11 through about -- from 1991 to about 1999, and then
12 it's been sporadic since then.
13     Q. When you say the IETF typically has dozens
14 of people working together on any given protocol,
15 are those people from the same company or different  10:21:42
16 companies?
17     MR. PAK: Objection. Calls for
18 speculation. Vague.
19     THE WITNESS: Typically the group --
20 working groups that are working on a protocol draw  10:21:54
21 people from all sorts of different companies and
22 organizations.
23     BY MR. WONG: Q. Can you think of any
24 protocols from the IETF where different
25 organizations did not participate in creating the  10:22:12

Page 51

1 standard?
2     A. Not offhand.
3     Q. Is IS-IS a well-known acronym in the
4 networking industry?
5     A. Largely, no.                      10:22:41
6     Q. How do you know the IS-IS acronym?
7     A. I'm part of a small group who've made use
8 of the protocol.
9     Q. Is IS-IS a well-known acronym amongst those
10 who make use of the IS-IS protocol?      10:23:01
11     A. Yes, it is.
12     Q. Why is it a smaller group that makes use of
13 the IS-IS protocol?
14     A. So IS-IS is part of the ISO protocol stack
15 which ended up not having a significant market  10:23:15
16 share, and thus there's a very small user base.
17 Only a very small portion of the I net -- IP
18 networking industry ended up using IS-IS, and so the
19 number of people that use IS-IS for IP routing is
20 very, very small.                        10:23:38
21     Q. How long has IS-IS been a well-known
22 acronym amongst those who make use of the IS-IS
23 protocol, to your knowledge?
24     A. At least 1991.
25     Q. And when did -- when did you first hear of  10:23:50

Page 52

1 the IS-IS acronym?
2     A. 1991 when I joined Cisco.
3     Q. Is "IP" a well-known industry term in the
4 networking industry?
5     A. Very well.                        10:24:07
6     Q. In your view, what other acronyms are as
7 well-known as IP in the networking industry?
8     MR. PAK: Objection. Calls for expert
9 testimony.
10     THE WITNESS: TCP, TCP/IP, WWW.        10:24:19
11     BY MR. WONG: Q. How long has IP been a
12 well-known acronym in the networking industry?
13     A. At least since 1983.
14     Q. And when did you first learn of the acronym
15 IP?                                     10:24:44
16     A. Approximately 1984 I took a class in
17 computer networking and read the -- first read the
18 RFCs on IP.
19     Q. Is BGP a -- let me start that again.
20       Is "BGP" a well-known term in the        10:25:25
21 networking industry?
22     A. It is.
23     Q. How long has "BGP" been a well-known term
24 in the networking industry?
25     MR. PAK: Objection. Calls for expert  10:25:34

Page 53

14 (Pages 50 - 53)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1 testimony.

2      THE WITNESS: Probably since about 1993.

3      BY MR. WONG: Q. And why do you say that

4 "BGP" has been a well-known term in the networking

5 industry since 1993?                    10:25:47

6      A. I'm an expert in BGP.

7      Q. Why do you say that you are an expert in

8 BGP?

9      A. I helped deploy BGP throughout the

10 Internet.                              10:26:00

11      Q. What did you do to help deploy BGP

12 throughout the Internet?

13      A. So I was responsible for maintaining and

14 enhancing BGP. I was responsible for doing a great

15 deal of bug fixing to BGP. And as part of that, I   10:26:17

16 ended up reimplementing much of Cisco's BGP code and

17 replacing the vast majority of the code that they

18 had.

19      Q. And when did you first hear of the acronym

20 BGP?                                  10:26:43

21      A. Again, I believe it was in the late '80s as

22 part of the Usenet group.

23      Q. Is "DNS" a well-known term in the

24 networking industry?

25      A. It is.                         10:27:07

Page 54

1      Q. How long has "DNS" been a well-known term

2 in the networking industry, Mr. Li?

3      A. At least since late '80s.

4      Q. When did you first learn of the term "DNS"?

5      A. I was a sys admin at USC at the time.      10:27:19

6 Could have been anywhere from '83 on.

7      Q. How do you know that "DNS" has been a

8 well-known term in the networking industry since the

9 late 1980s?

10      A. So I would helped convert USC from using   10:27:40

11 host.text, which was previous system, to using DNS.

12      Q. Is "DHCP" a well-known term in the

13 networking industry?

14      A. It is.

15      Q. How long has "DHCP" been a well-known term  10:28:00

16 in the networking industry?

17      A. I don't know.

18      Q. When did you first hear of the acronym

19 DHCP?

20      A. Probably 1991.                   10:28:08

21      Q. Why do you think you first heard of DHCP in

22 1991?

23      A. I helped maintain DHCP relay functionality

24 in Cisco IOS.

25      Q. What did that -- strike that.      10:28:21

Page 55

1      Q. What did that entail, maintaining DHCP

2 relay functionality in Cisco IOS?

3      A. Means that I had to look at the source

4 code, read the DHCP RFC, test the behavior of the

5 Cisco DHCP relay and then repair the functionality   10:28:49

6 in the source code as necessary.

7      Q. At some point, Mr. Li, you left Cisco's

8 employment; correct?

9      A. Several times.

10      Q. When you started at Cisco in 1991, when did   10:29:12

11 you leave?

12      A. I believe it was 1996.

13      Q. What did you do after you left Cisco in

14 1996?

15      A. After a while I joined Juniper Networks.   10:29:28

16      Q. And what was Juniper's business at the

17 time?

18      A. Juniper was a startup in the computer

19 networking space.

20      Q. What was Juniper's main product at the    10:29:41

21 time?

22      A. They had no product initially, and their

23 first product was a router, the M40, and I believe

24 that came out in 1998.

25      Q. Did you work on the M40 Juniper router?   10:29:59

Page 56

1      A. I did.

2      Q. Now, you said Juniper had no product

3 initially.

4      Did they have no product when you joined

5 them in 1996?                         10:30:16

6      A. That's correct. We were a startup. We

7 had -- I was Employee No. 5. We had an office, and

8 that was it.

9      Q. Who were Juniper's competitors?

10      A. At the time it was Cisco. I believe Pluris  10:30:30

11 came along shortly thereafter, but I don't know

12 exactly when. There was another company called

13 NetStar. Wellfleet. Proteon had not quite gone

14 under.

15      That's all I can remember.         10:31:03

16      Q. Now, you said you were Employee No. 5;

17 correct?

18      A. Correct.

19      Q. Where did the other first employees at

20 Juniper come from?                     10:31:15

21      A. So the founder Pradeep Sindhu was coming

22 out of Xerox PARC and Sun. Bjorn Liencres I believe

23 was Sun. Dennis Ferguson, I knew him through IETF,

24 and he was at -- running CAnet, although I don't

25 know who he was affiliated with.       10:31:36

Page 57

15 (Pages 54 - 57)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    Q. What was your involvement in -- strike
2 that.
3        What is Exhibit 139?
4    A. It appears to be a copy of RFC 1887.
5    Q. What was your involvement in RFC 1887,        11:46:30
6 Mr. Li?
7    A. So Yakov and I coauthored or coedited this
8 document in an attempt to document a routing
9 protocol architecture -- a routing architecture for
10 IPv6.                                              11:46:45
11    Q. What is IPv6?
12    A. That is the next version of the Internet
13 Protocol. What a widely deployed right now today is
14 known as IPv4. It has the problem that it does not
15 have enough address space and can only support about   11:46:59
16 4 billion hosts.
17        IPv6 is a -- the next version that has been
18 approved by the IETF and we're currently
19 transitioning to IPv6, slowly.
20    Q. We're currently transitioning today, you       11:47:17
21 mean?
22    A. Yes. Twenty years and counting.
23    Q. And I'm sorry. What was the date on the
24 document marked as Exhibit 138, Mr. Li?
25    A. That appears to be March 1995.               11:47:33
                                                        Page 106

1    Q. Was this document -- strike that.
2        When was the first version of the document
3 marked as 138 completed, to your knowledge?
4    A. I would have to check my notes to be
5 precise but somewhere approximately 1994.         11:48:04
6    Q. Turning back to Exhibit 139, Mr. Li, what
7 is the date on this document?
8    A. December 1995.
9    Q. Is that the publication date for this RFC?
10    A. Yes, it is.                                 11:48:19
11    Q. And was the document that is shown
12 Exhibit 139, was that completed before the
13 publication date shown on Exhibit 139?
14    A. Yes, it was.
15    Q. Do you know approximately when?             11:48:34
16    A. Somewhere between '93 and '94.
17    Q. Did you come up with the term "IPv6,"
18 Mr. Li?
19    A. No, I did not.
20    Q. Do you know who?                            11:48:42
21    A. No. Can't be specific.
22    Q. Is IPv6 a well-known acronym in the
23 networking industry?
24    A. Yes, it is. It is a well-known acronym for
25 Internet Protocol version 6, and this -- this      11:48:53
                                                        Page 107

1 acronym was designated by the IETF.
2        Q. What do you mean, "this acronym was
3 designated by the IETF"?
4        A. So the IETF, in selecting this protocol to
5 migrate to, decided that we should all refer to       11:49:10
6 version 6 of the protocol as IPv6.
7        Q. And how do you know that the IETF decided
8 that we all should refer to version 6 of the IP
9 protocol as IPv6?
10    A. I was there as part of the discussion.        11:49:27
11    Q. What vendors were part of that discussion?
12    A. I'm sorry. I don't recall.
13    Q. Were there more than one vendor part of
14 that discussion?
15    A. Yes, many.                                    11:49:40
16    Q. Do you recall if Cisco was part of that
17 discussion?
18    A. I believe so.
19    Q. Do you recall if Juniper was part of that
20 discussion?                                          11:49:48
21    A. I believe so.
22    Q. Were there any other acronyms relating to
23 routing protocols that the IETF decided should be
24 used to refer to those protocols?
25    A. Yes, many.                                    11:50:05
                                                        Page 108

1        Q. What protocols did the IETF decide that
2 everyone in the network industry should use in
3 addition to IPv6?
4        MR. PAK: Objection. Calls for expert
5 testimony.                                            11:50:18
6        THE WITNESS: So OSPF, BGP, RSVP, LDP,
7 HTTP.
8        BY MR. WONG: Q. Was "IS-IS" a -- a
9 term -- strike that.
10        Did the IETF have any role in the decision   11:50:50
11 for IS-IS to be used by the networking industry?
12    A. Somewhat. Again, IS-IS was originally
13 standardized outside of the IETF. The IETF had the
14 responsibility of managing the usage of IS-IS for
15 Internet Protocol routing.                           11:51:14
16    Q. And to your knowledge, Mr. Li, based on
17 your experience working in the industry, did various
18 vendors use those acronyms that you just listed out
19 for me?
20    A. Yes, frequently.                              11:51:38
21    Q. To what extent was there any belief that
22 these acronyms for routing protocols were
23 proprietary to any single vendor?
24        MR. PAK: Objection. Calls for
25 speculation.                                         11:51:58
                                                        Page 109

28 (Pages 106 - 109)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    THE WITNESS: So the acronyms were never
2 proprietary.
3        BY MR. WONG: Q. And on what facts do you
4 base that opinion, Mr. Li?
5    A. So the acronyms were never published with a    11:52:06
6 trademark or copyright notice attached to them.
7    Q. Did you ever believe personally that the
8 use of OSPF, BGP, IP or any of the other acronyms
9 that we've been discussing today were proprietary to
10 any vendor?                              11:52:32
11    A. No.
12    Q. In your experience at multiple companies in
13 the networking industry, did anybody else that you
14 worked with express the belief to you that any of
15 these acronyms were proprietary to any vendor?    11:52:48
16    A. No.
17    Q. So in the 25 years that you have been
18 working in the networking industry, you have not
19 heard anybody express the belief that any of these
20 acronyms were proprietary to a single vendor?    11:53:08
21    A. That's correct.
22    Q. Turning back to Exhibit 139, Mr. Li, first
23 page further down, second paragraph from the bottom,
24 the word "domain" is used.
25    Do you see that?                    11:53:23

Page 110

1    A. Yes.
2    Q. Did you come up with the word "domain"?
3    A. No, I did not.
4    Q. Do you know who did?
5    A. I believe that was Dr. Rechter.    11:53:31
6    Q. Do you know when Dr. Rechter came up with
7 the name "domain"?
8    A. I believe that he came up with that term
9 during the work for IDRP, and that flowed -- and it
10 is semantically equivalent to Autonomous System, and    11:53:49
11 it flowed from his work in IDRP into both this
12 document and the BGP specification.
13    Q. And how do you -- how do you know that,
14 Mr. Li?
15    A. Direct work with both of those    11:53:58
16 specifications.
17    Q. Okay. By the time of this RFC,
18 December 1995, was "domain" a well-known industry
19 term?
20    MR. PAK: Objection. Vague.    11:54:10
21    THE WITNESS: No, it was not well-known and
22 still is not very well-known.
23    MR. WONG: Let's mark this one as 140,
24 please.
25    (Exhibit 140 was marked for identification    11:54:45

Page 111

1 by the court reporter and is attached hereto.)
2    BY MR. WONG: Q. The court reporter has
3 marked as Exhibit 140 a document bearing Control
4 Nos. ARISTANDCA00025927 to -25933.
5    Mr. Li, have you seen this document before?    11:55:28
6    A. I believe so.
7    Q. What is the document marked as Exhibit 140?
8    A. It appears to be a copy of RFC 1966, BGP
9 Route Reflection.
10    Q. Did you -- what was your involvement, if    11:55:45
11 any, in the creation of the document marked as
12 Exhibit 140?
13    A. So I helped discuss many of the concepts in
14 this document. As part of the development and
15 deployment of BGP, we found that we had numerous    11:56:02
16 scalability issues that we needed to overcome.
17 There were several approaches proposed. I helped
18 work on the Route Reflection proposal.
19    Some of the original work was proposed by
20 Dimitry Haskin of Bay Networks. And as part of the    11:56:20
21 IDR working group, we jointly discussed and came up
22 with this proposal.
23    Mr. Bates and Mr. Chandra eventually wrote
24 up the actual document as you see it here.
25    Q. What is BGP Route Reflection?    11:56:34

Page 112

1    A. BGP Route Reflection is a mechanism for
2 taking routing information and reflecting it from
3 one router to another through a third router. This
4 allows for better scalability because it fixes the
5 problem where BGP previously had where all BGP    11:57:03
6 routers within a particular AS had to be directly
7 interconnected. That led to some significant
8 computational and configuration management
9 challenges.
10    Q. Who came up with the phrase "Route    11:57:17
11 Reflection"?
12    A. I believe, but I'm not certain, that that
13 would be Mr. Haskin.
14    Q. And Mr. Haskin, to your recollection,
15 worked for Bay Networks?    11:57:33
16    A. It may have been Wellfleet at the time.
17    Q. And just by implication from your answer,
18 was Wellfleet acquired by Bay Networks?
19    A. Bay and -- I'm sorry.
20    Yes. Bay -- Bay was the merger of Synoptix    11:57:52
21 and Wellfleet, and I believe he was on the Wellfleet
22 side.
23    Q. And why do you think that Mr. Haskin came
24 up with the phrase "Route Reflection"?
25    A. So I believe he was the first one at IDR    11:58:11

Page 113

29 (Pages 110 - 113)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4    That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12    Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16    I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19    IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21    Dated: February 3, 2016
22
23

24    Susan F. Magee
25    CSR No. 11661, RPR, CCRR, CLR

Page 258

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5   CISCO SYSTEMS, INC.,

 6              Plaintiff,

 7   vs.                      No. 5:14-cv-05344-BLF(PSG)

 8   ARISTA NETWORKS, INC.,

 9              Defendant.
     _____/

10

11

12      CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

13

14         VIDEOTAPED DEPOSITION OF TONG LIU

15            FRIDAY, JANUARY 15, 2016

16               PALO ALTO, CALIFORNIA

17

18

19

20

21   Reported by:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23   CSR LICENSE NO. 9830

24   JOB NO. 2211574

25   Pages 1 - 215

                                          Page 1
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA
3          SAN JOSE DIVISION
4
5 CISCO SYSTEMS, INC.,
6        Plaintiff,
7 vs.          No. 5:14-cv-05344-BLF(PSG)
8 ARISTA NETWORKS, INC.,
9        Defendant.
   _____/
10
11
12
13
14      Videotaped Deposition of Tong Liu, taken on
15  Friday, January 15, 2016, pursuant to notice, on
16  behalf of the Defendants, at 610 Page Mill Road,
17  Palo Alto, California before me, ANDREA M. IGNACIO,
18  CSR, RPR, CRR, CCRR, CLR ~ CSR License No. 9830
19
20
21
22
23
24
25
                                          Page 2

1            I N D E X
2
3 WITNESS: Tong Liu
4
5 EXAMINATION                        PAGE
6 By Mr. Wong                        7, 207
7 By Mr. Pak                         185
8
9        E X H I B I T S
10 EXHIBIT                           PAGE
11 Exhibit 92  Amended Exhibit F; 45 pgs.    67
12 Exhibit 93  IEEE Standard for a Precision  84
13      Clock Synchronization Protocol
14      for Networked Measurement and
15      Control Systems, Bates
16      ARISTANDCA00031733 - '32021;
17      289 pgs.
18 Exhibit 94  IEEE1588 Precision Tine Protocol  100
19      Platform-Independent Software
20      Functional Specification, Bates
21      CSI-CLI-00610555 - '81; 27 pgs.
22 Exhibit 95  6-25-08 E-mail, Subject: Seeking  122
23      permission for adding PTP CLI
24      comments; Bates CSI-CLI-00846643;
25      1 pg.
                                          Page 4

1 A P P E A R A N C E S:
2
3
4  ON BEHALF OF THE PLAINTIFF CISCO SYSTEMS, INC., and
5  the WITNESS:
6     QUINN EMANUEL URQUHART & SULLIVAN, LLP
7     By:  SEAN S. PAK, Esq.
8     50 California Street, 22nd Floor
9     San Francisco, California 94111
10    Phone:  415.875.6600
11    seanpak@quinnemanuel.com:
12
13
14  ON BEHALF OF THE DEFENDANT ARISTA NETWORKS, INC.:
15    KEKER & VAN NEST LLP
16    By:  RYAN WONG, Esq.
17    633 Battery Street
18    San Francisco, California 94111-1809
19    Phone:  415.773.6682
20    rwong@kvn.com
21
22  ALSO PRESENT:  Kevin Foor, Videographer
23
24      ---oOo---
25
                                          Page 3

1      E X H I B I T S  (Continued.)
2
3 EXHIBIT                           PAGE
4 Exhibit 96  6-25-08 E-mail, Subject: Seeking  124
5      permission for adding PTP CLI
6      commands, Bates CSI-CLI-00608739
7      - '40; 2 pgs.
8 Exhibit 97  6-26-08 E-mail, Subject: Seeking  128
9      permission for adding PTP CLI
10      commands, Bates CSI-CLI-00846656
11      - '57; 2 pgs.
12 Exhibit 98  Cisco Nexus 7000 Series NX-OS  157
13      System Management Command
14      Reference, Bates CSI-CLI-00194055
15      - '9480; 626 pgs.
16
17      ---oOo---
18
19      PREVIOUSLY MARKED EXHIBITS
20
21 Exhibit 53  CLI Design and Review Guide, Bates
22      CSI-ANI-00073381 - '.000014; 15 pgs.
23
24
25
                                          Page 5

                                    2 (Pages 2 - 5)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1          PALO ALTO, CALIFORNIA
2          FRIDAY, JANUARY 15, 2016
3               9:32 A.M.
4
5
6
7          THE VIDEOGRAPHER:  Good morning.  We are on
8   the record at 9:32 on January 15th of the year 2016.
9   This is the video deposition of Tong Liu.
10          My name is Kevin Foor.  I'm here with court
11   reporter Andrea Ignacio.  And we are here from
12   Veritext Legal Solutions at the request of Keker &
13   Van Nest.
14          This deposition is being held at Wilson
15   Sonsini Goodrich & Rosati in Palo Alto.
16          The caption of the case is Cisco Systems,
17   Inc., v. Arista Networks.  That is case 514-CV-05344
18   ELF BSG.
19          Please note that audio and video recording
20   will take place unless all parties agree to go off the
21   record.  Microphones are sensitive and may pick up
22   whispers, private conversations, and cell
23   interference.
24          I'm not related to any party in this action,
25   nor am I interested financially in the outcome in any

Page 6

1   way.
2          If there are any objections to proceeding,
3   please state them at the time of your appearance.
4          And if you would please state your
5   appearances.
6          MR. WONG:  Ryan Wong from Keker & Van Nest
7   for defendant Arista Networks.
8          MR. PAK:  Sean Pak of Quinn Emanuel,
9   representing Cisco and the witness.
10          THE VIDEOGRAPHER:  Thank you.
11          If the court reporter would please swear the
12   witness, we can begin.
13
14               TONG LIU,
15          having been sworn as a witness
16          by the Certified Shorthand Reporter,
17               testified as follows:
18
19               EXAMINATION
20   BY MR. WONG:
21   Q   Good morning, Ms. Liu.
22   A   Good morning.
23   Q   Please state your full name for the record.
24   A   Tong Liu.
25   Q   Do you go by any other names, Ms. Liu?

Page 7

1   A   At work, I go with Toni.
2   Q   Could you spell Toni for me, please.
3   A   T-O-N-I.
4   Q   Okay.  Have you gone by Toni Liu for -- for
5   what period of time have you gone by Toni Liu?
6   A   That name is only used at work.  It's not an
7   officially alternative name.
8   Q   And besides Toni Liu, have you gone by any
9   other names, Ms. Liu?
10   A   No.
11   Q   Could you please state your home address.
12   A   1741 Pear Tree Lane, Mountain View.
13   Q   And do you have any personal e-mail addresses
14   that you use?
15   A   Yes.
16   Q   Could you please tell me what those are.
17   A   tonieliu@yahoo.com.
18   Q   Okay.  Any other e-mail addresses?
19   A   liu.toni@gmail.com.
20   Q   Thank you.
21          Who is your current employer, Ms. Liu?
22   A   Aruba Networks.
23   Q   Do you have a work address for Aruba
24   Networks?
25   A   1322 Crossman Avenue, Sunnyvale.

Page 8

1   Q   Do you have a work e-mail address for your
2   job at Aruba?
3   A   toniliu@arubanetworks.com.
4   Q   Now, Ms. Liu, are you represented by counsel
5   at this deposition?
6   A   I'm represented by attorney Mr. Sean Pak.
7   Q   Okay.  And do you understand that you are
8   testifying here today in response to a subpoena issued
9   in this lawsuit?
10   A   Yes.
11   Q   Okay.  Have you seen the subpoena issued in
12   this lawsuit?
13   A   Yes.
14   Q   Did you see the document requests that
15   accompanied the subpoena in this lawsuit?
16   A   The document?
17   Q   Requests for documents.
18   A   Requests for documents?
19          Yes, I have seen that part.
20   Q   And did you search for documents that fell
21   within the categories within the subpoena?
22   A   I looked around.  I don't have any of those
23   documents.
24   Q   Ms. Liu, have you ever been deposed before?
25   A   No.  This is the first time.

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 starting in 2008."
2      Do you see that?
3    A  Yes.
4    Q  Did I read that correctly?
5    A  Yes.
6    Q  Is that referring to the implementation that
7 you did, Ms. Liu?
8    A  Yes.  We were DSBU, and X-Men 2 was the
9 internal release number we were using for --
10   Q  Did you come up with X-Men 2?
11   A  Do the --
12   Q  Did you come up with the term X-Men 2?
13   A  No.
14      They came up with X-Men 2.  We were using it.
15   Q  And what does DSBU stand for?
16   A  Data switching business unit.
17   Q  Okay.
18   A  No, desktop switching.  Sorry.
19   Q  And was the IE 3000 platform -- is that the
20 industrial Ethernet device that we've been talking
21 about?
22   A  Yes, it's the industrial Ethernet switch.
23   Q  Okay.  You can set that one aside.
24   A  Okay.
25   Q  Turning back to Exhibit 93, the -- the large

Page 102

1 document in front of you.
2    A  (Witness complies.)
3    Q  You did not come up with the term PTP;
4 correct?
5    A  No.
6    Q  The -- the acronym PTP was in use before you
7 began implementing PTP functionality into Cisco's
8 industrial Ethernet device; correct?
9    A  You mean before we implement the protocol, no
10 one was using PTP term in Cisco?
11   Q  No.
12      I'm -- I'm just saying, the acronym PTP --
13   A  Right.
14   Q  -- was in use before you began implementing
15 PTP functionality into Cisco's industrial Ethernet
16 devices; correct?
17   A  Yes, I -- yeah, the term exist --
18   Q  Right.
19   A  -- about the --
20   Q  It -- it -- it was in the -- the document
21 here marked as Exhibit --
22   A  Yes.
23   Q  -- 93; correct?
24   A  Yes.
25   Q  And, in fact, on page 7 of Exhibit 93 --

Page 103

1 actually, are you on page 7?
2    A  Yes.
3    Q  At the bottom of page 7, there is a
4 section 3.2 called "Acronyms and Abbreviations."
5      Do you see that?
6    A  Right.
7    Q  These are acronyms and abbreviations that are
8 used in the PTP IEEE standard; correct?
9    A  Yes.
10   Q  And, on the following page, page 8, there is
11 an acronym PTP there.
12      Do you see that?
13   A  Yes.
14   Q  It stands for precision time protocol?
15   A  Yes.
16   Q  So it was well known that PTP meant precision
17 time protocol; correct?
18      MR. PAK:  Objection; calls for speculation;
19 assumes facts not in evidence; calls for expert
20 testimony.
21      THE WITNESS:  When you say "well known," is
22 it -- what's the scope of well known?
23      MR. WONG:  Q.  It was well known by people in
24 the networking industry, right --
25      MR. PAK:  Same --

Page 104

1      MR. WONG:  Q.  -- that PTP meant precision
2 time protocol?
3      MR. PAK:  Same objections.
4      THE WITNESS:  I don't think it's well known
5 in the entire networking industry.
6      MR. WONG:  Okay.
7    Q  Was there a subset of the networking industry
8 where PTP was known to refer to the PTP in Exhibit 93?
9      MR. PAK:  Objection; vague; calls for
10 speculation; assumes facts not in evidence.
11      THE WITNESS:  It's not as normal a term as IP
12 or MAC.  The -- the term is still -- I think even for
13 people who are working on the Catalyst switches, it's
14 not a very well-known term.
15      MR. WONG:  Okay.
16   Q  But certainly, the IEEE standard marked as
17 Exhibit 93 defines the PTP acronym; correct?
18   A  Yes.
19   Q  And uses the PTP acronym --
20   A  Yes.
21   Q  -- to describe precision time protocol;
22 correct?
23   A  True.
24   Q  And it uses that PTP acronym to describe the
25 PTP functionality that you implemented in Cisco's

Page 105

27 (Pages 102 - 105)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 industrial Ethernet devices; right?
2      MR. PAK: Objection; assumes facts not in
3 evidence; mischaracterizes the witness' prior
4 testimony.
5      THE WITNESS: In this spec, yes.
6      MR. WONG: Q. Well, is PTP used in Cisco's
7 industrial Ethernet device in a different way than
8 what PTP means in Exhibit 93?
9      MR. PAK: Objection; vague.
10      MR. WONG: Let me rephrase the question.
11   Q   In the five commands that you're associated
12 with in Exhibit 92 --
13   A   Right.
14   Q   -- all of them use the acronym PTP; correct?
15   A   Yes.
16   Q   That PTP refers to the same PTP that is shown
17 on page 8 of Exhibit 93; right?
18      MR. PAK: Objection; vague.
19      THE WITNESS: I think when I chose the
20 command, yes, I used PTP to mean the same as precision
21 time protocol --
22      MR. WONG: Right.
23      THE WITNESS: -- as in the spec.
24      MR. WONG: Q. As in the spec and, in fact,
25 as in -- as on page 8 of Exhibit 93, correct, which
                                                    Page 106

1 lists the PTP -- which lists PTP as an acronym;
2 correct?
3      MR. PAK: Objection; vague.
4      THE WITNESS: I would say the meanings are
5 the same, that they mean precision time protocol.
6      MR. WONG: Q. Well, the -- the words are the
7 same, too; correct?
8      PTP in the command is the same three letters
9 that appear on page 8 of Exhibit 93; correct?
10   A   It's the same acronym.
11   Q   And they're referring to the same protocol;
12 correct?
13   A   Yes.
14   Q   Now, if you'll turn to page 4 of Exhibit 93.
15   A   (Witness complies.) Okay.
16   Q   You can take off the -- well --
17   A   This is --
18   Q   -- maybe you want to keep that together,
19 actually.
20   A   Right.
21   Q   On page 4 of Exhibit 93, there is a large
22 heading No. 3 entitled:
23      "Definitions, acronyms, and abbreviations."
24      Do you see that?
25   A   Yes.
                                                    Page 107

1   Q   And then subsection 3.1 says "Definitions."
2      Do you see that?
3   A   Yes.
4   Q   Definition 3.1.4 in the IEEE PTP
5 specification defines the term "clock."
6      Do you see that?
7   A   Yes, uh-huh.
8   Q   What is the definition of clock in the IEEE
9 standard?
10   A   It's no participating in the precision time
11 protocol, PTP, that is capable of providing a
12 measurement of the passage of time since a defined
13 epoch.
14   Q   And you have read these definitions before
15 you began developing the PTP functionality in Cisco's
16 industrial Ethernet devices; right?
17   A   Yes.
18   Q   So you were familiar with these IEEE defined
19 terms before you began working on the PTP
20 functionality; correct?
21   A   Yes.
22   Q   And you knew they were in the IEEE standard;
23 correct?
24   A   Yes.
25   Q   Okay. Now, the definition of clock that you
                                                    Page 108

1 read, is that your understanding of what a clock is in
2 the context of PTP?
3      MR. PAK: Objection; vague.
4      THE WITNESS: So, in the context of PTP
5 standard or spec, yes, a clock means this.
6      MR. WONG: Q. A clock means what it says on
7 page 4 of --
8   A   Yes.
9   Q   -- Exhibit 93?
10   A   Right.
11   Q   And you -- you -- you did not come up with
12 the term clock in the context of PTP; correct?
13   A   No.
14   Q   All right.
15      Clock is just a defined term in the IEEE
16 standard marked as Exhibit 93; correct?
17   A   Yes.
18   Q   Okay. If you'll look at page 6 of
19 Exhibit 93.
20   A   (Witness complies.) Right.
21   Q   Term 3.1.23; do you see that?
22      It defines the term "parent clock" correct?
23   A   Yes.
24   Q   What's the definition of parent clock?
25   A   The master clock to which a clock is
                                                    Page 109

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 synchronized.
2    Q   And is that your understanding of what a
3 parent clock is in the context of PTP?
4    A   It is.
5    Q   And you get that understanding from the IEEE
6 standard marked as Exhibit 93; correct?
7    A   Yes.
8    Q   All right.
9        You don't disagree with that definition;
10 correct?
11   A   No.
12   Q   And you don't disagree with the definition of
13 clock in the IEEE PTP standard; right?
14   A   No, I don't.
15   Q   Okay.  Now, the term parent also refers to
16 the parent clock in a PTP context; correct?
17   A   The term parent --
18       MR. PAK:  Objection; vague.
19       THE WITNESS:  -- in this document --
20       MR. WONG:  Yes.
21       THE WITNESS:  -- whenever -- yeah, a parent
22 clock is used, it means the definition here.
23       MR. WONG:  Sure.
24       THE WITNESS:  Is that the question?
25       MR. WONG:  Sure.

Page 110

1    Q   Do you see that?
2    A   I haven't found that sentence.
3        Oh, yeah, found it.
4    Q   Okay.  That sentence in the IEEE standard
5 uses the term parents; do you see that?
6    A   Yes.
7    Q   Is it your understanding that -- that that
8 parents term refers to a parent clock?
9        MR. PAK:  If you need to take some time to
10 look at the document more closely, you can do that.
11       THE WITNESS:  Yes.
12       MR. PAK:  Okay.
13       THE WITNESS:  I think it -- it's referring to
14 the parent clock.
15       MR. WONG:  Right.
16   Q   There's no ambiguity in the context of the
17 IEEE standard that parent refers to parent clock;
18 right?
19   A   Yes.  Here, it means -- yeah, it does mean
20 parent clock.
21   Q   Okay.  So, in the context of the PTP
22 standard, referring to the parent of a clock is
23 referring to the defined term parent clock that we
24 discussed a few minutes ago; correct?
25   A   Yes.

Page 112

1    Q   If you'd turn to page 53 of Exhibit 93.  Let
2 me know when you're there.
3    A   53?
4    Q   The ending control number for that is '31805.
5    A   (Witness complies.)  Yeah, I found it.
6    Q   Okay.  If you look above -- so, near the
7 bottom of the page, you see in bold:
8        "7.6.2 PTP Device Attributes."
9        Do you see that?
10   A   Yes.
11   Q   Okay.  Right above that, there are -- there
12 are two sort of indented bullet points, I guess, or
13 dashes.
14       Do you see that?
15   A   (Witness nods head.)
16   Q   And then, right above that is a sentence that
17 begins with the words "ordinary and boundary clocks."
18       Do you see that?
19   A   Ordinary and boundary clocks.
20   Q   Yep.
21   A   Okay.
22   Q   So that full sentence says:
23       "Ordinary and boundary clocks may keep
24 statistics on the performance of their parents using
25 the following attributes."

Page 111

1    Q   Okay.  Now, if you look on that same page,
2 underneath the heading "PTP Device Attributes," you
3 see the term "Priority 1"?
4    A   Yes.
5    Q   What is a PTP device attribute?
6    A   It's certain characteristics of a PTP clock.
7    Q   That are defined by the IEEE standard;
8 correct?
9    A   Yes, uh-huh.
10   Q   Okay.  And these are device attributes that
11 are mandatory to be supported to comply with the PTP
12 standard; correct?
13       MR. PAK:  Objection; calls for expert
14 testimony.
15       MR. WONG:  Q.  If you know.
16   A   I didn't see anything as mandatory here.
17   Q   Okay.  If you read the description of
18 priority 1, it says:
19       "The attribute priority 1 is used in the
20 execution of the best master clock algorithm; see
21 9.3.2.  Lower values take precedence.  The
22 initialization value of priority 1 is specified in a
23 PTP profile.  The value of priority 1 shall be
24 configurable to any value in the range 0 to 255,
25 unless restricted by limits established by an

Page 113

29 (Pages 110 - 113)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 applicable PTP protocol" -- I'm sorry -- "PTP
2 profile."
3     Did I read that correctly?
4  A  Yes.
5  Q  Okay.  Now, the -- the definition says the
6 value of priority 1 shall be configurable.
7     Do you see that?
8  A  Yes.
9  Q  "Shall" is a mandatory term in the IEEE
10 standard; correct?
11     MR. PAK:  Same objection; calls for expert
12 testimony.
13     THE WITNESS:  Would you please rephrase that
14 question.
15     MR. WONG:  Sure.
16  Q  "Shall" is a mandatory term -- strike that.
17     "Shall" indicates a mandatory requirement in
18 the IEEE standard; correct?
19     MR. PAK:  Objection; calls for expert
20 testimony.
21     MR. WONG:  Q.  And it may help --
22  A  I can say only my understanding, that it's
23 recommending that priority 1 is an attribute, that
24 this is a configurable value.
25  Q  If you'd turn to page 9 of the same document,

Page 114

1  Q  So, it is a -- it is a requirement to comply
2 with the standard for there to be a value of
3 priority 1 that is configurable as described here on
4 page 53; correct?
5  A  Yes.
6     MR. PAK:  Same -- and again same objection;
7 calls for expert testimony.
8     MR. WONG:  Q.  If you'd turn -- I'm sorry.
9     And -- and do you have any disagreements with
10 the description of priority 1 here on page 53?
11  A  No.
12  Q  Okay.  If you'd turn to the next page in
13 Exhibit 93.
14  A  (Witness complies.)
15  Q  At the top, it has another attribute,
16 "priority 2."
17     Do you see that?
18  A  Yes.
19  Q  And the definition of priority 2 also has a
20 sentence that says:
21     "The value of priority 2 shall be
22 configurable to any value in the range 0 to 255,
23 unless restricted by limits established by an
24 applicable PTP profile."
25     Do you see that?

Page 116

1 Exhibit 93.
2  A  (Witness complies.)  Okay.
3  Q  And you see right in the middle of the page,
4 it says "word usage"; correct?
5  A  Uh-huh, I see.
6  Q  And it defines "shall" in 4.2.1.
7     Do you see that?
8  A  Yes.
9  Q  And this is -- and you -- you read the entire
10 standard before you implemented any of the
11 functionality with Cisco's products; right?
12  A  Yes.
13  Q  The definition of "shall" -- well, why don't
14 you please read the definition of "shall."
15  A  "The word 'shall,' which is equivalent to 'is
16 required to,' is used to indicate mandatory
17 requirements strictly to be followed in order to
18 conform to the standard and from which no deviation is
19 permitted."
20  Q  Okay.  And you understood that when you read
21 the standard; correct?
22  A  Yes.
23  Q  Okay.  If you'd turn back to page 53 that we
24 were just on.
25  A  (Witness complies.)  Right.

Page 115

1  A  Uh-huh, yes.
2  Q  So the value of priority 2 -- strike that.
3     So it's a requirement to comply with the PTP
4 standard for the value of priority 2 to be
5 configurable as described here on page 54; correct?
6     MR. PAK:  Same objection; calls for expert
7 testimony.
8     THE WITNESS:  Yes, it's a parameter.
9     MR. WONG:  Right.
10     THE WITNESS:  Right.
11  Q  And that's your understanding, based upon the
12 standard's own definition of what "shall" means within
13 the document; correct?
14  A  Yes.
15  Q  Okay.  And when you implemented the PTP
16 functionality in Cisco's devices, was it your
17 intention to comply with the standard -- with the IEEE
18 standard marked as Exhibit 93?
19     MR. PAK:  Objection; vague.
20     THE WITNESS:  Again, there were certain
21 multiple aspects of it; right?
22     MR. WONG:  Q.  But, with respect to the two
23 device attributes that we just discussed, was it your
24 intention to comply with the IEEE standard?
25     MR. PAK:  Same objection; vague.

Page 117

30 (Pages 114 - 117)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      THE WITNESS: I think we intended to make
2  these two parameters as configurable for PTP clock.
3  So, for that part, yes, the compliance is that we
4  shall make these as configurable values.
5      MR. WONG: Q. As required by the IEEE
6  standard marked as --
7  A. Yes.
8  Q  -- Exhibit 93; correct?
9  A. Yes.
10  Q  Is it possible to have vendor
11  interoperability for PTP if you don't comply with the
12  PTP standard?
13      MR. PAK: Objection; calls for expert
14  testimony; vague.
15      MR. WONG: Q. In your view?
16      MR. PAK: Same objections.
17      THE WITNESS: In my view, the basic external
18  behaviors needs to be consistent to be interoperable.
19      MR. WONG: Q. And are the device attributes
20  that we just discussed, priority 1 and priority 2, are
21  those part of those external behaviors that need to be
22  consistent in order to support interoperability?
23      MR. PAK: Same objection; vague.
24      THE WITNESS: I think the priority value
25  being configurable, changeable by users is -- as you
                                                    Page 118

1  said, as required -- it's required to be
2  interoperable --
3      MR. WONG: Okay.
4      THE WITNESS: -- at the PlugFest.
5      MR. WONG: Q. So, to comply with the PTP
6  standard, there have to be configurable device
7  attributes called priority 1 and priority 2 as
8  described on pages 53 and 54 of Exhibit 93?
9      MR. PAK: Objection; calls for expert
10  testimony. Objection; vague.
11      THE WITNESS: My understanding is these two
12  parameters, which needs to be configurable.
13      MR. WONG: Okay.
14  Q  To comply with the PTP standard?
15  A. Yes.
16  Q  Okay. If you'd turn to page 62 of that same
17  document, Exhibit 93. Let me know when you're there.
18  A  (Witness complies.) Yes, I'm on page 63.
19  Q  62. I'm sorry.
20  A  62. (Witness complies.) Okay.
21  Q  Okay. About two-thirds down on that page 62,
22  there is a subheading 7.7.2.3.
23      Do you see that?
24  A. Yes.
25  Q  And the text next to that is:
                                                    Page 119

1      "Sync (multicast) message transmission
2  interval."
3      Do you see that?
4  A. Yes.
5  Q  Now, the sentence below that says:
6      "The port DS.log sync interval shall specify
7  the mean time interval between successive sync
8  messages, i.e., the sync interval, when transmitted as
9  multicast messages."
10      Do you see that?
11  A. Yes.
12  Q  Did I read that correctly?
13  A. Yes.
14  Q  So the -- and that sentence, by the way, uses
15  the word "shall" again; correct?
16  A. Yes.
17  Q  That indicates that this is a required -- a
18  requirement of the PTP standard; correct?
19      MR. PAK: Objection; calls for expert
20  testimony.
21      THE WITNESS: I -- my understanding is this
22  is to be supported to implement a PTP protocol.
23      MR. WONG: Q. And that understanding is
24  based upon the definition of "shall" provided on
25  page 9 of the standard; correct?
                                                    Page 120

1  A  Yes, uh-huh.
2  Q  That definition of "shall" says that no
3  deviation is permitted; correct?
4      If you need to look at page 9, you can
5  confirm that.
6  A  Right. No deviation of the behavior, I
7  guess.
8  Q  Okay.
9  A  Right.
10  Q  Is that your understanding?
11  A  Right.
12  Q  So turning -- so you're still on page 62.
13  The IEEE standard uses the term "sync interval" to
14  describe the mean time interval between successive
15  sync messages; correct?
16  A  Sync interval as specified in the text here?
17  Q  Yes.
18  A  Right. Yes.
19  Q  So, do you agree that the IEEE standard
20  marked as Exhibit 93 on page 62 defines the sync
21  interval as the mean time interval between successive
22  sync messages when transmitted as multicast messages?
23  A  Yes.
24  Q  Okay. Do you have any disagreements with
25  that definition?
                                                    Page 121

31 (Pages 118 - 121)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  correct?
2  A  Yes.
3  Q  And if you'll look briefly at Exhibit 96.
4  Let me know when you're there.
5  A  Yes.
6  Q  Under "interface level config commands,"
7  listed there is "PTP sync-interval" with a hyphen.
8  Do you see that?
9  A  PTP sync-interval, yes.
10  Q  With a hyphen --
11  A  With a hyphen.
12  Q  -- between sync and interval?
13  A  Right.
14  Q  Did you remove the hyphen based upon
15  Mr. Woodman's directive?
16  A  Yes, I believe that should be true.
17  Q  And the purpose of removing the hyphen, as
18  described in Mr. Woodman's e-mail marked as
19  Exhibit 97, was to take advantage of the auto complete
20  functionality; correct?
21  MR. PAK:  Objection; mischaracterizes the
22  witness' testimony; incomplete.
23  THE WITNESS:  I would say both auto
24  completion and hierarchy as --
25  MR. WONG:  Q.  What -- go ahead.

Page 134

1  A  You go ahead first.
2  Q  What -- in your mind, what is the difference
3  between auto completion functionality and hierarchy?
4  A  Hierarchy -- let's say there is PTP sync
5  interval, PTP sync limit.  So, when we type PTP,
6  space, sync, and then question mark, that gives you
7  the next level of that command, which is interval.  So
8  this is the hierarchy part, which won't be there if
9  there is a hyphen.  So, all of them would be under
10  PTP, and you have all of the options.
11  Q  Did you come up with the idea to have a
12  hierarchy for these PTP commands?
13  MR. PAK:  Objection; vague.
14  THE WITNESS:  Meaning -- can you rephrase
15  that.  Did I come up with the concept?
16  MR. WONG:  You just described the concept of
17  a hierarchy.
18  Q  Was that concept -- did that concept
19  originate from you?
20  MR. PAK:  Objection; vague.
21  THE WITNESS:  A lot of Cisco CLI commands
22  has -- have hierarchies.  That part I knew even before
23  I developed these commands.
24  MR. WONG:  Okay.
25  Q  So the organization of Cisco commands in a

Page 135

1  hierarchy existed before you started adding PTP
2  commands to the software?
3  A  Yes.
4  Q  And you were aware of that?
5  A  I'm -- yeah, I was aware of that.
6  Q  Right.
7  And so you modeled -- you modeled your
8  commands based upon the hierarchy concept that already
9  existed in Cisco software?
10  MR. PAK:  Objection; vague.
11  THE WITNESS:  I think I was thinking it would
12  be good to have that part for these CLI commands.
13  MR. WONG:  Okay.  Okay.
14  I think it's a good time to take a break.
15  THE VIDEOGRAPHER:  It is 1:01.
16  We are going off the record.
17  Please don't forget your mics.
18  (Lunch break taken at 1:01 p.m.)
19  ---oOo---
20
21
22
23
24
25

Page 136

1  AFTERNOON SESSION
2  1:41 P.M.
3
4
5
6  THE VIDEOGRAPHER:  We are back on the record.
7  It is 1:41.
8  MR. WONG:  Q.  So, Ms. Liu, before the lunch
9  break, we talked about the five commands that are
10  associated with you in Exhibit 92.
11  A  Yes.
12  Q  One of the commands is "PTP priority 1."
13  A  Yes.
14  Q  Do you see that?
15  A  Uh-huh.
16  Q  What is the function that the "PTP
17  priority 1" command performs?
18  A  It configures the priority 1 parameter for
19  the PTP clock.
20  Q  Okay.  And when you say "for the PTP clock,"
21  you mean PTP as defined by the IEEE standard; right?
22  A  Yes.
23  Q  You're not talking about a different PTP
24  that's separate from the IEEE standard; right?
25  A  No.

Page 137

35 (Pages 134 - 137)