# ATTACHMENT 11-2

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    Q   Okay.  And the PTP in the command "PTP
2  priority 1" refers to the IEEE standard; correct?
3        MR. PAK:  Objection; vague.
4        THE WITNESS:  It refers to, yeah, PTP.
5        MR. WONG:  Q.  It refers to the IEEE PTP
6  standard that we marked as Exhibit 93; correct?
7    A   Yes.
8    Q   Okay.  And the use of the word PTP in all
9  five of the commands that are associated with you in
10  Exhibit 92, they all come from the IEEE standard
11  marked as Exhibit 93; correct?
12        MR. PAK:  Objection; vague; mischaracterizes
13  the witness' testimony.
14        THE WITNESS:  You mean the PTP --
15        MR. WONG:  Q.  Let me ask the question --
16    A   -- word in the command?
17    Q   Yes.
18        Let me ask a clean question.
19        The use of the word PTP in all five of the
20  commands that are associated with you in Exhibit 92 --
21    A   Right.
22    Q   -- that word came from the PTP IEEE standard
23  that was marked as Exhibit 93; correct?
24        MR. PAK:  Same objections.
25        THE WITNESS:  Yes, it means the same.

Page 138

1  the priority 1 attribute in the IEEE standard marked
2  as Exhibit 93?
3        MR. PAK:  Objection; vague.
4        THE WITNESS:  Yes.  I think I chose it for
5  the intention to mean the priority 1 attribute of the
6  clock.
7        MR. WONG:  Q.  And is your answer the same
8  for the command "PTP priority 2"?
9        Is the priority 2 command parameter -- does
10  that refer to the priority 2 attribute in the IEEE
11  standard marked as Exhibit 93?
12        MR. PAK:  Same objection.
13        THE WITNESS:  It's referring to the same --
14  that attribute, yes.
15        MR. WONG:  Q.  That attribute in the IEEE
16  standard?
17    A   In the IEEE standard, yes.
18    Q   Okay.  And you knew about the priority 1 and
19  priority 2 attributes in the IEEE standard before you
20  started adding the "PTP priority 1" and "PTP
21  priority 2" commands to the iOS software; correct?
22    A   Yes, I read the spec.
23    Q   And you were aware of those two particular
24  attributes before you started adding the "PTP
25  priority 1" and "PTP priority 2" commands to Cisco's

Page 140

1        MR. WONG:  Okay.
2    Q   And you -- in describing the function
3  performed by the "PTP priority 1" command, you
4  testified that it configures the priority 1 parameter
5  for the PTP clock; correct?
6    A   Yes.
7    Q   And the priority 1 parameter for the PTP
8  clock, that's the same priority 1 parameter that we
9  discussed in Exhibit 93; correct?
10    A   When you say "parameter," I think they are a
11  little different in the CLI and the spec.
12    Q   How are they different?
13    A   The -- in the spec, it's the attribute of the
14  clock; right?  When I say parameter, I mean the -- in
15  the context of the CLI command is a parameter.
16    Q   Oh, I see.
17        So -- so the word priority 1 in the "PTP
18  priority 1" CLI command is a parameter of the command?
19    A   Yes.
20    Q   That's what you mean by --
21    A   Right.
22    Q   -- parameter?
23    A   Right.
24    Q   Okay.  Now, does the priority 1 parameter in
25  the CLI command "PTP priority 1," does that refer to

Page 139

1  routing software; right?
2    A   Yes.
3    Q   How long did it take you to come up with the
4  "PTP priority 1" command?
5    A   I don't remember how long it took for me to
6  come up with the list of CLI commands.
7    Q   Okay.  I'm just asking about the -- the one
8  command, "PTP priority 1."
9    A   Right.
10    Q   Did -- did that take you an hour to come up
11  with that command?
12        MR. PAK:  Objection; vague.
13        THE WITNESS:  You mean just to decide on the
14  syntax of the command?
15        MR. WONG:  On the two words in the command.
16  That's right.
17    Q   How long did it take you to decide on the
18  two words, "PTP priority 1," in that command?
19    A   I don't remember.
20    Q   Did it take you more than a day?
21        MR. PAK:  Objection; vague.
22        THE WITNESS:  Maybe not.  I don't recall the
23  details of -- of this level.
24        MR. WONG:  Okay.
25    Q   Do you --

Page 141

36 (Pages 138 - 141)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  understanding?
2    A  Yes.
3      There -- so, when the CLI command is
4  received, something needs to happen based on what has
5  been configured as being specified as the parameter.
6  So that's the interface I was referring to, that I
7  hook up to the back-end behavior of the clock.
8    Q  And the back-end behavior for each command
9  that you are associated with in Exhibit 92, did you
10  write that source code?
11    A  I did write the source code.
12    Q  Did you have anyone else's help in writing
13  the source code for those five commands associated
14  with you in Exhibit 92?
15    A  No.  I wrote all of them.
16    Q  The "PTP sync interval" command --
17    A  Yes.
18    Q  Well, actually, just for clarity, what
19  function does the "PTP priority 2" command perform?
20    A  It configures another parameter which helps
21  to determine the -- the clock.
22    Q  And that other parameter you're talking about
23  is the priority 2 attribute that is defined by the
24  IEEE standard marked as Exhibit 93; correct?
25    A  Yes.

Page 146

1    Q  Okay.  What function does the "PTP sync
2  interval" command perform?
3    A  It configures how often the clock syncs with
4  the master.
5    Q  And do you recall earlier we were looking at
6  the IEEE standard marked Exhibit 93 and a term called
7  sync interval in there?
8    A  Right.
9    Q  Is the sync interval, that the "PTP sync
10  interval" command refers to, the same sync interval
11  that we discussed in Exhibit 93?
12      MR. PAK:  Objection; vague.
13      THE WITNESS:  I think that was -- this
14  command was used -- was defined to be used to
15  configure that part of the clock.
16      MR. WONG:  Right.
17    Q  And by "that part of the clock," you mean the
18  sync interval attribute defined by the IEEE PTP
19  standard; right?
20    A  Yes.
21    Q  Now, you chose the term priority 1 because
22  priority 1 is an attribute that's in the IEEE
23  standard; right?
24      MR. PAK:  Objection; vague.
25      THE WITNESS:  You mean when I wrote the

Page 147

1  command?
2      MR. WONG:  Q.  When you --
3    A  When I -- when I chose to use priority 1;
4  right?
5    Q  Yes, that's what I'm asking.
6    A  Yes.  When I chose the word, I meant to
7  configure this attribute for the clock.  That was
8  true.
9    Q  And this attribute for the clock, you're
10  referring to the priority 1 attribute that's defined
11  in the IEEE standard; right?
12    A  Yes.
13    Q  And your answer is the same for the
14  priority 2 attribute defined in the IEEE standard,
15  correct, with respect to the PTP priority 2 command?
16    A  Yes.
17    Q  And you chose the words sync interval because
18  the IEEE standard marked as Exhibit 93 described --
19  strike that.
20      You chose the words sync interval because the
21  IEEE standard marked as Exhibit 93 also used the term
22  sync interval; correct?
23      MR. PAK:  Objection; vague.
24      THE WITNESS:  When you say that, it makes me
25  feel that you -- it's a direct translate from the spec

Page 148

1  to the command.
2      Is that what you mean --
3      MR. WONG:  No, no.  I'm --
4      THE WITNESS:  -- when you ask the question?
5      MR. WONG:  No, no.
6    Q  My question is simply:  When you -- you
7  testified that the -- one second.
8      Can you tell me again what the function is
9  that the "PTP sync interval" performs.
10    A  It configures or determines how often the
11  clock syncs with the master clock.
12    Q  And that functionality is described in the
13  IEEE standard; correct?
14    A  Yes.
15    Q  And the IEEE standard uses the term sync
16  interval to describe what you just described as the
17  function of the "PTP sync interval" command; right?
18      MR. PAK:  Objection; vague.
19      THE WITNESS:  It's the same meaning.
20      MR. WONG:  Okay.
21    Q  So you chose the words sync interval for the
22  "PTP sync interval" command because the IEEE standard
23  used the same term to describe what the command does;
24  right?
25      MR. PAK:  Objection; vague.

Page 149

38 (Pages 146 - 149)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    THE WITNESS: I chose it based on my
2  understanding of the spec. And so it's -- it's just a
3  preference how -- how to express this -- how -- how to
4  express this parameter in the -- for the user
5  interface. I wouldn't say it's directly, because it's
6  in the spec. That's why I use it.
7    MR. WONG: Q. Well, you wouldn't call -- so
8  the IEEE has a priority 1 attribute; right?
9    A  Right.
10   Q  And it's a requirement of the PTP standard;
11 right?
12   A  Yes.
13   Q  Would you call the priority 1 standard
14 priority 2 in a command if the command sets the
15 priority 1 attribute?
16    MR. PAK: Objection; vague.
17    THE WITNESS: No. I would set it as
18 priority 1.
19    MR. WONG: Right.
20    THE WITNESS: Not priority 2.
21    MR. WONG: Q. And that's because you want
22 the command to match the same term that's used in the
23 standard; right?
24    MR. PAK: Objection; mischaracterizes the
25 witness' testimony.

Page 150

1  standard attributes; right?
2    MR. PAK: Objection; assumes facts not in
3  evidence; mischaracterizes the witness' testimony.
4    THE WITNESS: I think I chose it based on my
5  understanding of the spec. And I don't remember using
6  it because it's in the spec.
7    MR. WONG: Q. But you had reviewed the spec
8  entirely before you started adding these five commands
9  associated with you in Exhibit 92; correct?
10   A  I did review the spec, yes.
11   Q  So you -- so you were aware that these terms
12 were defined in the IEEE specification marked as
13 Exhibit 93 before you added the five commands
14 associated with you in Exhibit 92; right?
15    MR. PAK: Objection; vague.
16    THE WITNESS: When you say "five commands,"
17 that would include the show command which are
18 different, right, than these configuration commands?
19    MR. WONG: Sure.
20   Q  Why don't we just limit the question then to
21 the three commands that we just were talking about:
22 "PTP priority 1" --
23   A  Right.
24   Q  -- "PTP priority 2," and "PTP sync interval."
25   A  Right.

Page 152

1    MR. WONG: Let me rephrase the question.
2    Q  For a command "PTP priority 1" that sets an
3  attribute that's called priority 1 in the spec, you
4  should use the same word in the command; correct?
5    MR. PAK: Objection; assumes facts not in
6  evidence.
7    THE WITNESS: No, I don't think that part was
8  true.
9      For example, you could use clock priority 1
10 or clock priority 2; right? There -- there is no
11 direct association of what I use in the command line
12 CLI that it has to match this spec. That's the --
13 that -- they are not equal.
14    MR. WONG: Okay.
15   Q  Well, priority 1 has a particular meaning in
16 the PTP context; correct?
17   A  Yes.
18   Q  And the "PTP priority 1" command performs the
19 function in the PTP context; correct?
20    MR. PAK: Objection; vague; incomplete
21 hypothetical.
22    THE WITNESS: The -- yes, priority attribute
23 is an important part of a PTP clock.
24    MR. WONG: Q. And you chose commands that
25 would be clear to a user trying to set these industry

Page 151

1    Q  You were aware that the terms priority 1,
2  priority 2, sync interval, and PTP were defined in the
3  IEEE specification marked as Exhibit 93 before you
4  added those three commands to Cisco's routing
5  software; correct?
6    A  I'm aware of those terms being defined in the
7  1588 standard.
8    Q  Okay. Before you added those three commands
9  to the Cisco software; correct?
10   A  Yes.
11   Q  Okay. Now, "show PTP clock" is another
12 command that you're associated with; correct?
13   A  Yes.
14   Q  What's the function performed by the "show
15 PTP clock" command?
16   A  It shows the state and status of the clock.
17 And I don't recall the entire output from the command,
18 but I think that's probably summarize majority of the
19 output.
20   Q  Okay. And as we discussed earlier in today's
21 deposition, the PTP IEEE specification defines the
22 term clock; correct?
23   A  It defined the term clock, yes.
24   Q  Okay. And the clock that is referred to in
25 the command "show PTP clock" is the clock that is

Page 153

39 (Pages 150 - 153)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1 defined in the PTP standard; correct?
2    MR. PAK: Objection; vague.
3    THE WITNESS: Well, the command shows the PTP
4 clock status.
5    MR. WONG: Q. And when you refer to "the PTP
6 clock" in that response you just gave, you're
7 referring to the clock that is defined in the PTP
8 standard; correct?
9    A Yes, it means the clock.
10    Q Now, the -- the word "show" in that command,
11 were there other commands in iOS that used the word
12 "show" before you added this "show PTP clock" command
13 to the software?
14    A Yes.
15    Q Okay. You were familiar that other commands
16 used the first word of "show" to display information
17 before you added the "show PTP clock" command;
18 correct?
19    A Yes.
20    Q Okay. So you -- you simply followed what
21 other commands were doing when you chose the word
22 "show" in "show PTP clock"; is that right?
23    MR. PAK: Objection; assumes facts not in
24 evidence; mischaracterizes the witness' testimony.
25    MR. WONG: Q. If anything that I'm saying --
Page 154

1 standards?
2    A Yes.
3    Q And you recall discussing the definition of
4 parent clock in the standards earlier in this
5 deposition; correct?
6    A Yes.
7    Q And another shorthand used by the IEEE
8 standard for parent clock is simply parent; correct?
9    MR. PAK: Objection; vague.
10    THE WITNESS: Can you refer me to that page.
11    MR. WONG: Sure, sure, absolutely.
12    Q I think it's on page 53 of Exhibit 93. It's
13 in that sentence maybe two-thirds of the way down on
14 page 53 that starts with:
15    "Ordinary and boundary clocks may keep
16 statistics."
17    A Uh-huh.
18    "Using the following attribute."
19    Okay.
20    Q So you would agree that, in the IEEE
21 standard, it uses the term parent as shorthand for
22 parent clock?
23    A Yes.
24    Q Okay. Do you know if commands that use the
25 word "show" were used before they were used in Cisco's
Page 156

1    A "Show" is a --
2    Q Sorry.
3    A -- big category of commands. Like, there is
4 debug. There is config. There is show. So show is
5 one big category of commands.
6    Q And there was a big -- and that category of
7 commands, the show commands, existed before you added
8 the "show PTP clock" command to the software; correct?
9    A Yes.
10    Q And you were just building upon that category
11 of commands when you used the word "show" in "show PTP
12 clock"; correct?
13    MR. PAK: Objection; mischaracterizes the
14 witness' testimony.
15    THE WITNESS: Yes, I think that -- that was
16 the intention.
17    MR. WONG: Q. And is the same
18 explanation -- does the same explanation apply to
19 "show PTP parent" for the show aspect of that command?
20    A Yes, for the show aspect of the command, yes.
21    Q Okay. What function does the "show PTP
22 parent" command perform?
23    A It shows the status of the parent clock.
24    Q When you say "the parent clock," are you
25 referring to the parent clock as defined in the PTP
Page 155

1 software?
2    MR. PAK: Objection; calls for expert
3 testimony.
4    THE WITNESS: I'm not aware of that.
5    MR. WONG: Okay.
6    Q I'm just asking whether you personally know.
7 If you don't, then --
8    A No, I don't.
9    Q -- that's fine.
10    MR. WONG: What's the next exhibit number?
11    THE REPORTER: 98.
12    MR. WONG: Okay.
13    (Document marked Exhibit 98
14    for identification.)
15    MR. WONG: The court reporter has marked as
16 Exhibit 98 a document bearing control
17 Nos. CSI-CLI-00194055 to '194800.
18    Q Ms. Liu, do you recognize this document?
19    A I don't recognize this document.
20    Q Okay. Have you seen Cisco command reference
21 guides before?
22    A In general terms, right, not particular to
23 700 series?
24    Q That's -- that's correct, in general terms.
25    A Yes, I have.
Page 157

40 (Pages 154 - 157)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1          J U R A T
 2
 3       I, TONG LIU, do hereby certify under penalty
 4    of perjury, that I have read the foregoing
 5    transcript of my deposition in the matter of
 6    Cisco Systems, Inc., vs. Arista Networks, Inc.,
 7    taken on January 15, 2016; that I have made such
 8    corrections as appear noted herein in ink,
 9    initialed by me; that my testimony as contained
10    herein, as corrected, is true and correct.
11       DATED this ____ day of _____,
12    2015, at _____.
13       _____
14          SIGNATURE OF WITNESS
15
16  NOTARIZATION (If Required)
17  State of _____
18  County of _____
19  Subscribed and sworn to (or affirmed) before me on
20  this _____ day of _____, 20____,
21  by _____, proved to me on the
22  basis of satisfactory evidence to be the person who
23  appeared before me.
24  Signature: _____ (Seal)
25
                                    Page 214
```

```
 1          CERTIFICATE OF REPORTER
 2       I, ANDREA M. IGNACIO, hereby certify that the
 3    witness in the foregoing deposition was by me duly
 4    sworn to tell the truth, the whole truth, and nothing
 5    but the truth in the within-entitled cause;
 6       That said deposition was taken in shorthand
 7    by me, a disinterested person, at the time and place
 8    therein stated, and that the testimony of the said
 9    witness was thereafter reduced to typewriting, by
10    computer, under my direction and supervision;
11       That before completion of the deposition,
12    review of the transcript [x] was [ ] was not
13    requested.  If requested, any changes made by the
14    deponent (and provided to the reporter) during the
15    period allowed are appended hereto.
16       I further certify that I am not of counsel or
17    attorney for either or any of the parties to the said
18    deposition, nor in any way interested in the event of
19    this cause, and that I am not related to any of the
20    parties thereto.
21  Dated: 01/29/2016
22
23
24       ANDREA M. IGNACIO,
25       RPR, CRR, CCRR, CLR, CSR No. 9830
                                    Page 215
```

55 (Pages 214 - 215)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3            SAN JOSE DIVISION

4

5   CISCO SYSTEMS, INC.,        )
                                )
6            Plaintiff,         )
                                ) Case No.
7        vs.                    ) 5:14-cv-05344-BLF (PSG)
                                )
8   ARISTA NETWORKS, INC.,      )
                                )
9            Defendant.         )
    _____ )

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15   VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

16            Palo Alto, California

17        Friday, November 20, 2015

18                Volume I

19

20

21

22   Reported by:

     CARLA SOARES

23   CSR No. 5908

24   Job No. 2187110

25   Pages 1 - 189

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1    UNITED STATES DISTRICT COURT | 1  APPEARANCES (Continued): |
| 2    NORTHERN DISTRICT OF CALIFORNIA | 2 |
| 3    SAN JOSE DIVISION | 3  For the Defendant: |
| 4 | 4    KEKER & VAN NEST LLP |
| 5  CISCO SYSTEMS, INC.,    ) | 5    BY:  BRIAN L. FERRALL, Attorney at Law |
|    ) | 6    BY:  RYAN WONG, Attorney at Law |
| 6    Plaintiff,  ) | 7    633 Battery Street |
|    ) Case No. | 8    San Francisco, California 94111 |
| 7    vs.    ) 5:14-cv-05344-BLF (PSG) | 9    415.391.5400 |
|    ) | 10    bferrall@kvn.com |
| 8  ARISTA NETWORKS, INC.,  ) | 11    rwong@kvn.com |
|    ) | 12 |
| 9    Defendant.  ) | 13  ALSO PRESENT:  Sean Grant, Video Operator |
| _____) | 14        --o0o-- |
| 10 | 15 |
| 11 | 16 |
| 12 | 17 |
| 13 | 18 |
| 14 | 19 |
| 15 | 20 |
| 16    VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, | 21 |
| 17  Volume I, taken on behalf of Defendant, at | 22 |
| 18  650 Page Mill Road, Palo Alto, California, beginning | 23 |
| 19  at 9:19 a.m., and ending at 6:15 p.m., on Friday, | 24 |
| 20  November 20, 2015, before CARLA SOARES, Certified | 25 |
| 21  Shorthand Reporter No. 5908. | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| Page 2 | Page 4 |

| | |
|---|---|
| 1  APPEARANCES: | 1        INDEX |
| 2 | 2  WITNESS |
| 3  For the Plaintiff and the Witness: | 3  KIRK LOUGHEED        EXAMINATION |
| 4    QUINN EMANUEL URQUHART & SULLIVAN, LLP | Volume I |
| 5    BY:  JOHN (JAY) NEUKOM, Attorney at Law | 4 |
| 6    50 California Street, 22nd Floor | 5    BY MR. FERRALL        10 |
| 7    San Francisco, California 94111 | 6 |
| 8    415.875.6341 | 7      EXHIBITS |
| 9    johnneukom@quinnemanuel.com | 8  NUMBER    DESCRIPTION      PAGE |
| 10      and | 9  Exhibit 29  Document headed "Internet    73 |
| 11    KIRKLAND & ELLIS LLP | 10    Protocol," |
| 12    BY:  JOSHUA L. SIMMONS, Attorney at Law | 11    Bates ARISTANDCA0031553 - 1601 |
| 13    601 Lexington Avenue | 12 |
| 14    New York, New York 10022 | 13  Exhibit 30  Document headed "DoD Internet    73 |
| 15    212-446-4989 | 14    Host Table Specification" |
| 16    joshua.simmons@kirkland.com | 15 |
| 17 | 16  Exhibit 31  Document headed "An Ethernet    73 |
| 18 | 17    Address Resolution Protocol or |
| 19 | 18    Converting Network Protocol |
| 20 | 19    Addresses to 48.bit Ethernet |
| 21 | 20    Address for Transmission on |
| 22 | 21    Ethernet Hardware," |
| 23 | 22    Bates ARISTANDCA0003130 - 1639 |
| 24 | 23 |
| 25 | 24 |
| Page 3 | 25 |
| | Page 5 |

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 32 | Document headed "Address Resolution Protocol (ARP) module for the Yeager gateway" | 85 |
| Exhibit 33 | Email string, top email to Kirk Lougheed and Paula Labloner from Mike Sanchez, dated 11-17-14, Bates CSI-CLI-01326834 - 6837 | 89 |
| Exhibit 34 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 3-30-10, Bates CSI-CLI-01317865 - 7866 | 93 |
| Exhibit 35 | Email string, top email to Joe Hielscher from Kirk Lougheed, dated 7-23-08, Bates  CSI-CLI-01134849 - 4850 | 100 |
| Exhibit 36 | Document entitled "Stanford Ethertip/Gateway User and Configuration Guide," Bates CSI-CLI-01315523 - 5568 | 101 |

Page 6

|  | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 37 | Document entitled "cisco Systems AGS User Manual," Bates CSI-CLI-00358166 - 8223 | 106 |
| Exhibit 38 | Email string, top email to Phillip Remaker from Kirk Lougheed, dated 12-11-08, Bates CSI-ANI-00043306 - 3306.000001 | 122 |
| Exhibit 39 | Document entitled "Cisco's Response to Arista's Interrogatory No. 16 Amended Exhibit D1 (IOS Release 11.0)" | 152 |
| Exhibit 40 | Email to Craig Fox from Kirk Lougheed, dated 3-6-96, Bates CSI-CLI-00746398 | 160 |
| Exhibit 41 | Document described as source code file | 162 |
| Exhibit 42 | Document described as code | 177 |

Page 7

|  | EXHIBITS | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 43 | Document entitled "DECbrouter 90 Products," Bates CSI-ANI-00081683 - 1683.000344 | 181 |

--o0o--

Page 8

1          Palo Alto, California          08:37:04

2          Friday, November 20, 2015

3                    9:19 a.m.

4

5          P R O C E E D I N G S          08:37:10

6          THE VIDEO OPERATOR:  Good morning.  We're

7    on the record.  The time is 9:19 a.m., and the date

8    is November 20th, 2015.  This begins the videotaped

9    deposition of Kirk Lougheed.

10          My name is Sean Grant, here with our court          09:19:25

11   reporter, Carla Soares.  We're here from Veritext

12   Legal Solutions at the request of counsel for

13   defendant.

14          This deposition is being held at Wilson

15   Sonsini in Palo Alto, California.  The caption of          09:19:34

16   this case is Cisco Systems, Inc., versus Arista

17   Networks, Inc., Case No. 5:14-CV-05344-BLF.

18          Please note that audio- and

19   video-recording will take place unless all parties

20   have agreed to go off the record.  Microphones are          09:19:54

21   sensitive and may pick up whispers, private

22   conversations, or cellular interference.

23          At this time, will counsel please identify

24   themselves and state whom they represent.

25          MR. FERRALL:  Brian Ferrall of Keker &          09:20:06

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    MR. FERRALL: Let's mark this as the next    15:26:35
2 exhibit.
3    (Exhibit 38 was marked for identification
4    and is attached hereto.)
5 BY MR. FERRALL:    15:26:37
6    Q  Exhibit 38 is a set of emails between you
7 and Mr. Remaker, among others. It bears control
8 numbers CSI-ANI-00043306.
9    A  Okay. I'd like to read this.
10    Q  First let me ask you the question so you    15:27:19
11 know what to look for.
12    A  I will forget the question by the time I'm
13 done reading this.
14    Q  Well, Mr. Lougheed, that's not the way it
15 works, actually. I ask the question and you answer    15:27:28
16 it.
17    A  Okay.
18    Q  If you can't answer it, then you tell me.
19    My only question is, did you send the
20 email that's at the top of Exhibit 38, the one at    15:27:38
21 12-11-2008 at 10:14 p.m.?
22    MR. NEUKOM: Mischaracterizes the document
23 on its face.
24    And I know that Mr. Ferrall would like you
25 to feel comfortable to read the page-and-a-half    15:27:54

Page 122

1 document that he's just put in front of you before    15:27:57
2 answering his question.
3    THE WITNESS: Okay. I'll read it.
4    MR. FERRALL: Actually, no, I would like
5 him to answer the question.    15:28:03
6    Q  Are you telling me you can't tell me
7 whether you sent the email?
8    MR. NEUKOM: It's a totally unfair
9 question. The email that he sent would necessarily
10 include everything that follows.    15:28:10
11    If you want him to tell you whether he
12 remembers this or whether he sent it, let him read
13 the document. Come on, Brian.
14    It's a page and a half. We're not talking
15 about him wasting 30 minutes to read a product    15:28:20
16 manual. It's a page-and-a-half email. The witness
17 has said he wants to read it, and we're going to let
18 him read it.
19    THE WITNESS: Okay. I've read it.
20 BY MR. FERRALL:    15:29:28
21    Q  Okay. Did you send this email that's
22 dated December 11, 2008, at 10:14 p.m.?
23    A  I believe I did.
24    Q  Okay. And in the last paragraph of that
25 email, you write, "The percent sign leading a    15:29:41

Page 123

1 message indicates that you are looking at an error    15:29:49
2 message. An ancient operating system called TOPS-20
3 used such a convention and I adopted it."
4    Do you see that?
5    A  Yeah, I do see that.    15:29:59
6    Q  Why did you adopt a TOPS-20 convention?
7    A  Of the possibilities that I had, that
8 seemed -- that seemed a reasonable -- to me, it
9 seemed like a reasonable way of doing things.
10    Q  Did you get permission from Digital    15:30:32
11 Equipment Company to use that convention?
12    MR. NEUKOM: Objection. Calls for a legal
13 conclusion and misstates prior testimony.
14    THE WITNESS: No, I did not seek
15 permission.    15:30:55
16 BY MR. FERRALL:
17    Q  Have you ever heard of the acronym RIP in
18 the context of networking?
19    A  It typically means routing information
20 protocol.    15:31:18
21    Q  You're familiar with that protocol?
22    A  It's been a while, but yes, I'm familiar
23 with it.
24    Q  Did you make up the acronym RIP for
25 routing information protocol?    15:31:32

Page 124

1    A  No, I did not make up that acronym.    15:31:37
2    Q  Did you make up the term "routing
3 information protocol"?
4    A  No.
5    Q  Did you submit an RFC for the routing    15:31:51
6 information protocol?
7    A  No.
8    Q  Do you know who did?
9    A  No, I don't know who did.
10    Q  Did you ever ask permission from the    15:32:25
11 person who made up the term "RIP" for permission to
12 use it, to use that term?
13    MR. NEUKOM: Objection. Foundation,
14 vague, and calls for a legal conclusion.
15    THE WITNESS: There was no one whose    15:32:50
16 permission one could ask.
17 BY MR. FERRALL:
18    Q  Well, I'll tell you, a Mr. Charles Hedrick
19 at Rutgers submitted what I believe to be the first
20 RFC on the routing information protocol.    15:33:05
21    Do you know Mr. Hedrick?
22    A  I do.
23    Q  Did you ever ask him for permission to use
24 the term "RIP"?
25    MR. NEUKOM: Objection. Asked and    15:33:15

Page 125

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 interface, and it would -- as a packet that was 16:12:12
2 being sent -- sent out that interface, it could
3 either be permitted or denied going through that
4 interface.
5      Those were the two original uses of the 16:12:29
6 "access list" command expression.
7      Q  Do you believe that you coined the term
8 "access list"?
9      A  It was my choice to use that description.
10     Q  Well, I'm asking you if you coined that 16:12:56
11 term, or had you ever heard that term before in the
12 context of networking?
13         MR. NEUKOM: Objection. Vague, compound,
14 asked and answered.
15         THE WITNESS: I do not believe that I had 16:13:13
16 heard the term before.
17 BY MR. FERRALL:
18     Q  Had you heard the term "IP access group"
19 before?
20     A  Yes. 16:13:25
21     Q  Who coined that term, to your knowledge,
22 do you know?
23     A  I did.
24     Q  Under what circumstances?  Or for what
25 purpose, I should say? 16:13:39

Page 142

1      A  I don't remember the exact details, but it 16:13:52
2 is -- either assigns an access list to an interface
3 or -- I think it assigns an interface to a -- an
4 access list to an interface.  I believe it's access
5 class or something like that that assigns it to an 16:14:07
6 interface or to a line number.
7      Q  The term "domain name" is not a term that
8 you made up, is it?
9      A  No, I didn't make -- I -- no, I did not.
10     Q  "Domain name" is a term that goes back to 16:15:38
11 the ARPANET, actually.  Are you aware of that?
12         MR. NEUKOM: Objection. Foundation.
13         THE WITNESS: I would be unsurprised if it
14 went back that far.
15         Are you referring to ARPANET protocols or 16:16:02
16 ARPANET network?
17 BY MR. FERRALL:
18     Q  The ARPANET network.
19     A  I believe the concept was introduced while
20 the ARPANET network was still running. 16:16:15
21     Q  What about the words "domain lookup"?  Did
22 you coin that term "domain lookup"?
23         MR. NEUKOM: Objection. Vague.
24         THE WITNESS: It's a parallel construction
25 to terms like "address lookup" or "host lookup" or 16:16:52

Page 143

1 the like, or "database lookup" or... 16:16:59
2 BY MR. FERRALL:
3      Q  Did you coin the term "domain lookup"?
4      A  I decided to use that as a command
5 expression within the software, yes. 16:17:21
6      Q  I'll ask the question one more time.  I'm
7 asking you if you coined the term "domain lookup."
8         MR. NEUKOM: Objection. Asked and
9 answered and vague.
10        THE WITNESS: I did not. 16:17:43
11 BY MR. FERRALL:
12     Q  Do you know who did?
13     A  No idea.
14     Q  When was -- to your knowledge, when was
15 the term "routing" ever used in conjunction with the 16:18:41
16 Internet protocol?
17        MR. NEUKOM: Objection. Vague and
18 foundation.
19        THE WITNESS: I don't know when the term
20 "routing" was used. 16:19:05
21 BY MR. FERRALL:
22     Q  Were people in the field talking about
23 routing in connection with IP before you joined
24 Cisco?
25        MR. NEUKOM: Objection. Vague, compound. 16:19:24

Page 144

1        THE WITNESS: Yes. 16:19:27
2 BY MR. FERRALL:
3      Q  Tell me what, if anything, was creative
4 about your decision to use the term "IP routing" as
5 a CLI command. 16:19:51
6        MR. NEUKOM: Objection. Calls for opinion
7 testimony.
8        THE WITNESS: At Stanford where we had
9 terminal servers and gateways in the same software,
10 there were times when it was convenient -- just 16:20:26
11 because something had multiple interfaces, it could
12 still perhaps be a terminal server.  So I needed a
13 way of turning off, disabling routing functionality.
14        And I used the command -- I chose the
15 keyword -- configuration keyword command expression 16:21:07
16 "routing."  Then "no routing" would turn off routing
17 functionality in whatever software was running at
18 the time despite its hardware configuration.
19        And then later on at Cisco, to keep the --
20 keep the form of the hierarchy of commands, we added 16:21:35
21 the -- we added our choice of -- we added "IP" in
22 front of it because you could potentially turn off
23 other sorts of routing, or at least that was the --
24 that was the -- that was a possibility for other
25 network protocols. 16:22:02

Page 145

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. FERRALL:                                17:55:19
2      Q   Mr. Lougheed, this is a document that
3 appears to be your work, according to the copyright
4 notice on the front.
5          Do you see that?                      17:55:29
6      A   Yes, I see that.
7      Q   Okay. Do you know when -- do you
8 recognize it?
9      A   Yes, I do.
10     Q   What is it?                           17:55:36
11     A   It's a file called "globs.h." It is
12 declaring a set of variables that are used in the
13 software.
14     Q   And when did you compose what's
15 Exhibit 42?                                    17:56:02
16     A   Is there a question?
17     Q   Yes. I asked when did you compose
18 Exhibit 42?
19     A   Apparently June of 1985.
20     Q   And you were employed by Stanford at that  17:56:28
21 time, right?
22     A   Correct.
23     Q   We had talked earlier about the ARP,
24 address resolution protocol.
25         Do you remember that?                 17:56:57
                                                 Page 178

1 interior routing protocols. And customer networks,    17:59:19
2 especially in the early days when they were attached
3 to the -- they had campus networks running one
4 routing protocol, they'd be attached to the NSFNET
5 backbone as well running a different routing          17:59:39
6 protocol.
7          And since routing protocols would give
8 incommensurate metrics, metrics that could not be
9 compared, I developed a concept of distance that
10 says if one routing protocol says it knows a route    18:00:08
11 to one destination and another routing protocol says
12 it knows a route to that same destination, which --
13 the routing protocol with the smallest
14 administrative distance would be the one that would
15 be entered into the routing table.                    18:00:24
16         And so that was the problem, and my
17 solution was the administrative distance mechanism
18 that I described.
19         And when I implemented BGP, that was a
20 natural extension to include for BGP as well to be    18:00:49
21 able to configure an administrative distance to
22 determine the believability of BGP.
23         If no routing protocol -- if only one
24 routing protocol knew the destination, you would
25 believe that. If there are two or more,               18:01:10
                                                 Page 180

1      A   Yes.                                  17:56:58
2      Q   Okay.
3      A   I remember you asked questions about that.
4      Q   Are you familiar with there being a
5 provision for time-outs in the ARP protocol?   17:57:15
6          MR. NEUKOM: Objection. Vague and
7 compound.
8          THE WITNESS: There is the -- ARP entries
9 can become stale. If you unplug the computer or you
10 move the computer somewhere else or you replace the   17:57:43
11 network interface, entries will become stale.
12 Implementing a time-out is a way of making sure the
13 cache isn't stale.
14 BY MR. FERRALL:
15     Q   Are you aware of there being a provision  17:58:10
16 for time-outs in the RFC for ARP?
17         MR. NEUKOM: Objection. Vague and
18 compound, asked and answered.
19         THE WITNESS: I'm not -- I don't remember
20 such language right now.                       17:58:38
21 BY MR. FERRALL:
22     Q   Did you create the term "distance BGP"?
23     A   Yes.
24     Q   How did you come up with that term?
25     A   The Cisco IOS started supporting multiple  17:59:11
                                                 Page 179

1 administrative distance was the tie-breaker.          18:01:16
2      Q   Sorry. I'm going to jump back to ARP.
3          There's a term you use associated with
4 ARP, "ARP cache." We talked about that earlier in
5 looking at one of the "clear" commands, right?        18:01:52
6          Where did the term "ARP cache" come from?
7      A   The cache is a -- logically a list of
8 items. An ARP cache would be a list of ARP requests
9 that have been satisfied, including their MAC
10 addresses and how long since the last time we'd seen  18:02:37
11 a -- the router had seen an ARP request go by for
12 that particular source address.
13         That sort of computer science concept of a
14 cache is found all over.
15     Q   One of the commands that is indicated that  18:03:14
16 you authored is the command "boot system."
17         Had you ever heard someone use the words
18 "boot system" together before you joined Cisco?
19         MR. NEUKOM: Objection. Vague.
20         THE WITNESS: I had heard phrases like       18:03:45
21 "boot the system up," "reboot the system," "reload
22 the system," "start the system," "restart the
23 system."
24         (Exhibit 43 was marked for identification
25 and is attached hereto.)                       16:48:10
                                                 Page 181

46 (Pages 178 - 181)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q   How did you choose the term -- the words   18:13:39
2   "timers basic" for this function?
3    A   I don't remember where "basic" came from.
4   But using the keyword "timers" was my -- was my
5   introduction, was my creation.              18:14:00
6        MR. NEUKOM:  Counsel, I believe we're now
7   beyond seven hours.
8        MR. FERRALL:  Okay.  Well, I -- given
9   Mr. Lougheed's tenure at Cisco, I thank him for his
10  time, but I will say I think we deserve some more   18:14:22
11  time with him.
12       But I understand seven hours is up and
13  you're going to say enough is enough for today I
14  take it; is that right?
15       MR. NEUKOM:  Certainly for today for the   18:14:31
16  sake of the witness.  And we will respectfully
17  disagree with the idea that counsel needs more than
18  seven hours --
19       MR. FERRALL:  Okay.
20       MR. NEUKOM:  -- needs more than today.   18:14:41
21  But we can discuss that for another day.
22       In the meantime, I should note for the
23  record the witness reserves the right to review the
24  transcript and make corrections.
25       Brian, I'm not sure I did that for       18:14:51

Page 186

8        I, KIRK LOUGHEED, do hereby declare under
9   penalty of perjury that I have read the foregoing
10  transcript; that I have made any corrections as
11  appear noted, in ink, initialed by me, or attached
12  hereto; that my testimony as contained herein, as
13  corrected, is true and correct.
14       EXECUTED this _____ day of _____,
15  2015, at _____, _____.
16       (City)          (State)
17
18
19       _____
20       KIRK LOUGHEED
21
22
23
24
25

Page 188

1   Mr. Tjong.  If you're okay with it, I'd like to just   18:14:53
2   do a stipulation across the case that both sides
3   have the 30-day review and errata right for all
4   transcripts regardless whether counsel puts it on
5   the record at the depo as a two-way street.   18:15:04
6        MR. FERRALL:  That's fine.  I thought it
7   existed as a matter of procedure anyway.  So that's
8   fine.
9        MR. NEUKOM:  I hope you're right, but glad
10  to have the stipulation, even if it's unnecessary.   18:15:17
11       MR. FERRALL:  Okay.
12       MR. NEUKOM:  Thanks very much.
13       THE VIDEO OPERATOR:  This concludes
14  today's videotaped deposition of Mr. Kirk Lougheed.
15  We're off the record at 6:15 p.m.  Thank you.   18:15:25
16       (TIME NOTED:  6:15 p.m.)
17       --o0o--
18
19
20
21
22
23
24
25

Page 187

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 11/25/2015
23
24       _Carla Soares_
25       CARLA SOARES
         CSR No. 5908

Page 189

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

    CISCO SYSTEMS, INC.        Case No.: 5:14-cv-05344-BLF(PSG)

5

             Plaintiff,

6

        v.

7

    ARISTA NETWORKS, INC.

8

             Defendants.

9    _____

10

11

12

13      * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

14        VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

15              Palo Alto, California

16             Monday, April 4, 2016

17                   Volume 2

18

19

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CSR No. 11451

24   Job No.: 2285024

25   PAGES 190 - 399

                                        Page 190

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
CISCO SYSTEMS, INC.    Case No.: 5:14-cv-05344-BLF(PSG)
5
    Plaintiff,
6
    v.
7
ARISTA NETWORKS, INC.
8
    Defendants.
9  _____
10
11
12
13
14  * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
15
16
17  VIDEOTAPED DEPOSITION OF KIRK LOUGHEED, Volume 2,
18  taken on behalf of Defendant, at 601 California Avenue,
19  Palo Alto, California, beginning at 9:25 a.m. and ending
20  at 4:37 p.m., on Monday, April 4, 2016, before
21  LESLIE JOHNSON, Certified Shorthand Reporter No. 11451.
22
23
24
25
                                                    Page 191

1                I N D E X
2
3  WITNESS                    EXAMINATION
4  KIRK LOUGHEED
   Volume 2
5
6    BY MR. WONG              197
7
8        EXHIBITS
9    KIRK LOUGHEED
10 NUMBER      DESCRIPTION          PAGE
11 Exhibit 452  Copy of name badge; 1 page    198
12 Exhibit 453  Black and white copy of photograph;  198
       1 page
13
   Exhibit 454  Patent Agreement; Bates stamped    208
14    KL-00000872 to 891
15 Exhibit 455  A Multiple Protocol Kernel for    228
       Local Area Network Software
16     Development Reference Manual; Bates
       stamped KL-00000001 to 93
17
   Exhibit 456  Document entitled "Chaosnet"; Bates    238
18    stamped KL-00000186 to 250
19 Exhibit 457  Document entitled "Debugging    241
       Information"; Bates stamped
20    KL-00000564-654
21 Exhibit 458  DECnet Digital Network Architecture    244
       (Phase V); Bates stamped
22    KL-00000251 to 380
23 Exhibit 459  E-mail from Stanford Low Overhead    252
       Timesharing; Bates stamped
24    KL-00001699 to 763
25
                                                    Page 193

1  APPEARANCES:
2
3  FOR PLAINTIFF CISCO SYSTEMS, INC.:
4     QUINN EMANUEL URQUHART & SULLIVAN LLP
5     BY: JOHN (JAY) NEUKOM, ESQ.
6     50 California Street, 22nd Floor
7     San Francisco, California  94111
8     (415)875-6600
9     johnneukom@quinnemanuel.com
10 FOR DEFENDANT ARISTA NETWORKS, INC.:
11    KEKER & VAN NEST LLP
12    BY: RYAN WONG, ESQ.
13    633 Battery Street
14    San Francisco, California  94111
15    (415)391-5400
16    rwong@kvn.com
17 ALSO PRESENT:
18    SEAN GRANT, Videographer
19
20
21
22
23
24
25
                                                    Page 192

1        EXHIBITS (Cont.)
2    KIRK LOUGHEED
3  NUMBER      DESCRIPTION          PAGE
4  Exhibit 460  E-mail dated 10-Jan-83 from Barb    260
       at ISL to Computer Committee; Bates
5    stamped KL-00000868 to 871
6  Exhibit 461  Stanford Ethertip/Gateway User and    263
       Configuration Guide; Bates stamped
7    CSI-CLI-01315367 to 97
8  Exhibit 462  Letter dated August 21, 1986 from    281
       Robert L. Street to Len Bosack;
9    Bates stamped CSI-CLI-01839502
       to 504
10
   Exhibit 463  E-mail dated 4/3/2006 from Kirk    298
11    Lougheed to Vivian Neou; Bates
       stamped CSI-CLI-01124245
12
   Exhibit 464  Cisco's Amended Exhibit F; 44 pages    302
13
   Exhibit 465  Software Unit External Functional    310
14    Specification; Bates stamped
       CSI-CLI-00608751 to 752
15
   Exhibit 466  ipsupport.c -- miscellaneous IP    328
16    support code; 20 pages
17 Exhibit 467  Document entitled "Part 3: Media    332
       Access Control (MAC) Bridges";
18    Bates stamped ARISTANDCA00032440
       to 812
19
   Exhibit 468  Contents of "tip" directory; 1 page    348
20
   Exhibit 469  Command1.c -- ASM/AGS commands;    355
21    Bates stamped KL-SC-00000001 to 9
22 Exhibit 470  Config.c -- parse and act upon    358
       configuration commands; Bates
23    stamped KL-SC-00000010 to 20
24 Exhibit 471  Exec.c -- ASM/AGS command level;    365
       Bates stamped KL-SC-00000021 to 32
25
                                                    Page 194

2 (Pages 191 - 194)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 1 | EXHIBITS (Cont.) | |
| 2 | KIRK LOUGHEED | |
| 3 | NUMBER      DESCRIPTION | PAGE |
| 4 | Exhibit 472  "cisco.c" source code; 1 page | 371 |
| 5 | Exhibit 473  "stanford.c" source code; 1 page | 371 |
| 6 | Exhibit 474  Source code; Bates stamped | 375 |
| | KL-SC-00000033 to 41 | |
| 7 | | |
| | Exhibit 475  Source code; Bates stamped | 375 |
| 8 | KL-SC-00000042 to 52 | |
| 9 | Exhibit 476  Cisco Systems ASM/AGS User Manual | 383 |
| | and Configuration Guide; Bates | |
| 10 | stamped CSI-CLI-00358622 to 54 | |
| 11 | * * * | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 195

---

1    Palo Alto, California, Monday, April 4, 2016
2         9:25 a.m.
3
4         THE VIDEOGRAPHER:  Good morning.  We're on
5    the record.  The time is 9:25 a.m., and the date is
6    April 4th, 2016.  This begins Volume 2 of the
7    videotaped deposition of Mr. Kirk Lougheed.  My name
8    is Sean Grant, here with our court reporter, Leslie
9    Johnson.  We're here from Veritext Legal Solutions
10   at the request of counsel for Defendant.  This
11   deposition is being held at Wilson Sonsini in Palo
12   Alto, California.  The caption of this case is
13   "Cisco Systems Inc. versus Arista Networks Inc.,"
14   Case No. 5:14-cv-05344-BLF.
15        Please note that audio and video recording
16   will take place unless all parties have agreed to go
17   off the record.  Microphones are sensitive and may
18   pick up whispers, private conversations or cellular
19   interference.
20        At this time, will counsel please identify
21   themselves and state whom they represent.
22        MR. WONG:  Ryan Wong from Keker & Van Nest
23   for Defendant Arista Networks.
24        MR. NEUKOM:  John Neukom for the plaintiff
25   and also today for the witness.

Page 196

---

1         THE VIDEOGRAPHER:  Thank you.  Will the
2    certified court reporter please swear in the
3    witness.
4
5         KIRK LOUGHEED,
6    having been administered an oath, was examined and
7         testified as follows:
8
9         EXAMINATION (RESUMED)
10   BY MR. WONG:
11        Q.  Good morning, Mr. Lougheed.
12        A.  Good morning.
13        Q.  Mr. Lougheed, do you understand that this
14   is a continuation of your personal deposition that
15   was taken back on November 20th, 2015?
16        A.  I do.
17        Q.  And do you understand that you are still
18   testifying under oath as if you were testifying at
19   trial?
20        A.  I do.
21        Q.  And is there any reason why you cannot
22   give full and truthful testimony today?
23        A.  There is no reason.
24        Q.  And are you generally still familiar with
25   the ground rules for a deposition?

Page 197

---

1         A.  Yes.
2         Q.  Okay.  Well, I'll just repeat some of the
3    more important rules.  If you need to take a break
4    at any time, just let me know.  And all I'd ask is
5    that if there is a question pending, that you answer
6    it before we go on the break.  Okay?
7         A.  (Witness nods head.)
8         MR. WONG:  Why don't we mark this as the
9    first exhibit for today.
10        (Exhibit 452 marked for identification.)
11        MR. WONG:  And we will mark this one as
12   the next exhibit.
13        (Exhibit 453 marked for identification.)
14        MR. NEUKOM:  Ryan, I have two separate
15   pieces of paper.  Are you treating these as two
16   separate exhibits?
17        MR. WONG:  Yes.  I'm going to give them
18   two exhibit numbers and read them into the record in
19   just a second.
20        The court reporter has marked as
21   Exhibit 452 a photocopy -- photo bearing Bates Nos.
22   KL-00002202.  The court reporter has also marked as
23   Exhibit 453, a black and white photo with Bates Nos.
24   KL-00002201.
25   ////

Page 198

3 (Pages 195 - 198)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 source code for the original "ip access-group"
2 command?
3      A.  So writing it for that command would have
4 been part of writing the entire functionality of
5 putting access lists onto interfaces, I guess on the
6 order of a day.
7      Q.  If you turn to page 20 on Exhibit 464.
8 Let me know when you're there.
9      A.  Okay.  I'm on page 20.
10     Q.  The second to the top command is
11 "mac-address."
12         Do you see that?
13     A.  Uh-huh.
14     Q.  Are you the originator of the
15 "mac-address" command?
16     A.  Yes.
17     Q.  How do you know that you're the originator
18 of the "mac-address" command?
19     A.  I remember the problem that I was solving
20 that I needed that sort of functionality.
21     Q.  What was the problem that you were trying
22 to solve by the "mac-address" command?
23     A.  I needed to send packets on a serial line
24 that actually -- which a serial line does not have
25 MAC addresses, but I needed to somehow get a MAC

Page 319

1      But to your knowledge, MAC is an
2 industry-standard term defined either on OSI or the
3 IEEE?
4      MR. NEUKOM:  Objection.  Vague.  Calls for
5 opinion.
6 BY MR. WONG:
7      Q.  Correct?
8      A.  I believe at least IEEE has used the term
9 "MAC address."
10     Q.  And at the time that you added the
11 "mac-address" command to Cisco IOS, had the IEEE, to
12 your knowledge, already started using the term "MAC
13 address"?
14     A.  Yes.
15     Q.  How long did it take you -- strike that.
16         How long did it take you to come up with
17 the syntax for the "mac-address" command?
18     A.  I don't remember how long.  I suspect it
19 was less than a day.
20     Q.  Why do you say that?
21     A.  I tend to make decisions quickly.
22     Q.  How long did it take you to write the
23 source code for the functionality associated with
24 the "mac-address" command?
25     A.  It was probably the same day.

Page 321

1 address associated with that particular serial line.
2      Q.  Was that related to a client request?
3      A.  Yes.  I don't remember the exact customer
4 or the details to it.
5      Q.  Do you remember if the customer suggested
6 you calling the command "mac-address"?
7      A.  I don't remember if the customer suggested
8 anything in that particular -- in that particular
9 instance.
10     Q.  And is the function of the "mac-address"
11 command to associate a MAC address with a particular
12 serial line?
13     A.  It could be a serial line.  It could be
14 actually any interface.  It would depend what
15 protocols are running across the interface as to
16 what it would do.
17     Q.  And what is -- strike that.
18         The MAC part of the words "mac-address,"
19 that refers to media access control, correct?
20     A.  Yes.
21     Q.  And we talked about that media access
22 control being a layer defined by OSI, correct?
23     A.  I think we were wondering whether it was
24 OSI or IEEE.
25     Q.  Thank you.

Page 320

1      Q.  Did you ever consider a command syntax
2 without the hyphen between "mac" and "address"?
3      A.  Stylistically, I prefer dashes as opposed
4 to cramming the words together.  I like commands
5 that have an English-like flavor to them.  And I
6 detest periods in commands and underscores.  So this
7 was . . .
8      Q.  Did you ever consider two -- let me strike
9 that.
10         Do you know what a token is in the context
11 of a command?
12     A.  Yes.
13     Q.  Did you ever consider a command syntax of
14 "mac address'"?
15     A.  I don't recall if I did.
16     Q.  What impact would it have, if any, on the
17 user if -- strike that.
18         Would the CLI behave differently if the
19 command was "mac address," as opposed to
20 "mac-address"?
21     MR. NEUKOM:  Objection.  Hypothetical
22 question.
23     THE WITNESS:  Well, it behaves differently
24 in that instead of one token, there's two tokens.
25 So there would be that.

Page 322

34 (Pages 319 - 322)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1         REPORTER'S CERTIFICATION
2       I, Leslie Johnson, a Certified Shorthand
3  Reporter of the State of California, do hereby certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth; that
6  any witnesses in the foregoing proceedings, prior to
7  testifying, were administered an oath; that a record of
8  the proceedings was made by me using machine shorthand
9  which was thereafter transcribed under my direction;
10 that the foregoing transcript is a true record of the
11 testimony given.
12      Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [ ] was not requested.
16 I further certify I am neither financially interested in
17 the action nor a relative or employee of any attorney or
18 any party to this action.
19      IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21 Dated: April 19, 2016
22
23        Leslie Johnson
24        LESLIE JOHNSON
25        CSR No. 11451, RPR, CCRR
                              Page 399
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4      _____

5    CISCO SYSTEMS, INC.,              )

6             Plaintiff,               )

7         vs.                          )Civil Action No.:

8    ARISTA NETWORKS, INC.,            )5:14-cv-05344-BLF(PSG)

9             Defendant.               )

10   _____)

11

12                    CONFIDENTIAL

13

14      VIDEOTAPED DEPOSITION OF DEVADAS PATIL

15              Palo Alto, California

16            Sunday, February 21, 2016

17                   Volume 1

18

19

20

21   Reported by:

22   RACHEL FERRIER, CSR No. 6948

23   Job No. 2223126

24

25   PAGES 1 - 234

                                    Page 1

CONFIDENTIAL

1    UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4    _____
5    CISCO SYSTEMS, INC.,    )
6        Plaintiff,    )
7        vs.        )Civil Action No.:
8    ARISTA NETWORKS, INC.,    )5:14-cv-05344-BLF(PSG)
9        Defendant.    )
10    _____)
11
12
13
14    VIDEOTAPED DEPOSITION OF DEVADAS PATIL, VOLUME 1,
15    taken on behalf of the Defendant, at Wilson Sonsini
16    Goodrich & Rosati, 650 Page Mill Road, Palo Alto,
17    California, beginning at 9:25 a.m. and ending at
18    3:44 p.m. on Sunday, February 21, 2016, before
19    RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
20
21
22
23
24
25
                                                    Page 2

1    INDEX
2
3    WITNESS                    EXAMINATION
4    DEVADAS PATIL
5    VOLUME 1
6        BY MR. RYAN            8, 121
7        BY MR. CANNON            217
8
9
10
11    INSTRUCTION NOT TO ANSWER
12        Page    Line
13        13    2
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 4

1    APPEARANCES:
2
3    For Plaintiff:
4        KEKER & VAN NEST LLP
5        BY: RYAN WONG
6        Attorney at Law
7        633 Battery Street
8        San Francisco, CA 94111
9        415.773.6682
10        rwong@kvn.com
11
12    For Defendant:
13        QUINN EMANUEL URQUHART & SULLIVAN, LLP
14        BY: MATTHEW D. CANNON
15        Attorney at Law
16        50 California Street, 22nd Floor
17        San Francisco, CA 94111
18        415.875.6412
19        matthewcannon@quinnemanuel.com
20
21
22    Videographer:
23        SOSEH KEVORKIAN
24
25
                                                    Page 3

1                EXHIBITS
2    NUMBER        DESCRIPTION        PAGE
3
4    Exhibit 310  Subpoena to Testify at a
5            Deposition in a Civil
            Action to Devadas Patil    21
6    Exhibit 311  Letter dated 2/19/16 to
7            Devadas Patil from Sean Park    22
8    Exhibit 312  Resume for Devadas Patil        29
9    Exhibit 313  Resume for Devadas Patil
            (Bates CSI-CLI-01611242 -
10            01611243)            49
11    Exhibit 314  "Business Development Trends and
12            Analysis for the Data Networking
13            Market" by Devadas Patil        107
    Exhibit 315  IEEE 802.1AB Standard for
14            local and metropolitan
15            area networks
16            (Bates ARISTANDCA00017907
            - 18078)            117
17    Exhibit 316  Spreadsheet entitled
18            "Corrected Information
19            Regarding Cisco Command
20            Expression Associated
            with Devadas Patil"    121
21    Exhibit 317  LLDP on Cisco IOS Software
22            Functional Specification
23            (Bates CSI-CLI-01507526
24            - 01507544)        134
25
                                                    Page 5

                                        2 (Pages 2 - 5)

CONFIDENTIAL

```
 1              EXHIBITS
 2 NUMBER      DESCRIPTION        PAGE
 3
 4 Exhibit 318  Parser-Police Manifest,
 5              Version 5
                (Bates CSI-CLI-00358164)    165
 6 Exhibit 319  E-mail dated 10/10/07
 7              from Devadas Patil
 8              (Bates CSI-CLI-00836482)    176
 9 Exhibit 320  E-mail chain dated 8/10/06
10              from Devadas Patil
                (Bates CSI-CLI-00817320
11              - 817321)                   180
12 Exhibit 321  E-mail chain dated 8/21/06
13              from Devadas Patil
14              (Bates CSI-CLI-0817660)     183
15 Exhibit 322  Cisco IOS Carrier Ethernet
                Command Reference
16              (Bates CSI-CLI-00291752
17              - 292238)                   191
18 Exhibit 323  E-mail chain dated 1/5/06
19              from Devadas Patil
20              (Bates CSI-CLI-00810826
                - 810828)                   208
21 Exhibit 324  E-mail chain dated 2/1/06
22              from Devadas Patil
23              (Bates CSI-CLI-00811125
24              - 811128)                   212
25
```

Page 6

```
 1    Palo Alto, California; Sunday, February 21, 2016
 2              9:25 a.m.
 3
 4       THE VIDEOGRAPHER:  Good morning.         09:25AM
 5       THE WITNESS:  Morning.                   09:25AM
 6       THE VIDEOGRAPHER:  We are on the record at  09:25AM
 7  9:25 a.m. on February 21st, 2016.             09:25AM
 8       This is the video-recorded deposition of Devadas  09:25AM
 9  Patil.                                         09:25AM
10       My name is Soseh Kevorkian, here with our Court  09:25AM
11  Reporter, Rachel Ferrier.  We are here on behalf of  09:25AM
12  Defendants at 650 Page Mill Road in Palo Alto,  09:25AM
13  The caption of this case is Cisco Systems,     09:25AM
14  Incorporated, versus Arista Networks, Incorporated, Case  09:25AM
15  No. 5:14-cv-05344- BLF(PSG).                   09:25AM
16       Please note that audio and video recording will  09:25AM
17  take place unless all parties agree to go off the  09:26AM
18  record.                                        09:26AM
19       Microphones are sensitive.  They pick up  09:26AM
20  whispers, private conversations, and all cellular  09:26AM
21  interference.                                  09:26AM
22       At this time, would counsel and all present  09:26AM
23  please identify themselves for the record.     09:26AM
24       MR. WONG:  Ryan Wong from Keker & Van Nest for  09:26AM
25  Defendant Arista Networks.                     09:26AM
```

Page 7

```
 1       MR. CANNON:  Matthew Cannon from Quinn, Emanuel  09:26AM
 2  on behalf of Plaintiff Cisco and the witness.  09:26AM
 3       THE VIDEOGRAPHER:  Thank you.           09:26AM
 4            DEVADAS PATIL,                      09:26AM
 5  having been administered an oath, was examined and  09:26AM
 6  testified as follows:                         09:26AM
 7            EXAMINATION                        09:26AM
 8  BY MR. WONG:                                  09:26AM
 9  Q  Good morning.                             09:26AM
10  A  Morning.                                  09:26AM
11  Q  Please state your full name for the record.  09:26AM
12  A  Devadas Patil.                            09:26AM
13  Q  And, Mr. Patil, what is your home address?  09:26AM
14  A  3137 Kittery Avenue in San Ramon, California  09:26AM
15  94583.                                        09:26AM
16  Q  And who is your current employer, Mr. Patil?  09:26AM
17  A  GE Digital.                               09:27AM
18  Q  Do you have a work e-mail address for GE Digital?  09:27AM
19  A  I do.                                     09:27AM
20  Q  Could you please state it for the record.  09:27AM
21  A  It is devadas.patil@ge.com.               09:27AM
22  Q  Do you have any personal e-mail addresses that  09:27AM
23  you use, Mr. Patil?                           09:27AM
24  A  I do.                                     09:27AM
25  Q  Could you please state those for the record.  09:27AM
```

Page 8

```
 1  A  Dpatil44@hotmail.com.                     09:27AM
 2  Q  Anything else?                            09:27AM
 3  A  That's the only one I do use.             09:27AM
 4  Q  Okay.  And you current -- or, excuse me, strike  09:27AM
 5  that.                                         09:27AM
 6     You previously worked for Cisco; correct?   09:27AM
 7  A  That's correct.                           09:27AM
 8  Q  Did you have an e-mail address when you were  09:27AM
 9  employed at Cisco?                            09:27AM
10  A  Yes.                                      09:27AM
11  Q  And what was that e-mail address while you were  09:27AM
12  employed at Cisco?                            09:27AM
13  A  If I recall from five years ago, it's      09:27AM
14  dpatil@cisco.com, I think.                    09:27AM
15  Q  Okay.  Mr. Patil, are you being represented by  09:28AM
16  counsel at this deposition?                   09:28AM
17  A  Yes.                                      09:28AM
18  Q  Okay.  And who's representing you at this   09:28AM
19  deposition?                                   09:28AM
20  A  Matt Cannon.                              09:28AM
21  Q  Mr. Cannon --                             09:28AM
22  A  Mr. Cannon --                             09:28AM
23  Q  -- to your left?                          09:28AM
24  A  Correct.                                  09:28AM
25  Q  Have you ever been deposed before, Mr. Patil?  09:28AM
```

Page 9

3 (Pages 6 - 9)

**Page 114**

1    MR. WONG: Right.    12:24PM
2    Q  The Arista Networks's EOS was an example of    12:24PM
3  innovation in this area; correct?    12:24PM
4    MR. CANNON: Objection; vague --    12:24PM
5    THE WITNESS: Example, yes.    12:24PM
6    MR. CANNON: -- mischaracterizes prior testimony, 12:24PM
7  lacks foundation, calls for improper opinion testimony.  12:24PM
8  BY MR. WONG:    12:24PM
9    Q  And these are -- these are your words here on    12:24PM
10 page 17 of Exhibit 314; correct, Mr. Patil?    12:24PM
11   A  These are my words, yes.    12:24PM
12   Q  And you believed them to be true when you wrote  12:24PM
13 your thesis marked as Exhibit 314; correct?    12:24PM
14    MR. CANNON: Objection; calls for improper    12:24PM
15 opinion testimony, lacks foundation.    12:24PM
16    THE WITNESS: These are my words. These are my  12:24PM
17 opinions.    12:25PM
18    MR. WONG: Yeah.    12:25PM
19   Q  Can you please provide me with a general    12:25PM
20 description of what "LLDP" is?    12:25PM
21   A  Yes. Yes, I can.    12:25PM
22   Q  What -- what is "LLDP"?    12:25PM
23   A  "LLDP" stands for Link Layer Discovery Protocol,  12:25PM
24 and it is a -- at a high-level, it's a standardized way  12:25PM
25 for devices to discover each other and know of each    12:25PM

**Page 115**

1  other.    12:25PM
2    Q  When you say it's a "standardized way for devices  12:25PM
3  to discover each other and know of each other," what do  12:26PM
4  you mean by a "standardized way"?    12:26PM
5    A  "Standardized" in the sense that it's a industry  12:26PM
6  standardized agreement and -- and ratified agreement on  12:26PM
7  how a discovery can happen in a standardized way, and  12:26PM
8  it's meant in contrast with how proprietary discovery  12:26PM
9  mechanisms can happen.    12:26PM
10   Q  When you say it's a "ratified agreement," what do  12:26PM
11 you mean by "ratified"?    12:26PM
12   A  "Ratified" means something that has been --    12:26PM
13 something that has withstood the test of time and has  12:26PM
14 been reviewed by several experts in the industry who --  12:27PM
15 who have the ability to see that -- not just from a    12:27PM
16 feature perspective but also from a holistic perspective  12:27PM
17 to see if it's actually viable -- viable to do that,  12:27PM
18 and then they collectively meet and discuss their    12:27PM
19 concerns and refine the standard appropriately and then  12:27PM
20 agree on a version that is -- that can be considered a  12:27PM
21 standard.    12:27PM
22   Q  Do you know when LLDP was standardized?    12:27PM
23    MR. CANNON: Objection; vague.    12:27PM
24    THE WITNESS: The initial attempt, I think, from  12:27PM
25 late '90s to early -- to 2004 is when the standards    12:28PM

**Page 116**

1  activity for LLDP was -- was happening, and it -- I    12:28PM
2  recall that it was -- it was slow for a period of time  12:28PM
3  in between and then it took off again.    12:28PM
4  BY MR. WONG:    12:28PM
5    Q  And you didn't participate in any of the efforts  12:28PM
6  to standardize LLDP from the '90s to 2004; is that    12:28PM
7  right?    12:28PM
8    A  No. No.    12:28PM
9    Q  And you played no role whatsoever in the creation  12:28PM
10 of the LLDP standard; correct?    12:28PM
11   A  No.    12:28PM
12   Q  And how did you first learn about LLDP?    12:28PM
13   A  When I was tasked to lead that project at Cisco.  12:28PM
14   Q  Who tasked you to lead that project at Cisco?    12:29PM
15   A  My director.    12:29PM
16   Q  Who was your director?    12:29PM
17   A  Purnam Sheth.    12:29PM
18   Q  Can you spell that, please.    12:29PM
19   A  S-h-e-t-h is the last name, and first name is    12:29PM
20 P-u-r-n-a-m.    12:29PM
21   Q  And how did you learn about the LLDP standard,  12:29PM
22 the -- the way it worked?    12:29PM
23   A  I -- upon being tasked with this -- with this    12:29PM
24 project, to lead this project, I did some initial    12:29PM
25 research and it was very aggressive project at that    12:29PM

**Page 117**

1  point, and so I -- yeah, I researched it actively and  12:29PM
2  wanted to know as much of it as possible as early as    12:29PM
3  possible.    12:29PM
4    Q  When were you tasked with the LLDP project?    12:29PM
5    A  Late 2005.    12:30PM
6    Q  And what documents, if any, did you review to    12:30PM
7  learn about the LLDP standard?    12:30PM
8    A  I recall reviewing the very first version of the  12:30PM
9  RFC that they put out that was still not ratified, but  12:30PM
10 there was an RFC and that -- that got me into it, yeah.  12:30PM
11   Q  Did you review the IEEE standard that related to  12:30PM
12 LLDP?    12:30PM
13   A  Yes.    12:30PM
14    MR. WONG: Let's mark this as 315, please.    12:30PM
15    (Exhibit 315 was marked for    12:31PM
16    identification by the Court Reporter.)    12:31PM
17    MR. WONG: The Reporter has marked, as    12:31PM
18 Exhibit 315, document bearing control numbers    12:31PM
19 ARISTANDCA00017907 to 18078.    12:31PM
20   Q  Mr. Patil, do you recognize the document marked  12:31PM
21 as Exhibit 315?    12:31PM
22   A  I do.    12:31PM
23   Q  And what is the document marked as Exhibit 315?  12:31PM
24   A  This is the 802.1AB, which is the technical name  12:31PM
25 for LLDP, and it's an IEEE standard that represents the  12:31PM

CONFIDENTIAL

1  A  Okay. Yeah, I'm done.                        01:04PM
2  Q  Do you understand that Cisco has identified you  01:04PM
3  as the author or originator of the commands lifted --  01:04PM
4  listed on the left-side column of Exhibit 316?  01:05PM
5  A  Yes.                                         01:05PM
6  Q  Okay. Now, are these commands listed in      01:05PM
7  Exhibit 316 associated with the LLDP project that we  01:05PM
8  have been talking about this morning?          01:05PM
9  A  Yes.                                         01:05PM
10 Q  Were these commands added to Cisco IOS as part of  01:05PM
11 Phase 1 of the LLDP project?                    01:05PM
12 A  Yes. That's correct, yes.                    01:05PM
13 Q  Okay. You can set that aside for now, Mr. Patil.  01:05PM
14   We were talking before the break about how you  01:05PM
15 became involved in the LLDP project.            01:05PM
16   Do you remember that?                         01:05PM
17 A  Mm-hmm.                                      01:05PM
18 Q  Were there particular Cisco products that the  01:05PM
19 LLDP implementation was going to apply to?      01:05PM
20 A  Yes.                                         01:05PM
21 Q  Okay. And I'm asking at the time that you     01:05PM
22 started working on the LLDP project.            01:05PM
23   Do you understand?                            01:05PM
24 A  Mm-hmm.                                      01:05PM
25 Q  What Cisco products were targeted for the LLDP  01:05PM
                                                 Page 122

1  mentioned, did the LLDP project involve implementing  01:07PM
2  LLDP on those other operating systems?          01:07PM
3  A  I was not aware of that.                     01:07PM
4  Q  Okay. So your personal involvement in Phase 1 of  01:07PM
5  the LLDP project focused only on implementing LLDP for  01:07PM
6  Cisco IOS; correct?                             01:08PM
7  A  Mm-hmm. Yeah.                                01:08PM
8  Q  We mentioned -- strike that.                 01:08PM
9    You mentioned the different stages that were part  01:08PM
10 of Phase 1 of the LLDP project.                 01:08PM
11   Do you remember that?                         01:08PM
12 A  Yes.                                         01:08PM
13 Q  Can you let me know -- strike that.          01:08PM
14   Can you list for me again the stages in the order  01:08PM
15 that they are handled?                          01:08PM
16   MR. CANNON: Objection; asked and answered.    01:08PM
17   THE WITNESS: It's market analysis, slash,     01:08PM
18 requirements as Stage 1. Architecture would be Stage 2.  01:08PM
19 Design would be Stage 3, and implementation and testing  01:08PM
20 would be Stages 4 and 5.                        01:08PM
21 BY MR. WONG:                                    01:08PM
22 Q  Testing is the fifth stage; correct?         01:08PM
23 A  Yes.                                         01:08PM
24 Q  And it would go in that order, from Stage 1 to  01:08PM
25 Stage 2 to Stage 3 to Stage 4 to Stage 5; correct?  01:09PM
                                                 Page 124

1  implementation at the start of Phase 1 of the project?  01:06PM
2  A  The initial rollout was for the Catalyst family  01:06PM
3  of enterprise switches, the Catalyst 6500, the  01:06PM
4  Catalyst 3000 series was soon to follow after that and,  01:06PM
5  later on, other platforms, including the SR1K, it opted  01:06PM
6  the standard.                                   01:06PM
7  Q  When you say "later on, other platforms," what do  01:06PM
8  you mean by "later on"?                         01:06PM
9  A  "Later on" as in the 2010-'11 time frame, yeah.  01:06PM
10 Q  Okay. So initially in 2005, though, what were  01:06PM
11 the targeted Cisco products for the LLDP implementation?  01:06PM
12 A  The Catalyst switches.                       01:06PM
13 Q  And in terms of the operating system that the  01:06PM
14 LLDP implementation would apply to, was it just Cisco  01:07PM
15 IOS?                                            01:07PM
16 A  Yes.                                         01:07PM
17 Q  Okay. You are aware of other operating systems  01:07PM
18 that are used by other Cisco products?          01:07PM
19 A  I am.                                        01:07PM
20 Q  What are the other operating systems that you are  01:07PM
21 aware of that are used by other Cisco products?  01:07PM
22 A  The Cisco XR, Cisco ENA. I think it's been    01:07PM
23 renamed the NX-OS. There's also -- what do they call --  01:07PM
24 the software router, but those are the main ones.  01:07PM
25 Q  And those other operating systems that you just  01:07PM
                                                 Page 123

1  A  Technically, yes, but in the interest of time,  01:09PM
2  some of these phases will -- stages will overlap.  01:09PM
3  Q  How long did Phase 1 of the LLDP project take to  01:09PM
4  go from Stage 1 to Stage 5?                     01:09PM
5  A  I would say Stage 1 to Stage 5, roughly six  01:09PM
6  months.                                         01:09PM
7  Q  So it took six months to go from the          01:09PM
8  marketing/requirements stage all the way through the  01:09PM
9  fifth testing stage for -- for Phase 1; correct?  01:09PM
10 A  Yes.                                         01:09PM
11 Q  Which of the five stages consumed the most time  01:09PM
12 out of those six months?                        01:09PM
13 A  Architecture and design.                     01:10PM
14 Q  Oh, Stages 2 and 3?                          01:10PM
15 A  Yes.                                         01:10PM
16 Q  Did either architecture or design take more time  01:10PM
17 than the other?                                 01:10PM
18 A  I would say architecture took -- took more than a  01:10PM
19 couple -- couple months to firm up.             01:10PM
20 Q  So how many months or weeks -- strike that.   01:10PM
21   How long, approximately, did it take for the  01:10PM
22 design stage of Phase 1 of the LLDP project to be  01:10PM
23 completed?                                      01:10PM
24 A  About three and a half to four weeks.        01:10PM
25 Q  And what is part of the design stage for Phase 1  01:10PM
                                                 Page 125

32 (Pages 122 - 125)

CONFIDENTIAL

| | |
|---|---|
| 1   A  Compliant with, yes.                    01:37PM | 1   that with one -- with just one vendor's equipment just   01:40PM |
| 2   Q  In the third paragraph on page 3 of Exhibit 317,   01:37PM | 2   to make SNMP work, and that level of interoperability at   01:40PM |
| 3   first sentence says, "LLDP facilitates the use of   01:37PM | 3   the SNMP level can be very handy in -- in -- in  larger   01:40PM |
| 4   standard management tools such as SNMP in a multi-vendor   01:37PM | 4   networks.                          01:40PM |
| 5   network..."                           01:37PM | 5   BY MR. WONG:                       01:40PM |
| 6      Do you see that?                    01:37PM | 6   Q  If there wasn't the standardization for SNMP   01:40PM |
| 7   A  Yes.                              01:37PM | 7   inquiries and you had a multivendor network, would you   01:40PM |
| 8   Q  What do you mean by that statement?   01:37PM | 8   have to write different SNMP inquiries for each network?  01:40PM |
| 9   A  So the answer to that might get a little   01:37PM | 9      MR. CANNON:  Objection; vague, incomplete   01:41PM |
| 10  technical, but I'll say that anyway.   01:37PM | 10  hypothetical, lacks foundation, calls for improper   01:41PM |
| 11     Part of the IEEE standard is also a specification  01:37PM | 11  opinion testimony.                   01:41PM |
| 12  of topology Management Information Base, which can be   01:37PM | 12     THE WITNESS:  If that were the case, then -- then  01:41PM |
| 13  developed to make SNMP queries, so if the Management   01:37PM | 13  we are -- we are essentially talking of vendor-specific   01:41PM |
| 14  Information Base can be standard across all vendors,   01:37PM | 14  Management Information Bases, and that would, at the   01:41PM |
| 15  that means that the SNMP queries will apply universally   01:38PM | 15  very least, at least require some level of nonstandard   01:41PM |
| 16  across all vendors, and that's the -- the added   01:38PM | 16  or tailored queries for each vendor.   01:41PM |
| 17  advantage of standardizing this.   01:38PM | 17  BY MR. WONG:                       01:41PM |
| 18  Q  And what is "SNMP"?              01:38PM | 18  Q  If you turn back to Exhibit 315, it's the IEEE   01:42PM |
| 19  A  It -- it stands for Simple Network Management   01:38PM | 19  standard for LLDP.                 01:42PM |
| 20  Protocol.                          01:38PM | 20  A  Yes.                           01:42PM |
| 21  Q  And how was -- what's the function or purpose of   01:38PM | 21  Q  Now, LLDP is a defined term in the IEEE standard;   01:42PM |
| 22  SNMP?                              01:38PM | 22  correct?                          01:42PM |
| 23     MR. CANNON:  Objection; vague.   01:38PM | 23  A  Yes.                           01:42PM |
| 24     THE WITNESS:  The purpose of SNMP is to,   01:38PM | 24  Q  In fact, if you look to page 5 of -- and I'm   01:42PM |
| 25  essentially, allow network administrators and engineers  01:38PM | 25  looking -- pointing to page 5 at the bottom of the page   01:42PM |
|                                    Page 146 |                                    Page 148 |

| | |
|---|---|
| 1   and developers to be able to create network information   01:38PM | 1   of Exhibit 315, there is a section on the top that it   01:42PM |
| 2   and send -- send trap -- what are called -- technically   01:38PM | 2   says "Definitions and numerical representation."   01:42PM |
| 3   called "traps," SNMP traps, to signal significant events   01:39PM | 3      Do you see that?                 01:42PM |
| 4   in a network.  And it's a protocol that persists network  01:39PM | 4   A  Yes.                           01:42PM |
| 5   information in a -- in a place called MIB, Management   01:39PM | 5   Q  And entry 3.1.6 --              01:42PM |
| 6   Information Base, and then provides a user interface   01:39PM | 6   A  Yes.                           01:42PM |
| 7   to -- to query that data.   01:39PM | 7   Q  -- defines Link Layer Discovery Protocol and, in   01:42PM |
| 8   BY MR. WONG:                       01:39PM | 8   parentheses, LLDP.                 01:42PM |
| 9   Q  And I think you said that if the Management   01:39PM | 9      Do you see that?                 01:42PM |
| 10  Information Base, or MIB, can be standard across all   01:39PM | 10  A  Mm-hmm.                         01:42PM |
| 11  vendors, that means that the SNMP inquiries [sic] will   01:39PM | 11  Q  So you were aware that LLDP was a defined acronym   01:42PM |
| 12  apply universally across all vendors; right?   01:39PM | 12  in the actual IEEE standard while you were working on   01:43PM |
| 13  A  Yes.                              01:39PM | 13  Phase 1 of the LLDP project; correct?   01:43PM |
| 14  Q  So that means that a network administrator and   01:39PM | 14     MR. CANNON:  Objection; vague.   01:43PM |
| 15  engineers can use the same SNMP inquiries for different   01:39PM | 15     THE WITNESS:  Yes.              01:43PM |
| 16  vendor products; correct?   01:39PM | 16  BY MR. WONG:                       01:43PM |
| 17  A  Correct, if they are connect -- interconnected.   01:39PM | 17  Q  If you turn the page to page 6 --   01:43PM |
| 18  Q  And what's the advantage of -- what's the   01:39PM | 18  A  Mm-hmm.                         01:43PM |
| 19  advantage to a network administrator to be able to use   01:40PM | 19  Q  -- entry 3.1.21.                01:43PM |
| 20  the same SNMP inquiries for different vendor products?  01:40PM | 20     Do you see that?                 01:43PM |
| 21     MR. CANNON:  Objection; vague, lacks foundation,  01:40PM | 21  A  Yes.                           01:43PM |
| 22  calls for improper opinion testimony.   01:40PM | 22  Q  It says, "type, length, value (TLV)."   01:43PM |
| 23     THE WITNESS:  If a certain topology or deployment  01:40PM | 23     Do you see that?                 01:43PM |
| 24  includes multiple -- inputs equipment from multiple   01:40PM | 24  A  Yes.                           01:43PM |
| 25  vendors, they don't have to tear that apart and replace  01:40PM | 25  Q  You were aware, by Stage 1 or at least Stage 2 of  01:43PM |
|                                    Page 147 |                                    Page 149 |

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1 Phase 1 of the LLDP project, that the IEEE standard for 01:43PM
2 LLDP defined the acronym TLV; correct? 01:43PM
3 MR. CANNON: Objection; vague, mischaracterizes 01:43PM
4 the document. 01:43PM
5 THE WITNESS: Yes. 01:43PM
6 BY MR. WONG: 01:43PM
7 Q In fact, on page 7 of Exhibit 315, at the very 01:43PM
8 top, it's a section called "Acronyms and abbreviations"; 01:43PM
9 correct? 01:43PM
10 A Yes. 01:43PM
11 Q And both LLDP and TLV are listed as defined 01:43PM
12 acronyms within the IEEE LLDP standard; right? 01:43PM
13 A Yes. 01:44PM
14 Q And you were aware of that before you began the 01:44PM
15 design stage for Phase 1 of the LLDP project; right? 01:44PM
16 A Yes. 01:44PM
17 Q And you were aware of that during the design 01:44PM
18 period for the LLDP project; correct? 01:44PM
19 A Yes. 01:44PM
20 Q And if you look at Exhibit 316, which is this 01:44PM
21 list of commands? 01:44PM
22 A Okay. 01:44PM
23 Q Are you there? 01:44PM
24 Each of the commands associated with you include 01:44PM
25 the acronym LLDP. 01:44PM

Page 151

1 Do you see that? 01:44PM
2 A Yes. 01:44PM
3 Q That LLDP is the same LLDP that is defined within 01:44PM
4 the IEEE LLDP standard; right? 01:44PM
5 MR. CANNON: Objection; vague. 01:44PM
6 THE WITNESS: It's -- yeah, it -- it refers to 01:44PM
7 the Link Layer Discovery Protocol. 01:44PM
8 BY MR. WONG: 01:45PM
9 Q I mean, that's the same acronym that appears here 01:45PM
10 on page 7 of Exhibit 315; right? Under "Acronyms and 01:45PM
11 abbreviations" within the IEEE standard; correct? 01:45PM
12 MR. CANNON: Objection; documents speak for 01:45PM
13 themselves. 01:45PM
14 THE WITNESS: Yes. 01:45PM
15 BY MR. WONG: 01:45PM
16 Q And your choice of LLDP in each of the commands 01:45PM
17 listed on Exhibit 316, that was intentionally meant to 01:45PM
18 refer to the LLDP acronym within the IEEE standard; 01:45PM
19 right? 01:45PM
20 MR. CANNON: Objection; vague. 01:45PM
21 THE WITNESS: Yes. 01:45PM
22 BY MR. WONG: 01:45PM
23 Q If you look at Section 10.3.4 of Exhibit 315 -- 01:45PM
24 let me know when you are there. 01:45PM
25 MR. CANNON: Do you have the page number for 01:45PM

Page 152

1 that? 01:45PM
2 MR. WONG: I'll tell you once I see it. Yes, 01:45PM
3 page 39. Control number is -- ends in 17959. 01:46PM
4 Q Are you there? 01:46PM
5 A Yeah, I am. 01:46PM
6 Q So Section 10.3.4 is called "Too many neighbors." 01:46PM
7 Do you see that? 01:46PM
8 A Mm-hmm. 01:46PM
9 Q Now, we were talking earlier about the use of the 01:46PM
10 word "neighbors" in the functional specification that 01:46PM
11 you wrote -- 01:46PM
12 A Yes. 01:46PM
13 Q -- right? 01:46PM
14 A Yes. 01:46PM
15 Q Is this use of the word "neighbors" here in the 01:46PM
16 IEEE specification the -- the same use of the word 01:46PM
17 "neighbors" that you were using in the functional 01:46PM
18 specification? 01:46PM
19 MR. CANNON: Objection; vague. 01:46PM
20 THE WITNESS: I was -- I read this specification 01:46PM
21 thoroughly, so I -- yeah, I was influenced by some of 01:46PM
22 the language in here. 01:47PM
23 BY MR. WONG: 01:47PM
24 Q But you -- you became familiar with the 01:47PM
25 terminology relevant to LLDP by reading the IEEE 01:47PM

Page 153

1 standard on LLDP; right? 01:47PM
2 MR. CANNON: Objection; vague. 01:47PM
3 THE WITNESS: Yes. 01:47PM
4 BY MR. WONG: 01:47PM
5 Q And in particular here, you were aware that the 01:47PM
6 term "neighbors" was used in the IEEE LLDP standard; 01:47PM
7 right? 01:47PM
8 A Mm-hmm. 01:47PM
9 MR. CANNON: Objection; vague. 01:47PM
10 BY MR. WONG: 01:47PM
11 Q Oh, I'm sorry, can you -- let me -- let me ask 01:47PM
12 the question one more time. 01:47PM
13 And in particular here, Section 10.3.4 of 01:47PM
14 Exhibit 315, you were aware that the term "neighbors" 01:47PM
15 was used in the IEEE LLDP standard, yes? 01:47PM
16 MR. CANNON: Objection; vague. 01:47PM
17 THE WITNESS: Yes. 01:47PM
18 BY MR. WONG: 01:47PM
19 Q Can you turn to page -- or Section 5.2, please, 01:48PM
20 of Exhibit 315, and that is page 8. 01:48PM
21 Are you there? 01:48PM
22 A Yes. 01:48PM
23 Q Section 5.2 on page 8 of Exhibit 315 says 01:48PM
24 "Required capabilities." 01:48PM
25 Do you see that? 01:48PM

39 (Pages 150 - 153)

CONFIDENTIAL

1       I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3       That the foregoing proceedings were taken before
4   me at the time and place herein set forth; that any
5   witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11      I further certify that I am neither financially
12  interested in the action nor a relative or employee of
13  any attorney or any of the parties.
14      IN WITNESS WHEREOF, I have this date subscribed
15  my name.
16      Dated:  March 2, 2016
17
18
19
20
21      RACHEL FERRIER
22      CSR No. 6948
23
24
25
                                        Page 234

                                        60 (Page 234)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5     _____

                                        )

6     CISCO SYSTEMS, INC.,              )

7               Plaintiff,              )

8          vs.                         ) Case No.:

                                        ) 5:14-cv-05344-BLF(PSG)

9     ARISTA NETWORKS, INC.,            )

                                        )

10              Defendant.              )

      _____)

11

12

13        ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14        VIDEOTAPED DEPOSITION OF ABHAY ROY

15             Palo Alto, California

16          Friday, December 18, 2015

17                 Volume 1

18

19

20

21    Reported by:

22    RACHEL FERRIER

23    CSR No. 6948

24    Job No. 2200521

25    PAGES 1 - 232

                                        Page 1

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3             SAN JOSE DIVISION
 4    _____
 5    _____
                            )
 6    CISCO SYSTEMS, INC.,    )
                            )
 7         Plaintiff,    )
                            )
 8    vs.               )Case No.:
                            )5:14-cv-05344-BLF(PSG)
 9    ARISTA NETWORKS, INC.,    )
                            )
10         Defendant.    )
      _____)
11
12
13        VIDEOTAPED DEPOSITION OF ABHAY ROY, VOLUME I
14    taken on behalf of the Defendant, at Wilson Sonsini
15    Goodrich & Rosati, 601 California Avenue, Palo Alto,
16    California, beginning at 9:30 a.m. and ending at
17    4:47 p.m. on Friday, December 18, 2015, before
18    RACHEL FERRIER, Certified Shorthand Reporter No. 6948.
19
20
21
22
23
24
25
                                              Page 2
```

```
 1    APPEARANCES (continued):
 2
 3    For Defendant ARISTA NETWORKS, INC.:
 4        KEKER & VAN NEST, LLP
 5        BY: DAVID J. SILBERT
 6        ELIZABETH K. McCLOSKEY
 7        Attorneys at Law
 8        633 Battery Street
 9        San Francisco, CA 94111
10        415.676.2269
11        dsilbert@kvn.com
12        emccloskey@kvn.com
13
14    Videographer:
15        CASSIA LEET
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1    APPEARANCES:
 2
 3    For Plaintiff CISCO SYSTEMS, INC., and the Witness:
 4        QUINN EMANUEL URQUHART & SULLIVAN LLP
 5        BY: JOHN M. NEUKOM
 6        Attorney at Law
 7        50 California Street, 22nd Floor
 8        San Francisco, CA  94111
 9        415.875.6320
10        johnneukom@quinnemanuel.com
11    and
12        QUINN EMANUEL URQUHART & SULLIVAN LLP
13        BY: SIDNEY ARCHIBALD
14        Attorney at Law
15        555 Twin Dolphin Drive, 5th Floor
16        Redwood Shores, CA 94065
17        650.801.5000
18        sydneyarchibald@quinnemanuel.com
19
20
21
22
23
24
25
                                              Page 3
```

```
 1                INDEX
 2    WITNESS              EXAMINATION
 3    ABHAY ROY
 4    VOLUME 1
 5
 6        BY MR. SILBERT    10, 87, 219
 7
 8
 9            EXHIBITS
10    NUMBER        DESCRIPTION        PAGE
11    Exhibit 51  LinkedIn Profile for
                  Abhay Roy            11
12
      Exhibit 52  Cisco IOS Master Command
13                List, All Releases   18
14    Exhibit 53  CLI Design and Review
                  Guide
15                (Bates CSI-ANI-00073381 -
                  00073381.000014)     40
16
      Exhibit 54  Cisco's Third Supplemental
17                Response to Interrogatory
                  No. 16 and Response to
18                Interrogatory No. 19
                  Amended Exhibit F    57
19
      Exhibit 55  Bidirectional Forwarding
20                Detection (BFD) for IPv4
                  and IPv6 (Single Hop)
21                (Bates ARISTANDCA00030805 -
                  00030811)            61
22
      Exhibit 56  The OSPF Specification
23                (Bates ARISTANDCA00022597 -
                  00022703)            80
24
25
                                              Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

| EXHIBITS | | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 57 | Bidirectional Forwarding Detection (BFD) (Bates ARISTANDCA00030756 - 00030804) | 99 |
| Exhibit 58 | Internet Protocol, Version 6 (IPv6) Specification (Bates ARISTANDCA00025710 - 00025746) | 105 |
| Exhibit 59 | OSPF Commands: ip ospf fast-reroute per-prefix through R | 130 |
| Exhibit 60 | CSCdi42640 (Bates CSI-CLI-01542004) | 137 |
| Exhibit 61 | CSCdj76740 | 140 |
| Exhibit 62 | CSCdj76740 | 140 |
| Exhibit 63 | Screen shot of a webpage titled "Do you have knowledge of IPR in draft-ietf-isis-mi" | 169 |
| Exhibit 64 | Screen shot of a webpage titled "Re:[68ATTENDEES] RFC Author License Execution Opportunity" | 171 |
| Exhibit 65 | E-mail chain dated 11/23/15 to Leo Boulton, et al., from Brian Jackson (Bates CSI-CLI-01477442 - 01477448) | 179 |
| Exhibit 66 | E-mail chain dated 9/8/15 from Umesh Dudani to Abhay Roy (Bates CSI-CLI-01438733 - 01438743) | 193 |

Page 6

INDEX (Continued):

PREVIOUSLY MARKED EXHIBITS

| EXHIBIT | PAGE |
|---|---|
| 29 | 75 |

(Retained by Counsel)


INSTRUCTION NOT TO ANSWER

| Page | Line |
|---|---|
| 57 | 23 |

Page 8

| EXHIBITS | | |
|---|---|---|
| NUMBER | DESCRIPTION | PAGE |
| Exhibit 67 | E-mail chain dated 7/3/13 from Vittal Krishnamurthy to Pranav Mehta, et al. (Bates CSI-CLI-01483915 - 01483921) | 201 |
| Exhibit 68 | E-mail chain dated 9/16/15 from Shane Corban to Yong Hu, et al. (Bates CSI-CLI-01440122 - 01440128) | 204 |
| Exhibit 69 | OSPFv3 support in IOS Software Unit Functional Specification (Bates CSI-CLI-00609752 - 00609769) | 219 |
| Exhibit 70 | Support of BFD in OSPFv2 Functional Specification (Bates CSI-CLI-00610401 - 00610409) | 219 |
| Exhibit 71 | CSCdk33792 | 219 |
| Exhibit 72 | CSCdk33792 | 219 |
| Exhibit 73 | Support of BFD in OSPFv2 Functional Specification (Bates CSI-CLI-00610410 - 00610420) | 219 |

Page 7

1    Palo Alto, California; Friday, December 18, 2015
2         9:30 a.m.
3                        09:30AM
4    THE VIDEOGRAPHER:  Good morning.  We are on the   09:30AM
5  record at 9:30 a.m. on December 18th, 2015.        09:30AM
6    This is the video-recorded deposition of         09:30AM
7  Abhay Roy.                                         09:30AM
8    My name is Cassia Leet, here with our Court       09:30AM
9  Reporter, Rachel Ferrier.  We are here from Veritext 09:30AM
10  Legal Solutions at the request of counsel for the   09:30AM
11  defendant.                                          09:30AM
12    This deposition is being held at 601 California   09:30AM
13  Avenue, Palo Alto, California 94304.                09:30AM
14    The caption of this case is Cisco Systems, Inc.,  09:31AM
15  versus Arista Networks, Inc., in the United States  09:31AM
16  District Court, Northern District of California,    09:31AM
17  San Jose Division, Case No. 5:14-cv-05344-BLF (PSG).  09:31AM
18    Please note that the audio and video recording    09:31AM
19  will take place unless all parties agree to go off the  09:31AM
20  record.  Microphones are sensitive and may pick up  09:31AM
21  whispers and private conversations.                 09:31AM
22    I am not related to any party in this action, nor  09:31AM
23  am I financially interested in the outcome in any way.  09:31AM
24    If there are any objections to the proceeding,    09:31AM
25  please state them at the time of your appearance,   09:31AM

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1  Q  Okay. What's the significance of the term "ip"  11:24AM
2  at the start of this command?                    11:24AM
3  A  IP -- I think we -- we kept "ip" as the top-level  11:24AM
4  keyword for things which were related to IP before, so  11:24AM
5  "ip" really implies IP Version 4.               11:24AM
6  Q  Okay. And just to back up for a second, IP   11:24AM
7  stands for Internet protocol; correct?           11:24AM
8  A  That is correct.                              11:24AM
9  Q  And IPv4 stands for -- or refers to Version 4 of  11:24AM
10 the Internet protocol; is that correct?          11:24AM
11 A  That is correct. That is correct.             11:24AM
12 Q  And the Internet protocol is specified in a   11:24AM
13 standard published by the IETF; correct?         11:24AM
14 A  That it's correct.                            11:24AM
15 Q  And IPv4 is specified in a standard published by  11:24AM
16 the IETF; correct?                               11:25AM
17 A  Yes, that's correct.                          11:25AM
18 Q  Okay. The acronym IP was used by the industry to  11:25AM
19 refer to Internet protocol before Cisco used it in CLI  11:25AM
20 commands; correct?                               11:25AM
21     MR. NEUKOM: Objection; foundation.           11:25AM
22     THE WITNESS: So the term "IP," just like we  11:25AM
23 discussed for BFD -- right? -- when you write Internet  11:25AM
24 standard, you try to abbreviate technologies, and,  11:25AM
25 again, we can look at that document and confirm that's  11:25AM
                                                    Page 74

1  this document, Exhibit 29?                       11:27AM
2     MR. NEUKOM: Objection; foundation.            11:27AM
3     THE WITNESS: So I'm just reading page 1 -- or  11:27AM
4  what you have in your bottom as 1557. Just below the  11:27AM
5  RFC 791, it says, Replaces RFC 760, which generally  11:27AM
6  implies there was prior work, which -- which his  11:27AM
7  supersedes.                                      11:27AM
8  BY MR. SILBERT:                                  11:28AM
9  Q  Okay. And forgive me if I've asked you this --  11:28AM
10    (Discussion off the stenographic record.)     11:28AM
11 BY MR. SILBERT:                                  11:28AM
12 Q  I apologize if I've asked you this already, but  11:28AM
13 I have -- have you heard the Internet protocol abbreviated  11:28AM
14 IP outside the context of Cisco?                 11:29AM
15 A  As in what are the other possible abbreviations?  11:29AM
16 For example, intellectual property we use "IP" term all  11:29AM
17 the time.                                        11:29AM
18 Q  We do that too. No.                           11:29AM
19    My question is: Have you heard the abbreviation  11:29AM
20 IP used to refer to the Internet protocol outside the  11:29AM
21 context of Cisco?                                11:29AM
22    MR. NEUKOM: Objection; vague.                 11:29AM
23    THE WITNESS: So in -- in IETF -- as part of my  11:29AM
24 role in IETF, people do loosely refer Internet Protocol  11:29AM
25 Version 6 as "IP," as -- as one -- one of the variants.  11:29AM
                                                    Page 76

1  true or not. I'm guessing it says Internet protocol and  11:25AM
2  that abbreviates it as "IP," and the document refers to  11:25AM
3  that so that you don't have to keep saying "Internet  11:25AM
4  protocol" or "Internet Protocol Version 4."      11:25AM
5     MR. NEUKOM: By the way, David, while you are  11:26AM
6  getting a new document, just as a housekeeping matter,  11:26AM
7  30 minutes or so ago I objected to a question you asked  11:26AM
8  the witness on the basis of attorney-client privilege,  11:26AM
9  and I meant to have objected on the basis of attorney  11:26AM
10 work product.                                    11:26AM
11    MR. SILBERT: Okay.                            11:26AM
12    MR. NEUKOM: So.                               11:26AM
13 BY MR. SILBERT:                                  11:26AM
14 Q  This is -- let me show you a document that's   11:26AM
15 already been marked as Exhibit 29 in this case.  11:26AM
16    Do you recognize this document?               11:26AM
17 A  Yes, I do.                                    11:27AM
18 Q  What is it?                                   11:27AM
19 A  This is an RFC which details the Internet      11:27AM
20 protocol.                                        11:27AM
21 Q  And the publication date shown here is        11:27AM
22 September 1981; correct?                         11:27AM
23 A  Yes, that is correct.                         11:27AM
24 Q  And was this, to your knowledge, the first    11:27AM
25 version of the Internet protocol that's described in  11:27AM
                                                    Page 75

1  There are, again, multiple ways to say that.     11:29AM
2  BY MR. SILBERT:                                  11:29AM
3  Q  Have you heard the expression "TCP/IP"?       11:29AM
4  A  Yes, I have.                                  11:29AM
5  Q  Do you know what the IP stands for in that    11:29AM
6  expression?                                      11:29AM
7  A  That is the Internet protocol.                11:30AM
8  Q  Okay. And that's the same Internet protocol that  11:30AM
9  we have been discussing here this morning; correct?  11:30AM
10 A  Correct.                                      11:30AM
11    Except in -- when you say "TCP/IP," it's probably  11:30AM
12 a little broader because it does not imply which IP  11:30AM
13 version you might be using. For example, you may be  11:30AM
14 using IP with IP Version 6, or you may be using  11:30AM
15 IP Version 4. It's a slightly broader term.      11:30AM
16 Q  Okay. I think you mentioned this previously, but  11:30AM
17 before somebody came up with the expression "ip ospf  11:30AM
18 authentication," Cisco used "IP" as a top-level keyword  11:30AM
19 in other commands; correct?                      11:30AM
20 A  That is correct.                              11:30AM
21 Q  And so when someone came up with the expression  11:31AM
22 "ip ospf authentication," they followed that same  11:31AM
23 syntax; correct?                                 11:31AM
24    MR. NEUKOM: Objection; vague.                 11:31AM
25    THE WITNESS: Authentication keyword, when it was  11:31AM
                                                    Page 77

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 introduced -- again, I'm trying to recollect from my    11:31AM
2 20-year-old memory. IP OSPF existed in the sense that    11:31AM
3 there were commands with IP OSPF some other options. It 11:31AM
4 made sense to attach authentication to that chain    11:31AM
5 already rather than sort of create something brand new.   11:31AM
6 BY MR. SILBERT:    11:31AM
7   Q  Okay. And, in fact, if you look below -- looking  11:31AM
8 still at Exhibit 54, if you look immediately below "ip   11:31AM
9 ospf authentication," do you see the entry for "ip ospf  11:31AM
10 authentication-key"?    11:32AM
11   A  Yes, I see that.    11:32AM
12   Q  And the -- if you look there, the date of the   11:32AM
13 earliest-known document that's listed for that    11:32AM
14 expression is 1993, which is five years or so earlier   11:32AM
15 than the date listed for "ip ospf authentication"; is   11:32AM
16 that correct?    11:32AM
17   A  That's what this document says, yes.    11:32AM
18   Q  Do you know what the person or persons who came  11:32AM
19 up with the expression "ip ospf authentication" referred 11:32AM
20 to when coming up with that expression?    11:32AM
21   A  Are you asking for the previous command, which is 11:32AM
22 the "ip ospf authentication" --    11:32AM
23   Q  Yes.    11:32AM
24   A  -- or the "key" command --    11:32AM
25   Q  No.    11:32AM

Page 78

1   A  -- the previous -- okay.    11:32AM
2   Q  Yeah.    11:32AM
3   A  "Ip ospf authentication" referred to enabling the 11:32AM
4 authentification features -- as we said, it could be   11:33AM
5 clear text or it could be message digest -- on that   11:33AM
6 interface.    11:33AM
7   Q  Yeah, I apologize because my question --    11:33AM
8   A  Okay.    11:33AM
9   Q  -- wasn't clear.    11:33AM
10      What I actually was trying to ask you was: Do   11:33AM
11 you know what documents or source materials the people  11:33AM
12 who came up with the expression "ip ospf authentication" 11:33AM
13 referred to when naming that command?    11:33AM
14   A  So I can't tell you anything very specific, but  11:33AM
15 what typically happens, I can say, is when you write a  11:33AM
16 new command, of course, you will see source code    11:33AM
17 changes, which looks like it refers to. You may also   11:33AM
18 produce customer-facing documents. For example, we saw 11:33AM
19 command reference where also this will get documented as 11:33AM
20 what it does and what the syntax is and so on.    11:33AM
21   Q  Okay. And just to be clear, you are saying    11:33AM
22 that's what typically happens because you don't know   11:34AM
23 what the person or persons who named the command    11:34AM
24 "ip ospf authentication" actually referred to when they 11:34AM
25 named that command; is that correct?    11:34AM

Page 79

1   A  Yes.    11:34AM
2      MR. NEUKOM:  Objection; misstates prior    11:34AM
3 testimony.    11:34AM
4      THE WITNESS:  Yes. I don't have, again, specific 11:34AM
5 recollection of what sort of documentation or documents  11:34AM
6 we wrote at that time.    11:34AM
7 BY MR. SILBERT:    11:34AM
8   Q  Okay. We have talked a little bit about OSPF.   11:34AM
9      There's an OSPF standard that's published by    11:34AM
10 IETF; correct?    11:34AM
11      MR. NEUKOM:  Objection; vague.    11:34AM
12      THE WITNESS:  So OSPF is basically Open Shortest 11:34AM
13 Path First. It's one of the routing protocols. OSPF   11:34AM
14 has had multiple IETF standards published over time, and 11:34AM
15 as we just saw, in the case of IP, sometimes the newer  11:35AM
16 one deprecate the older one and so on, so there are   11:35AM
17 multiple standards out there related to OSPF.    11:35AM
18      MR. SILBERT:  Okay.    11:35AM
19      (Exhibit 56 was marked for    11:35AM
20      identification by the Court Reporter.)    11:35AM
21 BY MR. SILBERT:    11:35AM
22   Q  Mr. Roy, would you please look at Exhibit 56 and 11:36AM
23 tell me if you recognize it.    11:36AM
24   A  Yes, I do.    11:36AM
25   Q  What is it?    11:36AM

Page 80

1   A  This is another of OSPF standards RFC, which   11:36AM
2 specifies OSPF protocol, protocol specification.    11:36AM
3   Q  And this document states that it was published in 11:36AM
4 October 1989; correct?    11:36AM
5   A  That is correct.    11:36AM
6   Q  And the author listed here is someone named   11:36AM
7 J. Moy, M-o-y; is that correct?    11:36AM
8   A  Yes. John Moy was the author.    11:36AM
9   Q  And the company where he's listed as working is  11:36AM
10 Proteon, Inc.; is that correct?    11:37AM
11   A  Correct, so at the time of publication of this  11:37AM
12 document, he was employed by Proteon, Inc.    11:37AM
13   Q  Do you know Mr. Moy?    11:37AM
14   A  Yes, I do.    11:37AM
15   Q  Did he ever work for Cisco?    11:37AM
16   A  Not that I know of.    11:37AM
17   Q  This document, in its title, uses the acronym   11:37AM
18 OSPF; correct?    11:37AM
19   A  Yes, it does.    11:37AM
20   Q  Who -- who came up with that acronym, to your   11:37AM
21 knowledge?    11:37AM
22   A  So I think I'll give you the same answer I gave  11:37AM
23 for BFD. If you move to the page 1, which is 2601 in   11:37AM
24 the bottom-right label, and if you see Section 1, talks  11:37AM
25 about the first time that abbreviation was introduced,  11:37AM

Page 81

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1 and that's very typical in IETF standards, that the long 11:38AM
2 things we create acronym at the first reference and    11:38AM
3 continue to use it in this document.    11:38AM
4    Q So my question is just this: So far as you know, 11:38AM
5 someone outside of Cisco came up with the acronym OSPF; 11:38AM
6 correct?    11:38AM
7    A So IETF -- IETF products is a complicated    11:38AM
8 process, and let me just give you a quick glimpse of it. 11:38AM
9    What you are seeing is the finished product,    11:38AM
10 which John Moy was the lead author and he took it to the 11:38AM
11 RFC.    11:38AM
12    What happened before that and how many versions 11:38AM
13 were there and who are the people who sort of worked and 11:38AM
14 collaborated to get to this stage, you can find that    11:38AM
15 information, that -- how many earlier revisions of the 11:38AM
16 drafts are there, who are the collaborator, where they 11:38AM
17 worked for -- whichever companies they worked for,    11:39AM
18 right? -- and how did they come to this.    11:39AM
19    So it's hard to say, just looking at this, who 11:39AM
20 came with this and who coined the term or who coined the 11:39AM
21 acronym OSPF.    11:39AM
22    Q Okay. But nevertheless, that acronym was in    11:39AM
23 common usage before it was used by Cisco in a CLI    11:39AM
24 command; correct?    11:39AM
25    MR. NEUKOM: Objection: calls for opinion    11:39AM

Page 82

1 testimony.    11:39AM
2    THE WITNESS: So I don't know when Cisco    11:39AM
3 implemented OSPF first, so it's hard to say what    11:39AM
4 happened first.    11:39AM
5    Again, a corollary comment, a lot of times Cisco 11:39AM
6 is -- is the driver of technologies, and we implement 11:39AM
7 things, and then we publish standards off it, so there 11:39AM
8 could be a coincidence where it has been used in Cisco 11:39AM
9 before or -- or in a standard document before -- again, 11:39AM
10 I don't know enough history on this that what happened 11:40AM
11 when.    11:40AM
12 BY MR. SILBERT:    11:40AM
13    Q Okay. You are going to agree with me, though, I 11:40AM
14 think, that the standard itself uses the acronym OSPF; 11:40AM
15 right?    11:40AM
16    A The document does create the acronym for the use 11:40AM
17 for the document.    11:40AM
18    Q Okay. Would you turn to the page that ends in 11:40AM
19 the Bates No. 622?    11:40AM
20    MR. NEUKOM: Sorry, what page, David?    11:40AM
21    MR. SILBERT: Bates No. 622.    11:40AM
22    MR. NEUKOM: Okay. Thank you.    11:41AM
23 BY MR. SILBERT:    11:41AM
24    Q Do you see Section 6 that's with the heading "The 11:41AM
25 Area Data Structure"?    11:41AM

Page 83

1    A Yeah, I see that.    11:41AM
2    Q What is an area data structure in OSPF?    11:41AM
3    MR. NEUKOM: Objection; calls for opinion    11:41AM
4 testimony.    11:41AM
5    THE WITNESS: So "data structure" is -- is a    11:41AM
6 computer science terminology which is how you store    11:41AM
7 data, potentially, in a software implementation.    11:41AM
8    "Area" is a concept introduced in this RFC    11:41AM
9 which -- which refers to a collection of devices which 11:42AM
10 have -- which are in the same area -- or who make a    11:42AM
11 collective decision together by -- by knowing each    11:42AM
12 other's state up front.    11:42AM
13    So Internet data structure, I think, is going    11:42AM
14 into, if you had such a collection of objects, these are 11:42AM
15 the objects you probably want to keep in that collection 11:42AM
16 of objects.    11:42AM
17 BY MR. SILBERT:    11:42AM
18    Q Okay. Okay. Would you look at two pages more 11:42AM
19 at -- on the page that ends with the Bates No. 624.    11:42AM
20    A Yes.    11:42AM
21    Q And do you see the bolded term "authentication 11:42AM
22 type"? It's in the top third --    11:42AM
23    A Yes, I see that.    11:42AM
24    Q -- of the page?    11:42AM
25    A Yeah, I see that.    11:42AM

Page 84

1    Q Under the OSPF standard, does an operator specify 11:42AM
2 the authentification type to be used for an area?    11:43AM
3    MR. NEUKOM: Objection; vague, calls for opinion 11:43AM
4 testimony.    11:43AM
5    THE WITNESS: So as per this document, what was 11:43AM
6 described here is in a area you could specify if    11:43AM
7 authentication is in use, and I think it also refers to 11:43AM
8 this other section where you can find details of what 11:43AM
9 types of authentication, Appendix E.    11:43AM
10    As a -- as a operator, you may or may not choose 11:43AM
11 to have authentication. That is totally up to you. If 11:43AM
12 you think your network is very secure, you may choose to 11:43AM
13 not have authentication. If you really want to secure 11:43AM
14 your network, there are a variety of ways to    11:43AM
15 authenticate it, and this just refers to that -- what 11:43AM
16 mechanisms exist at the area level.    11:44AM
17 BY MR. SILBERT:    11:44AM
18    Q Okay. And would you agree that authentication is 11:44AM
19 a concept that's introduced in this OSPF specification? 11:44AM
20    MR. NEUKOM: Objection; calls for opinion    11:44AM
21 testimony and vague.    11:44AM
22    THE WITNESS: This document has used the term 11:44AM
23 "authentication," but basically what we are talking    11:44AM
24 about is: Are there ways -- are there ways to validate? 11:44AM
25 Are there ways to secure communication between devices? 11:44AM

Page 85

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1    MR. SILBERT: Okay. We need to change the tape,    11:44AM
 2 so we will have to pause there.                      11:44AM
 3    THE VIDEOGRAPHER: This marks the end of           11:44AM
 4 Volume 1, Media No. 1 of the deposition of Abhay Roy.   11:44AM
 5    The time is 11:44 a.m. We are off the record.    11:44AM
 6 (Lunch recess taken.)                                11:44AM
 7    ---o0o---                                         11:44AM
 8                                                      11:44AM
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 86
```

```
 1 AFTERNOON SESSION                    12:24 P.M. 11:44AM
 2                                      12:24PM
 3    THE VIDEOGRAPHER: We are back on the record at   12:24PM
 4 12:24 p.m.                           12:24PM
 5    This marks the beginning of Volume 1, Media No. 2 12:24PM
 6 of the deposition of Abhay Roy.      12:24PM
 7    Please continue.                  12:24PM
 8 BY MR. SILBERT:                      12:24PM
 9  Q  Good afternoon, Mr. Roy.        12:24PM
10    Before the lunch break, we were talking about the 12:24PM
11 command "ip ospf authentication."    12:24PM
12    Do you recall that?              12:24PM
13  A  Yes, I do.                      12:24PM
14  Q  Do you agree that authentication is a parameter  12:24PM
15 that's introduced in the OSPF specification?   12:24PM
16    MR. NEUKOM: Objection; vague, calls for opinion. 12:24PM
17    THE WITNESS: I think you referred me to some   12:24PM
18 section. Could you point me to that again?    12:24PM
19    MR. SILBERT: Yeah. We were looking at the page  12:24PM
20 that ends in Bates No. 624 in Exhibit 56, which is the  12:24PM
21 OSPF specification dated October 1989.    12:25PM
22    THE WITNESS: Was that 624?       12:25PM
23    MR. SILBERT: Yes.                12:25PM
24  Q  Yeah, in the top third of the page --   12:25PM
25  A  Oh, yes. Yes. Sorry, my bad.    12:25PM
                                                      Page 87
```

```
 1  Q  -- there is a bold entry "authentication type." 12:25PM
 2    Do you see that?                 12:25PM
 3  A  Yes.                           12:25PM
 4    Yeah, so what -- what that -- in the -- what   12:25PM
 5 is -- what it's trying to say in the RFC is if you have  12:25PM
 6 for area some objects -- one of the objects is the   12:25PM
 7 authentication type. That's what that document is   12:25PM
 8 talking about.                      12:25PM
 9  Q  And the -- the document is getting at the idea  12:25PM
10 that an operator can set the authentification type for  12:25PM
11 objects in an area; correct?         12:25PM
12    MR. NEUKOM: Objection; document speaks for   12:25PM
13 itself, calls for opinion testimony.   12:25PM
14    THE WITNESS: Yeah, so document is talking about, 12:26PM
15 at the area scope, if you support authentication, you   12:26PM
16 probably want to store objects related to the   12:26PM
17 authentication in that type of data store.   12:26PM
18 BY MR. SILBERT:                     12:26PM
19  Q  Okay. So looking at the command "ip ospf   12:26PM
20 authentication," the term "ip" in that command refers to 12:26PM
21 the Internet protocol standard; right?   12:26PM
22    MR. NEUKOM: Objection; misstates prior   12:26PM
23 testimony.                          12:26PM
24    THE WITNESS: "ip" in that command refers to   12:26PM
25 Internet Protocol Version 4.         12:26PM
                                                      Page 88
```

```
 1 BY MR. SILBERT:                     12:26PM
 2  Q  Okay. And that's a standard that's published by 12:26PM
 3 the IETF; correct?                   12:26PM
 4  A  Internet protocol is an RFC 791, which is   12:26PM
 5 published by the IETF, yes.          12:26PM
 6  Q  Right.                         12:27PM
 7    And -- and 791 might be an earlier version, but  12:27PM
 8 are you aware that there's a separate RFC that's a   12:27PM
 9 standard for Internet Protocol 4?    12:27PM
10  A  I don't know exactly if -- if there is a one --  12:27PM
11 there is a version later than this which supersedes   12:27PM
12 this --                             12:27PM
13  Q  Okay.                          12:27PM
14  A  -- but there might be; might not be not aware.  12:27PM
15  Q  Okay. And in the command "ip ospf   12:27PM
16 authentication," "ospf" refers to the OSPF   12:27PM
17 specification, Exhibit 56; correct?   12:27PM
18    MR. NEUKOM: Objection; misstates prior   12:27PM
19 testimony.                          12:27PM
20    THE WITNESS: So OSPF command -- or this command, 12:27PM
21 which is in Cisco's implementation, refers to the   12:27PM
22 protocol called "OSPF," which is documented in an IETF  12:27PM
23 stand -- IETF RFC.                   12:28PM
24 BY MR. SILBERT:                     12:28PM
25  Q  Okay. And in the term "ip ospf authentication,"  12:28PM
                                                      Page 89
```

23 (Pages 86 - 89)