# ATTACHMENT 11-3

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1   A  If you saw a complete reference of OSPF       12:33PM
 2  configuration on a device, we could find it from there.  12:33PM
 3   Q  What would I look for to find it?             12:33PM
 4   A  You could search for keywords like "area" or  12:33PM
 5  "authentication."                                 12:33PM
 6   Q  Okay.  Who else was on the team who came up with  12:33PM
 7  the command "ip ospf authentication"?             12:33PM
 8   A  So I'm trying to recollect who all were part of  12:34PM
 9  the OSPF team.  There were probably a small set of  12:34PM
10  people.                                           12:34PM
11      Are you looking for specific names?           12:34PM
12   Q  Yes.                                          12:34PM
13   A  One person I could think of is Derek Yeung.   12:34PM
14   Q  Can you spell that, please.                   12:34PM
15   A  Actually, he calls himself Derek, but the --  12:34PM
16  okay.  D-r-e-k [sic] and Yeung is Y-e-u-n-g.      12:34PM
17   Q  Okay.                                         12:34PM
18   A  He was -- he was one of the senior guys in the  12:34PM
19  team.                                             12:34PM
20      Who were other people around that time.  There  12:34PM
21  was -- there was somebody called Padma, P-a-d-m-a.  Her  12:34PM
22  last name was Esnault, E-s-n-a-u-l-t.  And these two  12:34PM
23  names I can remember very clearly.  There may be more  12:35PM
24  people who were part of the OSPF team at that time.  12:35PM
25   Q  Is that the best recollection you have, as you  12:35PM
                                                      Page 94
```

```
 1  sit here today, of who else was on the team that came up  12:35PM
 2  with the command "ip ospf authentication"?        12:35PM
 3   A  Yes.                                          12:35PM
 4   Q  Okay.  Who else was on the team that came up with  12:35PM
 5  the command "bfd all-interfaces"?                 12:35PM
 6   A  That was on page 3?                           12:35PM
 7   Q  Correct.                                      12:35PM
 8      MR. NEUKOM:  Page 3 of Exhibit 54.            12:35PM
 9      THE WITNESS:  This is actually much later than  12:36PM
10  that, so this -- I'm just going with the date, which is  12:36PM
11  also listed here, 2004 to 2005.  We had different  12:36PM
12  engineers around that time on those PF [phonetic] team.  12:36PM
13  Couple names I can recollect.  One was Liem, L-i-e-m,  12:36PM
14  and Nguyen, N-g-y-u-e-n, I think.  Last name may have  12:36PM
15  spelled incorrectly.  Another engineer was Peter,  12:36PM
16  P-e-t-e-r, Psenak, P-s-e-n-a-k.  There are probably more  12:36PM
17  names, but those are a couple of names.           12:37PM
18  BY MR. SILBERT:                                   12:37PM
19   Q  Okay.  Are you able to tell me any other names of  12:37PM
20  people who are on the team who named the command  12:37PM
21  "bfd all-interfaces"?                             12:37PM
22   A  Yeah, I don't recall any more specific names.  I  12:37PM
23  mean, there are people around that time, but I want to  12:37PM
24  make sure that they were in Cisco at that time.   12:37PM
25      For example, there is one engineer called Acee,  12:37PM
                                                      Page 95
```

```
 1  A-c-e-e, Lindem, L-i-n-d-e-m, but I'm not 100 percent  12:37PM
 2  sure if he was still on that team or he left Cisco by  12:37PM
 3  that time.                                        12:37PM
 4   Q  Okay.  Can you remember any other names of people  12:37PM
 5  who were on the team?                             12:37PM
 6   A  Nothing is coming to my head.                 12:37PM
 7   Q  Okay.  Referring back to Exhibit 54, would you  12:38PM
 8  please turn to page 12.                           12:38PM
 9   A  Yeah, I'm there.                              12:38PM
10   Q  In the bottom third of the page, do you see the  12:38PM
11  command expression "ip ospf bfd"?                 12:38PM
12   A  Yes.                                          12:38PM
13   Q  Okay.  And then in the next column with the   12:38PM
14  heading "Author/Originator Information," it says "Cisco"  12:38PM
15  and your name; correct?                           12:38PM
16   A  Yes.                                          12:38PM
17   Q  Did you come up with the expression "ip ospf  12:38PM
18  bfd"?                                             12:38PM
19   A  Yeah, so BFD -- I was the lead implementer of it  12:38PM
20  and very likely I proposed the -- the command.    12:39PM
21   Q  Okay.  And you say very likely you proposed the  12:39PM
22  command.                                          12:39PM
23      Do you have any recollection of doing that?   12:39PM
24   A  I don't remember anybody else worked on it, so  12:39PM
25  I -- I proposed the command.  Yeah, I think I proposed  12:39PM
                                                      Page 96
```

```
 1  the command.  I don't think there was anybody else on  12:39PM
 2  this project.                                     12:39PM
 3   Q  Okay.  And I appreciate your reasons for saying  12:39PM
 4  that, but my question is:  Do you have any recollection  12:39PM
 5  of proposing this command "ip ospf bfd"?          12:39PM
 6   A  Yes.                                          12:39PM
 7      MR. NEUKOM:  Objection; asked and answered.   12:39PM
 8  BY MR. SILBERT:                                   12:39PM
 9   Q  What's your recollection?                     12:39PM
10   A  I remember the document which described this, and  12:39PM
11  I think I was -- I was the author of the document.  It's  12:39PM
12  a small amount of work.  And generally what happens is  12:39PM
13  if there is large project, you have a larger group of  12:39PM
14  people who work on the project.  For smaller ones, you  12:40PM
15  are the sole implementer, so you pretty much do most of  12:40PM
16  the work, all the way from designing the command and the  12:40PM
17  implementation.  This was another smaller features.  12:40PM
18   Q  Okay.  The term "ip" in the command "ip ospf bfd"  12:40PM
19  refers to the Internet protocol standard that's   12:40PM
20  specified by the IETF; correct?                   12:40PM
21   A  "ip" in this command refers to Internet Protocol  12:40PM
22  Version 4, which is documented in RFC 791, and there  12:40PM
23  might be further revisions of it, if not.         12:40PM
24   Q  Okay.  And the term "ospf" in the command     12:40PM
25  "ip ospf bfd" refers to the OSPF standard that's  12:40PM
                                                      Page 97
```

Veritext Legal Solutions
866 299-5127

## Page 98

```
 1  specified by the IETF; correct?                  12:40PM
 2  A  Yes.                                          12:40PM
 3       MR. NEUKOM: Objection; misstates prior      12:41PM
 4  testimony, calls for opinion.                    12:41PM
 5       THE WITNESS: The OSPF acronym we have used is  12:41PM
 6  for Open Shortest Path First protocol, which is also  12:41PM
 7  described and captured in RFC.                   12:41PM
 8  BY MR. SILBERT:                                  12:41PM
 9  Q  Okay. And the -- the term "bfd" in the command  12:41PM
10  "ip ospf bfd" refers to the BFD standard that's  12:41PM
11  specified by the IETF; correct?                  12:41PM
12  A  BFD acronym stands for Bidirectional Forwarding  12:41PM
13  Detection, which is -- which is, yes, also captured in  12:41PM
14  IETF RFC.                                        12:41PM
15  Q  And the BFD standard itself describes using BFD  12:41PM
16  with OSPF; is that correct?                      12:41PM
17       MR. NEUKOM: Objection; document calls for its --  12:41PM
18  pardon me. Document speaks for itself, calls for  12:42PM
19  opinion testimony.                               12:42PM
20       THE WITNESS: BFD spec -- again, my recollection  12:42PM
21  is BFD spec was written in a more generic sense. It may  12:42PM
22  or may not have explicitly called out how and which  12:42PM
23  protocols you can -- you can make use of it, but, again,  12:42PM
24  if you have some more text, I can look into it.  12:42PM
25  //                                               12:42PM
```

## Page 99

```
 1       (Exhibit 57 was marked for                  12:42PM
 2       identification by the Court Reporter.)      12:43PM
 3  BY MR. SILBERT:                                  12:43PM
 4  Q  Mr. Roy, would you please look at Exhibit 57 and  12:43PM
 5  tell me if you recognize it.                     12:43PM
 6  A  Yes, I do.                                    12:43PM
 7  Q  What is it?                                   12:44PM
 8  A  This is an RFC which describes the base protocol  12:44PM
 9  for bidirectional detection.                     12:44PM
10  Q  Would you look, please, at the page that ends  12:44PM
11  with the Bates No. 760.                          12:44PM
12  A  Yes, I'm there.                               12:44PM
13  Q  Do you see Section 3.1? Towards the bottom of  12:44PM
14  that section in that single paragraph, it says, "For  12:44PM
15  example, an OSPF... implementation may request a BFD  12:44PM
16  session to be established to a neighbor discovered using  12:44PM
17  the OSPF Hello protocol."                        12:44PM
18       Do you see that?                            12:44PM
19  A  Yes, I see that.                              12:44PM
20  Q  And that sentence is describing using BFD with  12:44PM
21  OSPF; correct?                                   12:45PM
22       MR. NEUKOM: Objection; document speaks for  12:45PM
23  itself, and to the extent it doesn't, calls for opinion  12:45PM
24  testimony.                                       12:45PM
25       THE WITNESS: Yeah, it -- so this does reference  12:45PM
```

## Page 100

```
 1  the OSPF standard, a newer version than what you have  12:45PM
 2  shown me, and it talks about if you are compliant to  12:45PM
 3  that version, that implementation could use BFD  12:45PM
 4  services.                                        12:45PM
 5  BY MR. SILBERT:                                  12:45PM
 6  Q  Okay. What resources did you use when naming the  12:45PM
 7  "ip ospf bfd" command?                           12:46PM
 8       MR. NEUKOM: Objection; vague.               12:46PM
 9       THE WITNESS: By "resources" you are implying  12:46PM
10  what type of material documents, those kind of things?  12:46PM
11       MR. SILBERT: Correct.                       12:46PM
12       THE WITNESS: I had looked at the specification,  12:46PM
13  of course. It -- I don't know if it was this version or  12:46PM
14  if it was an earlier version of -- of the BFD protocol  12:46PM
15  specification, and beyond that, it may have been some  12:46PM
16  conversation about who wants it, but I don't have any  12:46PM
17  specific recollection was there a formal Product  12:46PM
18  Requirement Document also written with it.       12:46PM
19  BY MR. SILBERT:                                  12:46PM
20  Q  What do you mean when you say "some conversation  12:47PM
21  about who wants it"?                             12:47PM
22  A  Yes. As I was saying earlier, most of the things  12:47PM
23  we implement are of two categories, typically.   12:47PM
24       One is customer-driven, which is, you are talking  12:47PM
25  to certain customers. They are telling you they want  12:47PM
```

## Page 101

```
 1  this type of technology. Then you try to build that  12:47PM
 2  technology.                                      12:47PM
 3       Or they are innovation-driven, which is we want  12:47PM
 4  to showcase some new things which we have built, and  12:47PM
 5  they are more outwards.                          12:47PM
 6       In the latter, you will not have a customer  12:47PM
 7  requirement document -- or Product Requirement Document  12:47PM
 8  because there is -- nobody has requested at this point  12:47PM
 9  versus, in the former case, you will have some level of  12:47PM
10  conversation, communication, or perhaps a more formal  12:47PM
11  document which describes what a customer really intends  12:47PM
12  to do.                                           12:47PM
13  Q  In the case of customer-driven developments, do  12:47PM
14  customers ever suggest CLI commands?             12:48PM
15       MR. NEUKOM: Objection; vague, compound, phrased  12:48PM
16  in the subjunctive.                              12:48PM
17       MR. SILBERT: Now you got me.                12:48PM
18       THE WITNESS: Is that -- is that in reference to  12:48PM
19  this command in particular, or is it --          12:48PM
20       MR. SILBERT: No. I was asking you more      12:48PM
21  generally.                                       12:48PM
22       THE WITNESS: Okay. You are asking for my    12:48PM
23  opinion?                                         12:48PM
24       MR. SILBERT: I'm asking for your personal   12:48PM
25  knowledge.                                       12:48PM
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
 1   A   So --                          04:46PM
 2   Q   Thank you.                     04:46PM
 3   A   -- so the enclosure title "Description" was    04:46PM
 4   written by Friedman, and this describes what he has    04:46PM
 5   suggested, so I'm basing on this document.     04:47PM
 6   Q   Okay. Other than what you read in that document, 04:47PM
 7   do you know anything else about the origination of the   04:47PM
 8   command expression "ip ospf authentication"?   04:47PM
 9   A   No.                            04:47PM
10        MR. SILBERT: Okay. Then thank you. At this   04:47PM
11   point, again, subject to any redirect based on    04:47PM
12   questioning by your counsel, I thank you very much for  04:47PM
13   your time and attention, and I'm concluding the   04:47PM
14   deposition.                        04:47PM
15        THE WITNESS: Sure. Thanks.    04:47PM
16        MR. NEUKOM: No direct.         04:47PM
17        THE VIDEOGRAPHER: Okay.        04:47PM
18        MR. NEUKOM: At this time.      04:47PM
19        THE VIDEOGRAPHER: This concludes today's   04:47PM
20   deposition of Abhay Roy. The number of media used was   04:47PM
21   three and will be retained by Veritext Legal Solutions.  04:47PM
22        The time is 4:47 p.m. We are off the record.  04:47PM
23        (TIME NOTED: 4:47 P.M.)
24
25
                                                Page 230
```

```
 1        I, ABHAY ROY, do hereby declare under penalty
 2   of perjury that I have read the foregoing transcript;
 3   that I have made any corrections as appear noted, in
 4   ink, initialed by me, or attached hereto; that my
 5   testimony as contained herein, as corrected, is true and
 6   correct.
 7        EXECUTED this _____ day of _____,
 8   2015, at _____, _____.
 9              (City)          (State)
10
11
12
13
14
15
16        _____
17             ABHAY ROY
18             VOLUME 1
19
20
21
22
23
24
25
                                                Page 231
```

```
 1
 2
 3        I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5        That the foregoing proceedings were taken before
 6   me at the time and place herein set forth; that any
 7   witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim
 9   record of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; further, that the foregoing is an accurate
12   transcription thereof.
13        I further certify that I am neither financially
14   interested in the action nor a relative or employee of
15   any attorney or any of the parties.
16        IN WITNESS WHEREOF, I have this date subscribed
17   my name.
18
19   Dated: December 30, 2015
20
21
22
23             <%signature%>
24             RACHEL FERRIER
25             CSR No. 6948
                                                Page 232
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
     - - - - - - - - - - - - - - - - - x   Case No.
5                                      :   5:14-cv-05344-BLF (PSG)
                                       :
6    CISCO SYSTEMS, INC.,              :
                                       :
7                    Plaintiff,        :
                                       :
8              vs.                     :
                                       :
9    ARISTA NETWORKS, INC.,            :
                                       :
10                   Defendant.        :
                                       :
11   - - - - - - - - - - - - - - - - - x
12
13           VIDEOTAPED DEPOSITION OF GREG SATZ
14                     March 23, 2016
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16                       VOLUME 1
17
18
19
20
21   Reported by
22   Brooke R. Bohr
23   CSR No. 753
24   Job No 2272380
25   Pages 1 - 168
```

Page 1

## Page 2

```
 1    VIDEOTAPED DEPOSITION OF GREG SATZ,
 2  taken at the instance of the Defendant, at the
 3  offices of TUCKER & ASSOCIATES, 605 W. Fort
 4  Street, in the City of Boise, State of Idaho,
 5  commencing at 10:10 a.m., on March 23, 2016,
 6  before Brooke R. Bohr, CSR, RPR, a Notary Public
 7  in and for the State of Idaho, pursuant to notice,
 8  and in accordance with the applicable Rules of
 9  Civil Procedure.
10
11          A P P E A R A N C E S
12  FOR PLAINTIFF
        John M. Neukom, Esq.
13      QUINN EMAMUEL URQUHART & SULLIVAN LLP
        50 California Street, 22nd Floor
14      San Francisco, CA  94111
        (415) 875-6320
15      johnneukom@quinnemanuel.com
16  FOR DEFENDANT
        Brian L. Ferrall, Esq.
17      KEKER & VAN NEST LLP
        633 Battery Street
18      San Francisco, CA  94111
        (415) 391-5400
19      bferrall@kvn.com
20
21
22
23
24
25
```

## Page 3

```
 1             W I T N E S S
 2  GREG SATZ                            Page:
 3     Examination by Mr. Ferrall       5
 4     Examination by Mr. Neukom      151
 5     Further Examination by Mr. Ferrall   158
 6
            * * * * *
 7
 8          E X H I B I T S
 9
                Page:
10
11  Exhibit 400   Greg Satz LinkedIn          13
12  Exhibit 401   "TOPS-20 DECnet-20 Programmers   22
                  Guide and Operations Manual"
13
    Exhibit 402   One-page Document with       36
14                Bates No. KL-883
15  Exhibit 403   Document Beginning Bates No.  69
                  ARISTANDCA00022465
16
    Exhibit 404   Document Beginning Bates No.  84
17                CSI-CLI-00359132
18  Exhibit 405   One-page Document Bates No.  106
                  CSI-CLI-00746924
19
    Exhibit 406   Document Bates No. CSI-CLI-01828732  112
20                Through Bates No. CSI-CLI-01828783
21  Exhibit 407   Document Beginning Bates No.  141
                  CSI-CLI-01295215
22
23  Exhibit 408   Document Beginning Bates No.  143
                  CSI-CLI-01295181
24
25          * * * * *
```

## Page 4

```
 1            BOISE, IDAHO
 2         March 23, 2016, 10:10 a.m.
 3
 4      THE VIDEOGRAPHER:  We are now on the record.
 5      Please note that the microphones are
 6  sensitive and may pick up whispering and private
 7  conversations.  Please turn off all cell phones or
 8  place them away from the microphones as they can
 9  interfere with the deposition audio.  Recording
10  will continue until all parties agree to go off
11  record.
12      My name is David Cromwell, representing
13  Veritext.  The date today is March 23, 2016, and
14  the time is approximately 10:10 a.m.  This
15  deposition is being held at Tucker & Associates
16  located at 605 West Fort Street, Boise, Idaho
17  83702, and is being taken by counsel for the
18  defendant.
19      The caption of this case is Cisco
20  Systems, Inc. v. Arista Networks, Inc.  This case
21  is filed in the United States District Court,
22  Northern District of California, San Jose
23  Division, Case No. 5:14-CV-05344-BLF PSG.  The
24  name of the witness is Greg Satz.
25      At this time, the attorneys present in
```

## Page 5

```
 1  the room will identify themselves and the parties
 2  they represent.
 3      MR. FERRALL:  Brian Ferrall of Keker &
 4  Van Nest on behalf of Arista Networks.
 5      MR. NEUKOM:  John Neukom for the plaintiff.
 6      THE COURT:  Our court reporter, Brooke Bohr,
 7  representing Veritext, will swear in the witness,
 8  and we can proceed.
 9
10            GREG SATZ,
11  produced as a witness at the instance of the
12  Defendant, having been first duly sworn, was
13  examined and testified as follows:
14
15            EXAMINATION
16  BY MR. FERRALL:
17      Q.  Good morning, Mr. Satz.  Can you please
18  state your full name.
19      A.  Greg Leonard Satz.
20      Q.  Mr. Satz, you are not represented by
21  counsel today; is that right?
22      A.  Correct.
23      Q.  Have you ever been deposed before?
24      A.  I have.
25      Q.  All right.  So you know the basic
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  There was a proper format and an improper format
2  based on the syntax.
3        But it's -- we're really in the weeds
4  now.
5        Q.  BY MR. Ferrall:  Well, are you familiar
6  with -- we talked about show commands, right?
7        A.  Um-hum.
8        Q.  Are you familiar with either TOPS-20 or
9  other operating systems having show commands with
10 different level -- multiple levels of hierarchy to
11 them?
12       A.  Sure.
13       MR. NEUKOM:  Objection; compound.
14       Q.  BY MR. FERRALL:  Can you give me any
15 examples of --
16       A.  No.
17       Q.  Okay.  Well, let me ask you to look
18 at --
19       A.  I think the -- you can actually
20 download a version of TOPS-20 and run it on your
21 phone.
22       Q.  On my phone?  Wow.  Probably --
23       A.  Which I would encourage you to do.
24       Q.  Were you familiar with something called
25 the "NCP" or --

Page 42

1        A.  Oh, the DECnet configuration?
2        Q.  -- the Network Control Program?
3        A.  Vaguely.  I mean, I -- at one point, I
4  used it.  I don't remember it.
5        Q.  Okay.  All right.
6        A.  We could look in the manual if you want
7  to talk about it.
8        Q.  Well, if you could look at Exhibit 401.
9        A.  I mean, it's -- this is some old stuff.
10       Q.  On -- the section on NCP begins
11 around -- I guess it's Chapter 6.
12       A.  Okay.
13       Q.  6-2.  But my question will go to
14 Table 6-1, which is on Page 6-12.
15       A.  Um-hum.
16       Q.  So let me just ask you if you -- are
17 you looking at that table on 6-12?
18       A.  I am.
19       Q.  Okay.  And if we just focus on the show
20 commands there, do you see those?
21       A.  I do.
22       Q.  And are those ones that are familiar or
23 at least dust off your memory?
24       A.  No.  I can say I do not -- I am sure I
25 have used show status quite a bit because that's

Page 43

1  such a generic function.
2        Q.  Um-hum.
3        A.  But I don't have a clear, I'm typing at
4  a screen at a prompt and these are coming out.
5        Q.  Okay.  And do you understand, under
6  show status, if you go one column over --
7        A.  Um-hum.
8        Q.  -- there are some other words there,
9  NCP request, known, line, local?
10       A.  Um-hum.
11       Q.  Do you understand how those work?
12       A.  Sure.
13       Q.  How would those work with a show status
14 command, for example?
15       A.  You mean from a parsing point of view
16 or from how -- what they actually do inside the
17 code as a function?  Because, again, it is those
18 levels.
19       Q.  Yeah.  I mean as in terms of --
20       A.  You know, what NCP request actually
21 does in the code as a function and the information
22 it returns is different than the detail of
23 actually grabbing the keyword NCP request.
24       Q.  Okay.  I guess my first question, then,
25 about this is how -- how would the parser handle

Page 44

1  these different keywords following show status?
2        MR. NEUKOM:  Objection; foundation, phrased
3  in a hypothetical, and calls for opinion
4  testimony.
5        THE WITNESS:  No different than if it
6  parsed A, B or C in an order.  It is just a token.
7  Just a series of descriptions that permit what is
8  acceptable in a particular field.
9        So in this particular case, it is
10 looking for the letters S-H-O-W, followed by some
11 sort of space or command termination or break,
12 looking for another keyword the same way.  Looking
13 for a third keyword.  When it completes, it gets
14 down to what might be called a terminal condition
15 because it says, okay, I've completed this parse,
16 the parse is successful, now go perform something,
17 which would -- the interesting part, which is pull
18 out the NCP request data from the operating system
19 or networking kernel and then display it somehow.
20       Q.  BY MR. Ferrall:  And were you ever
21 aware of operating systems growing their command
22 list in a way where they would -- they would add,
23 for example, further options under the show
24 command over time in subsequent versions?
25       A.  Oh, yes.

Page 45

12 (Pages 42 - 45)

```
 1    MR. NEUKOM: Objection; vague and compound.
 2    THE WITNESS: They would augment the command
 3  set, the features, and there was, typically, a
 4  user interface component to it, like modifying the
 5  menu commands on your laptops today.
 6    Q. BY MR. FERRALL: And was there -- would
 7  they, typically, build upon existing keywords?
 8    MR. NEUKOM: Same objections, and calls for
 9  speculation.
10    THE WITNESS: Depending on the feature set.
11  If it was an extension of an existing feature set
12  or if it was brand new. I mean, as you described
13  a tree, those trees can be rearranged and
14  augmented or removed.
15    MR. FERRALL: Okay. Why don't we take our
16  first break. We've been going for about an hour.
17    THE WITNESS: Okay.
18    THE VIDEOGRAPHER: The time is 11:12 a.m.
19  Off the record.
20    (Recess taken.)
21    THE VIDEOGRAPHER: The time is 11:23 a.m.
22  On the record.
23    Q. BY MR. FERRALL: Mr. Satz, are you
24  familiar with any use of a "clear" command from
25  either TOPS-20 or early operating systems?
                                                 Page 46
```

```
 1    A. I can't say I recall that.
 2    Q. Okay.
 3    A. There could have been, but there's a
 4  check through the documentation better than my
 5  memory.
 6    Q. Okay. How about a "set" command?
 7    A. I'm pretty sure VMS had set, as well as
 8  TOPS-20.
 9    Q. Now, you're aware that Cisco later used
10  show commands, right?
11    A. (Witness nods head.)
12    Q. What was the purpose of the Cisco show
13  commands, in general? I know there were many.
14    MR. NEUKOM: Objection; vague and compound.
15    THE WITNESS: To take data from inside the
16  software and present it to a user.
17    Q. BY MR. FERRALL: Were you aware of a
18  feature of TOPS-20 called "exec," E-X-E-C?
19    A. Um-hum. Yes.
20    Q. What was that?
21    A. The exec was the piece of software in
22  the operating system who interacted with the user
23  and contained the parser.
24    Q. We talked earlier about a privilege
25  mode in TOPS-20.
                                                 Page 47
```

```
 1    A. Um-hum.
 2    Q. And a normal mode, I think. What were
 3  the other modes of TOPS-20 that you could recall?
 4    A. They weren't necessarily modes, as --
 5  you might think of them as different parse trees,
 6  to use your tree analogy. They were command sets
 7  that would be made available or not available
 8  depending on, in the case of privilege mode,
 9  having a password. So you had to know the secret
10  code to then enable the parse tree that was called
11  privilege mode.
12    Q. Was there a different prompt
13  indicator --
14    A. There is.
15    Q. -- for the different command sets that
16  were available, if you will?
17    A. Yes. And TOPS-20 -- and I think VMS
18  used the same mode -- had a subcommand mode. So
19  you could -- I don't know if you would put a comma
20  at the end of the line or if it was just a -- it
21  knew you were going into the mode. I can't -- I
22  don't remember anymore. But it would then
23  double-prompt you. So if your prompt was, like, a
24  dollar sign, it would give you two dollar signs to
25  know you were in the subcommand mode. Or in the
                                                 Page 48
```

```
 1  privilege mode it would change the prompt from a
 2  single dollar sign to, like, an "at" sign or a
 3  "pound" sign. It would give you indication. And
 4  usually there were ways to configure that so you
 5  could tell it what you wanted it to do.
 6    Q. And I think you said that you would
 7  need a password, for example, to enter the
 8  privilege mode?
 9    A. In the ether TIP or the router software
10  that Cisco used. In TOPS-20 it was whether you
11  had a capability, you had an account that was
12  privileged.
13    Q. Was there a command or a -- something
14  you would enter in order to switch modes in
15  TOPS-20?
16    A. That was "enable."
17    Q. "Enable" was the command?
18    A. (Witness nods head.)
19    Q. Okay.
20    A. The magic word. All these commands are
21  are just a magic word that you agree will do a
22  function.
23    Q. Do you know, was there a configuration
24  mode in TOPS-20 to your knowledge?
25    A. TOPS-20 had the benefit of files. So,
                                                 Page 49
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 166

```
 1        Exhibit 405 is a one-page document
 2   marked CSI-CLI-00746924.
 3        Exhibit 406 begins CSI-CLI-01828732,
 4   and for this document I'll read the last number
 5   because I think we're all unclear whether it is
 6   one versus multiple documents. This ends with
 7   Bates stamp CSI-CLI-01828783.
 8        Exhibit 407 begins Bates stamp
 9   CSI-CLI-01295215.
10        And Exhibit 408 begins
11   CSI-CLI-01295181.
12        MR. NEUKOM:  Thanks all.
13        MR. FERRALL:  Agreed.  Thank you.
14        (The deposition concluded at 3:31 p.m.)
15              -oo0oo-
```

Page 167

```
 1          VERIFICATION
 2   I declare under penalty of perjury
 3   under the laws that the foregoing is
 4   true and correct.
 5
 6   Executed on _____, 20___,
 7   at _____, _____.
...
13        WITNESS SIGNATURE
```

Page 168

```
 1         REPORTER'S CERTIFICATE
 2
 3
 4        I, BROOKE R. BOHR, a Notary Public in
 5   and for the State of Idaho, do hereby certify:
 6        That prior to being examined, the
 7   witness named in the foregoing deposition was by
 8   me duly sworn to testify the truth, the whole
 9   truth, and nothing but the truth;
10        That said deposition was taken down by
11   me in shorthand at the time and place therein
12   named and thereafter reduced into typewriting
13   under my direction, and that the foregoing
14   transcript contains a full, true, and verbatim
15   record of the said deposition.
16        I further certify that I have no
17   interest in the event of the action.
18        WITNESS my hand and seal March 30, 2016.
19
20
21
22
23   <%signature%>
24   Brooke R. Bohr
25   CSR No. 753
```

43 (Pages 166 - 168)