# ATTACHMENT 12

2337647-Kevin  Almeroth-1(rough).TXT

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED

1    This realtime draft is unedited and
2    uncertified and may contain untranslated
3    stenographic symbols, an occasional reporter's note,
4    a misspelled proper name and/or nonsensical word
5    combinations.
6    This is an unedited version of the
7    deposition transcript and should not be used in
8    place of a certified copy.  This document should not
9    be duplicated or sold to other persons or
10   businesses.  This document is not to be relied upon
11   in whole or in part as the official transcript.
12   This uncertified realtime rough draft version has
13   not been reviewed or edited by the certified
14   shorthand reporter for accuracy.  This unedited
15   transcript is computer-generated and random
16   translations by the computer may be erroneous or
17   different than that which will appear on the final
18   certified transcript.
19   Due to the need to correct entries prior
20   to certification, the use of this realtime draft is
21   only for the purpose of augmenting counsel's notes
22   and cannot be used to cite in any court proceeding
23   or be distributed to any other parties.
24   ACCEPTANCE OF THIS REALTIME DRAFT IS AN
25   AUTOMATIC FINAL COPY ORDER.

1

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
1                    INDEX

```
         2337647-Kevin  Almeroth-1(rough).TXT
  2
  3   Exhibit 1538   Opening Expert Report of Kevin
  4                  Almeroth Regarding Copying
  5
  6   Exhibit 1539   Rebuttal Expert Report of Kevin
  7                  Almeroth
  8
  9   Exhibit 1540   Expert Report of John R. Black, Jr.
 10
 11   Exhibit 1541   Handwritten document
 12
 13                       --oOo--
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

                                                                2

♀

        REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
  1              San Francisco, California
  2              Tuesday, June 28, 2016
  3                    8:34 a.m.
  4
  5                P R O C E E D I N G S
                        Page 2

2337647-Kevin Almeroth-1(rough).TXT

6    THE VIDEO OPERATOR: Good morning. We're
7 on the record. The time is 8:34 a.m., and the date
8 is June 28th, 2016. This begins the videotaped
9 deposition of Dr. Kevin Almeroth.
10   My name is Sean Grant, here with our court
11 reporter, Carla Soares. We're here from Veritext
12 Legal Solutions at the request of counsel for
13 defendant.
14   This deposition is being held at Keker &
15 Van Nest LLP in San Francisco, California. The
16 caption of this case is Cisco Systems, Inc., versus
17 Arista Networks, Inc., Case No. 5:14-cv-05344-BLF.
18   Please note that audio- and
19 video-recording will take place unless all parties
20 have agreed to go off the record. Microphones are
21 sensitive and may pick up whispers, private
22 conversations, or cellular interference.
23   At this time, will counsel please identify
24 themselves and state whom they represent.
25   MR. HOLMES: Drew Holmes on behalf of

3

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
1 Cisco as well as the witness from Quinn Emanuel.
2   MS. MCCLOSKEY: David Silbert, Keker & Van
3 Nest, on behalf of defendant Arista.
4   MR. WONG: Ryan Wong of Keker & Van Nest
5 on behalf of Arista.
6   THE VIDEO OPERATOR: And also present?
7   MR. BLACK: I'm John Black. I'm an expert
8 witness for Arista.

Page 3

2337647-Kevin Almeroth-1(rough).TXT

20  characteristics of what those modes include, their
21  functionality and their role.
22       And I think if you compare that to what's
23  described on page 18 through 20, so, for example,
24  after paragraph 62 that talks about what those modes
25  are, how the modes can be used, that's at least part

268

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
1   of the concept of defining what the modes are that
2   have been copied.
3        I'm not sure how to describe it any other
4   way than it's the modes and the prompts.
5     Q  Okay. Looking at -- well, in any of these
6   places where you show the prompts, maybe the easiest
7   place is in your Exhibit 4, the prompt you list is
8   router angle bracket, right, for -- I'm looking on
9   page 1. And then the prompt for the -- what you
10  call the identical or similar Arista prompt is
11  switch angle bracket, right?
12    A  That's what I've identified as the -- as
13  an example.
14    Q  Okay. That's just an example.
15    A  Well, it's generally, for example, what
16  the host name would be, the convention is you can
17  include what the host name would be as part of
18  identifying what the prompt is. And that's in the
19  context of also using both the angle bracket, and
20  also the hash key to distinguish between which mode
21  you're in, and then as well as the use of the
22  parenthetical for config, and then also whether it's

Page 239

```
                  2337647-Kevin Almeroth-1(rough).TXT
       23   config, and then dash, and then the description or
       24   name of the interface.
       25              And so it's that concept of the prompts
                                                                    269


                REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED
        1   and the use of the prompts to distinguish between
        2   the other modes.  And what's specifically being
        3   copied is that -- is that prompt itself.
        4       Q   And just looking at the prompts on page 1
        5   where it says router and switch, I think you said
        6   this, but in actual operation, the prompt that the
        7   user sees, it wouldn't say switch angle bracket,
        8   right?  It would be -- in normal operation, the user
        9   would see whatever name the user actually assigned
       10   to that particular switch to name it, right?  And
       11   then an angle bracket?
       12       A   It could be.  So if you had two -- two
       13   devices that had the same name, they would be the
       14   identical prompt.
       15       Q   You mean a Cisco device and an Arista
       16   device?
       17       A   Correct.
       18       Q   But if a person named the devices, had two
       19   switches in their network and named them
       20   differently, then they would see the name of the
       21   Cisco device, switch number 37, angle bracket, and
       22   then they'd see the name of the Arista device,
       23   switch number 82, angle bracket, right?
       24       A   So the convention would be the same, but
       25   the name might be different.  And you would still
                                                                    270
                              Page 240
```

```
             2337647-Kevin  Almeroth-1(rough).TXT
     23    for reminding me, I'd like to designate this
     24    transcript as highly confidential, outside counsel
     25    only.
```

287

REPORTER'S CONFIDENTIAL ROUGH DRAFT - NOT CERTIFIED

```
      1                       --oOo--
      2
      3
      4
      5
      6
      7
      8
      9
     10
     11
     12
     13
     14
     15
     16
     17
     18
     19
     20
     21
     22
     23
     24
     25
```

288

2337647-Kevin Almeroth-1(rough).TXT