# ATTACHMENT 13

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  CISCO SYSTEMS,          )
6  INC.,                   )
7      Plaintiff,          )
8         vs.              ) No. 5:14-cv-05344-BlF (PSG)
9  ARISTA NETWORKS,        )
10 INC.,                   )
11     Defendant.          )
12 _____

13 CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
14
15 VIDEOTAPED DEPOSITION OF ANTHONY J. LI
16 Palo Alto, CA
17 Monday, February 1, 2016
18 Volume I
19
20
21 Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR
22 CSR No. 11661
23 JOB No. 2224600
24
25 PAGES 1-258

Page 1

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

```
 1    UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA
 3         SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS,    )
 6  INC.,             )
 7     Plaintiff,     )
 8     vs.   ) No. 5:14-cv-05344-BlF (PSG)
 9  ARISTA NETWORKS,  )
10  INC.,             )
11     Defendant.     )
12  _____
13
14
15       CONFIDENTIAL INFORMATION UNDER THE
16  PROTECTIVE ORDER VIDEO DEPOSITION OF ANTHONY J. LI
17  taken on behalf of Defendant at WILSON, SONSINI,
18  GOODRICH & ROSATI, 601 South California Avenue,
19  Palo Alto, CA 94304, beginning at 9:13 a.m. and
20  ending at 4:17 p.m. on Monday, February 1, 2016,
21  before Susan F. Magee, RPR, CCRR, CLR, Certified
22  Shorthand Reporter No. 11661.
23
24
25
                                               Page 2
```

```
 1  APPEARANCES:
 2
 3     For the Plaintiff:
 4         QUINN, EMANUEL, URQUHART & SULLIVAN
 5         BY: SEAN PAK, ESQ.
 6         50 California Street
 7         22nd Floor
 8         San Francisco, CA 94111
 9         (415) 875-6600
10         seanpak@quinnemanuel.com
11
12     For the Defendant:
13         KEKER & VAN NEST LLP
14         BY: RYAN WONG, ESQ.
15            BRIAN L. FERRALL, ESQ.
16         633 Battery Street
17         San Francisco, CA 94111-1809
18         (415) 773-6682
19         rwong@kvn.com
20         bferrall@kvn.com
21
22     The Videographer:
23         JEFREE ANDERSON
24
25
                                               Page 3
```

```
 1              I N D E X
 2
 3  CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
 4  VIDEO DEPOSITION OF ANTHONY J. LI
 5  Volume I
 6  EXAMINATION BY                        PAGE
 7  BY MR. WONG                            9
 8  BY MR PAK                             191
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                               Page 4
```

```
 1              E X H I B I T S
 2  NUMBER       DESCRIPTION              PAGE
 3
 4  Exhibit 136  LinkedIn Profile (8 pages)     12
 5  Exhibit 137  RFC Table (3 pages)            90
 6  Exhibit 138  March 1995 RFC 1771, A Border  100
 7               Gateway Protocol 4 (BGP-4) (57
 8               pages)
 9  Exhibit 139  December 1995 RFC 1887, An    105
10               Architecture for IPv6 Unicast
11               Address Allocation,
12               ARISTANDCA00025747-ARISTANDCA
13               00025772
14  Exhibit 140  June 1996 RFC 1966, BGP Route 111
15               Reflection, An Alternative to
16               Full Mesh IBGP,
17               ARISTANDCA00025927-ARISTANDCA
18               00025933
19  Exhibit 141  October 2008 RFC 2966,        116
20               Domain-Wide Prefix Distribution
21               with Two-Level IS-IS (16 pages)
22  Exhibit 142  August 1996 RFC 1997, BGP     119
23               Communities Attribute,
24               ARISTANDCA00026094-ARISTANDCA
25               00026098
                                               Page 5
```

| 1 | E X H I B I T S (continued) | |
|---|---|---|
| 2 | NUMBER    DESCRIPTION | PAGE |
| 4 | Exhibit 143   March 1998 RFC 2281, Cisco Hot Standby Router Protocol (HSRP), ARISTANDCA00026832-ARISTANDCA 00026848 | 124 |
| 8 | Exhibit 144   E-mail String Containing 9/22/92 E-mail from/to Toni Li, TS-00000066 | 143 |
| 11 | Exhibit 145   Procket Networks PRO/8000 Series Software Introduction (144 pages) | 163 |
| 14 | Exhibit 146   Procket Networks PRO/8000 Series IPv6 Routing Protocols (180 pages) | 164 |
| 17 | Exhibit 147   Procket Networks PRO/8000 Series System Management and Operations (604 pages) | 164 |
| 20 | Exhibit 148   Cisco's 6th Supplemental Response to Interrogatory NO. 16 and Response to Interrogatory No. 19 Amended Exhibit F (45 pages) | 167 |
| 25 | Exhibit 149   List of Commands (1 page) | 169 |

Page 6

| 1 | E X H I B I T S (continued) | |
|---|---|---|
| 2 | NUMBER    DESCRIPTION | PAGE |
| 4 | Exhibit 150   1/20/96 E-mail from Toni Li to Bill W., CSI-CLI-00746246 | 183 |
| 6 | Exhibit 151   CSCdi14533, CSI-CLI-01339850 | 185 |
| 7 | Exhibit 152   Group of E-mails Containing 2/23/1996 E-mail from Tony Li to widmer@cisco.com, CSI-CLI-00746331 - CSI-CLI-00746347 | 239 |

Page 7

---

 1   Palo Alto, CA, Monday February 1, 2016
 2            9:13 a.m.
 3
 4        THE VIDEOGRAPHER: Good morning.  We're on
 5   the record at 9:13 a.m. on February 1st, 2016.  This    09:13:47
 6   is the video recorded deposition of -- so sorry.  Of
 7   Anthony Li here with our court reporter Susan Magee.
 8        My name is Jefree Anderson.  We are here
 9   from Veritext Legal Solutions at the request of
10   counsel for the -- defendant or the plaintiff?        09:14:16
11        MR. WONG: Defendants.
12        THE VIDEOGRAPHER: For the defendant.  This
13   deposition is being held at Wilson Sonsini at
14   601 California Avenue, Palo Alto, California.  The
15   caption of this case is Cisco Systems, Incorporated    09:14:31
16   vs. Arista Networks, Incorporated.  The case number
17   is 5:14-cv-05344.
18        Please note that audio and video recording
19   will take place unless all parties agree to go off
20   the record, and microphones are sensitive and may      09:14:53
21   pick up whispers, private conversations and cellular
22   interference; so please be aware of that.
23        Beginning with our noticing attorney,
24   please state your name and the firm you represent.
25        MR. WONG: Ryan Wong from Keker & Van Nest   09:15:05

Page 8

 1   for defendant Arista Networks.
 2        MR. FERRALL: Brian Ferrall, Keker & Van
 3   Nest, also for Arista.
 4        MR. PAK: Sean Pak of Quinn for Cisco.
 5        THE VIDEOGRAPHER: Thank you.              09:15:16
 6        Will the court reporter please swear in the
 7   witness.
 8
 9            ANTHONY J. LI,
10   having been administered an oath, was examined and    09:15:19
11   testified as follows:
12
13            EXAMINATION BY MR. WONG
14
15   Q.   Good morning, Mr. Li.                    09:15:29
16   A.   Good morning.
17   Q.   Please state your full name.
18   A.   Anthony Joseph Li.
19   Q.   Do you live in the Bay Area, Mr. Li?
20   A.   I do.                                    09:15:36
21   Q.   Please state your home address.
22   A.   1218 Thurston Avenue, Los Altos, California
23   94024.
24   Q.   Mr. Li, do you understand that are you
25   testifying here in response to a subpoena in this     09:15:46

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

```
 1   A.  That varies.  I was a programmer at
 2  Digital Research working on CPM, so I was a
 3  developer in that role.  Most of the others I was a
 4  user.
 5   Q.  When were you a programmer at            09:39:12
 6  Digital Research?
 7   A.  So I had two summer internships, the
 8  summers of 1982 and 1981.
 9   Q.  What was the command -- strike that.
10       Actually, what was the command syntax used  09:39:34
11  for CPM?
12   A.  Again, it was very similar to use -- what
13  was used in TOPS-20 and VMS.  Again, verb, noun and
14  qualifiers.
15   Q.  What were some of the verbs that were used 09:39:52
16  in the command set for CPM?
17   A.  I'm sorry.  I've forgotten.
18   Q.  Do you recall any of the verbs that were
19  used in the command sets for TOPS-20?
20   A.  Info, show, DIR.  I've forgotten most of  09:40:07
21  the others.
22   Q.  You mentioned MS-DOS as one of the command
23  line interfaces that you had worked with; correct?
24   A.  Mm-hmm.
25   Q.  In what context did you work with MS-DOS?  09:40:30
                                                        Page 26
```

```
 1   A.  Just as a user.
 2   Q.  And that was in the early 1980s?
 3   A.  At some point, yes.
 4   Q.  You also mentioned UNIX as a system that
 5  you have experience with; correct?           09:40:54
 6   A.  That's correct.
 7   Q.  In what context did you work with the UNIX
 8  operating system?
 9   A.  I had access to a UNIX system as a user
10  starting in 1975.                            09:41:03
11   Q.  Do you know how long UNIX has been in
12  existence as an operating system?
13   A.  No, I don't.
14   Q.  And how many years did you work with the
15  UNIX operating system?                       09:41:22
16   A.  I've been working with it on and off since
17  1975.
18   Q.  Can you describe for me how the UNIX CLI
19  worked?
20   A.  UNIX CLI is, again, a command and        09:42:06
21  parameters structure with a verb and then nouns and
22  qualifiers behind it.
23   Q.  Were all commands available to a UNIX user?
24   A.  There are commands that are not available
25  that they are -- they're privileged and only  09:42:33
                                                        Page 27
```

```
 1  accessible to the system administrator.
 2   Q.  When you say "privileged," what do you mean
 3  by that?
 4   A.  The system administration and management
 5  commands are -- cannot be executed by a normal user. 09:42:46
 6   Q.  Were there similar separations of command
 7  sets in any of the other operating systems that we
 8  discussed this morning?
 9   A.  Almost all have that kind of separation.
10   Q.  What -- describe for me the separation in 09:43:08
11  command sets that existed in TOPS-20.
12   A.  As a user of TOPS-20, I don't recall the
13  details of the administration commands, so I never
14  used them.
15   Q.  Were the administration commands in TOPS-20 09:43:25
16  accessible to you as a user?
17   A.  No.
18   Q.  How were command sets separated in VAX/VMS?
19   A.  Again, there were privileged commands that
20  one could use if you were a system administrator. 09:43:46
21   Q.  Was the term "privileged" a term that you
22  came up with, Mr. Li?
23   A.  No.  I'm sure that several of -- I've
24  picked that up somewhere, but that is commonly used.
25   Q.  That is commonly used to describe what?   09:44:14
                                                        Page 28
```

```
 1   A.  Throughout the industry to indicate that
 2  people -- certain administrators have abilities that
 3  are past normal users.
 4   Q.  Was the term "privileged" commonly used at
 5  the time that you were working on VAX/VMS?    09:44:30
 6       MR. PAK:  Objection.  Calls for expert
 7  testimony.
 8       BY MR. WONG:  Q.  Just to your
 9  recollection, Mr. Li.
10   A.  Yes.                                     09:44:40
11   Q.  And what facts are you basing that answer
12  on?
13   A.  I was a system administrator for a VMS
14  system.
15   Q.  Did you use the term "privileged" to     09:44:50
16  describe commands that were accessible only to
17  system administrators at the time you were working
18  on VAX/VMS?
19   A.  Probably.
20   Q.  Was it likely that you were using that    09:45:03
21  term?
22   A.  Very likely.
23   Q.  You mentioned VMCMS.  What experience did
24  you have working with VMCMS?
25   A.  So USC maintained, in addition to numerous 09:45:27
                                                        Page 29
```

8 (Pages 26 - 29)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

```
 1      I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4      That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21      Dated: February 3, 2016
22
23
24      Susan F. Magee
25      CSR No. 11661, RPR, CCRR, CLR
```

Page 258

66 (Page 258)