KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S OMNIBUS ORDER REGARDING DAUBERT SEALING MOTIONS (ECF 419, 422, 426, 438, 462, 467, 470, 475, 476, 491, 494, 498)**<br><br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: August 1, 2016 |

Pursuant to the Court's Omnibus Order Regarding Sealing Motions to the parties' Motions for Partial Summary Judgment, Arista hereby files publicly Attachments 1-15 to this Notice of Public Filing, which correspond to the appropriate documents or portions of documents the Court ordered be filed publicly in connection with Arista's administrative motions to seal (ECF 419, 422, 426, 438, 462, 467, 470, 475, 476, 491, 494, 498).

| Original ECF | Document | Attachment |
|---|---|---|
| 419 | Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | 1. |
| 419-6 | Exhibit 1 to the Declaration of Ryan Wong in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth ("Wong *Daubert* Declaration") (Excerpts from the "Opening Expert Report of Kevin Almeroth Regarding Copy" dated June 3, 2016) | 2. |
| 419-7 | Exhibit 2 to the Wong *Daubert* Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | 3. |
| 419-8 | Exhibit 3 to the Wong *Daubert* Declaration (Excerpts from the deposition of Dr. Kevin Almeroth) | 4. |
| 422 | Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | 5. |
| 422-6 | Exhibit B to the Declaration of Elizabeth K. McCloskey in Support of Arista's Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | 6. |
| 438 | Arista's *Corrected* Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | 7. |
| 463 | Arista's Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of Dr. John Black | 8. |
| 464-4 | Exhibit 4 to the Declaration of Ryan Wong in Support of Arista's Opposition to Exclude Expert Opinion Testimony of John Black ("Wong Opp. Declaration") (Excerpts from the deposition transcript of Dr. Kevin C. Almeroth, taken on June 28, 2016) | 9. |
| 464-5 | Exhibit 5 to the Wong Opp. Declaration (Excerpts from the "Rebuttal Expert Report of Kevin Almeroth" dated June 17, 2016) | 10. |

| Original ECF | Document | Attachment |
|---|---|---|
| 467 | Exhibit A to the Declaration of Eduardo E. Santacana in Support of Arista's Opposition to Cisco's Motion to Exclude Expert Testimony from Arista's Expert Cate M. Elsten | 11. |
| 470 | Arista Network Inc.'s Opposition to Cisco's Motion to Exclude Expert Opinion Testimony of William M. Seifert | 12. |
| 472-1 | Exhibit 1 to the Declaration of Andrea Nill Sanchez in Support of Arista Network Inc.'s Opposition to Cisco Systems, Inc.'s Motion to Exclude Opinion Testimony of William M. Seifert ("Exhibit 1") | 13. |
| 491 | Defendant Arista Networks, Inc.'s Reply in Support of its Motion to Strike Expert Opinions and Testimony of Dr. Judith A. Chevalier | 14. |
| 494 | Defendant Arista Networks, Inc.'s Reply in Support of its Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth | 15. |

Dated: September 26, 2016                    KEKER & VAN NEST LLP

                                By:   *s/ Brian L. Ferrall*
                                      ROBERT A. VAN NEST
                                      BRIAN L. FERRALL
                                      DAVID SILBERT
                                      MICHAEL S. KWUN

                                      Attorneys for Defendant
                                      ARISTA NETWORKS, INC.

1115641.01