# ATTACHMENT 4

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    CISCO SYSTEMS, INC.,          )
                                   )
6              Plaintiff,          )
                                   ) Case No.
7          vs.                     ) 5:14-cv-05344-BLF (PSG)
                                   )
8    ARISTA NETWORKS, INC.,        )
                                   )
9              Defendant.          )
                                   )
10   _____)

11

12

13

14

15

16       VIDEOTAPED DEPOSITION OF KEVIN C. ALMEROTH

17              San Francisco, California

18              Tuesday, June 28, 2016

19                     Volume I

20   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908

24   Job No.  2337647

25   Pages 1 - 296

                                        Page 1

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1    San Francisco, California
2    Tuesday, June 28, 2016
3    8:34 a.m.
4
5    P R O C E E D I N G S
6    THE VIDEO OPERATOR:  Good morning.  We're
7  on the record.  The time is 8:34 a.m., and the date
8  is June 28th, 2016.  This begins the videotaped
9  deposition of Dr. Kevin Almeroth.
10    My name is Sean Grant, here with our court  08:34:13
11  reporter, Carla Soares.  We're here from Veritext
12  Legal Solutions at the request of counsel for
13  defendant.
14    This deposition being held at Keker &
15  Van Nest LLP in San Francisco, California.  The  08:34:24
16  caption of this case is Cisco Systems, Inc., versus
17  Arista Networks, Inc., Case No. 5:14-cv-05344-BLF.
18    Please note that audio- and
19  video-recording will take place unless all parties
20  have agreed to go off the record.  Microphones are  08:34:45
21  sensitive and may pick up whispers, private
22  conversations, or cellular interference.
23    At this time, will counsel please identify
24  themselves and state whom they represent.
25    MR. HOLMES:  Drew Holmes on behalf of  08:34:58

Page 6

1  Cisco, as well as the witness, from Quinn Emanuel.  08:35:00
2    MR. SILBERT:  David Silbert, Keker &
3  Van Nest, on behalf of defendant Arista.
4    MR. WONG:  Ryan Wong of Keker & Van Nest
5  on behalf of Arista.  08:35:11
6    THE VIDEO OPERATOR:  And also present?
7    MR. BLACK:  I'm John Black.  I'm an expert
8  witness for Arista.
9    THE VIDEO OPERATOR:  Will the certified
10  court reporter please swear in the witness.  08:35:29
11    KEVIN C. ALMEROTH,
12  having been administered an oath, was examined and
13  testified as follows:
14    EXAMINATION
15  BY MR. SILBERT:  08:35:31
16    Q  Good morning, Dr. Almeroth.
17    A  Good morning.
18    Q  A minute ago counsel for Cisco introduced
19  himself as representing Cisco and also representing
20  you in your capacity as a witness.  08:35:41
21    Is it your understanding that you're being
22  represented in your capacity as a witness today by
23  the Quinn Emanuel law firm?
24    A  I don't have an understanding that the
25  representation is any different than any of the  08:35:59

Page 7

1  other times I've testified under deposition.  I  08:36:01
2  don't know that there's a distinction in what
3  Mr. Holmes said.
4    Q  Okay.  Are you asking the court to
5  recognize you as an expert in this matter?  08:36:14
6    A  I don't know that I'd be asking the court
7  to do that, but certainly, I think my qualifications
8  justify that the court see me as an expert.
9    Q  On what subjects relevant to the opinions
10  expressed in your reports do you claim to be an  08:36:37
11  expert?
12    A  I'm not sure I understand the question.  I
13  don't know that I can sit here and come up with the
14  definitive list of subjects.
15    I think on any of the subjects that I  08:36:58
16  testify about and offer opinions about, I believe
17  I'm qualified as an expert.
18    Q  Are you an expert in computer science?
19    A  I believe I am.
20    Q  Are you an expert in networking  08:37:09
21  technology?
22    A  I believe I am.
23    Q  Are you an expert in network device
24  operating systems?
25    A  I believe I am.  08:37:19

Page 8

1    Q  From -- for how many different network  08:37:24
2  device vendors have you reviewed any source code for
3  their network device operating systems?
4    MR. HOLMES:  Objection.  Vague.
5    THE WITNESS:  Generally speaking, or just  08:37:39
6  in the conjunction -- just in conjunction with this
7  case?
8  BY MR. SILBERT:
9    Q  Well, why don't we take them one by one.
10    First, in conjunction with this case, for  08:37:47
11  how many network device vendors have you reviewed
12  any source code for their network device operating
13  systems?
14    A  Sitting here right now, I specifically
15  recall two: Cisco and Arista.  There might have  08:38:04
16  been others.  I just don't remember them.
17    Q  And generally speaking, for how many
18  different network device vendors have you reviewed
19  any source code for their network device operating
20  systems?  08:38:22
21    A  Maybe ten.
22    Q  Can you name them?
23    A  In addition to Cisco and Arista, I believe
24  I've reviewed source code for A10, maybe F5, 3Com.
25  Quagga is an open source so I've looked at source  08:38:49

Page 9

**Page 14**

1　device and then looking at source code and　08:45:50
2　potentially even parsing-related source code.
3　　Q　In what context did you review
4　parsing-related source code for Foundry's network
5　operating system?　08:46:07
6　　A　It would have been in the context of
7　litigation. I think there's a case in my CV. I'm
8　not sure how significant any of the parsing
9　functionality was to that case. It might have been
10　fairly cursory.　08:46:21
11　　I would need a few minutes to try and dig
12　into the recesses of long-term memory and see if I
13　could even remember what that case was about.
14　　Q　Do you consider yourself an expert in
15　reading emails and knowing what the authors of those　08:46:40
16　emails intended?
17　　MR. HOLMES: Objection. Vague and
18　compound.
19　　THE WITNESS: I don't know by what
20　criteria you would use to determine whether somebody　08:47:01
21　was an expert. I'm not sure that some particular
22　expertise is required to look at an email, so I'm
23　not sure I can really answer that question.
24　　But I certainly can say that, especially
25　in technical disciplines, looking at emails, I can　08:47:22

**Page 15**

1　certainly see what they say and understand the　08:47:26
2　context in which they offer what they've said.
3　BY MR. SILBERT:
4　　Q　You can explain the technical issues
5　related to an email that discusses technical issues　08:47:39
6　in your field; is that right?
7　　A　That's part of what my answer was. And
8　for at least that part of it, I think that's
9　correct.
10　　Q　Do you claim to have some special　08:47:55
11　knowledge of the state of mind of Arista employees
12　at any particular point of time?
13　　MR. HOLMES: Objection. Vague, calls for
14　a legal conclusion.
15　　THE WITNESS: I'm not sure what you mean　08:48:11
16　by "special knowledge."
17　　I certainly can look at an email in the
18　context of a collection of emails and see the words
19　that were written in that email, and consider that
20　email in the context of other evidence, and use it　08:48:24
21　to support a conclusion that I've reached. I think
22　I have that ability.
23　BY MR. SILBERT:
24　　Q　But do you consider yourself to be an
25　expert with particular training and qualifications　08:48:35

**Page 16**

1　to do that? Or is that simply something you can do　08:48:38
2　in the same way a layperson can do?
3　　MR. HOLMES: Same objections, and it's
4　also compound.
5　　THE WITNESS: Again, I'm not sure what　08:48:50
6　threshold you're using for expertise, what skill set
7　you would particularly identify as qualifying
8　somebody as an expert beyond that of a layperson.
9　　And as I've said in previous answers, I
10　certainly think I have the capability to look at　08:49:06
11　emails. And specifically the emails that I did look
12　at in this case, I don't think I'm, in this case,
13　attempting to intuit any special knowledge of that
14　person beyond simply what the emails state in the
15　context of all of the other evidence.　08:49:29
16　BY MR. SILBERT:
17　　Q　So you're not expressing an opinion on
18　what the state of mind of any Arista employee was at
19　any time beyond what, in your view, the emails
20　state?　08:49:41
21　　MR. HOLMES: Objection. Calls for a legal
22　conclusion, vague.
23　　THE WITNESS: Well, I think the report
24　speaks for itself. I don't think I can sit here and
25　offer a qualification of my opinions in the way that　08:49:51

**Page 17**

1　you've expressed it. I don't know that that's　08:49:56
2　necessarily accurate.
3　　I think that the opinions in the report
4　are what they are, and I think the report speaks for
5　itself.　08:50:04
6　BY MR. SILBERT:
7　　Q　Do you claim to be an expert at comparing
8　works to determine if one was plagiarized from
9　another?
10　　MR. HOLMES: Objection. Vague as to　08:50:21
11　"works."
12　　THE WITNESS: Again, I'm not sure what
13　threshold you're using for expertise there.
14　　Certainly, I have spent a lot of time in
15　the last 20 years looking at student assignments and　08:50:34
16　source code and attempted to determine instances of
17　plagiarism.
18　　I've also done a fair amount of research
19　in developing tools that can assist in plagiarism
20　detection and using those tools. And that involves　08:50:54
21　a multistep process that I think I have a lot of
22　experience in.
23　　So I think, generally speaking, certainly
24　based on both the experiences I've had as an
25　instructor, the research that I've done, and all of　08:51:12

**Page 22**

1    Q  Did you use any of the software tools  08:58:00
2  described here in paragraphs 31 and 32 to compare
3  any work by Arista with any work by Cisco?
4    A  No.  It wasn't necessary.
5    Q  Why not?  08:58:18
6    A  I think when you look at the testimony of
7  witnesses who have basically admitted to copying,
8  that it really isn't necessary to then go and use a
9  tool.
10    So when you have the 30(b)(6) witnesses  08:58:32
11  from Arista testifying that they copied, when you
12  have documents showing that they copied both
13  conceptually, that it really isn't necessary to go
14  off and use one of these tools.
15    For example, if I had two students who  08:58:53
16  came to me and said, "My conscience or our
17  consciences got the better of us and we want to
18  admit that we copied our assignments," I'm not sure
19  I would then have to go through and do a comparison
20  using a tool.  08:59:11
21    It's also the case that there are other
22  ways to detect existences of similarity.  For
23  example, the ones that I've included in my report.
24    So it wasn't really necessary to go
25  through and use something like PAIRwise or MOSS.  08:59:27

**Page 23**

1    Q  So is it your opinion that the plagiarism  08:59:32
2  tools and systems that you developed are not
3  relevant to the opinions you've expressed in this
4  matter?
5    MR. HOLMES:  Objection.  Misstates prior  08:59:41
6  testimony.
7    THE WITNESS:  I'm not -- first of all, I
8  didn't say that.
9    Second, I'm not sure, really, what you
10  mean by "relevant."  08:59:50
11    As part of an analysis, it could have been
12  a tool I could have used.  I don't really think
13  there's any disagreement, even among the experts,
14  that there wasn't copying.
15    And for tools like PAIRwise and MOSS, part  09:00:10
16  of their function is to be able to determine whether
17  or not there are phrases or sentences or paragraphs
18  or some amount of material that is copied.
19    But I didn't feel that I needed to use
20  those tools, given the voluminous amount of evidence  09:00:31
21  that exists in this case with respect to the fact
22  that copying did, in fact, take place.
23  BY MR. SILBERT:
24    Q  When you use a tool like PAIRwise or MOSS,
25  what output does it give you?  09:00:44

**Page 24**

1    MR. HOLMES:  Objection.  Vague.  09:00:48
2    THE WITNESS:  It depends on the tool.  But
3  one of the things -- and actually the version of the
4  tool was different.  But one of the things that you
5  can produce as output from the second version of  09:01:02
6  PAIRwise is a side-by-side comparison of two
7  documents, or a similarity matrix for all of the
8  documents in a corpus.  Something like that.
9  BY MR. SILBERT:
10    Q  And what is a similarity matrix for all  09:01:19
11  documents in a corpus?
12    A  So one of the things that is a challenge
13  in a classroom that isn't really the challenge here
14  is looking at each student compared to every other
15  student, to do kind of a comparison of every student  09:01:40
16  to every other student.
17    In this instance, you really only have the
18  two parties, Cisco and Arista.
19    So that a comparison matrix would say, for
20  a particular student paper, it has a similarity  09:01:58
21  score as compared to every other student in the
22  class, and then to do that in a two-dimensional
23  matrix.
24    Q  If you had wanted to, could you have
25  created a similarity score comparing the command --  09:02:12

**Page 25**

1  CLI command reference manuals for multiple different  09:02:18
2  switch vendors including, say, Cisco, Arista, Dell,
3  HP, Brocade, Juniper, JunosE, and others?
4    MR. HOLMES:  Objection.  Vague, compound
5  and incomplete hypothetical.  09:02:37
6    THE WITNESS:  The first answer is I
7  suppose anything is hypothetically possible.
8  BY MR. SILBERT:
9    Q  I'm sorry to interrupt.  Let me just
10  address that.  09:02:55
11    My question was, using the software tools
12  that you've been testifying about, could you have
13  done that?
14    A  Sure.
15    So for example, PAIRwise -- as I was  09:03:04
16  answering before, anything is hypothetically
17  possible.  The basic functionality of PAIRwise is to
18  take a repository, a directory of documents, and to
19  perform a comparison.
20    But I don't believe that it would have  09:03:23
21  been either practical or relevant to do that kind of
22  comparison, principally because in a classroom, for
23  example, you have fairly homogenous items or papers.
24  It's in response to a particular assignment or
25  question or task.  09:03:45

7 (Pages 22 - 25)

1 BY MR. SILBERT:                    10:07:17
2    Q  Is it more than half a million dollars?
3    A  I have no idea.
4    Q  You have documents in your possession, do
5 you not, from which you could obtain the answer to    10:07:23
6 that question?
7    A  I believe I do.
8    Q  And I'm sure this goes without saying, but
9 I'll ask you to please preserve those documents and
10 not destroy them.                    10:07:35
11    A  Sure.  It just isn't interesting or
12 relevant to me, except maybe at tax season.
13    Q  Do you recall that I took your deposition
14 previously in this case related to patent issues?
15    A  Yes.                       10:07:51
16    Q  Do you recall testifying at that time that
17 you had been paid or billed approximately $600,000?
18    A  I don't have a recollection of that
19 testimony.
20    Q  Have you been an expert for Cisco in other  10:08:14
21 matters besides its disputes with Arista?
22        MR. HOLMES:  Objection.  Vague as to
23 "matters."
24        THE WITNESS:  Could you repeat the
25 question?                        10:08:33
Page 62

1 BY MR. SILBERT:                    10:08:34
2    Q  Have you been an expert consultant for
3 Cisco in other matters besides its disputes with
4 Arista?
5        MR. HOLMES:  Same objection.        10:08:41
6 BY MR. SILBERT:
7    Q  And I'm talking about litigation matters,
8 to address your counsel's objection.
9    A  I don't recall any.
10       There might have been an instance where I  10:09:01
11 had an interview with a law firm about a matter
12 related to Cisco.  I might have even signed a
13 letter.  But I don't recall doing any work or
14 billing any hours.  I don't think I've actually done
15 any work for Cisco in any other matters.     10:09:16
16    Q  Have you been retained previously by the
17 Quinn Emanuel law firm for other litigation matters?
18    A  I have.
19    Q  How many times?
20    A  Hard to say.  Maybe three or four.     10:09:37
21    Q  Apart from this case?
22    A  Yes.
23    Q  And what's the total amount, to the best
24 of your knowledge, that you were paid in those other
25 matters, where you were retained by Quinn Emanuel?  10:09:48
Page 63

1    A  I have no idea.                  10:09:52
2    Q  Do you have records that would contain
3 that information?
4    A  I might.  I'm not sure I've kept billing
5 records.                          10:10:13
6       Once a case closes and I've been paid, I
7 don't know that I keep all of the files associated
8 with that case.  In some instances, the protective
9 order says not to.
10       But with respect to billing records, I   10:10:24
11 don't know that I've kept records.  I have 1099s,
12 but I don't recall if I get paid by Quinn Emanuel or
13 by the company I've been hired to provide opinions
14 for.
15       So I'm not entirely certain I could      10:10:45
16 reconstruct those numbers.
17    Q  Have you been retained for other
18 litigation matters by the Kirkland & Ellis law firm?
19    A  Yes.
20    Q  How many?                    10:11:04
21    A  And to clarify, in the past or present?
22    Q  Either.  I'm excluding the current
23 litigation and the ITC litigation between Cisco and
24 Arista.
25    A  Sure.  Probably about the same number.  10:11:22
Page 64

1 Three, four.  Could be a couple more.        10:11:24
2 Akamai/Limelight was Kirkland.
3    Q  And is it likewise true that you don't
4 know, as you sit here today, how much you've been
5 paid in those matters?                  10:11:42
6    A  That's correct.  It would be the same
7 answer for Quinn Emanuel.
8    Q  And I take it your answer is the same
9 about whether or not you have records that would
10 reflect that information.                10:11:52
11    A  That's correct.
12    Q  And I understand that you don't know what
13 you may have kept from matters that have concluded.
14 But again, I'll ask you, to the extent you do have
15 documentation, to please preserve it.        10:12:01
16    A  I will listen to advice of counsel, my
17 counsel, as to whether I should do that or not.
18    Q  Do you hope to get more litigation
19 consulting work from Cisco in the future?
20    A  I don't know that I have opinions one way  10:12:26
21 or the other.  I would be fine if I didn't, I would
22 be fine if I did.  I take each matter as it comes
23 and evaluate it for what it is.
24    Q  How long did you spend reviewing source
25 code to formulate your opinions in this case?    10:12:46
Page 65

17 (Pages 62 - 65)

1  A  That is hard to say for several reasons.    10:12:56
2      I certainly spent time here at Keker
3  reviewing Arista source code.  I've spent time
4  reviewing -- let me stop for a second.  For that, I
5  don't recall how many hours I was here.  I think it    10:13:15
6  was over the course of three days.
7      I've also reviewed Cisco source code in
8  this particular matter, and I've spent many hours in
9  the '944 and '945 cases reviewing Arista and Cisco
10 source code.  At least some of that review is    10:13:37
11 relevant specifically to CLI, and much of that time,
12 especially with respect to understanding Arista
13 source code, was just understanding the structure of
14 the code, how it works, key features like SysDB, how
15 it relates to things like CLI.    10:14:02
16      So it would be hard to give you any sort
17 of specific number.
18      Q  How many lines of code are in Cisco's IOS
19 source code?
20      MR. HOLMES:  Objection.  Vague.    10:14:22
21      THE WITNESS:  It depends on the version of
22 IOS, whether it's IOS XE, XR, NX-OS, what version of
23 the code itself, what train of the code.
24      And then for any particular versions, or
25 in general, it can vary significantly.  So I don't    10:14:45
Page 66

1  know that I have a specific number for you.    10:14:54
2  BY MR. SILBERT:
3      Q  Do you know how many lines of code are in
4  IOS version 15?
5      A  No.  I don't have that number memorized.    10:15:04
6      Q  Do you think it's more than 20 million?
7      A  I don't recall specifically enough to say
8  yes or no to that question.  There's lots of
9  different versions.  I just don't have the number
10 memorized.    10:15:26
11      Q  How many lines of IOS code did you
12 actually read to formulate your opinions in this
13 case?
14      A  I don't know that I could give you a
15 specific number.  I don't even really think I could    10:15:43
16 guess.
17      Q  You think it's tens of thousands?
18      A  I would be surprised if it was less than
19 tens of thousands.
20      Q  Do you think it's hundreds of thousands?    10:16:05
21      A  Beyond that, I don't really think I could
22 give you any specificity.
23      I've reviewed a lot of code, both Cisco
24 code and Arista code, but I don't know that I could
25 give you a ballpark number.  It's obviously not    10:16:19
Page 67

1  something I'm sitting there and counting in terms    10:16:23
2  of, okay, I looked at this file.  How many lines are
3  in this file?  Did I look at every line this time?
4  What did I look at last time?
5      The best I can tell you is that I've    10:16:39
6  looked at a lot of source code; certainly, thousands
7  of lines of code for both Cisco and Arista.
8      Q  Did you know -- sorry.  Were you finished?
9      A  Potentially tens of thousands or hundreds
10 of thousands.    10:16:52
11      You narrowed it to this particular
12 proceeding.  But over the course of this
13 investigation or this proceeding and then the
14 two ITC investigations, I'd be surprised if it were
15 less than a million.    10:17:05
16      Q  You think you've personally read a million
17 lines of code from each Cisco and Arista?
18      A  I don't know if it's each, but like I
19 said, I've looked at a lot of code.  And as I said,
20 I would be surprised if it was less than a million    10:17:21
21 lines of code.
22      Q  Do you know how many lines of code are in
23 Arista's EOS source code?
24      A  No, not off the top of my head.
25      Q  Do you know a ballpark number?    10:17:32
Page 68

1      A  No.  And again, it's the same question    10:17:33
2  that -- there are different versions of EOS.
3  There's different versions of EOS that have been
4  produced, 20 or 30.  Again, I don't remember
5  specifically.  And each one has a different number    10:17:46
6  of lines of code.
7      I actually, at some point, recall going
8  through and doing a line count of each of the
9  versions, but I just don't have those numbers
10 memorized.    10:18:06
11      Q  You say in your report that Cisco has
12 spent hundreds of millions of dollars developing
13 IOS; is that right?
14      A  You would have to point me to the
15 paragraph in my report.  It sounds vaguely familiar.    10:18:14
16      Q  Sure.  Why don't you take a look at
17 paragraph 43 on page 12.
18      A  Okay.
19      Q  Do you see the statement I'm referring to?
20      A  Yes.    10:18:30
21      Q  Do you know what portion of those hundreds
22 of millions of dollars was spent developing the CLI?
23      A  Off the top of my head, no.  I think this
24 is referencing one of the exhibits to Cisco's motion
25 for preliminary injunction, the declaration.  There    10:18:49
Page 69

18 (Pages 66 - 69)

1  network switch vendors' use of CLI modes, prompts,    11:19:24
2  or responses, command responses, that are used in
3  Cisco IOS?
4        MR. HOLMES:  Same objections.
5        THE WITNESS:  That covers a lot of ground.    11:19:41
6  And what I would say is, I would defer to what my
7  report says.
8        I've included the opinions in my report.
9  And to the extent I haven't addressed one of the
10  particular aspects that are within the scope of your    11:19:54
11  question, it shouldn't be meant that I agree with
12  his findings.
13  BY MR. SILBERT:
14        Q  I'm not -- again, to be clear, I'm not
15  asking you whether you agree with them.  I'm asking    11:20:05
16  you what you've disclosed as your opinions in your
17  report.
18        Isn't it true that in your reports, you
19  don't dispute anywhere the accuracy of the data that
20  Dr. Black presents in his opening report on the    11:20:21
21  number of CLI -- and identity of CLI elements used
22  in Cisco's CLIs that are also used by other network
23  device vendors?
24        MR. HOLMES:  Objection.  Vague, compound.
25  The documents speak for themselves.    11:20:37

Page 102

1        THE WITNESS:  I would essentially give you    11:20:40
2  the same answer that I gave to the last question.
3        I think the report speaks for itself, and
4  the point really is, even though I haven't responded
5  to his particular statements doesn't mean that I    11:20:53
6  accept his data as correct.
7  BY MR. SILBERT:
8        Q  Your testimony is that you've seen no
9  evidence that other switch vendors besides Arista
10  and Huawei have copied Cisco CLI; is that right?    11:21:09
11        A  I believe there's an opinion along those
12  lines.  You can point me to the paragraph in my
13  report that you're referring to.
14        Q  Okay.  Let's take one specific example.
15  I'm looking at your opening report, which is    11:21:31
16  Exhibit 1538.  Would you look, please, at
17  paragraph 97 on page 39?
18        I must have that wrong.  It must be your
19  rebuttal report.  Yeah, I apologize.  I meant to say
20  your rebuttal report.    11:22:10
21        MR. HOLMES:  Which page is that?
22        MR. SILBERT:  Page 39, paragraph 97.
23        THE WITNESS:  Okay.
24  BY MR. SILBERT:
25        Q  Looking at the bottom of page 39, you say,    11:22:27

Page 103

1  "Dell's corporate representatives stated under oath    11:22:30
2  that Dell had not copied Cisco's IOS CLI and that he
3  was not aware of anyone else in the industry copying
4  Cisco, and that Dell has its own commands that
5  others have not used," and then you quote some    11:22:45
6  testimony on the next page there, right?
7        A  I do see that.
8        Q  Do you believe that it's a balanced and
9  fair appraisal of the evidence that you've reviewed
10  in the case to say that you're not aware of any    11:22:56
11  evidence that Dell has copied Cisco CLI?
12        A  I think that you have to look at the
13  opinions that I've included in the middle of that
14  paragraph.
15        And what I'm saying is, I have seen no    11:23:29
16  such evidence that even comes close to this level of
17  copying with respect to HP, and then similarly for
18  Dell.
19        The analysis that I've done has been with
20  respect to Arista.  And as I testified to this    11:23:43
21  morning with respect to copying and plagiarism, part
22  of what you need to do is to look at the evidence
23  beyond just the existence of similarities.
24        You can start with similarities and
25  progress from there.  In the case of Arista, there    11:24:04

Page 104

1  is admissions from Arista corporate representatives    11:24:07
2  and witnesses that they copied commands,
3  documentation, command modes, prompts.  The whole
4  list of things.
5        There isn't that kind of evidence for HP    11:24:25
6  and Dell.  And to the extent that as one of its
7  defenses, Arista and Dr. Black want to say that Dell
8  has copied, then there would need to be some
9  additional evidence beyond just the similarities in
10  commands.    11:24:47
11        And so based on the evidence that I've
12  seen, which wasn't really the focus of my
13  investigation, to generate evidence or ask for
14  evidence that would potentially require subpoenaing
15  Dell and HP, there isn't any such evidence of    11:25:04
16  copying.
17        And to the extent Dr. Black makes an
18  argument that there is copying based on
19  similarities, I'm saying in paragraph 97 that it
20  doesn't rise to the level of evidence with respect    11:25:23
21  to Arista's copying.
22        Q  Would you please look at Exhibit I to the
23  Black report, Exhibit 1540?
24        You reviewed this exhibit carefully before
25  you prepared your rebuttal report, didn't you?    11:25:53

Page 105

27 (Pages 102 - 105)

1    A  I did.                          11:25:55
2    Q  Exhibit A is titled "Overlapping Dell and
3  Cisco CLI Commands," correct?
4    A  Yes.
5    Q  And you don't, anywhere in your report,    11:26:05
6  either of your reports, dispute that both Cisco and
7  Dell use the CLI commands that are listed here in
8  Exhibit A, do you?
9    A  I think I've testified to that question
10  earlier.                          11:26:21
11        I haven't -- I don't recall, sitting here
12  right now, where I've addressed any of these
13  commands specifically.  It certainly might be in the
14  report somewhere.  And because I haven't addressed
15  it, it shouldn't be interpreted that it's an    11:26:40
16  acceptance of this information.
17        I would also point out that there are
18  commands that are not at issue in this case, and so
19  there's really a question of relevancy of at least
20  some of this information.              11:27:01
21    Q  There are 1,652 CLI commands listed in
22  Exhibit I, correct?
23    A  That's what the last number on the last
24  page reads.
25        I'd also note that there are things like    11:27:18

Page 106

1  1,637, which is the single word "UDP."  And so I'm    11:27:22
2  not aware -- and this goes to the incompatibility of
3  Appendix I.  Things like "traceroute" by itself as a
4  single word isn't potentially relevant with respect
5  to copying.                        11:27:43
6        And again, the fact that you have single
7  words like "UDP," "TCP," isn't necessarily evidence
8  of copying.  I think you have to look at that
9  evidence, and it's different in scope than the kinds
10  of things that have been identified as part of the    11:28:04
11  508 commands that Arista has copied, plus all the
12  other evidence where Arista has said they copied.
13    Q  Have you ever counted the number of
14  single-word commands that are listed in Exhibit I?
15    A  No, I haven't tried to come up with a    11:28:19
16  specific number.
17    Q  What is your best explanation for how Dell
18  came to use more than 1,000 of the same CLI commands
19  that Cisco uses without copying Cisco?
20        MR. HOLMES:  Objection.  Calls for    11:28:34
21  speculation.
22        THE WITNESS:  Again, I haven't confirmed
23  that these are actual commands.  I would be
24  surprised that you could type the word "UDP" at the
25  Dell command line and see a result of that.    11:28:46

Page 107

1        So I haven't gone through and confirmed    11:28:50
2  that every one of these commands that Dr. Black
3  alleges are commands are commands.  I've looked at
4  what he's used this appendix to identify and the
5  opinions that are based on this appendix and    11:29:05
6  rebutted those in my report.
7  BY MR. SILBERT:
8    Q  Do you have any explanation at all for how
9  Dell came to use more than 1,000 of the same CLI
10  commands that Cisco uses other than that it copied    11:29:18
11  Cisco?
12        MR. HOLMES:  Objection.  Calls for
13  speculation, calls for a legal conclusion.
14        THE WITNESS:  I haven't tried to answer
15  that question.  I don't think it's relevant to the    11:29:30
16  analysis that I've been asked to perform.
17        And to the extent that Dr. Black has
18  derived opinions from his Appendix I, I've rebutted
19  those opinions in my report.
20  BY MR. SILBERT:                    11:29:43
21    Q  Well, you stated in your report that --
22  and you just told me a minute ago that you're not
23  aware of evidence that any other -- any other
24  network device vendor has copied Cisco CLI, correct?
25    A  I think --                    11:29:55

Page 108

1        MR. HOLMES:  Objection.  Misstates prior    11:29:56
2  testimony.
3        THE WITNESS:  I think my report speaks for
4  itself.
5  BY MR. SILBERT:                    11:30:00
6    Q  You don't think that the information
7  presented in Appendix I showing more than 1,000
8  overlapping commands between Dell and Cisco is
9  evidence that Dell copied Cisco CLI?
10        MR. HOLMES:  Objection.  Asked and    11:30:15
11  answered, calls for speculation and a legal
12  conclusion.
13        THE WITNESS:  So to be clear, I don't
14  agree that these are necessarily Dell and Cisco CLI
15  commands.  There's also instances where you have    11:30:25
16  single-word commands.
17        And so I think there's additional analysis
18  that one could perform to answer the question about
19  whether or not this is evidence of copying.
20        Another consideration is, as I testified    11:30:42
21  to earlier, that the -- even assuming that
22  everything in Appendix I is correct and you factor
23  out all of the single words and factor out all the
24  commands that may not be commands, and you have some
25  resulting number, that by itself is not    11:30:59

Page 109

28 (Pages 106 - 109)

1 evidence of copying; that -- as I testified to    11:31:01
2 earlier, that just because I have similarities in
3 words, isn't by itself sufficient to justify a
4 conclusion that there was copying.
5       In fact, as I've testified to, you have to    11:31:21
6 be very careful that based on similarities, that you
7 don't immediately conclude without consideration of
8 other factors that there was copying or plagiarism.
9       And it's a much different instance for
10 Dell than it is for Arista, essentially because    11:31:36
11 Arista has testified, and there's significant
12 evidence that says that they actually copied.
13      So getting from similarities to a
14 conclusion that there was copying is one that
15 requires more evidence and analysis than just a    11:31:50
16 listing by itself.
17 BY MR. SILBERT:
18    Q  So let me address some of these, one at a
19 time.
20      First of all, you've made the point that    11:31:57
21 not everything in Appendix I might be a command that
22 works, and some of them are single-word commands.
23      Do you understand that in my questions,
24 I've knocked off 600 commands just to give you the
25 benefit of the doubt?    11:32:13

Page 110

1    A  I think that's actually fairly    11:32:16
2 illuminating, the fact that you don't have a
3 specific number, and there isn't this analysis, and
4 Dr. Black hasn't done this analysis.  So do you
5 knock off 600 or 700 or 900 or 1,200?    11:32:27
6    Q  Or 300?
7    A  Or 300 or none?  Because this analysis
8 hasn't been conducted, Dr. Black hasn't done the
9 analysis, he hasn't come up with a list of confirmed
10 commands that are more than common singleton words    11:32:44
11 in some instances, and then taken the next step to
12 identify some additional evidence beyond the
13 similarity, I think it's inappropriate to draw a
14 conclusion that they were copied.
15    Q  As far as you're concerned, as an expert    11:33:01
16 in this field, it's perfectly plausible to you that
17 Dell would use more than 1,000 of the same CLI
18 commands that Cisco uses, multiword commands, and
19 not have copied Cisco CLI?
20      MR. HOLMES:  Objection.  Misstates prior    11:33:18
21 testimony, assumes facts not in evidence, calls for
22 a legal conclusion.
23      THE WITNESS:  I think there's more to this
24 analysis that has to be performed.
25      And I think your questions and the    11:33:28

Page 111

1 answers, and even embedded within the questions and    11:33:30
2 the assumptions you've offered, both suggest that
3 nobody has done this analysis, and that there isn't
4 evidence beyond just a listing of commands who --
5 you seem to have admitted in your questions -- that    11:33:46
6 may not be commands or are single words, call into
7 question how useful the data is as a dataset.
8 BY MR. SILBERT:
9    Q  Well, no.  I'm being conservative to give
10 you the benefit of the doubt, because the numbers    11:34:00
11 are so enormous, it just doesn't make a difference.
12      Are you telling the jury that in your
13 opinion, it's plausible that Dell is using more than
14 1,000 of the same multiword CLI commands that Cisco
15 uses, and that situation exists without Dell    11:34:20
16 having copied Cisco?
17      MR. HOLMES:  Same objections.
18      THE WITNESS:  What I would tell the jury
19 is, nobody has done the analysis, that there isn't
20 the level of evidence that exists for copying from    11:34:33
21 Dell to -- that Dell copied Cisco as there is for
22 Arista copying Cisco.
23      And to the extent you look at this data,
24 that the data doesn't pass simple analytical checks,
25 just looking at it.    11:34:52

Page 112

1      I haven't done the analysis of Appendix I    11:34:54
2 and the commands, so somebody would have to do that
3 analysis.  Dr. Black hasn't done that analysis.
4 BY MR. SILBERT:
5    Q  What's your basis for --    11:35:06
6    A  Let me finish, please.
7    Q  Please, go ahead.
8    A  To the extent that somebody were to
9 suggest that this is evidence of copying, to me, it
10 suggests it's a place to start.  Okay.  Maybe    11:35:18
11 somebody should look to what Dell is doing.  But by
12 itself, it's not evidence of copying.  They could
13 have copied Arista CLI.
14      And so I need more evidence.  I need to be
15 able to do the analysis.  I need to understand to    11:35:37
16 the degree to which that analysis is relevant with
17 respect to determining whether Arista and Cisco are
18 copying.
19      And I would tell the jury, there's
20 potential here to do some additional analysis and to    11:35:51
21 ask questions.  But I don't believe that by itself
22 it's really sufficient to demonstrate copying at the
23 level that Arista has.
24    Q  What's your basis for saying that
25 Dr. Black, quote, hasn't done the analysis?    11:36:06

Page 113

Veritext Legal Solutions
866 299-5127

1  The time is 12:44 p.m.                    12:44:05
2  BY MR. SILBERT:
3      Q  Good afternoon, Dr. Almeroth.
4         Is it your opinion that Arista EOS has the
5  same look and feel as Cisco IOS?           12:44:13
6      A  Could you repeat the question?
7      Q  Yeah.
8         Is it your opinion that Arista EOS has the
9  same look and feel as Cisco IOS?
10     A  I recall an opinion to that effect, or at   12:44:34
11 least citing to testimony that's at least similar,
12 but you'd have to show me in the report, because I'm
13 not sure it's exactly the same.  And I can certainly
14 look in the report if you'd like.
15     Q  You might have stumped me there.  Let's    12:44:58
16 see.
17     A  And I can certainly tell you the basis for
18 my hesitation.
19     Q  What's the basis for your hesitation?
20     A  I'm not sure if the quote is about EOS in   12:45:05
21 general or the CLI.
22     Q  Well, that's a fair point.
23        Do you think -- why don't I try to narrow
24 the question.
25        Do you think that -- strike that.         12:45:20

Page 122

1         Is it your opinion that the Arista EOS CLI   12:45:21
2  has the same look and feel as the Cisco IOS CLI?
3      A  I believe that's correct, but I would
4  defer to where I've discussed that opinion in my
5  report.                                     12:45:41
6      I think that there is deposition testimony
7  or evidence that was Arista's objective.  And
8  as I also testified to, I believe there's a sentence
9  somewhere in the report that as part of my testing,
10 I felt like the Arista CLI had the same look and   12:46:05
11 feel as Cisco.  And that includes both the commands,
12 the output of the commands, the help descriptions,
13 the modes, and more than just the command itself.
14     Q  Now, let me ask you the broader question.
15        Is it your opinion that the Arista EOS    12:46:31
16 operating system has the same look and feel as
17 Cisco's IOS operating system?
18     A  I'm not sure what that question means.
19 I'm not sure how an operating system would have a
20 look and feel and to whom it would have a similar   12:46:52
21 look and feel as opposed to, say, the CLI, which
22 could be from a user perspective.
23        Is it a user?  They typically aren't
24 exposed to the details of the operating system.  Is
25 it from a program or an architecture perspective?   12:47:14

Page 123

1  It's not clear what that question is asking.   12:47:17
2      Q  How long did you have to interact with the
3  Arista EOS operating system to determine that its
4  CLI has the same look and feel, in your opinion, as
5  the IOS CLI?                               12:47:40
6      A  I'm not sure I would agree with the
7  predicate for that question.  I didn't have to use it
8  to determine that it had the same look and feel.  I
9  could do that based on other evidence that existed.
10     I think, as I've testified to earlier, I    12:48:04
11 have more experience configuring a Cisco router than
12 I do an Arista router.
13     But certainly in my experience in testing
14 Arista routers, which extends back to the prior
15 litigation, it's further evidence that would confirm   12:48:20
16 my own opinion that the CLI has the same or similar
17 look and feel.
18     Q  Are you telling me that you formed the
19 opinion that the Arista CLI has the same or similar
20 look and feel to Cisco's CLI without actually using   12:48:41
21 the Arista CLI?
22     A  I don't know that I'm saying that.  I
23 don't think that there's a causal or a temporal
24 relationship there.
25     I think that you can determine that it has   12:48:58

Page 124

1  the same look and feel based on what the        12:49:00
2  documentation says.  But certainly the fact that I
3  did use the Arista CLI was another source of
4  evidence that would confirm my opinion that the CLI
5  has the same look and feel.                  12:49:13
6      Q  When you did use the Arista CLI, could you
7  tell right away that it had the same or a similar
8  look and feel to the Cisco CLI?
9      A  Not sure what sort of time frame would be
10 required for "right away."                  12:49:34
11     Q  Within the first five minutes?
12     A  Certainly, maybe.  I don't recall a
13 specific point in time when there was the tripping
14 of a threshold that said, "Oh, okay.  This
15 definitely has the same look and feel."       12:50:01
16     But certainly from my experience in using
17 the Arista switches, and this even goes back to
18 testing I did in the '944 ITC hearing, that plugging
19 in the Ethernet cable into the console port, booting
20 it up, logging in, executing commands, were   12:50:25
21 instances where the look and feel were very similar.
22     Q  What scientifically valid methodology did
23 you use to determine whether Arista's EOS CLI and
24 Cisco's IOS CLI have the same or a similar look and
25 feel?                                      12:50:52

Page 125

32 (Pages 122 - 125)

1    MR. HOLMES:  Objection.  Vague.    12:50:54
2        THE WITNESS:  Your question asks about
3    scientifically valid.  I think I've gone through the
4    analysis that I used in the report.  We can
5    certainly step through that.    12:51:04
6        From memory, it would be things like the
7    similarity in the user manuals, the types of command
8    and command expressions, the exec modes, the
9    prompts, the output.  You know, those as instances
10   of logging into the router and being able to    12:51:28
11   configure it and see information in very similar
12   ways was, for me personally, as part of my
13   evaluation, a determination that the look and feel
14   was similar.
15       And to the extent you have found    12:51:51
16   paragraphs in the report that cite to the evidence,
17   I think I go through all of that in the report as
18   well.
19   BY MR. SILBERT:
20   Q  Do you have any basis to assert that the    12:52:01
21   methodology that you used to compare the look and
22   feel of the EOS CLI and the IOS CLI is a
23   scientifically valid one?
24       MR. HOLMES:  Objection.  Vague, calls for
25   a legal conclusion.    12:52:15
                                        Page 126

1        THE WITNESS:  Can you repeat the question? 12:52:23
2   BY MR. SILBERT:
3    Q  Do you have any basis to assert that the
4   methodology that you used to compare the look and
5   feel of the EOS CLI and the IOS CLI is a    12:52:32
6   scientifically valid methodology?
7        MR. HOLMES:  Same objections.
8        THE WITNESS:  Sure.  First, I think I've
9   gone through some of this discussion in my report
10       But from the perspective of comparing an    12:52:51
11   interface, the concepts of a look and feel for a
12   particular interface are kinds of design concepts
13   that were taught in the context of human computer
14   interaction or HCI.
15       And so the look has to go -- has to do    12:53:06
16   with the physical appearance of the commands, the
17   prompts, the output.  The feel is in a similar vein,
18   those kinds of concepts, and can also be judged
19   based on the way that a user interacts with the
20   interface, the commands that can be entered.    12:53:30
21       Other characteristics of the interface
22   might contribute to a conclusion that there's a look
23   and feel.  For example, the ability to use prefixes,
24   or another option might be to extend the command by
25   typing "tab."    12:53:53
                                        Page 127

1        In some aspects, you look at the basic    12:53:58
2   characteristics of the interface, and from an HCI
3   design perspective, you get feedback to the user,
4   and you allow the user to enter input.
5        So it's really input from the user and    12:54:11
6   output from the device.  And you can look at those
7   two aspects of the interface to determine
8   similarities.  And the existence of key similarities
9   would be a basis for determining that the look and
10  feel is consistent between two interfaces.    12:54:25
11  BY MR. SILBERT:
12   Q  To your knowledge, has the methodology
13  that you used to compare the look and feel of
14  Cisco's and Arista's CLIs been published in any
15  peer-reviewed journal?    12:54:42
16   A  I don't see why it wouldn't have been.
17  Nothing specifically comes to mind.
18       But the first place I would check would be
19  to go look at my old HCI book from the mid '80s to
20  see its description of the characteristics that    12:55:04
21  would define a user interface, and then applying
22  those to identify consistencies, or similarities and
23  differences between two target interfaces.
24   Q  Do you know the name of that book?
25   A  I don't.  It's been a few years.    12:55:21
                                        Page 128

1    Q  Do you know the authors?    12:55:23
2    A  I do not.
3    Q  Do you know what the cover looks like?
4    A  No.  No.  It's only about 30 years, I
5   think.    12:55:38
6    Q  Is the assertion that two operating system
7   interfaces have the same look and feel
8   scientifically falsifiable?
9        MR. HOLMES:  Objection.  Vague and calls
10  for a legal conclusion.    12:55:53
11       THE WITNESS:  You asked about operating
12  systems in that question?
13  BY MR. SILBERT:
14   Q  Sure.  I can narrow it to network device
15  operating systems, if that's helpful.    12:56:00
16   A  My understanding in the line of questions
17  was with respect to CLIs, and I know we had a little
18  bit of a discussion earlier.
19       And not to presume what you intended with
20  your question, but my understanding would have been    12:56:16
21  that you would have asked about CLIs as opposed to
22  the operating systems.
23   Q  Sure.  Well, I said "operating system
24  interfaces," but I'm happy to narrow it.
25       Is the assertion that two CLIs have the    12:56:27
                                        Page 129

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  same look and feel scientifically falsifiable?     12:56:30
2        MR. HOLMES:  Same objections.
3        THE WITNESS:  I suspect that there are
4  situations where you can look at two interfaces and
5  determine that they don't have the same look and     12:56:41
6  feel.
7        As an example, if you had a GUI versus a
8  CLI, I think that it would be difficult to conclude
9  that they have the same look and feel.
10       There are other aspects of the CLI that     12:56:56
11  one could identify as potentially distinctive.  They
12  have different outputs.  They use different
13  commands, command structures, or something.
14       I think that you could certainly make an
15  argument that the look and feel of two interfaces     12:57:14
16  was not the same.
17  BY MR. SILBERT:
18       Q  I understand you can make arguments.  We
19  get paid to do that.
20       But my question to you is, is the     12:57:29
21  assertion that two CLIs have the same look and feel
22  scientifically falsifiable?
23       MR. HOLMES:  Same objections.  Asked and
24  answered.
25       THE WITNESS:  So if my previous answer     12:57:44

Page 130

1  wasn't answering the question to your expectation,     12:57:45
2  then I'm not sure I understand what "scientifically
3  falsifiable" mean.
4  BY MR. SILBERT:
5       Q  Can it be proven wrong based on objective     12:57:56
6  criteria?
7       A  You've introduced a concept of proof, and
8  I understand that there are different burdens for
9  proof:  More likely than not, clear and convincing.
10      It seems that what you're asking about is     12:58:27
11  for, for example, an expert to make a determination.
12      I believe an expert could make a
13  determination and offer the opinion using some sort
14  of methodology that two interfaces were -- had the
15  same look and feels versus not.     12:58:47
16      Q  Is the determination of whether two CLIs
17  have the same look and feel an objective
18  determination or a subjective determination?
19      MR. HOLMES:  Objection.  Vague, calls for
20  a legal conclusion.     12:59:02
21      THE WITNESS:  I'm not sure that I could
22  characterize it one way or another.  I think that as
23  with just about anything, two experts could look at
24  the same evidence and disagree for their own
25  specific reasons.     12:59:26

Page 131

1       I don't know if that makes it subjective,     12:59:27
2  or to the extent that it is subjective, whether,
3  really, just about anything is not subjective.
4       I've offered the opinions that I've
5  offered in the report.  And whether somebody wants     12:59:41
6  to argue that they're subjective or objective, I
7  guess that's their own subjective analysis.
8  BY MR. SILBERT:
9       Q  What are the objective criteria that
10  determine whether two CLIs have the same look and     12:59:56
11  feel?
12      A  I think I've answered that question.
13      The way to look at the criteria would be
14  to assess its input mechanisms versus its output
15  mechanisms, and either independently or together,     13:00:14
16  perform an assessment of those aspects of the
17  interface.
18      And then within those aspects of the
19  interface, you can really use a variety of both
20  objective and subjective criteria, if I'm     13:00:32
21  understanding how you're using the terms correctly.
22      You can do things like a count of commands
23  that are the same, similarities in the output, the
24  structure of the commands.  Any one or more of those
25  things, depending on their similarity, would     13:00:55

Page 132

1  contribute to the overall conclusion of whether two     13:00:58
2  interfaces have the same look and feel.
3       Q  Is there a minimum number of commands that
4  need to be the same for two CLIs to have the same
5  look and feel?     13:01:11
6       A  I don't think there has to be a minimum
7  number.  I think you have to consider all of the
8  evidence.  I don't think there's a threshold
9  quantity.
10      I think part of the analysis is to     13:01:23
11  determine what the commands are and look at the
12  similarities in commands.  There might be other
13  considerations like the similarities in command
14  hierarchies, the similarity in output.
15      Certainly there might be a hypothetical     13:01:42
16  situation where many of the commands are similar,
17  but the output is so distinctively different that it
18  creates something that's different with respect to
19  the look and feel.
20      I mean, it seems that part of the analysis     13:01:56
21  has to be based on the evidence that's available to
22  do the analysis.
23      Q  Could two CLIs have the same look and feel
24  if they have no overlapping multiword commands?
25      MR. HOLMES:  Objection.  Calls for a     13:02:11

Page 133

Veritext Legal Solutions
866 299-5127

**Page 134**

```
 1   hypothetical.                              13:02:13
 2         THE WITNESS:  As a hypothetical, I'm
 3   always adverse to saying that it's not possible
 4         It might be more difficult in the case
 5   where there's no overlapping commands.  I don't know   13:02:28
 6   what other aspects of the system might contribute to
 7   a conclusion that there's the same look and feel.
 8         If it's a graphical interface and it's
 9   identical but the commands have slightly different
10   names, or the output is identical -- and the output   13:02:49
11   is identical, maybe those -- those considerations
12   have an impact on whether it's the same look and
13   feel.
14   BY MR. SILBERT:
15         Q  Do two CLIs need to have the same modes   13:03:02
16   and prompts for them to have the same look and feel?
17         MR. HOLMES:  Objection.  Calls for a legal
18   conclusion, incomplete hypothetical.
19         THE WITNESS:  I think it's a similar
20   answer to what I just said.  I think it depends.   13:03:15
21   You have to look at the evidence that's presented in
22   order to make a determination.  It depends on the
23   other factors I've talked about and the degree to
24   which the other factors are present.  It really just
25   depends.  It might be, it might not be.   13:03:41
```

**Page 135**

```
 1   BY MR. SILBERT:                            13:03:43
 2         Q  When you refer to "other factors" that are
 3   talked about, some of the other factors you talked
 4   about is, other characteristics of the interface
 5   were the use of prefixes; is that correct?   13:03:58
 6         A  I did mention the context of a prefix in a
 7   previous answer.
 8         Q  And what did you mean when you referred to
 9   the use of prefixes as something that affects the
10   look and feel of a CLI?                     13:04:16
11         A  Sure.  So one example might be in, say,
12   Cisco and Arista where you're able to enter the
13   prefix "EN" for enable instead of entering the full
14   command, so the design concept within both user
15   interfaces where you're able to enter just enough of   13:04:32
16   the command so that the CLI can distinguish,
17   disambiguate between commands.
18         So since there's no other command that
19   begins with EN, that EN is sufficient to notify the
20   system that the user wants to go into privileged   13:04:52
21   mode.
22         And so that concept of entering a minimum
23   syntactic length to disambiguate over other commands
24   is a characteristic that's common to Cisco and
25   Arista, and is a factor that I've considered in   13:05:11
```

**Page 136**

```
 1   determining the similarity between look and feel.   13:05:14
 2         Q  To your knowledge, was that characteristic
 3   common to CLIs that existed before both Cisco and
 4   Arista?
 5         A  As to your question of "common," I'm not   13:05:29
 6   sure what -- how prevalent it would need to be in
 7   order to make it common.
 8         And then you've also identified before
 9   Cisco and Arista CLIs, which are two different
10   dates.  I'm not sure which date you're intending.   13:05:45
11         Q  To your knowledge, did the TOPS-20 CLI
12   allow a user to enter prefixes that would be
13   expanded to complete commands or command words?
14         MR. HOLMES:  Objection.  Vague as to time,
15   foundation.                                 13:06:05
16         THE WITNESS:  I have some recollection
17   that -- something around that topic.  I'd have to go
18   back and look at the reports to see if it did or
19   not.
20   BY MR. SILBERT:                             13:06:25
21         Q  You also mentioned tab expansion as
22   something that can affect the look and feel of a
23   CLI; is that right?
24         A  Again, I offered a whole list of examples.
25   It could be something that one could use   13:06:39
```

**Page 137**

```
 1   consistently across interfaces that might be a   13:06:44
 2   consideration.  Not necessarily so, but maybe.
 3         Q  Are the tab expansion characteristics in
 4   Cisco's and Arista's CLI similar?
 5         A  I don't recall.  I'd have to go back and   13:06:58
 6   check to the extent that they're there and how
 7   similar they are.  I don't have that detail of both
 8   of the CLIs memorized.
 9         Q  Is the availability of context-sensitive
10   help a characteristic that affects a CLI's look and   13:07:20
11   feel?
12         MR. HOLMES:  Objection.  Vague.
13         THE WITNESS:  I'm not sure exactly what
14   you mean by "context-sensitive help."
15   BY MR. SILBERT:                             13:07:38
16         Q  For example, pushing "question mark," and
17   the CLI interface will return information that it
18   thinks is relevant based on the particular context
19   in which you pushed the question mark.
20         A  It's not clear from your question if   13:07:53
21   you're entering a question mark after you've entered
22   a portion of a command, and then you want to see,
23   for example, the options that are available in the
24   subtree of that command.
25         Q  Sure.  Why don't you take that example.   13:08:05
```

**Page 138**

1    A.  Okay.  It could be.  It could be one of    13:08:07
2  the factors that one would consider or would go into
3  consideration for look and feel, in combination with
4  other factors that established similarities.
5    Q.  Does the ability to navigate with the    13:08:23
6  curser on the screen using up and down arrows affect
7  the look and feel of a CLI?
8    MR. HOLMES:  Objection.  Vague, calls for
9  a legal conclusion.
10    THE WITNESS:  Does it affect it?  Does it    13:08:40
11  affect the look and feel?  It depends.  It depends
12  on what your criteria for evaluation is.  Whether
13  it's a distinction that makes a difference in the
14  context of evaluating it, I mean, it depends.
15  BY MR. SILBERT:    13:09:04
16    Q.  I'm asking you based on your criteria that
17  you use.
18    A.  I'm not sure I understand the question.
19  The answer is still, it depends.  It depends on, in
20  the context of evaluating a look and feel, whether    13:09:17
21  it's a significant difference, whether there are
22  other factors that establish the look and feel to
23  the degree to which navigating with the up and down
24  key is a significant difference.
25    Q.  Does the ability to use a shortcut like    13:09:44

**Page 139**

1  Control A to move the curser to the beginning of a    13:09:47
2  line affect the look and feel of a CLI?
3    MR. HOLMES:  Objection.  Vague, incomplete
4  hypothetical.
5    THE WITNESS:  It depends.  I think with    13:10:02
6  answers to other examples, it depends.
7    If that's the only difference, or there's
8  other overriding characteristics, you have to look
9  at the different factors that are present and
10  evaluate whether or not there is a difference there.  13:10:24
11  BY MR. SILBERT:
12    Q.  Does the terminal length affect the look
13  and feel of a CLI?
14    MR. HOLMES:  Objection.  Foundation,
15  vague, incomplete hypothetical.    13:10:36
16    THE WITNESS:  I'm not sure what you mean
17  by "terminal length."
18  BY MR. SILBERT:
19    Q.  Whether the display shows, say, 20 lines
20  or 40 lines at a time.    13:10:45
21    MR. HOLMES:  Same objections.
22    THE WITNESS:  It depends.  The difference
23  between 20 versus 19, likely not, for example.
24  Again, it depends.  But, say, the difference between
25  80 versus one might have more of an impact.    13:11:12

**Page 140**

1  BY MR. SILBERT:    13:11:17
2    Q.  In a situation where there are certain
3  characteristics of CLIs that are the same and other
4  characteristics that are different, how, using your
5  methodology that you applied in this case, do you    13:11:31
6  determine whether the look and feel of the two CLIs
7  is the same?
8    MR. HOLMES:  Objection.  Vague and calls
9  for a legal conclusion and incomplete hypothetical.
10    THE WITNESS:  It would depend on the    13:11:54
11  situation.  It would depend on the degree to which
12  there were similarities and differences.  It would
13  depend on, I mean, how different the differences
14  are, how similar the similarities are.
15  BY MR. SILBERT:    13:12:12
16    Q.  Right.  I understand that.
17    But my question is, what -- can you
18  explain to me the criteria that a person would apply
19  in order to make the determination of whether the
20  look and feel of two CLIs is the same when some    13:12:25
21  characteristics of the CLIs are similar and some
22  characteristics are different?
23    MR. HOLMES:  Same objection, and compound
24    THE WITNESS:  Well, I think I've described
25  the methodology earlier.  You can divide it up into    13:12:39

**Page 141**

1  input versus output.  There's design characteristics  13:12:42
2  of the interface.  And you have essentially a
3  multivariate problem, and you have similarities and
4  differences for each of the potential
5  characteristics.    13:12:57
6    The characteristics might vary between a
7  graphical user interface versus a command line
8  interface.  It's not -- I don't know that I can sit
9  here and delineate all of the possible
10  characteristics or factors you would have to    13:13:12
11  evaluate in determining the similarity or the look
12  and feel.
13    But what I can tell you about the
14  methodology is that there are generally a set of
15  characteristics you would consider.  And as I've    13:13:25
16  done in this case where you look at commands,
17  command structures, similarities in commands,
18  similarities in the structure of commands, the way
19  commands are input, the prompts, the modes, the
20  output, the help descriptions, intended design based  13:13:42
21  on testimony, the evidence about what customers are
22  looking for, in the report, there really is a whole
23  significant amount of evidence that establishes both
24  a goal of Arista and a desire of its customers.  I
25  think those are criteria that go into my evaluation    13:14:09

36 (Pages 138 - 141)

1  as well and evidence that I've considered.                13:14:12
2        So once you have a set of factors, I think
3  you can look at those similarities, and potentially
4  any differences, and determine, based on the
5  totality of the evidence, that there exists or        13:14:27
6  doesn't exist a similarity in the look and feel
7  BY MR. SILBERT:
8        Q  Can you give me any formula or algorithm
9  that is used to solve what you describe as a
10 multivariate problem where some elements are similar  13:14:41
11 and some elements are different?
12       MR. HOLMES:  Objection.  Vague.
13       THE WITNESS:  I don't know that I can give
14 you a formula, specifically.  I don't think a
15 formula is required as part of the methodology.  I    13:14:54
16 think I've described the methodology numerous times.
17       To the extent you would weight one
18 characteristic versus another, I think I've already
19 testified that it depends on the degree of
20 similarity or the degree of differences.              13:15:12
21       If you have what amounts to significant
22 differences in a particular aspect, to the point
23 where it detracts from a sense of consistency or
24 similarity, then that would rise to the level of
25 being distinctive.                                    13:15:30

Page 142

1        And I think, ultimately, in this case,         13:15:33
2  that the bar is -- there isn't really a particular
3  question around look and feel.  I mean, if you look
4  at the totality of the evidence as I have, it's not
5  difficult to conclude that the look and feel are     13:15:47
6  actually quite similar.
7  BY MR. SILBERT:
8        Q  Is it just a question of you know it when
9  you see it?
10       A  No, I don't think it's a question of you    13:15:59
11 know it when you see it.  And I think that the
12 testimony I've given over the last half an hour or
13 so demonstrates that I've described what the process
14 is or the methodology that I would follow.
15       And I think that it's also described in my     13:16:14
16 report, and there's additional evidence in my report
17 that goes to support my opinions and conclusions on
18 the question of look and feel.
19       Q  In forming your opinions on look and feel,
20 did you make a list of the differences between the    13:16:29
21 Cisco CLI and the Arista CLI?
22       A  I don't recall specifically making a list
23 of differences.  Certainly as part of my evaluation,
24 I considered all of the evidence, including what the
25 manuals say and my own experiences in the operating   13:16:45

Page 143

1  systems, and evaluated all of that information to     13:16:49
2  reach my conclusions.
3        Q  Do you disclose anywhere in your reports
4  how much you weight each factor that you assert as
5  similar or different in reaching your conclusion      13:17:04
6  that the two CLIs have the same or a similar look
7  and feel?
8        MR. HOLMES:  Objection.  Vague.
9        THE WITNESS:  I don't believe that there
10 is a specific weighting that needs to be identified.  13:17:20
11 I don't think that that's a requirement for using a
12 rigorous methodology to reach the conclusion.
13       And I think my report speaks for itself as
14 to the evidence that I've relied on and my own
15 analysis to confirm this concept that the look and    13:17:40
16 feel between the interfaces of Arista and Cisco are
17 the same.
18 BY MR. SILBERT:
19       Q  To determine whether two interfaces have
20 the same look and feel, do you need to know whether   13:17:51
21 users would have difficulty distinguishing one from
22 the other?
23       MR. HOLMES:  Objection.  Vague, calls for
24 speculation.
25       THE WITNESS:  It depends.  As a              13:18:06

Page 144

1  hypothetical, I think it's fairly incomplete.  It     13:18:09
2  depends on what the two systems are.
3        The fact that users do have trouble
4  distinguishing between the two interfaces could be
5  supportive of a determination that the look and feel  13:18:22
6  is the same.
7        But at the same time, depending on the
8  other factors, depending on the other evidence,
9  somebody might be able to determine that they are
10 using a different CLI but still be able to establish   13:18:43
11 that they have the same look and feel.
12 BY MR. SILBERT:
13       Q  Did you do any type of survey to determine
14 whether actual users have difficulty determining
15 whether they're using a Cisco switch or an Arista     13:18:55
16 switch?
17       A  I didn't conduct my own survey.  The
18 evidence that I've relied on is in the report that
19 I've cited to, and I think it really goes to what
20 Arista has said, what their objectives were, as       13:19:11
21 their witnesses have testified to.
22 

25       I think there's a lot of evidence in the       13:19:27

Page 145

37 (Pages 142 - 145)

1    Is one of the things that you assert that    17:05:45
2 the names of the modes were copied? I thought you
3 said previously that it was. I'm just trying to be
4 methodical about it.
5    A  I mean, paragraph 180 talks about the    17:05:59
6 asserted command modes and prompts. I think it's
7 the copying of the command mode itself.
8    I'm referencing numerous Arista documents
9 also citing -- I mean, the user manual image that's
10 identified after paragraph 180 identifies what those    17:06:30
11 modes are, including both the names of the modes and
12 the characteristics of what those modes include,
13 their functionality and their role.
14    And I think if you compare that to what's
15 described on page 18 through 20, so for example,    17:06:46
16 after paragraph 62 that talks about what those modes
17 are, how the modes can be used, that's at least part
18 of the concept of defining what the modes are that
19 have been copied.
20    I'm not sure how to describe it any other    17:07:11
21 way than it's the modes and the prompts.
22    Q  Okay.  Looking at -- well, in any of these
23 places where you show the prompts, maybe the easiest
24 place is in your Exhibit 4, the prompt you list is
25 "router," angle bracket, right, for -- I'm looking    17:07:35

Page 274

1 on page 1.  And then the prompt for the -- what you    17:07:39
2 call the identical or similar Arista prompt is
3 "switch," angle bracket, right?
4    A  That's what I've identified as the -- as
5 an example.    17:07:49
6    Q  Okay.  That's just an example.
7    A  Well, it's generally -- for example, what
8 the host name would be, the convention is you can
9 include what the host name would be as part of
10 identifying what the prompt is.  And that's in the    17:08:00
11 context of also using both the angle bracket, and
12 also the hash key, to distinguish between which mode
13 you're in, and then as well as the use of the
14 parenthetical for config, and then also whether it's
15 config, and then dash, and then the description or    17:08:24
16 name of the interface.
17    And so it's that concept of the prompts
18 and the use of the prompts to distinguish between
19 the other modes.  And what's specifically being
20 copied is that -- is that prompt itself.    17:08:47
21    Q  And just looking at the prompts on page 1
22 where it says "router" and "switch," I think you
23 said this, but in actual operation, the prompt that
24 the user sees, it wouldn't say, "switch," angle
25 bracket, right?  It would be -- in normal operation,    17:09:11

Page 275

1 the user would see whatever name the user actually    17:09:14
2 assigned to that particular switch to name it,
3 right?  And then an angle bracket?
4    A  It could be.  So if you had two -- two
5 devices that had the same name, they would be the    17:09:27
6 identical prompt.
7    Q  You mean a Cisco device and an Arista
8 device?
9    A  Correct.
10    Q  But if a person named the devices, had two    17:09:37
11 switches in their network and named them
12 differently, then they would see the name of the
13 Cisco device, switch number 37, angle bracket, and
14 then they'd see the name of the Arista device,
15 switch number 82, angle bracket, right?    17:09:54
16    A  So the convention would be the same, but
17 the name might be different.  And you would still
18 have the angle bracket as identifying what the mode
19 is.  And the context of the other modes is the
20 aspect that's being copied from Cisco to Arista.    17:10:14
21    Q  Okay.  Could you look, please, at page 35
22 of your opening report?
23    A  Okay.
24    Q  And I'm probably more interested in
25 page 36.  But I want to direct your attention to    17:10:57

Page 276

1 paragraph 83, which starts at -- on page 35.    17:11:02
2    Do you see that?
3    A  I do.
4    Q  And feel free to read the whole paragraph.
5 But what you say at the end of the paragraph is,    17:11:15
6 "This process continues recursively until either the
7 parsing engine fails at the root mode," and it goes
8 on from there and explains.  And then it says, "In
9 my opinion, this is non-standard behavior, and it is
10 present in both Cisco and Arista programs that I    17:11:35
11 have inspected."
12    Do you see that?
13    A  I do.
14    Q  What's the significance of your pointing
15 out that in your opinion, this is non-standard    17:11:47
16 behavior, and it's present in both Cisco and Arista?
17    A  So this goes to the copying of the code as
18 part of the parsing engine.  And what's being copied
19 here is the source code that implements the process
20 that continues -- that performs the parsing.  So    17:12:14
21 it's the source code itself.
22    And what's being described is that there
23 are certain telltale aspects of the code that are,
24 in this case, non-standard.  There's a couple of
25 other ones that are identified as non-standard as    17:12:33

Page 277

70 (Pages 274 - 277)

**Page 278**

1  well.                                      17:12:35
2        And when you look at those together, it's
3  indicative of copying the source code that embodies
4  that process.
5     Q  Really?                              17:12:48
6        So what you're trying to suggest here is
7  that you think that Arista would have copied Cisco's
8  parser source code?
9     A  I think it's the opinion that I'm
10  expressing in this section.                17:13:01
11    Q  Okay.  And earlier today when we were
12  talking about plagiarism, you told me that it's
13  important to be really careful and not just look at
14  a similarity before you -- and look at more
15  information before you would make an allegation of   17:13:14
16  copying, right?
17        I'm paraphrasing, but you remember what
18  I'm talking about?
19    A  I do remember that testimony, and that's
20  exactly what I'm doing, is, beyond the source code   17:13:22
21  similarities, you look for the telltale fingerprint
22  of implementing something in the same way.
23        So when you see something that's
24  non-standard -- for example, the other example is,
25  if you copy the text and you happen to have copied a   17:13:41

**Page 279**

1  grammatical error, that's indication of something   17:13:46
2  that's non-standard.
3        So in this instance, when you look across
4  the section, in the way that the parsing is
5  happening, there are particular aspects of it that   17:13:59
6  are non-standard and demonstrates the similarities
7  between the way that the parsing happens in both EOS
8  and IOS.
9     Q  What's your basis for asserting that this
10  feature that you describe in paragraph 83 is, as you   17:14:17
11  put it, non-standard?
12    A  It's not the typical way that you would do
13  the kind of rule-matching that's described in the
14  two parsing systems.
15    Q  How do you know?                      17:14:35
16    A  Based on my expertise in how you can
17  program parsers.
18    Q  What data do you provide to us for us to
19  make any kind of independent assessment of whether
20  this behavior is, as you put it, non-standard?   17:14:48
21    A  I think what's included in the report.  I
22  mean, it's a description of what that processing is.
23  I'm not sure what else --
24    Q  With respect to its standard or
25  non-standard character, all you say is, "In my   17:15:08

**Page 280**

1  opinion, this is non-standard behavior," right, with   17:15:11
2  no citation to any data?
3        MR. HOLMES:  Objection.  Argumentative.
4        THE WITNESS:  I mean, it's what my opinion
5  is based on my experience in programming parsers.   17:15:19
6  BY MR. SILBERT:
7     Q  Are we just supposed to take your word for
8  it?
9        MR. HOLMES:  Objection.  Argumentative.
10        THE WITNESS:  I think you can disagree   17:15:27
11  with that opinion, but it's what my opinion is
12  BY MR. SILBERT:
13    Q  Of the 40, at least, switch vendors in
14  this industry, how many of them do it in the way
15  that's listed in -- described in paragraph 83 and   17:15:40
16  how many do it a different way?
17        MR. HOLMES:  Objection.  Compound, vague.
18        THE WITNESS:  For this particular aspect,
19  I haven't had access or looked at the way the
20  different vendors implement it.  But it's a question   17:15:54
21  of how you're parsing commands.  It's not specific
22  or limited to the way that switch vendors perform
23  that kind of processing.
24  BY MR. SILBERT:
25    Q  How many parsers in use in the United   17:16:07

**Page 281**

1  States do it the way that's described in   17:16:10
2  paragraph 83 and how many do it a different way?
3        MR. HOLMES:  Same objections.
4        THE WITNESS:  I don't think that I need to
5  undertake that level of analysis.   17:16:20
6        The way that you phrased it, it seems
7  fairly impossible to collect that data and make that
8  assessment.  So I'm using my experience in parsing
9  and the way that it was taught as part of language
10  processing and grammars as part of computer science,   17:16:39
11  and how I've seen it used and applied over the
12  course of my career.
13  BY MR. SILBERT:
14    Q  Okay.  Do you know who designed the
15  feature of the Arista parser that you are now   17:17:01
16  saying, in your opinion, was copied from Cisco
17  parser code?
18    A  I don't recall off the top of my head who
19  that was
20    Q  Did you ever know?   17:17:11
21    A  I might have.  I don't recall, sitting
22  here today, if I knew it or not.
23    Q  Did you ask?
24    A  I don't recall if I asked or knew it, or
25  who it might have been.   17:17:24

71 (Pages 278 - 281)

1    Q  Do you have any reason to believe that    17:17:25
2  that person, whoever he or she was, actually knew
3  how Cisco's parser code worked when he or she
4  designed this feature in Arista's parser?
5       MR. HOLMES:  Objection.  Vague, compound.    17:17:38
6       THE WITNESS:  Well, to the extent that it
7  was one person or one person only, whether they had
8  access to Cisco's code or knew how Cisco worked
9  specifically, I don't recall having any additional
10 details on what that was.    17:17:54
11 BY MR. SILBERT:
12    Q  Wouldn't you need to know that before you
13 accuse a company of copying another company's source
14 code?
15       MR. HOLMES:  Objection.  Argumentative.    17:18:02
16       THE WITNESS:  No, for the reasons that
17 I've laid out in the report; that you can look for
18 telltale signs of non-standard similarities.  I
19 think that that, at least in this particular
20 instance, is evidence.    17:18:14
21 BY MR. SILBERT:
22    Q  So this -- what you describe in
23 paragraph 83 is sufficient for you to accuse Arista
24 of copying Cisco's source code, but the fact that
25 Dell might use more than 1,000 multiword CLI    17:18:31

Page 282

1 BY MR. SILBERT:    17:28:46
2    Q  Dr. Almeroth, do you still have your
3 report open to page 36?
4    A  Yes.
5    Q  Can you look, please, at paragraph 84?    17:28:51
6       And again, please feel free to read the
7 whole paragraph to yourself, but I'll just focus on
8 the last sentence where you say, "In my opinion,
9 this," referring to behavior that you described in
10 the Arista parser, "is similar to the end of line    17:29:09
11 tokens that some of Cisco's parsers use."
12       Do you see that?
13    A  I do.
14    Q  And is it your opinion that using an end
15 token in a parser is unique to Cisco?    17:29:23
16    A  It's not just the end of line tokens, it's
17 the "this" and the reference to the tokens as
18 similar as to what's described in the rest of the
19 paragraph.
20       So I don't think it's just limited to a    17:29:48
21 similarity in the end of line tokens as it is in the
22 processing of those tokens and the elimination of
23 the matching rules, and then sort of the description
24 that's included in all of paragraph 84.
25    Q  Are you asserting that Arista copied the    17:30:09

Page 284

1 commands in common with Cisco is, in your opinion,    17:18:36
2 not enough indication for you to think that Dell
3 might have copied Cisco?
4    A  First of all, I think that those are --
5 you have not properly included all of the analysis    17:18:49
6 that I've identified in this section.  You
7 identified paragraph 83.  This extends for several
8 pages.  At least onto the next page, there's
9 additional paragraphs.  It identifies additional
10 points of relevance with respect to the way the    17:19:10
11 implementations were coded.
12       And I think that the distinction with
13 respect to what Arista has done in the context of
14 all of the evidence of copying, and in light of this
15 particular evidence, is completely different and    17:19:27
16 quite overwhelming as compared to a comparison of
17 the commands alone in the instance of Dell.
18       MR. SILBERT:  Okay.  We need to change the
19 tape.
20       THE VIDEO OPERATOR:  Going off the record,    17:19:41
21 the time is 5:20 p.m.
22       (Recess, 5:20 p.m. - 5:29 p.m.)
23       THE VIDEO OPERATOR:  Back on the record.
24 The time is 5:29 p.m.
25 ///    17:28:43

Page 283

1 feature you describe in paragraph 84 from Cisco's    17:30:12
2 source code?
3    A  I believe that that's what this section of
4 the report is saying.
5    Q  And again, how many -- what data do you    17:30:22
6 provide in your report on how many parsers use the
7 feature that you describe in paragraph 84?
8    A  Do you mean along the same lines that
9 you asked earlier with respect to how many parsers
10 of different networking vendors, or how many parsers    17:30:46
11 in the entire U.S. calculations -- I mean, is
12 that --
13    Q  Any -- I don't think you have any data at
14 all, so I don't think it matters.
15       But tell me any data at all that you have    17:31:00
16 on parsers -- how many parsers do or don't use the
17 feature that you describe in paragraph 84.
18       MR. HOLMES:  Objection.  Argumentative to
19 the first part of the question.
20       MR. SILBERT:  I'll give you that one.    17:31:13
21       THE WITNESS:  So it's based on my
22 experience in the use of parsers and the design of
23 parsers and the way that they operate, that there
24 are many different ways of implementing parsing
25 functionality.    17:31:26

Page 285

72 (Pages 282 - 285)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



**Page 286**

1    And the characteristics across 83 and 84    17:31:29
2  and 85 are -- and 86 are similar between the way
3  that Arista implements them and Cisco implements
4  them.
5    And the existence of these kinds of    17:31:48
6  similarities in a parser is indicative of copying.
7  BY MR. SILBERT:
8    Q.  Okay.  But part of -- part of your
9  making that assertion is your assertion that the
10  behavior that's described in these paragraphs is    17:32:04
11  atypical or, as you put it, non-standard in parsers,
12  right?
13    A.  In some instances.  For example, it's
14  atypical with respect to paragraph 83.  But with
15  respect to additional paragraphs, there's also lots    17:32:18
16  of different ways of doing parsing.  And the
17  existence of this much similarity at a conceptual
18  level is indicative of copying.
19    Q.  And what you have in these paragraphs, 83,
20  84, 85 and 86, is all you need to know for you to    17:32:35
21  feel comfortable accusing Arista of copying Cisco's
22  source code?
23    MR. HOLMES:  Objection.  Argumentative.
24    THE WITNESS:  Well, at least with respect
25  to this particular feature.  And then as    17:32:48

**Page 287**

1  paragraph 87 says, there's also all of the textual    17:32:53
2  similarities that show up in the source code as
3  well.
4  BY MR. SILBERT:
5    Q.  And by "the textual similarities," you    17:32:59
6  mean the command descriptions?
7    A.  That's correct.
8    Q.  And the command descriptions anybody can
9  see by looking at the screen, right?  You don't have
10  to see source code to see that?    17:33:12
11    MR. HOLMES:  Objection.  Compound, vague,
12  assumes facts not in evidence.
13    THE WITNESS:  There are similarities that
14  are based on what you can see on the screen, but
15  it's also, as part of the analysis I did,    17:33:24
16  similarities that exist within the source code.
17  BY MR. SILBERT:
18    Q.  Did you identify any section of the source
19  code where you say that similarities exist between
20  Arista's and Cisco's source code?    17:33:37
21    A.  Yes.
22    Q.  Where?
23    A.  I believe that there is the exhibit on it,
24  or -- so with respect to these command descriptions
25  and help descriptions, that's Exhibit 6.    17:33:53

**Page 288**

1    Q.  Right.  But you have a column here for    17:34:18
2  "Arista Files/Line" in Exhibit 6, but what you're
3  listing as the similar expression between the Cisco
4  column and the Arista column, the first two columns,
5  are words that appear on a screen that any user can    17:34:34
6  see, right?
7    A.  Those are words that appear on a screen,
8  but they're also implemented as words to be
9  presented on the screen as those words in the source
10  code itself.    17:34:51
11    Q.  But no one had to -- if Arista wanted to
12  copy all of these things that are in column 1, where
13  you say "Cisco help desk," it didn't need to look at
14  Cisco's source code to do that, did it?
15    MR. HOLMES:  Objection.  Calls for    17:35:09
16  speculation, argumentative.
17    THE WITNESS:  As a hypothetical, could
18  it have done it without looking at it?
19  Potentially, it's possible.  But it's described
20  within the source code, and that portion of the    17:35:29
21  source code that I've identified is the same between
22  Arista and Cisco.
23  BY MR. SILBERT:
24    Q.  When you say "that portion is the
25  same," you're referring to the actual string that    17:35:41

**Page 289**

1  gets printed on the screen that's shown in the first    17:35:43
2  two columns of Exhibit 6?
3    A.  That's correct, as it exists within the
4  source code files that are described in that
5  exhibit.    17:35:53
6    Q.  Have you reviewed the source code for both
7  Arista's and Cisco's parsers?
8    A.  Yes.
9    Q.  Are they written in the same language?
10    A.  I don't believe they are.    17:36:05
11    Q.  With respect to the feature that you
12  describe in paragraph 84, do you know who introduced
13  that feature into Arista's parser?
14    A.  I don't recall.
15    Q.  Do you have any reason to assert that that    17:36:23
16  person knew how Cisco's parser handled this
17  particular feature at the time he or she designed it
18  into Arista's parser?
19    A.  I don't recall.  I don't think so.  But I
20  think the report speaks for itself.    17:36:38
                                                   17:36:52

73 (Pages 286 - 289)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY



Page 292

1    A  No, not who the particular person is, or    17:39:47
2  at least I don't recall who they are, sitting here
3  today.
4    Q  Do Cisco's parsers really support the add
5  command feature?    17:39:57
6    A  I'm not sure where you're --
7    Q  You refer to -- do you see your
8  reference almost at the end of paragraph 86, "add
9  command"?
10    A  I think what I'm describing here is the    17:40:47
11  concept of this feature, and this feature is with
12  respect to the way that the different token types
13  are being processed, not with respect to the
14  specific existence of the add command from EOS.
15    Q  Do you have any reason to assert that    17:41:03
16  whoever it was that introduced this feature into
17  Arista's parser knew how Cisco's parser behaved when
18  he or she did so?
19    A  Not that I recall, sitting here today.
20    Q  Have you identified, with respect to any    17:41:18
21  of these similarities in paragraphs 83 through 86,
22  any similarity in the expression of the -- within
23  the source code itself between Arista and Cisco of
24  these functions?
25    A  I'm not --    17:41:36

Page 290

15    Q  Do you know who introduced the feature you    17:39:15
16  describe in paragraph 85 into Arista's parser?
17    A  I don't recall, as I sit here today.
18    Q  Do you have any reason to assert that that
19  person knew how Cisco's parser behaved when that --
20  when he or she introduced this feature into Arista's    17:39:31
21  parser?
22    A  Not as I recall, sitting here, no.
23    Q  Do you know who introduced the feature
24  that you describe in paragraph 86 into Arista's
25  parser?    17:39:45

Page 293

1    MR. HOLMES:  Objection.  Vague.    17:41:37
2    THE WITNESS:  -- sure I understand the
3  question, what you mean by "expression."
4  BY MR. SILBERT:
5    Q  How the source code is actually written to    17:41:42
6  implement the functions that you describe in these
7  paragraphs 83 through 86.
8    A  Well, there are different languages.  But
9  beyond the descriptions of the functionality that
10  I've included in this section, I haven't done a    17:41:56
11  lower-level detail analysis between the two.
12    But I've certainly identified the
13  functional similarities and the parts that are
14  specific to the two different parsers.
15    MR. SILBERT:  Okay.  Thank you for your    17:42:22
16  time.  I have no further questions.
17    MR. HOLMES:  None from me.  Thank you very
18  much.
19    THE VIDEO OPERATOR:  This concludes
20  today's videotaped deposition of Dr. Kevin    17:42:29
21  Almeroth.  We're off the record at 5:43 p.m.  Thank
22  you.
23    (Discussion off the record.)
24    MR. SILBERT:  With gratitude to counsel
25  for reminding me, I'd like to designate this    17:43:07

74 (Pages 290 - 293)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1 transcript as highly confidential, outside counsel    17:43:10
2 only.
3         (TIME NOTED:  5:43 p m.)
4            --o0o--
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 294

1         I, the undersigned, a Certified Shorthand
2 Reporter of the State of California, do hereby
3 certify:
4         That the foregoing proceedings were taken
5 before me at the time and place herein set forth;
6 that any witnesses in the foregoing proceedings,
7 prior to testifying, were administered an oath; that
8 a record of the proceedings was made by me using
9 machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12         Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16         I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21
22 Dated: 6/30/2016
23
24             <%signature%>
25             CARLA SOARES
              CSR No. 5908

Page 296

1
2
3
4
5
6
7
8         I, KEVIN C. ALMEROTH, do hereby declare
9 under penalty of perjury that I have read the
10 foregoing transcript; that I have made any
11 corrections as appear noted, in ink, initialed by
12 me, or attached hereto; that my testimony as
13 contained herein, as corrected, is true and correct.
14         EXECUTED this _____ day of _____,
15 2016, at _____, _____.
16       (City)        (State)
17
18
19       _____
20       KEVIN C. ALMEROTH
21
22
23
24
25

Page 295

75 (Pages 294 - 296)