# ATTACHMENT 9

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
               UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION


CISCO SYSTEMS, INC.,        )
                            )
         Plaintiff,         )
                            ) Case No.
     vs.                    ) 5:14-cv-05344-BLF (PSG)
                            )
ARISTA NETWORKS, INC.,      )
                            )
         Defendant.         )
                            )
_____)




      VIDEOTAPED DEPOSITION OF KEVIN C. ALMEROTH
              San Francisco, California
                Tuesday, June 28, 2016
                       Volume I
   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY


Reported by:
CARLA SOARES
CSR No. 5908
Job No.  2337647
Pages 1 - 296
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5  CISCO SYSTEMS, INC.,    )
                            )
 6        Plaintiff,        )
                            ) Case No.
 7    vs.        ) 5:14-cv-05344-BLF (PSG)
                            )
 8  ARISTA NETWORKS, INC.,  )
                            )
 9        Defendant.        )
                            )
10  _____)
11
12
13
14
15
16     VIDEOTAPED DEPOSITION OF KEVIN C.
17  ALMEROTH, Volume I, taken on behalf of Defendant, at
18  633 Battery Street, San Francisco, California
19  beginning at 8:34 a.m., and ending at 5:43 p.m., on
20  Tuesday, June 28, 2016, before CARLA SOARES,
21  Certified Shorthand Reporter No. 5908.
22
23
24
25
                                                  Page 2
```

```
 1  APPEARANCES:
 2
 3  For the Plaintiff:
 4     QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5     BY: ANDREW M. HOLMES, Attorney at Law
 6     50 California Street, 22nd Floor
 7     San Francisco, California 94111
 8     415.875.6322
 9     drewholmes@quinnemanuel.com
10
11
12  For the Defendant:
13     KEKER & VAN NEST LLP
14     BY: DAVID J. SILBERT, Attorney at Law
15         RYAN WONG, Attorney at Law
16     633 Battery Street
17     San Francisco, California 94111
18     415.391.5400
19     dsilbert@kvn.com
20     rwong@kvn.com
21
22  ALSO PRESENT: John Black
23         Sean Grant, Video Operator
24
25         --oOo--
                                                  Page 3
```

```
 1              INDEX
 2  WITNESS
 3  KEVIN C. ALMEROTH              EXAMINATION
    Volume I
 4
 5    BY MR. SILBERT                   7
 6
 7              EXHIBITS
 8  NUMBER        DESCRIPTION            PAGE
 9  Exhibit 1538  Opening Expert Report of Kevin   20
10                Almeroth Regarding Copying
11
12  Exhibit 1539  Rebuttal Expert Report of Kevin  75
13                Almeroth
14
15  Exhibit 1540  Expert Report of John R. Black,  95
16                Jr.
17
18  Exhibit 1541  Handwritten document            204
19
20            --oOo--
21
22
23
24
25
                                                  Page 4
```

```
 1         REFERENCED EXHIBITS
 2           (Not attached)
 3         Exhibit   Page
 4          1503     160
 5           639     174
 6          1504     175
 7          1505     183
 8          1506     184
 9          1523     187
10          1500     194
11
12           --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 5
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  San Francisco, California
2  Tuesday, June 28, 2016
3  8:34 a.m.
4
5  PROCEEDINGS
6  THE VIDEO OPERATOR: Good morning. We're
7  on the record. The time is 8:34 a.m., and the date
8  is June 28th, 2016. This begins the videotaped
9  deposition of Dr. Kevin Almeroth.
10  My name is Sean Grant, here with our court  08:34:13
11  reporter, Carla Soares. We're here from Veritext
12  Legal Solutions at the request of counsel for
13  defendant.
14  This deposition is being held at Keker &
15  Van Nest LLP in San Francisco, California. The  08:34:24
16  caption of this case is Cisco Systems, Inc., versus
17  Arista Networks, Inc., Case No. 5:14-cv-05344-BLF.
18  Please note that audio- and
19  video-recording will take place unless all parties
20  have agreed to go off the record. Microphones are  08:34:45
21  sensitive and may pick up whispers, private
22  conversations, or cellular interference.
23  At this time, will counsel please identify
24  themselves and state whom they represent.
25  MR. HOLMES: Drew Holmes on behalf of  08:34:58

Page 6

1  Cisco, as well as the witness, from Quinn Emanuel.  08:35:00
2  MR. SILBERT: David Silbert, Keker &
3  Van Nest, on behalf of defendant Arista.
4  MR. WONG: Ryan Wong of Keker & Van Nest
5  on behalf of Arista.  08:35:11
6  THE VIDEO OPERATOR: And also present?
7  MR. BLACK: I'm John Black. I'm an expert
8  witness for Arista.
9  THE VIDEO OPERATOR: Will the certified
10  court reporter please swear in the witness.  08:35:29
11  KEVIN C. ALMEROTH,
12  having been administered an oath, was examined and
13  testified as follows:
14  EXAMINATION
15  BY MR. SILBERT:  08:35:31
16  Q  Good morning, Dr. Almeroth.
17  A  Good morning.
18  Q  A minute ago counsel for Cisco introduced
19  himself as representing Cisco and also representing
20  you in your capacity as a witness.  08:35:41
21  Is it your understanding that you're being
22  represented in your capacity as a witness today by
23  the Quinn Emanuel law firm?
24  A  I don't have an understanding that the
25  representation is any different than any of the  08:35:59

Page 7

1  other times I've testified under deposition. I  08:36:01
2  don't know that there's a distinction in what
3  Mr. Holmes said.
4  Q  Okay. Are you asking the court to
5  recognize you as an expert in this matter?  08:36:14
6  A  I don't know that I'd be asking the court
7  to do that, but certainly, I think my qualifications
8  justify that the court see me as an expert.
9  Q  On what subjects relevant to the opinions
10  expressed in your reports do you claim to be an  08:36:37
11  expert?
12  A  I'm not sure I understand the question. I
13  don't know that I can sit here and come up with the
14  definitive list of subjects.
15  I think on any of the subjects that I  08:36:58
16  testify about and offer opinions about, I believe
17  I'm qualified as an expert.
18  Q  Are you an expert in computer science?
19  A  I believe I am.
20  Q  Are you an expert in networking  08:37:09
21  technology?
22  A  I believe I am.
23  Q  Are you an expert in network device
24  operating systems?
25  A  I believe I am.  08:37:19

Page 8

1  Q  From -- for how many different network  08:37:24
2  device vendors have you reviewed any source code for
3  their network device operating systems?
4  MR. HOLMES: Objection. Vague.
5  THE WITNESS: Generally speaking, or just  08:37:39
6  in the conjunction -- just in conjunction with this
7  case?
8  BY MR. SILBERT:
9  Q  Well, why don't we take them one by one.
10  First, in conjunction with this case, for  08:37:47
11  how many network device vendors have you reviewed
12  any source code for their network device operating
13  systems?
14  A  Sitting here right now, I specifically
15  recall two: Cisco and Arista. There might have  08:38:04
16  been others. I just don't remember them.
17  Q  And generally speaking, for how many
18  different network device vendors have you reviewed
19  any source code for their network device operating
20  systems?  08:38:22
21  A  Maybe ten.
22  Q  Can you name them?
23  A  In addition to Cisco and Arista, I believe
24  I've reviewed source code for A10, maybe F5, 3Com.
25  Quagga is an open source so I've looked at source  08:38:49

Page 9

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1  your rebuttal report and your figures for the counts    11:07:56
 2  of IOS commands that were copied are an
 3  apples-to-apples comparison?
 4       A    I believe that the comparison in counts is
 5  an appropriate and consistent comparison between        11:08:10
 6  Cisco and Arista.
 7       Q    You're not willing to say apples to
 8  apples?
 9       A    I said apples to apples before.  I think
10  apples to apples is what I just answered.              11:08:20
11       Q    Okay.  Did you review Dr. Black's opening
12  report carefully?
13       A    I did.
14       Q    And in Dr. Black's report, he provides
15  data on the use of CLI elements by a number of         11:08:39
16  network device vendors, correct?
17       A    I think --
18           MR. HOLMES:  Objection.  Vague.
19           THE WITNESS:  I think his report speaks
20  for itself.  I know that he had reference to some      11:08:56
21  materials about counts in his report.  We can
22  certainly get it out and look at it.  As well as my
23  report, I don't have his report memorized.
24  BY MR. SILBERT:
25       Q    Do you recall a section in Dr. Black's       11:09:14
```
Page 94

```
 1  report where he discusses a number of different    11:09:16
 2  switch vendors in alphabetical order and talks about
 3  their use of CLI elements in common with Cisco IOS
 4  CLI?
 5       A    I believe he had something along those       11:09:34
 6  lines.  But sitting here now, the fact that it was
 7  alphabetical, I don't recall.
 8           So along those same lines, I don't recall
 9  your characterization of what is in his report as
10  something I necessarily can agree with without         11:09:48
11  seeing it.
12       Q    Do you recall that Dr. Black provided
13  exhibits to his report in which he provided data on
14  use of CLI elements in IOS by other network switch
15  vendors?                                               11:10:03
16       A    So it would be the same answer.
17           I think you're characterizing his report.
18  I don't have his report in front of me.  I don't
19  know that I can agree with your characterization.
20           As I've said previously, I know he has        11:10:18
21  talked about other switch vendors and what commands
22  they have, and I've provided a rebuttal analysis in
23  Exhibit 1539.
24           (Exhibit 1540 was marked for
25  identification and is attached hereto.)    11:10:29
```
Page 95

```
 1  BY MR. SILBERT:                                        11:11:02
 2       Q    Dr. Almeroth, I've marked as Exhibit 1540
 3  a copy of Dr. Black's opening report.  And as a
 4  frame of reference, let me direct your attention to
 5  the section beginning at paragraph 199 of              11:11:20
 6  Dr. Black's report.
 7       A    Do you have a page number?
 8       Q    No.  I wish I did.
 9       A    Okay.  It will just take me a second.
10       Q    Yeah.                                         11:11:38
11       A    Page 91.  So this is the first paragraph
12  under the "ADTRAN CLI" section?
13       Q    Yeah.  That's where I was focusing you on,
14  at least to get our bearings.  And feel free to scan
15  to reorient yourself to Dr. Black's report, for a     11:12:16
16  few hundred paragraphs after this, to at least,
17  let's say, 439.
18       A    Okay.  Before I go through all of those
19  pages --
20       Q    I don't want you to read them all.  I just  11:12:43
21  want you to scan them and reorient yourself to it.
22  I know you've already read it carefully.
23           Does looking at these pages refresh your
24  recollection that Dr. Black provided information in
25  his report on the use of IOS CLI elements by other     11:12:57
```
Page 96

```
 1  network switch vendors?                                11:13:03
 2       A    I think the report speaks for itself as to
 3  what it includes.
 4       Q    Do you, in your two reports anywhere,
 5  dispute the data that Dr. Black presents on the use  11:13:22
 6  of Cisco CLI elements by other network device
 7  vendors?
 8           MR. HOLMES:  Objection.  Calls for a legal
 9  conclusion.
10           THE WITNESS:  I'm not sure exactly what     11:13:42
11  you mean by "data" and which portions you're
12  considering to be the data.
13           So for example, for ADTRAN, in
14  paragraph 199, I don't recall disagreeing with the
15  statements in that paragraph.  But to the level of   11:13:58
16  whether or not I accept everything that he's
17  identified as correct, I don't recall that I've done
18  that.
19           I think my report speaks for itself, and
20  I've included opinions about how he -- at least with 11:14:14
21  regard to how he interprets the information he's
22  presented.  But ultimately, I think how I've
23  rebutted these opinions is in my reports.
24  BY MR. SILBERT:
25       Q    I understand -- I'm not asking you to say   11:14:35
```
Page 97

25 (Pages 94 - 97)

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1   that you agree with his interpretation of the data    11:14:36
 2   or his opinions.  I understand you disagree there.
 3   But let me try to break it down.
 4          In Dr. Black's report, he provides figures
 5   on the number of accused CLI commands that are also    11:14:49
 6   used by other network switch vendors besides Arista,
 7   correct?
 8          MR. HOLMES:  Objection.  The document
 9   speaks for itself.
10          THE WITNESS:  If you want to point me to a      11:15:08
11   table you're suggesting, I can certainly look at it.
12          I think ultimately, as I've testified to
13   generally about both my report and his, I think it
14   speaks for itself as to what it's including.
15   BY MR. SILBERT:                                        11:15:27
16       Q  Okay.  Could you look at paragraph 208,
17   please?
18       A  Okay.
19       Q  I'll start reading in the middle of the
20   paragraph.  It says in Dr. Black's report, "A          11:15:39
21   detailed analysis of the overlap between the ADTRAN
22   networking equipment CLIs and Cisco CLIs is provided
23   in Appendix H.AD.  As shown in that detailed
24   analysis, ADTRAN has supported at least 178 of the
25   same Cisco CLI commands that are disputed in this      11:16:02
                                                               Page 98
```

```
 1   lawsuit."                                              11:16:05
 2          Do you see that?
 3       A  I see what's in the report.
 4       Q  And did you review Appendix H.AD?
 5       A  Yes.                                            11:16:15
 6       Q  Did you review all the appendices to
 7   Dr. Black's report?
 8       A  I did.
 9       Q  Did you review them carefully?
10       A  I did.                                          11:16:20
11       Q  You don't, anywhere in your reports,
12   dispute the statement that ADTRAN has supported at
13   least 178 of the same Cisco CLI commands that are
14   disputed in this lawsuit, do you?
15       A  I don't recall that I do specifically.  I      11:16:34
16   think the report speaks for itself, my report does.
17       Q  As you sit here today, you're not aware of
18   anything in your reports that disputes that, are
19   you?
20          MR. HOLMES:  Objection.  Asked and             11:16:42
21   answered.
22          THE WITNESS:  I -- as I sit here today, I
23   don't recall, but I don't have my report memorized.
24          And I would also add that to the extent
25   that I don't doesn't mean that I accept his findings  11:16:55
                                                               Page 99
```

```
 1   as correct.                                            11:17:00
 2   BY MR. SILBERT:
 3       Q  My question is, do you, in your reports,
 4   dispute them?
 5          Would you look back, please, a little          11:17:10
 6   earlier in paragraph 204?
 7       A  Okay.
 8       Q  Do you see here there's a table in this
 9   paragraph which Dr. Black describes as a comparison
10   of disputed Cisco command modes and prompts and the   11:17:24
11   AOS CLI command modes and prompts as of April 2003?
12       A  I see that sentence in his report.
13       Q  You don't, anywhere in your reports,
14   dispute that ADTRAN AOS used the CLI command modes
15   and prompts that are shown in Dr. Black's table       11:17:45
16   here, do you?
17       A  I don't have my report memorized, and I
18   would just say that I think my report speaks for
19   itself.
20       Q  As you sit here today, you can't point me     11:17:56
21   to any portion of your report where you dispute the
22   data that's presented here, can you?
23       A  As I sit here today, no.  It's a long
24   report and I'd have to look through it and see.  But
25   I don't have it memorized and can't point you to     11:18:08
                                                              Page 100
```

```
 1   something specific.                                   11:18:11
 2       Q  Okay.  And we've been looking at examples
 3   for ADTRAN, which is the first in Dr. Black's long
 4   list of network switch vendors.
 5          But isn't it true that the answers are the   11:18:24
 6   same for every company he lists?
 7          In other words, you don't, anywhere in
 8   your reports, dispute the accuracy of Dr. Black's
 9   statements about the number of CLI commands used by
10   other network device vendors that are at issue in    11:18:39
11   this case?
12          MR. HOLMES:  Objection.  Compound, vague,
13   and calls for a legal conclusion.
14          THE WITNESS:  I would give similar answers
15   to what I just gave.  I don't -- I think my report  11:18:50
16   speaks for itself.  I don't have it memorized.  It's
17   a fairly lengthy report.  I have included responses
18   to his opinions.  But as I sit here today, I don't
19   recall that I have questioned any of the specific
20   data.  But again, I think the report speaks for     11:19:09
21   itself.
22   BY MR. SILBERT:
23       Q  And is it also true that you would give
24   the same answers if I asked you whether you disputed
25   any of the information Dr. Black presents on other   11:19:20
                                                              Page 101
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

1  network switch vendors' use of CLI modes, prompts,   11:19:24
2  or responses, command responses, that are used in
3  Cisco IOS?
4         MR. HOLMES:  Same objections.
5         THE WITNESS:  That covers a lot of ground.   11:19:41
6  And what I would say is, I would defer to what my
7  report says.
8         I've included the opinions in my report.
9  And to the extent I haven't addressed one of the
10 particular aspects that are within the scope of your   11:19:54
11 question, it shouldn't be meant that I agree with
12 his findings.
13 BY MR. SILBERT:
14    Q   I'm not -- again, to be clear, I'm not
15 asking you whether you agree with them.  I'm asking   11:20:05
16 you what you've disclosed as your opinions in your
17 report.
18        Isn't it true that in your reports, you
19 don't dispute anywhere the accuracy of the data that
20 Dr. Black presents in his opening report on the   11:20:21
21 number of CLI -- and identity of CLI elements used
22 in Cisco's CLIs that are also used by other network
23 device vendors?
24        MR. HOLMES:  Objection.  Vague, compound.
25 The documents speak for themselves.   11:20:37

Page 102

1         THE WITNESS:  I would essentially give you   11:20:40
2  the same answer that I gave to the last question.
3         I think the report speaks for itself, and
4  the point really is, even though I haven't responded
5  to his particular statements doesn't mean that I   11:20:53
6  accept his data as correct.
7  BY MR. SILBERT:
8     Q   Your testimony is that you've seen no
9  evidence that other switch vendors besides Arista
10 and Huawei have copied Cisco CLI; is that right?   11:21:09
11    A   I believe there's an opinion along those
12 lines.  You can point me to the paragraph in my
13 report that you're referring to.
14    Q   Okay.  Let's take one specific example.
15 I'm looking at your opening report, which is   11:21:31
16 Exhibit 1538.  Would you look, please, at
17 paragraph 97 on page 39?
18        I must have that wrong.  It must be your
19 rebuttal report.  Yeah, I apologize.  I meant to say
20 your rebuttal report.   11:22:10
21        MR. HOLMES:  Which page is that?
22        MR. SILBERT:  Page 39, paragraph 97.
23        THE WITNESS:  Okay.
24 BY MR. SILBERT:
25    Q   Looking at the bottom of page 39, you say,   11:22:27

Page 103

1  "Dell's corporate representatives stated under oath   11:22:30
2  that Dell had not copied Cisco's IOS CLI and that he
3  was not aware of anyone else in the industry copying
4  Cisco, and that Dell has its own commands that
5  others have not used," and then you quote some   11:22:45
6  testimony on the next page there, right?
7     A   I do see that.
8     Q   Do you believe that it's a balanced and
9  fair appraisal of the evidence that you've reviewed
10 in the case to say that you're not aware of any   11:22:56
11 evidence that Dell has copied Cisco CLI?
12    A   I think that you have to look at the
13 opinions that I've included in the middle of that
14 paragraph.
15        And what I'm saying is, I have seen no   11:23:29
16 such evidence that even comes close to this level of
17 copying with respect to HP, and then similarly for
18 Dell.
19        The analysis that I've done has been with
20 respect to Arista.  And as I testified to this   11:23:43
21 morning with respect to copying and plagiarism, part
22 of what you need to do is to look at the evidence
23 beyond just the existence of similarities.
24        You can start with similarities and
25 progress from there.  In the case of Arista, there   11:24:04

Page 104

1  is admissions from Arista corporate representatives   11:24:07
2  and witnesses that they copied commands,
3  documentation, command modes, prompts.  The whole
4  list of things.
5         There isn't that kind of evidence for HP   11:24:25
6  and Dell.  And to the extent that as one of its
7  defenses, Arista and Dr. Black want to say that Dell
8  has copied, then there would need to be some
9  additional evidence beyond just the similarities in
10 commands.   11:24:47
11        And so based on the evidence that I've
12 seen, which wasn't really the focus of my
13 investigation, to generate evidence or ask for
14 evidence that would potentially require subpoenaing
15 Dell and HP, there isn't any such evidence of   11:25:04
16 copying.
17        And to the extent Dr. Black makes an
18 argument that there is copying based on
19 similarities, I'm saying in paragraph 97 that it
20 doesn't rise to the level of evidence with respect   11:25:23
21 to Arista's copying.
22    Q   Would you please look at Exhibit I to the
23 Black report, Exhibit 1540?
24        You reviewed this exhibit carefully before
25 you prepared your rebuttal report, didn't you?   11:25:53

Page 105

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

BY MR. SILBERT:   11:41:07
Q  Have you seen statements by Dell to the effect that Dell uses a, quote, industry standard CLI?
A  I don't recall, sitting here now.  There's  11:41:18 been a lot of evidence in the case.  I don't have it memorized.
    If there's a document to that effect, I can certainly take a look at it.  To the extent it's been addressed or discussed in any of the reports,  11:41:31 then we can go over those opinions.
Q  Have you seen statements by Brocade that Brocade uses a, quote, industry standard CLI?
A  Again, it would be the same answer.
    I don't have all the documents memorized.  11:41:47 And to the extent any have been identified or presented, then I would have responded to those in my reports.
Q  You say in your rebuttal report that Arista and Huawei are the only two companies Cisco  11:42:03 is/was aware of that were infringing Cisco's copyrighted works; is that correct?
A  You would have to point me to that part of the report.
Q  Paragraph 168 on page 85 of your rebuttal  11:42:20

Page 118

report.  11:42:24
A  Okay.
Q  Do you see the statement I'm referring to?
A  I do.
Q  Is it your testimony, as an expert on  11:42:58 behalf of Cisco, that Cisco is not aware that Dell infringes Cisco's copyrighted works?
A  My testimony is exactly what it says in paragraph 168, that it's what Cisco pointed out in its interrogatory response.  11:43:16
Q  And what Cisco pointed out in its interrogatory response, according to you, is that Arista and Huawei are the only two companies that Cisco is aware of that is/was infringing Cisco CLI? Or infringing its copyrighted works?  11:43:37
A  That's what the sentence says.
Q  Knowing what you know about Dell CLI, you don't have any reason to believe that Dell is infringing Cisco's copyrighted works, either, correct?  11:43:49
    MR. HOLMES:  Objection.  Calls for speculation, calls for a legal conclusion.
    THE WITNESS:  Knowing what I know is not sufficient to render an opinion one way or the other.  There really isn't information -- sufficient  11:44:02

Page 119

information to draw a conclusion.  11:44:07
    The conclusions that I've offered with respect to Dell are based on -- are stated in the report and are based on the evidence that exists for Dell.  11:44:19
BY MR. SILBERT:
Q  Your testimony as an expert on behalf of Cisco is that Cisco isn't aware that D-Link, which uses over 300 of just the commands at issue in this case, along with other CLI elements, is infringing  11:44:32 Cisco's copyright?
    MR. HOLMES:  Objection.  Foundation, misstates the testimony, misstates the document.
    THE WITNESS:  I'm not sure I understand the question.  11:44:45
BY MR. SILBERT:
Q  Your testimony -- strike that.
    Dr. Black presents information about D-Link's CLI and the overlaps between D-Link and Cisco in his expert report, right?  11:45:00
A  I think his expert report speaks for itself.
Q  And you, in your expert reports, haven't disputed the accuracy of the data that he presents about the D-Link CLI, correct?  11:45:09

Page 120

A  I believe I've answered that numerous --  11:45:15 question numerous times.  It's going to be the same answer I gave before.
Q  Okay.
A  I think my report speaks for itself.  And  11:45:22 to the extent I haven't disagreed with some particular aspect doesn't mean that I've accepted what he said as correct.
Q  And your testimony, as an expert on behalf of Cisco, is that Cisco is not aware that D-Link is  11:45:36 infringing Cisco's copyrighted works?
A  Again, I would refer to what I've said in paragraph 168, that at least based on its interrogatory responses, that Arista and Huawei are the only two companies Cisco is or was aware of that  11:45:58 were infringing Cisco's copyrighted works.
    MR. HOLMES:  I object to that question as calls for speculation and a legal conclusion.
    MR. SILBERT:  Okay.  You know, I'm going to switch gears, so why don't we break for lunch  11:46:11 now, if that's okay.
    THE VIDEO OPERATOR:  Going off the record, the time is 11:47 a.m.
    (Recess, 11:47 a.m. - 12:44 p.m.)
    THE VIDEO OPERATOR:  Back on the record.  12:44:04

Page 121

31 (Pages 118 - 121)

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1  same look and feel scientifically falsifiable?    12:56:30
 2      MR. HOLMES:  Same objections.
 3      THE WITNESS:  I suspect that there are
 4  situations where you can look at two interfaces and
 5  determine that they don't have the same look and    12:56:41
 6  feel.
 7      As an example, if you had a GUI versus a
 8  CLI, I think that it would be difficult to conclude
 9  that they have the same look and feel.
10      There are other aspects of the CLI that    12:56:56
11  one could identify as potentially distinctive.  They
12  have different outputs.  They use different
13  commands, command structures, or something.
14      I think that you could certainly make an
15  argument that the look and feel of two interfaces    12:57:14
16  was not the same.
17  BY MR. SILBERT:
18   Q  I understand you can make arguments.  We
19  get paid to do that.
20      But my question to you is, is the    12:57:29
21  assertion that two CLIs have the same look and feel
22  scientifically falsifiable?
23      MR. HOLMES:  Same objections.  Asked and
24  answered.
25      THE WITNESS:  So if my previous answer    12:57:44
                                                Page 130
```

```
 1  wasn't answering the question to your expectation,    12:57:45
 2  then I'm not sure I understand what "scientifically
 3  falsifiable" mean.
 4  BY MR. SILBERT:
 5   Q  Can it be proven wrong based on objective    12:57:56
 6  criteria?
 7   A  You've introduced a concept of proof, and
 8  I understand that there are different burdens for
 9  proof:  More likely than not, clear and convincing.
10      It seems that what you're asking about is    12:58:27
11  for, for example, an expert to make a determination.
12      I believe an expert could make a
13  determination and offer the opinion using some sort
14  of methodology that two interfaces were -- had the
15  same look and feels versus not.    12:58:47
16   Q  Is the determination of whether two CLIs
17  have the same look and feel an objective
18  determination or a subjective determination?
19      MR. HOLMES:  Objection.  Vague, calls for
20  a legal conclusion.    12:59:02
21      THE WITNESS:  I'm not sure that I could
22  characterize it one way or another.  I think that as
23  with just about anything, two experts could look at
24  the same evidence and disagree for their own
25  specific reasons.    12:59:26
                                                Page 131
```

```
 1  I don't know if that makes it subjective,    12:59:27
 2  or to the extent that it is subjective, whether,
 3  really, just about anything is not subjective.
 4      I've offered the opinions that I've
 5  offered in the report.  And whether somebody wants    12:59:41
 6  to argue that they're subjective or objective, I
 7  guess that's their own subjective analysis.
 8  BY MR. SILBERT:
 9   Q  What are the objective criteria that
10  determine whether two CLIs have the same look and    12:59:56
11  feel?
12   A  I think I've answered that question.
13      The way to look at the criteria would be
14  to assess its input mechanisms versus its output
15  mechanisms, and either independently or together,    13:00:14
16  perform an assessment of those aspects of the
17  interface.
18      And then within those aspects of the
19  interface, you can really use a variety of both
20  objective and subjective criteria, if I'm    13:00:32
21  understanding how you're using the terms correctly.
22      You can do things like a count of commands
23  that are the same, similarities in the output, the
24  structure of the commands.  Any one or more of those
25  things, depending on their similarity, would    13:00:55
                                                Page 132
```

```
 1  contribute to the overall conclusion of whether two    13:00:58
 2  interfaces have the same look and feel.
 3   Q  Is there a minimum number of commands that
 4  need to be the same for two CLIs to have the same
 5  look and feel?    13:01:11
 6   A  I don't think there has to be a minimum
 7  number.  I think you have to consider all of the
 8  evidence.  I don't think there's a threshold
 9  quantity.
10      I think part of the analysis is to    13:01:23
11  determine what the commands are and look at the
12  similarities in commands.  There might be other
13  considerations like the similarities in command
14  hierarchies, the similarity in output.
15      Certainly there might be a hypothetical    13:01:42
16  situation where many of the commands are similar,
17  but the output is so distinctively different that it
18  creates something that's different with respect to
19  the look and feel.
20      I mean, it seems that part of the analysis    13:01:56
21  has to be based on the evidence that's available to
22  do the analysis.
23   Q  Could two CLIs have the same look and feel
24  if they have no overlapping multiword commands?
25      MR. HOLMES:  Objection.  Calls for a    13:02:11
                                                Page 133
```

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1  hypothetical.                        13:02:13
 2       THE WITNESS: As a hypothetical, I'm
 3  always adverse to saying that it's not possible.
 4       It might be more difficult in the case
 5  where there's no overlapping commands. I don't know  13:02:28
 6  what other aspects of the system might contribute to
 7  a conclusion that there's the same look and feel.
 8       If it's a graphical interface and it's
 9  identical but the commands have slightly different
10  names, or the output is identical -- and the output  13:02:49
11  is identical, maybe those -- those considerations
12  have an impact on whether it's the same look and
13  feel.
14  BY MR. SILBERT:
15     Q  Do two CLIs need to have the same modes  13:03:02
16  and prompts for them to have the same look and feel?
17       MR. HOLMES: Objection. Calls for a legal
18  conclusion, incomplete hypothetical.
19       THE WITNESS: I think it's a similar
20  answer to what I just said. I think it depends.  13:03:15
21  You have to look at the evidence that's presented in
22  order to make a determination. It depends on the
23  other factors I've talked about and the degree to
24  which the other factors are present. It really just
25  depends. It might be, it might not be.  13:03:41
                                                    Page 134
```

```
 1  BY MR. SILBERT:                        13:03:43
 2     Q  When you refer to "other factors" that are
 3  talked about, some of the other factors you talked
 4  about is, other characteristics of the interface
 5  were the use of prefixes; is that correct?  13:03:58
 6     A  I did mention the context of a prefix in a
 7  previous answer.
 8     Q  And what did you mean when you referred to
 9  the use of prefixes as something that affects the
10  look and feel of a CLI?                  13:04:16
11     A  Sure. So one example might be in, say,
12  Cisco and Arista where you're able to enter the
13  prefix "EN" for enable instead of entering the full
14  command, so the design concept within both user
15  interfaces where you're able to enter just enough of  13:04:32
16  the command so that the CLI can distinguish,
17  disambiguate between commands.
18       So since there's no other command that
19  begins with EN, that EN is sufficient to notify the
20  system that the user wants to go into privileged  13:04:52
21  mode.
22       And so that concept of entering a minimum
23  syntactic length to disambiguate over other commands
24  is a characteristic that's common to Cisco and
25  Arista, and is a factor that I've considered in  13:05:11
                                                    Page 135
```

```
 1  determining the similarity between look and feel.  13:05:14
 2     Q  To your knowledge, was that characteristic
 3  common to CLIs that existed before both Cisco and
 4  Arista?
 5     A  As to your question of "common," I'm not  13:05:29
 6  sure what -- how prevalent it would need to be in
 7  order to make it common.
 8       And then you've also identified before
 9  Cisco and Arista CLIs, which are two different
10  dates. I'm not sure which date you're intending.  13:05:45
11     Q  To your knowledge, did the TOPS-20 CLI
12  allow a user to enter prefixes that would be
13  expanded to complete commands or command words?
14       MR. HOLMES: Objection. Vague as to time,
15  foundation.                              13:06:05
16       THE WITNESS: I have some recollection
17  that -- something around that topic. I'd have to go
18  back and look at the reports to see if it did or
19  not.
20  BY MR. SILBERT:                         13:06:25
21     Q  You also mentioned tab expansion as
22  something that can affect the look and feel of a
23  CLI; is that right?
24     A  Again, I offered a whole list of examples.
25  It could be something that one could use  13:06:39
                                                    Page 136
```

```
 1  consistently across interfaces that might be a  13:06:44
 2  consideration. Not necessarily so, but maybe.
 3     Q  Are the tab expansion characteristics in
 4  Cisco's and Arista's CLI similar?
 5     A  I don't recall. I'd have to go back and  13:06:58
 6  check to the extent that they're there and how
 7  similar they are. I don't have that detail of both
 8  of the CLIs memorized.
 9     Q  Is the availability of context-sensitive
10  help a characteristic that affects a CLI's look and  13:07:20
11  feel?
12       MR. HOLMES: Objection. Vague.
13       THE WITNESS: I'm not sure exactly what
14  you mean by "context-sensitive help."
15  BY MR. SILBERT:                         13:07:38
16     Q  For example, pushing "question mark," and
17  the CLI interface will return information that it
18  thinks is relevant based on the particular context
19  in which you pushed the question mark.
20     A  It's not clear from your question if  13:07:53
21  you're entering a question mark after you've entered
22  a portion of a command, and then you want to see,
23  for example, the options that are available in the
24  subtree of that command.
25     Q  Sure. Why don't you take that example.  13:08:05
                                                    Page 137
```

35 (Pages 134 - 137)

## Page 294

```
1  transcript as highly confidential, outside counsel    17:43:10
2  only.
3         (TIME NOTED: 5:43 p.m.)
4              --o0o--
```

## Page 295

```
 8        I, KEVIN C. ALMEROTH, do hereby declare
 9  under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14        EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16        (City)         (State)

20              _____
                KEVIN C. ALMEROTH
```

## Page 296

```
 1        I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4        That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12        Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16        I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19        IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 6/30/2016
23
24        <%signature%>
25        CARLA SOARES
          CSR No. 5908
```