1    Kathleen Sullivan (SBN 242261)                    Steven Cherny *(admitted pro hac vice)*
     kathleensullivan@quinnemanuel.com                 steven.cherny@kirkland.com
2    QUINN EMANUEL URQUHART &                           KIRKLAND & ELLIS LLP
     SULLIVAN LLP                                       601 Lexington Avenue
3    51 Madison Avenue, 22nd Floor                      New York, New York 10022
     New York, NY 10010                                 Telephone: (212) 446-4800
4    Telephone: (212) 849-7000                          Facsimile: (212) 446-4900
     Facsimile: (212) 849-7100
5                                                       Adam R. Alper (SBN 196834)
     Sean S. Pak (SBN 219032)                           adam.alper@kirkland.com
6    seanpak@quinnemanuel.com                           KIRKLAND & ELLIS LLP
     Amy H. Candido (SBN 237829)                        555 California Street
7    amycandido@quinnemanuel.com                        San Francisco, California  94104
     John M. Neukom (SBN 275887)                        Telephone: (415) 439-1400
8    johnneukom@quinnemanuel.com.                       Facsimile: (415) 439-1500
     QUINN EMANUEL URQUHART &
9    SULLIVAN LLP                                       Michael W. De Vries (SBN 211001)
     50 California Street, 22nd Floor                   michael.devries@kirkland.com
10   San Francisco, CA 94111                            KIRKLAND & ELLIS LLP
     Telephone: (415) 875-6600                          333 South Hope Street
11   Facsimile: (415) 875-6700                          Los Angeles, California 90071
                                                        Telephone: (213) 680-8400
12   Mark Tung (SBN 245782)                             Facsimile: (213) 680-8500
     marktung@quinnemanuel.com
13   QUINN EMANUEL URQUHART &
     SULLIVAN LLP
14   555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
15   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
16   *Attorneys for Plaintiff Cisco Systems, Inc.*

17

18                   **UNITED STATES DISTRICT COURT**

19        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

20   CISCO SYSTEMS, INC.,                          CASE NO. 5:14-cv-5344-BLF

21              Plaintiff,                          **NOTICE OF PUBLIC FILING
                                                    PURSUANT TO COURT ORDERS (Dkt.**
22         vs.                                      **Nos. 520, 521)**

23   ARISTA NETWORKS, INC.,

24              Defendant.

25

26

27

28   02099-00004/8397024.1

1   Pursuant to the Court's Order Granting in Part Motions to Seal (Dkt. 520) and the Court's

2   Omnibus Order Regarding *Daubert* Sealing Motions (Dkt. 521), Cisco Networks, Inc. ("Cisco")

3   hereby files unredacted (or lesser redacted) documents as exhibits to this notice as follows:

4

| Exhibit to Notice of Public Filing | Name of Original Document |
|---|---|
| Exhibit A | Cisco's Motion for Partial Summary Judgment |
| Exhibit B | Exhibit 47 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit C | Exhibit 50 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit D | Exhibit 58 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit E | Exhibit 64 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit F | Exhibit 65 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit G | Exhibit 67 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit H | Exhibit 68 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit I | Exhibit 70 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit J | Exhibit 72 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |
| Exhibit K | Exhibit 76 to the Declaration of Amy H. Candido in Support of Cisco's Motion for Partial Summary Judgment |

02099-00004/8397024.1

1

| Exhibit to Notice of Public Filing | Name of Original Document |
| --- | --- |
| Exhibit L | Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Dr. John Black |
| Exhibit M | Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert William M. Seifert |
| Exhibit N | Cisco's Motion to Exclude Expert Opinion Testimony From Arista's Expert Cate M. Elsten |
| Exhibit O | Exhibit 1 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit P | Exhibit 2 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit Q | Exhibit 4 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit R | Exhibit 5 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit S | Exhibit 6 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit T | Exhibit 7 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit U | Exhibit 9 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit V | Exhibit 12 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit W | Exhibit 13 to the Declaration of Andrew M. Holmes in Support of Cisco's *Daubert* Motions |
| Exhibit X | Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth |

| Exhibit to Notice of Public Filing | Name of Original Document |
|---|---|
| Exhibit Y | Exhibit 1 to the Declaration of John M. Neukom in Support of Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth |
| Exhibit Z | Exhibit 2 to the Declaration of John M. Neukom in Support of Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth |
| Exhibit AA | Exhibit 3 to the Declaration of John M. Neukom in Support of Cisco's Opposition to Arista's Corrected Motion to Strike Expert Opinions and Testimony of Dr. Kevin C. Almeroth |
| Exhibit BB | Cisco's Opposition to Arista's Motion to Exclude Expert Testimony From Dr. Judith A. Chevalier |
| Exhibit CC | Cisco's Reply in Support of its Motion to Exclude Expert Opinion Testimony from Arista's Expert Dr. John Black |
| Exhibit DD | Cisco's Reply in Support of its Motion to Exclude Expert Opinion Testimony from Arista's Expert William M. Seifert |

Dated: September 26, 2016

*/s/ Sara E. Jenkins*
Sara E. Jenkins

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.

1

QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor

2

San Francisco, CA 94111
Telephone: (415) 875-6600

3

Facsimile: (415) 875-6700

4

Mark Tung (SBN 245782)
marktung@quinnemanuel.com

5

QUINN EMANUEL URQUHART &
SULLIVAN LLP

6

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

7

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

8

9

Steven Cherny *admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP

10

601 Lexington Avenue
New York, New York 10022

11

Telephone: (212) 446-4800

12

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com

13

KIRKLAND & ELLIS LLP
555 California Street

14

San Francisco, California  94104
Telephone: (415) 439-1400

15

Facsimile: (415) 439-1500

16

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com

17

KIRKLAND & ELLIS LLP
333 South Hope Street

18

Los Angeles, California 90071
Telephone: (213) 680-8400

19

Facsimile: (213) 680-8500

20

*Attorneys for Plaintiff Cisco Systems, Inc*

21

22

23

24

25

26

27

28

02099-00004/8397024.1

4