# EXHIBIT B

# EXHIBIT 47 UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4   CISCO SYSTEMS, INC.,

5                   Plaintiff,

6        vs.

7   ARISTA NETWORKS, INC.,         Case No.

8                   Defendant.     5:14-cv-5344-BLF

9   _____

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13           SUBJECT TO PROTECTIVE ORDER

14

15     VIDEOTAPED DEPOSITION OF ADAM SWEENEY,

16                   VOLUME I

17

18              January 29, 2016

19            9:32 a.m. - 6:48 p.m.

20

21        555 Twin Dolphin Drive, 5th Floor

22           Redwood Shores, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR

1      A.   I have not read all the standards, but I

2  believe that to be true.

3      Q.   And you're not aware of any single IETF

4  document, sitting here today, that mandates a

5  particular type of CLI command syntax for any of the

6  protocols that we've been discussing, true?

7      A.   The IETF has published thousands of

8  documents over the years.  I really couldn't say

9  what might be in one of them somewhere.

10     Q.   All I can ask you is about your knowledge.

11          So I'm just saying, sitting here today,

12 are you aware of any single IETF document that

13 mandates a particular type of CLI command syntax for

14 any of the protocols that we have been discussing

15 today?

16     A.   In the tiny, little percentage of those

17 documents that I have read, I am unaware of any such

18 specification.

19     Q.   Sitting here today, are you aware of any

20 IEEE documents that mandate a particular type of

21 command syntax for any of the protocols that we have

22 been discussing today?

23     A.   The IEEE does -- I don't believe they

24 address any of the protocols we've -- we've been

25 talking about.



1      Q.   Sitting here today, are you aware of any

2    type of standard document from any industry standard

3    organization that mandates a particular type of

4    command syntax for a CLI to be used with any of the

5    protocols that we have been discussing today?

6      A.   No.









Case 5:14-cv-05344-BLF Document 548-3 Filed 09/26/16 Page 10 of 17
Adam Sweeney - highly confidential
January 29, 2016                                    185

 1      A.   It states:

 2               "Review in this list gives us a chance

 3           to work towards consistency within this

 4           very subjective space."

 5      Q.   And, again, you wrote those words?

 6      A.   I think so.

 7      Q.   And you believe that those are true

 8  statements?

 9      A.   Yes.

10      Q.   Okay.  And when it says:  "very subjective

11  space," what is that referring to?

12      A.   I assume it means the space of CLI syntax.

13      Q.   And you say in the next sentence:

14               "In my opinion..."

15           Can you read that.

16      A.       "In my opinion, syntax consistency with

17           features that have similar function is

18           very important."

19      Q.   And what did you mean by that statement?

20      A.   I meant that -- well, I -- I can only

21  really tell you what I think it means now.  I don't

22  know what it meant at the time.

23      Q.   All I can ask you is what you can glean

24  from this, sitting here today.

25               What is your understanding of that

1   statement that you wrote in 2004?

2       A.   I think it's pointing out that one of the

3   things that makes a set -- a -- a whole set of CLI

4   commands functional is to keep -- keep their

5   structure consistent.

6       Q.   Do you recall whether everybody at Cisco

7   had that same belief?

8            MR. FERRALL:  Lacks foundation.

9   BY MR. PAK:

10      Q.   To your knowledge?

11           MR. FERRALL:  Same objection.

12           THE WITNESS:  There's absolutely no way I

13  can know what everyone in a 50,000-person company

14  thinks.

15  BY MR. PAK:

16      Q.   And isn't it possible that others have --

17  had expressed to you different opinions about how to

18  name CLI syntax?

19      A.   Is it possible?  I mean, it's possible

20  anyone said anything to me.

21      Q.   If somebody said to you, Mr. Sweeney,

22  there's only one way, only one way to express a

23  command syntax for a particular CLI command to be

24  used in a -- network equipment, would you agree with

25  that statement?

```
 1        A.    No.

 2        Q.    And why not?

 3        A.    'Cause it's not true.

 4        Q.    And based on your experience, you know

 5   it's not true, true?

 6        A.    Yes.

 7        Q.    And you're aware of -- even sitting here

 8   today, we've come across different operating

 9   systems, different implementations from different

10   companies within the same company where different

11   command line syntax was used for the same

12   functionality, true?

13              MR. FERRALL:  Objection.  Compound.  Vague

14   and ambiguous.

15              THE WITNESS:  I guess I'm not sure if

16   we've actually come across anything specific today

17   on this front.

18   BY MR. PAK:

19        Q.    You'd agree with me that different

20   operating systems, different implementations from

21   different companies, even different implementations

22   within the same company can have different

23   command-line interface syntax for the same

24   functionality, true?

25        A.    I agree.
```

1      Q.   And, for example, we saw differences

2  between -- you were aware of differences between

3  NX-OS and IOS operating systems from Cisco with

4  respect to certain CLI command syntax, true?

5      A.   I'm sorry, you kind of reversed your

6  question in the middle there.

7      Q.   You were -- you are aware of differences

8  between NX-OS and IOS from Cisco with respect to

9  certain CLI command syntax for the same

10 functionality, true?

11     A.   In general, yes.

12     Q.   Okay.  And generally speaking, you're also

13 aware of certain differences between NextHop and

14 Cisco IOS with respect to certain CLI command syntax

15 for the same functionality, true?

16     A.   Yes.

17     Q.   Okay.  And, sir, at your tenure at Cisco,

18 did you come across any switching equipment where a

19 graphical user interface was used rather than a

20 command-line interface?

21     A.   I don't think so.

22     Q.   Are you aware of switching equipment that

23 used a graphical user interface to configure and

24 view system settings as opposed to a command-line

25 interface?





Case 5:14-cv-05344-BLF   Document 549-3   Filed 09/26/16   Page 16 of 17
Adam Sweeney - highly confidential
January 29, 2016                                                218



