# EXHIBIT C

# EXHIBIT 50
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5    CISCO SYSTEMS, INC.,        )
                                  )
 6              Plaintiff,        )
                                  ) Case No.
 7         vs.                    ) 5:14-cv-05344-BLF (PSG)
                                  )
 8    ARISTA NETWORKS, INC.       )
                                  )
 9              Defendant.        )
                                  )
10    _____)
11
12
13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15          VIDEOTAPED DEPOSITION OF BALAJI VENKATRAMAN
16                    Palo Alto, California
17                   Tuesday, May 2, 2016
18                        Volume I
19
20
21    Reported by:
22    CARLA SOARES
23    CSR No. 5908
24    Job No. 2302931
25    Pages 1 - 116
```

Page 1

1      A    So the commands such as show, the show
2    command, show interface, these are all generally
3    common to devices from multiple vendors and would be
4    candidates for being part of the standard.
5      Q    But do you know, are you aware as you sit
6    here today of any website or document where I could
7    go find the standard that you're referring to?
8      A    I have not gone and researched any website
9    where one can find the standard.
10     Q    Are you aware of where, if someone wanted
11   to go find the standard, they could go locate a
12   specific document or locate a specific website where
13   that standard would actually exist?
14     A    R&D teams that are responsible for
15   creating the CLIs would know, and there are
16   generally well-known standards body websites where
17   such information might be available.  I have not
18   gone and looked or researched that.
19     Q    Have you ever had a conversation with
20   anybody at HP's R&D department where they suggested
21   or told you that there is a document or a website
22   they could go to to check on this command line
23   interface standard?
24     A    No, I have not.
25     Q    So how is it that you know one exists?

Page 109

1    A    So these are industry standards that most
2    vendors implement in order to present a consistent
3    interface.
4         Sometimes standard -- every document that
5    HP referred to had "industry standard" in quotes.
6    So sometimes a standard is as published by an
7    industry organization like IETF or ITU in some
8    cases.
9         The industry practices have evolved to
10   adopt a common set of commands, and so they are also
11   generally referred to as standards.  But they may
12   not be a specific document like an FTP protocol or
13   an OSPF, which are standards published by -- in the
14   documents.  So the definition of "standard" may
15   vary.
16   Q    Got it.
17        So it's possible then, when the exhibits
18   that you just walked through with counsel reference
19   industry standard, they're not referring to a
20   specific set standard by a standards-setting body,
21   but just sort of a general way to describe the type
22   of CLI that HP uses?
23   A    Correct.
24   Q    Now, you would agree with me, sir, that
25   there are multiple ways to implement a specific CLI

```
 1      command, right?
 2           A    Yes, there are multiple ways to implement
 3      CLI.
 4           Q    And different companies can and do, in
 5      fact, create their own CLI commands using different
 6      words and syntaxes, correct?
 7           A    Correct.  The syntax may vary across
 8      vendors.
 9           Q    And I believe you testified earlier that
10      vendors, in some instances, have their own
11      proprietary modifications to the industry standard
12      command line interface, correct?
13           A    Correct.
14           Q    And does HP have its own proprietary
15      commands?
16           A    I'm sure HP has proprietary extensions to
17      the CLI.
18           Q    And in those instances, HP would be using
19      a different CLI command than, for instance, Juniper
20      to configure a network device, correct?
21           A    Correct.  HP syntax would be different and
22      documented.
23           Q    So it's fair to say then that even though
24      a CLI command might be similar across different
25      vendors, they can be different, correct?
```

Page 111

```
 1              MR. SANTACANA:  Objection.  Calls for
 2    opinion testimony.
 3              THE WITNESS:  Either they are the same or
 4    they are different.
 5    BY MR. HOLMES:
 6         Q    Right.  They can be similar but different?
 7         A    The syntax may vary.
 8         Q    Now, you discussed earlier with counsel a
 9    product called Network Automation product.
10              Do you remember that?
11         A    Yes.
12         Q    And that's an HP product?
13         A    Correct.
14         Q    And the analogous product, I believe, that
15    is -- that HP OEMs for Cisco is the Cisco Network
16    Compliance Manager; is that right?
17         A    Correct.
18         Q    Now, the HP Network Automation product,
19    that's not a router, is it?
20         A    No.
21         Q    And it's not a switch, correct?
22         A    No.
23         Q    And I believe your testimony is that the
24    Network Automation product, in fact, supports
25    various network elements, right?
```

1      A   Yes.
2      Q   And so it's fair to say that the Network
3  Automation product is complementary to a router or a
4  switch, correct?
5      A   The Network Automation product is a
6  software product that helps manage the
7  configuration -- changes to the configuration and
8  compliance across multiple vendors.
9      Q   Would it be fair to say that the Network
10 Automation product does not specifically compete in
11 the marketplace with a switch or a router?
12     A   That is correct.  We -- the switch and the
13 router is not competitive to Network Automation.
14     Q   Sir, have you read Cisco's complaint that
15 it filed against Arista?
16     A   No.
17     Q   Have you read any of the Cisco patents
18 that have been asserted against Arista in this case?
19     A   No.
20     Q   You've never, I assume then, read any of
21 the claims that are associated with Cisco's patents
22 that are asserted in this case?
23     A   That's correct.
24     Q   And, sir, you're not a lawyer, are you?
25     A   No.

Page 113