# EXHIBIT F

# EXHIBIT 65 UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1

1                 UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    CISCO SYSTEMS, INC.,          )
                                    )  Civil Action No.
5                   Plaintiff,     )
                                    )  5:14-cv-5344-BLF
6    vs.                           )
                                    )
7    ARISTA NETWORKS, INC.,        )
                                    )
8                   Defendant.     )
     _____/

9

10

11

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13             PURSUANT TO PROTECTIVE ORDER

14

15      VIDEOTAPE DEPOSITION OF MARK EDWARD BERLY

16                 (Taken by Plaintiff)

17             Chapel Hill, North Carolina

18             Tuesday, April 5th, 2016

19

20

21

22

23             Reported in Stenotype by:

24             Judy F. Reins, RMR, CRR

25    Transcript produced by computer-aided transcription

1    refer to it at a couple of points today.

2         A.    Sure.



89

1          Q.     When you say the vendors have to use open

2    standards, what do you mean by that?

3          A.     I'll go back to my BGP protocol, just to

4    kind of keep it consistent.  You know, for my device

5    to talk to another device, either whether it's one

6    of -- an Arista device talking to an Arista device or

7    an Arista device talking to Cisco or Juniper or

8    whoever, you have to have a standardized way of doing

9    stuff.

10         So in the routing space with -- say with BGP

11   as an example, you would have a standardized protocol

12   that everybody implements.  The protocol in the same

13   way obviously the source code and everything is

14   proprietary.  It's something that each company writes,

15   but the way that they talk, the messages that they

16   send are -- should all be the same.  Otherwise they

17   couldn't interoperate.

18         Q.     Are there any standardized protocols for

19   human machine interaction for network devices?

20         A.     Are there any standardized protocols for

21   human -- I don't know of any.

90



155

1          Q.   Do you think it's accurate to use IOS like

2     and industry standard like as synonyms?

3          A.   I never really thought about it.

4          Q.   But you don't think there's anything

5     inaccurate in what you just testified about?

6          A.   It's a great question.

7               MR. FERRALL:  Objection, vague and

8          ambiguous.

9               THE WITNESS:  I think it's a great question.

10         I haven't thought about it, so I don't -- you

11         know, I don't really have a good answer for you.

12         I apologize.

13    BY MR. CANNON:

14         Q.   Is it possible to deviate from the industry

15    standard in the CLI at all?

16         A.   I think what you'll find if you look at the

17    deviations, they're so minor or inconsequential or

18    rely on, you know, command completion that they're

19    really inconsequential.  Would you like me to give you

20    an example?

21         Q.   Yeah, please.

22         A.   Sure.  So we were talking about show, so

23    we'll use your example of show.  What if I change --

24    what if I use the word "showing," so I decide I want

25    to use showing.  The way all the parsers work, they'll

156

1    do command completion.  So S-H-O, S-H-O-W, or

2    S-H-O-W-I-N-G on the system was showing, all would

3    work, just like S-H-O or S-H-O-W would work, or S-H

4    even, on a box that uses show.

5         Q.   A minute ago when you were talking about the

6    Junos as it runs on the MX series, you were talking

7    about the commands aren't, I think it was arranged the

8    same way, is the way you described it.  Do you

9    remember that?

10        A.   Yes.

11        Q.   What did you mean by that?

12        A.   Industry standard looks -- you typically

13   have a lot more, say, on a single line.  It's a little

14   harder to describe when you -- unless you're looking

15   at it, but, where Junos tends to break things up more

16   hierarchically, so they use -- it's just a

17   fundamentally different structure.  If -- if you know

18   the standard words, you can decipher what they're

19   doing, but the way they lay it out is -- is different.

20        Q.   Can you explain more?  Would it be helpful

21   if you had a sheet of paper to illustrate it?

22        A.   Sure.  I mean, I can -- sure, I could -- I

23   could try.

24        Q.   Well, here.  I'll give you a sheet of paper

25   and we can mark this as Exhibit 479.

157

```
 1        A.    All right.

 2              (EXHIBIT 479 WAS MARKED FOR IDENTIFICATION)

 3              MR. FERRALL:  Just wait until he asks

 4        questions.  He's asking you to make an exhibit,

 5        which is rather novel for a fact witness, but

 6        I'll -- I'll wait until I hear the questions, but

 7        he's not asked you to do anything with it right

 8        now.

 9  BY MR. CANNON:

10        Q.    You said that industry standard, you usually

11  have a lot on a single line, but Junos tends to break

12  things up more.  I was wondering if you could

13  illustrate what you meant by that on Exhibit 479.

14              MR. FERRALL:  The question is vague and

15        ambiguous, but if you understand it, you can go

16        ahead.

17              THE WITNESS:  Without using words, just

18        because I don't really know what words he used, I

19        would say this is the way you might see something

20        represented in IOS, each one of those lines being

21        some bit of information.  Junos you might see it

22        represented like this.  But these bits of

23        information, these key words here, typically are

24        the same.  They're just laid out instead of on

25        the single line, more like this, in between these
```

186

1    they were using -- you know, they would have to be

2    configured in the proper way so that they could

3    communicate.

4         Q.    So if the protocol, for example, specifies

5    what information needs to be in the header of a packet

6    for addressing functionality, let's say, the direct

7    type of interoperability would be whether, you know,

8    one machine can read that addressing information in

9    the header from the packet when it's sent by another,

10   and the indirect would be whether or not the users

11   configure the devices to send and receive packets

12   using the same commands.

13        Is that -- am I understanding the

14   distinction correctly?

15        MR. FERRALL:  Objection.  The question is

16        vague and ambiguous, compound.  You can answer.

17        THE WITNESS:  I -- based on my understanding

18        of what you're saying, I believe that we're

19        saying very similar things in that -- maybe if I

20        gave just a very short example, that might help.

21        Let's take a very basic command that, as far

22        as I know, is ubiquities really across every

23        networking operating system out there, and that's

24        IP routing, say.  When you enable IP routing

25        without getting too technical for the box to

187

```
 1          really switch packets from one location to

 2          another location, when it's routing, you have to

 3          have IP space routing on.

 4              If a box as its default, let's just say they

 5          had the exact same commands but the default

 6          settings were different, so on one box, IP

 7          routing is enabled by default.  Then on the other

 8          box, IP routing is disabled by default.  If your

 9          understanding was that IP routing is enabled by

10          default, when you get to the other box, you'll

11          never think to look to see if it's enabled

12          because you just assume it is enabled, and that's

13          a very basic functionality that would basically

14          keep the box from working.

15   BY MR. CANNON:

16          Q.   And it would keep the box -- to follow up on

17   your example -- well, that wouldn't make sense.

18              So to press on that example a little bit, as

19   long as two different devices sent properly formatted

20   IP packets to one another, would it matter if you

21   turned on IP routing with enable IP routing on one

22   device and set IP routing on the other?

23              MR. FERRALL:   Objection, vague and

24          ambiguous, calls for opinion testimony, and

25          incomplete hypothetical.   You can answer the
```

188

1          question.

2                    THE WITNESS:  If you knew that those were

3          the commands that were what you were supposed to

4          type, then theoretically, speculatively, if

5          everything worked fine, I would say that they

6          could.

7    BY MR. CANNON:

8          Q.   And are you aware of a protocol for

9    machine-to-machine communication that lays out the

10   full set of configuration commands that need to be

11   used to configure that protocol on a given device?

12                   MR. FERRALL:  Objection, vague and

13            ambiguous.

14                   THE WITNESS:  Yeah, if you could maybe be

15            more specific in what you're talking about.  I

16            mean, there's hundreds or thousands or tens of

17            thousands of commands.

18   BY MR. CANNON:

19         Q.   I guess that's kind of what I'm getting at

20   is:  Are you aware of a protocol that says, you know,

21   you need to type commands A, B, and C in order to

22   implement this protocol?

23         A.   Well, I think that's where you're getting

24   into the indirect interface or the human-to-machine

25   interface.  And going back to my earlier point that

189

1    the amount of time people have invested and the

2    expectation for a fairly standard CLI or standard

3    interface to the box is really an important --

4    important for them.

5        Q.    It's important because they expect it, not

6    because it's defined in a protocol, though.  Right?

7        A.    It's important because they -- umm.  It's

8    important because it's how they would operate the box.

9    You know, it's -- I'll go back to my, if I don't know

10   where the light switches are at, I'm not going to

11   drive my car at night.

12       Q.    Let's look at -- well, let me -- before you

13   do that, let me ask another question.  In what

14   circumstances is it permissible from a customer

15   perspective in your experience to deviate from the

16   industry standard CLI?

17       A.    Can you -- I don't know that I could answer

18   that.  I really don't have an answer for that, umm.

19       Q.    Is that because my question didn't make

20   sense or because you can't think of a scenario in

21   which that -- doing that would make sense, deviating

22   from that industry standard?

23       A.    Maybe a combination of both.  Yeah, I really

24   don't have an answer for that.  I apologize.  Maybe

25   I'm not sure what you're asking or I don't quite

234

1    probably cost customers or cost customers, you know, a

2    lot of time and money getting things deployed.

3        Q.    Setting aside the specific context of

4    Exhibit 485, when you were at Cisco, were you aware of

5    a central authority for getting new CLI commands

6    approved?

7        A.    There was an alias called "parser police,"

8    and my understanding is it was more of an informal

9    alias.  It's not like you got elected to be on parser

10   police.  And if somebody wanted to implement a

11   command, they would send it to parser police.  That

12   didn't happen many times.  I mean, some got sent; many

13   didn't.

14       Q.    Did you participate in the parser police?

15       A.    I know I subscribed to it.  I may have sent

16   a few emails to it.  Again, the older I get, the

17   shorter the memory becomes.  I apologize.

18       Q.    Not something that sticks in your mind these

19   days?

20       A.    Yeah, no, it wasn't something I actively

21   pursued.  Most of the debates were very trivial in

22   nature and there's a lot of smart people on the alias,

23   and I think many of the debates were really about

24   showing that they were smarter than the other guy and

25   not find any real substance.

235

1        Q.    Like your previous comment about the coders

2    wanting to redo code every time?

3        A.    Correct.  You know, should we put a space;

4    should we put a dash; should we do this; should we do

5    that.  It was very, you know, inconsequential things.

6        Q.    Do those kinds of differences, whether you

7    use a space or dash, matter to how commands are

8    interpreted by a network operating system or network

9    device operating system?

10        A.    Not to the network device itself.  Keep in

11    mind that the commands kind of sit here at the human

12    level, and that's something that the human interprets.

13    On the back side of it, it's going to kick off some

14    process.  That process really doesn't care what the

15    command is.  The command is for a person.

16        Q.    Does the parsing engine that interprets the

17    commands within the operating system care whether or

18    not words are separated by a space or a dash, to use

19    your examples?

20        A.    So I'm not an expert on the parser, so, but

21    as an example, here's something that could be highly

22    annoying and it switched -- I've seen this switched

23    before.  Show mac, space, address-table; or show

24    mac-address table.  So it's the same words, but the

25    hyphen got moved.

236

1                     So if I'm autocompleting, which every

2     network operator does, I mean, like, nobody types the

3     whole command, and -- and so you're typing in "show,"

4     so S-H, mac, or M-A, you know, however short you can

5     get the abbreviation because that's part of being cool

6     as a network operator, getting the shortest, most

7     arcane words you can because that makes -- shows that

8     you're smarter than the next guy.  Right?

9                     So S-H M-A-C space T-A-B.  So show mac tab,

10    so show, but if the space was between mac and address,

11    that would come back as an invalid command because

12    then it would be S-H M-A-C A-D-D dot T-A-B.  Does that

13    make sense?  So the parser, where a space or hyphen

14    would appear would cause a network operator some

15    consternation, yes.

16         Q.   So fair to say that those are trivial

17    differences that were debated on the parser police,

18    but that they impacted the way the parser would

19    actually operate?

20         A.   I don't think it impacts the way the parser

21    operates.  The parser operates the same no matter

22    what.

23         Q.   Fair enough.  Let me rephrase.  Is it fair

24    to say those are trivial differences that were debated

25    on the parser police but they impacted the way a given

1    command would be interpreted by the parser?

2        A.    I believe you could say that.    I'm pretty

3    sure I follow the question, yes, but, I mean, think

4    about the headache that causes as an operator.    I know

5    that one personally 'cause it made me insane.    Based

6    on which version you're running, I can't abbreviate.

7        Q.    Do you remember which version it was that

8    caused you the headache?

9        A.    I don't remember.    I just remember, I wanted

10    to cry several times.

11        Q.    Just curious.    Let's take a look at another

12    document.    Okay.    I have to apologize for this one.

13    For some reason, stuff didn't get stapled, so there's

14    an email and the attachments.    The email is on top.

15    The attachment is stapled underneath it.    I only have

16    one copy.    Sorry.

17        A.    I see what you're saying.

18        MR. FERRALL:    Are you going to mark this as

19    a single exhibit?

20        MR. CANNON:    Yes, it's Exhibit 486 --

21    actually, can we go off record for just a second.

22        THE VIDEOGRAPHER:    Going off the record.

23    The time is 5:08 p.m.

24        (RECESS TAKEN)

25        (EXHIBIT 486 WAS MARKED FOR IDENTIFICATION)

238

1          THE VIDEOGRAPHER:  Going back on the record.

2      The time is 5:09 p.m.

3    BY MR. CANNON:

4      Q.   So the newly stapled Exhibit 486 in front of

5    you is a document that bears Bates numbers ARISTA NDCA

6    12508163 through 71.  I'll ask you to take a moment to

7    look through that and let me know if you recognize it.

8          (WITNESS REVIEWS DOCUMENT)

9      A.   I do recognize this Exhibit 486.

10     Q.   What is Exhibit 486?

277

1          forth with counsel about custodial production and

2          whether or not it should have occurred.

3              In the event that it does happen, we would

4          certainly reserve the right to reopen the

5          deposition, but I don't have any further

6          questions at this point.

7                              EXAMINATION

8    BY MR. FERRALL:

9          Q.   Mr. Berly, I've got one area of questioning

10   I just want to clarify.  Just a second.

11             Do you remember this morning Mr. Cannon

12   asked you some questions about whether at your time at

13   Cisco, Cisco or anyone there had ever told you that

14   its CLI was an industry standard.  You remember that

15   general line of questioning?

16         A.   I do.

17         Q.   Have you ever seen anything in writing from

18   Cisco that indicates that the CLI could be

19   characterized as an industry standard?

20         A.   I have.

21         Q.   What have you seen in writing?

22         A.   So it's appeared on multiple data sheets at

23   presentations.

24         Q.   Presentations for what purpose, to your

25   recollection?

278

1          A.   Customer education, sales education, you

2     know, external facing; some internal, but external

3     facing as well.

4          Q.   What's a data sheet?

5          A.   A data sheet is something that a person

6     would look at to find out what a particular device

7     does, so it lists the characteristics and attributes

8     of that device at -- at a high level.

9          Q.   And who's the intended audience for a data

10    sheet?

11         A.   The customer.

12              MR. FERRALL:   I have no further questions.

13                   FURTHER EXAMINATION

14    BY MR. CANNON:

15         Q.   The documents that you just described are

16    customer-facing documents.  Right?

17         A.   Correct.

18         Q.   Are you aware of any document sent from

19    Cisco to any industry standard setting body describing

20    Cisco to CHI as the standard?

21         A.   No.

22         Q.   And are you aware of any of the data sheets

23    or presentations that you just described as saying

24    that Cisco's CLI is free for the taking?

25         A.   I would describe it as an industry standard.

279

1          MR. CANNON:  Nothing further for me.  I

2      think we were going to note, though, for the

3      record that I think both parties wanted a rough

4      draft of the transcript tonight with a final

5      coming on Friday.

6          MR. FERRALL:  Correct.  Thank you.

7          THE VIDEOGRAPHER:  This concludes the video

8      deposition of Mark Berly.  Time going off the

9      record is 6:29 p.m.

10                 (SIGNATURE RESERVED)

11          (DEPOSITION CONCLUDED AT 6:29 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25