# EXHIBIT H

# EXHIBIT 68
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

Plaintiff,

vs. Case No.

ARISTA NETWORKS, INC., 5:14-cv-5344-BLF

Defendant.

______________________________

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MARK FOSS,

VOLUME I

February 4, 2016

9:32 a.m. - 6:36 p.m.

555 California Street, Suite 1300

Redwood Shores, California

REPORTED BY:

James Beasley

CSR No. 12807, CCR No. 835, RPR

used.

BY MS. CANDIDO:

Q. Which colleagues told you to use the language "industry standard CLI"?

A. I don't remember specifically. It was eight years ago. But it was colleagues within Arista.

Q. At that point in time you were reporting to Mr. Duda; is that correct?

A. Uh-huh, correct.

Q. Would it have been Mr. Duda who told you to use the language "industry standard CLI"?

A. Possibly.

Q. Well, wasn't it the case that Mr. Duda used the phrase "industry standard CLI" to refer to Cisco's CLI?

A. I don't know.

Q. If Mr. Duda testified that he used the phrase "industry standard CLI" to refer to Cisco's CLI, would you have any reason to challenge that?

MR. FERRALL: Objection. Incomplete hypothetical. Calls for speculation. Lacks foundation.

THE WITNESS: Do I have to answer?

MR. FERRALL: You can answer to the extent

you understand the question.

THE WITNESS: Oh.

I -- I don't -- I don't really know.

BY MS. CANDIDO:

Q. Did -- do you have any basis for -- strike that.

To your knowledge, did Cisco ever advance its CLI as an industry standard?

A. I don't know.

Q. To your knowledge, is there a standard setting organization for command-line interfaces?

A. Not to my knowledge.

Q. Do you understand what standard setting organizations are?

A. I understand a few of the standard organizations, yes.

Q. Your data sheet for Arista's products identifies the standards set by standards setting organizations that Arista's products are compliant with, correct?

A. Yes. The IEEE would be the main one I'm familiar with, yeah.

Q. And there's no CLI-related industry standard set by a standard setting body that's identified as a standard that Arista's products are

complying with, correct?

A. I'm not aware.

MR. FERRALL: Objection.

THE WITNESS: Oh, sorry.

MR. FERRALL: Vague and ambiguous. Lacks foundation.

THE WITNESS: I'm -- I'm not aware.

BY MS. CANDIDO:

[redacted]