# EXHIBIT I

# EXHIBIT 70
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3

 4      CISCO SYSTEMS, INC.,

 5                 Plaintiff,

 6           vs.                        Civil Action No.

 7      ARISTA NETWORKS, INC.,          5:14-cv-5344-BLF

 8                 Defendant.

 9     _____

10

11         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12                SUBJECT TO PROTECTIVE ORDER

13

14         VIDEOTAPED DEPOSITION OF HUGH HOLBROOK,

15                         VOLUME I

16

17                    February 19, 2016

18                 10:06 a.m. - 6:39 p.m.

19

20           555 Twin Dolphin Drive, 5th Floor

21                Redwood Shores, California

22

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

83

1    Q.   Uh-huh.
2    A.   I think there are places in the IETF where
3  they require that certain things be configureable,
4  but the IETF does not mandate syntax, to my
5  knowledge.
6    Q.   So to your knowledge, the RFCs that you
7  co-authored and submitted to the IETF do not require
8  any particular CLI commands be used, correct?
9    A.   No.
10   Q.   I'm sorry, that's -- it's correct that
11 they do not require --
12   A.   No, they do not.
13   Q.   Okay.  Do any of the RFCs that you
14 co-authored mandate any particular type of user
15 interface be used?
16   A.   I think that some of the -- some of the
17 RFCs may mandate that some parameters are
18 configurable, but I don't think that there's an
19 indication of how.
20   Q.   So the RFCs that you co-authored do not
21 require a particular type of user interface be used,
22 correct?
23   A.   Not that I'm aware of.
24   Q.   So it would be possible for a network
25 equipment company to comply with the SSM RFC by

```
 1    using a graphical user interface, correct?
 2         A.   Yeah.  As I said before, almost anything
 3    can be done in the realm of computer science with
 4    enough code.  I'm not sure it would be a very
 5    successful product, but I think one could build it.
 6         Q.   And it would be possible for a network
 7    equipment company to comply with the Sparse Mode PIM
 8    RFC by using a graphical user interface, correct?
 9         A.   Yes.  Again, I -- I'm not sure it would be
10    a very successful product in the market space that
11    we're in, but I think one could have a graphical
12    user interface.
13         Q.   Sitting here today, are you aware of any
14    industry standard that has actually been ratified by
15    an industry standard setting organization that
16    requires a use of a particular set of CLI commands?
17         A.   I'm not aware of any.
18         Q.   Are you aware of any industry standard
19    that has actually been ratified by an industry
20    standard setting organization that requires a
21    particular type of user interface?
22         A.   I'm not aware of any standards body that
23    has -- you know, that governs particular user
24    interfaces.  The -- well, the IETF does govern like
25    SNMP and standardizes SNMP implementations and MDS.
```

                                                                    85

1        Q.   You're not aware of any industry standards
2    that requires the use of a graphical user interface
3    versus a command-line interface, for example, to
4    comply with any industry standards set by a
5    standards setting organization, correct?
6        A.   Sorry, you keep using "industry standard."
7    Like are you differentiating that from standard in
8    some way?  I mean...
9        Q.   I'm just trying to be very clear, that's
10   all.
11       A.   Okay.  I find it confusing.
12       Q.   Sorry.
13       A.   Sorry, can you ask your question again.
14       Q.   Are you aware of any industry standards
15   that require the use of a graphical user interface
16   as opposed to a command-line interface to comply
17   with a standard set by a standard setting
18   organization?
19            MR. SILBERT:  Objection.  Vague.
20            THE WITNESS:  Well, let me answer that how
21   I understood it.  I am not aware of any standards
22   that require a command-line interface or a graphical
23   user interface.
24            That have been published by standards
25   bodies, to be -- to be precise.