# EXHIBIT J

# EXHIBIT 72
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                                                                    1

 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2
    CISCO SYSTEMS, INC.,    §
 3                          §
     Plaintiff,             §
 4                          §
    VS.                     §   CIVIL ACTION
 5                          §   NO. 5:14-CV-05344-BLF
    ARISTA NETWORKS, INC., §
 6                          §
     Defendant.             §
 7


 8


 9

10         ORAL AND VIDEOTAPED DEPOSITION OF
                   LORENZ REDLEFSEN
11                 APRIL 15, 2016

12

13      ORAL AND VIDEOTAPED DEPOSITION OF LORENZ

14   REDLEFSEN, produced as a witness at the instance

15   of the Defendant and duly sworn, was taken in the

16   above styled and numbered cause on Friday,

17   April 15, 2016, from 9:10 a.m. to 1:55 p.m.,

18   before Tamara Chapman, CSR, RPR, CCR (LA) in and

19   for the State of Texas, reported by computerized

20   stenotype machine, at the offices of Fish &

21   Richardson, 111 Congress, Suite 810, Austin, Texas,

22   pursuant to the Federal Rules of Civil Procedure

23   and any provisions stated on the record herein.

24

25   Job No. 211181
```

39

1        A.    Specifically, no.

[lines 2-18 redacted]

19       Q.    And what does that mean?
20       A.    Industry standard CLI in the context of a
21  networking device is a CLI that is widely known and
22  implemented by several vendors using well-known
23  commands.
24            MR. WONG:  I'll object that that
25  calls for opinion testimony.

40

1       Q.  (BY MR. HOLMES)  Is there -- are you aware
2   of any standard-setting organization that
3   specifically sets a industry standard CLI?
4           MR. WONG:  Objection; foundation.
5           MR. HOLMES:  What's the objection,
6   Counsel?  I asked if he's aware of one.
7           MR. WONG:  Go ahead and answer the
8   question.
9       A.  No.
10      Q.  (BY MR. HOLMES)  So if you're not aware of
11  a industry standard-setting organization, why do you
12  use the term "industry standard"?
13      A.  It's a term that's widely used in -- in
14  the networking industry to refer to industry standard
15  CLI.
16      Q.  And is there specific -- can I go to the
17  Internet and find the industry standard CLI that
18  you're referring to?
19          MR. WONG:  Objection; vague and
20  ambiguous.
21      A.  Yeah, that's -- you could use Google, I
22  suppose.
23          MR. WONG:  Foundation too.
24      Q.  (BY MR. HOLMES)  And where -- I'm just
25  trying to understand what the industry standard CLI

41

1    is more specifically.  So my question is, if I wanted
2    to go find out -- if I wanted to adopt the industry
3    standard CLI, where would I go to find the industry
4    standard CLI?
5         A.   There isn't a single repository for the
6    Internet -- the industry standard CLI.  You would --
7    you would probably take a network engineering class
8    or work in the field to become aware of it.
9         Q.   Is there any other way to find out what
10   the industry standard CLI is?
11             MR. WONG:  Objection; foundation.
12        A.   I don't think -- not that I know.
13        Q.   (BY MR. HOLMES)  And is the industry
14   standard CLI -- do you know what companies implement
15   the industry standard CLI?
16        A.   I know several networking vendors do.
17        Q.   What are those networking vendors?
18        A.   Well, I don't know the complete list.  But
19   I know that, for example, one implementation is --
20   well, so when you say "the industry standard CLI,"
21   there's a -- you know, there are multiple
22   implementations that -- that implement subsets and
23   supersets of -- of the command set.  And so one
24   implementation is Arista.  Another implementation is
25   Cisco.  Another implementation, I believe, is Foundry