# EXHIBIT AA

# EXHIBIT 3
## UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

John Black, Ph.D. - Confidential
June 30, 2016

```
                    ** CONFIDENTIAL **
           IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF CALIFORNIA



CISCO SYSTEMS, INC.,

        Plaintiff,

v.                                      No. 5:14-cv-05344-BLF

ARISTA NETWORKS, INC.,

        Defendant.

_____/



                    ** CONFIDENTIAL **



         VIDEOTAPED DEPOSITION OF JOHN R. BLACK, Ph.D.

                  THURSDAY, JUNE 30, 2016

                  SAN FRANCISCO, CALIFORNIA
















          DEBORAH MAYER, CSR 9654, RPR CRR CRP CLR

             U.S. LEGAL SUPPORT - SAN FRANCISCO
```

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | to do source code review for you in this case?                         |
|       | 2  |     A.   No.                                                           |
|       | 3  |     Q.   Did you review different versions of Arista's                 |
|       | 4  | EOS source code?                                                       |
| 11:22 | 5  |     A.   No.  The only source code I've reviewed is the                |
|       | 6  | one I have at home on my own computer, and I described                 |
|       | 7  | how I got a hold of it, it's version 4.15 something,                   |
|       | 8  | something.  I do understand that there are other                       |
|       | 9  | versions in the past that Arista has published; I don't                |
| 11:22 | 10 | have access to those.  I think they may be on a computer               |
|       | 11 | over at Kecker, but I have never spent time on that                    |
|       | 12 | computer.                                                              |
|       | 13 |     Q.   Did you ever ask anybody at Kecker to give you                |
|       | 14 | access to that source code review computer?                            |
| 11:23 | 15 |     A.   No.                                                           |
|       | 16 |     Q.   Is there any reason why you didn't do that?                   |
|       | 17 |     A.   In forming my opinions, it never came to mind                 |
|       | 18 | that I would like to see older versions of EOS in order                |
|       | 19 | to arrive at determinations that I have set forth in my                |
| 11:23 | 20 | reports.                                                               |
|       | 21 |     Q.   So, fair to say that you felt confident that                  |
|       | 22 | you could review one version of EOS and still arrive at                |
|       | 23 | accurate opinions in this case?                                        |
|       | 24 |          MR. WONG:  Objection, vague.                                  |
| 11:23 | 25 |     A.   As I said, all of my opinions are based on -- I               |

|       |    |                                                                            |
|-------|----|----------------------------------------------------------------------------|
|       | 1  | mean, okay, stepping back, I don't offer any opinions                      |
|       | 2  | about source code copying, source code similarity.  I                      |
|       | 3  | generally wanted to understand how the parser worked                       |
|       | 4  | primarily around issues around the '526, and that was                      |
| 11:24 | 5  | the majority of my investment in examining source code.                    |
|       | 6  | Had there been allegations of source code copying, I                       |
|       | 7  | absolutely would have wanted to see not only a present                     |
|       | 8  | version and all past versions, I would have wanted to                      |
|       | 9  | see similar past versions of Cisco's source code and its                   |
| 11:24 | 10 | various offerings and so forth.  My opinions don't rely                    |
|       | 11 | in any way on needing to see an array of different past                    |
|       | 12 | releases of EOS source code.                                               |
|       | 13 | BY MR. HOLMES:                                                             |
|       | 14 |     Q.   You do understand that Dr. Almeroth provided an                   |
| 11:24 | 15 | opinion that certain help descriptions were copied, and                    |
|       | 16 | he specifically cited to source code files and lines in                    |
|       | 17 | providing those opinions, correct?                                         |
|       | 18 |     A.   I understand that Cisco has alleged help                          |
|       | 19 | description copying, and that was dropped on Arista on                     |
| 11:25 | 20 | May 27th, I think a week before I had to write my                          |
|       | 21 | Opening Report.  I was aware of it almost immediately                      |
|       | 22 | through Arista's attorneys, and I complained there was                     |
|       | 23 | absolutely no way that I could consider the weight of                      |
|       | 24 | these allegations, given the extreme detail I went to                      |
| 11:25 | 25 | for these other asserted elements, nor did they ask me                     |

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
|       | 1  | to try to make any sort of fully-considered opinion of                   |
|       | 2  | any kind.                                                                |
|       | 3  | I am aware that Dr. Almeroth has included in                             |
|       | 4  | his Opening Report and in his Rebuttal Report references                 |
| 11:25 | 5  | to source code and help descriptions, and he's made some                 |
|       | 6  | vague allegations. As I note in my reports, it was                       |
|       | 7  | hopeless for me to take into consideration the meaning                   |
|       | 8  | of these allegations, the merits of the evidence, most                   |
|       | 9  | of which isn't even available because we haven't done                    |
| 11:26 | 10 | depositions, we don't have discovery on this question, I                 |
|       | 11 | haven't had a chance to do any of the analysis that I've                 |
|       | 12 | done for things like command abstractions and so forth                   |
|       | 13 | on this question.                                                        |
|       | 14 | So yes, to answer your question, I'm aware that                          |
| 11:26 | 15 | he has included this in his reports. But to the extent                   |
|       | 16 | that I have not included it is because I think it's                      |
|       | 17 | basically a hopeless task to make any sort of                            |
|       | 18 | substantive opinion based on the lack of evidence that                   |
|       | 19 | we have.                                                                 |
| 11:26 | 20 | Q.   What more evidence would you need?                                  |
|       | 21 | A.   I would like to conduct an analysis analogous                       |
|       | 22 | to what I've done, let's say, for command abstractions.                  |
|       | 23 | So I would want to say, of these help descriptions, what                 |
|       | 24 | was the first date of their appearance? Who invented                     |
| 11:26 | 25 | them, purportedly invented them? Where did they come                     |

|       |    |                                                                                 |
|-------|----|---------------------------------------------------------------------------------|
|       | 1  | from? Did Arista have them first or did Cisco, or was                           |
|       | 2  | there some preexisting product that had them first?                             |
|       | 3  | I'd want to see deposition testimony that                                       |
|       | 4  | answers these questions by the purported authors of                             |
| 11:27 | 5  | these help descriptions. I would want to do a                                   |
|       | 6  | programmatic analysis to see if if there are common                             |
|       | 7  | expressions found elsewhere on the Web that pre-date                            |
|       | 8  | anyone else's use, Cisco or Arista.                                             |
|       | 9  | So this is a thousand pages of report that I've                                 |
| 11:27 | 10 | produced in a relatively short period of time comprising                        |
|       | 11 | a lot of analysis and citing to a lot of evidence. And                          |
|       | 12 | to almost a full extent, there is no analogous evidence                         |
|       | 13 | available to me on the question of help description                             |
|       | 14 | copying.                                                                        |
| 11:27 | 15 | Q. Did you ever ask anyone at Arista if they                                    |
|       | 16 | copied the help descriptions?                                                   |
|       | 17 | A. Absolutely not. I wouldn't have cause to ask                                 |
|       | 18 | that to -- I don't talk to people at Arista.                                    |
|       | 19 | Q. Did you ever ask Arista's lawyers to allow you                               |
| 11:28 | 20 | to talk to anybody at Arista to do that investigation?                          |
|       | 21 | A. No. When I learned about these allegations, it                               |
|       | 22 | was May 27th, and I had, as you might imagine, some                             |
|       | 23 | other things to pay attention to, given there were seven                        |
|       | 24 | days left in the drafting period.                                               |
| 11:28 | 25 | Q. So if you assume with me that the allegation                                 |

|     |     |
| --- | --- |
|       | 1   that Arista copied these help descriptions is true, and |
|       | 2   I understand that you haven't provided an opinion about |
|       | 3   that.  But if you assume that it's true, wouldn't the |
|       | 4   easiest source of evidence to verify whether or not |
| 11:28 | 5   that's true is just to ask the engineers if they copied |
|       | 6   it or not? |
|       | 7           MR. WONG:  Objection, incomplete hypothetical. |
|       | 8       A.   First of all, I'm uncomfortable making that |
|       | 9   assumption.  But I'll try my best to get myself in that |
| 11:28 | 10  frame of mind. |
|       | 11          There are allegations of copying on a various |
|       | 12  number of elements here.  It has never been my first |
|       | 13  inclination to call up someone and say hey, did you copy |
|       | 14  this?  I think that testimony offered under oath in |
| 11:29 | 15  depositions is something that should be considered.  But |
|       | 16  I also, as you can see from all the work I've done, also |
|       | 17  wanted to do a more principled analysis to see levels of |
|       | 18  overlap and so forth. |
|       | 19          So no, it would not at all be my first |
| 11:29 | 20  inclination to call the Arista lawyers and say hey, |
|       | 21  could you give Cisco (sic) a ring and see if they just |
|       | 22  outright say they copied this stuff.  They may not even |
|       | 23  know. |
|       | 24          MR. WONG:  I think you meant Arista in that |
| 11:29 | 25  answer. |

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | come from you or somewhere else, where did you get it?                 |
|       | 2  | Was that you or somebody else who wrote that?  I often                 |
|       | 3  | won't know the answer to these kinds of questions.  It's               |
|       | 4  | too much in your head.  And you don't index your memory                |
| 11:31 | 5  | in a way that would help you answer it.                                |
|       | 6  |           If something extremely memorable happened when               |
|       | 7  | you cut and pasted as a string from one window to                      |
|       | 8  | another, something like that, maybe you could remember                 |
|       | 9  | that one instance.  Sitting here right now, I can't                    |
| 11:31 | 10 | think of a single specific instance where I've done                    |
|       | 11 | that, and yet I know I have.  So I don't think that it                 |
|       | 12 | would be at all worthwhile to call up Arista engineers                 |
|       | 13 | and say, where did line 1,417 come from?  Did you write                |
|       | 14 | that, or did you cut and paste it from somewhere else?                 |
| 11:32 | 15 | I don't know that anybody could answer such a question.                |
|       | 16 |     Q.  And you haven't endeavored to answer those                     |
|       | 17 | questions of Arista though, correct?                                   |
|       | 18 |         MR. WONG:  Objection, asked and answered.                      |
|       | 19 |     A.  Given that I think it would be a waste of time,                |
| 11:32 | 20 | no I have not.                                                         |
|       | 21 | BY MR. HOLMES:                                                         |
|       | 22 |     Q.  But in a case -- you've read Dr. Almeroth's                    |
|       | 23 | Opening Report, right?                                                 |
|       | 24 |     A.  Yes.                                                           |
| 11:32 | 25 |     Q.  And you've reviewed the evidence that he cited                 |

```
 1   in his report, correct?
 2       A.   To the extent that he cites to evidence I have,
 3   yes.
 4       Q.   And I'm sure you recall there are a number of
 5   public statements and internal statements from Arista
 6   saying that they've copied Cisco, right?
 7            MR. WONG:  Objection, misstates the record.
 8       A.   I don't think those were the exact words.  I've
 9   definitely seen the word "copy," and I've definitely
10   seen the words "IOS," "Cisco," and "industry standard"
11   and other terms around that word copy," yes.
12   BY MR. HOLMES:
13       Q.   Do you recall Dr. Almeroth citing to an Arista
14   executive who said they "slavishly copied Cisco"?
15       A.   I believe you're referring to Dr. Dutta's audio
16   transcript where he uses the word "slavishly" and
17   "copied" in the same sentence, something like that, yes.
18       Q.   You remember that?
19       A.   I do.
20       Q.   So in a case where Arista's CTO has said that
21   "Arista slavishly copied Cisco," you don't think that
22   gives a little bit of context or may suggest that
23   perhaps talking to Arista's engineers might be
24   worthwhile?
25            MR. WONG:  Objection, misstates the record and
```

```
11:53   1   is that I think about all these allegations and the
        2   questions you're asking and so forth.
        3           I'm sorry to add to an already long response,
        4   but these are all my opinions, and I certainly intend to
11:53   5   offer these opinions at trial.  But there may be more
        6   opinions based on this help description thing that's
        7   still pending, and I don't know if, when we get
        8   discovery, I may be asked to opine further, I think if I
        9   am that would be fair game to include as well.  And I
11:53  10   certainly don't know what I would say or even what my
       11   opinions will be around that, sitting here right now.
       12   BY MR. HOLMES:
       13       Q.   Do you have any opinions about Cisco's
       14   allegations of help description copying as you sit here
11:53  15   right now?
       16       A.   I gave you some of those earlier.  My main
       17   reaction is that I want there to be a lot more evidence
       18   before I can even start to undertake an investigation as
       19   to the merits of those allegations.  I offer a few
11:54  20   cursory comments in my Rebuttal Report, having spent
       21   probably 10 total minutes looking at the exhibit that
       22   lists those help description strings.  But I've had
       23   nowhere near enough time to make even a rudimentary
       24   assessment of the merits of those allegations.
11:54  25       Q.   In formulating your opinions in this case, you
```

|    |    |
|----|----|
|       | 1   performed -- I don't know if you want to call it testing |
|       | 2   on certain Cisco and Arista products; is that fair? |
|       | 3         MR. WONG:  Objection, vague. |
|       | 4      A.   I certainly interacted with Cisco and Arista |
| 11:54 | 5   products as part of the work I did, yes. |
|       | 6   BY MR. HOLMES: |
|       | 7      Q.   And how long did you spend interacting with |
|       | 8   Cisco products in formulating your opinions in this |
|       | 9   case? |
| 11:55 | 10     A.   I mean to the extent that my interaction with |
|       | 11  Cisco products reaches back decades, and that in some |
|       | 12  sense, all of my experience with Cisco products helped |
|       | 13  inform my opinions, because I think it was helpful that |
|       | 14  I knew fundamental operation of Cisco products for a |
| 11:55 | 15  long time.  My experience with Arista is much more |
|       | 16  recent.  And so I don't know if you'd like me to sum up |
|       | 17  every moment of experience on Cisco products going back |
|       | 18  to my first experience, or if you want to talk about |
|       | 19  deliberate interactions with Cisco products directed at |
| 11:55 | 20  specific questions regarding a litigation? |
|       | 21     Q.   Well, my question was specifically, about how |
|       | 22  many hours did you spend with Arista (sic) products to |
|       | 23  formulate your opinions in this report -- in these |
|       | 24  reports? |
| 11:55 | 25     A.   So I think you just changed to Arista in |

John D. Blacka, Ph.D. - Confidential
June 30, 2016
110

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | that question.                                               |
|       | 2  |     MR. HOLMES: I'm sorry, let me re-ask the |
|       | 3  | question then.                                               |
|       | 4  | BY MR. HOLMES:                                               |
| 11:56 | 5  |     Q. How many hours did you spend interacting with |
|       | 6  | Cisco switches in order to formulate your opinions that      |
|       | 7  | are in these two reports?                                    |
|       | 8  |     A. I'm sorry to be repetitive. Am I to exclude |
|       | 9  | interactions with Cisco products before I was engaged        |
| 11:56 | 10 | with this litigation?                                        |
|       | 11 |     Q. Well, my question is just, whatever you relied |
|       | 12 | on to formulate your opinions in this case, if that          |
|       | 13 | happened to be something you did previously, I would         |
|       | 14 | like to hear that as well.                                   |
| 11:56 | 15 |     A. Okay. So when I first learned the basics of |
|       | 16 | the Cisco CLI a long time ago, I think I rely on that,       |
|       | 17 | because I didn't have to relearn that to start my            |
|       | 18 | investigations and to be able to have some facility in       |
|       | 19 | my interactions with Cisco devices when I was retained       |
| 11:56 | 20 | in this matter. And so I would count all of it. That         |
|       | 21 | might be a stretch. Maybe there's some things I did          |
|       | 22 | that really don't need to be done. But I would say, I        |
|       | 23 | don't know, hundreds of hours if not more than a             |
|       | 24 | thousand hours.                                              |
| 11:57 | 25 |     Q. And how much time did you spend interacting |