Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF (NC) <br><br> **CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS** |

1  Pursuant to the Court's request in chambers on September 9, 2016, Plaintiff Cisco
2  Systems, Inc. ("Cisco") hereby respectfully submits its list of protectable elements
3  from its copyrighted works in Exhibit 1, which has been concurrently filed herewith.

Dated:  September 27, 2016                    Respectfully submitted,

                                              /s/ Sean S. Pak_____

                                              Kathleen Sullivan (SBN 242261)
                                              kathleensullivan@quinnemanuel.com
                                              QUINN EMANUEL URQUHART &
                                              SULLIVAN LLP
                                              51 Madison Avenue, 22nd Floor
                                              New York, NY 10010
                                              Telephone: (212) 849-7000
                                              Facsimile: (212) 849-7100

                                              Sean S. Pak (SBN 219032)
                                              seanpak@quinnemanuel.com
                                              Amy H. Candido (SBN 237829)
                                              amycandido@quinnemanuel.com
                                              John M. Neukom (SBN 275887)
                                              johnneukom@quinnemanuel.com.
                                              QUINN EMANUEL URQUHART &
                                              SULLIVAN LLP
                                              50 California Street, 22nd Floor
                                              San Francisco, CA 94111
                                              Telephone: (415) 875-6600
                                              Facsimile: (415) 875-6700

                                              David Nelson (*admitted pro hac vice*)
                                              davenelson@quinnemanuel.com
                                              QUINN EMANUEL URQUHART &
                                              SULLIVAN LLP
                                              500 W Madison St, Suite 2450
                                              Chicago, IL 60661
                                              Telephone: (312) 705-7465
                                              Facsimile: (312) 705 7401

                                              Steven Cherny *admitted pro hac vice)*
                                              steven.cherny@kirkland.com
                                              KIRKLAND & ELLIS LLP
                                              601 Lexington Avenue
                                              New York, New York 10022
                                              Telephone: (212) 446-4800
                                              Facsimile: (212) 446-4900

                                              Adam R. Alper (SBN 196834)
                                              adam.alper@kirkland.com
                                              KIRKLAND & ELLIS LLP
                                              555 California Street

|   |   |
|---|---|
| 1 | San Francisco, California  94104 |
| 2 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 3 | Michael W. De Vries (SBN 211001) |
| 4 | michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 5 | 333 South Hope Street<br>Los Angeles, California 90071 |
| 6 | Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |
| 7 | *Attorneys for Plaintiff Cisco Systems, Inc.* |

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document and that I have concurrence in the filing of this document from the signatory identified above.

*/s/ Andrew M. Holmes*