# EXHIBIT 1

# (Part 1 of 2)

## CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

# TABLE OF CONTENTS

CISCO'S COPYRIGHTED WORKS ................................................................................. 1

MULTIWORD COMMAND EXPRESSIONS ............................................................... 2

MODES & PROMPTS ....................................................................................................... 34

HIERARCHIES ................................................................................................................... 36

COMMAND RESPONSES ............................................................................................... 80

HELP DESCRIPTIONS ..................................................................................................... 97

TECHNICAL DOCUMENTATION .............................................................................. 112

## CISCO'S COPYRIGHTED WORKS

Cisco alleges that defendant Arista Networks, Inc. ("Arista") copied Cisco's copyrighted command-line user interface ("user interface") and associated technical documents.  As set forth in Cisco's analytic dissection briefing, Cisco's user interface includes a set of textual expressions by which a human operator uses text-based expressions to interact with, manage, and configure networking equipment such as routers and switches, as well as the textual responses the user receives in those interactions.  In fashioning its copyright claims, Cisco has already filtered out unprotectable elements of its user interface and technical documentation that Arista has copied such as single word command expressions.  Cisco asserts that Arista unlawfully copied protectable elements of its user interface and protectable portions of its technical documentation.  Specifically, Cisco contends that the following five categories of protectable elements from its user interface, all of which together make up the look and feel of Cisco's user interface, should be included in a comparison between Cisco's copyrighted user interface and Arista's infringing user interface: (1) multiword command expressions, (2) command modes and prompts, (3) command hierarchies, (4) command responses/outputs, and (5) help descriptions.  Cisco also contends that specific portions of its technical documents/user manuals that explain the operation of Cisco's user interface also are protectable.  For each category, Cisco has identified the protectable elements below.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## MULTIWORD COMMAND EXPRESSIONS

Cisco contends that the following multiword command expressions are protectable elements of Cisco's user interface as individual command expressions and as collections of multiword command expressions associated with specific operating systems, identified below as IOS, IOS-XR, IOS-XE, and NX-OS.  As reflected in the tables below, many multiword commands appear in more than one Cisco operating system.  Further, some commands are associated with different networking protocols, *e.g.*, OSPFv2 or OSPFv3, which are policies comprised of rules, procedures, and formats that define how devices communicate with each other.  For purposes of this submission, where a multiword command is associated with more than one networking protocol, Cisco has listed the command expression once per operating system so as to avoid any confusion.  For example, the "area nssa" multiword command expression can be used for OSPFv2 or OSPFv3, but Cisco lists that command once as "area nssa."

As set forth in Cisco's analytic dissection brief, Cisco's multiword command expressions are typed into Cisco's user interface by system operators and are then displayed on a computer screen that is connected to a networking device such as a switch or router.  Cisco engineers could have chosen a graphical user interface (as other vendors have done), Linux interfaces (like Arista's alternative approach, which is used by 20% of its customers), or selected any number of different word combinations for each of the multiword command expressions listed below (as other vendors have done).  Further, the development of Cisco's multiword command expressions was the result of a creative process within the company and the professional judgment of Cisco employees.  As the Court's summary judgment order states:  "In *CDN Inc. v. Kapes*, 197 F.3d 1256, 1260 (9th Cir. 1999), a case involving collectible coins, the plaintiff's employees relied upon coin publications, real-world transactions, supply and demand projections, analyze the effect of the economy and foreign policies to determine the wholesale prices of coins. The Ninth Circuit found that prices in

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

CDN's price guides were copyrightable because CDN used its judgment to create the prices." Dkt. 482 at 12. The Court's order then quotes the following passage from *CDN*:

> [W]hat is important is the fact that [parties] arrive at the prices they list through a process that involves using their judgment to distill and extrapolate from factual data. It is simply not a process through which they discover a preexisting historical fact, but rather a process by which they create a price which, in their best judgment, represents the value of an item as closely as possible…This *process* imbues the prices listed with sufficient creativity and originality to make them copyrightable.

*Id.* at 13 (emphasis added by the Court). The Court thereafter concluded:

> The fact that CDN used a process to determine, in its judgment, the value of coins was enough for the Ninth Circuit to find CDN's prices were copyrightable. The Ninth Circuit did not engage in an analysis of each and every price CDN calculated to determine if it possessed a minimal degree of creativity and originality. . . . Arista misreads *CDN* as it applies to this case. If Cisco copied historical commands, without more, there may be merit to Arista's argument. Cisco has provided evidence that it used its own judgment and expertise in arriving at multi word commands. Second, Cisco's attempt to rely on a process is not an end-around the statutory presumption applied to timely copyright registrations because Cisco has pointed to several pieces of evidence indicating that there was a creative process in place.

*Id.* (internal quotation marks, citations, and brackets omitted). As in *CDN*, Cisco's multiword command expressions resulted from a creative process.

<u>IOS</u>

| |
|---|
| aaa accounting |
| aaa authentication login |
| aaa authorization config-commands |
| aaa authorization console |
| aaa group server radius |
| aaa group server tacacs+ |
| address-family |
| aggregate-address |
| area default-cost |
| area nssa |
| area nssa default- information-originate |
| area nssa no-summary |
| area nssa translate type7 always |
| area range |
| area stub |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| arp timeout |
| banner login |
| banner motd |
| bfd all-interfaces |
| bgp client-to-client reflection |
| bgp cluster-id |
| bgp confederation identifier |
| bgp confederation peers |
| bgp listen limit |
| bgp log-neighbor-changes |
| bgp redistribute-internal |
| boot system |
| channel-group |
| clear arp-cache |
| clear counters |
| clear ip bgp |
| clear ip igmp group |
| clear ip mroute |
| clear ip msdp sa-cache |
| clear ip nat translation |
| clear ip ospf neighbor |
| clear ipv6 neighbors |
| clear ipv6 ospf force-spf |
| clear lldp counters |
| clear lldp table |
| clear mac-address-table dynamic |
| clock set |
| clock timezone |
| control-plane |
| default-information originate |
| default-metric |
| distance bgp |
| domain-id |
| dot1x max-reauth-req |
| dot1x pae authenticator |
| dot1x port-control |
| dot1x reauthentication |
| dot1x system-auth-control |
| dot1x timeout quiet-period |
| dot1x timeout reauth-period |
| dot1x timeout tx-period |
| enable secret |
| erase startup-config |
| errdisable detect cause link- flap |
| errdisable recovery cause |
| errdisable recovery interval |

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| flowcontrol receive |
| flowcontrol send |
| interface loopback |
| interface port-channel |
| interface vlan |
| ip access-group |
| ip access-list |
| ip access-list standard |
| ip address |
| ip as-path access-list |
| ip community-list expanded |
| ip community-list standard |
| ip dhcp smart-relay |
| ip dhcp snooping |
| ip dhcp snooping information option |
| ip dhcp snooping vlan |
| ip domain lookup |
| ip domain name |
| ip extcommunity-list expanded |
| ip extcommunity-list standard |
| ip helper-address |
| ip host |
| ip http client source-interface |
| ip icmp redirect |
| ip igmp last-member-query- count |
| ip igmp last-member-query- interval |
| ip igmp query-interval |
| ip igmp query-max-response- time |
| ip igmp snooping |
| ip igmp snooping querier |
| ip igmp snooping vlan |
| ip igmp snooping vlan immediate-leave |
| ip igmp snooping vlan mrouter |
| ip igmp snooping vlan static |
| ip igmp static-group |
| ip igmp version |
| ip load-sharing |
| ip local-proxy-arp |
| ip msdp cache-sa-state |
| ip msdp default-peer |
| ip msdp description |
| ip msdp keepalive |
| ip msdp mesh-group |
| ip msdp originator-id |
| ip msdp peer |
| ip msdp sa-filter in |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| ip msdp sa-filter out |
| ip msdp sa-limit |
| ip msdp shutdown |
| ip msdp timer |
| ip multicast boundary |
| ip multicast-routing |
| ip name-server |
| ip nat pool |
| ip nat translation tcp-timeout |
| ip nat translation udp-timeout |
| ip ospf authentication |
| ip ospf authentication-key |
| ip ospf bfd |
| ip ospf cost |
| ip ospf dead-interval |
| ip ospf hello-interval |
| ip ospf message-digest-key |
| ip ospf name-lookup |
| ip ospf network |
| ip ospf priority |
| ip ospf retransmit-interval |
| ip ospf shutdown |
| ip ospf transmit-delay |
| ip pim bfd |
| ip pim bsr-border |
| ip pim bsr-candidate |
| ip pim dr-priority |
| ip pim log-neighbor-changes |
| ip pim neighbor-filter |
| ip pim query-interval |
| ip pim register-source |
| ip pim rp-address |
| ip pim rp-candidate |
| ip pim sparse-mode |
| ip pim spt-threshold |
| ip pim spt-threshold group-list |
| ip pim ssm range |
| ip prefix-list |
| ip protocol |
| ip proxy-arp |
| ip radius source-interface |
| ip rip v2-broadcast |
| ip route |
| ip routing |
| ip tacacs source-interface |
| ipv6 access-list |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| ipv6 address |
| ipv6 dhcp relay destination |
| ipv6 enable |
| ipv6 host |
| ipv6 access-group |
| ipv6 nd managed-config-flag |
| ipv6 nd ns-interval |
| ipv6 nd other-config-flag |
| ipv6 nd prefix |
| ipv6 nd ra interval |
| ipv6 nd ra lifetime |
| ipv6 nd ra suppress |
| ipv6 nd reachable-time |
| ipv6 nd router-preference |
| ipv6 neighbor |
| ipv6 ospf area |
| ipv6 ospf cost |
| ipv6 ospf dead-interval |
| ipv6 ospf hello-interval |
| ipv6 ospf network |
| ipv6 ospf priority |
| ipv6 ospf retransmit-interval |
| ipv6 ospf transmit-delay |
| ipv6 prefix-list |
| ipv6 route |
| ipv6 router ospf |
| ipv6 unicast-routing |
| isis hello-interval |
| isis hello-multiplier |
| isis lsp-interval |
| isis metric |
| isis priority |
| is-type |
| lacp port-priority |
| lacp rate |
| lacp system-priority |
| link state group |
| link state track |
| lldp holdtime |
| lldp receive |
| lldp reinit |
| lldp run |
| lldp timer |
| lldp tlv-select |
| lldp transmit |
| load interval |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| log-adjacency-changes |
| logging host |
| mac access-group |
| mac address-table aging-time |
| mac address-table static |
| mac-address |
| maximum-paths |
| neighbor activate |
| neighbor allowas-in |
| neighbor default-originate |
| neighbor description |
| neighbor ebgp-multihop |
| neighbor fall-over bfd |
| neighbor local-as |
| neighbor next-hop-self |
| neighbor password |
| neighbor peer-group |
| neighbor remote-as |
| neighbor remove-private-as |
| neighbor route-map |
| neighbor route-reflector- client |
| neighbor send-community |
| neighbor shutdown |
| neighbor soft-reconfiguration |
| neighbor timers |
| neighbor transport connection-mode |
| neighbor update-source |
| neighbor weight |
| network area |
| no snmp-server |
| ntp authenticate |
| ntp authentication-key |
| ntp server |
| ntp source |
| ntp trusted-key |
| passive-interface |
| passive-interface default |
| port-channel load-balance |
| port-channel min-links |
| ptp priority1 |
| ptp priority2 |
| private-vlan |
| private-vlan mapping |
| radius-server deadtime |
| radius-server host |
| radius-server key |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| radius-server retransmit |
| radius-server timeout |
| redundancy force-switchover |
| route-map |
| router bgp |
| router isis |
| router ospf |
| router rip |
| router-id |
| routing-context vrf |
| service sequence-numbers |
| set-overload-bit |
| show aaa method-lists |
| show aaa sessions |
| show arp |
| show bfd neighbors |
| show clock |
| show dot1q-tunnel |
| show dot1x |
| show dot1x all summary |
| show dot1x statistics |
| show environment all |
| show environment cooling |
| show environment temperature |
| show etherchannel |
| show hosts |
| show interfaces |
| show interfaces capabilities |
| show interfaces description |
| show interfaces flowcontrol |
| show interfaces private-vlan mapping |
| show interfaces status |
| show interfaces switchport |
| show interfaces switchport backup |
| show interfaces transceiver |
| show interfaces trunk |
| show inventory |
| show ip access-lists |
| show ip arp |
| show ip bgp |
| show ip bgp community |
| show ip bgp neighbors |
| show ip bgp neighbors |
| show ip bgp paths |
| show ip bgp peer-group |
| show ip bgp regexp |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show ip bgp summary |
| show ip community-list |
| show ip dhcp snooping |
| show ip extcommunity-list |
| show ip helper-address |
| show ip igmp groups |
| show ip igmp interface |
| show ip igmp snooping |
| show ip igmp snooping groups |
| show ip igmp snooping mrouter |
| show ip igmp snooping querier |
| show ip interface |
| show ip interface brief |
| show ip mfib |
| show ip mroute |
| show ip mroute count |
| show ip msdp peer |
| show ip msdp rpf-peer |
| show ip msdp sa-cache |
| show ip msdp summary |
| show ip nat translations |
| show ip ospf |
| show ip ospf border-routers |
| show ip ospf database database-summary |
| show ip ospf interface |
| show ip ospf neighbor |
| show ip ospf request-list |
| show ip ospf retransmission- list |
| show ip pim interface |
| show ip pim neighbor |
| show ip pim rp |
| show ip pim rp-hash |
| show ip prefix-list |
| show ip rip database |
| show ip rip neighbors |
| show ip route |
| show ip route summary |
| show ip route tag |
| show ipv6 access-list |
| show ipv6 bgp community |
| show ipv6 interface |
| show ipv6 neighbors |
| show ipv6 ospf |
| show ipv6 ospf border- routers |
| show ipv6 ospf interface |
| show ipv6 ospf neighbor |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show ipv6 prefix-list |
| show ipv6 route |
| show ipv6 route summary |
| show ipv6 route tag |
| show isis database |
| show isis topology |
| show link state group |
| show lldp |
| show lldp neighbors |
| show lldp traffic |
| show mac access-list |
| show mac address-table |
| show mac address-table aging time |
| show module |
| show monitor session |
| show ntp associations |
| show ntp status |
| show policy-map control-plane |
| show policy-map interface |
| show port-security |
| show port-security address |
| show privilege |
| show redundancy states |
| show reload |
| show route-map |
| show snmp |
| show snmp chassis |
| show snmp community |
| show snmp contact |
| show snmp engineID |
| show snmp group |
| show snmp host |
| show snmp location |
| show snmp mib |
| show snmp user |
| show snmp view |
| show spanning-tree |
| show spanning-tree mst |
| show spanning-tree mst configuration |
| show storm-control |
| show tacacs |
| show track |
| show version |
| show vlan |
| show vrf |
| show vrrp |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| snmp trap link-status |
| snmp-server chassis-id |
| snmp-server community |
| snmp-server contact |
| snmp-server enable traps |
| snmp-server engineID local |
| snmp-server engineID remote |
| snmp-server group |
| snmp-server host |
| snmp-server location |
| snmp-server source-interface |
| snmp-server user |
| snmp-server view |
| spanning-tree bpdufilter |
| spanning-tree bpduguard |
| spanning-tree cost |
| spanning-tree guard |
| spanning-tree link-type |
| spanning-tree loopguard default |
| spanning-tree mode |
| spanning-tree mst configuration |
| spanning-tree portfast bpdufilter default |
| spanning-tree portfast bpduguard default |
| spanning-tree port-priority |
| spanning-tree transmit hold-count |
| spanning-tree vlan |
| spf-interval |
| storm-control |
| switchport access vlan |
| switchport backup interface |
| switchport mode |
| switchport port-security |
| switchport port-security maximum |
| switchport private-vlan mapping |
| switchport trunk allowed vlan |
| switchport trunk native vlan |
| switchport vlan mapping |
| tacacs-server host |
| tacacs-server key |
| tacacs-server timeout |
| terminal monitor |
| timers basic |
| timers bgp |
| timers lsa arrival |
| timers throttle lsa all |
| timers throttle spf |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| vlan internal allocation policy |
|---|
| vrf definition |
| vrf forwarding |
| vrrp authentication |
| vrrp delay reload |
| vrrp description |
| vrrp ip |
| vrrp ip secondary |
| vrrp preempt |
| vrrp priority |
| vrrp shutdown |
| vrrp timers advertise |

## IOS-XR

| aaa accounting |
|---|
| aaa authentication login |
| aaa group server radius |
| aaa group server tacacs+ |
| address-family |
| aggregate-address |
| arp timeout |
| banner login |
| banner motd |
| bgp client-to-client reflection |
| bgp cluster-id |
| bgp confederation identifier |
| bgp confederation peers |
| bgp log-neighbor-changes |
| bgp redistribute-internal |
| channel-group |
| clear arp-cache |
| clear counters |
| clear ipv6 neighbors |
| clear lldp counters |
| clear lldp table |
| clock set |
| clock timezone |
| control-plane |
| default-information originate |
| default-metric |
| distance bgp |
| domain-id |
| interface loopback |
| ip access-list |
| ip address |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| ip as-path access-list |
| ip domain lookup |
| ip helper-address |
| ip host |
| ip multicast-routing |
| ip ospf cost |
| ip ospf message-digest-key |
| ip pim rp-address |
| ip pim sparse-mode |
| ip pim spt-threshold |
| ip prefix-list |
| ipv6 access-list |
| ipv6 address |
| ipv6 enable |
| ipv6 access-group |
| ipv6 nd managed-config-flag |
| ipv6 nd ns-interval |
| ipv6 nd other-config-flag |
| ipv6 nd prefix |
| ipv6 nd ra interval |
| ipv6 nd ra lifetime |
| ipv6 nd reachable-time |
| ipv6 neighbor |
| ipv6 prefix-list |
| isis hello-interval |
| is-type |
| lacp system-priority |
| lldp holdtime |
| lldp reinit |
| lldp timer |
| lldp tlv-select |
| load interval |
| log-adjacency-changes |
| logging host |
| mac-address |
| maximum-paths |
| neighbor ebgp-multihop |
| neighbor password |
| network area |
| no snmp-server |
| policy-map type qos |
| ptp priority1 |
| ptp priority2 |
| radius-server deadtime |
| radius-server host |
| radius-server key |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| radius-server retransmit |
| radius-server timeout |
| route-map |
| router bgp |
| router isis |
| router ospf |
| router rip |
| router-id |
| set-overload-bit |
| show arp |
| show clock |
| show environment all |
| show environment power |
| show environment temperature |
| show hosts |
| show interfaces |
| show inventory |
| show ip bgp |
| show ip interface |
| show ip interface brief |
| show ip ospf |
| show ip route |
| show ipv6 access-list |
| show ipv6 interface |
| show ipv6 neighbors |
| show ipv6 prefix-list |
| show isis database |
| show isis interface |
| show isis topology |
| show lacp counters |
| show lldp |
| show lldp neighbors |
| show lldp traffic |
| show module |
| show monitor session |
| show ntp associations |
| show ntp status |
| show policy-map interface |
| show radius |
| show redundancy states |
| show snmp |
| show snmp engineID |
| show snmp group |
| show snmp host |
| show snmp mib |
| show snmp user |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show snmp view |
| show spanning-tree mst |
| show spanning-tree mst configuration |
| show spanning-tree mst interface |
| show tacacs |
| show track |
| show version |
| show vlan |
| show vrf |
| show vrrp |
| snmp trap link-status |
| snmp-server chassis-id |
| snmp-server community |
| snmp-server contact |
| snmp-server enable traps |
| snmp-server engineID local |
| snmp-server engineID remote |
| snmp-server group |
| snmp-server host |
| snmp-server location |
| snmp-server user |
| snmp-server view |
| spf-interval |
| storm-control |
| tacacs-server host |
| tacacs-server key |
| tacacs-server timeout |
| terminal monitor |
| timers basic |
| timers bgp |
| timers lsa arrival |
| timers throttle lsa all |
| timers throttle spf |
| vrrp delay reload |
| vrrp ip |
| vrrp preempt |
| vrrp priority |

IOS-XE

| |
|---|
| aaa accounting |
| aaa accounting dot1x |
| aaa authentication login |
| aaa authorization config-commands |
| aaa authorization console |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| aaa group server radius |
| aaa group server tacacs+ |
| address-family |
| aggregate-address |
| area default-cost |
| area nssa |
| area range |
| area stub |
| arp timeout |
| banner login |
| banner motd |
| bfd all-interfaces |
| bgp client-to-client reflection |
| bgp cluster-id |
| bgp confederation identifier |
| bgp confederation peers |
| bgp listen limit |
| bgp log-neighbor-changes |
| bgp redistribute-internal |
| boot system |
| channel-group |
| clear arp-cache |
| clear counters |
| clear ip bgp |
| clear ip igmp group |
| clear ip mroute |
| clear ip msdp sa-cache |
| clear ip nat translation |
| clear ipv6 neighbors |
| clear ipv6 ospf force-spf |
| clear lldp counters |
| clear lldp table |
| clock set |
| clock timezone |
| control-plane |
| default-information originate |
| default-metric |
| distance bgp |
| domain-id |
| dot1x max-reauth-req |
| dot1x pae authenticator |
| dot1x port-control |
| dot1x reauthentication |
| dot1x system-auth-control |
| dot1x timeout quiet-period |
| dot1x timeout reauth-period |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| dot1x timeout tx-period |
| enable secret |
| erase startup-config |
| errdisable recovery cause |
| errdisable recovery interval |
| flowcontrol receive |
| flowcontrol send |
| interface ethernet |
| interface loopback |
| interface port-channel |
| interface vlan |
| ip access-group |
| ip access-list |
| ip access-list standard |
| ip address |
| ip as-path access-list |
| ip community-list expanded |
| ip community-list standard |
| ip dhcp smart-relay |
| ip dhcp smart-relay global |
| ip dhcp snooping |
| ip dhcp snooping information option |
| ip dhcp snooping vlan |
| ip domain lookup |
| ip domain name |
| ip extcommunity-list expanded |
| ip extcommunity-list standard |
| ip helper-address |
| ip host |
| ip http client source-interface |
| ip icmp redirect |
| ip igmp last-member-query- count |
| ip igmp last-member-query- interval |
| ip igmp query-interval |
| ip igmp query-max-response- time |
| ip igmp snooping |
| ip igmp snooping querier |
| ip igmp snooping vlan |
| ip igmp snooping vlan immediate-leave |
| ip igmp snooping vlan mrouter |
| ip igmp snooping vlan static |
| ip igmp static-group |
| ip igmp version |
| ip load-sharing |
| ip local-proxy-arp |
| ip msdp cache-sa-state |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| ip msdp default-peer |
| ip msdp description |
| ip msdp keepalive |
| ip msdp mesh-group |
| ip msdp originator-id |
| ip msdp peer |
| ip msdp sa-filter in |
| ip msdp sa-filter out |
| ip msdp sa-limit |
| ip msdp shutdown |
| ip msdp timer |
| ip multicast boundary |
| ip multicast-routing |
| ip name-server |
| ip nat pool |
| ip nat translation tcp-timeout |
| ip nat translation udp-timeout |
| ip ospf authentication |
| ip ospf authentication-key |
| ip ospf bfd |
| ip ospf cost |
| ip ospf dead-interval |
| ip ospf hello-interval |
| ip ospf message-digest-key |
| ip ospf name-lookup |
| ip ospf network |
| ip ospf priority |
| ip ospf retransmit-interval |
| ip ospf shutdown |
| ip ospf transmit-delay |
| ip pim bsr-border |
| ip pim bsr-candidate |
| ip pim dr-priority |
| ip pim log-neighbor-changes |
| ip pim neighbor-filter |
| ip pim query-interval |
| ip pim register-source |
| ip pim rp-address |
| ip pim rp-candidate |
| ip pim sparse-mode |
| ip pim spt-threshold |
| ip pim ssm range |
| ip prefix-list |
| ip proxy-arp |
| ip radius source-interface |
| ip rip v2-broadcast |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| ip route |
| ip routing |
| ip tacacs source-interface |
| ipv6 access-list |
| ipv6 address |
| ipv6 dhcp relay destination |
| ipv6 enable |
| ipv6 host |
| ipv6 access-group |
| ipv6 nd managed-config-flag |
| ipv6 nd ns-interval |
| ipv6 nd other-config-flag |
| ipv6 nd prefix |
| ipv6 nd ra interval |
| ipv6 nd ra lifetime |
| ipv6 nd ra suppress |
| ipv6 nd reachable-time |
| ipv6 nd router-preference |
| ipv6 neighbor |
| ipv6 ospf area |
| ipv6 ospf cost |
| ipv6 ospf dead-interval |
| ipv6 ospf hello-interval |
| ipv6 ospf network |
| ipv6 ospf priority |
| ipv6 ospf retransmit-interval |
| ipv6 ospf transmit-delay |
| ipv6 prefix-list |
| ipv6 route |
| ipv6 router ospf |
| ipv6 unicast-routing |
| isis hello-interval |
| isis hello-multiplier |
| isis lsp-interval |
| isis metric |
| isis priority |
| is-type |
| lacp port-priority |
| lacp rate |
| lacp system-priority |
| link state group |
| link state track |
| lldp holdtime |
| lldp timer |
| lldp transmit |
| load interval |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| log-adjacency-changes |
| logging host |
| mac access-group |
| mac address-table aging-time |
| mac address-table static |
| mac-address |
| maximum-paths |
| neighbor activate |
| neighbor allowas-in |
| neighbor default-originate |
| neighbor description |
| neighbor ebgp-multihop |
| neighbor fall-over bfd |
| neighbor local-as |
| neighbor next-hop-self |
| neighbor password |
| neighbor peer-group |
| neighbor remote-as |
| neighbor remove-private-as |
| neighbor route-map |
| neighbor route-reflector- client |
| neighbor send-community |
| neighbor shutdown |
| neighbor soft-reconfiguration |
| neighbor timers |
| neighbor update-source |
| neighbor weight |
| network area |
| no snmp-server |
| ntp authenticate |
| ntp authentication-key |
| ntp server |
| ntp source |
| ntp trusted-key |
| passive-interface |
| passive-interface default |
| port-channel load-balance |
| port-channel min-links |
| ptp priority1 |
| ptp priority2 |
| private-vlan |
| private-vlan mapping |
| radius-server deadtime |
| radius-server host |
| radius-server key |
| radius-server retransmit |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| radius-server timeout |
| redundancy force-switchover |
| route-map |
| router bgp |
| router isis |
| router ospf |
| router rip |
| router-id |
| routing-context vrf |
| service sequence-numbers |
| set-overload-bit |
| show aaa method-lists |
| show aaa sessions |
| show arp |
| show bfd neighbors |
| show clock |
| show dot1x |
| show dot1x statistics |
| show environment all |
| show environment cooling |
| show environment temperature |
| show etherchannel |
| show hosts |
| show interfaces |
| show interfaces capabilities |
| show interfaces description |
| show interfaces flowcontrol |
| show interfaces private-vlan mapping |
| show interfaces status |
| show interfaces switchport |
| show interfaces switchport backup |
| show interfaces transceiver |
| show interfaces trunk |
| show inventory |
| show ip access-lists |
| show ip arp |
| show ip bgp |
| show ip bgp community |
| show ip bgp neighbors |
| show ip bgp neighbors |
| show ip bgp paths |
| show ip bgp peer-group |
| show ip bgp regexp |
| show ip bgp summary |
| show ip community-list |
| show ip dhcp snooping |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show ip extcommunity-list |
| show ip helper-address |
| show ip igmp groups |
| show ip igmp interface |
| show ip igmp snooping |
| show ip igmp snooping groups |
| show ip igmp snooping mrouter |
| show ip interface |
| show ip interface brief |
| show ip mfib |
| show ip mroute |
| show ip mroute count |
| show ip msdp peer |
| show ip msdp rpf-peer |
| show ip msdp sa-cache |
| show ip msdp summary |
| show ip nat translations |
| show ip ospf |
| show ip ospf border-routers |
| show ip ospf database database-summary |
| show ip ospf interface |
| show ip ospf neighbor |
| show ip ospf request-list |
| show ip ospf retransmission- list |
| show ip pim interface |
| show ip pim neighbor |
| show ip pim rp |
| show ip pim rp-hash |
| show ip prefix-list |
| show ip rip database |
| show ip rip neighbors |
| show ip route |
| show ip route summary |
| show ipv6 access-list |
| show ipv6 interface |
| show ipv6 neighbors |
| show ipv6 ospf |
| show ipv6 ospf border- routers |
| show ipv6 ospf interface |
| show ipv6 ospf neighbor |
| show ipv6 prefix-list |
| show ipv6 route |
| show ipv6 route summary |
| show isis database |
| show isis topology |
| show lacp counters |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show link state group |
| show lldp |
| show lldp neighbors |
| show lldp traffic |
| show mac access-list |
| show mac address-table |
| show mac address-table aging time |
| show mac address-table count |
| show module |
| show monitor session |
| show ntp associations |
| show ntp status |
| show policy-map control-plane |
| show policy-map interface |
| show port-security |
| show port-security address |
| show port-security interface |
| show privilege |
| show redundancy states |
| show reload |
| show role |
| show route-map |
| show snmp |
| show snmp chassis |
| show snmp community |
| show snmp contact |
| show snmp engineID |
| show snmp group |
| show snmp host |
| show snmp location |
| show snmp mib |
| show snmp user |
| show snmp view |
| show spanning-tree |
| show spanning-tree mst |
| show spanning-tree mst configuration |
| show storm-control |
| show tacacs |
| show track |
| show version |
| show vlan |
| show vrf |
| show vrrp |
| snmp trap link-status |
| snmp-server chassis-id |
| snmp-server community |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| snmp-server contact |
| snmp-server enable traps |
| snmp-server engineID local |
| snmp-server engineID remote |
| snmp-server group |
| snmp-server host |
| snmp-server location |
| snmp-server source-interface |
| snmp-server user |
| snmp-server view |
| spanning-tree mst configuration |
| spanning-tree vlan |
| spf-interval |
| storm-control |
| switchport access vlan |
| switchport mode |
| switchport port-security |
| switchport port-security maximum |
| switchport private-vlan mapping |
| switchport trunk allowed vlan |
| switchport vlan mapping |
| tacacs-server host |
| tacacs-server key |
| tacacs-server timeout |
| terminal monitor |
| timers basic |
| timers bgp |
| timers lsa arrival |
| timers throttle lsa all |
| timers throttle spf |
| vrf definition |
| vrf forwarding |
| vrrp authentication |
| vrrp delay reload |
| vrrp description |
| vrrp ip |
| vrrp ip secondary |
| vrrp preempt |
| vrrp priority |
| vrrp shutdown |
| vrrp timers advertise |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

NX-OS

| |
|---|
| aaa accounting dot1x |
| aaa group server radius |
| aaa group server tacacs+ |
| address-family |
| aggregate-address |
| area default-cost |
| area nssa |
| area nssa default- information-originate |
| area nssa no-summary |
| area nssa translate type7 always |
| area range |
| area stub |
| banner motd |
| bgp confederation peers |
| bgp log-neighbor-changes |
| boot system |
| channel-group |
| class-map type control-plane |
| clear counters |
| clear ip arp |
| clear ip bgp |
| clear ip mroute |
| clear ip msdp sa-cache |
| clear ip ospf neighbor |
| clear ipv6 neighbors |
| clear mac-address-table dynamic |
| clear spanning-tree counters |
| clock set |
| clock timezone |
| control-plane |
| default-information originate |
| default-metric |
| dot1x max-reauth-req |
| dot1x pae authenticator |
| dot1x port-control |
| dot1x reauthentication |
| dot1x system-auth-control |
| dot1x timeout quiet-period |
| dot1x timeout reauth-period |
| dot1x timeout tx-period |
| enable secret |
| errdisable recovery cause |
| errdisable recovery interval |
| flowcontrol receive |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| flowcontrol send |
| interface ethernet |
| interface loopback |
| interface port-channel |
| interface vlan |
| ip access-group |
| ip access-list |
| ip access-list standard |
| ip address |
| ip as-path access-list |
| ip community-list expanded |
| ip community-list standard |
| ip dhcp smart-relay |
| ip dhcp smart-relay global |
| ip dhcp snooping |
| ip dhcp snooping information option |
| ip dhcp snooping vlan |
| ip domain lookup |
| ip domain name |
| ip extcommunity-list expanded |
| ip extcommunity-list standard |
| ip host |
| ip igmp last-member-query- count |
| ip igmp query-interval |
| ip igmp query-max-response- time |
| ip igmp snooping |
| ip igmp snooping querier |
| ip igmp startup-query- interval |
| ip igmp startup-query-count |
| ip igmp static-group |
| ip igmp version |
| ip local-proxy-arp |
| ip msdp description |
| ip msdp group-limit |
| ip msdp keepalive |
| ip msdp mesh-group |
| ip msdp originator-id |
| ip msdp peer |
| ip msdp sa-limit |
| ip msdp shutdown |
| ip name-server |
| ip ospf authentication |
| ip ospf authentication-key |
| ip ospf bfd |
| ip ospf cost |
| ip ospf dead-interval |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| ip ospf hello-interval |
| ip ospf message-digest-key |
| ip ospf network |
| ip ospf priority |
| ip ospf retransmit-interval |
| ip ospf shutdown |
| ip ospf transmit-delay |
| ip pim anycast-rp |
| ip pim bfd |
| ip pim bfd-instance |
| ip pim bsr-candidate |
| ip pim dr-priority |
| ip pim log-neighbor-changes |
| ip pim register-source |
| ip pim rp-address |
| ip pim rp-candidate |
| ip pim sparse-mode |
| ip pim ssm range |
| ip prefix-list |
| ip proxy-arp |
| ip radius source-interface |
| ip route |
| ip routing |
| ip tacacs source-interface |
| ipv6 access-list |
| ipv6 address |
| ipv6 host |
| ipv6 nd managed-config-flag |
| ipv6 nd ns-interval |
| ipv6 nd other-config-flag |
| ipv6 nd prefix |
| ipv6 nd ra interval |
| ipv6 nd ra lifetime |
| ipv6 nd reachable-time |
| ipv6 neighbor |
| ipv6 prefix-list |
| ipv6 route |
| ipv6 unicast-routing |
| isis hello-interval |
| isis hello-multiplier |
| isis lsp-interval |
| isis metric |
| isis passive |
| isis passive interface |
| isis priority |
| is-type |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| lacp port-priority |
| lacp rate |
| lacp system-priority |
| lldp holdtime |
| lldp receive |
| lldp reinit |
| lldp timer |
| lldp tlv-select |
| lldp transmit |
| load interval |
| log-adjacency-changes |
| mac access-group |
| mac access-list |
| mac address-table aging-time |
| mac address-table static |
| mac-address |
| maximum-paths |
| neighbor ebgp-multihop |
| neighbor next-hop-self |
| neighbor password |
| neighbor remote-as |
| neighbor route-map |
| neighbor route-reflector- client |
| neighbor send-community |
| neighbor update-source |
| neighbor weight |
| ntp authenticate |
| ntp authentication-key |
| ntp server |
| ntp source |
| ntp trusted-key |
| passive-interface |
| passive-interface default |
| policy-map type control- plane |
| policy-map type qos |
| port-channel load-balance |
| port-channel min-links |
| ptp priority1 |
| ptp priority2 |
| priority-flow-control mode |
| private-vlan |
| private-vlan mapping |
| ptp domain |
| ptp sync interval |
| radius-server deadtime |
| radius-server host |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| radius-server key |
| radius-server retransmit |
| radius-server timeout |
| route-map |
| router bgp |
| router isis |
| router ospf |
| router rip |
| router-id |
| routing-context vrf |
| set-overload-bit |
| show arp |
| show bfd neighbors |
| show clock |
| show dot1q-tunnel |
| show dot1x |
| show dot1x all summary |
| show environment power |
| show hostname |
| show hosts |
| show interfaces |
| show interfaces capabilities |
| show interfaces description |
| show interfaces private-vlan mapping |
| show interfaces status |
| show interfaces switchport |
| show interfaces transceiver |
| show interfaces trunk |
| show inventory |
| show ip access-lists |
| show ip arp |
| show ip bgp |
| show ip bgp community |
| show ip bgp neighbors |
| show ip community-list |
| show ip dhcp snooping |
| show ip extcommunity-list |
| show ip igmp groups |
| show ip igmp interface |
| show ip igmp snooping |
| show ip igmp snooping groups |
| show ip igmp snooping mrouter |
| show ip igmp snooping querier |
| show ip interface |
| show ip mroute |
| show ip msdp mesh-group |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show ip msdp peer |
| show ip msdp sa-cache |
| show ip msdp summary |
| show ip ospf |
| show ip ospf border-routers |
| show ip ospf database database-summary |
| show ip ospf interface |
| show ip ospf neighbor |
| show ip ospf request-list |
| show ip ospf retransmission- list |
| show ip pim interface |
| show ip pim neighbor |
| show ip pim rp |
| show ip pim rp-hash |
| show ip prefix-list |
| show ip rip neighbors |
| show ip route |
| show ip route summary |
| show ipv6 access-list |
| show ipv6 bgp |
| show ipv6 bgp community |
| show ipv6 bgp neighbors |
| show ipv6 bgp summary |
| show ipv6 interface |
| show ipv6 neighbors |
| show ipv6 prefix-list |
| show ipv6 route |
| show ipv6 route summary |
| show isis database |
| show isis interface |
| show isis topology |
| show lacp counters |
| show lacp interface |
| show lacp neighbor |
| show lldp neighbors |
| show lldp traffic |
| show mac access-list |
| show mac address-table |
| show mac address-table aging time |
| show mac address-table count |
| show module |
| show monitor session |
| show ntp associations |
| show ntp status |
| show policy-map control-plane |
| show policy-map interface |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| show policy-map interface control-plane |
| show port-channel summary |
| show port-channel traffic |
| show port-security |
| show port-security address |
| show port-security interface |
| show privilege |
| show ptp clock |
| show ptp parent |
| show ptp time-property |
| show radius |
| show role |
| show route-map |
| show snmp |
| show snmp community |
| show snmp engineID |
| show snmp group |
| show snmp host |
| show snmp source-interface |
| show snmp trap |
| show snmp user |
| show spanning-tree |
| show spanning-tree blockedports |
| show spanning-tree bridge |
| show spanning-tree interface |
| show spanning-tree mst |
| show spanning-tree mst configuration |
| show spanning-tree mst interface |
| show spanning-tree root |
| show tacacs |
| show track |
| show user-account |
| show version |
| show vlan |
| show vlan private-vlan |
| show vlan summary |
| show vrf |
| show vrrp |
| snmp-server community |
| snmp-server contact |
| snmp-server enable traps |
| snmp-server host |
| snmp-server location |
| snmp-server source-interface |
| snmp-server user |
| spanning-tree bpdufilter |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| spanning-tree bpduguard |
| spanning-tree bridge assurance |
| spanning-tree cost |
| spanning-tree guard |
| spanning-tree link-type |
| spanning-tree loopguard default |
| spanning-tree mode |
| spanning-tree mst configuration |
| spanning-tree port-priority |
| spanning-tree vlan |
| spf-interval |
| statistics per-entry |
| storm-control |
| switchport access vlan |
| switchport mode |
| switchport port-security |
| switchport port-security maximum |
| switchport private-vlan mapping |
| switchport trunk allowed vlan |
| switchport trunk native vlan |
| tacacs-server host |
| tacacs-server key |
| tacacs-server timeout |
| terminal monitor |
| timers basic (RIP) |
| timers bgp |
| timers lsa arrival |
| timers throttle spf |
| username sshkey |
| vrf definition |
| vrf forwarding |
| vrrp authentication |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

**MODES & PROMPTS**

Cisco contends that the following modes and prompts are protectable elements of Cisco's user interface as collections of modes and prompts associated with specific operating systems, identified below as IOS, IOS-XR, IOS-XE, and NX-OS.  As set forth in Cisco's analytic dissection brief, Cisco's user interface provides a selection of modes that permit greater or fewer command expressions based on operator status.  For example, a user who has entered "Privilege EXEC" mode will have access to different commands than a user who is in "User EXEC" mode.  Different modes are indicated by different textual titles and different textual prompts that appear on the screen (*e.g.*, "(config-if)#" or "(config)#").  These prompts are used to indicate to a user which mode he or she is in, and thus which commands the user has access to.  Cisco engineers could have chosen different combinations of modes and prompts.    As Cisco stated in its opposition to Arista's motion for partial summary judgment (Dkt. 372 at 18-21), Cisco claims protection not in individual modes and prompts in isolation, but rather the particular arrangement of modes and prompts in Cisco's user interface, which are components of Cisco's distinctive user interface.

<u>IOS</u>

| Mode | Prompt |
|------|--------|
| User EXEC | > |
| Privileged  EXEC | # |
| Global Configuration | (config)# |
| Interface Configuration | (config-if)# |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

### IOS-XR

| Mode | Prompt |
|------|--------|
| User EXEC | > |
| Privileged  EXEC | # |
| Global Configuration | (config)# |
| Interface Configuration | (config-if)# |

### IOS-XE

| Mode | Prompt |
|------|--------|
| User EXEC | > |
| Privileged  EXEC | # |
| Global Configuration | (config)# |
| Interface Configuration | (config-if)# |

### NX-OS

| Mode | Prompt |
|------|--------|
| User EXEC | > |
| EXEC | # |
| Privileged EXEC | # |
| Global Configuration | (config)# |
| Interface Configuration | (config-if)# |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## HIERARCHIES

Cisco contends that the following multiword command hierarchies are protectable elements of Cisco's user interface as individual command hierachies with a specific structure and organization as well as collections of hierarchies associated with specific operating systems, identified below as IOS, IOS-XR, IOS-XE, and NX-OS. As reflected in the tables below, some command hierarchies appear in more than one Cisco operating system. As set forth in Cisco's analytic dissection brief, each multiword command expression reflects Cisco's creation of specific multi-level textual hierarchies from which the multiword commands are constructed. Cisco engineers made their own subjective decisions on arranging their multiword commands in a distinct hierarchical fashion. Cisco has illustrated the command hierarchies in the following tables in order to illustrate to the Court the relationship between the commands and show how they are sequenced, structured, and organized into hierarchies. Further, the Court held in its summary judgment order that: "The Ninth Circuit has held that a computer program's structure, sequence, and organization are copyrightable. *Johnson Controls, Inc. v. Phoenix Control Sys, Inc.*, 886 F.2d 1173, 1175-76 (9th Cir. 1989). Here, Cisco is not attempting to claim a copyright on the generic idea of a hierarchy but rather the unique sequence in which it organizes its multi-word commands. *See Atari Games Corp. v. Nintendo of Am. Inc.*, 975 F.2d 832, 840 (Fed. Cir. 1992) (applying Ninth Circuit law)." Dkt. 482 at 14-15.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

**"aaa" hierarchies**

<u>IOS</u>

```
aaa
        aaa accounting
                aaa accounting dot1x
        aaa authentication login
        aaa authorization
                aaa authorization config- commands
                aaa authorization console
        aaa group
                aaa group server radius
                aaa group server tacacs+
```

<u>IOS-XR</u>

```
aaa
        aaa accounting
        aaa authentication login
        aaa group
                aaa group server radius
                aaa group server tacacs+
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## IOS-XE

```
aaa
        aaa accounting
                aaa accounting dot1x
        aaa authentication login
        aaa authorization
                aaa authorization config- commands
                aaa authorization console
        aaa group
                aaa group server radius
                aaa group server tacacs+
```

## NX-OS

```
aaa
        aaa accounting dot1x
        aaa group server
                aaa group server radius
                aaa group server tacacs+
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

**"bgp" hierarchies**

<u>IOS</u>

```
bgp
        bgp client-to-client reflection

        bgp cluster-id

        bgp confederation

                bgp confederation identifier

                bgp confederation peers

        bgp listen limit

        bgp log-neighbor-changes

        bgp redistribute-internal
```

<u>IOS-XR</u>

```
bgp
        bgp client-to-client reflection

        bgp cluster-id

        bgp confederation

                bgp confederation identifier

                bgp confederation peers

        bgp log-neighbor-changes

        bgp redistribute-internal
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

IOS-XE

bgp

    bgp client-to-client reflection

    bgp cluster-id

    bgp confederation

        bgp confederation identifier

        bgp confederation peers

    bgp listen limit

    bgp log-neighbor-changes

    bgp redistribute-internal

NX-OS

bgp

    bgp confederation peers

    bgp log-neighbor-changes

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

**"clear" hierarchies**

<u>IOS</u>

clear
       clear arp-cache
       clear counters
       clear ip
              clear ip bgp
              clear ip igmp group
              clear ip mroute
              clear ip msdp sa-cache
              clear ip nat translation
              clear ip ospf neighbor
       clear ipv6
              clear ipv6 neighbors
              clear ipv6 ospf force-spf
       clear lldp
              clear lldp counters
              clear lldp table
       clear mac-address-table dynamic

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## IOS-XR

```
clear
        clear arp-cache
        clear counters
        clear ipv6 neighbors
        clear lldp
                clear lldp counters
                clear lldp table
```

## IOS-XE

```
clear
        clear arp-cache
        clear counters
        clear ip
                clear ip bgp
                clear ip igmp group
                clear ip mroute
                clear ip msdp sa-cache
                clear ip nat translation
        clear ipv6
                clear ipv6 neighbors
                clear ipv6 ospf force-spf
        clear lldp
                clear lldp counters
                clear lldp table
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

NX-OS

```
clear
        clear counters
        clear ip
                clear ip arp
                clear ip bgp
                clear ip mroute
                clear ip msdp sa-cache
                clear ip ospf neighbor
        clear ipv6 neighbors
        clear mac-address-table dynamic
        clear spanning-tree counters
```

**"dot1x" hierarchies**

IOS

```
dot1x
        dot1x max-reauth-req
        dot1x pae authenticator
        dot1x port-control
        dot1x reauthentication
        dot1x system-auth-control
        dot1x timeout
                dot1x timeout quiet-period
                dot1x timeout reauth-period
                dot1x timeout tx-period
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

IOS-XE

```
dot1x

        dot1x max-reauth-req

        dot1x pae authenticator

        dot1x port-control

        dot1x reauthentication

        dot1x system-auth-control

        dot1x timeout

                dot1x timeout quiet-period

                dot1x timeout reauth-period

                dot1x timeout tx-period
```

NX-OS

```
dot1x

        dot1x max-reauth-req

        dot1x pae authenticator

        dot1x port-control

        dot1x reauthentication

        dot1x system-auth-control

        dot1x timeout

                dot1x timeout quiet-period

                dot1x timeout reauth-period

                dot1x timeout tx-period
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

**"ip" hiearchies**

<u>IOS</u>

```
ip
        ip access-
                ip access-group
                ip access-list
                        ip access-list standard
        ip address
        ip as-path access-list
        ip community-list
                ip community-list expanded
                ip community-list standard
        ip dhcp
                ip dhcp smart-relay
                ip dhcp snooping
                        ip dhcp snooping information option
                ip dhcp snooping vlan
        ip domain
                ip domain lookup
                ip domain name
        ip extcommunity-list
                ip extcommunity-list expanded
                ip extcommunity-list standard
        ip helper-address
        ip host
        ip http client source-interface
        ip icmp redirect
        ip igmp
                ip igmp last-member-query-
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

ip igmp last-member-query- count

ip igmp last-member-query- interval

ip igmp query-

ip igmp query-interval

ip igmp query-max-response- time

ip igmp snooping

ip igmp snooping querier

ip igmp snooping vlan

ip igmp snooping vlan immediate-leave

ip igmp snooping vlan mrouter

ip igmp snooping vlan static

ip igmp static-group

ip igmp version

ip load-sharing

ip local-proxy-arp

ip msdp

ip msdp cache-sa-state

ip msdp default-peer

ip msdp description

ip msdp keepalive

ip msdp mesh-group

ip msdp originator-id

ip msdp peer

ip msdp sa-filter

ip msdp sa-filter in

ip msdp sa-filter out

ip msdp sa-limit

ip msdp shutdown

ip msdp timer

ip multicast

ip multicast boundary

ip multicast-routing

ip name-server

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

ip nat

    ip nat pool

    ip nat translation

        ip nat translation tcp-timeout

        ip nat translation udp-timeout

ip ospf

    ip ospf authentication

        ip ospf authentication-key

    ip ospf bfd

    ip ospf cost

    ip ospf dead-interval

    ip ospf hello-interval

    ip ospf message-digest-key

    ip ospf name-lookup

    ip ospf network

    ip ospf priority

    ip ospf retransmit-interval

    ip ospf shutdown

    ip ospf transmit-delay

ip pim

    ip pim bfd

    ip pim bsr-

        ip pim bsr-border

        ip pim bsr-candidate

    ip pim dr-priority

    ip pim log-neighbor-changes

    ip pim neighbor-filter

    ip pim query-interval

    ip pim register-source

    ip pim rp-

        ip pim rp-address

        ip pim rp-candidate

    ip pim sparse-mode

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

ip pim spt-threshold

  ip pim spt-threshold group-list

ip pim ssm range

ip prefix-list

ip protocol

ip proxy-arp

ip radius source-interface

ip rip v2-broadcast

ip route

ip routing

ip tacacs source-interface

ipv6 access-list

## IOS-XR

ip

ip access-list

ip address

ip as-path access-list

ip domain lookup

ip helper-address

ip host

ip multicast-routing

ip ospf

  ip ospf cost

  ip ospf message-digest-key

ip pim

  ip pim rp-address

  ip pim sparse-mode

  ip pim spt-threshold

ip prefix-list

ipv6 access-list

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

IOS-XE

```
ip
        ip access-
                        ip access-group
                        ip access-list
                                        ip access-list standard
        ip address
        ip as-path access-list
        ip community-list
                        ip community-list expanded
                        ip community-list standard
        ip dhcp smart-relay
                        ip dhcp smart-relay global
        ip dhcp snooping
                        ip dhcp snooping information option
                        ip dhcp snooping vlan
        ip domain
                        ip domain lookup
                        ip domain name
        ip extcommunity-list
                        ip extcommunity-list expanded
                        ip extcommunity-list standard
        ip helper-address
        ip host
        ip http client source-interface
        ip icmp redirect
        ip igmp
                        ip igmp last-member-query-
                                        ip igmp last-member-query- count
                                        ip igmp last-member-query- interval
```

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

ip igmp query-

     ip igmp query-interval

     ip igmp query-max-response- time

ip igmp snooping

     ip igmp snooping querier

     ip igmp snooping vlan

          ip igmp snooping vlan immediate-leave

          ip igmp snooping vlan mrouter

          ip igmp snooping vlan static

ip igmp static-group

ip igmp version

ip load-sharing

ip local-proxy-arp

ip msdp

     ip msdp cache-sa-state

     ip msdp default-peer

     ip msdp description

     ip msdp keepalive

     ip msdp mesh-group

     ip msdp originator-id

     ip msdp peer

     ip msdp sa-

          ip msdp sa-filter in

          ip msdp sa-filter out

     ip msdp sa-limit

     ip msdp shutdown

     ip msdp timer

ip multicast

     ip multicast boundary

     ip multicast-routing

ip name-server

ip nat

     ip nat pool

02099-00004/8367137.7

ip nat translation

ip nat translation tcp-timeout

ip nat translation udp-timeout

ip ospf

ip ospf authentication

ip ospf authentication-key

ip ospf bfd

ip ospf cost

ip ospf dead-interval

ip ospf hello-interval

ip ospf message-digest-key

ip ospf name-lookup

ip ospf network

ip ospf priority

ip ospf retransmit-interval

ip ospf shutdown

ip ospf transmit-delay

ip pim

ip pim bsr-

ip pim bsr-border

ip pim bsr-candidate

ip pim dr-priority

ip pim log-neighbor-changes

ip pim neighbor-filter

ip pim query-interval

ip pim register-source

ip pim rp-

ip pim rp-address

ip pim rp-candidate

ip pim sparse-mode

ip pim spt-threshold

ip pim ssm range

ip prefix-list

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
ip proxy-arp

ip radius source-interface

ip rip v2-broadcast

ip route

ip routing

ip tacacs source-interface

ipv6 access-list
```

NX-OS

```
ip

        ip access-

                ip access-group

                ip access-list

                        ip access-list standard

        ip address

        ip as-path access-list

        ip community-list

                ip community-list expanded

                ip community-list standard

        ip dhcp smart-relay

                ip dhcp smart-relay global

        ip dhcp snooping

                ip dhcp snooping information option

                ip dhcp snooping vlan

        ip domain

                ip domain lookup

                ip domain name

        ip extcommunity-list

                ip extcommunity-list expanded

                ip extcommunity-list standard

        ip host
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

ip igmp

    ip igmp last-member-query- count

    ip igmp query-

        ip igmp query-interval

        ip igmp query-max-response- time

    ip igmp snooping

        ip igmp snooping querier

    ip igmp startup-query-

        ip igmp startup-query-interval

        ip igmp startup-query-count

    ip igmp version

ip local-proxy-arp

ip msdp

    ip msdp description

    ip msdp group-limit

    ip msdp keepalive

    ip msdp mesh-group

    ip msdp originator-id

    ip msdp peer

    ip msdp sa-limit

    ip msdp shutdown

ip name-server

ip ospf

    ip ospf authentication

        ip ospf authentication-key

    ip ospf bfd

    ip ospf cost

    ip ospf dead-interval

    ip ospf hello-interval

    ip ospf message-digest-key

    ip ospf network

    ip ospf priority

    ip ospf retransmit-interval

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
            ip ospf shutdown
            ip ospf transmit-delay
    ip pim
            ip pim anycast-rp
            ip pim bfd
                    ip pim bfd-instance
            ip pim bsr-candidate
            ip pim dr-priority
            ip pim log-neighbor-changes
            ip pim register-source
            ip pim rp-
                    ip pim rp-address
                    ip pim rp-candidate
            ip pim sparse-mode
            ip pim ssm range
    ip prefix-list
    ip proxy-arp
    ip radius source-interface
    ip route
    ip routing
    ip tacacs source-interface
    ipv6 access-list
```

**"ipv6" hierarchies**

<u>IOS</u>

```
ipv6
        ipv6 address
        ipv6 dhcp relay destination
        ipv6 enable
        ipv6 host
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

ipv6 ipv6 access-group

ipv6 nd

     ipv6 nd managed-config-flag

     ipv6 nd ns-interval

     ipv6 nd other-config-flag

     ipv6 nd prefix

     ipv6 nd ra

          ipv6 nd ra interval

          ipv6 nd ra lifetime

          ipv6 nd ra suppress

     ipv6 nd reachable-time

     ipv6 nd router-preference

ipv6 neighbor

ipv6 ospf

     ipv6 ospf area

     ipv6 ospf cost

ipv6 ospf

     ipv6 ospf dead-interval

     ipv6 ospf hello-interval

     ipv6 ospf network

     ipv6 ospf priority

     ipv6 ospf retransmit-interval

     ipv6 ospf transmit-delay

ipv6 prefix-list

ipv6 route

ipv6 router ospf

ipv6 unicast-routing

## IOS-XR

ipv6

     ipv6 address

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
ipv6 enable
ipv6 ipv6 access-group
ipv6 nd
        ipv6 nd managed-config-flag
        ipv6 nd ns-interval
        ipv6 nd other-config-flag
        ipv6 nd prefix
        ipv6 nd ra
                ipv6 nd ra interval
                ipv6 nd ra lifetime
        ipv6 nd reachable-time
ipv6 neighbor
ipv6 prefix-list
```

## IOS-XE

```
ipv6
        ipv6 address
        ipv6 dhcp relay destination
        ipv6 enable
        ipv6 host
        ipv6 ipv6 access-group
        ipv6 nd
                ipv6 nd managed-config-flag
                ipv6 nd ns-interval
                ipv6 nd other-config-flag
                ipv6 nd prefix
                ipv6 nd ra
                        ipv6 nd ra interval
                        ipv6 nd ra lifetime
                        ipv6 nd ra suppress
                ipv6 nd reachable-time
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
        ipv6 nd router-preference
ipv6 neighbor
ipv6 ospf
        ipv6 ospf area
        ipv6 ospf cost
        ipv6 ospf dead-interval
        ipv6 ospf hello-interval
        ipv6 ospf network
        ipv6 ospf priority
        ipv6 ospf retransmit-interval
        ipv6 ospf transmit-delay
ipv6 prefix-list
ipv6 route
ipv6 router ospf
ipv6 unicast-routing
```

<u>NX-OS</u>

```
ipv6
        ipv6 address
        ipv6 host
        ipv6 nd
                ipv6 nd managed-config-flag
                ipv6 nd ns-interval
                ipv6 nd other-config-flag
                ipv6 nd prefix
                ipv6 nd ra
                        ipv6 nd ra interval
                        ipv6 nd ra lifetime
                ipv6 nd reachable-time
        ipv6 neighbor
        ipv6 prefix-list
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
ipv6 route
ipv6 unicast-routing
```

**"nieghbor" hiearchies**

<u>IOS</u>

```
neighbor
        neighbor activate
        neighbor allowas-in
        neighbor default-originate
        neighbor description
        neighbor ebgp-multihop
        neighbor fall-over bfd
        neighbor local-as
        neighbor next-hop-self
        neighbor password
        neighbor peer-group
        neighbor remote-as
        neighbor remove-private-as
        neighbor route-
                neighbor route-map
                neighbor route-reflector- client
        neighbor send-community
        neighbor shutdown
        neighbor soft-reconfiguration
        neighbor timers
        neighbor transport connection-mode
        neighbor update-source
        neighbor weight
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## IOS-XR

> neighbor ebgp-multihop
>
> neighbor password

## IOS-XE

> neighbor
>
>      neighbor activate
>
>      neighbor allowas-in
>
>      neighbor default-originate
>
>      neighbor description
>
>      neighbor ebgp-multihop
>
>      neighbor fall-over bfd
>
>      neighbor local-as
>
>      neighbor next-hop-self
>
>      neighbor password
>
>      neighbor peer-group
>
>      neighbor remote-as
>
>      neighbor remove-private-as
>
>      neighbor route-
>
>           neighbor route-map
>
>           neighbor route-reflector-client
>
>      neighbor send-community
>
>      neighbor shutdown
>
>      neighbor soft-reconfiguration
>
>      neighbor timers
>
>      neighbor update-source
>
>      neighbor weight

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

NX-OS

```
nieghbor
        neighbor ebgp-multihop
        neighbor next-hop-self
        neighbor remote-as
        neighbor route-
                neighbor route-map
                neighbor route-reflector-client
        neighbor send-community
        neighbor update-source
        neighbor weight
```

**"show" hierarchies**

IOS

```
show
        show aaa
                show aaa method-lists
                show aaa sessions
        show arp
        show bfd neighbors
        show clock
        show dot1q-tunnel
        show dot1x
                show dot1x all summary
                show dot1x statistics
        show environment
                show environment all
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show environment cooling

show environment power

show environment temperature

show etherchannel

show hosts

show interfaces

show interfaces capabilities

show interfaces description

show interfaces flowcontrol

show interfaces private-vlan mapping

show interfaces status

show interfaces switchport

show interfaces switchport backup

show interfaces transceiver

show interfaces trunk

show inventory

show ip

show ip access-lists

show ip arp

show ip bgp

show ip bgp community

show ip bgp neighbors

show ip bgp paths

show ip bgp peer-group

show ip bgp regexp

show ip bgp summary

show ip community-list

show ip dhcp snooping

show ip extcommunity-list

show ip helper-address

show ip igmp

show ip igmp groups

show ip igmp interface

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ip igmp snooping

        show ip igmp snooping groups

        show ip igmp snooping mrouter

        show ip igmp snooping querier

show ip interface

    show ip interface brief

show ip mfib

show ip mroute

    show ip mroute count

show ip msdp

    show ip msdp peer

    show ip msdp rpf-peer

    show ip msdp sa-cache

    show ip msdp summary

show ip nat translations

show ip ospf

    show ip ospf border-routers

    show ip ospf database database-summary

    show ip ospf interface

    show ip ospf neighbor

    show ip ospf request-list

    show ip ospf retransmission-list

show ip pim

    show ip pim interface

    show ip pim neighbor

    show ip pim rp

    show ip pim rp-hash

show ip prefix-list

show ip rip

    show ip rip database

    show ip rip neighbors

show ip route

    show ip route summary

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ip route tag

show ipv6

    show ipv6 access-list

    show ipv6 bgp community

    show ipv6 interface

    show ipv6 neighbors

    show ipv6 ospf

        show ipv6 ospf border-routers

        show ipv6 ospf interface

        show ipv6 ospf neighbor

    show ipv6 prefix-list

    show ipv6 route

        show ipv6 route summary

        show ipv6 route tag

show isis

    show isis database

    show isis topology

show link state group

show lldp

    show lldp neighbors

    show lldp traffic

show mac

    show mac access-list

    show mac address-table

        show mac address-table aging time

show module

show monitor session

show ntp

    show ntp associations

    show ntp status

show policy-map

    show policy-map control-plane

    show policy-map interface

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show port-security

      show port-security address

show privilege

show redundancy states

show reload

show route-map

show snmp

      show snmp chassis

      show snmp community

      show snmp contact

      show snmp engineID

      show snmp group

      show snmp host

      show snmp location

      show snmp mib

      show snmp user

      show snmp view

show spanning-tree

      show spanning-tree mst

      show spanning-tree mst configuration

show storm-control

show tacacs

show track

show version

show vlan

show vrf

show vrrp

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

<u>IOS-XR</u>

show

    show arp

    show clock

    show environment

        show environment all

        show environment power

        show environment temperature

    show hosts

    show interfaces

    show inventory

    show ip

        show ip bgp

        show ip interface

            show ip interface brief

        show ip ospf

        show ip route

    show ipv6

        show ipv6 access-list

        show ipv6 interface

        show ipv6 neighbors

        show ipv6 prefix-list

    show isis

        show isis database

        show isis interface

        show isis topology

    show lacp counters

    show lldp

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show lldp neighbors

show lldp traffic

show module

show monitor session

show ntp

show ntp associations

show ntp status

show policy-map interface

show radius

show redundancy states

show snmp

show snmp engineID

show snmp group

show snmp host

show snmp mib

show snmp user

show snmp view

show spanning-tree mst

show spanning-tree mst configuration

show spanning-tree mst interface

show tacacs

show track

show version

show vlan

show vrf

show vrrp

## IOS-XE

show

show aaa

show aaa method-lists

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show aaa sessions

show arp

show bfd neighbors

show clock

show dot1x

show dot1x statistics

show environment

show environment all

show environment cooling

show environment temperature

show etherchannel

show hosts

show interfaces

show interfaces capabilities

show interfaces description

show interfaces flowcontrol

show interfaces private-vlan mapping

show interfaces status

show interfaces switchport

show interfaces switchport backup

show interfaces transceiver

show interfaces trunk

show inventory

show ip

show ip access-lists

show ip arp

show ip bgp

show ip bgp community

show ip bgp neighbors

show ip bgp neighbors

show ip bgp paths

show ip bgp peer-group

show ip bgp regexp

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ip bgp summary

show ip community-list

show ip dhcp snooping

show ip extcommunity-list

show ip helper-address

show ip igmp

    show ip igmp groups

    show ip igmp interface

    show ip igmp snooping

        show ip igmp snooping groups

        show ip igmp snooping mrouter

show ip interface

    show ip interface brief

show ip mfib

show ip mroute

    show ip mroute count

show ip msdp

    show ip msdp peer

    show ip msdp rpf-peer

    show ip msdp sa-cache

    show ip msdp summary

show ip nat translations

show ip ospf

    show ip ospf border-routers

    show ip ospf database database-summary

    show ip ospf interface

    show ip ospf neighbor

    show ip ospf request-list

    show ip ospf retransmission-list

show ip pim

    show ip pim interface

    show ip pim neighbor

    show ip pim rp

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ip pim rp-hash

show ip prefix-list

show ip rip

    show ip rip database

    show ip rip neighbors

show ip route

    show ip route summary

show ipv6

show ipv6 access-list

show ipv6 interface

show ipv6 neighbors

show ipv6 ospf

    show ipv6 ospf border- routers

    show ipv6 ospf interface

    show ipv6 ospf neighbor

show ipv6 prefix-list

show ipv6 route

    show ipv6 route summary

show isis

show isis database

show isis topology

show lacp counters

show link state group

show lldp

show lldp neighbors

show lldp traffic

show mac

show mac access-list

show mac address-table

    show mac address-table aging time

    show mac address-table count

show module

show monitor session

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ntp

    show ntp associations

    show ntp status

show policy-map

    show policy-map control-plane

    show policy-map interface

show port-security

    show port-security address

    show port-security interface

show privilege

show redundancy states

show reload

show route-map

show snmp

    show snmp chassis

    show snmp community

    show snmp contact

    show snmp engineID

    show snmp group

    show snmp host

    show snmp location

    show snmp mib

    show snmp user

    show snmp view

show spanning-tree

    show spanning-tree mst

        show spanning-tree mst configuration

show storm-control

show tacacs

show track

show version

show vlan

show vrf

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
show vrrp
```

## NX-OS

```
show
        show arp
        show bfd neighbors
        show clock
        show dot1q-tunnel
        show dot1x
                show dot1x all summary
        show environment power
        show hostname
        show hosts
        show interfaces
                show interfaces capabilities
                show interfaces description
                show interfaces private-vlan mapping
                show interfaces status
                show interfaces switchport
                show interfaces transceiver
                show interfaces trunk
        show inventory
        show ip
                show ip access-lists
                show ip arp
                show ip bgp
                        show ip bgp community
                        show ip bgp neighbors
                show ip community-list
                show ip dhcp snooping
                show ip extcommunity-list
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ip igmp

    show ip igmp groups

    show ip igmp interface

    show ip igmp snooping

        show ip igmp snooping groups

        show ip igmp snooping mrouter

        show ip igmp snooping querier

show ip interface

show ip mroute

show ip msdp

    show ip msdp mesh-group

    show ip msdp peer

    show ip msdp sa-cache

    show ip msdp summary

show ip ospf

    show ip ospf border-routers

    show ip ospf database database-summary

    show ip ospf interface

    show ip ospf neighbor

    show ip ospf request-list

    show ip ospf retransmission-list

show ip pim

    show ip pim interface

    show ip pim neighbor

    show ip pim rp

    show ip pim rp-hash

show ip prefix-list

show ip rip neighbors

show ip route

show ip route summary

show ipv6

    show ipv6 access-list

    show ipv6 bgp

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show ipv6 bgp community

show ipv6 bgp neighbors

show ipv6 bgp summary

show ipv6 interface

show ipv6 neighbors

show ipv6 prefix-list

show ipv6 route

show ipv6 route summary

show isis

show isis database

show isis interface

show isis topology

show lacp

show lacp counters

show lacp interface

show lacp neighbor

show lldp

show lldp neighbors

show lldp traffic

show mac

show mac access-list

show mac address-table

show mac address-table aging time

show mac address-table count

show module

show monitor session

show ntp status

show policy-map

show policy-map control-plane

show policy-map interface

show policy-map interface control-plane

show port-channel

show port-channel summary

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

show port-channel traffic

show port-security

    show port-security address

    show port-security interface

show privilege

show ptp

    show ptp clock

    show ptp parent

    show ptp time-property

show radius

show role

show route-map

show snmp

    show snmp community

    show snmp engineID

    show snmp group

    show snmp host

    show snmp source-interface

    show snmp trap

    show snmp user

show spanning-tree

    show spanning-tree blockedports

    show spanning-tree bridge

    show spanning-tree interface

    show spanning-tree mst

        show spanning-tree mst configuration

        show spanning-tree mst interface

    show spanning-tree root

show tacacs

show track

show user-account

show version

show vlan

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
        show vlan private-vlan

        show vlan summary

    show vrf

    show vrrp
```

**"snmp-server" hierarchies**

<u>IOS</u>

```
snmp-server

        snmp-server chassis-id

        snmp-server community

        snmp-server contact

        snmp-server enable traps

        snmp-server engineID

                snmp-server engineID local

                snmp-server engineID remote

        snmp-server group

        snmp-server host

        snmp-server location

        snmp-server source-interface

        snmp-server user

        snmp-server view
```

<u>IOS-XR</u>

```
snmp-server

        snmp-server chassis-id

        snmp-server community

        snmp-server contact

        snmp-server enable traps
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

snmp-server engineID

      snmp-server engineID local

      snmp-server engineID remote

snmp-server group

snmp-server host

snmp-server location

snmp-server user

snmp-server view

IOS-XE

snmp-server

      snmp-server chassis-id

      snmp-server community

      snmp-server contact

      snmp-server enable traps

      snmp-server engineID

         snmp-server engineID local

         snmp-server engineID remote

      snmp-server group

      snmp-server host

      snmp-server location

      snmp-server source-interface

      snmp-server user

      snmp-server view

NX-OS

snmp-server

      snmp-server community

      snmp-server contact

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
snmp-server enable traps

snmp-server host

snmp-server location

snmp-server user
```

**"spanning-tree" hierarhcies**

<u>IOS</u>

```
spanning-tree

        spanning-tree bp

                spanning-tree bpdufilter

                spanning-tree bpduguard

        spanning-tree cost

        spanning-tree guard

        spanning-tree link-type

        spanning-tree loopguard default

        spanning-tree mode

        spanning-tree mst configuration

        spanning-tree portfast

                spanning-tree portfast bpdufilter default

                spanning-tree portfast bpduguard default

        spanning-tree port-priority

        spanning-tree transmit hold- count

        spanning-tree vlan
```

<u>IOS-XE</u>

```
spanning-tree

        spanning-tree mst configuration

        spanning-tree vlan
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

NX-OS

```
spanning-tree
        spanning-tree bp
                    spanning-tree bpdufilter
                    spanning-tree bpduguard
        spanning-tree bridge assurance
        spanning-tree cost
        spanning-tree guard
        spanning-tree link-type
        spanning-tree loopguard default
        spanning-tree mode
        spanning-tree mst configuration
        spanning-tree port-priority
        spanning-tree vlan
```

**"vrrp" hierarchies**

IOS

```
vrrp
        vrrp authentication
        vrrp delay reload
        vrrp description
        vrrp ip
                    vrrp ip secondary
        vrrp preempt
        vrrp priority
        vrrp shutdown
        vrrp timers advertise
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## IOS-XR

vrrp

      vrrp delay reload

      vrrp ip

      vrrp preempt

      vrrp priority

## IOS-XE

vrrp

      vrrp authentication

      vrrp delay reload

      vrrp description

      vrrp ip

            vrrp ip secondary

      vrrp preempt

      vrrp priority

      vrrp shutdown

      vrrp timers advertise

## NX-OS

vrrp

      vrrp authentication

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## COMMAND RESPONSES

Cisco contends that the following command responses (also referred to as command outputs) are protectable elements of Cisco's user interface both individually and as a collection of outputs associated with specific operating systems, identified below as IOS and NX-OS.  For the avoidance of doubt, where a red box is used to highlight text below, the text within the red box is what Cisco claims to be protectable.  As set forth in Cisco's analytic dissection brief, once a multi-word command expression is input by an operator, the switch or router analyzes the command and responds by displaying textual screen outputs on the computer screen.  Each of the copied text portions from these screen outputs could have been written and sequenced in a different way.

### IOS

Switch(config)#help

Help may be requested at any point in a command by entering a question mark '?'.  If nothing matches, the help list will be empty and you must backup until entering a '?' shows the available options.

Two styles of help are provided:

1. Full help is available when you are ready to enter a command argument (e.g. 'show ?') and describes each possible argument

2. Partial help is provided when an abbreviated argument is entered and you want to know what arguments match the input (e.g. 'show pr?'.)

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
Switch#show snmp
Chassis: CAT1552S66E
0 SNMP packets input
        0 Bad SNMP version errors
        0 Unknown community name
        0 Illegal operation for community name supplied
        0 Encoding errors
        0 Number of requested variables
        0 Number of altered variables
        0 Get-request PDUs
        0 Get-next PDUs
        0 Set-request PDUs
        0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output
        0 Too big errors (Maximum packet size 1500)
        0 No such name errors
        0 Bad values errors
        0 General errors
        0 Response PDUs
        0 Trap PDUs
SNMP global trap: disabled
SNMP agent enabled
```

```
Switch#show ip route
Codes: C - connected, S - static, R - RIP, M - mobile, B - BGP
      D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
      N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
      E1 - OSPF external type 1, E2 - OSPF external type 2
      i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
      ia - IS-IS inter area, * - candidate default, U - per-user static route
      o - ODR, P - periodic downloaded static route

Gateway of last resort is not set
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
Switch#show ip igmp snooping
Global IGMP Snooping configuration:
-----------------------------------------
IGMP snooping            : Enabled
IGMPv3 snooping          : Enabled
Report suppression       : Enabled
TCN solicit query        : Disabled
TCN flood query count    : 2
Last Member Query Interval   : 1000


Vlan 1:
--------
IGMP snooping                : Enabled
CAPWAP enabled              : Disabled
IGMPv2 immediate leave        : Disabled
Explicit host tracking       : Enabled
Multicast router learning mode   : pim-dvmrp
CGMP interoperability mode      : IGMP_ONLY
Last Member Query Interval      : 1000
```

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

Switch#show interfaces FastEthernet 1
FastEthernet1 is down, line protocol is down
    Hardware is Fast Ethernet for out of band management, address is c464.1342.efbf (bia c464.1342.efbf)
    Internet address is 10.1.1.35/24
    MTU 1500 bytes, BW 100000 Kbit, DLY 100 usec,
        reliability 255/255, txload 1/255, rxload 1/255
    Encapsulation ARPA, loopback not set
    Keepalive set (10 sec)
    Unknown duplex, Unknown Speed, 100BaseTX/FX
    ARP type: ARPA, ARP Timeout 04:00:00
    Last input never, output never, output hang never
    Last clearing of "show interface" counters never
    Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
    Queueing strategy: fifo
    Output queue: 0/40 (size/max)
    5 minute input rate 0 bits/sec, 0 packets/sec
    5 minute output rate 0 bits/sec, 0 packets/sec
        0 packets input, 0 bytes
        Received 0 broadcasts (0 IP multicasts)
        0 runts, 0 giants, 0 throttles
        0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
        0 watchdog
        0 input packets with dribble condition detected
        0 packets output, 0 bytes, 0 underruns
        0 output errors, 0 collisions, 2 interface resets
        0 babbles, 0 late collision, 0 deferred
        0 lost carrier, 0 no carrier
        0 output buffer failures, 0 output buffers swapped out

**Command Examples**    This example shows the output from the **show port-security** command when you do not enter any options:

```
Router# show port-security
Secure Port    MaxSecureAddr   CurrentAddr   SecurityViolation   Security
Action
               (Count)         (Count)       (Count)
-------------------------------------------------------------------------
    Fa5/1          11             11             0            Shutdown
    Fa5/5          15              5             0            Restrict
    Fa5/11          5              4             0            Protect
-------------------------------------------------------------------------
Total Addresses in System: 21
Max Addresses limit in System: 128
Router#
```

Cisco IOS Security Command Reference Commands S to Z, IOS 15.2, at 692

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
Router# show interface cbr 6/0
CBR6/0 is up, line protocol is up
  Hardware is DCU
  MTU 0 bytes, BW 1544 Kbit, DLY 0 usec, relv 255/255, load 248/255
  Encapsulation ET_ATMCES_T1, loopback not set
  Last input 00:00:00, output 00:00:00, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/0, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 1507000 bits/sec, 3957 packets/sec
  5 minute output rate 1507000 bits/sec, 3955 packets/sec
    3025960 packets input, 142220120 bytes, 0 no buffer
    Received 0 broadcasts, 0 runts, 0 giants
    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
    3030067 packets output, 142413149 bytes, 0 underruns
    0 output errors, 0 collisions, 0 interface resets
    0 output buffer failures, 0 output buffers swapped out
```

The table below describes the fields shown in the display.

Cisco IOS Asynchronous Transfer Mode Command Reference (2013), at 460

```
Router# show interfaces
Ethernet0/0 is up, line protocol is up
  Hardware is AmdP2, address is aabb.cc03.6c00 (bia aabb.cc03.6c00)
  Internet address is 172.17.1.1/16
  MTU 1500 bytes, BW 10000 Kbit, DLY 0 usec,
    reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive set (10 sec)
  ARP type: ARPA, ARP Timeout 04:00:00
  Last input never, output 00:00:06, output hang never
  Last clearing of "show interface" counters never
  Input queue: 0/75/0/0 (size/max/drops/flushes); Total output drops: 0
  Queueing strategy: fifo
  Output queue: 0/40 (size/max)
  5 minute input rate 0 bits/sec, 0 packets/sec
  5 minute output rate 0 bits/sec, 0 packets/sec
    0 packets input, 0 bytes, 0 no buffer
    Received 0 broadcasts, 0 runts, 0 giants, 0 throttles
    0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored
    0 input packets with dribble condition detected
    11 packets output, 1648 bytes, 0 underruns
    0 output errors, 0 collisions, 1 interface resets
    0 babbles, 0 late collision, 0 deferred
    0 lost carrier, 0 no carrier
    0 output buffer failures, 0 output buffers swapped out
```

Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 44

Use the **show interface** *interface-type interface-number* command to display the information and statistics for
Ethernet 0 on R4.

```
R4> show interface ethernet 0
Ethernet0 is up, line protocol is up
  Hardware is Lance, address is 00e0.1eb8.eb0e (bia 00e0.1eb8.eb0e)
```

The MAC address for Ethernet 0 on R4 is 00e0.1eb8.eb0e. The format of the client identifier for this interface
is nullcisco-00e0.1eb8.eb0e-et0.

Configuration Fundamentals Configuration Guide, Cisco IOS Release 15M&T (2013), at 81

The following is sample output from the **show ip igmp snooping** command:

```
Router# show ip igmp snooping

Global IGMP Snooping configuration:
-----------------------------------
IGMP snooping              : Enabled
IGMPv3 snooping (minimal)  : Enabled
Report suppression         : Enabled
TCN solicit query          : Disabled
TCN flood query count      : 2
Last Member Query Interval : 1000
```

Cisco IOS IP Multicast Command Reference (2013), at 626

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

**Examples**     This example shows how to display transceiver information:

```
Router# show interfaces transceiver
If device is externally calibrated, only calibrated values are printed.
++ : high alarm, + : high warning, - : low warning, -- : low alarm.
NA or N/A: not applicable, Tx: transmit, Rx: receive.
mA: milliamperes, dBm: decibels (milliwatts).
                                            Optical    Optical
            Temperature  Voltage  Current   Tx Power   Rx Power
Port        (Celsius)    (Volts)  (mA)      (dBm)      (dBm)
-------     -----------  -------  -------   --------   --------
Gi1/1       40.6         5.09     0.4       -25.2      N/A
Gi2/1       35.5         5.05     0.1       -29.2      N/A
Gi2/2       49.5         3.30     0.0       7.1        -18.7
```

Cisco IOS Interfaces and Hardware Component Command Reference (2013), at 1879

---

The following is sample output from the **show ip ospf** command when entered without a specific OSPF process ID:

```
Router# show ip ospf
Routing Process "ospf 201" with ID 10.0.0.1 and Domain ID 10.20.0.1
Supports only single TOS(TOS0) routes
Supports opaque LSA
SPF schedule delay 5 secs, Hold time between two SPFs 10 secs
Minimum LSA interval 5 secs. Minimum LSA arrival 1 secs
LSA group pacing timer 100 secs
Interface flood pacing timer 55 msecs
Retransmission pacing timer 100 msecs
Number of external LSA 0. Checksum Sum 0x0
Number of opaque AS LSA 0. Checksum Sum 0x0
Number of DCbitless external and opaque AS LSA 0
Number of DoNotAge external and opaque AS LSA 0
Number of areas in this router is 2. 2 normal 0 stub 0 nssa
External flood list length 0
    Area BACKBONE(0)
        Number of interfaces in this area is 2
        Area has message digest authentication
        SPF algorithm executed 4 times
        Area ranges are
        Number of LSA 4. Checksum Sum 0x29BEB
        Number of opaque link LSA 0. Checksum Sum 0x0
        Number of DCbitless LSA 3
        Number of indication LSA 0
        Number of DoNotAge LSA 0
        Flood list length 0
    Area 172.16.26.0
        Number of interfaces in this area is 0
        Area has no authentication
        SPF algorithm executed 1 times
        Area ranges are
        192.168.0.0/16 Passive Advertise
        Number of LSA 1. Checksum Sum 0x44FD
        Number of opaque link LSA 0. Checksum Sum 0x0
        Number of DCbitless LSA 1
        Number of indication LSA 1
        Number of DoNotAge LSA 0
        Flood list length 0
```

Cisco IOS IP Routing:OSPF Command Reference (2013), at 174

---

**Examples**     The following is sample output from the **show snmp** command:

```
Router# show snmp
Chassis: 12161083
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output
    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
    SNMP Trap Queue: 0 dropped due to resource failure.
```

Cisco IOS SNMP Support Command Reference (2013), at 83

---

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
Router# show interfaces atm 0/0/0
ATM0/0/0 is up, line protocol is up
  Hardware is cyBus ATM
  Internet address is 10.1.1.1/24
  MTU 4470 bytes, sub MTU 4470, BW 156250 Kbit, DLY 80 usec, rely 255/255, load 1/255
  Encapsulation ATM, loopback not set, keepalive set (10 sec)
  Encapsulation(s): AAL5, PVC mode
  256 TX buffers, 256 RX buffers,
  2048 maximum active VCs, 1024 VCs per VP, 1 current VCCs
  VC idle disconnect time: 300 seconds
  Last input never, output 00:00:05, output hang never
  Last clearing of "show interface" counters never
  Queueing strategy: fifo
  Output queue 0/40, 0 drops; input queue 0/75, 0 drops
  5 minute input rate 0 bits/sec, 1 packets/sec
  5 minute output rate 0 bits/sec, 1 packets/sec
     5 packets input, 560 bytes, 0 no buffer
     Received 0 broadcasts, 0 runts, 0 giants
     0 input errors, 0 CRC, 0 frame, 0 overrun, 0 ignored, 0 abort
     5 packets output, 560 bytes, 0 underruns
     0 output errors, 0 collisions, 0 interface resets
     0 output buffer failures, 0 output buffers swapped out
```

Cisco IOS Asynchronous Transfer Mode Command Reference (2011), at ATM-377

```
Router# show ip route
Codes: C - connected, S - static, I - IGRP, R - RIP, M - mobile, B - BGP
       D - EIGRP, EX - EIGRP external, O - OSPF, IA - OSPF inter area
       N1 - OSPF NSSA external type 1, N2 - OSPF NSSA external type 2
       E1 - OSPF external type 1, E2 - OSPF external type 2, E - EGP
       i - IS-IS, su - IS-IS summary, L1 - IS-IS level-1, L2 - IS-IS level-2
       ia - IS-IS inter area, * - candidate default, U - per-user static route
       o - ODR, P - periodic downloaded static route

Gateway of last resort is not set
```

Cisco IOS IP Routing Protocols Command Reference, Release 12.4 (2005), at IP2R-553

| Usage Guidelines | This command provides counter information for SNMP operations. It also displays the chassis ID string defined with the **snmp-server chassis-id** global configuration command. |
|---|---|

**Command Examples**    The following is sample output from the **show snmp** command:

```
Router# show snmp
Chassis: 12161083
0 SNMP packets input
    0 Bad SNMP version errors
    0 Unknown community name
    0 Illegal operation for community name supplied
    0 Encoding errors
    0 Number of requested variables
    0 Number of altered variables
    0 Get-request PDUs
    0 Get-next PDUs
    0 Set-request PDUs
    0 Input queue packet drops (Maximum queue size 1000)
0 SNMP packets output



    0 Too big errors (Maximum packet size 1500)
    0 No such name errors
    0 Bad values errors
    0 General errors
    0 Response PDUs
    0 Trap PDUs
SNMP logging: enabled
```

Cisco IOS SNMP Support Command Reference, IOS 15.2 (2011), at 95-96

<u>NX-OS</u>

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



**Examples**     This example shows how to display VTP interface switchport information on the device:

```
switch# show interface switchport
Name: Ethernet8/11
  Switchport: Enabled
  Switchport Monitor: Not enabled
  Operational Mode: trunk
  Access Mode VLAN: 1 (default)
  Trunking Native Mode VLAN: 1 (default)
  Trunking VLANs Enabled: 1,10,20-30
  Pruning VLANs Enabled: 2-1001
  Administrative private-vlan primary host-association: none
  Administrative private-vlan secondary host-association: none
  Administrative private-vlan primary mapping: none
  Administrative private-vlan secondary mapping: none
  Administrative private-vlan trunk native VLAN: none
  Administrative private-vlan trunk encapsulation: dot1q
  Administrative private-vlan trunk normal VLANs: none
  Administrative private-vlan trunk private VLANs: none
  Operational private-vlan: none
switch#
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 44

**Examples**     This example shows how to display information about the specified VLAN. This command displays statistical information gathered on the VLAN at 1-minute intervals:

```
switch# show interface vlan 5
Vlan is administratively down, line protocol is down
  Hardware is EtherSVI, address is 0000.0000.0000
  MTU 1500 bytes, BW 1000000 Kbit, DLY 10 usec,
  reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, loopback not set
  Keepalive not supported
  ARP type: ARPA
  Last clearing of "show interface" counters 01:21:55
  1 minute input rate 0 bytes/sec, 0 packets/sec
  1 minute output rate 0 bytes/sec, 0 packets/sec
  L3 Switched:
    input: 0 pkts, 0 bytes - output: 0 pkts, 0 bytes
  L3 in Switched:
    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes
  L3 out Switched:
    ucast: 0 pkts, 0 bytes - mcast: 0 pkts, 0 bytes
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 49

**Examples**     This example shows how to display STP when you are running Rapid PVST+:

```
switch# show spanning-tree

VLAN0001
  Spanning tree enabled protocol rstp
  Root ID    Priority    32769
             Address     000d.eca3.9f01
             Cost        4
             Port        4105 (port-channel10)
             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority    32769  (priority 32768 sys-id-ext 1)
             Address     0022.5579.7641
             Hello Time  2  sec  Max Age 20 sec  Forward Delay 15 sec

Interface       Role Sts Cost     Prio.Nbr Type
--------------- ---- --- -------- -------- --------------------------------
Po10            Root FWD 2        128.4105 (vPC peer-link) P2p
Po20            Desg FWD 1        128.4115 (vPC) P2p
Po30            Root FWD 1        128.4125 (vPC) P2p
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 63

02099-00004/8367137.7

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



This example shows how to display STP information when you are running MST:

```
switch# show spanning-tree

MST0000
  Spanning tree enabled protocol mstp
  Root ID    Priority    32768
             Address     0018.bad8.fc150
             Cost        0
             Port        258 (Ethernet 2/2)
             Hello Time   2 sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority    32768 (priority 32768 sys-id-ext 0)
             Address     0018.bad8.239d
             Hello Time   2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface         Role Sts Cost      Prio.Nbr  Type
---------------- ----- --- --------- --------  --------------------------------
Eth2/1            Altn BKN 20000     128.257   Network, P2p    BA_Inc.
Eth2/2            Root FWD 20000     128.258   Edge, P2p
Eth3/48           Desg FWD 20000     128.43228 P2p
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 64

```
  Spanning tree enabled protocol rstp
  Root ID    Priority    32770
             Address     000d.eca3.9f01
             Cost        4
             Port        4105 (port-channel10)
             Hello Time   2 sec  Max Age 20 sec  Forward Delay 15 sec

  Bridge ID  Priority    32770 (priority 32768 sys-id-ext 2)
             Address     0022.5579.7641
             Hello Time   2 sec  Max Age 20 sec  Forward Delay 15 sec

Interface         Role Sts Cost      Prio.Nbr Type
---------------- ----- --- --------- -------- ---------------------------------
Po10              Root FWD 2         128.4105 (vPC peer-link) P2p
Po20              Desg FWD 1         128.4115 (vPC) P2p
Po30              Root FWD 1         128.4125 (vPC) P2p
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 73

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

This example shows how to display detailed information about the STP configuration:

```
switch(config)# show spanning-tree detail

VLAN0001 is executing the rstp compatible Spanning Tree protocol
  Bridge Identifier has priority 32768, sysid 1, address 0022.5579.7641
  Configured hello time 2, max age 20, forward delay 15
  Current root has priority 32769, address 000d.eca3.9f01
  Root port is 4105 (port-channel10), cost of root path is 4
  Topology change flag not set, detected flag not set
  Number of topology changes 1 last change occurred 20:24:36 ago
          from port-channel10
  Times:  hold 1, topology change 35, notification 2
          hello 2, max age 20, forward delay 15
  Timers: hello 0, topology change 0, notification 0


 Port 4105 (port-channel10, vPC Peer-link) of VLAN0001 is root forwarding
   Port path cost 2, Port priority 128, Port Identifier 128.4105
   Designated root has priority 32769, address 000d.eca3.9f01
   Designated bridge has priority 32769, address 0022.5579.7341
   Designated port id is 128.4105, designated path cost 2
   Timers: message age 16, forward delay 0, hold 0
   Number of transitions to forwarding state: 1
   Link type is point-to-point by default

   BPDU: sent 36729, received 36739


 Port 4115 (port-channel20, vPC) of VLAN0001 is designated forwarding
   Port path cost 1, Port priority 128, Port Identifier 128.4115
   Designated root has priority 32769, address 000d.eca3.9f01
   Designated bridge has priority 32769, address 0022.5579.7341
   Designated port id is 128.4115, designated path cost 2
   Timers: message age 0, forward delay 0, hold 0
   Number of transitions to forwarding state: 0
   Link type is point-to-point by default
   BPDU: sent 0, received 0


 Port 4125 (port-channel30, vPC) of VLAN0001 is root forwarding
   Port path cost 1, Port priority 128, Port Identifier 128.4125
   Designated root has priority 32769, address 000d.eca3.9f01
   Designated bridge has priority 32769, address 000d.eca3.9f01
   Designated port id is 128.4125, designated path cost 0
   Timers: message age 0, forward delay 0, hold 0
   Number of transitions to forwarding state: 0
   Link type is point-to-point by default
   BPDU: sent 0, received 0
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 74-75

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



This example shows how to display STP information about a specified interface when you are running
Rapid PVST+:

```
switch(config)# show spanning-tree interface ethernet 8/2

Vlan            Role Sts Cost      Prio.Nbr Type
---------------- ---- --- --------- -------- --------------------------------
VLAN0001        Altn BLK 20000     128.1025 P2p

VLAN0002        Desg FWD 20000     128.1025 P2p
```

This example shows how to display STP information about a specified interface when you are running
MST:

```
switch(config)# show spanning-tree interface ethernet 2/50

Mst Instance      Role Sts Cost      Prio.Nbr Type
---------------- ---- --- --------- -------- --------------------------------
MST0000         Desg FWD 20000     128 1281 P2p
```

This example shows how to display detailed STP information about a specified interface when you are
running Rapid PVST+:

```
switch(config)# show spanning-tree interface ethernet 8/1 detail

Port 1025 (Ethernet8/1) of VLAN0001 is alternate blocking
    Port path cost 20000, Port priority 128, Port Identifier 128.1025
    Designated root has priority 28672, address 0018.bad8.239d
    Designated bridge has priority 28672, address 0018.bad8.239d
    Designated port id is 128.1281, designated path cost 0
    Timers: message age 15, forward delay 0, hold 0
    Number of transitions to forwarding state: 1
    Link type is point-to-point by default
    The port type is network by default.
    BPDU: sent 4657, received 188

Port 1025 (Ethernet8/1) of VLAN0002 is designated forwarding
    Port path cost 20000, Port priority 128, Port Identifier 128.1025
    Designated root has priority 32770, address 0018.bad7.fc15
    Designated bridge has priority 32770, address 0018.bad7.fc15
    Designated port id is 128.1025, designated path cost 0
    Timers: message age 0, forward delay 0, hold 0
    Number of transitions to forwarding state: 1
    Link type is point-to-point by default
    The port type is network by default.
    BPDU: sent 4838, received 0
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 77.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 80.

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 81.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



**Examples**    This example shows how to display information for the root bridge:

```
switch(config)# show spanning-tree root

MST Instance        Root ID      Cost  Time Age Dly  Root Port
------------------  ------------ ----  -------------  ---------
MST0000     32768 0018.bad7.fc15    0    2   20   15  This bridge is root
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 82-83.



```
switch# show vlan summary

Number of existing VLANs               : 9
  Number of existing user VLANs        : 9
  Number of existing extended VLANs    : 0
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 94.

**Examples**    This example shows how to display information about all private VLANs on the device:



```
switch(config)# show vlan private-vlan

Primary  Secondary  Type        Ports
-------  ---------  ----------  ------------------
200      201        isolated    Eth2/26, Eth2/27
200      202        community   Eth2/26, Eth2/28
```

Cisco Nexus 7000 Series NX-OS Layer 2 Switching Command Reference (Feb. 2013), at 100.



```
BGP table version is 10, local router ID is 3.3.3.3
Status: s-suppressed, x-deleted, S-stale, d-dampened, h-history, *-valid, >-best
Path type: i-internal, e-external, c-confed, l-local, a-aggregate, r-redist
Origin codes: i - IGP, e - EGP, ? - incomplete  | - multipath

   Network          Next Hop         Metric    LocPrf    Weight  Path
*  i200.0.1.100/32  201.0.25.1                   100       100   6553601 i
*>e                 201.0.13.1                               0   6553601 i
*  i200.0.2.100/32  201.0.25.1                   100       100   6553601 i
*>e                 201.0.13.1                               0   6553601 i
*>1200.0.3.100/32   0.0.0.0                      100             32768 i
```

Cisco Nexus 7000 Series NX-OS Unicast Routing Command Reference (August 2013), at 401.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



This example shows how to display information about IGMP snooping queriers:

```
switch(config)# show ip igmp snooping querier
Vlan  IP Address      Version     Port
1     172.20.50.11    v3          fa2/1
2     172.20.40.20    v2          Router
switch(config)#
```

Cisco Nexus 7000 Series NX-OS Multicast Routing Command Reference (August 2013), at 50.

**Examples**    This example shows how to use the **show port-security** command to view the status of the port security feature on a device:

```
switch# show port-security
Total Secured Mac Addresses in System (excluding one mac per port)   : 0
Max Addresses limit in System (excluding one mac per port) : 8192

Secure Port  MaxSecureAddr  CurrentAddr  SecurityViolation  Security Action
             (Count)        (Count)      (Count)

Ethernet1/4    5              1             0                 Shutdown
------------------------------------------------------------------------------
switch#
```

Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-661.

**Examples**    This example shows how to use the **show port-security address** command to view information about all MAC addresses secured by port security:

```
switch# show port-security address

Total Secured Mac Addresses in System (excluding one mac per port)   : 0
Max Addresses limit in System (excluding one mac per port) : 8192

--------------------------------------------------------------
                 Secure Mac Address Table
--------------------------------------------------------------
Vlan    Mac Address     Type       Ports       Remaining Age
                                               (mins)
----    -----------     ------     -----       -------------
 1      0054.AAB3.770F  STATIC     port-channel1  0
 1      00EE.378A.ABCE  STATIC     Ethernet1/4    0
--------------------------------------------------------------
switch#
```

This example shows how to use the **show port-security address** command to view the MAC addresses secured by the port security feature on the Ethernet 1/4 interface:

```
switch# show port-security address interface ethernet 1/4
                 Secure Mac Address Table
--------------------------------------------------------------
Vlan    Mac Address     Type       Ports       Remaining Age
                                               (mins)
----    -----------     ------     -----       -------------
 1      00EE.378A.ABCE  STATIC     Ethernet1/4    0
--------------------------------------------------------------
switch#
```

Cisco Nexus 7000 Series NX-OS Security Command Reference (August 2013), at SEC-664.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



**Examples**    This example shows how to display the EEE status on an interface:

```
switch# show interface ethernet2/6
Ethernet2/6 is down (Link not connected)
admin state is up, Dedicated Interface
  Hardware: 10000 Ethernet, address: 0022.5579.de41 (bia 001b.54c1.af5d)
  MTU 1500 bytes, BW 10000000 Kbit, DLY 10 usec
  reliability 255/255, txload 1/255, rxload 1/255
  Encapsulation ARPA, medium is broadcast
  auto-duplex, auto-speed, media type is 10G
  Beacon is turned off
  Auto-Negotiation is turned off
  Input flow-control is off, output flow-control is off
  Auto-mdix is turned off
  Rate mode is shared
  Switchport monitor is off
  EtherType is 0x8100
  EEE (efficient-ethernet) : n/a
  Last link flapped never
  Last clearing of "show interface" counters never
  0 interface resets
  30 seconds input rate 0 bits/sec, 0 packets/sec
  30 seconds output rate 0 bits/sec, 0 packets/sec
  Load-Interval #2: 5 minute (300 seconds)
```

Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 514.

**Examples**    This example shows how to display the PTP clock information:

```
switch# show ptp clock
PTP Device Type: Boundary clock
Clock Identity : 0:18:ba:ff:ff:d8: e:17
Clock Domain: 0
Number of PTP ports: 2
Priority1 : 255
Priority2 : 255
Clock Quality:
        Class : 248
        Accuracy : 254
        Offset (log variance) : 65535
Offset From Master : 0
Mean Path Delay : 0
Steps removed : 1
Local clock time:Sun Jan 15 20:57:29 2011
```

Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 601.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 607.

Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 611.

Cisco Nexus 7000 Series NX-OS System Management Command Reference (August 2013), at 634.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS



Cisco Nexus 7000 Series NX-OS System Management Command Reference, Release 5.x (April 2010), at 533.

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

## HELP DESCRIPTIONS

Cisco contends that the following multiword help descriptions (also known as help strings, help text, or helpdesc) are protectable elements of Cisco's user interface both individually and as collections of help descriptions associated with specific operating systems, identified below as IOS and IOS-XR.  As reflected in the tables below, some help descriptions appear in more than one Cisco operating system.  Further, these multiword help descriptions are the result of a creative process within the company and the professional judgment of Cisco employees.  As the Court's summary judgment order states: "In *CDN Inc. v. Kapes*, 197 F.3d 1256, 1260 (9th Cir. 1999), a case involving collectible coins, the plaintiff's employees relied upon coin publications, real-world transactions, supply and demand projections, analyze the effect of the economy and foreign policies to determine the wholesale prices of coins. The Ninth Circuit found that prices in CDN's price guides were copyrightable because CDN used its judgment to create the prices."  Dkt. 482 at 12.  The Court's order then quotes the following passage from *CDN*:

> [W]hat is important is the fact that [parties] arrive at the prices they list through a process that involves using their judgment to distill and extrapolate from factual data. It is simply not a process through which they discover a preexisting historical fact, but rather a process by which they create a price which, in their best judgment, represents the value of an item as closely as possible…This *process* imbues the prices listed with sufficient creativity and originality to make them copyrightable.

*Id.* at 13 (emphasis added by the Court).  The Court thereafter concluded: "The fact that CDN used a process to determine, in its judgment, the value of coins was enough for the Ninth Circuit to find CDN's prices were copyrightable. The Ninth Circuit did not engage in an analysis of each and every price CDN calculated to determine if it possessed a minimal degree of creativity and originality. Similarly, Cisco has adduced evidence of a process it undertook to create its CLI commands, and such a process is enough to create a genuine issue of material fact."  *Id.*

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

As in *CDN*, Cisco's help descriptions resulted from a creative process.  As set forth in Cisco's analytic dissection brief, a device operator may ask for help in using a multiword command expressions by typing a command expression followed by a question mark ("?") into Cisco's user interface, in which case a textual help description will be displayed on the screen.  In the early 1990s, a Cisco contractor named Terry Slattery created the help descriptions in version 9.21 of Cisco's IOS through a creative process whereby he consulted Cisco documents, Cisco devices, and Cisco source code and used his judgment and creativity to create the help descriptions.  Thereafter, the Cisco help descriptions were authored according to a creative process whereby a Cisco engineer would create a new command expression and then create a description of that command expression using the engineer's own professional judgment and subjective preferences.  When the new command expression was incorporated into Cisco's source code, the help description was input at the same time.  Each of these help descriptions could have been written with different combinations of words, sequence, and syntax—their creation is left to an individual Cisco engineer's own subjective, professional judgment.

<u>IOS</u>

| |
|---|
| 32-bit tag value |
| 48-bit hardware address of ARP entry |
| AAA group definitions |
| ARP type ARPA |
| ASBR summary link states |
| Administratively shut down this neighbor |
| Advertising Router (as an IP address) |
| Advertising Router link states |
| Always advertise default route |
| An ordered list as a regular-expression |
| Assign policy-map to the input of an interface |
| Assign policy-map to the output of an interface |
| authentication parameters for the user |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| Border and Boundary Router Information |
| --- |
| Change current directory |
| class of service |
| Configure IP address summaries |
| Configure QoS Class Map |
| Configure QoS Policy Map |
| Configure QoS Service Policy |
| Configure a local or remote SNMPv3 engineID |
| Configure from the terminal |
| Configure load balancing |
| Configure logging for interface |
| Contents of startup configuration |
| Control distribution of default information |
| Copy from one file to another |
| Current operating configuration |
| Default domain name |
| Define a User Security Model group |
| Define a user who can access the SNMP engine |
| Define an SNMPv2 MIB view |
| Define an administrative distance |
| Delete a file |
| Delete all multicast routes |
| Description of the interactive help system |
| Destination IP address |
| Destination MAC address |
| Destination address translation |
| Destination file path |
| detailed interface information |
| Directory or file name |
| Display OSPF router ids as DNS names |
| Display current working directory |
| Display detailed information |
| Display the contents of a file |
| Display the session command history |
| Display the system clock |
| Distance for external routes |
| Distance for internal routes |
| Distance for local routes |
| Distribute a default route |
| Enable IP routing |
| Enable SNMP; set community string and access privs |
| Enable logging to all supported destinations |
| Enable proxy ARP |
| End IP address |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| End of range |
| Enter configuration mode |
| Exit from configure mode |
| External link states |
| File to be deleted |
| File to display |
| Forwarding router's address |
| Group to which the user belongs |
| group using the User Security Model (SNMPv3) |
| group using the v1 security model |
| group using the v2c security model |
| Halt and perform a cold restart |
| Hello interval value |
| Hello multiplier value |
| ICMP message code |
| ICMP message type |
| IGMP host query interval |
| IGMP max query response value |
| IGMP static multicast group |
| IP ARP table |
| IP address of ARP entry |
| IP address or hostname of a remote system |
| IP group address |
| IP interface status and configuration |
| IP routing table |
| ip source address |
| IP subnet mask |
| Interface specific description |
| Interface status and configuration |
| Interval in seconds |
| Link state ID (as an IP address) |
| List file information |
| List files on a filesystem |
| Load interval delay in seconds |
| MIB family is excluded from the view |
| MIB family is included in the view |
| MIB view family name |
| MIB view to which this community has access |
| Modify enable password parameters |
| Modify message logging facilities |
| Modify system boot parameters |
| Multicast Source Discovery Protocol (MSDP) |
| NSSA External link states |
| NTP version number |
| Name of the group |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| Name of the user |
| Name of the view |
| Negate a command or set its defaults |
| Network time protocol |
| Network link states |
| Network summary link states |
| Number of lines on screen (0 for no pausing) |
| number of probes |
| Number of retries to this server for a transaction |
| OSPF router-id in IP address format |
| Opaque AS link states |
| Opaque Area link states |
| Opaque Link-Local link states |
| Open a telnet connection |
| Open a terminal connection |
| Originate default route to this neighbor |
| Ping destination address or hostname |
| Prefix list name |
| Query interval in seconds |
| RPF across equal-cost paths |
| Read-only access with this community string |
| Reason for reload |
| Redistribute OSPF NSSA external routes |
| Redistribute OSPF external routes |
| Redistribute OSPF internal routes |
| Redistribution of OSPF routes |
| Rename a file |
| Reset a terminal line |
| Restrict this community to a named MIB view |
| Route map reference |
| Router link states |
| SNMP community string |
| SNMP version to use for notification messages |
| SNMPv1/v2c community string or SNMPv3 user name |
| Select an interface to configure |
| Self-originated link states |
| Send Inform messages to this host |
| Send Trap messages to this host |
| Send Community attribute to this neighbor |
| Send echo messages |
| Set a static ARP entry |
| Set authentication list for enable |
| Set authentication lists for logins |
| Set buffered logging parameters |
| Set key string |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| Set priority for Designated Router election |
| Set syslog server logging level |
| Set the IP address of an interface |
| Show QoS Class Map |
| Show QoS Policy Map |
| show SNMPv3 groups |
| show SNMPv3 users |
| Show detailed Information |
| Show filesystem information |
| Show running system information |
| Show summary information |
| Show the contents of logging buffers |
| Source IP address |
| Source MAC address |
| Source address translation |
| Source file path |
| Spanning Tree Subsystem |
| Spanning tree topology |
| Specify a RADIUS server |
| specify a notify view for the group |
| specify a read view for the group |
| Specify a remote SNMP entity to which the user belongs |
| specify a write view for the group |
| Specify hosts to receive SNMP notifications |
| Specify interval for load calculation for an interface |
| Specify name of the next hop |
| Stamp logger messages with a sequence number |
| Start IP address |
| String to uniquely identify this chassis |
| Summary of database |
| Text for mib object sysContact |
| Text for mib object sysLocation |
| The HIDDEN shared key |
| The UNENCRYPTED (cleartext) shared key |
| The notification host's UDP port number |
| The physical location of this node |
| The remote SNMP entity's UDP port number |
| time in minutes |
| Time in seconds |
| Trace route to destination |
| Trace route to destination address or hostname |
| Transmission Control Protocol |
| Turn off privileged commands |
| Turn on privileged commands |
| Unique ID string |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| Use HMAC MD5 algorithm for authentication |
| Use HMAC SHA algorithm for authentication |
| Use the SNMPv3 authNoPriv Security Level |
| Use the SNMPv3 noAuthNoPriv Security Level |
| User Datagram Protocol |
| user using the v1 security model |
| user using the v2c security model |
| user using the v3 security model |
| VPN Routing/Forwarding instance |
| Verify a file |
| Wait time (default 5 seconds) |
| ngineID of the local agent |
| identification of the contact person for this managed node |
| Name of the next hop |
| Next hop address |
| notify view name |
| Rate in Kbps |
| read view name |
| Timeout in seconds |
| write view name |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
Switch>show ?
  aaa               Show AAA values
  adjacency         Adjacent nodes
  arp               ARP table
  auto              Show Automation Template
  cca               CCA information
  class-map         Show QoS Class Map
  clock             Display the system clock
  cns               CNS agents
  controllers       Interface controller status
  crypto            Encryption module
  dampening         Display dampening information
  diagnostic        Show command for diagnostic
  dot1q-tunnel      Display dot1q tunnel ports
  dot1x             Dot1x information
  eigrp             EIGRP show commands
  env               Environmental facilities
  epm               EPM information
  errdisable        Error disable
  etherchannel      EtherChannel information
  exception         exception informations
  flash:            display information about flash: file system
  flowcontrol       show flow control information
  format            Show format information
  history           Display the session command history
  hosts             IP domain-name, lookup style, nameservers, and host table
  idprom            show IDPROMs for interfaces
  if-mgr            if-mgr information
  inventory         Show the physical inventory
  ip                IP information
  ipc               Interprocess Communications commands
  ipv6              IPv6 information
  kerberos          Show Kerberos Values
  kron              Kron Subsystem
  l2                Layer 2
  l2protocol-tunnel Display L2PT status and configurations
  lacp              Port channel information
  link              Show Link
  lldp              LLDP information
  location          Display the system location
  login             Display Secure Login Configurations and State
  mab               MAB information
  mac               MAC configuration
  macro             Show command macros
  memory            Memory statistics
  mls               mls global commands
  monitor           Monitoring different system events
  network-policy    Network Policy profile information
  odm-format        Show the schema used for ODM input file
  pagp              Port channel information
  platform          platform specific show commands
  pm                Show Port Manager commands
  policy-map        Show QoS Policy Map
  power             Switch Power
  queue             Show queue contents
  queueing          Show queueing configuration
  radius            Shows radius information
  resource          Resource group statistics
  rmon              rmon statistics
  sasl              show SASL information
  sessions          Information about Telnet connections
  shell             Display shell information
  snmp              snmp statistics
  ssh               Status of SSH server connections
  ssl               Show SSL command
  storm-control     Show storm control configuration
  table-map         Show Table Map
  tacacs            Shows tacacs+ server statistics
  template          Template information
  terminal          Display terminal configuration parameters
  time-range        Time range
  udld              UDLD information
  users             Display information about terminal lines
  version           System hardware and software status
  vlan              VTP VLAN status
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

```
Switch>show interface ?
  Async             Async interface
  Auto-Template     Auto-Template interface
  BVI               Bridge-Group Virtual Interface
  CTunnel           CTunnel interface
  Dialer            Dialer interface
  FastEthernet      FastEthernet IEEE 802.3
  Filter            Filter interface
  Filtergroup       Filter Group interface
  GigabitEthernet   GigabitEthernet IEEE 802.3z
  GroupVI           Group Virtual interface
  Loopback          Loopback interface
  Null              Null interface
  Port-channel      Ethernet Channel of interfaces
  Portgroup         Portgroup interface
  Pos-channel       POS Channel of interfaces
  Tunnel            Tunnel interface
  vif               PGM Multicast Host interface
  Virtual-Template  Virtual Template interface
  Virtual-TokenRing Virtual TokenRing
  Vlan              Catalyst Vlans
  accounting        Show interface accounting
  capabilities      Show interface capabilities information
  counters          Show interface counters
  crb               Show interface routing/bridging info
  dampening         Show interface dampening info
  debounce          Show interface debounce time info
  description       Show interface description
  etherchannel      Show interface etherchannel information
  fair-queue        Show interface Weighted Fair Queueing (WFQ) info
  fcpa              Fiber Channel
  flowcontrol       Show interface flowcontrol information
  irb               Show interface routing/bridging info
  mac-accounting    Show interface MAC accounting info
  mpls-exp          Show interface MPLS experimental accounting info
  mtu               Show interface mtu
  precedence        Show interface precedence accounting info
  private-vlan      Show interface private vlan information
  pruning           Show interface trunk VTP pruning information
  random-detect     Show interface Weighted Random Early Detection (WRED)
info
  rate-limit        Show interface rate-limit info
  stats             Show interface packets & octets, in & out, by
switching
                    path
  status            Show interface line status
  summary           Show interface summary
  switchport        Show interface switchport information
  transceiver       Show interface transceiver
  trunk             Show interface trunk information
  |                 Output modifiers
```

```
Switch>show ip ospf ?
  <1-65535>         Process ID number
  border-routers    Border and Boundary Router Information
  database          Database summary
  interface         Interface information
  max-metric        Max-metric origination information
  mpls              MPLS related information
  neighbor          Neighbor list
  sham-links        Sham link information
  statistics        Various OSPF Statistics
  summary-address   Summary-address redistribution Information
  timers            OSPF timers information
  traffic           Traffic related statistics
  virtual-links     Virtual link information
  |                 Output modifiers
  <cr>
```

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

IOS-XR

| |
|---|
| AAA group definitions |
| Specifies that an UNENCRYPTED key will follow |
| Label value |
| Exit from configure mode |
| Configure from the terminal |
| Include lines that match |
| Exclude lines that match |
| Begin with the line that matches |
| No accounting |
| User Datagram Protocol |
| Global IPv6 configuration commands |
| BFD information |
| Display the system clock |
| Show controller information |
| Packet counters |
| debug counters |
| Interval in seconds |
| Detailed information |
| Priority level |
| object name |
| Copy from current system configuration |
| Update (merge with) current system configuration |
| Display the contents of a file |
| Current operating configuration |
| Rule number |
| Tunnel ID |
| Version number |
| IGMP host query interval |
| Query interval in seconds |
| Multicast source address |
| Detailed interface information |
| Specify interface |
| VLAN ID |
| Select an Interface to configure |
| Interface status and configuration |
| disable the interface |
| Specify interval for load calculation for an interface |
| MTU (bytes) |
| Interface events |
| Prefix length |
| Set IPv6 Router Advertisement Interval |
| Interval in milliseconds |

106

| |
|---|
| IPv6 information |
| Global IPv6 configuration commands |
| IPv6 interface status and configuration |
| Brief output |
| Set advertised NS retransmission interval |
| Time to Live value |
| Entry index |
| Destination IP Address |
| 48-bit hardware address of ARP entry |
| Brief output |
| IP routing table |
| MAC address |
| interface filter |
| Enable proxy ARP |
| Enable local proxy ARP |
| route distinguisher |
| Address family IPv4 |
| Address family IPv6 |
| Default vrf |
| Time interval in seconds |
| Port Description TLV |
| System Name TLV |
| System Description TLV |
| System Capabilities TLV |
| Management Address TLV |
| Show the contents of logging buffers |
| Set buffered logging parameters |
| all modules |
| Number of lines on screen (0 for no pausing) |
| Detailed information |
| Multicast Source Discovery Protocol (MSDP) |
| Show detailed information |
| Interface Name |
| Interface filter |
| TCP protocol |
| UDP protocol |
| Send echo messages |
| IPv4 echo |
| IPv6 echo |
| Ping destination address or hostname |
| Repeat count |
| datagram size |
| Timeout in seconds |
| Trace route to destination |
| IPv4 Trace |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| IPV6 Trace |
| Trace route to destination address or hostname |
| Open a telnet connection |
| Port number |
| Network time protocol |
| NTP status |
| NTP associations |
| Key number |
| NTP version number |
| port Id |
| Port name |
| Display detailed information |
| Host name |
| Sequence number |
| next hop address |
| Differentiated Services Code Point (DSCP) |
| Display information for a specific interface (show PFC is Arista's) |
| Detailed information |
| Hello interval |
| Neighbor filter |
| Detailed interface information |
| IP routing table |
| Number of MAC addresses |
| Show PTP interface information |
| Set IP DSCP (DiffServ CodePoint) |
| Show detailed output |
| Time in minutes |
| Specify a RADIUS server |
| Radius configuration (RADIUS was Arista's) |
| route distinguisher |
| Sequence number |
| Next Hop |
| AS Number |
| BGP timers |
| Keepalive interval |
| Hold Time |
| Open Shortest Path First (OSPF) |
| Redistribution of OSPF routes |
| Redistribute OSPF external routes |
| Redistribute OSPF internal routes |
| Administratively shut down this neighbor |
| Define an administrative distance |
| BGP distance |
| Delay value (seconds) |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| IPv4 address family |
| IPv6 address family |
| IS-IS instance name |
| Address Family modifier |
| Suppress routing updates on this interface |
| Detailed Output |
| Neighbor information |
| Process ID |
| Control distribution of default information |
| Distribute a default route |
| Metric value |
| Database summary |
| Advertising Router link states |
| Self-originated link states |
| Filter by Interface Name |
| Border and Boundary Router Information |
| Interface information |
| Neighbor list |
| Display OSPF router ids as DNS names |
| Enable authentication |
| Suppress routing updates on an interface (in is arista's) |
| Control distribution of default information |
| Distribute a default route |
| Brief interface information |
| Neighbor information |
| Advertising Router link states |
| Self-originated link states |
| ASBR summary link states |
| External link states |
| Network link states |
| NSSA External link states |
| Opaque Area link states |
| Opaque AS link states |
| Opaque Link-Local link states |
| Router link states |
| Network summary link states |
| Define an administrative distance |
| Redistribution of OSPF routes |
| Redistribute OSPF external routes |
| Redistribute OSPF internal routes |
| Connected routes |
| Threshold value |
| Time in minutes |
| Traffic class |
| Source MAC address |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| Destination MAC address |
| VLAN ID |
| SNMP statistics |
| Name of the group |
| Name of the user |
| Name of the view |
| SNMP community string |
| MIB view to which the community has access (this is Arista's) |
| String to uniquely identify this chassis |
| Unique ID string |
| Text for mib Object sysContact |
| identification of the contact person for this managed node |
| Configure a local or remote SNMPv3 engineID |
| engineID of the local agent |
| engineID of a remote agent |
| Text for mib Object sysLocation |
| The physical location of this node |
| Define an SNMPv2 MIB view |
| MIB view family name |
| MIB family is included in the view |
| MIB family is excluded from the view |
| Define a user who can access the SNMP engine |
| Group to which the user belongs |
| Specify a remote SNMP entity to which the user belongs |
| authentication parameters for the user |
| Use HMAC MD5 algorithm for authentication |
| Use HMAC SHA algorithm for authentication |
| user using the v1 security model |
| user using the v2c security model |
| user using the v3 security model |
| Define a User Security Model group |
| group using the v1 security model |
| group using the v2c security model |
| group using the User Security Model (SNMPv3) |
| Context name |
| read view name |
| Specify a write view for the group |
| write view name |
| specify a notify view for this group (the is Arista's) |
| notify view name |
| Specify hosts to receive SNMP notifications |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS

| |
|---|
| Send Trap messages to this host |
| Send Inform messages to this host |
| SNMP version to use for notification messages |
| Port number |
| Group number |
| Set TACACS+ encryption key |
| Wait time (default 5 seconds) |
| Specify a TACACS+ server |
| Sequence number |
| Select an interface to configure (OR clear OR filter OR show, Arista's was monitor) |
| User name |
| Virtual terminal |
| No accounting |
| Topology Information |
| Track an interface |
| Brief output |
| Session information |
| Global IPv6 configuration commands |
| IPv6 information |
| Clear platform information |
| Default VRF |

EXHIBIT 1 -- CISCO'S SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS