1  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5
   Sean S. Pak (SBN 219032)
6  seanpak@quinnemanuel.com
   Amy H. Candido (SBN 237829)
7  amycandido@quinnemanuel.com
   John M. Neukom (SBN 275887)
8  johnneukom@quinnemanuel.com.
   QUINN EMANUEL URQUHART &
9  SULLIVAN LLP
   50 California Street, 22nd Floor
10 San Francisco, CA 94111
   Telephone: (415) 875-6600
11 Facsimile: (415) 875-6700

12 David Nelson (*admitted pro hac vice*)
   davenelson@quinnemanuel.com
13 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
14 500 West Madison St., Suite 2450
   Chicago, IL 60661
15 Telephone: (312) 705-7400
   Facsimile: (312) 705-7401
16
   *Attorneys for Plaintiff Cisco Systems, Inc.*

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

17

18                **UNITED STATES DISTRICT COURT**

19     **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

20
   CISCO SYSTEMS, INC.,                    CASE NO. 5:14-cv-5344-BLF (NC)
21
              Plaintiff,                   **CISCO'S PROPOSED VERDICT FORM**
22
        vs.                                Judge:   Hon. Beth Labson Freeman
23
   ARISTA NETWORKS, INC.,
24
              Defendant.
25

26

27

28

                                                    Case No. 5:14-cv-5344-BLF

1

2

3

**YOUR ANSWERS MUST BE UNANIMOUS.**

4

5

**CISCO'S CLAIM FOR COPYRIGHT INFRINGEMENT**

6

7    1:      Has Cisco proven by a preponderance of the evidence that Arista infringed any of Cisco's

8    copyrights?

9                              YES (Infringed)        NO (Not infringed)

10                             _____                  _____

11

12   **IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE ANSWER QUESTION 2. IF
     YOU ANSWERED "NO" TO QUESTION 1, PLEASE GO TO QUESTION 6.**

13

14

15   2:      Has Arista proven by a preponderance of the evidence that Arista's use of Cisco's

16   copyrighted works was "fair use"?

17                             YES (Fair use)         NO (Not fair use)

18                             _____                  _____

19

20   **IF YOU ANSWERED "YES" TO QUESTION 2, PLEASE GO TO QUESTION 6. IF YOU
     ANSWERED "NO" TO QUESTION 2, PLEASE ANSWER QUESTIONS 3(a) and 3(b).**

21

22   3(b):   Has Cisco proven by a preponderance of the evidence that it had lost profits that were

23   caused by the infringement?

24                             YES                    NO

25                             _____                  _____

26

27

28

99998-77952/8402358.1

3(b):    Has Cisco proven by a preponderance of the evidence that Arista earned profits caused by the infringement?

YES                    NO

_____                  _____

**IF YOU ANSWERED "YES" TO ANY PART OF QUESTION 3, PLEASE ANSWER QUESTION 4. IF YOU ANSWERED "NO" TO BOTH PARTS OF QUESTION 3, PLEASE GO TO QUESTION 6.**

4:       What amount of money do you find should be awarded to Cisco for Arista's copyright infringement?

Cisco's lost profits:              _____

Arista's (Infringer's) profits:    _____

5.       Has Cisco proven that Arista's copyright infringement was willful?

YES (Willful)          NO (Not willful)

_____                  _____

**QUESTION 6 IS ON THE NEXT PAGE.**

1

## CISCO'S CLAIM FOR PATENT INFRINGEMENT

2

3  6.      Has Cisco proven by a preponderance of the evidence that Arista has infringed any of the

4  following claims of the '526 patent?

5                                                          YES (Infringed)        NO (Not infringed)

6      A.      Claim 1                          _____              _____

7      B.      Claim 6                          _____              _____

8      C.      Claim 10                         _____              _____

9      D.      Claim 11                         _____              _____

10     E.      Claim 13                         _____              _____

11     F.      Claim 14                         _____              _____

12     G.      Claim 15                         _____              _____

13     H.      Claim 16                         _____              _____

14     I.      Claim 19                         _____              _____

15     J.      Claim 23                         _____              _____

16

17

18  **QUESTION 7 IS ON THE NEXT PAGE.**

19

20

21

22

23

24

25

26

27

28

99998-77952/8402358.1                                          CISCO'S PROPOSED VERDICT FORM

7.      Has Arista proven by clear and convincing evidence that any of the following claims of the

'526 patent are invalid?

|  |  |  | YES (Invalid) | NO (Not invalid) |
|---|---|---|---|---|
| A. | Claim 1 | | _____ | _____ |
| B. | Claim 6 | | _____ | _____ |
| C. | Claim 10 | | _____ | _____ |
| D. | Claim 11 | | _____ | _____ |
| E. | Claim 13 | | _____ | _____ |
| F. | Claim 14 | | _____ | _____ |
| G. | Claim 15 | | _____ | _____ |
| H. | Claim 16 | | _____ | _____ |
| I. | Claim 19 | | _____ | _____ |
| J. | Claim 23 | | _____ | _____ |

**IF—FOR ANY CLAIM OF THE '526 PATENT—YOU ANSWERED "YES" FOR INFRINGEMENT (QUESTION 6) AND ANSWERED "NO" FOR INVALIDITY (QUESTION 7) FOR THE SAME CLAIM, THEN PROCEED TO QUESTION 8. OTHERWISE—IF THERE IS NO CLAIM OF THE '526 PATENT THAT YOU FOUND INFRINGED AND NOT INVALID—THEN SKIP TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT.**

8.      What amount of damages is Cisco entitled to recover as a result of Arista's patent

infringement?

$\$$_____

**QUESTION 9 IS ON THE NEXT PAGE.**

9.        Has Cisco proven that Arista's patent infringement was willful?

YES (Willful)        NO (Not willful)

_____                        _____

**PLEASE DATE AND SIGN BELOW.**

Dated: _____                        _____
                                        **FOREPERSON**

CISCO'S PROPOSED VERDICT FORM

99998-77952/8402358.1

1    Dated:  September 27, 2016                    Respectfully submitted,

2                                                  */s/ John M. Neukom*_____

3                                                  Kathleen Sullivan (SBN 242261)
                                                   kathleensullivan@quinnemanuel.com
4                                                  QUINN EMANUEL URQUHART &
                                                   SULLIVAN LLP
5                                                  51 Madison Avenue, 22nd Floor
                                                   New York, NY 10010
6                                                  Telephone: (212) 849-7000
                                                   Facsimile: (212) 849-7100
7
                                                   Sean S. Pak (SBN 219032)
8                                                  seanpak@quinnemanuel.com
                                                   Amy H. Candido (SBN 237829)
9                                                  amycandido@quinnemanuel.com
                                                   John M. Neukom (SBN 275887)
10                                                 johnneukom@quinnemanuel.com.
                                                   QUINN EMANUEL URQUHART &
11                                                 SULLIVAN LLP
                                                   50 California Street, 22nd Floor
12                                                 San Francisco, CA 94111
                                                   Telephone: (415) 875-6600
13                                                 Facsimile: (415) 875-6700

14                                                 David Nelson (*admitted pro hac vice*)
                                                   davenelson@quinnemanuel.com
15                                                 QUINN EMANUEL URQUHART &
                                                   SULLIVAN LLP
16                                                 500 West Madison St., Suite 2450
                                                   Chicago, IL 60661
17                                                 Telephone: (312) 705-7400
                                                   Facsimile: (312) 705-7401
18
                                                   Steven Cherny *admitted pro hac vice)*
19                                                 steven.cherny@kirkland.com
                                                   KIRKLAND & ELLIS LLP
20                                                 601 Lexington Avenue
                                                   New York, New York 10022
21                                                 Telephone: (212) 446-4800
                                                   Facsimile: (212) 446-4900
22
                                                   Adam R. Alper (SBN 196834)
23                                                 adam.alper@kirkland.com
                                                   KIRKLAND & ELLIS LLP
24                                                 555 California Street
                                                   San Francisco, California  94104
25                                                 Telephone: (415) 439-1400
                                                   Facsimile: (415) 439-1500
26
                                                   Michael W. De Vries (SBN 211001)
27                                                 michael.devries@kirkland.com
                                                   KIRKLAND & ELLIS LLP
28                                                 333 South Hope Street

99998-77952/8402358.1                              CISCO'S PROPOSED VERDICT FORM

1

Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

2

3

*Attorneys for Plaintiff Cisco Systems, Inc.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:14-cv-5344-BLF

CISCO'S PROPOSED VERDICT FORM

99998-77952/8402358.1