| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Amy H. Candido (SBN 237829)<br>amycandido@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401 | Steven Cherny (*admitted pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S CORRECTED SUBMISSION OF PROTECTABLE ELEMENTS FROM ITS COPYRIGHTED WORKS** |

1  Plaintiff Cisco Systems, Inc. ("Cisco") hereby respectfully submits this corrected list of
2  protectable elements from its copyrighted works in Exhibit 1, which has been concurrently filed
3  herewith.  Cisco submits this corrected list solely to fix typographical errors, remove redundant or
4  duplicate entries, and remove certain help description entries that were inadvertently included in
5  Cisco's September 27, 2016 submission.

7  Dated:  October 4, 2016                                Respectfully submitted,

8                                                         /s/ Sean S. Pak_____

9                                                         Kathleen Sullivan (SBN 242261)
                                                          kathleensullivan@quinnemanuel.com
10                                                        QUINN EMANUEL URQUHART &
                                                          SULLIVAN LLP
11                                                        51 Madison Avenue, 22nd Floor
                                                          New York, NY 10010
12                                                        Telephone: (212) 849-7000
                                                          Facsimile: (212) 849-7100
13
                                                          Sean S. Pak (SBN 219032)
14                                                        seanpak@quinnemanuel.com
                                                          Amy H. Candido (SBN 237829)
15                                                        amycandido@quinnemanuel.com
                                                          John M. Neukom (SBN 275887)
16                                                        johnneukom@quinnemanuel.com.
                                                          QUINN EMANUEL URQUHART &
17                                                        SULLIVAN LLP
                                                          50 California Street, 22nd Floor
18                                                        San Francisco, CA 94111
                                                          Telephone: (415) 875-6600
19                                                        Facsimile: (415) 875-6700

20                                                        David Nelson (*admitted pro hac vice*)
                                                          davenelson@quinnemanuel.com
21                                                        QUINN EMANUEL URQUHART &
                                                          SULLIVAN LLP
22                                                        500 W Madison St, Suite 2450
                                                          Chicago, IL 60661
23                                                        Telephone: (312) 705-7465
                                                          Facsimile: (312) 705 7401
24
                                                          Steven Cherny *admitted pro hac vice)*
25                                                        steven.cherny@kirkland.com
                                                          KIRKLAND & ELLIS LLP
26                                                        601 Lexington Avenue
                                                          New York, New York 10022
27                                                        Telephone: (212) 446-4800
                                                          Facsimile: (212) 446-4900
28

| | |
|---|---|
| 1 | Adam R. Alper (SBN 196834) |
| 2 | adam.alper@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 3 | 555 California Street |
|   | San Francisco, California  94104 |
| 4 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

## **ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document and that I have concurrence in the filing of this document from the signatory identified above.

*/s/ Andrew M. Holmes*