KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1–5**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1118424

1    I, DAVID J. ROSEN, declare and state as follows:

2    1.    I am an attorney licensed to practice law in the State of California and admitted to

3    practice before this Court. I am an associate at the law firm of Keker & Van Nest LLP and

4    counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have

5    personal knowledge of the facts stated herein and, if called as a witness, I could testify

6    competently thereto.

7    2.    I submit this declaration in support of Arista's Administrative Motion to File

8    Documents Under Seal in connection with Arista's Oppositions to Plaintiff Cisco Systems, Inc.'s

9    ("Cisco") Motions *in Limine* Nos. 1–5.

10    3.    Cisco's Motions *In Limine* Nos. 1–5 are all non-dispositive motions. In this

11    context, I understand that materials may be sealed so long as the party seeking sealing makes a

12    "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure

13    26(c). *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting

14    *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)). In

15    addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the

16    document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to

17    protection under the law" ( *i.e.*, that the document is "sealable"). Civil L.R. 79-5(b). The sealing

18    request must also "be narrowly tailored to seek sealing only of sealable material." *Id.*

19    4.    Arista seeks to seal the following documents, as well as the following material

20    attached to the Declaration of Ryan Wong in Support of Arista's Oppositions to Cisco's Motions

21    *in Limine* Nos. 1–5 ("Wong Decl." or "Wong Declaration"):

22
23

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's Opposition to Cisco's Motion *in Limine* No. 1 | Highlighted portions | *Cisco* |
| Arista's Opposition to Cisco's Motion *in Limine* No. 2 | Highlighted portions | *Cisco* <br><br> *HP, Dell, Juniper (Third Parties)* |

1118424

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's Opposition to Cisco's Motion *in Limine* No. 3 | Highlighted Portions | *Cisco, Arista* |
| Arista's Opposition to Cisco's Motion *in Limine* No. 4 | Highlighted Portions | *Cisco* |
| Arista's Opposition to Cisco's Motion *in Limine* No. 5 | Highlighted Portions | *Cisco* |
| Exhibit 4 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 ("Wong Decl.") (CSI-ANI-00252097) | Entire Document | *Cisco* |
| Exhibit 8 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the May 20, 2016 Depo. Tr. of Gavin Cato) | Entire Document | *Dell (Third Party)* |
| Exhibit 9 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the Feb. 16, 2016 Depo Tr. of Philip Kasten) | Entire Document | *Juniper (Third Party)* |
| Exhibit 10 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the May 2, 2016 Depo Tr. of Balaji Venkatraman) | Entire Document | *Cisco* *HP (Third Party)* |

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1118424

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 11 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the March 31, 2016 Depo Tr. of Phillip Remaker) | Entire Document | *Cisco* |
| Exhibit 12 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (CSI-CLI-00754391) | Entire Document | *Cisco* |
| Exhibit 19 to the Wong Decl. (Excerpts from the June 7, 2016 Depo. Tr. of Frank Palumbo) | Entire Document | *Cisco* |
| Exhibit 22 to the Wong Decl. (Excerpts from July 26, 2016 Depo. Tr. of Judith Chevalier) | Entire Document | *Cisco, Arista* |
| Exhibit 23 to the Wong Decl. ("Exhibit Copying-2" to the Opening Expert Report of Kevin Almeroth) | Entire Document | *Cisco* |
| Exhibit 27 to the Wong Decl. (Transcript excerpts from Jan. 29, 2016 Depo. of Adam Sweeney) | Entire Document | *Cisco* |
| Exhibit 31 to the Wong Decl. (Excerpts from May 25, 2016 Depo. Tr. of Terry Eger) | Entire Document | *Cisco, Arista* |
| Exhibit 34 to the Wong Decl. (CSI-CLI-05646048) | Entire Document | *Cisco* |
| Exhibit 35 to the Wong Decl. (CSI-CLI-06023246) | Entire Document | *Cisco* |

3

1118424

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 36 to the Wong Decl. (CSI-CLI-00843944) | Entire Document | *Cisco* |

5.      The highlighted portions of Arista's Opposition to Cisco's Motion *in Limine* No. 1 are being filed under seal under Civil L.R. 79-5(e) because they refer to and describe record evidence that Cisco designated as either "Confidential" or "Highly Confidential – Attorney's Eyes Only" under the Protective Order.  Arista takes no position as to whether the highlighted portions of this brief are, in fact, confidential to Cisco for purposes of this sealing motion, and takes no position regarding whether they should be sealed under the "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material.

6.      The highlighted portions of Arista's Opposition to Cisco's Motion *in Limine* No. 2 are being filed under seal under Civil L.R. 79-5(e) because they disclose information that Cisco and third-parties Hewlett Packard Enterprise (HP), Dell, and Juniper Networks designated "Highly Confidential" or "Confidential" under the Protective Order.  Arista takes no position as to whether the highlighted portions of this brief are, in fact, confidential to Cisco or those third parties for purposes of this sealing motion, and takes no position regarding whether they should be sealed under the "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to provide Cisco and those third parties with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material.

7.      The highlighted portions of Arista's Opposition to Cisco's Motion *in Limine* No. 3 are being filed under seal under Civil L.R. and 79-5(d)(1)(A) and 79-5(e) because they disclose confidential information of both Arista and Cisco.  Good cause exists to seal those portions of this document because they reveal non-public, confidential customer and sales information regarding Arista's customers.  *See Samsung*, 727 F.3d at 1221–22 (Fed. Cir. 2013) (sealing is appropriate even under the compelling standards threshold if the release of the information will cause competitive harm to a business); *Ovonic Battery Co. v. Sanyo Elec. Co.*, Case No. 14-cv-01637,

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1118424

1    2014 WL 2758756, at *2-3 (N.D. Cal. June 17, 2014) (where public disclosure of business

2    information could harm a litigant's competitive standing by placing it "in a diminished bargaining

3    position in future negotiations with potential customers and competitors," the records should be

4    sealed).

5            8.      The highlighted portions of Arista's Opposition to Cisco's Motion *in Limine* No. 4

6    are being filed under seal under Civil L.R. 79-5(e) because they refer to and describe information

7    that Cisco designated as either "Confidential" or "Highly Confidential – Attorney's Eyes Only"

8    under the Protective Order—specifically, they refer to and describe opinions expressed in Cisco's

9    technical expert's Opening Expert Report, which Cisco designated as "Highly Confidential"

10   under the Protective Order.  Arista takes no position as to whether the highlighted portions of this

11   brief are, in fact, confidential to Cisco for purposes of this sealing motion, and takes no position

12   regarding whether they should be sealed under the "good cause" standard and Civil L.R. 79-5(b).

13   Arista is only filing this document under seal to provide Cisco with the opportunity to submit a

14   declaration under Civil L.R. 79(e)(1) to justify sealing that material.

15           9.      The highlighted portions of Arista's Opposition to Cisco's Motion *in Limine* No. 5

16   are being filed under seal under Civil L.R. 79-5(e) because they refer to and describe information

17   that Cisco designated as either "Confidential" or "Highly Confidential – Attorney's Eyes Only"

18   under the Protective Order—specifically, they refer to and describe the deposition testimony of

19   Terry Eger, which Cisco designated as "Highly Confidential" under the Protective Order.  Arista

20   takes no position as to whether the highlighted portions of this brief are, in fact, confidential to

21   Cisco for purposes of this sealing motion, and takes no position regarding whether they should be

22   sealed under the "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this

23   document under seal to provide Cisco with the opportunity to submit a declaration under Civil

24   L.R. 79(e)(1) to justify sealing that material.

25           10.     Exhibit 4 to the Wong Declaration is a document produced by Cisco with Bates

26   stamp CSI-ANI-00252193.  It is being filed under seal under Civil L.R. 79-5(e) because Cisco

27   designated the document "Highly Confidential" under the Protective Order.  Arista does not seek

28   to seal any of the document and takes no position regarding whether it should be sealed under the

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1118424

1    "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to

2    provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

3    sealing that material.

4         11.     Exhibit 8 to the Wong Declaration is a copy of transcript excerpts from the

5    deposition of Gavin Cato taken on May 20, 2016.  It is being filed under seal under Civil L.R. 79-

6    5(e) because Dell, a third party, designated the transcript as "Highly Confidential" under the

7    Protective Order.  Arista does not seek to seal any of these particular transcript excerpts and takes

8    no position regarding whether it should be sealed under the "good cause" standard and Civil L.R.

9    79-5(b).  Arista is only filing this document under seal to provide Dell with the opportunity to

10   submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material.

11        12.     Exhibit 9 to the Wong Declaration is a copy of transcript excerpts from the

12   deposition of Philp Kasten taken on February 16, 2016.  It is being filed under seal under Civil

13   L.R. 79-5(e) because Juniper Networks, a third party, designated the transcript as "Highly

14   Confidential" under the Protective Order.  Arista does not seek to seal any of these particular

15   transcript excerpts and takes no position regarding whether it should be sealed under the "good

16   cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to provide

17   Juniper Networks with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

18   sealing that material.

19        13.     Exhibit 10 to the Wong Declaration is a copy of transcript excerpts from the

20   deposition of Balaji Venkatraman taken on May 2, 2016.  It is being filed under seal under Civil

21   L.R. 79-5(e) because HP, a third party, and Cisco both designated the transcript as "Highly

22   Confidential" under the Protective Order.  Arista does not seek to seal any of these particular

23   transcript excerpts and takes no position regarding whether it should be sealed under the "good

24   cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to provide

25   HP and Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

26   sealing that material.

27        14.     Exhibit 11 to the Wong Declaration is a copy of transcript excerpts from the

28   deposition of Phillip Remaker taken on March 31, 2016.  It is being filed under seal under Civil

1118424

1    L.R. 79-5(e) because Cisco designated the transcript as "Highly Confidential" under the

2    Protective Order.  Arista does not seek to seal any of these particular transcript excerpts and takes

3    no position regarding whether it should be sealed under the "good cause" standard and Civil L.R.

4    79-5(b).  Arista is only filing this document under seal to provide Cisco with the opportunity to

5    submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material.

6         15.    Exhibit 12 to the Wong Declaration is a document produced by Cisco with Bates

7    stamp CSI-CLI-00754391.  It is being filed under seal under Civil L.R. 79-5(e) because Cisco

8    designated the document "Highly Confidential" under the Protective Order.  Arista does not seek

9    to seal any of the document and takes no position regarding whether it should be sealed under the

10   "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal to

11   provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

12   sealing that material.

13        16.    Exhibit 19 to the Wong Declaration is a copy of transcript excerpts from the

14   deposition of Frank Palumbo, taken on June 7, 2016.  It is being filed under seal under Civil L.R.

15   79-5(e) because Cisco designated the transcript as "Highly Confidential" under the Protective

16   Order.  Arista does not seek to seal any of these particular transcript excerpts and takes no

17   position regarding whether it should be sealed under the "good cause" standard and Civil L.R. 79-

18   5(b).  Arista is only filing this document under seal to provide Cisco with the opportunity to

19   submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material.

20        17.    Exhibit 22 to the Wong Declaration is a copy of transcript excerpts from the

21   deposition of Judith Chevalier, Cisco's damages expert, taken on June 7, 2016.  Good cause exists

22   to seal the Report in its entirety because confidential information of both parties is discussed

23   throughout the excerpted deposition transcript regarding non-public customer, sales, and financial

24   information from both parties.  *See Samsung*, 727 F.3d at 1221–22 (Fed. Cir. 2013) (sealing is

25   appropriate even under the compelling standards threshold if the release of the information will

26   cause competitive harm to a business); *Ovonic Battery Co. v. Sanyo Elec. Co.*, Case No. 14-cv-

27   01637, 2014 WL 2758756, at *2-3 (N.D. Cal. June 17, 2014) (where public disclosure of business

28   information could harm a litigant's competitive standing by placing it "in a diminished bargaining

7

1118424

1    position in future negotiations with potential customers and competitors," the records should be

2    sealed).  Arista is also filing this document under seal under Civil L.R. 79-5(e) because Cisco

3    designated the transcript as "Highly Confidential" under the Protective Order.  Arista does not

4    seek to seal any of these particular transcript excerpts and takes no position regarding whether it

5    should be sealed under the "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing

6    this document under seal to provide Cisco with the opportunity to submit a declaration under

7    Civil L.R. 79(e)(1) to justify sealing that material.

8          18.      Exhibit 23 to the Wong Declaration is a copy of "Exhibit Copying-2" to the

9    Opening Expert Report of Kevin C. Almeroth, dated June 3, 2016.  It is being filed under seal

10    under Civil L.R. 79-5(e) because Cisco designated Dr. Almeroth's Opening Expert Report and

11    this document as "Highly Confidential" under the Protective Order.  Arista does not seek to seal

12    any material in this document and takes no position regarding whether it should be sealed under

13    the "good cause" standard and Civil L.R. 79-5(b).  Arista is only filing this document under seal

14    to provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

15    sealing that material.

16          19.      Exhibit 27 to the Wong Declaration is a copy of transcript excerpts from the

17    deposition of Adam Sweeney, taken on January 29, 2016.  It is being filed under seal under Civil

18    L.R. 79-5(e) because Cisco designated the transcript as "Highly Confidential" under the

19    Protective Order.  Arista does not seek to seal any of these particular transcript excerpts and takes

20    no position regarding whether it should be sealed under the "good cause" standard and Civil L.R.

21    79-5(b).  Arista is only filing this document under seal to provide Cisco with the opportunity to

22    submit a declaration under Civil L.R. 79(e)(1) to justify sealing that material.

23          20.      Exhibit 31 to the Wong Declaration is a copy of transcript excerpts from the

24    deposition of Terry Eger, taken on May 25, 2016.  This exhibit contains confidential Arista

25    business information at page 28:2–25.  There is good cause to seal that specific portion of this

26    exhibit because it discusses and discloses internal, non-public information regarding Arista

27    business planning and sales operations. *See In re Elec. Arts, Inc.*, 298 F. App'x Case 5:14-cv-

28    05344-BLF at 569–70; *Delphix*, 2014 WL 4145520, at \*2; *Koninklijke Philips*, 2015 WL 581574,

1118424

1    at *1–2; *see also Schwartz*, 2016 WL 1301186, at *2 (discussing the harm that could result by the

2    dissemination of similar sensitive internal business information to competitors, who would find it

3    valuable). The remaining portions of this exhibit is only being filed under seal under Civil L.R.

4    79-5(e) because Cisco designated the transcript as "Highly Confidential" under the Protective

5    Order. Arista does not seek to seal the remaining portions of this particular transcript (beyond the

6    specific portion it seeks to seal as described above) and takes no position regarding whether those

7    portions should be sealed under the "good cause" standard and Civil L.R. 79-5(b). Arista is only

8    filing those portions of this exhibit under seal to provide Cisco with the opportunity to submit a

9    declaration under Civil L.R. 79(e)(1) to justify sealing that material.

10          21.     Exhibit 34 to the Wong Declaration is a document produced by Cisco with Bates

11   stamp CSI-CLI-05646048. It is being filed under seal under Civil L.R. 79-5(e) because Cisco

12   designated the document "Highly Confidential" under the Protective Order. Arista does not seek

13   to seal any of the document and takes no position regarding whether it should be sealed under the

14   "good cause" standard and Civil L.R. 79-5(b). Arista is only filing this document under seal to

15   provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

16   sealing that material.

17          22.     Exhibit 35 to the Wong Declaration is a document produced by Cisco with Bates

18   stamp CSI-CLI-06023246. It is being filed under seal under Civil L.R. 79-5(e) because Cisco

19   designated the document "Highly Confidential" under the Protective Order. Arista does not seek

20   to seal any of the document and takes no position regarding whether it should be sealed under the

21   "good cause" standard and Civil L.R. 79-5(b). Arista is only filing this document under seal to

22   provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

23   sealing that material.

24          23.     Exhibit 36 to the Wong Declaration is a document produced by Cisco with Bates

25   stamp CSI-CLI-00843944. It is being filed under seal under Civil L.R. 79-5(e) because Cisco

26   designated the document "Highly Confidential" under the Protective Order. Arista does not seek

27   to seal any of the document and takes no position regarding whether it should be sealed under the

28   "good cause" standard and Civil L.R. 79-5(b). Arista is only filing this document under seal to

1118424

1   provide Cisco with the opportunity to submit a declaration under Civil L.R. 79(e)(1) to justify

2   sealing that material.

3          I declare under penalty of perjury under the laws of the State of California that the

4   foregoing is true and correct and that this declaration was executed on September 16, 2016, in

5   San Francisco, California.

6

7                                                   *s/David J. Rosen*
                                                    DAVID J. ROSEN
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1118424