1 | KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1–5**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1118425

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal filed in connection with Arista's Oppositions to Plaintiff Cisco Systems, Inc.'s ("Cisco") Motions *in Limine* Nos. 1–5 as follows:

| Document | Portions of Document to be Sealed |
| --- | --- |
| Arista's Opposition to Cisco's Motion *in Limine* No. 1 | Highlighted portions |
| Arista's Opposition to Cisco's Motion *in Limine* No. 2 | Highlighted portions |
| Arista's Opposition to Cisco's Motion *in Limine* No. 3 | Highlighted Portions |
| Arista's Opposition to Cisco's Motion *in Limine* No. 4 | Highlighted Portions |
| Arista's Opposition to Cisco's Motion *in Limine* No. 5 | Highlighted Portions |
| Exhibit 4 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 ("Wong Decl.") (CSI-ANI-00252097) | Entire Document |
| Exhibit 8 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the May 20, 2016 Depo. Tr. of Gavin Cato) | Entire Document |
| Exhibit 9 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the Feb. 16, 2016 Depo Tr. of Philip Kasten) | Entire Document |
| Exhibit 10 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the May 2, 2016 Depo Tr. of Balaji Venkatraman) | Entire Document |
| Exhibit 11 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (Excerpts from the March 31, 2016 Depo Tr. of Phillip Remaker) | Entire Document |
| Exhibit 12 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions *in Limine* Nos. 1–5 (CSI-CLI-00754391) | Entire Document |
| Exhibit 19 to the Wong Decl. (Excerpts from the June 7, 2016 Depo. Tr. of Frank Palumbo) | Entire Document |

| Document | Portions of Document to be Sealed |
|---|---|
| Exhibit 22 to the Wong Decl. (Excerpts from July 26, 2016 Depo. Tr. of Judith Chevalier) | Entire Document |
| Exhibit 23 to the Wong Decl. ("Exhibit Copying-2" to the Opening Expert Report of Kevin Almeroth) | Entire Document |
| Exhibit 27 to the Wong Decl. (Transcript excerpts from Jan. 29, 2016 Depo. of Adam Sweeney) | Entire Document |
| Exhibit 31 to the Wong Decl. (Excerpts from May 25, 2016 Depo. Tr. of Terry Eger) | Entire Document |
| Exhibit 34 to the Wong Decl. (CSI-CLI-05646048) | Entire Document |
| Exhibit 35 to the Wong Decl. (CSI-CLI-06023246) | Entire Document |
| Exhibit 36 to the Wong Decl. (CSI-CLI-00843944) | Entire Document |

**IT IS SO ORDERED.**

Dated: _____    HON. BETH LABSON FREEMAN

2
[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (NC)

1118425