KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Email: rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email: jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>           Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORK'S OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1-5**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORK'S
OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1-5
Case No. 5:14-cv-05344-BLF (NC)

1117568

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Cisco's Internetworking Terms and Acronyms.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Cisco NX-OS Software: Business-Critical Cross-Platform Data Center OS, bates labeled ARISTANDCA00010591-604.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Cisco NX-OS Networking Software sheet, bates labeled ARISTANDCA00010590.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt from IOS Software Release 12.2x, bates labeled CSI-ANI-00252097 – 244.

6. Attached hereto as **Exhibit 5** is a true and correct copy of FTOS Command Line Interface, bates labeled ARISTANDCA00265424-5.

7. Attached hereto as **Exhibit 6** is a true and correct copy of HP ProCurve Secure Router 7000dl Series, bates labeled ARISTANDCA00225269-74.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Anthony Li, dated February 1, 2016.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the deposition of Gavin Cato, dated May 20, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the deposition of Philip Kasten, dated February 16, 2016.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORK'S
OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1-5
Case No. 5:14-cv-05344-BLF (NC)

1117568

deposition of Balaji Venkatraman, dated May 2, 2016.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the deposition of Phillip Remaker, dated March 31, 2016.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an email from Phillip Remaker to Carl Schaefer et al re Parser review guideline, dated January 12, 1999 and bates labeled CSI-CLI-00754391-95

14. Attached hereto as **Exhibit 13** is a true and correct copy of a Force10 Presentation dated January 21, 2008 and bates labeled ARISTANDCA13172736-74

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of a Bladeos 6.4 Application Guide, dated June 2010 and bates labeled starting ARISTANDCA10056691.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a Brocade Data Sheet, bates labeled ARISTANDCA10778934-41.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Declaration of William T. Nelson, served in the course of discovery on May 29, 2016.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Cisco Live Presentation, bates labeled ARISTANDCA00010430-512.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Defendant Arista Networks, Inc.'s First Set of Interrogatories (Nos. 1-15), dated April 10, 2015.

20. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the deposition of Frank Palumbo, dated June 7, 2016.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an email from Elizabeth McCloskey to Counsel for Cisco Systems, Inc., dated August 1, 2016.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Defendant Arista Networks, Inc.'s Sixth Supplemental Initial Disclosures, dated August 1, 2016.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the deposition of Judith A. Chevalier, dated July 26, 2016.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit Copying 2-Evidence of Command Copying, attached to the Dr. Almeroth's Opening Report.

2

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORK'S
OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1-5
Case No. 5:14-cv-05344-BLF (NC)

1117568

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of Plaintiff Cisco Systems, Inc. First Set of Interrogatories (Nos. 1-13) to Defendant Arista Networks, Inc.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of Defendant Arista Networks Inc.'s Second Supplemental Responses to Plaintiff Cisco System Inc.'s First Set of Interrogatories, dated September 18, 2015.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of Defendant Arista Networks Inc.'s Third Supplemental Responses to Plaintiff Cisco System Inc.'s First Set of Interrogatories, dated November 10, 2015.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of the deposition of Adam Sweeney, dated January 29, 2016.

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the deposition of John R. Black, dated June 30, 2016.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the Expert Report of John R. Black Jr, dated June 3, 2016.

31. Attached hereto as **Exhibit 30** is a true and correct copy of Amended Exhibit F to Cisco's Eighth Supplemental Response to Interrogatory No. 16 and Response to Interrogatory No. 19 with highlights, dated April 3, 2016.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of the deposition of Terry Eger, dated May 25, 2016.

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of a Cisco Router Guide, bates labeled starting CSI-ANI-00123088.

34. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of Cisco Packet Transport Network- MPLS-TP, bates labeled starting ARISTANDCA00010605.

35. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of a presentation, "Non Cisco Devices", dated June 1, 2007 and bates labeled starting CSI-CLI-05646048.

36. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of a HP MSR2000 Series Manual, bates labeled starting CSI-CLI-06023246.

37.  Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of a Cisco software requirements document, bates labeled starting CSI-CLI-00843944.

Executed October 7, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

4
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORK'S
OPPOSITIONS TO CISCO'S MOTIONS IN LIMINE NOS. 1-5
Case No. 5:14-cv-05344-BLF (NC)

1117568