# EXHIBIT 1



# Internetworking Terms and Acronyms

Corporate Headquarters:
P.O. Box 3075
1525 O'Brien Drive
Menlo Park, California 94026 USA
415 326-1941
800 553-NETS

Customer Order Number: DOC-TA13
Text Part Number: 78-1086-01

**deadlock** Unresolved contention for the use of a resource. In APPN, when two elements of a process each wait for action by or a response from the other before they resume the process.

**DECnet** A group of communications products (including a protocol suite) developed and supported by Digital Equipment Corporation. The most recent iteration is DECnet Phase V, which is largely based on the OSI protocols.

**DECnet routing** Introduced in DECnet Phase III, Digital's proprietary routing scheme. In DECnet Phase V, DECnet completed its transition to OSI routing protocols (ES-IS and IS-IS).

**dedicated line** A communications line that is not switched. When the line is not owned by the user, the term *leased line* is more common.

**de facto standard** A standard by usage rather than official decree; a default standard.

**default route** Routing table entry that is used to direct any frames for which a next hop is not explicitly listed in the routing table.

**de jure standard** A standard by official decree.

**delay** The time between the initiation of a transaction by a sender and the first response received by the sender. Also, the time required to move a packet from source to destination over a given path.

**demarc** Demarcation point between carrier equipment and private telephone equipment (CPE).

**demodulation** Process of returning a modulated signal to its original form. Modems perform demodulation by taking an analog signal and returning it to its original (digital) form.

**demultiplex** To separate from a common input into multiple output streams.

37



**Corporate Headquarters**
Cisco Systems, Inc.
P.O. Box 3075
1525 O'Brien Drive
Menlo Park, CA 94026
USA
Tel: 415 326-1941
   800 553-NETS (6387)
Fax: 415 326-1989

**European Headquarters**
Cisco Systems Europe, s.a.r.l.
BP 706 Evolic
16 avenue du Quebec
91961 Les Ulis Cedex
France
Tel: 33 1 6092 2000
Fax: 33 1 6928 8326
European Offices
  Belgium
  Tel: 32 2 643 2626
  Fax: 32 2 643 2627
  Germany
  Tel: 49 89 3215 070
  Fax: 49 89 3215 0710
  Italy
  Tel: 39 2 62 726 43
  Fax: 39 2 62 729 13
  Spain
  Tel: 34 1 57 203 60
  Fax: 34 1 57 071 99
  Sweden
  Tel: 46 8 19 62 05
  Fax: 46 8 19 04 24
  Switzerland
  Tel: 41 55 95 60 44
  Fax: 41 55 95 64 14
  United Kingdom
  Tel: 44 494 464944
  Fax: 44 494 465300

**Intercontinental Headquarters**
(Latin America and Asia-Pacific)
Cisco Systems, Inc.
1525 O'Brien Drive
P.O. Box 3075
Menlo Park, CA 94026
USA
Tel: 415 326-1941
Fax: 415 688-4646
Regional Offices
  Cisco Systems Australia Pty., Ltd.
  Tel: 61 2 957 4944
  Fax: 61 2 957 4077
  Cisco Systems Canada Limited
  Tel: 416 506-1500
  Fax: 416 506-1506
  Cisco Systems Hong Kong, Ltd.
  Tel: 852 529 3534
  Fax: 852 520 2676
  Cisco Systems de México, S.A. de C.V.
  Tel: 525 254 0880
  Fax: 525 531 9659
  Cisco Systems New Zealand
  Tel: 9 649 358 3776
  Fax: 9 649 358 4442

**Japanese Headquarters**
Nihon Cisco Systems K.K.
Shiba Excellent Building, 5F
2-1-13 Hamamatsucho,
MinatoKuTokyo 105, Japan
Tel: 81 3 5472 3571
Fax: 81 3 5472 3577

Cisco Systems has over 50 sales offices worldwide. Call 415 326-1941 to contact your local account representative or, in North America, call 800 553-NETS (6387)

CISCO SYSTEMS

Text printed on recycled paper containing 10% post-consumer waste.

78-1086-01