# EXHIBIT 5

**FTOS CLI**

# FTOS Command Line Interface

Industry-standard CLI Syntax with Enhanced Manageability Features

Consistent Show, Configuration, Debugging and CLI Navigation Commands Across Switch/Router Product Lines

## The Power of One: Consistency

FTOS, the Force10 Operating System, is the operating system that runs on Force10 switch/router product lines. Force10 delivers a single version of FTOS for all platforms that follows a linear, sequential release path. By delivering the same OS across its entire switch/router line, including the E-Series, C-Series and S-Series switch/router platforms, Force10 ensures that customers benefit from stable code, a consistent feature set and simpler software management.

- Common management functionality and a common user interface across the Force10 product line makes operating the network easier
- Streamlined product training and learning curve because system configuration, diagnostics, troubleshooting and software maintenance are identical across all platforms
- Support for the same CLI, SNMP and XML management models throughout the entire network greatly simplifies life-cycle management of the infrastructure



Figure 1. FTOS software architecture

## FTOS: Not Your Father's CLI

The FTOS CLI combines an industry-standard show, configuration and debugging syntax with enhanced usability and navigation features. As a result, configuration and troubleshooting is just like working on an IOS platform, but more comfortable.

- CLI is accessible over the serial console, Telnet or SSHv1/v2 for interactive or automated management
- "terminal xml" command enables XML front end to CLI
- Support for common tools such as Expect and RANCID
- Integration of Unix-like features such as "grep" and "diff" for configuration management

The CLI is the primary method of managing an FTOS switch/router, and supports interactive or automated logins using CLI scripting. It is also responsible for communicating with the FTOS application processes over IPC for sending configuration information or requesting output for a show command.

Configurations can be archived by the archive manager, and used for automated configuration rollback to restore a known working configuration.



Figure 2. FTOS running on the E-Series, C-Series and S-Series switch/router platforms





EXHIBIT 958
Deponent CATO
Date 5·20·16
Rebecca Romano, CSR #12546

ARISTANDCA00265424

# FTOS Command Line Interface

### Force10 FTOS Features

- Identical CLI on all platforms
- Ranges and aliases for bulk configuration
- Line card preconfiguration
- Command history shows timestamp, users and CLI commands
- Configuration locking
- Configuration commit and rollback
- Online serviceability and diagnostics
- Full-featured "grep" and "no-more" pipe for all commands with unlimited pipes
- ACLs and routing policies with sequence numbers, remarks and "resequence" command
- "do" command in configuration mode
- "send" command to write all users (Unix write/wall functionality)
- "show configuration" context while in configuration mode
- "monitor interface" command
- "show run <context>" command
- Configuration file "diff" command



Table 1. Simplified operations through the FTOS CLI

## Specifications: FTOS CLI

### IEEE Compliance

| | |
|---|---|
| 802.1AB | Link Layer Discovery Protocol |
| 802.1D | Bridging, STP |
| 802.1p | L2 Prioritization |
| 802.1Q | VLAN Tagging, Double VLAN Tagging, GVRP |
| 802.1s | Multiple Spanning Tree Protocol |
| 802.1w | Rapid Spanning Tree Protocol |
| 802.1X | Network Access Control |
| 802.3ad | Link Aggregation with LACP |
| Cisco | Per-VLAN Spanning Tree+ |

### RFC and I-D Compliance

**General Internet Protocols**

| | |
|---|---|
| 768 | UDP |
| 793 | TCP |
| 854 | Telnet |
| 959 | FTP |
| 1035 | DNS (client) |
| 1321 | MD5 |
| 1350 | TFTP |
| 1661 | PPP |
| 1989 | PPP Link Quality Monitoring |
| 1990 | PPP Multilink Protocol |
| 1994 | PPP CHAP |
| 2474 | Differentiated Services |
| 2615 | PPP over SONET/SDH |
| 2698 | Two Rate Three Color Marker |
| draft-ietf-bfd-base-03 | BFD |

**General IPv4 Protocols**

| | |
|---|---|
| 791 | IPv4 |
| 792 | ICMP |
| 826 | ARP |
| 1027 | Proxy ARP |
| 1042 | Ethernet Transmission |
| 1191 | Path MTU Discovery |
| 1305 | NTPv3 |
| 1519 | CIDR |
| 1542 | BOOTP (relay) |
| 1812 | Routers |
| 2131 | DHCP (relay) |
| 2338 | VRRP |
| 3021 | 31-bit Prefixes |

**General IPv6 Protocols**

| | |
|---|---|
| 1981 | Path MTU Discovery (partial) |
| 2460 | IPv6 |
| 2461 | Neighbor Discovery (partial) |
| 2462 | Stateless Address Autoconfiguration (partial) |
| 2463 | ICMPv6 |
| 2464 | Ethernet Transmission |
| 2675 | Jumbograms |
| 3587 | Global Unicast Address Format |
| 4291 | Addressing |

**RIP**

| | |
|---|---|
| 1058 | RIPv1 |
| 2453 | RIPv2 |

**OSPF**

| | |
|---|---|
| 2154 | MD5 |
| 1587 | NSSA |
| 2328 | OSPFv2 |
| 2370 | Opaque LSA |
| 2740 | OSPFv3 |
| 3623 | Graceful Restart |
| 4222 | Prioritization and Congestion Avoidance |

**IS-IS**

| | |
|---|---|
| 1142 | IS-IS |
| 1195 | IPv4 Routing |
| 2763 | Dynamic Hostname |
| 2966 | Domain-wide Prefixes |
| 3373 | Three-way Handshake |
| 3567 | MD5 |
| 3784 | Wide Metrics |
| draft-ietf-isis-igp-p2p-over-lan-06 | Point-to-point Operation |
| draft-ietf-isis-ipv6-06 | IPv6 Routing |
| draft-kaplan-isis-ext-eth-02 | Extended Frame Size |

**BGP**

| | |
|---|---|
| 1997 | Communities |
| 2385 | MD5 |
| 2439 | Route Flap Damping |
| 2545 | Multiprotocol Extensions for IPv6 |
| 2796 | Route Reflection |
| 2842 | Capabilities |
| 2858 | Multiprotocol Extensions |
| 2918 | Route Refresh |
| 3065 | Confederations |
| 4360 | Extended Communities |
| 4893 | 4-byte ASN |
| draft-ietf-idr-bgp4-20 | BGPv4 |
| draft-ietf-idr-restart-06 | Graceful Restart |
| draft-michaelson-4byte-as-representation-05 | 4-byte ASN Representation (partial) |

**Multicast**

| | |
|---|---|
| 1112 | IGMPv1 |
| 2236 | IGMPv2 |
| 2710 | MLDv1 |
| 3376 | IGMPv3 |
| 3569 | SSM |
| 3618 | MSDP |
| 3810 | MLDv2 |
| 3973 | PIM-DM |
| 4541 | IGMP Snooping |
| draft-ietf-pim-sm-v2-new-05 | PIM-SM |

**Network Management**

| | |
|---|---|
| 1155 | SMIv1 |
| 1156 | Internet MIB |
| 1157 | SNMPv1 |
| 1212 | Concise MIB Definitions |
| 1215 | SNMP Traps |
| 1493 | Bridges MIB |
| 1724 | RIPv2 MIB |
| 1850 | OSPFv2 MIB |
| 1901 | Community-based SNMPv2 |
| 2011 | IP MIB |
| 2012 | TCP MIB |
| 2013 | UDP MIB |
| 2024 | DLSw MIB |
| 2096 | IP Forwarding Table MIB |
| 2558 | SONET/SDH MIB |
| 2570 | SNMPv3 |
| 2571 | Mangement Frameworks |
| 2572 | Message Processing and Dispatching |
| 2574 | SNMPv3 USM |
| 2575 | SNMPv3 VACM |
| 2576 | Coexistence between SNMPv1/v2/v3 |
| 2578 | SMIv2 |
| 2579 | Textual Conventions for SMIv2 |
| 2580 | Conformance Statements for SMIv2 |
| 2618 | RADIUS Authentication MIB |
| 2665 | Ethernet-like Interfaces MIB |
| 2674 | Extended Bridge MIB |
| 2787 | VRRP MIB |
| 2819 | RMON MIB (groups 1, 2, 3, 9) |
| 2863 | Interfaces MIB |
| 2865 | RADIUS |
| 3176 | sFlow |
| 3273 | RMON High Capacity MIB |
| 3416 | SNMPv2 |
| 3418 | SNMP MIB |
| 3434 | RMON High Capacity Alarm MIB |
| 3580 | 802.1X with RADIUS |
| 5060 | PIM MIB |
| ANSI/TIA-1057 | LLDP MED MIB |
| draft-grant-tacacs-02 | TACACS+ |
| draft-ietf-idr-bgp4-mib-06 | BGP MIBv1 |
| draft-ietf-isis-wg-mib-16 | IS-IS MIB |
| IEEE 802.1AB | LLDP MIB |
| IEEE 802.1AB | LLDP DOT1 MIB |
| IEEE 802.1AB | LLDP DOT3 MIB |
| ruzin-mstp-mib-02 | MSTP MIB (traps) |
| FORCE10-BGP4-V2-MIB | |
| FORCE10-FIB-MIB | |
| FORCE10-CS-CHASSIS-MIB | |
| FORCE10-IF-EXTENSION-MIB | |
| FORCE10-LINKAGG-MIB | |
| FORCE10-CHASSIS-MIB | |
| FORCE10-COPY-CONFIG-MIB | |
| FORCE10-MON-MIB | |
| FORCE10-PRODUCTS-MIB | |
| FORCE10-SS-CHASSIS-MIB | |
| FORCE10-SMI | |
| FORCE10-SYSTEM-COMPONENT-MIB | |
| FORCE10-TC-MIB | |
| FORCE10-TRAP-ALARM-MIB | |

**Management Features**

Industry-standard CLI
XML configuration and command output
Telnet, SSHv1/v2
TFTP, FTP, scp
NTPv3
SNMPv1/v2/v3
Syslog
sFlow traffic accounting
RADIUS/TACACS+ authentication
RMON (groups 1, 2, 3, 9)
Port mirroring
HP OpenView support

Feature capabilities vary between the E-Series, C-Series and S-Series due to hardware differences. Consult the data sheets and product manuals for specific details on supported software features for each platform.

---



Force10 Networks, Inc.
350 Holger Way
San Jose, CA 95134 USA
www.force10networks.com

408-571-3500 PHONE
408-571-3550 FACSIMILE

© 2008 Force10 Networks, Inc. All rights reserved. Force10 Networks and E-Series are registered trademarks, and Force10, the Force10 logo, Reliable Business Networking, Force10 Reliable Networking, C-Series, P-Series, S-Series, EtherScale, TeraScale, FTOS, SFTOS, StarSupport and Hot Lock are trademarks of Force10 Networks, Inc. All other company names are trademarks of their respective holders. Information in this document is subject to change without notice. Certain features may not yet be generally available. Force10 Networks, Inc. assumes no responsibility for any errors that may appear in this document.

CLI01

508  v1.7

ARISTANDCA00265425