# EXHIBIT 7

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4
5   CISCO SYSTEMS,       )
6   INC.,                )
7        Plaintiff,      )
8          vs.           ) No. 5:14-cv-05344-BlF (PSG)
9   ARISTA NETWORKS,     )
10  INC.,                )
11       Defendant.      )
12  _____
13   CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER
14
15       VIDEOTAPED DEPOSITION OF ANTHONY J. LI
16                  Palo Alto, CA
17             Monday, February 1, 2016
18                    Volume I
19
20
21  Reported by: SUSAN F. MAGEE, RPR, CCRR, CLR
22  CSR No. 11661
23  JOB No. 2224600
24
25  PAGES 1-258

Page 1

1 know that, Mr. Li?
2    A. That was policy of the IETF and has been
3 well-recited many times within the IETF.
4    Q. Mr. Li, do you know what the parser police
5 is?
6    A. I believe you're referring to a mailing
7 list within Cisco.
8    Q. What is your understanding of the parser
9 police?
10   A. So this was a group of people who were
11 selected to review, pass judgment and comment on
12 changes to the CLI.
13   Q. Were you a member of the parser police,
14 Mr. Li?
15   A. I believe I was the original instigator of
16 the parser police and was certainly a proactive
17 member of it.
18   Q. And what time period were you a member of
19 the parser police, approximately?
20   A. From the time it was founded in the early
21 '90s.
22   Q. What was the purpose of the parser police?
23   A. So Cisco's engineering culture did not
24 provide for any mechanism for ensuring any kind of
25 consistency of the implementation of the CLI. The

Page 126

1 parser police was a response to that need to try to
2 get people organized and try to ensure that other
3 engineers had a process whereby they could submit
4 work for review and get comments back and help us
5 create a much more standardized CLI.
6    Q. What do you mean by "standardized CLI"?
7    A. So it will be helpful to the customer if
8 the CLI operated the same or largely the same way
9 throughout the product. Without this, we ended up
10 with a -- different CLI commands that did radically
11 different things yet said the same thing to the
12 customer base, or worse, two functions that had to
13 be performed that did largely the same thing and yet
14 their CLI syntax was widely different.
15   Q. Why is it helpful to the customer if the
16 CLI operates in the same or largely the same way
17 throughout the product?
18   A. Again, it is useful for giving consistency
19 which simplifies the user's experience.
20   Q. Besides consistency to the customer, were
21 there any other goals that the parser police had for
22 the Cisco command line interface?
23   A. We would try to achieve what we called
24 principle of least surprise. We would try to give a
25 design that a user would expect. Frequently we were

Page 127

1 extending the CLI past where it had previously been.
2 We wanted to extend it in a way that was largely
3 consistent with prior work.
4    Q. What would you do to try to achieve what
5 you call the principle of least surprise?
6    A. So we would change the syntax or the
7 semantics of commands to the CLI -- and this
8 includes configure commands -- to match previous
9 semantics.
10   Q. When you say "previous semantics," what do
11 you -- what do you mean by "previous semantics"?
12   A. So matching the syntax and the meaning of
13 previous commands already in the system.
14   Q. Besides changing the syntax to match
15 previous semantics, is there anything else that the
16 parser police would try to do to achieve the
17 principle of least surprise to the customer?
18   A. Not that I can think of.
19      MR. WONG: Why don't we take our lunch
20 break.
21      THE WITNESS: Okay.
22      THE VIDEOGRAPHER: Going off the record.
23 The time is 12:19.
24      (Luncheon recess taken from 12:19 p.m. to
25 1:05 p.m.)

Page 128

1     A F T E R N O O N   P R O C E E D I N G S:
2
3      THE VIDEOGRAPHER: We are back on the
4 record. The time is 1:05.
5      BY MR. WONG: Q. Mr. Li, before -- before
6 the break when you were talking about your time at
7 USC, you mentioned that you did some Cisco training?
8    A. Yes, I did.
9    Q. Do you recall if Cisco paid for that
10 training?
11   A. I don't know who paid for it. It was
12 either Cisco or another regional network known as
13 Surfnet or the other regional network known as
14 Los Gatos.
15   Q. Now, we were talking about the parser
16 police before the break.
17      To what extent, if at all, was the use of
18 industry-standard terminology encouraged in Cisco's
19 command sets?
20      MR. PAK: Objection. Vague.
21      THE WITNESS: So the use of
22 industry-standard terminology was encouraged largely
23 by the engineering community of which much of
24 Cisco's development was driven by simply because it
25 minimized confusion. It was discouraged by the

Page 129

33 (Pages 126 - 129)

## Page 254

1 standards organization like IETF?
2    A. I have never seen anyone do that. I have
3 never seen Cisco have any UI patents; so I don't
4 understand.
5    Q. Mr. Li, is there any other views or
6 opinions that you have with respect to this case
7 that you have not shared with us on the record that
8 you would like to share with us now?
9        MR. WONG: Objection. Vague.
10        THE WITNESS: I don't understand your
11 question.
12        BY MR. PAK: Q. We talked about a lot of
13 different topics. I'm giving you the opportunity to
14 provide any further testimony that you would like on
15 any of these topics if you'd like it.
16    A. So I don't understand what intellectual
17 property people think there is in some CLI syntax.
18 The intellectual property is -- that's of
19 significance gets covered in patents. If we thought
20 it was worth protecting, we would copyright it. We
21 would patent it.
22        MR. WONG: Object to the form of the
23 question.
24        BY MR. PAK: Q. Do you believe that
25 copyright is a form of intellectual property?

## Page 255

1        MR. WONG: Objection. Calls for opinion
2 testimony.
3        THE WITNESS: It calls for legal testimony.
4 I don't understand.
5        BY MR. PAK: Q. What is your understanding
6 of copyright law?
7        MR. WONG: Same objection.
8        THE WITNESS: Vague as best.
9        BY MR. PAK: Q. I take it, sir, that you
10 haven't analyzed any copyright laws relating to
11 interface, APIs, user interfaces?
12    A. I know that I'm supposed to put a copyright
13 notice in the top of every source code file. That's
14 about all I know.
15    Q. Okay.
16    A. I can't even tell you for certain what I'm
17 supposed to put in the top of the file because
18 nobody can tell me exactly how I should deal with
19 multiple years.
20        MR. PAK: Thank you. Sir, I think those
21 are the questions I have for you today.
22        MR. WONG: I have no further questions.
23 ////
24
25

## Page 256

1        THE VIDEOGRAPHER: Okay. This marks the
2 end of DVD No. 4 in the deposition of Anthony Li.
3        Going off the record. The time is 4:17.
4        (TIME NOTED: 4:17 p.m.)
5            --o0o--

## Page 257

1        I, ANTHONY J. LI, do hereby declare under
2 penalty of perjury that I have read the foregoing
3 transcript; that I have made any corrections as appear
4 noted, in ink, initialed by me, or attached hereto; that
5 my testimony as contained herein, as corrected, is true
6 and correct.
7        Executed this _____ day of _____,
8 2016, at _____, _____.
9        (city)        (state)
10
11
12
13
14        _____
15            ANTHONY J. LI
16            Volume I

65 (Pages 254 - 257)

CONFIDENTIAL INFORMATION UNDER THE PROTECTIVE ORDER

1    I, the undersigned, a Certified Shorthand
2 Reporter of the State of California, do hereby
3 certify:
4    That the foregoing proceedings were taken
5 before me at the time and place herein set forth;
6 that any witnesses in the foregoing proceedings,
7 prior to testifying, were administered an oath; that
8 a record of the proceedings was made by me using
9 machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12    Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [X] was [ ] was not requested.
16    I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19    IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21    Dated: February 3, 2016
22
23
24    Susan F. Magee
25    CSR No. 11661, RPR, CCRR, CLR

Page 258

66 (Page 258)