# EXHIBIT 13



ARISTANDCA13172736



## Resilient LAN Switch



*FTOS Modular OS*

- High performance GbE and 10 GbE
- Best-in-class reliability
  - Proven FTOS Modular OS with resilient chassis design –
  - Online insertion removal (OIR) of all hardware components
  - Inline diagnostics, serviceability and monitoring
- **Familiar Cisco-styled CLI and full range of standard-based protocols**
- Room to grow with 1.536 Tbps switching capacity



ARISTANDCA13172741