# EXHIBIT 14

# BLADEOS™ 6.4
# Application Guide

## RackSwitch™ G8124

Part Number: BMD00201, June 2010



**BLADE**
NETWORK TECHNOLOGIES

2350 Mission College Blvd.
Suite 600
Santa Clara, CA 95054
www.bladenetwork.net

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARISTANDCA 10056691

4. Configure the default gateway:

```
RS 8124(config)# ip gateway 1 address 10.10.10.1
RS 8124(config)# ip gateway 1 enable
```

Gateways 1 and 2 are used for in-band data networks. Gateways 3 and 4 are used by the out-of-band management ports (see "Using the Management Ports" on page 27).

Once you configure the IP address and you have an existing network connection, you can use the Telnet program from an external management station to access and control the switch. Once the default gateway is enabled, the management station and your switch do not need to be on the same IP subnet.

==The G8124 supports a menu-based command-line interface (CLI) as well as an industry standard command-line interface (ISCLI)== that you can use to configure and control the switch over the network using the Telnet program. You can use the CLI or ISCLI to perform many basic network management functions. In addition, you can configure the switch for management using an SNMP-based network management system or a Web browser.

For more information, see the documents listed in "Additional References" on page 22.

## Using Telnet

A Telnet connection offers the convenience of accessing the switch from any workstation connected to the network. Telnet access provides the same options for user access and administrator access as those available through the console port.

To configure the switch for Telnet access, the device with Telnet software must be located on the same network as the switch. The switch must have an IP address. The switch can get its IP address in one of two ways:

- Dynamically, from a DHCP server on your network
- Manually, when you configure the switch IP address

Once you have configured the switch with an IP address and gateway, you can access the switch from any workstation connected to the management network.

By default, Telnet access is enabled. Use the following command to disable/enable Telnet access:

```
RS 8124(config)# [no] access telnet enable
```

To establish a Telnet connection with the switch, you can run the Telnet program on your workstation and issue the Telnet command, followed by the switch IP address:

```
telnet <switch IP address>
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         ARISTANDCA 10056719