# EXHIBIT 16

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
ASHOK RAMANI - # 200020
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com, aramani@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **DECLARATION OF WILLIAM T. NELSON** <br><br> Judge:  Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

DECLARATION OF WILLIAM T. NELSON
Case No. 5:14-cv-05344-BLF (PSG)

1047863

I, William T. Nelson, declare and state as follows:

1. I am over the age of eighteen years, and I am not a party to this action. I make this declaration based upon my personal knowledge and, if called as a witness, I could testify competently thereto.

2. From October 2000 to February 2005, I was employed by Nortel Networks, first as a Manager of Alteon Sustaining Engineering (October 2000 to June 2002), and then as a Manager of Alteon Customer Projects (June 2002 to February 2005). In February 2005, I became one of the founders of Blade Network Technologies (BNT). From February 2005 to January 2011, I was the VP of Customer Advocacy and Services for BNT.

3. In my capacity as a former employee of Nortel Networks and BNT I am familiar with the early development of Nortel Networks Command Line Interface (or NNCLI), which later became BNT's Industry Standard CLI (or ISCLI).

4. I do not know exactly when NNCLI was first developed but it was sometime in the late 1990's. By October 2000, Nortel had made a decision to increase its use of and support for NNCLI. Nortel made this decision in response to marketplace demand for a command-line interface language that would be particular to Nortel products, but familiar to users of command-line interface languages developed by Cisco, 3COM, and Extreme Networks.

5. In 2005, Blade Network Technologies (BNT) was spun off from Nortel Networks. At that time, BNT renamed NNCLI, calling it "Industry Standard CLI" or "ISCLI". No substantive changes were made to the ISCLI at the time (other than ongoing development) but the name was changed in order to remove the reference to Nortel. BNT was already developing a menu-based CLI called Blade OS CLI so the Blade name was not available. The name "Industry Standard" CLI was chosen because this type of command-line interface language had become accepted within the industry and familiar to engineers likely to be using Blade switches.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 26, 2016, in Raleigh, North Carolina.

Dated: 27 May 2016

By: _____
William T. Nelson