# EXHIBIT 17





# Cisco ASR1000 Series Routers' System & Solution Architectures

BRKARC-2001

cisco live!

ARISTANDCA00010430

# Unified WAN Services - Branch Agg



| | Business | Technology | Operations |
|---|---|---|---|
| **ASR1000 Solution Benefits** | • Nurturing new business opportunities by adapting to new services, more bandwidth, and increased traffic loads at the Head-end | • Based on multi-generational custom built network processor, QFP<br>• Scalable and modular control, data and IO plane design<br>• Integrated QoS, and HA | • ==Ease of provisioning using industry standard Cisco IOS CLI==<br>• Sub-50 ms failover times for both control and data planes |
| **QFP Solution Benefits** | • Strategic, highly sophisticated network processor built in-house | • Instant Services turn-on using QFP silicon | • Faster qualification due to unified data plane architecture based on QFP |

© 2010 Cisco and/or its affiliates. All rights reserved.    Cisco Public    55

ARISTANDCA00010484