# EXHIBIT 20

| | |
|---|---|
| From: | Elizabeth K. McCloskey |
| To: | seanpak@quinnemanuel.com; John Neukom; Cisco-Arista (Cisco-Arista@quinnemanuel.com); aalper@kirkland.com; Kathleen Sullivan; Mark Tung (marktung@quinnemanuel.com); michael.devries@kirkland.com; "Cisco-AristaCopyrightTeam@kirkland.com" (Cisco-AristaCopyrightTeam@kirkland.com); Steven.cherny@kirkland.com; jdesmarais@desmaraisllp.com; pbondor@desmaraisllp.com; "CiscoAristaService@desmaraisllp.com" (CiscoAristaService@desmaraisllp.com) |
| Cc: | ARISTA-KVN; WSGR - Arista (Arista-WSGR@wsgr.com); Matthew Powers; william.nelson@tensegritylawgroup.com |
| Subject: | Cisco v. Arista: Arista"s Sixth Supplemental Initial Disclosures |
| Date: | Monday, August 01, 2016 5:46:10 PM |
| Attachments: | image003.png<br>Arista"s Sixth Supplemental Initial Disclosures.pdf |

Counsel,

Please find attached Arista's Sixth Supplemental Initial Disclosures. Pursuant to Fed R. Civ. P. 26(a)(1)(A)(i), these disclosures add two individuals, Ariff Premji and Christopher Summers. Mr. Premji and Mr. Summers are knowledgeable about Microsoft and Facebook, respectively. We are serving these disclosures after the close of discovery due to Cisco's belated identification of Microsoft and Facebook as alleged lost sales. Accordingly, although discovery is closed, we are willing to make Mr. Premji and Mr. Summers available for deposition.

Thanks,
Lizzy

**Elizabeth K. McCloskey**
Attorney at Law

415 676 2269 direct   |   vCard   |   emccloskey@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com