# EXHIBIT 24

| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Steven Cherny (admitted *pro hac vice*)<br>steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>Adam R. Alper (SBN 196834)<br>adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California  94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Michael W. De Vries (SBN 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO.  5:14-cv-05344-BLF<br><br>**PLAINTIFF CISCO SYSTEMS, INC. FIRST SET OF INTERROGATORIES (NOS. 1-13) TO DEFENDANT ARISTA NETWORKS, INC.** |

copying occurred; (v) the date and circumstances when You became aware of the copying; and (vi) what measures you have or are taking to "fix it," including any investigations, personnel or policy changes, or modifications to EOS, EOS Documentation, or other Arista Products or documentation.

**INTERROGATORY NO. 6:**

Identify each command in EOS CLI that is identical to a command in Cisco IOS CLI.

**INTERROGATORY NO. 7:**

For all Cisco Products, Source Code generated at Cisco or featured in Cisco Products, Cisco Product documentation including Cisco IOS Documentation and any other Documents or Things generated at Cisco, and all copies of any portion of any of the foregoing, that have ever come into Your possession, including the possession of any Entity employed, retained, or controlled by You, identify (i) the Document, Source Code, or Thing; (ii) how the Document, Source Code, or Thing was taken, copied, or otherwise received from Cisco, including the identity of any Person(s) involved; (iii) how the Document, Source Code, or Thing came to be in Your possession, including the possession of any Entity employed, retained, or controlled by You, including any Person(s) involved; (iv) the period, from date to date, in which the Document, Source Code, or Thing was in Your possession, including the possession of any Entity employed, retained or controlled by You; (v) what You did with the Document, Source Code, or Thing, including the identity of any Person(s) involved; and (vi) any additional measures taken by You as a result of the Document, Source Code, or Thing coming into Your possession, including any investigations, personnel or policy changes, or modifications to Arista Products or documentation.

**INTERROGATORY NO. 8:**

Identify each Person employed or retained by You that, prior to being employed or retained by You, was employed or retained by Cisco, including (i) their name, address, telephone number, and email address; (ii) their title at Arista and the subject matter of their work at Arista,

| | | |
|---|---|---|
| 1 | DATED: March 26, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Sean S. Pak |
| 4 | | Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com |
| 5 | | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 6 | | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 7 | | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 8 | | Sean S. Pak (SBN 219032) |
| 9 | | seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887) |
| 10 | | johnneukom@quinnemanuel.com.<br>QUINN EMANUEL URQUHART & |
| 11 | | SULLIVAN LLP<br>50 California Street, 22nd Floor |
| 12 | | San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 13 | | |
| 14 | | Mark Tung (SBN 245782)<br>marktung@quinnemanuel.com |
| 15 | | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 16 | | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 |
| 17 | | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 18 | | Steven Cherny (admitted *pro hac vice*) |
| 19 | | steven.cherny@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 20 | | 601 Lexington Avenue<br>New York, New York 10022 |
| 21 | | Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| 22 | | Adam R. Alper (SBN 196834) |
| 23 | | adam.alper@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 24 | | 555 California Street<br>San Francisco, California  94104 |
| 25 | | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 26 | | Michael W. De Vries (SBN 211001) |
| 27 | | michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 28 | | 333 South Hope Street<br>Los Angeles, California 90071 |

1   Telephone: (213) 680-8400
    Facsimile: (213) 680-8500

2   *Attorneys for Plaintiff Cisco Systems, Inc.*

## PROOF OF SERVICE

I hereby certify that, at the date entered below, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail to the addresses below and that I caused a true and correct copy of the foregoing to be served by placing true and correct copies thereof in an envelope addressed to the persons named below at the addresses shown, and by sealing and depositing that envelope in the United States Mail at San Francisco, California, with fully prepaid postage:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 | Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com |
| Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | Robert Van Nest<br>rvannest@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809 |
| Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2015, at San Francisco, California.

                                          */s/ Matthew D. Cannon*
                                        Matthew D. Cannon