# EXHIBIT 32


cisco
Cisco Router Guide
For teleworkers, small offices, small to medium-sized businesses, and enterprise branch and head offices
Cisco Integrated Services Routers: Cisco 850, 870, 1800 (fixed), 1800 (modular), 2800, 3800 Series,
Cisco Aggregation Routers: Cisco 7200, 7300, ASR 1000, 7600, Catalyst 6500 Series
Winter 2009 V5

# Cisco Router Guide

For Medium-sized Businesses, Enterprise Branches, Head Offices, and the Service Provider Edge

This is your guide to Cisco® Services Aggregation Routers and Cisco Integrated Services Routers, the broadest and most versatile portfolio of products for enabling the deployment of multiple advanced services.

Cisco is the worldwide leader in networking systems for organizations of all sizes, offering solutions that fully support enterprise-wide deployment of networked business applications. A foundation of the Intelligent Information Network, Cisco routers provide high availability, comprehensive security, integrated wireless, ease of management, and advanced Quality of Service (QoS) for today's most demanding network services, including IP communications, video, customer relationship management, financial transactions, and other real-time applications.

This guide shows how Cisco Services Aggregation Routers and Cisco Integrated Services Routers enable you to meet your current and future needs with modular designs, allowing incremental migration as your business and network requirements change.

In this guide, you can see for yourself how Cisco delivers benefits beyond basic data access, providing services such as voice, security, and wireless as part of an integrated routing system that maximizes productivity and investment protection.

# Cisco Router Guide

Series Overview ........ 4
Product Transition Matrix ........ 11

## Integrated Services Routers

Cisco 850 Series ........ 15
Cisco 870 Series ........ 19
Cisco 1800 Series (Fixed-Configuration) ........ 25
Cisco 1800 Series (Cisco 1841 Router Modular) ........ 33
Cisco 1800 Series (Cisco 1861 Router Modular) ........ 39
Cisco 2800 Series ........ 47
Cisco 3800 Series ........ 59

## Aggregation Routers

Cisco 7200 Series ........ 69
Cisco 7301 Series ........ 79
Cisco 7304 Series ........ 89
Cisco ASR 1000 Series ........ 97
Cisco 7600 Series ........ 109
Cisco Catalyst 6500 Series ........ 127

## Modularity

Cisco Security Services Modules ........ 138
Cisco Network Modules ........ 143
Cisco Serial Connectivity Network Modules ........ 151
Cisco Channelized T1/E1 and ISDN Network Modules ........ 155
Cisco ATM Network Modules ........ 157
Cisco Satellite Network Modules ........ 159
Cisco Dial-up/Remote Access Network Modules ........ 161
Cisco Voice Network Modules ........ 165
Cisco Services Network Modules ........ 175
Cisco Interface Cards ........ 179
Cisco Voice Interface/WICs ........ 193
Cisco Voice Interface Cards ........ 201
Cisco Advanced Integration Modules and Security Modules ........ 205
Cisco Universal Serial Bus (USB) Cards ........ 211

## Compatibility Quick Looks

Cisco Network Module Compatibility Quick Look ........ 213
Cisco Interface Card Compatibility Quick Look ........ 219
Cisco Advanced Integration Module Compatibility Quick Look ........ 223
Cisco Port Adapter Compatibility Quick Look ........ 225
Cisco Shared Port Adapter Compatibility Quick Look ........ 229
Cisco USB Flash Memory Compatibility Quick Look ........ 231

CSI-ANI-00123088.000002

## Cisco Unified Communications Features

IP telephony is currently undergoing tremendous growth, accelerated by access to value-added features and applications that only IP telephony can provide to the end user. Additionally, the cost benefits of converging data, voice, and video on a single network are adding to the rapid acceptance of this technology. Because it is integrated into a single system, the Cisco 1861 Integrated Services Router for SMBs and enterprise small branch offices enhances the advantages of convergence by offering the following unique benefits:

- **Cost-effective operations through a single, integrated voice-and-data platform for all SMB and enterprise branch office needs:** This highly reliable platform provides robust QoS and the right level of security, encryption, and firewall to deliver enhanced VPN services to meet small-business needs. The system delivers integrated IP telephony, voicemail, and Automated-Attendant functions, allowing you to deploy one device to address all your business needs-thereby simplifying management, maintenance, and operations and delivering a lower total cost of ownership (TCO).
- **Sophisticated key system and private branch exchange (PBX) capabilities:** SMBs and enterprise branch offices have different workflows and require specialized features to support their work practices. The Cisco 1861 delivers a robust set of telephony features for the small office and delivers unique value-added capabilities through the Extensible Markup Language (XML). These capabilities, which cannot be delivered by traditional systems, enhance the productivity of the end user and the business.
- **Remote maintenance and troubleshooting:** You can use the industry-standard Cisco IOS Software Command-Line Interface (CLI) or user-friendly GUI to configure and administer the Cisco 1861 Integrated Services Router system.

The Cisco 1861 Integrated Services Router appliance in the first phase offers the feature set available with Cisco Unified Communications Manager Express 4.1 and Cisco Unity Express 2.3.

IP Telephony Support Overview summarizes the unified communications features.

## IP Telephony Support Overview

| Features | Details |
|---|---|
| IP Phone Support | Onboard PoE switch ports can be used to power Cisco IP phones. |
| PVDM Support | Onboard support analog and digital voice, conferencing, transcoding, and secure Real-Time Transport Protocol (RTP) applications. This feature is not upgradable. |
| Integrated Call Processing | Cisco Unified Communications Manager Express (CME v4.2) is embedded in Cisco IOS Software at first customer shipment (FCS) and provides call processing for Cisco IP phones. Cisco CMF delivers telephony features similar to those that are commonly used by business users to meet the requirements of the small to medium-sized offices. For additional information about Cisco Unified Communications Manager Express features, please visit http://www.cisco.com/go/ccme. |
| Integrated Voicemail and Automated Attendant | An integrated voicemail and Automated-Attendant solution using Cisco Unity Express v2.3 is available optionally as a factory option. Up to 8 mailboxes and 5 general delivery mailboxes are available with the Cisco Unity Express option. For additional information about Cisco Unity Express features, please visit http://www.cisco.com/go/cue. |
| PSTN Interfaces Support | Onboard voice ports integrated into the system by default include interfaces for PSTN, PBX, and key system connections, including FXS, FXO, and BRI. |
| Cisco Unified SRST | Branch offices can take advantage of centralized call control while cost-effectively providing local branch backup using SRST redundancy for unified communications. For additional information about Cisco Unified SRST features, please visit http://www.cisco.com/go/srst. |





## Platform Overview

Security is a fundamental element of any network, and Cisco products play an important role in embedding security at the customer's access edge. The optional Cisco IOS Software security features for the Cisco 1861 Integrated Services Router are activated with hardware-based encryption on the motherboard and provide a robust array of features such as Cisco IOS Firewall, IP Security (IPsec) VPNs (Digital Encryption Standard [DES], Triple DES [3DES], and Advanced Encryption Standard [AES]), SSL Web VPN, SSHv2.0, and SNMP in one solution set.

Secure Networking Overview summarizes the enhanced security functions available through the optional security image.

## Secure Network Overview

| Features | Details |
|---|---|
| Cisco IOS Software Firewall | Sophisticated security and policy enforcement provides features such as stateful, application-based filtering (context-based access control), per-user authentication and authorization, real-time alerts, transparent firewall, and IPv6 firewall. |
| SSL | SSL provides security for Web transactions by handling authentication, data encryption, and digital signatures. |
| Onboard VPN Encryption Acceleration | The Cisco 1861 supports IPsec DES, 3DES, and AES 128, 192, and 256 cryptology by using an optional security image. |
| Network Admission Control (NAC) | A Cisco Self Defending Network initiative, NAC seeks to dramatically improve the ability of networks to identify, prevent, and adapt to threats by allowing network access only to compliant and trusted endpoint devices. |
| Multiprotocol Label Switching (MPLS) VPN Support | The Cisco 1861 supports specific provider edge functions plus a mechanism to extend customers' MPLS VPN networks out to the customer edge with a Virtual Route Forwarding (VRF) firewall and VRF IPsec. For details about the MPLS VPN support on the different integrated services routers, please check the feature navigator tool at: http://www.cisco.com. |
| IPS | Flexible and high-performance support is offered through Cisco IOS Software. IPS offers the ability to load and enable selected intrusion detection system (IDS) signatures in the same manner as Cisco IDS Sensor Software. |
| Advanced Application Inspection and Control | Cisco IOS Firewall includes HTTP and several e-mail inspection engines that can be used to detect misuse of port 80 and e-mail connectivity. |
| Cisco Easy VPN Remote and Server Support | The Cisco 1861 eases administration and management of point-to-point VPNs by actively pushing new security policies from a single headend to remote sites. |
| DMVPN | DMVPN is a Cisco IOS Software solution for building IPsec + Generic routing encapsulation (GRE) VPNs in an easy and scalable manner. |
| GET VPN | GET VPN is a Cisco IOS Software solution that simplifies securing large Layer 2 or MPLS networks requiring partial or full-mesh connectivity by providing tunnel-less VPN connectivity. |
| URL Filtering | URL filtering is available externally with a PC server running the URL filtering software. |
| Standard 802.1x Support on Integrated Switching | Standard 802.1x applications require valid access credentials that make unauthorized access to protected information resources and deployment of unsecured wireless access points more difficult. |
| Network Address Translation (NAT) | NAT simplifies and reduces costs associated with global IP address allocation and management. Only a single registered IP address is required to support all users on an entire LAN infrastructure. |