# EXHIBIT 33



Cisco Plus Canada

# Cisco Packet Transport Network – MPLS-TP

CISCO

ARISTANDCA00010605

# Cisco CPT 600, 200, & 50 System



Cisco CPT 200

Cisco CPT 600

Cisco CPT 50

Runs CTC, over 10 years of Network Management Experience

**Based on over 10 years of Cisco Optical Transport Experience**

**Green Packet Transport**



Space & Power Optimized

Standard Base: MPLS-TP

Rich Service Features (Video Optimization)

DWDM =10/40/100 Gig

TDM – T1/T3, E1/E3, Ocn/STMn

**Carrier Class**



Fully Redundant Power Architecture

Fully Redundant Software Architecture

Fully Redundant Fan Architecture

**Resiliency**

> 50ms Link Protection

> 50ms Node Protection

> 50ms Network Protection

**End-to-End**



A to Z Point and Click Provisioning & Maintenance

Industry standard CLI

ARISTANDCA00010631





We value your feedback.
Please be sure to complete the Evaluation Form for this session.

 Access today's presentations at cisco.com/ca/plus

 Follow @CiscoCanada and join the #CiscoPlusCA conversation

ARISTANDCA00010636