1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

7

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18 CISCO SYSTEMS, INC.,                    Case No. 5:14-cv-05344-BLF (NC)

19           Plaintiff,                    **PROOF OF SERVICE**

20      v.

21 ARISTA NETWORKS, INC.,                  Date Filed:  December 5, 2014

22           Defendant.                    Trial Date:  November 21, 2016

23

24

25

26

27

28

1115236

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 7, 2016, I served the following document(s):

1. **ARISTA'S OPPOSITION TO CISCO'S MOTION IN LIMINE NO. 1**

2. **ARISTA'S OPPOSITION TO CISCO'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE RELATED TO "INDUSTRY STANDARD"**

3. **ARISTA'S OPPOSITION TO CISCO'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE ALLEGEDLY UNTIMELY DISCLOSED WITNESSES**

4. **ARISTA'S OPPOSITION TO CISCO'S MOTION IN LIMINE NO. 4 TO EXCLUDE NON-INFRINGEMENT THEORY**

5. **DEFENDANT ARISTA NETWORKS, INC.'S OPPOSITION TO CISCO'S MOTION IN LIMINE NO. 5 TO EXCLUDE TESTIMONY FROM TERRY EGER**

6. **EXHIBIT 4 TO WONG DECLARATION (UNDER SEAL)**

7. **EXHIBIT 8 TO WONG DECLARATION (UNDER SEAL)**

8. **EXHIBIT 9 TO WONG DECLARATION (UNDER SEAL)**

9. **EXHIBIT 10 TO WONG DECLARATION (UNDER SEAL)**

10. **EXHIBIT 11 TO WONG DECLARATION (UNDER SEAL)**

11. **EXHIBIT 12 TO WONG DECLARATION (UNDER SEAL)**

12. **EXHIBIT 19 TO WONG DECLARATION (UNDER SEAL)**

13. **EXHIBIT 22 TO WONG DECLARATION (UNDER SEAL)**

14. **EXHIBIT 23 TO WONG DECLARATION (UNDER SEAL)**

15. **EXHIBIT 27 TO WONG DECLARATION (UNDER SEAL)**

16. **EXHIBIT 31 TO WONG DECLARATION (UNDER SEAL)**

17. **EXHIBIT 34 TO WONG DECLARATION (UNDER SEAL)**

18. **EXHIBIT 35 TO WONG DECLARATION (UNDER SEAL)**

19. **EXHIBIT 36 TO WONG DECLARATION (UNDER SEAL)**

☑ by **E-MAIL VIA PDF FILE/FTP**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

1

1115236

1    Kathleen Marie Sullivan             Sean Sang-Chul Pak

2    Quinn Emanuel Urquhart & Sullivan LLP    John M. Neukom
     51 Madison Avenue, 22nd Floor         Quinn Emanuel Urquhart & Sullivan LLP

3    New York, NY  10022                 50 California Street, 22nd Floor
     Tel:    (212) 849-7000             San Francisco, CA  94111

4    Fax:    (212) 869-7100            Tel:    (415) 875-6320
     kathleensullivan@quinnemanuel.com     Fax:    (415) 875-6700

5                                 seanpak@quinnemanuel.com

6                                 johnneukom@quinnemanuel.com
                                Cisco-Arista@quinnemanuel.com

7

8    Adam R. Alper                   Mark Yeh-Kai Tung
     Kirkland & Ellis LLP                Quinn Emanuel Urquhart & Sullivan LLP

9    555 California Street, Suite 2700       555 Twin Dolphin Drive, 5th Floor
     San Francisco, CA  94104           Redwood Shores, CA  94065

10    Tel:    (415) 439-1476            Tel:    (650) 801-5000
     Fax:    (415) 439-1500           Fax:    (650) 801-5100

11    aalper@kirkland.com               marktung@quinnemanuel.com

12

13    Michael W. De Vries            Steven C. Cherny
     Kirkland & Ellis LLP                Kirkland & Ellis LLP

14    333 South Hope Street, 29th Floor      601 Lexington Avenue
     Los Angeles, CA  90071             New York, NY  10022

15    Tel:    (213) 680-8590            Tel:    (212) 446-4800
     Fax:    (213) 680-8500           Fax:    (212) 446-6460

16    michael.devries@kirkland.com       Steven.cherny@kirkland.com
     Cisco-AristaCopyrightTeam@kirkland.com

17

18    John M. Desmarais
     Paul A. Bondor

19    Desmarais LLP
     230 Park Avenue

20    New York, NY  10169
     Tel:    (212) 351-3400

21    Fax:    (212) 351-3401
     jdesmarais@desmaraisllp.com

22    pbondor@desmaraisllp.com
     ciscoaristaservice@desmaraisllp.com

23

24    Executed on October 7, 2016, at San Francisco, California.

25    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

26

27                                _____
                               Laura Lind

28

1115236