Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny (*admitted pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITIONS TO ARISTA'S MOTIONS *IN LIMINE***<br><br>Judge:　Hon. Beth Labson Freeman |

02099-00004/8437448.2

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN
CISCO'S OPPOSITIONS TO ARISTA'S MOTIONS *IN LIMINE*
Case No. 5:14-cv-05344-BLF

Pursuant to Civil Local Rules 7-11 and 79-5, Cisco Systems, Inc. ("Cisco") hereby brings this administrative motion for an order to seal certain information filed in connection with Cisco's Oppositions to Arista's Motions *in limine*.

## I.   LEGAL STANDARD

In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c).  *Kamkana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003)).  In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" ( *i.e.*, that the document is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id*.

## II.   GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Cisco makes this request to seal the documents identified herein for the reasons explained in detail in the Declaration of Sara E. Jenkins in support of this Administrative Motion to File Under Seal ("Jenkins Declaration").  Cisco has narrowly tailored its request to seal only confidential information related to its customers, sales, accounts, competitive strategies, pricing, and other related planning and strategies as detailed in the Jenkins Declaration.  Cisco also files this motion to seal to provide Arista Networks, Inc. the opportunity to file a declaration pursuant to Civil Local Rule 79-5(e) regarding the confidentiality of some exhibits, as detailed below.

## II.   DOCUMENTS SOUGHT TO BE SEALED

The documents, and portions of documents, that Cisco seeks to seal through this motion are included in the chart below:

02099-00004/8437448.2

1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITIONS TO ARISTA'S MOTIONS *IN LIMINE*

Case No. 5:14-cv-05344-BLF

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Opposition to Arista's Motion *in Limine* No. 1 | Highlighted Portions | Arista |
| Cisco's Opposition to Arista's Motion *in Limine* No. 3 | Highlighted Portions | Arista |
| Cisco's Opposition to Arista's Motion *in Limine* No. 5 | Highlighted Portions | Arista |
| Exhibit 1 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine* ("Neukom Declaration") | Entire | Arista |
| Exhibit 5 to the Neukom Declaration | Entire | Arista<br>Cisco |
| Exhibit 17 to the Neukom Declaration | Entire | Arista |
| Exhibit 18 to the Neukom Declaration | Entire | Cisco |
| Exhibit 19 to the Neukom Declaration | Entire | Cisco |
| Exhibit 20 to the Neukom Declaration | Entire | Cisco |
| Exhibit 21 to the Neukom Declaration | Entire | Cisco |
| Exhibit 22 to the Neukom Declaration | Entire | Cisco |

02099-00004/8437448.2

2

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITIONS TO ARISTA'S MOTIONS *IN LIMINE*

Case No. 5:14-cv-05344-BLF

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 23 to the Neukom Declaration | Entire | Cisco |
| Exhibit 24 to the Neukom Declaration | Entire | Cisco |
| Exhibit 28 to the Neukom Declaration | Entire | Arista |
| Exhibit 30 to the Neukom Declaration | Entire | Arista |
| Exhibit 31 to the Neukom Declaration | Entire | Arista |

October 7, 2016                                       Respectfully submitted,


                                                     */s/ John M. Neukom*
                                                     John M. Neukom

                                                     Kathleen Sullivan (SBN 242261)
                                                     kathleensullivan@quinnemanuel.com
                                                     QUINN EMANUEL URQUHART &
                                                     SULLIVAN LLP
                                                     51 Madison Avenue, 22nd Floor
                                                     New York, NY 10010
                                                     Telephone: (212) 849-7000
                                                     Facsimile: (212) 849-7100

                                                     Sean S. Pak (SBN 219032)
                                                     seanpak@quinnemanuel.com
                                                     Amy H. Candido (SBN 237829)
                                                     amycandido@quinnemanuel.com
                                                     John M. Neukom (SBN 275887)
                                                     johnneukom@quinnemanuel.com.
                                                     QUINN EMANUEL URQUHART &
                                                     SULLIVAN LLP
                                                     50 California Street, 22nd Floor
                                                     San Francisco, CA 94111
                                                     Telephone: (415) 875-6600
                                                     Facsimile: (415) 875-6700

                                                     Mark Tung (SBN 245782)
                                                     marktung@quinnemanuel.com

|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, CA 94065 |
| 3 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

02099-00004/8437448.2

4

ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN
CISCO'S OPPOSITIONS TO ARISTA'S MOTIONS *IN LIMINE*

Case No. 5:14-cv-05344-BLF