1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION IN CISCO'S OPPOSITIONS TO ARISTA'S MOTIONS *IN LIMINE*** |

1   Cisco Systems, Inc. ("Cisco") has filed an administrative motion to file under seal certain
2   documents filed in connection with Cisco's Oppositions to Arista's motions *in limine*.
3   Having considered Cisco's motion, and good cause having been shown, the Court
4   GRANTS Cisco's motion and ORDERS sealed those portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Cisco's Opposition to Arista's Motion *in Limine* No. 1 | Highlighted Portions | Arista |
| Cisco's Opposition to Arista's Motion *in Limine* No. 3 | Highlighted Portions | Arista |
| Cisco's Opposition to Arista's Motion *in Limine* No. 5 | Highlighted Portions | Arista |
| Exhibit 1 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine* ("Neukom Declaration") | Entire | Arista |
| Exhibit 5 to the Neukom Declaration | Entire | Arista / Cisco |
| Exhibit 17 to the Neukom Declaration | Entire | Arista |
| Exhibit 18 to the Neukom Declaration | Entire | Cisco |
| Exhibit 19 to the Neukom Declaration | Entire | Cisco |

| Document | Portions to Be Filed Under Seal | Party With Claim of Confidentiality |
|---|---|---|
| Exhibit 20 to the Neukom Declaration | Entire | Cisco |
| Exhibit 21 to the Neukom Declaration | Entire | Cisco |
| Exhibit 22 to the Neukom Declaration | Entire | Cisco |
| Exhibit 23 to the Neukom Declaration | Entire | Cisco |
| Exhibit 24 to the Neukom Declaration | Entire | Cisco |
| Exhibit 28 to the Neukom Declaration | Entire | Arista |
| Exhibit 30 to the Neukom Declaration | Entire | Arista |
| Exhibit 31 to the Neukom Declaration | Entire | Arista |

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                         Hon. Judge Beth Labson Freeman