Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARISTA NETWORKS, INC.,<br><br>         Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S *MOTIONS IN LIMINE* NOS. 1-5**<br><br>**DEMAND FOR JURY TRIAL** |

## DECLARATION OF JOHN M. NEUKOM

I, John M. Neukom, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Cisco's Opposition to Arista's *Motions In Limine* Nos. 1 through 5.

3. A search of our production database (conducted by a team here at Quinn Emanuel, with my direction and participation) indicates that Cisco has during this litigation produced to Arista's counsel 1,367 documents that reference Jeff Reed; 3,767 documents that reference David Ward; and 67 documents that reference Mallun Yen. Information from our production database also indicates that documents referencing each of these three individuals was produced at least as early as July 21, 2015.

4. According to our records, Arista had taken 21 of its allotted 25 depositions as of May 3, 2016.

5. Attached hereto as Exhibit 1 is a true and correct copy of the June 23, 2016 Commission Opinion regarding the United States International Trade Commission's Investigation No. 337-TA-944.

6. Attached hereto as Exhibit 2 is a true and correct copy of Arista's Amended Trial Witness List served September 21, 2016.

7. Attached hereto as Exhibit 3 is a true and correct copy of Cisco Systems, Inc.'s Complaint filed against Huawei Technologies et al., Civil Action 2:03-cv-00027, filed in the United States District Court for the Eastern District of Texas, Marshall Division on January 22, 2003.

02099-00004/8437819.2

2
DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF
CISCO'S OPPOSITION TO ARISTA'S *MOTIONS IN LIMINE* NOS. 1-5
Case No. 5:14-cv-05344-BLF

8. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Charles Giancarlo in Support of Plaintiff Cisco's Motion for Preliminary Injunction, filed on February 3, 2003 in the above Cisco v. Huawei action.

9. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the April 25, 2016 deposition transcript of Charles Giancarlo.

10. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Cisco Systems, Inc.'s First Supplemental Initial Disclosures served on May 3, 2016.

11. Attached hereto as Exhibit 7 is a true and correct copy of a March 30, 2016 letter from Amy Candido to Eduardo E. Santacana.

12. Attached hereto as Exhibit 8 is a true and correct copy of is a March 30, 2016 email from Eduardo E. Santacana to Amy Candido et al.

13. Attached hereto as Exhibit 9 is a true and correct copy of a May 22, 2016 email to Brian Ferrall et al.

14. Attached hereto as Exhibit 10 is a true and correct copy of a May 24, 2016 email from Brian Ferrall to Amy Candido et al.

15. Attached hereto as Exhibit 11 is a true and correct copy of Defendant Arista Networks, Inc.'s First Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) served March 10, 2016.

16. Attached hereto as Exhibit 12 is a true and correct copy of Defendant Arista Networks, Inc.'s Second Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) served May 5, 2016.

17. Attached hereto as Exhibit 13 is a true and correct copy of Defendant Arista Networks, Inc.'s Third Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) served May 23, 2016.

18. Attached hereto as Exhibit 14 is a true and correct copy of Defendant Arista Networks, Inc.'s Fourth Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) served May 26, 2016.

19. Attached hereto as Exhibit 15 is a true and correct copy of Defendant Arista Networks, Inc.'s Fifth Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) served May 31, 2016.

20. Attached hereto as Exhibit 16 is a true and correct copy of Defendant Arista Networks, Inc.'s Sixth Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) served August 1, 2016.

21. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the February 12, 2016 deposition transcript of Kenneth Duda.

22. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the December 18, 2015 deposition transcript of Abhay Roy.

23. Attached hereto as Exhibit 19 is a true and correct copy of a production document produced in the instant action bearing Bates numbers CSI-ANI-00058278 through CSI-ANI-00058278.000005 featuring an email exchange including Jeff Reed.

24. Attached hereto as Exhibit 20 is a true and correct copy of a production document produced in the instant action bearing Bates numbers CSI-ANI00064953 through CSI-ANI00064953.000048 featuring presentation slides by Jeff Reed.

25. Attached hereto as Exhibit 21 is a true and correct copy of a production document produced in the instant action bearing Bates number CSI-ANI-00020691 featuring an email exchange including David Ward.

26. Attached hereto as Exhibit 22 is a true and correct copy of a production document produced in the instant action bearing Bates numbers CSI-ANI-00020716 through CSI-ANI-00020716.000001 featuring an email from David Ward.

02099-00004/8437819.2

4

DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S *MOTIONS IN LIMINE* NOS. 1-5
Case No. 5:14-cv-05344-BLF

27. Attached hereto as Exhibit 23 is a true and correct copy of a production document produced in the instant action bearing Bates number CSI-CLI-02884225 featuring an email from Mallun Yen.

28. Attached hereto as Exhibit 24 is a true and correct copy of a production document produced in the instant action bearing Bates number CSI-CLI-02884627 featuring a letter by Mallun Yen.

29. Attached hereto as Exhibit 25 is a true and correct copy of a May 26, 2016 email to Elizabeth McCloskey et al. identifying 30(b)(6) topics designated for Christine Bakan.

30. Attached hereto as Exhibit 26 is a true and correct copy of a May 17, 2016 email to Elizabeth McCloskey et al. identifying 30(b)(6) topics designated for Frank Palumbo.

31. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the June 22, 2016 deposition transcript of Dylan Cannon identifying designated 30(b)(6) topics.

32. Attached hereto as Exhibit 28 is a true and correct copy of a production document produced in the instant action bearing Bates numbers ANI-ITC-944_945-3677481 through ANI-ITC-944_945-3677558 and used as Exhibit 376 in the March 17, 2016 deposition of Anshul Sadana.

33. Exhibit 29 has been intentionally omitted.

34. Attached hereto as Exhibit 30 is a true and correct copy of a production document produced in the instant action bearing Bates numbers ARISTANDCA12469291 through ARISTANDCA12469331 and used as Exhibit 378 in the March 17, 2016 deposition of Anshul Sadana.

35. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the March 17, 2016 deposition transcript of Anshul Sadana.

02099-00004/8437819.2

5

DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF CISCO'S OPPOSITION TO ARISTA'S *MOTIONS IN LIMINE* NOS. 1-5
Case No. 5:14-cv-05344-BLF

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and that this declaration was executed in San Francisco, California,
3  on October 7, 2016.

                                                  */s/ John M. Neukom*
                                                  John M. Neukom

02099-00004/8437819.2

6

DECLARATION OF JOHN M. NEUKOM IN SUPPORT OF
CISCO'S OPPOSITION TO ARISTA'S *MOTIONS IN LIMINE* NOS. 1-5
Case No. 5:14-cv-05344-BLF