# EXHIBIT 7

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6309**

March 30, 2016

**VIA ELECTRONIC MAIL**
**ESANTACANA@KVN.COM**

Eduardo E. Santacana
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Re:   <u>Cisco Systems v. Arista Networks, Inc.</u>, Case No. 5: 14-cv-05344-BLF

Dear Eduardo:

Defendant Arista Networks, Inc's First Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1), dated March 10, 2016, added over 180 individual fact witnesses "that [Arista] may use to support its claims or defenses in this action." As you know, the Court has set aside two weeks for trial in this matter. Thus, Arista's disclosure – which itself includes several broad categories, such as "[c]urrent and/or former employees or representatives of Cisco" and "[i]nventors and authors of prior art relevant to the Patents-in-Suit" -- is manifestly overbroad and fails to put Cisco on notice of the witnesses that Arista may actually use to support its claims or defenses in this action.

Fact discovery regarding liability closes in a month and Cisco has several depositions remaining. We would like to depose any fact witnesses that Arista intends to call at trial that we have not already deposed. Accordingly, by the close of business on Friday, April 1, please identify any fact witnesses that Arista intends to call at trial that Cisco has not already deposed or that Cisco and Arista are not already in the process of scheduling for deposition.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

2

Cisco will move to preclude Arista from introducing testimony at trial from any witness that Arista does not so identify or that Cisco has not previously deposed in this case.

Very truly yours,

*Amy H. Candido*

Amy H. Candido

cc:   ARISTA-KVN@kvn.com
      Cisco-Arista@quinnemanuel.com
      Cisco-AristaCopyrightTeam@kirkland.com

2