# EXHIBIT 8

| | |
|---|---|
| **From:** | Eduardo E. Santacana <ESantacana@kvn.com> |
| **Sent:** | Wednesday, March 30, 2016 4:59 PM |
| **To:** | Amy Candido; Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) |
| **Cc:** | ARISTA-KVN; Ryan K. Wong |
| **Subject:** | RE: Cisco v. Arista: Expert Disclosure |

Amy,

We are not aware of either side agreeing to disclose trial witnesses at this time. We've simply disclosed Yeager for clearance under the Protective Order so that he can review the recently produced Stanford source code, including code that he likely created himself and/or already reviewed when he was at Stanford. It does not sound as though you have any basis for denying him access to that material, so we would appreciate your confirmation in that regard.

Thanks,
Eduardo

---

**Eduardo E. Santacana**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6669 direct   |   vCard   |   esantacana@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

---

**From:** Amy Candido [mailto:amycandido@quinnemanuel.com]
**Sent:** Tuesday, March 29, 2016 7:14 PM
**To:** Ryan K. Wong; Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com)
**Cc:** ARISTA-KVN
**Subject:** RE: Cisco v. Arista: Expert Disclosure

Dear Ryan,

Mr. Yeager was disclosed by Arista as a fact witness in its recent First Supplemental Initial Disclosures. Your disclosure below, unlike Arista's other disclosures, is unclear whether Mr. Yeager is a consulting expert or a testifying expert. Does Arista intend to have Mr. Yeager testify at trial as a fact witness, an expert witness or not at all?

Please let us know as soon as possible.

Regards,
Amy

---

**From:** Ryan K. Wong [mailto:RWong@kvn.com]
**Sent:** Wednesday, March 16, 2016 3:43 PM
**To:** Cisco-Arista <Cisco-Arista@quinnemanuel.com>; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-

1

AristaCopyrightTeam@kirkland.com) <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>
**Subject:** RE: Cisco v. Arista: Expert Disclosure

Counsel,

Arista discloses Mr. William Yeager under Section 7.4 of the Stipulated Protective Order (Dkt. 52).  Mr. Yeager will review materials relating to the Stanford source code and router/TIP/gateway software that Cisco designated "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL—SOURCE CODE".

Mr. Yeager's CV and PO Acknowledgment are attached.  Additional information regarding Mr. Yeager's disclosure is provided below:

- Mr. Yeager resides in Menlo Park, California
- Mr. Yeager has no current employer
- Aside from the instant litigation, Mr. Yeager has not received compensation or funding for work in his areas of expertise, and has not provided professional services, including in connection with a litigation, at any time during the preceding five years.
- Mr. Yeager has not provided expert testimony, including through a declaration, report, or testimony at a deposition or trial, in any litigation during the past five years.

Best,

Ryan

---

**Ryan K. Wong**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6682 direct   |   vCard   |   rwong@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com