# EXHIBIT 16

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES** <br><br> Judge:      Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

1078823.01

1    Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Arista

2  Networks, Inc. ("Arista") hereby makes the following supplemental initial disclosures.  Arista

3  makes these disclosures based on information that is reasonably available to it at this time,

4  following a good faith inquiry in accordance with Federal Rule of Civil Procedure 26.  Discovery

5  and further investigation and analysis may yield additional information.  Arista reserves the right

6  to amend and/or supplement these disclosures as further information becomes available to it.

7    Arista reserves all objections to the use of these initial disclosures, or any of the

8  information and documents referenced herein.  By referring to documents and individuals in these

9  initial disclosures, Arista does not waive the right to object to any discovery request on any basis,

10  including, but not limited to, relevancy, overbreadth, undue burden, attorney-client privilege, the

11  attorney work product doctrine, or any other lawful protection from disclosure.  Further, by

12  referring to documents and individuals in the initial disclosure process, Arista makes no

13  representation or concession regarding the relevancy or appropriateness of any particular witness,

14  document, or piece of information.  In addition, Arista does not waive any objections as to the

15  relevance or admissibility of any witness, document or other information at trial or with regard to

16  any pleading filed with or argument made before this Court.

### A.    Individuals Likely to Have Discoverable Information – Fed. R. Civ. P. 26(a)(1)(A)(i)

19    Pursuant to Rule 26(a)(1)(A)(i), Arista identifies the following individuals that Arista

20  currently believes are "likely to have discoverable information—along with the subjects of that

21  information—that [Arista] may use to support its claims or defenses in this action, unless solely

22  for impeachment."

| Name and Contact Information | Category |
|---|---|
| Kenneth Duda<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of command-line interface ("CLI") commands.<br><br>Arista's relationship with customers and potential customers. |

| Name and Contact Information | Category |
|---|---|
|  | Cisco's conduct with respect to its CLI. |
| Anshul Sadana<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of CLI commands.<br><br>Arista's relationship with customers and potential customers.<br><br>Cisco's conduct with respect to its CLI. |
| Adam Sweeney<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of CLI commands.<br><br>Arista's relationship with customers and potential customers.<br><br>Cisco's conduct with respect to its CLI.<br><br>Also identified by Cisco as an author |
| Lincoln Dale<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of CLI commands.<br><br>Arista's relationship with customers and potential customers.<br><br>Cisco's conduct with respect to its CLI. |
| Hugh Holbrook<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products, including its Extensible Operating System and use of CLI commands.<br><br>Also identified by Cisco as an author. |
| Mark Foss<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Arista's marketing and sales of its products, and Cisco's marketing and sales of its products. |
| Charlie Giancarlo<br><br>Arista Director – contact through Keker & Van Nest, counsel for Arista | Knowledge relevant to Arista's estoppel, laches, fair use, and misuse defenses. |

1078823.01

| Name and Contact Information | Category |
| --- | --- |
| Current and/or former employees or representatives of Cisco.<br><br>Contact information is believed to be in the possession of Cisco. | The copyright registrations attached as Exhibits 3-28 to Cisco's Amended Complaint ("Asserted Copyrights"), United States Patent Nos. 7,047,526 and 7,953,886 (collectively, the "Patents-in-Suit"), and issues relating thereto. |
| All named inventors and prosecuting attorneys of the Patents-in-Suit, including but not limited to:<br>Anil Bansal<br>Jung Tjong<br>Prakash Bettadapur<br>Sastry Varanasi<br>Jeffrey Wheeler<br>Paul Mustoe<br><br>Leon R. Turkevich and other present or former attorneys and/or agents of:<br>Manelli Selter PLLC<br>2000 M Street NW, Suite 700<br>Washington, DC 20036<br><br>Present or former attorneys and/or agents of:<br>Stolowitz Ford Cowger LLP<br>1140 Southwest 11th Avenue, #400<br>Portland, Oregon 97201 | The Patents-in-Suit and issues relating thereto. |
| Inventors and authors of prior art relevant to the Patents-in-Suit. | Prior art relevant to the Patents-in-Suit. |
| Kirk Lougheed<br><br>Employee of Cisco | Identified by Cisco as an author.  Also, has knowledge relevant to Arista's misuse and fair use defenses, and Cisco's dispute with Stanford. |
| Dino Farinacci<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| David Hampton<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Abhay Roy | Identified by Cisco as an author. |

1078823.01

| Name and Contact Information | Category |
|---|---|
| Employee of Cisco | |
| Pedro Marques<br><br>Counsel for Marques:<br><br>Josh Glucoft<br>Irell & Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Identified by Cisco as an author. |
| Anthony Li<br>1218 Thurston Avenue<br>Los Altos, California 94024 | Identified by Cisco as an author. |
| Robert Widmer<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Devadas Patil<br><br>Counsel for Patil:<br>Matthew Cannon<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  9411 | Identified by Cisco as an author. |
| François Tallet<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| David Katz<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ole Troan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Graham Critchfield<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Mark Baushke<br><br>Counsel for Baushke:<br><br>Josh Glucoft<br>Irell & Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067-4276 | Identified by Cisco as an author. |
| Nataraj Bacthu | Identified by Cisco as an author. |

4

1078823.01

| Name and Contact Information | Category |
|---|---|
| Contact information is believed to be in the possession of Cisco. | |
| Ramanthan Kavasseri<br><br>Counsel for Kavasseri:<br><br>Rod Thompson<br>Farella Bruan + Martel LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104 | Identified by Cisco as an author. |
| V.N. Ramesh Ponnapalli<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Enke Chen<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Frederick Scott<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Rex Fernando<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Senthil Arunachalam<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Paul Traina<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ishan Wu<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Dan Florea<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jimit Mehta<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Andrew Heffernan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Alan Liebthal<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Saci Nambakkam<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Massimiliano Ardica<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Bill Westfield<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Tong Liu<br><br>Counsel for Liu:<br><br>Sean S. Pak<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111 | Identified by Cisco as an author. |
| Edward Pham<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Greg Satz<br><br>satz@iranger.com | Identified by Cisco as an author. |
| Dehua Huang<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Liming Wei<br><br>288 Saint Phillip Court<br>Fremont, Califonria 94539 | Identified by Cisco as an author. |
| Narendranath Mididaddi<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ravishankar Chandrasekaran<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Bill Rainey<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Hasmit Grover<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Luc Revardel<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Arpakorn Boonkongchuen<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Tameen Khan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jan Vilhuber<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ronnie Kon<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Weng Hong Chan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| David Carrel<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ilse Van Hoeck<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Paul Heller<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Dan Hall<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Satish Mynam<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Yogesh Kaushik<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

1078823.01

| Name and Contact Information | Category |
| --- | --- |
| Gopala Andagunda<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Robert Snyder<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| George Millard<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jihad Sabra<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Cliff Sojourner<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Raghava Sivaramu<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Carl Schaefer<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Mike Keohane<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Manoj Leelanivas<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Dan Tappan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Pratapa Pellakaru<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Yiqing Zhu<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Henk Smit<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
| --- | --- |
| Rajiv Raghunarayan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Syed M. Ashraf<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Arun Kumar B<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Wayne Ogozaly<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Anton Smirnov<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Rituparna Agrawal<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Mandeep Rohilla<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Steven Larson<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Alun Evans<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ramesh Santhanakrishnan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Adrian Smethurst<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Derek Yeung<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Tim Gleeson<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

9

1078823.01

| Name and Contact Information | Category |
| --- | --- |
| Nagarani Chandika<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Kenneth Roberts<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Pan Chun Wen<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Doug Weismann<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Arpakorn Boonkongcheun<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Sabrina Pittarel<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Dawn Shauming Li<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Vithal Shirodkar<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Bruce Pinsky<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Rohit Watve<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Michael Vowles<br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Laurence Grant<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Srihari Sangli<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Roberto Spadaro<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Daniel Williston<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Yong Chen<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Chris White<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ken Smith<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Atul Kumar<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Karthik Subramaniam<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Minglei Yang<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jun Xie<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Rohit Sharma<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jorge Serpa<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Stefano Previdi<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| John Zwiebel<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Phillip Remaker<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author.  Also knowledgeable about Arista's fair use and misuse defenses. |
| Joel Bion<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Solomon Tekle<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Thomas Berry<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Patrick Mahan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jim Duncan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Padmini Misra<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Vince Deters<br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Chien-Chiang Lai<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ji Wook Jo<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Nidhi Bhaskar<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jeffrey Johnson<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Scott Miller<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

| Name and Contact Information | Category |
|---|---|
| Jayadev Kumarasamy<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Murali Bashyam<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Jason Bos<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Alun Evans<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Robert Albrightson<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Mark Bilstad<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| James Gibson<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Toerless Eckert<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Vikas Gupta<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Divakaran Baskaran<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Iris Ataee<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Dhananjaya Rao<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Rick Pratt<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

13

1078823.01

| Name and Contact Information | Category |
|---|---|
| Prasanna Parthasarathy<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ijsbrand Wijnands<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Deepak Dayama<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Hung-Wen Su<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Sri Mohana<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Shubhra Bhargava<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Richard Foltak<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Daniel Walton<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Swapna Yelamanchi<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Patnala Rao<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Harsha Bharadwaj<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Colin Docherty<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Gridihar Rajaram<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Christian Benvenuti<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Sukumar Subburayan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Chifei W. Cheng<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ravi Varanasi<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Padma Pillay- Esnault<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Gowtham Krishna Bollina<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| William May<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Sudheer Reddy Vakati<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ayan Banerjee<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Ramesh Kumar Chinnasamy<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Atif Khan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Gayatri Ramakrishnan<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Satyanarayana Dillikar<br><br>Contact information is believed to be in | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| the possession of Cisco. | |
| Sudhakar Mamillapalli

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Satya Srinivas Singamsetty

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Frederick Lewis

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Muneer Pasha

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Vijay Gupta

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Anand Iyer

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Forrest Tanaka

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Wenhui Zhao

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Eun Kim

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Sankar Nagarajan

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Rajeeva Narayanaswamy

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Sacidhar Nambakkam

Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Eleza Chang | Identified by Cisco as an author. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Contact information is believed to be in the possession of Cisco. | |
| Douglas McClaggen<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Raghunatha Reddy P<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Dougal Stanton<br><br>Contact information is believed to be in the possession of Cisco. | Identified by Cisco as an author. |
| Terry Slattery<br><br>Counsel for Slattery:<br><br>John M. Neukom<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 | Identified by Cisco as an author. |
| Avaya, Inc.<br><br>Counsel for Avaya, Inc.:<br>Cynthia S. Mitchell<br>Avaya Inc.<br>12121 Grant Street<br>Room 114<br>Thorton, CO 80241<br>720-977-2245 | Knowledge of industry-common CLI and prior art relevant to Cisco's asserted patents. |
| Brocade Communications Systems, Inc.<br><br>Counsel for Brocade:<br>Bergeson LLP<br>2033 Gateway Place, Suite 300<br>San Jose, California 95110<br>408-291-6200 | Knowledge of industry-common CLI. |
| Dell Inc.<br><br>Counsel for Dell:<br><br>Roderick M. Thompson<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>415-954-4400 | Knowledge of industry-common CLI. |
| Philip Kasten<br>Philip Shafer<br>Juniper Networks, Inc.<br><br>Counsel for Juniper Networks: | Knowledge of industry-common CLI and prior art relevant to Cisco's asserted patents. |

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

| Name and Contact Information | Category |
|---|---|
| Josh Glucoft<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | |
| Hewlett-Packard Enterprise<br>Balaji Venkatraman<br><br>Counsel for Hewlett-Packard:<br><br>Anupam Sharma<br>Covington & Burling LLP<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065 | Knowledge of industry-common CLI and prior art relevant to Cisco's asserted patents. |
| Lenovo<br><br>Counsel for Lenovo<br>Hayden J. Silver III<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC 27601<br>919-755-2188 | Knowledge of industry-common CLI. |
| Stanford University<br><br>Counsel for Stanford:<br><br>Melissa Burke<br>Office of the General Counsel<br>Stanford University, Main Quadrangle<br>Building 170, 3rd Floor<br>Stanford CA, 94305<br>(650) 725-8648 | Knowledge of the legal dispute and license agreement between Cisco and Stanford and ownership of commands developed at Stanford. |
| Fred Baker<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge of the Internet Engineering Task Force standards and practices. |
| D-Link Systems, Inc.<br>17595 Mt. Hermann St.<br>Fountain Valley, CA 92708 | Knowledge of industry-common CLI. |
| Edgecore USA Corporation<br>20 Mason<br>Irvine, CA 92618 | Knowledge of industry-common CLI. |
| Extreme Networks, Inc.<br>145 Rio Robles<br>San Jose, CA 95134 | Knowledge of industry-common CLI. |
| Andrew Pletcher<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Brian Osoro<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |

18

1078823.01

| Name and Contact Information | Category |
| --- | --- |
| Cesar Obediente<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Cynthia Broderick<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Deepak Malik<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Drago Sijan<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| John Chambers<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Lilian Quan<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use, and misuse defenses. |
| Soni Jiandani<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Wayne Ogazaly<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| John Hartingh<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Leo Boulton<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Cisco personnel knowledgeable about Tail-F and the Network Compliance Manager | Knowledge relevant to Arista's estoppel, fair use and misuse defenses. |
| Mark Chandler<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses. |
| William Yeager<br><br>Contact Keker & Van Nest, counsel for Arista | Knowledge relevant to the origins of Cisco's asserted copyrighted materials |

19

1078823.01

| Name and Contact Information | Category |
|---|---|
| Terry Eger<br><br>(650) 949-0692 | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses. |
| Carl Moberg<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge regarding Tail-F. |
| Pradeep Kathail<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Mark Berly<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Knowledge relevant to Arista's estoppel, fair use and misuse defenses and damages. |
| Kevin McCabe<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Knowledge relevant to Arista's estoppel, fair use and misuse defenses and damages. |
| Andre Pech<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products, including its Extensible Operating System and use of CLI commands. |
| Mike Volpi<br><br>Index Ventures<br>139 Townsend Street<br>Suite 505<br>San Francisco, CA 94107<br>(415) 471-1700 | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. |
| Mario Mazzola<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses. |
| Luca Cafiero<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses. |
| Dan Lang<br><br>Contact information is believed to be in the possession of Cisco. | Knowledge relevant to Cisco licenses and applications for copyrights. |
| Jeff Birnbaum<br><br>jmbnyc@gmail.com | Knowledge relevant to Arista's estoppel, fair use and misuse defenses and damages. |

1078823.01

| Name and Contact Information | Category |
|---|---|
| Jayshree Ullal<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of CLI commands.<br><br>Arista's relationship with customers and potential customers.<br><br>Cisco's conduct with respect to its CLI. |
| Chris Wilson<br>Chris.Wilson@virtustream.com | Knowledge relevant to damages. |
| Douglas Gourlay<br><br>Counsel for Gourlay:<br>Adrian Sawyer<br>Kerr Wagstaffe<br>101 Mission Street<br>18th Floor<br>San Francisco, CA 94015<br>(415) 357-8905 | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of CLI commands.<br><br>Arista's relationship with customers and potential customers.<br><br>Cisco's conduct with respect to its CLI. |
| Mazen Rawashdeh<br>eBay<br>2065 Hamilton Avenue<br>San Jose, California 95125 | Knowledge relevant to damages. |
| Andreas Bechtolsheim<br><br>Arista Director - contact through Keker & Van Nest, counsel for Arista. | Development, structure, operation, and/or characteristics of Arista's products including its Extensible Operating System and use of command-line interface ("CLI") commands.<br><br>Relationships with customers and potential customers.<br><br>Cisco's conduct with respect to its CLI. |
| Christopher Summers<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Knowledge relevant to damages.<br><br>Customer preferences and uses of networking equipment and CLI. |
| Ariff Premji<br><br>Employee of Arista - contact through Keker & Van Nest, counsel for Arista. | Knowledge relevant to damages.<br><br>Customer preferences and uses of networking equipment and CLI. |

Arista may also rely on individuals identified in Cisco's initial disclosures, or otherwise identified through discovery in this action. Arista reserves the right to disclose additional

21

1078823.01

individuals whom Arista may use to support its claims or defenses based on information learned during the course of this litigation.

**B.    Documents in Arista's Possession, Custody or Control That Arista May Use to Support Its Claims or Defenses – Fed. R. Civ. P. 26(a)(1)(A)(ii)**

Pursuant to Rule 26(a)(1)(ii), Arista provides the following description by category of all documents, electronically stored information, and tangible things that Arista currently believes it may use to support its claims or defenses, unless solely for impeachment:

- Documents related to the products or services Arista believes may be accused by Cisco of infringing the Asserted Copyrights or Patents-in-Suit, including documents sufficient to evidence their development, structure, operation, and/or characteristics.

- Documents related to the sales and marketing, if any, and/or costs of the products or services Arista believes may be accused by Cisco of infringing the Asserted Copyrights or Patents-in-Suit.

- The Patents-in-Suit, applications related to the Patents-in-Suit, and the prosecution history for the Patents-in-Suit.

- Documents relating to the prior art cited during the prosecution of the Patents-in-Suit, and other prior art related to the Patents-in-Suit.

- Documents in the possession, custody or control of Cisco, or its current or prior counsel, relevant to Arista's non-infringement, invalidity, and/or other defenses.

The above-referenced categories of documents that are in Arista's custody are located at Arista's offices at 5453 Great America Parkway, Santa Clara, California 95054, or another Arista facility.  This information is based on Arista's investigation to date, and Arista reserves the right to supplement and/or amend it upon further investigation and discovery in this action, and may rely upon additional materials.

**C.    Computation of any Category of Damages Claimed by the Disclosing Party – Fed. R. Civ. P. 26(a)(1)(A)(iii)**

At this time, Arista only seeks to recover its reasonable attorneys' fees and costs.  Arista is not yet certain as to the amount of fees and costs it will seek, which are continually accruing.

1

**D.     Applicable Insurance Agreement – Fed. R. Civ. P. 26(a)(1)(A)(iv)**

2       Arista is currently unaware of any applicable insurance policies.  In the event Arista

3  determines that such coverage is available, it will make appropriate disclosures.

4                                    *          *          *

5

6       In providing the above initial disclosures, Arista does not waive any objections, defenses

7  or applicable privileges.  Arista will supplement these disclosures to the extent required by the

8  Federal Rules of Civil Procedure and the Local Rules of Court.

9

10  Dated:  August 1, 2016                    KEKER & VAN NEST LLP

11                                            WILSON SONSINI GOODRICH & ROSATI

12                                    By:    _/s/ Elizabeth K. McCloskey_
                                            ELIZABETH K. MCCLOSKEY

13

14                                            Attorneys for Defendant
                                            ARISTA NETWORKS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On August 1, 2016, I served the following document(s):

**DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES**

☑    by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Sean Sang-Chul Pak
John M. Neukom
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6320
Fax:    (415) 875-6700
seanpak@quinnemanuel.com
johnneukom@quinnemanuel.com
Cisco-Arista@quinnemanuel.com

Adam R. Alper
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Tel:    (415) 439-1476
Fax:    (415) 439-1500
aalper@kirkland.com

Kathleen Marie Sullivan
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10022
Tel:    (212) 849-7000
Fax:    (212) 869-7100
kathleensullivan@quinnemanuel.com

Mark Yeh-Kai Tung
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel:    (650) 801-5000
Fax:    (650) 801-5100
marktung@quinnemanuel.com

Michael W. De Vries
Kirkland & Ellis LLP
333 South Hope Street, 29th Floor
Los Angeles, CA 90071
Tel:    (213) 680-8590
Fax:    (213) 680-8500
michael.devries@kirkland.com
Cisco-AristaCopyrightTeam@kirkland.com

Steven C. Cherny
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel:    (212) 446-4800
Fax:    (212) 446-6460
Steven.cherny@kirkland.com

24

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

| | |
|---|---|
| Matthew Powers | John M. Desmarais |
| William Nelson | Paul A. Bondor |
| Tensegrity Law Group LLP | Desmarais LLP |
| 555 Twin Dolphin Drive, Suite 650 | 230 Park Avenue |
| Redwood Shores, CA 94065 | New York, NY 10169 |
| Tel:    (650) 802-6000 | Tel:    (212) 351-3400 |
| Fax:    (650) 802-6001 | Fax:    (212) 351-3401 |
| matthew.powers@tensegritylawgroup.com | jdesmarais@desmaraisllp.com |
| william.nelson@tensegritylawgroup.com | pbondor@desmaraisllp.com |
| | ciscoaristaservice@desmaraisllp.com |

Executed on August 1, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Elizabeth K. McCloskey
ELIZABETH K. MCCLOSKEY

25

DEFENDANT ARISTA NETWORKS, INC.'S SIXTH SUPPLEMENTAL INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)
Case No. 5:14-cv-05344-BLF (PSG)

1078823.01