# EXHIBIT 25

| | |
|---|---|
| **From:** | Amy Candido |
| **Sent:** | Thursday, May 26, 2016 11:14 PM |
| **To:** | Elizabeth K. McCloskey; Cisco-Arista; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) |
| **Cc:** | ARISTA-KVN; WSGR - Arista (Arista-WSGR@wsgr.com) |
| **Subject:** | RE: Cisco v. Arista: Depositions |

Lizzy,

Subject to its objections, Cisco designates Christine Bakan on Topic Nos. 94-97 of Arista's Rule 30(b)(6) Notice to Cisco. Ms. Bakan is available to be deposed on June 10.

With respect to Mr. McCabe and Mr. Wilson's upcoming depositions in Atlanta, is there no way that there can be some greater coordination in scheduling so that both Atlanta depositions could be attended in person during one cross-country trip, especially given that Mr. McCabe is a current Arista employee?

Finally, when is Mansour Karam available to be deposed before June 10? As you know, we were forced to reschedule Mr. Karam's deposition because Arista failed to timely produce a large volume of documents previously produced by Mr. Karam in the ITC, despite those documents being in the possession, custody or control of counsel for Arista. We have respected the fact that Mr. Karam was expecting a newborn shortly after his deposition was rescheduled and have been patient about demanding a new date. However, several weeks have passed and we can wait no longer. Please provide a date for Mr. Karam's rescheduled deposition before June 10 by no later than June 1. If you are refusing to do so, please let us know immediately.

Regards,
Amy

**From:** Elizabeth K. McCloskey [mailto:EMcCloskey@kvn.com]
**Sent:** Thursday, May 26, 2016 10:48 PM
**To:** Cisco-Arista <Cisco-Arista@quinnemanuel.com>; 'Cisco-AristaCopyrightTeam@kirkland.com' (Cisco-AristaCopyrightTeam@kirkland.com) <Cisco-AristaCopyrightTeam@kirkland.com>
**Cc:** ARISTA-KVN <ARISTA-KVN@kvn.com>; WSGR - Arista (Arista-WSGR@wsgr.com) <Arista-WSGR@wsgr.com>
**Subject:** Cisco v. Arista: Depositions

Counsel,

Arista intends to proceed tomorrow with Mr. Kathail's deposition, in both his personal and 30(b)(6) capacity. Arista will follow up promptly to confirm whether it can accept the offered dates for Mr. Vashi and Mr. Cannon.

By correspondence dated May 22, 2016, counsel for Cisco represented that Cisco intended to designate Ms. Bakan on 30(b)(6) topics. Does Cisco still intend to do so? If so, Arista understands that Ms. Bakan would only be designated on topics relating to damages, in light of tomorrow's liability fact discovery cutoff.

Additionally, Arista provided a June 9 deposition date for Kevin McCabe. Mr. McCabe is located in Atlanta. Please let us know if you intend to proceed with Mr. McCabe's deposition on June 9, and if so, whether you prefer to proceed in person or via videoconference.

Thanks,
Lizzy

---

**Elizabeth K. McCloskey**
Attorney at Law

**KEKER & VAN NEST**

415 676 2269 direct   |   vCard   |   emccloskey@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com