# EXHIBIT 26

**From:** Amy Candido
**Sent:** Tuesday, May 17, 2016 8:06 PM
**To:** Elizabeth K. McCloskey; ARISTA-KVN; WSGR - Arista (Arista-WSGR@wsgr.com)
**Cc:** Cisco-Arista; Cisco-AristaCopyrightTeam@kirkland.com
**Subject:** Cisco v. Arista: Frank Palumbo

Counsel,

Subject to Cisco's supplemental responses and objections to Arista's Rule 30(b)(6) notice and the parties' recent meet and confer negotiations, Cisco designates Frank Palumbo on Topics 54, 60-62, 106, 107, 109, 113-116, and 133. While Mr. Palumbo is normally on the East Coast, he is available to be deposed on June 7 in the Bay Area. Accordingly, we hope that you can make that date work. Please let us know as soon as possible if Arista can confirm June 7.

Thanks,
Amy

1