# EXHIBIT 27

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   CISCO SYSTEMS, INC.,      )
                               )
 6              Plaintiff,     )
                               ) Case No.
 7        vs.                  ) 5:14-cv-05344-BLF (PSG)
                               )
 8   ARISTA NETWORKS, INC.,    )
                               )
 9              Defendant.     )
                               )
10   _____)
11
12
13
14             VIDEOTAPED DEPOSITION OF
15        CISCO SYSTEMS' 30(b)(6) WITNESS
16                  DYLAN CANNON
17             San Francisco, California
18            Wednesday, June 22, 2016
19                    Volume I
20   HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No.  2335575
25   Pages 1 - 56
```

Page 1

| | | |
|---|---|---|
| 1 | At this time, will counsel please identify | 17:03:46 |
| 2 | themselves and state whom they represent. | |
| 3 | MS. McCLOSKEY: Elizabeth McCloskey on | |
| 4 | behalf of defendant Arista Networks, and with me is | |
| 5 | Trent Turnbull from Ocean Tomo. | 17:03:55 |
| 6 | MR. ANDERSON: Carl Anderson for Cisco | |
| 7 | Systems and the witness. | |
| 8 | THE WITNESS: Dylan Cannon with Cisco | |
| 9 | Systems. | |
| 10 | THE VIDEO OPERATOR: Thank you. | 17:04:08 |
| 11 | Will the certified court reporter please | |
| 12 | swear in the witness. | |
| 13 | DYLAN CANON, | |
| 14 | having been administered an oath, was examined and | |
| 15 | testified as follows: | 17:04:12 |
| 16 | EXAMINATION | |
| 17 | BY MS. McCLOSKEY: | |
| 18 | Q   Good afternoon, Mr. Cannon. Thank you for | |
| 19 | being here today. | |
| 20 | Do you understand that you're under oath? | 17:04:25 |
| 21 | A   Yes. | |
| 22 | Q   Is there any reason you can't provide | |
| 23 | truthful and complete answers today? | |
| 24 | A   No. | |
| 25 | Q   Do you understand that Cisco has | 17:04:31 |

Page 8

| | | |
|---|---|---|
| 1 | designated you as its corporate representative with | 17:04:33 |
| 2 | respect to certain topics, those topics including | |
| 3 | Topics 98 through 105 of Arista's 30(b)(6) notice? | |
| 4 |     A   Yes. | |
| 5 |     Q   Thank you very much. | 17:04:43 |
| 6 |     MR. ANDERSON: Let's state for the record, | |
| 7 | subject to Cisco's objections. | |
| 8 | BY MS. McCLOSKEY: | |
| 9 |     Q   Mr. Cannon, has Cisco ever quantified the | |
| 10 | value of its CLI? | 17:04:53 |
| 11 |     MR. ANDERSON: Objection. Vague. | |
| 12 | BY MS. McCLOSKEY: | |
| 13 |     Q   You can answer. | |
| 14 |     A   Okay. Cisco has quantified the value of | |
| 15 | its CLI through the products that it's sold with. | 17:05:03 |
| 16 |     Q   By quantifying, I'm referring to a | |
| 17 | specific number. | |
| 18 |     Do you understand that? | |
| 19 |     A   So specific to -- | |
| 20 |     Q   A specific -- has it placed a number on | 17:05:11 |
| 21 | the value of its CLI? | |
| 22 |     A   No. | |
| 23 |     MR. ANDERSON: Same objection. | |
| 24 |     You can answer. | |
| 25 |     THE WITNESS: No, not specifically on CLI | 17:05:20 |