Exhibit 29
Intentionally Left Blank