Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Beth Labson Freeman |

02099-00004/8368101.1

**CERTIFICATE OF SERVICE**

I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Cisco Systems, Inc. ("Cisco") in this action.

On October 7, 2016, I served true copies of the following documents associated with Dkt. 561 on the interested parties in this action as follows:

**Unredacted Copy of Cisco's Opposition to Arista's Motion *in Limine* No. 1**

**Unredacted Copy of Cisco's Opposition to Arista's Motion *in Limine* No. 3**

**Unredacted Copy of Cisco's Opposition to Arista's Motion *in Limine* No. 5**

**Unredacted Copy of Exhibit 1 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 5 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 17 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 18 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 19 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 20 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 21 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 22 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 23 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 24 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 28 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 30 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

**Unredacted Copy of Exhibit 31 to the Declaration of John M. Neukom in Support of Cisco's Oppositions to Arista's Motions *in Limine***

1
2  **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission on October 7
3  16, 2016 by transmitting a PDF format copy of such documents to each such person at the e mail address listed below.  The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.
4
5

| | |
|---|---|
| Brian L. Ferrall<br>Michael S. Kwun<br>David J. Silbert<br>Robert Van Nest<br>arista-kvn@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br><br>Susan Chreighton<br>Scott Andrew Sher<br>Arista-WSGR@wsgr.com<br>Wilson Sonsini Goodrich Rosati<br>1700 K Street<br>Washington, DC 20006 | Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br><br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 |

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on October 7, 2016, at Redwood Shores, California.

                                                     /s/ *Sara E. Jenkins*
                                                       Sara E. Jenkins