1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

   SUSAN CREIGHTON, SBN 135528
   SCOTT A. SHER, SBN 190053
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   1700 K Street NW, Fifth Floor
   Washington, D.C., 20006-3817
   Telephone: (202) 973-8800
   Email:  screighton@wsgr.com;
   ssher@wsgr.com

7

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                     SAN JOSE DIVISION

18 CISCO SYSTEMS, INC.,                  Case No. 5:14-cv-05344-BLF (NC)

19          Plaintiff,                   **PROOF OF SERVICE**

20     v.

21 ARISTA NETWORKS, INC.,                Date Filed:  December 5, 2014

22          Defendant.                   Trial Date:  November 21, 2016

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 8, 2016, I served the following document(s):

- DECLARATION OF DAVID J. ROSEN IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPPOSITION TO CISCO'S MOTIONS *IN LIMINE* NOS. 1–5

- ARISTA'S OPPOSITION TO CISCO'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE RELATED TO "INDUSTRY STANDARD" [REDACTED]

- EXHIBIT 10 [UNREDACTED] TO THE DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA'S OPPOSITIONS TO CISCO'S MOTIONS *IN LIMINE* NOS. 1–5

☑  by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

Counsel for Non-Party HEWLETT            asharma@cov.com
PACKARD ENTERPRISE

Anupam Sharma
Covington & Burlig LLP
333 Twin Dolphin Drive
Redwood Shores, CA  94065

//

//

Executed on October 10, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Ryan Wong*
Ryan Wong

1

PROOF OF SERVICE
Case No. 5:14-cv-05344-BLF (NC)

1118624