| | |
|---|---|
| Kathleen Sullivan (SBN 242261) <br> kathleensullivan@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> Sean S. Pak (SBN 219032) <br> seanpak@quinnemanuel.com <br> John M. Neukom (SBN 275887) <br> johnneukom@quinnemanuel.com. <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> David A. Nelson (*admitted pro hac vice*) <br> davenelson@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 500 West Madison Str., Suite 2450 <br> Chicago, Illinois <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 | Steven Cherny *(admitted pro hac vice)* <br> steven.cherny@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br><br> Adam R. Alper (SBN 196834) <br> adam.alper@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br><br> Michael W. De Vries (SBN 211001) <br> michael.devries@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 333 South Hope Street <br> Los Angeles, California 90071 <br> Telephone: (213) 680-8400 <br> Facsimile: (213) 680-8500 |

*Attorneys for Plaintiff Cisco Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> NOTICE OF CHANGE IN COUNSEL <br><br> Judge: Hon. Beth Labson Freeman |

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Matthew D. Cannon is no longer with the firm of Quinn

3   Emanuel Urquhart & Sullivan, LLP, and hereby withdraws as counsel for Cisco Systems, Inc. in

4   the above referenced matter.  Cisco Systems, Inc. is still represented by the remaining counsel of

5   record from Quinn Emanuel Urquhart & Sullivan, LLP, and therefore will not be prejudiced by the

6   withdrawal.

7   Further, please remove Matthew D. Cannon from the Court's electronic notification system

8   (matthewcannon@quinnemanuel.com).

9   DATED:  October 18, 2016           QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

By   /s/ Sean Pak
     Sean Pak
     Kathleen Sullivan
     John Neukom
     David Nelson (*admitted pro hac vice*)

*Attorneys for Plaintiff Cisco Systems, Inc.*