| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | Steven Cherny *(admitted pro hac vice)* |
| kathleensullivan@quinnemanuel.com | steven.cherny@kirkland.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KIRKLAND & ELLIS LLP |
| 51 Madison Avenue, 22nd Floor | 601 Lexington Avenue |
| New York, NY 10010 | New York, New York 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 446-4800 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 446-4900 |
| | |
| Sean S. Pak (SBN 219032) | Adam R. Alper (SBN 196834) |
| seanpak@quinnemanuel.com | adam.alper@kirkland.com |
| John M. Neukom (SBN 275887) | KIRKLAND & ELLIS LLP |
| johnneukom@quinnemanuel.com. | 555 California Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | San Francisco, California 94104 |
| 50 California Street, 22nd Floor | Telephone: (415) 439-1400 |
| San Francisco, CA 94111 | Facsimile: (415) 439-1500 |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | Michael W. De Vries (SBN 211001) |
| | michael.devries@kirkland.com |
| David A. Nelson *(admitted pro hac vice)* | KIRKLAND & ELLIS LLP |
| davenelson@quinnemanuel.com | 333 South Hope Street |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Los Angeles, California 90071 |
| 500 West Madison Str., Suite 2450 | Telephone: (213) 680-8400 |
| Chicago, Illinois | Facsimile: (213) 680-8500 |
| Telephone: (312) 705-7400 | |
| Facsimile: (312) 705-7401 | |

*Attorneys for Plaintiff Cisco Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,, <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., , <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br> The Hon. Hon. Beth Labson Freeman |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jason L. Liu is no longer with the firm of Quinn Emanuel
3  Urquhart & Sullivan, LLP, and hereby withdraws as counsel for Cisco Systems, Inc. in the above
4  referenced matter.  Cisco Systems, Inc. is still represented by the remaining counsel of record from
5  Quinn Emanuel Urquhart & Sullivan, LLP, and therefore will not be prejudiced by the withdrawal.

6  Further, please remove Jason L. Liu from the Court's electronic notification system
7  (jasonliu@quinnemanuel.com).

8  DATED:  October 18, 2016          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

              By      /s/ Sean Pak
                   Sean Pak
                   Kathleen Sullivan
                   John Neukom
                   David Nelson (*admitted pro hac vice*)

                   *Attorneys for Plaintiff Cisco Systems, Inc.*