1   KEKER & VAN NEST LLP                          SUSAN CREIGHTON, SBN 135528
    ROBERT A. VAN NEST - #84065                   SCOTT A. SHER, SBN 190053
2   BRIAN L. FERRALL - #160847                    WILSON SONSINI GOODRICH & ROSATI
    DAVID SILBERT - #173128                       Professional Corporation
3   MICHAEL S. KWUN - #198945                     1700 K Street NW, Fifth Floor
    633 Battery Street                            Washington, D.C., 20006-3817
4   San Francisco, CA 94111-1809                  Telephone:  (202) 973-8800
    Telephone:    (415) 391-5400                  Email:  screighton@wsgr.com;
5   Email:  rvannest@kvn.com;                     ssher@wsgr.com
    bferrall@kvn.com; dsilbert@kvn.com;
6   mkwun@kvn.com

7

8   JONATHAN M. JACOBSON, NY SBN 1350495
    CHUL PAK (*pro hac vice*)
9   DAVID H. REICHENBERG (*pro hac vice*)
    WILSON SONSINI GOODRICH & ROSATI
10  Professional Corporation
    1301 Avenue Of The Americas, 40th Floor
11  New York, NY 10019-6022
    Telephone:  (212) 999-5800
12  Email:  jjacobson@wsgr.com; cpak@wsgr.com;
    dreichenberg@wsgr.com

13  Attorneys for Defendant ARISTA NETWORKS, INC.

14
                        UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16
                            SAN JOSE DIVISION
17

18  CISCO SYSTEMS, INC.,                          Case No. 5:14-cv-05344-BLF (NC)

19              Plaintiff,                         **DEFENDANT ARISTA NETWORKS,
                                                   INC.'S ADMINISTRATIVE MOTION TO
20       v.                                        FILE DOCUMENTS UNDER SEAL IN
                                                   CONNECTION WITH ARISTA'S
21  ARISTA NETWORKS, INC.,                         RESPONSE TO CISCO'S SUBMISSION
                                                   RE PROTECTABLE ELEMENTS**
22              Defendant.

23                                                 Judge:       Hon. Beth Labson Freeman

24                                                 Date Filed:  December 5, 2014

25                                                 Trial Date:  November 21, 2016

26

27

28

1120046

1     Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5,

2  Defendant Arista Networks, Inc. ("Arista") respectfully submits this administrative motion to file

3  under seal documents and information filed in connection with Arista's Response to Cisco's

4  Submission re Protectable Elements.

5     Arista seeks to file under seal the documents and information listed in the table below,

6  which contain material that has previously been designated as confidential or highly confidential

7  by Cisco Systems, Inc. ("Cisco") and third parties Dell, Juniper Networks, and HP Enterprise.

8  Arista expects that Cisco and/or the third parties will file supporting declarations pursuant to Civil

9  L.R. 79-5(e)(1) if they seek to keep any of this information under seal. Arista takes no position on

10  whether sealing the documents and information designated confidential by Cisco or third parties

11  is appropriate.  Arista files this administrative motion only to afford the designating parties the

12  opportunity to defend their confidentiality designations as provided by Civil Local Rule 79-5(e).

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's Response to Cisco's Submission re Protectable Elements | Highlighted Portions | Cisco, Dell, Juniper, HP |
| Exhibit 1 to the Declaration of John R. Black, Jr. ISO Arista's Response to Cisco's Submission re Protectable Elements | Entire Document | Cisco |
| Exhibit 7 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Philip Kasten (Juniper 30(b)(6))) | Entire Document | Juniper Networks |
| Exhibit 8 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Gavin Cato (Dell 30(b)(6))) | Entire Document | Dell |
| Exhibit 9 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Balaji Venkatraman (HP 30(b)(6))) | Entire Document | HP Enterprise |

1

1120046

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 11 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Tong Liu) | Entire Document | Cisco |
| Exhibit 12 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from September 16, 2016 Deposition of Kirk Lougheed) | Entire Document | Cisco |

The Declaration of Ryan Wong in Support of Arista's Administrative Motion to File Under Seal, filed contemporaneously herewith, attaches complete unredacted versions of each document filed under seal in its entirety, as well as unredacted versions of each document filed publicly in redacted form that highlight the specific portions of the documents that Arista is submitting under seal.

Dated:  October 18, 2016                            KEKER & VAN NEST LLP


                                              By:    *s/ Ryan K. Wong*
                                                     RYAN K. WONG

                                                     Attorney for Defendant
                                                     ARISTA NETWORKS, INC.

2

1120046