| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>             Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS
Case No. 5:14-cv-05344-BLF (NC)

1120053

I, RYAN K. WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest, LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Under Seal Confidential Information and Documents Submitted with Arista's Response to Cisco's Submission re Protectable Elements.

3. As required by Civil L.R. 79-5(e), Arista is filing under seal documents and information previously designated as confidential or highly confidential by Cisco Systems, Inc. ("Cisco") and third parties Dell, Juniper Networks, and HP Enterprise. Arista is submitting these documents and portions of Arista's Response to Cisco's Submission re Protectable Elements under seal because they contain, discuss, or quote from deposition testimony and documents that Cisco and these third parties have designated as confidential or highly confidential under the Protective Order, as detailed in the chart below:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Arista's Response to Cisco's Submission re Protectable Elements | Highlighted Portions | Cisco, Dell, Juniper, HP |
| Exhibit 1 to the Declaration of John R. Black, Jr. ISO Arista's Response to Cisco's Submission re Protectable Elements | Entire Document | Cisco |
| Exhibit 7 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Philip Kasten (Juniper 30(b)(6))) | Entire Document | Juniper Networks |

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS
Case No. 5:14-cv-05344-BLF (NC)

1120053

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 8 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Gavin Cato (Dell 30(b)(6))) | Entire Document | Dell |
| Exhibit 9 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Balaji Venkatraman (HP 30(b)(6))) | Entire Document | HP Enterprise |
| Exhibit 11 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Tong Liu) | Entire Document | Cisco |
| Exhibit 12 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from September 16, 2016 Deposition of Kirk Lougheed) | Entire Document | Cisco |

4.      Arista expects that Cisco and the third parties will file supporting declarations pursuant to Civil L.R. 79-5(e)(1) if they seek to keep under seal any of the information identified above.

Executed October 18, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS
Case No. 5:14-cv-05344-BLF (NC)

1120053