KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS**<br><br>Judge:  Hon. Beth Labson Freeman<br><br>Date Filed:  December 5, 2014<br><br>Trial Date:  November 21, 2016 |

1120055

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Arista Networks, Inc.'s Administrative Motion to File Documents Under Seal filed in connection with Arista's Response to Cisco's Submission re Protectable Elements as follows:

| Document | Portions of Document to be Sealed |
|---|---|
| Arista's Response to Cisco's Submission re Protectable Elements | Highlighted Portions |
| Exhibit 1 to the Declaration of John R. Black, Jr. ISO Arista's Response to Cisco's Submission re Protectable Elements | Entire Document |
| Exhibit 7 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Philip Kasten (Juniper 30(b)(6))) | Entire Document |
| Exhibit 8 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Gavin Cato (Dell 30(b)(6))) | Entire Document |
| Exhibit 9 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Balaji Venkatraman (HP 30(b)(6))) | Entire Document |
| Exhibit 11 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from Deposition of Tong Liu) | Entire Document |
| Exhibit 12 to the Declaration of Ryan Wong ISO Arista's Response to Cisco's Submission re Protectable Elements (Excerpts from September 16, 2016 Deposition of Kirk Lougheed) | Entire Document |

**IT IS SO ORDERED.**

Dated: _____

_____

HON. BETH LABSON FREEMAN

[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS
Case No. 5:14-cv-05344-BLF (NC)

1120055