KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
DAVID SILBERT - #173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S RESPONSE TO
CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

1120243

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Arista Networks, Inc. ("Arista") in the above-referenced action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called to testify as a witness, I could and would testify competently to such facts under oath

2. Attached hereto as **Exhibit 1** is a true and correct copy of trial exhibit 9044, which is a summary regarding Command Word Analysis – Industry Standard Terms.

3. Attached hereto as **Exhibit 2** is a true and correct copy of trial exhibit 9043, which is a summary regarding Command Word Analysis – Customary and Common Terms.

4. Attached hereto as **Exhibit 3** is a true and correct copy of trial exhibit 9045, which is a summary regarding Command Word Analysis – Legacy Command Words.

5. Attached hereto as **Exhibit 4** is a true and correct copy of trial exhibit 9039, Summary #2 regarding Commands by Other Top Competitors.

6. Attached hereto as **Exhibit 5** is a true and correct copy of trial exhibit 9041, Summary #2 regarding Command Usage by Other Vendors.

7. Attached hereto as **Exhibit 6** is a true and correct copy of trial exhibit 9048, a summary regarding Dell and Cisco Overlapping Commands.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Philip Kasten, dated February 16, 2016.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the deposition of Gavin Cato, dated May 20, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the deposition of Balaji Venkatraman, dated May 2, 2016.

11. Attached hereto as **Exhibit 10** is a true and correct copy of trial exhibit 9051, a summary regarding Non-Accused Modes and Prompts Supported in Arista EOS.

1

DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S RESPONSE TO
CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

1120243

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the deposition of Tong Liu, dated January 15, 2016.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Kirk Lougheed, dated September 16, 2016.

Executed October 18, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
RYAN WONG

2
DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANT ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

1120243