# EXHIBIT 3

| COLOR KEY | DESCRIPTION |
|---|---|
| Legacy Command Term | Command words used in pre-Cisco IOS systems, like UNIX or TOPS-20 or VAX/VMS |

| # | Disputed Cisco Command Words | | | |
|---|---|---|---|---|
| 1 | aaa | accounting | | |
| 2 | aaa | accounting | dot1x | |
| 3 | aaa | authentication | login | |
| 4 | aaa | authorization | config-commands | |
| 5 | aaa | authorization | console | |
| 6 | aaa | group | server | radius |
| 7 | aaa | group | server | tacacs+ |
| 8 | address-family | | | |
| 9 | aggregate-address | | | |
| 10 | area | default-cost | | |
| 11 | area | default-cost | | |
| 12 | area | nssa | | |
| 13 | area | nssa | | |
| 14 | area | nssa | default-information-originate | |
| 15 | area | nssa | default-information-originate | |
| 16 | area | nssa | no-summary | |
| 17 | area | nssa | translate | type7 | always |
| 18 | area | nssa | translate | type7 | always |
| 19 | area | range | | |
| 20 | area | range | | |
| 21 | area | stub | | |
| 22 | area | stub | | |
| 23 | arp | timeout | | |
| 24 | banner | login | | |
| 25 | banner | motd | | |
| 26 | bfd | all-interfaces | | |
| 27 | bgp | client-to-client | reflection | |
| 28 | bgp | cluster-id | | |
| 29 | bgp | confederation | identifier | |
| 30 | bgp | confederation | peers | |

| 31 | bgp | listen | limit | |
|---|---|---|---|---|
| 32 | bgp | log-neighbor-changes | | |
| 33 | bgp | redistribute-internal | | |
| 34 | boot | system | | |
| 35 | channel-group | | | |
| 36 | class-map | type | control-plane | |
| 37 | clear | arp-cache | | |
| 38 | clear | counters | | |
| 39 | clear | ip | arp | |
| 40 | clear | ip | bgp | |
| 41 | clear | ip | igmp | group |
| 42 | clear | ip | mroute | |
| 43 | clear | ip | msdp | sa-cache |
| 44 | clear | ip | nat | translation |
| 45 | clear | ip | ospf | neighbor |
| 46 | clear | ipv6 | neighbors | |
| 47 | clear | ipv6 | ospf | force-spf |
| 48 | clear | lldp | counters | |
| 49 | clear | lldp | table | |
| 50 | clear | mac | address-table | dynamic |
| 51 | clear | spanning-tree | counters | |
| 52 | clock | set | | |
| 53 | clock | timezone | | |
| 54 | control-plane | | | |
| 55 | default-information | originate | | |
| 56 | default-information | originate | | |
| 57 | default-metric | | | |
| 58 | distance | bgp | | |
| 59 | domain-id | | | |
| 60 | dot1x | max-reauth-req | | |
| 61 | dot1x | pae | authenticator | |
| 62 | dot1x | port-control | | |
| 63 | dot1x | reauthentication | | |
| 64 | dot1x | system-auth-control | | |
| 65 | dot1x | timeout | quiet-period | |
| 66 | dot1x | timeout | reauth-period | |
| 67 | dot1x | timeout | tx-period | |
| 68 | enable | secret | | |

| 69  | erase       | startup-config      |                            |                  |                 |
|-----|-------------|---------------------|----------------------------|------------------|-----------------|
| 70  | errdisable  | detect              | cause                      | link-flap        |                 |
| 71  | errdisable  | recovery            | cause                      |                  |                 |
| 72  | errdisable  | recovery            | interval                   |                  |                 |
| 73  | flowcontrol | receive             |                            |                  |                 |
| 74  | flowcontrol | send                |                            |                  |                 |
| 75  | interface   | ethernet            |                            |                  |                 |
| 76  | interface   | loopback            |                            |                  |                 |
| 77  | interface   | port-channel        |                            |                  |                 |
| 78  | interface   | vlan                |                            |                  |                 |
| 79  | ip          | access-group        |                            |                  |                 |
| 80  | ip          | access-list         |                            |                  |                 |
| 81  | ip          | access-list         | standard                   |                  |                 |
| 82  | ip          | address             |                            |                  |                 |
| 83  | ip          | as-path             | access-list                |                  |                 |
| 84  | ip          | community-list      | expanded                   |                  |                 |
| 85  | ip          | community-list      | standard                   |                  |                 |
| 86  | ip          | dhcp                | smart-relay                |                  |                 |
| 87  | ip          | dhcp                | smart-relay                | global           |                 |
| 88  | ip          | dhcp                | snooping                   |                  |                 |
| 89  | ip          | dhcp                | snooping                   | information      | option          |
| 90  | ip          | dhcp                | snooping                   | vlan             |                 |
| 91  | ip          | domain              | lookup                     |                  |                 |
| 92  | ip          | domain-name         |                            |                  |                 |
| 93  | ip          | ext-community-list  | expanded                   |                  |                 |
| 94  | ip          | ext-community-list  | standard                   |                  |                 |
| 95  | ip          | helper-address      |                            |                  |                 |
| 96  | ip          | host                |                            |                  |                 |
| 97  | ip          | http                | client                     | source-interface |                 |
| 98  | ip          | icmp                | redirect                   |                  |                 |
| 99  | ip          | igmp                | last-member-query-count    |                  |                 |
| 100 | ip          | igmp                | last-member-query-interval |                  |                 |
| 101 | ip          | igmp                | query-interval             |                  |                 |
| 102 | ip          | igmp                | query-max-response-time    |                  |                 |
| 103 | ip          | igmp                | snooping                   |                  |                 |
| 104 | ip          | igmp                | snooping                   | querier          |                 |
| 105 | ip          | igmp                | snooping                   | vlan             |                 |
| 106 | ip          | igmp                | snooping                   | vlan             | immediate-leave |

| 107 | ip | igmp | snooping | vlan | mrouter |
|---|---|---|---|---|---|
| 108 | ip | igmp | snooping | vlan | static |
| 109 | ip | igmp | startup-query-count | | |
| 110 | ip | igmp | startup-query-interval | | |
| 111 | ip | igmp | static-group | | |
| 112 | ip | igmp | version | | |
| 113 | ip | load-sharing | | | |
| 114 | ip | local-proxy-arp | | | |
| 115 | ip | msdp | cache-sa-state | | |
| 116 | ip | msdp | default-peer | | |
| 117 | ip | msdp | description | | |
| 118 | ip | msdp | group-limit | | |
| 119 | ip | msdp | keepalive | | |
| 120 | ip | msdp | mesh-group | | |
| 121 | ip | msdp | originator-id | | |
| 122 | ip | msdp | peer | | |
| 123 | ip | msdp | sa-filter | in | |
| 124 | ip | msdp | sa-filter | out | |
| 125 | ip | msdp | sa-limit | | |
| 126 | ip | msdp | shutdown | | |
| 127 | ip | msdp | timer | | |
| 128 | ip | multicast | boundary | | |
| 129 | ip | multicast-routing | | | |
| 130 | ip | name-server | | | |
| 131 | ip | nat | pool | | |
| 132 | ip | nat | translation | tcp-timeout | |
| 133 | ip | nat | translation | udp-timeout | |
| 134 | ip | ospf | authentication | | |
| 135 | ip | ospf | authentication-key | | |
| 136 | ip | ospf | bfd | | |
| 137 | ip | ospf | cost | | |
| 138 | ip | ospf | dead-interval | | |
| 139 | ip | ospf | hello-interval | | |
| 140 | ip | ospf | message-digest-key | | |
| 141 | ip | ospf | name-lookup | | |
| 142 | ip | ospf | network | | |
| 143 | ip | ospf | priority | | |
| 144 | ip | ospf | retransmit-interval | | |

| 145 | ip | ospf | shutdown | |
|---|---|---|---|---|
| 146 | ip | ospf | transmit-delay | |
| 147 | ip | pim | anycast-rp | |
| 148 | ip | pim | bfd | |
| 149 | ip | pim | bfd-instance | |
| 150 | ip | pim | bsr-border | |
| 151 | ip | pim | bsr-candidate | |
| 152 | ip | pim | dr-priority | |
| 153 | ip | pim | log-neighbor-changes | |
| 154 | ip | pim | neighbor-filter | |
| 155 | ip | pim | query-interval | |
| 156 | ip | pim | register-source | |
| 157 | ip | pim | rp-address | |
| 158 | ip | pim | rp-candidate | |
| 159 | ip | pim | sparse-mode | |
| 160 | ip | pim | spt-threshold | |
| 161 | ip | pim | spt-threshold | group-list |
| 162 | ip | pim | ssm | range |
| 163 | ip | prefix-list | | |
| 164 | ip | protocol | | |
| 165 | ip | proxy-arp | | |
| 166 | ip | radius | source-interface | |
| 167 | ip | rip | v2-broadcast | |
| 168 | ip | route | | |
| 169 | ip | routing | | |
| 170 | ip | tacas | source-interface | |
| 171 | ipv6 | access-group | | |
| 172 | ipv6 | access-list | | |
| 173 | ipv6 | address | | |
| 174 | ipv6 | dhcp | relay | destination |
| 175 | ipv6 | enable | | |
| 176 | ipv6 | host | | |
| 177 | ipv6 | nd | managed-config-flag | |
| 178 | ipv6 | nd | ns-interval | |
| 179 | ipv6 | nd | other-config-flag | |
| 180 | ipv6 | nd | prefix | |
| 181 | ipv6 | nd | ra | interval |
| 182 | ipv6 | nd | ra | lifetime |

| 183 | ipv6 | nd | ra | suppress |
|---|---|---|---|---|
| 184 | ipv6 | nd | reachable-time | |
| 185 | ipv6 | nd | router-preference | |
| 186 | ipv6 | neighbor | | |
| 187 | ipv6 | ospf | area | |
| 188 | ipv6 | ospf | cost | |
| 189 | ipv6 | ospf | dead-interval | |
| 190 | ipv6 | ospf | hello-interval | |
| 191 | ipv6 | ospf | network | |
| 192 | ipv6 | ospf | priority | |
| 193 | ipv6 | ospf | retransmit-interval | |
| 194 | ipv6 | ospf | transmit-delay | |
| 195 | ipv6 | prefix-list | | |
| 196 | ipv6 | route | | |
| 197 | ipv6 | router | ospf | |
| 198 | ipv6 | unicast-routing | | |
| 199 | isis | hello-interval | | |
| 200 | isis | hello-multiplier | | |
| 201 | isis | lsp-interval | | |
| 202 | isis | metric | | |
| 203 | isis | passive | | |
| 204 | isis | passive-interface | | |
| 205 | isis | priority | | |
| 206 | is-type | | | |
| 207 | lacp | port-priority | | |
| 208 | lacp | rate | | |
| 209 | lacp | system-priority | | |
| 210 | link | state | group | |
| 211 | link | state | track | |
| 212 | lldp | holdtime | | |
| 213 | lldp | receive | | |
| 214 | lldp | reinit | | |
| 215 | lldp | run | | |
| 216 | lldp | timer | | |
| 217 | lldp | tlv-select | | |
| 218 | lldp | transmit | | |
| 219 | load | interval | | |
| 220 | log-adjacency-changes | | | |

| | | | |
|---|---|---|---|
| 221 | log-adjacency-changes | | |
| 222 | log-adjacency-changes | | |
| 223 | logging | host | |
| 224 | mac | access-group | |
| 225 | mac | access-list | |
| 226 | mac | address-table | aging-time |
| 227 | mac | address-table | static |
| 228 | mac-address | | |
| 229 | maximum-paths | | |
| 230 | maximum-paths | | |
| 231 | neighbor | activate | |
| 232 | neighbor | allowas-in | |
| 233 | neighbor | default-originate | |
| 234 | neighbor | description | |
| 235 | neighbor | ebgp-multihop | |
| 236 | neighbor | fall-over | bfd |
| 237 | neighbor | local-as | |
| 238 | neighbor | next-hop-self | |
| 239 | neighbor | password | |
| 240 | neighbor | peer-group | |
| 241 | neighbor | peer-group | |
| 242 | neighbor | remote-as | |
| 243 | neighbor | remote-private-as | |
| 244 | neighbor | route-map | |
| 245 | neighbor | route-reflector-client | |
| 246 | neighbor | send-community | |
| 247 | neighbor | shutdown | |
| 248 | neighbor | soft-reconfiguration | |
| 249 | neighbor | timers | |
| 250 | neighbor | transport | connection-mode |
| 251 | neighbor | update-source | |
| 252 | neighbor | weight | |
| 253 | network | area | |
| 254 | no | snmp-server | |
| 255 | ntp | authenticate | |
| 256 | ntp | authentication-key | |
| 257 | ntp | server | |
| 258 | ntp | source | |

| | | | |
|---|---|---|---|
| 259 | ntp | trusted-key | |
| 260 | passive-interface | default | |
| 261 | passive-interface | <interface> | |
| 262 | passive-interface | | |
| 263 | policy-map | type | control-plane |
| 264 | policy-map | type | qos |
| 265 | port-channel | load-balance | |
| 266 | port-channel | min-links | |
| 267 | priority-flow-control | mode | |
| 268 | private-vlan | | |
| 269 | private-vlan | mapping | |
| 270 | ptp | domain | |
| 271 | ptp | priority1 | |
| 272 | ptp | priority2 | |
| 273 | ptp | sync | interval |
| 274 | radius-server | deadtime | |
| 275 | radius-server | host | |
| 276 | radius-server | key | |
| 277 | radius-server | retransmit | |
| 278 | radius-server | timeout | |
| 279 | redundancy | force-switchover | |
| 280 | route-map | | |
| 281 | router | bgp | |
| 282 | router | isis | |
| 283 | router | ospf | |
| 284 | router | rip | |
| 285 | router-id | | |
| 286 | router-id | | |
| 287 | routing-context | vrf | |
| 288 | service | sequence-numbers | |
| 289 | set-overload-bit | | |
| 290 | show | aaa | method-lists |
| 291 | show | aaa | sessions |
| 292 | show | arp | |
| 293 | show | bfd | neighbors |
| 294 | show | clock | |
| 295 | show | dot1q-tunnel | |
| 296 | show | dot1x | |

| | | | | | |
|---|---|---|---|---|---|
| 297 | show | dot1x | all | summary | |
| 298 | show | dot1x | statistics | | |
| 299 | show | environment | all | | |
| 300 | show | environment | cooling | | |
| 301 | show | environment | power | | |
| 302 | show | environment | temperature | | |
| 303 | show | etherchannel | | | |
| 304 | show | flowcontrol | | | |
| 305 | show | hostname | | | |
| 306 | show | hosts | | | |
| 307 | show | interfaces | | | |
| 308 | show | interfaces | capabilities | | |
| 309 | show | interfaces | description | | |
| 310 | show | interfaces | private-vlan | mapping | |
| 311 | show | interfaces | status | | |
| 312 | show | interfaces | switchport | | |
| 313 | show | interfaces | switchport | backup | |
| 314 | show | interfaces | transceiver | | |
| 315 | show | interfaces | trunk | | |
| 316 | show | inventory | | | |
| 317 | show | ip | access-lists | | |
| 318 | show | ip | arp | | |
| 319 | show | ip | bgp | | |
| 320 | show | ip | bgp | community | |
| 321 | show | ip | bgp | neighbors | |
| 322 | show | ip | bgp | neighbors | |
| 323 | show | ip | bgp | paths | |
| 324 | show | ip | bgp | peer-group | |
| 325 | show | ip | bgp | regexp | |
| 326 | show | ip | bgp | summary | |
| 327 | show | ip | community-list | | |
| 328 | show | ip | dhcp | snooping | |
| 329 | show | ip | extcommunity-list | | |
| 330 | show | ip | helper-address | | |
| 331 | show | ip | igmp | groups | |
| 332 | show | ip | igmp | interface | |
| 333 | show | ip | igmp | snooping | |
| 334 | show | ip | igmp | snooping | groups |

| 335 | show | ip | igmp | snooping | mrouter |
|---|---|---|---|---|---|
| 336 | show | ip | igmp | snooping | querier |
| 337 | show | ip | interface | | |
| 338 | show | ip | interface | brief | |
| 339 | show | ip | mfib | | |
| 340 | show | ip | mroute | | |
| 341 | show | ip | mroute | count | |
| 342 | show | ip | msdp | mesh-group | |
| 343 | show | ip | msdp | peer | |
| 344 | show | ip | msdp | rpf-peer | |
| 345 | show | ip | msdp | sa-cache | |
| 346 | show | ip | msdp | summary | |
| 347 | show | ip | nat | translations | |
| 348 | show | ip | ospf | | |
| 349 | show | ip | ospf | border-routers | |
| 350 | show | ip | ospf | database | database-summary |
| 351 | show | ip | ospf | interface | |
| 352 | show | ip | ospf | neighbor | |
| 353 | show | ip | ospf | request-list | |
| 354 | show | ip | ospf | retransmission-list | |
| 355 | show | ip | pim | interface | |
| 356 | show | ip | pim | neighbor | |
| 357 | show | ip | pim | rp | |
| 358 | show | ip | pim | rp-hash | |
| 359 | show | ip | prefix-list | | |
| 360 | show | ip | rip | database | |
| 361 | show | ip | rip | neighbors | |
| 362 | show | ip | route | | |
| 363 | show | ip | route | summary | |
| 364 | show | ip | route | tag | |
| 365 | show | ipv6 | access-lists | | |
| 366 | show | ipv6 | bgp | | |
| 367 | show | ipv6 | bgp | community | |
| 368 | show | ipv6 | bgp | neighbors | |
| 369 | show | ipv6 | bgp | summary | |
| 370 | show | ipv6 | interface | | |
| 371 | show | ipv6 | neighbors | | |
| 372 | show | ipv6 | ospf | | |

| 373 | show | ipv6 | ospf | border-routers | | |
|---|---|---|---|---|---|---|
| 374 | show | ipv6 | ospf | interface | | |
| 375 | show | ipv6 | ospf | neighbor | | |
| 376 | show | ipv6 | prefix-list | | | |
| 377 | show | ipv6 | route | | | |
| 378 | show | ipv6 | route | summary | | |
| 379 | show | ipv6 | route | tag | | |
| 380 | show | isis | database | | | |
| 381 | show | isis | interface | | | |
| 382 | show | isis | topology | | | |
| 383 | show | lacp | counters | | | |
| 384 | show | lacp | interface | | | |
| 385 | show | lacp | neighbor | | | |
| 386 | show | link | state | group | | |
| 387 | show | lldp | | | | |
| 388 | show | lldp | neighbors | | | |
| 389 | show | lldp | traffic | | | |
| 390 | show | mac | access-lists | | | |
| 391 | show | mac | address-table | | | |
| 392 | show | mac | address-table | aging | time | |
| 393 | show | mac | address-table | count | | |
| 394 | show | module | | | | |
| 395 | show | monitor | session | | | |
| 396 | show | ntp | associations | | | |
| 397 | show | ntp | status | | | |
| 398 | show | policy-map | type | control-plane | | |
| 399 | show | policy-map | interface | type | qos | |
| 400 | show | policy-map | interface | control-plane | | |
| 401 | show | port-channel | summary | | | |
| 402 | show | port-channel | traffic | | | |
| 403 | show | port-security | | | | |
| 404 | show | port-security | address | | | |
| 405 | show | port-security | interface | | | |
| 406 | show | privilege | | | | |
| 407 | show | ptp | clock | | | |
| 408 | show | ptp | parent | | | |
| 409 | show | ptp | time-property | | | |
| 410 | show | radius | | | | |

| | | | | |
|---|---|---|---|---|
| 411 | show | redundancy | states | |
| 412 | show | reload | | |
| 413 | show | role | | |
| 414 | show | route-map | | |
| 415 | show | snmp | | |
| 416 | show | snmp | chassis | |
| 417 | show | snmp | community | |
| 418 | show | snmp | contact | |
| 419 | show | snmp | engineID | |
| 420 | show | snmp | group | |
| 421 | show | snmp | host | |
| 422 | show | snmp | location | |
| 423 | show | snmp | mib | |
| 424 | show | snmp | source-interface | |
| 425 | show | snmp | trap | |
| 426 | show | snmp | user | |
| 427 | show | snmp | view | |
| 428 | show | spanning-tree | | |
| 429 | show | spanning-tree | blockedports | |
| 430 | show | spanning-tree | bridge | |
| 431 | show | spanning-tree | interface | |
| 432 | show | spanning-tree | mst | |
| 433 | show | spanning-tree | mst | configuration |
| 434 | show | spanning-tree | mst | interface |
| 435 | show | spanning-tree | root | |
| 436 | show | storm-control | | |
| 437 | show | tacas | | |
| 438 | show | track | | |
| 439 | show | user-account | | |
| 440 | show | users | | |
| 441 | show | version | | |
| 442 | show | vlan | | |
| 443 | show | vlan | private-vlan | |
| 444 | show | vlan | summary | |
| 445 | show | vrf | | |
| 446 | show | vrrp | | |
| 447 | snmp | trap | link-status | |
| 448 | snmp-server | chassis-id | | |

| 449 | snmp-server | community | | |
|---|---|---|---|---|
| 450 | snmp-server | contact | | |
| 451 | snmp-server | enable | traps | |
| 452 | snmp-server | engineID | local | |
| 453 | snmp-server | engineID | remote | |
| 454 | snmp-server | group | | |
| 455 | snmp-server | host | | |
| 456 | snmp-server | location | | |
| 457 | snmp-server | source-interface | | |
| 458 | snmp-server | user | | |
| 459 | snmp-server | view | | |
| 460 | spanning-tree | bpdufilter | | |
| 461 | spanning-tree | bpduguard | | |
| 462 | spanning-tree | bridge | assurance | |
| 463 | spanning-tree | cost | | |
| 464 | spanning-tree | guard | | |
| 465 | spanning-tree | link-type | | |
| 466 | spanning-tree | loopguard | default | |
| 467 | spanning-tree | mode | | |
| 468 | spanning-tree | mst | configuration | |
| 469 | spanning-tree | portfast | bpdufilter | default |
| 470 | spanning-tree | portfast | bpduguard | default |
| 471 | spanning-tree | port-priority | | |
| 472 | spanning-tree | transmit | hold-count | |
| 473 | spanning-tree | vlan | | |
| 474 | spf-interval | | | |
| 475 | statistics | per-entry | | |
| 476 | storm-control | | | |
| 477 | switchport | access | vlan | |
| 478 | switchport | backup | interface | |
| 479 | switchport | mode | | |
| 480 | switchport | port-security | | |
| 481 | switchport | port-security | maximum | |
| 482 | switchport | private-vlan | mapping | |
| 483 | switchport | trunk | allowed | vlan |
| 484 | switchport | trunk | native | vlan |
| 485 | switchport | vlan | mapping | |
| 486 | tacacs-server | host | | |

| 487 | tacacs-server | key | | |
|---|---|---|---|---|
| 488 | tacacs-server | timeout | | |
| 489 | terminal | length | | |
| 490 | terminal | monitor | | |
| 491 | timers | basic | | |
| 492 | timers | bgp | | |
| 493 | timers | lsa | arrival | |
| 494 | timers | throttle | lsa | all |
| 495 | timers | throttle | spf | |
| 496 | username | sshkey | | |
| 497 | vlan | internal | allocation | policy |
| 498 | vrf | definition | | |
| 499 | vrf | forwarding | | |
| 500 | vrrp | authentication | | |
| 501 | vrrp | delay | reload | |
| 502 | vrrp | description | | |
| 503 | vrrp | ip | | |
| 504 | vrrp | ip | secondary | |
| 505 | vrrp | preempt | | |
| 506 | vrrp | priority | | |
| 507 | vrrp | shutdown | | |
| 508 | vrrp | timers | advertise | |