KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ARISTA NETWORKS, INC.,<br><br>            Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF JOHN R. BLACK, JR. IN SUPPORT OF ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)**<br><br>Dept.:    Courtroom 3 - 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF JOHN R. BLACK, JR.  IN SUPPORT OF ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

1120072

I, John R. Black, Jr., declare as follows:

1. I am Associate Professor of Computer Science at the University of Colorado, Boulder. I hold a Bachelor of Science from the California State University at Hayward (now "California State University, East Bay") in Mathematics and Computer Science, conferred in 1988. I received a Doctor of Philosophy in Computer Science from the University of California at Davis in 2000.

2. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge and expertise, or knowledge I obtained through my review of evidence (including documents and deposition testimony) produced in this litigation and provided to me for consideration, publicly available materials, or other investigation for purposes of my providing an expert opinion in this matter.

3. I submit this declaration in support of Arista's Response to Cisco's Submission re Protectable Elements (ECF 552). If called to testify as a witness, I could and would testify competently to such facts, and my expert opinions set forth in the exhibits to this declaration, under oath.

4. I have been retained to provide my expert opinions on issues related to Cisco's allegations of copyright infringement in this litigation, including matters relating to the copyrightability of the asserted aspects of the asserted works, and matters relating to Arista's defenses to Cisco's infringement allegations, including but not limited to *scenes a faire*, fair use, copyright misuse, and words and short phrases. I also provided opinions in response to the Opening Expert Report of Dr. Kevin Almeroth, dated June 3, 2016.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Expert Report ("Black Supplemental Report") I prepared in this action, which I signed on September 30, 2016 and is a true and correct expression of my opinions based on the facts I currently know.

6. Attached hereto as Exhibit 2 is a true and correct copy of Appendix O to the Black Supplemental Report.

7. Attached hereto as Exhibit 3 is a true and correct copy of Appendix P to the Black Supplemental Report.

1

DECLARATION OF JOHN R. BLACK, JR.  IN SUPPORT OF ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

1120072

1        8.     Attached hereto as Exhibit 4 is a true and correct copy of Appendix Q to the Black Supplemental Report.

9.     Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 7 to the Black Supplemental Report.

10.     Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 8 to the Black Supplemental Report.

11.     Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 9 to the Black Supplemental Report.

12.     Attached hereto as Exhibit 8 is a true and correct copy of Corrected Exhibit 10 to the Black Supplemental Report.

Executed October 18, 2016, at Superior, Colorado.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JOHN R. BLACK, JR.

2

DECLARATION OF JOHN R. BLACK, JR.  IN SUPPORT OF ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

2

DECLARATION OF JOHN R. BLACK, JR.  IN SUPPORT OF ARISTA'S RESPONSE TO CISCO'S
SUBMISSION RE PROTECTABLE ELEMENTS (ECF 552)
Case No. 5:14-cv-05344-BLF (NC)

1120072