# EXHIBIT 2

# APPENDIX O

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| 32-bit tag value | 32-bit tag value | | Standard term; see https://www.google.com/patents/US5594854 (1995) |
| 48-bit hardware address of ARP entry | 48-bit hardware address of ARP entry | | Standard terms; RFC 826 (1982) |
| A regular-expression to match hostnames | A regular-expression to match | X | Standard term; RFC 7735 |
| AAA group definitions | AAA group definitions | | Standard term; see RFCs 2058, 2138, 2865, 6733 |
| ARP type ARPA | ARP type ARPA | | Standard terms; see RFCs 826, 5227, 5494, 3172 |
| ASBR summary link states | ASBR summary link states | | Standard terms; see RFCs 1364, 2328 |
| Summary Access List | Access list summary | X | Standard term; see http://bitsavers.trailing-edge.com/pdf/honeywell/multics/swenson/m0106.690100.swg-chap-4.pdf |
| Distance metric for this route | Administrative distance for this route | X | Unrelated Help Texts; EOS terms are standard; see RFCs 966, 975 |
| Administratively shut down this neighbor | Administratively shut down this neighbor | | Standard term; see https://lists.quagga.net/pipermail/quagga-bugs/2006-January/000126.html |
| Advertising Router (as an IP address) | Advertising Router (as an IP address) | | Standard terms; see RFCs 2328, 1918, 3021 |
| Advertising Router link states | Advertising Router link states | | Standard terms; see RFC 2328 |
| Always advertise default route | Always advertise default route | | Standard terms; see RFCs 1247, 2328, 4191 |
| An ordered list as a regular-expression | An ordered list as a regular-expression | | Standard terms; see RFCs 3898, 7735, 3986 |
| Assign policy-map to the input of an interface | Assign policy-map to the input of an interface | | Standard terms; see RFCs 6192, 5895 |
| Assign policy-map to the output of an interface | Assign policy-map to the input of an interface | X | Redundant |
| Assign policy-map to the input of an interface | Assign policy-map to the output of an interface | X | Redundant |
| Assign policy-map to the output of an interface | Assign policy-map to the output of an interface | | Redundant |
| authentication parameters for the user | Authentication parameters for the user | | Standard terms; see RFC 2574 |
| encryption parameters for the user | Authentication parameters for the user | X | Redundant |
| OSPF router-id in IP address format | BGP router-id in IP address format | | Unrelated Help Texts; EOS terms are standard; see RFCs 1771, 2858, 4271 |
| Border and Boundary Router Information | Border and Boundary Router Information | | Standard terms; see RFC 2328 |
| Change current directory | Change current directory | | Standard term; see http://escholarship.org/uc/item/1wh9130z?view=search#page-28 |
| map class name | Class Map Name | X | Standard terms; see specification IEEE 802.1Q, 3.11 |
| class of service | Class of service | | Standard terms; see specification IEEE 802.1Q, 3.242 |
| Clear access list counters | Clear IP access list counters | X | Standard terms; see RFCs 2328, 1918, 3021, and "access list" references from above |
| Clear access list counters | Clear IPv6 access list counters | X | Standard terms; see RFCs 2460, 2732, and "access list" references from above |
| Clear access list counters | Clear MAC access list counters | X | Standard terms; see RFCs 7769, and "access list" references from above |
| Display the session command history | Clear the session command history | X | Standard terms; see RFCs 2974; "command history" from at least 1974 in bash |
| Configure IP address summaries | Configure IP address summaries | | Standard terms; see RFCs 2328, 1918, 3021 |
| Configure QoS Class Map | Configure QoS Class Map | | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Configure QoS Service Policy | Configure QoS Control-plane Service Policy | X | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Configure QoS Policy Map | Configure QoS Policy Map | | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Configure QoS Service Policy | Configure QoS Service Policy | | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Configure a local or remote SNMPv3 engineID | Configure a local or remote SNMPv3 engineID | | Standard terms; see RFCs 2574, 5343 |
| Configure from the terminal | Configure from the terminal | | Taken from EECF code, exec.c Help text by Lougheed |
| IGMP last member query interval | IGMP last member query interval | | Standard terms; see RFC 2236 |
| Configure load balancing | Configure load balancing | | Standard terms; see RFC 3074 |
| Configure logging for interface | Configure logging for interface | | Standard terms; see RFCs 6707, 3678, 4941 |

1

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| Configure a neighbor as Route Reflector client | Configure peer as a route reflector client | X | Standard terms; see RFC 3345 |
| Define the default domain name | Configure the default domain name | X | Standard terms; see RFC 1034 |
| Contents of startup configuration | Contents of startup configuration | | Standard terms; see RFCs 2236 |
| Control distribution of default information | Control distribution of default information | | Common computer science terms |
| Copy from one file to another | Copy from one file to another | | Common computer science terms |
| Current operating configuration | Current operating configuration | | Standard terms; see RFC 6778 |
| Server status and configuration | DHCP server status and configuration | X | Unclear that Help texts are related; EOS terms are standard; see RFC 2131 |
| Default domain name | Default domain name | | Standard terms; see RFC 1034 |
| Define a User Security Model group | Define a User Security Model group | | Standard terms; see RFC 3414 |
| Define a user who can access the SNMP engine | Define a user who can access the SNMP engine | | Standard terms; see RFC 2574 |
| Define an SNMPv2 MIB view | Define an SNMPv2 MIB view | | Standard terms; see RFC 1157 |
| Define an administrative distance | Define an administrative distance | | Standard terms; see RFCs 975, 966 |
| Delete IGMP group cache entries | Delete IGMP group cache state | X | Standard terms; see RFCs 2236, 2616 |
| Delete a file | Delete a file | | Common computer science terms |
| Delete all multicast routes | Delete all multicast routes | | Standard terms; see RFCs 3353, 7716 |
| Description of the interactive help system | Description of the interactive help system | | Common computer science terms |
| Destination IP address | Destination Ip address | | Standard terms; see RFCs 3072, 3021 |
| IP destination address | Destination Ip address | X | Redundant |
| ip destination address | Destination Ip address | X | Redundant |
| Destination MAC address | Destination MAC address | | Standard terms; see RFC 5309 |
| Destination address translation | Destination address translation | | Standard terms; see RFC 6301 |
| Destination file path | Destination file path | | Common computer science terms |
| detailed interface information | Detailed interface information | | Standard terms; see RFC 4941 |
| Directory or file name | Directory or file name | | Common computer science terms |
| Display OSPF router ids as DNS names | Display OSPF router IDs as DNS names | | Standard terms; see RFCs 1364, 5642, 2740, 4343 |
| Display current working directory | Display current working directory | | Common computer science terms |
| Display detailed information | Display detailed information | | Common computer science terms |
| Show detailed Information | Display detailed information | X | Redundant |
| Show detailed information | Display detailed information | X | Redundant |
| display detailed Information | Display detailed information | | Redundant |
| Display the contents of a file | Display the contents of a file | | Common computer science terms |
| Show current privilege level | Display the current privilege level | X | Standard terms; see RFCs 5607, 3871, 4778 |
| Display the session command history | Display the session command history | | Redundant with Entry 29 |
| Display the system clock | Display the system clock | | Standard terms; see RFCs 5905, 3227 |
| Distance for external routes | Distance for external routes | | Standard terms; see RFCs 2328, 2740, 2966, 4577 |
| Distance for internal routes | Distance for internal routes | | Standard terms; see RFCs 4348, 2966, 4984 |
| Distance for local routes | Distance for local routes | | Standard terms; see RFCs 3219, 7454, 7287 |
| Distribute a default route | Distribute a default route | | Standard terms; see RFCs 1247, 2328, 4191 |
| Enable IP routing | Enable IP routing | | Standard terms; see RFCs 1383, 2096, 1058 |
| Enable ip routing | Enable IP routing | | Redundant |

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
| --- | --- | --- | --- |
| Enable SNMP; set community string and access privs | Enable SNMP; set community string and access privs | | Standard terms; see RFCs 1157, 2571, 3584, 3877, 487, 454 |
| Enable NLSP on this interface | Enable VmTracer on this interface | X | Unrelated Help Texts |
| Configure client to client route reflection | Enable client to client route reflection | X | Standard terms; see RFCs 2810, 7021, 6368, 1966, 2796 |
| Enable logging to all supported destinations | Enable logging to all supported destinations | | Common computer science terms |
| Enable proxy ARP | Enable proxy ARP | | Standard terms; see RFCs 3768, 2338, 1027 |
| Enable proxy arp | Enable proxy ARP | | Redundant |
| End IP address | End IP address | | Standard terms; see RFCs 3072, 3021 |
| End of range | End of range | | Common computer science terms |
| Enter configuration mode | Enter configuration mode | | Common computer science terms |
| Maximum size of the received buffer | Enter the size of the buffer | X | Unrelated Help Texts; EOS uses standard terms; see RFCs 7928, 813, 4068 |
| Contents of startup configuration | Erase contents of startup configuration | X | Unrelated Help Texts; EOS uses standard terms; see RFCs 2236, 2131 |
| Erase contents of configuration memory | Erase contents of startup configuration | X | Standard terms; see RFCs 2236, 2131 |
| Exit from configure mode | Exit from configure mode | | Common computer science terms |
| External link states | External link states | | Standard terms; see RFCs 1587, 1850, 1248 |
| File to be deleted | File to be deleted | | Common computer science terms |
| File to display | File to display | | Common computer science terms |
| Forwarding router's address | Forwarding router's address | | Standard terms; see RFCs 3768, 2338, 1027 |
| Group to which the user belongs | Group to which the user belongs | | Common computer science terms |
| group using the User Security Model (SNMPv3) | Group using the User Security Model (SNMPv3 | | Standard terms; see RFCs 3414, 2786, 2975, 2574, 2273 |
| group using the v1 security model | Group using the v1 security model | | Standard terms; see RFC 3584 |
| group using the v2c security model | Group using the v1 security model | X | Redundant |
| user using the v1 security model | Group using the v1 security model | X | Redundant |
| group using the v1 security model | Group using the v2c security model | X | Standard terms; see RFC 1901 |
| group using the v2c security model | Group using the v2c security model | | Redundant |
| user using the v2c security model | Group using the v2c security model | X | Redundant |
| Halt and perform a cold restart | Halt and perform a cold restart | | Standard terms; see RFC 7602; "halt" is a common computer science instruction |
| Hello interval value | Hello interval value | | Standard terms; see RFCs 3488, 904 |
| Hello multiplier value | Hello Multiplier Value | | Standard terms; see RFC 7779 |
| Hostname or IP address of font server | Hostname or IP address of %s server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918 |
| IP address or hostname of rsh server | Hostname or IP address of %s server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918 |
| IP address or hostname of system_controller | Hostname or IP address of Collector | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 3954 |
| Hostname or IP address of font server | Hostname or IP address of DHCP server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 2131 |
| IP address or Name of DHCP server | Hostname or IP address of DHCP server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 2131 |
| IP address or hostname of rsh server | Hostname or IP address of DHCP server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 2131 |
| Hostname or IP address of font server | Hostname or IP address of RADIUS server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 3579 |
| IP address or hostname of rsh server | Hostname or IP address of RADIUS server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 3579 |
| Hostname or IP address of font server | Hostname or IP address of TACACS+ server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 2194 |
| IP address or hostname of rsh server | Hostname or IP address of TACACS+ server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 2194 |
| Hostname or IP address of font server | Hostname or IP address of XMPP server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 3922 |
| IP address or hostname of rsh server | Hostname or IP address of XMPP server | X | Unrelated Help text; EOS uses Standard terms; see RFCs 5642, 2763, 3021, 1918, 3922 |

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| IP address of remote SNMP notification host | Hostname or IP address of remote SNMP notification host | X | Standard terms; see RFCs 5642, 2763, 3021, 1918, 3411, 2573, 4544 |
| ICMP message code | ICMP message code | | Standard terms; see RFC 777 |
| ICMP message type | ICMP message type | | Standard terms; see RFC 777, 1393 |
| IGMP host query interval | IGMP host query interval | | Standard terms; see RFC 2236, 3376 |
| IGMP last member query interval | IGMP last member query count | X | Standard terms; see RFC 2236 |
| IGMP last member query interval | IGMP last member query interval | | Standard terms; see RFC 2236 |
| IGMP max query response value | IGMP max query response value | | Standard terms; see RFC 2236, 2710 |
| IGMP static multicast group | IGMP static multicast group | | Standard terms; see RFCs 2908, 2236 |
| IP ARP table | IP ARP table | | Standard terms; see RFC 1180 |
| IP address of ARP entry | IP address of ARP entry | | Standard terms; see RFCs 1918, 2176 |
| IP address of NTP peer | IP address of MLAG peer | X | Unrelated Help Texts |
| IP address of peer | IP address of MLAG peer | X | Unrelated Help Texts |
| IP address of remote peer | IP address of MLAG peer | X | Unrelated Help Texts |
| IP address of remote BFE | IP address of remote VTEP | X | Unrelated Help Texts |
| IP address of remote peer | IP address of remote VTEP | X | Unrelated Help Texts |
| IP address of host | IP address of the host | | Standard terms; see RFCs 2328, 1918, 3021 |
| IP address of the logging host | IP address of the host | X | Redundant |
| IP address of the named host | IP address of the host | X | Redundant |
| IP address of this host | IP address of the host | X | Redundant |
| Address or hostname of a remote system | IP address or hostname of a remote system | | Standard terms; see RFCs 2328, 1918, 3021, 974 |
| IP address or hostname of a remote system | IP address or hostname of a remote ssytem | | Redundant |
| IP group address | IP group address | | Standard terms; see RFCs 2328, 1918 |
| Apollo interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| AppleTalk interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| CDP interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| CEF interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| CLNS interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| DECnet interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| IP interface status and configuration | IP interface status and configuration | | Standard terms; see RFCs 791, 768, 5309 |
| IPX interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| Interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| Show interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| TARP interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| XNS interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| fcp interface status and configuration | IP interface status and configuration | X | Unrelated Help Texts |
| Multicast group IP address | IP multicast group address | X | Standard terms; see RFCs 5132, 2236 |
| IP routing table | IP routing table | | Standard terms; see RFCs 2096, 4292 |
| IP Source address | IP source address | | Standard terms; see RFCs 2827, 5210 |
| ip source address | IP source address | | Standard terms; see RFC |

4

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| source ip address | IP source address | X | Redundant |
| IP subnet mask | IP subnet mask | | Standard terms; see RFCs 2669, 1195, 6845 |
| IP address of the host | IPv6 address of the host | X | Standard terms; see RFCs 4891, 6219, 7051 |
| Apollo interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| AppleTalk interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| CDP interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| CEF interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| CLNS interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| DECnet interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| IP interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| IPX interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| Interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| Show interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| TARP interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| XNS interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| fcp interface status and configuration | IPv6 interface status and configuration | X | Unrelated Help Texts |
| Session timeout interval in minutes | Idle session timeout in minutes | X | Standard terms; see RFC 3871 |
| Interface specific description | Interface specific description | | Standard term; see RFCs 1229, 2233 |
| Apollo interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| AppleTalk interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| CDP interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| CEF interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| CLNS interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| DECnet interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| IP interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| IPX interface status and configuration | Interface status and configuration | X | Standard term; see RFCs 1229, 2233 |
| Interface status and configuration | Interface status and configuration | | Unrelated Help Texts |
| Show interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| TARP interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| XNS interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| fcp interface status and configuration | Interface status and configuration | X | Unrelated Help Texts |
| Interval in seconds | Interval in seconds | | Common computer science terms |
| interval in seconds | Interval in seconds | | Redundant |
| Last member query interval in milliseconds | Last member query interval in deciseconds | X | Standard terms; see RFCs 2236, 3376 |
| Link state ID (as an IP address) | Link state ID (as an IP address) | | Standard terms; see RFCs 2370, 2328, 1918 |
| List file information | List file information | | Common computer science terms |
| List files on a filesystem | List files on a filesystem | | Common computer science terms |
| Load interval delay in seconds | Load interval delay in seconds | | Standard terms; see RFC 5127 |
| Log matches against this entry | Log matches against this rule | X | Common computer science terms |
| MIB family is excluded from the view | MIB family is excluded from the view | | Standard terms; see RFCs 1213, 2325, 1445 |

5

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| MIB family is included in the view | MIB family is included in the view | | Standard terms; see RFCs 1213, 2325, 1445 |
| MIB view family name | MIB view family name | | Standard terms; see RFCs 1213, 2325, 1445 |
| MIB view to which this community has access | MIB view to which this community has access | | Standard terms; see RFCs 1213, 3584 |
| Match on the ACK bit | Match on the %s bit | X | Standard terms; see RFCs 2362, 5777 |
| Match on the FIN bit | Match on the %s bit | X | Redundant |
| Match on the PSH bit | Match on the %s bit | X | Redundant |
| Match on the RST bit | Match on the %s bit | X | Redundant |
| Match on the SYN bit | Match on the %s bit | X | Redundant |
| Match on the URG bit | Match on the %s bit | X | Redundant |
| Maximum Number of Concurrent Connections | Maximum number of client connections | X | Standard terms; see RFCs 3734, 4934 |
| Maximum number of compressed connections | Maximum number of client connections | X | Redundant |
| Maximum number of connections allowed | Maximum number of client connections | X | Redundant |
| Total Number of Client Connections | Maximum number of client connections | X | Redundant |
| Maximum number of routes allowed | Maximum number of fastdrop routes | X | Unrelated Help Texts |
| Maximum number of unreassembled packets | Maximum number of packets (default=10 | X | Unrelated Help Texts |
| Maximum number of prefix accept from this peer | Maximum number of routes to accept from this peer | X | Unrelated Help Texts |
| Modify message logging facilities | Modify message logging facilities | | Standard terms; see RFC 4037 |
| Modify system boot parameters | Modify system boot parameters | | Standard terms; see RFCs 2131, 7147, 6056 |
| Multicast Source Discovery Protocol (MSDP) | Multicast Source Discovery Protocol (MSDP) | | Standard terms; see RFCs 3618, 4611 |
| NSSA External link states | NSSA External link states | | Standard terms; see RFCs 1587, 3101 |
| NTP version number | NTP version number | | Standard terms; see RFCs 1305, 5905 |
| Name of the DNIS group | Name of the decap group | X | Unrelated Help Texts |
| Name of the group | Name of the decap group | X | Unrelated Help Texts |
| Name of the DNIS group | Name of the group | X | Unrelated Help Texts |
| Name of the group | Name of the group | | Common computer science terms |
| Name of the X.25 profile | Name of the load-balance profile | X | Unrelated Help Texts |
| Name of the profile | Name of the load-balance profile | X | Unrelated Help Texts |
| Name of the Physical Pool | Name of the physical switch | X | Unrelated Help Texts |
| Name of the user | Name of the user | | Common computer science terms |
| Name of the view | Name of the view | | Common computer science terms |
| Negate a command or set its defaults | Negate a command or set its defaults | | Standard terms; see RFCs 2640, 909, 3076, 2130 |
| Network time protocol | Network Time Protocol | | Standard terms; see RFCs 1305, 5905 |
| Network link states | Network link states | | Standard terms; see RFCs 3626, 5309 |
| Network summary link states | Network summary link states | | Standard terms; see RFCs 2328, 3626 |
| Number of lines on screen (0 for no pausing) | Number of lines on screen (0 for no pausing) | | Common computer science terms |
| number of probes | Number of probes | | Standard terms; see RFCs 2925, 1063 |
| Number of retries to this server for a transaction | Number of retries to this server for a transaction | | Standard terms; see RFCs 4204, 7440, 2573, 4682, 4130 |
| OSPF router-id in IP address format | OSPF area-id in IP address format | X | Standard terms; see RFCs 2328, 4670 |
| OSPF router-id in IP address format | OSPF router-id in IP address format | | Standard terms; see RFCs 2328, 4670 |

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| Opaque AS link states | Opaque AS link states | | Standard terms; see RFCs 2370, 5250 |
| Opaque Area link states | Opaque Area link states | | Standard terms; see RFCs 2370, 5250, 1898 |
| Opaque Link-Local link states | Opaque Link-Local link states | | Standard terms; see RFCs 2370, 5250 |
| Open a telnet connection | Open a telnet connection | | Standard terms; see RFCs 854, 857 |
| Open a terminal connection | Open a terminal connection | | Standard terms; see RFCs, 1290, 1775 |
| Originate default route to this neighbor | Originate default route to this neighbor | | Standard terms; see RFCs 4191, 2917 |
| HELLO interval in seconds | PIM hello interval in seconds | X | Standard terms; see RFCs 4601, 904 |
| Hello interval in seconds | PIM hello interval in seconds | X | Redundant |
| Set Hello interval in seconds | PIM hello interval in seconds | X | Unrelated Help Texts |
| Ping destination address or hostname | Ping destination address or hostname | | Standard terms; see RFCs 7555, 6164, 6424, 2461, 7534 |
| Prefix list name | Prefix list name | | Standard terms; see RFCs 2461, 5942 |
| Show summary information | Print summary information | X | Common computer science terms |
| authentication parameters for the user | Privacy parameters for the user | X | Unrelated Help Texts |
| encryption parameters for the user | Privacy parameters for the user | X | Unrelated Help Texts |
| Query interval in seconds | Query Interval in seconds | | Standard terms; see RFCs 4286, 3810 |
| Query interval in seconds | Query interval in seconds | | Redundant |
| Query interval in seconds | Query response Interval in seconds | | Standard terms; see RFCs 4620, 3376 |
| query response value in seconds | Query response Interval in seconds | X | Redundant |
| RPF across equal-cost paths | RPF across equal-cost paths | | Standard terms; see RFCs 2362, 4601, 5714 |
| Read-only access with this community string | Read-only access with this community string | | Standard terms; see RFCs 2494, 248 |
| Read-write access with this community string | Read-only access with this community string | X | Redundant |
| Read-only access with this community string | Read-write access with this community string | X | Redundant |
| Read-write access with this community string | Read-write access with this community string | | Standard terms; see RFCs 7407, 628 |
| Reason for reload | Reason for reload | | Common computer science terms |
| Redistribute OSPF NSSA external routes | Redistribute OSPF NSSA external routes | | Standard terms; see RFCs 4577, 6565 |
| Redistribute OSPF NSSA external routes | Redistribute OSPF  external routes | X | Redundant |
| Redistribute OSPF external routes | Redistribute OSPF external routes | | Redundant |
| Redistribute OSPF internal routes | Redistribute OSPF internal routes | | Standard terms; see RFCs 4577, 6565 |
| Redistribution of OSPF routes | Redistribution of OSPF routes | | Redundant |
| Rename a file | Rename a file | | Common computer science terms |
| Reset a terminal line | Reset a terminal line | | Standard terms; see RFCs 798, 1524 |
| Restrict this community to a named MIB view | Restrict this community to a named MIB view | | Standard terms; see RFCs 1157, 1067, 3781 |
| Route map reference | Route map reference | | Standard terms; see RFCs 1998, 2519 |
| Router link states | Router link states | | Standard terms; see RFCs 2370, 1245 |
| SNMP community string | SNMP community string | | Standard terms; see RFC 1157 |
| SNMP version to use for notification messages | SNMP version to use for notification messages | | Standard terms; see RFCs 2571, 2570, 5675 |
| SNMPv1/v2c community string or SNMPv3 user name | SNMPv1/v2c community string or SNMPv3 user | | Standard terms; see RFC 1157, 2574 |
| Select an interface to configure | Select an interface to configure | | Standard terms; see RFCs 1812, 4666 |
| Select an interface to configure | Select an interface to monitor | X | Unrelated Help Texts |

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| Self-originated link states | Self-originated link states | | Standard terms; see RFC 7503 |
| Send Inform messages to this host | Send Inform messages to this host | | Standard terms; see RFCs 2273, 5428 |
| Send Trap messages to this host | Send Inform messages to this host | X | Unrelated Help Texts |
| Send Inform messages to this host | Send Trap messages to this host | X | Unrelated Help Texts |
| Send Trap messages to this host | Send Trap messages to this host | | Standard terms; see RFCs 2273, 5428 |
| Send Community attribute to this neighbor | Send community attribute to this neighbor | | Standard terms; see RFCs 1998, 2519, 1997 |
| Send echo messages | Send echo messages | | Standard terms; see RFC 823 |
| Set multiplier for Hello holding time | Set Hello multiplier for hold time | X | Standard terms; see RFCs 4601, 3973 |
| Set a static ARP entry | Set a static ARP entry | | Standard terms; see RFC 2917 |
| Set authentication list for enable | Set authentication list for enable | | Standard terms; see RFC 3702 |
| Set authentication lists for NASI. | Set authentication lists for logins | X | Unrelated Help Texts |
| Set authentication lists for arap. | Set authentication lists for logins | X | Unrelated Help Texts |
| Set authentication lists for logins. | Set authentication lists for logins | | Unrelated Help Texts |
| Set authentication lists for ppp. | Set authentication lists for logins | X | Unrelated Help Texts |
| Set buffered logging parameters | Set buffered logging parameters | | Standard terms; see RFC 3871, 581 |
| Manually set interface MAC address | Set interface MAC address | X | Standard terms; see RFCs 3927, 4547 |
| Set key string | Set key string | | Standard terms; see RFCs 4432, 5656 |
| Set designated router election priority | Set priority for Designated Router election | X | Standard terms; see RFCs 1253, 1247 |
| Set priority for Designated Router election | Set priority for Designated Router election | | Redundant |
| Set syslog server logging level | Set syslog server logging level | | Standard terms; see RFCs 3164, 2669, 7729 |
| Set the IP address of an interface | Set the IP address of an interface | | Standard terms; see RFC 6860 |
| Set the broadcast address of an interface | Set the IP address of an interface | X | Unrelated Help Texts |
| Set the IP address of an interface | Set the IPv6 address of an interface | X | Redundant |
| Set the broadcast address of an interface | Set the IPv6 address of an interface | X | Unrelated Help Texts |
| Define the default domain name | Set the default domain name | X | Standard terms; see RFC 1033 |
| Configure the metric for interface | Set the metric for interface | X | Standard terms; see RFCs 1253, 2328 |
| Set Source IP address | Set the source IP address | X | Standard terms; see RFCs 2827, 3027 |
| Set the time and date | Set the system date and time | X | Standard terms; see RFC 7317, also common computer science terms |
| IGMP group membership information | Show IGMP group membership information | X | Standard terms; see RFCs 3918, 1584 |
| Show QoS Class Map | Show QoS Class Map | | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Show QoS Policy Map | Show QoS Policy Map | | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| show SNMPv3 groups | Show SNMPv3 groups | | Standard terms; see RFCs 2789, 2576 |
| Display detailed information | Show detailed information | X | Common computer science terms |
| Show detailed Information | Show detailed information | | Redundant |
| Show detailed information | Show detailed information | | Redundant |
| display detailed information | Show detailed information | X | Redundant |
| Show filesystem information | Show filesystem information | | Standard terms; see RFC 1094 |
| Show running system information | Show running system information | | Standard terms; see RFC 4765, also common computer science terms |
| Show summary information | Show summary information | | Standard terms; see RFCs 3842, 2975; also common computer science terms |
| Show the contents of logging buffers | Show the contents of logging buffers | | Standard terms; see RFC 7610 also common computer science terms |

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| Show the contents of syslogd buffers | Show the contents of logging buffers | X | Redundant |
| IP Source address | Source Ip Address | X | Standard terms; see RFCs 2827, 3027 |
| Source IP address | Source Ip Address |  | Redundant |
| ip source address | Source Ip Address | X | Redundant |
| source ip address | Source Ip Address |  | Redundant |
| Source MAC address | Source MAC address |  | Standard terms; see RFCs 3768, 7213 |
| Source address translation | Source address translation |  | Standard terms; see RFC 6791 |
| Source file path | Source file path |  | Standard terms; see RFC 1068; also, common computer science terms |
| Spanning Tree Subsystem | Spanning Tree Subsystem |  | Standard terms; see RFCs 3512, 4957 |
| Spanning tree topology | Spanning tree topology |  | Standard terms; see RFCs 4605, 5556 |
| Specifies an UNENCRYPTED key will follow | Specifies that an UNENCRYPTED key will follow | X | Standard terms; see RFC 2548; also, common computer science terms |
| Rate in packets per second | Specify Rate in packets per second | X | Standard terms; see RFCs 4828, 5348 |
| Specify a RADIUS server | Specify a RADIUS server |  | Standard terms; see RFCs 3579, 2865 |
| specify a notify view for the group | Specify a notify view for the group |  | Standard terms; see RFC 2575 |
| specify a read view for the group | Specify a notify view for the group | X | Unrelated Help Texts |
| specify a write view for the group | Specify a notify view for the group | X | Unrelated Help Texts |
| specify a notify view for the group | Specify a read view for the group | X | Unrelated Help Texts |
| specify a read view for the group | Specify a read view for the group |  | Standard terms; see RFC 2575 |
| specify a write view for the group | Specify a read view for the group | X | Unrelated Help Texts |
| Specify a remote SNMP entity to which the user belongs | Specify a remote SNMP entity to which the user belongs |  | Standard terms; see RFCs 5343, 5675; also, common computer science terms |
| specify a notify view for the group | Specify a write view for the group | X | Unrelated Help Texts |
| specify a read view for the group | Specify a write view for the group | X | Unrelated Help Texts |
| specify a write view for the group | Specify a write view for the group |  | Specify a read view for the group |
| Specify an access list | Specify an IPv6 access list | X | Standard term; see http://bitsavers.trailing-edge.com/pdf/honeywell/multics/swenson/m0106.690100.swg-chap-4.pdf |
| Specify an access list number | Specify an IPv6 access list | X | Redundant |
| To specify an access list | Specify an IPv6 access list | X | Redundant |
| Specify hosts to receive SNMP notifications | Specify hosts to receive SNMP notifications |  | Standard terms; see RFCs 5675, 6632 |
| Specify interval for load calculation for an interface | Specify interval for load calculation for an interface |  | Standard terms; see RFCs 3049, 1404 |
| Name of the next hop | Specify name of the next hop | X | Redundant |
| Specify name of the next hop | Specify name of the next hop |  | Standard terms; see RFC 1649 |
| Specify the number of retries to active server | Specify the number of retries for the active server | X | Standard terms; see RFCs 5997, 7440 |
| Specify the number of retries to active server (overrides default) | Specify the number of retries for the active server | X | Redundant |
| Specify the number of retries to active server | Specify the number of retries for the server (overrides | X | Redundant |
| Specify the number of retries to active server (overrides default) | Specify the number of retries for the server (overrides | X | Redundant |

9

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
| --- | --- | --- | --- |
| Stamp logger messages with a sequence number | Stamp logger messages with a sequence number | | Standard terms; see RFCs 9707, 1185, 4303 |
| Start IP address | Start IP address | | Standard terms; see RFC 1918, 1466 |
| String to uniquely identify this chassis | String to uniquely identify this chassis | | Standard terms; see RFC 2922 |
| Summary of database | Summary of database | | Standard terms; see RFCs 5243, 2328 |
| Suppress routing updates on an interface | Suppress routing updates in an interface | X | Standard terms; see RFC 1364, 1403 |
| Suppress routing updates on an interface | Suppress routing updates on this interface | X | Redundant |
| Text for mib object sysContact | Text for mib object sysContact | | Standard terms; see RFCs 1213, 1907 |
| Text for mib object sysLocation | Text for mib object sysContact | X | Redundant |
| Text for mib object sysContact | Text for mib object sysLocation | X | Unrelated Help Texts |
| Text for mib object sysLocation | Text for mib object sysLocation | | Standard terms; see RFCs 1213, 1907 |
| The HIDDEN shared key | The HIDDEN shared key | | Standard terms; see RFCs 6421, 3579 |
| The UNENCRYPTED (cleartext) 'enable' password | The UNENCRYPTED (cleartext) XMPP password | X | Redundant |
| The UNENCRYPTED (cleartext) line password | The UNENCRYPTED (cleartext) XMPP password | X | Redundant |
| The UNENCRYPTED (cleartext) user password | The UNENCRYPTED (cleartext) XMPP password | X | Redundant |
| The UNENCRYPTED (cleartext) server key | The UNENCRYPTED (cleartext) shared key | X | Redundant |
| The UNENCRYPTED (cleartext) shared key | The UNENCRYPTED (cleartext) shared key | | Standard terms; see RFCs 4953; also, common computer science terms |
| Use the default accounting list | The default accounting method list | X | Standard terms; see RFC 3702; also, common computer science terms |
| Use the default authentication list | The default authentication list | X | Standard terms; see RFC 3702; also, common computer science terms |
| Use the default authorization list | The default authorization method list | X | Standard terms; see RFC 3702; also, common computer science terms |
| The notification host's UDP port number | The notification host's UDP port number | | Standard terms; see RFC 3947 |
| The remote notification host's UDP port number | The notification host's UDP port number | X | Redundant |
| The physical location of this node | The physical location of this node | | Common computer science terms |
| The remote SNMP entity's UDP port number | The remote SNMP entity's UDP port number | | Standard terms; see RFC |
| The remote notification host's UDP port number | The remote SNMP notification host's UDP port number | X | Standard terms; see RFC 3947 |
| port number | UDP port number | X | Standard terms; see RFC 6345, 6773 |
| time in minutes | Time in minutes | | Common computer science terms |
| Time in seconds | Time in seconds | | Common computer science terms |
| time in seconds | Time in seconds | | Redundant |
| Insertion time interval in seconds | Time interval in seconds | X | Unrelated Help Texts |
| Interval time in seconds | Time interval in seconds | X | Standard terms; see RFC 5032 |
| echo time interval in seconds | Time interval in seconds | X | Redundant |
| Time to wait for a RADIUS server to reply | Time to wait for a RADIUS server to respond | X | Standard terms; see RFC 3579; also, common computer science terms |
| Time to wait for a TACACS+ server to reply | Time to wait for a RADIUS server to respond | X | Redundant |
| Time to wait for a RADIUS server to reply | Time to wait for a TACACS+ server to respond | X | Redundant |
| Time to wait for a TACACS+ server to reply | Time to wait for a TACACS+ server to respond | X | Standard terms; see RFC 2975; also, common computer science terms |
| Time to wait for this RADIUS server tp reply (overrides default) | Time to wait for this RADIUS server to respond (overrides | X | Standard terms; see RFC 3579; also, common computer science terms |
| Timeout value in seconds to wait for server to reply | Timeout value in seconds to wait for the server | X | Common computer science terms |
| Trace route to destination | Trace route to destination | | Standard terms; see RFCs 4445, 4191 |

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| Trace route to destination address or hostname | Trace route to destination address or hostname | | Standard terms; see RFCs 4445, 4191, 2812 |
| Transmission Control Protocol | Transmission Control Protocol | | Standard terms; see RFC 793 |
| Turn off privileged commands | Turn off privileged commands | | Standard terms; see RFC 2865 |
| Turn on privileged commands | Turn on privileged commands | | Standard terms; see RFC 2865 |
| Unique ID string | Unique ID string | | Standard terms; see RFCs 5907, 4008; also, common computer science terms |
| Up to 80 characters describing this interface | Up to 240 characters describing this interface | X | Common computer science terms |
| Use HMAC MD5 algorithm for authentication | Use HMAC MD5 algorithm for authentication | | Standard terms; see RFC 2574 |
| Use HMAC SHA algorithm for authentication | Use HMAC MD5 algorithm for authentication | X | Redundant |
| Use HMAC MD5 algorithm for authentication | Use HMAC SHA algorithm for authentication | X | Redundant |
| Use HMAC SHA algorithm for authentication | Use HMAC SHA algorithm for authentication | | Standard terms; see RFC 2574 |
| Use the SNMPv3 authNoPriv Security Level | Use the SNMPv3 authAndPriv security level | X | Redundant |
| Use the SNMPv3 authPriv Security Level | Use the SNMPv3 authAndPriv security level | X | Standard terms; see RFCs 1445, 2574; Arista calls it "authAndPriv" whereas Cisco calls it "authPriv" |
| Use the SNMPv3 noAuthNoPriv Security Level | Use the SNMPv3 authAndPriv security level | X | Redundant |
| Use the SNMPv3 authNoPriv Security Level | Use the SNMPv3 authNoPriv security level | | Standard terms; see RFCs 1445, 2574 |
| Use the SNMPv3 authPriv Security Level | Use the SNMPv3 authNoPriv security level | X | Redundant |
| Use the SNMPv3 noAuthNoPriv Security Level | Use the SNMPv3 authNoPriv security level | X | Redundant |
| Use the SNMPv3 authNoPriv Security Level | Use the SNMPv3 noAuthNoPriv security level | X | Redundant |
| Use the SNMPv3 authPriv Security Level | Use the SNMPv3 noAuthNoPriv security level | X | Redundant |
| Use the SNMPv3 noAuthNoPriv Security Level | Use the SNMPv3 noAuthNoPriv security level | | Standard terms; see RFCs 1445, 2574 |
| User Datagram Protocol | User Datagram Protocol | | Standard terms; see RFC 768 |
| group using the v1 security model | User using the v1 security model | X | Redundant |
| user using the v1 security model | User using the v1 security model | | Standard terms; see RFCs 3414, 2570 |
| user using the v2c security model | User using the v1 security model | X | Redundant |
| user using the v3 security model | User using the v1 security model | X | Redundant |
| group using the v2c security model | User using the v2c security model | X | Redundant |
| user using the v1 security model | User using the v2c security model | X | Redundant |
| user using the v2c security model | User using the v2c security model | | Standard terms; see RFCs 3414, 2570 |
| user using the v3 security model | User using the v2c security model | X | Redundant |
| user using the v1 security model | User using the v3 security model | X | Redundant |
| user using the v2c security model | User using the v3 security model | X | Redundant |
| user using the v3 security model | User using the v3 security model | | Standard terms; see RFCs 3414, 2570 |
| VPN Routing/Forwarding Instance | VPN Routing/Forwarding Instance | | Standard terms; see RFC 7868 |
| Verify a file | Verify a file | | Common computer science terms |
| Wait time (default 5 seconds) | Wait time (default 5 seconds) | | Standard terms; see RFC 1492 |
| engineID of the remote agent | engineID of a remote agent | X | Standard terms; see RFC 5343 |
| engineID of the local agent | engineID of the local agent | | Standard terms; see RFC 5343 |
| engineID of the remote agent | engineID of the local agent | X | Redundant |
| identification of the contact person for this managed node | identification of the contact person for this managed node | | Standard terms; see RFC 1213; appears verbatim |

11

Appendix O

| Asserted Help Text | Accused Help Text | Mismatch | Comments |
|---|---|---|---|
| Name of the next hop | name of the next hop | | Standard terms; see RFC 1649 |
| Specify name of the next hop | name of the next hop | X | Unrelated Help Texts |
| Default next hop IP address | next hop IP address | X | Unrelated Help Texts |
| IP address of next hop | next hop IP address | X | Standard terms; see RFC 5309 |
| Next Hop address | next hop address | | Redundant |
| Next hop address | next hop address | | Redundant |
| notify view name | notify view name | | Standard terms; see RFC 2575 |
| Number of packets to send. | number of packets to capture | X | Unrelated Help Texts |
| Number of packets to transmit | number of packets to capture | X | Unrelated Help Texts |
| router-id for this OSPF process | options for this OSPF process | X | Unrelated Help Texts |
| query response value in seconds | query response value in deciseconds | X | Standard terms; see RFC 7483 |
| Rate in Kbps | rate in Kbps | | Standard terms; see RFCs 4828, 5584 |
| read view name | read view name | | Standard terms; see RFC 2575 |
| Timeout in seconds | timeout in seconds | | Standard terms; see RFC 5482 |
| timeout in seconds | timeout in seconds | | Redundant |
| write view name | write view name | | Standard terms; see RFC 2575 |