# EXHIBIT 4

# APPENDIX Q

Appendix Q

| Cisco Asserted Help String, pp 106-111 Table With Heading IOS-XR | Comments |
|---|---|
| 48-bit hardware address of ARP entry | Standard terms; RFC 826 (1982) |
| AAA group definitions | Standard term; see RFCs 2058, 2138, 2865, 6733 |
| AS Number | Standard terms; RFC 4893 |
| ASBR summary link states | Standard terms; see RFCs 1364, 2328 |
| Address Family modifier | Standard terms; RFC 5549 |
| Address family IPv4 | Standard terms; RFC 5549 |
| Address family IPv6 | Standard terms; RFC 5549 |
| Administratively shut down this neighbor | Standard term; see https://lists.quagga.net/pipermail/quagga-bugs/2006-January/000126.html |
| Advertising Router link states | Standard terms; see RFC 2328 |
| BFD information | Standard terms; see RFC 5881 |
| BGP distance | Standard terms; see RFC 4271 |
| BGP timers | Standard terms; see RFC 4271 |
| Begin with the line that matches | Common computer science terms |
| Border and Boundary Router Information | Standard terms; see RFC 2328 |
| Brief interface information | Common computer science terms |
| Brief output | Common computer science terms |
| Clear platform information | Common computer science terms |
| Configure a local or remote SNMPv3 engineID | Standard terms; see RFCs 2574, 5343 |
| Configure from the terminal | Taken from EECF code, exec.c Help text by Lougheed |
| Connected routes | Common computer science terms |
| Context name | Common computer science terms |
| Control distribution of default information | Common computer science terms |
| Copy from current system configuration | Common computer science terms |
| Current operating configuration | Common computer science terms |
| Database summary | Standard terms; see RFCs 5243, 2328 |
| Default VRF | Standard terms; see RFC 7246 |
| Default vrf | Standard terms; see RFC 7246 |

Appendix Q

| Cisco Asserted Help String, pp 106-111 Table With Heading IOS-XR | Comments |
|---|---|
| Define a User Security Model group | Standard terms; see RFC 3414 |
| Define a user who can access the SNMP engine | Standard terms; see RFC 2574 |
| Define an SNMPv2 MIB view | Standard terms; see RFC 1157 |
| Define an administrative distance | Standard terms; see RFCs 975, 966 |
| Delay value (seconds) | Common computer science terms |
| Destination IP Address | Standard terms; see RFCs 3072, 3021 |
| Destination MAC address | Standard terms; see RFC 5309 |
| Detailed Output | Common computer science terms |
| Detailed information | Common computer science terms |
| Detailed interface information | Common computer science terms |
| Differentiated Services Code Point (DSCP) | Standard terms; see RFC 2983 |
| Display OSPF router ids as DNS names | Standard terms; see RFCs 2328, 1035 |
| Display detailed information | Common computer science terms |
| Display information for a specific interface (show PFC is Arista's) | Common computer science terms |
| Display the contents of a file | Common computer science terms |
| Display the system clock | Standard terms; see RFCs 5905, 3227 |
| Distribute a default route | Standard terms; see RFCs 1247, 2328, 4191 |
| Enable authentication | Standard terms; see RFC 3702 |
| Enable local proxy ARP | Standard terms; see RFCs 3768, 2338, 1027 |
| Enable proxy ARP | Standard terms; see RFCs 3768, 2338, 1027 |
| Entry index | Common computer science terms |
| Exclude lines that match | Common computer science terms |
| Exit from configure mode | Common computer science terms |
| External link states | Standard terms; see RFCs 1587, 1850, 1248 |
| Filter by Interface Name | Common computer science terms |
| Global IPv6 configuration commands | Standard terms; see RFCs 4891, 6219, 7051 |
| Group number | Common computer science terms |

2

Appendix Q

| Cisco Asserted Help String, pp 106-111<br>Table With Heading IOS-XR | Comments |
|---|---|
| Group to which the user belongs | Common computer science terms |
| Hello interval | Standard terms; see RFCs 3488, 904 |
| Hold Time | Standard terms; see RFCs 4601, 3973 |
| Host name | Common computer science term from Unix (1960's) |
| IGMP host query interval | Standard terms; see RFC 2236, 3376 |
| IP routing table | Standard terms; see RFCs 2096, 4292 |
| IPV6 Trace | Standard terms; see RFCs 4891, 6219, 7051 |
| IPv4 Trace | Standard terms; see RFC 6178 |
| IPv4 address family | Standard terms; see RFC 5549 |
| IPv4 echo | Standard terms; see RFC 4379 |
| IPv6 address family | Standard terms; see RFC 5549 |
| IPv6 echo | Standard terms; see RFC 1885 |
| IPv6 information | Standard terms; see RFCs 4891, 6219, 7051 |
| IPv6 interface status and configuration | Standard terms; see RFCs 4891, 6219, 7051 |
| IS-IS instance name | Standard terms; see RFC 3784 |
| Include lines that match | Common computer science terms |
| Interface Name | Common computer science terms |
| Interface events | Common computer science terms |
| Interface filter | Common computer science terms |
| Interface information | Common computer science terms |
| Interface status and configuration | Common computer science terms |
| Interval in milliseconds | Common computer science terms |
| Interval in seconds | Common computer science terms |
| Keepalive interval | Standard terms; see RFC 4271 |
| Key number | Standard terms; see RFC 2747 |
| Label value | Common computer science terms |
| MAC address | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |

Appendix Q

| Cisco Asserted Help String, pp 106-111<br>Table With Heading IOS-XR | Comments |
|---|---|
| MIB family is excluded from the view | Standard terms; see RFCs 1213, 2325, 1445 |
| MIB family is included in the view | Standard terms; see RFCs 1213, 2325, 1445 |
| MIB view family name | Standard terms; see RFCs 1213, 2325, 1445 |
| MIB view to which the community has access (this is Arista's) | Standard terms; see RFCs 1213, 2325, 1445 |
| MTU (bytes) | Standard terms; see RFC 1191 |
| Management Address TLV | Standard terms; see RFC 4791 |
| Metric value | Common computer science terms |
| Multicast Source Discovery Protocol (MSDP) | Standard terms; see RFCs 3618, 4611 |
| Multicast source address | Standard terms; see RFCs 5132, 2236 |
| NSSA External link states | Standard terms; see RFCs 1587, 3101 |
| NTP associations | Standard terms; see RFCs 1305, 5905 |
| NTP status | Standard terms; see RFCs 1305, 5905 |
| NTP version number | Standard terms; see RFCs 1305, 5905 |
| Name of the group | Common computer science terms |
| Name of the user | Common computer science terms |
| Name of the view | Common computer science terms |
| Neighbor filter | Common computer science terms |
| Neighbor information | Common computer science terms |
| Neighbor list | Common computer science terms |
| Network link states | Standard terms; see RFC 2340 |
| Network summary link states | Standard terms; see RFC 2340 |
| Network time protocol | Standard terms; see RFCs 1305, 5905 |
| Next Hop | Standard terms; see RFC 5549 |
| No accounting | Common computer science terms |
| Number of MAC addresses | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Number of lines on screen (0 for no pausing) | Common computer science terms |
| Opaque AS link states | Standard terms; RFC 4893 |

4

Appendix Q

| Cisco Asserted Help String, pp 106-111<br>Table With Heading IOS-XR | Comments |
| --- | --- |
| Opaque Area link states | Standard terms; RFC 4893 |
| Opaque Link-Local link states | Standard terms; RFC 4893 |
| Open Shortest Path First (OSPF) | Standard terms; see RFC 2328 |
| Open a telnet connection | Standard terms; see RFC 854 |
| Packet counters | Common computer science terms |
| Ping destination address or hostname | Standard terms; see RFC 4560 |
| Port Description TLV | Standard terms; see RFC 4791 |
| Port name | Common computer science terms |
| Port number | Common computer science terms |
| Prefix length | Common computer science terms |
| Priority level | Common computer science terms |
| Process ID | Common computer science term from Unix (1960's) |
| Query interval in seconds | Standard terms; see RFCs 4286, 3810 |
| Radius configuration (RADIUS was Arista's) | Standard terms; see RFCs 3579, 2865 |
| Redistribute OSPF external routes | Standard terms; see RFC 2328 |
| Redistribute OSPF internal routes | Standard terms; see RFC 2328 |
| Redistribution of OSPF routes | Standard terms; see RFC 2328 |
| Repeat count | Common computer science terms |
| Router link states | Standard terms; RFC 4893 |
| Rule number | Common computer science terms |
| SNMP community string | Standard terms; see RFC 1157 |
| SNMP statistics | Standard terms; see RFC 1157 |
| SNMP version to use for notification messages | Standard terms; see RFCs 2571, 2570, 5675 |
| Select an Interface to configure | Common computer science terms |
| Select an interface to configure (OR clear OR filter OR show, Arista's was monitor) | Common computer science terms |
| Self-originated link states | Standard terms; RFC 4893 |

Appendix Q

| Cisco Asserted Help String, pp 106-111 Table With Heading IOS-XR | Comments |
|---|---|
| Send Inform messages to this host | Standard terms; see RFCs 2273, 5428 |
| Send Trap messages to this host | Standard terms; see RFCs 2273, 5428 |
| Send echo messages | Standard terms; see RFC 2637 |
| Sequence number | Standard terms; see RFC 793 |
| Session information | Common computer science terms |
| Set IP DSCP (DiffServ CodePoint) | Standard terms; see RFC 2983 |
| Set IPv6 Router Advertisement Interval | Standard terms; see RFC 5175 |
| Set TACACS+ encryption key | Standard terms; see RFC 2194 |
| Set advertised NS retransmission interval | Standard terms; see RFC 1035 |
| Set buffered logging parameters | Standard terms; see RFC 3871, 581 |
| Show PTP interface information | Standard terms; see RFC 7273 |
| Show controller information | Common computer science terms |
| Show detailed information | Common computer science terms |
| Show detailed output | Common computer science terms |
| Show the contents of logging buffers | Common computer science terms |
| Source MAC address | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Specifies that an UNENCRYPTED key will follow | Standard terms; see RFC 2548; also, common computer science terms |
| Specify a RADIUS server | Standard terms; see RFCs 3579, 2865 |
| Specify a TACACS+ server | Standard terms; see RFC 2975; also, common computer science terms |
| Specify a remote SNMP entity to which the user belongs | Standard terms; see RFCs 5343, 5675; also, common computer science terms |
| Specify a write view for the group | Standard terms; see RFC 2575 |
| Specify hosts to receive SNMP notifications | Standard terms; see RFCs 5675, 6632 |
| Specify interface | Common computer science terms |
| Specify interval for load calculation for an interface | Standard terms; see RFCs 3049, 1404 |
| String to uniquely identify this chassis | Standard terms; see RFC 2922 |
| Suppress routing updates on an interface (in is arista's) | Standard terms; see RFC 1364, 1403 |
| Suppress routing updates on this interface | Standard terms; see RFC 1364, 1403 |

Appendix Q

| Cisco Asserted Help String, pp 106-111 Table With Heading IOS-XR | Comments |
|---|---|
| System Capabilities TLV | Standard terms; see RFC 4791 |
| System Description TLV | Standard terms; see RFC 4791 |
| System Name TLV | Standard terms; see RFC 4791 |
| TCP protocol | Standard terms; see RFC 793 |
| Text for mib Object sysContact | Standard terms; see RFCs 1213, 1907 |
| Text for mib Object sysLocation | Standard terms; see RFCs 1213, 1907 |
| The physical location of this node | Common computer science terms |
| Threshold value | Common computer science terms |
| Time in minutes | Common computer science terms |
| Time interval in seconds | Common computer science terms |
| Time to Live value | Standard terms; see RFC 791 |
| Timeout in seconds | Common computer science terms |
| Topology Information | Common computer science terms |
| Trace route to destination | Standard terms; see RFCs 4445, 4191 |
| Trace route to destination address or hostname | Standard terms; see RFCs 4445, 4191 |
| Track an interface | Common computer science terms |
| Traffic class | Standard terms; see RFC 2815 |
| Tunnel ID | Standard terms; see RFC 2867 |
| UDP protocol | Standard terms; see RFC 768 |
| Unique ID string | Common computer science terms |
| Update (merge with) current system configuration | Common computer science terms |
| Use HMAC MD5 algorithm for authentication | Standard terms; see RFC 2574 |
| Use HMAC SHA algorithm for authentication | Standard terms; see RFC 2574 |
| User Datagram Protocol | Standard terms; see RFC 768 |
| User name | Common computer science terms |
| VLAN ID | Standard terms; see specification IEEE 802.1Q, table of contents and throughout |
| Version number | Common computer science terms |

Appendix Q

| Cisco Asserted Help String, pp 106-111<br>Table With Heading IOS-XR | Comments |
|---|---|
| Virtual terminal | Common computer science terms |
| Wait time (default 5 seconds) | Standard terms; see RFC 1492 |
| all modules | Standard terms; see RFC 938 |
| authentication parameters for the user | Standard terms; see RFC 2574 |
| datagram size | Standard terms; see RFC 768 |
| debug counters | Common computer science terms |
| disable the interface | Common computer science terms |
| engineID of a remote agent | Standard terms; see RFCs 2574, 5343 |
| engineID of the local agent | Standard terms; see RFCs 2574, 5343 |
| group using the User Security Model (SNMPv3) | Standard terms; see RFCs 3414, 2786, 2975, 2574, 2273 |
| group using the v1 security model | Standard terms; see RFC 3584 |
| group using the v2c security model | Standard terms; see RFC 1901 |
| identification of the contact person for this managed node | Standard terms; see RFC 1213; appears verbatim |
| interface filter | Common computer science terms |
| next hop address | Standard terms; see RFC 1649 |
| notify view name | Standard terms; see RFC 2575 |
| object name | Common computer science terms |
| port Id | Common computer science terms |
| read view name | Standard terms; see RFC 2575 |
| route distinguisher | Standard terms; see RFC 7611 |
| specify a notify view for this group (the is Arista's) | Standard terms; see RFC 2575 |
| user using the v1 security model | Standard terms; see RFC 3584 |
| user using the v2c security model | Standard terms; see RFC 1901 |
| user using the v3 security model | Standard terms; see RFCs 3414, 2570 |
| write view name | Standard terms; see RFC 2575 |