# EXHIBIT 5

Case 5:14-cv-05344-BLF   Document 587-5   Filed 10/18/16   Page 1 of 5

# EXHIBIT 7

```
                                  global_config.txt
router(config)#?
Configure commands:
  aaa                           Authentication, Authorization and Accounting.
  access-list                   Add an access list entry
  alarm-interface               Configure a specific Alarm Interface Card
  alias                         Create command alias
  appfw                         Configure the Application Firewall policy
  archive                       Archive the configuration
  arp                           Set a static ARP entry
  async-bootp                   Modify system bootp parameters
  backhaul-session-manager      Configure Backhaul Session Manager
  banner                        Define a login banner
  bba-group                     Configure BBA Group
  boot                          Modify system boot parameters
  bridge                        Bridge Group.
  buffers                       Adjust system buffer pool parameters
  busy-message                  Display message when connection to host fails
  call                          Configure Call parameters
  call-history-mib              Define call history mib parameters
  carrier-id                    Name of the carrier associated with this trunk
                                group
  cdp                           Global CDP configuration subcommands
  chat-script                   Define a modem chat script
  class-map                     Configure QoS Class Map
  clns                          Global CLNS configuration subcommands
  clock                         Configure time-of-day clock
  cns                           CNS agents
  config-register               Define the configuration register
  configuration                 Configuration access
  connect                       cross-connect two interfaces
  control-plane                 Configure control plane services
  crypto                        Encryption module
  default                       Set a command to its defaults
  default-value                 Default character-bits values
  define                        interface range macro definition
  dialer                        Dialer commands
  dialer-list                   Create a dialer list entry
  diffserv                      Differentiated Services (COPS)
  dnsix-dmdp                    Provide DMDP service for DNSIX
  dnsix-nat                     Provide DNSIX service for audit trails
  do                            To run exec commands in config mode
  dot1x                         Dot1x Global Configuration Commands
  downward-compatible-config    Generate a configuration compatible with older
                                software
  dss                           Configure dss parameters
  enable                        Modify enable password parameters
  end                           Exit from configure mode
  eou                           EAPoUDP Global Configuration Commands
  errdisable                    Error disable
  event                         Event related configuration commands
  exception                     Exception handling
  exit                          Exit from configure mode
  file                          Adjust file system parameters
  flow-sampler-map              Flow sampler configuration
  frame-relay                   global frame relay configuration commands
  ftp-server                    FTP Server configuration commands
  help                          Description of the interactive help system
  hostname                      Set system's network name
  identity                      Identity Configuration Commands
  interface                     Select an interface to configure
  ip                            Global IP configuration subcommands
  ipc                           Configure IPC system
  isis                          Global ISIS configuration subcommands
                                     Page 1
```

```
                                global_config.txt
  iua                           Configure ISDN user Adaptation Layer
  ixi                           IXI Config command
  kerberos                      Configure Kerberos
  key                           Key management
  kron                          Kron interval Facility
  l2tp-class                    l2tp-class configuration
  li-view                       LI View
  line                          Configure a terminal line
  logging                       Modify message logging facilities
  login                         Enable secure login checking
  login-string                  Define a host-specific login string
  mac-address-table             Configure the MAC address table
  map-class                     Configure static map class
  map-list                      Configure static map list
  memory                        Configure memory management
  memory-size                   Adjust memory size by percentage
  menu                          Define a user-interface menu
  microcode                     configure microcode
  mls                           mls global commands
  modemcap                      Modem Capabilities database
  monitor                       Monitoring different system events
  mop                           Configure the DEC MOP Server
  multilink                     PPP multilink global configuration
  netbios                       NETBIOS access control filtering
  network-clock-participate     Participate in Network Clocking
  network-clock-select          Choose system clocking priority
  no                            Negate a command or set its defaults
  ntp                           Configure NTP
  oer                           Optimized Exit Routing configuration submodes
  oer-map                       Create oer-map and enter oer-map command mode
  parser                        Configure parser
  password                      Configure encryption password (key)
  policy-manager                Policy Manager configuration commands
  policy-map                    Configure QoS Policy Map
  port-channel                  EtherChannel configuration
  ppp                           PPP global configuration
  printer                       Define an LPD printer
  priority-list                 Build a priority list
  privilege                     Command privilege parameters
  process                       Configure process
  process-max-time              Maximum time for process to run before
                                voluntarily relinquishing processor
  prompt                        Set system's prompt
  queue-list                    Build a custom queue list
  radius-server                 Modify RADIUS query parameters
  random-detect-group           Configure random-detect class
  rbe                           Commands for Routing RFC 1483 Ethernet
                                encapsulated packets
  redundancy                    Enter redundancy mode
  regexp                        regexp commands
  resource                      Configure Embedded Resource Manager (ERM)
  resume-string                 Define a host-specific resume string
  rif                           Source-route RIF cache
  rlogin                        Rlogin configuration commands
  rmon                          Remote Monitoring
  route-map                     Create route-map or enter route-map command mode
  router                        Enable a routing process
  scheduler                     Scheduler parameters
  scripting                     Configure options for scripting languages
  secure                        Secure image and configuration archival commands
  security                      Infra Security CLIs
  service                       Modify use of network based services
  sgbp                          SGBP Stack Group Bidding Protocol configuration
                                      Page 2
```

```
                              global_config.txt
  shutdown                    Shutdown system elements
  signaling-class             Configure signaling class
  snmp                        Modify non engine SNMP parameters
  snmp-server                 Modify SNMP engine parameters
  sntp                        Configure SNTP
  source-bridge               Source-route bridging ring groups
  spanning-tree               Spanning Tree Subsystem
  stackmaker                  Specify stack name and add its member
  standby                     Global HSRP configuration commands
  state-machine               Define a TCP dispatch state machine
  storm-control               Configure storm control parameter
  subscriber                  Subscriber configuration
  subscriber-policy           Subscriber policy
  table-map                   Configure Table Map
  tacacs-server               Modify TACACS query parameters
  tarp                        Global TARP configuration subcommands
  template                    Select a template to configure
  terminal-queue              Terminal queue commands
  tftp-server                 Provide TFTP service for netload requests
  time-range                  Define time range entries
  track                       Object tracking configuration commands
  translate                   Translate global configuration commands
  trunk                       Global trunk configuration
  username                    Establish User Name Authentication
  vc-group                    Define a Frame Relay VC group
  virtual-profile             Virtual Profile configuration
  virtual-template            Virtual Template configuration
  vlan                        VLAN commands
  vpdn                        Virtual Private Dialup Network
  vpdn-group                  VPDN group configuration
  vpdn-template               vpdn-template configuration
  vtp                         Configure global VTP state
  vty-async                   Enable virtual async line configuration
  warm-reboot                 Warm reboot allows quick reload in case of a
                              crash or by request
  webvpn                      SSL VPN Commands
  wlccp                       Enable WLCCP
  wrr-queue                   Configure weighted round-robin xmt queues
  x25                         X.25 Level 3
  x29                         X29 commands
  xot                         Global XOT commands

router(config)#
```