# EXHIBIT 6

# EXHIBIT 8

| Arista Help String accused by Cisco in Almeroth Exhibit Copying-6 | Number of Occurrences of this String in Almeroth Exhibit Copying-6 |
|---|---|
| Interface status and configuration | 13 |
| IPv6 interface status and configuration | 13 |
| IP interface status and configuration | 13 |
| Match on the %s bit | 6 |
| User using the v2c security model | 4 |
| User using the v1 security model | 4 |
| Source Ip Address | 4 |
| Show detailed information | 4 |
| Set authentication lists for logins | 4 |
| Maximum number of client connections | 4 |
| IP address of the host | 4 |
| Display detailed information | 4 |
| User using the v3 security model | 3 |
| Use the SNMPv3 noAuthNoPriv security level | 3 |
| Use the SNMPv3 authNoPriv security level | 3 |
| Use the SNMPv3 authAndPriv security level | 3 |
| Time interval in seconds | 3 |
| The UNENCRYPTED (cleartext) XMPP password | 3 |
| Specify an IPv6 access list | 3 |
| Specify a write view for the group | 3 |
| Specify a read view for the group | 3 |
| Specify a notify view for the group | 3 |
| PIM hello interval in seconds | 3 |
| IP source address | 3 |
| IP address of MLAG peer | 3 |
| Hostname or IP address of DHCP server | 3 |
| Group using the v2c security model | 3 |
| Group using the v1 security model | 3 |
| Destination Ip address | 3 |
| timeout in seconds | 2 |
| number of packets to capture | 2 |
| next hop address | 2 |
| next hop IP address | 2 |
| name of the next hop | 2 |
| engineID of the local agent | 2 |
| Use HMAC SHA algorithm for authentication | 2 |
| Use HMAC MD5 algorithm for authentication | 2 |
| Time to wait for a TACACS+ server to respond | 2 |
| Time to wait for a RADIUS server to respond | 2 |

| | |
|---|---|
| Time in seconds | 2 |
| The notification host's UDP port number | 2 |
| The UNENCRYPTED (cleartext) shared key | 2 |
| Text for mib object sysLocation | 2 |
| Text for mib object sysContact | 2 |
| Specify the number of retries for the server (overrides | 2 |
| Specify the number of retries for the active server | 2 |
| Specify name of the next hop | 2 |
| Show the contents of logging buffers | 2 |
| Set the IPv6 address of an interface | 2 |
| Set the IP address of an interface | 2 |
| Set priority for Designated Router election | 2 |
| Send Trap messages to this host | 2 |
| Send Inform messages to this host | 2 |
| Read-write access with this community string | 2 |
| Read-only access with this community string | 2 |
| Query response Interval in seconds | 2 |
| Privacy parameters for the user | 2 |
| Name of the load-balance profile | 2 |
| Name of the group | 2 |
| Name of the decap group | 2 |
| Interval in seconds | 2 |
| IP address of remote VTEP | 2 |
| IGMP last member query interval | 2 |
| Hostname or IP address of XMPP server | 2 |
| Hostname or IP address of TACACS+ server | 2 |
| Hostname or IP address of RADIUS server | 2 |
| Hostname or IP address of %s server | 2 |
| Erase contents of startup configuration | 2 |
| Enable proxy ARP | 2 |
| Enable IP routing | 2 |
| Authentication parameters for the user | 2 |
| Assign policy-map to the output of an interface | 2 |
| Assign policy-map to the input of an interface | 2 |
| write view name | 1 |
| read view name | 1 |
| rate in Kbps | 1 |
| query response value in deciseconds | 1 |
| options for this OSPF process | 1 |
| notify view name | 1 |
| identification of the contact person for this managed node | 1 |
| engineID of a remote agent | 1 |

| | |
|---|---|
| Wait time (default 5 seconds | 1 |
| Verify a file | 1 |
| VPN Routing/Forwarding Instance | 1 |
| User Datagram Protocol | 1 |
| Up to 240 characters describing this interface | 1 |
| Unique ID string | 1 |
| UDP port number | 1 |
| Turn on privileged commands | 1 |
| Turn off privileged commands | 1 |
| Transmission Control Protocol | 1 |
| Trace route to destination address or hostname | 1 |
| Trace route to destination | 1 |
| Timeout value in seconds to wait for the server | 1 |
| Time to wait for this RADIUS server to respond (overrides | 1 |
| Time in minutes | 1 |
| The remote SNMP notification host's UDP port number | 1 |
| The remote SNMP entity's UDP port number | 1 |
| The physical location of this node | 1 |
| The default authorization method list | 1 |
| The default authentication list | 1 |
| The default accounting method list | 1 |
| The HIDDEN shared key | 1 |
| Suppress routing updates on this interface | 1 |
| Suppress routing updates in an interface | 1 |
| Summary of database | 1 |
| String to uniquely identify this chassis | 1 |
| Start IP address | 1 |
| Stamp logger messages with a sequence number | 1 |
| Specify interval for load calculation for an interface | 1 |
| Specify hosts to receive SNMP notifications | 1 |
| Specify a remote SNMP entity to which the user belongs | 1 |
| Specify a RADIUS server | 1 |
| Specify Rate in packets per second | 1 |
| Specifies that an UNENCRYPTED key will follow | 1 |
| Spanning tree topology | 1 |
| Spanning Tree Subsystem | 1 |
| Source file path | 1 |
| Source address translation | 1 |
| Source MAC address | 1 |
| Show summary information | 1 |
| Show running system information | 1 |
| Show filesystem information | 1 |

| | |
|---|---|
| Show SNMPv3 groups | 1 |
| Show QoS Policy Map | 1 |
| Show QoS Class Map | 1 |
| Show IGMP group membership information | 1 |
| Set the system date and time | 1 |
| Set the source IP address | 1 |
| Set the metric for interface | 1 |
| Set the default domain name | 1 |
| Set syslog server logging level | 1 |
| Set key string | 1 |
| Set interface MAC address | 1 |
| Set buffered logging parameters | 1 |
| Set authentication list for enable | 1 |
| Set a static ARP entry | 1 |
| Set Hello multiplier for hold time | 1 |
| Send echo messages | 1 |
| Send community attribute to this neighbor | 1 |
| Self-originated link states | 1 |
| Select an interface to monitor | 1 |
| Select an interface to configure | 1 |
| SNMPv1/v2c community string or SNMPv3 user name | 1 |
| SNMP version to use for notification messages | 1 |
| SNMP community string | 1 |
| Router link states | 1 |
| Route map reference | 1 |
| Restrict this community to a named MIB view | 1 |
| Reset a terminal line | 1 |
| Rename a file | 1 |
| Redistribution of OSPF routes | 1 |
| Redistribute OSPF internal routes | 1 |
| Redistribute OSPF external routes | 1 |
| Redistribute OSPF NSSA external routes | 1 |
| Redistribute OSPF  external routes | 1 |
| Reason for reload | 1 |
| RPF across equal-cost paths | 1 |
| Query interval in seconds | 1 |
| Query Interval in seconds | 1 |
| Print summary information | 1 |
| Prefix list name | 1 |
| Ping destination address or hostname | 1 |
| Originate default route to this neighbor | 1 |
| Open a terminal connection | 1 |

| | |
|---|---|
| Open a telnet connection | 1 |
| Opaque Link-Local link states | 1 |
| Opaque Area link states | 1 |
| Opaque AS link states | 1 |
| OSPF router-id in IP address format | 1 |
| OSPF area-id in IP address format | 1 |
| Number of retries to this server for a transaction | 1 |
| Number of probes | 1 |
| Number of lines on screen (0 for no pausing | 1 |
| Network summary link states | 1 |
| Network link states | 1 |
| Network Time Protocol | 1 |
| Negate a command or set its defaults | 1 |
| Name of the view | 1 |
| Name of the user | 1 |
| Name of the physical switch | 1 |
| NTP version number | 1 |
| NSSA External link states | 1 |
| Multicast Source Discovery Protocol (MSDP | 1 |
| Modify system boot parameters | 1 |
| Modify message logging facilities | 1 |
| Maximum number of routes to accept from this peer | 1 |
| Maximum number of packets (default=10 | 1 |
| Maximum number of fastdrop routes | 1 |
| MIB view to which this community has access | 1 |
| MIB view family name | 1 |
| MIB family is included in the view | 1 |
| MIB family is excluded from the view | 1 |
| Log matches against this rule | 1 |
| Load interval delay in seconds | 1 |
| List files on a filesystem | 1 |
| List file information | 1 |
| Link state ID (as an IP address | 1 |
| Last member query interval in deciseconds | 1 |
| Interface specific description | 1 |
| Idle session timeout in minutes | 1 |
| IPv6 address of the host | 1 |
| IP subnet mask | 1 |
| IP routing table | 1 |
| IP multicast group address | 1 |
| IP group address | 1 |
| IP address or hostname of a remote system | 1 |

| | |
|---|---|
| IP address or hostname of a remote ssytem | 1 |
| IP address of ARP entry | 1 |
| IP ARP table | 1 |
| IGMP static multicast group | 1 |
| IGMP max query response value | 1 |
| IGMP last member query count | 1 |
| IGMP host query interval | 1 |
| ICMP message type | 1 |
| ICMP message code | 1 |
| Hostname or IP address of remote SNMP notification host | 1 |
| Hostname or IP address of Collector | 1 |
| Hello interval value | 1 |
| Hello Multiplier Value | 1 |
| Halt and perform a cold restart | 1 |
| Group using the User Security Model (SNMPv3 | 1 |
| Group to which the user belongs | 1 |
| Forwarding router's address | 1 |
| File to display | 1 |
| File to be deleted | 1 |
| External link states | 1 |
| Exit from configure mode | 1 |
| Enter the size of the buffer | 1 |
| Enter configuration mode | 1 |
| End of range | 1 |
| End IP address | 1 |
| Enable logging to all supported destinations | 1 |
| Enable client to client route reflection | 1 |
| Enable VmTracer on this interface | 1 |
| Enable SNMP; set community string and access privs | 1 |
| Distribute a default route | 1 |
| Distance for local routes | 1 |
| Distance for internal routes | 1 |
| Distance for external routes | 1 |
| Display the system clock | 1 |
| Display the session command history | 1 |
| Display the current privilege level | 1 |
| Display the contents of a file | 1 |
| Display current working directory | 1 |
| Display OSPF router IDs as DNS names | 1 |
| Directory or file name | 1 |
| Detailed interface information | 1 |
| Destination file path | 1 |

| | |
|---|---|
| Destination address translation | 1 |
| Destination MAC address | 1 |
| Description of the interactive help system | 1 |
| Delete all multicast routes | 1 |
| Delete a file | 1 |
| Delete IGMP group cache state | 1 |
| Define an administrative distance | 1 |
| Define an SNMPv2 MIB view | 1 |
| Define a user who can access the SNMP engine | 1 |
| Define a User Security Model group | 1 |
| Default domain name | 1 |
| DHCP server status and configuration | 1 |
| Current operating configuration | 1 |
| Copy from one file to another | 1 |
| Control distribution of default information | 1 |
| Contents of startup configuration | 1 |
| Configure the default domain name | 1 |
| Configure peer as a route reflector client | 1 |
| Configure logging for interface | 1 |
| Configure load balancing | 1 |
| Configure from the terminal | 1 |
| Configure a local or remote SNMPv3 engineID | 1 |
| Configure QoS Service Policy | 1 |
| Configure QoS Policy Map | 1 |
| Configure QoS Control-plane Service Policy | 1 |
| Configure QoS Class Map | 1 |
| Configure IP address summaries | 1 |
| Clear the session command history | 1 |
| Clear MAC access list counters | 1 |
| Clear IPv6 access list counters | 1 |
| Clear IP access list counters | 1 |
| Class of service | 1 |
| Class Map Name | 1 |
| Change current directory | 1 |
| Border and Boundary Router Information | 1 |
| BGP router-id in IP address format | 1 |
| An ordered list as a regular-expression | 1 |
| Always advertise default route | 1 |
| Advertising Router link states | 1 |
| Advertising Router (as an IP address | 1 |
| Administratively shut down this neighbor | 1 |
| Administrative distance for this route | 1 |

| | |
|---|---|
| Access list summary | 1 |
| ASBR summary link states | 1 |
| ARP type ARPA | 1 |
| AAA group definitions | 1 |
| A regular-expression to match | 1 |
| 48-bit hardware address of ARP entry | 1 |
| 32-bit tag value | 1 |