# EXHIBIT 7

# EXHIBIT 9

| Help String asserted by Cisco in Almeroth Exhibit Copying-6 | Number of Occurrences of this string in Almeroth Exhibit Copying-6 |
|---|---|
| IP address or hostname of rsh server | 5 |
| Hostname or IP address of font server | 5 |
| user using the v2c security model | 4 |
| user using the v1 security model | 4 |
| user using the v3 security model | 3 |
| specify a write view for the group | 3 |
| specify a read view for the group | 3 |
| specify a notify view for the group | 3 |
| group using the v2c security model | 3 |
| group using the v1 security model | 3 |
| fcp interface status and configuration | 3 |
| XNS interface status and configuration | 3 |
| Use the SNMPv3 noAuthNoPriv Security Level | 3 |
| Use the SNMPv3 authPriv Security Level | 3 |
| Use the SNMPv3 authNoPriv Security Level | 3 |
| TARP interface status and configuration | 3 |
| Show interface status and configuration | 3 |
| Query interval in seconds | 3 |
| OSPF router-id in IP address format | 3 |
| Interface status and configuration | 3 |
| IPX interface status and configuration | 3 |
| IP interface status and configuration | 3 |
| IGMP last member query interval | 3 |
| DECnet interface status and configuration | 3 |
| CLNS interface status and configuration | 3 |
| CEF interface status and configuration | 3 |
| CDP interface status and configuration | 3 |
| AppleTalk interface status and configuration | 3 |
| Apollo interface status and configuration | 3 |
| source ip address | 2 |
| query response value in seconds | 2 |
| ip source address | 2 |
| engineID of the remote agent | 2 |
| encryption parameters for the user | 2 |
| authentication parameters for the user | 2 |
| Use HMAC SHA algorithm for authentication | 2 |
| Use HMAC MD5 algorithm for authentication | 2 |
| Time to wait for a TACACS+ server to reply | 2 |
| Time to wait for a RADIUS server to reply | 2 |
| The remote notification host's UDP port number | 2 |
| Text for mib object sysLocation | 2 |
| Text for mib object sysContact | 2 |
| Suppress routing updates on an interface | 2 |

| | |
|---|---|
| Specify the number of retries to active server (overrides default) | 2 |
| Specify the number of retries to active server | 2 |
| Specify name of the next hop | 2 |
| Show summary information | 2 |
| Show detailed information | 2 |
| Show detailed Information | 2 |
| Set the broadcast address of an interface | 2 |
| Set the IP address of an interface | 2 |
| Send Trap messages to this host | 2 |
| Send Inform messages to this host | 2 |
| Select an interface to configure | 2 |
| Redistribute OSPF NSSA external routes | 2 |
| Read-write access with this community string | 2 |
| Read-only access with this community string | 2 |
| Name of the next hop | 2 |
| Name of the group | 2 |
| Name of the DNIS group | 2 |
| IP address of remote peer | 2 |
| IP Source address | 2 |
| Display the session command history | 2 |
| Display detailed information | 2 |
| Define the default domain name | 2 |
| Contents of startup configuration | 2 |
| Configure QoS Service Policy | 2 |
| Clear access list counters | 2 |
| Assign policy-map to the output of an interface | 2 |
| Assign policy-map to the input of an interface | 2 |
| write view name | 1 |
| timeout in seconds | 1 |
| time in seconds | 1 |
| time in minutes | 1 |
| show SNMPv3 groups | 1 |
| router-id for this OSPF process | 1 |
| read view name | 1 |
| port number | 1 |
| number of probes | 1 |
| notify view name | 1 |
| map class name | 1 |
| ip destination address | 1 |
| interval in seconds | 1 |
| identification of the contact person for this managed node | 1 |
| group using the User Security Model (SNMPv3) | 1 |
| engineID of the local agent | 1 |
| echo time interval in seconds | 1 |
| display detailed information | 1 |
| display detailed Information | 1 |

| | |
|---|---|
| detailed interface information | 1 |
| class of service | 1 |
| Wait time (default 5 seconds) | 1 |
| Verify a file | 1 |
| VPN Routing/Forwarding Instance | 1 |
| User Datagram Protocol | 1 |
| Use the default authorization list | 1 |
| Use the default authentication list | 1 |
| Use the default accounting list | 1 |
| Up to 80 characters describing this interface | 1 |
| Unique ID string | 1 |
| Turn on privileged commands | 1 |
| Turn off privileged commands | 1 |
| Transmission Control Protocol | 1 |
| Trace route to destination address or hostname | 1 |
| Trace route to destination | 1 |
| Total Number of Client Connections | 1 |
| To specify an access list | 1 |
| Timeout value in seconds to wait for server to reply | 1 |
| Timeout in seconds | 1 |
| Time to wait for this RADIUS server tp reply (overrides default) | 1 |
| Time in seconds | 1 |
| The remote SNMP entity's UDP port number | 1 |
| The physical location of this node | 1 |
| The notification host's UDP port number | 1 |
| The UNENCRYPTED (cleartext) user password | 1 |
| The UNENCRYPTED (cleartext) shared key | 1 |
| The UNENCRYPTED (cleartext) server key | 1 |
| The UNENCRYPTED (cleartext) line password | 1 |
| The UNENCRYPTED (cleartext) 'enable' password | 1 |
| The HIDDEN shared key | 1 |
| Summary of database | 1 |
| Summary Access List | 1 |
| String to uniquely identify this chassis | 1 |
| Start IP address | 1 |
| Stamp logger messages with a sequence number | 1 |
| Specify interval for load calculation for an interface | 1 |
| Specify hosts to receive SNMP notifications | 1 |
| Specify an access list number | 1 |
| Specify an access list | 1 |
| Specify a remote SNMP entity to which the user belongs | 1 |
| Specify a RADIUS server | 1 |
| Specifies an UNENCRYPTED key will follow | 1 |
| Spanning tree topology | 1 |
| Spanning Tree Subsystem | 1 |
| Source file path | 1 |

| | |
|---|---|
| Source address translation | 1 |
| Source MAC address | 1 |
| Source IP address | 1 |
| Show the contents of syslogd buffers | 1 |
| Show the contents of logging buffers | 1 |
| Show running system information | 1 |
| Show filesystem information | 1 |
| Show current privilege level | 1 |
| Show QoS Policy Map | 1 |
| Show QoS Class Map | 1 |
| Set the time and date | 1 |
| Set syslog server logging level | 1 |
| Set priority for Designated Router election | 1 |
| Set multiplier for Hello holding time | 1 |
| Set key string | 1 |
| Set designated router election priority | 1 |
| Set buffered logging parameters | 1 |
| Set authentication lists for ppp. | 1 |
| Set authentication lists for logins. | 1 |
| Set authentication lists for arap. | 1 |
| Set authentication lists for NASI. | 1 |
| Set authentication list for enable | 1 |
| Set a static ARP entry | 1 |
| Set Source IP address | 1 |
| Set Hello interval in seconds | 1 |
| Session timeout interval in minutes | 1 |
| Server status and configuration | 1 |
| Send echo messages | 1 |
| Send Community attribute to this neighbor | 1 |
| Self-originated link states | 1 |
| SNMPv1/v2c community string or SNMPv3 user name | 1 |
| SNMP version to use for notification messages | 1 |
| SNMP community string | 1 |
| Router link states | 1 |
| Route map reference | 1 |
| Restrict this community to a named MIB view | 1 |
| Reset a terminal line | 1 |
| Rename a file | 1 |
| Redistribution of OSPF routes | 1 |
| Redistribute OSPF internal routes | 1 |
| Redistribute OSPF external routes | 1 |
| Reason for reload | 1 |
| Rate in packets per second | 1 |
| Rate in Kbps | 1 |
| RPF across equal-cost paths | 1 |
| Prefix list name | 1 |

| | |
|---|---|
| Ping destination address or hostname | 1 |
| Originate default route to this neighbor | 1 |
| Open a terminal connection | 1 |
| Open a telnet connection | 1 |
| Opaque Link-Local link states | 1 |
| Opaque Area link states | 1 |
| Opaque AS link states | 1 |
| Number of retries to this server for a transaction | 1 |
| Number of packets to transmit | 1 |
| Number of packets to send. | 1 |
| Number of lines on screen (0 for no pausing) | 1 |
| Next hop address | 1 |
| Next Hop address | 1 |
| Network time protocol | 1 |
| Network summary link states | 1 |
| Network link states | 1 |
| Negate a command or set its defaults | 1 |
| Name of the view | 1 |
| Name of the user | 1 |
| Name of the profile | 1 |
| Name of the X.25 profile | 1 |
| Name of the Physical Pool | 1 |
| NTP version number | 1 |
| NSSA External link states | 1 |
| Multicast group IP address | 1 |
| Multicast Source Discovery Protocol (MSDP) | 1 |
| Modify system boot parameters | 1 |
| Modify message logging facilities | 1 |
| Maximum size of the received buffer | 1 |
| Maximum number of unreassembled packets | 1 |
| Maximum number of routes allowed | 1 |
| Maximum number of prefix accept from this peer | 1 |
| Maximum number of connections allowed | 1 |
| Maximum number of compressed connections | 1 |
| Maximum Number of Concurrent Connections | 1 |
| Match on the URG bit | 1 |
| Match on the SYN bit | 1 |
| Match on the RST bit | 1 |
| Match on the PSH bit | 1 |
| Match on the FIN bit | 1 |
| Match on the ACK bit | 1 |
| Manually set interface MAC address | 1 |
| MIB view to which this community has access | 1 |
| MIB view family name | 1 |
| MIB family is included in the view | 1 |
| MIB family is excluded from the view | 1 |

| | |
|---|---|
| Log matches against this entry | 1 |
| Load interval delay in seconds | 1 |
| List files on a filesystem | 1 |
| List file information | 1 |
| Link state ID (as an IP address) | 1 |
| Last member query interval in milliseconds | 1 |
| Interval time in seconds | 1 |
| Interval in seconds | 1 |
| Interface specific description | 1 |
| Insertion time interval in seconds | 1 |
| IP subnet mask | 1 |
| IP routing table | 1 |
| IP group address | 1 |
| IP destination address | 1 |
| IP address or hostname of system_controller | 1 |
| IP address or hostname of a remote system | 1 |
| IP address or Name of DHCP server | 1 |
| IP address of this host | 1 |
| IP address of the named host | 1 |
| IP address of the logging host | 1 |
| IP address of the host | 1 |
| IP address of remote SNMP notification host | 1 |
| IP address of remote BFE | 1 |
| IP address of peer | 1 |
| IP address of next hop | 1 |
| IP address of host | 1 |
| IP address of NTP peer | 1 |
| IP address of ARP entry | 1 |
| IP ARP table | 1 |
| IGMP static multicast group | 1 |
| IGMP max query response value | 1 |
| IGMP host query interval | 1 |
| IGMP group membership information | 1 |
| ICMP message type | 1 |
| ICMP message code | 1 |
| Hello multiplier value | 1 |
| Hello interval value | 1 |
| Hello interval in seconds | 1 |
| Halt and perform a cold restart | 1 |
| HELLO interval in seconds | 1 |
| Group to which the user belongs | 1 |
| Forwarding router's address | 1 |
| File to display | 1 |
| File to be deleted | 1 |
| External link states | 1 |
| Exit from configure mode | 1 |

| | |
|---|---|
| Erase contents of configuration memory | 1 |
| Enter configuration mode | 1 |
| End of range | 1 |
| End IP address | 1 |
| Enable proxy arp | 1 |
| Enable proxy ARP | 1 |
| Enable logging to all supported destinations | 1 |
| Enable ip routing | 1 |
| Enable SNMP; set community string and access privs | 1 |
| Enable NLSP on this interface | 1 |
| Enable IP routing | 1 |
| Distribute a default route | 1 |
| Distance metric for this route | 1 |
| Distance for local routes | 1 |
| Distance for internal routes | 1 |
| Distance for external routes | 1 |
| Display the system clock | 1 |
| Display the contents of a file | 1 |
| Display current working directory | 1 |
| Display OSPF router ids as DNS names | 1 |
| Directory or file name | 1 |
| Destination file path | 1 |
| Destination address translation | 1 |
| Destination MAC address | 1 |
| Destination IP address | 1 |
| Description of the interactive help system | 1 |
| Delete all multicast routes | 1 |
| Delete a file | 1 |
| Delete IGMP group cache entries | 1 |
| Define an administrative distance | 1 |
| Define an SNMPv2 MIB view | 1 |
| Define a user who can access the SNMP engine | 1 |
| Define a User Security Model group | 1 |
| Default next hop IP address | 1 |
| Default domain name | 1 |
| Current operating configuration | 1 |
| Copy from one file to another | 1 |
| Control distribution of default information | 1 |
| Configure the metric for interface | 1 |
| Configure logging for interface | 1 |
| Configure load balancing | 1 |
| Configure from the terminal | 1 |
| Configure client to client route reflection | 1 |
| Configure a neighbor as Route Reflector client | 1 |
| Configure a local or remote SNMPv3 engineID | 1 |
| Configure QoS Policy Map | 1 |

| | |
|---|---|
| Configure QoS Class Map | 1 |
| Configure IP address summaries | 1 |
| Clear access list counters | 1 |
| Change current directory | 1 |
| Border and Boundary Router Information | 1 |
| An ordered list as a regular-expression | 1 |
| Always advertise default route | 1 |
| Advertising Router link states | 1 |
| Advertising Router (as an IP address) | 1 |
| Administratively shut down this neighbor | 1 |
| Address or hostname of a remote system | 1 |
| ASBR summary link states | 1 |
| ARP type ARPA | 1 |
| AAA group definitions | 1 |
| A regular-expression to match hostnames | 1 |
| 48-bit hardware address of ARP entry | 1 |
| 32-bit tag value | 1 |