# EXHIBIT 8

# EXHIBIT 10

**Exhibit 10**
**John Black Supplemental Expert Report**
**Corrected List of Documents Considered**

## Expert Reports
- Opening Expert Report of Kevin Almeroth Regarding Copying, including exhibits and attachments, dated June 3, 2016

## Depositions
- Deposition Transcript and Exhibits of Kirk Lougheed, dated September 16, 2016

## Discovery and Pleadings
- Plaintiff Cisco Systems, Inc.'s Supplemental Objections and Responses to Defendant Arista Networks, Inc.'s Interrogatories (Nos. 2-10), dated May 27, 2016
- Exhibit G to Plaintiff Cisco Systems, Inc.'s Objections and Responses to Defendant Arista Networks, Inc.'s First Set of Interrogatories, dated May 27, 2016
- Exhibit H to Plaintiff Cisco Systems, Inc.'s Objections and Responses to Defendant Arista Networks, Inc.'s First Set of Interrogatories, dated May 27, 2016
- Defendant Arista Networks, Inc.'s Amended Seventh Set of Interrogatories to Plaintiff Cisco Systems, Inc.'s (No. 31), dated August 29, 2016
- Plaintiff Cisco Systems, Inc.'s Objections and Responses to Defendant Arista Networks, Inc.'s Amended Seventh Set of Interrogatories (No. 31), dated September 14, 2016.
- Exhibit I to Cisco Systems, Inc.'s Objections and Responses to Defendant Arista Networks, Inc.'s Amended Seventh Set of Interrogatories (No. 31), dated September 14, 2016
- Exhibit 1 - Cisco's Submission of Protectable Elements From Its Copyrighted Works, [D.I. 550-1 and 550-2], dated September 27, 2016

## Websites and Publications
- Dell YouTube video https://www.youtube.com/watch?v=Pel1pffyuDk
- RFC 793, Transmission Control Protocol, DARPA Internet Program Protocol Specification, dated September 1981
- http://sdf.org/ and pages therein

## Source Code
- Arista EOS 4.15.5M
- Cisco Source Code made available at Quinn Emmanuel in San Francisco, CA.

## Miscellaneous
- All Materials Considered or Cited in the Opening Expert Report of John R. Black, Jr., dated June 3, 2016
- All Materials Considered or Cited in the Rebuttal Expert Report of John R. Black, Jr., dated June 17, 2016
- Tops-20
- vEOS 4.15.5M
- IOS 12.4

1118002.01