KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 5:14-cv-05344-BLF (NC) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ARISTA NETWORKS, INC., | Date Filed:  December 5, 2014 |
| Defendant. | Trial Date:  November 21, 2016 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 18, 2016, I served the following document(s):

1. **ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (UNREDACTED VERSION)**

2. **EXHIBIT 1 TO THE DECLARATION OF JOHN R. BLACK, JR. ISO ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (UNDER SEAL)**

3. **EXHIBIT 7 TO THE DECLARATION OF RYAN WONG ISO ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (EXCERPTS FROM DEPOSITION OF PHILIP KASTEN (JUNIPER 30(B)(6))) (UNDER SEAL)**

4. **EXHIBIT 8 TO THE DECLARATION OF RYAN WONG ISO ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (EXCERPTS FROM DEPOSITION OF GAVIN CATO (DELL 30(B)(6))) (UNDER SEAL)**

5. **EXHIBIT 9 TO THE DECLARATION OF RYAN WONG ISO ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (EXCERPTS FROM DEPOSITION OF BALAJI VENKATRAMAN (HP 30(B)(6))) (UNDER SEAL)**

6. **EXHIBIT 11 TO THE DECLARATION OF RYAN WONG ISO ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (EXCERPTS FROM DEPOSITION OF TONG LIU) (UNDER SEAL)**

7. **EXHIBIT 12 TO THE DECLARATION OF RYAN WONG ISO ARISTA'S RESPONSE TO CISCO'S SUBMISSION RE PROTECTABLE ELEMENTS (EXCERPTS FROM SEPTEMBER 16, 2016 DEPOSITION OF KIRK LOUGHEED) (UNDER SEAL)**

☑ by **E-MAIL VIA PDF FILE/FTP**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Kathleen Marie Sullivan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10022<br>Tel:    (212) 849-7000<br>Fax:    (212) 869-7100<br>kathleensullivan@quinnemanuel.com | Sean Sang-Chul Pak<br>John M. Neukom<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Tel:    (415) 875-6320<br>Fax:    (415) 875-6700<br>seanpak@quinnemanuel.com<br>johnneukom@quinnemanuel.com<br>Cisco-Arista@quinnemanuel.com |
| Adam R. Alper<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA  94104<br>Tel:    (415) 439-1476<br>Fax:    (415) 439-1500<br>aalper@kirkland.com | Mark Yeh-Kai Tung<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Tel:    (650) 801-5000<br>Fax:    (650) 801-5100<br>marktung@quinnemanuel.com |
| Michael W. De Vries<br>Kirkland & Ellis LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, CA  90071<br>Tel:    (213) 680-8590<br>Fax:    (213) 680-8500<br>michael.devries@kirkland.com<br>Cisco-AristaCopyrightTeam@kirkland.com | Steven C. Cherny<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:    (212) 446-4800<br>Fax:    (212) 446-6460<br>Steven.cherny@kirkland.com |
| John M. Desmarais<br>Paul A. Bondor<br>Desmarais LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br>Fax: (212) 351-3401<br>jdesmarais@desmaraisllp.com<br>pbondor@desmaraisllp.com<br>ciscoaristaservice@desmaraisllp.com | Matthew Powers<br>William Nelson<br>Tensegrity Law Group LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA  94065<br>Tel:    (650) 802-6000<br>Fax:    (650) 802-6001<br>matthew.powers@tensegritylawgroup.com<br>william.nelson@tensegritylawgroup.com |

Executed on October 18, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Laura Lind