1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  BRIAN L. FERRALL - # 160847
   DAVID SILBERT - # 173128
3  MICHAEL S. KWUN - #198945
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   (415) 391-5400
5  Email:  rvannest@kvn.com;
   bferrall@kvn.com; dsilbert@kvn.com;
6  mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

7

8  JONATHAN M. JACOBSON, NY SBN 1350495
   CHUL PAK (*pro hac vice*)
9  DAVID H. REICHENBERG  (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue Of The Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone:  (212) 999-5800
12 Email:  jjacobson@wsgr.com; cpak@wsgr.com;
   dreichenberg@wsgr.com

13 Attorneys for Defendant ARISTA NETWORKS, INC.

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                       SAN JOSE DIVISION

18 CISCO SYSTEMS, INC.,

19              Plaintiff,

20        v.

21 ARISTA NETWORKS, INC.,

22              Defendant.

Case No. 5:14-cv-05344-BLF (NC)

**[PROPOSED] ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO REDACT/SEAL PORTIONS OF COURT'S DAUBERT ORDER**

Judge:      Hon. Beth Labson Freeman

Date Filed:  December 5, 2014

Trial Date:  November 21, 2016

23

24

25

26

27

28

1120572

1    The Court, having fully considered the papers and arguments presented by the parties,

2    hereby GRANTS Arista Networks, Inc.'s Administrative Motion to Redact/Seal the following

3    portions of the Court's *Daubert* Order:

4    • Page 18, line 21, beginning with the percentage figure, through page 19 line 1;

5    • Page 19, line 6: the percentage figure;

6    • Page 19, line 10: the percentage figure;

7    • Page 19, line 14: the percentage figure;

8    • Page 19, line 27, beginning with the percentage figure, through page 19 line 28;

9    • Page 20, line 2: the percentage figure;

10    • Page 20, line 9: the percentage figure;

11    **IT IS SO ORDERED.**

14    Dated: _____        _____

HON. BETH LABSON FREEMAN

1

1120572