| | |
|---|---|
| Kathleen Sullivan (SBN 242261) | Steven Cherny (admitted *pro hac vice*) |
| kathleensullivan@quinnemanuel.com | steven.cherny@kirkland.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | KIRKLAND & ELLIS LLP |
| 51 Madison Avenue, 22nd Floor | 601 Lexington Avenue |
| New York, NY 10010 | New York, New York 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 446-4800 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 446-4900 |
| | |
| Sean S. Pak (SBN 219032) | Adam R. Alper (SBN 196834) |
| seanpak@quinnemanuel.com | adam.alper@kirkland.com |
| Amy H. Candido (SBN 237829) | KIRKLAND & ELLIS LLP |
| amycandido@quinnemanuel.com | 555 California Street |
| John M. Neukom (SBN 275887) | San Francisco, California 94104 |
| johnneukom@quinnemanuel.com. | Telephone: (415) 439-1400 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | Facsimile: (415) 439-1500 |
| 50 California Street, 22nd Floor | Michael W. De Vries (SBN 211001) |
| San Francisco, CA 94111 | michael.devries@kirkland.com |
| Telephone: (415) 875-6600 | KIRKLAND & ELLIS LLP |
| Facsimile: (415) 875-6700 | 333 South Hope Street |
| | Los Angeles, California 90071 |
| Mark Tung (SBN 245782) | Telephone: (213) 680-8400 |
| marktung@quinnemanuel.com | Facsimile: (213) 680-8500 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | |
| 555 Twin Dolphin Drive, 5th Floor | |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | |

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | CASE NO. 5:14-cv-05344- BLF |
| Plaintiff, | |
| v. | **PLAINTIFF CISCO SYSTEMS, INC.'S TRIAL WITNESS LIST** |
| ARISTA NETWORKS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26 and the Amended Scheduling Order entered by the Court (Dkt. 406), Plaintiff Cisco Systems, Inc. ("Cisco") respectfully submits the following list of witnesses that it may call to testify at trial during its case in chief, other than solely for impeachment and/or rebuttal purposes. Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on Cisco's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness if called by Defendant. Likewise, Cisco's identification of potential witnesses below is not intended to waive Cisco's objections to the relevance or admissibility of testimony from such witnesses. Further, the subject matter of testimony listed below for witnesses also includes the subject matter of any deposition designation of such witnesses. Further, the estimated length of testimony and disclosure of whether a witness may be called live or by deposition are estimates based on the information currently in Cisco's possession, and Cisco reserves the right to amend or modify these disclosures as necessary, including by demanding a witness to appear live at trial. The estimated length of testimony provided below accounts for both direct and cross-examination.

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Beecher Adams | May Call | Live | 15 | Development, structure, operation and/or characteristics of Cisco's Network Compliance Manager products and related products |
| Kevin Almeroth, Ph.D. | Will Call | Live | 120 | Expert testimony, including but not limited to the testimony regarding the topics disclosed in his expert reports; rebuttal expert testimony relating to Arista's expert testimony |
| Christine Bakan | May Call | Live | 20 | Development, structure, operation, marketing, sales and/or characteristics of Cisco's products |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Andy Bechtolsheim | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Mark Berly | Will Call | Live | 20 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers and potential customers |
| Prakash Bettadapur | May Call | Live | 20 | Use of the '526 patented technology in Cisco's products; the importance of the '526 patent technology for creating extensible operating systems |
| Johan Bevemyr | May Call | Live/Depo. | 15 | Development, structure, operation, marketing, sales, and/or characteristics of Tail-f products and related Cisco products |
| Dylan Cannon | May Call | Live | 10 | Cisco's financial recordkeeping; Cisco's marketing and sales of its products; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| John Chambers | May Call | Live | 15 | Cisco's history, business, strategy and products |
| Judith Chevalier, Ph.D. | Will Call | Live | 60 | Expert testimony, including but not limited to the testimony regarding the topics disclosed in her expert reports; rebuttal expert testimony relating to Arista's expert testimony |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Lincoln Dale | Will Call | Live/Depo. | 45 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Kenneth Duda | Will Call | Live | 45 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Mark Foss | Will Call | Live | 20 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Charles Giancarlo | Will Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Cisco's litigation with Huawei Technologies; value and importance of Cisco IOS and CLI |
| Douglas Gourlay | May Call | Live | 20 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Sean Hafeez | May Call | Live/Depo. | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers and potential customers |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| John Hartingh | May Call | Live | 15 | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Dave Heyman | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Hugh Holbrook | Will Call | Live | 30 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Martin Hull | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Kevin Jeffay, Ph.D. | Will Call | Live | 45 | Expert testimony, including but not limited to the testimony regarding the topics disclosed in his expert reports; rebuttal expert testimony relating to Arista's expert testimony |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Soni Jiandani | May Call | Live/Depo. | 20 | Development, structure, operation and/or characteristics of Cisco's products, including its CLI; Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Juniper Networks | May Call | Live/Depo. | 20 | Knowledge of Juniper's command line interfaces |
| Mansour Karam | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Pradeep Kathail | May Call | Live | 15 | Development, structure, operation and/or characteristics of Cisco's products |
| Ram Kavasseri | May Call | Live | 15 | Cisco's development of IOS and Cisco's CLI |
| Dan Lang | May Call | Live | 20 | Cisco's licensing policies and related behavior; applications for copyrights; injuries to Cisco from Arista's use of Cisco's intellectual property |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Tong Liu | May Call | Live/Depo. | 15 | Cisco's development of IOS and Cisco's CLI |
| Kirk Lougheed | Will Call | Live | 90 | Cisco's development of IOS and Cisco's CLI |
| Dave Malik | May Call | Live/Depo. | 15 | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Kevin McCabe | May Call | Live/Depo. | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's communications with customers and potential customers; competition for high speed data center switching customers and potential customers |
| Christophe Metivier | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Carl Moberg | May Call | Live/Depo. | 15 | Development, structure, operation, marketing, sales, and/or characteristics of Tail-f products and related products |
| Paul Mustoe | May Call | Live/Depo. | 15 | U.S. Patent No. 7,047,526, including conception, reduction to practice, and inventorship |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Frank Palumbo | Will Call | Live/Depo. | 20 | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property; injuries to Cisco from Arista's use of Cisco's intellectual property |
| Devadas Patil | May Call | Live | 15 | Cisco's development of IOS and Cisco's CLI |
| Andre Pech | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Andrew Pletcher | May Call | Live | 15 | Cisco's marketing and sales of its products; Arista's marketing and sales of its products; communications with customers and potential customers; competition for high speed data center switching customers and potential customers; injuries to Cisco from Arista's use of Cisco's intellectual property |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Lorenz Redlefsen | May Call | Depo. | 10 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |
| Jeff Reed | May Call | Live | 15 | Cisco's history, business and strategy; Development, structure, operation and/or characteristics of Cisco's products |
| Phillip Remaker | Will Call | Live | 20 | Cisco's development of IOS and Cisco's CLI |
| Abhay Roy | May Call | Live | 15 | Cisco's development of IOS and Cisco's CLI |
| Anshul Sadana | Will Call | Live/Depo. | 45 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Greg Satz | May Call | Live/Depo. | 15 | Cisco's development of IOS and Cisco's CLI |
| Terry Slattery | May Call | Live/Depo. | 15 | Cisco's development of IOS and Cisco's CLI |
| Mark Smith | May Call | Live | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| David Sollender | Will Call | Live/Depo. | 15 | Arista's awareness of, access to, and use of Cisco's intellectual property; Arista's marketing and sales of its products; Arista's communications with customers and potential customers |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Adam Sweeney | Will Call | Live/Depo. | 30 | Arista's awareness of, access to, and use of Cisco's intellectual property |
| Jayshree Ullal | Will Call | Live | 30 | Arista's awareness of, access to, and use of Cisco's intellectual property and damages caused thereby |
| Tejas Vashi | May Call | Live | 10 | Cisco's training for IT professionals regarding Cisco's IOS and CLI and Cisco's investment in such training |
| Mike Volpi | Will Call | Live | 10 | The non-existence of an "industry standard" for CLI |
| David Ward | May Call | Live | 15 | Development, structure, operation and/or characteristics of Cisco's products; Cisco's history, business, strategy and products |
| Jeffrey Wheeler | May Call | Live/Depo. | 15 | U.S. Patent No. 7,047,526, including conception, reduction to practice, and inventorship |
| Mallun Yen | May Call | Live | 10 | The License Agreement between Cisco and Stanford University |
| Arista's corporate representative at trial | May Call | Live | 20 | Arista's history, business, strategy and products; Arista's copying of Cisco's copyrighted works; matters addressed by Arista during its examination |

| Name of Witness | Will Call or May Call | Live or Depo. | Length of Test. (Mins.) | Subject Matter of Testimony |
|---|---|---|---|---|
| Cisco's corporate representative at trial | May Call | Live | 10 | Development, structure, operation and/or characteristics of Cisco's products; Cisco's history, business, strategy, and products; injuries to Cisco from Arista's use of Cisco's intellectual property |

Dated:  September 21, 2016

Respectfully submitted,

*/s/ John M. Neukom*

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny (admitted *pro hac vice*)

|   |   |
|---|---|
| 1 | steven.cherny@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 2 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 3 | Telephone: (212) 446-4800 |
|   | Facsimile: (212) 446-4900 |
| 4 |   |
|   | Adam R. Alper (SBN 196834) |
| 5 | adam.alper@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 6 | 555 California Street |
|   | San Francisco, California  94104 |
| 7 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 8 |   |
|   | Michael W. De Vries (SBN 211001) |
| 9 | michael.devries@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 10 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 11 | Telephone: (213) 680-8400 |
|   | Facsimile: (213) 680-8500 |
| 12 |   |
|   | *Attorneys for Plaintiff Cisco Systems, Inc.* |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**PROOF OF SERVICE**

I further certify that, at the date entered below, I caused a true and correct copy of the foregoing to be served by transmission via electronic mail to the addresses below:

| | |
|---|---|
| Juanita R. Brooks<br>brooks@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br><br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>Ruffin B. Cordell<br>cordell@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Michael J. McKeon<br>mckeon@fr.com<br>Fish & Richardson PC<br>1425 K Street NW<br>11th Floor<br>Washington, DC 20005 | Brian L. Ferrall<br>blf@kvn.com<br>Michael S. Kwun<br>mkwun@kvn.com<br>David J. Silbert<br>djs@kvn.com<br>Robert Van Nest<br>rvannest@kvn.com<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br><br>Bradley T Tennis<br>Wilson Sonsini Goodrich and Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304<br>Email: btennis@wsgr.com<br><br>Chul Pak<br>Email: cpak@wsgr.com<br>David Reichenberg<br>Email: dreichenberg@wsgr.com<br>Jonathan M. Jacobson<br>Email: jjacobson@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>1301 Ave. of the Americas 40th Floor<br>New York, NY 10019 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2016, at San Francisco, California.

*/s/ Andrew M. Holmes*