KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Email: rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone: (202) 973-8800
Email: screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Email: jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>ARISTA NETWORKS, INC.,<br>Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br>**ARISTA'S AMENDED WITNESS LIST**<br>Judge: Hon. Beth Labson Freeman<br>Date Filed: December 5, 2014<br>Trial Date: November 21, 2016 |

## WITNESS LIST

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, and Judge Freeman's Jury Pretrial Standing Order, Arista Networks, Inc. ("Arista") hereby discloses the following witnesses for the trial of this matter. These disclosures are made based on information that is reasonably available to Arista at this time and at this stage of the proceedings. Further investigation and analysis may yield additional information. As additional information becomes available, Arista reserves the right to supplement, revise, correct, clarify or otherwise amend these disclosures.

These disclosures are made without waiver of and without prejudice to any objections Arista may have regarding the subject matter of these disclosures or individuals identified herein. Arista reserves all such objections.

## WITNESSES ARISTA EXPECTS TO CALL

Arista presently expects to present the following witnesses at the trial of this matter, subject to Arista's right to modify this list according to the developments in the case and rulings of the Court. The estimated length of each witness's testimony will depend on the circumstances of the case. Arista reserves the right to modify the estimated lengths as necessary.

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation[1] |
|---|---|---|---|---|
| 1 | Andy Bechtolsheim | Founding of Arista; Arista hardware design; fair use; asserted CLI elements; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | .5 hour | Live |
| 2 | Jeff Birnbaum | Knowledge relevant to damages. Customer preferences and uses of networking equipment and CLI. | 30 minutes | Live or by deposition |
| 3 | Dr. John Black | Dr. Black is an expert retained by Arista. He will testify on the matters disclosed in his expert | 2.5 hours | Live |

[1] For witnesses beyond of Arista's control, Arista may play deposition testimony in lieu of live testimony in the event the witness is unavailable. This list reflects Arista's good faith belief of those witnesses believed to be unavailable.

| | | | | |
|---|---|---|---|---|
| | | reports, including copyright non-infringement; non-copyrightability of asserted elements; fair use; copyright misuse. | | |
| 4 | John Chambers | Relevant market conditions; Cisco competition with Arista; fair use; copyright misuse; estoppel.<br><br>Documents on the exhibit list that were either authored or received by him. | 45 minutes | Live and by deposition |
| 5 | Mark Chandler | Relevant market conditions; Cisco competition with Arista; fair use; copyright misuse; estoppel.<br><br>Documents on the exhibit list that were either authored or received by him. | 30 minutes | Live |
| 6 | Dr. Jeffrey Chase | Dr. Chase is an expert retained by Arista. He will testify on the matters disclosed in his expert report, including patent non-infringement. | 30 minutes | Live |
| 7 | Dr. Douglas Clark | Dr. Clark is an expert retained by Arista. He will testify on the matters disclosed in his expert reports, including patent invalidity. | 30 minutes | Live |
| 8 | Ken Duda | Founding of Arista; development of EOS; accused CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 1.5 hours | Live |
| 9 | Cate Elsten | Ms. Elsten is an expert retained by Arista. She will testify on the matters disclosed in her expert reports, including copyright and patent damages and disgorgement. | 1 hour | Live |
| 10 | Anthony Li | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 30 minutes | Live |
| 11 | Anshul Sadana | Competition with Cisco; relevant market conditions; asserted CLI elements; damages issues; fair use; estoppel; | 1 hour | Live |

| | | | | |
|---|---|---|---|---|
| | | copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 12 | William Seifert | Mr. Seifert is an expert retained by Arista. He will testify on the matters disclosed in his expert report, including relevant market conditions; asserted CLI elements; fair use; estoppel; copyright misuse. | 30 min | Live |
| 13 | Adam Sweeney | Development of EOS; accused and asserted CLI elements; fair use; patent non-infringement; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 30 minutes | Live |
| 14 | Jayshree Ullal | Competition with Cisco; relevant market conditions; asserted CLI elements; damages issues; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by her. | .75 hour | Live |
| 15 | Michael Volpi | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. | 15 minutes | Live |

**WITNESSES ARISTA MAY CALL**

Arista may call the following witnesses at the trial of this matter, subject to Arista's right to modify this list according to the developments in the case and rulings of the Court. The estimated length of each witness's testimony will depend on the circumstances of the case. Arista reserves the right to modify the estimated lengths as necessary.

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| 1 | Cisco's Rule 30(b)(6) corporate designees | Cisco's Rule 30(b)(6) corporate designees may be called to testify to the topics testified to in their depositions. | 1 hour | Live and/or by deposition |
| 2 | Beecher Adams | Topics testified to as Cisco's Rule 30(b)(6) corporate designee; authenticity and/or | | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | business records status of documents on exhibit list. | | |
| 3 | Rhonda Andrew | Publicly-found “Cisco Confidential” documents. Chart re copyright presumptions; certified copies of copyright office records. | | Live |
| 4 | Prakash Bettadapur | The Patents-in-Suit and issues relating thereto. Topics testified to as Cisco’s Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | Live or by deposition |
| 5 | Johan Bevemyr | Topics testified to as Cisco’s Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | Live or by deposition |
| 6 | Mark Berly | Knowledge relevant to damages; customer preferences and uses of networking equipment and CLI. Competition with Cisco; relevant market conditions.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live |
| 7 | Leo Boulton | Knowledge relevant to Arista’s estoppel, laches, fair use and misuse defenses and damages.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 8 | Luca Cafiero | Knowledge relevant to Arista’s estoppel, laches, fair use and misuse defenses and damages.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 9 | Gavin Cato | Topics testified to as Dell’s Rule 30(b)(6) corporate | 15 minutes | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | designee; authenticity and/or business records status of documents on exhibit list. | | |
| 10 | Linda Chao | License agreement executed between Stanford and Cisco in or around 1987, including all amendments thereto; authenticity and/or business records status of documents on exhibit list. | | Live |
| 11 | Lincoln Dale | Development of EOS; accused and asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 12 | Terry Eger | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses. Development of IOS. Cisco's marketing and sales of its products.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 13 | Mark Foss | Arista's marketing and sales of its products, and Cisco's marketing and sales of its products.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live |
| 14 | Charles Giancarlo | Knowledge relevant to Arista's estoppel, laches, fair use, and misuse defenses.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live |
| 15 | Douglas Gourlay | Development, structure, operation, and/or characteristics of Arista's products including its EOS and use of CLI commands. Arista's relationship with customers and potential customers. Cisco's conduct with respect to its CLI. | | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | Documents on the exhibit list that were either authored or received by him. | | |
| 16 | Sean Hafeez | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages. Cisco competition with Arista. Cisco's relationship with customers and potential customers.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 17 | John Hartingh | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 18 | Dave Heyman | Arista's customer support and documentation.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 19 | Hugh Holbrook | Development of EOS; accused CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live |
| 20 | Martin Hull | Development of EOS; accused CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live |
| 21 | Soni Jiandani | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; relevant market conditions; Cisco | 45 minutes | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | competition with Arista.<br><br>Documents on the exhibit list that were either authored or received by her. | | |
| 22 | Philip Kasten | Topics testified to as Juniper's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | 15 minutes | Live or by deposition |
| 23 | Pradeep Kathail | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco's Tail-f products.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 24 | Ram Kavasseri | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 25 | Tong Liu | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 26 | Kirk Lougheed | Asserted CLI elements; fair use; estoppel; copyright misuse; Cisco's dispute with Stanford.<br><br>Documents on the exhibit list that were either authored or received by him. | 1 hour | Live or by deposition |
| 27 | Deepak Malik | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco competition with Arista.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| 28 | Kevin McCabe | Knowledge relevant to Arista's estoppel, fair use and misuse defenses and damages. Arista's marketing and sales of its products, and Cisco's marketing and sales of its products.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live |
| 29 | Carl Moberg | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco's Tail-f products.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 30 | Paul Mustoe | The Patents-in-Suit and issues relating thereto. Topics testified to as Cisco's Rule 30(b)(6) corporate designee; authenticity and/or business records status of documents on exhibit list. | | Live or by deposition |
| 31 | Cesar Obediente | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco competition with Arista.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 32 | Devadas Patil | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 33 | Andre Pech | Development, structure, operation, and/or characteristics of Arista's products, including its Extensible Operating System and use of CLI commands.<br><br>Documents on the exhibit list | | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | that were either authored or received by him. | | |
| 34 | Andrew Pletcher | Knowledge relevant to Arista's estoppel, laches, fair use and misuse defenses and damages; Cisco competition with Arista.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 35 | Ariff Premji | Knowledge relevant to damages; customer preferences and uses of networking equipment and CLI.<br><br>Documents on the exhibit list that were either authored or received by him. | 30 minutes | Live |
| 36 | Philip Remaker | Development of Cisco CLI. Also knowledgeable about Arista's fair use and misuse defenses.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 37 | Abhay Roy | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 38 | Greg Satz | Asserted CLI elements; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 39 | Philip Shafer | Topics testified to as Juniper's Rule 30(b)(6) corporate designee.<br><br>Documents on the exhibit list that were either authored or received by Juniper. | | Live or by deposition |
| 40 | Terry Slattery | Asserted CLI elements; fair use; estoppel; copyright | 15 minutes | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 41 | Mark Smith | Relevant market conditions; asserted CLI elements; damages issues, including information concerning Arista's customers; fair use; estoppel; copyright misuse.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live |
| 42 | David Sollender | Arista's documentation.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live or by deposition |
| 43 | Chris Summers | Knowledge relevant to damages; customer preferences and uses of networking equipment and CLI.<br><br>Documents on the exhibit list that were either authored or received by him. | 15 minutes | Live |
| 44 | Jung Tjong | The Patents-in-Suit and issues relating thereto.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 45 | Balaji Venkatraman | Hewlett-Packard's Rule 30(b)(6) corporate designee may be called to testify to the topics testified to in their depositions. | 15 minutes | Live or by deposition |
| 46 | Jeffrey Wheeler | The Patents-in-Suit and issues relating thereto.<br><br>Documents on the exhibit list that were either authored or received by him. | | Live or by deposition |
| 47 | Chris Wilson | Knowledge relevant to damages. Customer preferences and uses of | | Live |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | | networking equipment and CLI.<br><br>Documents on the exhibit list that were either authored or received by him. | | |
| 48 | Document custodian(s) from Avaya, Inc. | Avaya's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 49 | Document custodian(s) from Brocade Communications Systems, Inc. | Brocade's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 50 | Document custodian(s) from Cisco | Cisco's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 51 | Document custodian(s) from Dell Inc. | Dell's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live or by deposition |
| 52 | Document custodian(s) from D-Link | D-Link's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 53 | Document custodian(s) from Edgecore USA Corporation | Edgecore's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 54 | Document custodian(s) from Extreme USA Corporation | Extreme's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 55 | Document custodian(s) from Hewlett-Packard Enterprise | Hewlett-Packard's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live or by deposition |
| 56 | Document custodian(s) from | Juniper's custodian of records may be called to | | Live or by deposition |

| No. | Witness | Substance of Trial Testimony | Estimated Length | Manner of Presentation |
|---|---|---|---|---|
| | Juniper Networks, Inc. | testify as to the authenticity and/or business records status of documents on exhibit list. | | |
| 57 | Document custodian(s) from Lenovo | Lenovo's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 58 | Document custodian(s) from Nortel | Nortel's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |
| 59 | Document custodian(s) from Stanford | Stanford's custodian of records may be called to testify as to the authenticity and/or business records status of documents on exhibit list. | | Live |

In addition to the witnesses identified above, Arista reserves the right to call any witness identified on Cisco's witness list. Arista will counter-designate testimony of various witnesses designated by Cisco pursuant to Judge Freeman's Jury Pretrial Standing Order. Should Cisco introduce any deposition testimony it has designated for witnesses not at trial, Arista reserves the right, in rebuttal, to introduce the testimony it has counter-designated.

Dated: September 21, 2016

KEKER & VAN NEST LLP

By: */s/ Robert A. Van Nest*
ROBERT A. VAN NEST

Attorneys for Defendant
ARISTA NETWORKS, INC.