**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

Below is a key to identify documents that appear on both parties' exhibit lists. The parties reserve their objections and responses that are identified for the exhibits on their respective exhibit lists.

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 61 | 5005 |
| 62 | 5006 |
| 63 | 5007 |
| 65 | 5008 |
| 67 | 5012 |
| 75 | 5014 |
| 868 | 5016 |
| 3071 | 5026 |
| 4306 | 5036 |
| 3149 | 5051 |
| 3137 | 5052 |
| 3174 | 5074 |
| 3175 | 5075 |
| 3176 | 5076 |
| 2986 | 5078 |
| 3200 | 5093 |
| 3156 | 5129 |
| 3078 | 5147 |
| 3195 | 5180 |
| 3089 | 5182 |
| 3126 | 5183 |
| 575 | 5188 |
| 576 | 5189 |
| 579 | 5190 |
| 577 | 5191 |
| 3070 | 5208 |
| 3521 | 5241 |
| 3526 | 5245 |
| 3524 | 5246 |
| 3525 | 5249 |
| 3523 | 5251 |
| 704 | 5279 |
| 66 | 5413 |

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 974 | 5425 |
| 975 | 5426 |
| 976 | 5427 |
| 730 | 5440 |
| 496 | 5445 |
| 497 | 5449 |
| 498 | 5450 |
| 499 | 5451 |
| 500 | 5452 |
| 501 | 5453 |
| 502 | 5454 |
| 503 | 5455 |
| 504 | 5456 |
| 709 | 5501 |
| 545 | 5614 |
| 621 | 5684 |
| 156 | 5992 |
| 2869B | 6018 |
| 2936A | 6019 |
| 2936B | 6020 |
| 2959 | 6021 |
| 2900 | 6022 |
| 2729 | 6023 |
| 2807 | 6024 |
| 1691 | 6025 |
| 2409A | 6026 |
| 2409B | 6027 |
| 2094A | 6028 |
| 2094B | 6029 |
| 1871 | 6030 |
| 1609 | 6031 |
| 1523 | 6032 |
| 416 | 6095 |
| 226 | 6096 |
| 369 | 6099 |
| 266 | 6100 |
| 447 | 6130 |
| 390 | 6156 |

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 2055 | 6171 |
| 627 | 6231 |
| 629 | 6233 |
| 155 | 6238 |
| 645 | 6452 |
| 3661 | 6453 |
| 647 | 6511 |
| 650 | 6514 |
| 3721 | 6527 |
| 662 | 6562 |
| 4768 | 6567 |
| 4769 | 6568 |
| 682 | 6687 |
| 683 | 6688 |
| 684 | 6690 |
| 556 | 6691 |
| 4782 | 6692 |
| 686 | 6693 |
| 4783 | 6695 |
| 687 | 6697 |
| 4787 | 6703 |
| 688 | 6704 |
| 690 | 6707 |
| 559 | 6709 |
| 692 | 6710 |
| 694 | 6722 |
| 4313 | 6746 |
| 4314 | 6747 |
| 618 | 6782 |
| 617 | 6783 |
| 616 | 6788 |
| 3505 | 6793 |
| 3522 | 6970 |
| 546 | 7003 |
| 639 | 7292 |
| 408 | 7294 |
| 409 | 7295 |
| 3529 | 7296 |

3

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 642 | 7317 |
| 3530 | 7318 |
| 634 | 7351 |
| 13 | 7354 |
| 24 | 7355 |
| 34 | 7357 |
| 32 | 7359 |
| 1692 | 7361 |
| 2848 | 7362 |
| 2850 | 7363 |
| 2851 | 7364 |
| 2859 | 7365 |
| 2860 | 7366 |
| 2961 | 7367 |
| 2976 | 7368 |
| 2977 | 7369 |
| 2978 | 7370 |
| 2979 | 7371 |
| 2982 | 7372 |
| 2983 | 7373 |
| 2987 | 7374 |
| 3000 | 7375 |
| 2030 | 7376 |
| 2033 | 7377 |
| 2492 | 7378 |
| 2523 | 7379 |
| 1577 | 7380 |
| 2403 | 7381 |
| 2056 | 7382 |
| 1870 | 7383 |
| 2060 | 7384 |
| 2061 | 7385 |
| 2062 | 7386 |
| 2063 | 7387 |
| 2064 | 7388 |
| 2065 | 7389 |
| 2066 | 7390 |
| 2069 | 7391 |

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 2070 | 7392 |
| 2071 | 7393 |
| 2072 | 7394 |
| 2073 | 7395 |
| 2074 | 7396 |
| 2533 | 7397 |
| 2536 | 7398 |
| 2077 | 7399 |
| 2079 | 7400 |
| 2084 | 7401 |
| 2086 | 7402 |
| 2087 | 7403 |
| 1606 | 7404 |
| 1608 | 7405 |
| 3009 | 7412 |
| 3008 | 7414 |
| 3035 | 7415 |
| 3022 | 7416 |
| 3033 | 7417 |
| 3024 | 7418 |
| 3014 | 7419 |
| 3010 | 7420 |
| 3037 | 7421 |
| 3026 | 7422 |
| 3027 | 7423 |
| 3023 | 7424 |
| 3021 | 7425 |
| 3019 | 7426 |
| 3031 | 7427 |
| 3039 | 7428 |
| 3038 | 7429 |
| 3030 | 7430 |
| 3015 | 7431 |
| 3032 | 7432 |
| 3017 | 7433 |
| 3020 | 7434 |
| 3028 | 7435 |
| 3012 | 7436 |

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 3036 | 7437 |
| 3029 | 7438 |
| 3025 | 7439 |
| 3018 | 7440 |
| 3013 | 7441 |
| 3016 | 7442 |
| 3011 | 7443 |
| 3067 | 7444 |
| 3065 | 7445 |
| 3063 | 7446 |
| 3056 | 7447 |
| 3058 | 7448 |
| 3059 | 7449 |
| 3052 | 7450 |
| 3044 | 7451 |
| 3062 | 7452 |
| 3055 | 7453 |
| 3060 | 7454 |
| 3049 | 7455 |
| 3050 | 7456 |
| 3048 | 7457 |
| 3061 | 7458 |
| 3054 | 7459 |
| 3042 | 7460 |
| 3041 | 7461 |
| 3045 | 7462 |
| 3043 | 7463 |
| 3068 | 7464 |
| 3066 | 7465 |
| 3064 | 7466 |
| 3053 | 7467 |
| 3051 | 7468 |
| 3047 | 7469 |
| 3057 | 7470 |
| 3040 | 7471 |
| 3046 | 7472 |
| 3034 | 7473 |
| 854 | 7476 |

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 1272 | 7478 |
| 1273 | 7479 |
| 3206 | 7480 |
| 3242 | 7481 |
| 3125 | 7482 |
| 3132 | 7483 |
| 3117 | 7484 |
| 3210 | 7485 |
| 3113 | 7487 |
| 3183 | 7488 |
| 3238 | 7489 |
| 3236 | 7490 |
| 3245 | 7491 |
| 3243 | 7492 |
| 3194 | 7493 |
| 3146 | 7495 |
| 3239 | 7496 |
| 3178 | 7497 |
| 3177 | 7499 |
| 3227 | 7500 |
| 3192 | 7501 |
| 3088 | 7502 |
| 3170 | 7503 |
| 3147 | 7504 |
| 3230 | 7505 |
| 3237 | 7506 |
| 3123 | 7512 |
| 3197 | 7513 |
| 3122 | 7532 |
| 3164 | 7549 |
| 3092 | 7550 |
| 3165 | 7551 |
| 4394 | 7571 |
| 4672 | 7576 |
| 994 | 7613 |
| 1052 | 7615 |
| 978 | 7616 |
| 1019 | 7617 |

7

**APPENDIX E**
**Index of Duplicates on the Parties' Exhibit Lists**

| Cisco Equivalent Trial Exhibit Number | Arista Equivalent Trial Exhibit Number |
|---|---|
| 1253 | 7620 |
| 1415 | 7621 |
| 2600 | 7623 |
| 2645 | 7626 |
| 1080 | 7627 |
| 1168 | 7628 |
| 2537 | 7630 |
| 1333 | 7631 |
| 2681 | 7632 |
| 2555 | 7634 |
| 710 | 7658 |
| 3979 | 7722 |
| 4521 | 7732 |
| 221 | 7835 |
| 3504 | 8102 |
| 3506 | 8104 |
| 3507 | 8108 |
| 23 | 8230 |
| 866 | 8232 |
| 3072 | 8235 |
| 2601 | 8236 |
| 2644 | 8237 |
| 2659 | 8238 |
| 698 | 8516 |
| 699 | 8519 |
| 578 | 8971 |