Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (admitted pro hac vice)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Steven Cherny (admitted pro hac vice)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S PROPOSED VERDICT FORM**<br><br>Judge:    Hon. Beth Labson Freeman |

**YOUR ANSWERS MUST BE UNANIMOUS.**

**CISCO'S CLAIM FOR COPYRIGHT INFRINGEMENT**

1:      Has Cisco proven by a preponderance of the evidence that Arista infringed any of Cisco's copyrights?

                    YES (Infringed)          NO (Not infringed)

                    _____                    _____

**IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE ANSWER QUESTION 2. IF YOU ANSWERED "NO" TO QUESTION 1, PLEASE GO TO QUESTION 6.**

2:      Has Arista proven by a preponderance of the evidence that Arista's use of Cisco's copyrighted works was "fair use"?

                    YES (Fair use)           NO (Not fair use)

                    _____                    _____

**IF YOU ANSWERED "YES" TO QUESTION 2, PLEASE GO TO QUESTION 6. IF YOU ANSWERED "NO" TO QUESTION 2, PLEASE ANSWER QUESTIONS 3(a) and 3(b).**

3(b):   Has Cisco proven by a preponderance of the evidence that it had lost profits that were caused by the infringement?

                    YES                      NO

                    _____                    _____

02099-00004/8484465.1

3(b):    Has Cisco proven by a preponderance of the evidence that Arista earned profits caused by the infringement?

                YES                  NO

               _____              _____

**IF YOU ANSWERED "YES" TO ANY PART OF QUESTION 3, PLEASE ANSWER QUESTION 4. IF YOU ANSWERED "NO" TO BOTH PARTS OF QUESTION 3, PLEASE GO TO QUESTION 6.**

4:    What amount of money do you find should be awarded to Cisco for Arista's copyright infringement?

        Cisco's lost profits:           _____

        Arista's (Infringer's) profits:      _____

5.    Has Cisco proven that Arista's copyright infringement was willful?

                YES (Willful)      NO (Not willful)

               _____              _____

**QUESTION 6 IS ON THE NEXT PAGE.**

02099-00004/8484465.1
Case No. 5:14-cv-5344-BLF
CISCO'S PROPOSED VERDICT FORM

## CISCO'S CLAIM FOR PATENT INFRINGEMENT

6.     Has Cisco proven by a preponderance of the evidence that Arista has infringed any of the following claims of the '526 patent?

|     |     |          | YES (Infringed) | NO (Not infringed) |
|-----|-----|----------|-----------------|--------------------|
| A.  | Claim 1  | _____ | _____ |
| B.  | Claim 6  | _____ | _____ |
| C.  | Claim 10 | _____ | _____ |
| D.  | Claim 11 | _____ | _____ |
| E.  | Claim 13 | _____ | _____ |
| F.  | Claim 14 | _____ | _____ |
| G.  | Claim 15 | _____ | _____ |
| H.  | Claim 16 | _____ | _____ |
| I.  | Claim 19 | _____ | _____ |
| J.  | Claim 23 | _____ | _____ |

**QUESTION 7 IS ON THE NEXT PAGE.**

02099-00004/8484465.1

7.      Has Arista proven by clear and convincing evidence that any of the following claims of the '526 patent are invalid?

|  |  | YES (Invalid) | NO (Not invalid) |
|---|---|---|---|
| A. | Claim 1 | _____ | _____ |
| B. | Claim 6 | _____ | _____ |
| C. | Claim 10 | _____ | _____ |
| D. | Claim 11 | _____ | _____ |
| E. | Claim 13 | _____ | _____ |
| F. | Claim 14 | _____ | _____ |
| G. | Claim 15 | _____ | _____ |
| H. | Claim 16 | _____ | _____ |
| I. | Claim 19 | _____ | _____ |
| J. | Claim 23 | _____ | _____ |

**IF—FOR ANY CLAIM OF THE '526 PATENT—YOU ANSWERED "YES" FOR INFRINGEMENT (QUESTION 6) AND ANSWERED "NO" FOR INVALIDITY (QUESTION 7) FOR THE SAME CLAIM, THEN PROCEED TO QUESTION 8. OTHERWISE—IF THERE IS NO CLAIM OF THE '526 PATENT THAT YOU FOUND INFRINGED AND NOT INVALID—THEN SKIP TO THE END OF THIS VERDICT FORM AND SIGN AND DATE IT.**

8.      What amount of damages is Cisco entitled to recover as a result of Arista's patent infringement?

$_____

**QUESTION 9 IS ON THE NEXT PAGE.**

9.      Has Cisco proven that Arista's patent infringement was willful?

YES (Willful)          NO (Not willful)

\_\_\_\_\_                    \_\_\_\_\_

**PLEASE DATE AND SIGN BELOW.**

Dated: _____                    _____

**FOREPERSON**

1  Dated:  September 27, 2016                    Respectfully submitted,

2                                                 */s/ John M. Neukom*

3                                                 Kathleen Sullivan (SBN 242261)
                                                   kathleensullivan@quinnemanuel.com
4                                                 QUINN EMANUEL URQUHART &
                                                   SULLIVAN LLP
5                                                 51 Madison Avenue, 22nd Floor
                                                   New York, NY 10010
6                                                 Telephone: (212) 849-7000
                                                   Facsimile: (212) 849-7100

7
                                                   Sean S. Pak (SBN 219032)
8                                                 seanpak@quinnemanuel.com
                                                   Amy H. Candido (SBN 237829)
9                                                 amycandido@quinnemanuel.com
                                                   John M. Neukom (SBN 275887)
10                                                johnneukom@quinnemanuel.com.
                                                   QUINN EMANUEL URQUHART &
11                                                SULLIVAN LLP
                                                   50 California Street, 22nd Floor
12                                                San Francisco, CA 94111
                                                   Telephone: (415) 875-6600
13                                                Facsimile: (415) 875-6700

14                                                David Nelson (*admitted pro hac vice*)
                                                   davenelson@quinnemanuel.com
15                                                QUINN EMANUEL URQUHART &
                                                   SULLIVAN LLP
16                                                500 West Madison St., Suite 2450
                                                   Chicago, IL 60661
17                                                Telephone: (312) 705-7400
                                                   Facsimile: (312) 705-7401

18
                                                   Steven Cherny *admitted pro hac vice*)
19                                                steven.cherny@kirkland.com
                                                   KIRKLAND & ELLIS LLP
20                                                601 Lexington Avenue
                                                   New York, New York 10022
21                                                Telephone: (212) 446-4800
                                                   Facsimile: (212) 446-4900

22
                                                   Adam R. Alper (SBN 196834)
23                                                adam.alper@kirkland.com
                                                   KIRKLAND & ELLIS LLP
24                                                555 California Street
                                                   San Francisco, California  94104
25                                                Telephone: (415) 439-1400
                                                   Facsimile: (415) 439-1500

26
                                                   Michael W. De Vries (SBN 211001)
27                                                michael.devries@kirkland.com
                                                   KIRKLAND & ELLIS LLP
28                                                333 South Hope Street

1

2

Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

3

*Attorneys for Plaintiff Cisco Systems, Inc.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28