**NAME:** _____

**Juror No.:** _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>        Plaintiff, <br> vs. <br><br> ARISTA NETWORKS, INC., <br><br>        Defendant. | **[JOINT PROPOSED] JURY SELECTION QUESTIONNAIRE** |

To Prospective Jurors:

Please complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of *Cisco Systems, Inc., vs. Arista Networks, Inc.*

Please read the instructions on this page carefully and then complete the following questionnaire. Please print your answers clearly in blue or black ink. Do not leave any questions unanswered. Your answers are confidential and they will be seen only by the Judge and the attorneys for this case; your answers will not be shared with any other members of the jury panel. Complete written answers will save the Court, parties, and prospective jurors a great deal of time. If a question asks you to "explain," you must describe the circumstances or other details pertaining to your answer. You may not have enough room after the question to provide the best answer. The Court encourages you to write in the margins if you need to use the last page of the questionnaire. Complete and detailed answers may avoid further follow-up questions later in the process. Please do not write on the back of any sheet.

It is very important that the answers be yours and yours alone. You must fill out this questionnaire by yourself and without consulting any other person. Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers. You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court. Thank you for your time and effort in completing this questionnaire.

1. Full name: _____

2. Age: _____

3. Residence:    Address: _____

   City/Town: _____

   Do you own or rent?  _____

4. Marital status: (Circle one)

   Single     Married     Domestic Partner     Separated     Divorced     Widowed

5. Have you heard, read or seen anything about this case?

   YES _____ NO _____

   If Yes, please explain:
   _____
   _____
   _____
   _____
   _____
   _____
   _____

2

6. Have you, any member of your family or anyone close to you ever had any experience using the products of Cisco Systems, Inc. or Arista Networks, Inc?

    YES _____ NO _____

    If Yes, please explain:
    _____
    _____
    _____
    _____
    _____
    _____
    _____

7. Have you, any member of your family or anyone close to you ever had any memorable experience in general, either positive or negative, with either of Cisco Systems, Inc. or Arista Networks, Inc?

    YES _____ NO _____

    If Yes, please explain:
    _____
    _____
    _____
    _____
    _____
    _____
    _____

8. Have you, any member of your family, or anyone close to you or ever been employed by Cisco Systems, Inc. or Arista Networks, Inc.?

    YES _____ NO _____

    If Yes, please explain:
    _____
    _____
    _____
    _____

3

_____
_____
_____

9. Have you, any member of your family, or anyone close to you ever had a business relationship with Cisco Systems, Inc. or Arista Networks, Inc.?

    YES _____ NO _____

    If Yes, please explain:

_____
_____
_____
_____
_____
_____
_____

10. Have you, any member of your family, or anyone close to you ever owned stock in Cisco Systems, Inc. or Arista Networks, Inc.?

    YES _____ NO _____

    If Yes, please explain:

_____
_____
_____
_____
_____
_____
_____

11. What was your <u>highest level</u> of education?

    _____ 0 – 8th Grade

    _____ Some High School

    _____ High School Graduate

    _____ Some College

\_\_\_\_\_ Associate's Degree

\_\_\_\_\_ College Graduate (Bachelor's Degree)

\_\_\_\_\_ Some Graduate School

\_\_\_\_\_ Post-Graduate Degree

12. Please describe your educational background, including vocational school(s) and/or college(s) attended.

| Degree Received | Major Field of Study | School/College Attended |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

13. Have you ever been educated, employed, trained or had any experience in any of the following areas?

   a. Ethernet switches?                          YES _____ NO_____

   b. Networking technologies
      and equipment?                              YES _____ NO_____

   c. Computer servers
      or routers?                                 YES _____ NO_____

   d. Computer products,
      such as hardware or software?               YES _____ NO_____

   e. Computer programming?                       YES _____ NO_____

   f. Information technology?                     YES _____ NO_____

   g. Internet operations?                        YES _____ NO_____

   h. Engineering?                                YES _____ NO_____

   i. Law?                                        YES _____ NO_____

   j. Copyrights?                                 YES _____ NO_____

   k. Patents?                                    YES _____ NO_____

    l.  Licensing?                           YES _____  NO_____

    m.  Finance/Accounting?        YES _____  NO _____

If Yes to any of the above areas, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

14. Do you closely follow the computer or information technology industries?

    YES _____  NO _____

If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____

15. What is your current job status?

    Working full-time \_\_\_\_\_     Working part-time \_\_\_\_\_     Unemployed _____

    Homemaker \_\_\_\_\_          Retired _____          Full-time student _____

    Disabled  \_\_\_\_\_

16. What is your occupation? _____

    (PLEASE NOTE: If you are currently unemployed, retired, homemaker or disabled, please skip to question 16.)

17. Who is your employer? _____

    a. What is your present job position or title? _____

    b. Any previous position with the same employer?   YES _____   NO _____

        If Yes, please describe:

_____

_____

_____

    c. Do you supervise other people?  YES \_\_\_\_ NO\_\_\_\_

        If yes, how many people? \_\_\_\_\_

    d. How long have you been with this employer? _____

    e. Duties and responsibilities of your present job:

_____

_____

_____

_____

_____

_____

18. Please list the last three occupations / job positions you have had with dates of employment and describe your duties and responsibilities for each:

_____

_____

_____

_____

_____

_____

_____

19. Have you or someone close to you ever owned a business?

   YES _____ NO _____

   If Yes, please explain your answer:

   _____
   _____
   _____
   _____
   _____
   _____
   _____

20. What is your spouse/partner's job status?

   Working full-time _____   Working part-time _____   Unemployed _____

   Homemaker _____   Retired _____   Full-time student _____

   Disabled _____

21. What is your spouse/partner's occupation? _____

   (PLEASE NOTE: If your spouse/partner is currently unemployed, retired, homemaker or disabled, please skip to question 20.)

22. Who is your spouse/partner's employer? _____

   22a. What is your spouse/partner's present job position or title? _____

   22b. Duties and responsibilities of your spouse/partner's present job:

   _____
   _____
   _____
   _____
   _____
   _____

8

23. Please state for each child:

| Gender | Age | Occupation |
|--------|-----|------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

24. Have you, any member of your family, or anyone close to you ever applied for, or obtained a copyright or patent?

   YES _____ NO _____

   If Yes, please explain your answer:

   _____
   _____
   _____
   _____
   _____
   _____
   _____

25. Have you, any member of your family, or anyone close to you ever created an original work of authorship or invented a new product or process, even if not copyrighted or patented?

   YES _____ NO _____

   If Yes, please explain your answer:

   _____
   _____
   _____
   _____
   _____

_____

26. Have you, any member of your family, or anyone close to you ever been involved in a dispute about a copyrighted work or patent rights?

    YES _____ NO _____

    If Yes, please explain your answer:
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

27. Have you, any member of your family, or anyone close to you ever been in a situation where somebody else stole a creative work, or a product, process or idea that you (or your family member etc.) developed, and then sold it without permission?

    YES _____ NO _____

    If Yes, please explain your answer:
    _____
    _____
    _____
    _____
    _____
    _____
    _____

28. Have you, any member of your family, or anyone close to you currently work for, or ever worked for, a company that has copyrighted works or patented products or processes?

    YES _____ NO _____

    If Yes, please explain your answer:
    _____

_____
_____
_____
_____
_____
_____
_____

29. Have you, any member of your family, or anyone close to you currently work for, or ever worked for, a company that was involved in a copyright or patent dispute?

    YES _____ NO _____

    If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____
_____

30. Have you or someone close to you had any dealings with the United States Copyright Office or the United States Patent and Trademark Office?

    YES _____ NO _____

    If Yes, please explain your answer:

_____
_____
_____
_____
_____
_____
_____
_____

31. Have you, any member of your family, or anyone close to you ever been employed by the United States Copyright Office or the United States Patent and Trademark Office?

    YES _____ NO _____

    If Yes, please explain your answer:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

32. Do you have any strong opinions about (or memorable experiences with) copyrights, patents, the United States Copyright Office or the United States Patent and Trademark Office?

    YES _____ NO _____

    If Yes, please explain your answer:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

33. Have you, any member of your family, or anyone close to you ever been a victim of fraud?

    YES _____ NO _____

    If Yes, please explain:

    _____
    _____
    _____

_____
_____
_____
_____
_____

34. Have you or someone close to you ever been employed by the government or been in the military?

    YES _____ NO _____

    If Yes, please explain:

_____
_____
_____
_____
_____
_____
_____

35. What do you like to do in your spare time (for example: list specific hobbies, interests, television shows, magazines, sports, movies, books, etc.)?

_____
_____
_____
_____
_____
_____
_____

36. Please list any clubs, associations, organizations or civic groups that you belong to.

_____
_____
_____
_____
_____
_____

13

_____

37. If you have served before as a juror in a civil or criminal case, please describe your experience below:

    | Date | Civil/Criminal | Type of Case | Verdict |
    |------|----------------|--------------|---------|
    | _____ | _____ | _____ | _____ |
    | _____ | _____ | _____ | _____ |
    | _____ | _____ | _____ | _____ |
    | _____ | _____ | _____ | _____ |

    Were you ever the jury foreperson?   YES _____ NO _____

38. Have you ever been a party to a lawsuit, whether civil or criminal?

    YES _____ NO _____

    If Yes, were you:   Plaintiff _____   Defendant _____

    What was the nature of the case?
    _____
    _____
    _____
    _____
    _____
    _____
    _____

39. With regards to the persons listed on the Witness List and Attorneys List attached, do you know or have any experience with any of the identified individuals or parties?

    YES _____ NO _____

    If Yes, please identify those individuals or parties and explain what you know or your relationship(s).  If you have any strong feelings about any of these parties, please note that also.
    _____
    _____
    _____

_____
_____
_____
_____

40. Are you aware of any reason(s) why you would be unable to render a verdict based solely on the evidence presented at trial or follow the law as instructed by the Judge?

    YES _____ NO _____

    If Yes, please explain your answer:
_____
_____
_____
_____
_____
_____
_____

41. Can you read, write, and understand the English language with a degree of proficiency sufficient to fill out the juror qualification form?

    YES _____ NO _____

42. Do you have any physical problem with your sight, hearing or anything else that would make it difficult to see evidence, hear testimony or sit for long periods?

    YES _____ NO _____

    If Yes, please explain:

_____
_____
_____
_____
_____
_____

43. Are you regularly taking any medication that could affect your memory or ability to serve in general?

    YES _____ NO _____

    If Yes, please explain:
    _____
    _____
    _____
    _____
    _____
    _____
    _____

44. Do you have any other concerns or limitations that would prevent you from serving as a juror?

    YES _____ NO _____

    If Yes, please explain:
    _____
    _____
    _____
    _____
    _____
    _____
    _____

45. If you were a party to this case – either Cisco Systems, Inc. or Arista Networks, Inc.– would there be any reason you would not want yourself to be a juror?

    YES _____ NO _____

    If Yes, please explain your answer:
    _____
    _____
    _____
    _____

_____
_____

I declare under the penalty of perjury that the foregoing information is true and correct.

Signature: _____  Date: _____