| | |
|---|---|
| Kathleen Sullivan (SBN 242261)<br>kathleensullivan@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>John M. Neukom (SBN 275887)<br>johnneukom@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David Nelson (*admitted pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>500 W Madison St, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7465<br>Facsimile: (312) 705 7401<br><br>[Additional counsel listed on signature page]<br><br>ATTORNEYS FOR PLAINTIFF CISCO<br>SYSTEMS, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>BRIAN L. FERRALL - # 160847<br>bferrall@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHAEL S. KWUN - # 198945<br>mkwun@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>ATTORNEYS FOR DEFENDANT ARISTA<br>NETWORKS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   vs.<br><br>ARISTA NETWORKS, INC.,<br><br>   Defendant. | CASE NO. 5:14-cv-5344-BLF<br><br>**ARISTA'S STATEMENT CONCERNING**<br>**JURY INSTRUCTION ARGUMENTS**<br><br>Final Pretrial Conference: November 3, 2016<br>Dep't:  Courtroom 3, 5th Floor<br>Judge:  Hon. Beth Labson Freeman<br>Trial Date:  November 21, 2016 |

The Court's Standing Order requires that, as part of the jury instruction filing, "[e]ach party should support its position regarding a disputed instruction with a brief argument and citation to relevant authority, set forth immediately following the disputed instruction."  Standing Order re Final Pretrial Conference—Jury Trial, Section C.5.c.iii.  Arista stands ready to do so.  However, Cisco informed Arista today after the close of business that it would not submit its arguments today—the Court-ordered deadline.  *See* Operative Scheduling Order, ECF 406 (ordering submission of jury materials by October 21).  While Arista is loathe to let that deadline pass, it also believes that fairness requires a simultaneous filing as the Standing Order provides, rather than allowing Cisco a unilateral reply.  Accordingly, Arista will file its arguments together with Cisco's when Cisco is ready.  Should the Court wish to see Arista's arguments before then, it will file them immediately.

Finally, Arista notes that Cisco never raised the idea of exchanging arguments until after the close of business today, the deadline for filing them, and appears to have nothing ready to exchange.

DATED:  October 21, 2016                     Respectfully submitted,

*/s/  Brian L. Ferrall*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
DAVID J. SILBERT - # 173128
dsilbert@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

*Attorneys for Defendant Arista Networks, Inc.*

-1-                                              Case No. 5:14-cv-5344-BLF