Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | CASE NO. 5:14-cv-5344-BLF (NC)<br><br>**CISCO'S STATEMENT CONCERNING JURY INSTRUCTION ARGUMENTS**<br><br>Final Pretrial Conf.:  November 3, 2016<br>Dept: Courtroom 3 - 5th Floor<br>Judge: Hon. Beth Labson Freeman |

1    Earlier this evening, Arista counsel filed the parties' joint submission re: jury instructions. *See* Dkt. 597. Thereafter, Arista filed a "statement" regarding jury instructions. *See* Dkt. 598.

Counsel for the parties have been cooperating, exchanging drafts of pre-trial materials, and meeting-and-conferring on the proposed jury instructions. As of this evening, however, (i) neither side (neither Arista nor Cisco) has "exchanged" its written arguments to support its version of disputed jury instructions with the other , and (ii) the parties continue to dispute a series of instructions that Cisco believes further meeting-and-conferring should resolve. As of this evening, it is unclear to Cisco whether Arista is willing to continue to meet-and-confer to see if the list of disputed instructions can be narrowed (as Cisco hopes), and if Arista is willing to exchange written argument on the disputed instructions (between the parties) before such arguments are filed with the Court.

Because neither side has yet provided its "argument" sections to the other as of midnight tonight, Cisco believes that it would best assist the Court to file the written arguments on the disputed jury instructions after (i) further meeting and conferring, in efforts to reduce the number of disputed instructions, and (ii) mutual exchanges and revisions of written argument on disputed instructions, so that the points of disagreement on remaining, disputed instructions are more clearly framed for the Court.  Moreover, because the Court's Standing Order requires the parties' proposed jury instructions to be filed 7 days before the final pretrial conference, and because the final pretrial conference for this case is scheduled for November 3, Cisco believes that 5 days remain for this process. (So long as the parties file their written arguments on disputed jury instructions on or before October 27, that would be 7 days or more prior to the final pretrial conference.)

If the Court would nonetheless like immediate submission of the parties' arguments on disputed jury instructions (more than 7 days before the final pretrial conference), Cisco (like Arista) stands ready to file such materials immediately. Barring that, Cisco intends to continue to engage Arista for (i) further meeting-and-conferring on disputed instructions; (ii) mutual exchanges, and then responsive edits, for the parties' written arguments before they are submitted

1  to the Court, and (iii) a joint submission to the Court this coming week (on or before October 27)

2  with less disputed instructions and with written argument from both sides for all such disputes

3

4  Dated: October 21, 2016                    Respectfully submitted,

5  /s/ John M. Neukom

6  Kathleen Sullivan (SBN 242261)
   kathleensullivan@quinnemanuel.com
7  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
   51 Madison Avenue, 22nd Floor
8  New York, NY 10010
   Telephone: (212) 849-7000
9  Facsimile: (212) 849-7100

10 Sean S. Pak (SBN 219032)
   seanpak@quinnemanuel.com
11 Amy H. Candido (SBN 237829)
   amycandido@quinnemanuel.com
12 John M. Neukom (SBN 275887)
   johnneukom@quinnemanuel.com.
13 QUINN EMANUEL URQUHART &
   SULLIVAN LLP
14 50 California Street, 22nd Floor
   San Francisco, CA 94111
15 Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

16
   David Nelson (*admitted pro hac vice*)
17 davenelson@quinnemanuel.com
   QUINN EMANUEL URQUHART &
18 SULLIVAN LLP
   500 W Madison St, Suite 2450
19 Chicago, IL 60661
   Telephone: (312) 705-7465
20 Facsimile: (312) 705 7401

21 Steven Cherny *admitted pro hac vice)*
   steven.cherny@kirkland.com
22 KIRKLAND & ELLIS LLP
   601 Lexington Avenue
23 New York, New York 10022
   Telephone: (212) 446-4800
24 Facsimile: (212) 446-4900

25 Adam R. Alper (SBN 196834)
   adam.alper@kirkland.com
26 KIRKLAND & ELLIS LLP
   555 California Street
27 San Francisco, California  94104
   Telephone: (415) 439-1400
28 Facsimile: (415) 439-1500

1
2   Michael W. De Vries (SBN 211001)
    michael.devries@kirkland.com
3   KIRKLAND & ELLIS LLP
    333 South Hope Street
4   Los Angeles, California 90071
    Telephone: (213) 680-8400
5   Facsimile: (213) 680-8500

6   *Attorneys for Plaintiff Cisco Systems, Inc.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28