**IRELL & MANELLA LLP**
Jonathan Kagan (70446)
JKagan@Irell.com
Joshua Glucoft (301249)
JGlucoft@Irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Non-party*
Juniper Networks, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> ARISTA NETWORKS, INC., <br><br>  Defendant. | Case No. 5:14-cv-05344-BLF (PSG) <br><br> **DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF NONPARTY JUNIPER NETWORKS, INC. IN SUPPORT OF ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 584)** <br><br> Judge: Hon. Beth Labson Freeman |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10080139

- 1 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO ARISTA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

## DECLARATION OF JOSHUA GLUCOFT

I, Joshua Glucoft, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for non-party Juniper Networks, Inc. ("Juniper") with respect to the third-party subpoena served by defendant Arista Networks, Inc. ("Arista") in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. Except where indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Arista's Administrative Motion to File Documents Under Seal (Docket No. 584), which moves the Court for an order to file under seal, among other things, the following items related to non-party Juniper:

- Select portions of pages 8 and 14 of Arista's Response to Cisco's Submission re Protectable Elements; and
- Exhibit 7 to the Declaration of Ryan Wong in Support of Arista's Response to Cisco's Submission re Protectable Elements.

In this declaration, I explain why the material cited above is sealable pursuant to Civil Local Rule 79-5 and provide additional facts in support of Arista's Administrative Motion to File Documents Under Seal to the extent that the administrative motion pertains to Juniper.

3. The exhibit described above is an excerpt of the transcript of the deposition of Philip Kasten as Juniper's corporate designee pursuant to a subpoena served on Juniper by Arista, and the relevant portions of Arista's response directly paraphrases that transcript. The transcript reflects substantive discussion of the technical underpinnings and development of Juniper's highly proprietary software—which contains much information that Juniper maintains as trade secrets. Juniper expends significant effort in maintaining the secrecy of its software architecture and development, including, for example, implementing strict screening procedures for visitors to its engineering campus. Public disclosure of essential nonpublic facts about Juniper's software development could materially impair Juniper's intellectual property rights and could cause serious competitive consequences to Juniper's business positioning.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10080139

- 2 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO ARISTA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)

4. In light of the foregoing, there are compelling reasons to seal the exhibit described above.

Executed on October 24, 2016 in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*/s/ Joshua Glucoft*
Joshua Glucoft

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10080139

- 3 -

DECLARATION OF JOSHUA GLUCOFT ON BEHALF OF
NON-PARTY JUNIPER ISO ARISTA'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 5:14-cv-05344-BLF (PSG)