KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ARISTA NETWORKS, INC., <br><br>　　　　Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br>**NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S ORDER RE MOTIONS TO SEAL (ECF 522, 530, 553, 561)** <br><br>Judge:　　Hon. Beth Labson Freeman <br><br>Date Filed:  December 5, 2014 <br><br>Trial Date:  November 21, 2016 |

Pursuant to the Court's Order Regarding the Motions to Seal portions of briefing and exhibits in support of the parties motions in limine, Arista hereby files publicly Attachments 1-16 to this Notice of Public Filing, which correspond to the appropriate documents or portions of documents the Court ordered be filed publicly in connection with Arista's administrative motions to seal (ECF 522 AND 553).

| Original ECF | Document | Attachment |
|---|---|---|
| 522 | Arista's Motion in Limine No. 5 to Exclude Evidence and Argument Regarding Documents Labeled as "Confidential" to Cisco | 1. |
| 522-8 | Exhibit A to the Wong Decl. (Excerpts from the Cisco Trial Exhibit List) | 2. |
| 522-20 | Exhibit Y to the Wong Decl. (Drew Pletcher Deposition Transcript Excerpts) | 3. |
| 522-22 | Exhibit Z to the Wong Decl. (Deepak Malik Deposition Transcript Excerpts) | 4. |
| 553-4 | Arista's Opposition to Cisco's Motion in Limine No. 1 | 5. |
| 553-6 | Arista's Opposition to Cisco's Motion in Limine No. 2 | 6. |
| 553-8 | Arista's Opposition to Cisco's Motion in Limine No. 4 | 7. |
| 553-12 | Arista's Opposition to Cisco's Motion in Limine No. 5 | 8. |
| 553-16 | Exhibit 8 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions in Limine Nos. 1–5 (Excerpts from the May 20, 2016 Dep. Tr. of Gavin Cato) | 9. |
| 553-20 | Exhibit 10 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions in Limine Nos. 1–5 (Excerpts from the May 2, 2016 Dep. Tr. of Balaji Venkatraman) | 10. |
| 553-24 | Exhibit 12 to the Declaration of Ryan Wong in Support of Arista's Opposition to Cisco's Motions in Limine Nos. 1–5 (Excerpts from the March 31, 2016 Dep. Tr. of Phillip Remaker) | 11. |
| 553-26 | Exhibit 19 to the Wong Decl. (Excerpts from the June 7, 2016 Dep. Tr. of Frank Palumbo) | 12. |

| Original ECF | Document | Attachment |
|---|---|---|
| 553-30 | Exhibit 23 to the Wong Decl. ("Exhibit 2" to the Opening Expert Report of Kevin Almeroth) | 13. |
| 553-32 | Exhibit 27 to the Wong Decl. (Transcript Excerpts from Jan. 29, 2016 Dep. of Adam Sweeney) | 14. |
| 553-34 | Exhibit 31 to the Wong Decl. (Excerpts from May 25, 2016 Dep. Tr. of Terry Eger) | 15. |
| 553-38 | Exhibit 35 to the Wong Decl. (Cisco Internal Document) | 16. |

Dated: November 1, 2016                    KEKER & VAN NEST LLP

                                 By:   *s/ Brian L. Ferrall*
                                       ROBERT A. VAN NEST
                                       BRIAN L. FERRALL
                                       DAVID SILBERT
                                       MICHAEL S. KWUN

                                       Attorneys for Defendant
                                       ARISTA NETWORKS, INC.