# ATTACHMENT 2

CISCO TRIAL EXHIBIT LIST
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| PTX NO. | DATE | DESCRIPTION | BEG BATES | END BATES | PURPOSE & SPONSORING WITNESS* | DEFENDANT'S OBJS | PLAINTIFF RESPONSES TO OBJS | FOR COURT USE |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/31/2010 | Arista Networks EOS User Manual Version 4.4.0 | CSI-CLI-00007473 | CSI-CLI-00007840 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 2 | 4/8/2009 | Arista Networks EOS User Manual Version 4.0.1 | CSI-CLI-00007244 | CSI-CLI-00007472 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 3 | 3/28/2011 | Arista Networks EOS User Manual Version 4.6.2 | CSI-CLI-00006858 | CSI-CLI-00007243 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 4 | 7/19/2012 | Arista Networks EOS User Manual Version 4.10.0 | CSI-CLI-00007841 | CSI-CLI-00008984 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 5 | 1/22/2013 | Arista Networks EOS User Manual Version 4.11.1 - Rev. 2 | CSI-CLI-00010517 | CSI-CLI-00011972 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 6 | 3/1/2013 | Arista Networks EOS User Manual Version 4.11.2.1 | CSI-CLI-00008985 | CSI-CLI-00010516 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 7 | 9/16/2013 | Arista Networks EOS User Manual Version 4.12.4 | CSI-CLI-00014141 | CSI-CLI-00016000 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 8 | 6/17/2014 | Arista Networks EOS User Manual Version 4.13.7M | CSI-CLI-00011973 | CSI-CLI-00014140 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 9 | 10/2/2014 | Arista Networks EOS User Manual Version 4.14.3F - Rev. 2 | CSI-CLI-00018146 | CSI-CLI-00020337 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 10 | 12/22/2014 | Arista Networks EOS User Manual Version 4.14.5F - Rev. 2 | CSI-CLI-00000084 | CSI-CLI-00002331 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 11 | 1/19/2015 | Arista Networks EOS User Manual Version 4.14.6M | CSI-CLI-00004616 | CSI-CLI-00006857 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |
| 12 | 4/2015 | Arista Networks EOS User Manual Version 4.15.OF - Rev. 2.27 | CSI-CLI-00020575 | CSI-CLI-00022852 | CR infringement, Patent infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Jeffay, Arista Corporate Representative, Arista engineer(s) | | | |

\* Arista engineer(s): Bechtolsheim, Berly, Dale, Duda, Gourlay, Hafeez, Heymann, Holbrook, Hull, Metivier, Pech, Redlefsen, Sadana, Sollender, Sweeney, Ullal
Cisco engineer(s): Jain, Jiandani, Kavasseri, Liu, Lougheed, Mellacheruvu, Patil, Remaker, Roy, Satz, Slattery, Subburayan

| # | Date | Description | Beg Bates | End Bates | Purpose / Witnesses | | | |
|---|---|---|---|---|---|---|---|---|
| 564 | 3/2/2011 | "The History of the IBM Personal Computer," by John Koenig appearing in *Computer Magazine* | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth | | | |
| 565 | 7/2/2014 | "Arista Partners: Our Business is Booming as Competition with Cisco Heats Up," by Kristin Bent appearing on *CRN* | | | CR infringement, Damages, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Almeroth, Jiandani | | | |
| 566 | 3/20/2014 | "An ex-Cisco exec reflects," by Adam Lashinsky appearing in *Fortune* | CSI-CLI-0356028 | CSI-CLI-0356033 | CR infringement, Damages, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth, Ullal | | | |
| 567 | 1/20/2014 | "first steps with Arista networks," by Romain Aviolat appearing on the CyberSmashup website | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth | | | |
| 568 | 2/2/2016 | "Protecting IP or Market Share?" Kenneth Duda blog posting | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth, Duda | | | |
| 569 | 7/15/2015 | "Why Java APIs and Industry-Standard CLIs are Different," Kenneth Duda blog posting | CSI-CLI--01300632 | CSI-CLI--01300634 | CR infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representattive, Arista engineer(s), Almeroth, Duda | | | |
| 570 | | Getting Started in the IETF web page | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth | | | |
| 571 | 12/19/2014 | "Arista is Steadfast in Pioneering Innovation - Despite Repetitive Accusations and Blogs," Charlie Giancarlo blog posting | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth, Giancarlo | | | |
| 572 | | IEEE web page | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth | | | |
| 573 | 2/2/2016 | Initial Determination from ITC Investigation No. 337-TA-944 | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth | | | |
| 574 | | JunosE Dates & Milestones web page | | | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Arista corporate representative, Arista engineer(s), Almeroth, Juniper | | | |
| 575 | 1/27/1986 | "A Multiple Protocol Kernel for Local Area Network Software Development Reference Manual," by William J. Yeager | KL-00000001 | KL-00000093 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Stanford, Lougheed, Arista engineer(s) | | | |
| 576 | | "Chaosnet," by David A. Moon | KL-00000186 | KL-00000250 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Lougheed, Arista engineer(s) | | | |
| 577 | 9/1987 | DECnet Digital Network Architecture (Phase V), publication of digital equipment corporation | KL-00000251 | KL-00000380 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Lougheed, Arista engineer(s) | | | |
| 578 | 12/1984 | X.25: The PSN Connection; An Explanation of Recommendation X.25, publication of Hewlett Packard | KL-00000381 | KL-00000563 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Lougheed, Arista engineer(s) | | | |
| 579 | 8/27/1984 | Tops-20 Reference Manual | KL-00000564 | KL-00000654 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Lougheed, Arista engineer(s) | | | |
| 580 | Winter 1985 | Papers from the USENIX Association Conference | KL-00000655 | KL-00000864 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Almeroth, Lougheed, Arista engineer(s) | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3474B | 11/8/2011 | Arista presentation slides, "Redefining Data Center Networking" [Native] | ANI-ITC-944_945-3669283 | ANI-ITC-944_945-3669283 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 3475A | 9/30/2011 | Arista presentation slides, "Building Next Generation Edge Networks" | ANI-ITC-944_945-3669294 | ANI-ITC-944_945-3669325 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 3475B | 9/30/2011 | Arista presentation slides, "Building Next Generation Edge Networks" [Native] | ANI-ITC-944_945-3669294 | ANI-ITC-944_945-3669294 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 3476A | 4/13/2015 | Arista presentation slides, "Customer Win: City of Greensboro" | ANI-ITC-944_945-3670170 | ANI-ITC-944_945-3670176 | CR infringement, Rebuttal to Arista's affirmative defenses, Damages<br><br>Berly, Arista corporate representative, Arista engineer(s) | | | |
| 3476B | 4/13/2015 | Arista presentation slides, "Customer Win: City of Greensboro" [Native] | ANI-ITC-944_945-3670170 | ANI-ITC-944_945-3670170 | CR infringement, Rebuttal to Arista's affirmative defenses, Damages<br><br>Berly, Arista corporate representative, Arista engineer(s) | | | |
| 3477A | 1/7/2014 | Arista presentation slides, "Arista vs Cisco Nexus" | ANI-ITC-944_945-3671517 | ANI-ITC-944_945-3671611 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3477B | 1/7/2014 | Arista presentation slides, "Arista vs Cisco Nexus" | ANI-ITC-944_945-3671517 | ANI-ITC-944_945-3671517 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3478A | 3/8/2012 | Cisco presentation slides, "Introduction to VPC and FabricPath" | ANI-ITC-944_945-3676980 | ANI-ITC-944_945-3677035 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3478B | 3/8/2012 | Cisco presentation slides, "Introduction to VPC and FabricPath" [Native] | ANI-ITC-944_945-3676980 | ANI-ITC-944_945-3676980 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3479 | 11/27/2006 | Cisco technical report, "Catalyst 4500 Series Layer 2 Plus K5 Supervisor 'Mara,'" by Justin Lei | ANI-ITC-944_945-3678738 | ANI-ITC-944_945-3678762 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3480 | 2011 | Cisco publication, "Jawbreaker: An Open Architecture for Massively Scalable Data Centers," by Bhushan Kanekar, et al. | ANI-ITC-944_945-3680401 | ANI-ITC-944_945-3680414 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3481A | 11/30/2010 | Cisco presentation slides, "The New Cisco Nexus 5500 Platform" | ANI-ITC-944_945-3681916 | ANI-ITC-944_945-3681992 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |
| 3481B | 11/30/2010 | Cisco presentation slides, "The New Cisco Nexus 5500 Platform" [Native] | ANI-ITC-944_945-3681916 | ANI-ITC-944_945-3681916 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages<br><br>Sadana, Pech, Ullal, Smith, Sweeney, Duda, Hafeez, Arista engineer(s), Arista corporate representative. | | | |

| # | Date | Description | Beg Bates | End Bates | Subject / Witnesses | | | |
|---|---|---|---|---|---|---|---|---|
| 3737 | 6/20/2008 | Anshul Sadana email to Andre Pech et al. w/ thread | ARISTANDCA11413236 | ARISTANDCA11413239 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Pech, Sweeney, Arista corporate representative, Hafeez, Duda | | | |
| 3738 | 6/20/2008 | Andre Pech email to Anshul Sadana et al. w/ thread | ARISTANDCA11413240 | ARISTANDCA11413243 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Pech, Sweeney, Arista corporate representative, Hafeez, Duda | | | |
| 3739 | 1/4/2011 | Mark Foss email to Jayshree Ullal et al. w/ thread | ARISTANDCA11418818 | ARISTANDCA11418820 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Eger, Ullal, Sweeney, Duda, Sadana, Foss, Smith, Arista engineer(s), Gourlay | | | |
| 3740 | 1/4/2011 | Jayshree Ullal email to Mark Foss et al. w/ thread | ARISTANDCA11418821 | ARISTANDCA11418823 | CR Infringement, Rebuttal to Arista's affirmative defenses<br>Eger, Ullal, Sweeney, Duda, Sadana, Foss, Smith, Arista engineer(s), Gourlay | | | |
| 3741 | 11/8/2010 | Competitive Overview: Arista Networks | ARISTANDCA11424063 | ARISTANDCA11424064 | CR infringement, Rebuttal to Arista's affirmative defenses<br>McCabe, Smith, Ullal, Berly, Arista Corporate representative | | | |
| 3742 | 7/12/2011 | Mark Berly email to Wes Robinson et al. w/ thread | ARISTANDCA11424984 | ARISTANDCA11424984 | CR infringement, Rebuttal to Arista's affirmative defenses<br>Berly, Arista corporate representative, Arista engineer(s) | | | |
| 3743 | 7/20/2011 | Jayshree Ullal email to "sales-team" w/ attachment | ARISTANDCA11425185 | ARISTANDCA11425186 | CR infringement, Rebuttal to Arista's affirmative defenses<br><br>Foss, Arista corporate representative, Arista engineer(s), Bechtolsheim, Ullal, Karam, Hull, Berly, Pech, Redlefsen, Sollender, Sweeney, Hafeez, Gourlay | | | |
| 3744 | 7/25/2011 | Anshul Sadana email to Yajian Huang w/ attachment | ARISTANDCA11425285 | ARISTANDCA11425285 | CR infringement, Rebuttal to Arista's affirmative defenses<br><br>Hafeez, Heyman, Ullal, Sollender, Bechtolsheim, Hull, Holbrook, Berly, Karam, Peck, Redlefsen, Sweeney, Gourlay, Dale, Arista corporate representative, Arista engineer(s) | | | |
| 3745 | | Part Description and Price list spreadsheet attached to above email | ARISTANDCA11425286 | ARISTANDCA11425286 | CR infringement, Rebuttal to Arista's affirmative defenses<br><br>Hafeez, Heyman, Ullal, Sollender, Bechtolsheim, Hull, Holbrook, Berly, Karam, Peck, Redlefsen, Sweeney, Gourlay, Dale, Arista corporate representative, Arista engineer(s) | | | |
| 3746 | 10/4/2011 | Sean Hafeez email to Max Mehech et al. w/ thread | ARISTANDCA11427608 | ARISTANDCA11427611 | CR infringement, Rebuttal to Arista's affirmative defenses<br>Hafeez, Arista corporate representative, Duda, Sweeney, Holbrook, Arista engineer(s) | | | |
| 3747 | 10/17/2011 | Ariff Premji email to Simon Capper et al. w/ thread | ARISTANDCA11428125 | ARISTANDCA11428129 | CR infringement, Rebuttal to Arista's affirmative defenses<br><br>Hafeez, Heyman, Ullal, Sollender, Bechtolsheim, Hull, Holbrook, Berly, Karam, Peck, Redlefsen, Sweeney, Gourlay, Dale, Arista corporate representative, Arista engineer(s) | | | |
| 3748 | 11/15/2012 | Jayshree Ullal email to Anshul Sadana et al. w/ thread | ARISTANDCA11436019 | ARISTANDCA11436024 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Sweeney, Ullal, Redelfsen, Bechtolsheim, Sadana, Sollender, Duda, Smith, Arista corporate representative, Arista engineer(s) | | | |

| # | Date | Description | Beg Bates | End Bates | Subject / Witness |
|---|---|---|---|---|---|
| 4251 | 1/26/2015 | Raju Kankipati email to Akshay Gattani et al. w/ thread | ARISTANDCA12796001 | ARISTANDCA12796005 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages / Arista corporate representative |
| 4252 | Various | Kenneth Duda notes regarding meetings w/ Vmware | ARISTANDCA13035335 | ARISTANDCA13035339 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages / Duda, Arista corporate representative |
| 4253 | 2/27/2012 | Research in Motion Limited Request for Proposal for 10G Commodity Switching Project | ARISTANDCA13613685 | ARISTANDCA13613717 | CR Infringement, Rebuttal to Arista's affirmative defenses, damages / Arista corporate representative |
| 4254 | 8/20/2009 | Kenneth Duda email to Sean Hafeez w/ thread | ARISTANDCA12062472 | ARISTANDCA12062472 | CR Infringement, Rebuttal to Arista's affirmative defenses / Dale, Foss, Holbrook, Sweeney, Ullal, Sadana, Hafeez, Duda, Berly, Heyman, Redlefsen |
| 4255 | 10/6/2009 | Hua Zhong email to Kenneth Duda et al. w/ thread | ARISTANDCA12062909 | ARISTANDCA12062912 | CR Infringement, Rebuttal to Arista's affirmative defenses / Dale, Foss, Holbrook, Sweeney, Ullal, Sadana, Hafeez, Duda, Berly, Heyman, Redlefsen |
| 4256 | | Jeff S. Wheeler CV | | | Patent infringement / Wheeler |
| 4257 | 6/23/2016 | Commission Opinion In the Matter of Certain Network Devices, Related Software and Components thereof (1), ITC Investigation No. 337-TA-944 | | | CR Infringement, Patent Infringment, Rebuttal to Arista's affirmative defenses, Damages |
| 4258 | | Arista Technical Bulletin; EOS Extensibility Engineering Services - Automated Provisioning | | | Patent infringement / Jeffay, Chase, Clark, Sweeney, Arista corporate representative |
| 4259 | 7/1/2014 | Barclays: Arista Networks - A Viable Cisco Alternative with SDN Flavor: Initiate with OW Rating | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4260 | 5/29/2015 | Jefferies: Cisco Systems Latest on Cisco's Data Center Switching Efforts - We're Still Impressed | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4261 | 12/14/2015 | Credit Suisse: IT Hardware 2016 - Navigating the Cloud Challenge | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4262 | 5/14/2012 | Premji email to Sweeney, Holbrook, CC: Callaway, Sadana re IPv6 on 7500 | ARISTANDCA10645449 | ARISTANDCA10645453 | CR Infringement, Rebuttal to Arista's affirmative defenses, Damages / Chevalier, Holbrook, Sadana, Sweeney |
| 4263 | 2014 | Hallberg, Networking A Beginner's Guide (6th Edition) | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4264 | 1994 | Carlton & Perloff, Modern Industrial Organization (2nd Edition) | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4265 | 2009 | Cauley, Winning the Patent Damages Case | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4266 | 6/1/1999 | Choi, Technology transfer with moral hazard, International Journal of Industrial Organization | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |
| 4267 | 9/13/2013 | Credit Suisse Equity Research - Cisco Systems Inc. | | | Rebuttal to Arista's affirmative defenses, Damages / Chevalier |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4562 | 10/27/2008 | Greenwald email to Arroyo, CC: Sweeney, Software re Looking for "industry standard" CLI output for a modular system | ANI-ITC-944_945-3937247 | ANI-ITC-944_945-3937247 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4563 | 6/11/2008 | Heyman email to Sadana CC: Redlefsen, Arastra Support re: Arastra EOS 2.0.2 release now available | ANI-ITC-944_945-3937551 | ANI-ITC-944_945-3937554 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4564 | 11/1/2011 | Nexus 3000 Series, SAVBU | ARISTANDCA00055945 | ARISTANDCA00055982 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4565 | 11/1/2011 | Nexus 3000 Series, SAVBU | ARISTANDCA00081228 | ARISTANDCA00081265 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4566 | 8/1/2013 | Enterprise War Rooms FY13Q4 Worldwide | ARISTANDCA00128521 | ARISTANDCA00128670 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4567 | Undated | Denial of Service (DoS) Attack New Feature | ARISTANDCA00167750 | ARISTANDCA00167766 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4568 | 6/7/2012 | Narayanan email to Sysdb Review Board re: Review Request: cli to control ospf p-bit setting | ARISTANDCA10025341 | ARISTANDCA10025342 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4569 | 11/8/2013 | Rusak email to Pandurangan, Cli review re Cli tab completion and '?' behaviour | ARISTANDCA10055491 | ARISTANDCA10055494 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |
| 4570 | 6/16/2011 | Sweeney email to Krishnamurthy re: Feedback request on a Cli for Meritage | ARISTANDCA10070287 | ARISTANDCA10070288 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana | | | |

CISCO TRIAL EXHIBIT LIST
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4787 | Undated | A. General Requirements- Tenderers are to respond to ALL Requirement Statements | ARISTANDCA13662855 | ARISTANDCA13662921 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana, Smith | | |
| 4788 | Undated | Arista RFP boilerplate | ARISTANDCA13668278 | ARISTANDCA13668306 | CR Infringement, Rebuttal to Arista's affirmative defenses<br><br>Arista corporate representative, Arista engineer(s), Ullal, Sadana, Sweeney, Duda. Bechtolsheim, Foss, Hafeez, Sadana, Smith | | |