# ATTACHMENT 3

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5    CISCO SYSTEMS, INC.,          )
                                    )
 6                    Plaintiff,    )
                                    )
 7       vs.                        )Case No. 5:14-cv-05344-BLF (PSG)
                                    )
 8    ARISTA NETWORKS, INC.,        )
                                    )
 9                    Defendant.    )
                                    )
10    _____  )

11

12

13          VIDEOTAPED DEPOSITION OF DREW PLETCHER

14

          HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

15

16

17

18

19    Date and Time:  Thursday, May 26, 2016
                       9:34 a.m.

20

21

      Location:       Wilson Sonsini Goodrich & Rosati
22                    650 Page Mill Road
                      Palo Alto, CA  94304

23

24

      Reported by:    Cammi R. Bowen, CSR-13492
25    PAGES 1 - 327
```

Page 1

### Page 2

```
 1        A P P E A R A N C E S:
 2  For the Plaintiff:  QUINN EMANUEL URQUHART & SULLIVAN LLP
                        50 California Street
 3                      22nd Floor
                        San Francisco, CA  94111
 4                      Tel:  (415) 875-6328
                        E-mail:  Carlanderson@quinnemanuel.com
 5                      BY:  CARL G  ANDERSON, ESQ
 6
 7  For the Defendants:  KEKER & VAN NEST LLP
                         633 Battery Street
 8                       San Francisco, CA  94111-1809
                         Tel:  (415) 676-2248
 9                       E-mail:  Emccloskey@kvn com
                         BY:  ELIZABETH K  MCCLOSKEY, ESQ
10
11         WILSON SONSINI GOODRICH & ROSATI
                         One Market Plaza
12                       Spear Tower, Suite 3300
                         San Francisco, CA  94105-1126
13                       Tel:  (415) 947-2077
                         BY:  BEN LABOW, ESQ
14
15  Also Present:      Andrea Baker, Videographer
16
17
18
19
20
21
22
23
24
25
```
Page 2

### Page 3

```
 1              INDEX
 2  EXAMINATIONS:                PAGE
 3  By Ms  McCloskey              7
 4
 5         EXHIBITS
 6  Defendant
    Exhibit No    Description    Ident
 7
    Exhibit
 8  1200    LinkedIn profile of Drew Pletcher   11
 9  Exhibit   Document entitled "Information
    1201    about CSI-ANI-00056464"            100
10
    Exhibit   Document entitled "Arista
11  1202    Competitive Overview," Bates
            number CSI-ANI-00056464           100
12
    Exhibit   Document Bates-stamped
13  1203    CSI-CLI-02046570 through
            CSI-CLI-02046586                  124
14
    Exhibit   Document Bates-numbered
15  1204    CSI-ANI-00056404                  133
16  Exhibit   Document Bates-numbered
    1205    CSI-ANI-00056218                  170
17
    Exhibit   Document Bates-numbered
18  1206    CSI-CLI-01386563 through
            CSI-CLI-01386605                  174
19
    Exhibit   Document Bates-numbered
20  1207    CSI-ANI-00060446                  175
21  Exhibit   Document Bates-numbered
    1208    CSI-CLI-06360727                  185
22
    Exhibit   Document Bates-stamped
23  1209    CSI-ANI-0078409                   190
24  Exhibit   Document Bates-stamped
    1210    CSI-CLI-02415384                  196
25
```
Page 3

### Page 4

```
 1              EXHIBITS - CONTINUED
 2  Exhibit   Document Bates-numbered
    1211    CSI-ANI-00501435                  202
 3
    Exhibit
 4  1212    Withdrawn due to privilege        216
 5  Exhibit
    1213    Withdrawn due to privilege        217
 6
    Exhibit   Document Bates-stamped
 7  1214    CSI-ANI-00094857                  221
 8  Exhibit   Document Bates-stamped
    1215    CSI-ANI-00103051                  230
 9
    Exhibit   Document Bates-stamped
10  1216    CSI-ANI-00447896                  242
11  Exhibit   Document Bates-stamped
    1217    CSI-ANI-00452262                  248
12
    Exhibit   Document Bates-stamped
13  1218    CSI-CLI-01793755                  251
14  Exhibit   Document Bates-stamped
    1219    CSI-ANI-00047560                  258
15
    Exhibit   Document Bates-stamped
16  1220    CSI-ANI-00067670                  261
17  Exhibit   Document Bates-stamped
    1221    CSI-ANI-00068924                  265
18
    Exhibit   Document Bates-stamped
19  1222    CSI-CLI-03217927                  266
20  Exhibit   Document Bates-stamped
    1223    CSI-CLI-03218116                  273
21
    Exhibit   Document Bates-stamped
22  1224    Bates-labeled CSI-ANI-00090840   277
23  Exhibit   Document Bates-stamped
    1225    CSI-ANI-00092393                  280
24
25
```
Page 4

### Page 5

```
 1            EXHIBITS - CONTINUED
 2  Exhibit   Document Bates-stamped
    1226    CSI-ANI-00105641................  284
 3
    Exhibit   Document Bates-stamped
 4  1230    CSI-ANI-00105548................  288
 5  Exhibit   Document Bates-stamped
    1231    CSI-ANI-00468988................  294
 6
    Exhibit   Document Bates-stamped
 7  1232    CSI-ANI-00104628................  297
 8  Exhibit   Document Bates-stamped
    1233    CSI-CLI-02305746................  299
 9
    Exhibit   Document Bates-labeled
10  1234    CSI-ANI-00101669................  301
11
12  EXHIBITS PREVIOUSLY MARKED           PAGE
13  807                              148
14  877                              179
15
16      WITNESS INSTRUCTED NOT TO ANSWER
17      PAGE    LINE
18      148     6
19      179     25
20
21
22
23
24
25
```
Page 5

2 (Pages 2 - 5)

1    THE VIDEOGRAPHER:  Good morning   We are on   09:13:56
2  the video record  The time is 9:34 a  Today's   09:34:13
3  date is May 26th, 2016  My name is Andrea Baker,   09:34:17
4  here with our court reporter, Cammi Bowen  We are   09:34:21
5  here from Veritext Legal Solutions  The deposition   09:34:25
6  is being held at 650 Page Mill Road in Palo Alto,   09:34:28
7  California                              09:34:32
8    The case caption is Cisco Systems, Inc  vs   09:34:32
9  Arista Networks, Inc  Case number   09:34:38
10  5:14-cv-05344-BLF                     09:34:43
11    Will all counsel please state their name   09:34:44
12  for the record and who they represent   09:34:47
13    MS MCCLOSKEY:  Elizabeth McCloskey of   09:34:49
14  Keker & Van Nest on behalf of Arista Networks   09:34:53
15    MR LABOW:  Ben Labow from Wilson Sonsini   09:34:55
16  on behalf of Arista                   09:34:58
17    MR ANDERSON:  Carl Anderson for Cisco   09:34:59
18  Systems and the witness              09:35:03
19    THE VIDEOGRAPHER:  Will the court reporter   09:35:04
20  please swear in the witness           09:35:05
21    THE COURT REPORTER:  Raise your right hand,   09:35:05
22  please                               09:35:05
23    Do you swear to tell the truth, the whole   09:35:05
24  truth, and nothing but the truth?     09:35:05
25    WITNESS:  I do                     09:35:13

Page 6

1    THE VIDEOGRAPHER:  Please begin.      09:35:13
2    DREW PLETCHER,                       09:35:11
3  being first duly affirmed by the Certified Shorthand   09:35:11
4  Reporter to tell the truth, the whole truth, and   09:35:11
5  nothing but the truth, testified as follows:   09:35:11
6    EXAMINATION                         09:35:11
7  BY MS. MCCLOSKEY:                       09:35:11
8    Q.  Good morning, Mr. Pletcher.       09:35:15
9    A.  Good morning.                    09:35:16
10    Q.  We met briefly off the record, but I'm   09:35:17
11  Lizzy McCloskey, and I represent defendant Arista   09:35:18
12  Networks in this action, and I'll be asking you some   09:35:22
13  questions today.                      09:35:25
14    A.  Okay.                          09:35:26
15    Q.  Can you please state your full name for the   09:35:26
16  record.                              09:35:28
17    A.  Yes.  My full name is Andrew Albert   09:35:28
18  Pletcher.                            09:35:30
19    Q.  Do you understand that you're under oath   09:35:31
20  today?                               09:35:32
21    A.  I do.                          09:35:32
22    Q.  Do you understand that you're required to   09:35:32
23  answer truthfully?                    09:35:34
24    A.  Yes, I do.                      09:35:35
25    Q.  And do you understand that you are   09:35:35

Page 7

1  testifying under penalty of perjury?   09:35:37
2    A.  Yes, I do.                      09:35:39
3    Q.  Is there any reason you can't provide   09:35:40
4  truthful testimony today?            09:35:43
5    A.  No, there's not.               09:35:44
6    Q.  Have you ever testified in a deposition   09:35:45
7  before?                             09:35:48
8    A.  Yes, I have.                   09:35:49
9    Q.  So you -- I assume you know the ground   09:35:50
10  rules, but I'll just cover a couple of them quickly.   09:35:52
11    If you don't understand any question that I   09:35:55
12  ask, let me know and I'll clarify it for you.   09:35:58
13    And -- and this is a good time to tell you   09:36:00
14  that it's important that you give audible answers so   09:36:03
15  that the court reporter can write down everything   09:36:06
16  that you say.                       09:36:08
17    A.  Understand.                    09:36:10
18    Q.  And if you answer a question, I will assume   09:36:10
19  that you understand my question.      09:36:13
20    Did you do anything to prepare for your   09:36:15
21  deposition today?                   09:36:18
22    A.  The only preparation was to review my   09:36:21
23  previous deposition testimony.        09:36:24
24    Q.  Did you meet with anyone to prepare for   09:36:28
25  your deposition today?              09:36:32

Page 8

1    A.  Met with Carl Anderson.         09:36:34
2    Q.  When did you and Mr. Anderson meet?   09:36:40
3    A.  Yesterday.                     09:36:43
4    Q.  How long did you meet for?       09:36:43
5    A.  It was about four hours, five hours,   09:36:48
6  roughly.                            09:36:51
7    Q.  Did you -- did you meet with Mr. Anderson   09:36:52
8  in person?                          09:36:55
9    A.  Yes.                          09:36:55
10    Q.  Okay.  Did you discuss your deposition with   09:36:55
11  anyone, other than Mr. Anderson?      09:36:58
12    A.  No, I have not.               09:37:00
13    Q.  Did you discuss your deposition with anyone   09:37:01
14  else from Cisco?                    09:37:05
15    A.  No, I have not.               09:37:05
16    Q.  Did you review any documents yesterday with   09:37:06
17  Mr. Anderson?                       09:37:07
18    MR. ANDERSON:  Going to caution the witness   09:37:07
19  not to reveal the contents of any privileged   09:37:09
20  attorney-client communications.  If you can answer   09:37:12
21  the question without revealing privileged   09:37:14
22  communications, you can do so.        09:37:17
23    THE WITNESS:  We reviewed the -- my   09:37:19
24  testimony from the previous deposition for the ITC   09:37:23
25  Section 2 case.                     09:37:29

Page 9

3 (Pages 6 - 9)



1    A.  For the customers I work with, no.  Because  11:31:03
2

Page 90



Page 94

Page 96

Page 95

Page 97

11:37:09

11:58:49

12:00:14

25 (Pages 94 - 97)



1

24      --oOo--
25
                                        Page 326

1          CERTIFICATE OF REPORTER
2
3          I, CAMMI R. BOWEN, a Certified Shorthand
4   Reporter, hereby certify that the witness in the
5   foregoing deposition was by me duly sworn to tell the
6   truth, the whole truth, and nothing but the truth in the
7   within-entitled cause;
8          That said deposition was taken down in
9   shorthand by me, a disinterested person, at the time and
10  place therein stated, and that the testimony of the said
11  witness was thereafter reduced to typewriting, by
12  computer, under my direction and supervision;
13         Further, that if the foregoing pertains to the
14  original transcript of a deposition in a Federal Case,
15  before completion of the proceedings, review of the
16  transcript [ ] was [X] was not requested.
17         I further certify that I am not of counsel or
    attorney for either or any of the parties to the said
18  deposition, nor in any way interested in the events of
19  this cause, and that I am not related to any of the
20  parties hereto.
21  DATED:  6/6/2016
22          <%signature%>
23          CAMMI R. BOWEN
24          CSR #13492
25
                                        Page 327

Veritext Legal Solutions
866 299-5127