# ATTACHMENT 4

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CISCO SYSTEMS, INC.,
   Plaintiff,
     vs.   Case No. 5:14-cv-05344-BLF
             (PSG)
ARISTA NETWORKS, INC.
   Defendant.
_____

VIDEO DEPOSITION OF DEEPAK MALIK
San Francisco, California
Thursday, May 19, 2016
Volume I

REPORTED BY:
REBECCA L. ROMANO, RPR, CSR No. 12546
JOB NO. 2309373
PAGES 1 - 202

Page 2

1      UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3        SAN JOSE DIVISION
4  CISCO SYSTEMS, INC.,
5    Plaintiff,
6      vs.   Case No. 5:14-cv-05344-BLF
              (PSG)
7  ARISTA NETWORKS, INC.
8    Defendant.
    _____

16      DEPOSITION OF DEEPAK MALIK, taken on behalf of
17  the Defendant, at Keker & Van Nest, LLP,
18  633 Battery Street, San Francisco, California,
19  commencing at 9:41 a m., Thursday, May 19, 2016, before
20  Rebecca L. Romano, Certified Shorthand Reporter
21  No. 12546.

Page 3

1      APPEARANCES OF COUNSEL
2
3  For the Plaintiff:
4    QUINN EMANUEL URQUHART & SULLIVAN, LLP
5    BY:  SARA JENKINS
6    Attorney at Law
7    555 Twin Dolphin Drive
8    5th Floor
9    Redwood Shores, California 94065
10   (650) 801-5040
11   sarajenkins@quinnemanuel.com
12
13  For the Defendants:
14   KEKER & VAN NEST, LLP
15   BY:  BRIAN FERRALL
16   Attorney at Law
17   633 Battery Street
18   San Francisco, California 94111
19   (415) 391-5400
20   bferrall@kvn.com
25   /////

Page 4

1    APPEARANCES OF COUNSEL (cont'd)
2
3  For the Defendants:
4    WILSON SONSINI GOODRICH & ROSATI
5    BY:  BRADLEY T. TENNIS
6    Attorney at Law
7    650 Page Mill Road
8    Palo Alto, California 94304-1050
9    (650) 849-3056
10   btennis@wsgr.com
14   ALSO PRESENT:
15   Ramon Peraza, Videographer
25   /////

```
                                                Page 5
 1                    INDEX
 2    DEPONENT                        EXAMINATION
 3    DEEPAK MALIK                           PAGE
      VOLUME I
 4
 5           BY MR. FERRALL                  14
 6
 7
 8
 9
10                  EXHIBITS
11    NUMBER                                 PAGE
12          DESCRIPTION
13    Exhibit 864    Email String,
14           CSI-ANI-00098515 -
15           CSI-ANI-00098515.000002;        49
16
17    Exhibit 865    Presentation, Welcome to
18           Arista One-Day Competitive
19           Training,
20           CSI-ANI-00500909
21           CSI-ANI-00500961;               64
22
23
24
25    /////
```

```
                                                Page 6
 1           EXHIBITS (cont'd)
 2    NUMBER                                 PAGE
 3          DESCRIPTION
 4    Exhibit 866    PowerPoint, Arista Competitive
 5           Network World Response
 6           SAVBU - 2/5/2010,
 7           CSI-ANI-00056446 -
 8           CSI-ANI-00056446.000032;        77
 9
10    Exhibit 867    Article, Cisco Nexus 7000
11           Series Simplified End to
12           End Management,
13           CSI-ANI-00043659 -
14           CSI-ANI-00043659.000001;        94
15
16    Exhibit 868    PowerPoint, Arista Competitive
17           Program Updates and Next Steps,
18           CSI-ANI-00056463 -
19           CSI-ANI-00056463.000021;       100
20
21    Exhibit 869    PowerPoint, Arista,
22           CSI-ANI-00056464 -
23           CSI-ANI-00056464.000062;       103
24
25    /////
```

```
                                                Page 7
 1           EXHIBITS (cont'd)
 2    NUMBER                                 PAGE
 3          DESCRIPTION
 4    Exhibit 870    Native Version, Information
 5           About CSI-ANI-00056464;        104
 6
 7    Exhibit 871    Email String,
 8           CSI-CLI-02112360 -
 9           CSI-CLI-02112406;              108
10
11    Exhibit 872    Document, Arista 7048
12           Gigabit Internet Leaf Switch
13           Data Sheet,
14           ARISTANDCA00268265 -
15           ARISTANDCA00268267;            113
16
17    Exhibit 873    PowerPoint, Global Enterprise
18           Theater FSI Q2 Fiscal Year
19           '11 Electronic Trading
20           Competitive Update, Native
21           Version,
22           CSI-CLI-01577353;              119
23
24
25    /////
```

```
                                                Page 8
 1           EXHIBITS (cont'd)
 2    NUMBER                                 PAGE
 3          DESCRIPTION
 4    Exhibit 874    Email 5/19/2011 & PowerPoint,
 5           Draft -
 6           CSI-CLI-01577417
 7           CSI-CLI-01577473;              126
 8
 9    Exhibit 875    Email String,
10           CSI-CLI-01588645
11           CSI-CLI-01588654;              130
12
13    Exhibit 876    Email & Attachment,
14           3/29/2012,
15           CSI-CLI-01386563
16           CSI-CLI-01386605;              136
17
18    Exhibit 877    Email String,
19           CSI-CLI-01610893
20           CSI-CLI-01610938;              145
21
22    Exhibit 878    Email String,
23           CSI-ANI-00105548 -
24           CSI-ANI-00105548.000001;       154
25    /////
```

Page 9

```
         EXHIBITS (cont'd)
  NUMBER                                    PAGE
            DESCRIPTION
  Exhibit 879   Email String,
                CSI-ANI-00103013 -
                CSI-ANI-00103013.000002;         163

  Exhibit 880   Email, 6/5/2014,
                CSI-ANI-00094720;                168

  Exhibit 881   Email, 5/31/2014,
                CSI-ANI-00094261;                170

  Exhibit 882   PowerPoint, Cisco,
                CSI-ANI-00055255 -
                CSI-ANI-00055255.000011;         175

  Exhibit 883   Insieme Tiger Team Meetings,
                6/11-12/2013,
                CSI-ANI-00089451 -
                CSI-ANI-00089451.000030;         182

  Exhibit 884   PowerPoint, Beat Arista
                1/10/2014,
                CSI-CLI-03277585;                186
```

Page 10

```
         EXHIBITS (cont'd)
  NUMBER                                    PAGE
            DESCRIPTION
  Exhibit 885   PowerPoint, Arista Files
                for IPO Highlights 3/31/2014,
                CSI-ANI-00501043 -
                CSI-ANI-00501058;                187

  Exhibit 886   Email String,
                CSI-ANI-00090557 -
                CSI-ANI-00090557.000003;         189

  Exhibit 887   Miscellaneous Screen
                Shots,
                CSI-ANI-00056507 -
                CSI-ANI-00056507.000001;         193

  Exhibit 888   PowerPoint, Why a Bare
                Metal Switch Running
                Cumulus Linux,
                CSI-ANI-00096524 -
                CSI-ANI-00096524.000044;         194

/////
```

Page 11

```
         EXHIBITS (cont'd)
  NUMBER                                    PAGE
            DESCRIPTION
  Exhibit 889   PowerPoint, Network
                Engineering Low Latency
                Switch Platform Review -
                Phase 3 - 2011, Nomura Services
                CSI-ANI-00055578 -
                CSI-ANI-00055578.000026;         195


         PREVIOUSLY MARKED EXHIBITS
  Exhibit 606                                34

  Exhibit 607                                73

  Exhibit 811                               149

  Exhibit 819                               114

/////
```

Page 12

San Francisco, California; May 19, 2016
9:41 a.m.
---o0o---

THE VIDEOGRAPHER: Good morning. We are 09:41:40 on the record at 9:41 a.m. on May 19th, 2016. This is the videotaped deposition of Mr. Deepak Malik.

My name is Roman Peraza, here with our court reporter, Rebecca Romano. We are here from Veritext Legal Solutions at the request of counsel 09:41:56 for the defendant.

This deposition is being held at Keker & Van Nest in San Francisco.

The caption of this case is Cisco Systems, Inc., versus Arista Networks, Inc., 09:42:06 Case No. 5:14-cv-05344-BLF (PSG).

Please note that audio and video recording will take place unless all parties have agreed to go off the record.

Microphones are sensitive and may pick up 09:42:30 whispers or private conversations.

At this time, Counsel, please identify yourselves for the record and state whom you represent.

MR. FERRALL: Brian Ferrall on behalf of 09:42:40





Page 201

1  them.                                     04:50:57
2       MR. FERRALL: Okay. I have no further
3  questions. Thank you.
4       THE DEPONENT: Oh. Thank you.
5       MS. JENKINS: Nothing from me. Thank    04:51:21
6  you.
7       THE VIDEOGRAPHER: This is the end of
8  today's deposition of Mr. Deepak Malik. We are off
9  the record at 4:51 p m. Total number of media used
10 was two, and they will be retained by Veritext.
11      Thank you.
12      (TIME NOTED 4:51 p m.)
13
14
15
16           ---o0o---
17
18
19
20
21
22
23
24
25

Page 202

1       I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3       That the foregoing proceedings were taken before me
4  at the time and place herein set forth; that any
5  witnesses in the foregoing proceedings, prior to
6  testifying, were administered an oath; that a record of
7  the proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is true record of the
10 testimony given.
11      Further, that if the foregoing pertains to the
12 original transcript of a deposition in a Federal Case,
13 before completion of the proceedings, review of the
14 transcript [ ] was [X] was not requested.
15      I further certify I am neither financially
16 interested in the action nor a relative or employee of
17 any attorney or any party to this action.
18      IN WITNESS WHEREOF, I have this date subscribed my
19 name.
20
21 Dated: June 2, 2016
22
23           <%signature%>
             Rebecca L. Romano, RPR,
24           CSR. No 12546
25