# ATTACHMENT 9

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    CISCO SYSTEMS, INC.,
 5        Plaintiff,
 6           vs.          No. 5:14-cv-05344-BLF
 7    ARISTA NETWORKS, INC.,     (PSG)
 8        Defendant.
 9    _____
10
11    HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
12
13      VIDEOTAPED DEPOSITION OF DELL INC. 30(b)(6)
14         CORPORATE REPRESENTATIVE - GAVIN CATO
15                  Palo Alto, California
16                 Friday, May 20, 2016
17                       Volume I
18
19
20
21    REPORTED BY:
22    REBECCA L. ROMANO, RPR, CSR No. 12546
23    JOB NO. 2303539
24
25    PAGES 1 - 124
```

Page 1

**Page 34**

1  A.  In dealing with requirements and dealing   10:41:03
2  with the customers and the expectations of the
3  customers, in talking with the developers and
4  spending time with the developers and testers.
5  Q.  For your work dealing with customers, was   10:41:26
6  it important for you to know information about
7  other vendors' CLI commands?
8  A.  No.  It was more important for
9  understanding their practice around CLIs.
10  Q.  What do you mean by understanding their   10:41:50
11  practice for CLIs?
12  A.  Understanding the customer's expectations
13  for how their users and techs would be using the
14  CLI and what they were trying to accomplish through
15  the CLI.   10:42:07
16  Q.  Okay.  Through what you've just
17  described, did you become aware of similarities
18  between the CLI supported by Dell's Ethernet
19  routers and switches and the CLI supported by those
20  companies that you listed a moment ago?   10:42:24
21       MR. HOLMES:  Objection.  Calls for a
22  legal conclusion.  Speculation and vague.
23       THE DEPONENT:  I -- I became familiar
24  with the -- the desire for customers to have a
25  similar look and feel for the products and the   10:42:42

**Page 35**

1  interactions with the products for their   10:42:46
2  technicians.
3  Q.  (By Ms. McCloskey)  More specifically,
4  did you become aware -- have you become aware of
5  similarities between the CLI supported by Dell's   10:43:00
6  Ethernet routers and switches and the CLI supported
7  by Cisco's routers and switches?
8       MR. HOLMES:  Objection.  Vague.  Calls
9  for a legal conclusion.
10       THE DEPONENT:  I have become familiar   10:43:13
11  with the fact that there's similarity --
12  similarities between the CLIs.
13  Q.  (By Ms. McCloskey)  What are those
14  similarities?
15       MR. HOLMES:  Objection.  Calls for a   10:43:23
16  legal conclusion.
17       THE DEPONENT:  There's -- there's
18  similarities in terms of overall, I guess,
19  structure --
20  Q.  (By Ms. McCloskey)  Uh-huh.   10:43:40
21  A.  -- of -- of what a CLI generally looks
22  like versus a bunch of dashes, dots.  It's a
23  generalized set of expected configurations and
24  parameters that a customer would need to know for a
25  network switch.   10:43:58

**Page 36**

1  Q.  What do you mean by expected   10:44:09
2  configurations?
3  A.  If you have a VLAN, then everybody --
4  there's an expectation that a VLAN and the
5  terminology around VLAN will somewhere appear in   10:44:21
6  the CLI along with the parameters necessary to
7  structure VLAN so that it interoperates across
8  multiple switches.
9  Q.  And how -- in your experience, how does
10  that expectation arise?   10:44:37
11       MR. HOLMES:  Objection.  Calls for
12  speculation.
13       THE DEPONENT:  The expectation arises
14  from -- from the customers and from the market.
15  Q.  (By Ms. McCloskey)  Can you explain to me   10:44:56
16  a little bit more how the expectation arises from
17  the customer?
18       MR. HOLMES:  Objection.  Calls for
19  speculation and a narrative.
20       THE DEPONENT:  When you're dealing with a   10:45:17
21  customer, the customer has a certain level of
22  experience with -- with switching.  And when you're
23  going in and -- and talking to them about what they
24  want to experience with your switch, you are trying
25  to get them comfortable that they can operate your   10:45:32

**Page 37**

1  switch in a way that is consistent with their   10:45:35
2  expectations for the solution, and you're trying to
3  meet the -- the understanding of what they want to
4  deploy.
5  Q.  (By Ms. McCloskey)  Do you know what a   10:46:05
6  command mode is?
7  A.  I'm aware of what command modes are.
8  Q.  What are you aware, in terms of what a
9  command mode is?
10  A.  I know that command modes allow you to   10:46:18
11  enter different levels within the switch to provide
12  information for the switch for configuration or
13  data that the switch then uses to accomplish the
14  actions that drive the interoperability.
15  Q.  And have you learned what a command mode   10:46:40
16  is through your work in networking?
17  A.  Yes.
18  Q.  Do customers generally expect the Dell
19  CLI to support familiar command modes and
20  their assoc- -- and their associated prompts?   10:46:51
21       MR. HOLMES:  Objection.  Speculation.
22  Legal -- calls for a legal conclusion.
23       THE DEPONENT:  Customers expect Dell to
24  support command modes and ensure that those command
25  modes are -- are familiar with their technicians.   10:47:07

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

## Page 38

1  Q. (By Ms. McCloskey) How do you know that?  10:47:12
2  A. Because any time we create command modes,
3  we go and we make sure that the -- the
4  documentation and customers are trained so that
5  they can operate the switches.  10:47:23
6  Q. Would it be accurate to say that the
7  command mode supported by the Dell CLI are also
8  dictated by customer expectations?
9  A. The command mode supported by Dell
10 switches are dictated by customer expectations, as  10:47:49
11 well as our analysis of best practices for
12 implementation of the functionality are the most
13 efficient means of implementation of the
14 functionality.
15 Q. What do you mean by your analysis of best  10:48:04
16 practices?
17 A. We -- we look at the -- the most familiar
18 mechanisms for the customer and we look at the --
19 the capabilities for us to remain similar across
20 Dell products, both OEM products and third-party  10:48:29
21 products.
22 Q. So when you are doing an analysis of best
23 practices, do you consider the practices of
24 third-party products?
25 A. We have to, in the sense that Dell  10:48:56

## Page 39

1  resells third-party products, and we OEM  10:48:58
2  third-party products, and those are combined in a
3  single solution for our customers.
4  Q. Okay. Do customers -- in your
5  experience, do customers expect the Dell CLI to  10:49:14
6  support any particular command syntax?
7  A. I'm aware that customers have
8  requirements, hard -- sometimes hard requirements
9  for support of particular commands and command
10 modes and sequences of CLIs.  10:49:36
11 Q. What kind of hard requirements have you
12 become aware of?
13 A. I've -- I've seen the hard requirements
14 in terms of you need to support this particular way
15 of scripting that is consistent with how our techs  10:49:49
16 already script and operate these in the field.
17 Q. Are you able to give any examples of
18 command syntaxes that Dell customers expect to see
19 in the Dell CLI?
20     MR. HOLMES: Objection. Calls for  10:50:13
21 speculation. Vague.
22     THE DEPONENT: Specifically, no.
23 Q. (By Ms. McCloskey) Do you know what a
24 show command is?
25 A. Yes.  10:50:20

## Page 40

1  Q. What is a show command?  10:50:20
2  A. A show command enables you to identify
3  and show what is currently configured in the
4  switch.
5  Q. Do Dell customers, in your experience,  10:50:31
6  expect Dell CLI to support show commands?
7  A. Yes.
8  Q. How do you know that?
9  A. It's been a hard requirement from the
10 get-go and it's existed from the get-go.  10:50:47
11 Q. What do you mean from the get-go?
12 A. From when I joined Force10, it was there.
13 Q. Are you familiar with the process at Dell
14 by which new commands are added to its CLI?
15 A. Yes.  10:51:06
16 Q. How did you become familiar with that
17 process?
18 A. Through the discussions and -- and
19 understanding of how we implement new features and
20 functionality.  10:51:24
21 Q. Are you responsible for the team that
22 adds new CLI commands to Dell's CLI?
23 A. Yes.
24 Q. Is there a particular person at Dell
25 who's responsible for what -- for deciding what  10:51:43

## Page 41

1  collection of commands will constitute the CLI?  10:51:45
2  A. No.
3  Q. Is there a review -- a review process
4  that's used to decide whether any particular
5  command will become the final CLI command?  10:51:57
6  A. Yes.
7  Q. Can you tell me about that review
8  process?
9  A. Sure. The developers take it to a group
10 of -- of code reviewers, who then code review for  10:52:12
11 consistency with the products in Dell's solutions,
12 and those code reviewers will include architects
13 for the solutions and systems.
14 Q. What do you mean by architects for the
15 systems and -- for the solutions and systems?  10:52:44
16 A. Dell designates expertise for particular
17 areas, functional areas, and in the -- and then
18 overall system level architects in the system level
19 architects with generalized knowledge will make
20 that call collectively.  10:53:07
21 Q. Are there any guidelines that are used in
22 selecting CLI commands?
23 A. No.
24 Q. Any informal guidelines?
25 A. Tribal knowledge.  10:53:16

**Page 42**

1  Q. Okay. What do you mean by tribal    10:53:17
2  knowledge?
3  A. Dell's networking teams are made up of a
4  collection of folks with industry experience from a
5  wide variety of places, and they come in looking at    10:53:27
6  the solutions end to end and understanding how
7  the -- the products need to -- to interoperate.
8  Q. So would you say -- say that Dell's
9  networking teams rely on and use their industry
10 experience in creating new CLI commands?    10:53:45
11 A. Yes.
12 Q. Do you know whether Dell engineers
13 consult industry standards, such as those from the
14 ITF or IEEE, when adding new CLI commands?
15 A. We do.    10:54:00
16 Q. Why?
17 A. But not --
18 Q. I'm sorry. Go ahead.
19 A. We do to make sure that we're consistent
20 with industry; that is, defined hard industry    10:54:06
21 standards, but we're also very knowledgeable about
22 the fact that there are -- there are
23 customer-driven expectations and standards that
24 emerge through informal means.
25 Q. So would it be accurate to say that Dell    10:54:23

**Page 43**

1  considers both industry standards and customer    10:54:26
2  expectations in coming up with new CLI commands?
3  A. Yes.
4  Q. Is there anything I'm missing there?
5  Anything else that you would say, generally, is    10:54:36
6  considered or consulted in coming up with a new CLI
7  command?
8  A. Consistency of the product solution sets,
9  because of the fact that we OEM and we use
10 third-party products in solutions.    10:54:51
11 Q. Okay. How does Dell -- you referred to
12 customer expectations.
13     How does Dell ensure that its CLI
14 commands meet customer expectations; for example,
15 if Dell is going to add new functionality that will    10:55:15
16 require the addition of new CLI commands, is there
17 a process for ensuring that those commands meet
18 customer expectations?
19     MR. HOLMES: Objection. Vague.
20     THE DEPONENT: The -- the -- the PLM team    10:55:25
21 or the business product line marketing team, or
22 manage- -- primary management team will, at Dell,
23 interface with the sales engineers, interface with
24 the customers, and make requirements or provide
25 requirements to the engineering team.    10:55:47

**Page 44**

1  Q. (By Ms. McCloskey) Is that a formal    10:55:53
2  process?
3  A. The PRD is a formal process.
4  Q. You said PRD?
5  A. PRD, product requirements document.    10:56:03
6  Q. And is that process followed with the
7  addition of every new CLI command?
8  A. The PRD defines the overall requirements.
9  Q. Okay.
10 A. The implementation --    10:56:16
11 Q. Okay.
12 A. -- is all based off of the knowledge of
13 the engineers or the ability for them to -- to
14 produce the desired results in the code. So it's
15 all proprietary telephony, in terms of the    10:56:26
16 implementation.
17 Q. And that process you have just described,
18 the business team and the market- -- marketing team
19 interfacing with customers, does that apply,
20 generally, to the CLI commands support -- currently    10:56:43
21 supported by Dell switches and routers?
22 A. Yes, but the PRDs may not be specific.
23 They can be generalized in terms of the functions
24 that need to be supported.
25 Q. Okay. So you said that the business team    10:57:06

**Page 45**

1  or the marketing team interfaces with customers.    10:57:07
2     Does Dell receive feedback from the
3  customers regarding the CLI?
4  A. We do betas afterward, and we do testing
5  afterwards. Plus, we'll provide sometimes early    10:57:22
6  engagements where we give them visibility to what
7  we're implementing.
8  Q. So is it accurate to say that Dell
9  solicits feedback from customers?
10 A. Yes.    10:57:35
11 Q. Is it -- is it possible to say,
12 generally, what kind of feedback customers
13 typically give Dell with respect to new CLI
14 commands?
15 A. Can you restate the question.    10:57:51
16 Q. Sure.
17     Are -- is it possible for you to explain,
18 generally, what kind of feedback Dell usually gets
19 from customers when it's implementing or deciding
20 whether to implement a new CLI command?    10:58:03
21 A. Yes.
22 Q. Can you explain it to me?
23 A. We will -- we will, generally, get
24 feedback relative to a level of consistency with
25 their expectations and a level of consistency with    10:58:18

12 (Pages 42 - 45)

```
 1   A.  Yes.                              11:20:45
 2   Q.  What does it refer to?
 3   A.  It refers to the practices in the
 4  industry, in general, relative to the CLI and the
 5  implementation of the CLI in the industry.   11:20:56
 6   Q.  What do you mean the practices in the
 7  industry, in general?
 8   A.  Expectations from the industry for -- and
 9  customers for -- for certain capabilities that must
10  exist within the CLI.                     11:21:13
11   Q.  You mentioned that you'd heard the term
12  industry-standard CLI from customers; is that
13  correct?
14   A.  Yes.
15   Q.  In what context have you heard customers  11:21:30
16  refer to industry-standard CLI?
17   A.  We've heard it in terms of communication
18  of requirements or communication of -- of their
19  practices internally.
20   Q.  So based on communications you've had   11:21:47
21  with customers, you understand that customers
22  expect industry-standard CLI?
23   A.  Yes.
24   Q.  In your experience, why do you understand
25  that customers expect -- expect industry-standard  11:21:58
                                            Page 58
```

```
 1  CLI?                                      11:22:02
 2   A.  My understanding is because they want
 3  to -- they want their technicians to behave a
 4  certain way or their -- their network
 5  administrators to behave a certain way and -- and  11:22:15
 6  they want a level of consistency, in terms of the
 7  expected results.
 8   Q.  Is the term industry-standard CLI a term
 9  you've heard customers use frequently?
10       MR. THOMPSON:  Objection.  Vague.    11:22:35
11       THE DEPONENT:  I -- I've heard it
12  consistently.
13   Q.  (By Ms. McCloskey)  You mentioned that
14  you'd heard the term industry-standard CLI from
15  engineers.                                11:22:46
16       Do you recall in what context you've
17  heard engineers use the term industry-standard CLI?
18   A.  Sure.  In terms of when you're -- you're
19  talking about how to -- when we OEM a product or
20  we -- or we're configuring a multiple vendor   11:23:00
21  solution, the term will come up, you know, what --
22  what do we need to do with the CLI, or what do we
23  need to do for the interface of the management
24  tools and how it's industry standard.
25   Q.  Just so the record is clear, can you   11:23:17
                                            Page 59
```

```
 1  explain what you mean by OEM?              11:23:19
 2   A.  OEM.  Other equipment manufacturer.
 3   Q.  Thank you.
 4   A.  So, for example, the software on here
 5  wasn't necessarily developed by us.        11:23:29
 6   Q.  Okay.  Does Dell have a policy with
 7  respect to its use of industry-standard commands?
 8       MR. HOLMES:  Objection.  Assumes facts
 9  not in evidence.
10       THE DEPONENT:  There's no formal policy.   11:23:51
11   Q.  (By Ms. McCloskey)  Does Dell make an
12  effort to adopt industry-standard commands where
13  appropriate?
14   A.  Yes.
15   Q.  Can you explain to me when it's         11:24:02
16  appropriate for a company such as Dell to adopt
17  industry-standard commands?
18   A.  Dell tries to -- within its technologies,
19  tries to remain consistent about the open standards
20  in the industry and -- and make sure that we    11:24:17
21  provide interoperability across platforms for the
22  end-to-end solutions.  So we try to avoid, as much
23  as possible, any priority implementations.
24   Q.  So it sounds to me like Dell tries to use
25  the industry-standard commands as much as possible.  11:24:42
                                            Page 60
```

```
 1   A.  We try to use what our -- we try to make   11:24:45
 2  sure that we're meeting our customer expectations.
 3  So whatever the customer expectations are and
 4  whatever we can do to make sure that we have a
 5  level of consistency across Dell's full -- full   11:24:58
 6  portfolio, we will do.
 7   Q.  Do customers generally expect
 8  industry-standard commands?
 9       MR. HOLMES:  Objection.  Calls for
10  speculation.  Foundation.                  11:25:11
11       THE DEPONENT:  In general, yes.
12   Q.  (By Ms. McCloskey)  How do you know that?
13   A.  Conversations with different customers
14  and just through travel knowledge, in general.
15   Q.  So through your experience in networking   11:25:25
16  over, I guess, almost 20 years, you understand that
17  customers generally expect industry-standard
18  commands?
19   A.  Yes.
20   Q.  Are there any circumstances in which Dell   11:25:42
21  does not adopt industry-standard commands?
22   A.  We will not adopt an industry-standard
23  command if we don't think that the underlying
24  functionality can be developed without violating
25  somebody else's intellectual property.     11:26:02
                                            Page 61
```

16 (Pages 58 - 61)

```
 1    Q.  What do you mean by, when the underlying          11:26:05
 2  functionality can't be developed without violating
 3  someone else's intellectual property?
 4    A.  If -- if there is intellectual property
 5  across the implementation of a particular --            11:26:15
 6  particular protocol or -- or particular innovation
 7  and the command is simply an interface into that
 8  innovation, we won't --
 9    Q.  I see.
10    A.  -- touch it.                                      11:26:33
11    Q.  Okay.  Is it your understanding then that
12  Dell uses many CLI commands that are also supported
13  by other networking equipment vendors in the
14  industry?
15    A.  Can you restate that one.                         11:26:51
16    Q.  Sure.
17        Is it your understanding then that Dell
18  uses many CLI commands that are also supported by
19  other networking equipment vendors in the industry?
20        MR. HOLMES:  Objection.  Vague.  Calls            11:27:02
21  for speculation.
22        THE DEPONENT:  Sorry.  One more time.
23        MS. McCLOSKEY:  Sure.  No problem.
24    Q.  (By Ms. McCloskey)  Is it your
25  understanding that Dell uses many CLI commands that     11:27:14
                                                              Page 62

 1  are also supported by other networking equipment        11:27:17
 2  vendors in the industry?
 3    A.  Yes.
 4        MR. HOLMES:  Same objections.
 5    Q.  (By Ms. McCloskey)  How do you know that?         11:27:25
 6    A.  Because it's an industry standard.
 7    Q.  Do you have an understanding as to
 8  whether Cisco uses many CLI commands that are also
 9  supported by other networking equipment vendors in
10  the industry?                                           11:27:49
11        MR. HOLMES:  Objection.  Vague.  Calls
12  for speculation.
13        THE DEPONENT:  I'm aware that some of
14  their commands are consistent with other vendors.
15    Q.  (By Ms. McCloskey)  How do you know that?         11:27:56
16    A.  Because they're industry standard.
17    Q.  Are you generally familiar with some of
18  Cisco's CLI commands?
19    A.  I'm generally familiar with the fact,
20  yes.                                                    11:28:09
21        (Discussion off the stenographic record.)
22    Q.  (By Ms. McCloskey)  I think you would
23  agree with this, but would you agree that commands
24  that are used by many different vendors and that
25  customers expect to see in an Ethernet switch are       11:28:24
                                                              Page 63

 1  fairly called industry-standard commands?               11:28:29
 2    A.  Yes.
 3    Q.  Would it be fair to say that Dell and
 4  Cisco's CLI commands may overlap, to the extent
 5  both use industry-standard CLI commands?                11:28:36
 6        MR. HOLMES:  Objection.  Vague.  Calls
 7  for speculation.
 8        THE DEPONENT:  Yes.
 9    Q.  (By Ms. McCloskey)  Are you aware of
10  other vendors with whom Dell's CLI commands             11:28:45
11  overlap?
12    A.  Yes.
13    Q.  Which vendors?
14    A.  Anybody that uses that same industry
15  standard.  So it would be Arista.  I believe           11:28:56
16  Juniper.  Extreme.  Enterasys.  Anybody that uses
17  the Broadcom, PowerConnect software or Level --
18  Level 7 software.
19    Q.  So many vendors use the industry-standard
20  CLI demands?                                            11:29:18
21    A.  Yes.
22        MR. HOLMES:  Objection.  Calls for
23  speculation.
24    Q.  (By Ms. McCloskey)  Has -- has Dell ever
25  considered whether it was somehow wrong to use CLI      11:29:36
                                                              Page 64

 1  commands that are also supported by Cisco?              11:29:39
 2    A.  No.
 3        MR. HOLMES:  Objection.  Vague.  Calls
 4  for a legal conclusion.
 5    Q.  (By Ms. McCloskey)  Is it fair to say             11:29:47
 6  that if Dell thought that it was wrong to use a
 7  certain CLI command, it wouldn't use it?
 8    A.  Yes.
 9        MR. HOLMES:  Same objections.
10    Q.  (By Ms. McCloskey)  Is it fair to say             11:29:55
11  that if Dell thought it was illegal to use a
12  certain CLI command, it wouldn't use it?
13    A.  Yes.
14        MR. HOLMES:  Same objections.
15    Q.  (By Ms. McCloskey)  Have you ever                 11:30:03
16  discussed with others the fact that the Dell CLI --
17  that the CLI supported by Dell shares commands in
18  common with the CLI supported by Cisco?
19        MR. THOMPSON:  Let me just caution the
20  witness, you should exclude any communications with     11:30:13
21  your lawyers.
22        THE DEPONENT:  Agree.
23    Q.  (By Ms. McCloskey)  Thank you.
24        Would you like me to read the question?
25    A.  Yes, please.                                      11:30:22
                                                              Page 65
```

**Page 102**

```
 1  important to know that the Dell OEM's the           12:27:03
 2  PowerConnect, I believe, full series --
 3       Q.  (By Ms. McCloskey)  Okay.
 4       A.  -- so that the software is not
 5  necessarily Dell-produced software.                  12:27:14
 6       Q.  Do you have an understanding of whose
 7  software it would be?
 8       A.  Yes.
 9       Q.  Who is that?
10       A.  Broadcom.                                   12:27:24
11       Q.  So am I correct in understanding that
12  this document indicates that the Broad- -- Broadcom
13  software supports the industry-standard CLI?
14       A.  I believe so, yes.
15       Q.  Do you have any reason to question         12:27:36
16  whether the Broadcom software supports the
17  industry-standard CLI?
18           MR. THOMPSON:  Same objections.
19           THE DEPONENT:  No.  My comment was not
20  familiarity with this particular series or -- or    12:27:45
21  the particular switch, and just going from memory
22  in terms of who has Broadcom software versus who
23  has Dell software on the individual switches.
24           MS. McCLOSKEY:  Okay.  Thanks.  You can
25  put that document aside.                            12:28:08
```

**Page 103**

```
 1           I'm going to show you a document which is  12:28:08
 2  marked 958.
 3           (Exhibit 958 was marked for identification by
 4  the court reporter and is attached hereto.)
 5       Q.  (By Ms. McCloskey)  Mr. Cato, I've handed  12:28:11
 6  you a document which is marked Exhibit 958.
 7           Do you recognize this document?
 8       A.  No.
 9       Q.  Can you please take a look at this
10  document and tell me what your understanding is     12:28:29
11  that it is?
12           MR. HOLMES:  Objection.  Foundation.
13           THE DEPONENT:  It looks like it's a
14  marketing document talking about the CLI on
15  Force10's operating system.                         12:29:41
16       Q.  (By Ms. McCloskey)  Have you seen
17  documents like this before?
18           MR. HOLMES:  Objection.  Vague.
19           THE DEPONENT:  I've seen similar
20  documents.                                          12:29:57
21       Q.  (By Ms. McCloskey)  And -- and just to be
22  clear, it's a Dell marketing document about CLI; is
23  that correct?
24           MR. HOLMES:  Objection.  Foundation.
25           THE DEPONENT:  I am unable to tell if it   12:30:04
```

**Page 104**

```
 1  was a Force10 or a Dell document.  It depends on    12:30:06
 2  timing.  It looks like it was a Force10 document.
 3       Q.  (By Ms. McCloskey)  Do you see on the
 4  middle of the front -- front page where it says,
 5  "The FTOS CLI combines an industry-standard show,   12:30:16
 6  configuration and debugging syntax with" -- "with
 7  enhanced usability and navigation features.  As a
 8  result, configuration and troubleshooting is just
 9  like working on an iOS platform, but more
10  comfortable."                                       12:30:33
11           Do you see that?
12       A.  Yes.
13       Q.  Do you have an understanding of what this
14  document refers to when it references an industry
15  standard show syntax?                               12:30:46
16           MR. HOLMES:  Objection.  Foundation.
17           THE DEPONENT:  It would be -- my
18  assumption is that the author intended to
19  demonstrate that the -- the CLI implementation was
20  what customers would expect for the industry       12:31:10
21  standard, and that they had gone and also provided
22  additional commands for -- for making some of the
23  navigation or some of the implementation easier.
24  So it looks like they have implemented an industry
25  standard and then additional commands.              12:31:28
```

**Page 105**

```
 1       Q.  (By Ms. McCloskey)  Which additional       12:31:31
 2  commands are those?
 3       A.  It -- I -- I'd be speculating.
 4       Q.  Okay.  What does iOS refer to?
 5           MR. HOLMES:  Objection.  Vague.            12:31:45
 6  Foundation.
 7           THE DEPONENT:  I believe iOS refers to
 8  Cisco's operating system.
 9       Q.  (By Ms. McCloskey)  So is it your
10  understanding --                                    12:31:53
11       A.  -- on one of their -- on some of their
12  switches.
13       Q.  Thank you for that clarification.
14           Is it your understanding that this
15  document -- this marketing document is indicating  12:31:59
16  to customers that configuration and troubleshooting
17  is similar to working on a Cisco iOS platform?
18           MR. HOLMES:  Objection.  The document
19  speaks for itself.  Foundation.
20           THE DEPONENT:  I believe that it's        12:32:13
21  indicating that if you -- if you are familiar with
22  the industry-standard aspects of the Cisco, you
23  would be familiar with the industry-standard
24  aspects of the Dell switch, or the Force10 switch
25  in this case.                                      12:32:32
```

```
 1  property.                            12:49:21
 2      MS. McCLOSKEY:  I have no further
 3  questions.  Thank you very much.
 4      MR. HOLMES:  I have one final question.
 5          FURTHER EXAMINATION           12:49:32
 6  BY MR. HOLMES:
 7   Q.  Sir, we discussed a company called
 8  Force10 today.
 9       Do you remember that?
10   A.  Yes, sir.                        12:49:36
11   Q.  And you're not here as a
12  representative -- corporate representative of
13  Force10, are you?
14   A.  I am not.
15   Q.  And you don't work for Force10 currently,  12:49:42
16  right?
17   A.  I work for Dell.
18      MR. HOLMES:  No further questions.
19  Thank you.
20      THE VIDEOGRAPHER:  This is the end of    12:49:48
21  today's deposition of Dell, Inc.  The deponent is
22  Gavin Cato.  We are off the record at 12:49 p.m.
23  Thank you.
24      (TIME NOTED:  12:49 p.m.)
25
                                          Page 122
```

```
 1      I declare under penalty of perjury
 2  under the laws that the foregoing is
 3  true and correct.
 4
 5      Executed on _____ , 20___,
 6  at _____, _____.
 7
 8
 9
10
11      _____
12          GAVIN CATO
13
...
25
                                          Page 123
```

```
 1      I, Rebecca L. Romano, a Certified Shorthand
 2  Reporter of the State of California, do hereby certify:
 3      That the foregoing proceedings were taken before me
 4  at the time and place herein set forth; that any
 5  witnesses in the foregoing proceedings, prior to
 6  testifying, were administered an oath; that a record of
 7  the proceedings was made by me using machine shorthand
 8  which was thereafter transcribed under my direction;
 9  that the foregoing transcript is true record of the
10  testimony given.
11      Further, that if the foregoing pertains to the
12  original transcript of a deposition in a Federal Case,
13  before completion of the proceedings, review of the
14  transcript [ ] was [X] was not requested.
15      I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18      IN WITNESS WHEREOF, I have this date subscribed my
19  name.
20  Dated:  May 26, 2016
21
22
23      Rebecca S. Romano
24      Rebecca L. Romano, RPR,
25      CSR. No 12546
                                          Page 124
```

32 (Pages 122 - 124)