# ATTACHMENT 10

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5    CISCO SYSTEMS, INC.,        )
                                  )
 6              Plaintiff,        )
                                  ) Case No.
 7         vs.                    ) 5:14-cv-05344-BLF (PSG)
                                  )
 8    ARISTA NETWORKS, INC.       )
                                  )
 9              Defendant.        )
                                  )
10    _____)
11
12
13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15         VIDEOTAPED DEPOSITION OF BALAJI VENKATRAMAN
16                  Palo Alto, California
17                 Tuesday, May 2, 2016
18                      Volume I
19
20
21    Reported by:
22    CARLA SOARES
23    CSR No. 5908
24    Job No.  2302931
25    Pages 1 - 116
```

Page 1

```
 1  commands in it?
 2     A  Yes.
 3     Q  Where is that?  Give me an example.
 4     A  For example, halfway through the page,
 5  when it says "Sendin enable" is when Network
 6  Automation enters the enable mode, the privileged
 7  mode, and then sends an enable password.  And there
 8  are other examples as well.
 9         For example, after the configuration is
10  done, then Network Automation, or in this case -- or
11  NCM would gracefully exit that login session.  So
12  here it sends an exit, for example, as a command.
13  Those are all CLI commands.
14     Q  And the way it's written here is "sendin,"
15  and then opening and closing parentheses.  That's
16  Perl, right?
17     A  That's the syntax of Perl.
18     Q  And then within that -- sorry.
19     A  Go ahead.
20     Q  And then within that, there are phrases in
21  quotation marks.  Those phrases are the CLI commands
22  that Cisco switches recognize?
23     A  In this case, yes.
24     Q  So if you turn to page 852, which ends in
25  HPE84940 --
```
Page 66

```
 1     A  Okay.
 2     Q  -- it's the last page of this appendix,
 3  this is a sample script in a different language.
 4         And my question is, third from the bottom,
 5  just as an example, there's a "send," and then in
 6  quotation marks, "banner motd."
 7     A  Um-hum.
 8     Q  The "banner motd" in this sample script is
 9  a CLI command that Network Automation would send to
10  a Cisco switch?
11     A  It doesn't call out Cisco switch in this
12  particular example.  This is sample expect.
13         But yes, banner motd is -- motd stands for
14  message of the day.  So "banner motd," that's the
15  syntax of it, and banner motd is a CLI command with
16  a parameter that specifies what that banner ought to
17  be.
18     Q  Okay.  If you could flip back now -- well,
19  you can just put that down for a second.
20         Does Network Automation come with any
21  pre-configured command scripts?
22     A  Yes.
23     Q  What do those command scripts do?
24     A  They would allow the network operator to
25  perform a variety of commonly used operations, like
```
Page 67

```
 1  setting the password, setting full duplex, changing
 2  interface configurations, such.
 3     Q  And those scripts come with the product?
 4     A  Correct.
 5     Q  And do they also come with the product
 6  that Cisco has rebranded as Network Compliance
 7  Manager?
 8     A  They would have, yes.
 9     Q  And those scripts contain CLI commands
10  that the product will issue to a third-party switch?
11     A  Correct.
12     Q  Do you know whether the banner motd CLI
13  command is a CLI command that is used by more than
14  one vendor?
15     A  More than one vendor would have the
16  ability to specify a banner.  The particular syntax
17  between vendors may vary, but the capability would
18  exist as -- you know, across multiple vendors.
19     Q  Do you know whether the syntax is the same
20  across more than one vendor just for that command in
21  particular?
22     A  No, I -- given that Network Automation
23  supports 160-plus vendors, I cannot say that it's
24  common across every one.  But that's a reasonable
25  syntax.  If the syntax varies, it would be a
```
Page 68

```
 1  syntactical thing.  It would be very similar to
 2  this.
 3     Q  Why is that?
 4         MR. GARTEN:  Object as outside the scope.
 5         You can answer.
 6         THE WITNESS:  Because this is a very
 7  commonly used operation.  Across the board, vendors
 8  will try to present a uniform interface.  So they
 9  would be similar but not necessarily the same.  I
10  don't know if they're the same or different, but
11  they would be similar.
12  BY MR. SANTACANA:
13     Q  What is the value of a uniform CLI
14  interface across vendors?
15     A  It allows the network operator to leverage
16  the learning and the skill that they had with one
17  set of vendors and devices to another.
18     Q  If you could turn to page 632, which ends
19  in a Bates number of 4730.
20         So this page is part of the section called
21  "New Command Script Page Fields."  We've been
22  discussing command scripts.  I have a question about
23  this advanced scripting field.
24         It says, "If checked, the pages refresh to
25  provide settings specific to custom scripts written
```
Page 69

18 (Pages 66 - 69)

**Page 94**

1  Q  Regardless of which vendor manufactures
2  the device?
3  A  Correct.
4  Q  So every HP customer of Network Automation
5  gets all the device drivers regardless of how many
6  devices they need to support or the -- what they've
7  paid for the product?
8  A  The device comes pre-packaged with a
9  certain number of devices -- device drivers that
10 every customer gets when they purchase the product.
11 Q  Okay.
12    (Exhibit 639 was marked for identification
13 and is attached hereto.)
14 BY MR. SANTACANA:
15 Q  Exhibit 639 has a Bates number of
16 ARISTANDCA00224908.  It's titled "HP 5900 Switch
17 Series Data Sheet."
18    My question for you, sir, is, is this a
19 document that HP kept in the ordinary course of
20 business?
21 A  It has an HP logo.  It's an HP switch.
22 Yes.
23 Q  Do you know when the document was created
24 by HP?
25 A  Let's see if there's a date.  I have not

**Page 95**

1  seen this document before, but if there's a date, I
2  can -- in the last page, it says "Created
3  February 2012," and "Updated February 2013."
4  Q  Do you know what this document is?
5  A  This is the device specification for HP
6  5900 switch series.
7  Q  Do you have any reason to doubt that it is
8  an authentic version of the specification HP
9  created?
10 A  No.  Looking at the logo and the product
11 family name, this is an HP product.  I believe this
12 is HP documentation.
13 Q  Do you know -- do you know who at HP would
14 have created this product -- this document?
15 A  This document would have been created by
16 the R&D team that is responsible for this particular
17 switch.
18 Q  Okay.  And how do you know that?
19 A  By default, the team that develops the
20 switch is also responsible for producing product
21 documentation.
22 Q  Was this document created by the R&D team
23 in the ordinary course of HP's business?
24 A  I believe so.
25 Q  If you flip to page 5, the third bullet

**Page 96**

1  point says, "Industry-standard CLI with a
2  hierarchical structure" as the -- as one of the
3  features of this switch, and underneath it says,
4  "Reduces training time and expenses, and increases
5  productivity in multi-vendor installations."
6  A  Right.
7  Q  Do you have an understanding of what the
8  industry standard CLI with a hierarchical structure
9  is?
10 A  Yes.
11 Q  What is that?
12 A  So as we discussed earlier, the reason to
13 have common, consistent-looking CLI across different
14 vendors and different device types for the devices
15 to present a common interface is because users can
16 leverage the learning on one device to another
17 device, another class of device.
18    So in the interest of helping our
19 customers, Hewlett-Packard also implements CLI that
20 is accepted industry standard so that we minimize
21 the amount of time customers have to spend learning
22 our -- our CLI.
23 Q  Is the industry standard CLI that HP
24 implements to help its customers with training time
25 and expenses, is that a set of specific commands?

**Page 97**

1  A  They are general guidelines.  Every vendor
2  implements the CLI to be consistent with the
3  standard, but every vendor also has proprietary
4  modifications and extensions.
5     But in general, the bulk of it will be
6  similar to whatever the standard is.
7  Q  Do you know what it means when it says "a
8  hierarchical structure"?
9  A  Hierarchical is where you have a set of
10 base commands, show commands.  Hierarchical could be
11 either in terms of the capability or it could be in
12 terms of the privileges that one requires to
13 exercise the CLI.
14 Q  Do you know of any other vendors that
15 implement what you've called the industry standard
16 CLI?
17 A  Most vendors would attempt to implement
18 their CLI that is similar to the standard.
19    MR. SANTACANA:  You can set that aside.
20    (Exhibit 640 was marked for identification
21 and is attached hereto.)
22 BY MR. SANTACANA:
23 Q  Exhibit 640 has the Bates number
24 ARISTANDCA00224917, last page ends in 4949.  The
25 document is entitled "HP 6200 yl Switch Series

```
 1      Q  And do you consider yourself to be an
 2  expert in patent law?
 3      A  No.
 4      Q  And have you read any briefings or papers
 5  that are related to this case other than the
 6  subpoena?
 7      A  No.
 8         MR. HOLMES:  All right.  I pass the
 9  witness.
10         MR. SANTACANA:  Nothing.
11         MR. GARTEN:  I just want to put on the
12  record that we'll take the time under the protective
13  order to review and designate the transcript as
14  appropriate.  I understand in the 15-day period it's
15  highly confidential, attorney eyes' only.
16         MR. SANTACANA:  Okay.
17         THE VIDEO OPERATOR:  This concludes
18  today's videotaped deposition of Hewlett-Packard
19  pursuant to Rule 30(b)(6).  We're off the record at
20  1:58 p.m.
21         (TIME NOTED:  1:58 p.m.)
22              --o0o--
23
24
25
                                             Page 114
```

```
 1         I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4         That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12         Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16         I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: 05/13/2016
23
24            _____
25            CARLA SOARES
              CSR No. 5908
                                             Page 116
```

```
 1
 2
 3
 4
 5
 6
 7
 8      I, BALAJI VENKATRAMAN, do hereby declare
 9  under penalty of perjury that I have read the
10  foregoing transcript; that I have made any
11  corrections as appear noted, in ink, initialed by
12  me, or attached hereto; that my testimony as
13  contained herein, as corrected, is true and correct.
14      EXECUTED this _____ day of _____,
15  2016, at _____, _____.
16         (City)          (State)
17
18
19         _____
20              BALAJI VENKATRAMAN
21
22
23
24
25
                                             Page 115
```