# ATTACHMENT 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1               UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5    CISCO SYSTEMS, INC.,        )
                                  )
 6              Plaintiff,        )
                                  ) Case No.
 7         vs.                    ) 5:14-cv-05344-BLF (PSG)
                                  )
 8    ARISTA NETWORKS, INC.,      )
                                  )
 9              Defendant.        )
                                  )
10    _____)
11
12    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
13
14     VIDEOTAPED DEPOSITION OF CISCO'S 30(b)(6) WITNESS
15                     FRANK PALUMBO
16              San Francisco, California
17               Tuesday, June 7, 2016
18                     Volume I
19
20
21    Reported by:
22    CARLA SOARES
23    CSR No. 5908
24    Job No.  2326739
25    Pages 1 - 103
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. FERRALL:

2        Q    Okay.

3        A    -- I guess to prepare, but I didn't look

4    at any other documents.

5        Q    And that document, was that one that you

6    helped prepare?

7        A    Helped.  It was prepared by the Cisco

8    sales teams and some of our internal sales tracking

9    mechanisms.

10       Q    When was that document prepared?

11       A    I believe we -- some of the data had been

12   gathered previously, and we summarized some of it

13   yesterday.

14            MR. FERRALL:  Is that the document that

15   was just produced this morning, Counsel?

16            MS. CANDIDO:  Yes.

17            MR. FERRALL:  Can I ask -- maybe this

18   question is better posed to you, Ms. Candido -- that

19   document is marked "Highly Confidential, Attorneys'

20   Eyes Only."  Is that Cisco confidential information?

21            MS. CANDIDO:  Correct.

22            MR. FERRALL:  Okay.  So I can share it

23   with Mr. Palumbo?

24            MS. CANDIDO:  Yes.

25            MR. FERRALL:  Thank you.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              MS. CANDIDO:  The intent was so that he

2      didn't have to memorize the list.

3              MR. FERRALL:  Fair enough.

4              Let's mark this as Exhibit 1356.

5              (Exhibit 1356 was marked for

6          identification and is attached hereto.)

7      BY MR. FERRALL:

8          Q    We've marked as Exhibit 1356 a document

9      which is entitled "Plaintiff Cisco Systems

10     Supplemental Objections and Responses to Defendant

11     Arista Networks' Interrogatory No. 15," and it's

12     signed June 7, 2016.  It has an Attachment A.

13     Exhibit A, I should say.

14             Mr. Palumbo, is this document, or at least

15     the Exhibit A to this document, the list of

16     customers that you were referring to?

17         A    Yes, it was.

18         Q    Okay.  So can you explain how this list

19     was prepared?

20             MS. CANDIDO:  I mean, Counsel, I sort of

21     need to instruct the witness to some degree because,

22     as he said, he's not representing that he prepared

23     this list.

24             So to the extent he has knowledge about

25     how counsel prepared this list, that is in some

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    respects privileged and work product.  So in that

2    respect, I would instruct him not to reveal my work

3    product.

4            But he has information about how he

5    prepared with respect to how to answer the topic on

6    lost sales, if that's the issue.

7            MR. FERRALL:  Sure.  Let me try to focus

8    the question then.

9        Q    I'm not interested in your conversations

10   with Ms. Candido or any counsel for Cisco or input

11   that they may have had in the preparation of this

12   list.

13           But I am interested in understanding from

14   you, if you can tell me, what was -- what were the

15   records, if you will, or the facts that Cisco had

16   and used in order to prepare this list?

17           Can you answer that?

18           MS. CANDIDO:  And again, I would instruct,

19   to the extent that Cisco's counsel used records and

20   facts independent of your involvement to prepare

21   this exhibit, you should exclude that from your

22   answer.

23           But your preparation for today, to the

24   extent that that involved records of Cisco's, you

25   can answer in that respect.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          THE WITNESS:  This was prepared from some
2     of the sales tracking systems we have,
3     Salesforce.com, that we try to keep track of the
4     transactions that we win or lose.
5     BY MR. FERRALL:
6          Q    Okay.  Other than Salesforce.com -- and
7     let's just keep it at the source level -- were there
8     any other sources of information at Cisco that you
9     used -- when I say "you," I mean Cisco -- used to
10    prepare this list?
11              MS. CANDIDO:  I would give the same
12    instruction.  To the extent that counsel for Cisco
13    consulted other sources of information other than
14    Salesforce.com, that you should exclude that from
15    your answer to the extent you have knowledge of
16    that.
17              If you have other knowledge in terms of
18    preparing for today about the sources of information
19    used for -- to compile this list, you can answer
20    with respect to that.
21              THE WITNESS:  I believe this came from
22    Salesforce.com or directly from our sales team,
23    information from there.
24    BY MR. FERRALL:
25         Q    When you say directly from the sales team,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    you mean via interviews or documents or -- what do

2    you mean by that?

3         A    Via some vehicle from the sales team that

4    said, "Hey, we lost a transaction to Arista, and

5    here is the account."

6              I couldn't tell you, you know, where they

7    all the came from.

8         Q    Okay.  Do you know -- apart from

9    Salesforce.com, which we'll talk about, do you know

10   how many team members were consulted to gather the

11   information for this list?

12        A    I really don't.

13        Q    Any approximation?  And what I mean by

14   that is, do you have any sense that there was a

15   broad outreach across the sales team to try to

16   gather this information as opposed to just speaking

17   to one or two people?

18             MS. CANDIDO:  Again, I would instruct you

19   to exclude from your answer any attorney-client

20   communications or attorney work product.

21             THE WITNESS:  I can't recall any broad

22   outreach.

23   BY MR. FERRALL:

24        Q    All right.  So what do you understand --

25   this list that's Exhibit A to 1356, what do you

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4    That the foregoing proceedings were taken
before me at the time and place herein set forth;

5   that any witnesses in the foregoing proceedings,

6   prior to testifying, were administered an oath; that

7   a record of the proceedings was made by me using

8   machine shorthand which was thereafter transcribed

9   under my direction; that the foregoing transcript is

10  a true record of the testimony given.

     Further, that if the foregoing pertains to

11  the original transcript of a deposition in a Federal

12  Case, before completion of the proceedings, review

13  of the transcript [X] was [ ] was not requested.

14    I further certify I am neither financially

15  interested in the action nor a relative or employee

16  of any attorney or any party to this action.

17    IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated: 06/10/2016

21

22

23  _Carla Soares_

24  CARLA SOARES

25  CSR No. 5908

Page 103

Errata Sheet

Case: *Cisco Systems, Inc. v. Arista Networks, Inc.*
Date of Deposition: June 7, 2016
Name of Witness: Frank Palumbo

| Page | Line | Correction / Change | Reason for Change |
|------|------|---------------------|-------------------|
| 10 | 21 | Add "until" before "up" | Transcription error |
| 22 | 17 | Change "its" to "it's" | Transcription error |
| 57 | 12 | Change "for" to "on" | Transcription error |
| 86 | 24 | Change "um-hum" to "yes" | Clarify the record |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date: August 12, 2016          Signature: *Frank Palumbo*