# ATTACHMENT 13

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4    CISCO SYSTEMS, INC.,

 5                  Plaintiff,

 6          vs.

 7    ARISTA NETWORKS, INC.,         Case No.

 8                  Defendant.       5:14-cv-5344-BLF

 9    _____

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13              SUBJECT TO PROTECTIVE ORDER

14

15      VIDEOTAPED DEPOSITION OF ADAM SWEENEY,

16                       VOLUME I

17

18                  January 29, 2016

19               9:32 a.m. - 6:48 p.m.

20

21          555 Twin Dolphin Drive, 5th Floor

22             Redwood Shores, California

23   REPORTED BY:

24   James Beasley

25   CSR No. 12807, CCR No. 835, RPR
```

Page 94

1  design specs for their products.
2      Q.   Anything else?
3      A.   Those are the main things I can think of.
4      Q.   Were you given access to confidential
5  roadmaps of product lines while you were employed by
6  Cisco?
7      A.   Probably.
8           MR. FERRALL:  Objection.  Compound.
9           You can answer.
10          THE WITNESS:  I probably had access to the
11 roadmaps for my own business unit's products and
12 maybe high level descriptions for those related to
13 business units.
14 BY MR. PAK:
15     Q.   And what are roadmaps?
16     A.   A roadmap is generally a plan.
17     Q.   A plan for what in this context?
18     A.   It would usually be a plan for products
19 you're planning to build.
20     Q.   And you understood as an employee of Cisco
21 that product roadmaps within Cisco were confidential
22 information owned by Cisco; you knew that, right?
23     A.   Yes.
24     Q.   Okay.  Highly sensitive information in
25 terms of what you were trying to build for the

Page 95

1  future, correct?
2      A.   Sometimes.
3      Q.   And within Arista you also are given
4  access to confidential, sensitive roadmaps for
5  future products in Arista, correct?
6      A.   Yes.
7      Q.   And you consider that to be confidential
8  to Arista and act accordingly, true?
9      A.   Yes.
10     Q.   You would not want confidential roadmaps
11 of Arista to be shared with Arista's competitors,
12 would you?
13     A.   Again, it depends on the roadmap, the
14 timing of it, what's in it.  Sometimes these things
15 become public over time.
16     Q.   But you are certainly aware of
17 confidential roadmaps of Arista that have not been
18 shared, to your knowledge, with competitors of
19 Arista, correct?
20     A.   I can think of at least one.
21     Q.   Okay.  What is that one that you are
22 thinking of?
23     A.   Would be our software features roadmap.
24     Q.   And why is that confidential to Arista?
25     A.   Certainly one reason is because these

Page 96

1  things are not done yet and they may change.
2      Q.   Do you consider Cisco to be a competitor
3  of Arista in the Ethernet switching market?
4      A.   Yes.
5      Q.   As the VP of software engineering, would
6  you feel comfortable sharing your software feature
7  roadmap for Arista's future products with employees
8  of Cisco?
9      A.   No.
10     Q.   Why not?
11     A.   We compete with Cisco; we don't need them
12 to know what our plans are before they become
13 public.
14     Q.   Why is that important to your business,
15 that you keep confidential roadmaps for software
16 features away from the hands of competitors like
17 Cisco?
18     A.   It prevents them from preparing for the
19 arrival of those features.
20     Q.   We've talked about some confidential
21 information of Arista on the record today, correct?
22     A.   I think so.
23     Q.   Can you think of anything that we've
24 discussed so far that's truly confidential to
25 Arista?

Page 97

1           MR. FERRALL:  Objection.  Vague and
2  ambiguous.
3           THE WITNESS:  Actually, I'm sorry, I'm not
4  sure.  It's hard for me to remember every little
5  thing we've talked about.
6           MR. PAK:  What I'm going to now do is put
7  that manual to work.  So I am going to introduce my
8  next exhibit, Exhibit 120.
9           THE WITNESS:  Okay.
10          (Sweeney Exhibit 120 was marked for
11          identification and attached to the
12          transcript.)
13          (Off-the-record discussion.)
14 BY MR. PAK:
15     Q.   Mr. Sweeney, I've labeled as Exhibit 120 a
16 document that was filed as part of this case, and
17 it's a document with the Docket number 64-1, which
18 was filed on July 23rd, 2015.
19          What I'm going to ask you to do,
20 Mr. Sweeney, is take whatever time you need to go
21 through these commands that are identified here.
22     A.   Okay.
23     Q.   And you can check the manual, the user
24 manual, which is Exhibit 119, and at the end of your
25 review I would like to have you confirm that each of

Page 98

1  the commands that have been identified as part of
2  this Exhibit 120 is, in fact, implemented as part of
3  Arista's CLI commands.
4         Can you do that for me?
5      A.  The whole list?
6      Q.  Yes.
7      A.  That's --
8         MR. FERRALL:  Are you asking him one
9  question to answer or are you going to -- I'm not
10 sure.  I mean, if you want to -- obviously you can
11 do it however you want, but...
12        MR. PAK:  Counsel, I'm going to just -- so
13 I think my instruction is pretty clear.
14     Q.  I'm going to ask you to review this list,
15 I want you, if you need it, to compare it to the
16 list of commands that are described in Exhibit 119,
17 which is the user manual for the Arista CLI.
18        And at the end of the review I'm going to
19 ask you to confirm on the record that all of the CLI
20 commands that appear in Exhibit 120 has, in fact,
21 been implemented by Arista as part of its CLI.
22        Do you understand?
23     A.  I do.
24     Q.  Okay.  So please go ahead and take
25 whatever time you need to do that for me.

Page 99

1         MR. FERRALL:  When -- when should we tell
2  you when -- what should Mr. Sweeney be able to say
3  when he's done with this review session?
4         MR. PAK:  I'm confused.
5         MR. FERRALL:  Well, I'm confused because
6  if you're going to -- if you want to pose the
7  question here that he's going to answer, then at the
8  end then I -- I guess we could do that.
9         It sounds like it's a massively compound
10 question, but I guess that's up to you to pose it.
11 Or we can just take some time and then he can start
12 looking through these materials.  Is that what you
13 want him to do?
14        MR. PAK:  Let me ask it and then you
15 can --
16     Q.  So I'm just going to -- I've explained to
17 you what I would like you to do.  Do you understand
18 what I've asked you to do, Mr. Sweeney?
19     A.  I think so.
20     Q.  Okay.  So let me ask you my question so
21 your attorney can make an objection, if he would
22 like.
23        Mr. Sweeney, is it true that all of the
24 commands that are identified in Exhibit 120 has been
25 implemented in the Arista CLI interface?

Page 100

1         And please feel free to review Exhibit 119
2  in answering that question.
3         MR. FERRALL:  Objection.  Compound.  Vague
4  and ambiguous.
5         THE WITNESS:  So --
6         MR. FERRALL:  Why don't you --
7         THE WITNESS:  -- the only way I feel I
8  could actually answer that is to go through every
9  one of them.
10        MR. PAK:  Please do.
11        MR. FERRALL:  I think that's what he's
12 asking you to do.
13        MR. PAK:  And there's a table of contents
14 in Exhibit 119, if it's helpful.
15        But please go ahead and do that.
16        THE WITNESS:  All righty.
17        No.  I would say the answer is no.
18 BY MR. PAK:
19     Q.  Okay.  Can you identify for me which
20 command you believe has not been implemented by
21 Arista CLI?
22     A.  I would say that there is no command that
23 consists of just the two words "aaa" followed by
24 "accounting."
25     Q.  Okay.  And let's take a look at, what is

Page 101

1  the command syntax for the command that you're
2  looking at right now?  Can you identify the page
3  number?
4      A.  I'm looking at Page 205.
5      Q.  Okay.  And what --
6      A.  Bates 16205.
7      Q.  Okay.  And what's the command syntax for
8  that command?
9      A.  There's an "accept" command.  It has a
10 variable number of incarnations.  But it's "aaa,"
11 followed by "accounting," followed by a type
12 specifier followed by a connection specifier
13 specified by a mode, followed by a mode, followed by
14 a series -- you know, one or more methods.
15     Q.  Okay.  So I'm going to ask you this
16 question, then, we'll do it one command at a time
17 now, and then I'll ask you to do this.
18     A.  Okay.
19     Q.  Can you confirm for me that the command
20 "aaa accounting" that is described on Page 205 of
21 Exhibit 119 contains the multiple words
22 "aaa accounting"?
23     A.  Yes, it does.
24     Q.  And, in fact, at the very top it says:
25 "aaa accounting," as the title for that particular

Page 102

1  command?
2       A.   That is a prefix for this command, yes.
3       Q.   Okay.  Let's turn to the next one, which
4  is on the next page, Page 206.  Can you confirm that
5  "aaa accounting dot1x is present in the command
6  "aaa accounting dot1x" from Arista CLI?
7       A.   No, it's not.
8       Q.   Can you confirm that the words
9  "aaa accounting dot1x" in combination appears in the
10 command "aaa accounting dot1x" in Arista CLI?
11      A.   No.
12      Q.   At the very top, the command says:
13 "aaa accounting dot1x."
14           Is that true?
15      A.   That is the title of this page, yes.
16      Q.   Okay.  And that's the title of this page
17 for the "aaa accounting dot1x" command; is that
18 true?
19      A.   No.
20      Q.   Okay.  Let's look at the command syntax.
21           "aaa accounting dot1x" is part of the
22 command syntax for the command identified on
23 Page 206, correct?
24      A.   For which command identified on Page 206?
25 There's more than one.

Page 103

1       Q.   Sure.  The first command identified on
2  Page 206.
3       A.   Sorry, do you want to -- like say your
4  question, again.
5       Q.   Sure.  The words "aaa accounting dot1x" is
6  part of the command syntax for the first command
7  that is described in Exhibit 119 on Page 206,
8  correct?
9       A.   Yes, it is a prefix of that command, yes.
10      Q.   Okay.  And that command description,
11 "aaa accounting dot1x," also appears at the very top
12 page of 206; is that true?
13      A.   It does.
14      Q.   Okay.  So what I'm going to ask you to do
15 is confirm for me that -- let me ask it -- let me
16 ask you a question.
17           Isn't it true, Mr. Sweeney, that each of
18 the multiple word command phrases that appear in
19 Exhibit 120 is part of the command syntax for CLI
20 commands that are used in Arista CLI?
21           And please take the time as necessary to
22 confirm that and also check with Exhibit 119 as
23 necessary.
24           MR. FERRALL:  Objection.  Lacks
25 foundation.  And vague and ambiguous.  And compound.

Page 104

1           THE WITNESS:  I'm sorry, could you read
2  your question one more time?
3  BY MR. PAK:
4       Q.   Sure.  Isn't it true, Mr. Sweeney, that
5  each of the multiple word command phrases that
6  appear in Exhibit 120 is part of the command syntax
7  for CLI commands that are used in Arista CLI?
8           MR. FERRALL:  Same objection.
9           THE WITNESS:  Well, let's continue our
10 merry adventure.
11          (Reading.)
12          THE WITNESS:  Well, according to this
13 document, no.
14 BY MR. PAK:
15      Q.   Okay.  Can you show me which page you're
16 looking at?
17      A.   I'm looking at Page 1514.
18      Q.   Okay.  1513.  Page 1513, are you looking
19 at the --
20      A.   14.  What claims to be the documentation
21 for the "address family" command.
22      Q.   Okay.  And why do you believe that the --
23          (Off-the-record discussion regarding the
24          microphone.)
25 ///

Page 105

1  BY MR. PAK:
2       Q.   And why is it that you believe
3  "address-family" is not part of the command syntax
4  for this command?
5       A.   Well, when I read the command syntax
6  section, there's no mention of it.
7       Q.   Are you familiar with this command?
8       A.   I'm not sure.
9       Q.   For example, can you look at the example
10 at the bottom, can you read into the record the
11 second example command -- the second example of the
12 command that's entered in the Arista CLI?
13      A.   There it shows a command:
14          "address-family ipv6."
15      Q.   So if, in fact, that turns out to be the
16 command syntax for "address-family" command of the
17 Arista CLI, "address-family" would be part of the
18 command syntax, correct?
19          MR. FERRALL:  Objection.  Calls for a
20 hypothetical.
21          THE WITNESS:  If that were true, then it
22 would be a subset, a prefix of a command; that's
23 true.  The question you asked concerned the command
24 syntax section of the document --
25 ///

Page 106

```
 1  BY MR. PAK:
 2      Q.   No, that's not my question.
 3           So can you please keep this question in
 4  mind.
 5           So my question is:  Isn't it true,
 6  Mr. Sweeney, that each of the multiple word command
 7  phrases that appear in Exhibit 120 is part of the
 8  command syntax for CLI commands that are used in
 9  Arista CLI?
10      A.   Well, exactly.  And this is the section of
11  this document you're asking me to check this with.
12  And in the command syntax portion of -- of the
13  section it doesn't list this.
14      Q.   So my question, just to be clear, my
15  question isn't asking you about the descriptions of
16  the manual.  I would like to give you the
17  opportunity to check the manual, if necessary.
18           But what I'm asking you about is these
19  command syntax for CLI commands that are actually
20  used in the Arista CLI.
21           So let's go back and let me ask the
22  question again.
23           Isn't it true, Mr. Sweeney, that each of
24  the multiple word command phrases that appear in
25  Exhibit 120 is part of the command syntax for the
```

Page 107

```
 1  CLI commands that are used in Arista CLI?
 2           Please proceed.
 3           THE WITNESS:  So you want me to do --
 4           MR. FERRALL:  Well, wait -- wait just a
 5  second.
 6           I mean, if you -- if you want him to just
 7  ask -- answer the question based upon his knowledge,
 8  he can do that.  If you want him to take the time to
 9  compare to the documents you put in front of him, he
10  can do that too.  But which is it?
11  BY MR. PAK:
12      Q.   Well, first of all, I'm asking you your
13  knowledge, so -- and you -- free to consult the
14  manual, if necessary.
15           But I'm asking you:  Isn't it true,
16  Mr. Sweeney, that each of the multiple word command
17  phrases that appear in Exhibit 120 is part of the
18  command syntax for CLI commands that are used in
19  Arista CLI?
20           MR. FERRALL:  Based upon your knowledge,
21  you can answer the question.
22           It's vague and ambiguous and compound.
23           But you can answer.
24           THE WITNESS:  Based on my knowledge, I
25  don't know.  It's a very, very long list.  Based
```

Page 108

```
 1  upon this document, no.
 2  BY MR. PAK:
 3      Q.   Okay.  And so you don't -- sitting here
 4  today, you don't know this particular command syntax
 5  for all the commands that are identified here in
 6  Arista CLI, sitting here today?
 7      A.   How many entries are in this list?
 8      Q.   There's over 500.
 9      A.   No.
10      Q.   Okay.  And so the one command that you
11  identified so far where you saw a discrepancy in the
12  documentation is address family -- "address-family"
13  on Page 1514.
14           Do you see that?
15      A.   I do.
16           MR. FERRALL:  Objection.  Mischaracterizes
17  the testimony.
18  BY MR. PAK:
19      Q.   Mr. Sweeney, you would acknowledge that on
20  the same manual description, under "Example," there
21  is a command syntax "sharp address-family ipv6."
22           Do you see that?
23      A.   I do.
24      Q.   Okay.  You're not -- you don't -- you're
25  not certain, sitting here today, whether
```

Page 109

```
 1  "address-family ipv6" is a valid command syntax for
 2  an Arista CLI command?
 3      A.   I am not certain.
 4      Q.   Okay.  You can't dispute that, sitting
 5  here today, correct?
 6      A.   I'm sorry?
 7      Q.   You don't have any knowledge one way or
 8  the other on that topic, correct?
 9      A.   Of -- sorry, can we just be more specific?
10      Q.   Sure.  You're not disputing technically
11  that Arista's CLI actually does have a command
12  syntax "address-family ivp6" as described in this
13  manual?
14      A.   I am neither confirming it or disputing
15  it.  I'm telling you I don't know.  And the
16  reference I have is, at most, ambiguous.
17      Q.   Okay.  So let's proceed.
18           So what I'd like you to do is proceed with
19  your comparison of the command syntax that is
20  identified for each of the CLI commands that are on
21  Exhibit 120 and please confirm for me that,
22  according to the documentation in Exhibit 119, that
23  these commands are part of the command syntax for
24  Arista CLI commands.
25           And to the extent that you see
```

Page 110

1  discrepancies or exceptions, please note those on
2  the record.  So go ahead.
3         MR. FERRALL:  Do you understand the
4  question?
5         THE WITNESS:  I think so.
6         MR. FERRALL:  Okay.
7  BY MR. PAK:
8     Q.  Please proceed.
9         MR. FERRALL:  For the record, I'll object
10 as compound and vague and ambiguous.
11        You can go ahead.
12        THE WITNESS:  I'm sorry, can you read back
13 your question one more time?
14        MR. PAK:  Sure.
15    Q.  Please proceed with your comparison of the
16 multiple words for the commands that are identified
17 for each of the CLI commands in Exhibit 120 and
18 confirm for me that, according to the documentation
19 in Exhibit 119, these multiple command words are
20 part of the command syntax for Arista CLI commands.
21    A.  So in your words, would they be a part if
22 they're not contiguous, if other words come in
23 between them?
24    Q.  What I mean "part" is that they appear at
25 least in the command syntax.

Page 111

1  So whatever you think is a discrepancy,
2  you should just note it on the record.
3     A.  Okay.  Well, for example, there's the
4  "area default-cost" command, looking at the OSPFv2
5  version.
6     Q.  Okay.  And what page is that?
7     A.  That's on Page 1360, Page 17360.
8     Q.  Okay.  Go ahead.
9     A.  What we can see here in the command syntax
10 description is that there's always another word in
11 between "area" and "default-cost."
12    Q.  And what is that word?
13    A.  Well, let's see, it's a number between 0
14 and 2 to the 32.
15    Q.  Okay.
16    A.  Every third minus one.
17    Q.  All right.  So go ahead and please proceed
18 with your review.
19    A.  Okay.  So we have the --
20        MR. FERRALL:  Let me --
21        THE WITNESS:  I'm sorry.
22        MR. FERRALL:  I should have clarified that
23 there's a foundation objection to this, too, given
24 the way this question was phrased and your answer.
25        Go ahead.

Page 112

1         THE WITNESS:  Okay.  There's also a
2  discrepancy with the other version of the "area
3  default-cost" command, which appears on Page 10477,
4  Bates 17447.  It also includes a number or IP
5  address-looking value in between the area and the
6  "default-cost" words.
7  BY MR. PAK:
8     Q.  Are you familiar with the Cisco command
9  syntax for that command?
10    A.  From memory, no.
11    Q.  Okay.  Let me -- let me do it this way
12 because it's clear to me that for many of these
13 commands you just don't know personally, sitting
14 here today, what the command syntax is; is that
15 true?
16    A.  There are many of them where I will not be
17 positive that I know their exact syntax, no.
18    Q.  And even if you read the manual, sitting
19 here today, without actually checking the actual
20 command interface, you're not sure whether the
21 manual is accurately describing the command syntax
22 in its entirety?
23    A.  It's a very large manual.  It's hard to
24 know exactly when everything is correct, yes.
25    Q.  Okay.  So why don't I skip this exercise

Page 113

1  for now.
2         You are -- is command definition of the
3  CLI commands part of your job responsibility as the
4  software VP of engineering?
5         MR. FERRALL:  Objection.  Vague and
6  ambiguous.
7         THE WITNESS:  I'm sorry, could you say
8  that again?
9  BY MR. PAK:
10    Q.  Sure.  As the VP of software engineering
11 at Arista, is the definition of CLI command syntax
12 part of your job responsibility?
13    A.  It's certainly not a part of my job as a
14 VP of software engineering, no.
15    Q.  Okay.  Are you involved, as the VP of
16 software engineering, in defining the command syntax
17 for the Arista CLI?
18    A.  As the VP of software engineering, no.
19    Q.  Okay.  As an employee of Arista, are you
20 involved in defining the command syntax for the
21 Arista CLI?
22    A.  I play a role in reviewing the CLI syntax
23 proposed by others, generally.
24    Q.  Okay.  It's not a coincidence, sir, that
25 there is a significant overlap in the command syntax

Page 322

1  ARISTANDCA10384101.  It's an e-mail that you sent on
2  September 11th, 2013, to Bill Fenner and copied the
3  CLI Review mailing list that we talked about before
4  and the BGP mailing list.
5         Do you see that?
6     A.  I do.
7     Q.  Do you have any reason to dispute that you
8  sent this e-mail?
9     A.  I do not.
10    Q.  And can you read just your statement at
11 the top there?
12    A.  It states:
13        "Given that we are just reusing the IOS
14        syntax for this command, it seems fine."
15    Q.  And that's a true statement, right, sir?
16    A.  It -- it's an opinion.
17    Q.  Let me put it this way:  That was your
18 opinion at the time you wrote this, correct?
19    A.  Looks like it.
20    Q.  And it's true that you did reuse the IOS
21 CLI syntax for the BGP neighbor
22 dont-capability-negotiate command; is that true?
23    A.  I don't know.  We'd have to go look.
24    Q.  That's what you're representing here; is
25 that true?

Page 323

1     A.  I'm sorry, what is what I'm representing
2  here?
3     Q.  Given that -- what did you mean by:
4         "Given that we're just reusing the IOS
5         syntax for this command"?
6         What did you mean by that statement?
7     A.  Oh, I mean that Bill was proposing to use
8  the same syntax as an existing IOS command.
9     Q.  Okay.  And that's the CLI syntax, correct?
10    A.  Yes.
11    Q.  Okay.  And you said:  "It seems fine."
12        That's what you said in response to that
13 proposal, right?
14    A.  I said:  "It seems fine."
15    Q.  Thank you, Mr. Sweeney, for your patience.
16        MR. PAK:  I'll pass the witness.
17        MR. FERRALL:  No questions.
18        MR. PAK:  Okay.  I'll -- before we close,
19 I'll note that on the record Arista produced a
20 number of documents this week from the files of
21 Mr. Sweeney.  Obviously, we didn't have a chance to
22 review all of those documents.  We're going to keep
23 this deposition open to discuss those documents once
24 we have a chance to review them.
25        MR. FERRALL:  I disagree.

Page 324

1         MR. PAK:  Are you disagreeing that those
2  documents were produced, sir.
3         MR. FERRALL:  I'm disagreeing that this
4  deposition should be kept open.
5         MR. PAK:  Okay.  Thank you.
6         THE VIDEOGRAPHER:  This is the end of
7  DVD 4 and the end of today's deposition.  Off the
8  record.  The time is 6:48 p.m.
9         (Signature having not been waived, the
10        Videotaped Deposition of Adam Sweeney,
11        Volume I, was concluded at 6:48 p.m.)

Page 325

1        DECLARATION UNDER PENALTY OF PERJURY
2
3       I, ADAM SWEENEY, do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on
6  January 29, 2016; that I have made such corrections
7  as appear noted on the Deposition Errata Page,
8  attached hereto, signed by me; that my testimony as
9  contained herein, as corrected, is true and correct.
10
11     Dated this _____ day of _____,
12 2016, at _____,
13 California.
14
15
16
17              _____
                        ADAM SWEENEY

Page 326

```
 1      DEPOSITION ERRATA SHEET
 2   Page No. _____  Line No. _____
 3      Change: _____
 4      Reason for change: _____
 5   Page No. _____  Line No. _____
 6      Change: _____
 7      Reason for change: _____
 8   Page No. _____  Line No. _____
 9      Change: _____
10      Reason for change: _____
11   Page No. _____  Line No. _____
12      Change: _____
13      Reason for change: _____
14   Page No. _____  Line No. _____
15      Change: _____
16      Reason for change: _____
17   Page No. _____  Line No. _____
18      Change: _____
19      Reason for change: _____
20   Page No. _____  Line No. _____
21      Change: _____
22      Reason for change: _____
23
24   _____    _____
25   ADAM SWEENEY              DATED
```

Page 327

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF SAN FRANCISCO )
 3
 4        I, James Beasley, a Certified Shorthand
 5   Reporter, do hereby certify:
 6        That prior to being examined, the witness
 7   in the foregoing proceedings was by me duly sworn to
 8   testify to the truth, the whole truth, and nothing
 9   but the truth;
10        That said proceedings were taken before me
11   at the time and place therein set forth and were
12   taken down by me in shorthand and thereafter
13   transcribed into typewriting under my direction and
14   supervision;
15        I further certify that I am neither
16   counsel for, nor related to, any party to said
17   proceedings, not in anywise interested in the
18   outcome thereof.
19        In witness whereof, I have hereunto
20   subscribed my name.
21
22   Dated:  February 2, 2016
23
24   _/s/ James Beasley_____
25   JAMES BEASLEY, CSR No. 12807, RPR
```

Page 328

```
 1   U.S. Legal Support
     44 Montgomery Street, Suite 550
 2   San Francisco, California 94104
     (888) 575-3376
 3
 4   TO:     ADAM SWEENEY
 5   C/O:    BRIAN L. FERRALL
             KEKER & VAN NEST, LLP
 6           633 Battery Street
             San Francisco, California  94111
 7
 8   Re:  Cisco Systems, Inc. v. Arista Networks, Inc.
 9   Date of Videotaped Deposition:  January 29, 2016
10   Dear Mr. Sweeney,
11        The original transcript of your deposition
     taken in the above-referenced matter is available at
12   this office for your review.  If it is more
     convenient to read a copy of the transcript and
13   waive signature of the original transcript, please
     notify our office by letter sent certified or
14   registered mail of any changes made, with copies
     sent to all counsel.
15        In the event you have not read, corrected and
     signed your deposition within thirty (30) days of
16   receipt of this letter, it may be used with the full
     force and effect as though it had been read,
17   corrected and signed.
          If you wish to arrange an appointment to review
18   the original transcript, please contact this office
     at (888) 575-3376.
19
20   Sincerely,
21   U.S. Legal Support
     Production Department
22
23   Cc:  All counsel
          The deponent
24
25   Original:  Original transcript
```