# ATTACHMENT 15

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4   CISCO SYSTEMS, INC.,

 5        Plaintiff,

 6        vs.                  Case No. 5:14-cv-05344-BLF

                                      (PSG)

 7   ARISTA NETWORKS, INC.

 8        Defendant.

     _____

 9

10

11

12

13

14       CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL

15             OUTSIDE ATTORNEYS' EYES ONLY

16          VIDEO DEPOSITION OF TERRY EGER

17              Palo Alto, California

18             Wednesday, May 25, 2016

19                    Volume I

20

21

22   REPORTED BY:

23   REBECCA L. ROMANO, RPR, CSR No. 12546

24   JOB NO. 2320115

25   PAGES 1 - 122
```

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    draw on it because there was no packet.  It wasn't        10:41:03

 2    packetized.  I got up and drew the packets for them

 3    on the board, and all the engineers laughed.

 4            So, yes, I understand, but I am not a

 5    design engineer.                                          10:41:13

 6        Q.   And I take it, sir, that you have not

 7    designed any router hardware --

 8        A.   I have never --

 9        Q.   -- or such --

10        A.   -- designed router hardware.  I have           10:41:19

11    never designed router software.

12        Q.   Okay.  Have you ever designed any type of

13    command-line interface technology?

14        A.   No.

15        Q.   Okay.  And have you ever designed any          10:41:32

16    operating systems?

17        A.   No.

18            In fact -- in fact, let me go a step

19    further because you're going to ask me the question

20    later anyway.  Okay?                                     10:41:44

21            MR. FERRALL:  Doesn't mean he won't ask

22    it again, but go ahead.

23            THE DEPONENT:  To me -- to me, command

24    line -- you know, CLIs, to me, when I was at Cisco,

25    were telenetting to the box and being able to            10:41:54
```

Page 27



1    configure it.  We didn't even call them CLIs.                    10:41:59

10:43:10

Page 28

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY



1     Q.   Okay.  Can you think of any other       11:44:02

2    instance in recent times that Cisco has sued a

3    company other than Huawei and Arista?

4        MR. FERRALL:  Objection.  Lacks

5    foundation.                       11:44:11

6        THE DEPONENT:  I am unaware of -- of any

7    other situation.  I am very aware that -- that, in

8    my opinion -- okay.  I just -- I just haven't seen

9    a lot of this.  I don't think this -- I believe

10   that companies should spend their money building     11:44:31

11   the best possible products and competing in the

12   marketplace.

13     Q.   (By Mr. Pak)  Do you know whether, in

14   fact, Arista en- -- engineers had copied the

15   command-line interface for Cisco switches into     11:44:52

16   their products?

17     A.   My comment would be:  Since I consider --

18       MR. FERRALL:  Let me just interject,

19   while you are pausing, a lack-of-foundation

20   objection.                       11:45:11

21        Go ahead.  You can continue your answer.

22   ███████████  ███████████████

   █  ████████████████████

   █  ███████████████████

   █  ████████████  ██████  ████████     11:45:28

Page 69

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1 ██████████████████    █████████████████    ████████

██████████████████████████████████

██████████████████████████████████████

██████████████████████████

██████████████████████    ████████    ████████

████████

7          Now, do I believe that Cisco created some

8   CLIs?  Sure I do.  Do I believe that maybe Juniper

9   created a few?  Sure I do.  I don't know.  Do I

10  believe that a lot of other people created them?        11:46:08

11  Yes.

12          So the answer that I have is:  Everybody

13  did it.  I don't -- I don't know why it's a problem

14  now.

15      Q.  (By Mr. Pak)  Let's be very specific,        11:46:26

16  sir.

17          What I'm asking you is:  As a factual

18  matter, do you have an understanding --

19      A.  My --

20      Q.  Let me -- let me --        11:46:33

21      A.  No.

22      Q.  -- ask my question.

23          As a factual matter, do you have an

24  understand, one way or the other, whether Arista

25  engineers copied Cisco's command-line interface        11:46:40

Page 70

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1   given me enough information that I can answer that    11:49:23

 2   question.

 3        Q.   Okay.  So let's take a look at, for

 4   example, in the middle there, there's a command

 5   call "BGP client-to-client-reflection."              11:49:31

 6        A.   Well, let me ask you question, and I -- I

 7   know I'm not supposed to ask questions, but --

 8        Q.   Yeah, you can't ask me a question.

 9        A.   What's that?

10        Q.   You can't ask me a question.              11:49:40

11        A.   Well, unless you define who created it

12   and -- and -- and the documentation on whether this

13   was a copied by Cisco/VITALink command, whether

14   this came from -- from Ungermann-Bass, whether this

15   came from the -- the Butterflies that were built     11:49:54

16   with BB&N, unless you can explain the context to me

17   of where it originally came from or whether it was

18   written by -- there's so many people that have

19   written some of these, I -- I can't comment on it.

20        Q.   So sitting here today, all I can ask you   11:50:12

21   is ask you questions about what you know.

22        A.   I know nothing about it.

23        Q.   Okay.  So you know nothing about what the

24   commands that are specifically in Exhibit 1 are?

25        A.   No.  I don't know who created them --      11:50:23
```

Veritext Legal Solutions
866 299-5127

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1        Q.   -- at Cisco?                              11:50:54

2        A.   Well, that -- wait a minute.  Wait a

3    minute.  Wait a minute.  Greg Satz reported to me

4    for some period of time.  Could Greg Satz have

5    created something?  I don't know.  You need to get  11:51:01

6    that from Greg.  I did not specifically ask Greg to

7    do anything.
```



```
8                                                       

9                                                       

10                                                      

11                                                      

12                                                      

13                                                      

14                                                      

15                                                      

16                                                      

17                                                      

18                                                      

19                                                      

20                                                       11:51:56

21       Q.   Do you have any factual understanding,

22   sitting here today, of any relationship between any

23   of these commands here and any of the work that you

24   did at Cisco?

25            MR. FERRALL:  Objection.  Vague and        11:52:09
```

Page 75

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1              So you're -- I'm not -- I love stories as      12:06:15

 2    well.  I'm not interested in stories here today.

 3         A.   I understand.

 4         Q.   And all -- what I want to understand is

 5    relevant information that you may or may not have      12:06:22

 6    about the issues that are in this case.

 7         A.   I don't understand the issues.

 8         Q.   Okay.

 9         A.   My only issue -- the only thing I'm

10    providing is how we sold and what we told the         12:06:32

11    customers.  That's all.

12         Q.   I take it that you have lots of stories

13    that have nothing --

14         A.   Oh, yeah.

15         Q.   -- to do with that.                          12:06:40

16         A.   Oh, yeah.

17         Q.   Okay.  I'm not interested in that.  I'm

18    sure Mr. Ferrall is not interested in that.

19         A.   Jeez.

20         Q.   Did he tell you that?                        12:06:46

21              MR. FERRALL:  I don't know about that.

22         Q.   (By Mr. Pak)  Did he tell you -- did

23    Mr. Ferrall tell you to him stories about Cisco's

24    days --

25         A.   No --                                        12:06:53
```

Page 88

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | whatever information you might have on the -- the | 12:11:06 |
| 2 | topic of the already sales efforts involving Cisco | |
| 3 | that you mentioned. | |
| 4 | Are you with me? | |
| 5 | A.    Okay.  Ask me a question. | 12:11:16 |
| 6 | Q.    Okay.  So you were at Cisco from what -- | |
| 7 | from when to when? | |
| 8 | A.    I started with Cisco about the first of | |
| 9 | the year in '80 -- I was hired in late '87.  I | |
| 10 | started early 1988.  Can't tell you exactly what | 12:11:33 |
| 11 | day, first few days of the year, and I left four | |
| 12 | years and two or three weeks later, after the stock | |
| 13 | was vested. | |
| 14 | Q.    Okay. | |
| 15 | A.    And Cisco offered me a board seat, which | 12:11:48 |
| 16 | I declined. | |
| 17 | Q.    And your title during that time period | |
| 18 | was what? | |
| 19 | A.    I was vice president of sales. | |
| 20 | Now, I always use "vice president of | 12:12:01 |
| 21 | sales."  When I first got there, I was worldwide. | |
| 22 | I told them that I was not going to go to Europe to | |
| 23 | hire a European guy. | |
| 24 | During that period of time, I held | |
| 25 | business development.  I held worldwide support. | 12:12:14 |

Page 92

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1      that's my address and pulls it.  Okay?                    12:15:15

2           So it's a very different concept.  They

3      both used CLIs, which we called "configuring" --

4      okay? -- to set up the product.  Okay?  That was

5      something that, in my time that I was there, was         12:15:36

6      never an issue because everybody was compatible

7      there.

8           All the IEEE functions were built around

9      moving packets across the network and being able to

10     have them in standards and how you moved them in         12:15:52

11     standards so that you could go in and you could

12     take a Cisco box and put it in the middle of a

13     bridged VITALink network or that a Proteon and a

14     Cisco would compete, and, normally, you used a

15     routing protocol called "RIP," R-I-P, and -- and --      12:16:09

16     and -- and you could build a network.

17          Now, that was important to Cisco because

18     we were a very small company.  We needed to be able

19     to go in and tell people that, "Try our box," and,

20     "You can put it in the middle of your network and        12:16:30

21     it will run.  You don't have to retrain your

22     people.  You don't have to do anything."  It would

23     be very much like having an automobile where --

24     where Tesla comes along, and everybody uses the

25     steering wheel for the -- for the user interface,        12:16:51

Page 96

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | and coming along and saying, well, somebody now has | 12:16:53 |
| 2 | patented the steering wheel so we can't use it, so | |
| 3 | we are going to go to a different kind of device to | |
| 4 | guide the car from a user interface perspective. | |
| 5 | So it was never -- it was never particularly an | 12:17:10 |
| 6 | issue. | |
| 7 | By the way, I can read that upside down. | |
| 8 | I'm a salesman.  You got to change your DVD. | |
| 9 | Anyway, you know -- | |
| 10 | Q.    So let me -- let me just make sure I get | 12:17:23 |
| 11 | very specific about the questions and the answers. | |
| 12 | VITALink, at the time, what kind of | |
| 13 | equipment were they selling? | |
| 14 | A.    They were selling bridges. | |
| 15 | Q.    Okay.  Proteon, what type of equipment | 12:17:33 |
| 16 | were they selling? | |
| 17 | A.    Routers. | |
| 18 | Q.    Okay.  And -- | |
| 19 | A.    3Com was bridges. | |
| 20 | Q.    3Com was bridges. | 12:17:44 |
| 21 | A.    Wellfleet, it was routers.  BB&N with the | |
| 22 | Butterfly was routers.  Ungermann-Bass was -- was a | |
| 23 | rudimentary router.  I can't think of anybody else | |
| 24 | off the top of my head that I really ever competed | |
| 25 | with big time. | 12:18:03 |

Page 97

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    commands that were supported by BBN?  Have you ever        12:18:55

 2    done a comparison?

 3         A.   No.

 4         Q.   Okay.

 5         A.   We all supported the same things.               12:19:03

 6         Q.   Sitting here today --

 7         A.   But I don't know who created them.

 8         Q.   Okay.  You don't know --

 9         A.   And -- oh, no, by the way -- by the way,

10    I don't know how many -- I -- I -- I -- I assume          12:19:10

11    you are very well aware of where the Cisco code

12    came from.

13         Q.   Let me step back --

14         A.   Okay.

15         Q.   -- and focus on the things that we're           12:19:21

16    talking about, which is CLI commands.

17         A.   Well, I'm talking about CLI commands when

18    I ask that question.

19         Q.   Mr. Eger, I'm asking you, on the record,

20    whether you have done any kind of comparison --           12:19:33

21         A.   I have done none.

22         Q.   Okay.  -- of any of the CLI commands --

23         A.   I don't have a clue who created which

24    ones.

25         Q.   Okay.  So you don't have a factual              12:19:42
```

Page 99

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1    understanding of how any of the commands that were          12:19:44

2    used by these companies you mentioned on the record

3    were created and how they compared to each other,

4    correct?  Is that true, "yes" or "no"?

5         A.  No, it's not true.                                 12:20:01

6         Q.  Okay.  Do --

7         A.  Where it is true is that everybody used

8    and copied the same ones from each other.  So I

9    don't know who created them, but we all used the

10   same CLIs.  I don't know who created them.          12:20:17

11        Q.  Did you speak with anyone at Proteon

12   about the development of their CLI?

13        A.  No.

14        Q.  Did you ever speak with anyone at BBN

15   about the development of their CLI?               12:20:39

16        A.  No.

17        Q.  Did you ever speak with anyone at

18   Ungermann-Bass about the development of their CLI?

19        A.  No.

20        Q.  Did you --                                 12:20:48

21        A.  No to all the others, but no.

22        Q.  Okay.  So you've never spoken with

23   anyone at --

24        A.  Nobody.

25        Q.  -- any of companies --                     12:20:52
```

Page 100

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1        A.    Nor Cisco.                              12:20:53

2        Q.    -- about the development of their CLI?

3        A.    That's correct.

4        Q.    Okay.

5        A.    Nor Arista.                             12:20:59

6        Q.    As you sit here today, do you know

7   whether there were, in fact, any differences in the

8   specific commands that were used between these

9   companies that you mentioned on the record?

10       A.    That's -- that's too ambiguous for me to  12:21:19

11  answer.

12       Q.    Okay.  You don't know with certainty,

13  sitting here today, whether there were, in fact,

14  different commands that were used for the same

15  functionality?                                     12:21:29

16       A.    I know that when we installed a box in

17  somebody else's network, that all the commands were

18  similar or worked so that people didn't call us,

19  because we didn't have the ability or the people to

20  hold the classes on how to configure our networks.  12:21:49

21       Q.    Okay.

22       A.    Now, that does not say that we didn't

23  teach some people who didn't have anything.  But

24  existing networks, you could take a Cisco box and

25  install it, and the customer sat down and           12:22:03
```

Page 101

Veritext Legal Solutions
866 299-5127

```
 1    configured it using the same commands that they        12:22:05

 2    used to configure the boxes they had before.

 3         Q.   Sitting here today, do you know with

 4    certainty whether there were, in fact, different

 5    commands that were used across these different         12:22:14

 6    product lines?

 7         A.   No.

 8         Q.   Sitting here today, do you know whether

 9    any of these commands that you just mentioned from

10    back in the 1987 to 1992 are still in use today in     12:22:32

11    IOS products by Cisco?

12         A.   Since I coined the term "IOS," I at least

13    understand what it is.

14         Q.   Not my question.

15         A.   My answer.                                   12:22:51

16              Since I don't know what the original

17    commands were and I don't know what the current

18    commands were, it's only logical that my -- that my

19    answer is I don't know.

20              MR. PAK:  All right.  I apologize,           12:23:11

21    Mr. Eger.  We should change our DVD, and then we

22    can continue.

23              THE DEPONENT:  Go ahead.

24              MR. PAK:  Great.

25              THE VIDEOGRAPHER:  The time is 12:23 p.m.    12:23:20
```

Page 102

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1              -- 268280, and it was produced to us from    12:32:36

 2    Arista's counsel.

 3              THE DEPONENT:  The date on is it February

 4    of what?

 5              MR. FERRALL:  I don't know.                   12:32:48

 6        Q.   (By Mr. Pak)  All right.  Do you plan on

 7    testifying at the trial?

 8        A.   I will do whatever they want me to do.

 9        Q.   Okay.

10        A.   Whatever everybody wants me to do.  I          12:33:18

11    understand it's in November, which is a good time

12    for me.  We travel a couple of months out of the

13    year, so hopefully it doesn't screw me up.

14              But go ahead.

15        Q.   Okay.  Setting aside the topics that we        12:33:35

16    talked about today -- actually, let me step back.

17              The -- what -- what was the type of

18    product that you were selling for Cisco from 1988

19    to 1992?

20        A.   Routers.                                       12:33:53

21        Q.   Do you remember --

22        A.   AGS, AGS Pluses, all the -- all the other

23    products.  I'm a -- I was a router salesman.

24    The -- the -- the Crescendo products, the 6000s and

25    whatever that are later, came after me, so we were     12:34:06
```

Page 104

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    not selling -- I was not selling switches.                    12:34:11

2         Q.    Okay.

3         A.    CGSs, all -- all the -- the router line,

4    which is now, I believe, the smaller part of

5    Cisco's business.                                             12:34:33

6         Q.    We talked about some of the companies

7    that were in this space.

8              Can you think of any other companies that

9    were in the router business in 1988 to 1992?

10        A.    Well, that -- that's -- that's sort of        12:34:49

11   hard to answer because, you know, we were what they

12   called a "multiprotocol router." And, of course,

13   you can put a multiprotocol router in a network and

14   you could put a bridge in a network that had

15   multiprotocols, because all it did was took packets   12:35:05

16   from one side and moved them to the other.

17             Digital had a router that was decknet

18   only. So, I mean, you know, there were other

19   products that I didn't see very often.

20        Q.    Who -- who would you consider to be the      12:35:23

21   primary competitors of Cisco from 1988 to 1992 for

22   your product lines?

23        A.    Well, when I got there, it was -- it was

24   probably, more than anything else, from a bridge

25   perspective -- 3Com had been installed earlier.        12:35:37

Page 105

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1          A.   Yes.                                    12:41:45

2               MR. FERRALL:   Objection.   Lacks

3     foundation.

4               THE DEPONENT:   Yes, because -- because

5     that was a part of it.                             12:41:49

6               Part of the interoperability was the

7     ability to take an organization -- it's like going

8     in and me saying that -- I'm selling Airbus, and I

9     go into a Boeing customer and I say to Boeing,

10    "Hey, your -- your people can -- can -- the plane   12:42:01

11    flies.  It does all the same things that you do.

12    So, therefore, my price is this; theirs is this.

13    You should make the decision."

14              Well, the fact is, it's training the

15    pilots.  It's training of whatever.  That's all    12:42:16

16    part of what goes into the decision.

17              And I made the point, when I was out

18    there selling, that that wasn't the cost.  And I

19    did it for four years, and the strategies were

20    built on that.                                     12:42:29

21              So Cisco benefited by the fact that

22    everything was interoperability, including the

23    installation, and now it's different.  That's my

24    only issue, because Cisco is trying to take what

25    was interoperability and now say that you don't    12:42:48
```

Veritext Legal Solutions
866 299-5127

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    interoperate for these reasons, or you got to          12:42:54

2    retrain people.

3           Or guess what?  Now gives -- I basically

4    was able to install my product and there wasn't any

5    more cost because I had to retrain people, use        12:43:01

6    other things, and now Cisco is saying, oh,

7    everything interoperates, but you have additional

8    cost if you try to complete on product because I'm

9    going to add this cost, which, by the way, I didn't

10   do for -- for a lot of years.  But now you are        12:43:16

11   gonna -- now I'm gonna do it to the next group.

12   It's -- and I understand it.  It's, how do I to

13   take advantage of the situation.  It's not the

14   spirit of how Cisco was built.

15          Q.   (By Mr. Pak)  Now, sir, again, a lot has     12:43:30

16   happened in the industry from 1992 to today, in

17   2016, you would agree, correct?

18          A.   I don't know.  I don't know that for a

19   fact.

20          Q.   Okay.  Cisco sued Huawei because it used     12:43:45

21   the same commands?

22          A.   Cisco --

23               MR. FERRALL:  Objection.  Lacks

24   foundation.

25               THE DEPONENT:  I don't know that.          12:43:52

                                              Page 112

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1           I, TERRY EGER, do hereby declare under penalty of

2      perjury that I have read the foregoing transcript; that

3      I have made any corrections as appear notes; that my

4      testimony as contained herein, as corrected, is true and

5      correct.

6           Executed this _____ day of _____,

7      2016, at _____, _____.

8

9

10

11                          _____

                            TERRY EGER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 121

Veritext Legal Solutions
866 299-5127

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1     I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3     That the foregoing proceedings were taken before me

4  at the time and place herein set forth; that any

5  witnesses in the foregoing proceedings, prior to

6  testifying, were administered an oath; that a record of

7  the proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is true record of the

10  testimony given.

11     Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [ ] was [ ] was not requested.

15     I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or any party to this action.

18     IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20

21  Dated:  June 7, 2016

22

23

        Rebecca L. Romano, RPR,

24       CSR. No 12546

25

Page 122