KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
BRIAN L. FERRALL - # 160847
DAVID SILBERT - # 173128
MICHAEL S. KWUN - #198945
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Email:  rvannest@kvn.com;
bferrall@kvn.com; dsilbert@kvn.com;
mkwun@kvn.com

SUSAN CREIGHTON, SBN 135528
SCOTT A. SHER, SBN 190053
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3817
Telephone:  (202) 973-8800
Email:  screighton@wsgr.com;
ssher@wsgr.com

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant
ARISTA NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Case No. 5:14-cv-05344-BLF (NC) <br><br> **NOTICE OF PUBLIC FILING OF EXHIBITS IN RESPONSE TO COURT'S ORDER RE SEALING MOTIONS (ECF 584 AND 592)** <br><br> Judge:    Hon. Beth Labson Freeman <br><br> Date Filed:  December 5, 2014 <br><br> Trial Date:  November 21, 2016 |

Pursuant to the Court's Order Regarding Sealing Motions, Arista hereby files publicly Attachments 1-7 to this Notice of Public Filing, which correspond to the appropriate documents or portions of documents the Court ordered be filed publicly in connection with Arista's administrative motions to seal (ECF 584 and 592).

| Original ECF | Document | Attachment |
| --- | --- | --- |
| 584 | Arista's Response to Cisco's Submission re Protectable Elements | 1. |
| 584-6 | Exhibit 1 to the Declaration of John R. Black, Jr. ISO Arista's Response to Cisco's Submission re Protectable Elements | 2. |
| 584-10 | Exhibit 8 to the Wong Decl. (Excerpts from Deposition of Gavin Cato (Dell 30(b)(6))) | 3. |
| 584-12 | Exhibit 9 to the Wong Decl. (Excerpts from Deposition of Balaji Venkatraman (HP 30(b)(6))) | 4. |
| 584-14 | Exhibit 11 to the Wong Decl. (Excerpts from Deposition of Tong Liu) | 5. |
| 584-16 | Exhibit 12 to Wong Decl. (Excerpts from September 16, 2016 Deposition of Kirk Lougheed) | 6. |
| 592 | The Court's Order on *Daubert* Motions | 7. |

Dated: November 1, 2016                                KEKER & VAN NEST LLP

                                                By:   *s/ Brian L. Ferrall*
                                                      ROBERT A. VAN NEST
                                                      BRIAN L. FERRALL
                                                      DAVID SILBERT
                                                      MICHAEL S. KWUN

                                                      Attorneys for Defendant
                                                      ARISTA NETWORKS, INC.

1
NOTICE OF PUBLIC FILING
Case No. 5:14-cv-05344-BLF (NC)

1122381.01