# ATTACHMENT 5

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  CISCO SYSTEMS, INC.,
6      Plaintiff,
7  vs.                          No. 5:14-cv-05344-BLF(PSG)
8  ARISTA NETWORKS, INC.,
9      Defendant.
   _____/
10
11
12  CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
13
14  VIDEOTAPED DEPOSITION OF TONG LIU
15  FRIDAY, JANUARY 15, 2016
16  PALO ALTO, CALIFORNIA
17
18
19
20
21  Reported by:
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23  CSR LICENSE NO. 9830
24  JOB NO. 2211574
25  Pages 1 - 215

Page 1

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1  way.
2          If there are any objections to proceeding,
3  please state them at the time of your appearance.
4          And if you would please state your
5  appearances.
6          MR. WONG:  Ryan Wong from Keker & Van Nest
7  for defendant Arista Networks.
8          MR. PAK:  Sean Pak of Quinn Emanuel,
9  representing Cisco and the witness.
10         THE VIDEOGRAPHER:  Thank you.
11         If the court reporter would please swear the
12 witness, we can begin.
13
14                      TONG LIU,
15           having been sworn as a witness
16         by the Certified Shorthand Reporter,
17                 testified as follows:
18
19                    EXAMINATION
20 BY MR. WONG:
21    Q   Good morning, Ms. Liu.
22    A   Good morning.
23    Q   Please state your full name for the record.
24    A   Tong Liu.
25    Q   Do you go by any other names, Ms. Liu?

Veritext Legal Solutions
866 299-5127



Page 167

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 168





Page 170



Page 171

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



Page 172

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1          J U R A T

2

3          I, TONG LIU, do hereby certify under penalty
4     of perjury, that I have read the foregoing
5     transcript of my deposition in the matter of
6     Cisco Systems, Inc., vs. Arista Networks, Inc.,
7     taken on January 15, 2016; that I have made such
8     corrections as appear noted herein in ink,
9     initialed by me; that my testimony as contained
10    herein, as corrected, is true and correct.
11         DATED this ____ day of _____,
12    2015, at _____.
13              _____
14                   SIGNATURE OF WITNESS
15
16    NOTARIZATION (If Required)
17    State of _____
18    County of _____
19    Subscribed and sworn to (or affirmed) before me on
20    this _____ day of _____, 20____,
21    by _____, proved to me on the
22    basis of satisfactory evidence to be the person who
23    appeared before me.
24    Signature: _____ (Seal)
25

Page 214