# ATTACHMENT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,

Plaintiff,

vs. No. 5:14-cv-05344

ARISTA NETWORKS, INC., BLF (PSG)

Defendants.

___________________________________________

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONTINUED VIDEOTAPED DEPOSITION OF KIRK LOUGHEED

VOLUME III

PALO ALTO, CALIFORNIA

FRIDAY, SEPTEMBER 16, 2016

REPORTED BY:

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR,

CSR LICENSE NO. 9830

JOB NO. 2443465

PAGES 400 - 654

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS, INC.,

Plaintiff,

vs. No. 5:14-cv-05344

ARISTA NETWORKS, INC., BLF (PSG)

Defendants.

________________________________________

Continued Videotaped 30(b)(6) Deposition of KIRK LOUGHEED, Volume III, taken on Friday, September 16, 2016, pursuant to notice, on behalf of the Defendants, at Wilson Sonsini Goodrich & Rosati, 601 California Street, Palo Alto, California, before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CLR ~ License No. 9830.

financially interested in the outcome in any way.

If there are any objections to proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. SANTACANA: Good morning. Eduardo Santacana from Keker & Van Nest, for Arista Networks.

MR. HOLMES: Drew Holmes of Quinn Emanuel, on behalf of Cisco and the witness.

THE VIDEOGRAPHER: Thank you.

The witness will be sworn in, and counsel may begin the examination.

KIRK S. LOUGHEED,
having been re-sworn as a witness
by the Certified Shorthand Reporter,
testified as follows:

FURTHER EXAMINATION

BY MR. SANTACANA:

Q Good morning, Mr. Lougheed. My name is Eduardo Santacana. I represent Arista Networks in the Cisco versus Arista case.

You've been deposed twice before in this case; is that correct?

A That's correct.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 506

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 583

Veritext Legal Solutions
866 299-5127





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

[redacted]

Page 584

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 588

Veritext Legal Solutions
866 299-5127



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 626

Veritext Legal Solutions
866 299-5127

J U R A T

I, Kirk Lougheed, Volume III, do hereby certify under penalty of perjury, that I have read the foregoing transcript of my deposition in the matter of Cisco Systems vs. Arista Networks taken on September 16, 2016; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this ____ day of _____________, 2016, at ____________________________.

__________________________________

SIGNATURE OF WITNESS

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 9/20/2016

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830