Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
500 W Madison St, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7465
Facsimile: (312) 705 7401

Steven Cherny *(admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | CASE NO. 5:14-cv-5344-BLF <br><br> **NOTICE OF PUBLIC FILING PURSUANT TO COURT ORDER (Dkt. No. 602)** |

02099-00004/8512361.1

1    Pursuant to the Court's Order Granting in Part Motions to Seal (Dkt. 602), Cisco
2 Networks, Inc. ("Cisco") hereby files unredacted (or lesser redacted) documents as exhibits to this
3 notice as follows:

| Exhibit to Notice of Public Filing | Name of Original Document |
|---|---|
| Exhibit A | Cisco's Motion in Limine No. 1: Motion to Exclude Argument and Evidence in Support of Equitable Defenses |
| Exhibit B | Cisco's Motion in Limine No. 2: Motion to Exclude Evidence Related to "Industry Standard" |
| Exhibit C | Cisco's Motion in Limine No. 3: Motion to Exclude Untimely Disclosed Witnesses |
| Exhibit D | Cisco's Motion in Limine No. 4: Motion to Exclude Untimely Disclosed NonInfringement Theory |
| Exhibit E | Cisco's Motion in Limine No. 5: Motion to Exclude Testimony of Terry Eger |
| Exhibit F | Exhibit 2 to the Declaration of Sara E. Jenkins in Support of Cisco's Motions in Limine (Excerpts from May 25, 2016 Dep. Tr. of Terry Eger) |
| Exhibit G | Exhibit 4 to the Jenkins Declaration (Arista's Responses to Cisco's Fourth Set of Interrogatories) |
| Exhibit H | Exhibit 9 to the Jenkins Declaration (Excerpts from April 5, 2016 Dep. Tr. of Mark Edward Berly) |
| Exhibit I | Exhibit 10 to the Jenkins Declaration (Excerpts from February 25, 2016 Dep. Tr. of Jayshree Ullal) |
| Exhibit J | Exhibit 11 to the Jenkins Declaration (Rebuttal Expert Report of John R. Black, Jr.) |

| Exhibit to Notice of Public Filing | Name of Original Document |
|---|---|
| Exhibit K | Exhibit 14 to the Jenkins Declaration (Excerpts from May 26, 2016 Dep. Tr. of Anshul Sadana) |
| Exhibit L | Cisco's Opposition to Arista's Motion *in Limine* No. 1 |
| Exhibit M | Cisco's Opposition to Arista's Motion *in Limine* No. 3 |

Dated: November 4, 2016     */s/ Sara E. Jenkins*
Sara E. Jenkins

Kathleen Sullivan (SBN 242261)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Amy H. Candido (SBN 237829)
amycandido@quinnemanuel.com
John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com.
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung (SBN 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Steven Cherny *admitted pro hac vice)*
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff Cisco Systems, Inc*

02099-00004/8512361.1

3

NOTICE OF PUBLIC FILING
Case No. 5:14-cv-05344-BLF (NC)