# EXHIBIT F

# EXHIBIT 2
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4   CISCO SYSTEMS, INC.,

 5        Plaintiff,

 6          vs.                  Case No. 5:14-cv-05344-BLF

                                      (PSG)

 7   ARISTA NETWORKS, INC.

 8        Defendant.

     _____

 9

10

11

12

13

14      CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL

15            OUTSIDE ATTORNEYS' EYES ONLY

16        VIDEO DEPOSITION OF TERRY EGER

17          Palo Alto, California

18         Wednesday, May 25, 2016

19              Volume I

20

21

22   REPORTED BY:

23   REBECCA L. ROMANO, RPR, CSR No. 12546

24   JOB NO. 2320115

25   PAGES 1 - 122
```

Page 1

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1              THE DEPONENT:  Not that --            10:38:07

2              MR. FERRALL:  -- in my view doesn't

3      comport with the law, so you can --

4              THE DEPONENT:  Not --

5              MR. FERRALL:  -- go ahead.            10:38:11

6              THE DEPONENT:  -- not that I can think

7      of.

8         Q.   (By Mr. Pak)  When she was working for

9      Cisco after the acquisition by Crescendo, did she

10     discuss with you any confidential aspects of     10:38:21

11     Cisco's business?

12        A.   No.  Never.  That's a given.

13             In fact, to be honest with you, in most

14     instances, I never ask [sic] her what her job was

15     or what position she held in the company.  I know   10:38:34

16     that she ran some groups.  I -- I know that

17     Chambers loved her, because he used to tell me.

18     That's about as much as I know.

19        Q.   Same question:  With respect to her work

20     at Arista, did she share any confidential aspects   10:38:49

21     of her work at Arista?

22        A.   She's --

23             MR. FERRALL:  Objection.  Vague and

24     ambiguous.  Lacks foundation.

25             THE DEPONENT:  She was -- she was the     10:38:59
```

Page 24

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | CEO.  I mean, everybody works for her. | 10:39:01 |
| 2 | I don't know.  Other than that, no.  I |
| 3 | don't know anything.  If you're -- if you're asking |
| 4 | me if -- if I have done anything, I have tried to |
| 5 | help a couple of her salespeople people -- people | 10:39:19 |
| 6 | that I know, but that's about as far as it goes. |
| 7 | Q.  (By Mr. Pak)  Yeah, we'll get into that |
| 8 | as well, Mr. Eger, but what I'm asking you right |
| 9 | now on the record is:  Did -- did Ms. Ullal share |
| 10 | with you any confidential information relating to | 10:39:29 |
| 11 | Arista Networks? |
| 12 | A.  I don't know what "confidential |
| 13 | information" is.  You've got to -- you've got to |
| 14 | define "confidential information" for me before I |
| 15 | can answer that question. | 10:39:39 |
| 16 | Q.  Okay.  So let's break that down. |
| 17 | So, Mr. Eger, has Ms. Ullal, in the past, |
| 18 | shared with you any confidential product designs? |
| 19 | A.  No. |
| 20 | Q.  Okay. | 10:39:49 |
| 21 | A.  I wouldn't understand them anyway. |
| 22 | Q.  You are not an engineer? |
| 23 | A.  I am not an engineer.  I have a degree in |
| 24 | personnel management from Duquesne University. |
| 25 | D-U-Q-U-E-S-N-E.  Duquesne University, Pittsburgh, | 10:40:00 |

Page 25

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    Pennsylvania.                                          10:40:07

2         Q.   Have you ever done --

3         A.   With a minor in finance.

4              Go ahead.

5         Q.   Have you ever done any type of product    10:40:12

6    design?

7         A.   No.

8         Q.   Have you ever done type of software

9    engineering?

10        A.   If you're asking me if I can write a few  10:40:18

11   lines of code, the answer is yes.  If you're asking

12   me if I have ever designed a product, that, again,

13   depends upon your definition.

14             I have -- when I was at Cisco, I used to

15   go out and look -- talk to customers and prospects   10:40:31

16   about features and capabilities that they wanted in

17   the product, and I could go back and I could -- and

18   I understand software and product well enough to be

19   able to communicate those requirements to an

20   engineer.                                             10:40:51

21             Now, did I ever design product?  The

22   answer is no.

23        Q.   Okay.

24        A.   But -- but -- but when Len Bosack told me

25   you couldn't route S&A, I was able to get up and      10:40:59

                                                   Page 26

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | draw on it because there was no packet.  It wasn't | 10:41:03 |
| 2 | packetized.  I got up and drew the packets for them | |
| 3 | on the board, and all the engineers laughed. | |
| 4 | So, yes, I understand, but I am not a | |
| 5 | design engineer. | 10:41:13 |
| 6 | Q.  And I take it, sir, that you have not | |
| 7 | designed any router hardware -- | |
| 8 | A.  I have never -- | |
| 9 | Q.  -- or such -- | |
| 10 | A.  -- designed router hardware.  I have | 10:41:19 |
| 11 | never designed router software. | |
| 12 | Q.  Okay.  Have you ever designed any type of | |
| 13 | command-line interface technology? | |
| 14 | A.  No. | |
| 15 | Q.  Okay.  And have you ever designed any | 10:41:32 |
| 16 | operating systems? | |
| 17 | A.  No. | |
| 18 | In fact -- in fact, let me go a step | |
| 19 | further because you're going to ask me the question | |
| 20 | later anyway.  Okay? | 10:41:44 |
| 21 | MR. FERRALL:  Doesn't mean he won't ask | |
| 22 | it again, but go ahead. | |
| 23 | THE DEPONENT:  To me -- to me, command | |
| 24 | line -- you know, CLIs, to me, when I was at Cisco, | |
| 25 | were telenetting to the box and being able to | 10:41:54 |

Page 27

1    configure it.  We didn't even call them CLIs.    10:41:59



Page 28

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1          Q.   Have you ever actually seen any Arista       10:43:10
 2     switches in operation --
 3          A.   I have never as much as seen the product,
 4     I don't think.  Nobody's ever shown me.  Nobody's
 5     every demo'ed it to me.  It's a data center switch.     10:43:21
 6          Q.   Mr. Eger, have you ever seen any of
 7     manuals -- the users manual that Arista has
 8     published --
 9          A.   No, I have not.
10          MR. PAK:  And just, again, I'll just              10:43:30
11     remind you, for the record, it's important for you
12     to allow me to finish my questions, and I will try
13     to do the same --
14          THE DEPONENT:  Okay.
15          MR. PAK:  -- with your answers.  I                10:43:36
16     understand this is not a normal conversation, so I
17     appreciate your cooperation.
18          THE DEPONENT:  And I'm not a normal
19     person, so go ahead.
20          Q.   (By Mr. Pak)  So let's go back.              10:43:49
21          Have you ever seen any Product
22     Requirements Documents --
23          A.   No.
24          Q.   -- on any Arista switches?
25          A.   No.                                          10:43:59
```

Page 29

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1         Q.   With respect to this lawsuit, has        10:44:05

 2    Ms. Ullal shared with you any confidential

 3    information about this case?

 4         A.   What are you talking about?

 5         Q.   Has she shared with you any legal        10:44:15

 6    strategy or confidential information related to

 7    this case?

 8         A.   Other than saying to me, "Will you

 9    testify?" and information on who -- would I go down

10    and talk to everybody?  No.                        10:44:42

11         Q.   Did she discuss with you any of Arista's

12    stated defenses in this case?

13         A.   No.

14         Q.   Has anyone at Arista or any of the

15    lawyers involved on the Arista side shared with you 10:45:06

16    the testimony of various witnesses from --

17         A.   No.

18         Q.   -- within this case?

19         A.   In fact, I have tried to see.  I have

20    tried to see what Greg said, because I would like   10:45:16

21    to go have lunch with him.  Greg wanted to have

22    lunch when he was here, and I was in

23    southern California, but I've since decided to stay

24    away from everybody.

25         Q.   Were you given access to any of the       10:45:29
```

Page 30

```
 1    deposition transcripts?                          10:45:31

 2         A.   No.  I have seen nothing.  Hell, I can't

 3    read anyway.

 4         Q.   Mr. Eger, were you told what Arista's

 5    witnesses have said --                           10:45:46

 6         A.   No.

 7         Q.   -- on the record?

 8              Okay.  Did you read the complaint --

 9         A.   No.

10         Q.   -- that was filed -- again, it's gonna be  10:45:55

11    important for me to --

12         A.   Okay.

13         Q.   -- ask the questions so we have a clear

14    record, so I ask for your patience.

15              Mr. Eger, were you given access to the   10:46:04

16    complaint that was filed by Cisco in this case?

17         A.   No.

18         Q.   Have you ever seen that complaint?

19         A.   No.

20              I didn't read the deposition you people  10:46:21

21    sent me.

22         Q.   Do you know that Cisco is asserting two

23    patents in this case?

24         A.   I know that -- I know that there's some

25    patent stuff -- which case?                       10:46:41
```

Page 31

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1        Q.   The Northern District of California.        10:46:43

 2        A.   The -- the -- the one that this is in.

 3   The answer is no.  I thought it was all copyright.

 4        Q.   So until today, no one had told you that

 5   there were two patents that Cisco was asserting        10:47:00

 6   related to CLI technology in this case?

 7        A.   I assumed that there were copyright

 8   issues, and this is -- was primarily copyright

 9   thing.

10             The patents, I don't know anything about.    10:47:15

11   I -- I -- I knew -- I knew that there were some

12   patent stuff that was going on in New York or

13   somewhere else.  That's as much -- and I don't know

14   what's come out of that or -- or -- and -- and I

15   have had no discussions to any of that.  I know      10:47:30

16   that that's going on.

17        Q.   Were you aware that Cisco had sued Arista

18   at the International Trade Commission in

19   Washington, DC, for violation of patents?

20        A.   Again, I thought that -- I asked,           10:47:45

21   somewhere along the line -- there are other things

22   going on -- well, I -- I know where I got it.  I

23   got it in the meeting that I had, and either it was

24   the Cisco attorney or it was Amy that -- that I

25   said, "I don't understand this thing," and somebody  10:48:07
```

Veritext Legal Solutions
866 299-5127

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    said, "Well, there is lawsuits on whatever and        10:48:11

 2    patent infringement," and I thought it was

 3    New York, Washington, wherever, but that

 4    information was not given to me by anybody from

 5    Arista.  That information was given to me by either   10:48:24

 6    the -- the Cisco legal counsel in that room where I

 7    voluntarily testified, or whatever, or talked to

 8    them, or Amy that I believe works for you people.

 9         Q.   We'll get into that as well.

10              But before any conversations that you had   10:48:41

11    Cisco lawyers or Arista lawyers, were you aware

12    that Cisco had brought lawsuits against Arista at

13    the International Trade Commission?

14         A.   No, I was not.

15         Q.   Were you aware that the International       10:48:54

16    Trade Commission administrative law judge had found

17    that Arista had infringed on --

18         A.   I was told that in that meeting --

19         Q.   Okay.  Just --

20         A.   -- where I voluntarily testified.          10:49:06

21         Q.   Let me finish.

22              Before any conversations that you had

23    with Cisco or Arista lawyers, were you aware that

24    the International Trade Commission judge had found

25    that Arista had infringed certain patents owned by   10:49:21
```

Page 33

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | this company has done all these things against | 11:33:25 |
| 2 | you -- or against them, so you need to go in -- if | |
| 3 | it was me, I would go into my contact and I would | |
| 4 | say to them, 'Did you see Cisco sued us?'  And then | |
| 5 | I would sit back and see what they said, because | 11:33:44 |
| 6 | you have got to be able to get your message across | |
| 7 | at your level because, very likely, their boss is | |
| 8 | going to come to them, because they call at a | |
| 9 | higher level than you do and gonna ask questions. | |
| 10 | So you need to make sure that your person can | 11:34:00 |
| 11 | answer the questions." | |
| 12 | And I said -- I would say to them, you | |
| 13 | know, "If they said, 'Well, jeez, no.  I would make | |
| 14 | sure that they understood things like | |
| 15 | indemnification and all the legal things that go on | 11:34:13 |
| 16 | with it,' but I would also try to portray it as, | |
| 17 | jeez, we have such a great product, and they can't | |
| 18 | compete with us in the marketplace, so they're | |
| 19 | going to sue us."  I said, "I would try to put that | |
| 20 | message across, if it was me, because you are in a | 11:34:30 |
| 21 | sales game." | |
| 22 | And by the way, I learned from -- from as | |
| 23 | much as anything else when I left IBM and went to | |
| 24 | work for Wang Laboratories or other people.  You | |
| 25 | found that -- that they could call at a | 11:34:44 |

Page 60

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | chairman-of-the-board level and you were down with | 11:34:47 |
| 2 | somebody who very likely would throw you off the | |
| 3 | bridge or off the boat if they thought, | |
| 4 | politically, you weren't acceptable.  So you need | |
| 5 | to protect yourself. | 11:34:59 |
| 6 | Q.   What else -- | |
| 7 | A.   And I have said that to other companies. | |
| 8 | I have said that before. | |
| 9 | Go ahead. | |
| 10 | Q.   What else did you tell them, if you | 11:35:07 |
| 11 | recall? | |
| 12 | A.   That's basically it.  I mean, everything | |
| 13 | sort of revolves around that.  Nothing specific to | |
| 14 | Cisco.  I don't even understand what the product | |
| 15 | number is that Cisco competes with Arista with. | 11:35:21 |
| 16 | Q.   Just to be clear, you did not sit down | |
| 17 | and try to understand the merits of each side's | |
| 18 | positions in the case? | |
| 19 | A.   I don't know whose are better.  I mean, I | |
| 20 | have told -- I have been told that Arista has a | 11:35:34 |
| 21 | better product.  I have been told that by Arista. | |
| 22 | Okay?  I don't know what that means.  I mean, | |
| 23 | normally in the industry -- look, I'm smart enough | |
| 24 | to understand that it's cheaper, faster, more | |
| 25 | density, you know.  Other than looking at the | 11:35:48 |

Page 61

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    product, I don't -- I've never seen an Arista            11:35:51

2    product.  I don't know the specs of the Arista

3    product.  I don't know what it competes with at

4    Cisco.

5        Q.   So just to be clear, you have never            11:36:02

6    personally conducted a comparison of --

7        A.   I have --

8        Q.   -- Arista's switches --

9        A.   I have not.

10       Q.   -- versus --                                    11:36:08

11       A.   I have not.

12       Q.   -- Cisco switches?

13            Okay.  With respect to the lawsuits, you

14   haven't sat down and said, "These are the claims

15   from Cisco" --                                           11:36:17

16       A.   I have not.

17       Q.   -- "these are the Arista defenses.  What

18   do I think is right or wrong?"  You haven't done

19   that assessment?

20       A.   I have not.                                     11:36:27

21       Q.   Okay.  And you haven't been given access

22   to any kind of legal documentation --

23       A.   No, I have never seen anything.

24       Q.   So what you are --

25       A.   I apologize.                                    11:36:34

                                                     Page 62

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    Q.   So what you are doing, Mr. Eger, is just        11:36:34

2    giving generalized advice that you would give to

3    any company that is in a lawsuit?

4    A.   That's correct.

5    Q.   Okay.  Nothing specific to the Cisco           11:36:39

6    versus Arista dispute particularly?

7    A.   Let me think.  That is correct.

8    Q.   Okay.

9    A.   The specifics -- I don't know that that's

10   correct.  It depends upon, again, how you define   11:36:57

11   it.

12        The specifics that I am giving is how

13   Cisco built the company and the strategy that we

14   used of compatibility and interoperability, because

15   I did that.  Now, if that is -- I don't know what   11:37:17

16   that is.

17

18

19

20

21

22

23

24

25

Page  63

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    of them out of Stanford.  We got some of them out        11:45:34

 2    of all types of situations, because part of

 3    interoperability that we pitched was the ability to

 4    use Telnet to the box, configure it, and

 5    everything ran in a network together.  That is a          11:45:49

 6    fact.

 7            Now, do I believe that Cisco created some

 8    CLIs?  Sure I do.  Do I believe that maybe Juniper

 9    created a few?  Sure I do.  I don't know.  Do I

10    believe that a lot of other people created them?          11:46:08

11    Yes.

12            So the answer that I have is:  Everybody

13    did it.  I don't -- I don't know why it's a problem

14    now.

15        Q.    (By Mr. Pak)  Let's be very specific,           11:46:26

16    sir.

17            What I'm asking you is:  As a factual

18    matter, do you have an understanding --

19        A.    My --

20        Q.    Let me -- let me --                             11:46:33

21        A.    No.

22        Q.    -- ask my question.

23            As a factual matter, do you have an

24    understand, one way or the other, whether Arista

25    engineers copied Cisco's command-line interface           11:46:40
```

Page 70

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    commands?                                         11:46:44

 2        A.   I do not.

 3        Q.   Do you have an understanding, as a

 4    factual matter, whether Arista engineers copied the

 5    screen outputs --                                 11:46:51

 6        A.   I do not.

 7        Q.   -- of Cisco switches?

 8        A.   I have never seen any of that.  I've

 9    never looked at any of it.

10        Q.   Do you have an understanding, as a       11:46:58

11    factual matter, whether Arista engineers examined

12    Cisco switches in order to copy the command outputs

13    and commands during --

14        A.   No, I do not.

15          MR. PAK:  I'm going to introduce my first   11:47:17

16    exhibit for the day, which is Exhibit 1111.

17          (Exhibit 1111 was marked for identification by

18    the court reporter and is attached hereto.)

19        Q.   (By Mr. Pak)  By the way, so while we

20    wait for the exhibit, you understand that you were  11:47:52

21    provided with a subpoena asking for any

22    documents that you --

23        A.   Yes.  I don't have any.

24        Q.   Okay.  Okay.  So --

25        A.   I don't -- it doesn't mean anything to    11:48:06
```

Page 71

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    me.  Why do I care?                                    11:48:07

2         Q.   So, Mr. Eger, I'm going to just show you

3    this document to see if you have seen it or have

4    any relevant information about what's here.

5              So I'm just going to ask you to take a       11:48:18

6    quick look.  This is your Deposition Exhibit 1111.

7              Do you know what these are?

8         A.   Do I know what they are?  Sure I know

9    what they are.

10        Q.   What are they?                               11:48:32

11        A.   But guess what?  I know what they are

12   because I have PCs at home, and I basically use

13   command-level interface, periodically, to go in and

14   deal with an issue on my PC.

15             I mean, have I ever seen these at Cisco      11:48:47

16   or Arista or anywhere else?  The answer is no.

17        Q.   Okay.

18        A.   But guess what?  I realize what they are

19   because of what the deposition is about.

20        Q.   Do you have any relevant information with    11:49:05

21   respect to the specific commands that are used by

22   Cisco switches and routers as listed in Exhibit 1,

23   these specific commands?  Do you have any relevant

24   information about these particular commands?

25        A.   The answer is I don't know.  You haven't     11:49:21

                                                    Page 72

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1    given me enough information that I can answer that        11:49:23

2    question.

3         Q.   Okay.  So let's take a look at, for

4    example, in the middle there, there's a command

5    call "BGP client-to-client-reflection."                   11:49:31

6         A.   Well, let me ask you question, and I -- I

7    know I'm not supposed to ask questions, but --

8         Q.   Yeah, you can't ask me a question.

9         A.   What's that?

10        Q.   You can't ask me a question.                    11:49:40

11        A.   Well, unless you define who created it

12   and -- and -- and the documentation on whether this

13   was a copied by Cisco/VITALink command, whether

14   this came from -- from Ungermann-Bass, whether this

15   came from the -- the Butterflies that were built        11:49:54

16   with BB&N, unless you can explain the context to me

17   of where it originally came from or whether it was

18   written by -- there's so many people that have

19   written some of these, I -- I can't comment on it.

20        Q.   So sitting here today, all I can ask you      11:50:12

21   is ask you questions about what you know.

22        A.   I know nothing about it.

23        Q.   Okay.  So you know nothing about what the

24   commands that are specifically in Exhibit 1 are?

25        A.   No.  I don't know who created them --         11:50:23
```

Page 73

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1        Q.    Okay.                                    11:50:24

 2        A.    -- or whether they were copied or whether

 3   they were whatever.   I don't know.

 4        Q.    You never investigated that issue,

 5   correct?                                            11:50:27

 6        A.    Nope.

 7        Q.    You haven't seen any confidential

 8   documents on that issue?

 9        A.    No.

10        Q.    You haven't seen any deposition testimony  11:50:32

11   about that?

12        A.    No.

13        Q.    You haven't seen any of the interrogatory

14   responses on that?

15        A.    No.                                      11:50:36

16        Q.    You weren't asked by Arista to

17   investigate those issues --

18        A.    No.

19        Q.    -- whatsoever?  Okay.

20              While you were at Cisco, did you create  11:50:40

21   any CLI commands for --

22        A.    I did not.

23        Q.    Okay.  Was that even within your area of

24   responsibilities --

25        A.    No.                                      11:50:53
```

                                                    Page 74

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1              And -- and to be honest with you, other        12:01:32

 2   people may have some of it.  I don't.  It just is

 3   unimportant to me.  Plus, it was so rudimentary at

 4   the time.

 5        Q.   So you have this conversation with              12:01:53

 6   Ms. Ullal after your sales presentation where he --

 7   she asks you to potentially testify in this case;

 8   is that correct?

 9        A.   Yes.

10        Q.   And do you recall, roughly, when that          12:02:07

11   conversation took place?

12        A.   No.

13              You know, I -- I -- I hate getting tied

14   down because you are going to find out I'm wrong,

15   you know?  I mean, I -- I don't know.  I mean, it's      12:02:19

16   probably six months ago.  It's probably -- I -- I

17   don't know.

18        Q.   Okay.  After that conversation with

19   Ms. Ullal, did you have any other conversations

20   with anyone at Arista about this case?                   12:02:41

21        A.   Other than the lawyers telling me that I

22   shouldn't have any conversations with anybody on

23   it, the answer is no.

24        Q.   Which lawyers are you talking about?

25        A.   Them [gesturing].                              12:02:59
```

Page 84

```
 1        Q.    You are pointing to them --              12:03:01

 2              MR. FERRALL:  That would be me.

 3        Q.    (By Mr. Pak)  Okay.  When did you speak

 4   with Mr. Ferrall about this case for the first

 5   time?                                               12:03:09

 6        A.    He'd know.  I don't.  I went down

 7   maybe -- had a meeting with them in San Francisco

 8   three or four months ago?

 9              MR. FERRALL:  You can't ask me questions

10   either.                                             12:03:22

11              THE DEPONENT:  Jesus Christ.  Who are all

12   you people?  You people have better dates than I

13   do.  I need a little help here, guys.

14        Q.    (By Mr. Pak)  Where did that meeting take

15   place?                                              12:03:32

16        A.    At their office.

17        Q.    In San Francisco?

18        A.    Yes.

19              (Discussion off the stenographic record.)

20        Q.    (By Mr. Pak)  At that meeting, who was    12:03:41

21   present?

22        A.    Another gentleman -- he was and another

23   gentleman, and I don't remember his name.

24        Q.    Was anyone from Arista present?

25        A.    No, they were not.                        12:03:51
```

Page 85

1         Q.   Did Mr. Ferrall give you any instructions        12:03:59

2    about confidentiality of Cisco information as part

3    of this meeting?

4         A.   No.  I told him I -- if -- if the subject

5    came up, I told him I didn't have any confidential        12:04:08

6    Cisco information.

7         Q.   In terms of questions and answers that he

8    might ask you, did he tell you not to share any

9    confidential information of Cisco with him?

10        A.   No -- well, wait a minute.  Wait a              12:04:18

11   minute.  Wait a minute.  Yes, he did.  Yes, he did.

12   He said, "If you have any anything."  And I said,

13   "I don't have anything."

14        Q.   I'm not talking documents.  I'm talking

15   about the conversations.                                  12:04:27

16             Did he tell --

17        A.   I didn't have any conversations with

18   Cisco, so there was nothing to share.

19        Q.   Did --

20        A.   I have never discussed this case with           12:04:36

21   anyone at Cisco, period.

22        Q.   That's not my question, Mr. Eger.

23             What I'm asking you is:  Did Mr. Ferrall

24   tell you not to tell him anything that might be

25   confidential to Cisco?                                    12:04:50

                                                     Page 86

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    whatever information you might have on the -- the        12:11:06

 2    topic of the already sales efforts involving Cisco

 3    that you mentioned.

 4          Are you with me?

 5       A.   Okay.  Ask me a question.                        12:11:16

 6       Q.   Okay.  So you were at Cisco from what --

 7    from when to when?

 8       A.   I started with Cisco about the first of

 9    the year in '80 -- I was hired in late '87.  I

10    started early 1988.  Can't tell you exactly what         12:11:33

11    day, first few days of the year, and I left four

12    years and two or three weeks later, after the stock

13    was vested.

14       Q.   Okay.

15       A.   And Cisco offered me a board seat, which         12:11:48

16    I declined.

17       Q.   And your title during that time period

18    was what?

19       A.   I was vice president of sales.

20          Now, I always use "vice president of              12:12:01

21    sales."  When I first got there, I was worldwide.

22    I told them that I was not going to go to Europe to

23    hire a European guy.

24          During that period of time, I held

25    business development.  I held worldwide support.         12:12:14
```

Veritext Legal Solutions
866 299-5127

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    Later on, when Chambers came in, we sort of moved       12:12:18

 2    things around.  I held product marketing for a

 3    while, because what I did was I gave him pieces of

 4    the organization as we went, and we sort of moved

 5    some things around.  I never reported to John.        12:12:30

 6    John never reported to me.

 7        Q.   And I take it, sir, after you left in

 8    1992, you have no factual knowledge of what Cisco

 9    did in terms of developing its CLI commands or --

10        A.   I have no knowledge.  I have no knowledge     12:12:44

11    from before, other than what I know from the sales

12    effort that we had to support and that there were

13    tons of CLIs out there in the market.

14        Q.   Okay.  So I want to focus -- so let me

15    just be clear.                                         12:13:00

16         1987 to 1992, when you were working at

17    Cisco --

18        A.   I would -- I would put me at 1988 --

19        Q.   Okay.

20        A.   -- because I started the first few days      12:13:07

21    in 1988.

22         Go ahead.

23        Q.   So, Mr. Eger, from 1988 from 1992, while

24    you were employed at Cisco --

25        A.   Right.                                        12:13:15
```

Page 93

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1      Q.    -- you don't have any factual knowledge      12:13:16

2   of the specific CLI commands that were developed,

3   right?

4      A.    That's correct.

5      Q.    Okay.  That wasn't your responsibility.      12:13:21

6      A.    That wasn't my responsibility, nor would

7   I have had any interest.

8      Q.    Again, that was -- engineering was not

9   your function?

10     A.    That's correct.                              12:13:29

11     Q.    Okay.  What's your understanding -- you

12  talked about network interoperability?

13     A.    Yes.

14     Q.    Okay.  What is your understanding of that

15  concept?                                              12:13:40

16     A.    Probably better than most.

17     Q.    So can you state that concept onto the

18  record?

19            MR. FERRALL:  Objection --

20            THE DEPONENT:  When I got --                12:13:52

21            MR. FERRALL:  -- vague and ambiguous.

22            You can answer.

23            THE DEPONENT:  Okay.

24            When I got to Cisco, we were a very small

25  player.  The biggest player in the government        12:13:57

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    marketplace was BB&N with the Butterfly.                    12:14:03

2    Ungermann-Bass had some stuff.  In the marketplace,

3    there was another router company by the name of

4    Proteon that was before us that was installed in a

5    number of places like Boeing and whatever.  And        12:14:17

6    then you had the bridges that were out there that

7    were the VITALinks of the world and the 3Coms of

8    the world.  Okay?  And we were --

9        Q.    (By Mr. Pak)  So let me pause you there

10   just so I understand.                                  12:14:33

11            So 3Com, you said, had bridges?

12       A.    Yeah, well, they called them bridges.

13       Q.    Okay.  What --

14       A.    But they were -- do you need to know the

15   difference between a router and a bridge?  Is that     12:14:41

16   what we're getting into?

17       Q.    So can you explain on the record what you

18   mean by a "bridge"?

19       A.    Okay.  The difference between a router

20   and a bridge is a router opens the packet and looks    12:14:50

21   at the network addresses and sends the packet to

22   the proper location.

23            A bridge takes the packet, sends it to

24   the other side, throws it out in the network, and

25   the devices sit there and listen and say, oops,        12:15:10

Page 95

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    and coming along and saying, well, somebody now has        12:16:53

 2    patented the steering wheel so we can't use it, so

 3    we are going to go to a different kind of device to

 4    guide the car from a user interface perspective.

 5    So it was never -- it was never particularly an           12:17:10

 6    issue.

 7              By the way, I can read that upside down.

 8    I'm a salesman.  You got to change your DVD.

 9              Anyway, you know --

10       Q.    So let me -- let me just make sure I get         12:17:23

11    very specific about the questions and the answers.

12              VITALink, at the time, what kind of

13    equipment were they selling?

14       A.    They were selling bridges.

15       Q.    Okay.  Proteon, what type of equipment           12:17:33

16    were they selling?

17       A.    Routers.

18       Q.    Okay.  And --

19       A.    3Com was bridges.

20       Q.    3Com was bridges.                                12:17:44

21       A.    Wellfleet, it was routers.  BB&N with the

22    Butterfly was routers.  Ungermann-Bass was -- was a

23    rudimentary router.  I can't think of anybody else

24    off the top of my head that I really ever competed

25    with big time.                                            12:18:03
```

Page 97

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1        Q.    So I want to go through that list.          12:18:04

 2              Vita- -- I think you already answered

 3    this.

 4              You have no factual knowledge, sitting

 5    here today, whether VITALink tried to patent or       12:18:12

 6    copyright its CLIs?

 7        A.    That is correct.

 8        Q.    Sitting here today, you have no knowledge

 9    whether Proteon tried to copyright or patent its

10    CLI commands?                                         12:18:25

11        A.    That's correct.

12        Q.    Sitting here today, you have no knowledge

13    whether 3Com tried to copyright or patent its CLIs?

14        A.    That's correct.

15        Q.    Sitting here today, you have no knowledge   12:18:31

16    whether BBN [sic] tried to copyright or patent

17    CLIs?

18        A.    That's collect.

19        Q.    And sitting here today, you have no

20    knowledge whether Ungermann-Bass tried to copyright   12:18:38

21    or patent its CLI, correct?

22        A.    Yes.

23        Q.    Okay.  Sitting here today, do you have

24    any specific knowledge of the various specific

25    commands that were supported by Proteon versus the    12:18:51
```

Page 98

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | commands that were supported by BBN?  Have you ever | 12:18:55 |
| 2 | done a comparison? | |
| 3 | A.   No. | |
| 4 | Q.   Okay. | |
| 5 | A.   We all supported the same things. | 12:19:03 |
| 6 | Q.   Sitting here today -- | |
| 7 | A.   But I don't know who created them. | |
| 8 | Q.   Okay.  You don't know -- | |
| 9 | A.   And -- oh, no, by the way -- by the way, | |
| 10 | I don't know how many -- I -- I -- I -- I assume | 12:19:10 |
| 11 | you are very well aware of where the Cisco code | |
| 12 | came from. | |
| 13 | Q.   Let me step back -- | |
| 14 | A.   Okay. | |
| 15 | Q.   -- and focus on the things that we're | 12:19:21 |
| 16 | talking about, which is CLI commands. | |
| 17 | A.   Well, I'm talking about CLI commands when | |
| 18 | I ask that question. | |
| 19 | Q.   Mr. Eger, I'm asking you, on the record, | |
| 20 | whether you have done any kind of comparison -- | 12:19:33 |
| 21 | A.   I have done none. | |
| 22 | Q.   Okay.  -- of any of the CLI commands -- | |
| 23 | A.   I don't have a clue who created which | |
| 24 | ones. | |
| 25 | Q.   Okay.  So you don't have a factual | 12:19:42 |

Page 99

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | understanding of how any of the commands that were | 12:19:44 |
| 2 | used by these companies you mentioned on the record | |
| 3 | were created and how they compared to each other, | |
| 4 | correct?  Is that true, "yes" or "no"? | |
| 5 | A.  No, it's not true. | 12:20:01 |
| 6 | Q.  Okay.  Do -- | |
| 7 | A.  Where it is true is that everybody used | |
| 8 | and copied the same ones from each other.  So I | |
| 9 | don't know who created them, but we all used the | |
| 10 | same CLIs.  I don't know who created them. | 12:20:17 |
| 11 | Q.  Did you speak with anyone at Proteon | |
| 12 | about the development of their CLI? | |
| 13 | A.  No. | |
| 14 | Q.  Did you ever speak with anyone at BBN | |
| 15 | about the development of their CLI? | 12:20:39 |
| 16 | A.  No. | |
| 17 | Q.  Did you ever speak with anyone at | |
| 18 | Ungermann-Bass about the development of their CLI? | |
| 19 | A.  No. | |
| 20 | Q.  Did you -- | 12:20:48 |
| 21 | A.  No to all the others, but no. | |
| 22 | Q.  Okay.  So you've never spoken with | |
| 23 | anyone at -- | |
| 24 | A.  Nobody. | |
| 25 | Q.  -- any of companies -- | 12:20:52 |

Page 100

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1        A.   Nor Cisco.                              12:20:53

2        Q.   -- about the development of their CLI?

3        A.   That's correct.

4        Q.   Okay.

5        A.   Nor Arista.                             12:20:59

6        Q.   As you sit here today, do you know

7   whether there were, in fact, any differences in the

8   specific commands that were used between these

9   companies that you mentioned on the record?

10       A.   That's -- that's too ambiguous for me to   12:21:19

11  answer.

12       Q.   Okay.  You don't know with certainty,

13  sitting here today, whether there were, in fact,

14  different commands that were used for the same

15  functionality?                                      12:21:29

16       A.   I know that when we installed a box in

17  somebody else's network, that all the commands were

18  similar or worked so that people didn't call us,

19  because we didn't have the ability or the people to

20  hold the classes on how to configure our networks.   12:21:49

21       Q.   Okay.

22       A.   Now, that does not say that we didn't

23  teach some people who didn't have anything.  But

24  existing networks, you could take a Cisco box and

25  install it, and the customer sat down and            12:22:03
```

1    configured it using the same commands that they        12:22:05

2    used to configure the boxes they had before.

3        Q.   Sitting here today, do you know with

4    certainty whether there were, in fact, different

5    commands that were used across these different        12:22:14

6    product lines?

7        A.   No.

8        Q.   Sitting here today, do you know whether

9    any of these commands that you just mentioned from

10   back in the 1987 to 1992 are still in use today in     12:22:32

11   IOS products by Cisco?

12       A.   Since I coined the term "IOS," I at least

13   understand what it is.

14       Q.   Not my question.

15       A.   My answer.                                     12:22:51

16           Since I don't know what the original

17   commands were and I don't know what the current

18   commands were, it's only logical that my -- that my

19   answer is I don't know.

20           MR. PAK:  All right.  I apologize,             12:23:11

21   Mr. Eger.  We should change our DVD, and then we

22   can continue.

23           THE DEPONENT:  Go ahead.

24           MR. PAK:  Great.

25           THE VIDEOGRAPHER:  The time is 12:23 p.m.      12:23:20

Page 102

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | This is end of DVD No. 1, and we are going off the | 12:23:21 |
| 2 | record. | |
| 3 | (Recess taken.) | |
| 4 | THE VIDEOGRAPHER:  The time is 12:31 p.m. | |
| 5 | This is the beginning of DVD No. 2, and we are back | 12:31:38 |
| 6 | on the record. | |
| 7 | MR. PAK:  Welcome back, Mr. Eger. | |
| 8 | THE DEPONENT:  I haven't left, but go | |
| 9 | ahead. | |
| 10 | MR. PAK:  Next exhibit I have is actually | 12:31:49 |
| 11 | a video exhibit.  This is Exhibit No. 1112 -- | |
| 12 | (Exhibit 1112 was marked for identification by | |
| 13 | the court reporter and is attached hereto.) | |
| 14 | MR. PAK:  -- which I believe is a copy of | |
| 15 | | |
| 16 | | |
| 17 | All I'm going to ask you to do is just | |
| 18 | confirm that this, in fact, is you on the video and | |
| 19 | that this looks to be an accurate copy. | |
| 20 | (Video playing.) | 12:32:14 |
| 21 | THE DEPONENT:  That's it.  That's it. | |
| 22 | MR. PAK:  All right.  And I believe it | |
| 23 | has the Bates No. ARISTANDCA -- | |
| 24 | MR. FERRALL:  It's on the -- | |
| 25 | MR. PAK:  Yeah. | 12:32:35 |

Page 103

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1                  -- 268280, and it was produced to us from        12:32:36

 2    Arista's counsel.

 3                  THE DEPONENT:  The date on is it February

 4    of what?

 5                  MR. FERRALL:  I don't know.                       12:32:48

 6        Q.   (By Mr. Pak)  All right.  Do you plan on

 7    testifying at the trial?

 8        A.   I will do whatever they want me to do.

 9        Q.   Okay.

10        A.   Whatever everybody wants me to do.  I                 12:33:18

11    understand it's in November, which is a good time

12    for me.  We travel a couple of months out of the

13    year, so hopefully it doesn't screw me up.

14                  But go ahead.

15        Q.   Okay.  Setting aside the topics that we               12:33:35

16    talked about today -- actually, let me step back.

17                  The -- what -- what was the type of

18    product that you were selling for Cisco from 1988

19    to 1992?

20        A.   Routers.                                              12:33:53

21        Q.   Do you remember --

22        A.   AGS, AGS Pluses, all the -- all the other

23    products.  I'm a -- I was a router salesman.

24    The -- the -- the Crescendo products, the 6000s and

25    whatever that are later, came after me, so we were   12:34:06
```

Veritext Legal Solutions
866 299-5127

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

1    not selling -- I was not selling switches.                  12:34:11

2        Q.   Okay.

3        A.   CGSs, all -- all the -- the router line,

4    which is now, I believe, the smaller part of

5    Cisco's business.                                            12:34:33

6        Q.   We talked about some of the companies

7    that were in this space.

8             Can you think of any other companies that

9    were in the router business in 1988 to 1992?

10       A.   Well, that -- that's -- that's sort of         12:34:49

11   hard to answer because, you know, we were what they

12   called a "multiprotocol router."  And, of course,

13   you can put a multiprotocol router in a network and

14   you could put a bridge in a network that had

15   multiprotocols, because all it did was took packets      12:35:05

16   from one side and moved them to the other.

17            Digital had a router that was decknet

18   only.  So, I mean, you know, there were other

19   products that I didn't see very often.

20       Q.   Who -- who would you consider to be the        12:35:23

21   primary competitors of Cisco from 1988 to 1992 for

22   your product lines?

23       A.   Well, when I got there, it was -- it was

24   probably, more than anything else, from a bridge

25   perspective -- 3Com had been installed earlier.          12:35:37

                                                   Page 105

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
1    VITALink was doing much, much better than 3Com, so        12:35:44

2    when I normally saw an opportunity, I saw VITALink.

3            The other two that I saw were Proteon and

4    Wellfleet.  Proteon was older and had a more mature

5    product.  Wellfleet was the up-and-comer.              12:36:04

6    Wellfleet had better hardware than we had.  Their

7    software wasn't as mature.

8        Q.   Do you recall whether Wellfleet had a

9    graphical user interface for its --

10       A.   No, I do not.  I don't know anything --     12:36:16

11   before you ask me about all of them --

12       Q.   Yeah.

13       A.   -- I don't know anything about -- I -- I

14   never ever configured a box by anybody or looked

15   at -- including Cisco, and I never looked at          12:36:27

16   anybody's interfaces.  I don't have a clue.

17       Q.   Are you aware that, today, Cisco does

18   have classes on its --

19       A.   There --

20       Q.   -- configuration?                            12:36:42

21       A.   -- there is no question, and -- and --

22   and what we had at the time was -- we were hiring

23   people, and we would actually take -- excuse me.

24   We would actually take the customers who didn't

25   have router experience or network experience and     12:36:55
```

Page 106

CISCO CONFIDENTIAL/ARISTA CONFIDENTIAL OUTSIDE ATTORNEYS' EYES ONLY

```
 1    they would actually come to the class where there      12:36:57

 2    were support people and sometimes a salesperson or

 3    two in the class.  You know, we'd hold one every 90

 4    days or six months or -- when we had -- when we had

 5    20 people we could put in a room.                       12:37:11

 6         Q.   Do you recall whether -- I believe it is

 7    called "CCIE."

 8              Was that something that was in existence

 9    at the time that you were at Cisco?

10              MR. FERRALL:  Lacks foundation.               12:37:21

11              THE DEPONENT:  I -- can I -- can I ask

12    what that is?

13         Q.   (By Mr. Pak)  It's basically a

14    certification -- Cisco certification program?

15         A.   I do not believe that there was a Cisco       12:37:31

16    certification program there when I was there.  I

17    believe that that happened af- -- long after I

18    left.

19              I mean, look, you are back to the days of

20    where people -- you get in and people talk about        12:37:51

21    certification and resellers and -- and service

22    providers.  The service providers, in my day, were

23    the universities.  We had -- the Internet was --

24    was MCI lines with IBM RTs and 13 points of

25    presence, which were the major universities.  Okay?     12:38:12
```

Page 107