# EXHIBIT H

# EXHIBIT 9
# UNREDACTED VERSION
# OF DOCUMENT SOUGHT
# TO BE SEALED

1

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   CISCO SYSTEMS, INC.,          )
                                  )  Civil Action No.
5              Plaintiff,         )
                                  )  5:14-cv-5344-BLF
6   vs.                           )
                                  )
7   ARISTA NETWORKS, INC.,        )
                                  )
8              Defendant.         )
    _____/

9

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13           PURSUANT TO PROTECTIVE ORDER

14

15     VIDEOTAPE DEPOSITION OF MARK EDWARD BERLY

16              (Taken by Plaintiff)

17           Chapel Hill, North Carolina

18           Tuesday, April 5th, 2016

19

20

21

22

23           Reported in Stenotype by:

24           Judy F. Reins, RMR, CRR

25   Transcript produced by computer-aided transcription

88



89

1     Q.    When you say the vendors have to use open

2    standards, what do you mean by that?

3     A.    I'll go back to my BGP protocol, just to

4    kind of keep it consistent.  You know, for my device

5    to talk to another device, either whether it's one

6    of -- an Arista device talking to an Arista device or

7    an Arista device talking to Cisco or Juniper or

8    whoever, you have to have a standardized way of doing

9    stuff.

10          So in the routing space with -- say with BGP

11    as an example, you would have a standardized protocol

12    that everybody implements.  The protocol in the same

13    way obviously the source code and everything is

14    proprietary.  It's something that each company writes,

15    but the way that they talk, the messages that they

16    send are -- should all be the same.  Otherwise they

17    couldn't interoperate.

18     Q.    Are there any standardized protocols for

19    human machine interaction for network devices?

20     A.    Are there any standardized protocols for

21    human -- I don't know of any.

22     Q.    When you were talking about the corporate

23    policy about social media, I think one of the things

24    you mentioned was differentiation.  Do you remember

25    using that word?

90



186

1    they were using -- you know, they would have to be

2    configured in the proper way so that they could

3    communicate.

4        Q.   So if the protocol, for example, specifies

5    what information needs to be in the header of a packet

6    for addressing functionality, let's say, the direct

7    type of interoperability would be whether, you know,

8    one machine can read that addressing information in

9    the header from the packet when it's sent by another,

10   and the indirect would be whether or not the users

11   configure the devices to send and receive packets

12   using the same commands.

13        Is that -- am I understanding the

14   distinction correctly?

15        MR. FERRALL:  Objection.  The question is

16        vague and ambiguous, compound.  You can answer.

17        THE WITNESS:  I -- based on my understanding

18        of what you're saying, I believe that we're

19        saying very similar things in that -- maybe if I

20        gave just a very short example, that might help.

21        Let's take a very basic command that, as far

22        as I know, is ubiquities really across every

23        networking operating system out there, and that's

24        IP routing, say.  When you enable IP routing

25        without getting too technical for the box to

187

1          really switch packets from one location to

2          another location, when it's routing, you have to

3          have IP space routing on.

4              If a box as its default, let's just say they

5          had the exact same commands but the default

6          settings were different, so on one box, IP

7          routing is enabled by default.  Then on the other

8          box, IP routing is disabled by default.  If your

9          understanding was that IP routing is enabled by

10          default, when you get to the other box, you'll

11          never think to look to see if it's enabled

12          because you just assume it is enabled, and that's

13          a very basic functionality that would basically

14          keep the box from working.

15     BY MR. CANNON:

16          Q.   And it would keep the box -- to follow up on

17     your example -- well, that wouldn't make sense.

18              So to press on that example a little bit, as

19     long as two different devices sent properly formatted

20     IP packets to one another, would it matter if you

21     turned on IP routing with enable IP routing on one

22     device and set IP routing on the other?

23              MR. FERRALL:  Objection, vague and

24          ambiguous, calls for opinion testimony, and

25          incomplete hypothetical.  You can answer the

Berly Depo Transcript

188

1        question.

2            THE WITNESS:  If you knew that those were

3        the commands that were what you were supposed to

4        type, then theoretically, speculatively, if

5        everything worked fine, I would say that they

6        could.

7    BY MR. CANNON:

8        Q.   And are you aware of a protocol for

9    machine-to-machine communication that lays out the

10   full set of configuration commands that need to be

11   used to configure that protocol on a given device?

12           MR. FERRALL:  Objection, vague and

13       ambiguous.

14           THE WITNESS:  Yeah, if you could maybe be

15       more specific in what you're talking about.  I

16       mean, there's hundreds or thousands or tens of

17       thousands of commands.

18   BY MR. CANNON:

19       Q.   I guess that's kind of what I'm getting at

20   is:  Are you aware of a protocol that says, you know,

21   you need to type commands A, B, and C in order to

22   implement this protocol?

23       A.   Well, I think that's where you're getting

24   into the indirect interface or the human-to-machine

25   interface.  And going back to my earlier point that

189



234

1    probably cost customers or cost customers, you know, a

2    lot of time and money getting things deployed.

3        Q.   Setting aside the specific context of

4    Exhibit 485, when you were at Cisco, were you aware of

5    a central authority for getting new CLI commands

6    approved?

7        A.   There was an alias called "parser police,"

8    and my understanding is it was more of an informal

9    alias.  It's not like you got elected to be on parser

10   police.  And if somebody wanted to implement a

11   command, they would send it to parser police.  That

12   didn't happen many times.  I mean, some got sent; many

13   didn't.

14       Q.   Did you participate in the parser police?

15       A.   I know I subscribed to it.  I may have sent

16   a few emails to it.  Again, the older I get, the

17   shorter the memory becomes.  I apologize.

18       Q.   Not something that sticks in your mind these

19   days?

20       A.   Yeah, no, it wasn't something I actively

21   pursued.  Most of the debates were very trivial in

22   nature and there's a lot of smart people on the alias,

23   and I think many of the debates were really about

24   showing that they were smarter than the other guy and

25   not find any real substance.

235

1      Q.   Like your previous comment about the coders

2  wanting to redo code every time?

3      A.   Correct.  You know, should we put a space;

4  should we put a dash; should we do this; should we do

5  that.  It was very, you know, inconsequential things.

6      Q.   Do those kinds of differences, whether you

7  use a space or dash, matter to how commands are

8  interpreted by a network operating system or network

9  device operating system?

10      A.   Not to the network device itself.  Keep in

11  mind that the commands kind of sit here at the human

12  level, and that's something that the human interprets.

13  On the back side of it, it's going to kick off some

14  process.  That process really doesn't care what the

15  command is.  The command is for a person.

16      Q.   Does the parsing engine that interprets the

17  commands within the operating system care whether or

18  not words are separated by a space or a dash, to use

19  your examples?

20      A.   So I'm not an expert on the parser, so, but

21  as an example, here's something that could be highly

22  annoying and it switched -- I've seen this switched

23  before.  Show mac, space, address-table; or show

24  mac-address table.  So it's the same words, but the

25  hyphen got moved.

236

1          So if I'm autocompleting, which every

2    network operator does, I mean, like, nobody types the

3    whole command, and -- and so you're typing in "show,"

4    so S-H, mac, or M-A, you know, however short you can

5    get the abbreviation because that's part of being cool

6    as a network operator, getting the shortest, most

7    arcane words you can because that makes -- shows that

8    you're smarter than the next guy.  Right?

9          So S-H M-A-C space T-A-B.  So show mac tab,

10   so show, but if the space was between mac and address,

11   that would come back as an invalid command because

12   then it would be S-H M-A-C A-D-D dot T-A-B.  Does that

13   make sense?  So the parser, where a space or hyphen

14   would appear would cause a network operator some

15   consternation, yes.

16      Q.   So fair to say that those are trivial

17   differences that were debated on the parser police,

18   but that they impacted the way the parser would

19   actually operate?

20      A.   I don't think it impacts the way the parser

21   operates.  The parser operates the same no matter

22   what.

23      Q.   Fair enough.  Let me rephrase.  Is it fair

24   to say those are trivial differences that were debated

25   on the parser police but they impacted the way a given

237

1    command would be interpreted by the parser?

2        A.    I believe you could say that.  I'm pretty

3    sure I follow the question, yes, but, I mean, think

4    about the headache that causes as an operator.  I know

5    that one personally 'cause it made me insane.  Based

6    on which version you're running, I can't abbreviate.

7        Q.    Do you remember which version it was that

8    caused you the headache?

9        A.    I don't remember.  I just remember, I wanted

10   to cry several times.

11       Q.    Just curious.  Let's take a look at another

12   document.  Okay.  I have to apologize for this one.

13   For some reason, stuff didn't get stapled, so there's

14   an email and the attachments.  The email is on top.

15   The attachment is stapled underneath it.  I only have

16   one copy.  Sorry.

17       A.    I see what you're saying.

18            MR. FERRALL:  Are you going to mark this as

19       a single exhibit?

20            MR. CANNON:  Yes, it's Exhibit 486 --

21       actually, can we go off record for just a second.

22            THE VIDEOGRAPHER:  Going off the record.

23       The time is 5:08 p.m.

24            (RECESS TAKEN)

25            (EXHIBIT 486 WAS MARKED FOR IDENTIFICATION)

238

