# EXHIBIT I

# EXHIBIT 10
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3

 4    CISCO SYSTEMS, INC.,

 5                 Plaintiff,

 6         vs.                          Civil Action No.

 7    ARISTA NETWORKS, INC.,            5:14-cv-5344-BLF

 8                 Defendant.

 9    _____

10

11

12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13             PURSUANT TO PROTECTIVE ORDER

14

15       VIDEOTAPED DEPOSITION OF JAYSHREE ULLAL,

16                       VOLUME I

17

18                  February 25, 2016

19                 9:09 a.m. - 6:16 p.m.

20

21          555 Twin Dolphin Drive, 5th Floor

22             Redwood Shores, California

23    REPORTED BY:

24    James Beasley

25    CSR No. 12807, CCR No. 835, RPR
```

Ullal Depo Transcript

252

1           comma, "user manuals and portions of its
2           source code."
3           Which is what I remember most from the
4   Huawei lawsuit, which is the source code
5   allegations.
6       Q.  Do you also see that Huawei was forced to
7   change the help screens?
8       A.  Three -- where is that?  Yes, user
9   manuals, help screens, and portions of its source
10  code.
11          MR. PAK:  Let me introduce my next
12  exhibit, which is Exhibit 343.
13          (Ullal Exhibit 343 was marked for
14          identification and attached to the
15          transcript.)
16          (Off-the-record discussion.)
17  BY MR. PAK:
18      Q.  Why don't you take a few minutes to look
19  at this document.
20      A.  Okay.
21      Q.  Okay.  Ms. Ullal, I'll represent to you
22  that this is a document that summarizes some of the
23  changes in Huawei's command-line interface commands
24  following the lawsuit settlement that we just
25  discussed earlier.

253

1      A.   Uh-huh.
2      Q.   Okay?  For example, Huawei was forced to
3  change the show commands from show to display.
4           Do you see that, those examples?
5      A.   I see that.
6      Q.   Okay.  It was forced to change the clear
7  commands from Cisco's CLI to reset commands.
8      A.   Uh-huh.
9      Q.   It was forced to change enable commands to
10 super commands?
11          Do you see that as well?
12     A.   I do.
13     Q.   Okay.  Exit to quit and so forth.
14          Do you understand that CLI command
15 expressions could be different without affecting the
16 underlying functionality?
17     A.   They can -- they are industry standard
18 methods of communication, but there are different
19 words; is that what you mean?
20     Q.   Yes.
21     A.   Yeah, there can be different choice of
22 words.
23     Q.   Okay.  So when you say it's industry
24 standard in that context, you're talking about the
25 means which is using a command line text entry on a

Ullal Depo Transcript

254

1    screen?
2        A.   No, I mean they come from UNIX commands or
3    deck top commands, you know.  So whether you say
4    "show" or "display," these are all prior English
5    words that were used in CLI.  CatOS used display,
6    IOS used show.  So even the Cisco operating systems
7    there are two different ways saying it.
8        Q.   Okay.  So when you talk about industry
9    standard, you're not saying that there's only one
10   way in the industry to specify a command --
11   multi-word command for any of these features?
12   That's not what you're saying?
13       A.   I'm not making any --
14            MR. FERRALL:  Objection.
15            THE WITNESS:  -- comment on multi-word --
16            MR. FERRALL:  Vague and ambiguous.
17            You can -- you can answer.
18            THE WITNESS:  I'm not making any comment
19   on multi-words.  I'm talking about when Cisco refers
20   to industry standard commands these are standard
21   words that are used in normal course of network
22   communication like the English languages.
23            And just like a keyboard or a mouse or a
24   display, there's -- there's -- there's no
25   originality.  There's standard words.

Ullal Depo Transcript

255

BY MR. PAK:

Q. But you're not talking, for example, about -- when you say: "industry standard CLI," you're not talking about the combination of words, for example: Write terminal show running config; that's not what you're talking about, correct?

A. I guess I cannot -- I'm not the expert. I -- I don't know why I'm asked to define what Cisco means by industry standard CLI. They use that word all the time in their literature.

Q. What I want to do is -- this is my deposition of you. I want to understand your understanding of that word?

A. Of Cisco's datasheet?

Q. Yes. So when you see the word "industry standard CLI," were you thinking Cisco's talking about all the different multi-word combinations that they used or are they talking about the fact that using a command-line interface is a common way of communicating with routers and switches?

A. So let's pick an example, if that would help.

Show ip route. And back in my Ungermann-Bass days we used show xns route, where now the routing protocol is IP instead of XNS.

Ullal Depo Transcript