# EXHIBIT K

# EXHIBIT 14
# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1                    UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   CISCO SYSTEMS, INC.,
 6           Plaintiff,
 7   vs.                            Case No. 5:14-cv-5344-BLF
 8   ARISTA NETWORKS, INC.,
 9           Defendant.
10   _____
11        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
12               SUBJECT TO PROTECTIVE ORDER
13
14   VIDEOTAPED 30(b)(6) DEPOSITION OF ARISTA NETWORKS, INC.
15              DESIGNEE:  ANSHUL SADANA
16                   May 26, 2016
17                    10:04 a.m.
18              VOLUME I (Pages 1 - 223)
19          555 Twin Dolphin Drive, Suite 500
20             Redwood Shores, California
21
22
23   REPORTED BY:
24   Janis Jennings
25   CSR No. 3942, CCRR, CLR
```

| | |
|---|---|
| 1 | A. That's it. |
| 2 | Q. When you reviewed your deposition |
| 3 | transcript from the prior deposition that was given |
| 4 | in this case, did you identify any inaccurate |
| 5 | statements or misrepresentations that you made on |
| 6 | the record? |
| 7 | A. No, I did not. |
| 8 | Q. Okay. So you stand by your prior |
| 9 | testimony? |
| 10 | A. I do. |
| 11 | Q. Mr. Sadana, did you speak with any |
| 12 | individuals at Arista other than lawyers to prepare |
| 13 | for today's deposition? |
| 14 | A. I did. |
| 15 | Q. Okay. Who did you speak with? |
| 16 | A. I spoke with our finance team, Paul and |
| 17 | Chris in the finance team, to understand our |
| 18 | financial statements. And I spoke with Jayshree. |
| 19 | Q. Anyone else? |
| 20 | A. That's it. |
| 21 | Q. Have you spoken to any of the other Arista |
| 22 | employees about the depositions that they gave in |
| 23 | this case? |
| 24 | A. No, I have not. |
| 25 | Q. Have you reviewed the deposition |

```
 1  transcripts of other Arista witnesses in this
 2  investigation?
 3       A.  No, I have not.
 4       Q.  Can you state the last names of Paul and
 5  Chris from your finance team that you spoke with?
 6       A.  That's a tricky question.  Paul's last name
 7  starts with "F," but I actually don't know his full
 8  last name.  It's a -- not a common last name
 9  spelling, but if needed, we can give that to you.
10  He's our VP of finance under Ita.  And Chris Wade is
11  the other gentleman on the finance team, W-a-d-e.
12       Q.  And what is Mr. Wade's title?
13       A.  He is the manager for revenue on the
14  finance team.
15           I think it's Paul Efstathiu or something
16  like that, but we will get you the last name.
17       Q.  Okay.  How long did that meeting take
18  place, the meeting with the finance team?
19       A.  Probably ten minutes.
20       Q.  What did you discuss?
21       A.  The financial statements of the company.  I
22  just wanted to make sure I understood what each of
23  the tabs or the categories meant.
24       Q.  Now, in your -- your every day job
25  responsibility does not include financial
```

1  information?

2       A.  I'm close to the business that I understand

3  it, but I'm not responsible for producing financial

4  statements, but I understand them well enough.

5       Q.  Okay.  Just to be clear, you're the senior

6  vice president of customer engineering?

7       A.  That's right.

8       Q.  Okay.  You also spoke with Miss Ullal, who

9  is the CEO of Arista; is that correct?

10      A.  That's correct.

11      Q.  And what did you discuss with Miss Ullal?

12      A.  If she had any communication about the

13  lawsuit with outsiders.

14      Q.  What did she tell you?

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ████████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████████



