| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>BRIAN L. FERRALL - #160847<br>DAVID SILBERT - #173128<br>MICHAEL S. KWUN - #198945<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Email:  rvannest@kvn.com;<br>bferrall@kvn.com; dsilbert@kvn.com;<br>mkwun@kvn.com | SUSAN CREIGHTON, SBN 135528<br>SCOTT A. SHER, SBN 190053<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006-3817<br>Telephone:  (202) 973-8800<br>Email:  screighton@wsgr.com;<br>ssher@wsgr.com |

JONATHAN M. JACOBSON, NY SBN 1350495
CHUL PAK (*pro hac vice*)
DAVID H. REICHENBERG (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue Of The Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Email:  jjacobson@wsgr.com; cpak@wsgr.com;
dreichenberg@wsgr.com

Attorneys for Defendant ARISTA NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ARISTA NETWORKS, INC.,<br><br>          Defendant. | Case No. 5:14-cv-05344-BLF (NC)<br><br>**DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANT ARISTA NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPENING BRIEF ON ANALYTIC DISSECTION**<br><br>Dept.:      Courtroom 3 – 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: December 5, 2014<br><br>Trial Date: November 21, 2016 |

DECLARATION OF RYAN K. WONG ISO ARISTA'S ADMIN MOTION TO FILE DOCUMENTS
UNDER SEAL IN CONNECTION WITH ARISTA'S OPENING BRIEF ON ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123516

I, RYAN K. WONG, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Keker & Van Nest, LLP and counsel for Defendant Arista Networks, Inc. ("Arista") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. I submit this declaration in support of Arista's Administrative Motion to File Documents Under Seal in Connection with Arista's Opening Brief on Analytic Dissection.

3. Because this filing relates to non-dispositive matters, I understand that the documents and information that the parties request to file under seal are ***not*** subject to a strong presumption of public access. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Rather, the "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure applies to the material at issue here. *Id.* at 1179. Civil Local Rule 79-5 further requires that a party seeking to seal information and documents "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). As required, Arista's sealing requests are "narrowly tailored to seek sealing only of sealable material." *Id*.

4. As set forth in the table below, Arista seeks to file under seal Exhibits 9 and 10 to the Declaration of Ryan Wong In Support of Defendant Arista Networks, Inc.'s Opening Brief re Analytic Dissection. These documents discuss and disclose non-public information regarding Cisco's expert Dr. Almeroth's review of Arista's highly confidential source code, and evidence relating to such source code, which is contained throughout the documents. Good cause exists for sealing documents that describe or disclose confidential source code, because such materials can be filed under seal even under the more stringent test applied for dispositive motions, which requires "compelling" reasons. *See Apple, Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-1846, D.I. 2190 at *3 (Dec. 10, 2012).

5. Arista also seeks to seal portions of Exhibits 18, 20, and 22 to the Declaration of Ryan Wong In Support of Defendant Arista Networks, Inc.'s Opening Brief re Analytic

1

DECLARATION OF RYAN K. WONG ISO ARISTA'S ADMIN MOTION TO FILE DOCUMENTS
UNDER SEAL IN CONNECTION WITH ARISTA'S OPENING BRIEF ON ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123516

1  Dissection. The Court has previously ordered this material to be filed under seal (as shown in the
2  table below). *See* ECF 487 (Aug. 24, 2016 Sealing Order). As described in the table, portions of
3  these documents discuss and disclose (1) non-public information regarding Arista's highly
4  confidential source code, and evidence relating to such source code, and (2) confidential
5  information relating to the development and development process of Arista EOS software,
6  including details regarding how certain technologies were integrated into Arista's products. Good
7  cause exists to seal Arista's source code and confidential technical development information; both
8  types of information can be sealed even under the more stringent "compelling reasons" test. *See*
9  *Delphix Corp. v. Actifio, Inc.*, No. 13-cv-04613-BLF, 2014 WL 4145520, at *2 (N.D. Cal. Aug.
10 20, 2014) (compelling reasons exist to seal "highly sensitive information regarding [an entity's
11 confidential] product architecture and development").

12       6.      The rest of the documents and information listed in the chart below and sought to
13 be filed under seal describe or contain material that the Court has previously ordered to be filed
14 under seal, in connection with other filings in this case. That material has previously been
15 designated as confidential or highly confidential by Cisco Systems, Inc. ("Cisco") and third
16 parties Dell, Juniper Networks, and HP Enterprise. *See* ECF 487 (Aug. 24, 2016 Sealing Order);
17 ECF 490 (Aug. 26, 2016 Sealing Order). Arista takes no position on whether sealing the
18 documents and information designated confidential by Cisco or third parties is appropriate.
19 Arista expects that Cisco and/or the third parties will file supporting declarations pursuant to Civil
20 L.R. 79-5(e)(1) if they seek to keep any of this information under seal, if they believe it to be
21 necessary in light of the Court's prior rulings finding good cause for sealing this material. Arista
22 files this administrative motion to afford the designating parties the opportunity to defend their
23 confidentiality designations, as required by Civil Local Rule 79-5(e).

24       7.      Arista seeks to file under seal the following documents and portions of documents:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 9 to the Declaration of Ryan Wong In Support of Defendant Arista Networks, Inc.'s Opening Brief re Analytic Dissection ("Wong Declaration") (Cisco Interrogatory Responses, Exhibit G) | Entire document.<br><br>Contains and discusses Arista's Highly Confidential Source Code Material. | Arista, Cisco |
| Exhibit 10 to the Wong Declaration (Cisco Interrogatory Responses, Exhibit H) | Entire document.<br><br>Contains and discusses Arista's Highly Confidential Source Code Material | Arista, Cisco |
| Exhibit 11 to the Wong Declaration (Compilation of Deposition Transcript Excerpts) | Pages 9:21-23 of the Li excerpt; pages 8:11-19 of the Liu excerpt.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 24. | Cisco |
| Exhibit 13 to the Wong Declaration (Cisco document) | Entire document.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 21. | Cisco |
| Exhibit 14 to the Wong Declaration (Cisco document) | Entire document.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 21. | Cisco |
| Exhibit 15 to the Wong Declaration (Li Deposition Excerpts) | Pages 9:21-23; 152:8-20; 227:19- 22; 236:22-24.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 18. | Cisco |
| Exhibit 16 to the Wong Declaration (March 31, 2016 Remaker Deposition Excerpts) | Pages 27:1-29:25; 38:2-45:25; 50:2-57:25; 62:1-73:24; 82:1-85:19.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 19. | Cisco |

3
DECLARATION OF RYAN K. WONG ISO ARISTA'S ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPENING BRIEF ON ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123516

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 17 to the Wong Declaration | Entire document.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 20-21. | Cisco |
| Exhibit 18 to the Wong Declaration (Sweeney Deposition Excerpts) | Entire document.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 21.<br><br>Discusses and discloses internal, non-public information regarding the development and development process of the Arista EOS software, including details regarding how certain technologies were integrated into Arista's products. | Arista |
| Exhibit 20 to the Wong Declaration (Black Opening Expert Report) | Portions previously ordered filed under seal: Paragraphs ¶¶ 298, 397, 519, 525, and 678(i); portions quoting or referencing deposition of Philip Kasten; highlighted portions of Paragraphs ¶¶ 120, 123-125, 132, 161, 433, 438, 448-459, 461-471, 478-482, 498, 500-502, 504, 508, 510, 514, 515, 570, 580, 636, 689-691, 696, 700 and footnotes 32, 35, 40, and 128.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 14, and August 26, 2016 order (ECF 490) at 2.<br><br>Contains Arista confidential information at Paragraphs ¶¶ 397, 519, 525, and 678(i). Paragraph 397 discusses and discloses internal, non-public information regarding the development and development process of Arista EOS software, including details regarding how certain technologies were integrated into Arista's products. Paragraphs 519, 525, and 678(i) discuss and disclose non-public information regarding Dr. Black's review of highly confidential source code, and evidence relating to such source code. | Arista, Cisco |

4
DECLARATION OF RYAN K. WONG ISO ARISTA'S ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPENING BRIEF ON ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)

1123516

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 22 to the Wong Declaration (Black Rebuttal Expert Report) | Paragraphs ¶¶ 148, 155, 156, 160– 166, and 169–171; and 50-51, 55, 148, 155, 156, 159, 160, 165, and 170.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 22.<br><br>Contains Arista confidential information at Paragraphs ¶¶ 148, 155, 156, 160–166, and 169–171, which discuss and disclose non-public information regarding both Dr. Black's and Dr. Almeroth's reviews of highly confidential source code, and evidence relating to such source code. | Arista, Cisco |
| Exhibit 30 to the Wong Declaration (April 4, 2016 Lougheed Deposition Excerpts) | Pages 259:15-260:22; 261:18-22; 267:4-295:1; 296:23-298:16, 346:18-374:18; 379:2-25.<br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 19-20. | Cisco |
| Exhibit 32 to the Wong Declaration (Kasten (Juniper) Deposition Excerpts) | Entire document.<br><br>Previously filed under seal per the Court's October 27, 2016 order (ECF 604) at 2. | Juniper |
| Exhibit 33 to the Wong Declaration (Dell Corporation Representative Deposition Excerpts) | Pages 50:6; 54:12.<br><br>Previously filed under seal per the Court's August 26, 2016 order (ECF 490) at 2. | Dell |
| Exhibit 36 to the Wong Declaration (Liu Deposition Excerpts) | Pages 167-172.<br><br>Previously filed under seal per the Court's October 27, 2016 order (ECF 604) at page 3. | Cisco |
| Exhibit 38 to the Wong Declaration (Black Supplemental Report) | Paragraphs 13, 23, 35, 59, 76, 78, 80, 84, 85, 98, 99, 100 and footnote 11.<br><br>Previously filed under seal per the Court's October 27, 2016 order (ECF 604) at 2. | Cisco |

5
DECLARATION OF RYAN K. WONG ISO ARISTA'S ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ARISTA'S OPENING BRIEF ON ANALYTIC DISSECTION
Case No. 5:14-cv-05344-BLF (NC)
1123516

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit 39 to the Wong Declaration (September 16, 2016 Lougheed Deposition Excerpts) | Pages 506, 583-584, 587-588, and 626.<br><br>Previously filed under seal per the Court's October 27, 2016 order (ECF 604) at 3. | Cisco |
| Exhibit 42 to the Wong Declaration (November 20, 2016 Lougheed Deposition Excerpts) | Pages 55:2-56:18, 95:9-99:14; 178:11-13.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 18. | Cisco |
| Exhibit 44 to the Wong Declaration (March 30, 2016 Remaker Deposition Excerpts) | Page 8:17-18.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 22. | Cisco |
| Exhibit 45 to the Wong Declaration (Patil Email) | Entire document.<br><br>Previously filed under seal per the Court's August 24, 2016 order (ECF 487) at 20. | Cisco |

Executed November 8, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                                        /s/ Ryan Wong
                                                                                                        RYAN WONG